# EXHIBIT B

**EXHIBIT B**

Home Capital Funding, d/b/a Security One Lending

| Loan Number | Seller Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040552648 | 2007045043 | MISREP - DEBTS | | | $199,425.90 |
| 40735326 | 2007050487 | DOCUMENTATION | | | $210,696.23 |
| 0033709254 | 2006110415 | COLLATERAL | MISREP - INCOME/EMPLOY | | $371,245.77 |
| 0033643099 | 2006110425 | MISREP - ASSETS | UW - INCOME/EMPLOY | DOCUMENTATION | $283,428.07 |
| 0032701484 | 2006020250 | MISREP - INCOME/EMPLOY | | | $241,725.52 |
| 0033551672 | 2006100642 | COLLATERAL | | | $240,646.91 |
| 0033567694 | 2006090474 | MISREP - INCOME/EMPLOY | | | $93,003.54 |
| 0033607219 | 2006110309 | MISREP - INCOME/EMPLOY | | | $190,857.89 |
| 0033662321 | 2006110357 | UW – INELIGIBLE FOR LOAN PROGRAM | | | $167,799.67 |
| 0033662552 | 2006120012 | MISREP - INCOME/EMPLOY | | | $200,389.02 |
| 0033729989 | 2006100257 | UW - CREDIT/FICO | | | $171,950.22 |
| 0040156721 | 2007015339 | MISREP - INCOME/EMPLOY | | | $250,284.66 |
| 0040720112 | 2007055243 | COLLATERAL | | | $194,147.96 |
| 0040000077 | 2007015002 | UW - INCOME/EMPLOY | | | $208,274.32 |
| 0040024457 | 2006120341 | UW - INCOME/EMPLOY | | | $198,448.48 |
| 0040081119 | 2007010355 | MISREP - INCOME/EMPLOY | | | $302,011.57 |
| 0040081580 | 2007010294 | MISREP - INCOME/EMPLOY | | | $189,399.56 |
| 0040081721 | 2006120378 | UW - INCOME/EMPLOY | | | $198,503.79 |
| 0033461807 | 2006080593 | MISREP - INCOME/EMPLOY | | | $161,729.83 |
| 0040393175 | 40393175 | MISREP - DEBTS | | | $68,129.15 |
| 0040514481 | 2007045092 | UW - INCOME/EMPLOY | | | $122,986.28 |
| 0033518564 | 2006090506 | MISREP - OCCUPANCY | UW - INCOME/EMPLOY | MISREP - DEBTS | $125,714.76 |
| 0040089104 | 2007010225 | UW - INCOME/EMPLOY | MISREP - OCCUPANCY | | $279,860.03 |
| 0040480667 | 2007040081 | MISREP - INCOME/EMPLOY | | | $138,106.46 |
| 0040494312 | 2007035245 | UW - INCOME/EMPLOY | | | $170,411.65 |
| 0040500605 | 2007630383 | MISREP - INCOME/EMPLOY | | | $249,097.11 |
| 0033226465 | 2006080229 | MISREP - INCOME/EMPLOY | | | $152,058.33 |
| 0040600983 | 2007050012 | MISREP - INCOME/EMPLOY | MISREP - ASSETS | | $148,030.09 |
| | | | | **TOTAL** | **$5,528,362.77** |

**EXHIBIT B**