# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**

**Directors Mortgage, Inc.**

Loan Purchase Agreement, dated April 7, 2004

Loan Purchase Agreement, dated June 11, 2004