# EXHIBIT B

**EXHIBIT B**

Directors Mortgage, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040131997 | 00-114718 | UW - INCOME/EMPLOY | | | $297,843.45 |
| 0033742834 | 114241 | MISREP - OCCUPANCY | UW - MISSING DOCUMENTS | | $162,798.19 |
| 0040054710 | 114566 | MISREP - DEBTS | | | $142,675.38 |
| 0032807265 | 99-0357 | MISREP - INCOME/EMPLOY | | | $93,582.64 |
| 0040160707 | 00-14845 | UW - INCOME/EMPLOY | | | $47,249.95 |

|  |  |  |  | TOTAL | $744,149.61 |

**EXHIBIT B**