# EXHIBIT A

# EXHIBIT A

# AGREEMENTS

# WEI Mortgage LLC f/k/a WEI Mortgage Corporation

Loan Purchase Agreement dated May 18, 2006