# EXHIBIT B

# EXHIBIT B
## WEI Mortgage LLC f/k/a WEI Mortgage Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 33680141 | 11080 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 215,206.02 |
| 40562738 | 11322 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 346,939.03 |
| | | | | TOTAL | 562,145.05 |