# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## American Lending Network, Inc.

Broker Agreement dated May 13, 2004

Broker Agreement Dated August 19, 2005

Loan Purchase Agreement dated May 4, 2006