# EXHIBIT B

**EXHIBIT B**
**American Lending Network, Inc.**

| Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 33390584 | MISREP - OCCUPANCY | | | 107,445.22 |
| 33618687 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | 91,447.81 |
| 37115169 | MISREP - INCOME/EMPLOY | | | 176,412.77 |
| 37290541 | MISREP - INCOME/EMPLOY | | | 286,788.99 |
| 37460011 | MISREP - INCOME/EMPLOY | | | 212,201.19 |
| | | | **TOTAL** | **$874,295.98** |