# EXHIBIT A

# EXHIBIT A

# AGREEMENTS

# Flick Mortgage Investors, Inc.

Loan Purchase Agreement dated October 13, 2005

Loan Purchase Agreement dated July 20, 2006