# EXHIBIT B

**EXHIBIT B**

**Flick Mortgage Investors, Inc.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 32641839 | 06-02-0687-3 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 221,281.87 |
| 33011743 | 06-06-0302-3 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | MISREP - DEBTS | 162,077.11 |
| 40232522 | 07-02-0905-14 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | UW - ASSETS | 264,633.83 |
| 40263121 | 07-02-0038-11 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 380,257.37 |
| 40313710 | 07-01-0109-14 | UW - INCOME/EMPLOY | | | 173,960.39 |
| 40394801 | 07-02-0963-6 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 261,677.58 |
| 40437972 | 07-03-0870-6 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | | 15,685.73 |
| 40554925 | 07-02-0439-14 | MISREP - OCCUPANCY | | | 178,548.82 |
| 40555013 | 07-04-0294-3 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | 148,870.62 |
| 40585358 | 07-04-0160-3 | MISREP - INCOME/EMPLOY | | | 298,872.73 |
| 40586497 | 07-03-0500-11 | MISREP - INCOME/EMPLOY | UW - ASSETS | | 124,682.00 |
| 40675076 | 07-03-0793-11 | MISREP - INCOME/EMPLOY | MISREP - BORROWER | | 114,641.90 |
| | | | | **TOTAL** | **2,345,189.95** |