# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

## Mountain West Financial, Inc.

Loan Purchase Agreement, dated December 1, 2000

Loan Purchase Agreement, dated December 28, 2004

Loan Purchase Agreement (Bulk), dated December 15, 2005

Purchase Price and Terms Letter, dated December 13, 2006