# EXHIBIT B

**EXHIBIT B**

Mountain West Financial, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040003006 | 02611057 | UW - ASSETS | UW - INELIGIBLE FOR LOAN PROGRAM | MISREP - INCOME/EMPLOY | $475,870.49 |
| 0033232000 | 02608169 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $270,332.82 |
| 0123446411 | 02609266 | UW - INCOME/EMPLOY | | | $265,308.53 |
| 0040290652 | 02612012 | UW - ASSETS | | | $250,262.61 |
| 0123446395 | 02610175 | MISREP - INCOME/EMPLOY | | | $225,795.07 |
| 0032242471 | 02510315 | UW - INCOME/EMPLOY | UW - ASSETS | | $224,811.30 |
| 0040396038 | 02703146 | MISREP - INCOME/EMPLOY | UW - ASSETS | | $145,638.08 |
| 0040604167 | 02704168 | MISREP - DEBTS | MISREP - OCCUPANCY | DOCUMENTATION | $138,397.41 |
| 0040453557 | 02703331 | MISREP - INCOME/EMPLOY | UW - ASSETS | | $117,970.25 |
| 0040165177 | 01611016 | MISREP - VALUE | | | $80,371.40 |
| | | | | **TOTAL** | **$2,194,757.96** |

**EXHIBIT B**