# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Sacramento 1st Mortgage, Inc. individually and as successor by merger to Comstock Mortgage

Loan Purchase Agreement dated December 18, 2003

Broker Agreement dated August 6, 2004

Broker Agreement dated September 27, 2005