# EXHIBIT B

**EXHIBIT B**

**Sacramento 1st Mortgage, Inc. individually and as successor by merger to Comstock Mortgage**

| Loan Number | Seller Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 30981963 | 500438 | MISREP - INCOME/EMPLOY | | | 148,913.74 |
| 31451107 | 500699 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 194,275.65 |
| 32596298 | | MISREP - INCOME/EMPLOY | | | 181,099.47 |
| 32806648 | | MISREP - INCOME/EMPLOY | | | 154,984.83 |
| 38225397 | | MISREP - INCOME/EMPLOY | | | 284,762.56 |
| 38778221 | | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 257,075.83 |
| 45295375 | | MISREP - INCOME/EMPLOY | | | 197,866.17 |
| | | | | **TOTAL** | **$1,418,978.25** |