# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**

**Arlington Capital Mortgage Corporation and**
**Gateway Funding Diversified Mortgage Services, L.P.**

Loan Purchase Agreement, dated August 16, 2001

Loan Purchase Agreement, dated March 18, 2004

Broker Agreement, dated October 25, 2005

Loan Purchase Agreement, dated November 20, 2006