# EXHIBIT B

**EXHIBIT B**

Arlington Capital Mortgage Corporation and Gateway Funding Diversified Mortgage Services, L.P.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0033602699 | 1074002746 | UW - INCOME/EMPLOY | | | $449,421.19 |
| 0040491888 | 1115002483 | MISREP - INCOME/EMPLOY | | | $351,740.07 |
| 0039665062 | 100025440003477244 | MISREP - INCOME/EMPLOY | | | $340,188.01 |
| 0040489551 | 1149000238 | COLLATERAL | | | $273,608.19 |
| 0033750662 | 1071001921 | MISREP - INCOME/EMPLOY | | | $261,394.89 |
| 0040403081 | 1140000542 | MISREP - INCOME/EMPLOY | | | $257,977.48 |
| 0047193214 | 100025440003939367 | MISREP - INCOME/EMPLOY | | | $249,327.86 |
| 0033572645 | 1140000055 | UW - CREDIT/FICO | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | $243,471.14 |
| 0040525347 | 1140000678 | UW - ASSETS | | | $237,492.25 |
| 0040205916 | 1141000698 | MISREP - DEBTS | UW - CREDIT/FICO | | $236,745.75 |
| 0040554008 | 1140000623 | MISREP - INCOME/EMPLOY | | | $241,842.41 |
| 0040339111 | 1149000209 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $231,282.50 |
| 0040281198 | 1064003724 | MISREP - DEBTS | | | $227,738.00 |
| 0040432189 | 1140000563 | MISREP - ASSETS | | | $203,225.97 |
| 0040366841 | 1067004220 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $197,269.56 |
| 0040403206 | 1140000637 | MISREP - DEBTS | UW - INCOME/EMPLOY | MISREP - OCCUPANCY | $184,110.17 |
| 0038141719 | 100025440003131304 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $241,274.26 |
| 0040320897 | 2100080559160 | MISREP - INCOME/EMPLOY | MISREP - VALUE | MISREP - OCCUPANCY | $176,398.17 |
| 0040659401 | 1154000227 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | $155,052.66 |
| 0040003089 | 1140000118 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $147,862.59 |
| 0039773890 | 100025440003551170 | COLLATERAL | MISREP - BORROWER | | $135,388.94 |
| 0040569410 | 1142000774 | MISREP - DEBTS | MISREP - OCCUPANCY | MISREP - EMPLOY | $129,889.39 |
| 0033583659 | 1036005665 | MISREP - INCOME/EMPLOY | UW - ASSETS | UW - INCOME/EMPLOY | $86,449.47 |
| 0040108656 | 1036006023 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $31,241.44 |
| 0033267048 | 5006080020 | UW - INELIGIBLE FOR LOAN PROGRAM | DOCUMENTATION | | $162,615.32 |
| 0033568932 | 106080114 | UW - INCOME/EMPLOY | | | $136,163.01 |
| 0033043795 | 0106060123 | MISREP - VALUE | | | $121,724.64 |
| | | | | **TOTAL** | **$5,710,895.33** |

EXHIBIT B