# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

## NL Inc. and RPM Mortgage, Inc.

Loan Purchase Agreement, dated April 1, 2004