# EXHIBIT B

**EXHIBIT B**

NL Inc. and RPM Mortgage, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 33072182 | 84100 | UW - INELIGIBLE FOR LOAN PROGRAM | UW - INCOME/EMPLOY | | $264,400.13 |
| 40002685 | 40794 | UW - INCOME/EMPLOY | | | $236,480.58 |
| 33142720 | 83935 | MISREP - INCOME/EMPLOY | UW - ASSETS | | $104,925.96 |
| | | | | **TOTAL** | **$605,806.67** |

**EXHIBIT B**