UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No.: 08-13555-scc |
| | ) | 16-01344-scc |
| **Lehman Brothers Holdings Inc.** | ) | |
| | ) | |
| Debtor | ) | **REQUEST FOR NO FUTURE** |
| | ) | **ELECTRONIC NOTICES** |
| | ) | |

    Kenneth Corey-Edstrom, Esq. of the law firm of Larkin Hoffman Daly & Lindgren Ltd., requests that he no longer receive notices of papers served or filed in the these cases.  Please delete the undersigned from the mailing matrix.

Dated: December 29, 2016          Respectfully submitted,

                                           */e/ Kenneth Corey-Edstrom*

                                           Kenneth Corey-Edstrom, Esq.
                                           Larkin, Hoffman, Daly & Lindgren Ltd.
                                           8300 Norman Center Drive
                                           Suite 1000
                                           Minneapolis, MN  55437
                                           952/896-3380
                                           952/842-1719 FAX
                                           [kcoreyedstrom@larkinhoffman.com](mailto:kcoreyedstrom@larkinhoffman.com)
                                           Heritage Christian Academy

1480022.1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No.:  08-13555-scc |
| | ) | 16-01344-scc |
| **Lehman Brothers Holdings Inc.** | ) | |
| | ) | |
| Debtor | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| | ) | |

    I, Kenneth Corey-Edstrom, hereby certify that on December 29, 2016, I caused the Request for No Future Electronic Notices to be filed electronically with the Clerk of Bankruptcy Court through ECF, and that ECF will send an e-notice of the electronic filing to the appropriate parties.

Dated: December 29, 2016        /e/ Kenneth Corey-Edstrom
                                                Kenneth Corey-Edstrom

4824-0957-5487, v. 1