# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

## PMAC Lending Services, Inc., PMC Bancorp, and Reliant Mortgage Company, LLC

Loan Purchase Agreement, dated January 22, 2004

Loan Purchase Agreement, dated March 25, 2004

Loan Purchase Agreement, dated March 18, 2004