# EXHIBIT B

**EXHIBIT B**

PMC Bancorp f/k/a Professional Mortgage Corp. , PMAC Lending Services, Inc. , and Reliant Mortgage Company, LLC

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0032932105 | 829201370 | UW - INELIGIBLE FOR LOAN PROGRAM | UW - CREDIT/FICO | | $316,709.43 |
| 0033319062 | 9060825010 | MISREP - ASSETS | | | $241,038.50 |
| 0033272295 | 60825002 | MISREP - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | | $219,039.68 |
| 0033439712 | 9061004009 | MISREP - INCOME/EMPLOY | MISREP - CREDIT/FICO | | $180,444.69 |
| 0040474223 | 829201600 | MISREP - DEBTS | | | $152,995.78 |
| 0032884322 | 9060515002 | UW - RATIOS | UW - RATIOS | | $147,014.07 |
| 0033572736 | 9061018005 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $146,073.68 |
| 0033476953 | 2061010000 | MISREP - INCOME/EMPLOY | | | $45,167.16 |
| 0032334633 | 8927488000 | MISREP - DEBTS | MISREP - OCCUPANCY | | $381,811.84 |
| 0040633687 | 8952306 | MISREP - DEBTS | MISREP - OCCUPANCY | | $360,602.61 |
| 0040536740 | 8951445 | MISREP - INCOME/EMPLOY | | | $356,532.07 |
| 0040710485 | 5951612 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | $333,598.10 |
| 0040642811 | 8952124 | MISREP - DEBTS | UW - INCOME/EMPLOY | | $302,959.47 |
| 0040773657 | 8953889 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $271,079.23 |
| 0018868794 | 8917309000 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | MISREP - DEBTS | $236,173.27 |
| 0032334542 | 8928627000 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $217,882.52 |
| 0032566093 | 8928206000 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $203,244.99 |
| 0040824534 | 8954265 | MISREP - INCOME/EMPLOY | | | $192,494.02 |
| 0040188146 | 8947360000 | UW - INCOME/EMPLOY | | | $182,277.43 |
| 0033009523 | 8935451000 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $181,152.89 |
| 0040473712 | 8951031 | MISREP - INCOME/EMPLOY | | | $174,882.06 |
| 0032927170 | 8934062000 | MISREP - CREDIT/FICO | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | $168,913.99 |
| 0032243180 | 8927376000 | MISREP - INCOME/EMPLOY | | | $164,674.95 |
| 0032152415 | 8926545000 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $147,515.43 |
| 0032100935 | 8927570000 | MISREP - INCOME/EMPLOY | | | $131,791.15 |
| 0032279341 | 051713001 | UW - CREDIT/FICO | | | $180,740.88 |
| 0032372591 | 051751801 | COLLATERAL | | | $174,815.65 |
| 0033451519 | 061943301 | UW - INCOME/EMPLOY | | | $83,163.43 |
| | | | | **TOTAL** | **$5,894,788.97** |

**EXHIBIT B**