# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**THE MORTGAGE STORE FINANCIAL, INC.**

Loan Purchase Agreement, dated February 17, 2000

Loan Purchase Agreement, dated August 23, 2001

Loan Purchase Agreement, dated August 17, 2004

Purchase Price and Terms Letter, dated November 28, 2006

Flow Mortgage Loan Purchase and Warranties Agreement, dated December 1, 2006