# EXHIBIT B

Exhibit B

The Mortgage Store Financial, Inc.

| Loan Number | Seller Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0123214827 | 0810186833A | UW – CONTRIBUTIONS/CONCESSIONS | | | $100,041.49 |
| 0123214991 | 0610132453 | MISREP - OCCUPANCY | | | $109,403.78 |
| 0124370958 | 0701084335A | UW - INCOME/EMPLOY | MISREP - DEBTS | MISREP - OCCUPANCY | $223,959.43 |
| 0124370990 | 0701196222A | MISREP - DEBTS | | | $132,764.55 |
| 0124371030 | AU280412209AB | MISREP - DEBTS | UW - INCOME/EMPLOY | | $249,231.15 |
| 0124371378 | 1000119968 | UW – INVESMENT PROPERTIES | UW – INVESMENT PROPERTIES | MISREP - DEBTS | $209,301.67 |
| 0124371477 | 0701115737A | MISREP - DEBTS | MISREP - ASSETS | | $459,763.69 |
| 0124371592 | AU--4970-11915A | MISREP - CREDIT/FICO | MISREP - DEBTS | UW - INCOME/EMPLOY | $193,134.56 |
| 0124371683 | 0702210158A | MISREP - INCOME/EMPLOY | DOCUMENTATION | DOCUMENTATION | $187,543.01 |
| 0124371295 | 0701173166A | UW - INCOME/EMPLOY | COLLATERAL | | $439,571.92 |
| 0124371766 | 0702076165 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $151,989.07 |
| | | | | TOTAL | $2,456,704.32 |

**EXHIBIT B**