# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

**PHH Home Loans, LLC, as successor by merger to Sunbelt Lending Services, Inc., f/k/a Arvida Mortgage Services Inc., and RMR Financial, LLC, individually and as successor by merger to Axiom Financial, LLC f/k/a Axiom Financial, Inc.**

Loan Purchase Agreement, dated April 17, 2003

Loan Purchase Agreement, dated May 20, 2004

Loan Purchase Agreement, dated June 13, 2001