# EXHIBIT B

**EXHIBIT B**

PHH Home Loans, LLC
and RMR Financial, LLC

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0017985334 | 117616 | UW - ASSETS | UW – INCOME/EMPLOY | UW - INCOME/EMPLOY | $97,594.04 |
| 0018187328 | 0004070426 | UW - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | $117,399.44 |
| 0031031438 | 0005050374 | MISREP - OCCUPANCY | | | $242,676.71 |
| 0040562423 | 10124217 | MISREP - INCOME/EMPLOY | | | $144,317.15 |
| | | | | **TOTAL** | **$601,987.34** |

**EXHIBIT B**