# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

## Santander Bank, N.A., f/k/a Sovereign Bank, FSB

Purchase Price and Terms Letter, as of December 21, 2006 and revised as of March 7, 2007.

Flow Mortgage Loan Purchase and Warranties Agreement, dated March 29, 2007.