# EXHIBIT B

**EXHIBIT B**

Santander Bank, N.A., f/k/a Sovereign Bank, FSB

| Loan Number | Seller Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0123692857 | 2260050769600 | MISREP - OCCUPANCY | UW - RATIOS | UW - INCOME/EMPLOY | $87,132.97 |
| 0123726432 | 2004-01-18917 | MISREP - DEBTS | | | $77,736.06 |
| 0123705030 | 2330-02073740-469 | MISREP - VALUE | MISREP - DEBTS | | $52,538.48 |
| 123695058 | 2020050838940 | UW - INCOME/EMPLOY | UW - RATIOS | | $91,393.39 |
| 0123663460 | 2020035161 | UW - INCOME/EMPLOY | | | $120,546.71 |
| 0123693392 | 2290050709010 | MISREP - VALUE | | | $164,086.20 |
| 0123694754 | 2280050896350 | UW - INCOME/EMPLOY | UW - ASSETS | UW - RATIOS | $103,793.10 |
| 0123695025 | 2020050945690 | MISREP - VALUE | UW - RATIOS | UW – EXCESSIVE CASH OUT | $48,415.93 |
| 0123762668 | 1002496832 | MISREP - OCCUPANCY | DOCUMENTATION | UW - RATIOS | $51,073.08 |
| 0123696486 | 2260050993240 & 226005 | UW - RATIOS | | | $204,998.75 |
| 0123736613 | 2030050806840 | MISREP - INCOME/EMPLOY | | | $79,537.54 |
| 0123735243 | 2030050793790 | UW - INCOME/EMPLOY | UW - CREDIT/FICO | UW - RATIOS | $96,852.00 |
| | | | | TOTAL | $1,178,104.21 |

**EXHIBIT B**