# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

**Sunset Mortgage Company, L.P. and Avonwood Capital Corporation**

Broker Agreement, dated October 18, 2001

Loan Purchase Agreement, dated April 7, 2005