# EXHIBIT B

**EXHIBIT B**

Sunset Mortgage Company, L.P. and Avonwood Capital Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0046037545 | 100025440003827661 | MISREP - DEBTS | | | 281,421.32 |
| 0032183634 | 10011388 | MISREP - INCOME/EMPLOY | | | 259,145.06 |
| 0040395816 | 26004703 | UW - INCOME/EMPLOY | | | 236,712.12 |
| 0033645748 | 26002620 | UW - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | UW - ASSETS | 201,217.66 |
| 0046477212 | 0103348959 | MISREP - INCOME/EMPLOY | | | 194,272.82 |
| 0032102428 | 10011122 | MISREP - DEBTS | | | 180,888.20 |
| 0033119207 | 10013435 | UW - CREDIT/FICO | | | 114,526.57 |
| 0040314619 | 26004350 | MISREP - INCOME/EMPLOY | | | 112,769.73 |
| 0033124462 | 10013466 | UW - CREDIT/FICO | | | 112,207.80 |
| 0045851433 | 100025440003727242 | MISREP - INCOME/EMPLOY | | | 110,852.08 |
| 0033684614 | 26003137 | MISREP - DEBTS | UW - ASSETS | UW - CREDIT/FICO | 104,761.34 |
| 0032031858 | 10011064 | MISREP - INCOME/EMPLOY | | | 97,062.19 |
| 0033273517 | 10013806 | MISREP - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | UW - INCOME/EMPLOY | 90,791.62 |
| 0040361123 | 26004025 | MISREP - DEBTS | | | 85,655.33 |
| 0040115545 | 26003727 | MISREP - INCOME/EMPLOY | | | 78,774.78 |
| 0040044117 | 26003766 | MISREP - DEBTS | | | 50,736.88 |
| | | | | **TOTAL** | **2,311,795.50** |

**EXHIBIT B**