UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:                                                      Chapter 11

        LEHMAN BROTHERS HOLDINGS INC. et al.,               Case No. 08-13555-scc

                                            Debtors.        (Jointly Administered)
------------------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey M. Rosenberg hereby withdraws the appearance

previously entered on behalf of Hope Greenfield in the above-captioned proceeding, and requests

removal from any and all lists therein, including, without limitation, the Court's CM/ECF

notification list.

Dated: New York, New York
       December 28, 2016


                                            /s/
                                            Jeffrey M. Rosenberg
                                            ROSENBERG & ROSENBERG LLP
                                            5 Penn Plaza, 19th Floor
                                            New York, New York 10001
                                            (646) 233-0091
                                            Email:  jmr@rosenbergrosenberg.com
                                            Withdrawing attorney for Hope Greenfield