# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**CTX Mortgage Company, LLC**


Loan Purchase Agreement (Bulk), dated February 26, 2002

Purchase Price and Term Letter, dated June 6, 2004

Loan Purchase Agreement, dated January 31, 2007

Loan Purchase Agreement (Bulk), dated January 31, 2007

Broker Agreement, dated April 14, 2007