# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

**Diversified Capital Funding, Inc. and American Pacific Mortgage Corporation, individually and as successor by merger to Diversified Capital Funding, Inc.**

Loan Purchase Agreement, dated April 29, 2004.

Broker Agreement, dated March 31, 2004.