# EXHIBIT B

**EXHIBIT B**

Diversified Capital Funding, Inc. and American Pacific Mortgage Corporation, individually and as successor by merger to Diversified Capital Funding, Inc.

| Loan Number | Seller Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0030489512 | 11402 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | UW - CONTRIBUTIONS/CONCESSIONS | $136,792.62 |
| 0030489314 | 11469 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | | $166,020.58 |
| 0018780148 | 10993 | MISREP - OCCUPANCY | | | $154,236.00 |
| | | | | **TOTAL** | **$457,049.20** |

**EXHIBIT B**