# EXHIBIT A

## EXHIBIT A
## AGREEMENTS

### Residential Home Funding Corp.

Broker Agreement, dated June 16, 2005

Loan Purchase Agreement, dated September 8, 2005