# EXHIBIT B

**EXHIBIT B**

Residential Home Funding Corp.

| Loan Number | Seller Loan Number | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 0038162970 | | MISREP - OCCUPANCY | MISREP - DEBTS | $241,828.80 |
| 0040351181 | 2070118240 | UW - INCOME/EMPLOY | | $151,794.00 |

|  |  |  | TOTAL | $393,622.80 |
|---|---|---|---|---|

**EXHIBIT B**