# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

## TMG Financial Services, Inc.

Loan Purchase Agreement, dated May 12, 2005