# EXHIBIT B

**EXHIBIT B**

TMG Financial Services, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Amount |
|---|---|---|---|---|
| 0032596546 | 0000010438 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | $166,491.06 |
| 0032039000 | 0000010251 | MISREP - INCOME/EMPLOY | | $184,532.40 |
| | | | **TOTAL** | **$351,023.46** |

**EXHIBIT B**