# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Gateway Bank, F.S.B.

Loan Purchase Agreement dated May 1, 2002

Loan Purchase Agreement (Bulk Purchase) dated March 4, 2004

Purchase Price and Terms Letter dated August 8, 2005

Purchase Price and Terms Letter dated October 3, 2005