# EXHIBIT B

**EXHIBIT B**
**Gateway Bank, F.S.B.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 30544787 | 80-824485 | MISREP - INCOME/EMPLOY | | | 142,606.99 |
| 30544969 | 80-824361 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | | 275,543.20 |
| 30553937 | 80-824476 | MISREP - INCOME/EMPLOY | | | 170,898.76 |
| 30589071 | 80-824969 | UW - CREDIT/FICO | | | 188,813.26 |
| 31362726 | 80-827972 | MISREP - DEBTS | | | 116,114.68 |
| 31362908 | 80-827331 | MISREP - INCOME/EMPLOY | | | 171,114.67 |
| 31631328 | 80-829187 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 189,835.65 |
| 32064800 | 80-829332 | MISREP - INCOME/EMPLOY | UW - DOCUMENTATION/ASS NAL TRANSACTION | MISREP - VALUE | 277,018.51 |
| 32093536 | 80-830003 | MISREP - INCOME/EMPLOY | MISREP - VALUE | | 207,630.39 |
| 32109456 | 80-830443 | UW - CREDIT/FICO | UW - INCOME/EMPLOY | | 174,038.93 |
| 32116857 | 80-830762 | MISREP - INCOME/EMPLOY | | | 139,805.69 |
| 32215196 | 80-830728 | MISREP - DEBTS | UW - LIEN POSITION | | 175,060.11 |
| 32300113 | 80-831179 | MISREP - DEBTS | | | 57,808.24 |
| 32301400 | 80-831184 | MISREP - DEBTS | | | 53,534.17 |
| 32402034 | 80-831208 | UW - CREDIT/FICO | | | 121,937.38 |
| 32402653 | 80-831264 | MISREP - DEBTS | MISREP - OCCUPANCY | | 229,974.71 |
| 32932972 | 80-833309 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 181,076.61 |
| | | | | **TOTAL** | **$2,872,811.95** |