# EXHIBIT B

**EXHIBIT B**

Circle One Mortgage Company and First National Bank

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040394256 | 0800000188 | UW - RESIDENCY | | | $187,151.65 |
| 0040575276 | 0800000295 | MISREP - OCCUPANCY | UW - INCOME/EMPLOY | | $125,116.99 |
| 0040170789 | 0800000073 | MISREP - OCCUPANCY | | | $152,050.62 |
| | | | | **TOTAL** | **$464,319.26** |

**EXHIBIT B**