# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

## REPUBLIC STATE MORTGAGE CO.,
**individually and as successor by merger to Union Trust Mortgage Corporation,**

Loan Purchase Agreement, dated October 10, 2002

Loan Purchase Agreement, dated June 9, 2005