# EXHIBIT B

**EXHIBIT B**

Republic State Mortgage Co., individually and as successor by merger to Union Trust Mortgage Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0033429473 | | MISREP - DEBTS | | | $291,239.01 |
| 0032467367 | 1618501161 | MISREP - INCOME/EMPLOY | MISREP - VALUE | | $71,125.85 |
| 0032460123 | | MISREP - INCOME/EMPLOY | | | $67,120.30 |
| 0032346009 | | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - VALUE | $56,901.72 |
| 0032183212 | | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $44,607.35 |
| 0031843162 | | MISREP - INCOME/EMPLOY | | | $136,239.42 |
| | | | | **TOTAL** | **$667,233.65** |

**EXHIBIT B**