# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Guaranty Bank, FSB

Loan Purchase Agreement dated October 11, 2001

September 12, 2006 Addendum to Loan Purchase Agreement dated November 9, 2004

Loan Purchase Agreement dated September 12, 2006