# EXHIBIT B

EXHIBIT B
Guaranty Bank, FSB

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount* |
|---|---|---|---|---|---|
| 15399801 | 9555400 | COLLATERAL | | | 19,657.49 |
| 17247479 | 9972134 | MISREP - DEBTS | | | 121,143.29 |
| 30521199 | 10575249 | MISREP - VALUE | | | 107,216.90 |
| 30915474 | 10622405 | MISREP - INCOME/EMPLOY | | | 142,067.03 |
| 30939383 | 10664548 | MISREP - INCOME/EMPLOY | | | 93,222.62 |
| 31088883 | 10583839 | MISREP - INCOME/EMPLOY | | | 189,799.97 |
| 31100738 | 10712768 | MISREP - DEBTS | UW - ASSETS | UW - CREDIT/FICO | 138,208.30 |
| 31110836 | 10670644 | MISREP - DEBTS | COLLATERAL | | 143,782.95 |
| 31212541 | 10720597 | MISREP - OCCUPANCY | UW - INCOME/EMPLOY | | 154,439.31 |
| 31239080 | 10734986 | UW - ASSETS | MISREP - INCOME/EMPLOY | | 74,558.55 |
| 31646060 | 10820769 | UW - ASSETS | UW - INELIGIBLE FOR LOAN PROGRAM | UW - INELIGIBLE FOR LOAN PROGRAM | 255,512.15 |
| 31659865 | 10813913 | MISREP - INCOME/EMPLOY | | | 140,789.98 |
| 31826803 | 10826295 | UW - INCOME/EMPLOY | DOCUMENTATION | | 52,249.88 |
| 31837024 | 10851178 | UW - CREDIT/FICO | | | 73,132.97 |
| 31993496 | 10899326 | MISREP - INCOME/EMPLOY | | | 125,973.90 |
| 32065799 | 10903482 | MISREP - OCCUPANCY | | | 218,135.84 |
| 32071623 | 10906451 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 69,229.72 |
| 32160301 | 10915668 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | 96,565.12 |
| 32213571 | 10947885 | MISREP - INCOME/EMPLOY | UW - OTHER | | 173,605.54 |
| 32267726 | 10631927 | MISREP - OCCUPANCY | MISREP - DEBTS | MISREP - INCOME/EMPLOY | 33,824.39 |
| 32267759 | 10957223 | COLLATERAL | | | 87,351.23 |
| 32370512 | 10966356 | MISREP - CREDIT/FICO | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | 246,044.49 |
| 32391906 | 11012119 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | 242,183.58 |
| 32408056 | 11011780 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 142,816.28 |
| 32410128 | 10986909 | MISREP - INCOME/EMPLOY | | | 124,012.99 |
| 32419947 | 11013331 | UW - INCOME/EMPLOY | | | 208,162.36 |
| 32425613 | 10991362 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 210,660.07 |
| 32433237 | 10974293 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 64,060.96 |
| 32435125 | 10974251 | MISREP - DEBTS | | | 68,961.66 |
| 32542284 | 11048238 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 140,938.68 |
| 32648867 | 11068731 | MISREP - INCOME/EMPLOY | | | 145,165.58 |
| 32679920 | 11054848 | MISREP - INCOME/EMPLOY | | | 40,678.71 |
| 32711715 | 10910032 | MISREP - INCOME/EMPLOY | | | 188,776.06 |
| 32739518 | 11088622 | MISREP - INCOME/EMPLOY | | | 84,216.39 |
| 32745739 | 11099694 | MISREP - INCOME/EMPLOY | | | 163,856.76 |
| 32753790 | 11052214 | MISREP - DEBTS | UW - INCOME/EMPLOY | | 197,425.39 |
| 32760167 | 11095411 | MISREP - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | | 243,396.27 |
| 32766644 | 11099850 | MISREP - INCOME/EMPLOY | | | 48,244.00 |
| 32774630 | 11109097 | MISREP - INCOME/EMPLOY | | | 267,948.32 |

 * Nothing herein constitutes a specific demand against Guaranty Bank, FSB; LBHI's damages against Guaranty Bank, FSB are in an amount to be determined at trial.

