# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

## Capital Bank Corporation

Loan Purchase Agreement, dated March 30, 2006