# EXHIBIT B

**EXHIBIT B**

Capital Bank Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0033279134 | 06090010 | MISREP - OCCUPANCY | UW - INCOME/EMPLOY | UW - MISSING DOCUMENTS | $243,603.86 |
| | | | | **TOTALS** | **$243,603.86** |

**EXHIBIT B**