# EXHIBIT A

# EXHIBIT A

# AGREEMENTS

# Greenpoint Mortgage Funding, Inc.

Flow Mortgage Loan Purchase and Warranties Agreement dated December 12, 2001

March 15, 2003 Amendment to Flow Mortgage Loan Purchase and Warranties Agreement dated December 12, 2001

Purchase Price and Terms Letter dated June 6, 2005

Purchase Price and Terms Letter dated November 17, 2005

November 23, 2005 Amendment to Flow Mortgage Loan Purchase and Warranties Agreement dated December 12, 2001

Purchase Price and Terms Letter dated November 30, 2005

Purchase Price and Terms Letter dated April 21, 2006

December 6, 2006 Amendment to Flow Mortgage Loan Purchase and Warranties Agreement dated December 12, 2001

Purchase Price and Terms Letter dated January 3, 2007

Amended and Restated Flow Mortgage Loan Purchase and Warranties Agreement dated February 1, 2007