**EXHIBIT B**

**Greenpoint Mortgage Funding, Inc.**

| Loan Number | Seller Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 116482308 | 84869536 | MISREP - INCOME/EMPLOY | | | 102,059.27 |
| 116485889 | 85489615 | UW - INELIGIBLE FOR LOAN PROGRAM | | | 223,025.95 |
| 116488701 | 85843332 | MISREP - INCOME/EMPLOY | MISREP - ASSETS | | 219,339.02 |
| 116489220 | 85937381 | MISREP - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | UW - INCOME/EMPLOY | 257,619.49 |
| 116493495 | 201861168 | UW - CREDIT/FICO | UW - RATIOS | | 77,172.50 |
| 116494618 | 202131652 | MISREP - ASSETS | MISREP - OCCUPANCY | | 195,224.53 |
| 120361423 | 700191836 | COLLATERAL | | | 175,028.88 |
| 116482647 | 84932078 | UW - INCOME/EMPLOY | | | 78,079.01 |
| 120358171 | 88625025 | UW - INELIGIBLE FOR LOAN PROGRAM | COLLATERAL | | 93,679.66 |
| 116488818 | 85862415 | MISREP - OCCUPANCY | | | 96,253.90 |
| 123608689 | 91439513 | MISREP - INCOME/EMPLOY | | | 425,279.77 |
| 118534288 | 88405311 | MISREP - INCOME/EMPLOY | | | 86,774.44 |
| 116494469 | 202058418 | UW - INELIGIBLE FOR LOAN PROGRAM | MISREP - INCOME/EMPLOY | | 137,635.18 |
| 116491135 | 201411352 | MISREP - INCOME/EMPLOY | | | 120,974.26 |
| 116485822 | 85474823 | MISREP - OCCUPANCY | | | 63,979.25 |
| 116493651 | 201896842 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 182,612.49 |
| 116493347 | 201824091 | MISREP - ASSETS | UW - INCOME/EMPLOY | | 207,784.03 |
| 120360151 | 89310973 | MISREP - INCOME/EMPLOY | UW - ASSETS | MISREP - OCCUPANCY | 31,735.92 |
| 118496579 | 202581286 | UW - CREDIT/FICO | MISREP - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | 148,550.42 |
| 116493248 | 201783974 | MISREP - INCOME/EMPLOY | | | 228,448.85 |
| 116489089 | 85913382 | MISREP - ASSETS | MISREP - INCOME/EMPLOY | | 144,163.26 |
| 116486960 | 85648228 | MISREP - INCOME/EMPLOY | | | 141,154.86 |
| 116481813 | 84816354 | UW - INELIGIBLE FOR LOAN PROGRAM | UW - INCOME/EMPLOY | | 192,148.07 |
| 116485996 | 85509677 | MISREP - INCOME/EMPLOY | | | 150,407.31 |
| 118534346 | 88413323 | MISREP - INCOME/EMPLOY | | | 196,553.69 |
| | | | | **TOTAL** | **3,975,684.01** |