# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

## Wintrust Mortgage Corporation

Loan Purchase Agreement, dated April 24, 2003