# EXHIBIT B

EXHIBIT B
Wilmart Mortgage Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0032587610 | 728909 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | $363,826.00 |
| 0031327588 | 682397 | MISREP - DEBTS | MISREP - OCCUPANCY | | $316,321.66 |
| 0033561739 | 781464 | MISREP - DEBTS | MISREP - OCCUPANCY | UW - ASSETS | $301,494.67 |
| 0032501371 | 718576 | MISREP - OCCUPANCY | | | $284,950.39 |
| 0040323263 | 809875 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $259,311.69 |
| 0032951410 | 750312 | UW - INCOME/EMPLOY | | | $257,505.68 |
| 0033261207 | 768000 | MISREP - DEBTS | | | $236,459.13 |
| 0033538349 | 778962 | MISREP - INCOME/EMPLOY | | | $225,448.07 |
| 0032238529 | 715201 | MISREP - DEBTS | UW - INELIGIBLE FOR LOAN PROGRAM | | $218,970.09 |
| 0033216961 | 762049 | MISREP - DEBTS | | | $200,223.29 |
| 0040234635 | 805981 | MISREP - INCOME/EMPLOY | | | $197,336.29 |
| 0033590043 | 774772 | UW - ASSETS | UW - RATIOS | | $196,724.39 |
| 0033562331 | 785963 | MISREP - INCOME/EMPLOY | | | $193,663.86 |
| 0033310491 | 768008 | UW - INCOME/EMPLOY | | | $193,240.83 |
| 0031982739 | 708131 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | | $187,513.28 |
| 0040314718 | 807893 | UW - INCOME/EMPLOY | | | $183,770.84 |
| 0033147083 | 757975 | MISREP - IDENTITY THEFT | UW - CONTRIBUTIONS / CONCESSIONS | UW - INCOME/EMPLOY | $178,729.37 |
| 0033436429 | 775871 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $176,818.35 |
| 0032599151 | 733719 | UW - NAL TRANSACTION | UW - MISSING DOCUMENTS | | $174,451.53 |
| 0033419383 | 770951 | MISREP - INCOME/EMPLOY | UW - ASSETS | UW - MISSING DOCUMENTS | $171,514.15 |
| 0031234685 | 674062 | MISREP - INCOME/EMPLOY | | | $168,703.77 |
| 0033485764 | 775103 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $164,335.45 |
| 0040144032 | 800839 | UW - MISSING DOCUMENTS | | | $160,588.20 |
| 0040537227 | 815939 | UW - INCOME/EMPLOY | | | $134,210.82 |
| 0031632151 | 691490 | MISREP - DEBTS | UW - INCOME/EMPLOY | | $121,332.17 |
| 0030754857 | 652383 | UW - ASSETS | | | $116,249.66 |
| 0033508920 | 775844 | MISREP - INCOME/EMPLOY | | | $115,340.10 |
| 0030850903 | 653593 | MISREP - INCOME/EMPLOY | | | $114,843.41 |
| 0040083230 | 802637 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | MISREP - OCCUPANCY | $99,511.29 |
| 0033269168 | 770553 | MISREP - OCCUPANCY | | | $94,492.66 |
| 0032927451 | 747652 | MISREP - INCOME/EMPLOY | | | $94,082.90 |
| 0040710881 | 829441 | MISREP - VALUE | MISREP - INCOME/EMPLOY | | $79,749.67 |
| 0032041311 | 709554 | UW - INCOME/EMPLOY | | | $77,875.44 |
| 0018970145 | 585434 | MISREP - DEBTS | | | $66,935.79 |
| 0033590092 | 790534 | MISREP - DEBTS | | | $63,539.58 |
| 0040012635 | 788662 | MISREP - VALUE | UW - INCOME/EMPLOY | | $63,090.11 |

| 0017473166 | 548836 401 | UW - INELIGIBLE FOR LOAN PROGRAM | MISREP - DEBTS | UW - MISSING DOCUMENTS | $54,685.94 |
|---|---|---|---|---|---|
| 0032747826 | 730252 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $44,718.90 |
| 0031073372 | 672746 307 | MISREP - INCOME/EMPLOY | | | $44,620.30 |
| 0032444325 | 724105 | MISREP - DEBTS | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | $39,802.72 |
| | | | | **TOTAL** | **$6,436,982.44** |