# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**

**WJ Capital Corporation and Secured Capital Funding**

Loan Purchase Agreement, dated August 17, 2004