# EXHIBIT B

**EXHIBIT B**

WJ Capital Corporation and Secured Capital Funding

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason | Claim Reason | Claim Amount |
|---|---|---|---|---|---|
| 0032864167 | 7254 | UW - ASSETS | UW - INCOME/EMPLOY | UW - DOCUMENTATION | $202,276.02 |
| 0033480062 | 7377 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $295,757.35 |
| 0040612681 | 7558 | MISREP - INCOME/EMPLOY | | | $285,840.51 |
| 0040764235 | 7605 | MISREP - INCOME/EMPLOY | | | $210,027.51 |
| 0033302027 | 7339 | MISREP - INCOME/EMPLOY | | | $255,317.08 |
| | | | | **TOTAL** | **$1,249,218.47** |

**EXHIBIT B**