# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Winstar Mortgage Partners, Inc.

Loan Purchase Agreement dated December 31, 2003

Loan Purchase Agreement (Bulk Purchase) dated September 2, 2004.

Purchase Price and Terms Letter dated September 14, 2004

Purchase Price and Terms Letter dated October 27, 2004

Purchase Price and Terms Letter dated November 9, 2004

Purchase Price and Terms Letter dated December 3, 2004

Purchase Price and Terms Letter dated December 13, 2004

Purchase Price and Terms Letter, Trade ID: 2005 MB 01

Purchase Price and Terms Letter, Trade ID: 2005 MB 04

Purchase Price and Terms Letter dated June 8, 2005

Purchase Price and Terms Letter dated June 17, 2005