# EXHIBIT B

**EXHIBIT B**
**Winstar Mortgage Partners, Inc.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---:|
| 18275305 | 105209 | MISREP - OCCUPANCY | UW - ASSETS | | 161,289.77 |
| 18275966 | 3020003 | MISREP - VALUE | | | 98,783.71 |
| 18276071 | 3019661 | UW - INCOME/EMPLOY | UW - CREDIT/FICO | UW - ASSETS | 66,302.23 |
| 18530915 | 107036 | MISREP - DEBTS | UW - CREDIT/FICO | | 145,166.51 |
| 18592907 | 106352 | COLLATERAL | | | 108,171.85 |
| 18743567 | 3021745 | MISREP - INCOME/EMPLOY | | | 73,650.64 |
| 18812370 | 107910 | MISREP - DEBTS | | | 149,249.26 |
| 18867663 | 3022595 | COLLATERAL | | | 139,116.32 |
| 30160980 | 3023052 | MISREP - VALUE | | | 250,839.48 |
| 30161053 | 3023635 | COLLATERAL | | | 123,161.94 |
| 30899512 | 3027207 | MISREP - INCOME/EMPLOY | | | 165,642.85 |
| 30971865 | 3027416 | MISREP - OCCUPANCY | | | 89,417.12 |
| 33477035 | 3044093 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 84,863.64 |
| 33595638 | 8900610478 | MISREP - INCOME/EMPLOY | | | 138,637.57 |
| 33625815 | 3045871 | COLLATERAL | | | 293,577.48 |
| 33673526 | 3045497 | MISREP - INCOME/EMPLOY | | | 265,383.87 |
| 33705351 | 8680611667 | MISREP - INCOME/EMPLOY | | | 168,841.26 |
| 33793431 | 3047398 | MISREP - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | | 214,158.81 |
| 40131427 | 3048327 | UW - INCOME/EMPLOY | | | 261,313.60 |
| 40212573 | 3049233 | MISREP - VALUE | | | 92,738.77 |
| 40230872 | 3048512 | MISREP - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | | 177,080.56 |
| 40367021 | 3050128 | MISREP - INCOME/EMPLOY | | | 290,278.05 |
| 40367542 | 3049208 | MISREP - VALUE | | | 135,508.87 |
| 40464364 | 3050445 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | 304,040.64 |
| 40464604 | 3049922 | MISREP - DEBTS | UW - INCOME/EMPLOY | | 301,719.20 |
| 40511636 | 3050360 | UW - CREDIT/FICO | MISREP - INCOME/EMPLOY | | 281,540.96 |
| 40560062 | 3051146 | MISREP - INCOME/EMPLOY | | | 66,313.24 |
| 40560070 | 3050609 | MISREP - ASSETS | | | 418,509.25 |
| 40560138 | 88607038800 | COLLATERAL | | | 260,290.99 |
| 40568081 | 3051241 | MISREP - DEBTS | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | 143,668.75 |
| 40575425 | 3051504 | MISREP - DEBTS | MISREP - OCCUPANCY | | 168,507.58 |
| 40576068 | 3050343 | COLLATERAL | | | 186,471.69 |
| 40636748 | 3051911 | MISREP - INCOME/EMPLOY | | | 57,894.75 |
| 40643041 | 3051583 | UW - CREDIT/FICO | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | 206,325.10 |

**EXHIBIT B**
**Winstar Mortgage Partners, Inc.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 40670507 | 3051890 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | 170,028.25 |
| 40689382 | 3052748 | MISREP - INCOME/EMPLOY | | | 306,688.15 |
| 40715823 | 3052538 | MISREP - INCOME/EMPLOY | MISREP - VALUE | | 221,808.40 |
| 40734063 | 3052786 | MISREP - VALUE | | | 302,265.62 |
| 40746372 | 3052813 | UW - INELIGIBLE FOR LOAN PROGRAM | | | 128,598.46 |
| 40746521 | 3052875 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | UW - CREDIT/FICO | 278,192.23 |
| 40771768 | 3052721 | UW - INCOME/EMPLOY | | | 174,273.91 |
| | | | | TOTAL | $7,670,311.33 |