# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Millennium Mortgage Corporation and Millennium Mortgage Capital

Loan Purchase Agreement, dated July 7, 2004