# EXHIBIT B

**EXHIBIT B**

Millennium Mortgage Corporation and Millennium Mortgage Capital

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040687246 | 2007050723 | MISREP - INCOME/EMPLOY | | | $372,900.08 |
| 0040513715 | 2007040510 | COLLATERAL | | | $350,153.07 |
| 0040366775 | 2007020786 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $304,784.48 |
| 0032673519 | 4601611 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $237,910.87 |
| 0032480410 | 10106036 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | $207,904.92 |
| 0032677353 | 4603041 | MISREP - DEBTS | | | $180,605.00 |
| 0033732785 | 2006090602 | MISREP - DEBTS | MISREP - OCCUPANCY | | $175,176.71 |
| 0033009515 | 2006060218 | MISREP - INCOME/EMPLOY | COLLATERAL | | $175,082.80 |
| 0031958044 | 61005287 | MISREP - INCOME/EMPLOY | MISREP - BORROWER | | $138,482.66 |
| 0031287717 | 4507071 | MISREP - INCOME/EMPLOY | | | $101,744.79 |
| | | | | **TOTAL** | **$2,244,745.38** |