# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
# Freedom Mortgage Corporation

Loan Purchase Agreement (Bulk Purchase) dated July 9, 2004

Flow Mortgage Loan Purchase and Warranties Agreement dated June 1, 2006

Purchase Price and Terms Letter dated September 11, 2006

Side Letter Agreement dated October 18, 2006

Purchase Price and Terms Letter dated October 25, 2006

Purchase Price and Terms Letter dated November 3, 2006

Purchase Price and Terms Letter dated December 1, 2006

Purchase Price and Terms Letter dated December 15, 2006

Purchase Price and Terms Letter dated December 27, 2006

Purchase Price and Terms Letter dated January 9, 2007