# EXHIBIT B

**EXHIBIT B**
**Freedom Mortgage Corporation**

| Loan No. | Seller Loan No. | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Reason 4 | Claim Amount |
|---|---|---|---|---|---|---|
| 123000473 | 61073690 | MISREP - BORROWER | | | | 311,770.87 |
| 123815946 | 81194755 | MISREP - OCCUPANCY | MISREP - CREDIT/FICO | | | 271,142.77 |
| 123815995 | 81284127 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | | 252,218.73 |
| 123816365 | 81301251 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | | 214,893.90 |
| 122577026 | 81065377 | MISREP - DEBTS | UW - CREDIT/FICO | MISREP - BORROWER | | 199,236.46 |
| 123815730 | 81281172 | UW - ASSETS | MISREP - CREDIT/FICO | MISREP - OCCUPANCY | | 164,711.53 |
| 122929383 | 60863438 | MISREP - OCCUPANCY | COLLATERAL | MISREP - INCOME/EMPLOY | | 160,299.40 |
| 122929391 | 60861766 | MISREP - DEBTS | UW - INCOME/EMPLOY | UW - ASSETS | MISREP - OCCUPANCY | 156,761.25 |
| 123815276 | 81324162 | UW - CREDIT/FICO | UW - INCOME/EMPLOY | MISREP - CREDIT/FICO | | 156,437.75 |
| 123462368 | 81248460 | MISREP - OCCUPANCY | MISREP - DEBTS | | | 126,027.79 |
| 123513988 | 81301491 | UW - CREDIT/FICO | UW - ASSETS | UW - INELIGIBLE FOR LOAN PROGRAM | | 110,524.02 |
| 123462160 | 81244451 | MISREP - ASSETS | UW - INELIGIBLE FOR LOAN PROGRAM | MISREP - INCOME/EMPLOY | | 109,835.84 |
| 123153843 | 81035404 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | | 104,295.96 |
| 123461782 | 81202004 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | | 101,486.00 |
| 123815367 | 81323727 | MISREP - DEBTS | MISREP - CREDIT/FICO | | | 81,287.40 |
| 123461923 | 81245615 | MISREP - DEBTS | | | | 81,078.57 |
| 123514358 | 81241119 | UW - CREDIT/FICO | | | | 72,821.83 |
| | | | **TOTAL** | | | **$2,674,830.07** |