# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
# DHI Mortgage Company Ltd.

Loan Purchase Agreement dated December 9, 2005

Loan Purchase Agreement (Bulk Purchase) dated December 9, 2005

Purchase Price and Terms Letter dated March 24, 2006

Purchase Price and Terms Letter dated September 25, 2006