# EXHIBIT B

**EXHIBIT B**

**DHI Mortgage Company Ltd.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 32621856 | 436432 | MISREP - INCOME/EMPLOY | | | 294,297.96 |
| 32621989 | 498482 | MISREP - INCOME/EMPLOY | | | 168,103.46 |
| 32622987 | 465319 | COLLATERAL | | | 159,176.91 |
| 122200736 | 491171 | MISREP - INCOME/EMPLOY | | | 168,008.88 |
| 122200934 | 515843 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | MISREP - DEBTS | 232,923.37 |
| 122201221 | 543306 | MISREP - INCOME/EMPLOY | UW - ASSETS | DOCUMENTATION | 192,433.27 |
| 122201528 | 555039 | MISREP - DEBTS | UW - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | 65,869.01 |
| 122201577 | 556049 | MISREP - INCOME/EMPLOY | | | 183,385.68 |
| 122201668 | 557165 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 298,008.55 |
| 122649791 | 436646 | MISREP - DEBTS | | | 179,363.29 |
| 122649957 | 472787 | MISREP - OCCUPANCY | MISREP - DEBTS | MISREP - INCOME/EMPLOY | 176,762.03 |
| 122650310 | 532006 | MISREP - INCOME/EMPLOY | | | 95,531.44 |
| 122650534 | 551662 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 176,832.09 |
| 122650880 | 566985 | UW - CREDIT/FICO | UW - INCOME/EMPLOY | UW - DOWN PAYMENT | 170,691.03 |
| | | | | **TOTAL** | **$2,561,386.97** |