# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## MortgageIT, Inc. and DB Structured Products, Inc.

Loan Purchase Agreement dated December 31, 2003

Loan Purchase Agreement (Bulk Purchase) dated December 31, 2003

Flow Mortgage Loan Purchase and Warranties Agreement dated January 6, 2004

Assignment and Conveyance dated April 6, 2004

Purchase Price and Terms Letter dated July 15, 2004

Assignment and Conveyance dated August 24, 2005

Purchase Price and Terms Letter dated November 10, 2006

Purchase Price and Terms Letter dated November 16, 2006

Purchase Price and Terms Letter December 7, 2006

Purchase Price and Terms Letter February 15, 2007

Assignment and Conveyance dated March 20, 2007