# EXHIBIT B

EXHIBIT B
MortgageIT, Inc. and DB Structured Products, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 18048611 | 40171078 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | MISREP - DEBTS | 153,109.06 |
| 18285031 | 40183763 | UW - CREDIT/FICO | UW - ASSETS | UW - INCOME/EMPLOY | 118,306.88 |
| 32965782 | 40599042 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 130,437.97 |
| 33064650 | 40621183 | MISREP - DEBTS | | | 94,944.10 |
| 123159022 | 40645464 | MISREP - DEBTS | | | 102,560.15 |
| 123159030 | 40648063 | MISREP - INCOME/EMPLOY | | | 73,162.03 |
| 123159386 | 40682345 | MISREP - INCOME/EMPLOY | | | 281,399.98 |
| 123159469 | 40683517 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 338,475.36 |
| 123159634 | 40684537 | UW - ASSETS | | | 168,717.74 |
| 123159907 | 40687718 | MISREP - DEBTS | MISREP - OCCUPANCY | | 434,067.19 |
| 123159998 | 40688749 | UW - INCOME/EMPLOY | | | 250,608.28 |
| 123160053 | 40689414 | MISREP - INCOME/EMPLOY | | | 258,592.83 |
| 123160061 | 40689453 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 292,819.94 |
| 123160301 | 40691438 | MISREP - DEBTS | UW - CREDIT/FICO | | 239,652.13 |
| 123160590 | 40693770 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 380,092.79 |
| 123160681 | 40694149 | MISREP - DEBTS | UW - CREDIT/FICO | MISREP - OCCUPANCY | 223,522.19 |
| 123160723 | 40694407 | MISREP - OCCUPANCY | UW - CREDIT/FICO | | 224,233.72 |
| 123160863 | 40695254 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | 343,120.32 |
| 123161143 | 40697899 | MISREP - INCOME/EMPLOY | | | 186,390.63 |
| 123161218 | 40698574 | MISREP - INCOME/EMPLOY | | | 330,987.61 |
| 123161374 | 40699943 | MISREP - INCOME/EMPLOY | | | 177,154.16 |
| 123161515 | 40701284 | MISREP - INCOME/EMPLOY | | | 270,936.55 |
| 123161523 | 40701387 | MISREP - INCOME/EMPLOY | | | 118,828.29 |
| 123161689 | 40703658 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 111,541.81 |
| 123161739 | 40704016 | MISREP - INCOME/EMPLOY | MISREP - CREDIT/FICO | UW - INELIGIBLE FOR LOAN PROGRAM | 308,313.38 |
| 123194664 | 40696774 | MISREP - INCOME/EMPLOY | | | 196,322.81 |
| 123194839 | 40687158 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 92,986.65 |
| 123195083 | 40675147 | MISREP - BORROWER | UW - INELIGIBLE FOR LOAN PROGRAM | UW - INELIGIBLE FOR LOAN PROGRAM | 135,698.63 |
| 123195315 | 40701977 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 160,877.32 |
| 123195869 | 40679203 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | 94,326.36 |
| 123195877 | 40680926 | UW - CREDIT/FICO | MISREP - DEBTS | | 20,050.34 |
| 123195992 | 40680366 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | 95,710.80 |
| 123196222 | 40694861 | MISREP - ASSETS | | | 225,195.87 |
| 123196560 | 40672346 | UW - CREDIT/FICO | MISREP - VALUE | | 94,732.25 |
| 123196594 | 40668663 | MISREP - VALUE | MISREP - INCOME/EMPLOY | MISREP - DEBTS | 101,953.77 |
| 123196602 | 40676552 | UW - INELIGIBLE FOR LOAN PROGRAM | UW - ASSETS | | 114,142.23 |
| 123196628 | 40632587 | UW - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | | 91,511.77 |
| 123196651 | 40694577 | MISREP - DEBTS | | | 75,442.93 |
| 123196875 | 40705025 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | 108,702.47 |

**EXHIBIT B**

**MortgageIT, Inc. and DB Structured Products, Inc.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 123197048 | 40648073 | MISREP - OCCUPANCY | | | 198,791.39 |
| 123197071 | 40693245 | MISREP - DEBTS | | | 100,305.02 |
| 123197410 | 40663363 | UW - CREDIT/FICO | UW - INCOME/EMPLOY | | 258,600.21 |
| 123197550 | 40686711 | UW - INCOME/EMPLOY | | | 200,247.45 |
| 123197626 | 40670711 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | | 176,993.93 |
| 123197899 | 40671680 | UW - CREDIT/FICO | | | 82,612.49 |
| 123197972 | 40705572 | UW - CREDIT/FICO | | | 164,764.32 |
| 123394710 | 40699393 | UW - CREDIT/FICO | UW - CREDIT/FICO | UW - INELIGIBLE FOR LOAN PROGRAM | 81,388.02 |
| 123394769 | 40700020 | UW - INELIGIBLE FOR LOAN PROGRAM | | | 176,535.26 |
| 123394843 | 40701837 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 221,547.85 |
| 123394934 | 40702913 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | 104,207.22 |
| 123395089 | 40704849 | MISREP - DEBTS | | | 113,074.91 |
| 123395469 | 40708203 | MISREP - INCOME/EMPLOY | | | 173,998.75 |
| 123395642 | 40709645 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 91,542.19 |
| 123395691 | 40709787 | UW - INCOME/EMPLOY | COLLATERAL | | 67,363.07 |
| 123395725 | 40709954 | UW - INELIGIBLE FOR LOAN PROGRAM | UW - CREDIT/FICO | | 70,699.96 |
| 123396004 | 40712137 | MISREP - VALUE | MISREP - DEBTS | UW - CREDIT/FICO | 112,997.81 |
| 123396012 | 40712169 | UW - INCOME/EMPLOY | UW - ASSETS | MISREP - INCOME/EMPLOY | 126,272.57 |
| 123396418 | 40716322 | UW - CREDIT/FICO | UW - INCOME/EMPLOY | DOCUMENTATION | 280,124.78 |
| 123396491 | 40717589 | UW - INCOME/EMPLOY | UW - ASSETS | | 4,968.02 |
| 123396566 | 40718758 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 85,806.02 |
| 123396632 | 40723978 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 166,129.68 |
| | | | | **TOTAL** | **$10,278,600.21** |