# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

## BWC Mortgage Services, BWC Real Estate Inc., and Commerce Home Mortgage, Inc. f/k/a Simonich Corp.

Loan Purchase Agreement, dated February 26, 2004