# EXHIBIT B

**EXHIBIT B**

Commerce Home Mortgage, Inc. f/k/a Simonich Corp. d/b/a BWC Mortgage Services

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0033778481 | 0000011307 | MISREP - DEBTS | MISREP - CREDIT/FICO | | 286,482.84 |
| 0033742495 | 11305 | MISREP - INCOME/EMPLOY | | | 220,693.49 |
| 0031397516 | 832101472 | MISREP - DEBTS | UW - CREDIT/FICO | | 217,302.84 |
| 0032680738 | 8321 | MISREP - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | UW - INELIGIBLE FOR LOAN PROGRAM | 194,569.63 |
| 0030491930 | 0832101333 | UW - INELIGIBLE FOR LOAN PROGRAM | | | 116,626.10 |
| | | | | **TOTAL** | **1,035,674.90** |

**EXHIBIT B**