# EXHIBIT A

# EXHIBIT A

# AGREEMENTS

## 1AM, L.L.C. f/k/a 1st Advantage Mortgage, L.L.C.
## Draper and Kramer Mortgage Corporation d/b/a 1st Advantage Mortgage

Loan Purchase Agreement dated April 1, 2004

Loan Purchase Agreement (Bulk Purchase) dated April 1, 2004