# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## America's Mortgage Alliance, Inc. and America's Mortgage, LLC

Broker Agreement dated January 3, 2003

Loan Purchase Agreement dated May 14, 2004

Broker Agreement dated September 28, 2004

Guaranty dated December 17, 2004

Loan Purchase Agreement dated December 22, 2004