# EXHIBIT B

**EXHIBIT B**
**America's Mortgage Alliance, Inc. and America's Mortgage, LLC**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 40465833 | 70701640 | MISREP - DEBTS | | | 271,969.38 |
| 40753998 | 70701761 | COLLATERAL | | | 352,301.85 |
| 30674683 | 5000398 | MISREP - INCOME/EMPLOY | | | 68,239.86 |
| 40066599 | 7000215 | MISREP - VALUE | | | 48,869.69 |
| 46201448 | | MISREP - INCOME/EMPLOY | | | 130,019.65 |
| | | | | **TOTAL** | **$871,400.43** |