# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
# First Capital Group, L.P. and First Capital Corporation of Los Angeles

Loan Purchase Agreement dated May 8, 2003