# EXHIBIT B

**EXHIBIT B**
**First Capital Group, L.P. and First Capital Corporation of Los Angeles**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 17870270 | 81451488 | MISREP - INCOME/EMPLOY | | | 112,271.69 |
| 30318877 | 814502324 | MISREP - INCOME/EMPLOY | MISREP - ASSETS | | 87,509.95 |
| 30507131 | 814502300 | MISREP - ASSETS | | | 139,673.22 |
| 30724116 | 814502554 | UW - ASSETS | UW - INELIGIBLE FOR LOAN PROGRAM | UW - INCOME/EMPLOY | 223,989.52 |
| 31203953 | 814502933 | MISREP - INCOME/EMPLOY | | | 104,422.58 |
| 31820285 | 814503321 | MISREP - INCOME/EMPLOY | | | 123,159.83 |
| 32251183 | 814503657 | MISREP - INCOME/EMPLOY | | | 213,373.26 |
| 33162595 | 814503724 | COLLATERAL | | | 289,416.66 |
| 33343237 | 841503795 | MISREP - DEBTS | | | 105,583.40 |
| 40449183 | 814503929 | MISREP - DEBTS | | | 126,437.46 |
| | | | | TOTAL | $1,525,837.57 |