# EXHIBIT A

# EXHIBIT A

# AGREEMENTS

**Embrace Home Loans, Inc. as successor in interest to Mason Dixon Funding, Inc.**

Loan Purchase Agreement dated February 17, 2005