# EXHIBIT B

**EXHIBIT B**

**Embrace Home Loans, Inc. as successor in interest to Mason Dixon Funding, Inc.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 40562449 | 70419001 | UW - INCOME/EMPLOY | MISREP - OCCUPANCY | | 308,727.35 |
| | | | | **TOTAL** | **$ 308,727.35** |