# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Northwest Mortgage Group, Inc.;
## Larry Unger, Robert Engelke, and James Smith

Loan Purchase Agreement dated November 30, 2000

Loan Purchase Agreement dated September 8, 2004