# EXHIBIT B

**EXHIBIT B**
**Northwest Mortgage Group, Inc.;**
**Larry Unger, Robert Engelke, and James Smith**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Reason 4 | Claim Amount |
|---|---|---|---|---|---|---|
| 33435637 | 06-61002005 | MISREP - OCCUPANCY | MISREP - DEBTS | MISREP - BORROWER | UW - STRAW TRANSACTION | 70,326.05 |
| 40082513 | 06-61221006 | MISREP - OCCUPANCY | UW - INCOME/EMPLOY | | | 97,704.34 |
| 40613341 | 06-70419022 | MISREP - OCCUPANCY | MISREP - ASSETS | UW - INCOME/EMPLOY | | 93,731.02 |
| | | | | | **TOTAL** | **$261,761.41** |