# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
# Fairmont Funding Ltd.

Loan Purchase Agreement dated January 20, 2005

Broker Agreement dated January 10, 2007