# EXHIBIT B

**EXHIBIT B**

**Fairmont Funding Ltd.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 32811341 | HU1466 | MISREP - DEBTS | | | 294,698.96 |
| 33146929 | NY9313 | MISREP - DEBTS | | | 206,019.21 |
| 33706599 | NY9905 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 531,021.20 |
| 47394861 | | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 218,434.67 |
| | | | | **TOTAL** | **$1,250,174.04** |