# EXHIBIT A

# EXHIBIT A

# AGREEMENTS

# Eagle Mortgage Holdings, LLC as successor by merger to Eagle Home Mortgage, Inc.; and Universal American Mortgage Company, LLC

Loan Purchase Agreement dated October 21, 2004