# EXHIBIT B

**EXHIBIT B**

**Eagle Mortgage Holdings, LLC as successor by merger to Eagle Home Mortgage, Inc.; and Universal American Mortgage Company, LLC**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 32425829 | HP5Z059 | MISREP - DEBTS | | | 99,187.06 |
| 32828980 | YJ640065 | MISREP - VALUE | UW - INELIGIBLE FOR LOAN PROGRAM | | 136,390.14 |
| 32941650 | Y465008 | MISREP - INCOME/EMPLOY | | | 30,839.64 |
| 33400193 | HD69021 | MISREP - ASSETS | MISREP - DEBTS | | 87,215.26 |
| 33561523 | EY6X065 | UW - CREDIT/FICO | | | 132,899.39 |
| 33772575 | N46Z003 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 116,012.36 |
| 40632374 | EW74288 | MISREP - INCOME/EMPLOY | | | 252,948.09 |
| | | | | **TOTAL** | **$855,491.94** |