

# FALCON PRIVATE BANK
SWISS PRIVATE BANKING

By UPS Express Plus
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Zurich, December 15, 2016

**RE LEHMAN BROTHERS HOLDINGS, INC.  CASE NO. 08-13555 (JMP)**

Dear Sir or Madam,

Reference is made to the transfer of claim filled on 11/22/2016 (cf. enclosure).

I would be very grateful if you could advise at your earliest convenience until when we will receive the confirmation of transfer.

You may contact me by phone (++41 44 227 57 87), facsimile (++41 211 55 11),
e-mail (Dominique.Moehr@falconpb.com) or courier/first class air mail (see address below).

Thank you very much in advance.

Sincerely yours,

Dominique Möhr
Attorney-at-Law

Enclosure
- mentioned



Falcon Private Bank Ltd. | Pelikanstrasse 37 | P.O. Box 1376 | 8021 Zurich, Switzerland
Phone +41 44 227 55 55 | Fax +41 44 227 55 11 | www.falconprivatebank.com

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc.          ,          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Falcon Private Bank Ltd. | Bank Hapoalim (Switzerland) Ltd |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Legal & Compliance, Pelikanstrasse 37,
CH-8001 Zürich (Switzerland)

Court Claim # (if known):  55855
Amount of Claim:  $200,000.00
Date Claim Filed:  10/16/2009

Phone: +41 44 227 55 55
Last Four Digits of Acct #: _____

Phone: +41 44 283 81 81
Last Four Digits of Acct. #:  2744

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ My Chau Ha    /s/ Manuel Graf        Date: 11/16/2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.