
**Finanz Logistik**

FILED
.S. BANKRUPTCY COURT

2016 DEC 19 P 12: 59

S.D.N.Y.

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY
USA

marcel.ledergergerber@finanz-logistik.ch
Direkt: +41 71(0) 242 77 17 Fax: +41 (0)71 242 77 49

St. Gallen, 14th december 2016

**Transfer of claims / Lehman Brothers Holding / Registration**

Dear Sir or Madam

By order of **BBO Bank Brienz Oberhasli AG** we send you enclosed the following forms:

- Transfer / Evidence of Transfer
- payment aggregation

Thank you very much for your confirmation of the registration.

With compliments

**Finanz-Logistik AG**

Marcel Ledergerber    Roman Lengwiler

Copy: U.S. Bankrupty Court of the Southern District of N.Y., One Bowling Green, New York, NY 10004

FILED
\.S. BANKRUPTCY COURT

2016 DEC 19 P 1: 00

S.D.N.Y.

**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:    Lehman Brothers Holdings Inc.          Case No.: __(JMP__
                                                  Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>BBO Bank Brienz Oberhasli AG | Name of Transferor:<br>UBS AG |
| Notices to Transferee should be sent to:<br>BBO Bank Brienz Oberhasli AG<br>c/o Finanz-Logistik AG<br>Rosenbergstrasse 16<br>9004 St. Gallen | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>CHF 15'000.00 | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: __12/14/16__
    BBO Bank Brienz Oberhasli AG
    c/o Finanz-Logistik AG
    Rosenbergstrasse 16
    9004 St. Gallen

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

## EVIDENCE OF TRANSFER OF CLAIM

TO:          United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy
             Court")
             One Bowling Green
             New York, New York  10004
             Attention:  Clerk of the Court

AND TO:      Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number:  *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number:  59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is
based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Treasury BV | CH0027120812 | LBT BV | LBH Inc. | CHF 15'000.00 |

**The aggregate amount of the Transferred Claim is To Be Determined.  For the avoidance of
doubt, these Lehman Programs Securities are described on the Addendum to the Proof of
Claim.**

**UBS AG,** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and
assigned to:

          BBO Bank Brienz Oberhasli AG
          c/o Finanz-Logistik AG
          Rosenbergstrasse 16
          9004 St. Gallen
          Telephone: +41 71 242 77 17
          Attention: Marcel Ledergerber
          EMAIL: marcel.ledergerber@finanz-logistik.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No.
08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy
proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the
books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent
permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules
of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.
Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court
may be entered without further notice to Transferor transferring the Transferred Claim to Transferee
and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December 13, 2016.

UBS AG
Transferor

By: _____
    Name:  Matthias Mohos
    Title:  Associate Director

By: _____
    Name:  Hugo Koller
    Title:  Director

ACKNOWLEDGED BY:

BBO Bank Brienz Oberhasli AG

Finanz-Logistik AG

By: _____
    Name:  Marcel Ledergerber



Lehman Brothers Holdings Claims Processing, PO Box 6389, Portland, OR 97228-6389

Creditor Name:          BBO Bank Brienz Oberhasli AG

Payment Aggregation Number

Claim Number(s):

## Please Type of Print in the Boxes Below; Do NOT use Red Ink, Pencil, or Staples

PART I:  CONTACT INFORMATION

Contact Last Name: L E D E R G E R B E R          MI:          Contact First Name: M A R C E L

Telephone Number (Day): 0 4 1 - 0 7 1   2 4 2 - 7 7 1 7

Telephone Number (Evening) or (Cell):

Email Address: M A R C E L . L E D E R G E R B E R (Username) @ F I N A N Z - L O G I S T I K . C H (Domain Name)

**Lehman Brothers Holdings Claims Processing, PO Pg 6 389, Portland, OR 97228-6389**

Creditor Name: BBO Bank Brienz Oberhasli AG

**Payment Aggregation Number:**

Part II: BANK INFORMATION

Account Holder Name (if different than Creditor Name above):

| A | C | R | E | V | I | S | | B | A | N | K | | A | G | | | | | | | | | | | | | |

Beneficiary Bank Name:

| B | B | O | | B | A | N | K | | B | R | I | E | N | Z | | O | B | E | R | H | A | S | L | I | | A | G |

Country of Bank Account:

| S | W | I | T | Z | E | R | L | A | N | D | | | | | | | | | | | | | | | | | |

IBAN or Account Number (Required):

| C | H | 2 | 9 | 0 | 6 | 9 | 0 | 0 | 0 | 5 | 2 | 3 | 9 | 6 | 0 | 1 | 0 | 1 | 0 | 2 | | | | | | | |

BIC/SWIFT Code (non-US Banks only):

| A | C | R | G | C | H | 2 | 2 | | | |

ABA Routing Code (US Banks Only):

Sort Code (UK/IRL Only):

Other Banking Instructions - Specify Further Credit (FFC) Information Here:

| C | L | A | I | M | | L | E | H | M | A | N | | B | R | O | T | H | E | R | S | | | | | | | |

If you need to use an intermediary bank to transfer money, please complete the below:

Intermediary Bank Name:

| B | A | N | K | | C | I | C | | ( | S | W | I | T | Z | E | R | L | A | N | D | ) | | L | T | D | | |

Country of Intermediary Bank Account:

| S | W | I | T | Z | E | R | L | A | N | D | | | | | | | | | | | | | | | | | |

Intermediary IBAN or Account Number:

| C | H | 4 | 5 | 0 | 8 | 7 | 1 | 0 | 0 | 0 | 0 | 8 | 5 | 4 | 5 | 7 | 2 | 0 | 0 | 2 | | | | | | | |

BIC/SWIFT Code (non-US Banks only):

| C | I | A | L | C | H | B | B | X | X | X |

ABA Routing Code (US Banks Only):

Sort Code (UK/IRL Only):

Intermediary Bank Instructions

| A | C | R | | C | L | A | I | M | | L | B | | | | | | | | | | | | | | | | |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  (If the signatory is not the above-referenced creditor, please provide a copy of the power of attorney, or a letter on company letterhead granting the authority to make the representation on behalf of the creditor, and provide your title below.)  I hereby (1) request that distributions made to the above-referenced creditor be made by wire transfer to the above-referenced bank account, (2) confirm that this account is authorized to receive payment for this claim, and (3) acknowledge that a fee of $20 for transfers to a U.S. bank account or $35 for transfers to a non-U.S. bank account will be deducted from each wire.

Finanz-Logistik AG

Signature of Claimant, or Authorized Signatory

Marcel Ledergerber    Roman Lengwiler

Print Name of Claimant, or Authorized Sginatory (and title, if applicable)

Date: | 1 | 2 | - | 1 | 4 | - | 1 | 6 |
      M M       D D       Y Y