B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re LEHMAN BROTHERS HOLDINGS INC.  ,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Chin Kit Yee Louisa | UNIFY FOUNDATION |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Ft 57 16/F Tower 9, 88 Tai Tam Reservoir Rd, Parkview, Hong Kong SAR

Court Claim # (if known): 56165
Amount of Claim: $250,000.00
Date Claim Filed: 10/20/2009

Phone: +852 257 00 369
Last Four Digits of Acct #: 1052

Phone: +423 2363646
Last Four Digits of Acct. #: 55

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Chin Kit Yee Louisa     Date: DEC 15 2016
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED DEC 28 2016 U.S. BANKRUPTCY COURT