
# Finanz Logistik

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY
USA

marcel.ledergerber@finanz-logistik.ch
Direkt: +41 71(0) 242 77 17 Fax: +41 (0)71 242 77 49

St. Gallen, 9th december 2016

**Transfer of claims / Lehman Brothers Holding / Registration**

Dear Sir or Madam

By order of **Regiobank Solothurn AG** we send you enclosed the following forms:

- Transfer / Evidence of Transfer
- payment aggregation

Thank you very much for your confirmation of the registration.

With compliments

**Finanz-Logistik AG**

Marcel Ledergerber    Roman Lengwiler

Copy: U.S. Bankrupty Court of the Southern District of N.Y., One Bowling Green, New York, NY 10004

FILED / RECEIVED

DEC 1 6 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

## Notice Pursuant to Bankruptcy Rule 3001

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.

Case No.: ___(JMP)___
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**Regiobank Solothurn AG**<br>c/o Finanz-Logistik AG<br>Rosenbergstrasse 16<br>9004 St. Gallen, Switzerland<br>PHONE: +41 71 242 77 17<br>Attn: Marcel Ledergerber<br>EMAIL: marcel.ledergerber@finanz-logistik.ch | Name of Transferor:<br>UBS AG<br><br>RECEIVED<br>DEC 2 1 2016<br>U.S BANKRUPTCY COURT<br>SO DIST OF NEW YORK |
|---|---|
| Notices to Transferee should be sent to:<br>**Regiobank Solothurn AG**<br>c/o Finanz-Logistik AG<br>Rosenbergstrasse 16<br>9004 St. Gallen, Switzerland<br>PHONE: +41 71 242 77 17<br>Attn: Marcel Ledergerber<br>EMAIL: marcel.ledergerber@finanz-logistik.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____    Date: 2016/12/09
Regiobank Solothurn AG
c/o Finanz-Logistik AG
Rosenbergstrasse 16
9004 St. Gallen, Switzerland

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Sec. NV | ANN5214A8303 | LBS NV | LBH Inc. | Units 40.00 |
| Lehman Bros. Sec. NV | ANN5214R2547 | LBS NV | LBH Inc. | Units 15.00 |
| Lehman Bros. Treasury BV | CH0034783685 | LBT BV | LBH Inc. | USD 10'000.00 |
| Lehman Bros. Treasury BV | XS0257807874 | LBT BV | LBH Inc. | USD 110'000.00 |
| Lehman Bros. Treasury BV | XS0260769434 | LBT BV | LBH Inc. | USD 70'000.00 |
| Lehman Bros. Treasury BV | XS0265627751 | LBT BV | LBH Inc. | Units 1'000.00 |
| Lehman Bros. Treasury BV | XS0290588572 | LBT BV | LBH Inc. | EUR 30'000.00 |
| Lehman Bros. Treasury BV | XS0300658597 | LBT BV | LBH Inc. | CHF 20'000.00 |
| Lehman Bros. Sec. NV | XS0320322901 | LBT BV | LBH Inc. | CHF 45'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Regiobank Solothurn AG
c/o Finanz-Logistik AG
Rosenbergstrasse 16
9004 St. Gallen, Switzerland
PHONE: +41 71 242 77 17
Attn: Marcel Ledergerber
EMAIL: marcel.ledergerber@finanz-logistik.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December 6, 2016.

**UBS AG**
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

**Regiobank Solothurn AG**
Transferee

Finanz-Logistik AG

By: _____
Name: Marcel Ledergerber
Title: Member of the Management

**09.12.16**  **3.80**
CH - 9004  PRIORITY
St. Gallen  Stand 2

2043223  DIE POST



FILED / RECEIVED
DEC 16 2016
EPIQ SYSTEMS



100178 2015 C069