# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Guild Mortgage Company individually and as successor in interest to Liberty Financial Group, Inc.

Broker Agreement dated April 17, 2002

Broker Agreement dated October 24, 2002

Loan Purchase Agreement dated October 30, 2003

Broker Agreement dated December 8, 2004

Loan Purchase Agreement dated January 14, 2005

Loan Purchase Agreement (Bulk Purchase) dated March 2, 2006