# EXHIBIT B

**EXHIBIT B**
**Guild Mortgage Company individually and as**
**successor in interest to Liberty Financial Group, Inc.**

| Loan Number | Seller Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 31680010 | 11113852 | MISREP - DEBTS | | | 92,852.43 |
| 33043555 | 11117033 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | 192,828.61 |
| 33169798 | 11117637 | MISREP - OCCUPANCY | UW - INCOME/EMPLOY | | 177,516.18 |
| 45039286 | | MISREP - INCOME/EMPLOY | | | 141,083.74 |
| 46276358 | | MISREP - INCOME/EMPLOY | | | 123,623.77 |
| | | | | **TOTAL** | **$727,904.73** |