UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------x
                                          :
In re:                                    :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (SCC)
                                          :
              Debtors.                    :   (Jointly Administered)
                                          :
                                          :   Ref. Docket No. 54355
-------------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 29, 2016, I caused to be served the "November 2016 Post-Effective Operating Report," dated December 29, 2016 [Docket No. 54355], by causing true and correct copies to be:

   a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

   b. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

   c. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
30th day of December, 2016
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2017

# EXHIBIT A

# EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com

austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
ben.lewis@hoganlovells.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cmestres@aclawllp.com
cohen@sewkis.com
cp@stevenslee.com

# EMAIL SERVICE LIST

cpappas@dilworthlaw.com
cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgoldberg@hsgllp.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com

djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwhite@mccarter.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com
ecohen@russellinvestments.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com

# EMAIL SERVICE LIST

fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
gli@kktlawfirm.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gspilsbury@jsslaw.com
guzman@sewkis.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hrh@lhmlawfirm.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
igoldstein@proskauer.com
irethy@stblaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jalward@blankrome.com
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbrody@americanmlg.com
jbromley@cgsh.com
jcarberry@cl-law.com

jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@united.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com

# EMAIL SERVICE LIST

jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
ktung@kktlawfirm.com
kurt.mayr@bgllp.com
landon@slollp.com

lani.adler@klgates.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
meggie.gilstrap@bakerbotts.com
melorod@gtlaw.com
meltzere@pepperlaw.com

# EMAIL SERVICE LIST

| | |
|---|---|
| metkin@lowenstein.com | ncoco@mwe.com |
| mfeldman@willkie.com | neal.mann@oag.state.ny.us |
| mginzburg@daypitney.com | ned.schodek@shearman.com |
| mgordon@briggs.com | neilberger@teamtogut.com |
| mgreger@allenmatkins.com | nherman@morganlewis.com |
| mh1@mccallaraymer.com | nicholas.zalany@squirepb.com |
| mhopkins@cov.com | nissay_10259-0154@mhmjapan.com |
| michael.frege@cms-hs.com | nlepore@schnader.com |
| michael.kelly@monarchlp.com | nlieberman@hsgllp.com |
| michael.krauss@faegrebd.com | notice@bkcylaw.com |
| michael.mccrory@btlaw.com | nyrobankruptcy@sec.gov |
| millee12@nationwide.com | otccorpactions@finra.org |
| miller@taftlaw.com | paronzon@milbank.com |
| mimi.m.wong@irscounsel.treas.gov | pbattista@gjb-law.com |
| mitchell.ayer@tklaw.com | pbosswick@ssbb.com |
| mitchell.berger@squirepb.com | pdublin@akingump.com |
| mjedelman@vedderprice.com | peisenberg@lockelord.com |
| mjr1@westchestergov.com | peter.gilhuly@lw.com |
| mlahaie@akingump.com | peter.macdonald@wilmerhale.com |
| mlandman@lcbf.com | peter.meisels@wilsonelser.com |
| mlichtenstein@crowell.com | peter.simmons@friedfrank.com |
| mlynch2@travelers.com | peter@bankrupt.com |
| mmorreale@us.mufg.jp | pfeldman@oshr.com |
| mneier@ibolaw.com | pfinkel@wilmingtontrust.com |
| monica.lawless@brookfieldproperties.com | phayden@mcguirewoods.com |
| mpage@kelleydrye.com | pmaxcy@sonnenschein.com |
| mparry@mosessinger.com | ppascuzzi@ffwplaw.com |
| mpedreira@proskauer.com | ppatterson@stradley.com |
| mprimoff@kayescholer.com | psp@njlawfirm.com |
| mpucillo@bermanesq.com | ptrostle@jenner.com |
| mrosenthal@gibsondunn.com | raj.madan@skadden.com |
| mruetzel@whitecase.com | ramona.neal@hp.com |
| mschimel@sju.edu | rbeacher@pryorcashman.com |
| msegarra@mayerbrown.com | rbernard@foley.com |
| mshiner@tuckerlaw.com | rbyman@jenner.com |
| mshuster@hsgllp.com | rdaversa@orrick.com |
| msolow@kayescholer.com | relgidely@gjb-law.com |
| mspeiser@stroock.com | rfriedman@silvermanacampora.com |
| mstamer@akingump.com | rgmason@wlrk.com |
| munno@sewkis.com | rgoodman@moundcotton.com |
| mvenditto@reedsmith.com | rgraham@whitecase.com |
| mwarner@coleschotz.com | rhett.campbell@tklaw.com |
| mwarren@mtb.com | richard.lear@hklaw.com |
| nathan.spatz@pillsburylaw.com | richard@rwmaplc.com |
| nbinder@binderschwartz.com | rick.murphy@sutherland.com |
| nbojar@fklaw.com | rleek@hodgsonruss.com |

