**UBS**

UBS AG
Europastrasse 2
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

# Message

December 22, 2016

subject: **Claim Transfer Agreement Lehman Program Securities**

On behalf of         Attention: Clerk of the Court

you are receiving    Evidence of partial transfer of claim: Falcon Private Bank Ltd., Switzerland

☐ for your information     ☐ returned with thanks      ☐ please return
☒ for your records         ☐ please comment            ☒ please confirm receipt
☐ as agreed                ☐ please sign               ☒ please process
☐ please complete          ☐

Remarks
TOCE177
Transferor: Falcon Private Bank Ltd., Switzerland / Claim Number: 67326
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Matthias Mohos
Associate Director



RECEIVED
DEC 29 2016
U.S. BANKRUPTCY COURT
SD OF NEW YORK

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.          Case No.: __(JMP__
                                                  Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: UBS AG | Name of Transferor: Falcon Private Bank Ltd. |
|---|---|
| Notices to Transferee should be sent to: UBS AG Bahnhofstrasse 45 8001 Zürich, Switzerland Attn. Mr. Hugo Koller EMAIL: hugo.koller@ubs.com | Court Record Address of the Transferor: (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor Falcon Private Bank Ltd. Pelikanstrasse 37, P.O. Box 1376, Zürich 8021, Switzerland +41 44 227 55 55 Attn: Legal Department Legal.ZH@falconpb.com |
| Amount of Claim Being Transferred: SGD 150'000 nom. (ISIN: XS0323882216) SGD 200'000 nom. (ISIN: XS0326026068) SGD 200'000 nom. (ISIN : XS0329714157) SGD 200'000 nom. (ISIN : XS0336414940) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 67326 | |
| Date Claim Filed: 8 February 2011 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signatures]_                                    Date: 22.12.16
Hugo Koller        Matthias Mohos
Director           Associate Director
UBS AG
Bahnhofstrasse 45
8001 Zurich, Switzerland

RECEIVED DEC 29 2016 U.S. BANKRUPTCY COURT S.D. OF NEW YORK

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Page 1 of 3

TOCE 177

## EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:  Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 67326 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 15.5% EMTN Lehman Brother Tr Bv 2007-9.10.09 Senior -In Default- | XS0323882216 | LBTC | LBHI | SGD 150'000 |
| 17% EMTN Lehman Brother Tr Bv 2007-23.4.09 Senior -In Default- | XS0326026068 | LBTC | LBHI | SGD 200'000 |
| 15% EMTN Lehman Brother Tr Bv 2007-13.5.09 Senior -In Default- | XS0329714157 | LBTC | LBHI | SGD 200'000 |
| 15.5% EMTN Lehman Brother Tr Bv 2007-24.6.09 Senior -In Default- | XS0336414940 | LBTC | LBHI | SGD 200'000 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

FALCON PRIVATE BANK LTD., ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

UBS AG
Bahnhofstrasse 45
8001 Zurich, Switzerland
Attn.: Mr. Hugo Koller
+41 44 235 37 36-hugo.koller@ubs.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy

TOCE 177

Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 12 December, 2016.

**Falcon Private Bank Ltd.**
Transferor

By: _____
Name: Sibil Melliger
Title: Director, Head Legal

By: _____
Name: My Chau HA
Title: Director, Legal Counsel

ACKNOWLEDGED BY:

**UBS AG**
Transferee

By: _____
Name: Hugo Koller
Title: Director

By: _____
Name: Matthias Mohos
Title: Associate Director

TOCE177