**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>-against-<br><br>OAKTREE FUNDING CORP.,<br><br>Defendant. | Adv. Pro. No. 16-01298-scc |

STATE OF NEW YORK    )
                                              ) ss:
COUNTY OF NEW YORK  )

### AFFIDAVIT OF SERVICE

JOSEPH RANDAZZO, being duly sworn, deposes and says:

1. I am over the age of eighteen years and am employed at Wollmuth Maher & Deutsch LLP, attorneys for Lehman Brothers Holdings Inc. I am not a party to this action.

2. On January 3, 2017, I served true and correct copies of the Summons and Notice of Pretrial Conference in an Adversary Proceeding and Second Amended Adversary Complaint in the above-referenced adversary proceeding by electronic mail upon the counsel listed below at the addresses listed below pursuant to the Case Management Order, dated November 1, 2016:

James W. Brody
Tracy Henderson
Randall Hector Romero
AMERICAN MORTGAGE LAW GROUP, P.C.
75 Rowland Way, Suite 350
Novato, California 94945

jbrody@americanmlg.com
thenderson@americanmlg.com
rromero@americanmlg.com

Timothy William Salter
Blank Rome LLP
The Chysler Building
405 Lexington Avenue
New York, NY 10174
Email: tsalter@blankrome.com

_____
Joseph Randazzo

Subscribed and sworn to before me in the County of New York, State of New York, this 5th day of Jan, 2017

_____
(Notary's official signature)

BENJAMIN REARDON
Notary Public, State of New York
Registration #01RE6350919
Qualified in New York County
Commission Expires Nov. 21, 2020

(Commission Expiration)