B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.

Case No. 08-13555 (SCC)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**

Empyrean Investments, LLC

10250 Constellation Blvd., Ste. 2950
Los Angeles, CA 90067
Fax: 310-843-4915
Attn: Sterling Hathaway
Last Four Digits of Acct #: N/A

**Name of Transferor**

Banc of America Credit Products, Inc.

Court Claim # (if known): 22889
Transferred Claim Amount: $158,947.00
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]    Date: 1/3/17
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 & 3571

EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIMS

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Banc of America Credit Products, Inc., with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller") pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has sold, transferred and assigned to Empyrean Investments, LLC, its successors and assigns ("Buyer") a fixed principal amount representing the Transferred Claim Amounts (as set forth in the table below) in and to all rights, title and interest in and to the Claims of Seller against Lehman Brothers Holdings Inc. having the Claim Numbers as set forth below (the "Transferred Claims") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

|       |              |       |
|-------|--------------|-------|
| 20901 | $83,876.42   | 51242 |
| 22889 | $158,947.00  | 50064 |
| 22876 | $58,849.00   | 50066 |
| 20951 | $84,539.68   | 52094 |
| 20121 | $553,054.00  | 52546 |
| 20121 | $9,638,559.84| 52545 |
| 12114 | $4,000,000.00| 51923 |
| 67279 | $4,407,155.92| 52858 |
| 14870 | $1,111,000.00| 53212 |
| Total:| $20,095,981.86|      |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an assignment and Buyer herein as the valid owner of the Transferred Claims to the extent of the Transferred Claim Amount. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claims to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly authorized representatives as of the 6th day of January, 2017.

Banc of America Credit Products, Inc.

By: _____
Name:
Title:    SETH DENSON
          DIRECTOR

Empyrean Investments, LLC

By: _____
Name: Sterling Hathaway
Title: Director of Operations

123637641v2
7895787.2