# NEUE BANK

LIECHTENSTEINER PRIVATBANK
Gegründet 1992



United States Bankruptcy Court
Southern District of New York
Attn.: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NY 10004-1408

Vaduz, January 3, 2017 WPV/rs

**Lehman Brothers Holdins, Inc. – Chapter 11 Case-No.: 08-13555 (JMP)**
**ISIN XS0247028391 – USD 150'000.00 nom.**
**Court Claim: 40668.03**
**Evidence of Transfer of Claim**

Dear Ladies and Gentlemen

Please find enclosed the form „Evidence of Transfer of Claim" regarding Court Claim 40668.03.

You already have the W8IMY, OFAC and banking details on file for NEUE BANK AG.

Please do not hesitate to contact Rita Schädler, telephone number 00423 / 236 08 15, fax number 00423 / 236 08 01, or rita.schaedler@neuebankag.li.

Yours faithfully,

**NEUE BANK AG**

Rita Schädler
Vice President

Christine Eberle
Authorized Officer

NEUE BANK AG · Marktgass 20 · Postfach 1533 · FL-9490 Vaduz · Fürstentum Liechtenstein
Tel: +423/236 08 08 · Fax +423/232 92 60 · info@neuebankag.li · www.neuebankag.li



## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **BSI SA, Via Magatti 2, 6900 Lugano, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **NEUE BANK AG, VADUZ as nominee of a client,** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No.** 40668.03) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 21. Dezember 2016

BSI SA

pm A. Di Napoli

Transferor

By:
Name:    pp A. Ferrari

NEUE BANK AG,
VADUZ as nominee of
a client
Transferee

Rita Schädler
Vice President





## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **BSI SA, Via Magatti 2, 6900 Lugano, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **NEUE BANK AG, VADUZ as nominee of a client,** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No.** 40668.03) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 21. Dezember 2016

BSI SA

pm A. Di Napoli

Transferor

By:
Name:

pp A. Ferrari

NEUE BANK AG,
VADUZ as nominee of
a client
Transferee

Rita Schädler
Vice President

i.V. Gberle
Christine Eberle
Authorized Officer

By:
Name:

Title:                                                          Title:

## SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0247028391 | 40668.03 | | LEHMAN BROTHERS TREASURY | -150'000- |