K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-3900
Facsimile: (212) 536-3901
Lani A. Adler
Robert T. Honeywell

*Attorneys for Suburban Mortgage, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>v.<br><br>SUBURBAN MORTGAGE, INC.,<br><br>Defendant. | Adversary Proceeding No. 16-01295 (SCC) |

**DEMAND FOR TRIAL BY JURY**

Subject to, and without waiver of any of, its rights and defenses, including, but not limited to, its objections that: the United States Bankruptcy Court for the Southern District of New York lacks subject matter jurisdiction with respect to the claims asserted against it; any court in the Southern District of New York lacks personal jurisdiction over it; that venue in any

court in the Southern District of New York is improperly laid; and that Plaintiff has failed to state any claim upon which relief can be granted, Defendant Suburban Mortgage, Inc. ("SMI"), by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 38 and Rule 9015 of the Federal Rules of Bankruptcy Procedure, hereby demands trial by jury on all claims so triable in this case. SMI does not consent to the conduct of this trial by the United States Bankruptcy Court for the Southern District of New York.

Dated: January 6, 2017
      New York, NY

Respectfully submitted,

K&L GATES LLP

By    /s/ Lani A. Adler
      Lani A. Adler (LAA-8166)
      Robert T. Honeywell
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-3900
Facsimile: (212) 536-3901

*Attorneys for Suburban Mortgage, Inc.*