**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | Ref. Docket Nos. 54023, 54024, |
|  | : | 54025, 54028, 54097, 54099 |
|  | : |  |
|  | : |  |

-------------------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK  )

DANIEL RAMIREZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 12, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated December 12, 2016, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Daniel Ramirez*
Daniel Ramirez

Sworn to before me this
20th day of December, 2016
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000112739334 ***         LBH TRFNTC (MERGE2, TXNUM2) 4000173596



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: BOTTICELLI, L.L.C.
C/O BOA MERRILL LYNCH; A.JAKIC & R.WEDDLE
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

Please note that your claim # 20121-86 in the above referenced case and in the amount of
$13,852,113.59 allowed at $7,500,000.00 has been transferred (unless previously expunged by court order)

CVIC LUX MASTER S.A.R.L
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
ATTN: TERI SALBERG
9320 EXCELSIOR BOULEVARD
HOPKINS, MN 55343

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER     54023     in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/12/2016                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 12, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ALLIANZ BANK FINANCIAL ADVISORS SPA | TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA, ATTN: FRANCO BRICHETTI, PIAZZALE LOD, 3, MILANO 20137 ITALY |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BOTTICELLI, L.L.C., C/O BOA MERRILL LYNCH; A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BOTTICELLI, L.L.C., C/O BOA MERRILL LYNCH; A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BOTTICELLI, L.L.C., C/O BOA MERRILL LYNCH; A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BOTTICELLI, L.L.C., C/O BOA MERRILL LYNCH; A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BOTTICELLI, L.L.C., C/O BOA MERRILL LYNCH; A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BOTTICELLI, L.L.C., C/O BOA MERRILL LYNCH; A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANCO DI DESIO E DELLA BRIANZA SPA | VIA ROVAGNATI, 1, DESIO (MB) 20033 ITALY |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CVI AA LUX MASTER S.A.R.L. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVIC AA LUX MASTER S.A.R.L. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVIC LUX MASTER S.A.R.L | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON-GRF MASTER FUND II, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON-GRF MASTER FUND II, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON-GRF MASTER FUND II, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON-GRF MASTER FUND II, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON-GRF MASTER FUND II, LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON-GRF MASTER FUND II, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON-GRF MASTER FUND II, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON-GRF MASTER FUND II, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON-GRF MASTER FUND II, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON-GRF MASTER FUND II, L.P., ATTN: THIERRY C. LE JOUAN, 30 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GOLDMAN, SACHS & CO. | HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON-GRF MASTER FUND II, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON-GRF MASTER FUND II, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON-GRF MASTER FUND II, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON-GRF MASTER FUND II, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON-GRF MASTER FUND II, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: AMUNDI ABSOLUTE RETURN CANYON FUND PLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON-GRF MASTER FUND II, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON-GRF MASTER FUND II, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: AMUNDI ABSOLUTE RETURN CANYON FUND PLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON-GRF MASTER FUND II, LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |

Total Creditor Count 64