FILE ON DEMAND
Case #08-1355

No. ____________________

____________________

IN THE

SUPREME COURT OF THE UNITED STATES

____________________

Hedman, et ux. — PETITIONER
(Your Name)

VS.

Nationstar Mortgage, et al. — RESPONDENT(S)

MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

The petitioner asks leave to file the attached petition for a writ of certiorari without prepayment of costs and to proceed *in forma pauperis*.

Please check the appropriate boxes:

☐ Petitioner has previously been granted leave to proceed *in forma pauperis* in the following court(s):

____________________

____________________

☒ Petitioner has **not** previously been granted leave to proceed *in forma pauperis* in any other court.

☒ Petitioner's affidavit or declaration in support of this motion is attached hereto.

☐ Petitioner's affidavit or declaration is **not** attached because the court below appointed counsel in the current proceeding, and:

☐ The appointment was made under the following provision of law: ____________________, or

☐ a copy of the order of appointment is appended.

RECEIVED
JAN - 3 2017

____________________
(Signature)

FILE ON DEMAND

Case # 08-13555

# PROOF OF SERVICE

I, Alejandro Tualla Varilla, declare as follows:
That I am domiciled in San Joaquin county, I am over the age of eighteen years old and not a party to the within action. I am readily familiar with the practices of collecting and processing correspondence for mailing with the United States Postal Service. Such Correspondence is deposited with the United States Postal Service .

My mailing location is:
16021 Eton Way, Lathrop, CA 95330

On Dec 28th in the year of our Lord Two thousand and sixteen, I served by mail a true copy of MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS & PETITION FOR A WRIT OF CERTIORARI

TO DEFENDANTS for Case number: ~~39-2014-00307185-CU-OR-STK~~ in the ~~Superior~~ Court of ~~California~~ in and ~~for San Joaquin County, County of San Joaquin District Court~~; upon all interested parties in this action as follows: In the Supreme Court of The United States

AV by placing a true copy thereof enclosed in seale envelope(s) addressed as follows:

**SEE SERVICE LIST**

AV **(BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.**

AV **(State) I declare under penalty of perjury the laws of the State of California that the foregoing is true and correct.**

**Executed on** Dec 28, **2016 at** Tracy **California.**

**By:** Alejandro T. Varilla

RECEIVED
JAN - 3 2017

No. ____________________

____________________

IN THE

SUPREME COURT OF THE UNITED STATES

____________________

HEDMAN — PETITIONER
(Your Name)

VS.

NATIONSTAR MORTGAGE ET AL' DOES 1-100 — RESPONDENT(S)

**PROOF OF SERVICE**

I, KEITH OLIN HEDMAN, do swear or declare that on this date, December 28th, 2016, as required by Supreme Court Rule 29 I have served the enclosed MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* and PETITION FOR A WRIT OF CERTIORARI on each party to the above proceeding or that party's counsel, and on every other person required to be served, by depositing an envelope containing the above documents in the United States mail properly addressed to each of them and with first-class postage prepaid, or by delivery to a third-party commercial carrier for delivery within 3 calendar days.

The names and addresses of those served are as follows:

See Attached "Service List"

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Dec 28th, 2016

[signature]
(Signature)

**SERVICE LIST**

✓1) Wright Finlay and Zak, LLP

4665 MacArthur Court, Suite 200

Newport Beach, CA 92660

ATTORNEYS FOR NATIONSTAR MORTGAGE,LLC, NATIONSTAR MORTGAGE, AND JAY BRAY, MERS, (NEED TO PRODUCE AGENCY/APPOINTMENT LETTER) U.S BANK, N.A. AND THE BANK OF NEW YORK MELLON

✓2) Superior Court of California

County of San Joaquin

222 E. Weber Ave, RM 303

Po Box 201022

Stockton , CA 95201

/3) STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS THROUGH CERTIFICATES SERIES 2004-S4

ATTN: ELLEN V. KIERNAN, DIANA KENNEALLY OR CORPORATE OFFICER

745 SEVENTH AVE. , 7TH FLOOR , NEW YORK, NY 10019

4. / THE PRENTICE-HALL CORPORATION SYSTEM, INC.

