# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDING INC., *et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No.: 08-13555 (SCC) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

Please take notice that James P. Berg, Esq. of Parker Ibrahim & Berg LLC hereby enters his appearance in the above-captioned bankruptcy case as counsel to Santander Bank, N.A. ("Santander") and requests that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following address, telephone and fax number:

> James P. Berg, Esq.
> **PARKER IBRAHIM & BERG LLC**
> 270 Davidson Avenue
> Somerset, New Jersey 08873
> Tel. (908) 725-9700
> Fax (908) 333-6230
> james.berg@piblaw.com

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

{00605234.DOC }                                          1

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of (a) Santander's rights to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Santander is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupment's are expressly reserved.

Dated: January 10, 2017

**PARKER IBRAHIM & BERG LLC**
*Attorneys for Santander Bank, N.A.*

By: */s/ James P. Berg*
James P. Berg, Esq.
5 Penn Plaza, Suite 2371
New York, New York 10001

*Please respond to Somerset office:*
270 Davidson Avenue
Somerset, New Jersey 08873
Tel. (908) 725-9700
Fax (908) 333-6230

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDING INC., *et al.* | Case No.: 08-13555 (SCC) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I, James P. Berg, Esq., hereby certify that on January 10, 2017, I caused a true and correct copy of the foregoing Notice of Appearance, to be served upon all counsel of record via CM/ECF.

                                                      **PARKER IBRAHIM & BERG LLC**
                                                      *Attorneys for Santander Bank, N.A.*

                                                       */s/ James P. Berg*
                                                       James P. Berg, Esq.
                                                       270 Davidson Avenue
                                                       Somerset, New Jersey 08873
                                                       Telephone: 908.725.9700
                                                       Facsimile: 908.333.6230
Dated: January 10, 2017                  james.berg@piblaw.com