PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 230-7701
Kurt W. Hansson
Joshua M. Bennett

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,<br><br>**Debtors.** | Chapter 11 Case<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON THE PLAN ADMINISTRATOR'S
OBJECTION TO PROOF OF CLAIM NUMBER 16219**

**PLEASE TAKE NOTICE** that the hearing to consider the Plan Administrator's Objection to Proof of Claim Number 16219 [ECF No. 54106] (the "Objection"), which was scheduled for January 11, 2017 at 10:00 a.m. (Eastern Time), has been adjourned until February 23, 2017 at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that, by stipulation among the parties, the deadline for claimant ACTS-Life Retirement Systems, Inc., to file a response to the Objection has been extended until January 11, 2017.

Dated: January 10, 2017
      New York, New York

/s/ Joshua M. Bennett
Kurt W. Hansson
Joshua M. Bennett

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 230-7701

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*