# EXHIBIT B



RECEIVED JUL 0 2 2009

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Holdings Inc.
1271 Sixth Avenue, 40th Floor
New York, New York 10020
Attention: Derivatives Legal

Lehman Brothers Special Financing, Inc.
101 Hudson Street, 29th Floor
Jersey City, New Jersey 07302
Attn: Municipal Financial Products – Middle Office

July 2, 2009

*Via Hand Delivery with Originals to Follow by U.S. Mail*

**Re: Notice of Early Termination Date - 1992 ISDA Master Agreement between Lehman Brothers Special Financing Inc. and ACTS Retirement-Life Communities, Inc. dated November 27, 2001**

We refer to the 1992 ISDA Master Agreement (the "Master Agreement") between Lehman Brothers Special Financing Inc. (the "Defaulting Party") and ACTS Retirement-Life Communities, Inc. (the "Non-defaulting Party") dated November 27, 2001. Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Master Agreement.

We hereby declare that a Bankruptcy Event of Default has occurred with respect to the Defaulting Party under Section 5(a)(vii) of the Master Agreement and such Event of Default is still continuing. Pursuant to Section 6(a) of the Master Agreement, we hereby designate July 2, 2009 as the Early Termination Date with respect to all Transactions under the Master Agreement.

On or as soon as reasonably practicable following the Early Termination Date, the Non-defaulting Party will provide you with the statement of the amount due from you in respect of the Early Termination Date that is required by Section 6(d)(i) of the Master Agreement.

We reserve all rights and remedies under the Master Agreement or at law, including, without limitation, to declare you to be in default in respect of any other default that may occur under the terms of the Master Agreement, and all rights we, or any of our affiliates, may have with respect to other transactions and other agreements with you or your affiliates. We shall be entitled to any losses, costs, expenses, damages and interest provided by the Master Agreement or at law.

Sincerely,

Gerald T. Grant
Executive Vice President
ACTS Retirement-Life Communities, Inc.



cc: Lehman Brothers Special Financing, Inc.
c/o Lehman Brothers, Inc.
Legal, Compliance and Audit Group
Capital Market Contracts - Legal
1271 Avenue of the Americas 43rd Floor
New York, NY  10020-1300