**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------------- x

|  |  |
|---|---|
| | :   Chapter 11 |
| In re: | : |
| | :   Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |
| | :   (Jointly Administered) |
| Debtors. | : |
| | :   Ref. Docket Nos. 53864, 53908, |
| | :   53912, 53924, 53925, 53929, |
| | :   53936, 53944, 53945, 53956, |
| | :   53958, 53967, 53968, 53969, |
| | :   53974, 53975, 53976, 53977, |
| | :   53978, 53983, 53985, 53986, |
| | :   53993, 53994, 54003, 54005, |
| | :   54006, 54007, 54022, 54029, |
| | :   54036, 54053, 54054, 54055, |
| | :   54056, 54057, 54085, 54086, |
| | :   54093, 54096 |

----------------------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 16, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated December 16, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
21st day of December, 2016
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To: BAR(23) MAILID *** 000113299331 *** LBH TRFNTC (ADDRESS2, ADRKEYID3) 22479



BANK HAPOALIM (SWITZERLAND), LTD.
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER
STOCKERSTRASSE 33
ZURICH CH-8002
 SWITZERLAND

Please note that your claim # 55855-98 in the above referenced case and in the amount of
$160,000.00 allowed at $163,304.00 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
LONDON EC2N 2DB
 UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 53967 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/16/2016 Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 16, 2016.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALLIANZ BANK FINANCIAL ADVISORS S.P.A. | TRANSFEROR: BANCA AKROS SPA, ATTN: FRANCO BRICHETTI-FRANCESCA TREBBI, PIAZZALE LODI, 3, MILANO, MI 20137 ITALY |
| ALLIANZ BANK FINANCIAL ADVISORS S.P.A. | TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA, ATTN: FRANCO BRICHETTI, PIAZZALE LODI, 3, MILANO, MI 20137 ITALY |
| ALLIANZ BANK FINANCIAL ADVISORS S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: FRANCO BRICHETTI-FRANCESCA TREBBI, PIAZZALE LODI, 3, MILANO, MI 20137 ITALY |
| ALLIANZ BANQUE | ATTN: LUC LEBEDEL - TSA 55555, 20 PLACE DE SEINE TOUR NEPTUNE, PARIS LA DEFENSE CEDEX 92919 FRANCE |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA DI PIACENZA SOCIETA' COOPERATIVA PER AZIONI | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: PIETRO COPPELLI, VIA MAZZINI 20, PIACENZA 29121 ITALY |
| BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. | ATTN: MARIA TERESA GUERRA, LEGAL DEPT, PIAZZA F. MEDA, 4, MILAN 20121 ITALY |
| BANCO DI DESIO E DELLA BRIANZA SPA | VIA ROVAGNATI, 1, DESIO (MB) 20033 ITALY |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: ADLER & CO. PRIVATBANK AG, LEGAL PRODUCTS & SERVICES, P.O. BOX, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. HK | TRANSFEROR: BSI SA, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. HK | TRANSFEROR: BSI SA, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: AG CENTRE STREET PARTNERSHIP, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG CENTRE STREET PARTNERSHIP, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG CENTRE STREET PARTNERSHIP, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG CENTRE STREET PARTNERSHIP, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG CENTRE STREET PARTNERSHIP, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG CENTRE STREET PARTNERSHIP, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG CENTRE STREET PARTNERSHIP, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: AG CENTRE STREET PARTNERSHIP, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG CENTRE STREET PARTNERSHIP, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, 19TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, 19TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, 19TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, 19TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, 19TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, 19TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, 19TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, 19TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, 19TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, 19TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, 19TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, 19TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, 19TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, 19TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LP, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LP, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN; 65 EAST 55TH ST., NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BSI SA | TRANSFEROR: UBS AG, ATTN: ANDREA FERRARI, VIA MAGATTI N. 2, LUGANO CH-6900 SWITZERLAND |
| BSI SA | TRANSFEROR: UBS AG, ATTN: ANDREA FERRARI, VIA MAGATTI N. 2, LUGANO CH-6900 SWITZERLAND |
| CANPARTNERS INVESTMENTS IV, LLC | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC, ATTN: RAJ VENKATARAMAN IYER & CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON-TCDRS FUND, LLC | TRANSFEROR: GOLDMAN SACHS & CO., C/O CANYON CAPITAL ADVISORS LLC, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON-TCDRS FUND, LLC | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON-TCDRS FUND, LLC | TRANSFEROR: GOLDMAN SACHS & CO., C/O CANYON CAPITAL ADVISORS LLC, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON-TCDRS FUND, LLC | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| COUTTS & CO AG | TRANSFEROR: CREDIT SUISSE AG, F/K/A RBS COUTTS BANK AG, LERCHENSTRASSE 18, 8045 ZURICH  SWITZERLAND |
| COUTTS & CO AG | TRANSFEROR: UBS AG, F/K/A RBS COUTTS BANK AG, LERCHENSTRASSE 18, 8045 ZURICH SWITZERLAND |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH |

