**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- x

In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.*

                  Debtors.

---------------------------------------------------------------------------- X

: Chapter 11
:
: Case No. 08-13555 (SCC)
:
: (Jointly Administered)
:
: Ref. Docket Nos. 53692, 53816,
: 54172, 54175, 54176, 54177,
: 54178, 54179

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 21, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated December 21, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                */s/ Forrest Kuffer*
                                                                                Forrest Kuffer

Sworn to before me this
21st day of December, 2016
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000113377437 ***      LBH TRFNTC (ADDRESS2, ADRKEYID3) 24841



CITIBANK PRIVATKUNDEN AG & CO. KGAA
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

CITIBANK PRIVATKUNDEN AG & CO. KGAA
ATTN: WILHELM HUELSKEN
KASERNENSTRASSE 10
DUSSELDORF 40213
GERMANY

Please note that your claim # 555404-39 in the above referenced case and in the amount of $31,242.20 allowed at $27,677.78 has been transferred (unless previously expunged by court order)

STOEBER, ANDREAS
TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA
HENKENBERGSTR. 77
BOCHUM 44797
GERMANY

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER   53692   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/21/2016           Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 21, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANK LOMBARD ODIER & CO LTD. | TRANSFEROR: UBS AG, F/K/A LOMBARD ODIER & CIE, ATTN: L. DUGERDIL, 11 RUE DE LA CORRATERIE 11, CP 5215, GENEVA CH1211 SWITZERLAND |
| BSI SA, SINGAPORE BRANCH | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE, ATTN: ANDREA FERRARI/CUSTODY ADMINISTRATION, VIA MAGATTI 2, LUGANO 6900 SWITZERLAND |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| COUTTS & CO AG | F/K/A RBS COUTTS BANK AG, LERCHENSTRASSE 18, 8045 ZURICH SWITZERLAND |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, ATTN: GIORGIO FERRARI, VIA EMILIA S. PIETRO 4, REGGIO EMILIA 42121 ITALY |
| EFG BANK AG | TRANSFEROR: COUTTS & CO AG, QUAI DU SEUJET 24, P.O. BOX 2391, GENEVA 2 1211 SWITZERLAND |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: SARAH CHAN/DIRECTOR, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG HONG KONG |
| NEUE AARGAUER BANK AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| NEUE AARGAUER BANK AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, WORLDWIDE PLAZA, NEW YORK, NY 10019 |
| NEUE AARGAUER BANK AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| STOEBER, ANDREAS | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, HENKENBERGSTR. 77, BOCHUM 44797 GERMANY |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| VALCOURT SA | TRANSFEROR: BANK LOMBARD ODIER & CO LTD., 2 RUE DE LA ROTISSERIE, PO BOX 5620, GENEVA 1204 SWITZERLAND |
| VERGNANI-BRUNNER, HEDWIG | TRANSFEROR: UBS AG, C/O DR. TIZIANA VERGNANI, WEIHERSTRASSE 20 B, KREUZLINGEN 8280 SWITZERLAND |
| VON WOGAU, KARL, DR. | TRANSFEROR: VR-LIW GMBH, SCHLOSSBUCK 2, FREIBURG IM BREISGAU 79112 GERMANY |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |
| WALSER PRIVATBANK AG | TRANSFEROR: NEUE AARGAUER BANK AG, WERTPAPIERSERVICE, WALSERSTRASSE 61, RIEZLERN 6991 AUSTRIA |

**Total Creditor Count 20**