**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 53969, 54186,
: 54190, 54191, 54192, 54193,
: 54194
---------------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 28, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated December 28, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
30th day of December 2016
/s/ *Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission expires Sept 24, 2017

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000113544523 ***    LBH TRFNTC (ADDRESS2, ADRKEYID3) 22479



BANK HAPOALIM (SWITZERLAND), LTD.
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER
STOCKERSTRASSE 33
ZURICH CH-8002
SWITZERLAND

Please note that your claim # 555855-02 in the above referenced case and in the amount of $150,000.00 allowed at $151,125.00 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
LONDON EC2N 2DB
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 53969 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/28/2016    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 28, 2016.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: UBS AG, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| CREDIT SUISSE AG | PARADEPLATZ 8, ZURICH CH-8001 SWITZERLAND |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | ATTN: KWJS & S, ATTN: MRS. ST. SWEENEY, 570 7TH AVENUE, NEW YORK, NY 10018 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| HSBC PRIVATE BANK (SUISSE) S.A., GENEVA | TRANSFEROR: UNION BANCAIRE PRIVEE, UBP SA, ATTN: SECURITIES CORPORATE ACTIONS, QUAI DES BERGUES 9-17 / PO BOX 2888, GENEVA 1 1211 SWITZERLAND |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| ROTH IRA FBO MICHAEL ZLATIN PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., ATTN: MICHAEL ZLATIN, 552 CUBERLAND STREET, ENGLEWOOD, NJ 07631 |
| UBS AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., ATTN: MATTHIAS MOHOS, BAHNOFSTRASSE 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: CREDIT SUISSE AG, ATTN: MATTHIAS MOHOS, EUROPASTRASSE 2 POSTFACH, PO BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: RBS COUTTS BANK AG, 96-98 RUE DU RHONE, GENEVA 1211 SWITZERLAND |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: CHARMAINE WILSON, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 11016 |

**Total Creditor Count 22**