**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 54209 – 54223
---------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 29, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated December 29, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Forrest Kuffer
Forrest Kuffer

Sworn to before me this
30th day of December 2016
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission expires Sept 24, 2017

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000113565300 ***    LBH TRFNTC (ADDRESS2, ADRKEYID3) 21824



BEINT, L.L.C.
REITLER KAILAS & ROSENBLATT LLC
ATTN: LOUIS SMOOKLER
885 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10022

BEINT, L.L.C.
TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC
PO BOX 8342
NEW YORK, NY 10150

Please note that your claim # 27811 in the above referenced case and in the amount of $35,482,260.00 allowed at $18,000,000.00 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: BEINT, L.L.C.
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: RICH VICHAIDITH
60 WALL STREET
NEW YORK, NY 10005

No action is required if you do not object to the transfer of your claim. However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    54209    in your objection. If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/29/2016                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 29, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BEINT, L.L.C. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, PO BOX 8342, NEW YORK, NY 10150 |
| BEINT, L.L.C. | REITLER KAILAS & ROSENBLATT LLC, ATTN: LOUIS SMOOKLER, 885 THIRD AVENUE, 20TH FLOOR, NEW YORK, NY 10022 |
| BEINT, L.L.C. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, PO BOX 8342, NEW YORK, NY 10150 |
| BEINT, L.L.C. | REITLER KAILAS & ROSENBLATT LLC, ATTN: LOUIS SMOOKLER, 885 THIRD AVENUE, 20TH FLOOR, NEW YORK, NY 10022 |
| CALADIUM PARTNERS, L.L.C. | TRANSFEROR: SAPHIR FINANCE PUBLIC LIMITED COMPANY, FDR STATION, PO BOX 262, NEW YORK, NY 10150 |
| CALADIUM PARTNERS, L.L.C. | TRANSFEROR: SAPHIR FINANCE PUBLIC LIMITED COMPANY, FDR STATION, PO BOX 262, NEW YORK, NY 10150 |
| CALADIUM PARTNERS, L.L.C. | TRANSFEROR: SAPHIR FINANCE PUBLIC LIMITED COMPANY, FDR STATION, PO BOX 262, NEW YORK, NY 10150 |
| CALADIUM PARTNERS, L.L.C. | TRANSFEROR: SAPHIR FINANCE PUBLIC LIMITED COMPANY, FDR STATION, PO BOX 262, NEW YORK, NY 10150 |
| CALANTHE CAPITAL, L.L.C. | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC, FDR STATION, PO BOX 7268, NEW YORK, NY 10150 |
| CALANTHE CAPITAL, L.L.C. | CADWALADER, WICKERSHAM & TAFT LLP, ATTN: DREW G.L. CHAPMAN, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| CALANTHE CAPITAL, L.L.C. | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC, FDR STATION, PO BOX 7268, NEW YORK, NY 10150 |
| CALANTHE CAPITAL, L.L.C. | CADWALADER, WICKERSHAM & TAFT LLP, ATTN: DREW G.L. CHAPMAN, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BEINT, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BEINT, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CALADIUM PARTNERS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CALADIUM PARTNERS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CALADIUM PARTNERS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CALADIUM PARTNERS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CALANTHE CAPITAL, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CALANTHE CAPITAL, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DOLOSTONE, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DOLOSTONE, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DOLOSTONE, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DOLOSTONE, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DOLOSTONE, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DOLOSTONE, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DOLOSTONE, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DOLOSTONE, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, PO BOX 7954, NEW YORK, NY 10150 |
| DOLOSTONE, L.L.C. | ROBERT G. LEONARD, BINGHAM MCCUTCHEN LLP, 399 PARK AVENUE, NEW YORK, NY 10022 |
| DOLOSTONE, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, PO BOX 7954, NEW YORK, NY 10150 |
| DOLOSTONE, L.L.C. | BINGHAM MCCUTCHEN LLP, ATTN: ROBERT G. LEONARD, 399 PARK AVENUE, NEW YORK, NY 10022 |
| DOLOSTONE, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, PO BOX 7954, NEW YORK, NY 10150 |
| DOLOSTONE, L.L.C. | BINGHAM MCCUTCHEN LLP, ATTN: ROBERT G. LEONARD, 399 PARK AVENUE, NEW YORK, NY 10022 |
| DOLOSTONE, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON, PO BOX 7954, NEW YORK, NY 10150 |
| DOLOSTONE, L.L.C. | BINGHAM MCCUTCHEN LLP, ATTN: ROBERT G. LEONARD, 399 PARK AVENUE, NEW YORK, NY 10022 |
| DOLOSTONE, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, PO BOX 7954, NEW YORK, NY 10150 |
| DOLOSTONE, L.L.C. | BINGHAM MCCUTCHEN LLP, ATTN: ROBERT G. LEONARD, 399 PARK AVENUE, NEW YORK, NY 10022 |
| DOLOSTONE, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, PO BOX 7954, NEW YORK, NY 10150 |
| DOLOSTONE, L.L.C. | BINGHAM MCCUTCHEN LLP, ATTN: ROBERT G. LEONARD, 399 PARK AVENUE, NEW YORK, NY 10022 |
| DOLOSTONE, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, PO BOX 7954, NEW YORK, NY 10150 |
| DOLOSTONE, L.L.C. | BINGHAM MCCUTCHEN LLP, ATTN: ROBERT G. LEONARD, 399 PARK AVENUE, NEW YORK, NY 10022 |
| DOLOSTONE, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, PO BOX 7954, NEW YORK, NY 10150 |
| DOLOSTONE, L.L.C. | BINGHAM MCCUTCHEN LLP, ATTN: ROBERT G. LEONARD, 399 PARK AVENUE, NEW YORK, NY 10022 |
| GENTRIFICATION VENTURES, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, PO BOX 7235, NEW YORK, NY 10150 |
| GENTRIFICATION VENTURES, L.L.C. | KARA SCHEINMANN KATZ, MANDEL KATZ & BROSNAN LLP, THE LAW BUILDING, 210 ROUTE 303, VALLEY COTTAGE, NY 10989 |
| GENTRIFICATION VENTURES, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, PO BOX 7235, NEW YORK, NY 10150 |
| GENTRIFICATION VENTURES, L.L.C. | KARA SCHEINMANN KATZ, MANDEL KATZ & BROSNAN LLP, THE LAW BUILDING, 210 ROUTE 303, VALLEY COTTAGE, NY 10989 |
| GENTRIFICATION VENTURES, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O MANDEL KATZ & BROSNAN LLP, ATTN: KARA SCHEINMANN KATZ, THE LAW BUILDING, 210 ROUTE 303, VALLEY COTTAGE, NY 10989 |
| GENTRIFICATION VENTURES, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O MANDEL KATZ & BROSNAN LLP, ATTN: KARA SCHEINMANN KATZ, THE LAW BUILDING, 210 ROUTE 303, VALLEY COTTAGE, NY 10989 |
| GENTRIFICATION VENTURES, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, PO BOX 7235, NEW YORK, NY 10150 |
| GENTRIFICATION VENTURES, L.L.C. | MANDEL, KATZ & BROSNAN LLP, KARA S. KATZ, THE LAW BUILDING 210 ROUTE 303, |

| Claim Name | Address Information |
|---|---|
| GENTRIFICATION VENTURES, L.L.C. | VALLEY COTTAGE, NY 10989 |

**Total Creditor Count 57**