**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.*

                Debtors.

---------------------------------------------------------------------- X

: Chapter 11
:
: Case No. 08-13555 (SCC)
:
: (Jointly Administered)
:
: Ref. Docket Nos. 54098, 54119,
: 54120, 54123, 54124, 54125,
: 54250, 54251, 54252, 54253,
: 54254, 54255, 54256

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 3, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 3, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                  */s/ Forrest Kuffer*
                                                                                  Forrest Kuffer

Sworn to before me this
4th day of January, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission expires September 24, 2017

# EXHIBIT A

08-13555-mg    Doc 54485    Filed 01/12/17    Entered 01/12/17 00:59:06    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000113597232 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 22479



BANK HAPOALIM (SWITZERLAND), LTD.
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER
STOCKERSTRASSE 33
ZURICH CH-8002
SWITZERLAND

Please note that your claim # 555855-03 in the above referenced case and in the amount of $50,000.00 allowed at $50,000.00 has been transferred (unless previously expunged by court order)

SAFRA NATIONAL BANK
TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD.
546 5TH AVENUE, 9TH FLOOR
ATTN: THOMAS OSWALD
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    54124    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/03/2017            Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 3, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BRIDGE HOLDINGS (BERMUDA) LTD. | TRANSFEROR: WHITE MOUNTAINS LIFE REINSURANCE (BERMUDA) LTD., 26 REID STREET, 6TH FLOOR NORTH, HAMILTON HM 11 BERMUDA |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| COUTTS & CO AG | F/K/A RBS COUTTS BANK AG, LERCHENSTRASSE 18, 8045 ZURICH SWITZERLAND |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MZ57, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: NORTHUMBRIAN MANAGEMENT,L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: NORTHUMBRIAN MANAGEMENT,L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| MZ57, L.L.C. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED, PO BOX 8301, NEW YORK, NY 10150 |
| MZ57, L.L.C. | JAMES H. MILLAR, WILMERHALE, 399 PARK AVENUE, NEW YORK, NY 10022 |
| NORTHUMBRIAN MANAGEMENT,L.L.C. | TRANSFEROR: MACQUARIE BANK LIMITED, PO BOX 8284, NEW YORK, NY 10150 |
| NORTHUMBRIAN MANAGEMENT,L.L.C. | KRAMER LEVIN NAFTALIS & FRANKEL LLP, ATTN: THOMAS T. JANOVER, 1177 AVENUE OF AMERICAS, NEW YORK, NY 10036 |
| NORTHUMBRIAN MANAGEMENT,L.L.C. | TRANSFEROR: MACQUARIE BANK LIMITED, PO BOX 8284, NEW YORK, NY 10150 |
| NORTHUMBRIAN MANAGEMENT,L.L.C. | KRAMER LEVIN NAFTALIS & FRANKEL LLP, ATTN: THOMAS T. JANOVER, 1177 AVENUE OF AMERICAS, NEW YORK, NY 10036 |
| RUST BELT HOLDINGS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON, PO BOX 8155, NEW YORK, NY 10150 |
| RUST BELT HOLDINGS, L.L.C. | PAUL WEISS RIFKIND WHARTON & GARRISON LLP, ATTN: ALICE EATON, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| RUST BELT HOLDINGS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON, PO BOX 8155, NEW YORK, NY 10150 |
| RUST BELT HOLDINGS, L.L.C. | PAUL WEISS RIFKIND WHARTON & GARRISON LLP, ATTN: ALICE EATON, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| RUST BELT HOLDINGS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, PO BOX 8155, NEW YORK, NY 10150 |
| RUST BELT HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ALICE EATON, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| RUST BELT HOLDINGS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, PO BOX 8155, NEW YORK, NY 10150 |
| RUST BELT HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ALICE EATON, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| SAFRA NATIONAL BANK | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., 546 5TH AVENUE, 9TH FLOOR, ATTN: THOMAS OSWALD, NEW YORK, NY 10036 |

| Claim Name | Address Information |
|---|---|
| SAFRA NATIONAL BANK | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., 546 5TH AVENUE, 9TH FLOOR, ATTN: THOMAS OSWALD, NEW YORK, NY 10036 |
| UNION BANCAIRE PRIVEE, SINGAPORE | TRANSFEROR: COUTTS & CO AG, LEVEL 24, ONE RAFFLES QUAY, SOUTH TOWER, SINGAPORE 04583 SINGAPORE |
| UNIONE DI BANCHE ITALIANE SPA | TRANSFEROR: BANCA FIDEURAM S.P.A., PIAZZALE LODI 3, ATTN: EMANUELE CASTRO, MILANO 20137 ITALY |
| WEISS, ALEXANDER | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, HAUPTSTR. 5, JETZENDORF 85305 GERMANY |
| WHITE MOUNTAINS LIFE REINSURANCE (BERMUDA) LTD. | ATTN: ARLENE R. ALVES, C/O SEWARD & KISSEL LLP, ONE BATTERY PLAZA, NEW YORK, NY 10017 |
| WHITE MOUNTAINS LIFE REINSURANCE (BERMUDA) LTD. | C/O WHITE MOUNTAINS FINANCIAL SERVIES LLC, ATTN: CHRISTIME REPASY, ESQ., 628 HEBRON AVENUE, GLASTONBURY, CT 06033 |

**Total Creditor Count 37**