**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------------ x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.* :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 54107, 54131,
: 54132, 54257, 54258, 54259,
: 54260, 54289, 54290, 54291,
: 54292, 54293, 54294, 54295,
: 54296, 54297, 54298, 54299,
: 54300, 54301, 54302, 54303,
: 54304, 54305, 54306, 54307,
: 54308, 54343
------------------------------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 4, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 4, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
4th day of January, 2017
/s/ *Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission expires September 24, 2017

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000114629577 ***       LBH TRFNTC (ADDRESS2, ADRKEYID3) 18607



CALANTHE CAPITAL, L.L.C.
CADWALADER WICKERSHAM & TAFT LLP
ATTN: DREW GL CHAPMAN
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CALANTHE CAPITAL, L.L.C.
TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC
FDR STATION PO BOX 7268
NEW YORK, NY 10150

Please note that your claim # 67337 in the above referenced case and in the amount of $48,931,169.51 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CALANTHE CAPITAL, L.L.C.
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: RICH VICHAIDITH
60 WALL STREET
NEW YORK, NY 10005

No action is required if you do not object to the transfer of your claim. However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    54295    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/04/2017          Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 4, 2017.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANK J. SAFRA SARASIN LTD. | TRANSFEROR: UNION BANCAIRE PRIVEE, BAR & KARRER AG, ATTN: PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| CALANTHE CAPITAL, L.L.C. | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC, FDR STATION PO BOX 7268, NEW YORK, NY 10150 |
| CALANTHE CAPITAL, L.L.C. | CADWALADER WICKERSHAM & TAFT LLP, ATTN: DREW GL CHAPMAN, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| CALANTHE CAPITAL, L.L.C. | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC, FDR STATION PO BOX 7268, NEW YORK, NY 10150 |
| CALANTHE CAPITAL, L.L.C. | CADWALADER WICKERSHAM & TAFT LLP, ATTN: DREW GL CHAPMAN, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| COUTTS & CO AG | TRANSFEROR: BANK OF SINGAPORE LIMITED, F/K/A RBS COUTTS BANK AG, SWITZERLAND, LERCHENSTRASSE 18, 8045 ZURICH SWITZERLAND |
| COUTTS & CO AG | F/K/A RBS COUTTS BANK AG, LERCHENSTRASSE 18, 8045 ZURICH SWITZERLAND |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CALANTHE CAPITAL, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CALANTHE CAPITAL, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: KING STREET CAPITAL MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: KING STREET CAPITAL MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: KING STREET CAPITAL, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: KING STREET CAPITAL, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: KING STREET EUROPE MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: KING STREET EUROPE MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: KING STREET EUROPE, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: KING STREET EUROPE, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: UAKARI INVESTMENTS, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: UAKARI INVESTMENTS, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: UAKARI INVESTMENTS, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: UAKARI INVESTMENTS, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | ATTN: STEPHAN ROST, D-60265 FRANKFURT AM MAIN, FEDERAL REPUBLIC OF GERMANY GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | FRANCIS HEALY, STROOCK & STROOCK & LAVAN, LLP, 180 MAIDEN LANE, NEW YORK, NY 10038 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, L.P., ATTN: ANATOLY BUSHLER; KRISTIN BINIEK, C/O FARALLON CAPITAL MANAGEMENT, LLC, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, L.P., ATTN: ANATOLY BUSHLER; KRISTIN BINIEK, C/O FARALLON CAPITAL MANAGEMENT, LLC, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., P.O. BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | SCOTT L. ESBIN, ESBIN & ALTER, LLP, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., P.O. BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | SCOTT L. ESBIN, ESBIN & ALTER, LLP, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | SCOTT L. ESBIN, ESBIN & ALTER, LLP, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | SCOTT L. ESBIN, ESBIN & ALTER, LLP, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE, ATTN: TRADE CLAIMS, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE, ATTN: TRADE CLAIMS, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET CAPITAL MASTER FUND, LTD. | TRANSFEROR: KING STREET CAPITAL, LTD., ATTN: TRADE CLAIMS, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET CAPITAL MASTER FUND, LTD. | TRANSFEROR: KING STREET CAPITAL, LTD., ATTN: TRADE CLAIMS, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET CAPITAL, LP | C/O KING STREET CAPITAL MANAGEMENT, L.L.C., ATTN: GENERAL COUNSEL, 65 EAST |

