**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------- x
                                                                   :   Chapter 11
In re:                                                             :
                                                                   :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*                            :
                                                                   :   (Jointly Administered)
                        Debtors.                                   :
                                                                   :   Ref. Docket Nos. 53877, 53909,
                                                                   :   54030, 54097, 54227, 54228,
                                                                   :   54229, 54230, 54231, 54232,
                                                                   :   54233, 54234, 54235, 54236,
                                                                   :   54237, 54238, 54239, 54240,
                                                                   :   54241, 54243, 54244, 54245,
                                                                   :   54246, 54309, 54310, 54311,
                                                                   :   54312, 54313, 54316, 54318,
                                                                       54347, 54348, 54349
-------------------------------------------------------------------------------- X

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located
    at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and
    am not a party to the above-captioned action.

2.  On January 5, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to
    Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 5, 2017, a sample of
    which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed
    securely in separate postage pre-paid envelopes and delivered via first class mail to those
    parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
6th day of January, 2017
/s/ *Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission expires September 24, 2017

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

BANCA AKROS SPA
ATTN: MR. LUCA GANDOLFI
VIA EGINARDO, 29
MILAN 20149
ITALY

Please note that your claim # 56041-85 in the above referenced case and in the amount of $11,633.96 allowed at $11,663.33 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000114631207 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000177068



BANCA LEONARDO SPA
TRANSFEROR: BANCA AKROS SPA
ATTN: FRANCESCO PRATO, MARIO ZANIN
VIA BROLETTO 46
MILAN 20121

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER          54030          in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2017          Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 5, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA LEONARDO SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: FRANCESCO PRATO, MARIO ZANIN, VIA BROLETTO 46, MILAN 20121 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK J. SAFRA SARASIN (GIBRALTAR) LTD. | F/K/A BANK J.SAFRA GIBRALTAR LTD, SUITE 971, EUROPORT, PO BOX 524, GIBRALTAR GIBRALTAR |
| BANK J. SAFRA SARASIN (GIBRALTAR) LTD. | F/K/A BANK J.SAFRA GIBRALTAR LTD, SUITE 971, EUROPORT, PO BOX 524, GIBRALTAR GIBRALTAR |
| BANK JULIUS BAER & CO. AG, ZURICH | TRANSFEROR: BANK J. SAFRA SARASIN (GIBRALTAR) LTD., ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. AG, ZURICH | TRANSFEROR: BANK J. SAFRA SARASIN (GIBRALTAR) LTD., ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATNN: KEVIN CEN, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: KEVIN CEN, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: KEVIN CEN, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: KEVIN CEN, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: KEVIN CEN, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATNN: KEVIN CEN, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: KEVIN CEN, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BEINT, L.L.C. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, PO BOX 8342, NEW YORK, NY 10150 |
| BEINT, L.L.C. | LOUIS SMOOKLER, REITLER KAILAS & ROSENBLATT LLC, 885 THIRD AVENUE, 20TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BEINT, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ORIOLE BIRCH, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, LP | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS III, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: ANATOLY BUSHLER, ATTN: KRISTIN BINIEK, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: ANATOLY BUSHLER & KRISTIN BINIEK, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, LP | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS III,INC, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: ANATOLY BUSHLER, ATTN: KRISTIN BINIEK, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: ANATOLY BUSHLER & KRISTIN BINIEK, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, LP | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS III, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: ANATOLY BUSHLER, ATTN: KRISTIN BINIEK, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: ANATOLY BUSHLER & KRISTIN BINIEK, ONE MARITIME PLAZA, STE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, LP | C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL PARTNERS, LP, | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: ANATOLY BUSHLER & KRISTIN BINIEK, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL PARTNERS, LP, | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: ANATOLY BUSHLER & KRISTIN BINIEK, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL PARTNERS, LP, | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: ANATOLY BUSHLER & KRISTIN BINIEK, ONE MARITIME PLAZA, STE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL PARTNERS, LP, | C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., PO BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP, ATTN: SCOTT L. ESBIN, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., PO BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP, ATTN: SCOTT L. ESBIN, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., PO BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP, ATTN: SCOTT L. ESBIN, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., PO BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP, ATTN: SCOTT L. ESBIN, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |

| Claim Name | Address Information |
|---|---|
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., PO BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP, ATTN: SCOTT L. ESBIN, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., PO BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP, ATTN: SCOTT L. ESBIN, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., PO BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP, ATTN: SCOTT L. ESBIN, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., PO BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP, ATTN: SCOTT L. ESBIN, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., PO BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP, ATTN: SCOTT L. ESBIN, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., PO BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP, ATTN: SCOTT L. ESBIN, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., P.O. BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP, ATTN: SCOTT L. EBSIN, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., P.O. BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP, ATTN: SCOTT L. ESBIN, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., PO BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP, ATTN: SCOTT L. ESBIN, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., P.O. BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP, ATTN: SCOTT L. ESBIN, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., PO BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP, ATTN: SCOTT L. ESBIN, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., P.O. BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP, ATTN: SCOTT L. ESBIN, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., P.O. BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | SCOTT L. ESBIN, ESBIN & ALTER, LLP, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., P.O. BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | SCOTT L. ESBIN, ESBIN & ALTER, LLP, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., P.O. BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | SCOTT L. ESBIN, ESBIN & ALTER, LLP, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., P.O. BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | SCOTT L. ESBIN, ESBIN & ALTER, LLP, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., PO BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP, ATTN: SCOTT L. ESBIN, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., P.O. BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | SCOTT L. ESBIN, ESBIN & ALTER, LLP, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., P.O. BOX 6463, NEW YORK, NY 10150 |
| JADE TREE I, L.L.C. | SCOTT L. ESBIN, ESBIN & ALTER, LLP, 497 SOUTH MAIN STREET, NEW CITY, NY 10956 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: CASSA LOMBARDA S.P.A., ATTN: GINA GRASSO, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: ANATOLY BUSHLER & KRISTIN BINIEK, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: ANATOLY BUSHLER & KRISTIN BINIEK, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: ANATOLY BUSHLER & KRISTIN BINIEK, ONE MARITIME PLAZA, STE 2100, SAN FRANCISCO, CA 94111 |
| NOONDAY OFFSHORE, INC. | C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| ORIOLE BIRCH, L.L.C. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., PO BOX 6270, NEW YORK, NY 10150 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., ATTN: RICHARD FELS, 227 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL PARTNERS, LP,, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL PARTNERS, LP,, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL PARTNERS, LP,, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL PARTNERS, LP,, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: NOONDAY OFFSHORE, INC., ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: NOONDAY OFFSHORE, INC., ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: NOONDAY OFFSHORE, INC., ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: NOONDAY OFFSHORE, INC., ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |

**Total Creditor Count 143**