**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------- x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| | : Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : |
| | : (Jointly Administered) |
| Debtors. | : |
| | : Ref. Docket Nos. 53928, 54343, |
| | : 54344, 54345, 54346, 54384, |
| | : 54388, 54390, 54391, 54392, |
| | : 54393, 54394, 54396, 54397, |
| | : 54401, 54402, 54403, 54404 |

----------------------------------------------------------------------- X

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 6, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 6, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
9th day of January, 2017
*/s/ Elli Krempa*
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2019

# EXHIBIT A

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000114649099 ***         LBH TRFNTC (ADDRESS2, ADRKEYID3) 30454



BARCLAYS BANK PLC
ATTN: JEFF LONGMUIR
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

BARCLAYS BANK PLC
TRANSFEROR: VARDE FUND X (MASTER) LP, THE
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

Please note that your claim # 60700 in the above referenced case and in the amount of
$3,344,327.99 allowed at $3,204,516.37 has been transferred (unless previously expunged by court order)

BKM HOLDINGS (CAYMAN) LTD.
TRANSFEROR: BARCLAYS BANK PLC
C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT
ATTN: JENNIFER DONOVAN
520 MADISON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER         54404                 in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/06/2017                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez

                                              EPIQ BANKRUPTCY SOLUTIONS, LLC

                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 6, 2017.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AEK BANK 1826 | TRANSFEROR: UBS AG, C/O FINANZ-LOGISTIK AG, ROSENBERGSTRASSE 16, ST. GALLEN 9004 SWITZERLAND |
| BANCA DI CARAGLIO | TRANSFEROR: UBS AG, PIAZZA DELLA COOPERAZIONE 1, CARAGLIO, CN 12023 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VI-A LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ANTHONY VITIELLO, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P., ATTN: DANIEL MIRANDA, JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VI-A, L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VI-A LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P., ATTN: DANIEL MIRANDA, JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VI-A, L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED, PORTFOLIO, ATTN: KHALIL ABUMENNAH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED, PORTFOLIO, ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED, PORTFOLIO, ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84, SEGREGATED PORTFOLIO, ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84, SEGREGATED PORTFOLIO, ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84, SEGREGATED PORTFOLIO, ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED, PORTFOLIO, ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED, PORTFOLIO, |

|

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | ATTN: KHALIL ABUMANNEH, 645 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VIII LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX-A LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VII-B LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND V-B LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND V-B LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VII-B LP, THE, ATTN: DANIEL MIRANDA, JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VIII LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX-A LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANKS PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VI-A LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BBO BANK BRIENZ OBERHASLI AG | TRANSFEROR: UBS AG, C/O FINANZ-LOGISTIK AG, ROSENBERGSTRASSE 16, ST. GALLEN 9004 SWITZERLAND |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: |

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: |

LEHMAN BROTHERS HOLDINGS INC.

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CHIN KIT YEE LOUISA | TRANSFEROR: UNIFY FOUNDATION, FT 57 16/F TOWER 9, 88 TAI TAM RESERVOIR RD, PARKVIEW, HONG KONG SAR |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD., ATTN: DOUGLAS DIBELLA, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE LOAN FUNDING LLC | CHRISTOPHER CAMPBELL, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, L.P., ATTN: ANATOLY BUSHLER, KRISTIN BINIEK, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: ANATOLY BUSHLER & KRISTIN BINIEK, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: ANATOLY BUSHLER & KRISTIN BINIEK, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: ANATOLY BUSHLER & KRISTIN BINIEK, ONE MARITIME PLAZA, STE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, LP | C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS III, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: ANATOLY BUSHLER & KRISTIN BINIEK, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS III, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: ANATOLY BUSHLER & KRISTIN BINIEK, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS III, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: ANATOLY BUSHLER & KRISTIN BINIEK, ONE MARITIME PLAZA, STE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS III, LP | C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: ANATOLY BUSHLER & KRISTIN BINIEK, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: ANATOLY BUSHLER & KRISTIN BINIEK, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: ANATOLY BUSHLER & KRISTIN BINIEK, ONE MARITIME PLAZA, STE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL | C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN |

| Claim Name | Address Information |
| --- | --- |
| PARTNERS, LP | FRANCISCO, CA 94111 |
| MORGAN STANLEY & CO. LLC | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| REGIOBANK SOLOTHURN AG | TRANSFEROR: UBS AG, C/O FINANZ-LOGISTIK AG, ATTN: MARCEL LEDERGERBER, GALLEN 9004 SWITZERLAND |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS II, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS II, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS II, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS II, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS III, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS III, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS III, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS III, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| UBS AG | TRANSFEROR: CREDIT SUISSE, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UNIFY FOUNDATION | STADTLE 28, VADUZ FL-9490 LIECHTENSTEIN |

**Total Creditor Count 224**