EXECUTION VERSION

# EXHIBIT A-2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Chapter 11 |
| | Jointly Administered |
| Debtors | |

**NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $703,289.50 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $703,289.50 | 20149 |

has been transferred and assigned to **Morgan Stanley Senior Funding Inc.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $703,289.50 of the claim and all rights thereto.

DOC ID - 25435507.1

7891472.2

EXECUTION VERSION

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | MORGAN STANLEY SENIOR FUNDING, INC. | ASSIGNOR: | CITIGROUP FINANCIAL PRODUCTS INC. |
| Address: | 1585 Broadway – 2nd Floor<br>New York, NY 10036 | Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 |
| Signature: | _____ | Signature: | *DocuSigned by: Joelle Gavlick* |
| Name: | _____ | Name: | _____ |
| Title: | _____ | Title: | 240CDA98C9F64D3... |
| Date: | _____ | Date: | December 28, 2016 |

Joelle Gavlick - Authorized Signatory

DOC ID - 25435507.1

7891472.2

EXECUTION VERSION

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNEE: | MORGAN STANLEY SENIOR FUNDING, INC. | ASSIGNOR: | CITIGROUP FINANCIAL PRODUCTS INC. |
|---|---|---|---|
| Address: | 1585 Broadway – 2nd Floor<br>New York, NY 10036 | Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 |
| Signature: | *John Ragusa* | Signature: | _____ |
| Name: | John Ragusa | Name: | _____ |
| Title: | Authorized Signatory | Title: | _____ |
| Date: | _____ | Date: | _____ |