CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000
Franklin H. Top, III (admitted *pro hac vice*)
Scott Lewis (admitted *pro hac vice*)

*Attorneys for U.S. Bank National Association, as Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC., *et al.*,<br><br>Debtor. | Case No. 08-13555 (SCC) |

## CERTIFICATE OF SERVICE

I, Franklin H. Top, III, an attorney, hereby certify that on the 13th day of January 2017, I caused a true and correct copy of the Response of U.S. Bank National Association, as Trustee, to the 4001(A)(1) Motion for Relief From Stay and to Preserve the Status Quo (Nunc Pro Tunc) Filed by Danielle Gordon**,** to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, postage-prepaid, on the parties shown below.

> The Chambers of the Honorable Shelley C. Chapman
> Courtroom 623
> One Bowling Green
> New York, New York 10004-1408

> Robert Lemons, Esq.
> Ralph Miller, Esq.
> Richard P. Krasnow, Esq.
> Lori R. Fife, Esq.
> Jacqueline Marcus, Esq.
> Shai Y. Waisman, Esq.
> WEIL, GOTSHAL & MANGES LLP
> 767 Fifth Avenue
> New York, New York  10153

4127720.01.02.doc

William K. Harrington, Esq.
Susan Golden, Esq.
Andrea B. Schwartz, Esq.
The Office of the United States Trustee for Region 2
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York  10014


Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan R. Fleck, Esq.
Attorneys for the Creditors' Committee
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005

Danielle P. Gordon
3572 Lytle Road
Shaker Heights, Ohio 44122


                     By:  /s/ Franklin H. Top III
                          Franklin H. Top III