**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:  LEHMAN BROTHERS HOLDINGS
        INC., et al.,

                    Debtor

Case No.: 08-13555- SCC

Chapter 11

------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Tracy Lee Henderson, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent APPROVED FUNDING CORP., GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, L.P., COMMERCE HOME MORTGAGE, INC. f/k/a Simonich Corp., BROADVIEW MORTGAGE CORPORATION, CMG MORTGAGE, INC., FIRST CALIFORNIA MORTGAGE COMPANY, FIRST MORTGAGE CORPORATION, HARTLAND MORTGAGE CENTERS, INC., LOAN SIMPLE, INC. f/k/a ASCENT HOME LOANS INC., MC ADVANTAGE, LLC, f/k/a REPUBLIC MORTGAGE HOME LOANS, LLC, MEGA CAPITAL FUNDING, INC., NEW FED MORTGAGE, CORP., OAKTREE FUNDING CORP., REPUBLIC STATE MORTGAGE CO., individually and as successor by merger to Union Trust Mortgage Corporation, RESIDENTIAL HOME FUNDING CORP., ROSS MORTGAGE CORPORATION, STERLING NATIONAL MORTGAGE COMPANY, INC., SUN AMERICAN MORTGAGE COMPANY, and WR STARKEY MORTGAGE, LLP, as defendants in the above-referenced case adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern and Central District of California.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: January 17, 2017

Novato, California                                    */S/ Tracy L. Henderson, Esq.*
                                                      Tracy L. Henderson
                                                      75 Rowland Way, Suite 350
                                                      Novato, CA 94945
                                                      (415) 878-0030 x. 153 / (415) 878-0035
                                                      thenderson@americanmlg.com