

# Supreme Court of California

JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *TRACY LEE HENDERSON*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that Tracy Lee Henderson, #252888, was on the 3rd day of December 2007 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 12th day of January 2017.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
F. Coello, Deputy Clerk