

# Supreme Court of California

JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### <u>RANDALL HECTOR ROMERO</u>

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that Randall Hector Romero, #202608, was on the 15th day of October 1999 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 12th day of January 2017.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
F. Coello, Deputy Clerk