**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:  LEHMAN BROTHERS HOLDINGS
        INC., et al.,

                      Debtor

Case No.: 08-13555-SCC

Chapter 11

------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE**

Upon the motion of Tracy Lee Henderson, to be admitted, *pro hac vice*, to represent APPROVED FUNDING CORP., GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, L.P., COMMERCE HOME MORTGAGE, INC. f/k/a Simonich Corp., BROADVIEW MORTGAGE CORPORATION, CMG MORTGAGE, INC., FIRST CALIFORNIA MORTGAGE COMPANY, FIRST MORTGAGE CORPORATION, HARTLAND MORTGAGE CENTERS, INC., LOAN SIMPLE, INC. f/k/a ASCENT HOME LOANS INC., MC ADVANTAGE, LLC, f/k/a REPUBLIC MORTGAGE HOME LOANS, LLC, MEGA CAPITAL FUNDING, INC., NEW FED MORTGAGE, CORP., OAKTREE FUNDING CORP., REPUBLIC STATE MORTGAGE CO., individually and as successor by merger to Union Trust Mortgage Corporation, RESIDENTIAL HOME FUNDING CORP., ROSS MORTGAGE CORPORATION, STERLING NATIONAL MORTGAGE COMPANY, INC., SUN AMERICAN MORTGAGE COMPANY, and WR STARKEY MORTGAGE, LLP, Defendants in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern and Central District of California.

**ORDERED**, that Tracy Lee Henderson, is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding to represent APPROVED FUNDING CORP., GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, L.P., COMMERCE HOME MORTGAGE, INC. f/k/a Simonich Corp., BROADVIEW MORTGAGE CORPORATION, CMG MORTGAGE, INC., FIRST CALIFORNIA MORTGAGE COMPANY, FIRST MORTGAGE CORPORATION, HARTLAND MORTGAGE CENTERS, INC., LOAN SIMPLE, INC. f/k/a ASCENT HOME LOANS INC., MC ADVANTAGE, LLC, f/k/a REPUBLIC MORTGAGE HOME LOANS, LLC, MEGA CAPITAL FUNDING, INC., NEW FED MORTGAGE, CORP., OAKTREE FUNDING CORP., REPUBLIC STATE MORTGAGE CO., individually and as successor by merger to Union Trust Mortgage Corporation, RESIDENTIAL HOME FUNDING CORP., ROSS MORTGAGE CORPORATION, STERLING NATIONAL MORTGAGE COMPANY, INC., SUN AMERICAN MORTGAGE COMPANY, and WR STARKEY MORTGAGE, LLP in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date: January 19, 2017     /S/ Shelley C. Chapman
New York, New York         UNITED STATES BANKRUPTCY JUDGE