**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— x
                                                          :
In re:                                                    :    Chapter 11
                                                          :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*                  :    Case No. 08-13555 (SCC)
                                                          :
                        Debtors.                          :    (Jointly Administered)
                                                          :
                                                          :    Ref Docket Nos. 53672,
                                                          :    53931, 53991, 53992, 54112,
                                                          :    54128, 54129, 54130, 54134,
                                                          :    54135, 54136, 54153
———————————————————————— X
                                                          :
In re:                                                    :
                                                          :    Chapter 11
LEHMAN BROTHERS SPECIAL FINANCING INC.,                   :
                                                          :    Case No. 08-13888 (JMP)
                        Debtor.                           :
                                                          :    Ref Docket Nos. 425-528
———————————————————————— x

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777
    Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not
    a party to the above-captioned action.

2.  On December 20, 2016, I caused to be served the "Notice: Filing of Transfer of Claim
    Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated December 20,
    2016, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to
    be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail
    to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
21st day of December, 2016
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

**EXHIBIT A**

Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:     BAR(23) MAILID *** 000113321720 ***            LBH TRFNTC (ADDRESS2, ADRKEYID3) 22479



BANK HAPOALIM (SWITZERLAND), LTD.
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER
STOCKERSTRASSE 33
ZURICH CH-8002
 SWITZERLAND

Please note that your claim # 555855-01 in the above referenced case and in the amount of
$150,000.00 allowed at $151,125.00 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
LONDON EC2N 2DB
 UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        54136                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/20/2016                      Vito Genna, Clerk of Court

                                       /s/ Lauren Rodriguez
                                       _____
                                       EPIQ BANKRUPTCY SOLUTIONS, LLC

                                       as claims agent for the debtor(s).

    FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 20, 2016.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA MEDIOLANUM S.P.A. | TRANSFEROR: CASSA DI RISPARMIO DEL VENETO S.P.A., ATTN: HEAD OF OPERATION CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO (MI) 20080 ITALY |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK J. SAFRA SARASIN LTD | TRANSFEROR: UNION BANCAIRE PRIVEE, UBP SA, C/O BAR & KARRER AG, ATTN: PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD | FRANK LINK, ELISABETHENSTRASSE 62, P.O. BOX, BASEL CH-4002 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD., HONG KONG BRANCH | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANQUE PICTET & CIE SA | TRANSFEROR: BANK HAPOALIM B.M., ATTN: DAVID AESCHLIMANN, ROUTE DES ACACIAS 60, GENEVA 73 1211 SWITZERLAND |
| CASSA DI RISPARMIO DEL VENETO S.P.A. | LEGAL DEPARTMENT, CORSO GARIBALDI 22/26, PADOVA 35122 ITALY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, ATTN: KENNETH KELLEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CREDIT SUISSE SINGAPORE BRANCH | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE SINGAPORE BRANCH | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE SINGAPORE BRANCH | 1 RAFFLES LINK, #05-02, SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE SINGAPORE BRANCH | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| FINECOBANK S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: RONNY SCIRE, PIAZZA DURANTE, 11, MILANO 20131 ITALY |
| GOLDMAN SACHS & CO. | TRANSFEROR: HOWARD HUGHES MEDICAL INSTITUTE, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: HOWARD HUGHES MEDICAL INSTITUTE, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| HAIN CAPITAL HOLDINGS, LTD. | TRANSFEROR: CASTLESTONE MANAGEMENT PLC (IN VOLUNTARY LIQUIDATION), ATTN: RACHEL YAMNIK, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LTD. | 301 ROUTE 17 N, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LTD. | 301 ROUTE 17 N, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LTD. | TRANSFEROR: WHITWORTH UNIVERSITY, ATTN: GANNA LIBERCHUK, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LTD. | TRANSFEROR: WHITWORTH UNIVERSITY, ATTN: GANNA LIBERCHUK, 301 ROUTE 17, 7TH |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HAIN CAPITAL HOLDINGS, LTD. | FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LTD. | TRANSFEROR: VANVOORDEN, MARC, ATTN: RACHEL YAMNIK, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LTD. | TRANSFEROR: MR. BAUWENS, A.E., ATTN: RACHEL YAMNIK, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LTD. | TRANSFEROR: BRANDWOOD, ROBERT GORDON, ATTN: RACHEL YAMNIK, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LTD. | TRANSFEROR: WIERINGA, H.W & P.I.A. WIERINGA-VAN DEVENTER, ATTN: RACHEL YAMNIK, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LTD. | TRANSFEROR: LIEBERBERG, ROBERT, ATTN: RACHEL YAMNIK, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LTD. | TRANSFEROR: LIEBERBERG, ROBERT, ATTN: RACHEL YAMNIK, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LTD. | TRANSFEROR: BRICK, BILL, ATTN: RACHEL YAMNIK, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LTD. | TRANSFEROR: VLASIC INVESTMENTS, L.L.C., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL HOLDINGS, LTD. | TRANSFEROR: YETNIKOFF, WALTER, ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL INVESTORS, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL INVESTORS, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL INVESTORS, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL INVESTORS, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL INVESTORS, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL INVESTORS, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL INVESTORS, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL INVESTORS, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL INVESTORS, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL INVESTORS, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL INVESTORS, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL INVESTORS, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL INVESTORS, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD., ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HOWARD HUGHES MEDICAL INSTITUTE | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: INVESTMENT FUND SERVICES - HHMF502567, 4000 JONES BRIDGE ROAD, CHEVY CHASE, MD 20815 |
| HOWARD HUGHES MEDICAL INSTITUTE | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: INVESTMENT FUND SERVICES - HHMF502567, 4000 JONES BRIDGE ROAD, CHEVY CHASE, MD 20815 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT), VIA HOEPLI, 10, MILANO 20121 ITALY |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC, ATTN: BANK DEBT, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC, ATTN: BANK DEBT, 65 EAST 55TH DTREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, ATTN: BANK DEBT, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, ATTN:  BANK DEBT, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| LB RE FINANCING NO. 1 LIMITED | TRANSFEROR: LB RE FINANCING NO.2 LIMITED, C/O CHILD & CHILD LIMITED, 4 GROSVENOR PLACE, LONDON SWIX 7HJ  UNITED KINGDOM |
| LB RE FINANCING NO.2 LIMITED | C/O MICHAEL LETO, LEHMAN BROTHERS HOLDINGS INC., 1271 AVENUE OF THE AMERICAS; 40TH FLOOR, NEW YORK, NY 10020 |
| LGT BANK (SINGAPORE) LTD. | TRANSFEROR: UBS AG, 3 TEMASEK AVENUE, #30-01 CENTENNIAL TOWER,  039190 SINGAPORE |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 | TRANSFEROR: GOLDMAN SACHS & CO., C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER, ATTN: ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF:, ERTUGRUL BITLIS, RUE DU RHONE 96-98, GENEVE CH-1211 SWITZERLAND |
| VELASQUEZ, MARBELIS | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, MAX-BPRN-STR. 32, 50126 BERGHEIM  GERMANY |

**Total Creditor Count 72**