UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.*

                  Debtors.

-------------------------------------------------------------------------- X

: Chapter 11
:
: Case No. 08-13555 (SCC)
:
: (Jointly Administered)
:
: Ref. Docket Nos. 54463, 54491,
: 54492, 54493, 54494, 54495,
: 54496, 54504, 54506, 54507,
: 54508, 54509, 54510, 54511,
: 54512, 54515, 54516, 54517,
: 54518, 54519, 54520, 54521,
: 54522, 54523, 54524
:

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 17, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 17, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Konstantina Haidopoulos*
                                            Konstantina Haidopoulos

Sworn to before me this
19th day of January, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in the County of the Bronx
Commission Expires September 24, 2017

**EXHIBIT A**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While   **transferee**   refers to the party who is purchasing or otehwise being assigned the claim.

To:

LONG BEACH HOLDINGS, L.L.C
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
C/O FARALLON CAPITAL MANAGEMENT, L.L.C.
ATTN: JON REEF
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

Please note that your claim # 17198-01 in the above referenced case and in the amount of
$96,587,854.54 allowed at $33,425,209.53 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115906415 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000177415



DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: LONG BEACH HOLDINGS, L.L.C
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: RICH VICHAIDITH; 60 WALL ST.
NEW YORK, NY 10005

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          54504          in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/17/2017                          Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 17, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANK EEK AG | TRANSFEROR: BERNER KANTONALBANK AG, C/O FINANZ-LOGISTIK AG, ATTN: MARCEL LEDERGERBER, ROSENBERGSTRASSE 16, ST. GALLEN 9004 SWITZERLAND |
| BERNER KANTONALBANK AG | LEGAL DEPARTMENT, BUNDESPLATZ 8, BERNE 3011 SWITZERLAND |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | LEHMAN BROTHERS HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LONG BEACH HOLDINGS, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| LONG BEACH HOLDINGS, L.L.C | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JOHN REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., FARALLON CAPITAL MANAGEMENT, L.L.C., ITS MANAGER, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., FARALLON CAPITAL MANAGEMENT, L.L.C., ITS MANAGER, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |

| Claim Name | Address Information |
|---|---|
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O FARALLON CAPITAL MANAGMENT, L.L.C, ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., FARALLON CAPITAL MANAGEMENT, L.L.C. ITS MANAGER, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., FARALLON CAPITAL MANAGEMENT, L.L.C, ITS MANAGER, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., FARALLON CAPITAL MANAGEMENT, L.L.C, ITS MANAGER, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., FARALLON CAPITAL MANAGEMENT, L.L.C., ITS MANAGER, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |

| Claim Name | Address Information |
| --- | --- |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATT: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, LLC | TRANSFEROR: BANK OF AMERICA, N.A., FARALLON CAPITAL MANAGEMENT, LLC, 1 MARITIME PLAZA #2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, LLC | TRANSFEROR: BANK OF AMERICA, N.A., FARALLON CAPITAL MANAGEMENT, LLC, 1 MARITIME PLAZA #2100, SAN FRANCISCO, CA 94111 |

**Total Creditor Count 102**