

Luzerner Kantonalbank AG
Pilatusstrasse 12
Postfach
6002 Luzern

Telephone 0844 822 811
Fax 041 206 22 00
info@lukb.ch, www.lukb.ch
CHE-116.303.553 VAT

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Proc. Center
c/o Epiq Bankruptcy Solutions LLC
FTR Station, P.O. Box 5076
New York, NY 10150-5076
United States

Date 19/12/2016 ZPWV Sjo
Telephone direct +41 41 206 21 53 Josef Schuler
Fax direct +41 41 206 29 27
E-mail josef.schuler@lukb.ch

**Lehman Brothers Holdings Inc. - Evidence of Transfer of Claim**
Case No. 08-13555 (JMP)

Dear Madam or Sir

Enclosed we send you 2 Evidence of Transfer of Claim Form.

Thank you for your attention.

Sincerely yours

Luzerner Kantonalbank

Markus Kempf            Josef Schuler

Mandatory               Holder of Procuration

F.231e.L

FILED / RECEIVED

DEC 3 0 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG, Bahnhofstrasse 45, CH-8001 Zurich** ("Transferor") unconditionally and irrevocably transferred to **Luzerner Kantonalbank, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 18th day of November 2016.

UBS AG

By: _____
Name: Marco Mendelowitsch
Title:  Authorized Officer

By: _____
Name: Stephan Gfeller
Title:  Associate Director

TOC455 UBS0248 LUKB Units1200 2675733
1 / 2

## SCHEDULE I

**Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:**

| ISIN | Court Claim Nr. | Date Claim Filed | Issuer | Principal Amount / Nominal Amount / Amount of Claim related to Security |
|---|---|---|---|---|
| XS0265627751 | 59233 | October 30, 2009 | Lehman Brothers Treasury BV | Units 1'200.00 |

