FILED / RECEIVED

JAN 0 5 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holding Inc. (Chapter 11)    Case No. # 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Beatus Beheer BV
**Name of Transferee**

van der Heijden's Beheer BV
**Name of Transferor**

Name and Address where notices to transferee should be sent: DORPSTRAAT 15
5386 AK Geffen
the Netherlands
Phone: +31-0-5379 0507
Last Four Digits of Acct #: _____

Court Claim # (if known): 49166
Amount of Claim: $159,004.79
Date Claim Filed: 23 -OKTOBER- 2009

Phone: +31-73-5324702
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ [signature]    Date: 6-1-2017
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.