**United States Bankruptcy Court**
**Southern District of New York**

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.　　　Case No. <u>08-13555 (JMP)</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Empyrean Investments, LLC</u>　　　　　　　　<u>Morgan Stanley Senior Funding Inc.</u>
　　　　Name of Transferee　　　　　　　　　　　　　　Name of Transferor

Name and Address where notices to transferee　　Court Claim # (if known): <u>11307</u>
should be sent:　　　　　　　　　　　　　　　　Date Claim Filed: <u>09/10/2009</u>
　　　　　　　　　　　　　　　　　　　　　　　Amount of Claim Transferred: <u>$9,981,494.17</u>
Sterling Hathaway　　　　　　　　　　　　　　Debtor: <u>Lehman Brothers Special Financing Inc.</u>
Empyrean Capital Partners, LP
10250 Constellation Blvd., Ste 2950
Los Angeles, CA 90067
Email: shathaway@empyrean.com
Fax: 310-843-4915
Phone: 310-843-3070

Phone: _____　　　　　　Phone: _____
Last Four Digits of Acct #: _____　　　　Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

7897870.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 1/19/17
Transferee/Transferee's Agent

*Penalty for making a false statement* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

7897370 1

EXHIBIT A-2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $9,981,494.17 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Morgan Stanley Senior Funding Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $9,981,494.17 | 11307 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $9,981,494.17 of the claim and all rights thereto.

-20-

7897801.2

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNEE: | EMPYREAN INVESTMENTS, LLC | ASSIGNOR: | MORGAN STANLEY SENIOR FUNDING, INC. |
|---|---|---|---|
| Address: | 10250 Constellation Blvd., Ste. 2950 Los Angeles, CA 90067 | Address: | 1585 Broadway – 2nd Floor New York, NY 10036 |
| Signature: | /s/ | Signature: | |
| Name: | Sterling Hathaway | Name: | |
| Title: | Director of Operations | Title: | |
| Date: | 1/19/17 | Date: | |

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | EMPYREAN INVESTMENTS, LLC | ASSIGNOR: | MORGAN STANLEY SENIOR FUNDING, INC. |
| Address: | 10250 Constellation Blvd., Ste. 2950<br>Los Angeles, CA 90067 | Address: | 1585 Broadway – 2nd Floor<br>New York, NY 10036 |
| Signature: | _____ | Signature: | *John Ragusa* (signed) |
| Name: | Sterling Hathaway | Name: | John Ragusa |
| Title: | Director of Operations | Title: | Authorized Signatory |
| Date: | _____ | Date: | _____ |

-21-

7897801.2