# DEWEY PEGNO & KRAMARSKY LLP

777 THIRD AVENUE  NEW YORK, NEW YORK  10017

PHONE: (212) 943-9000  FACSIMILE: (212) 943-4325

WWW.DPKLAW.COM

January 23, 2017

**VIA ECF**

The Hon. Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attn: Clerk's Office

**Re: *Lehman Brothers Holdings Inc., et al.,* Chapter 11, Case No. 08-13555 (JMP)**

Dear Judge Chapman:

We write to request to be removed from the above-referenced docket regarding Tranquility Master Fund Ltd. (n/k/a Spectrum Master Fund Ltd.). This entity and our firm are no longer associated with this matter.

Respectfully submitted,

By: _____
Thomas E. L. Dewey, Esq.
David S. Pegno, Esq.
Dewey Pegno & Kramarsky LLP
777 Third Avenue, 37th Floor
New York, New York 10017
(212) 943-9000
(212) 943-4325

*Attorneys for Tranquility Master Fund Ltd.*
*(n/k/a Spectrum Master Fund Ltd.)*