WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------- x | | |
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------------- x | | |

**NOTICE OF ADJOURNMENT OF HEARING ON THE
PLAN ADMINISTRATOR'S OBJECTION TO CLAIM NUMBER 17725**

**PLEASE TAKE NOTICE** that the hearing to consider the Plan Administrator's Objection to Claim Number 17725 [ECF No. 53833], which was scheduled for February 23, 2017 at 10:00 a.m. (Eastern Time), has been adjourned to **March 21, 2017 at 10:00 a.m. (Eastern Time)**.

Dated:   January 23, 2017
         New York, New York

/s/ Garrett A. Fail
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL:\96005647\1\58399.0011