Joel L. Incorvaia (Pro Hac Vice)
G. Ehrich Lenz (Pro Hac Vice)
INCORVAIA & ASSOCIATES
445 Marine View Avenue, Suite 295
Del Mar, CA 92014
(858) 259-2220
FAX (858) 259-3131
Joel@Incorlaw.com
Ehrich@Incorlaw.com

Attorneys for GUILD MORTGAGE COMPANY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC.,<br><br>Plaintiff,<br><br>- against-<br><br>GUILD MORTGAGE COMPANY,<br><br>Defendant, | Adv. Pro. No. 17-01001-SCC |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and parties of record:

Joel L. Incorvaia and G. Ehrich Lenz of Incorvaia & Associates are admitted Pro Hac

1

Vice or otherwise authorized to practice in this court, and appear in this case as counsel for defendant, GUILD MORTGAGE COMPANY.

Dated: January 24, 2017        By: _____
Joel L. Incorvaia, CA Bar #90616
Incorvaia & Associates
445 Marine View Ave., Suite 295
Del Mar, CA 92014-3926
Email: joel@incorlaw.com
Tel. (858) 259-2220
Fax: (858) 259-3131

Dated: January 24, 2017        By: _____
G. Ehrich Lenz, CA Bar #163960
Incorvaia & Associates
445 Marine View Ave., Suite 295
Del Mar, CA 92014-3926
Email: ehrich@incorlaw.com
Tel. (858) 259-2220
Fax: (858) 259-3131