



United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York NY 10004-1408
United States of America

Zürich, 5. Januar 2017
Telefon +41 (0)58 283 79 08
Telefax +41 (0)58 283 68 33
stephan.rudolfvonrohr@vontobel.ch

**Lehman Brothers Holding, Inc, Case 08-13555**

Dear Sir's

Enclosed please find one transfers of claim (evidences attached).

The mentioned Lehman Products will be transferred to our bank.

Please process these transfer and send us the docket number.

If you have any questions, do not hesitate to contact us.

Yours sincerely,

Bank Vontobel AG

Stephan Rudolf von Rohr          Heinz Leu

Bank Vontobel AG          Gotthardstrasse 43          Telefon +41 (0)58 283 71 11
                          CH-8022 Zürich              Telefax +41 (0)58 283 76 50



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,     Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__Bank Vontobel AG__
Name of Transferee

__Credit Suisse AG__
Name of Transferor

Name and Address where notices
to transferee should be sent:

Court Claim # (if known): __55829__
Date Claim Filed: __October 29, 2009__
Amount of Claim: __EUR 25'000.—__
Portion of Claim Transferred (see Schedule I): __EUR 25'000.—__

Phone: __0041 58 283 6833__
Last Four Digits of Acct #: __na__

Phone: __0041 44 332 86 11__
Last Four Digits of Acct. #: __na__

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: __January 4, 2017__
   Transferee/Transferee's Agent
Stephan Rudolf von Rohr
                                  Heinz Leu

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Bank Vontobel AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **December 5, 2016.**

**Credit Suisse AG**

By:_____
Name: Adrian Graf
Title:  AVP

By:_____
Name: Rita von Wyl
Title:  AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0189294225 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | EUR 25'000 |