**UBS**

UBS AG
Europastrasse 2
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

www.ubs.com

BY REGISTERED MAIL
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

# Message

January 11, 2017

**subject**   Claim Transfer Agreement Lehman Program Securities

On behalf of         Attention: Clerk of the Court

you are receiving    Evidence of partial transfer of claim: Deutsche Bank AG, Singapore

☐ for your information        ☐ returned with thanks       ☐ please return
☒ for your records            ☐ please comment             ☒ please confirm receipt
☐ as agreed                   ☐ please sign                ☒ please process
☐ please complete

Remarks
TOCE178 USD 500'000 XS0337553415
Transferor: Deutsche Bank AG, Singapore / Claim Number: 57859
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

*RECEIVED JAN 17 2017 U.S BANKRUPTCY COURT SO DIST OF NEW YORK*

Yours sincerely,

UBS AG

Matthias Mohos
Associate Director

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.   Case No.: (JMP
Court ID (Court Use Only)

RECEIVED JAN 17 2017 U.S BANKRUPTCY COURT OF NEW YORK

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> UBS AG | Name of Transferor: <br> DEUTSCHE BANK AG, SINGAPORE |
|---|---|
| Notices to Transferee should be sent to: <br> UBS AG <br> Bahnhofstrasse 45 <br> 8001 Zürich, Switzerland <br> Attn. Mr. Hugo Koller <br> EMAIL: hugo.koller@ubs.com <br> Phone :+41 44 235 37 36 | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor <br> DEUTSCHE BANK AG, SINGAPORE <br> One Raffles Quay, South Tower <br> #20-00 <br> Singapore 048583 |
| Amount of Claim Being Transferred: <br><br> USD 500,000 (FACE AMOUNT) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 57859.01 | |
| Date Claim Filed: 30 Oct 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    Deutsche Bank AG Singapore
One Raffles Quay South Tower
#20-00
Singapore 048583   [signature]    Date:   13 December 2016

TOCE 178

Page 1 of 3
For internal use only

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

## EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
           One Bowling Green
           New York, New York 10004
           Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: **57859** (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANT | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros. | XS0337553415 | Lehman Brothers Treasury Co BV | LBHI | USD 500,000 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

DEUTSCHE BANK AG, SINGAPORE, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

UBS AG
Bahnhofstrasse 45
8001 Zurich, Switzerland
Attn.: Mr. Hugo Koller
+41 44 235 37 36-hugo.koller@ubs.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice

to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December 13, 2016.

DEUTSCHE BANK AG, SINGAPORE
Transferor

By: _____
  Name:  Collins Leong
  Title:  Associate

By: _____
  Name:  Joline Koh
  Title:  Assistant Vice President

ACKNOWLEDGED BY:

**UBS AG**
Transferee

By: _____
  Name: Hugo Koller
  Title: Director

By: _____
  Name: Matthias Mohos
  Title: Associate Director

TOCE178