ORIGINAL

**EVIDENCE OF ASSIGNMENT OF CLAIM**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, HORIZON II INTERNATIONAL LIMITED ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SAIKYO SHINKIN BANK ("Assignee") all of its right, title, interest, claims, including Proof of Claim numbered 20058, and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of not less than $188,288.45 (the "Claim", and having the claim number 20058), against Lehman Brothers Special Financing Inc. ("Debtor"), a debtor-in-possession in the chapter 11 cases encaptioned In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (JMP) (Jointly Administered) (the "Cases") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the assignment of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor assigning to Assignee the foregoing Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

This notice and any non-contractual obligations arising out of or in connection with it shall be governed by the laws of England.

IN WITNESS WHEREOF, this Notice of Assignment is executed on November 7, 2016.

FILED
U.S. BANKRUPTCY COURT
2017 JAN 18 P 3:16

HORIZON II INTERNATIONAL LIMITED

By: ____________________
Name: SAMIT GHOSH
Title: Authorised Signatory

Alicia Connolly
Authorised Signatory

SAIKYO SHINKIN BANK

By: ____________________
Name:
Title:

EVIDENCE OF ASSIGNMENT OF CLAIM

## EVIDENCE OF ASSIGNMENT OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, HORIZON II INTERNATIONAL LIMITED ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SAIKYO SHINKIN BANK ("Assignee") all of its right, title, interest, claims, including Proof of Claim numbered 20058, and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of not less than $188,288.45 (the "Claim", and having the claim number 20058), against Lehman Brothers Special Financing Inc. ("Debtor"), a debtor-in-possession in the chapter 11 cases encaptioned In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (JMP) (Jointly Administered) (the "Cases") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the assignment of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor assigning to Assignee the foregoing Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

This notice and any non-contractual obligations arising out of or in connection with it shall be governed by the laws of England.

IN WITNESS WHEREOF, this Notice of Assignment is executed on November 7, 2016.

HORIZON II INTERNATIONAL LIMITED

By:____________________
Name:
Title:

SAIKYO SHINKIN BANK

By: Keisuke Kitamura
Name: Keisuke Kitamura
Title: President

CPAM: 10416197.1