UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

Chapter 11

Case No. 08-13555 (SCC)

(Jointly Administered)

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that BNP Paribas ("BNPP") and its affiliates BNP Paribas Securities Corp.; BNP Paribas Wealth Management; BNP Paribas Securities (Japan) Ltd., Tokyo Branch; BNP Paribas Sucursal en España P.P.; BNP Paribas Fin'AMS; CooperNeff Master Fund I Segregated Portfolio Company SPC, acting for and on behalf of its segregated portfolio CooperNeff Multi-Strategy 5 Segregated Portfolio; BNP Paribas S.B. Ré, Société Anonyme; BNP Paribas Arbitrage; BNP Paribas Commodity Futures Limited; BNP Paribas Equities France; BNP Paribas Gestion CB-CDS; Compagnie d'Investissements de Paris S.A.S.; Hawaï 2 Fund; Hawaï 2 PEA Fund; Hawaï Fund; Hawaï PEA Fund; Banca Nazionale del Lavoro S.p.A.; Harlan Investment Limited; BNP Paribas Obli Long Terme; Cardif Assicurazioni S.p.A.; Cardif Lux International SA (f/k/a Investlife Luxembourg SA); Darnell Limited; Kle Euribor Prime; SICA V Parvest Absolute Return European Bond; SICA V Parvest Euro Short Term Bond; and SICA V Parvest European Bond Opportunities, BNP Paribas Wealth Management Hong Kong Branch; BNP Paribas Hong Kong; BNP Paribas London Branch; BNP Paribas Milan; BNP Paribas PALM Paris; BNP Paribas Re'; BNP Paribas Seoul; BNP Paribas Tokyo Branch; BNP Paribas Wealth Management Singapore Branch; BNPP AM (Gulf Stream Funds); BNPP AM Investment Fund; Cardif Life Insurance Company; Cardif Property and Casualty Company; Fortis Bank NV/SA; and BGL BNP Paribas SA (collectively, "Affiliates")

CPAM: 11586123.1

hereby appear in these Chapter 11 cases by their counsel, Chadbourne & Parke LLP, and demand, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in these cases and all papers served or required to be served in these cases, be given to and served upon the undersigned counsel, at the address set forth below.  An e-mail address is included and notice by e-mail is affirmatively acknowledged as being acceptable:

> Howard S. Beltzer, Esq.
> CHADBOURNE & PARKE LLP
> 1301 Avenue of the Americas
> New York, New York  10019-6022
> Telephone: (212) 408-5100
> Facsimile: (212) 541-5369
> Email: *hbeltzer@chadbourne.com*

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, complaint, demand, disclosure statement, plan of reorganization, or any other document which in any way affect the debtors or their property, whether transmitted or conveyed by mail delivery, telephone, facsimile, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and demand for notice is neither intended as nor is it a consent of BNPP or its Affiliates to jurisdiction of the Bankruptcy Court nor, specifically but not limited to, a waiver of (i) their rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) their rights to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) their rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which BNPP or its Affiliates is or may be entitled under

any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments BNPP and its Affiliates expressly reserve.

Dated: New York, New York
January 25, 2017

Respectfully submitted,

**CHADBOURNE & PARKE LLP**

By: */s/ Howard S. Beltzer*
Howard S. Beltzer
*hbeltzer@chadbourne.com*
1301 Avenue of the Americas
New York, New York 10019-6022
Tel.: (212) 408-5100
Fax: (212) 541-5369

*Attorneys for BNP Paribas and its Affiliates*