HOLWELL SHUSTER & GOLDBERG LLP

Dwight A. Healy
750 Seventh Avenue, 26th Floor
New York, NY 10019
(646) 837-5151

*Counsel for Wilmington Trust Company and
Wilmington Trust, National Association,
solely in their respective capacities as Trustees*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR
SERVICE OF NOTICES, PLEADINGS AND OTHER DOCUMENTS**

PLEASE TAKE NOTICE that Dwight A. Healy of the law firm of Holwell, Shuster & Goldberg LLP hereby enters his appearance as counsel to Wilmington Trust Company and Wilmington Trust, National Association in their respective capacities as trustees for certain residential mortgage-backed securitization trusts, in the above-styled Chapter 11 bankruptcy proceeding, pursuant to Rules 9010(b) and 2002(i) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

Pursuant to Rules 1009, 2002, 3013, 3017, 4001, 6004, 9007, 9019, and 9022, and other applicable Bankruptcy Rules, the foregoing party requests that all notices given or required to be

given in this case, and all pleadings, papers or other documents filed, served, or required to be served in this case, be given to and served upon the following:

Dwight A. Healy
HOLWELL SHUSTER & GOLDBERG LLP
750 Seventh Avenue, 26th Floor
New York, NY 10019
Telephone: (646) 837-5151
Fax: (646) 837-5150
dhealy@hsgllp.com

In addition thereto, the foregoing party requests that all applications, complaints, demands, motions, petitions, requests, statements, schedules, stipulations, orders, disclosure statements, plans of reorganization, and other pleadings, and any notices, which affect or seek to affect in any way any of the rights or interests of any creditor or parties in interest in this case, including, but not limited to, the foregoing party, with respect to the debtor, any property of the debtor, or of the debtor's estate, be given to and served upon counsel at the address set forth above.

Nothing herein or otherwise, including, but without limitation, any later appearance, pleading, claim, or action, is intended or shall be deemed to be a waiver, release, or modification by the foregoing party of its (a) right to have final orders in non-core matters entered after de novo review by a District Judge; (b) right to trial by jury in any proceeding so triable in any case, controversy or proceeding related to this case; (c) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) other rights, remedies, claims, actions, defenses, setoffs or recoupments to which the foregoing party is or may be entitled, all of which are hereby expressly reserved.

Dated this 26th day of January, 2017

                           HOLWELL SHUSTER & GOLDBERG LLP

                           Dwight A. Healy
                           750 Seventh Avenue, 26th Floor
                           New York, NY 10019
                           Telephone: (646) 837-5151
                           Facsimile: (646) 837-5150

*Counsel for Wilmington Trust Company and
Wilmington Trust, National Association,
solely in their respective capacities as Trustees*