**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
:
In re :
:
LEHMAN BROTHERS HOLDINGS, INC., *et al*., :    Chapter 11
:    Case No. 08-13555 (SCC)
Debtors. :
:    (Jointly Administered)
:
:
------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEWYORK     :
                             :..ss:
COUNTY OF NEW YORK    :

      I, Ronald Cappiello, being duly sworn, depose and say:

      1.    I am over the age of eighteen years, am employed in the offices of HOGAN LOVELLS US LLP, counsel to QVT Fund LP and Quintessence Fund L.P., creditors and parties-in-interest in the above-captioned matter, and am not a party to this action.

      2.    On the 25th day of January, 2017, I caused to be served a true and correct copy of the following document:

> • Pre-Trial Brief of Claimants QVT Fund LP and Quintessence Fund L.P. in Support of Allowance of Claims, dated January 25, 2017 [Docket No. 54615].

\\NY - 002509/000004 - 7202890 v1

2

      I caused the above-stated document to be served upon each of the parties registered with the Court's ECF Noticing System in this case to receive notices of all filings in this case.

                                                       */s/Ronald Cappiello*
                                                        Ronald Cappiello

Sworn to before me this
26th day of January, 2017

*/s/Elizabeth Lajca*
      Notary Public
**ELIZABETH LAJCA**
**Notary Public, State of New York**
**No. 01LA4688203**
**Qualified in Kings County**
**Commission Expires June 30, 2019**