**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
Tel. (212) 506-2500
Fax (212) 262-1910
Brian Trust
Christine A. Walsh

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:  LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>**Case No. 08-13555 (SCC)**<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF NOTICES OF APPEARANCES AND REQUESTS FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Mayer Brown LLP ("Mayer Brown") hereby withdraws its Notices of Appearance and Requests for Service of Papers filed on behalf of BNP Paribas; BNP Paribas Securities Corp.; BNP Paribas Wealth Management; BNP Paribas Securities (Japan) Ltd., Tokyo Branch; BNP Paribas Sucursal en Espana P.P.; BNP Paribas Fin'AMS; CooperNeff Master Fund I Segregated Portfolio Company SPC, acting for and on behalf of its segregated portfolio CooperNeff Multi-Strategy 5 Segregated Portfolio; BNP Paribas S.B. Ré, Société Anonyme; BNP Paribas Arbitrage; BNP Paribas Commodity Futures Limited; BNP Paribas Equities France; BNP Paribas Gestion CB-CDS; Compagnie d'Investissements de Paris S.A.S.; Hawaï 2 Fund; Hawaï 2 PEA Fund; Hawaï Fund; Hawaï PEA Fund; Banca Nazionale del Lavoro S.p.A.; Harlan Investment Limited; BNP Paribas Obli Long Terme; Cardif Assicurazioni S.p.A.; Cardif Lux International SA (f/k/a "Investlife Luxembourg SA"); Darnell Limited; Kle

722951582

Euribor Prime; SICA V Parvest Absolute Return European Bond; SICA V Parvest Euro Short Term Bond; SICA V Parvest European Bond Opportunities; BNP Paribas Wealth Management Hong Kong Branch; BNP Paribas Hong Kong; BNP Paribas London Branch; BNP Paribas Milan; BNP Paribas PALM Paris; BNP Paribas Re'; BNP Paribas Seoul; BNP Paribas Tokyo Branch; BNP Paribas Wealth Management Singapore Branch; BNPP AM (Gulf Stream Funds); BNPP AM Investment Fund; Cardif Life Insurance Company; Cardif Property and Casualty Company; Fortis Bank NV/SA; and BGL BNP Paribas SA and Mayer Brown further requests that it no longer receive notices and/or service of papers on behalf of the foregoing entities in these Jointly Administered cases.

Dated:      New York, New York
            January 30, 2017

By:/s/  Brian Trust
            Brian Trust
            Christine A. Walsh
            **MAYER BROWN LLP**
            1221 Avenue of the Americas
            New York, New York 10020
            Ph: 212-506-2500
            Fax: 212-262-1910