FILED / RECEIVED

JAN 1 3 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Union Bancaire Privée, UBP SA
_____
Name of Transferee

Name and Address where notices
to transferee should be sent:

96-98 rue du Rhône, 1211 Geneva 1, Switzerland

Phone: +41 58 819 3533
Last Four Digits of Acct #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

Lombard Odier & Co Ltd
_____
Name of Transferor

Court Claim # (if known): 59233
Date Claim Filed: 09/30/2009
Amount of Claim: USD 100'000 nominal
Portion of Claim Transferred (see
Schedule I): _____

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 01/09/2017 _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED

JAN 2 0 2017

U.S. BANKRUPTCY COURT
S.D. DIST. OF NEW YORK

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM

## LEHMAN PROGRAM SECURITY

**TO : THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Bank Lombard Odier & Co Ltd ("Transferor") unconditionally and irrevocably transferred to **UBP SA** ("**Transferee**") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 59233), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule 1 hereto against Lehman Brothers Holdings, Inc. (The "Debtor"), Chapter 11 Case No. : 88-13555(JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of :

Date : __January 5, 2017__

Date : __January 9, 2017__

**Transferor**

Bank Lombard Odier & Co Ltd

11 Rue de la corraterie

1204 Geneva, Switzerland

Signature(s) : _José Filella_
Senior Vice President

Signature(s) : _Loraine Dugerdil_
Vice President

**Transferee**

UBP SA

Rue du Rhône 96-98

P.O. BOX

1211 Geneva 1, Switzerland

Signature(s) : _____

Signature(s) : _____

## SCHEDULE 1

### Lehman Programs Securities Related to Transferred Portion of Claim :

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|------|--------------|------------------|--------|--------------------------------------|
| CH0027120622 | 59233 | 09/30/2009 | Lehman Brothers Treasury BV | USD 100'000 |

Recommended w

| | | | |
|---|---|---|---|
| 4 = | 3 = | 2 = | 1 = 0.5 kg / 1 lb |
| 5 kg / 10 lb | 2 kg / 4 lb | 1 kg / 2 lb | |

| | |
|---|---|
| 8 = 25 kg / 50 lb | 7 = 20 kg / 40 lb |



**EXPRESS WORLDWIDE** | **DOX** | **_DHL_**
DHL EasyShip 5.3.12

FROM: RIAD SULTAN
98, RUE DU RHONE

1204 GENEVE
SWITZERLAND

FILED / RECEIVED   Origin:
                                    GVA
JAN 1 3 2017
EPIQ SYSTEMS

TO: EPIQ BANKRUPTCY SOLUTIONS, LLC
ATTN: LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING
777 THIRD AVENUE, 12TH FLOOR

10017–1302 NEW YORK, NEW YORK  Contact:
UNITED STATES OF AMERICA      Ph:.

**EXPRESS WORLDWIDE** | **DOX** | **_DHL_**
100171302 NEW YORK, United States    Origin:
                                                          GVA

Acc: JFKL   **US-ZYP-TS3**   - - - -
Ship
4605                                          Day  Time
Cont

Account No. 150567912   Date:   Pce / Shpt Weight   Piece
Ref code                                    / 0.50          1/1

Content
description:

WAYBILL17 5385 0346



(2L)US100171302 + 42000000

