**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
Tel. (212) 506-2500
Fax (212) 262-1910
Brian Trust
Christine A. Walsh

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>**Case No. 08-13555 (SCC)**<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on January 30, 2017, I caused copies of the Notice of Withdrawal of Notices of Appearances and Requests for Service of Papers (the "Notice") to be served by United Parcel Service Next Day Air upon: (i) The Honorable Shelley C. Chapman, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004; (ii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Garrett A. Fail, Esq.); (iii) Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, (Attn: Andrew D. Velez-Rivera, Esq.); (iv) Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110 (Attn: Adam M. Bialek, Esq.); and (v) Milbank, Tweed, Hadley and McCloy LLP, 28 Liberty Street,

722985840

New York, New York 10005 (Attn: Dennis F. Dunne, Esq.).

      I further certify that on January 30, 2017, upon electronic filing of the Notice, electronic mail filing notifications of the Notice were caused to be sent to all attorneys of record registered to receive electronic mail notices of filings in these cases via this Court's ECF filing system.

      I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:   New York, New York
          January 30, 2017

                                            /s/ James Hennessey
                                              James Hennessey