FILED / RECEIVED

JAN 13 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Treasury BV | CH0039308652 | LBT BV | LBH Inc. | CHF 30'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

St.Galler Kantonalbank
St. Leonhardstrasse 25
9001 St. Gallen
Anina Zürcher / Sfca
anina.zuercher@sgkb.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

RECEIVED
JAN 20 2017
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

TOC456 UBS0284 SGKB 30K 3930865
Page 2 of 3

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 11, 2017.

UBS AG
Transferor

By: _____
Name: Toni Kocevski
Title: Associate Director

By: _____
Name: Matthias Mohos
Title: Associate Director

ACKNOWLEDGED BY:

St.Galler Kantonalbank AG    **St.Galler Kantonalbank AG**

By: _____
Name: Pascal Schmid

Anina Zürcher

Notice Pursuant to Bankruptcy Rule 3001

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.          Case No.: __(JMP)__
                                                Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: | Name of Transferor: |
|---|---|
| St.Galler Kantonalbank AG | UBS AG |
| Notices to Transferee should be sent to:<br>St.Galler Kantonalbank AG<br>St. Leonhardstrasse 25<br>9001 St. Gallen<br>Anina Zürcher / Sfca<br>anina.zuercher@sgkb.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>CHF 30'000.00 | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

St.Galler Kantonalbank AG

By ___ppa. _Pascal Schmid_____       Date:  _01 | 11 | 2017_
        St.Galler Kantonalbank

        ppa. _Anina Zürcher_____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

**St.Galler Kantonalbank**

Telefon: +41 71 231 31 31
Fax: +41 71 231 32 32
Internet: www.sgkb.ch

**Hauptsitz**

St.Galler Kantonalbank AG
St. Leonhardstrasse 25
Postfach
9001 St. Gallen

**By Courier**
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc
     Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Date: 01/11/2017
u/Ref: Sfca
Phone-No.: +41 71 231 34 13 / Anina Zürcher
E-Mail: anina.zuercher@sgkb.ch

**Claim Transfer**

Dear Sir or Madam,

Enclosed you receive the forms 'Evidence of Partial Transfer of Claim' and 210A.

If we do not hear from you, we assume that everything is okay.

Please feel free to contact the above mentioned phone number if you have any questions.

Thank you for your cooperation in advance.

Yours sincerely,

St.Galler Kantonalbank AG

Pascal Schmid            Anina Zürcher
Member of Management     Member of Management

**EXPRESS WORLDWIDE** DOX DHL
IntraShip (7.2) / *17-1409*

From St Galler Kantonalbank AG
Spedition 0000000
St. Leonhardstrasse 25
9001 ST. GALLEN POSTAUTO
CH SWITZERLAND

Origin
**BSL**

To Epiq Bankruptcy Solutions, LCC
Lehmann Brothers Holdings Inc
Third Avenue 3 Floor 757
Claims Processing
**10017 NEW YORK NEW YORK**
**US UNITED STATES OF AMERICA**

Phone: 000

**LEJ2    US-ZYP-TS3**

Day    Time

Ref code    3630
Account No  150534932

Piece Weight: **0.12 kg**
Pickup date: 2017-01-12

Piece **1/1**

Content / Commerce Control Statement / RC
Dokument
Incoterm    : DAP        Customs Value : 0.00 CHF
Imp/Exp Type : permanent  IV            : 0.00 CHF

**FILED / RECEIVED**

**JAN 1 3 2017**

**EPIQ SYSTEMS**


WAYBILL 61 6652 4700


(2L)US10017+42000000


(J)JD01 4600 0034 4485 5470