B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc.,et al            Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| CREDIT SUISSE AG, HONG KONG BRANCH | DBS BANK LTD |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
CREDIT SUISSE AG, HONG KONG BRANCH
C/O Klestadt Winters Jureller Southard & Stevens, LLP
Attn: Stephanie Sweeney, Esq
570 Seventh Avenue, 17th Floor
New York, NY 10018
Contact : Jacky Tan (PB Security Transfer
     Tel : +65 6306 8006)

Court Claim # (if known):59233
Amount of Claim: Refer to attached
Date Claim Filed: 10/30/2009

Phone: +65 63068006
Last Four Digits of Acct #: _____

Phone: +65 68784323
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____CREDIT SUISSE X_____  (AVP)        Date: 18 Jan 2017
Transferee/Transferee's Agent
_____ TUNG TER SOON
     VP

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

**DBS BANK LTD,** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Credit Suisse AG, Hong Kong Branch
C/O Klestadt Winters Jureller Southard & Stevens, LLP
Attn: Stephanie Sweeney, Esq
570 Seventh Avenue, 17th Floor
New York, NY 10018
Contact : Jacky Tan (PB Security Transfer
        Tel : +65 6306 8006)

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___18 Jan 2017___.

DBS BANK LTD
Transferor

By: _____
    Name: Woon Li Tsan / Sim Geok Kim
    Title:  Vice President / Vice President

ACKNOWLEDGED BY:

CREDIT SUISSE AG, HONG KONG BRANCH

Transferee

By: _____
    Name:
    Title: LIM YOU RENG          TUNG TER SOON
           AVP                    VP
           CREDIT SUISSE-C

Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| ELN DRA, LEHMAN BROTHRS TREASURY CO. B.V. (Defaulted) | XS0301958178 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | USD 100,000 |
| ELN DRA, LEHMAN BROTHRS TREASURY CO. B.V. (Defaulted) | XS0307264050 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | USD 100,000 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.