FILED / RECEIVED

JAN 2 6 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)**
**Claim Number: 55824-37**

We would like to inform you that Bethmann Bank AG who is holder of the claim Number 55824-37, filed on 09/28/2009, has assigned the rights arising out of this claim corresponding with the following securities

15 pcs. "Lehman Bros Treasury Co. B.V." (ISIN **XS0235227302**)
in the amount of a face value of **USD 20.003,33**

to

**Mr Fritz Eberhard Gretschel,**
Schreberstraße 1a, 14167 Berlin, Germany.

The remaining rights arising out of the claim Number 55824-37 remain entirely with Bethmann Bank AG.

Bethmann Bank AG and Mr Fritz Eberhard Gretschel have agreed to the partial assignment mentioned herein above. Both Bethmann Bank AG and Mr Fritz Eberhard Gretschel acknowledge and represent that due to the assignment mentioned herein above Mr Fritz Eberhard Gretschel has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, _12.01.17_          Berlin, _05.01.2017_

Bethmann Bank AG
(Assignor)                              (Assignee)

_Jochen Weber    Oliver Körner_         _Fritz Eberhard Gretschel_

## Übertragungsvereinbarung

zwischen

der **Bethmann Bank AG**, Bethmannstraße 7- 9, 60311 Frankfurt am Main

- nachfolgend „Zedent" -

u n d

Herrn, **Fritz Eberhard Gretschel**, Schreberstraße 1a, 14167 Berlin

- nachfolgend „Zessionar" –

- gemeinsam „die Parteien" -

## Vorbemerkung

Der Zessionar hat den Zedenten beauftragt, die treuhänderisch für ihn gehaltenen Ansprüche und Rechte aus dem Insolvenzverfahren der Lehman Brothers Holdings Inc. an ihn abzutreten und zu übertragen.

Mit dieser Vereinbarung beabsichtigen die Parteien die Übertragung der zu Gunsten des Zessionars bestehenden Ansprüche aus dem Insolvenzverfahren der Lehman Brothers Holdings Inc. an den Zessionar zu vollziehen.

Dies vorausgeschickt, vereinbaren die Parteien Folgendes:

1. Der Zedent tritt hiermit Ansprüche und Rechte aus der Forderungsanmeldung vom 29. Oktober 2009, registriert unter ‚claim number' 55824-37, an den Zessionar ab, soweit diese im Zusammenhang mit den nachfolgenden Wertpapieren bestehen:

   **15 Stk. "Lehman Bros Treasury Co. B.V." (ISIN XS0235227302)**

   Klarstellend wird festgehalten, dass die weiteren Ansprüche und Rechte aus der Forderungsanmeldung vom 29. Oktober 2009, registriert unter ‚claim number' 55824-37, bei dem Zedenten verbleiben. Der Zessionar nimmt die Abtretung hiermit an.

2. Die Parteien verpflichten sich, sämtliche Erklärungen und Rechtshandlungen abzugeben und vorzunehmen, die für die Übertragung der vorgenannten Ansprüche und Rechte oder im Zusammenhang damit erforderlich sind. Diese Verpflichtung umfasst

insbesondere die rechtswirksame Unterzeichnung der anliegenden Abtretungsanzeige.

3.  Der Zedent verpflichtet sich und der Zessionar bevollmächtigt den Zedenten, die erfolgte Abtretung der vorgenannten Ansprüche und Rechte gegenüber dem Insolvenzverwalter der Lehman Brothers Holdings Inc. unter Verwendung der anliegenden Abtretungsanzeige unverzüglich nach Erhalt der vollständig unterzeichneten Ausfertigung dieser Vereinbarung und der vollständig unterzeichneten Abtretungsanzeige mitzuteilen.

4.  Die Vereinbarung unterliegt deutschem Recht. Gerichtsstand ist Frankfurt am Main.


Frankfurt am Main, den _12.01.2017_          Berlin, den _05.01.2017_

Bethmann Bank AG                              (Zessionar)
(Zedent)


Jochen Weber    Oliver Körner                Fritz Eberhard Gretschel

2


**Bethmann Bank**
ABN AMRO

Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Investment Services
Anja Sonnleithner
Bethmannstrasse 7 – 9
60311 Frankfurt am Main
Germany

Frankfurt, 17.01.2017

Dear Sir or Madam,

please note that claim # 55824-37 has been transferred to Eberhard Gretschel (see attachment).

Could you please process it accordingly?

Thank you very much!

Kind regards,
Bethmann Bank

Anja Sonnleithner
Head of Investment Services

Claudia Schön
Investment Services

Bethmann Bank AG
Bethmannstraße 7 - 9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177 - 0
Telefax +49 69 2177 - 3449

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand: Horst Schmidt (Vors.),
Michael Arends, Johannes Baratta,
Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-ID: DE 122786951

POSTFACH 10 06 32
60006 FRANKFURT

Deutsche Post
FRANKIT   3,70 EUR
17.01.17   3D10001806
Brief
P.P / PRIORITY



FILED / RECEIVED

JAN 2 3 2017

EPIQ SYSTEMS