

Form 210A (10/06)

FILED / RECEIVED

JAN 2 6 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

## United States Bankruptcy Court

Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Mr. Wilhelm-Gustav Höppner
Name of Transferee

Walser Privatbank AG
Name of Transferor

Name and Address where notices
to transferee should be sent:

Mr.
Wilhelm-Gustav Höppner
Pivitsheider Str. 118
32791 Lage

Court Claim # (if known): 55814
Date Claim Filed: October 29, 2009
Amount of Claim: CHF 40.000
Portion of Claim Transferred (see
Schedule I): CHF 40.000

Phone: _____
Last Four Digits of Acct #: _____

Phone: +43 5517 202 551
Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Wilh. G. H.    Date: 07.11.2016
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Walser Privatbank AG** ("Transferor") unconditionally and irrevocably transferred to **Mr. Wilhelm-Gustav Höppner** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55814** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankrupty Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON October 26, 2016.

Walser Privatbank AG

_____
Florian Widmer
Vorstand

_____
Gerd-Hendrik Bos
Leiter Marktservice, Prokurist

## SCHEDULE I

## Lehmann Programs Securities Related to Transferred Portion of Claim

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS 0248620899 | 55814 | October 29, 2009 | Lehman Brothers Treasury BV | CH 40.000 |



Walserstraße 61
6991 Riezlern | Österreich
Telefon +43 (55 17) 202-01
info@walserprivatbank.com
www.walserprivatbank.com

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc. Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Ingrid Haggenmiller                                                          Riezlern, 09.01.2017
Ingrid.haggenmiller@walserprivatbank.com

**Transfer of claim**

To whom it may concern,

attached please find the Form 210A and the Evidence of transfer of Claim Related to Transferred Portion of Claim from Walser Privatbank AG to Mr. Wilhelm-Gustav Höppner.

If there are any questions, please do not hesitate to contact us.

Sincerely yours,


Walser Privatbank AG

Ingrid Haggenmiller                            Manuela Knauer
Leiterin Wertpapierservice                     Mitarbeiterin Wertpapierservice

Firmensitz Hirschegg | Firmenbuch Feldkirch, Nr. 38332x | UID-Nr. ATU36742502
Raiffeisenlandesbank Vorarlberg, IBAN: AT02 3700 0000 0000 4341, BIC: RVVGAT2B