

C/ Serrano, 57

28001 Madrid- Spain



Madrid 16th of January 20017

Dear Sir/Madam,

Please find enclosed the documentation we have been advice it must be send to you in order to get the transfer of a "register claim 55817" from CREDIT SUISSE MONACO to us KBL EUROPEAN PRIVATE BANKERS SPAIN.

Please if any problems with it , kindly let us know by mail: mariajesus.guerrero@kblbank.es or phone number 34914232231- fax 34914232273

Your faithfully,

KBL European Private Bankers, S.A.
Sucursal en España

KBL EUROPEAN PRIVATE BANKERS, S.A. Sucursal en España. Serrano, 57 Planta 6ª– 28006 Madrid  ESPAÑA  CIF- W0182154E
Sociedad inscrita en el R.M. de Madrid, tomo 27.125, folio 211, sección 8ª, hoja M-488683

## EVIDENCE OF [PARTIAL] TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CREDIT SUISSE (MONACO) SAM** ("Transferor") unconditionally and irrevocably transferred to _KBL European Private Bankers Spain_ ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **(Claim No. _55817_)** in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule 1 hereto against Lehman Brothers Holdings Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _7th_ day of december 2016.

**Credit Suisse Monaco**
(Transferor)

By: _Bernard Achary_
Name: Bernard Achary
Title: Head of Operations

By: _[signature]_
Name: Marc Solsona
Title: Head of Securities Dept.

Page 1 of 2

[[NYCORP:3427113v2:3145E: 07/17/2014--10:33 AM]]

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim No. 55817 :

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0292459327 | 55817 | 29/10/2009 | LEHMAN BROTHERS COMMODITIES & INDEX | USD 100'000,00 |

[[NYCORP:3427113v2:3145E: 07/17/2014--10:33 AM]]