Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,     Case No. 08-13555 (JMP)

RECEIVED JAN 2 6 2017

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| EFG BANK AG | UNION BANCAIRE PRIVEE, UBP SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Quai du Seujet 24
P.O. Box 2391
1211 Geneva 2
Switzerland

Phone: +41 22 918 79 45
Last Four Digits of Acct #: _____

Court Claim # (if known): 545221.01
Date Claim Filed: _____
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): _____

Phone: +41 58 819 3533
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: January 23rd, 2017
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Karinne Balzarini-Gautier
Vice President

Lucie Villette
Authorized Officer

23 JAN '17 8:00

# EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficency of which are hereby acknowledged, **UNION BANCAIRE PRIVEE, UBP SA** ("Transferor") unconditionally and irrevocably transferred to **EFG Bank AG** (Transferee) all of its right, title, interest claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **545221.01**) in nominal amount of USD 400'000 **equal to an allowed claim of USD 400'000** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 20th January 2017.

**UNION BANCAIRE PRIVEE, UBP SA**

Securities department
Director

Securities department
Associate

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim | Date Claim Filed | Issuer | Claim Unsecured | Allowed Unsecured |
|---|---|---|---|---|---|
| ISIN XS0274890523<br><br>Lehman Brothers Treasury BV due 22.11.2010 | 545221.01 | 29th October 2009 | Lehman Brothers Treasury | USD 400'000 | USD 400'000 |