B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re: Lehman Brothers Holdings Inc.    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 111l(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee:<br>**Credit Industriel et Commercial, Singapore Branch** | Name of Transferor:<br>**Credit Suisse AG, Singapore Branch** |
|---|---|
| Notices to Transferee should be sent to:<br><br>Credit Industriel et Commercial,<br>Singapore Branch<br>12 Marina Boulevard #37-01<br>Marina Bay Financial Centre Tower 3<br>Singapore 018982<br>Attn: PB Transfer Team<br>pbs_ta@singapore.cic.fr | Court Record Address of the Transferor:<br>(Court use only)<br><br>c/o Klestadt Winters Jureller Southard & Stevens, LLP<br>Attn: Stephanie Sweeney, Esq,<br>570 Seventh Avenue, 17th Floor<br>New York, NY 10018.  Phone: +65 6306 |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor  8006. |
| Amount of Claim Being Transferred:<br><br>EUR 100'000.00 |  |
| Court Claim Q. {it oQwn}: 55825 |  |
| Date Claim Filed: October 29, 2009 |  |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 16 January 2017 _____    Transferee
Credit Industriel et Commercial,
Singapore Branch
12 Marina Boulevard #37-01
Marina Bay Financial Centre Tower 3
Singapore 018982

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED JAN 26 2017 U.S. BANKRUPTCY COURT SDNY

NUANCE COMMUNICATIONS, INC. | [Document subtitle]

Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 55825 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| ISIN | Court Claim# | Date Claim Filed | Issuer | Units/Currency and nominal |
|---|---|---|---|---|
| XS0310084339 | 55825 | Oct 29, 2009 | LEHMAN BROTHERS | EUR 100,000 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

Credit Suisse AG, Singapore Branch, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Credit Industriel et Commercial,
Singapore Branch
12 Marina Boulevard #37-01
Marina Bay Financial Centre Tower 3
Singapore 018982

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent

NUANCE COMMUNICATIONS, INC. | [Document subtitle]

permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 16, 2017.

**Credit Suisse AG, Singapore Branch**
Transferor
By: _____  LIM YOU RENG
                                AVP
                        CREDIT SUISSE      BOEY Kai LING

ACKNOWLEDGED BY:

**Credit Industriel et Commercial**
Transferee

By: _____  Estee Lim Sze Thien
By: _____  Driss Ouezzi

To: Person-in-charge

Please email to

pbs_ta@singapore.cic.fr

on completion of the transfer.

Thank you!

Belinda
6562129310