AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

US BANKRUPTCY COURT     District of     SDNY

In re Lehman Bros Holdings Inc., et. al.,
                 Plaintiff (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

V.

CASE NUMBER: Ch. 11  08-1355-(SCC)

                 Defendant (s),

Notice is hereby given that, subject to approval by the court, __K&B Capital Corporation__ substitutes
                                                                         (Party (s) Name)

__Jeffrey Toback__, State Bar No. __2011682__ as counsel of record in
(Name of New Attorney)

place of __Evan Fensterstock, Fensterstock & Partners, LLP__
and Blair Fensterstock     (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Jeffrey W. Toback, P.C.
    Address:     753 W. Park Avenue, Long Beach, NY 11561
    Telephone:     516-644-1558     Facsimile 516-763-3136
    E-Mail (Optional):     jefftoback@gmail.com

I consent to the above substitution.
Date:     2/1/17          _[signature]_
                                                                           (Signature of Party (s))

I consent to being substituted.
Date:     2/1/17          Evan S. Fensterstock
                                                                     _[signature]_
                                                                       (Signature of Former Attorney (s))

I consent to the above substitution.
Date:     2/1/17          _[signature]_
                                                                         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     February 2, 2017          /S/ Shelley C. Chapman
                                                                           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]