**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------- X
In re:                                                                    :    Chapter 11
                                                                          :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                  :
                                                                          :
                                 Debtors.                                 :
------------------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

Christopher Clark, being duly sworn, deposes and says:

1. I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Quinn Emanuel Urquhart & Sullivan, LLP. On February 1, 2017, I caused a true and correct copy of the following to be filed and to be served via electronic mail to the parties set forth in Schedule A:

   (a) *Notice of Motion of Lehman Brothers Holdings Inc. and Official Committee of Unsecured Creditors, Pursuant to Fed. R. Bankr. P. 9019 And 11 U.S.C. § 105(a), for Entry of Order Approving Settlement with JPMorgan Chase Bank, N.A. and Certain of Its Affiliates*

2. Additionally, on February 1, 2017, I caused a true and correct copy of the aforementioned documents to be delivered by first class mail postage prepaid to the parties set forth in Schedule B.

3. Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated:   February 2, 2017
         New York, New York

                                            /s/   *Christopher Clark*
                                                  Christopher Clark

# SCHEDULE A

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com

ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
ben.lewis@hoganlovells.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com

chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cmestres@aclawllp.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com

deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgoldberg@hsgllp.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwhite@mccarter.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com
ecohen@russellinvestments.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
gli@kktlawfirm.com
gmoss@riemerlaw.com
goldenberg@ssnylaw.com
gspilsbury@jsslaw.com
guzman@sewkis.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hrh@lhmlawfirm.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
igoldstein@proskauer.com
irethy@stblaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jalward@blankrome.com
james.berg@piblaw.com
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbrody@americanmlg.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@united.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com

| | | |
|---|---|---|
| jnm@mccallaraymer.com | kkolbig@mosessinger.com | mbloemsma@mhjur.com |
| john.beck@hoganlovells.com | klyman@irell.com | mbossi@thompsoncoburn.com |
| john.monaghan@hklaw.com | klynch@formanlaw.com | mcademartori@sheppardmullin.com |
| john.mule@ag.state.mn.us | kobak@hugheshubbard.com | mcarthurk@sullcrom.com |
| john.rapisardi@cwt.com | korr@orrick.com | mccarthyj@sullcrom.com |
| jonathan.goldblatt@bnymellon.com | kovskyd@pepperlaw.com | mcordone@stradley.com |
| jonathan.henes@kirkland.com | kressk@pepperlaw.com | mcto@debevoise.com |
| jorbach@hahnhessen.com | kreynolds@mklawnyc.com | mcyganowski@oshr.com |
| joseph.cordaro@usdoj.gov | krodriguez@allenmatkins.com | mdorval@stradley.com |
| joseph.serino@kirkland.com | krosen@lowenstein.com | meggie.gilstrap@bakerbotts.com |
| joshua.dorchak@morganlewis.com | ktung@kktlawfirm.com | melorod@gtlaw.com |
| jowen769@yahoo.com | kurt.mayr@bgllp.com | meltzere@pepperlaw.com |
| joy.mathias@dubaiic.com | landon@slollp.com | metkin@lowenstein.com |
| jpintarelli@mofo.com | lani.adler@klgates.com | mfeldman@willkie.com |
| jporter@entwistle-law.com | lapeterson@foley.com | mginzburg@daypitney.com |
| jprol@lowenstein.com | lawallf@pepperlaw.com | mgordon@briggs.com |
| jrabinowitz@rltlawfirm.com | lawrence.gelber@srz.com | mgreger@allenmatkins.com |
| jrosenthal@mhlawcorp.com | lberkoff@moritthock.com | mh1@mccallaraymer.com |
| jrsmith@hunton.com | lee.stremba@troutmansanders.com | mhopkins@cov.com |
| jschiller@bsfllp.com | lee.whidden@dentons.com | michael.frege@cms-hs.com |
| jschwartz@hahnhessen.com | lgranfield@cgsh.com | michael.kelly@monarchlp.com |
| jsheerin@mcguirewoods.com | lhandelsman@stroock.com | michael.krauss@faegrebd.com |
| jsherman@bsfllp.com | lisa.solomon@att.net | michael.mccrory@btlaw.com |
| jshickich@riddellwilliams.com | ljkotler@duanemorris.com | millee12@nationwide.com |
| jsmairo@pbnlaw.com | lkatz@ltblaw.com | miller@taftlaw.com |
| jstoll@mayerbrown.com | lkiss@klestadt.com | mimi.m.wong@irscounsel.treas.gov |
| jsullivan@mosessinger.com | lmarinuzzi@mofo.com | mitchell.ayer@tklaw.com |
| jtimko@shutts.com | lmcgowen@orrick.com | mitchell.berger@squirepb.com |
| judy.morse@crowedunlevy.com | lnashelsky@mofo.com | mjedelman@vedderprice.com |
| jvail@ssrl.com | loizides@loizides.com | mjr1@westchestergov.com |
| jwcohen@daypitney.com | lschweitzer@cgsh.com | mlahaie@akingump.com |
| jwest@velaw.com | lucdespins@paulhastings.com | mlandman@lcbf.com |
| jwh@njlawfirm.com | mabrams@willkie.com | mlichtenstein@crowell.com |
| jzulack@fzwz.com | maofiling@cgsh.com | mlynch2@travelers.com |
| kanema@formanlaw.com | marc.chait@sc.com | mmorreale@us.mufg.jp |
| karen.wagner@dpw.com | margolin@hugheshubbard.com | mneier@ibolaw.com |
| karl.geercken@alston.com | mark.bane@ropesgray.com | monica.lawless@brookfieldproperties.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.ellenberg@cwt.com | mpage@kelleydrye.com |
| keckhardt@hunton.com | mark.mckane@kirkland.com | mparry@mosessinger.com |
| keith.simon@lw.com | mark.salzberg@squirepb.com | mpedreira@proskauer.com |
| ken.coleman@allenovery.com | mark.sherrill@sutherland.com | mprimoff@kayescholer.com |
| kerry.moynihan@hro.com | marvin.clements@ag.tn.gov | mpucillo@bermanesq.com |
| kgwynne@reedsmith.com | matt@willaw.com | mrosenthal@gibsondunn.com |
| kiplok@hugheshubbard.com | matthew.klepper@dlapiper.com | mruetzel@whitecase.com |
| kit.weitnauer@alston.com | maustin@orrick.com | mschimel@sju.edu |
| kkelly@ebglaw.com | mbenner@tishmanspeyer.com | msegarra@mayerbrown.com |
| | mbienenstock@proskauer.com | |

