

FILED
U.S. BANKRUPTCY COURT
2017 FEB -1 P 3:16
S.D. OF N.Y.

# SCHEDULE 2A

## FORM OF LBHI TRANSFER OF CLAIM FORM

B 210A (Form 210A) (12/09)

**United States Bankruptcy Court**

**Southern District of New York**

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| OCBC WING HANG BANK LIMITED | LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
OCBC WING HANG BANK Limited
161 Queen's Road Central
Hong Kong

Court Claim # (if known): 62783
Total Amount of Claim Filed: $2,084,741,055
Amount of Claim Transferred: See attached
Date Claim Filed: November 2, 2009

Debtor against Claim Filed: Lehman Brothers Holdings Inc.

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

For and on behalf of
OCBC Wing Hang Bank Limited

By: _____          Date: 2 November 2016
    Authorized Signature(s)
Name of Transferee/Transferee's Agent

Michael Fung     Stephen Wong

**Penalty for making a false statement:** Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

ORIGINAL

**Schedule 1**

**Transferred Claims**

**Lehman Programs Securities to which Transfer Relates**

| ISIN/CUSIP | Issuer | Guarantor | Quantities claim | Allowed Amount of Claim Transferred Hereunder | Proof of Claim |
|---|---|---|---|---|---|
| ISIN XS0186852728 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 8,400,000 | US$8,420,766.67 | 62783 |

# SCHEDULE 2B

### AGREEMENT AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM
### LEHMAN PROGRAM SECURITIES

TO:     LEHMAN BROTHERS HOLDINGS, INC. AND THE BANKRUPTCY COURT

1.  **Lehman Brothers Commercial Corporation Asia Limited (in liquidation)** ("Transferor") **by and through its Joint and Several Liquidators, Edward Simon Middleton and Patrick Cowley (**the "Joint Liquidators" and each a "Joint Liquidator"**)** without personal liability, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of the Asset Return Deed dated 18 October 2016 and entered into between the Transferor and the Transferee (as defined below), does hereby certify that it has unconditionally and irrevocably transferred and assigned to OCBC Wing Hang Bank Limited ("Transferee") all right, title and interest in that portion of Proof of Claim Number **62783** filed by or on behalf of Transferor's predecessor in interest against Lehman Brothers Holdings, Inc., a debtor in proceedings for reorganization in the United States Bankruptcy Court for the Southern District of New York, administered under Case No. 08-13555 (SC), **relating to the nominal amount of the securities listed and in the quantities listed in Schedule 1 hereto** (the "Transferred Claim").

2.  Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, title 11 of the United States Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claim, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee.

3.  One of the Joint Liquidators has signed this Evidence of Partial Transfer on behalf of all the Joint Liquidators as agents for and on behalf of Transferor and neither they, their firm, partners, employees, agents, advisers or representatives shall incur any personal liability whatsoever in respect of, or in relation to, this Evidence of Partial Transfer. The exclusion of liability set out in this paragraph shall arise and continue notwithstanding the termination of the agency of the Joint Liquidators and shall operate as a waiver of any claims in tort as well as under the laws of contract, and any claims otherwise at law or in equity. Though not parties to this Evidence of Partial Transfer, the Joint Liquidators, their firm, partners, employees, agents, advisers or representatives shall be entitled to rely on this paragraph of this Evidence of Partial Transfer as if they were a party to it.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 2nd day of November, 2016.

| **Lehman Brothers Commercial Corporation Asia Limited (In Liquidation)** | **OCBC Wing Hang Bank Limited** |
|---|---|
| By: *[signature]* <br> Name: Patrick Cowley <br> Title: Joint and Several Liquidator | For and on behalf of OCBC Wing Hang Bank Limited <br> By: *[signatures]* <br> Name: <br> Title: <br> Authorized Signature(s) |
| c/o KPMG, 8/F Prince's Building <br> 10 Chater Road <br> Central, Hong Kong | 161 Queen's Road Central <br> Hong Kong <br> Michael Fung, Senior General Manager <br> Stephen Wong, Senior Deputy General Manager |

## Schedule 1

## Transferred Claims

Lehman Programs Securities to which Transfer Relates

| ISIN/CUSIP | Issuer | Guarantor | Quantities claim | Allowed Amount of Claim Transferred Hereunder | Proof of Claim |
|---|---|---|---|---|---|
| ISIN XS0186852728 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 8,400,000 | US$8,420,766.67 | 62783 |