

# FALCON PRIVATE BANK
### SWISS PRIVATE BANKING

By courier
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Zurich, January 30, 2017

**RE LEHMAN BROTHERS HOLDINGS, INC.   CASE NO. 08-13555 (JMP)**

Dear Sir or Madam,

Reference is made to the attached Notice Of Defective Transfer dated January 25, 2017.

Pleas find enclosed the accordingly amended Transfer Of Claim.

I hope, nothing is anymore a bar to the transfer.

Sincerely yours,

Dominique Möhr
Attorney-at-Law

Enclosure
- Form 210A

RECEIVED FEB - 1 2017

Falcon Private Bank Ltd. | Pelikanstrasse 37 | P.O. Box 1376 | 8021 Zurich, Switzerland
Phone +41 44 227 55 55 | Fax +41 44 227 55 11 | www.falconprivatebank.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  
LEHMAN BROTHERS HOLDINGS, INC., et al.

Debtors.

Chapter 11

Case No. 08-13555 (SCC)

Jointly Administered

EINGEGANGEN  
3 0. Jan. 2017

## NOTICE OF DEFECTIVE TRANSFER

Transferor: BANK HAPOALIM (SWITZERLAND) LTD  
ATTN: MARK LAVENDER  
STOCKERSTRASSE 33  
ZURICH 8027  
SWITZERLAND

Transferee: FALCON PRIVATE BANK LTD.  
ATTN: LEGAL & COMPLIANCE  
PELIKANSTRASSE 37  
ZURICH CH-8001  
SWITZERLAND

**Your transfer as presented is defective for the reason(s) checked below:**

( ) case closed on:  
( ) address missing: (transferor) (transferee)  
( ) signature of transferor missing  
( ) claim number in error  
( ) claim number not stated  
( ) amount of transfer missing in Transfer Agreement  
( ) not FRBP 3001(e)(2) OR (4); claim **NOT** on file  
( ) not FRBP 3001(e)(1) OR (3); claim **ON** file  
( ) notice amount does not match transfer agreement  
( ) cannot docket transfer-claim #  
   [ ] expunged by court order  
   [ ] previously transferred  
       By document #  
(X) other  
   (specify): Docket does not include ISIN code from which claim to transfer

NOTE:

**Docket Number: 54389**

/s/ Lauren Rodriguez  
Epiq Bankruptcy Solutions LLC  
as Claims Agent for the Debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January, 25, 2017

B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.    Case No. 08-13555

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Falcon Private Bank Ltd. | Bank Hapoalim (Switzerland) Ltd |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Legal & Compliance, Pelikanstrasse 37, CH-8001 Zürich (Switzerland)

Court Claim # (if known): 55855
Total Amount of Claim Filed: USD 200000
Amount of Claim Transferred: USD 200000
ISIN/CUSIP: XS0339538448
Blocking Number: 6052953
Date Claim Filed: 10/16/2009

Phone: +41 44 227 55 55
Last Four Digits of Acct #: __5580__

Phone: +41 44 283 81 81
Last Four Digits of Acct #: __2744__

RECEIVED
FEB - 1 2017

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Alexey Strunilin, Karin Lorez    Date: __01/30/2017__
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.