# Transferred Claim

$ __49,703,50__ of $ __$430,459,027.23__ (the outstanding amount of the Proof of Claim as of

__16. Jan 2017__

date of Agreement and Evidence of Transfer) together with accrued and unpaid interest.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/ Notional Amount | Coupon | Maturity | Amount together with accrued and unpaid interest (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BR.TR.BO.E.N13SX5E | DE000A0SUEV6 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $ 14,201.00 | ---------------- | 23.01.2013 | $ 14,201.00 |
| LEHMAN BR.TR.O.AR.N13BSKT | DE000A0V4E15 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $ 35,502.50 | ---------------- | 07.05.2013 | $ 35,502.50 |

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

In re **Lehman Brothers Holdings Inc. et al.**,    Case No. **Chapter 11 08-13555 (JMP) (Jointly Administered)**

### Transfer of claim other than for security

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U. S. C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Mr. PETER STÜCKE    TARGOBANK AG & Co. KGaA
Name of Transferee    Name of Transferor

Name and Address where notices to Transferee should be sent:

Mr. PETER STÜCKE

MARKUSSTR. 24A, 44265 DORTMUND

Court Claim # (if known): 55404
Amount of Claim: $ 49,703,50
Date Claim Filed: 29 October 2009

Phone: +49 (0) 172 2329846
Last Four Digits of Acct #: 7624

Phone: +49 (0) 203 347 5703
Last Four Digits of Acct #: _____

Name and Address where notices to Transferee should be sent: (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By X _/s/ Peter Stücke_    Date **19.01.2017**
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571.