# AMENDED EVIDENCE OF PARTIAL TRANSFER OF CLAIM
(Amends and supersedes the Evidence of Partial Transfer of Claim
filed under Docket Number 39737)

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CASPIAN SELECT CREDIT MASTER FUND, LTD.** ("Assignor") unconditionally and irrevocably sold, transferred and assigned to **CASPIAN SC HOLDINGS L.P.** ("Assignee"), effective as of August 23, 2013, all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, the claim as set forth in proof of claim number **30311** (relating to CUSIP/ISIN AU300LBTC029) (the "Claim") in the aggregate amount of **$95,258.00**, against **LEHMAN BROTHERS HOLDINGS INC.** (the "Debtor"), a debtor in the bankruptcy case currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), entitled In re Lehman Brothers Holdings Inc., Case No. 08-13555 (Jointly Administered) (SCC).

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on February 13, 2017.

**CASPIAN SELECT CREDIT MASTER FUND, LTD.**

By: _____
Name: Christopher Manz
Title: Authorized Signatory

**CASPIAN SC HOLDINGS L.P.**

By: _____
Name: Christopher Manz
Title: Authorized Signatory

530-571/CERTS/5227333.1