UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

| | : | |
|---|---|---|
| In re: | : | Case No. 08-13555(SCC) |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | |
| | : | |

_____x

NOTICE OF WITHDRAWAL AS ATTORNEY
AND REQUEST TO STOP ELECTRONIC NOTICE

Pursuant to Local Rule 2090-1(e), attorney Louis R. Cohan with the law firm of Cohan Law Group, LLC, hereby withdraws as counsel for Home Lenders of Georgia, LLC, ("HLG").

The undersigned attorney also hereby requests to be removed from all further pleadings, orders, notices, and correspondence from the electronic notice list from the above case.

This 13th day of February, 2017.

**[SIGNATURE TO FOLLOW]**

COHAN LAW GROUP, LLC
3340 Peachtree Rd., N.E.,
Suite 2570
Atlanta, Georgia 30326
lcohan@cohanlawgroup.com
(404) 891-1770

/S/ Louis R. Cohan
Georgia Bar No. 173357

Counsel for Home Lenders of Georgia, LLC

# **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed the foregoing *Notice of Withdrawal as Attorney and Request to Stop Electronic Notice* using the CM/ECF system which will automatically serve all counsel of record via email.

This 13th day of Feburary, 2017.

Respectfully submitted,

> COHAN LAW GROUP, LLC
> 3340 Peachtree Rd., N.E.,
> Suite 2570
> Atlanta, Georgia 30326
> lcohan@cohanlawgroup.com
> (404) 891-1770
>
> /S/ Louis R. Cohan_____
> Georgia Bar No. 173357
>
> Counsel for Home Lenders of Georgia, LLC