WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------------ x | | |

**NOTICE OF ADJOURNMENT OF HEARING ON THE**
**PLAN ADMINISTRATOR'S OBJECTION TO CLAIM NUMBERS 32710 AND 32711**

**PLEASE TAKE NOTICE** that the hearing to consider the Plan Administrator's Objection to Claim Numbers 32710 and 32711 [ECF No. 54592], which was scheduled for February 23, 2017 at 10:00 a.m. (Eastern Time), has been adjourned to **March 21, 2017 at 10:00 a.m. (Eastern Time)**.

Dated:   February 15, 2017
             New York, New York

                                                                        /s/ Garrett A. Fail
                                                                        Garrett A. Fail
                                                                        WEIL, GOTSHAL & MANGES LLP
                                                                        767 Fifth Avenue
                                                                        New York, New York 10153
                                                                        Telephone: (212) 310-8000
                                                                        Facsimile: (212) 310-8007

                                                                        Attorneys for Lehman Brothers Holdings Inc.
                                                                        and Certain of Its Affiliates