UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :   08-13555 (SCC)
                                                            :
                  Debtors.                                  :   (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. (Case No. 08-13555) |
|---|---|
| Creditor Name and Address: | Thisha McBride (formerly Thisha M. Craig) <br> Address per Proof of Claim: 0091 Silver Mountain Drive, Glenwood Springs, CO 81601 <br> Current mailing address: 2642 Tabriz Place, Boulder, CO 80304 |
| Claim Number (if known): | 32015 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | Unknown at time claim was filed |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: N/A |
|---|---|
| Printed Name: Thisha McBride | Dated: 2-14-17 |

WEIL:\95923375\1\58399.0011