WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                        :    Chapter 11 Case No.
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                 :    08-13555 (SCC)
                                                             :
           Debtors.                                          :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x

### NOTICE OF ADJOURNMENT OF HEARING ON THE PLAN
### ADMINISTRATOR'S OBJECTION TO CLAIM NUMBER 16838

**PLEASE TAKE NOTICE** that the hearing to consider the Plan Administrator's Objection to Claim Number 16838 [ECF No. 52750], which was scheduled for February 23, 2017 at 10:00 a.m. (Eastern Time), has been adjourned to **March 21, 2017 at 10:00 a.m. (Eastern Time)**.

Dated:   February 16, 2017
         New York, New York

                                                                  /s/ Garrett A. Fail
                                                                  Garrett A. Fail
                                                                  WEIL, GOTSHAL & MANGES LLP
                                                                  767 Fifth Avenue
                                                                  New York, New York 10153
                                                                  Telephone: (212) 310-8000
                                                                  Facsimile: (212) 310-8007

                                                                  Attorneys for Lehman Brothers Holdings Inc.
                                                                  and Certain of Its Affiliates