Michael A. Hanin (mhanin@kasowitz.com)
Daniel A. Fliman (dfliman@kasowitz.com)
Uri A. Itkin (uitkin@kasowitz.com)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

*Counsel for Whitebox Advisors LLC,*
*Deer Park Road Management Company, LP, and*
*Tilden Park Capital Management LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : | 08-13555 (SCC) |
| Debtors | : | (Jointly Administered) |

**NOTICE OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Kasowitz, Benson, Torres & Friedman LLP appears herein as counsel to Whitebox Advisors LLC, Deer Park Road Management Company, LP, and Tilden Park Capital Management LP, each on behalf of their respective advisory clients, and as beneficial owners of certificates issued by residential mortgage-backed securities trusts that have asserted claims in the above-captioned Chapter 11 cases, and hereby requests, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given and all papers and pleadings served or required to be served in the above-captioned Chapter 11 cases (including, but not limited to, all notices mailed to statutory committees or their authorized agents and to creditors and equity security holders who file with

the Court a request that all notices be mailed to them), whether sent by the Clerk of the Court, the Debtors or any creditor, committee, or party in interest, be given and served upon the undersigned at the office address below and that such names and addresses be added to any master mailing list:

>Kasowitz, Benson, Torres & Friedman LLP
>Michael A. Hanin
>Daniel A. Fliman
>Uri A. Itkin
>1633 Broadway
>New York, New York 10019
>Telephone:  (212) 506-1700
>Facsimile:  (212) 506-1800
>Email:  mhanin@kasowitz.com
>          dfliman@kasowitz.com
>          uitkin@kasowitz.com

Dated: February 17, 2017
       New York, New York

>By:  /s/ Daniel A. Fliman
>Michael A. Hanin (mhanin@kasowitz.com)
>Daniel A. Fliman (dfliman@kasowitz.com)
>Uri A. Itkin (uitkin@kasowitz.com)
>KASOWITZ, BENSON, TORRES
>  & FRIEDMAN LLP
>1633 Broadway
>New York, New York 10019
>Telephone: (212) 506-1700
>Facsimile:  (212) 506-1800
>
>*Counsel for Whitebox Advisors LLC, Deer Park Road Management Company, LP, and Tilden Park Capital Management LP*