K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-3900
Facsimile: (212) 536-3901
John A. Bicks
Henry E. Shin
Priya Chadha

K&L GATES LLP
1601 K Street, NW
Washington, DC 20006
Telephone: (202) 778-9000
Brian D. Koosed

*Attorneys for Shinhan Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| | **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS, INC.,** | **(Jointly Administered)** |
| **Debtor.** | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 17, 2017, a true and correct copy of the **Memorandum of Law in Opposition to Lehman Brothers Special Financing Inc.'s Motion to (I) enforce an allegedly binding settlement between LBSF and Shinhan; and (ii) grant LBSF attorneys' fees and certain other fees and costs**, was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to registered users in the case and (2) copies were served by hand upon each of the following at the address set forth below:

Hon. Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green, Courtroom 623
New York, New York 10004

Weil, Gotshal & Manges LLP
Jacqueline Marcus, Esq.
Christopher J. Cox, Esq.
767 Fifth Avenue
New York, New York 10153

*Attorneys for the Plan Administrator*

| | |
|---|---|
| Dated: February 17, 2017<br>New York, NY | Respectfully submitted,<br><br>K&L GATES LLP<br><br>By    /s/ John A. Bicks_____<br>        John A. Bicks<br>        Henry E. Shin<br>        Priya Chadha<br>        599 Lexington Avenue<br>        New York, NY 10022<br>        Telephone: (212) 536-3900<br><br>        Brian D. Koosed<br>        K&L GATES LLP<br>        1601 K Street, NW<br>        Washington, DC 20006<br>        Telephone: (202) 778-9000<br><br>*Attorneys for Shinhan Bank* |