KOBRE & KIM LLP
D. Farrington Yates
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220

*Substituting Counsel for Dr. Michael C. Frege, as Insolvency Administrator and Foreign Representative for Lehman Brothers Bankhaus AG (in Insolvenz)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc. *et al*, | Case No. 08-13555 (SCC) |
| Debtors. | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that the law firm of Dentons US LLP hereby withdraws its appearance as counsel for Dr. Michael C. Frege, as Insolvency Administrator and Foreign Representative for Lehman Brothers Bankhaus AG (in Insolvenz) in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that the law firm of Kobre & Kim hereby enters its appearance as counsel for Dr. Michael C. Frege, as Insolvency Administrator and Foreign Representative for Lehman Brothers Bankhaus AG (in Insolvenz) in the above-captioned matter.

1

PLEASE TAKE FURTHER NOTICE that copies of all notices and pleadings given or filed in the above-captioned matter will be given and served upon the following person at the following address:

> D. Farrington Yates
> KOBRE & KIM LLP
> 800 Third Avenue
> New York, New York 10022
> Tel: (212) 488-1200
> Fax: (212) 488-1220
> farrington.yates@kobrekim.com

Dated: February 17, 2017

| /s/ D. Farrington Yates | /s/ Patrick C. Maxcy |
|---|---|
| D. Farrington Yates | Patrick C. Maxcy |
| KOBRE & KIM LLP | DENTONS US LLP |
| 800 Third Avenue | 1221 Avenue of the Americas |
| New York, New York 10022 | New York, New York 10020 |
| Tel: (212) 488-1200 | Tel: (212) 768- 6700 |
| Fax: (212) 488-1220 | Fax: (212) 768-6800 |
| | |
| *Substituting Counsel for* | *Withdrawing Counsel for* |
| *Dr. Michael C. Frege* | *Dr. Michael C. Frege* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2017, a true and correct copy of the foregoing Notice of Substitution of Counsel was filed by Kobre & Kim LLP electronically with the Court through its ECF System. Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system.

New York, NY  
Dated: February 17, 2017

/s/ D. Farrington Yates  
D. Farrington Yates