**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------------ x | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Ref. Docket No. 54388 |
| ------------------------------------------------------------------------ X | | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                        ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 18, 2017, I caused to be served the "Notice of Defective Transfer," dated January 18, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
20th day of January, 2017
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al. | Case No. 08-13555 (SCC) |
| | Jointly Administered |
| Debtors. | |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   UBS AG
                      ATTN: HUGO KOLLER
                      BAHNHOFSTRASSE 45
                      8001 ZURICH, SWITZERLAND


Transferee:   REGIOBANK SOLOTHURN AG
                      C/O FINANZ-LOGISTIK AG
                      ATTN: MARCEL LEDERGERBER
                      ROSENBERGSTRASSE 16
                      9004 ST. GALLEN
                      SWITZERLAND

**Your transfer as presented is defective for the reason(s) checked below:**

( ) case closed on:
( ) address missing: (transferor) (transferee)
( ) signature of transferor missing
( ) claim number in error
( ) claim number not stated
( ) amount of transfer missing in Transfer Agreement
( ) not FRBP 3001(e)(2) OR (4); claim **NOT** on file
( ) not FRBP 3001(e)(1) OR (3); claim **ON** file
( ) notice amount does not match transfer agreement
( ) cannot docket transfer-claim #
    [ ] expunged by court order
    [ ] previously transferred
          By document #
**(X)** Other (specify): 3 ISIN from the schedule are incorrect for the claim number
(XS0257807874, XS0260769434, XS0290588572).

**Docket Number: 54388**

/s/ Lauren Rodriguez
EPIQ BANKRUPTCY SOLUTIONS, LLC
as Claims Agent for the Debtor(s).

FOR EPIQ USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 18, 2017

**EXHIBIT B**

**LBH_DEFTRANSNTC_DN 54388_1-18-17**  **LBH_DEFTRANSNTC_ DN 54388_1-18-17**

| | |
|---|---|
| UBS AG | REGIOBANK SOLOTHURN AG |
| ATTN: HUGO KOLLER | C/O FINANZ-LOGISTIK AG |
| BAHNHOFSTRASSE 45 | ATTN: MARCEL LEDERGERBER |
| 8001 ZURICH | ROSENBERGSTRASSE 16 |
| SWITZERLAND | 9004 ST. GALLEN |
| | SWITZERLAND |