**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 53877, 53943,
: 54177 and 54444
------------------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 20, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 20, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
25th day of January, 2017
*/s/ Elli Krempa*

Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2019

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000115962038 ***      LBH TRFNTC (ADDRESS2, ADRKEYID3) 22279



BANK HAPOALIM B.M.
18851 NE 29TH AVE
MIAMI, FL 33180

BANK HAPOALIM B.M.
ATTN: DAVID HERTZ & HAROLD J. WEISSLER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

Please note that your claim # 5155854-14 in the above referenced case and in the amount of $220,000.00 allowed at $221,650.00 has been transferred (unless previously expunged by court order)

ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN
TRANSFEROR: BANK HAPOALIM B.M.
ATTN: RICHARD FELS
227 SUNSET AVENUE
RIDGEWOOD, NJ 07450

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    53877    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/20/2017         Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 20, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| COUTTS & CO AG | F/K/A RBS COUTTS BANK AG, LERCHENSTRASSE 18, 8045 ZURICH   SWITZERLAND |
| COUTTS & CO AG | F/K/A RBS COUTTS BANK AG, LERCHENSTRASSE 18, 8045 ZURICH   SWITZERLAND |
| COUTTS & CO AG | F/K/A RBS COUTTS BANK AG, LERCHENSTRASSE 18, 8045 ZURICH   SWITZERLAND |
| CREDITO EMILIANO SPA | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: STEFANIA CATELLANI, VIA GANDHI 2/C, REGGIO EMILIA 42123 ITALY |
| EFG BANK AG | TRANSFEROR: COUTTS & CO AG, ATTN: LUCIE VILLETTE, 24, QUAI DU SEUJET CP 2391, GENEVE 1211 SWITZERLAND |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| MACQUARIE US TRADING LLC | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, ATTN: TAKKAI WANG, 125 WEST 55TH STREET, 20TH FLOOR, NEW YORK, NY 10019 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., ATTN: RICHARD FELS, 227 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: ALLIANZ BANQUE, ATTN: JONATHAN SILVERMAN, 360 MADISON AVE, 22ND FL, NEW YORK, NY 10017 |

**Total Creditor Count 17**