**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------- x

In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.*

                    Debtors.

-------------------------------------------------------------------------- X

:   Chapter 11
:
:   Case No. 08-13555 (SCC)
:
:   (Jointly Administered)
:
:   Ref. Docket No. 53950

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                             ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 20, 2017, I caused to be served the "Notice of Defective Transfer," dated January 20, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Konstantina Haidopoulos*
                                          Konstantina Haidopoulos

Sworn to before me this
25th day of January, 2017
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.

                                                          Case No. 08-13555 (SCC)
                                                          Jointly Administered

                        Debtors.

---

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    BINDER TRUST LIMITED
               ATTN: DAVID MCCORMICK
               BEAUX LANE HOUSE, 5TH FLOOR
               MERCER STREET LOWER
               DUBLIN 2
               IRELAND


Transferee:    PADRAIG SLATTERY
               4 BLACKHEATH GROVE
               DUBLIN 3, D03 C6P6
               IRELAND


**Your transfer as presented is defective for the reason(s) checked below:**

( ) case closed on:
( ) address missing: (transferor) (transferee)
( ) signature of transferor missing
( ) claim number in error
( ) claim number not stated
( ) amount of transfer missing in Transfer Agreement
( ) not FRBP 3001(e)(2) OR (4); claim **NOT** on file
( ) not FRBP 3001(e)(1) OR (3); claim **ON** file
( ) notice amount does not match transfer agreement
( ) cannot docket transfer-claim #
    [ ] expunged by court order
    [ ] previously transferred
            By document #
(X) other
    (specify): Docket does not specify any claim number.

NOTE:

**Docket Number: 53950**


/s/ Lauren Rodriguez
Epiq Bankruptcy Solutions LLC
as Claims Agent for the Debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail,
postage prepaid on January 20, 2017

**EXHIBIT B**

BINDER TRUST LIMITED
ATTN: DAVID MCCORMICK
BEAUX LANE HOUSE, 5TH FLOOR
MERCER STREET LOWER
DUBLIN 2
IRELAND

PADRAIG SLATTERY
4 BLACKHEATH GROVE
DUBLIN 3, D03 C6P6
IRELAND