**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------- x
                                                                 :  Chapter 11
In re:                                                           :
                                                                 :  Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                           :
                                                                 :  (Jointly Administered)
                         Debtors.                                :
                                                                 :  Ref. Docket Nos. 53696 and
                                                                 :  53742
---------------------------------------------------------------- X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 23, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 23, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Catherine Henriquez
Catherine Henriquez

Sworn to before me this
25th day of January, 2017
/s/ Elli Krempa

Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2019

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE
BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH
ATTN: SARAH CHAN/DIRECTOR
LEVEL 13 & 14
1 QUEEN'S ROAD CENTRAL
HONG KONG
HONG KONG

Please note that your claim # 56671-23 in the above referenced case and in the amount of $200,000.00 allowed at $180,120.95 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000115962971 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000177487



CREDIT SUISSE AG, SINGAPORE BRANCH
TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE
C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
ATTN: STEPHANIE SWEENEY, ESQ.
570 SEVENTH AVENUE, 17TH FLOOR
NEW YORK, NY 10018

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    53742    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/23/2017                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 23, 2017.

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE AG, SINGAPORE BRANCH | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE, C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP, ATTN: STEPHANIE SWEENEY, ESQ., 570 SEVENTH AVENUE, 17TH FLOOR, NEW YORK, NY 10018 |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: SARAH CHAN/DIRECTOR, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| MERRILL LYNCH INTERNATIONAL | ATTN: CHRISTOPHER J. HAAS, BANK OF AMERICA TOWER, ONE BRYANT PARK, NEW YORK, NY 10036 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK & NED S. SCHODEK, SHEARMAN & STERLING LLP, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| OZ SPECIAL MASTER FUND, LTD | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, C/O OCH-ZIFF CAP. MGMT GROUP/C WONG, 9 WEST 57TH STREET, 13TH FLOOR, NEW YORK, NY 10019 |

**Total Creditor Count 5**