**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------------------ x | |
| In re: | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : Case No. 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : Ref. Docket No. 53757 and 54177 |
| ------------------------------------------------------------------------ X | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      ) ss.:
COUNTY OF NEW YORK )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 23, 2017, I caused to be served the "Notice of Defective Transfer," dated January 23, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
25th day of January, 2017
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000115962977 ***    LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 31745



HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE
ALLEN & OVERY LLP
JOHN KIBLER JONATHAN CHO
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE
TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH
ATTN: SARAH CHAN/DIRECTOR
LEVEL 13 & 14
HONG KONG
 HONG KONG

UBS AG
ATTN: HUGO KOLLER
BAHNHOFSTRASSE 45
ZURICH 8001
 SWITZERLAND

**Your transfer of claim # 56671-18 is defective for the reason(s) checked below:**

Other STK Reclassified as Equity Interest

Docket Number   53757           Date:  10/07/2016

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| COUTTS & CO AG | F/K/A RBS COUTTS BANK AG, LERCHENSTRASSE 18, 8045 ZURICH SWITZERLAND |
| EFG BANK AG | ATTN: LUCIE VILLETTE, 24, QUAI DU SEUJET CP 2391, GENEVE 1211 SWITZERLAND |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: SARAH CHAN/DIRECTOR, LEVEL 13 & 14, HONG KONG HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE | ALLEN & OVERY LLP, JOHN KIBLER JONATHAN CHO, 1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE | LAW OFFICES OF TALLY M. WIENER, ESQ., JTALLY M. WIENER, 119 WEST 72ND STREET, PMB 350, NEW YORK, NY 10023 |
| UBS AG | ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, ZURICH 8001 SWITZERLAND |

**Total Creditor Count 6**