WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:    (212) 382-3300
Facsimile:    (646) 365-6849
William A. Maher, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone:    (303) 945-7415
Facsimile:    (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (pro hac vice)

*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:                                    : | Chapter 11 |
|                                           : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*,  : |  |
|                                           : |  |
|        Debtors.                           : |  |

**NOTICE OF WITHDRAWAL AS TO CERTAIN PARTIES FOR
MOTION BY LEHMAN BROTHERS HOLDINGS INC. FOR ENTRY OF
AN OMNIBUS ORDER (I) TO ENFORCE AGAINST NONCOMPLIANT MORTGAGE
LOAN SELLERS, AND TO COMPEL THEM TO COMPLY WITH, THE ALTERNATIVE
DISPUTE RESOLUTION PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS
OF THE DEBTORS AGAINST MORTGAGE LOAN SELLERS, AND
(II) FOR CIVIL CONTEMPT SANCTIONS AGAINST SUCH NONCOMPLIANT
<u>MORTGAGE LOAN SELLERS FOR THEIR VIOLATION OF THE ORDER</u>**

**PLEASE TAKE NOTICE** that the *Motion by Lehman Brothers Holdings Inc. for Entry of*

*an Omnibus Order (I) to Enforce Against Noncompliant Mortgage Loan Sellers, and to Compel*

*Them to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification*

*Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for Their Violation of the Order* [**ECF No. 53946**] is hereby withdrawn without prejudice as to the following parties:

- Comstock Mortgage;
- Cornerstone Mortgage, Inc.;
- Family Mortgage Inc.;
- Parkside Lending, LLC; and
- Sacramento 1st Mortgage, Inc.

Dated: New York, New York
February 20, 2017

/s/John D. Giampolo
William A. Maher, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (pro hac vice)

*Attorneys for Lehman Brothers Holdings Inc.*