**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------------------- x | |
| In re: | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : Case No. 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : Ref. Docket No. 54389 |
| ------------------------------------------------------------------------- X | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DANIEL RAMIREZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 25, 2017, I caused to be served the "Notice of Defective Transfer," dated January 25, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Daniel Ramirez*
Daniel Ramirez

Sworn to before me this
26th day of January, 2017
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS, INC., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>Jointly Administered |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   BANK HAPOALIM (SWITZERLAND) LTD
              ATTN: MARK LAVENDER
              STOCKERSTRASSE 33
              ZURICH 8027
              SWITZERLAND


Transferee:   FALCON PRIVATE BANK LTD.
              ATTN: LEGAL & COMPLIANCE
              PELIKANSTRASSE 37
              ZURICH CH-8001
              SWITZERLAND


**Your transfer as presented is defective for the reason(s) checked below:**

( ) case closed on:
( ) address missing: (transferor) (transferee)
( ) signature of transferor missing
( ) claim number in error
( ) claim number not stated
( ) amount of transfer missing in Transfer Agreement
( ) not FRBP 3001(e)(2) OR (4); claim **NOT** on file
( ) not FRBP 3001(e)(1) OR (3); claim **ON** file
( ) notice amount does not match transfer agreement
( ) cannot docket transfer-claim #
   [ ] expunged by court order
   [ ] previously transferred
         By document #
(X) other
   (specify): Docket does not include ISIN code from which claim to transfer

NOTE:

**Docket Number: 54389**

/s/ Lauren Rodriguez
Epiq Bankruptcy Solutions LLC
as Claims Agent for the Debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January, 25, 2017

# EXHIBIT B

BANK HAPOALIM (SWITZERLAND) LTD
ATTN: MARK LAVENDER
STOCKERSTRASSE 33
ZURICH 8027
SWITZERLAND


FALCON PRIVATE BANK LTD.
ATTN: LEGAL & COMPLIANCE
PELIKANSTRASSE 37
ZURICH CH-8001
SWITZERLAND