**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- x
                                              : Chapter 11
In re:                                        :
                                              : Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*       :
                                              : (Jointly Administered)
                          Debtors.             :
                                              : Ref. Docket Nos. 53691, 54118,
                                              : 54119, 54123, 54388, 54396,
                                              : 54465, 54505, 54529, 54541,
                                              : 54542, 54543, 54544, 54545,
                                              : 54546, 54547, 54548, 54549,
                                              : 54550, 54551, 54552, 54553,
                                              : 54554, 54555, 54556, 54578,
                                              : 54579, 54580
---------------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 26, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 26, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
26th day of January, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2017

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000115972542 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 22479



BANK HAPOALIM (SWITZERLAND), LTD.
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER
STOCKERSTRASSE 33
ZURICH CH-8002
 SWITZERLAND

Please note that your claim # 555855-05 in the above referenced case and in the amount of
$200,000.00 allowed at $200,000.00 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH (UK)
TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
LONDON EC2N 2DB
 UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        54578                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/26/2017            Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 26, 2017.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANK EEK AG | TRANSFEROR: BERNER KANTONALBANK AG, C/O FINANZ-LOGISTIK AG, ATTN: MARCEL LEDERGERBER, ROSENBERGSTRASSE 16, ST. GALLEN 9004 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP84 SEGREGATED, PORTFOLIO, ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BERNER KANTONALBANK AG | LEGAL DEPARTMENT, BUNDESPLATZ 8, BERNE 3011 SWITZERLAND |
| BERNER KANTONALBANK AG | LEGAL DEPARTMENT, BUNDESPLATZ 8, BERNE 3011 SWITZERLAND |
| BERNER KANTONALBANK AG | LEGAL DEPARTMENT, BUNDESPLATZ 8, BERNE 3011 SWITZERLAND |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CBW LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CBW LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CBW LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CBW LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CBW LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CBW LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BLUE ANGEL CLAIMS, LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BLUE ANGEL CLAIMS, LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GFA I LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GFA I LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: TSO, LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: TSO, LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: ALTUNED HOLDINGS LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: ALTUNED HOLDINGS LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: ALTUNED HOLDINGS LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: ALTUNED HOLDINGS LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: ALTUNED HOLDINGS LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: ALTUNED HOLDINGS LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CBW LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CBW LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CBW LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CBW LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: GOLDENTREE MASTER FUND II, LTD., ATTN: BRIAN BLESSING, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A., C/O CRAVATH, SWAINE & MOORE LLP, ATTN: TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG, HONG KONG BRANCH | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH, C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP, ATTN: STEPHANIE SWEENEY, ESQ., 570 SEVENTH AVENUE, 17TH FLOOR, NEW YORK, NY 10018 |
| CREDIT SUISSE SINGAPORE BRANCH | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE SINGAPORE BRANCH | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE SINGAPORE BRANCH | 1 RAFFLES LINK, #05-02, SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE SINGAPORE BRANCH | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| EFG BANK AG | TRANSFEROR: CREDIT SUISSE AG, 24, QUAI DU SEUJET, CP2391, GENEVE 2 1211 SUISSE |
| EFG BANK AG | C/O KWJS & S, ATTN: ST. SWEENEY, 570 7TH AVENUE, 17TH FLOOR, NEW YORK, NY 10018-1624 |
| FEDDERSEN, URSULA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, LANGENSTEIN 18, DANISCHENHAGEN 24229 GERMANY |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| REGIOBANK SOLOTHURN AG | TRANSFEROR: UBS AG, C/O FINANZ-LOGISTIK AG, ATTN: MARCEL LEDERGERBER, ROSENBERGSTRASSE 16, ST. GALLEN 9004 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UNIONE DI BANCHE ITALIANE S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: SILVANA PISANI, VIA CAVRIANA, 20, |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| UNIONE DI BANCHE ITALIANE S.P.A. | MILANO 20134 ITALY |
| UNIONE DI BANCHE ITALIANE SPA | TRANSFEROR: BANCA FIDEURAM S.P.A., ATTN: ROBERTA BOSOTTI, PIAZZA VITTORIO VENETO N.8, BERGAMO 24100 ITALY |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| WEIB, ALEXANDER | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, HAUPTSR. 5, JETZENDORF 85305 GERMANY |

**Total Creditor Count 92**