**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ------------------------------------------------------------------------- x | |
| In re: | : Chapter 11 |
|  | : |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : Case No. 08-13555 (SCC) |
|  | : |
| Debtors. | : (Jointly Administered) |
|  | : |
|  | : Ref. Docket No. 54577 |
|  | : |
| ------------------------------------------------------------------------- X | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 26, 2017, I caused to be served the "Notice of Defective Transfer," dated January 5, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
26th day of January, 2017
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

VAN DER HEIJDEN'S BEHEER B.V.
P.A. VAN DER HEIJDEN
KLOOSTERSTRAAT 29
GEFFEN 5386 AR
NETHERLANDS

BAR(23) MAILID *** 000115972547 ***     LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1067

BEATUS BEHEER BV
DORPSTRAAT 15
GEFFEN 5386 AK
NETHERLANDS

**Your transfer of claim # 49166 is defective for the reason(s) checked below:**

Other No Transfer Amount Noted on Transfer Notice / Docket Text

Docket Number   54577            Date: 01/05/2017

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BEATUS BEHEER BV | DORPSTRAAT 15, GEFFEN 5386 AK NETHERLANDS |
| VAN DER HEIJDEN'S BEHEER B.V. | P.A. VAN DER HEIJDEN, KLOOSTERSTRAAT 29, GEFFEN 5386 AR NETHERLANDS |

**Total Creditor Count 2**