**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------------   x
                                                                           :    Chapter 11
In re:                                                                     :
                                                                           :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                                     :
                                                                           :    (Jointly Administered)
                                              Debtors.                     :
                                                                           :    Ref. Docket Nos. 54104, 54242,
                                                                           :    54395, 54410, 54581, 54582
------------------------------------------------------------------------   X
```

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 26, 2017, I caused to be served the "Notice of Defective Transfer," dated January 26, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ <i>Forrest Kuffer</i>
Forrest Kuffer

Sworn to before me this
26th day of January, 2017
<i>/s/ Sidney J. Garabato</i>
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                    Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., et al.
                                                          Case No. 08-13555 (SCC)

                                                          (Jointly Administered)

                                    Debtors.

## NOTICE OF DEFECTIVE TRANSFER

Transferor:     CREDIT SUISSE AG                          CREDIT SUISSE AG
                TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A.   C/O KWJS & S
                C/O CRAVATH, SWAINE & MOORE LLP           ATTN: ST. SWEENEY
                ATTN: TREVOR BROAD                        570 7TH AVENUE, 17TH FLOOR
                825 8TH AVENUE                            NEW YORK, NY 10018-1624
                NEW YORK, NY 10019


Transferee:     EFG BANK AG
                24, QUAI DU SEUJET
                CP 2391 1211
                GENEVE 2
                SUISSE

**Your transfer as presented is defective for the reason(s) checked below:**

( ) case closed on:
( ) address missing: (transferor) (transferee)
( ) signature of transferor missing
( ) claim number in error
( ) claim number not stated
( ) amount of transfer missing in Transfer Agreement
( ) not FRBP 3001(e)(2) OR (4); claim **NOT** on file
( ) not FRBP 3001(e)(1) OR (3); claim **ON** file
( ) notice amount does not match transfer agreement
( ) cannot docket transfer-claim #
    [ ] expunged by court order
    [ ] previously transferred
            By document #
(X) other
    (specify): with regard to Claim 55829 listed on the updated Transfer Notice, the ISIN in question was processed via DN 50831 –
There are no funds in ISIN XS0277877469 to process this updated Transfer

NOTE:

**Docket Number: 54104**

/s/ Lauren Rodriguez
Epiq Bankruptcy Solutions LLC
as Claims Agent for the Debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage
prepaid on January 26, 2017.

**EXHIBIT B**

**LBH_DEFTRANSNTC_ DN 54104 _1-26-17**

CREDIT SUISSE AG
TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A.
C/O CRAVATH, SWAINE & MOORE LLP
ATTN: TREVOR BROAD
825 8TH AVENUE
NEW YORK, NY 10019

**LBH_DEFTRANSNTC_ DN 54104 _1-26-17**

EFG BANK AG
24, QUAI DU SEUJET
CP 2391 1211
GENEVE 2
SUISSE

**LBH_DEFTRANSNTC_ DN 54242_1-26-17**

JADE TREE I, L.L.C.
SCOTT L. ESBIN
ESBIN & ALTER, LLP
497 SOUTH MAIN STREET
NEW CITY, NY 10956

**LBH_DEFTRANSNTC_ DN 54395 _1-26-17**

UBS AG
ATTN: HUGO KOLLER
BAHNHOFSTRASSE 45
8001 ZURICH
SWITZERLAND

**LBH_DEFTRANSNTC_ DN 54410 _1-26-17**

BANCA POPOLARE DI MILANO SCARL
ATTN: EMILIANO CORTINOVIS
PIAZZA MEDA N. 4
MILANO 20121
ITALY

**LBH_DEFTRANSNTC_ DN 54104 _1-26-17**

CREDIT SUISSE AG
C/O KWJS & S
ATTN: ST. SWEENEY
570 7TH AVENUE, 17TH FLOOR
NEW YORK, NY 10018-1624

**LBH_DEFTRANSNTC_ DN 54242_1-26-17**

JADE TREE I, L.L.C.
PO BOX 6463
NEW YORK, NY 10150

**LBH_DEFTRANSNTC_ DN 54242_1-26-17**

DEUTSCHE BANK AG, LONDON BRANCH
ATTN: RICH VICHAIDITH
C/O DEUTSCHE BANK SECURITIES INC.
60 WALL STREET
NEW YORK, NY 10005

**LBH_DEFTRANSNTC_ DN 54395 _1-26-17**

REGIOBANK SOLOTHURN AG
C/O FINANZ-LOGISTIK AG
ATTN: MARCEL LEDERGERBER
ROSENBERGSTRASSE 16
9004 ST. GALLEN
SWITZERLAND

**LBH_DEFTRANSNTC_ DN 54410_1-26-17**

CREDITO EMILIANO S.P.A.
ATTN: STEFANIA CATELLANI
VIA GANDHI 2/C
REGGIO EMILIA 42123
ITALY

**LBH_DEFTRANSNTC_ DN 54581-54582 _1-26-17**        **LBH_DEFTRANSNTC_ DN  54581-54582_1-26-17**

MORGAN STANLEY CAPITAL SERVICES, LLC
ATTN: CHIEF LEGAL OFFICER OR JOHN RAGUSA
1585 BROADWAY
NEW YORK, NY 10036

EMPYREAN INVESTMENTS, LLC
C/O EMPYREAN CAPITAL PARTNERS, LP
ATTN: STERLING HATHAWAY
10250 CONSTELLATION BLVD., STE 2950
NEW YORK, NY 10081