RECEIVED FEB 13 2017 U.S. BANKRUPTCY COURT SD DIST OF NEW YORK

FILED / RECEIVED
FEB 0 8 2017
EPIQ BANKRUPTCY SOLUTIONS, LLC

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings, Inc.,    Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee: Rajesh Vishnu Ajwani | Name of Transferor: **RBS Coutts Bank AG** |
| Name and Address where notices to transferee should be sent:<br>Apartment Pasadenia B705, Jalan Pacuan Kuda Raya, Pulomas, Jakarta Indonesia | Court Claim #: **45221**<br><br>Amount of Claim: Note: This is a partial transfer of claim. See attached Evidence of Transfer of Claim for Details<br><br>Date Claim Filed: 10/23/2009 |
| Phone: 62816729400 / 62816926466<br>Email: rajesh.ajwani@ptpinnacle.com<br>Last Four Digits of Acct #: NA | Phone:    +41 43 245'57'67<br>Email:    hans-peter.schmid@coutts.com<br>Last Four Digits of Acct. #:   n/a |

Name and Address where transferee payments should be sent (if different from above):

**Correspondent Bank:**
Deutsche Bank Trust Company
Americas, New York
BKTRUS33

**Beneficiary Bank:**
Bank J. Safra Sarasin Ltd, Singapore Branch
A/C no: 04-171-739
SWIFT BIC: SARASGSG
Name of Beneficiary: Rajesh Vishnu Ajwani / Anuradha Rajesh Ajwani / Arjun Rajesh Ajwani
Beneficiary A/C No: 83627799

Phone: 62 62308868 / 65 62308863
Email: Prateek.Manchanda@jsafrasarasin.com / Arpana.Rai@jsafrasarasin.com
Last Four Digits of Acct #: 83627799

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____    Date: Dec. 23, 2016
Rajesh Vishnu Ajwani

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Coutts & Co Ltd, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Rajesh Vishnu Ajwani, Apartment Pasadenia B705, Jalan Pacuan, Kuda Raya Pulomas, Jakarta, Indonesia** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221.36**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 09 January 2017

Coutts & Co Ltd

By: _____
Name: Kurt Hauser
Title: Associate

By: _____
Name: Hans-Peter Schmid
Title: Director

## SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0347785312 | 45221.36 | October 23, 2009 | Lehman Brothers Treasury BV | USD 200'000.00 |

**EXPRESS WORLDWIDE**  **DOX**  

2017-02-06 WSI 3.21.02 / *90-1411*

From: PINNACLE APPARELS PT
Rajesh Ajwani
GRAHA KIRANA.1ST FL SUITE 103
JL.YOS SUDARSO NO.88
14350 JAKARTA
Indonesia

Origin: **JKT**

Contact: Ph : 622165314680

To: Epiq Banktuptey Solutions,LLC
Lehman Brothers Hold Claims Process
777 Third Avanue,12th Floor
New York,NY
**10017 NEW YORK  NY**
United States Of America

Contact:
Ph :999999999999999

FILED / RECEIVED
FEB 0 8 2017
EPIQ SYSTEMS

**US-ZYP-TS3**

Day    Time

Pce/Shpt Weight    Piece
**0.50/0.5 kgs  1 / 1**

Contents:Documents



WAYBILL 87 3000 1615



(2L)US10017+42000000



(J) JD01 4600 0040 3720 2517