RECEIVED
FEB 13 2017
U.S. BANKRUPTCY COURT
S.D. DIST OF N.Y.

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors, Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CBH Compagnie Bancaire Hélvétique SA
Name of Transferee

Name and Address where notices to transferee should be sent:
CBH Compagnie Bancaire Helvétique SA
Boulevard Emile-Jaques-Dalcroze 7
1204 Geneva, Switzerland

Phone: +41 22 839 74 73
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: ____________
Last Four Digits of Acct #: ____________

Bank J Safra Sarasin (Gibraltar) Ltd
Name of Transferor

Court Claim # (if known): 46006
Date Claim Filed: 26 October 2009
Amount of Claim: USD 200,000
Portion of Claim Transferred (see Schedule I): USD 200,000

Phone: +350 2000 2500
Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature]
Transferee/Transferee's Agent

Date: February 1, 2017

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank J. Safra Sarasin (Gibraltar) Ltd** ("Transferor") unconditionally and irrevocably transferred to **CBH Compagnie Bancaire Helvétique, Geneva** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No 46006**) relating to the securities with International Securities Identification Numbers listed on **Schedule I** hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the forgoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON 19 December, 2016.

**Bank J. Safra Sarasin (Gibraltar) Ltd**

By: ______________________
Name: John Sergeant
Title: Chief Executive

By: ______________________
Name: Abigail Carroll
Title: Chief Operating Officer

## SCHEDULE I

## Lehman Program Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0277470943 | 46006 | 26 October 2009 | Lehman Brothers Treasury Co. BV. | USD200,000 |




Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Inc.
Distribution Forms Processing
777 Third Avenue, 12th Floor
New York, NY 10017
United States of America

**Transfer of Claim**

Dear Sir, Madam,

Please find attached an order to transfer the following Claim currently held with Bank J. Safra Sarasin (Gibraltar) Ltd:

| | |
|---|---|
| Court Claim #: | 46006 |
| Date Claim Filed: | 26 October 2009 |
| Amount of Claim: | USD 200,000 |
| ISIN: | XS0277470943 |

Please proceed the transfer to CBH Compagnie Bancaire Helvétique SA, Geneva, Switzerland.

Please kindly acknowledge the receipt of this letter and confirm that documents are in order for the transfer.

Do not hesitate to contact us if you need any other information or document at settlements@cbhbank.com.

Yours sincerely,

L. Marguerat

Ludovic Marguerat


EXPRESS WORLDWIDE
DOX
Origin
GVA
LEHMAN BROTHERS INC.
WINTER G.
THIRD AVENUE 777
JFKL US-ZYP-TS3
Recommended weight