B210A (Form 210A) (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Lehman Brothers Holdings Inc. | Case No. 08-13555 (JMP) |
|---|---|

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| CVI CVF II Lux Master S.a.r.l. | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferor | Name of Transferee |
| c/o CarVal Investors, LLC<br>9320 Excelsior Boulevard, 7th Floor<br>Hopkins, Minnesota 55343<br>Email: Carval_Gcsadminmpls@carval.com<br>Attn: Vincent Conley<br>Phone: 952-984-0340 | Court Claim # (if known): **67645**<br>Amount of Claim Transferred: **$1,000,000.00**<br>Date Claim Filed:  May 20, 2010 |

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| CVI CVF II Lux Master S.a.r.l<br>By: CarVal Investors, LLC<br>    Its Attorney-In-Fact<br><br>By: _____<br>Name:   Jeremiah Gerhardson<br>Title:   Authorized Signer<br>Transferee/Transferee's Agent | Date: February 16, 2017 |

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II Lux Master S.a.r.l.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (**Claim No. 67645**) in the amount of **$1,000,000.00** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of February ___16_____, 2017.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
    Its Attorney-In-Fact

By: _____
Name:    Jeromiah Gerhardson
Title:     Authorized Signer


DEUTSCHE BANK AG, LONDON BRANCH


By: _____
Name:
Title:

By: _____
Name:
Title:

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II Lux Master S.a.r.l.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (**Claim No. 67645**) in the amount of **$1,000,000.00** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of February_____16_____, 2017.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
    Its Attorney-In-Fact


By: _____
Name:
Title:



DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:
Title:

By: _____
Name:
Title:

B210A (Form 210A) (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Lehman Brothers Holdings Inc. | Case No. 08-13555 (JMP) |
|---|---|

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| **CVI CVF II Lux Master S.a.r.l.** | **Deutsche Bank AG, London Branch** |
|---|---|
| Name of Transferor | Name of Transferee |
| c/o CarVal Investors, LLC<br>9320 Excelsior Boulevard, 7th Floor<br>Hopkins, Minnesota 55343<br>Email: Carval_Gcsadminmpls@carval.com<br>Attn: Vincent Conley<br>Phone: 952-984-0340 | Court Claim # (if known): **67646**<br>Amount of Claim Transferred: **$1,000,000.00**<br>Date Claim Filed:  August 31, 2011 |

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| CVI CVF II Lux Master S.a.r.l<br>By: CarVal Investors, LLC<br>    Its Attorney-In-Fact<br><br>By: _____<br>Name:   Jeremiah Gerhardson<br>Title:   Authorized Signer<br>Transferee/Transferee's Agent | Date: February 16, 2017 |

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II Lux Master S.a.r.l.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brother Special Financing Inc. **(Claim No. 67646)** in the amount of **$1,000,000.00** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of February___16_____, 2017.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
    Its Attorney-In-Fact

By: _____
Name:    Jeremiah Gerhardson
Title:    Authorized Signer


DEUTSCHE BANK AG, LONDON BRANCH


By: _____
Name:
Title:

By: _____
Name:
Title:

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II Lux Master S.a.r.l.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brother Special Financing Inc. (**Claim No. 67646**) in the amount of **$1,000,000.00** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

        Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

        IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of February____16_____, 2017.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
    Its Attorney-In-Fact


By: _____
Name:
Title:



DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:
Title:

By: _____
Name:
Title:

B210A (Form 210A) (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Lehman Brothers Holdings Inc. | Case No. 08-13555 (JMP) |
|---|---|

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| **CVI CVF II Lux Master S.a.r.l.** | **Deutsche Bank AG, London Branch** |
|---|---|
| Name of Transferor | Name of Transferee |
| c/o CarVal Investors, LLC<br>9320 Excelsior Boulevard, 7th Floor<br>Hopkins, Minnesota 55343<br>Email: Carval_Gcsadminmpls@carval.com<br>Attn: Vincent Conley<br>Phone: 952-984-0340 | Court Claim # (if known): **66655**<br>Amount of Claim Transferred: $**1,000,000.00**<br>Date Claim Filed:  May 20, 2010 |

Name and address where transferee payments should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| CVI CVF II Lux Master S.a.r.l<br>By: CarVal Investors, LLC<br>    Its Attorney-In-Fact<br><br>By: _____<br>Name:    Jeremiah Gerhardson<br>Title:    Authorized Signer<br>Transferee/Transferee's Agent | Date: February 16, 2017 |

