WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :    08-13555 (SCC)
                                                               :
              Debtors.                                         :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR THE ONE HUNDRED FIFTH OMNIBUS
## AND CLAIMS HEARING ON FEBRUARY 23, 2017 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

I. **ADVERSARY PROCEEDINGS:**

1. Lehman Brothers Holdings Inc. v. 1st Advantage Mortgage, L.L.C., *et al.* [**Adversary Proceeding No.16-01019,** *et al.*] (See related parties listed hereto as Exhibit A)

    A. Motion of Lehman Brothers Holdings Inc. to Bind Additional Defendants to the Existing Case Management Order [**ECF No. 334**]

    B. Objection of Commerce Home Mortgage, Inc. f/k/a BWC Mortgage Services f/k/a Simonich Corporation, MC Advantage, LLC, f/k/a Republic Mortgage Home Loans, LLC, Ross Mortgage Corporation, Loan Simple, Inc. f/k/a Ascent Home Loans Inc., Millennium Mortgage Capital [**ECF No. 389**]

      C.    Amended Objection of Commerce Home Mortgage, Inc. f/k/a BWC Mortgage Services f/k/a Simonich Corporation, MC Advantage, LLC, f/k/a Republic Mortgage Home Loans, LLC, Ross Mortgage Corporation, Loan Simple, Inc. f/k/a Ascent Home Loans Inc., Millennium Mortgage Capital [**ECF No. 390**]

      D.    Conditional Withdrawal of Limited Objection of Commerce Home Mortgage, Inc. f/k/a BWC Mortgage Services f/k/a Simonich Corporation, MC Advantage, LLC, f/k/a Republic Mortgage Home Loans, LLC, Ross Mortgage Corporation, Loan Simple, Inc. f/k/a Ascent Home Loans Inc., Millennium Mortgage Capital [**ECF No. 393**]

Status: This matter is going forward on an uncontested basis as to all defendants subject to the removal of paragraph 6 from the original proposed order.

2.    Lehman Brothers Holdings Inc. v. 1st Advantage Mortgage, L.L.C., *et al.* [**Adversary Proceeding No. 16-01019,** *et al.*] (See related cases listed hereto as Exhibit B)

      A.    Motion for an Order to Administratively Consolidate Adversary Proceeding Dockets Under the Case Management Order [**ECF No. 336**]

      B.    Objection of Response Mortgage Services, Inc. [**ECF No. 380**]

      C.    Amended Objection of Response Mortgage Services, Inc. [**ECF No. 381**]

      D.    Letter of Suburban Mortgage, Inc. to Judge Chapman from Lani A. Adler Regarding Opposition to the Motion of LBHI [**ECF No. 383**]

      E.    Presentment of Revised Proposed Order to Administratively Coordinate Adversary Proceeding Dockets Under the Case Management Order and Pursuant to U.S.C. § 105(a) [**ECF No. 384**]

      F.    Reply of Lehman Brothers Holdings Inc. in Further Support of Its Motion for an Order to Administratively Consolidate Adversary Proceeding Dockets Under the Case Management Order and Pursuant to U.S.C. § 105(a) and Bankruptcy Rule 7042 [**ECF No. 392**]

Status: This matter is going forward on an uncontested basis as to all defendants other than the defendants in Lehman Brothers Holdings Inc. v. Suburban Mortgage, Inc. [**Adversary Proceeding No. 16-01295**] and Lehman Brothers

Holdings Inc. v. Response Mortgage Services, Inc. [**Adversary Proceeding No. 16-01343**].

II.   **ADJOURNED MATTERS:**

3.   Motion of Lehman Brothers Holdings Inc. in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 51241**]

   Status:  This matter has been adjourned to March 21, 2017 at 10:00 a.m.

4.   Corrected Plan Administrator's Objection to Claim Numbers 32710 and 32711 [**ECF No. 54592**]

   Status:  This matter has been adjourned to March 21, 2017 at 10:00 a.m.

5.   Second Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 52574**]

   Status:  This matter has been adjourned to March 21, 2017 at 10:00 a.m.

