**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Richard L. Levine
212-310-8286
richard.levine@weil.com

February 22, 2017

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: **Lehman Brothers Holdings Inc.**
    **ADR Procedures Order Dated 9/17/09 (the "Order")**
    **Eighty-second Status Report**

Dear Judge Chapman:

The six Tier One Mediators again have requested that we submit this report to the Court (the eighty-second) pursuant to Order ¶13 that governs the Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. We will file this report on the docket in advance of tomorrow's omnibus hearing.

Five hundred ADR Notices have been served in Tiers One and Two. In the 92 days following the last prior report, the Lehman entities closed settlements in seven additional ADR matters (all following mediation) involving seven counterparties. Including the approximately $3.86 million from these new settlements, Lehman Brothers Holdings Inc. and its affiliates who were chapter 11 debtors have now received an aggregate of $3,168,529,138 new dollars for the various estates through the receivables ADR process. Settlements have been achieved in 458 ADR matters involving 593 counterparties.

Honorable Shelley C. Chapman
February 22, 2017
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 267 ADR matters that have reached the mediation stage and been terminated, 263 have been settled in or subsequent to mediation; only four mediations have been terminated with the parties remaining in litigation.

Respectfully submitted,

Richard L. Levine
WEIL, GOTSHAL & MANGES LLP
Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

RLL:mp

cc: Stephen Crane, Esq
    Jacob Esher, Esq.
    James Freund, Esq.
    David Geronemus, Esq.
    Jane Greenspan, Esq.
    Ralph Mabey, Esq.
    David Cohen, Esq.
    (all cc's via E-mail)