Thomas R. Califano
Adam C. Lanza
**DLA PIPER (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Proposed counsel to Draper and Kramer Mortgage Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>          Debtors. | Chapter 11<br><br>Case No.<br>08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>          Plaintiff,<br><br>- against -<br><br>1ST ADVANTAGE MORTGAGE, L.L.C. *et al.*<br>          Defendants. | Adversary Proceeding<br>No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>          Plaintiff,<br><br>- against -<br><br>1AM, L.L.C. f/k/a 1ST ADVANTAGE MORTGAGE, L.L.C. *et al*.<br>         Defendants. | Adversary Proceeding<br>No. 16-01377 (SCC) |

# NOTICE OF APPEARANCE
# AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of 11 U.S.C. §§ 101-1532 (as amended and applicable to the Bankruptcy Cases, the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") the law firm of DLA Piper LLP (US) hereby enters its appearance as counsel to Draper and Kramer Mortgage Corporation ("DKMC") in the above-captioned bankruptcy cases (the "Bankruptcy Cases").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned request that copies of all notices, pleadings, and all other papers required to be served in the Bankruptcy Cases be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases:

Thomas R. Califano
Adam C. Lanza
**DLA PIPER (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: thomas.califano@dlapiper.com
adam.lanza@dlapiper.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any notice, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

The filing of this Notice of Appearance and Request for Service of Papers is not intended to be, and it shall not be deemed or construed to be, a waiver or relinquishment of any right, including, but not limited to: (a) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (b) the right to trial by jury in any proceeding so triable in connection with this case or any related case, controversy or proceeding; (c) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; and/or (d) any other rights, claims or defenses to which DKMC may be entitled in law or in equity, all of which are hereby expressly reserved.

Dated: New York, New York
February 23, 2017

**DLA PIPER LLP (US)**

By: /s/ Thomas R. Califano
Thomas R. Califano
Adam C. Lanza
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Proposed counsel to Draper and Kramer Mortgage Corporation*