**EXHIBIT A**

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
## MOTION TO ESTIMATE LBIE-BASED GUARANTEE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES

|    | NAME | CLAIM # | DEBTOR NAME | FILED DATE | TOTAL ASSERTED CLAIM AMOUNT | AMOUNT SUBJECT TO MOTION | ESTIMATED AMOUNT |
|----|------|---------|-------------|------------|-----------------------------|--------------------------|------------------|
| 1  | C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | 17543 | Lehman Brothers Holdings Inc. | 09/18/2009 | $8,976,875.56 * | $8,976,875.56 * | $0.00 |
| 2  | C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | 30091 | Lehman Brothers Holdings Inc. | 09/22/2009 | $690,446.00 * | $690,446.00 * | $0.00 |
| 3  | C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | 3641 | Lehman Brothers Holdings Inc. | 03/31/2009 | $2,879,651.00 | $2,879,651.00 | $0.00 |
| 4  | C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | 3645 | Lehman Brothers Holdings Inc. | 03/31/2009 | $852,816.34 | $852,816.34 | $0.00 |
| 5  | C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | 3648 | Lehman Brothers Holdings Inc. | 03/31/2009 | $92,532.00 | $92,532.00 | $0.00 |
| 6  | C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | 3651 | Lehman Brothers Holdings Inc. | 03/31/2009 | $1,411,499.00 | $1,411,499.00 | $0.00 |
| 7  | C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | 6943 | Lehman Brothers Holdings Inc. | 07/31/2009 | $141,857,903.00 | $141,857,903.00 | $0.00 |
| 8  | C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | 8721 | Lehman Brothers Holdings Inc. | 08/19/2009 | $47,153,961.92 | $47,153,961.92 | $0.00 |
| 9  | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 11021 | Lehman Brothers Holdings Inc. | 09/09/2009 | $17,000,000.00 * | $17,000,000.00 * | $0.00 |
| 10 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 19787 | Lehman Brothers Holdings Inc. | 09/21/2009 | $578,712.00 | $578,712.00 | $0.00 |
| 11 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 20762 | Lehman Brothers Holdings Inc. | 09/21/2009 | $9,401,636.00 * | $9,401,636.00 * | $0.00 |
| 12 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 20765 | Lehman Brothers Holdings Inc. | 09/21/2009 | $1,146,860.00 * | $1,146,860.00 * | $0.00 |
| 13 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 20766 | Lehman Brothers Holdings Inc. | 09/21/2009 | $28,157,438.00 * | $28,157,438.00 * | $0.00 |
| 14 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 21776 | Lehman Brothers Holdings Inc. | 09/21/2009 | $3,779,559.34 * | $3,779,559.34 * | $0.00 |
| 15 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 21777 | Lehman Brothers Holdings Inc. | 09/21/2009 | $5,661,508.05 * | $5,661,508.05 * | $0.00 |
| 16 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 22193 | Lehman Brothers Holdings Inc. | 09/21/2009 | $5,023,827.00 | $5,023,827.00 | $0.00 |
| 17 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 22704 | Lehman Brothers Holdings Inc. | 09/21/2009 | $1,395,962.00 * | $1,395,962.00 * | $0.00 |
| 18 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 22705 | Lehman Brothers Holdings Inc. | 09/21/2009 | $361,802.00 * | $361,802.00 * | $0.00 |
| 19 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 24950 | Lehman Brothers Holdings Inc. | 09/21/2009 | $17,917,699.00 | $17,917,699.00 | $0.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
MOTION TO ESTIMATE LBIE-BASED GUARANTEE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES

