**Evidence of Transfer of Claim**

- TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Anthracite Investments (Ireland) PLC (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to CNP Assurances (the "**Assignee**"), all right, title, interest, in and to, or arising under or in connection with, Assignor's claim number 20334 (the "**Claim**") against Lehman Brothers Holdings, Inc. (the "**Guarantor**"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (SCC)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the __23__ day of __February__, 2017.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| Anthracite Investments (Ireland) PLC | CNP Assurances |
| Name: | Name: Mikaël COHEN<br>CNP ASSURANCES<br>Directeur des Investissements<br>4, Place Raoul Dautry<br>75716 PARIS CEDEX 15<br>Tél. 33 (0) 1 42 18 86 04<br>Fax 33 (0) 1 42 18 86 00 |
| Title: | Title: |

**Evidence of Transfer of Claim**

- TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Anthracite Investments (Ireland) PLC (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to CNP Assurances (the "**Assignee**"), all right, title, interest, in and to, or arising under or in connection with, Assignor's claim number 20334 (the "**Claim**") against Lehman Brothers Holdings, Inc. (the "**Guarantor**"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al.*, *Chapter 11 Case No. 08-13555 (Jointly Administered) (SCC)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 23 day of February, 2017.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| Anthracite Investments (Ireland) PLC | CNP Assurances |
| *[signature]* | |
| Name: Tom Geary | Name: |
| Title: Director | Title: |

39049-3-381-v1.0    - 1 -    36-40394773

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>Lehman Brothers Holdings Inc., *et al*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>Jointly Administered |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>CNP Assurances</u>
Transferee

<u>Anthracite Investments (Ireland) PLC</u>
Transferor

Name and Address where notices to
transferee should be sent:

Manuel Courau
CNP Assurances
4 place Raoul Dautry
75015 Paris

Claim No.: 20334
Amount of Claim: $19,525,000.
Date Claim Filed: September 21, 2009
Phone: +353 1 224 0606

Name and Address where transfer payments
should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: :_____     Date: 23/ 02 / 2017
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 & 3571.