


Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)
Claim Number: 55824-28**

We would like to inform you that Bethmann Bank AG who is holder of the claim Number 55824-28, filed on 09/28/2009, has assigned the rights arising out of this claim corresponding with the following securities

5 pcs. "Lehman Bros Treasury Co. B.V." (ISIN DE000A0NXKZ9)
in the amount of a face value of **USD 8,220.02**

to

**Ralf Hans Munzert,**
Josef Rebhahn Str. 6, 96260 Weismain, Germany.

The remaining rights arising out of the claim Number 55824-28 remain entirely with Bethmann Bank AG.

Bethmann Bank AG and Mr Ralf Hans Munzert have agreed to the partial assignment mentioned herein above. Both Bethmann Bank AG and Mr Ralf Hans Munzert acknowledge and represent that due to the assignment mentioned herein above Mr Ralf Hans Munzert has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, 08.02.2017          Weismain, 25.1.2017

Bethmann Bank AG
(Assignor)                                                (Assignee)


Jochen Weber    Oliver Körner                  Ralf Hans Munzert



Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Investment Services
Anja Sonnleithner
Bethmannstrasse 7 – 9
60311 Frankfurt am Main
Germany

Frankfurt, February 8, 2017

Dear Sir or Madam,

please note that claim # 55824-28 has been transferred to Rolf Hans Munzert (see attachment).

Could you please process it accordingly?

Thank you very much!

Kind regards,
Bethmann Bank

Anja Sonnleithner
Investment Services

Claudia Schön
Investment Services



Postfach 10 06 32
60006 Frankfurt am Main

