B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

FILED / RECEIVED

FEB 15 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

In re **LEHMAN BROTHERS HOLDINGS INC.**,    Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BELEN MACK TOLENTINO | ONLINE COMMUNICATIONS LTD |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  313 Infante Street, Barangay Little Bagulo,
  San Juan City, M.M. 1500 Philippines

Court Claim # (if known): __58649.26__
Amount of Claim: __$10,361.33__
Date Claim Filed: __10/30/2009__
  Amount Of Claim To Transfer: $10,361.33

Phone: __+63917-875-2855__
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __BELEN MACK TOLENTINO__    Date: __02/15/2017__
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.