*Final Form 11/20/09*

### EVIDENCE OF TRANSFER OF CLAIM
### LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **BBVA (Suiza) SA** hereby unconditionally and irrevocably transfers and assigns to **The Bank of New York Mellon**, as of the date hereof, all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claims 51148.00 and 51170.00 relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.:08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2. Transferor hereby waives any objection to the transfer of the Transferred Claims to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Transferee agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Evidence of Transfer of Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor is not responsible for the collectability of the Transferred Claim.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 27th January 2017.

[TRANSFEROR]                                [TRANSFEREE]

By: BBVA (Suiza)                            By:
Name: Hannelore Maeso                       Name:
Title: Director                             Title:

Name: Francisco Javier Arranz               [Address]
Title: COO                                  [City, State, Zip]

Selnaustrasse 32/36
Postfach                                    By: Northeast Securities (6QG)
CH-8021 Zürich                              Name: Dan Nicholas
                                            Title: COO

BBVA (Suiza) SA                             [Address] 333 Earle Ovington Blvd
Selnaustrasse 32/36                         [City, State, Zip] Uniondale, NY 11553
CH-8021 Zürich


RECEIVED FEB 21 2017 U.S. BANKRUPTCY COURT SD DIST OF NEW YORK

Schedule 1            Transferred Claims

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Date Claim Filed | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|---|
| Cert LEH NL 07-30.10.14 (EXP.16.10.14) on a Bskt of Shs -In Def- (3481017) | XS0326730313 | Lehman Brothers Holdings Inc. | Lehman Brothers Joint & several guarantees for the total | 51148.00 | 10,000 |

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Date Claim Filed | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|---|
| Cert LEH NL 2007-31.1.14 (EXP.28.1.14) on a Bskt of Shs S5915-In Default (2874445) | XS0282866192 | Lehman Brothers Holdings Inc. | Lehman Brothers Joint & several guarantees for the total | 51170.00 | 10,000 |