**BancaStato**
BANCA DELLO STATO DEL CANTONE TICINO

**Sede centrale**

Viale H. Guisan 5
Casella postale
CH - 6501 Bellinzona

Tel. +41 91 803 71 11
Fax +41 91 803 71 70

www.bancastato.ch

BY REGISTERED MAIL
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004 - USA

*Taken care of by:*
*Eliseo Snozzi*
*Department Competence Center Operations*
*Tel. +41 (0) 91 803 7299*
*Fax:+41 (0) 91 803 7325*
*E-mail: eliseo.snozzi@bancastato.ch*

Bellinzona, 16th February 2017

*Vostro rif.*
*Ihre Ref.*
*Votre réf.*

| | | | |
|---|---|---|---|
| ☐ | per informazione<br>zur Kenntnisnahme<br>pour information | ☐ | da ritornare p.f. entro il<br>bitte zurücksenden bis<br>à renvoyer s.v.p. jusq'au |
| ☐ | per i vostri atti<br>zu Ihren Akten<br>pour vos dossiers | ☐ | di ritorno con ringraziamenti<br>mit Dank zurück<br>en retour avec remerciements |
| ☐ | come inteso<br>gemäss Besprechung<br>suivant l'accord | ☐ | per la firma/visto<br>zur Unterschrift/Visum<br>pour la signature/visa |
| ☐ | telefonare p.f.<br>bitte anrufen<br>téléphoner s.v.p. | ☐ | per approvazione<br>zur Genehmigung<br>pour approbation |
| ☐ | per il disbrigo<br>zur Erledigung<br>pour règlement | ☐ | ricevuto per errore<br>irrtümlicherweise erhalten<br>reçu par erreur |
| ☐ | come da vostra richiesta<br>gemäss Ihrem Wunsch<br>selon votre demande | ☐ | per una presa di posizione<br>zur Stellungnahme<br>pour avis |
| ☒ | Please find herewith attached the "tranfer of claim other than for security" duly filled in and signed by the Transferor UBS AG, CH-8001 Zurich and the Transferee Banca dello Stato del Cantone Ticino, CH-6501 Bellinzona | | |

Distinti saluti

BANCA DELLO STATO DEL CANTONE TICINO

E. Snozzi

Annexes:

RECEIVED FEB 21 2017 U.S. BANKRUPTCY COURT S.D. OF NEW YORK

FOR CREDIT TO THE [crossed out] FEB 21 2017 U.S. TREASURY

Notice Pursuant to Bankruptcy Rule 3001

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:   Lehman Brothers Holdings Inc.           Case No.: 08-13555 (JMP)
                                                 Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
## PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: **Banca dello Stato del Cantone Ticino** | Name of Transferor: **UBS AG** |
|---|---|
| Notices to Transferee should be sent to:<br>Banca dello Stato del Cantone Ticino<br>Viale H. Guisan 5<br>CH-6501 Bellinzona<br>PHONE +41 (91) 803 7299<br>Attn: E. Snozzi<br>EMAIL: eliseo.snozzi@bancastato.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br>−EUR 40'000.− | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By:

*S. Weber* [signature]         *E. Snozzi* [signature]                   Date: 16th February 2017
S. Weber                        E. Snozzi
Power of Attorney               Power of Attorney

Banca dello Stato del Cantone Ticino
Viale H. Guisan 5
CH-6501 Bellinzona
Switzerland

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:     Lehman Brothers Holdings Inc. (the "*Debtor*")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates *solely* to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros.Treasury. | XS0346007320 | LBT BV | LBH Inc. | EUR 40'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Banca dello Stato del Cantone Ticino
Viale H. Guisan 5
CH-6501 Bellinzona
Switzerland
Telephone: +41 (91) 803 7299
EMAIL: eliseo.snozzi@bancastato.ch
Attention: E. Snozzi

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy

Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 15, 2017

UBS AG
Transferor

By: _____
Name: ~~Matthias Mohos~~
Title: ~~Associate Director~~    Authorized Officer

By: _____
Name: ~~Stephan Gfeller~~    Toni Kocevski
Title: Associate Director    Associate Director

ACKNOWLEDGED BY:

Banca dello Stato del Cantone Ticino
Transferee

By: _____
S. Weber        E. Snozzi
Power of Attorney    Power of Attorney