WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re                                                             :    **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**                  :    **08-13555 (SCC)**
                                                                  :
           Debtors.                                      :    **(Jointly Administered)**
                                                                  :
------------------------------------------------------------------ x

**NOTICE OF ADJOURNMENT OF HEARING ON THE
PLAN ADMINISTRATOR'S OBJECTION TO CLAIM NUMBER 17725**

      **PLEASE TAKE NOTICE** that the hearing to consider the Plan Administrator's

Objection to Claim Number 17725 [ECF No. 53833], which was scheduled for March 21, 2017 at

10:00 a.m. (Eastern Time), has been adjourned to **April 13, 2017 at 10:00 a.m. (Eastern Time)**.

Dated:    February 24, 2017
           New York, New York

                                                  /s/ Garrett A. Fail
                                                  Garrett A. Fail
                                                  WEIL, GOTSHAL & MANGES LLP
                                                  767 Fifth Avenue
                                                  New York, New York 10153
                                                  Telephone: (212) 310-8000
                                                  Facsimile: (212) 310-8007

                                                  Attorneys for Lehman Brothers Holdings Inc.
                                                  and Certain of Its Affiliates

WEIL:\96042894\1\58399.0011