**BancaStato**
BANCA DELLO STATO DEL CANTONE TICINO

**Sede centrale**

Viale H. Guisan 5
Casella postale
CH - 6501 Bellinzona

Tel. +41 91 803 71 11
Fax +41 91 803 71 70

www.bancastato.ch



BY REGISTERED MAIL
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004 - USA

*Taken care of by:*
*Eliseo Snozzi*
*Department Competence Center Operations*
*Tel.  +41 (0) 91 803 7299*
*Fax:+41 (0) 91 803 7325*
*E-mail: eliseo.snozzi@bancastato.ch*

Bellinzona, 22nd February 2017

*Vostro rif.*
*Ihre Ref.*
*Votre réf.*

☐  per informazione
    zur Kenntnisnahme
    *pour information*

☐  da ritornare p.f. entro il
    bitte zurücksenden bis
    *à renvoyer s.v.p. jusqu'au*

☐  per i vostri atti
    zu Ihren Akten
    *pour vos dossiers*

☐  di ritorno con ringraziamenti
    mit Dank zurück
    *en retour avec remerciements*

☐  come inteso
    gemäss Besprechung
    *suivant l'accord*

☐  per la firma/visto
    zur Unterschrift/Visum
    *pour la signature/visa*

☐  telefonare p.f.
    bitte anrufen
    *téléphoner s.v.p.*

☐  per approvazione
    zur Genehmigung
    *pour approbation*

☐  per il disbrigo
    zur Erledigung
    *pour règlement*

☐  ricevuto per errore
    irrtümlicherweise erhalten
    *reçu par erreur*

☐  come da vostra richiesta
    gemäss Ihrem Wunsch
    *selon votre demande*

☐  per una presa di posizione
    zur Stellungnahme
    *pour avis*

☒  Please find herewith attached the "tranfer of claim other than for security" duly filled in and signed by the Transferor UBS AG, CH-8001 Zurich and the Transferee Banca dello Stato del Cantone Ticino, CH-6501 Bellinzona

Distinti saluti

BANCA DELLO STATO DEL CANTONE TICINO

E. Snozzi

Annexes:

Foglio accompagnatorio – 6154 i.d.f. – 27.06.2000

Garanzia dello Stato     1/1

RECEIVED FEB 23 2017 U.S BANKRUPTCY COURT SD DIST OF NEW YORK

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.        Case No.: 08-13555 (JMP)
                                              Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**Banca dello Stato del Cantone Ticino** | Name of Transferor:<br>**UBS AG** |
|---|---|
| Notices to Transferee should be sent to:<br>Banca dello Stato del Cantone Ticino<br>Viale H. Guisan 5<br>CH-6501 Bellinzona<br>PHONE +41 (91) 803 7299<br>Attn: E. Snozzi<br>EMAIL: eliseo.snozzi@bancastato.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>Units 28.00<br>EUR 10'000.00 FAMT | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By:

S. Weber
Power of Attorney

E. Snozzi
Power of Attorney

Date: 16th February 2017

Banca dello Stato del Cantone Ticino
Viale H. Guisan 5
CH-6501 Bellinzona
Switzerland

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

**Evidence of Transfer**

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros.Treasury | XS0346007320 | LBT BV | LBH Inc. | EUR 10'000.00 |
| Lehman Bros.Treasury | CH0027120770 | LBT BV | LBH Inc. | Units 28.00 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

**UBS AG,** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Banca dello Stato del Cantone Ticino
Viale H. Guisan 5
CH-6501 Bellinzona
Switzerland
Telephone: +41 (91) 803 7299
EMAIL: eliseo.snozzi@bancastato.ch
Attention: E. Snozzi

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court

may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 20, 2017

UBS AG
Transferor

By: _____
Name: Cristoforo Pavone
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

Banca dello Stato del Cantone Ticino
Transferee

By: S. Weber — Power of Attorney        E. Snozzi — Power of Attorney

TOC468 UBS0247 BancaStato