

By Courier

UNITED STATES BANKRUPTCY COURT
Southern District of New York
Attn: Clerk´s Office
One Bowling Green
New York, NY 10004-1408

Our Ref: Asset Servicing Bonds/fii
Telephone: 0049/-211/910-3851
Düsseldorf, 23.02.2017

**Lehman Brothers Holdings Inc.; et al., Debtors
Case No. 08-13555 (JMP)
Here : Transfer of Claim other than for security**

Dear Sir or Madam,

please find our attached forms for transferring a claim concerning the above mentioned case.

Please confirm us the transfer if you agree with it.

Thank you in advance for your kind co-operation.

Best regards,

HSBC Trinkaus & Burkhardt AG



HSBC Transaction Services GmbH
Postfach 10 30 22, 40021 Düsseldorf
Yorckstraße 21-23, 40476 Düsseldorf
Telefon +49 211 910-0
Telefax +49 211 910-3123

www.hsbc-transactionservices.de
Sitz Düsseldorf, Handelsregister Amtsgericht Düsseldorf HRB 51667
Bankverbindung: HSBC Trinkaus & Burkhardt AG,
IBAN: DE59 3003 0880 0011 1820 03, BIC: TUBDDEDDXXX (Düsseldorf)
Umsatzsteuer-ID-Nr.: DE 242 148 516

Geschäftsführer:
Jochen Medler-Ulff (Vorsitzender)
Andrea Findhammer, Gerd Goetz, Götz Röhr
Vorsitzender des Aufsichtsrats:
Paul Hagen

Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros. Treasury | DE000A0NMJ46 | LBT BV | LBH Inc. | Units 27.00 |
| Lehman Bros. Treasury | DE000A0NLYL5 | LBT BV | LBH Inc. | Units 28.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

HSBC Trinkaus & Burghardt AG
Koenigsallee 21/23
40212 Duesseldorf
GERMANY
Telephone: +4921113851
Fax: +4921113779
Attention: Adam Fijalkowski

RECEIVED
FEB 24 2017
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.

TOC480 UBS0230 HSBCDE

Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 16, 2017

UBS AG
Transferor

By: _____
    Name: Toni Kocevski
    Title: Associate Director

By: _____
    Name: Hugo Koller
    Title: Director


ACKNOWLEDGED BY:

**HSBC Trinkaus & Burkhardt**
Transferee

By: _____
    Adam Fijalkowski
    Manager

TOC480 UBS0230 HSBCDE

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.    Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> **HSBC Trinkaus & Burkhardt AG** | Name of Transferor: <br> UBS AG |
|---|---|
| Notices to Transferee should be sent to: <br> **HSBC Trinkaus & Burkhardt AG** <br> Koenigsallee 21/23 <br> 40212 Duesseldorf, GERMANY <br> +492119103851 <br> Attn: Adam Fijalkowski <br> Adam.Fijalkowski@hsbc.de | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor <br> UBS AG <br> Bahnhofstrasse 45 <br> 8001 Zurich, Switzerland <br> Attn: Mr. Hugo Koller <br> +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: <br><br> Units 27.00 <br> Units 28.00 | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 2-23-2017
Adam Fijalkowski, Manager
**HSBC Trinkaus & Burkhardt AG**
Koenigsallee 21/23
40212 Duesseldorf, GERMANY

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).