**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------- x
:  Chapter 11
In re:                                                                          :
:  Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*                                        :
:  (Jointly Administered)
Debtors.                                                                        :
:  Ref. Docket No. 54602
:
------------------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 27, 2017, I caused to be served the "Notice of Defective Transfer," dated January 24, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
27th day of January, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2017

# EXHIBIT A

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

JORVIK MULTI-STRATEGY MASTER FUND, L.P.
TRANSFEROR: YORK INVESTMENT MASTER FUND, L.P.
ATTN: MARGARET MAURO
767 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NY 10153

BAR(23) MAILID *** 000116005335 ***        LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1068



GOLDMAN SACHS & CO.
ATTN: THIERRY C. LE JOUAN
30 HUDSON STREET, 4TH FLOOR
JERSEY CITY, NJ 07302

**Your transfer of claim # 55540-04 is defective for the reason(s) checked below:**

Other incorrect allowed amount calculation
Other incorrect allowed amount calculation
Other incorrect allowed amount calculation

Docket Number   54602          Date:  01/24/0207

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. | ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| JORVIK MULTI-STRATEGY MASTER FUND, L.P. | TRANSFEROR: YORK INVESTMENT MASTER FUND, L.P., ATTN: MARGARET MAURO, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |

**Total Creditor Count 2**