**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------- x

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
|  | : Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |
|  | : (Jointly Administered) |
| Debtors. | : |
|  | : Ref. Docket Nos. 54593, 54594, |
|  | : 54595, 54596, 54604, 54605, |
|  | : 54606, 54608, 54613, 54614, |
|  | 54619, 54620 |

-------------------------------------------------------------------------- X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                      ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 30, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 30, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              */s/ Konstantina Haidopoulos*
                                                              Konstantina Haidopoulos

Sworn to before me this
31st day of January, 2017
*/s/ Regina Amporfro*
_____
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2017

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While   **transferee**   refers to the party who is purchasing or otherwise being assigned the claim.

To:     BAR(23) MAILID *** 000116006233 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000156431



DEUTSCHE BANK AG, LONDON
TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC
ATTN: RICH VICHAIDITH
60 WALL STREET, 3RD FLOOR
NEW YORK, NY 10005

Please note that your claim # 15922-27 in the above referenced case and in the amount of
$263,827.75 allowed at $235,000.00 has been transferred (unless previously expunged by court order)

EMPYREAN INVESTMENTS, LLC
TRANSFEROR: DEUTSCHE BANK AG, LONDON
ATTN: STERLING HATHAWAY
10250 CONSTELLATION BLVD., SUITE 2950
LOS ANGELES, CA 90067

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          54596          in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/30/2017                          Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 30, 2017.

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA PASSADORE & C. S.P.A. | TRANSFEROR: BANCA AKROS SPA, ATTN: MAURO GATTI, VIA ETTORE VERNAZZA 27, GENOVA 16121 ITALY |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: WATERSTONE MKT NEUTRAL MASTER FUND, LTD, ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC, ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: WATERSTONE MF FUND, LTD., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: WATERSTONE MKT NEUTRAL MASTER FUND, LTD, ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: WATERSTONE MF FUND, LTD., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC, ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, SINGAPORE | ONE RAFFLES QUAY #20-00, SOUTH TOWER, SINGAPORE 048583 SINGAPORE |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., SUITE 2950, LOS ANGELES, CA 90067 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PERMAL YORK, LTD., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PERMAL YORK, LTD., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PERMAL YORK, LTD., ATTN:THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PERMAL YORK, LTD., ATTN:THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PERMAL YORK, LTD., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PERMAL YORK, LTD., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: YORK CAPITAL MANAGEMENT, LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| HORIZON II INTERNATIONAL, LTD | HSBC HOUSE, 68 WEST BAY ROAD, PO BOX 1109 GT, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL, LTD | CHADBOURNE & PARKE LLP, ATTN: DAVID LEMAY, CHRISTY RIVERA, ESQS., 30 |

EPIQ BANKRUPTCY SOLUTIONS, LLC                                                    Page 1 OF 2

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL, LTD | ROCKEFELLER PLAZA, NEW YORK, NY 10112 |
| HORIZON II INTERNATIONAL, LTD | HSBC BANK USA, NATIONAL ASSOCIATION, CORPORATE TRUST & LOAN AGENCY, ATTN: SANDRA E. HORWITZ, 452 5TH AVENUE, NEW YORK, NY 10018 |
| IFIGEST BANK | TRANSFEROR: UBS AG, PIAZZA SANTA MARIA SOPRARNO, 1, FIRENZE  ITALY |
| PERMAL YORK, LTD. | ATTN: ADAM SEMLER, OPERATIONS DEPARTMENT, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| PERMAL YORK, LTD. | STROOCK & STROOCK & LAVAN LLP, ATTN: IRINA GOMELSKAYA, ESQ., 180 MAIDEN LANE, NEW YORK, NY 10018 |
| PERMAL YORK, LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O YORK CAPITAL MANAGEMENT, ATTN: MARGARET MAURO, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| PERMAL YORK, LTD. | ATTN: ADAM SEMLER, OPERATIONS DEPARTMENT, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| PERMAL YORK, LTD. | STROOCK & STROOCK & LAVAN LLP, ATTN: IRINA GOMELSKAYA, ESQ., 180 MAIDEN LANE, NEW YORK, NY 10018 |
| PERMAL YORK, LTD. | ATTN: ADAM SEMLER, OPERATIONS DEPARTMENT, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| PERMAL YORK, LTD. | STROOCK & STROOCK & LAVAN LLP, ATTN: IRINA GOMELSKAYA, ESQ., 180 MAIDEN LANE, NEW YORK, NY 10018 |
| PERMAL YORK, LTD. | ATTN: ADAM SEMLER, OPERATIONS DEPARTMENT, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| PERMAL YORK, LTD. | STROOCK & STROOCK & LAVAN LLP, ATTN: IRINA GOMELSKAYA, ESQ., 180 MAIDEN LANE, NEW YORK, NY 10018 |
| PERMAL YORK, LTD. | ATTN: ADAM SEMLER, OPERATIONS DEPARTMENT, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| PERMAL YORK, LTD. | STROOCK & STROOCK & LAVAN LLP, ATTN: IRINA GOMELSKAYA, ESQ., 180 MAIDEN LANE, NEW YORK, NY 10018 |
| SAIKYO SHINKIN BANK | TRANSFEROR: HORIZON II INTERNATIONAL, LTD, |
| UBS AG | TRANSFEROR: DEUTSCHE BANK AG, SINGAPORE, ATTN: MR. HUGO KOLLER, BAHNOFSTRASSE 45, ZURICH 8001 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| YORK CAPITAL MANAGEMENT, LP | TRANSFEROR: BARCLAYS BANK PLC, C/O YORK CAPITAL MANAGEMENT, ATTN: MARGARET MAURO, 767 FITH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |

**Total Creditor Count 46**