WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
: 
In re                                                              :    **Chapter 11 Case No.**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (SCC)**
                                                                   :
Debtors.                                                    :    **(Jointly Administered)**
                                                                   :
------------------------------------------------------------------ x

**NOTICE OF WITHDRAWAL OF THE PLAN**
**ADMINISTRATOR'S OBJECTION TO CLAIM NUMBER 17725**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, hereby withdraws the Plan Administrator's Objection to Claim Number 17725 [ECF No. 53833].

Dated:    February 28, 2017
              New York, New York

                                                                    /s/ Garrett A. Fail
                                                                    Garrett A. Fail

                                                                    WEIL, GOTSHAL & MANGES LLP
                                                                    767 Fifth Avenue
                                                                    New York, New York 10153
                                                                    Telephone: (212) 310-8000
                                                                    Facsimile: (212) 310-8007

                                                                    Attorneys for Lehman Brothers Holdings Inc.
                                                                    and Certain of Its Affiliates

WEIL:\96046376\1\58399.0011