**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------- x
                                                                 :  Chapter 11
In re:                                                           :
                                                                 :  Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                           :
                                                                 :  (Jointly Administered)
                        Debtors.                                 :
                                                                 :  Ref. Docket No. 54664
                                                                 :
---------------------------------------------------------------- X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 1, 2017, I caused to be served the "Notice of Defective Transfer," dated January 31, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
2nd day of February, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2017

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS, INC., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    DEUTSCHE BANK AG, LONDON BRANCH
               ATTN: RICH VICHAIDITH
               60 WALL STREET, 3RD FLOOR
               NEW YORK, NY 10005


Transferee:    VARDE INVESTMENT PARTNERS, L.P.
               ATTN: EDWINA P.J. STEFFER
               901 MARQUETTE AVENUE SOUTH SUITE 3300
               MINNEAPOLIS, MN 55402


**Your transfer as presented is defective for the reason(s) checked below:**

( ) case closed on:
( ) address missing: (transferor) (transferee)
( ) signature of transferor missing
( ) claim number in error
( ) claim number not stated
( ) amount of transfer missing in Transfer Agreement
( ) not FRBP 3001(e)(2) OR (4); claim **NOT** on file
( ) not FRBP 3001(e)(1) OR (3); claim **ON** file
( ) notice amount does not match transfer agreement
( ) cannot docket transfer-claim #
   [ ] expunged by court order
   [ ] previously transferred
          By document #
(X) other
   (specify): Deutsche Bank AG, London Branch does not hold indicated claim

NOTE:

**Docket Number: 54664**

/s/ Lauren Rodriguez
Epiq Bankruptcy Solutions LLC
as Claims Agent for the Debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 31, 2017

# EXHIBIT B

| LBH_DEFTRANS_DN 54664_2-1-17 | LBH_DEFTRANS_DN 54664_2-1-17 |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH<br>ATTN: RICH VICHAIDITH<br>60 WALL STREET, 3RD FLOOR<br>NEW YORK, NY 10005 | VARDE INVESTMENT PARTNERS, L.P.<br>ATTN: EDWINA P.J. STEFFER<br>901 MARQUETTE AVENUE SOUTH SUITE 3300<br>MINNEAPOLIS, MN 55402 |