**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------- x

In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.*

                          Debtors.

----------------------------------------------------------------------------- X

:  Chapter 11
:
:  Case No. 08-13555 (SCC)
:
:  (Jointly Administered)
:
:  Ref. Docket Nos. 53757, 54678,
:  54679
:

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                              ) ss.:
COUNTY OF NEW YORK   )

DANIEL RAMIREZ, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 3, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 3, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Daniel Ramirez*
                                              Daniel Ramirez

Sworn to before me this
6th day of February, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2017

# EXHIBIT A

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000116026698 ***            LBH TRFNTC (ADDRESS2, ADRKEYID3) 31745



HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE
ALLEN & OVERY LLP
JOHN KIBLER JONATHAN CHO
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

HONGKONG AND SHANGHAI BANKING
CORPORATION LTD, SINGAPORE BRANCH, THE
TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA,
SINGAPORE BRANCH
ATTN: SARAH CHAN/DIRECTOR
LEVEL 13 & 14
HONG KONG
 HONG KONG

Please note that your claim # 56671-24 in the above referenced case and in the amount of $714,355.84 Unliquidated has been transferred (unless previously expunged by court order)

UBS AG
TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LTD
ATTN: HUGO KOLLER
BAHNHOFSTRASSE 45
8001 ZURICH
 SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        53757                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  02/03/2017                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____

                                    EPIQ BANKRUPTCY SOLUTIONS, LLC

                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 3, 2017.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: SARAH CHAN/DIRECTOR, LEVEL 13 & 14, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE | ALLEN & OVERY LLP, JOHN KIBLER JONATHAN CHO, 1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE | LAW OFFICES OF TALLY M. WIENER, ESQ., JTALLY M. WIENER, 119 WEST 72ND STREET, PMB 350, NEW YORK, NY 10023 |
| INTESA SANPAOLO S.P.A. | ATTN: LUIGI FIORI CARONES, LEGAL DEPARTMENT, VIA VERDI 8, MILANO 20121 ITALY |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: UBS AG, ATTN: ANINA ZURCHER / SFCA, ST. LEONHARDSTRASSE 25, ST. GALLEN 9001 SWITZERLAND |
| UBS AG | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LTD, ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, 8001 ZURICH  SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UNIONE DI BANCHE ITALIANE SPA | TRANSFEROR: INTESA SANPAOLO S.P.A., ATTN: ROBERTA BOSOTTI, PIAZZA VITTORIO VENETO, 8, BERGAMO, BG 24051 ITALY |

**Total Creditor Count 9**