**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                                 : Case No. 08-13555 (SCC)
                                                                         :
                                    Debtors.                             : (Jointly Administered)
                                                                         :
                                                                         : Ref. Docket Nos. 53744, 54602,
                                                                         : 54680, 54681, 54685, 54686,
                                                                         : 54687, 54688, 54690, 54692,
                                                                           54693, 54694, 54695, 54696,
                                                                           54697, 54698, 54699, 54700,
                                                                           54701, 54702, 54704
------------------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 7, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 7, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Konstantina Haidopoulos*
                                                    Konstantina Haidopoulos

Sworn to before me this
8th day of February, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2017

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

OZ SPECIAL MASTER FUND, LTD
TRANSFEROR: MERRILL LYNCH INTERNATIONAL
C/O OCH-ZIFF CAP. MGMT GROUP/C WONG
9 WEST 57TH STREET, 13TH FLOOR
NEW YORK, NY 10019

Please note that your claim # 20121-97 in the above referenced case and in the amount of $2,425,283.46 allowed at $1,313,310.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000116032255 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000177633



BANC OF AMERICA CREDIT PRODUCTS, INC
TRANSFEROR: OZ SPECIAL MASTER FUND, LTD
ATTN: RYAN WEDDLE / ANTE JAKIC
C/O BANK OF AMERICA MERRILL LYNCH
BANK OF AMERICA TOWER - 3RD FLOOR
ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER   54702   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/07/2017                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 7, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD, ATTN: RYAN WEDDLE / ANTE JAKIC, C/O BANK OF AMERICA MERRILL LYNCH, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD., ATTN: RYAN WEDDLE / ANTE JAKIC, C/O BANK OF AMERICA MERRILL LYNCH, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA DELLO STATO DEL CANTONE TICINO | TRANSFEROR: BANK JULIUS BAER & CO. LTD., ATTN: SNOZZI E, VIA GEN. H. GUISAN 5, BELLINZONA CH-6501 SWITZERLAND |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANCA MEDIOLANUM S.P.A. | ATTN: HEAD OF OPERATIONS CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO ( MILANO ) 20080 ITALY |
| BANCA MEDIOLANUM S.P.A. | ATTN: HEAD OF OPERATIONS CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO ( MILANO ) 20080 ITALY |
| BANCA MEDIOLANUM S.P.A. | ATTN: HEAD OF OPERATIONS CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO ( MILANO ) 20080 ITALY |
| BANCA MEDIOLANUM SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: HEAD OF OPERATION CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO, MI 20080 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: BANCA MEDIOLANUM S.P.A., ATTN: VALERIA VIGANO, VIA ROSELLINI 16, MILANO 20124 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: BANCA MEDIOLANUM S.P.A., ATTN: VALERIA VIGANO, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: VALERAI VIGANO, VIA ROSELLINI 16, MILANO 20124 ITALY |
| BANCO DI DESIO E DELLA BRIANZA S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: MAURIZIO MENGANA, VIA ROVAGNATI 1, DESIO (MB) 20832 ITALY |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: PATRIK ROOS, BAHNHOFSTRASSE, 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| CHIEH-YUAN, CHANG | NO 8 HENG FENG 9TH ROAD, HSING-TIEN, TAIPEI 231 TAIWAN |
| CHIEH-YUAN, CHANG | NO 8 HENG FENG 9TH ROAD, HSING-TIEN, TAIPEI 231 TAIWAN |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| COUTTS & CO AG | F/K/A RBS COUTTS BANK AG, LERCHENSTRASSE 18, 8045 ZURICH SWITZERLAND |
| CREDIT INDUSTRIEL ET COMMERCIAL, SINGAPORE BRANCH | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH, ATTN: PB TRANSFER TEAM, 12 MARINA BOULEVARD #37-01, MARINA BAY FINANCIAL CENTRE TOWER 3, SINGAPORE 018982 SINGAPORE |
| CREDIT SUISSE (MONACO) SAM | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE (MONACO) SAM | CRAVATH, SWAINE & MOORE LLP, WORLDWIDE PLAZA, ATTN: RICHARD LEVIN, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (MONACO) SAM | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG, HONG KONG BRANCH | TRANSFEROR: DBS BANK LTD, C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP, ATTN: STEPHANIE SWEENEY, ESQ., 200 WEST 41ST STREET, 17TH FLOOR, NEW YORK, NY 10036 |
| CREDIT SUISSE AG, SINGAPORE BRANCH | TRANSFEROR: CHIEH-YUAN, CHANG, C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS LLP, ATTN: STEPHANIE SWEENEY, ESQ., 200 WEST 41ST STREET, 17TH FLOOR, NEW YORK, NY 10018 |
| CREDIT SUISSE AG, SINGAPORE BRANCH | TRANSFEROR: CHIEH-YUAN, CHANG, C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP, ATTN: STEPHANIE SWEENEY, ESQ., 200 WEST 41ST STREET, 17TH FLOOR, |

