**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos.
: 54620, 54728, 54730, 54737,
54738, 54739
------------------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DANIEL RAMIREZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 15, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 15, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Daniel Ramirez*
Daniel Ramirez

Sworn to before me this
17th day of February, 2017
*/s/ Elli Krempa*
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2019

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:  BAR(23) MAILID *** 000116102349 ***     LBH TRFNTC (ADDRESS2, ADRKEYID3) 22286



ICCREA BANCA S.P.A.
ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: ALYSSA D. ENGLUND, ESQ.
666 FIFTH AVENUE
NEW YORK, NY 10103

ICCREA BANCA S.P.A.
ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE
& CLAUDIA PRIVITERA
VIA LUCREZIA ROMANA 41/47
ROMA 00178
ITALY

Please note that your claim # 5158221-30 in the above referenced case and in the amount of $108,197.23 allowed at $108,458.75 has been transferred (unless previously expunged by court order)

BANCA PASSADORE & C. S.P.A.
TRANSFEROR: ICCREA BANCA S.P.A.
ATTN: MAURO GATTI
VIA ETTORE VERNAZZA, 27
GENOVA 16121
ITALY

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     54728     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/10/2017            Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 10, 2017.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA PASSADORE & C S.P.A. | TRANSFEROR: BANCA AKROS SPA, ATTN: MAURO GATTI, VIA ETTORE VERNAZZA 27, GENOVA 16121 ITALY |
| BANCA PASSADORE & C. S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MAURO GATTI, VIA ETTORE VERNAZZA, 27, GENOVA 16121 ITALY |
| BANCA PASSADORE & C. S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MAURO GATTI, VIA ETTORE VERNAZZA, 27, GENOVA 16121 ITALY |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| LGT BANK AG HONG KONG BRANCH | TRANSFEROR: BANK JULIUS BAER & CO. LTD., ATTN: OPS - LEHMAN CLAIMS FOR LGT HK, RM 4203, TWO EXCHANGE SQUARE, CENTRAL HONG KONG  HONG KONG |
| LGT BANK AG HONG KONG BRANCH | TRANSFEROR: BANK JULIUS BAER & CO. LTD., ATTN: OPS - LEHMAN CLAIMS FOR LGT HK, RM 4203, TWO EXCHANGE SQUARE, CENTRAL HONG KONG  HONG KONG |
| LGT BANK AG HONG KONG BRANCH | TRANSFEROR: BANK JULIUS BAER & CO. LTD., ATTN: OPS - LEHMAN CLAIMS FOR LGT HK, RM 4203, TWO EXCHANGE SQUARE, CENTRAL HONG KONG  HONG KONG |

**Total Creditor Count 16**