**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re : | **Chapter 11 Case No.** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | **08-13555 (SCC)** |
| : | |
| Debtors. : | **(Jointly Administered)** |

------------------------------------------------------------------x

**ORDER GRANTING PLAN ADMINISTRATOR'S OBJECTION TO THE PORTION OF CLAIM NUMBER 15846 HELD BY STONEHILL INSTITUTIONAL PARTNERS LP**

Upon the objection to the portion of claim number 15846 held by Stonehill Institutional Partners LP, dated January 23, 2017 (the "Claim Objection"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, seeking to reduce and allow the Claim pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), all as more fully described in the Claim Objection; and due and proper notice of the Claim Objection having been provided as stated therein; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Claim Objection is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Claim Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Claim Objection is granted; and it is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Claims Objection.

ORDERED that the portion of claim 15846 held by Stonehill Institutional Partners LP is hereby modified and allowed as a prepetition non-priority general unsecured claim in the amount of $1,704,019.68 and any asserted amount in excess of this modified amount is disallowed and expunged; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: March 1, 2017
      New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE