**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 54794 – 54801
: and 54804 – 54810
---------------------------------------------------------------- X

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 21, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 21, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Catherine Henriquez*
                                        Catherine Henriquez

Sworn to before me this
22nd day of February, 2017
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York<br><br>In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000116118567 ***       LBH TRFNTC (ADDRESS2, ADRKEYID3) 22479



BANK HAPOALIM (SWITZERLAND), LTD.
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER
STOCKERSTRASSE 33
ZURICH CH-8002
SWITZERLAND

Please note that your claim # 555855-10 in the above referenced case and in the amount of $150,000.00 allowed at $151,691.67 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
LONDON EC2N 2DB
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     54810     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/21/2017                           Vito Genna, Clerk of Court

/s/ Panagiota Manatakis
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 21, 2017.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK J. SAFRA SARASIN (GIBRALTAR) LTD. | F/K/A BANK J.SAFRA GIBRALTAR LTD, SUITE 971, EUROPORT, PO BOX 524, GIBRALTAR GIBRALTAR |
| BANK J. SAFRA SARASIN (GIBRALTAR) LTD. | F/K/A BANK J.SAFRA GIBRALTAR LTD, SUITE 971, EUROPORT, PO BOX 524, GIBRALTAR GIBRALTAR |
| BANK J. SAFRA SARASIN (GIBRALTAR) LTD. | F/K/A BANK J.SAFRA GIBRALTAR LTD, SUITE 971, EUROPORT, PO BOX 524, GIBRALTAR GIBRALTAR |
| BANK J. SAFRA SARASIN (GIBRALTAR) LTD. | F/K/A BANK J.SAFRA GIBRALTAR LTD, SUITE 971, EUROPORT, PO BOX 524, GIBRALTAR GIBRALTAR |
| BANK J. SAFRA SARASIN (GIBRALTAR) LTD. | F/K/A BANK J.SAFRA GIBRALTAR LTD, SUITE 971, EUROPORT, PO BOX 524, GIBRALTAR GIBRALTAR |
| BANK J. SAFRA SARASIN (GIBRALTAR) LTD. | F/K/A BANK J.SAFRA GIBRALTAR LTD, SUITE 971, EUROPORT, PO BOX 524, GIBRALTAR GIBRALTAR |
| BANK JULIUS BAER & CO. AG [ZURICH] | TRANSFEROR: BANK J. SAFRA SARASIN (GIBRALTAR) LTD., ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. AG [ZURICH] | TRANSFEROR: BANK J. SAFRA SARASIN (GIBRALTAR) LTD., ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. AG [ZURICH] | TRANSFEROR: BANK J. SAFRA SARASIN (GIBRALTAR) LTD., ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. AG [ZURICH] | TRANSFEROR: BANK J. SAFRA SARASIN (GIBRALTAR) LTD., ATTN: PATRIK ROOS, BANK JULIUS BAER & CO. LTD., BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. AG [ZURICH] | TRANSFEROR: BANK J. SAFRA SARASIN (GIBRALTAR) LTD., ATTN: PATRIK ROOS, BANK JULIUS BAER & CO. LTD., BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. AG [ZURICH] | TRANSFEROR: BANK J. SAFRA SARASIN (GIBRALTAR) LTD., ATTN: PATRIK ROOS, BANK JULIUS BAER & CO. LTD., BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. [ZURICH] | TRANSFEROR: UBS AG, ATTN: PATRIK ROOS, BANK JULIUS BAER & CO. LTD., BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS BANKHAUS, AG IN INSOLVENZ, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: STONEHILL INSTITUTIONAL PARTNERS, L.P., ATTN: JONATHAN SILVERMAN, 360 MADISON AVE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: STONEHILL INSTITUTIONAL PARTNERS, L.P., ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: STONEHILL INSTITUTIONAL PARTNERS, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: STONEHILL INSTITUTIONAL PARTNERS, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: STONEHILL INSTITUTIONAL PARTNERS, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: STONEHILL INSTITUTIONAL PARTNERS, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: STONEHILL INSTITUTIONAL PARTNERS, LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: STONEHILL MASTER FUND LTD., 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |

| Claim Name | Address Information |
|---|---|
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: STONEHILL MASTER FUND LTD., 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: STONEHILL MASTER FUND LTD., ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: STONEHILL MASTER FUND LTD., ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: STEVEN D. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: STEVEN D. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: TOM VARKEY, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: STEVEN D. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: TOM VARKEY, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: STEVEN D. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: STEVEN D. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O STONEHILL CAPITAL MANAGEMENT LLC - STEVEN D. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: STEVEN D. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O STONEHILL CAPITAL MANAGEMENT LLC - STEVEN D. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: STEVEN D. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 44**