WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard L. Levine
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING OF THE PLAN ADMINISTRATOR'S FIVE HUNDRED
NINETEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the Court has scheduled a hearing (the

"Hearing") to consider *The Plan Administrators Five Hundred Nineteenth Omnibus Objection to

Claims (No Liability Claims)* [ECF No. 53107] to be held on **March 24, 2017 at 10:00 a.m.

(Prevailing Eastern Time)**.

The Hearing will be held before the Honorable Shelley C. Chapman, United

States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

New York, Courtroom 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: March 6, 2017
       New York, New York

                                 /s/ Garrett A. Fail
                                 Richard L. Levine
                                 Garrett A. Fail
                                 WEIL, GOTSHAL & MANGES LLP
                                 767 Fifth Avenue
                                 New York, New York 10153
                                 Telephone: (212) 310-8000
                                 Facsimile: (212) 310-8007

                                 *Attorneys for Lehman Brothers Holdings Inc.*
                                 *and Certain of Its Affiliates*