**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re:                                            :   Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :   08-13555 (SCC)
                                                  :
                  Debtors.                        :   (Jointly Administered)
                                                  :
                                                  :   Ref. Docket No. 55011
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 2, 2017, I caused to be served the "Plan Administrator's Reply in Support of Motion Pursuant to the Amended SPV ADR Order and Section 105(a) of the Bankruptcy Code to (I) Enforce Settlement and Release Agreement and (II) Grant Attorneys' and Mediator's Fees and Costs," dated March 2, 2017 [Docket No. 55011], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
3rd day of March, 2017
*/s/ Elli Krempa*
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2019

# EXHIBIT A

**OFFICE OF THE US TRUSTEE**
**U.S. FEDERAL OFFICE BUILDING**
**ATTN: WILLIAM K. HARRINGTON, ESQ.,**
**SUSAN D. GOLDEN, ESQ.**
**ANDREA B. SCHWARTZ, ESQ.**
**201 VARICK STREET, ROOM 1006**
**NEW YORK, NY 10014**

**OFFICE OF THE UNITED STATES TRUSTEE**
**ATTN: JOSEPH T. NADKARNI, CFA**
**SENIOR BANKRUPTCY ANALYST**
**201 VARICK STREET – SUITE 1006**
**NEW YORK, NEW YORK 10014**

**INTERNAL REVENUE SERVICE**
**SPECIAL PROCEDURES BRANCH**
**ATTN: DISTRICT DIRECTOR**
**290 BROADWAY**
**NEW YORK, NY 10007**

**K&L GATES LLP**
**ATTN: JOHN A. BICKS, HENRY E. SHIN**
**PRIYA CHADHA**
**599 LEXINGTON AVENUE**
**NEW YORK, NEW YORK 10022**

**K&L GATES LLP**
**ATTN:  BRIAN D. KOOSED**
**1601 K STREET, NW**
**WASHINGTON, DC 20006**

**EXHIBIT B**

Email List

| | |
|---|---|
| aaaronson@dilworthlaw.com | anthony_boccanfuso@aporter.com |
| aalfonso@willkie.com | aostrow@beckerglynn.com |
| abeaumont@fklaw.com | appleby@chapman.com |
| abraunstein@riemerlaw.com | aquale@sidley.com |
| acaton@kramerlevin.com | arainone@bracheichler.com |
| adarwin@nixonpeabody.com | arancier@offitkurman.com |
| adiamond@diamondmccarthy.com | arheaume@riemerlaw.com |
| adk@msf-law.com | arosenblatt@chadbourne.com |
| aeckstein@blankrome.com | arthur.rosenberg@hklaw.com |
| aentwistle@entwistle-law.com | arwolf@wlrk.com |
| agbanknewyork@ag.tn.gov | aschwartz@homerbonner.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashmead@sewkis.com |
| aisenberg@saul.com | asnow@ssbb.com |
| akadish@dtlawgroup.com | asomers@rctlegal.com |
| akolod@mosessinger.com | aunger@sidley.com |
| allison.holubis@wilsonelser.com | austin.bankruptcy@publicans.com |
| alum@ftportfolios.com | avenes@whitecase.com |
| amarder@msek.com | bankruptcy@goodwin.com |
| amartin@sheppardmullin.com | bankruptcy@morrisoncohen.com |
| amcmullen@boultcummings.com | bankruptcy@ntexas-attorneys.com |
| amenard@tishmanspeyer.com | bankruptcymatters@us.nomura.com |
| amh@amhandlerlaw.com | barbra.parlin@hklaw.com |
| andrew.brozman@cliffordchance.com | bbisignani@postschell.com |
| andrew.lourie@kobrekim.com | bcarlson@co.sanmateo.ca.us |
| andrewtenzer@paulhastings.com | bdemay@hsgllp.com |
| angelich.george@arentfox.com | bdk@schlamstone.com |
| angie.owens@skadden.com | ben.lewis@hoganlovells.com |

