**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| ------------------------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Ref. Docket No. 54867 & 54899 |
| | : | |
| ------------------------------------------------------------------------- X | | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 2, 2017, I caused to be served the "Notice of Defective Transfer," dated March 2, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
7th day of March, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2017

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS, INC., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   CASPIAN SC HOLDINGS L.P.
              ATTN: CHRIS MANZ
              CASPIAN CAPITAL LP
              767 FIFTH AVENUE, 45TH FLOOR
              NEW YORK, NY 10153

Transferee:   DEUTSCHE BANK AG, LONDON BRANCH
              ATTN: RICH VICHAIDITH
              C/O DEUTSCHE BANK SECURITIES INC.
              60 WALL STREET
              NEW YORK, NY 10023

**Your transfer as presented is defective for the reason(s) checked below:**

( ) case closed on:
( ) address missing: (transferor) (transferee)
( ) signature of transferor missing
( ) claim number in error
( ) claim number not stated
( ) amount of transfer missing in Transfer Agreement
( ) not FRBP 3001(e)(2) OR (4); claim **NOT** on file
( ) not FRBP 3001(e)(1) OR (3); claim **ON** file
( ) notice amount does not match transfer agreement
( ) cannot docket transfer-claim #
   [ ] expunged by court order
   [ ] previously transferred
        By document #
() other
   (specify):

NOTE: This transfer was amended on Docket # 54892

**Docket Number: 54867**

/s/ Lauren Rodriguez
Epiq Bankruptcy Solutions LLC
as Claims Agent for the Debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 2, 2017

# EXHIBIT B

| | |
|---|---|
| **LBH_DN 54867_3-2-17** | **LBH_DN 54867_3-2-17** |
| CASPIAN SC HOLDINGS L.P.<br>ATTN: CHRIS MANZ<br>CASPIAN CAPITAL LP<br>767 FIFTH AVENUE, 45TH FLOOR<br>NEW YORK, NY 10153 | DEUTSCHE BANK AG, LONDON BRANCH<br>ATTN: RICH VICHAIDITH<br>C/O DEUTSCHE BANK SECURITIES INC.<br>60 WALL STREET<br>NEW YORK, NY 10023 |

**LBH_DN 54899_3-2-17**

**LBH_DN 54899_3-2-17**

BARCLAYS BANK PLC
ATTN: KHALIL ABUMANNEH
745 SEVENTH AVENUE
NEW YORK, NY 10019

BKM HOLDINGS (CAYMAN) LTD.
ATTN: JENNIFER DONOVAN
520 MADISON AVENUE, 30TH FLOOR
NEW YORK, NY 10022