**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------------- x | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Ref. Docket No. 54947 |
| | : | |
| ------------------------------------------------------------------------- X | | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 1, 2017, I caused to be served the "Notice of Defective Transfer," dated February 23, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
2nd day of March, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2017

# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000116323406 ***       LBH DEFTRFNTC (MERGE2, TXNUM2) 4000105460



BANCA AKROS SPA
ATTN: MR. LUCA GANDOLFI
VIA EGINARDO, 29
MILAN 20149
 ITALY




BANCA IFIGEST SPA
ATTN: ENRICO ALGIERI
PIAZZA S. MARIA SOPRARNO, 1
FIRENZE 50125
 ITALY


**Your transfer of claim # 56041 is defective for the reason(s) checked below:**

Other ISIN is not present on this clai.



Docket Number   54947          Date:  02/23/2017


/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA IFIGEST SPA | ATTN: ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |
| BANCA IFIGEST SPA | ATTN: ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |

**Total Creditor Count 4**