



Pensionskasse Merck & Cie · Im Laternenacker 5 · 8200 Schaffhausen · Switzerland

| | |
|---|---|
| Unites States Bankruptcy Court | Date: February 24, 2107 |
| Southern District of New York | Division/Dept.: Pension Fund |
| One Bowling Green | Care of: Andreas Furger |
| New York NY 10004-1408 | Phone: +41 52 630 72 03 |
| United States of America | Fax: +41 52 630 72 55 |
| | E-Mail: andreas.furger@merckgroup.com |

**In re Lehmann Brothers Holding, Inc. Case 08-13555**

Dear Sir's

Enclosed please find enclosed the following documents

- duly signed document Transfer of Claim other than for Security
- duly signed document Evidences of Transfer of Claim
- Schedule 1

The mentioned Lehmann Products are now posted in our bank. We kindly request you to process this transfer.

If you have questions, do not hesitate to contact us.

Kind regards

Pension Fund Merck & Cie

Andreas Furger  
Chairman of a foundation council

Dr. Rudolf Moser  
Member of a foundation council



1 of 1

**Pensionskasse Merck & Cie**

Im Laternenacker 5  
8200 Schaffhausen · Switzerland  
Phone  +41 52 630 72 72  
Fax     +41 52 630 72 55

Bankverbindung  
Bank Vontobel AG  
Konto Nr. 1612006.001  
IBAN CH16 0875 7000 0126 1783 7 (USD)

G:\PK\Merck Eprova\Diverses\Brief_Div (Englisch).docx

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re  Lehman Brothers Holdings, Inc.    Case No  08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Pensionskasse Merck & Cie          Notenstein La Roche Privatbank AG
Name of Transferee                  Name of Transferor

Name and Address where notices to transferee should be sent:
Pensionskasse Merck & Cie

Laternenacker 5
8200 Schaffhausen
Switzerland

Court Claim # (if known): 55829
Amount of Claim: Note: This is a *Partial* Transfer of Claim. See attached 1 Evidence of Transfer of Claim for Details
Date Claim Filed: 10/29/2009

Phone: _____
Email: _____
Last Four Digits of Acct #: n/a

Phone:  0071 41 242 59 19

Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: February 23, 2017
Transferee/Transferee's Agent

Pensionskasse
Merck & Cie
8200 Schaffhausen

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Notenstein La Roche Privatbank AG ("Transferor") unconditionally and irrevocably transferred to Pensionskasse Merck & Cie ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 555829.62**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF. this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON February 20th, 2017.


Notenstein La Roche Privatbank AG

By: _____
Name: August Zingg
Title: Associate

By: _____
Name: Roger Knöpfel
Title: Associate

RECEIVED
FEB 28 2017
U.S BANKRUPTCY COURT
SD DIST OF NEW YORK

**Schedule 1**

**Lehman Programs Securities Related to Transferred Portion of Claim**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount of Claim Related to Security |
|---|---|---|---|---|
| XS0200265709 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 400'000.-- |