**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                             :    Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (SCC)
                                                                  :
                    Debtors.                                :    (Jointly Administered)
------------------------------------------------------------------x

## ORDER GRANTING THE PLAN ADMINISTRATOR'S OBJECTION
## TO DEMANDS FOR POSTPETITION INTEREST RELATED TO CLAIM NO. 28308

In accordance with the *Order Sustaining Plan Administrator's Objection to Demands for Postpetition Interest Related to Claim No. 28308*, dated January 12, 2017 (ECF No. 54525) it is hereby

ORDERED that the amount of postpetition interest due on account of Claim No. 28308 is $6,573,324; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: March 9, 2017
         New York, New York

                                        /S/ Shelley C. Chapman
                                        HONORABLE SHELLEY C. CHAPMAN
                                        UNITED STATES BANKRUPTCY JUDGE