

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN : LEHMAN BROTHERS HOLDINGS INC
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Dear Sirs,

Please find enclosed « TRANSFER OF CLAIM OTHER THAN FOR SECURITY » concerning Lehman Brothers holding INC. case NR 08-135555 (JPM).

Yours sincerely,

Monaco, 2nd March 2017

Philippe BINAZZI
Head of Back Office



KBL MONACO PRIVATE BANKERS
8 AVENUE DE GRANDE-BRETAGNE I B.P. 262 I MC 98005 MONACO CEDEX I TÉL. +377 92 16 55 55 I FAX +377 92 16 55 99
SOCIETE ANONYME MONEGASQUE AU CAPITAL DE 27 400 000 EUROS I RCI 96 S 3147 I D.S.E.E. 6419Z07159 I I.E. FR 44 0000 38843 I SWIFT : KBLXMCMC

MEMBER OF KBL EUROPEAN PRIVATE BANKERS

KBLM
Reçu le
**2 4 FEV. 2017**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

RECEIVED
MAR - 3 2017
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

In re LEHMAN BROTHERS HOLD . INC            Case No. 08-13555 (JPM)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| UNIONE FWM03053 | RADIUS CORP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
C/O KBL MONACO PRIVATE BANKERS
8 AV DE GRANDE BRETAGNE

Court Claim # (if known): 45825
Amount of Claim: $80,936.99
Date Claim Filed: 10/06/2009

Phone: 377 92 15 55 55
Last Four Digits of Acct #: Ø171

Phone: 377 97 97 00 22
Last Four Digits of Acct #: Ø104

Name and Address where transferee payments should be sent (if different from above):
UNIONE FIDUCIARIA SPA
Via Amedei 4 20123 Milano

Phone: 39 02 72 42 21
Last Four Digits of Acct #: Ø171

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By UNIONE FIDUCIARIA S.p.A.
due procuratori
Transferee/Transferee's Agent
GIOVANNA ELMI    LORENZO SACCHI

Date: _____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

COURRIER REÇU EN ORIGINAL
**2 4 FEV. 2017**
ADMINISTRATION COMPTE
SIGNATURE CONFORME