**ORIGINAL**

EXHIBIT A TO
ASSIGNMENT OF CLAIM

EVIDENCE OF ASSIGNMENT OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, HORIZON II INTERNATIONAL LIMITED ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to OCBC WING HANG BANK LIMITED ("Assignee") all of its right, title, interest, claims, including Proof of Claim numbered 20005, and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of not less than $26,880.00 (the "Claim", and having the claim number 20005), against Lehman Brothers Holdings Inc. ("Debtor"), a debtor-in-possession in the chapter 11 cases encaptioned In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (JMP) (Jointly Administered) (the "Cases") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the assignment of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor assigning to Assignee the foregoing Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

This notice and any non-contractual obligations arising out of or in connection with it shall be governed by the laws of England.

IN WITNESS WHEREOF, this Notice of Assignment is executed on February 9, 2017

HORIZON II INTERNATIONAL LIMITED
By: _____
Name: SAMIT GHOSH / AJITA CONNOLLY
Title: Authorised Signatory / Authorised Signatory

OCBC WING HANG BANK LIMITED

By: _____
Name:
Title:

EXHIBIT A TO
ASSIGNMENT OF CLAIM

EVIDENCE OF ASSIGNMENT OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, HORIZON II INTERNATIONAL LIMITED ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to OCBC WING HANG BANK LIMITED ("Assignee") all of its right, title, interest, claims, including Proof of Claim numbered 20005, and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of not less than $26,880.00 (the "Claim", and having the claim number 20005), against Lehman Brothers Holdings Inc. ("Debtor"), a debtor-in-possession in the chapter 11 cases encaptioned In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (JMP) (Jointly Administered) (the "Cases") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the assignment of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor assigning to Assignee the foregoing Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

This notice and any non-contractual obligations arising out of or in connection with it shall be governed by the laws of England.

IN WITNESS WHEREOF, this Notice of Assignment is executed on February 9, 2017

HORIZON II INTERNATIONAL LIMITED

By:_____
   Name:
   Title:

OCBC WING HANG BANK LIMITED

By:_____
   Name:
   Title:
                    For and on behalf of
                    OCBC Wing Hang Bank Limited
                    Authorized Signature(s)

Michael Fung                Stephen Wong
Senior General              Senior Deputy General
Manager                     Manager