WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :    08-13555 (SCC)
                                                            :
                                    Debtors.                :    (Jointly Administered)
                                                            :
------------------------------------------------------------x
```

**NOTICE RESCHEDULING OMNIBUS HEARING**
**PREVIOUSLY SCHEDULED FOR APRIL 13, 2017 TO APRIL 27, 2017**

**PLEASE TAKE NOTICE** that, at the request of the Court, the omnibus hearing previously scheduled for April 13, 2017 at 10:00 a.m. (Prevailing Eastern Time) **has been rescheduled to April 27, 2017 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"). All matters scheduled for April 13, 2017 will be heard on April 27, 2017. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and the Hearing may be

WEIL:\96057861\2\58399.0011

further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: March 13, 2017
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL:\96057861\2\58399.0011