WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
In re : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (SCC)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------------x

**NOTICE RELATING TO MATTERS
SCHEDULED FOR HEARING ON MARCH 28, 2017**

**PLEASE TAKE NOTICE** that the hearings to consider the following motions that were scheduled for Tuesday, March 28, 2017, at 3:00 p.m. (Prevailing Eastern Time) **have been rescheduled to Thursday, March 30, 2017, at 12:00 noon (Prevailing Eastern Time)** (the "Hearings"), or as soon thereafter as counsel may be heard:

- The *Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes*, dated June 10, 2015 [ECF No. 49954], with respect to certain claims only (See ECF No. 54906).

- The *Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes*, dated February 23, 2017 [ECF No. 54904].

WEIL:\96062857\1\58399.0011

The Hearings will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 621, and the Hearings may be further adjourned from time to time without further notice other than an announcement at the Hearings.

Dated: March 14, 2017
      New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*