## ✦ UBS

**UBS AG**
Europastrasse 2
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com



RECEIVED MAR - 1 2017 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

# Message

February 23, 2017

**subject**  Claim Transfer Agreement Lehman Program Securities

| | |
|---|---|
| On behalf of | Attention: Clerk of the Court |
| you are receiving | Evidence of partial transfer of claim: Banque Pictet & Cie SA |

☐ for your information     ☐ returned with thanks     ☐ please return
☒ for your records          ☐ please comment           ☒ please confirm receipt
☐ as agreed                 ☐ please sign              ☒ please process
☐ please complete           ☐

**Remarks**
TOCE180:  EUR 30'000.00    CH0027120978
Transferor: Banque Pictet & Cie SA / Claim Number: 64249.08
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

*[signature]*

Stephan Gfeller
Associate Director

61555 E        07.03.2012        N1                        23.02.2017        Page 1/1

## EVIDENCE OF TRANSFER OF CLAIM



TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Banque Pictet & Cie SA** ("Transferor") unconditionally and irrevocably transferred to **UBS AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 64249.08**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administrated), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON FEBRUARY 08, 2017

Banque Pictet & Cie SA

By: ....................

Name: David Aeschlimann

Title: Vice President

By: ....................

Name: Mélanie Pichonnaz

Title: Officer

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| CH0027120978 | 64249.08 | October 29, 2009 | Lehman Brothers Treasury BV | EUR 30'000 |
|  |  |  |  |  |

**Allowed Claim Amount = USD 42'573.17**