WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
James N. Lawlor
Adam M. Bialek
Fletcher W. Strong

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. |  |

**NOTICE OF WITHDRAWAL OF DEBTORS' MOTION IN AID OF
ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDER FOR
INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST MORTGAGE
LOAN SELLERS AS TO FIRST MORTGAGE CORPORATION**

**PLEASE TAKE NOTICE** that on October 22, 2015, Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator for the entities in the above referenced chapter 11 cases (the "Debtors"), filed a motion in aid of alternative dispute resolution procedures order for indemnification claims of the Debtors against mortgage loan sellers (the "Motion") [Dkt. No. 51241].

**PLEASE TAKE FURTHER NOTICE** that on November 16, 2015, First Mortgage Corporation ("First Mortgage") filed an objection to the Motion (the "Objection") [Dkt. No. 51464].

**PLEASE TAKE FURTHER NOTICE** that on December 1, 2015, the Court entered an Order granting the Motion, but adjourning the hearing date for the Motion as to certain parties that filed a response or objection, including First Mortgage, until February 23, 2016 [Dkt. No. 51575]. The Motion was further adjourned as to certain parties, including First Mortgage.

**PLEASE TAKE FURTHER NOTICE** that LBHI is hereby withdrawing the Motion as to First Mortgage. This withdrawal shall only apply to First Mortgage, is without prejudice, and shall not have any force or effect as to any other entity subject to the Motion.

Dated: New York, New York
March 17, 2017

/s/ Adam M. Bialek
William A. Maher
James N. Lawlor
Adam M. Bialek
Fletcher W. Strong

Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

*Counsel for Lehman Brothers Holdings Inc.*