



February 27, 2017

Paul R. DeFilippo
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue,
New York, NY 10110

Re: LEHMAN BROTHERS HOLDINGS INC., et al., Debtors, LEHMAN BROTHERS SPECIAL FINANCING
INC., Pltf. vs. BANK OF AMERICA NATIONAL ASSOCIATION, et al., Dfts. // To: Pinnacle Point Funding
Corp.

Case No. 0813555SCC

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent
for service of process for Pinnacle Point Funding Corp..

Pinnacle Point Funding Corp. is inactive on the records of the State DE. Our services for this entity have also been
discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since
we have no address to which to forward this process, we have not done so.

Very truly yours,


The Corporation Trust Company

Log# 530760956

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
    Alexander Hamilton Custom House,
    One Bowling Green,
    New York, NY 10004-1408


(Returned To)

Paul R. DeFilippo
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue,
New York, NY 10110