**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                              :

In re:                         :      **Chapter 11 Case No.**
                              :

**LEHMAN BROTHERS HOLDINGS INC., et al.,**  :      **08-13555 (SCC)**
                              :

                 **Debtors.**     :      **(Jointly Administered)**
                              :
                              :      **Ref. Docket No. 55013**
------------------------------------------------------------------------x

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                       ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 6, 2017, I caused to be served the "Notice of Hearing of the Plan Administrator's Five Hundred Nineteenth Omnibus Objection to Claims (No Liability Claims)," dated March 6, 2017 [Docket No. 55013], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                               */s/ Forrest Kuffer*
                                               Forrest Kuffer

Sworn to before me this
7th day of March, 2017
*/s/ Elli Krempa*
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2019

**EXHIBIT A**

***OVERNIGHT SERVICE LIST:***

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

## *ADDITIONAL OVERNIGHT SERVICE LIST:*

MAVERICK ET AL.
C/O MAVERICK CAPITAL, LTD.
ATTN: JOHN T. MCCAFFERTY, GENERAL COUNSEL
300 CRESCENT COURT
18TH FLOOR
DALLAS, TX 75201

SHEARMAN & STERLING LLP
AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY  10022

SHEARMAN & STERLING LLP
ATTN: DONNA PARISI, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY 10022

**EXHIBIT B**

# EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.lanza@dlapiper.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
ben.lewis@hoganlovells.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cmestres@aclawllp.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com

**EMAIL SERVICE LIST**

| | |
|---|---|
| cweber@ebg-law.com | drosner@kasowitz.com |
| cweiss@ingramllp.com | dshaffer@wtplaw.com |
| dallas.bankruptcy@publicans.com | dspelfogel@foley.com |
| dave.davis@isgria.com | dtatge@ebglaw.com |
| david.bennett@tklaw.com | dtheising@harrisonmoberly.com |
| david.heller@lw.com | dwdykhouse@pbwt.com |
| david.livshiz@freshfields.com | dworkman@bakerlaw.com |
| david.powlen@btlaw.com | easmith@venable.com |
| david.tillem@wilsonelser.com | ebcalvo@pbfcm.com |
| davids@blbglaw.com | ecohen@russellinvestments.com |
| davidwheeler@mvalaw.com | edward.flanders@pillsburylaw.com |
| dbarber@bsblawyers.com | efleck@milbank.com |
| dbaumstein@whitecase.com | efriedman@fklaw.com |
| dbesikof@loeb.com | efriedman@friedmanspring.com |
| dcimo@gjb-law.com | ekbergc@lanepowell.com |
| dcoffino@cov.com | eleicht@whitecase.com |
| dcrapo@gibbonslaw.com | ellen.halstead@cwt.com |
| ddavis@paulweiss.com | emagnelli@bracheichler.com |
| ddrebsky@nixonpeabody.com | emerberg@mayerbrown.com |
| ddunne@milbank.com | enkaplan@kaplanlandau.com |
| deggermann@kramerlevin.com | eobrien@sbchlaw.com |
| deggert@freebornpeters.com | etillinghast@sheppardmullin.com |
| demetra.liggins@tklaw.com | eweinick@otterbourg.com |
| dennis.tracey@hoganlovells.com | ezujkowski@emmetmarvin.com |
| dfelder@orrick.com | fcarruzzo@kramerlevin.com |
| dflanigan@polsinelli.com | ffm@bostonbusinesslaw.com |
| dfliman@kasowitz.com | fhenn@law.nyc.gov |
| dgoldberg@hsgllp.com | fhyman@mayerbrown.com |
| dgrimes@reedsmith.com | foont@foontlaw.com |
| dhayes@mcguirewoods.com | fsosnick@shearman.com |
| dhealy@hsgllp.com | fyates@sonnenschein.com |
| dheffer@foley.com | gabriel.delvirginia@verizon.net |
| dhurst@coleschotz.com | gary.ravertpllc@gmail.com |
| dhw@dhclegal.com | gavin.alexander@ropesgray.com |
| diconzam@gtlaw.com | gbray@milbank.com |
| djcarragher@daypitney.com | ggitomer@mkbattorneys.com |
| djoseph@stradley.com | ggoodman@foley.com |
| dkessler@ktmc.com | giddens@hugheshubbard.com |
| dkozusko@willkie.com | gkaden@goulstonstorrs.com |
| dlemay@chadbourne.com | glenn.siegel@morganlewis.com |
| dlipke@vedderprice.com | gli@kktlawfirm.com |
| dmark@kasowitz.com | gmoss@riemerlaw.com |
| dmcguire@winston.com | goldenberg@ssnylaw.com |
| dmiller@steinlubin.com | gspilsbury@jsslaw.com |
| dmurray@jenner.com | guzman@sewkis.com |
| dneier@winston.com | harrisjm@michigan.gov |
| dodonnell@milbank.com | harveystrickon@paulhastings.com |
| dpegno@dpklaw.com | hbeltzer@chadbourne.com |
| draelson@fisherbrothers.com | heiser@chapman.com |
| drosenzweig@fulbright.com | hmagaliff@r3mlaw.com |
| drosner@goulstonstorrs.com | holsen@stroock.com |

