WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON THE
PLAN ADMINISTRATOR'S OBJECTION TO CLAIM NUMBERS 32710 AND 32711**

**PLEASE TAKE NOTICE** that the hearing to consider the Plan Administrator's Objection to Claim Numbers 32710 and 32711 [ECF No. 54592], which was scheduled for March 21, 2017 at 10:00 a.m. (Eastern Time), has been adjourned to **April 27, 2017 at 10:00 a.m. (Eastern Time)**.

Dated:   March 20, 2017
         New York, New York

                                                /s/ Garrett A. Fail
                                                Garrett A. Fail
                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Telephone: (212) 310-8000
                                                Facsimile: (212) 310-8007

                                                Attorneys for Lehman Brothers Holdings Inc.
                                                and Certain of Its Affiliates

WEIL:\96046809\1\58399.0011