WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON THE PLAN ADMINISTRATOR'S OBJECTION TO CLAIM NUMBER 16838

**PLEASE TAKE NOTICE** that the hearing to consider the Plan Administrator's Objection to Claim Number 16838 [ECF No. 52750], which was scheduled for March 21, 2017 at 10:00 a.m. (Eastern Time), has been adjourned to **April 27, 2017 at 10:00 a.m. (Eastern Time)**.

Dated:  March 20, 2017
        New York, New York

                                        /s/ Garrett A. Fail
                                        Garrett A. Fail
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates