WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                  :
In re                                             :        **Chapter 11 Case No.**
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**     :        **08-13555 (SCC)**
                                                  :
                        **Debtors.**               :        **(Jointly Administered)**
                                                  :
------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR THE ONE HUNDRED SIXTH OMNIBUS**
**AND CLAIMS HEARING ON MARCH 21, 2017 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                        Alexander Hamilton U.S. Custom House, before the Honorable Shelley
                        C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling
                        Green, New York, NY 10004-1408

**I.    CONTESTED MATTER:**

1.    Motion Pursuant to the Amended SPV ADR Order and Section 105(a) of the
      Bankruptcy Code to (I) Enforce Settlement and Release Agreement and (II) Grant
      Attorneys' and Mediator's Fees and Costs [**ECF No. 54675**]

      Response Deadline:    February 17, 2017 at 4:00 p.m.

      Response Received:

            A.    Memorandum of Law of Shinhan Bank in Opposition to Lehman
                  Brothers Special Financing Inc.'s Motion [**ECF No. 54817**]

Related Document:

> B.    Plan Administrator's Reply in Support of Motion [**ECF No. 55011**]

Status:  This matter is going forward.

## II.    ADJOURNED MATTERS:

2.    Second Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 52574**]

Status:  This matter has been adjourned to April 27, 2017 at 10:00 a.m.

3.    The Plan Administrator's Objection to Claim Number 16838 (Highland CDO Opportunity Master Fund, L.P.) [**ECF No. 52750**]

Status:  This matter has been adjourned to April 27, 2017 at 10:00 a.m.

4.    Motion for Entry of an Omnibus Order (I) to Enforce Against Noncompliant Mortgage Loan Sellers, and to Compel them to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for their Violation of the Order [**ECF No. 53946**]

Status:  This matter has been adjourned to April 27, 2017 at 10:00 a.m.

5.    Corrected Plan Administrator's Objection to Claim Numbers 32710 and 32711 [**ECF No. 54592**]

Status:  This matter has been adjourned to April 27, 2017 at 10:00 a.m.

## III.    WITHDRAWN MATTERS:

6.    Motion of Lehman Brothers Holdings Inc. in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 51241**]

Related Documents:

> A.    Notice of Withdrawal [**ECF No. 55057**]

> B.    Notice of Withdrawal [**ECF No. 55058**]

Status:  This matter has been withdrawn.

WEIL:\96065475\2\58399.0011

7.    The Plan Administrator's Objection to Claim Number 17725 [**ECF No. 53833**]

Related Document:

A.    Notice of Withdrawal [**ECF No. 54990**]

Status:  This matter has been withdrawn.


Dated:  March 20, 2017
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL:\96065475\2\58399.0011