UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------x
                                          :

In re                                :        Chapter 11 Case No.
                                     :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :        08-13555 (SCC)
                                     :

             Debtors.                  :        (Jointly Administered)
                                     :
------------------------------------------------------------------------------x

## ORDER GRANTING
## PLAN ADMINISTRATOR'S OBJECTION TO CLAIM NUMBER 32167

Upon the Plan Administrator's Objection to Claim Number 32167 (Insufficient Documentation), filed by Wells Fargo, N.A. ("Claimant"), dated February 3, 2017 (the "Objection"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure, seeking to disallow and expunge the Claim, all as more fully described in the Objection; and notice of the Objection having been provided to the Claimant, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is:

ORDERED that the relief requested in the Objection is granted; and it is further

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, claim number 32167 is hereby disallowed and expunged in its entirety with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: March 20, 2017
New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE