Thomas J. Asher
88 West Paces Ferry Road, NW
Apt. 1620
Atlanta, GA 30305
Phone: 404-312-2619

RECEIVED
MAR -9 2017
U.S. BANKRUPTCY COURT, SDNY

March 5, 2017

Judge Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dear Judge:

    I am a Lehman Brothers ESEP claim holder. I have a new address. Please send future correspondence to me at:

        Thomas J. Asher
        88 West Paces Ferry Road, NW
        Apt. 1620
        Atlanta, GA 30305

    For your reference, I am attaching a copy of the first page of the court document that arrived on March 5, 2017 as well as a copy of the UPS mailing label with my incorrect address.

    If you have questions, please call me at 404-312-2619 or email at tasher@bellsouth.net.

    Respectfully submitted,

Yours Sincerely,

*Thomas J. Asher*

Thomas J. Asher

Encl. mailing label and page 1 of court document

Thomas J. Asher
88 West Paces Ferry Road, NW
Apt. 1620
Atlanta, GA 30305
Phone: 404-312-2619

RECEIVED
MAR - 9 2017
U.S. BANKRUPTCY COURT, SDNY

March 5, 2017

Judge Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dear Judge:

I am a Lehman Brothers ESRP claim holder. I have a new address. Please send future correspondence to me at:

Thomas J. Asher
88 West Paces Ferry Road, NW
Apt. 1620
Atlanta, GA 30305

For your reference, I am attaching a copy of the first page of the court document that arrived on March 5, 2017 as well as a copy of the UPS mailing label with my incorrect address.

If you have questions, please call me at 404-312-2619 or email at tasher@bellsouth.net.

Respectfully submitted,

Yours Sincerely,

Thomas J. Asher

Encl: mailing label and page 1 of court document

Hearing Date: **March 21, 2017 at 10:00 a.m. (Prevailing Eastern Time)**
Response Deadline: **March 14, 2017 at 4:00 p.m. (Prevailing Eastern Time)**

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | Case No. 08-01420 (SCC) SIPA |

### NOTICE OF TRUSTEE'S MOTION FOR AN ORDER TO (I) ESTABLISH A FIFTH INTERIM DISTRIBUTION FUND FOR GENERAL UNSECURED CREDITOR CLAIMS, (II) RELEASE RESERVES FROM THE SECURED AND PRIORITY CLAIM RESERVE, THE FIRST INTERIM DISTRIBUTION FUND, THE SECOND INTERIM DISTRIBUTION FUND, THE THIRD INTERIM DISTRIBUTION FUND, AND THE FOURTH INTERIM DISTRIBUTION FUND, AND (III) MAKE A FIFTH INTERIM DISTRIBUTION TO HOLDERS OF ALLOWED GENERAL UNSECURED CREDITOR CLAIMS WITH A RECORD DATE OF FEBRUARY 26, 2017

**PLEASE TAKE NOTICE** that on February 24, 2017, James W. Giddens (the "Trustee"), as Trustee for the liquidation of the business of Lehman Brothers Inc. ("LBI") under the Securities Investor Protection Act of 1970, as amended, 15 U.S.C. sections 78aaa *et seq.* ("SIPA"), by and through his undersigned counsel, hereby submits this motion to authorize the Trustee to: (i) establish a fifth interim distribution fund for general unsecured creditor claims; (ii) release reserves from the Secured and Priority Claim Reserve, the First Interim Distribution Fund, the Second Interim Distribution Fund, the Third Interim Distribution Fund, and the Fourth Interim Distribution Fund; and (iii) make a fifth interim distribution to record holders of general unsecured creditor claims as of February 26, 2017 (the "Record Date") that are currently allowed or become allowable (the "Motion").

76535921_1

```
EPIQ BANKRUPTCY SOLUTIONS      1.0 LBS      LTR       1 OF 1
(503) 350 – 5830
EPIQ SYSTEMS
10300 SW ALLEN BLVD
BEAVERTON  OR  97005 – 4833

SHIP TO:
    2939 HABERSHAM ROAD NW
    (646) 282 – 2500
    ASHER THOMAS
    2939 HABERSHAM ROAD NW
    ATLANTA   GA  30305
```



GA 303 9-02

UPS NEXT DAY AIR            1
TRACKING #: 1Z 2F5 306 25 4149 1206



BILLING:  P/P

REF 1:LBI 5THDIST 02 – 27 – 2017 (MERGE2
Client: 40000006317

WS 18.0.34 Zebra

SHIP TO:
ASHER THOMAS
2939 HABERSHAM ROAD NW
2939 HABERSHAM ROAD NW

LBI 5THDIST 02 – 27 – 2017 (MERGE2