| | |
|---|---|
| Michael S. Kraut, Esq.<br>James O. Moore, Esq.<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-6000<br>Fax: (212) 309-6001 | Kurt W. Rademacher, Esq.<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Telephone: (215) 963-5000<br>Fax: (215) 963-5001 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC. *et al.*,<br><br>Debtors. | )<br>)<br>) Chapter 11<br>)<br>) Case No. 08-13555 (SCC)<br>)<br>) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Morgan, Lewis & Bockius LLP hereby appears on behalf of U.S. Bank National Association, solely in its capacity as Trustee for Certain Residential Mortgage-Backed Securitization Trusts in the above-captioned cases. Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, it is hereby requested that all notices given or required in these Chapter 11 cases, and all documents, and all other papers served in these cases, be given to and served upon:

Michael S. Kraut, Esq.
James O. Moore, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Fax: (212) 309-6001
Email: michael.kraut@morganlewis.com
Email: james.moore@morganlewis.com

-and-

Kurt W. Rademacher, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Fax: (215) 963-5001
Email: kurt.rademacher@morganlewis.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a district judge, (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy or proceeding related to this case, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which U.S. Bank National Association, in any capacity, is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  March 21, 2017

**MORGAN, LEWIS & BOCKIUS LLP**

Attorneys for U.S. Bank National Association, solely in its capacity as Trustee for Certain Residential Mortgage-Backed Securitization Trusts

By:   /s/ *James O. Moore*
Michael S. Kraut, Esq.
James O. Moore, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Fax: (212) 309-6001
Email: michael.kraut@morganlewis.com
Email: james.moore@morganlewis.com

-and-

Kurt W. Rademacher, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Fax: (215) 963-5001
Email: kurt.rademacher@morganlewis.com

## CERTIFICATE OF SERVICE

I, James O. Moore, hereby certify that on March 21, 2017, I served a true and correct copy of the *Notice of Appearance and Request for Service of Papers* via the ECF Filing system upon all counsel of record.

Respectfully submitted,

By: /s/ *James O. Moore*
James O. Moore, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Fax: (212) 309-6001
Email: james.moore@morganlewis.com