**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                                                           :

In re:                                                 :      Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.,*  :      Case No. 08-13555 (SCC)

                                  Debtors.        :      (Jointly Administered)

------------------------------------------------------------X
                                                      :

## NOTICE OF INTENT TO REDACT

       Notice is hereby given that a statement of redaction of confidential information will be submitted to the court reporter/transcriber within 21 days from the filing of the March 1, 2017 hearing transcript with the Clerk of Court.

Dated: March 22, 2017                      JONES DAY
       New York, New York

                                                                      */s/ Lauri W. Sawyer*
                                                           Jayant W. Tambe
                                                            Laura Washington Sawyer
                                                            Jennifer Del Medico
                                                           Ryan Andreoli
                                                           JONES DAY
                                                           250 Vesey Street
                                                           New York, New York 10281
                                                           Telephone:  (212) 326-3939

                                                           *Attorneys for Debtors and*
                                                           *Debtors in Possession*