**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re: : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC., et al.,** : 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
: Ref. Docket Nos. 55057 and 55058
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 17, 2017, I caused to be served the:

   a) "Notice of Withdrawal of Debtors' Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers as to Freedom Mortgage Corporation," dated March 17, 2017 [Docket No. 55057],

   b) "Notice of Withdrawal of Debtors' Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers as to First Mortgage Corporation," dated March 17, 2017 [Docket No. 55058], and

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
20th day of March, 2017
*/s/ Elli Krempa*
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2019

# EXHIBIT A

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.lanza@dlapiper.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com

angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com

1

ben.lewis@hoganlovells.com

bguiney@pbwt.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brosenblum@jonesday.com

brotenberg@wolffsamson.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bsellier@rlrpclaw.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

cahn@clm.com

canelas@pursuitpartners.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cdesiderio@nixonpeabody.com

cfarley@mccarter.com

cgonzalez@diazreus.com

chad.husnick@kirkland.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chemrick@thewalshfirm.com

chipford@parkerpoe.com

chris.donoho@hoganlovells.com

christopher.greco@kirkland.com

claude.montgomery@dentons.com

clynch@reedsmith.com

cmestres@aclawllp.com

cohen@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

cparyse@contrariancapital.com

craig.goldblatt@wilmerhale.com

craigjustinalbert@gmail.com

crmomjian@attorneygeneral.gov

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

cszyfer@stroock.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.heller@lw.com

david.livshiz@freshfields.com

david.powlen@btlaw.com

david.tillem@wilsonelser.com

davids@blbglaw.com

2

davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfliman@kasowitz.com
dgoldberg@hsgllp.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com

dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com
ecohen@russellinvestments.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com

eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
gli@kktlawfirm.com
gmoss@riemerlaw.com
goldenberg@ssnylaw.com

gspilsbury@jsslaw.com
guzman@sewkis.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@chadbourne.com
heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hrh@lhmlawfirm.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
igoldstein@proskauer.com
irethy@stblaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jalward@blankrome.com
james.berg@piblaw.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us
jbrody@americanmlg.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@united.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com

jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com

jschiller@bsfllp.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jtimko@shutts.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwcohen@daypitney.com

jwest@velaw.com

jwh@njlawfirm.com

jzulack@fzwz.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kit.weitnauer@alston.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krodriguez@allenmatkins.com

krosen@lowenstein.com

ktung@kktlawfirm.com

kurt.mayr@bgllp.com

landon@slollp.com

lani.adler@klgates.com

lapeterson@foley.com

lawallf@pepperlaw.com

lawrence.gelber@srz.com

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lee.whidden@dentons.com

lgranfield@cgsh.com

lhandelsman@stroock.com

lisa.solomon@att.net

ljkotler@duanemorris.com

lkatz@ltblaw.com

lkiss@klestadt.com

lmarinuzzi@mofo.com

lmcgowen@orrick.com

lnashelsky@mofo.com

loizides@loizides.com

lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
meggie.gilstrap@bakerbotts.com
melorod@gtlaw.com

meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanin@kasowitz.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mitchell.berger@squirepb.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com

mpedreira@proskauer.com

mprimoff@kayescholer.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

mshuster@hsgllp.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

munno@sewkis.com

mvenditto@reedsmith.com

mwarner@coleschotz.com

mwarren@mtb.com

nathan.spatz@pillsburylaw.com

nbinder@binderschwartz.com

nbojar@fklaw.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

nherman@morganlewis.com

nicholas.zalany@squirepb.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

nlieberman@hsgllp.com

notice@bkcylaw.com

nyrobankruptcy@sec.gov

otccorpactions@finra.org

paronzon@milbank.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.meisels@wilsonelser.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

pfinkel@wilmingtontrust.com

phayden@mcguirewoods.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrostle@jenner.com

raj.madan@skadden.com

ramona.neal@hp.com

rbeacher@pryorcashman.com

rbernard@foley.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
ryaspan@yaspanlaw.com
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net

9

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

squsba@stblaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

streusand@slollp.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuber@csglaw.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tgoren@mofo.com

thenderson@americanmlg.com

thomas.califano@dlapiper.com

timothy.harkness@freshfields.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmm@mullaw.org

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

uitkin@kasowitz.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

yuwatoko@mofo.com

**Additional Parties**
alfredo.perez@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
robert.lemons@weil.com