WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON THE MOTION OF PLAN ADMINISTRATOR PURSUANT TO SECTIONS 8.4, 9.3, AND 14.1 OF THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS TO ESTIMATE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES (2015)

**PLEASE TAKE NOTICE** that the hearing to consider the Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes, dated June 10, 2015 [**ECF No. 49954**], which was scheduled for March 30, 2017 at 10:00 a.m. (Eastern Time), has been adjourned to **April 27, 2017 at 10:00 a.m. (Eastern Time)** or as soon thereafter as counsel may be heard, solely with respect to the claims or portions of claims held by the parties listed on Exhibit A hereto.

**PLEASE TAKE FURTHER NOTICE** that, as there is no other matter scheduled for hearing in the above-captioned case on March 30, 2017 at 10:00 a.m., the hearing that was scheduled for that date and time will not be held.

Dated:    March 27, 2017
      New York, New York

/s/ Garrett A. Fail
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**<u>Exhibit A</u>**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

**MOTION TO ESTIMATE LBIE-BASED GUARANTEE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES**

| | NAME | CLAIM # | DEBTOR NAME | FILED DATE | TOTAL ASSERTED CLAIM AMOUNT | AMOUNT SUBJECT TO MOTION | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | ATTESTOR VALUE MASTER FUND LP | 13320 | Lehman Brothers Holdings Inc. | 09/16/2009 | $6,607,185.00 * | $6,607,185.00 * | $0.00 |
| 2 | ATTESTOR VALUE MASTER FUND LP | 15473 | Lehman Brothers Holdings Inc. | 09/17/2009 | $7,449,874.20 | $7,449,874.20 | $0.00 |
| 3 | ATTESTOR VALUE MASTER FUND LP | 17524 | Lehman Brothers Holdings Inc. | 09/18/2009 | $29,642,618.00 | $29,642,618.00 | $0.00 |
| 4 | ATTESTOR VALUE MASTER FUND LP | 17534 | Lehman Brothers Holdings Inc. | 09/18/2009 | $372,868.85 | $372,868.85 | $0.00 |
| 5 | ATTESTOR VALUE MASTER FUND LP | 19128 | Lehman Brothers Holdings Inc. | 09/18/2009 | $1,170,948.79 * | $1,170,948.79 * | $0.00 |
| 6 | ATTESTOR VALUE MASTER FUND LP | 19686 | Lehman Brothers Holdings Inc. | 09/11/2009 | $8,524,454.00 * | $8,524,454.00 * | $0.00 |
| 7 | ATTESTOR VALUE MASTER FUND LP | 19933 | Lehman Brothers Holdings Inc. | 09/21/2009 | $16,621,219.67 * | $16,621,219.67 * | $0.00 |
| 8 | ATTESTOR VALUE MASTER FUND LP | 20285 | Lehman Brothers Holdings Inc. | 09/21/2009 | $2,573,745.00 * | $2,573,745.00 * | $0.00 |
| 9 | ATTESTOR VALUE MASTER FUND LP | 21953 | Lehman Brothers Holdings Inc. | 09/21/2009 | $3,429,630.61 * | $3,429,630.61 * | $0.00 |
| 10 | ATTESTOR VALUE MASTER FUND LP | 26433 | Lehman Brothers Holdings Inc. | 09/22/2009 | $213,534.85 * | $213,534.85 * | $0.00 |
| 11 | ATTESTOR VALUE MASTER FUND LP | 29801 | Lehman Brothers Holdings Inc. | 09/22/2009 | $1,400,408.00 | $1,400,408.00 | $0.00 |
| 12 | ATTESTOR VALUE MASTER FUND LP | 33312 | Lehman Brothers Holdings Inc. | 09/18/2009 | $3,707,823.00 * | $3,707,823.00 * | $0.00 |
| 13 | HAIN CAPITAL HOLDINGS, LTD. | 13207 | Lehman Brothers Holdings Inc. | 09/16/2009 | $883,342.46 | $883,342.46 | $0.00 |
| 14 | RGM TRADING INTERNATIONAL LIMITED C/O RGM ADVISORS, LLC | 15035 | Lehman Brothers Holdings Inc. | 09/17/2009 | $1,235,934.44 | $1,235,934.44 | $0.00 |
| 15 | TACONIC CAPITAL PARTNERS 1.5 L.P. | 21891 | Lehman Brothers Holdings Inc. | 09/21/2009 | $1,914,595.42 * | $1,914,595.42 * | $0.00 |
| 16 | TACONIC OPPORTUNITY FUND, L.P. | 21842 | Lehman Brothers Holdings Inc. | 09/21/2009 | $9,327,731.27 * | $9,327,731.27 * | $0.00 |
| | | | | TOTAL | $95,075,913.56 | $95,075,913.56 | |

* - Indicates claim contains unliquidated and/or undetermined amounts