UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

LEHMAN BROTHERS HOLDINGS, INC., *et al.*

Debtors.

Chapter 11
Case No. 08-13555 (SCC)

**CONSENT TO SUBSTITUTE COUNSEL**

IT IS HEREBY STIPULATED AND AGREED that the law firm of Fensterstock & Partners LLP is hereby substituted as co-counsel for defendant iFreedom Direct Corporation in the above-captioned action in the place and stead of K & L Gates LLP; and

As of this date, all pleadings, correspondence and other communications to the defendant iFreedom Direct Corporation, should be directed to the attention of Lani A. Adler at Fensterstock & Partners LLP.

K & L GATES LLP

By: _____
Robert Honeywell
599 Lexington Avenue
New York, New York 10022
Robert.Honeywell@klgates.com
(212) 536-3900

*Outgoing attorneys for
iFreedom Direct Corporation*

Date: _____

FENSTERSTOCK & PARTNERS LLP

By: _____
Lani A. Adler
100 Broadway, 8th Floor
New York, New York 10005
ladler@fensterstock.com
(212) 785-4100

*Incoming attorneys for
iFreedom Direct Corporation*

Date: 3/27/2017

AGREED AND ACCEPTED:

By: _____ Pres./CEO
iFreedom Direct Corporation

Date: 3/24/17