UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                Plaintiff,<br>-against-<br><br>1st ADVANTAGE MORTGAGE, L.L.C. *et al.*,<br><br>                Defendants. | Adversary Proceeding<br>No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                Plaintiff,<br>-against-<br><br>SUBURBAN MORTGAGE, INC.,<br><br>                Defendant. | Adversary Proceeding<br>No. 16-01295 (SCC)<br><br>**CONSENT TO SUBSTITUTE COUNSEL** |

IT IS HEREBY STIPULATED AND AGREED that the law firm of Fensterstock & Partners LLP is hereby substituted as counsel for defendant Suburban Mortgage, Inc. in the above-captioned action in the place and stead of K & L Gates LLP and;

As of this date, all pleadings, correspondence and other communications to the defendant Suburban Mortgage, Inc. should be directed to the attention of Lani A. Adler at Fensterstock & Partners LLP.

K & L GATES LLP

By: _____
Robert Honeywell
599 Lexington Avenue
New York, New York 10022
Robert.Honeywell@klgates.com
(212) 536-3900

*Outgoing attorney for
Suburban Mortgage, Inc.*

Date: ___3/28/17___

FENSTERSTOCK & PARTNERS LLP

By: _____
Lani A. Adler
100 Broadway, 8th Floor
New York, New York 10005
ladler@fensterstock.com
(212) 785-4100

*Incoming attorney for
Suburban Mortgage, Inc.*

Date: ___3/28/2017___

AGREED AND ACCEPTED:

By: _____
Vernon Rupp
Suburban Mortgage, Inc.

Date: _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br>-against-<br><br>1st ADVANTAGE MORTGAGE, L.L.C. *et al.*,<br><br>Defendants. | Adversary Proceeding<br>No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br>-against-<br><br>SUBURBAN MORTGAGE, INC.,<br><br>Defendant. | Adversary Proceeding<br>No. 16-01295 (SCC)<br><br>**CONSENT TO SUBSTITUTE COUNSEL** |

IT IS HEREBY STIPULATED AND AGREED that the law firm of Fensterstock & Partners LLP is hereby substituted as counsel for defendant Suburban Mortgage, Inc. in the above-captioned action in the place and stead of K & L Gates LLP and;

As of this date, all pleadings, correspondence and other communications to the defendant Suburban Mortgage, Inc. should be directed to the attention of Lani A. Adler at Fensterstock & Partners LLP.

| | |
|---|---|
| K & L GATES LLP | FENSTERSTOCK & PARTNERS LLP |
| By: _____<br>Robert Honeywell<br>599 Lexington Avenue<br>New York, New York 10022<br>Robert.Honeywell@klgates.com<br>(212) 536-3900 | By: _____<br>Lani A. Adler<br>100 Broadway, 8th Floor<br>New York, New York 10005<br>ladler@fensterstock.com<br>(212) 785-4100 |
| *Outgoing attorney for*<br>*Suburban Mortgage, Inc.* | *Incoming attorney for*<br>*Suburban Mortgage, Inc.* |
| Date: _____ | Date: _____ |

AGREED AND ACCEPTED:

By: _____
    Vernon Rupp
    Suburban Mortgage, Inc.

Date:  3/28/17