WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
James N. Lawlor
Adam M. Bialek
Fletcher W. Strong

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. |  |

**NOTICE OF WITHDRAWAL OF DEBTORS' SECOND MOTION IN AID
OF ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDER FOR
INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST MORTGAGE
LOAN SELLERS AS TO JOHN L. SCOTT, INC.**

**PLEASE TAKE NOTICE** that on April 22, 2016, Lehman Brothers Holdings Inc.

("LBHI"), as Plan Administrator for the entities in the above-referenced chapter 11 cases (the

"Debtors"), filed a second motion in aid of alternative dispute resolution procedures order for

indemnification claims of the Debtors against mortgage loan sellers (the "Motion") [Dkt. No.

52574].

**PLEASE TAKE FURTHER NOTICE** that on June 17, 2016, John L. Scott, Inc.

("JLS") filed an objection to the Motion (the "Objection") [Dkt. No. 53061].

**PLEASE TAKE FURTHER NOTICE** that on May 12, 2016, the Court entered an

Order granting the Motion, but adjourning the hearing date for the Motion as to certain parties

that filed a response or objection, including JLS, until June 2, 2016 [Dkt. No. 52756]. The Motion was further adjourned as to certain parties, including JLS.

**PLEASE TAKE FURTHER NOTICE** that LBHI is hereby withdrawing the Motion as to JLS. This withdrawal shall only apply to JLS, is without prejudice, and shall not have any force or effect as to any other entity subject to the Motion.

Dated:  New York, New York
         March 28, 2017

/s/ Adam M. Bialek
William A. Maher
James N. Lawlor
Adam M. Bialek
Fletcher W. Strong

Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile:  (212) 382-0050

*Counsel for Lehman Brothers Holdings Inc.*