08-13555-mg   Doc 54369-2   Filed 12/29/16   Entered 12/29/16 19:11:48   Exhibit B - Identification of Defective Loans   Pg 3 of 6

EXHIBIT B
Guaranty Bank, FSB

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount* |
|---|---|---|---|---|---|
| 32813297 | 110972772 | MISREP - INCOME/EMPLOY | | | 200,124.14 |
| 32816852 | 11144532 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 173,755.04 |
| 32829129 | 11147857 | MISREP - INCOME/EMPLOY | | | 45,610.27 |
| 32832966 | 11144821 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | 213,172.48 |
| 32840431 | 11143955 | UW - INELIGIBLE FOR LOAN PROGRAM | UW - INCOME/EMPLOY | | 314,162.93 |
| 32867475 | 11148673 | MISREP - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | UW - ASSETS | 404,189.41 |
| 32897381 | 11140563 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 238,073.46 |
| 32902397 | 11159597 | UW - CREDIT/FICO | UW - INCOME/EMPLOY | | 168,960.61 |
| 32921538 | 11171824 | UW - INCOME/EMPLOY | MISREP - OCCUPANCY | MISREP - VALUE | 181,080.34 |
| 32931347 | 11166717 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | UW - OTHER | 155,947.05 |
| 32939753 | 10952349 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | | 116,423.50 |
| 32949059 | 11188000 | MISREP - INCOME/EMPLOY | | | 60,993.59 |
| 32962540 | 11194453 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 173,831.57 |
| 33036146 | 11231347 | MISREP - DEBTS | UW - OTHER | UW - OTHER | 121,277.17 |
| 33050840 | 11220571 | MISREP - INCOME/EMPLOY | | | 224,027.28 |
| 33059775 | 10986842 | MISREP - INCOME/EMPLOY | UW - ASSETS | | 112,102.57 |
| 33063611 | 11229473 | MISREP - DEBTS | UW - OTHER | MISREP - INCOME/EMPLOY | 56,588.69 |
| 33100801 | 10843498 | MISREP - INCOME/EMPLOY | UW - ASSETS | UW - OTHER | 146,348.34 |
| 33122847 | 11243516 | MISREP - DEBTS | MISREP - OCCUPANCY | UW - OTHER | 73,646.39 |
| 33122904 | 11253929 | UW - ASSETS | MISREP - DEBTS | | 50,069.45 |
| 33131194 | 11251949 | UW - CREDIT/FICO | COLLATERAL | | 182,396.68 |
| 33135500 | 11247962 | MISREP - DEBTS | MISREP - OCCUPANCY | MISREP - BORROWER | 178,643.32 |
| 33174418 | 11277464 | MISREP - OCCUPANCY | | | 46,862.64 |
| 33192147 | 10977932 | UW - CREDIT/FICO | | | 95,356.24 |
| 33192485 | 11291713 | UW - OTHER | UW - CREDIT/FICO | | 71,862.93 |
| 33197104 | 11229614 | MISREP - INCOME/EMPLOY | | | 237,799.14 |
| 33227034 | 11261757 | MISREP - OCCUPANCY | UW - INCOME/EMPLOY | | 15,373.85 |
| 33260563 | 11005683 | UW - ASSETS | MISREP - DEBTS | | 147,719.43 |
| 33300674 | 11304862 | IDENTITY THEFT | | | 204,654.24 |
| 33300690 | 11307832 | MISREP - OCCUPANCY | | | 112,311.68 |
| 33307174 | 11292042 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | 161,614.79 |
| 33321399 | 11307451 | UW - INCOME/EMPLOY | | | 186,852.48 |
| 33326604 | 11310950 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | 106,781.25 |
| 33332958 | 11294527 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 107,899.49 |
| 33388992 | 11285624 | MISREP - OCCUPANCY | UW - OTHER | | 61,948.32 |
| 33389388 | 11302122 | MISREP - OCCUPANCY | UW - INELIGIBLE FOR LOAN PROGRAM | | 245,539.27 |
| 33392895 | 11315090 | UW - INCOME/EMPLOY | UW - OTHER | | 126,049.76 |
| 33396011 | 11349743 | MISREP - INCOME/EMPLOY | | | 197,140.03 |
| 33423310 | 11335940 | MISREP - INCOME/EMPLOY | | | 149,323.10 |