# EMAIL SERVICE LIST

| | |
|---|---|
| rlevin@cravath.com | skatona@polsinelli.com |
| rmatzat@hahnhessen.com | sldreyfuss@hlgslaw.com |
| rnetzer@willkie.com | sleo@bm.net |
| robert.dombroff@bingham.com | slerman@ebglaw.com |
| robert.honeywell@klgates.com | slerner@ssd.com |
| robert.malone@dbr.com | slevine@brownrudnick.com |
| robert.yalen@usdoj.gov | sloden@diamondmccarthy.com |
| robin.keller@lovells.com | smillman@stroock.com |
| roger@rnagioff.com | smulligan@bsblawyers.com |
| ross.martin@ropesgray.com | snewman@katskykorins.com |
| rpedone@nixonpeabody.com | sory@fdlaw.com |
| rrainer@wmd-law.com | squsba@stblaw.com |
| rroupinian@outtengolden.com | sree@lcbf.com |
| rrussell@andrewskurth.com | sschultz@akingump.com |
| russj4478@aol.com | sselbst@herrick.com |
| ryaspan@yaspanlaw.com | sshimshak@paulweiss.com |
| sabin.willett@bingham.com | sskelly@teamtogut.com |
| sabramowitz@velaw.com | sstarr@starrandstarr.com |
| sabvanrooy@hotmail.com | steele@lowenstein.com |
| sally.henry@skadden.com | stephen.cowan@dlapiper.com |
| samuel.cavior@pillsburylaw.com | stephen.hessler@kirkland.com |
| sandyscafaria@eaton.com | steve.ginther@dor.mo.gov |
| scargill@lowenstein.com | steven.usdin@flastergreenberg.com |
| schager@ssnyc.com | streusand@slollp.com |
| schannej@pepperlaw.com | susheelkirpalani@quinnemanuel.com |
| schepis@pursuitpartners.com | swolowitz@mayerbrown.com |
| schnabel.eric@dorsey.com | szuber@csglaw.com |
| schristianson@buchalter.com | szuch@wiggin.com |
| scott.golden@hoganlovells.com | tannweiler@greerherz.com |
| scottj@sullcrom.com | tbrock@ssbb.com |
| scottshelley@quinnemanuel.com | tdewey@dpklaw.com |
| scousins@armstrongteasdale.com | tgoren@mofo.com |
| sdnyecf@dor.mo.gov | thenderson@americanmlg.com |
| seba.kurian@invesco.com | thomas.califano@dlapiper.com |
| sehlers@armstrongteasdale.com | timothy.harkness@freshfields.com |
| sfalanga@thewalshfirm.com | tkiriakos@mayerbrown.com |
| sfelderstein@ffwplaw.com | tlauria@whitecase.com |
| sfineman@lchb.com | tmacwright@whitecase.com |
| sfox@mcguirewoods.com | tmm@mullaw.org |
| sgordon@cahill.com | tnixon@gklaw.com |
| sgraziano@blbglaw.com | toby.r.rosenberg@irscounsel.treas.gov |
| sgubner@ebg-law.com | tomwelsh@orrick.com |
| sharbeck@sipc.org | tsalter@blankrome.com |
| shari.leventhal@ny.frb.org | tslome@msek.com |
| shgross5@yahoo.com | tunrad@burnslev.com |
| sidorsky@butzel.com | vguldi@zuckerman.com |

# EMAIL SERVICE LIST

villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT C

FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574