2710 GATEWAY OAKS DRIVE, SUITE 150N, SACRAMENTO, CA 95833

FOR: STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS THROUGH CERTIFICATES SERIES 2004-S4

√ 5. THE BANK OF NEW YORK MELLON

CT CORPORATION SYSTEM

818 WEST SEVENTH ST. ,2ND FLOOR

LOS ANGELES, CA 90017

√ 6. THE BANK OF NEW YORK MELLON

ATN: GERALD HASSELL, OR CORPORATE OFFICER

1 WALL STREET,

NEW YORK CITY, NEW YORK 10286

212-495-1784

√ 7. US BANK NATIONAL ASSOCIATION

RICHARD K. DAVIS, OR CEO, OR OTHER CORPORATE OFFICER

1 FEDERAL STREET, 3RD FLOOR

BOSTON , MA 02110

√ 8. SUPREME COURT OF THE UNITED STATES

1 FIRST STREET, N.E.

WASHINGTON, DC 20543

9. √ WELLS FARGO BANK, NA

ATTN: CORPORATE OFFICER

420 MONTGOMERY STREET

SAN FRANCISCO , CA 94163[1]

866-249-3302

10. UAMC (UNIVERSAL AMERICAN MORTGAGE, LLC)

ATTN: CORPORATE OFFICER

730 NW 107TH AVE. , 4TH FLOOR

MIAMI, FL 33172

11. RICHARD SEVERIN FULD, JR.

MATRIX ASSET ADVISORS CORP

747 THIRD AVE., 31ST FLOOR

NEW YORK , NEW YORK 10017

800-366-6223

12. ERNST & YOUNG, LLP

ATTN: CORPORATE OFFICER

5 TIMES SQUARE

NEW YORK, NY 10036

212-773-3000

13. LENNAR CORPORATION

ATTN: CORPORATE OFFICER

1

700 NW 107TH AVE
MIAMI, FL 33172 800-741-4663

14. LEHMAN BROTHERS HOLDINGS, INC.
ATTN: CORPORATE OFFICER
1271 AVENUE OF THE AMERICANS, STE C2
NEW YORK, NY 10020
646-285-9000

15. JP MORGAN CHASE & CO
ATTN: CORPORATE OFFICER
270 PARK AVE. , FL 38
NEW YORK, NY 10017 (212)-270-6000

16. AURORA BANK, FSB
ATTN: CORPORATE OFFICER
10350 PARK MEADOWS DR. , #200
LONE TREE, CO 80124 (866)521-3826

17. AURORA LOAN SERVICES
2323 S. TROY ST.
AURORA, CO 80014
(720)359-7951

18. BUCHALTER NEMER
JASON E. GOLDSTEIN

18400 VON KARMAN AVE., SUITE 800

IRVINE, CA 92612-0514 (949)760-1121

19. GLENN H. WESCHLER

LAW OFFICES OF GLENN W. WECHSLER

1111 CIVIC DRIVE, SUITE 210

WALNUT CREEK, CA 94596

ATTORNEYS FOR DEFENDANTS FIRST AMERICAN TITLE FINANCIAL CORP., FIRST AMERICAN TITLE CALIFORNIA AND FIRST AMERICAN TITLE INSURANCE COMPANY.

20. BARRETT, DAFFIN, FRAPPIER, TREDER

20955 PATHFINDER ROAD, STE. 300

DIAMOND BAR, CA 91765

ATTORNEYS FOR NDEX WEST, LLC

21. LEVENE, NEALE, BENDER, YOO, & BRILL, LLP

10250 CONSTELLATION BLVD, STE 1700

LOS ANGELES, CA 90067

ATTORNEYS FOR DEFENDANTS NATIONWIDE TITLE CLEARING AND DANIEL THOMPSON

22. UNITED STATES BANKRUPTCY COURT

SOUNTHERN DISTRICT OF NEW YORK

ATTN: JUDGE SHELLEY C. CHAPMAN

ONE BOWLING GREEN

NEW YORK, NY 10004, 1408 (212)668-2301

(PREVIOUS 3 LETTERS SENT TO JUDGE JAMES PECK)

CASE NUMBER 08-13555(JMP) /CHAPTER 11

23. WEIL , GOTSHAL & MANGES, LLP

ATTORNEYS FOR DEBTORS

767 FIFTH AVE

NEW YORK, NEW YORK 10153

RICHARD P. KRASNOW, ESQ

24. LEHMAN BROTHERS, INC.

ATTN: CORPORATE OFFICER

ONE BATTERY PLAZA

NEW YORK, NEW YORK 10004-1482

25. HUGHES, HUBBARD AND REED, LLP

ATTORNEYS FOR JAMES W. GIDDENS

TRUSTEE FOR THE SIPA LIQUIDATION OF LEHMAN BROTHERS, INC.

1775 I Street, N.W., Suite 600

Washington, DC 20006

Attn: John F. Wood, ESQ

26. COURT OF APPEAL OF THE STATE OF CALIFORNIA, THIRD APPELLATE DISTRICT

914 Capitol Mall, 4th Floor
Sacramento, CA 95814

C079416 KEITH OLIN HEDMAN, ET. AL. V. NATIONSTAR MORTGAGE, LLC., ET. AL. / C078538 KEITH OLIN HEDMAN, ET AL. V. FIRST AMERICAN TITLE INSURANCE COMPANY, ET. AL.

27. SUPREME COURT OF CALIFORNIA    S235169 / S234930

350 MCALLISTER STREET

SAN FRANCISCO, CA 94102    415-865-7000