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE | AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., C/O CRAVATH, SWAINE & MOORE LLP, ATTN: TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG, HONG KONG BRANCH | TRANSFEROR: CREDIT SUISSE, C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP, ATTN: STEPHANIE SWEENEY, ESQ, NEW YORK, NY 10018 |
| CREDIT SUISSE SINGAPORE BRANCH | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE SINGAPORE BRANCH | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE SINGAPORE BRANCH | 1 RAFFLES LINK, #05-02, SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE SINGAPORE BRANCH | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| CREDITO EMILIANO SPA | TRANSFEROR: BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L., ATTN: STEFANIA CATELLANI, VIA GANDHI 2/C, REGGIO EMILIA 42123 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CANPARTNERS INVESTMENTS IV, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 UNITED STATES OF AMERICA |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: P STONE LION IE A FUND OF PERMAL MANAGED ACCT PLATFORM ICA, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 UNITED STATES OF AMERICA |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| FIDEURAM S.P.A. | TRANSFEROR: VENETO BANCA SPA, ATTN: EMANUELE CASTRO, LEGAL DEPARTMENT, PIAZZALE G. DOUHET 31, ROMA 00143 ITALY |
| FINECOBANK S.P.A. | TRANSFEROR: CREDIT SUISSE, ATTN: MR. RONNY SCIRE, PIAZZA DURANTE, 11, MILANO, MI 20131 ITALY |
| FINECOBANK SPA | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, ATTN: RONNY SCIRE, PIAZZA DURANTE, 11, MILANO 20131 ITALY |
| GOLDMAN SACHS & CO. | TRANSFEROR: CANYON-TCDRS FUND, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CANYON-TCDRS FUND, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PERMAL CANYON IO LTD., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PERMAL CANYON IO LTD., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| HBK LOAN I LLC | TRANSFEROR: HBK MASTER FUND, L.P., C/O VIRTUS GROUP, LP, ATTN: PAUL PLANK, 5400 WESTHEIMER COURT, STE 760, HOUSTON, TX 77056 |
| HBK LOAN I LLC | TRANSFEROR: HBK MASTER FUND, L.P., C/O VIRTUS GROUP, LP, ATTN: PAUL PLANK, 5400 WESTHEIMER COURT, STE 760, HOUSTON, TX 77056 |
| HBK LOAN I LLC | TRANSFEROR: HBK MASTER FUND, L.P., C/O VIRTUS GROUP, LP, ATTN: PAUL PLANK, 5400 WESTHEIMER COURT, STE 760, HOUSTON, TX 77056 |
| HBK LOAN I LLC | TRANSFEROR: HBK MASTER FUND, L.P., C/O VIRTUS GROUP, LP, ATTN: PAUL PLANK, 5400 WESTHEIMER COURT, STE 760, HOUSTON, TX 77056 |
| HBK LOAN I LLC | TRANSFEROR: HBK MASTER FUND, L.P., C/O VIRTUS GROUP, LP, ATTN: PAUL PLANK, 5400 WESTHEIMER COURT, STE 760, HOUSTON, TX 77056 |
| HBK LOAN I LLC | TRANSFEROR: HBK MASTER FUND, L.P., C/O VIRTUS GROUP, LP, ATTN: PAUL PLANK, 5400 WESTHEIMER COURT, STE 760, HOUSTON, TX 77056 |
| HBK LOAN I LLC | TRANSFEROR: HBK MASTER FUND, L.P., C/O VIRTUS GROUP, LP, ATTN: PAUL PLANK, 5400 WESTHEIMER COURT, STE 760, HOUSTON, TX 77056 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., C/O HBK SERVICES LLC, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O HBK SERVICES LLC, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |

LEHMAN BROTHERS HOLDINGS INC.

| Claim Name | Address Information |
|---|---|
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O HBK SERVICES LLC, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O HBK SERVICES LLC, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O HBK SERVICES LLC, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HOF HOORNEMAN INVESTMENT FUNDS NV | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: FRANK EIKELENBLOOM, OOSTHAVEN 52, GOUDA 2801 PE THE NETHERLANDS |
| HOF HOORNEMAN INVESTMENT FUNDS NV | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: FRANK EIKELENBLOOM, OOSTHAVEN 52, GOUDA 2801 PE THE NETHERLANDS |
| HOF HOORNEMAN INVESTMENT FUNDS NV | TRANSFEROR: TAVIRA SECURITIES LIMITED, ATTN: FRANK EIKELENBLOOM, OOSTHAVEN 52, GOUDA 2801 PE THE NETHERLANDS |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: MS GALINA ALABATCHKA, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: MS GALINA ALABATCHKA, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, ATTN: PAOLO POLLASTRI, VIA HOEPLI, 10, MILANO 20121 ITALY |
| ISRAEL DISCOUNT BANK OF NEW YORK | TRANSFEROR: BANK HAPOALIM B.M., ATTN: CUSTODY OPS, 511 FIFTH AVE, NEW YORK, NY 10017 |
| KILIAN, HEIDIMARIE INGRID | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, IN DER WOLFSSCHLUCHT 6, BENSHEIM 64625 GERMANY |
| P STONE LION IE A FUND OF PERMAL MANAGED ACCT PLATFORM ICAV | TRANSFEROR: PERMAL STONE LION FUND, LTD., STONE LION PORTFOLIO L.P., STONE LION CAPITAL PARTNERS L.P. ATTN: BRIAN WOOD, 555 5TH AVENUE, 18TH FLOOR NEW, NEW YORK, NY 10017 |
| PERMAL CANYON IO LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O CANYON CAPITAL ADVISORS LLC, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| PERMAL CANYON IO LTD. | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PERMAL CANYON IO LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O CANYON CAPITAL ADVISORS LLC, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| PERMAL CANYON IO LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: ALLIANZ BANQUE, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GROUP EUROPE LLP, THE | TRANSFEROR: UBS AG, ATTN: JATINDER BAHIA, GROUND FLOOR WEST, ONE FINSBURY CIRCUS, LONDON EC2M 7EB UNITED KINGDOM |
| SEAPORT GROUP EUROPE LLP, THE | TRANSFEROR: UBS AG, ATTN: JATINDER BAHIA, GROUND FLOOR WEST, ONE FINSBURY CIRCUS, LONDON EC2M 7EB UNITED KINGDOM |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: DARTA SAVING LIFE ASSURANCE LIMITED, ATTN: LISA WHEELER, 88 WOOD STREET, LONDON EC2V 2DE UNITED KINGDOM |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: COUTTS & CO AG, RUDE DU RHONE 96-98, PO BOX 1320, GENEVA 1 CH-1211 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: COUTTS & CO AG, RUE DU RHONE 96-98, PO BOX 1320, GENEVA 1 CH-1211 SWITZERLAND |
| VENETO BANCA SPA | (HOLDER OF THE NORES QUARTZ SERIES 2001-1 ZERO COUPON FUND LINKED, PRINCIPAL PROTECTED) NOTES DUE 2009 ISSUED NY QUARTZ FINANCE LIMITED, F/K/A VENETO BANCA HOLDING SCPA, ATTN: LEONARDO NAVE, PIAZZA G.B. DALL'ARMI, N.1, MONTEBELLUNA (NV) 31044 ITALY |

LEHMAN BROTHERS HOLDINGS INC.

**SERVICE LIST**

| Claim Name | Address Information |
| --- | --- |

**Total Creditor Count 159**