| Claim Name | Address Information |
|---|---|
| KING STREET CAPITAL, LP | 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET CAPITAL, LP | C/O KING STREET CAPITAL MANAGEMENT, L.L.C., ATTN: GENERAL COUNSEL, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET EUROPE MASTER FUND, LTD. | C/O KING STREET CAPITAL MANAGEMENT, L.P., ATTN: GENERAL COUNSEL, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET EUROPE MASTER FUND, LTD. | C/O KING STREET CAPITAL MANAGEMENT, L.P., ATTN: GENERAL COUNSEL, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET EUROPE, L.P. | C/O KING STREET CAPITAL MANAGEMENT, L.P., ATTN: GENERAL COUNSEL, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET EUROPE, L.P. | C/O KING STREET CAPITAL MANAGEMENT, L.L.C., ATTN: GENERAL COUNSEL, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| RUST BELT HOLDINGS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, PO BOX 8155, NEW YORK, NY 10150 |
| RUST BELT HOLDINGS, L.L.C. | ALICE BELISLE EATON, PAUL WEISS RIFKIND WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| RUST BELT HOLDINGS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, PO BOX 8155, NEW YORK, NY 10150 |
| RUST BELT HOLDINGS, L.L.C. | ALICE BELISLE EATON, PAUL WEISS RIFKIND WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: ST. GALLER KANTONALBANK AG - SUCURSAL EM PORTUGAL, ATTN: ANINA ZURCHER / SFCA, ST. LEONHARDSTRASSE 25, ST. GALLEN 9001 SWITZERLAND |
| ST. GALLER KANTONALBANK AG - SUCURSAL EM PORTUGAL | TRANSFEROR: HYPOSWISS PRIVATE BANK GENEVE SA, ATTN: MRS SILVIA LEAL, AV DA LIBERDADE 190-5, 1250 - 147 LISBOA  PORTUGAL |
| UAKARI INVESTMENTS, LLC | TRANSFEROR: UBS AG, PO BOX 1415, NEW YORK, NY 10150 |
| UAKARI INVESTMENTS, LLC | MICHAEL WILSON, HUNTON & WILLIAMS LLP, RIVERFRONT PLAZA, EAST TOWER, 951 EAST BYRD STREET, RICHMOND, VA 23219 |
| UAKARI INVESTMENTS, LLC | TRANSFEROR: UBS AG, PO BOX 1415, NEW YORK, NY 10150 |
| UAKARI INVESTMENTS, LLC | MICHAEL WILSON, HUNTON & WILLIAMS LLP, RIVERFRONT PLAZA, EAST TOWER, 951 EAST BYRD STREET, RICHMOND, VA 23219 |
| UAKARI INVESTMENTS, LLC | TRANSFEROR: UBS AG, PO BOX 1415, NEW YORK, NY 10150 |
| UAKARI INVESTMENTS, LLC | MICHAEL WILSON, HUNTON & WILLIAMS LLP, RIVERFRONT PLAZA, EAST TOWER, 951 EAST BYRD STREET, RICHMOND, VA 23219 |
| UAKARI INVESTMENTS, LLC | TRANSFEROR: UBS AG, PO BOX 1415, NEW YORK, NY 10150 |
| UAKARI INVESTMENTS, LLC | MICHAEL WILSON, HUNTON & WILLIAMS LLP, RIVERFRONT PLAZA, EAST TOWER, 951 EAST BYRD STREET, RICHMOND, VA 23219 |
| UNION BANCAIRE PRIVEE | TRANSFEROR: LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF:, RUE DU RHONE 96-98 - CP 1320, GENEVA-1 CH-1211 SWITZERLAND |
| UNION BANCAIRE PRIVEE, HONG KONG | TRANSFEROR: COUTTS & CO AG, LEVEL 26 AIA CENTRAL, 1 CONNAUGHT ROAD, CENTRAL HONG KONG |
| UNION BANCAIRE PRIVEE, HONG KONG | TRANSFEROR: COUTTS & CO AG, LEVEL 26 AIA CENTRAL, 1 CONNAUGHT ROAD, CENTRAL HONG KONG |

**Total Creditor Count 81**