| | | |
|---|---|---|
| mshiner@tuckerlaw.com | rdaversa@orrick.com | sfelderstein@ffwplaw.com |
| mshuster@hsgllp.com | relgidely@gjb-law.com | sfineman@lchb.com |
| msolow@kayescholer.com | rfriedman@silvermanacampora.com | sfox@mcguirewoods.com |
| mspeiser@stroock.com | rgmason@wlrk.com | sgordon@cahill.com |
| mstamer@akingump.com | rgoodman@moundcotton.com | sgraziano@blbglaw.com |
| munno@sewkis.com | rgraham@whitecase.com | sgubner@ebg-law.com |
| mvenditto@reedsmith.com | rhett.campbell@tklaw.com | sharbeck@sipc.org |
| mwarner@coleschotz.com | richard.lear@hklaw.com | shari.leventhal@ny.frb.org |
| mwarren@mtb.com | richard@rwmaplc.com | shgross5@yahoo.com |
| nathan.spatz@pillsburylaw.com | rick.murphy@sutherland.com | sidorsky@butzel.com |
| nbinder@binderschwartz.com | rleek@hodgsonruss.com | skatona@polsinelli.com |
| nbojar@fklaw.com | rlevin@cravath.com | sldreyfuss@hlgslaw.com |
| ncoco@mwe.com | rmatzat@hahnhessen.com | sleo@bm.net |
| neal.mann@oag.state.ny.us | rnetzer@willkie.com | slerman@ebglaw.com |
| ned.schodek@shearman.com | robert.dombroff@bingham.com | slerner@ssd.com |
| neilberger@teamtogut.com | robert.honeywell@klgates.com | slevine@brownrudnick.com |
| nherman@morganlewis.com | robert.malone@dbr.com | sloden@diamondmccarthy.com |
| nicholas.zalany@squirepb.com | robert.yalen@usdoj.gov | smillman@stroock.com |
| nissay_10259-0154@mhmjapan.com | robin.keller@lovells.com | smulligan@bsblawyers.com |
| nlepore@schnader.com | roger@rnagioff.com | snewman@katskykorins.com |
| nlieberman@hsgllp.com | ross.martin@ropesgray.com | sory@fdlaw.com |
| notice@bkcylaw.com | rpedone@nixonpeabody.com | squsba@stblaw.com |
| nyrobankruptcy@sec.gov | rrainer@wmd-law.com | sree@lcbf.com |
| otccorpactions@finra.org | rroupinian@outtengolden.com | sschultz@akingump.com |
| paronzon@milbank.com | rrussell@andrewskurth.com | sselbst@herrick.com |
| pbattista@gjb-law.com | russj4478@aol.com | sshimshak@paulweiss.com |
| pbosswick@ssbb.com | ryaspan@yaspanlaw.com | sskelly@teamtogut.com |
| pdublin@akingump.com | sabin.willett@bingham.com | sstarr@starrandstarr.com |
| peisenberg@lockelord.com | sabramowitz@velaw.com | steele@lowenstein.com |
| peter.gilhuly@lw.com | sabvanrooy@hotmail.com | stephen.cowan@dlapiper.com |
| peter.macdonald@wilmerhale.com | sally.henry@skadden.com | stephen.hessler@kirkland.com |
| peter.meisels@wilsonelser.com | samuel.cavior@pillsburylaw.com | steve.ginther@dor.mo.gov |
| peter.simmons@friedfrank.com | sandyscafaria@eaton.com | steven.usdin@flastergreenberg.com |
| peter@bankrupt.com | scargill@lowenstein.com | streusand@slollp.com |
| pfeldman@oshr.com | schager@ssnylaw.com | susheelkirpalani@quinnemanuel.com |
| pfinkel@wilmingtontrust.com | schannej@pepperlaw.com | swolowitz@mayerbrown.com |
| phayden@mcguirewoods.com | schepis@pursuitpartners.com | szuber@csglaw.com |
| pmaxcy@sonnenschein.com | schnabel.eric@dorsey.com | szuch@wiggin.com |
| ppascuzzi@ffwplaw.com | schristianson@buchalter.com | tannweiler@greerherz.com |
| ppatterson@stradley.com | scott.golden@hoganlovells.com | tbrock@ssbb.com |
| psp@njlawfirm.com | scottj@sullcrom.com | tdewey@dpklaw.com |
| ptrostle@jenner.com | scottshelley@quinnemanuel.com | tgoren@mofo.com |
| raj.madan@skadden.com | scousins@armstrongteasdale.com | thenderson@americanmlg.com |
| ramona.neal@hp.com | sdnyecf@dor.mo.gov | thomas.califano@dlapiper.com |
| rbeacher@pryorcashman.com | seba.kurian@invesco.com | timothy.harkness@freshfields.com |
| rbernard@foley.com | sehlers@armstrongteasdale.com | tkiriakos@mayerbrown.com |
| rbyman@jenner.com | sfalanga@thewalshfirm.com | tlauria@whitecase.com |