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II Lux Master S.a.r.l.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (**Claim No. 66655**) in the amount of **$1,000,000.00** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

        Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

        IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of February _____16_____, 2017.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
       Its Attorney-In-Fact

By: _____
Name:
Title:      Jeremiah Gerhardson
            Authorized Signer


DEUTSCHE BANK AG, LONDON BRANCH


By: _____
Name:
Title:


By: _____
Name:
Title:

EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II Lux Master S.a.r.l.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (**Claim No. 66655**) in the amount of **$1,000,000.00** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of February___16_____, 2017.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
    Its Attorney-In-Fact

By: _____
Name:
Title:

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:
Title:

By: _____
Name:
Title:

B210A (Form 210A) (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Lehman Brothers Holdings Inc. | Case No. 08-13555 (JMP) |
|---|---|

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| **CVI CVF II Lux Master S.a.r.l.** | **Deutsche Bank AG, London Branch** |
|---|---|
| Name of Transferor | Name of Transferee |
| c/o CarVal Investors, LLC<br>9320 Excelsior Boulevard, 7th Floor<br>Hopkins, Minnesota 55343<br>Email: Carval_Gcsadminmpls@carval.com<br>Attn: Vincent Conley<br>Phone: 952-984-0340 | Court Claim # (if known): **66653**<br>Amount of Claim Transferred: **$1,000,000.00**<br>Date Claim Filed:  May 20, 2010 |

Name and address where transferee payments should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| CVI CVF II Lux Master S.a.r.l<br>By: CarVal Investors, LLC<br>    Its Attorney-In-Fact<br><br>By: _____<br>Name:  Jeremiah Gerhardson<br>Title:  Authorized Signer<br>Transferee/Transferee's Agent | Date: February 16, 2017 |

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II Lux Master S.a.r.l.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brother Special Financing Inc. **(Claim No. 66653)** in the amount of **$1,000,000.00** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of February_____16_____, 2017.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
      Its Attorney-In-Fact

By: _____
Name:    Jeremiah Gerhardson
Title:    Authorized Signer


DEUTSCHE BANK AG, LONDON BRANCH


By: _____
Name:
Title:

By: _____
Name:
Title:

EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II Lux Master S.a.r.l.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brother Special Financing Inc. (**Claim No. 66653**) in the amount of **$1,000,000.00** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

        Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

        IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of February____16_____, 2017.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
    Its Attorney-In-Fact

By: _____
Name:
Title:

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:
Title:

By: _____
Name:
Title:

B210A (Form 210A) (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Lehman Brothers Holdings Inc. | Case No. 08-13555 (JMP) |
|---|---|

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

 A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
partial transfer, other than for security, of an undivided interest in the claim referenced in this
evidence and notice.

| **CVI CVF II Lux Master S.a.r.l.** | **Deutsche Bank AG, London Branch** |
|---|---|
| Name of Transferor | Name of Transferee |
| c/o CarVal Investors, LLC | Court Claim # (if known): **67375** |
| 9320 Excelsior Boulevard, 7th Floor | Amount of Claim Transferred: $**28,333,333.33** |
| Hopkins, Minnesota 55343 | Date Claim Filed:  March 11, 2011 |
| Email:  Carval_Gcsadminmpls@carval.com | |
| Attn: Vincent Conley | |
| Phone: 952-984-0340 | |

Name and address where transferee payments should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and correct to
the best of my knowledge and belief.

| CVI CVF II Lux Master S.a.r.l<br>By: CarVal Investors, LLC<br>Its Attorney-In-Fact<br><br>By: _____<br>Name:    Jeremiah Gerhardson<br>Title:    Authorized Signer<br>Transferee/Transferee's Agent | Date: February 16, 2017 |
|---|---|

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II Lux Master S.a.r.l.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (**Claim No. 67375**) in the amount of **$28,333,333.33** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of February_____16_____, 2017.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
    Its Attorney-In-Fact

By: _____
Name:   Jeremiah Gerhardson
Title:     Authorized Signer


DEUTSCHE BANK AG, LONDON BRANCH


By: _____
Name:
Title:


By: _____
Name:
Title:

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II Lux Master S.a.r.l.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (**Claim No. 67375**) in the amount of **$28,333,333.33** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of February____16_____, 2017.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
    Its Attorney-In-Fact

By: _____
Name:
Title:


DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:
Title:

By: _____
Name:
Title:

B210A (Form 210A) (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Lehman Brothers Holdings Inc. | Case No. 08-13555 (JMP) |
|---|---|

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| **CVI CVF II Lux Master S.a.r.l.** | **Deutsche Bank AG, London Branch** |
|---|---|
| Name of Transferor | Name of Transferee |
| c/o CarVal Investors, LLC | Court Claim # (if known): **28821** |
| 9320 Excelsior Boulevard, 7th Floor | Amount of Claim Transferred: $**28,333,333.33** |
| Hopkins, Minnesota 55343 | Date Claim Filed:  September 22, 2009 |
| Email:  Carval_Gcsadminmpls@carval.com | |
| Attn: Vincent Conley | |
| Phone: 952-984-0340 | |

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| CVI CVF II Lux Master S.a.r.l<br>By: CarVal Investors, LLC<br>    Its Attorney-In-Fact<br><br>By: _____<br>Name:     Jeremiah Gerhardson<br>Title:      Authorized Signer<br>Transferee/Transferee's Agent | Date: February 16, 2017 |
|---|---|

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II Lux Master S.a.r.l.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brother Special Financing Inc. **(Claim No. 28821)** in the amount of **$28,333,333.33** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of February___16_____, 2017.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
   Its Attorney-In-Fact

By: _____
Name:    Jeremiah Gerhardson
Title:    Authorized Signer


DEUTSCHE BANK AG, LONDON BRANCH


By: _____
Name:
Title:

By: _____
Name:
Title:

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II Lux Master S.a.r.l.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brother Special Financing Inc. (**Claim No. 28821**) in the amount of **$28,333,333.33** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of February____16_____, 2017.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
    Its Attorney-In-Fact

By: _____
Name:
Title:

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:
Title:

By: _____
Name:
Title:

B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Lehman Brothers Holdings Inc. | Case No. 08-13555 (JMP) |
|---|---|

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

 A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| **CVI CVF II Lux Master S.a.r.l.** | **Deutsche Bank AG, London Branch** |
|---|---|
| Name of Transferor | Name of Transferee |
| c/o CarVal Investors, LLC<br>9320 Excelsior Boulevard, 7th Floor<br>Hopkins, Minnesota 55343<br>Email: Carval_Gcsadminmpls@carval.com<br>Attn: Vincent Conley<br>Phone: 952-984-0340 | Court Claim # (if known): **14870**<br>Amount of Claim Transferred: $**21,442,880.68**<br>Date Claim Filed:  September 18, 2009 |

Name and address where transferee payments should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| CVI CVF II Lux Master S.a.r.l<br>By: CarVal Investors, LLC<br> Its Attorney-In-Fact<br><br>By: _____<br>Name: Jeremiah Gerhardson<br>Title: Authorized Signer<br>Transferee/Transferee's Agent | Date: February 16, 2017 |
|---|---|

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II Lux Master S.a.r.l.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. **(Claim No. 14870)** in the amount of **$21,442,880.68** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of February___16___, 2017.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
    Its Attorney-In-Fact

By: _____
Name:
Title:    Jeremiah Gerhardson
          Authorized Signer


DEUTSCHE BANK AG, LONDON BRANCH


By: _____
Name:
Title:

By: _____
Name:
Title:

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II Lux Master S.a.r.l.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (**Claim No. 14870**) in the amount of **$21,442,880.68** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of February___16_____, 2017.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
    Its Attorney-In-Fact

By: _____
Name:
Title:

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:
Title:

By: _____
Name:
Title:

B210A (Form 210A) (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Lehman Brothers Holdings Inc. | Case No. 08-13555 (JMP) |
|---|---|

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

 A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
partial transfer, other than for security, of an undivided interest in the claim referenced in this
evidence and notice.

| **CVI CVF II Lux Master S.a.r.l.** | **Deutsche Bank AG, London Branch** |
|---|---|
| Name of Transferor | Name of Transferee |
| c/o CarVal Investors, LLC | Court Claim # (if known): **14865** |
| 9320 Excelsior Boulevard, 7th Floor | Amount of Claim Transferred: **$21,442,880.68** |
| Hopkins, Minnesota 55343 | Date Claim Filed:  September 18, 2009 |
| Email:  Carval_Gcsadminmpls@carval.com | |
| Attn: Vincent Conley | |
| Phone: 952-984-0340 | |

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to
the best of my knowledge and belief.