6.   Motion for Entry of an Omnibus Order (I) to Enforce Against Noncompliant Mortgage Loan Sellers, and to Compel them to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for their Violation of the Order [**ECF No. 53946**]

   Status:  This matter has been adjourned to March 21, 2017 at 10:00 a.m.

7. The Plan Administrator's Objection to Claim Number 16838 (Highland CDO Opportunity Master Fund, L.P.) [**ECF No. 52750**]

Status: This matter has been adjourned to March 21, 2017 at 10:00 a.m.

Dated: February 22, 2017
New York, New York

/s/ Garrett A. Fail
Jacqueline Marcus
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**EXHIBIT A**

| PARTY NAME (Adversary Proceeding No.) |
| --- |
| 1AM, L.L.C. f/k/a 1st Advantage Mortgage, L.L.C. (16-01377-SCC) |
| |
| American Pacific Mortgage Corporation (16-01360-SCC) |
| |
| America's Mortgage, LLC (16-01378-SCC) |
| |
| Aurora Financial, LLC f/k/a Aurora Mortgage, LLC (16-01312-SCC) |
| |
| Avonwood Capital Corporation (16-01358-SCC) |
| |
| BWC Mortgage Services (16-01376-SCC) |
| |
| BWC Real Estate, Inc. (16-01376-SCC) |
| |
| California Financial Group, Inc. (16-01340-SCC) |
| |
| Capital Bank Corporation (16-01367-SCC) |
| |
| Circle One Mortgage Company (16-01364-SCC) |
| |
| Commerce Home Mortgage, Inc. f/k/a Simonich Corp. (16-01376-SCC) |
| |
| DB Structured Products, Inc. (16-01375-SCC) |
| |
| Diversified Capital Funding, Inc. (16-01360-SCC) |
| |
| Draper and Kramer Mortgage Corporation d/b/a 1st Advantage Mortgage (16-01377-SCC) |
| |
| Eagle Mortgage Holdings, LLC as successor by merger to Eagle Home Mortgage, Inc. (16-01383-SCC) |
| |
| Embrace Home Loans, Inc. (16-01380-SCC) |
| |
| First Capital Corporation of Los Angeles (16-01379-SCC) |
| |
| First National Bank (16-01364-SCC) |
| |
| Guild Mortgage Company (17-01001-SCC) |

| |
|---|
| Home Capital Funding d/b/a Security One Lending (16-01344-SCC) |
| Loan Correspondents, Inc. (16-01337-SCC) |
| Loan Simple, Inc. f/k/a Ascent Home Loans Inc. (16-01309-SCC) |
| loanDepot.com, LLC (16-01283-SCC) |
| Loanguy.com (16-01338-SCC) |
| MC Advantage, LLC f/k/a Republic Mortgage Home Loans, LLC (16-01334-SCC) |
| Millennium Mortgage Corporation (16-01372-SCC) |
| Millennium Mortgage Capital (16-01372-SCC) |
| North Atlantic Mortgage Corporation (16-01339-SCC) |
| PHH Home Loans, LLC, as successor by merger to Sunbelt Lending Services, Inc., f/k/a Arvida Mortgage Services, Inc. (16-01356-SCC) |
| Primary Capital Mortgage, LLC f/k/a Primary Capital Advisors LC (16-01323-SCC) |
| Reliant Mortgage Company, LLC (16-01335-SCC) |
| Ross Mortgage Corporation (16-01324-SCC) |
| RMR Financial, LLC, individually and as successor by merger to Axiom Financial, LLC, f/k/a Axiom Financial, Inc. (16-01356-SCC) |
| RPM Mortgage, Inc. (16-01352-SCC) |
| Santander Bank, N.A. f/k/a Sovereign Bank, FSB (16-01357-SCC) |
| Secured Capital Funding Corp. (16-01370-SCC) |
| The Mortgage Store Financial, Inc. (16-01354-SCC) |
| TMG Financial Services, Inc. (16-01362-SCC) |

| |
|---|
| WEI Mortgage LLC f/k/a WEI Mortgage Corporation (16-01346-SCC) |
| |
| Wintrust Mortgage Corporation (16-01369-SCC) |
| |
| WJ Capital Corporation (16-01370-SCC) |

WEIL:\95983579\5\58399.0011

**EXHIBIT B**

| | CASE NAME | ADVERSARY PROCEEDING NUMBER |
|---|---|---|
| 1. | LBHI v. Stearns Lending, LLC | 16-01001-SCC |
| 2. | LBHI v. Standard Pacific Mortgage, Inc. f/k/a Family Lending Services, Inc. | 16-01002-SCC |
| 3. | LBHI v. American Bank and Congressional Bancshares, Inc. (successor-in-interest) | 16-01003-SCC |
| 4. | LBHI v. 1st Advantage Mortgage, L.L.C., et al. | 16-01019-SCC |
| 5. | LBHI v. iMortgage.com, Inc. & LoanDepot.com, LLC | 16-01283-SCC |
| 6. | LBHI v. Approved Funding Corp. | 16-01284-SCC |
| 7. | LBHI v. Bank of England | 16-01285-SCC |
| 8. | LBHI v. Broadview Mortgage Corporation | 16-01286-SCC |
| 9. | LBHI v. Cherry Creek Mortgage Co., Inc. | 16-01287-SCC |
| 10. | LBHI v. Cornerstone Mortgage, Inc. | 16-01288-SCC |

WEIL:\95983579\5\58399.0011

|  | **CASE NAME** | **ADVERSARY PROCEEDING NUMBER** |
|---|---|---|
| 11. | LBHI v. First Bank | 16-01289-SCC |
| 12. | LBHI v. First Mortgage Corporation | 16-01290-SCC |
| 13. | LBHI v. Gateway Mortgage Group, LLC | 16-01291-SCC |
| 14. | LBHI v. Guaranteed Rate, Inc. | 16-01292-SCC |
| 15. | LBHI v. Paramount Residential Mortgage Group, Inc. | 16-01293-SCC |
| 16. | LBHI v. Shea Mortgage Inc. | 16-01294-SCC |
| 17. | LBHI v. Suburban Mortgage, Inc. | 16-01295-SCC |
| 18. | LBHI v. Sun American Mortgage Company | 16-01296-SCC |
| 19. | LBHI v. Universal American Mortgage Company, LLC | 16-01297-SCC |
| 20. | LBHI v. Oaktree Funding Corp. | 16-01298-SCC |
| 21. | LBHI v. New Fed Mortgage Corp. | 16-01299-SCC |

9

| | CASE NAME | ADVERSARY PROCEEDING NUMBER |
|---|---|---|
| 22. | LBHI v. American Home Equity Corporation | 16-01300-SCC |
| 23. | LBHI v. MegaStar Financial Corp. | 16-01301-SCC |
| 24. | LBHI v. Bondcorp Realty Services Inc. | 16-01302-SCC |
| 25. | LBHI v. City First Mortgage Services, L.L.C. | 16-01303-SCC |
| 26. | LBHI v. Mega Capital Funding, Inc. | 16-01304-SCC |
| 27. | LBHI v. First Equity Mortgage Bankers, Inc. | 16-01305-SCC |
| 28. | LBHI v. Crestline Funding Corporation | 16-01306-SCC |
| 29. | LBHI v. First Residential Mortgage Services Corporation | 16-01307-SCC |
| 30. | LBHI v. Parkside Lending, LLC | 16-01308-SCC |
| 31. | LBHI v. Loan Simple, Inc. f/k/a Ascent Home Loans, Inc. | 16-01309-SCC |
| 32. | LBHI v. Pemm.Tek Mortgage Services, LLC | 16-01310-SCC |

|  | **CASE NAME** | **ADVERSARY PROCEEDING NUMBER** |
|---|---|---|
| 33. | LBHI v. Atlantic Bay Mortgage Group, L.L.C. | 16-01311-SCC |
| 34. | LBHI v. Aurora Financial, LLC f/k/a Aurora Mortgage, LLC | 16-01312-SCC |
| 35. | LBHI v. First California Mortgage Company | 16-01313-SCC |
| 36. | LBHI v. Southeast Funding Alliance, Inc. | 16-01314-SCC |
| 37. | LBHI v. Global Advisory Group, Inc. | 16-01315-SCC |
| 38. | LBHI v. Sterling National Mortgage Company, Inc. | 16-01316-SCC |
| 39. | LBHI v. Hartland Mortgage Centers, Inc. | 16-01317-SCC |
| 40. | LBHI v. Mortgage Capital Associates, Inc. | 16-01318-SCC |
| 41. | LBHI v. Home Loan Mortgage Corporation | 16-01319-SCC |
| 42. | LBHI v. Lakeland Mortgage Corporation | 16-01320-SCC |
| 43. | LBHI v. K&B Capital Corp. | 16-01321-SCC |

|     | CASE NAME | ADVERSARY PROCEEDING NUMBER |
|-----|-----------|------------------------------|
| 44. | LBHI v. Maribella Mortgage, LLC | 16-01322-SCC |
| 45. | LBHI v. Primary Capital Mortgage, LLC f/k/a Primary Capital Advisors LC | 16-01323-SCC |
| 46. | LBHI v. Ross Mortgage Corporation | 16-01324-SCC |
| 47. | LBHI v. SecurityNational Mortgage Company | 16-01325-SCC |
| 48. | LBHI v. WR Starkey Mortgage, LLP | 16-01326-SCC |
| 49. | LBHI v. National Funding Company, LLC | 16-01327-SCC |
| 50. | LBHI v. Mortgage Partners, Inc. | 16-01328-SCC |
| 51. | LBHI v. Oro Real, Inc. | 16-01330-SCC |
| 52. | LBHI v. The Lending Company, Inc. | 16-01331-SCC |
| 53. | LBHI v. CMG Mortgage, Inc. | 16-01332-SCC |
| 54. | LBHI v. Windsor Capital Mortgage Corporation | 16-01333-SCC |

WEIL:\95983579\5\58399.0011

|  | **CASE NAME** | **ADVERSARY PROCEEDING NUMBER** |
|---|---|---|
| 55. | LBHI v. MC Advantage, LLC, f/k/a Republic Mortgage Home Loans, LLC | 16-01334-SCC |
| 56. | LBHI v. Popular Mortgage Corp. | 16-01335-SCC |
| 57. | LBHI v. Wall Street Mortgage Bankers, LTD. | 16-01336-SCC |
| 58. | LBHI v. Loan Correspondents, Inc. | 16-01337-SCC |
| 59. | LBHI v. Loanguy.com | 16-01338-SCC |
| 60. | LBHI v. North Atlantic Mortgage Corporation | 16-01339-SCC |
| 61. | LBHI v. California Financial Group, Inc. | 16-01340-SCC |
| 62. | LBHI v. Sierra Pacific Mortgage Company Inc. | 16-01341-SCC |
| 63. | LBHI v. Home Loan Center, Inc. | 16-01342-SCC |
| 64. | LBHI v. Response Mortgage Services, Inc. | 16-01343-SCC |
| 65. | LBHI v. Home Capital Funding d/b/a Security One Lending | 16-01344-SCC |

WEIL:\95983579\5\58399.0011

|  | **CASE NAME** | **ADVERSARY PROCEEDING NUMBER** |
|---|---|---|
| 66. | LBHI v. Directors Mortgage, Inc. | 16-01345 |
| 67. | LBHI v. WEI Mortgage LLC f/k/a WEI Mortgage Corporation | 16-01346-SCC |
| 68. | LBHI v. American Lending Network, Inc. | 16-01347-SCC |
| 69. | LBHI v. Flick Mortgage Investors, Inc. | 16-01348-SCC |
| 70. | LBHI v. Mountain West Financial, Inc. | 16-01349-SCC |
| 71. | LBHI v. Sacramento 1st Mortgage, Inc. individually and as successor by merger to Comstock Mortgage | 16-01350-SCC |
| 72. | LBHI v. Arlington Capital Mortgage Corporation and Gateway Funding Diversified Mortgage Services, L.P. | 16-01351-SCC |
| 73. | LBHI v. NL Inc. and RPM Mortgage, Inc. | 16-01352-SCC |
| 74. | LBHI v. PMAC Lending Services, Inc., individually and as successor by merger to PMC Bancorp, f/k/a Professional Mortgage Corp., and as successor by merger to Reliant Mortgage Company, LLC, and PMC Bancorp, f/k/a Professional Mortgage Corp., individually, and Reliant Mortgage Company, LLC, individually | 16-01353-SCC |
| 75. | LBHI v. The Mortgage Store Financial, Inc. | 16-01354-SCC |

WEIL:\95983579\5\58399.0011

|  | **CASE NAME** | **ADVERSARY PROCEEDING NUMBER** |
|---|---|---|
| 76. | LBHI v. PHH Home Loans, LLC, as successor by merger to Sunbelt Lending Services, Inc., f/k/a Arvida Mortgage Services, Inc., and RMR Financial, LLC, individually and as successor by merger to Axiom Financial, LLC, f/k/a Axiom Financial, Inc. | 16-01356-SCC |
| 77. | LBHI v. Santander Bank, N.A., f/k/a Sovereign Bank, FSB, | 16-01357-SCC |
| 78. | LBHI v. Sunset Mortgage Company L.P. and Avonwood Capital Corporation | 16-01358-SCC |
| 79. | LBHI v. CTX Mortgage Company, LLC | 16-01359-SCC |
| 80. | LBHI v. Diversified Capital Funding, Inc. and American Pacific Mortgage Corporation, individually and as successor by merger to Diversified Capital Funding, Inc. | 16-01360-SCC |
| 81. | LBHI v. Residential Home Funding Corp. | 16-01361-SCC |
| 82. | LBHI v. TMG Financial Services, Inc. | 16-01362-SCC |
| 83. | LBHI v. Gateway Bank, F.S.B. | 16-01363-SCC |
| 84. | LBHI v. Circle One Mortgage Company and First National Bank | 16-01364-SCC |
| 85. | LBHI v. Republic State Mortgage Co., individually and as Successor by merger to Union Trust Mortgage Corporation | 16-01365-SCC |

15

| | CASE NAME | ADVERSARY PROCEEDING NUMBER |
|---|---|---|
| 86. | LBHI v. Guaranty Bank, FSB | 16-01366-scc |
| 87. | LBHI v. Capital Bank Corporation, as successor by merger to TIB Bank | 16-01367-SCC |
| 88. | LBHI v. Greenpoint Mortgage Funding, Inc. | 16-01368-SCC |
| 89. | LBHI v. Wintrust Mortgage Corporation | 16-01369-SCC |
| 90. | LBHI v. WJ Capital Corporation, and Secured Capital Funding Corp., as successor by merger to WJ Capital Corporation | 16-01370-SCC |
| 91. | LBHI v. Winstar Mortgage Partners, Inc. | 16-01371-SCC |
| 92. | LBHI v. Millennium Mortgage Corporation and Millennium Mortgage Capital | 16-01372-SCC |
| 93. | LBHI v. Freedom Mortgage Corporation | 16-01373-SCC |
| 94. | LBHI v. DHI Mortgage Company Ltd. | 16-01374-SCC |
| 95. | LBHI v. MortgageIT, Inc. and DB Structured Products, Inc. | 16-01375-SCC |
| 96. | LBHI v. BWC Mortgage Services, BWC Real Estate Inc. and Commerce Home Mortgage, Inc. f/k/a Simonich Corp. | 16-01376-SCC |

WEIL:\95983579\5\58399.0011

|  | **CASE NAME** | **ADVERSARY PROCEEDING NUMBER** |
|---|---|---|
| 97. | LBHI v. 1AM, L.L.C. f/k/a 1st Advantage Mortgage, L.L.C., and Draper And Kramer Mortgage Corporation d/b/a 1st Advantage Mortgage | 16-01377-SCC |
| 98. | LBHI v. America's Mortgage Alliance, Inc. and America's Mortgage, LLC | 16-01378-SCC |
| 99. | LBHI v. First Capital Group, L.P. and First Capital Corporation of Los Angeles | 16-01379-SCC |
| 100. | LBHI v. Embrace Home Loans, Inc. | 16-01380-SCC |
| 101. | LBHI v. Fairmont Funding Ltd. | 16-01382-SCC |
| 102. | LBHI v. Eagle Mortgage Holdings, LLC as successor by merger to Eagle Home Mortgage, Inc.; and Universal American Mortgage Company, LLC | 16-01383-SCC |
| 103. | LBHI v. Guild Mortgage Company | 17-01001-SCC |