| | NAME | CLAIM # | DEBTOR NAME | FILED DATE | TOTAL ASSERTED CLAIM AMOUNT | AMOUNT SUBJECT TO MOTION | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|
| 20 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 25649 | Lehman Brothers Holdings Inc. | 09/21/2009 | $1,503,352.82 | $1,503,352.82 | $0.00 |
| 21 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 26154 | Lehman Brothers Holdings Inc. | 09/21/2009 | $2,054,628.00 * | $2,054,628.00 * | $0.00 |
| 22 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 26156 | Lehman Brothers Holdings Inc. | 09/21/2009 | $105,458.00 * | $105,458.00 * | $0.00 |
| 23 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 30067 | Lehman Brothers Holdings Inc. | 09/22/2009 | $30,761,755.00 * | $30,761,755.00 * | $0.00 |
| 24 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 33268 | Lehman Brothers Holdings Inc. | 09/16/2009 | $2,958,591.00 * | $2,958,591.00 * | $0.00 |
| 25 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 42912 | Lehman Brothers Holdings Inc. | 10/21/2009 | $12,367,248.16 * | $2,860,738.66 * | $0.00 |
| 26 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 45147 | Lehman Brothers Holdings Inc. | 10/23/2009 | $11,549,633.00 * | $10,355,041.00 * | $0.00 |
| 27 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 45148 | Lehman Brothers Holdings Inc. | 10/23/2009 | $4,095,558.00 * | $4,095,558.00 * | $0.00 |
| 28 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 45149 | Lehman Brothers Holdings Inc. | 10/23/2009 | $9,071,368.00 * | $7,600,113.00 * | $0.00 |
| 29 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 64322 | Lehman Brothers Holdings Inc. | 11/03/2009 | $4,498,638.00 * | $4,498,638.00 * | $0.00 |
| 30 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 65988 | Lehman Brothers Holdings Inc. | 12/22/2009 | $255,446.75 * | $255,446.75 * | $0.00 |
| 31 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 66591 | Lehman Brothers Holdings Inc. | 04/29/2010 | $14,917,730.00 * | $14,917,730.00 * | $0.00 |
| 32 | CVF LUX MASTER S.A.R.L. | 13018 | Lehman Brothers Holdings Inc. | 09/15/2009 | $4,436,209.00 | $4,436,209.00 | $0.00 |
| 33 | CVF LUX MASTER S.A.R.L. | 14634 | Lehman Brothers Holdings Inc. | 09/17/2009 | $181,107,792.88 | $181,107,792.88 | $0.00 |
| 34 | CVF LUX MASTER S.A.R.L. | 17506 | Lehman Brothers Holdings Inc. | 09/18/2009 | $6,783,162.52 | $6,783,162.52 | $0.00 |
| 35 | CVF LUX MASTER S.A.R.L. | 17517 | Lehman Brothers Holdings Inc. | 09/18/2009 | $3,757,767.67 | $3,757,767.67 | $0.00 |
| 36 | CVF LUX MASTER S.A.R.L. | 20078 | Lehman Brothers Holdings Inc. | 09/21/2009 | $349,463.53 * | $349,463.53 * | $0.00 |
| 37 | CVF LUX MASTER S.A.R.L. | 20092 | Lehman Brothers Holdings Inc. | 09/21/2009 | $143,960.93 * | $143,960.93 * | $0.00 |
| 38 | CVF LUX MASTER S.A.R.L. | 21583 | Lehman Brothers Holdings Inc. | 09/21/2009 | $5,196,470.00 * | $5,196,470.00 * | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
MOTION TO ESTIMATE LBIE-BASED GUARANTEE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES

|  | NAME | CLAIM # | DEBTOR NAME | FILED DATE | TOTAL ASSERTED CLAIM AMOUNT | AMOUNT SUBJECT TO MOTION | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|
| 39 | CVF LUX MASTER SARL | 28003 | Lehman Brothers Holdings Inc. | 09/22/2009 | $118,255.82 * | $118,255.82 * | $0.00 |
| 40 | CVF LUX MASTER SARL | 28005 | Lehman Brothers Holdings Inc. | 09/22/2009 | $1,818,762.85 * | $1,818,762.85 * | $0.00 |
| 41 | CVF LUX MASTER SARL | 33287 | Lehman Brothers Holdings Inc. | 09/18/2009 | $430,135.00 * | $430,135.00 * | $0.00 |
| 42 | CVF LUX MASTER SARL | 33289 | Lehman Brothers Holdings Inc. | 09/18/2009 | $1,033,200.00 * | $1,033,200.00 * | $0.00 |
| 43 | CVF LUX MASTER SARL | 66886 | Lehman Brothers Holdings Inc. | 06/24/2010 | $4,741,167.47 * | $4,741,167.47 * | $0.00 |
| 44 | CVI AA LUX MASTER SARL | 33150 | Lehman Brothers Holdings Inc. | 09/22/2009 | $585,786.00 | $585,786.00 | $0.00 |
| 45 | CVI CVF II LUX MASTER S.A.R.L. | 27114 | Lehman Brothers Holdings Inc. | 09/22/2009 | $6,077,009.99 * | $6,077,009.99 * | $0.00 |
| 46 | CVI CVF II LUX MASTER S.A.R.L. | 42910 | Lehman Brothers Holdings Inc. | 10/21/2009 | $8,379,360.30 * | $8,379,360.30 * | $0.00 |
| 47 | CVI CVF II LUX MASTER S.A.R.L. | 42911 | Lehman Brothers Holdings Inc. | 10/21/2009 | $41,048,691.91 * | $41,048,691.91 * | $0.00 |
| 48 | CVI GVF (LUX) MASTER S.A.R.L. | 10373 | Lehman Brothers Holdings Inc. | 09/04/2009 | $4,080,705.13 | $4,080,705.13 | $0.00 |
| 49 | CVI GVF (LUX) MASTER S.A.R.L. | 14633 | Lehman Brothers Holdings Inc. | 09/17/2009 | $243,503,746.52 | $243,503,746.52 | $0.00 |
| 50 | CVI GVF (LUX) MASTER S.A.R.L. | 67464 | Lehman Brothers Holdings Inc. | 04/20/2011 | $901,460,537.21 * | $901,460,537.21 * | $0.00 |
| 51 | CVI GVF LUX NINETY NINE SARL | 13031 | Lehman Brothers Holdings Inc. | 09/15/2009 | $15,827,854.90 * | $15,827,854.90 * | $0.00 |
| 52 | CVI GVF LUX NINETY NINE SARL | 18065 | Lehman Brothers Holdings Inc. | 09/18/2009 | $8,370,926.11 | $8,370,926.11 | $0.00 |
| 53 | CVI GVF LUX NINETY NINE SARL | 23672 | Lehman Brothers Holdings Inc. | 09/21/2009 | $1,784,573.29 * | $1,784,573.29 * | $0.00 |
| 54 | CVI GVF LUX NINETY NINE SARL | 26960 | Lehman Brothers Holdings Inc. | 09/22/2009 | $2,412,725.00 | $2,412,725.00 | $0.00 |
| 55 | CVI GVF LUX NINETY NINE SARL | 27706 | Lehman Brothers Holdings Inc. | 09/22/2009 | $500,022.44 * | $500,022.44 * | $0.00 |
| 56 | CVI GVF LUX NINETY NINE SARL | 29870 | Lehman Brothers Holdings Inc. | 09/22/2009 | $440,313.75 * | $440,313.75 * | $0.00 |
| 57 | CVI GVF LUX NINETY NINE SARL | 45308 | Lehman Brothers Holdings Inc. | 10/23/2009 | $2,673,055.90 | $2,673,055.90 | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

08-13555-mg    Doc 54904-1    Filed 02/23/17    Entered 02/23/17 21:52:31    Exhibit A
Pg 5 of 7

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
MOTION TO ESTIMATE LBIE-BASED GUARANTEE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES

| | NAME | CLAIM # | DEBTOR NAME | FILED DATE | TOTAL ASSERTED CLAIM AMOUNT | AMOUNT SUBJECT TO MOTION | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|
| 58 | CVI GVF LUXEMBOURG FOURTEEN S.A.R.L. | 33604 | Lehman Brothers Holdings Inc. | 09/22/2009 | $23,155,004.94 * | $15,000.00 * | $0.00 |
| 59 | CVI GVF LUXEMBOURG NINETY NINE SARL | 22045 | Lehman Brothers Holdings Inc. | 09/21/2009 | $4,337,844.71 * | $4,337,844.71 * | $0.00 |
| 60 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | 17827 | Lehman Brothers Holdings Inc. | 09/18/2009 | $6,158,261.84 | $6,158,261.84 | $0.00 |
| 61 | CVI GVF LUXEMBOURG TWELVE S.A.R.L. | 2072 | Lehman Brothers Holdings Inc. | 01/23/2009 | $9,560,763.85 | $9,560,763.85 | $0.00 |
| 62 | CVIC LUX MASTER S.A.R.L. | 21592 | Lehman Brothers Holdings Inc. | 09/21/2009 | $1,172,554.00 * | $1,172,554.00 * | $0.00 |
| 63 | CVIC LUX MASTER S.A.R.L. | 21593 | Lehman Brothers Holdings Inc. | 09/21/2009 | $960,769.00 * | $960,769.00 * | $0.00 |
| 64 | DEUTSCHE BANK AG | 27141 | Lehman Brothers Holdings Inc. | 09/22/2009 | $397,359,378.99 * | $295,140,332.75 * | $0.00 |
| 65 | DEUTSCHE BANK AG BRUSSELS BRANCH | 27251 | Lehman Brothers Holdings Inc. | 09/22/2009 | $1,136,190.00 | $1,136,190.00 | $0.00 |
| 66 | DEUTSCHE BANK AG, LONDON (HK) | 18269 | Lehman Brothers Holdings Inc. | 09/18/2009 | $547,601.40 * | $547,601.40 * | $0.00 |
| 67 | DEUTSCHE BANK AG, LONDON BRANCH | 20170 | Lehman Brothers Holdings Inc. | 09/21/2009 | $7,325,405.64 | $7,325,405.64 | $0.00 |
| 68 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 11067 | Lehman Brothers Holdings Inc. | 09/10/2009 | $28,348,130.14 * | $28,348,130.14 * | $0.00 |
| 69 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 13318 | Lehman Brothers Holdings Inc. | 09/16/2009 | $35,788.00 * | $35,788.00 * | $0.00 |
| 70 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 13873 | Lehman Brothers Holdings Inc. | 09/16/2009 | $6,635,609.85 * | $6,635,609.85 * | $0.00 |
| 71 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 13878 | Lehman Brothers Holdings Inc. | 09/16/2009 | $333,701.96 * | $333,701.96 * | $0.00 |
| 72 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 16206 | Lehman Brothers Holdings Inc. | 09/18/2009 | $27,290,387.00 * | $27,290,387.00 * | $0.00 |
| 73 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 17268 | Lehman Brothers Holdings Inc. | 09/18/2009 | $54,122,471.93 * | $54,122,471.93 * | $0.00 |
| 74 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 17535 | Lehman Brothers Holdings Inc. | 09/18/2009 | $8,119,085.70 | $8,119,085.70 | $0.00 |
| 75 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 17734 | Lehman Brothers Holdings Inc. | 09/18/2009 | $40,252,501.00 * | $40,252,501.00 * | $0.00 |
| 76 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 17735 | Lehman Brothers Holdings Inc. | 09/18/2009 | $5,821,355.47 * | $5,821,355.47 * | $0.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
MOTION TO ESTIMATE LBIE-BASED GUARANTEE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES

| | NAME | CLAIM # | DEBTOR NAME | FILED DATE | TOTAL ASSERTED CLAIM AMOUNT | AMOUNT SUBJECT TO MOTION | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|
| 77 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 17737 | Lehman Brothers Holdings Inc. | 09/18/2009 | $6,632,282.74 * | $6,632,282.74 * | $0.00 |
| 78 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 17738 | Lehman Brothers Holdings Inc. | 09/18/2009 | $356,128.42 * | $356,128.42 * | $0.00 |
| 79 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 17739 | Lehman Brothers Holdings Inc. | 09/18/2009 | $6,541,432.19 * | $6,541,432.19 * | $0.00 |
| 80 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 17752 | Lehman Brothers Holdings Inc. | 09/18/2009 | $875,191.24 * | $875,191.24 * | $0.00 |
| 81 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 19472 | Lehman Brothers Holdings Inc. | 09/18/2009 | $27,311,072.39 | $27,311,072.39 | $0.00 |
| 82 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 19832 | Lehman Brothers Holdings Inc. | 09/21/2009 | $2,032,320.72 * | $2,032,320.72 * | $0.00 |
| 83 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 19925 | Lehman Brothers Holdings Inc. | 09/21/2009 | $1,116,076.00 | $1,116,076.00 | $0.00 |
| 84 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 22672 | Lehman Brothers Holdings Inc. | 09/21/2009 | $21,386,702.54 * | $21,386,702.54 * | $0.00 |
| 85 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 23593 | Lehman Brothers Holdings Inc. | 09/21/2009 | $10,126,431.00 * | $10,126,431.00 * | $0.00 |
| 86 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 26197 | Lehman Brothers Holdings Inc. | 09/21/2009 | $26,988,440.97 * | $26,988,440.97 * | $0.00 |
| 87 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 27877 | Lehman Brothers Holdings Inc. | 09/22/2009 | $7,157,163.35 * | $7,157,163.35 * | $0.00 |
| 88 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 27879 | Lehman Brothers Holdings Inc. | 09/22/2009 | $75,335,304.27 * | $34,745,005.13 * | $0.00 |
| 89 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29353 | Lehman Brothers Holdings Inc. | 09/22/2009 | $40,455,331.00 | $40,455,331.00 | $0.00 |
| 90 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29354 | Lehman Brothers Holdings Inc. | 09/22/2009 | $36,000,177.00 * | $36,000,177.00 * | $0.00 |
| 91 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29355 | Lehman Brothers Holdings Inc. | 09/22/2009 | $27,375,227.00 | $27,375,227.00 | $0.00 |
| 92 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29356 | Lehman Brothers Holdings Inc. | 09/22/2009 | $67,848,487.00 | $67,848,487.00 | $0.00 |
| 93 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29357 | Lehman Brothers Holdings Inc. | 09/22/2009 | $2,122,803.00 | $2,122,803.00 | $0.00 |
| 94 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29358 | Lehman Brothers Holdings Inc. | 09/22/2009 | $19,776,595.00 | $19,776,595.00 | $0.00 |
| 95 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29359 | Lehman Brothers Holdings Inc. | 09/22/2009 | $2,432,925.00 | $2,432,925.00 | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
MOTION TO ESTIMATE LBIE-BASED GUARANTEE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES

|  | NAME | CLAIM # | DEBTOR NAME | FILED DATE | TOTAL ASSERTED CLAIM AMOUNT | AMOUNT SUBJECT TO MOTION | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|
| 96 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29360 | Lehman Brothers Holdings Inc. | 09/22/2009 | $2,806,770.00 | $2,806,770.00 | $0.00 |
| 97 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29361 | Lehman Brothers Holdings Inc. | 09/22/2009 | $3,701,338.00 | $3,701,338.00 | $0.00 |
| 98 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29362 | Lehman Brothers Holdings Inc. | 09/22/2009 | $4,455,154.00 * | $4,455,154.00 * | $0.00 |
| 99 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29363 | Lehman Brothers Holdings Inc. | 09/22/2009 | $7,543,730.00 | $7,543,730.00 | $0.00 |
| 100 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29364 | Lehman Brothers Holdings Inc. | 09/22/2009 | $11,310,778.00 | $11,310,778.00 | $0.00 |
| 101 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 30533 | Lehman Brothers Holdings Inc. | 09/22/2009 | $302,836.94 * | $302,836.94 * | $0.00 |
| 102 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 30534 | Lehman Brothers Holdings Inc. | 09/22/2009 | $23,431,331.97 * | $23,431,331.97 * | $0.00 |
| 103 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 31935 | Lehman Brothers Holdings Inc. | 09/22/2009 | $74,941.00 | $74,941.00 | $0.00 |
| 104 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 31936 | Lehman Brothers Holdings Inc. | 09/22/2009 | $85,524.00 | $85,524.00 | $0.00 |
| 105 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 31937 | Lehman Brothers Holdings Inc. | 09/22/2009 | $106,465.00 | $106,465.00 | $0.00 |
| 106 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 31938 | Lehman Brothers Holdings Inc. | 09/22/2009 | $146,369.00 | $146,369.00 | $0.00 |
| 107 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 31940 | Lehman Brothers Holdings Inc. | 09/22/2009 | $73,824.00 | $73,824.00 | $0.00 |
| 108 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 33177 | Lehman Brothers Holdings Inc. | 09/22/2009 | $2,032,320.72 | $2,032,320.72 | $0.00 |
| 109 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 33444 | Lehman Brothers Holdings Inc. | 09/21/2009 | $64,514,276.35 * | $64,514,276.35 * | $0.00 |
| 110 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 57740 | Lehman Brothers Holdings Inc. | 10/30/2009 | $27,906,002.47 | $27,906,002.47 | $0.00 |
| 111 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 66174 | Lehman Brothers Holdings Inc. | 01/28/2010 | $265,097.00 * | $265,097.00 * | $0.00 |
| 112 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 67846 | Lehman Brothers Holdings Inc. | 01/18/2012 | $5,895,449.85 * | $5,895,449.85 * | $0.00 |
| 113 | YORK GLOBAL FINANCE BDH, LLC | 21558 | Lehman Brothers Holdings Inc. | 09/21/2009 | $1,026,966.22 | $1,026,966.22 | $0.00 |
|  |  |  |  | TOTAL | $2,995,763,821.83 | $2,817,642,115.01 |  |

* - Indicates claim contains unliquidated and/or undetermined amounts