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE AG, SINGAPORE BRANCH | NEW YORK, NY 10036 |
| CREDIT SUISSE SINGAPORE BRANCH | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE SINGAPORE BRANCH | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE SINGAPORE BRANCH | 1 RAFFLES LINK, #05-02, SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE SINGAPORE BRANCH | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| DANNENBERGER, CHRISTIAN | TRANSFEROR: VR-LIW GMBH, RHUMEWEG 22, BERLIN 14163 GERMANY |
| DBS BANK LTD | TRANSFEROR: SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH, 2 CHANGI BUSINESS PARK CRESCENT #09-05, LOBBY B DBS ASIA HUB, SINGAPORE 486029 SINGAPORE |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| EFG BANK AG | TRANSFEROR: UNION BANCAIRE PRIVEE, UBP SA, QUAI DU SEUJET 24, P.O. BOX 2391, GENEVA 2 1211 SWITZERLAND |
| FINECOBANK SPA | TRANSFEROR: BANCA FIDEURAM S.P.A., ATTN: RONNY SCIRE, PIAZZA DURANTE, 11, MILANO 20131 ITALY |
| GOLDMAN SACHS & CO. | TRANSFEROR: JORVIK MULTI-STRATEGY MASTER FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| HOPPNER, WILHELM-GUSTAV | TRANSFEROR: WALSER PRIVATBANK AG, PIVITSHEIDER STR. 118, LAGE 32791 GERMANY |
| JORVIK MULTI-STRATEGY MASTER FUND, L.P. | TRANSFEROR: YORK INVESTMENT MASTER FUND, L.P., ATTN: MARGARET MAURO, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| KBL EUROPEAN PRIVATE BANKERS SPAIN | TRANSFEROR: CREDIT SUISSE (MONACO) SAM, SUCURSAL EN ESPANA, SERRANO, 57 PLANTA 6A, MADRID CIF-W0182154E 28006 ESPANA |
| KBL MONACO PRIVATE BANKERS | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, 8 AVENUE DE GRANDE BRETAGNE - BP 262, MONACO CEDEX, MC 98005 MONACO |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD. | TRANSFEROR: SPCP GROUP, LLC, ATTN: BRADFORD TOBIN, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD. | TRANSFEROR: SPCP GROUP, LLC, ATTN: BRADFORD TOBIN, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| OZ SPECIAL MASTER FUND, LTD | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, C/O OCH-ZIFF CAP. MGMT GROUP/C WONG, 9 WEST 57TH STREET, 13TH FLOOR, NEW YORK, NY 10019 |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP, ATTN: CINDY KWOK, 9 WEST 57TH STREET, 13TH FLOOR, NEW YORK, NY 10019 |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: COUTTS & CO AG, ATTN: CORPORATE ACTIONS DEPARTMENT, RUE DU RHONE 96-98, CASE POSTALE 1320, GENEVA 1 1211 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: RBS COUTTS BANK AG, 96-98 RUE DU RHONE, GENEVA 1211 SWITZERLAND |
| VENETO BANCA SCPA | TRANSFEROR: BANCA MEDIOLANUM S.P.A., ATTN: SEMENZIN EMANUELA, PIAZZA G.B. DALL'ARMI 1, MONTEBELLUNA, TV 31044 ITALY |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |
| WALSER PRIVATBANK AG | TRANSFEROR: NEUE AARGAUER BANK AG, WERTPAPIERSERVICE, WALSERSTRABE 61, RIEZLERN 6991 AUSTRIA |

**Total Creditor Count 54**