1

Email List

bguiney@pbwt.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.koosed@klgates.com

brosenblum@jonesday.com

brotenberg@wolffsamson.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bsellier@rlrpclaw.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

cahn@clm.com

canelas@pursuitpartners.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cdesiderio@nixonpeabody.com

cfarley@mccarter.com

cgonzalez@diazreus.com

chad.husnick@kirkland.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chemrick@thewalshfirm.com

chipford@parkerpoe.com

chris.donoho@hoganlovells.com

christopher.greco@kirkland.com

claude.montgomery@dentons.com

clynch@reedsmith.com

cmestres@aclawllp.com

cohen@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

cparyse@contrariancapital.com

craig.goldblatt@wilmerhale.com

craigjustinalbert@gmail.com

crmomjian@attorneygeneral.gov

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

cszyfer@stroock.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.heller@lw.com

david.livshiz@freshfields.com

david.powlen@btlaw.com

david.tillem@wilsonelser.com

davids@blbglaw.com

Email List

davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgoldberg@hsgllp.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com

dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com
ecohen@russellinvestments.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com

Email List

| | |
|---|---|
| ellen.halstead@cwt.com | guzman@sewkis.com |
| emagnelli@bracheichler.com | harrisjm@michigan.gov |
| emerberg@mayerbrown.com | harveystrickon@paulhastings.com |
| enkaplan@kaplanlandau.com | hbeltzer@chadbourne.com |
| eobrien@sbchlaw.com | heiser@chapman.com |
| etillinghast@sheppardmullin.com | henry.shin@klgates.com |
| eweinick@otterbourg.com | hmagaliff@r3mlaw.com |
| ezujkowski@emmetmarvin.com | holsen@stroock.com |
| fcarruzzo@kramerlevin.com | hooper@sewkis.com |
| ffm@bostonbusinesslaw.com | howard.hawkins@cwt.com |
| fhenn@law.nyc.gov | hrh@lhmlawfirm.com |
| fhyman@mayerbrown.com | hseife@chadbourne.com |
| foont@foontlaw.com | hsnovikoff@wlrk.com |
| fsosnick@shearman.com | hsteel@brownrudnick.com |
| fyates@sonnenschein.com | igoldstein@proskauer.com |
| gabriel.delvirginia@verizon.net | irethy@stblaw.com |
| gary.ravertpllc@gmail.com | israel.dahan@cwt.com |
| gavin.alexander@ropesgray.com | jacobsonn@sec.gov |
| gbray@milbank.com | jalward@blankrome.com |
| ggitomer@mkbattorneys.com | james.berg@piblaw.com |
| ggoodman@foley.com | james.mcclammy@dpw.com |
| giddens@hugheshubbard.com | james.sprayregen@kirkland.com |
| gkaden@goulstonstorrs.com | jamesboyajian@gmail.com |
| glenn.siegel@morganlewis.com | jamestecce@quinnemanuel.com |
| gli@kktlawfirm.com | jar@outtengolden.com |
| gmoss@riemerlaw.com | jay.hurst@oag.state.tx.us |
| goldenberg@ssnylaw.com | jay@kleinsolomon.com |
| gspilsbury@jsslaw.com | jbeemer@entwistle-law.com |

Email List

jbeiers@co.sanmateo.ca.us
jbrody@americanmlg.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@united.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com

jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.bicks@klgates.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrosenthal@mhlawcorp.com

Email List

| | |
|---|---|
| jrsmith@hunton.com | kkolbig@mosessinger.com |
| jschiller@bsfllp.com | klyman@irell.com |
| jschwartz@hahnhessen.com | klynch@formanlaw.com |
| jsheerin@mcguirewoods.com | kobak@hugheshubbard.com |
| jsherman@bsfllp.com | korr@orrick.com |
| jshickich@riddellwilliams.com | kovskyd@pepperlaw.com |
| jsmairo@pbnlaw.com | kressk@pepperlaw.com |
| jsterling@daypitney.com | kreynolds@mklawnyc.com |
| jstoll@mayerbrown.com | krodriguez@allenmatkins.com |
| jtimko@shutts.com | krosen@lowenstein.com |
| judy.morse@crowedunlevy.com | ktung@kktlawfirm.com |
| jvail@ssrl.com | kurt.mayr@bgllp.com |
| jwcohen@daypitney.com | landon@slollp.com |
| jwest@velaw.com | lani.adler@klgates.com |
| jwh@njlawfirm.com | lapeterson@foley.com |
| jzulack@fzwz.com | lawallf@pepperlaw.com |
| kanema@formanlaw.com | lawrence.gelber@srz.com |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| karl.geercken@alston.com | lee.stremba@troutmansanders.com |
| kdwbankruptcydepartment@kelleydrye.com | lee.whidden@dentons.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| ken.coleman@allenovery.com | lisa.solomon@att.net |
| kerry.moynihan@hro.com | ljkotler@duanemorris.com |
| kgwynne@reedsmith.com | lkatz@ltblaw.com |
| kiplok@hugheshubbard.com | lkiss@klestadt.com |
| kit.weitnauer@alston.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | lmcgowen@orrick.com |

Email List

| | |
|---|---|
| lnashelsky@mofo.com | meggie.gilstrap@bakerbotts.com |
| loizides@loizides.com | melorod@gtlaw.com |
| lschweitzer@cgsh.com | meltzere@pepperlaw.com |
| lucdespins@paulhastings.com | metkin@lowenstein.com |
| mabrams@willkie.com | mfeldman@willkie.com |
| maofiling@cgsh.com | mgordon@briggs.com |
| marc.chait@sc.com | mgreger@allenmatkins.com |
| margolin@hugheshubbard.com | mh1@mccallaraymer.com |
| mark.bane@ropesgray.com | mhopkins@cov.com |
| mark.ellenberg@cwt.com | michael.frege@cms-hs.com |
| mark.mckane@kirkland.com | michael.kelly@monarchlp.com |
| mark.salzberg@squirepb.com | michael.krauss@faegrebd.com |
| mark.sherrill@sutherland.com | michael.mccrory@btlaw.com |
| marvin.clements@ag.tn.gov | millee12@nationwide.com |
| matt@willaw.com | miller@taftlaw.com |
| matthew.klepper@dlapiper.com | mimi.m.wong@irscounsel.treas.gov |
| maustin@orrick.com | mitchell.ayer@tklaw.com |
| mbenner@tishmanspeyer.com | mitchell.berger@squirepb.com |
| mbienenstock@proskauer.com | mjedelman@vedderprice.com |
| mbloemsma@mhjur.com | mjr1@westchestergov.com |
| mbossi@thompsoncoburn.com | mlahaie@akingump.com |
| mcademartori@sheppardmullin.com | mlandman@lcbf.com |
| mcarthurk@sullcrom.com | mlichtenstein@crowell.com |
| mccarthyj@sullcrom.com | mlynch2@travelers.com |
| mcordone@stradley.com | mmorreale@us.mufg.jp |
| mcto@debevoise.com | mneier@ibolaw.com |
| mcyganowski@oshr.com | monica.lawless@brookfieldproperties.com |
| mdorval@stradley.com | mpage@kelleydrye.com |

Email List

| | |
|---|---|
| mparry@mosessinger.com | notice@bkcylaw.com |
| mpedreira@proskauer.com | nyrobankruptcy@sec.gov |
| mprimoff@kayescholer.com | otccorpactions@finra.org |
| mrosenthal@gibsondunn.com | paronzon@milbank.com |
| mruetzel@whitecase.com | pbattista@gjb-law.com |
| mschimel@sju.edu | pbosswick@ssbb.com |
| msegarra@mayerbrown.com | pdublin@akingump.com |
| mshiner@tuckerlaw.com | peisenberg@lockelord.com |
| mshuster@hsgllp.com | peter.gilhuly@lw.com |
| msolow@kayescholer.com | peter.macdonald@wilmerhale.com |
| mspeiser@stroock.com | peter.meisels@wilsonelser.com |
| mstamer@akingump.com | peter.simmons@friedfrank.com |
| munno@sewkis.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarner@coleschotz.com | pfinkel@wilmingtontrust.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| nathan.spatz@pillsburylaw.com | pmaxcy@sonnenschein.com |
| nbinder@binderschwartz.com | ppascuzzi@ffwplaw.com |
| nbojar@fklaw.com | ppatterson@stradley.com |
| ncoco@mwe.com | priya.chadha@klgates.com |
| neal.mann@oag.state.ny.us | psp@njlawfirm.com |
| ned.schodek@shearman.com | ptrostle@jenner.com |
| neilberger@teamtogut.com | raj.madan@skadden.com |
| nherman@morganlewis.com | ramona.neal@hp.com |
| nicholas.zalany@squirepb.com | rbeacher@pryorcashman.com |
| nissay_10259-0154@mhmjapan.com | rbernard@foley.com |
| nlepore@schnader.com | rbyman@jenner.com |
| nlieberman@hsgllp.com | rdaversa@orrick.com |

Email List

| | |
|---|---|
| relgidely@gjb-law.com | sally.henry@skadden.com |
| rfriedman@silvermanacampora.com | samuel.cavior@pillsburylaw.com |
| rgmason@wlrk.com | sandyscafaria@eaton.com |
| rgoodman@moundcotton.com | scargill@lowenstein.com |
| rgraham@whitecase.com | schager@ssnylaw.com |
| rhett.campbell@tklaw.com | schannej@pepperlaw.com |
| richard.lear@hklaw.com | schepis@pursuitpartners.com |
| richard@rwmaplc.com | schnabel.eric@dorsey.com |
| rick.murphy@sutherland.com | schristianson@buchalter.com |
| rleek@hodgsonruss.com | scott.golden@hoganlovells.com |
| rmatzat@hahnhessen.com | scottj@sullcrom.com |
| rnetzer@willkie.com | scottshelley@quinnemanuel.com |
| robert.dombroff@bingham.com | scousins@armstrongteasdale.com |
| robert.honeywell@klgates.com | sdnyecf@dor.mo.gov |
| robert.malone@dbr.com | seba.kurian@invesco.com |
| robert.yalen@usdoj.gov | sehlers@armstrongteasdale.com |
| robin.keller@lovells.com | sfalanga@thewalshfirm.com |
| roger@rnagioff.com | sfelderstein@ffwplaw.com |
| ross.martin@ropesgray.com | sfineman@lchb.com |
| rpedone@nixonpeabody.com | sfox@mcguirewoods.com |
| rrainer@wmd-law.com | sgordon@cahill.com |
| rroupinian@outtengolden.com | sgraziano@blbglaw.com |
| rrussell@andrewskurth.com | sgubner@ebg-law.com |
| russj4478@aol.com | sharbeck@sipc.org |
| ryaspan@yaspanlaw.com | shari.leventhal@ny.frb.org |
| sabin.willett@bingham.com | shgross5@yahoo.com |
| sabramowitz@velaw.com | sidorsky@butzel.com |
| sabvanrooy@hotmail.com | skatona@polsinelli.com |

Email List

| | |
|---|---|
| sldreyfuss@hlgslaw.com | tdewey@dpklaw.com |
| sleo@bm.net | tgoren@mofo.com |
| slerman@ebglaw.com | thenderson@americanmlg.com |
| slerner@ssd.com | thomas.califano@dlapiper.com |
| slevine@brownrudnick.com | timothy.harkness@freshfields.com |
| sloden@diamondmccarthy.com | tkiriakos@mayerbrown.com |
| smillman@stroock.com | tlauria@whitecase.com |
| smulligan@bsblawyers.com | tmacwright@whitecase.com |
| snewman@katskykorins.com | tmm@mullaw.org |
| sory@fdlaw.com | tnixon@gklaw.com |
| squsba@stblaw.com | toby.r.rosenberg@irscounsel.treas.gov |
| sree@lcbf.com | tomwelsh@orrick.com |
| sschultz@akingump.com | tsalter@blankrome.com |
| sselbst@herrick.com | tslome@msek.com |
| sshimshak@paulweiss.com | tunrad@burnslev.com |
| sskelly@teamtogut.com | vguldi@zuckerman.com |
| sstarr@starrandstarr.com | villa@slollp.com |
| stephen.cowan@dlapiper.com | vmilione@nixonpeabody.com |
| stephen.hessler@kirkland.com | vrubinstein@loeb.com |
| steve.ginther@dor.mo.gov | wanda.goodloe@cbre.com |
| steven.usdin@flastergreenberg.com | wbenzija@halperinlaw.net |
| streusand@slollp.com | wcurchack@loeb.com |
| susheelkirpalani@quinnemanuel.com | wfoster@milbank.com |
| swolowitz@mayerbrown.com | will.sugden@alston.com |
| szuber@csglaw.com | wisotska@pepperlaw.com |
| szuch@wiggin.com | wk@pwlawyers.com |
| tannweiler@greerherz.com | wmaher@wmd-law.com |
| tbrock@ssbb.com | wmarcari@ebglaw.com |

Email List

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

yuwatoko@mofo.com