**EMAIL SERVICE LIST**

| | |
|---|---|
| hooper@sewkis.com | jmaddock@mcguirewoods.com |
| howard.hawkins@cwt.com | jmazermarino@msek.com |
| hrh@lhmlawfirm.com | jmelko@gardere.com |
| hseife@chadbourne.com | jmerva@fult.com |
| hsnovikoff@wlrk.com | jmmurphy@stradley.com |
| hsteel@brownrudnick.com | jmr@msf-law.com |
| igoldstein@proskauer.com | jnm@mccallaraymer.com |
| irethy@stblaw.com | john.beck@hoganlovells.com |
| israel.dahan@cwt.com | john.monaghan@hklaw.com |
| jacobsonn@sec.gov | john.mule@ag.state.mn.us |
| jalward@blankrome.com | john.rapisardi@cwt.com |
| james.berg@piblaw.com | jonathan.goldblatt@bnymellon.com |
| james.mcclammy@dpw.com | jonathan.henes@kirkland.com |
| james.sprayregen@kirkland.com | jorbach@hahnhessen.com |
| jamesboyajian@gmail.com | joseph.cordaro@usdoj.gov |
| jamestecce@quinnemanuel.com | joseph.serino@kirkland.com |
| jar@outtengolden.com | joshua.dorchak@morganlewis.com |
| jay.hurst@oag.state.tx.us | jowen769@yahoo.com |
| jay@kleinsolomon.com | joy.mathias@dubaiic.com |
| jbeemer@entwistle-law.com | jpintarelli@mofo.com |
| jbeiers@co.sanmateo.ca.us | jporter@entwistle-law.com |
| jbrody@americanmlg.com | jprol@lowenstein.com |
| jbromley@cgsh.com | jrabinowitz@rltlawfirm.com |
| jcarberry@cl-law.com | jrosenthal@mhlawcorp.com |
| jchristian@tobinlaw.com | jrsmith@hunton.com |
| jdoran@haslaw.com | jschiller@bsfllp.com |
| jdwarner@warnerandscheuerman.com | jschwartz@hahnhessen.com |
| jdweck@sutherland.com | jsheerin@mcguirewoods.com |
| jdyas@halperinlaw.net | jsherman@bsfllp.com |
| jean-david.barnea@usdoj.gov | jshickich@riddellwilliams.com |
| jeanites@whiteandwilliams.com | jsmairo@pbnlaw.com |
| jeannette.boot@wilmerhale.com | jsperling@daypitney.com |
| jeff.wittig@united.com | jstoll@mayerbrown.com |
| jeldredge@velaw.com | jtimko@shutts.com |
| jennifer.demarco@cliffordchance.com | judy.morse@crowedunlevy.com |
| jennifer.gore@shell.com | jvail@ssrl.com |
| jfalgowski@reedsmith.com | jwcohen@daypitney.com |
| jg5786@att.com | jwest@velaw.com |
| jgenovese@gjb-law.com | jwh@njlawfirm.com |
| jgoodchild@morganlewis.com | jzulack@fzwz.com |
| jguy@orrick.com | kanema@formanlaw.com |
| jhiggins@fdlaw.com | karen.wagner@dpw.com |
| jhorgan@phxa.com | karl.geercken@alston.com |
| jhuggett@margolisedelstein.com | kdwbankruptcydepartment@kelleydrye.com |
| jim@atkinslawfirm.com | keckhardt@hunton.com |
| jjureller@klestadt.com | keith.simon@lw.com |
| jlamar@maynardcooper.com | ken.coleman@allenovery.com |
| jlawlor@wmd-law.com | kerry.moynihan@hro.com |
| jlee@foley.com | kgwynne@reedsmith.com |
| jlevitin@cahill.com | kiplok@hugheshubbard.com |
| jlscott@reedsmith.com | kit.weitnauer@alston.com |

## EMAIL SERVICE LIST

kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
ktung@kktlawfirm.com
kurt.mayr@bgllp.com
landon@slollp.com
lani.adler@klgates.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com

mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
meggie.gilstrap@bakerbotts.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanin@kasowitz.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mitchell.berger@squirepb.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpedreira@proskauer.com
mprimoff@kayescholer.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
mshuster@hsgllp.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com

## EMAIL SERVICE LIST

nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nicholas.zalany@squirepb.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
nlieberman@hsgllp.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com

robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
ryaspan@yaspanlaw.com
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smillman@stroock.com

**EMAIL SERVICE LIST**

smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com

wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yuwatoko@mofo.com

**_ADDITIONAL EMAIL SERVICE LIST:_**

aaziz@shearman.com
dparisi@shearman.com
john.mccafferty@maverickcap.com
solomon.noh@shearman.com