**EXHIBIT B**
**Guaranty Bank, FSB**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount* |
|---|---|---|---|---|---|
| 33445230 | 11311636 | UW - OTHER | COLLATERAL | | 135,961.43 |
| 33445271 | 11336674 | UW - ASSETS | MISREP - INCOME/EMPLOY | | 168,206.46 |
| 33454927 | 11007341 | COLLATERAL | | | 112,878.53 |
| 33477662 | 11345147 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 228,605.36 |
| 33477670 | 11347200 | MISREP - OCCUPANCY | MISREP - DEBTS | UW - CREDIT/FICO | 160,227.83 |
| 33477720 | 11351673 | MISREP - INCOME/EMPLOY | | | 38,712.62 |
| 33482894 | 11333390 | MISREP - DEBTS | UW - CREDIT/FICO | | 228,519.65 |
| 33500455 | 11344660 | MISREP - INCOME/EMPLOY | UW - OTHER | UW - CREDIT/FICO | 91,515.20 |
| 33505512 | 10855047 | UW - ASSETS | UW - ASSETS | | 219,200.79 |
| 33505850 | 11355179 | UW - OTHER | | | 143,170.32 |
| 33505900 | 11358918 | MISREP - INCOME/EMPLOY | | | 78,733.79 |
| 33529447 | 11113230 | MISREP - OCCUPANCY | | | 174,376.24 |
| 33535246 | 11030988 | UW - CREDIT/FICO | | | 158,458.73 |
| 33535261 | 11286739 | UW - ASSETS | | | 236,031.03 |
| 33535386 | 11351236 | MISREP - INCOME/EMPLOY | | | 217,417.62 |
| 33535428 | 11359049 | MISREP - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | UW - INCOME/EMPLOY | 386,231.50 |
| 33535485 | 11363074 | MISREP - DEBTS | | | 111,967.64 |
| 33535501 | 11364700 | UW - INCOME/EMPLOY | | | 132,776.04 |
| 33535519 | 11366275 | MISREP - INCOME/EMPLOY | | | 95,206.16 |
| 33541392 | 11366713 | UW - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | 78,400.57 |
| 33549965 | 11357555 | UW - INCOME/EMPLOY | | | 160,825.17 |
| 33554346 | 11346723 | MISREP - OCCUPANCY | UW - INCOME/EMPLOY | | 90,515.08 |
| 33579616 | 11352515 | MISREP - DEBTS | MISREP - BORROWER | | 184,919.81 |
| 33579681 | 11366952 | UW - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | MISREP - DEBTS | 374,969.18 |
| 33606237 | 11381548 | MISREP - OCCUPANCY | | | 51,947.43 |
| 33614728 | 11380995 | UW - CREDIT/FICO | MISREP - OCCUPANCY | | 131,340.33 |
| 33635269 | 11370855 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - VALUE | 137,592.28 |
| 33635426 | 11366333 | MISREP - DEBTS | | | 292,465.11 |
| 33641473 | 11368776 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | UW - OTHER | 152,206.40 |
| 33649070 | 11370962 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 141,731.85 |
| 33649179 | 11385382 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 96,200.67 |
| 33655614 | 10965317 | UW - OTHER | UW - OTHER | MISREP - OCCUPANCY | 172,455.32 |
| 33655697 | 11373701 | MISREP - DEBTS | | | 283,607.15 |
| 33655838 | 11385614 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 314,030.14 |
| 33655887 | 11390226 | UW - OTHER | UW - OTHER | | 131,275.63 |
| 33665100 | 11394400 | MISREP - OCCUPANCY | | | 77,593.73 |
| 33667361 | 11396793 | UW - CREDIT/FICO | | | 171,937.25 |
| 33683327 | 11395712 | UW - INCOME/EMPLOY | | | 122,659.90 |
| 33689662 | 11396744 | MISREP - INCOME/EMPLOY | | | 205,867.17 |

EXHIBIT B
Guaranty Bank, FSB

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount* |
|---|---|---|---|---|---|
| 33708363 | 11391596 | MISREP - OCCUPANCY | | | 149,632.54 |
| 33714726 | 11390234 | UW - ASSETS | UW - ASSETS | | 83,018.76 |
| 33714957 | 11403466 | MISREP - DEBTS | MISREP - VALUE | UW - INELIGIBLE FOR LOAN PROGRAM | 270,075.49 |
| 33721408 | 11412319 | UW - CREDIT/FICO | | | 163,903.03 |
| 33721416 | 11398112 | UW - OTHER | | | 188,313.10 |
| 33753971 | 11387917 | MISREP - DEBTS | | | 200,554.24 |
| 33761594 | 11401262 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 253,518.41 |
| 33768755 | 11393568 | MISREP - INCOME/EMPLOY | | | 148,315.91 |
| 33776782 | 11385119 | MISREP - OCCUPANCY | | | 274,863.17 |
| 33783051 | 11413069 | UW - ASSETS | COLLATERAL | MISREP - INCOME/EMPLOY | 111,414.64 |
| 33797705 | 11355641 | MISREP - OCCUPANCY | MISREP - DEBTS | | 188,363.57 |
| 33803800 | 11424108 | MISREP - INCOME/EMPLOY | | | 125,014.36 |
| 33810144 | 11414448 | MISREP - INCOME/EMPLOY | | | 98,519.16 |
| 40022980 | 11440237 | MISREP - DEBTS | | | 82,883.13 |
| 40040909 | 11440542 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 276,613.04 |
| 40040917 | 11441524 | MISREP - INCOME/EMPLOY | UW - OTHER | MISREP - DEBTS | 214,932.80 |
| 40059198 | 11423118 | MISREP - DEBTS | COLLATERAL | MISREP - CREDIT/FICO | 181,481.35 |
| 40059263 | 11430857 | MISREP - INCOME/EMPLOY | | | 383,968.37 |
| 40073231 | 11436805 | MISREP - INCOME/EMPLOY | | | 247,934.00 |
| 40084709 | 11433778 | UW - INCOME/EMPLOY | | | 133,543.16 |
| 40088536 | 11399904 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | 334,526.52 |
| 40097628 | 11238573 | MISREP - DEBTS | | | 65,866.44 |
| 40119141 | 11462504 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 31,104.70 |
| 40175150 | 11487998 | MISREP - INCOME/EMPLOY | | | 32,695.81 |
| 40175184 | 11456027 | MISREP - INCOME/EMPLOY | | | 25,459.72 |
| 40175218 | 11466752 | MISREP - INCOME/EMPLOY | | | 186,165.22 |
| 40202673 | 11493707 | UW - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | 207,047.68 |
| 40210494 | 11469715 | MISREP - INCOME/EMPLOY | | | 248,924.36 |
| 40227951 | 11481116 | MISREP - OCCUPANCY | | | 273,799.00 |
| 40233918 | 11462819 | MISREP - INCOME/EMPLOY | | | 90,158.05 |
| 40242281 | 11068020 | MISREP - INCOME/EMPLOY | | | 161,760.21 |
| 40249823 | 11498292 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | MISREP - BORROWER | 56,370.42 |
| 40343865 | 11451275 | COLLATERAL | | | 108,854.24 |
| 40431637 | 11504651 | MISREP - OCCUPANCY | | | 442,578.91 |
| 40431827 | 11546892 | UW - CREDIT/FICO | UW - ASSETS | MISREP - INCOME/EMPLOY | 241,750.13 |
| 40435968 | 11477015 | MISREP - INCOME/EMPLOY | | | 123,021.86 |
| 40436123 | 11537321 | MISREP - INCOME/EMPLOY | | | 22,674.76 |
| 40495806 | 11536646 | MISREP - INCOME/EMPLOY | | | 159,975.32 |
| 40495970 | 11566114 | MISREP - DEBTS | | | 179,902.32 |

**EXHIBIT B**
**Guaranty Bank, FSB**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount* |
|---|---|---|---|---|---|
| 40503153 | 11539533 | UW - OTHER | | | 138,890.44 |
| 40510133 | 11542032 | MISREP - INCOME/EMPLOY | UW - OTHER | | 227,467.76 |
| 40532491 | 11568177 | MISREP - INCOME/EMPLOY | | | 112,319.30 |
| 40600439 | 11583077 | UW - CREDIT/FICO | UW - INELIGIBLE FOR LOAN PROGRAM | | 281,897.89 |
| 40661563 | 11601234 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | UW - INELIGIBLE FOR LOAN PROGRAM | 310,101.15 |
| 40752461 | 11660719 | MISREP - OCCUPANCY | | | 344,920.71 |
| 40852261 | 11701208 | MISREP - VALUE | | | 186,398.81 |
| | | | | **TOTAL** | **$26,066,759.67** |