| | | |
|---|---|---|
| tmacwright@whitecase.com | villa@slollp.com | wmaher@wmd-law.com |
| tmm@mullaw.org | vmilione@nixonpeabody.com | wmarcari@ebglaw.com |
| tnixon@gklaw.com | vrubinstein@loeb.com | wmckenna@foley.com |
| toby.r.rosenberg@irscounsel.treas.gov | wanda.goodloe@cbre.com | wsilverm@oshr.com |
| | wbenzija@halperinlaw.net | wswearingen@llf-law.com |
| tomwelsh@orrick.com | wcurchack@loeb.com | wtaylor@mccarter.com |
| tsalter@blankrome.com | wfoster@milbank.com | wzoberman@bermanesq.com |
| tslome@msek.com | will.sugden@alston.com | yuwatoko@mofo.com |
| tunrad@burnslev.com | wisotska@pepperlaw.com | pkjelsberg@lockelord.com |
| vguldi@zuckerman.com | wk@pwlawyers.com | |

# SCHEDULE B

Office Of The Us Trustee
U.S. Federal Office Building
Attn: William K. Harrington, Esq.,
Susan D. Golden, Esq.
Andrea B. Schwartz, Esq.
201 Varick Street, Room 1006
New York, NY 10014

Office Of The United States Trustee
Attn: Joseph T. Nadkarni, Cfa
Senior Bankruptcy Analyst
201 Varick Street – Suite 1006
New York, New York 10014

Internal Revenue Service
Special Procedures Branch
Attn: District Director
290 Broadway
New York, NY 10007

Green Tree Servicing Llc
Attn: Brian Corey, General Counsel
345 St. Peter Street
Saint Paul MN 55102-1639

Moses & Singer Llp
Attn: Legal Department
(Counsel To China Development Industrial Bank
& Dotson Investments Limited)
The Chrysler Building
405 Lexington Avenue
New York NY 10174

Shell Energy North America (Us), L.P.
Attn: Ann Reynaud
909 Fannin, Plaza Level 1
Houston TX 77010

Wells Fargo Bank, National Association
C/O David Ward
Mac N2702-011
9062 Old Annapolis Road
Columbia, MD 21045

Locke Lord Bissell & Liddell, Llp
C/O Paul Kjelsberg
600 Travis Street,
Suite 3200 Houston, TX 77002

William Kuntz, III
India St. PO Box 1801
Nantucket Island, MA 02554-1801
-