| CVI CVF II Lux Master S.a.r.l | |
|---|---|
| By: CarVal Investors, LLC | |
| Its Attorney-In-Fact | |
| By: _____ | |
| Name:   Jeremiah Gerhardson | Date: February 16, 2017 |
| Title:   Authorized Signer | |
| Transferee/Transferee's Agent | |

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II Lux Master S.a.r.l.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brother Special Financing Inc. (**Claim No. 14865**) in the amount of **$21,442,880.68** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of February_____16_____, 2017.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
     Its Attorney-In-Fact

By: _____
Name:
Title:    Jeremiah Gerhardson
          Authorized Signer


DEUTSCHE BANK AG, LONDON BRANCH


By: _____
Name:
Title:


By: _____
Name:
Title:

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II Lux Master S.a.r.l.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brother Special Financing Inc. (**Claim No. 14865**) in the amount of **$21,442,880.68** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of February____16_____, 2017.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
    Its Attorney-In-Fact

By: _____
Name:
Title:

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:
Title:

By: _____
Name:
Title:

B210A (Form 210A) (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Lehman Brothers Holdings Inc. | Case No. 08-13555 (JMP) |
|---|---|

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

 A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| **CVI CVF II Lux Master S.a.r.l.** | **Deutsche Bank AG, London Branch** |
|---|---|
| Name of Transferor | Name of Transferee |
| c/o CarVal Investors, LLC<br>9320 Excelsior Boulevard, 7th Floor<br>Hopkins, Minnesota 55343<br>Email: Carval_Gcsadminmpls@carval.com<br>Attn: Vincent Conley<br>Phone: 952-984-0340 | Court Claim # (if known): **19249**<br>Amount of Claim Transferred: **$1,023,785.99**<br>Date Claim Filed:  September 18, 2009 |

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| CVI CVF II Lux Master S.a.r.l<br>By: CarVal Investors, LLC<br>   Its Attorney-In-Fact<br><br>By: _____<br>Name:    Jeremiah Gerhardson<br>Title:    Authorized Signer<br>Transferee/Transferee's Agent | Date: February 16, 2017 |

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II Lux Master S.a.r.l.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (**Claim No. 19249**) in the amount of **$1,023,785.99** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of February_____16_____, 2017.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
    Its Attorney-In-Fact

By: _____
Name:
Title:    Jeremiah Gerhardson
          Authorized Signer


DEUTSCHE BANK AG, LONDON BRANCH


By: _____
Name:
Title:


By: _____
Name:
Title:

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II Lux Master S.a.r.l.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (**Claim No. 19249**) in the amount of **$1,023,785.99** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of February____16_____, 2017.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
    Its Attorney-In-Fact


By: _____
Name:
Title:



DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:
Title:

By: _____
Name:
Title:

B210A (Form 210A) (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Lehman Brothers Holdings Inc. | Case No. 08-13555 (JMP) |
|---|---|

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

 A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| **CVI CVF II Lux Master S.a.r.l.**<br>Name of Transferor | **Deutsche Bank AG, London Branch**<br>Name of Transferee |
|---|---|
| c/o CarVal Investors, LLC<br>9320 Excelsior Boulevard, 7th Floor<br>Hopkins, Minnesota 55343<br>Email: Carval_Gcsadminmpls@carval.com<br>Attn: Vincent Conley<br>Phone: 952-984-0340 | Court Claim # (if known): **18967**<br>Amount of Claim Transferred: $**1,023,785.99**<br>Date Claim Filed:  September 18, 2009 |

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| CVI CVF II Lux Master S.a.r.l<br>By: CarVal Investors, LLC<br>Its Attorney-In-Fact<br><br>By: _____<br>Name: Jeremiah Gerhardson<br>       Authorized Signer<br>Title:  Transferor/Transferee's Agent | Date: February 16, 2017 |

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II Lux Master S.a.r.l.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brother Special Financing Inc. **(Claim No. 18967)** in the amount of **$1,023,785.99** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of February ____16____, 2017.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
    Its Attorney-In-Fact

By: _____
Name:    Jeremiah Gerhardson
Title:    Authorized Signer


DEUTSCHE BANK AG, LONDON BRANCH


By: _____
Name:
Title:

By: _____
Name:
Title:

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Deutsche Bank AG, London Branch** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II Lux Master S.a.r.l.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brother Special Financing Inc. (**Claim No. 18967**) in the amount of **$1,023,785.99** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of February _____ 16 _____, 2017.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
    Its Attorney-In-Fact

By: _____
Name:
Title:

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:
Title:

By: _____
Name:
Title: