# Supreme Court of the United States

*Case #08-13555(JMP)/Cull*

Keith Olin Hedman, et ux.
(Petitioners)

v.

Nationstar Mortgage, LLC, et al.
(Respondent)

No. 16-8291

MAR 23 2017

To US Bankruptcy Court _____ Counsel for Respondent:

**NOTICE IS HEREBY GIVEN** pursuant to Rule 12.3 that a petition for a writ of certiorari in the above-entitled case was filed in the Supreme Court of the United States on October 12, 2016, and placed on the docket March 10, 2017. Pursuant to Rule 15.3, the due date for a brief in opposition is Monday, April 10, 2017. If the due date is a Saturday, Sunday, or federal legal holiday, the brief is due on the next day that is not a Saturday, Sunday or federal legal holiday.

Unless the Solicitor General of the United States represents the respondent, a waiver form is enclosed and should be sent to the Clerk only in the event you do not intend to file a response to the petition.

Only counsel of record will receive notification of the Court's action in this case. Counsel of record must be a member of the Bar of this Court.

Mr. Keith Olin Hedman
Adrialyn Varilla Hedman
785 Shelli Street
Mountain House, CA  95391
(209) 836-1334

NOTE: This notice is for notification purposes only, and neither the original nor a copy should be filed in the Supreme Court.

# WAIVER

## Supreme Court of the United States

No. 16-8291

    Keith Olin Hedman, et ux.    v.    Nationstar Mortgage, LLC, et al.
    (Petitioners)                                             (Respondents)

**I DO NOT INTEND TO FILE A RESPONSE** to the petition for a writ of certiorari unless one is requested by the Court.

Please check the appropriate boxes:

☐ Please enter my appearance as Counsel of Record for all respondents.

☐ There are multiple respondents, and I do not represent all respondents. Please enter my appearance as Counsel of Record for the following respondent(s):

_____

_____

☐ I am a member of the Bar of the Supreme Court of the United States.

☐ I am not presently a member of the Bar of this Court. Should a response be requested, the response will be filed by a Bar member.

Signature _____

Date: _____

(Type or print) Name _____
    ☐ Mr.    ☐ Ms.    ☐ Mrs.    ☐ Miss

Firm _____

Address _____

City & State _____ Zip _____

Phone _____

SEND A COPY OF THIS FORM TO PETITIONER'S COUNSEL OR TO PETITIONERS IF *PRO SE*. PLEASE INDICATE BELOW THE NAME(S) OF THE RECIPIENT(S) OF A COPY OF THIS FORM. NO ADDITIONAL CERTIFICATE OF SERVICE IS REQUIRED.

Cc:

Obtain status of case on the docket. By phone at 202-479-3034 or via the internet at http://www.supremecourtus.gov. Have the Supreme Court docket number available.

FILE OVER EVIDENCE

Case #08-13555 (JMP)    Cull

RECEIVED MAR 23 2017

# PROOF OF SERVICE

I, Alejandro Tualla Varilla, declare as follows:
That I am domiciled in San Joaquin county, I am over the age of eighteen years old and not a party to the within action. I am readily familiar with the practices of collecting and processing for mailing with the United States Postal Service. Such Correspondence is correspondence deposited with the United States Postal Service.

My mailing location is:
16021 Eton Way, Lathrop, CA 95330

On March 18th, in the year of our Lord Two thousand and SEVENTEEN, I served by mail a true copy of "Notice of Petition For A Writ of Certiorari"

TO DEFENDANTS for Case number: 16-8291
in the UNITED STATES SUPREME COURT, upon all interested parties in this action as follows: SEE Attached Service List

___av___ by placing a true copy thereof enclosed in seale envelope(s) addressed as follows:

### SEE SERVICE LIST

___av___ (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

___av___ (State) I declare under penalty of perjury the laws of the State of California that the foregoing is true and correct.

Executed on March 18, 2017 at ___Tracy___ California.

By: _Alejandro Tualla Varilla_
    Alejandro Tualla Varilla

PROOF OF SERVICE

## SERVICE LIST

✓ 1)     Wright Finlay and Zak, LLP

4665 MacArthur Court, Suite 200

Newport Beach, CA 92660

ATTORNEYS FOR NATIONSTAR MORTGAGE,LLC, NATIONSTAR MORTGAGE, AND JAY BRAY, MERS, (NEED TO PRODUCE AGENCY/APPOINTMENT LETTER) U.S BANK, N.A. AND THE BANK OF NEW YORK MELLON

✓ 2)    Superior Court of California

County of San Joaquin

222 E. Weber Ave, RM 303

Po Box 201022

Stockton, CA 95201

/ 3)    STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS THROUGH CERTIFICATES SERIES 2004-S4

ATTN: ELLEN V. KIERNAN, DIANA KENNEALLY OR CORPORATE OFFICER

745 SEVENTH AVE., 7TH FLOOR, NEW YORK, NY 10019

4. /    THE PRENTICE-HALL CORPORATION SYSTEM, INC.

PROOF OF SERVICE

| | |
|---|---|
| 1 | |
| 2 | 2710 GATEWAY OAKS DRIVE, SUITE 150N, SACRAMENTO, CA 95833 |
| 3 | |
| 4 | FOR: STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS THROUGH CERTIFICATES SERIES 2004-S4 |
| 5 | ✓ 5.   THE BANK OF NEW YORK MELLON |
| 6 | |
| 7 | CT CORPORATION SYSTEM |
| 8 | 818 WEST SEVENTH ST. ,2ND FLOOR |
| 9 | LOS ANGELES, CA 90017 |
| 10 | |
| 11 | ✓ 6.   THE BANK OF NEW YORK MELLON |
| 12 | ATN: GERALD HASSELL, OR CORPORATE OFFICER |
| 13 | 1 WALL STREET, |
| 14 | |
| 15 | NEW YORK CITY, NEW YORK 10286 |
| 16 | 212-495-1784 |
| 17 | ✓ 7.   US BANK NATIONAL ASSOCIATION |
| 18 | |
| 19 | RICHARD K. DAVIS, OR CEO, OR OTHER CORPORATE OFFICER |
| 20 | |
| 21 | 1 FEDERAL STREET, 3RD FLOOR |
| 22 | BOSTON , MA 02110 |
| 23 | ✓ 8.   SUPREME COURT OF THE UNITED STATES |
| 24 | |
| 25 | 1 FIRST STREET, N.E. |
| 26 | WASHINGTON, DC 20543 |
| 27 | ✓ 9.   WELLS FARGO BANK, NA |
| 28 | |

ATTN: CORPORATE OFFICER

420 MONTGOMERY STREET

SAN FRANCISCO, CA 94163[1]

866-249-3302

10. UAMC (UNIVERSAL AMERICAN MORTGAGE, LLC)

ATTN: CORPORATE OFFICER

730 NW 107TH AVE., 4TH FLOOR

MIAMI, FL 33172

11. RICHARD SEVERIN FULD, JR.

MATRIX ASSET ADVISORS CORP

747 THIRD AVE., 31ST FLOOR

NEW YORK, NEW YORK 10017

800-366-6223

12. ERNST & YOUNG, LLP

ATTN: CORPORATE OFFICER

5 TIMES SQUARE

NEW YORK, NY 10036

212-773-3000

13. LENNAR CORPORATION

ATTN: CORPORATE OFFICER

---

[1]

| | | |
|---|---|---|
| 1 | | 700 NW 107TH AVE |
| 2 | | |
| 3 | | MIAMI, FL 33172    800-741-4663 |
| 4 | 14. | LEHMAN BROTHERS HOLDINGS, INC. |
| 5 | | ATTN: CORPORATE OFFICER |
| 6 | | |
| 7 | | 1271 AVENUE OF THE AMERICANS, STE C2 |
| 8 | | NEW YORK, NY 10020 |
| 9 | | 646-285-9000 |
| 10 | 15. | JP MORGAN CHASE & CO |
| 11 | | |
| 12 | | ATTN: CORPORATE OFFICER |
| 13 | | 270 PARK AVE. , FL 38 |
| 14 | | |
| 15 | ✓ | NEW YORK, NY 10017    (212)-270-6000 |
| 16 | 16. | AURORA BANK, FSB |
| 17 | | ATTN: CORPORATE OFFICER |
| 18 | | |
| 19 | | 10350 PARK MEADOWS DR. , #200 |
| 20 | | LONE TREE, CO 80124   (866)521-3826 |
| 21 | 17. | AURORA LOAN SERVICES |
| 22 | | |
| 23 | | 2323 S. TROY ST. |
| 24 | | AURORA, CO 80014 |
| 25 | | (720)359-7951 |
| 26 | | |
| 27 | 18. | BUCHALTER NEMER |
| 28 | | JASON E. GOLDSTEIN |

PROOF OF SERVICE

18400 VON KARMAN AVE., SUITE 800

IRVINE, CA 92612-0514 (949)760-1121

19. GLENN H. WESCHLER

LAW OFFICES OF GLENN W. WECHSLER

1111 CIVIC DRIVE, SUITE 210

WALNUT CREEK, CA 94596

ATTORNEYS FOR DEFENDANTS FIRST AMERICAN TITLE FINANCIAL CORP., FIRST AMERICAN TITLE CALIFORNIA AND FIRST AMERICAN TITLE INSURANCE COMPANY.

20. BARRETT, DAFFIN, FRAPPIER, TREDER

20955 PATHFINDER ROAD, STE. 300

DIAMOND BAR, CA 91765

ATTORNEYS FOR NDEX WEST, LLC

21. LEVENE, NEALE, BENDER, YOO, & BRILL, LLP

10250 CONSTELLATION BLVD, STE 1700

LOS ANGELES, CA 90067

ATTORNEYS FOR DEFENDANTS NATIONWIDE TITLE CLEARING AND DANIEL THOMPSON

22. UNITED STATES BANKRUPTCY COURT

SOUNTHERN DISTRICT OF NEW YORK

ATTN: JUDGE SHELLEY C. CHAPMAN

ONE BOWLING GREEN

NEW YORK, NY 10004, 1408 (212)668-2301

(PREVIOUS 3 LETTERS SENT TO JUDGE JAMES PECK)

CASE NUMBER 08-13555(JMP) /CHAPTER 11

23. WEIL, GOTSHAL & MANGES, LLP

    ATTORNEYS FOR DEBTORS

    767 FIFTH AVE

    NEW YORK, NEW YORK 10153

RICHARD P. KRASNOW, ESQ

24. LEHMAN BROTHERS, INC.

    ATTN: CORPORATE OFFICER

    ONE BATTERY PLAZA

    NEW YORK, NEW YORK 10004-1482

25. HUGHES, HUBBARD AND REED, LLP

    ATTORNEYS FOR JAMES W. GIDDENS

    TRUSTEE FOR THE SIPA LIQUIDATION OF LEHMAN BROTHERS, INC.

    1775 I Street, N.W., Suite 600

    Washington, DC 20006

    Attn: John F. Wood, ESQ

26. COURT OF APPEAL OF THE STATE OF CALIFORNIA, THIRD APPELLATE DISTRICT

914 Capitol Mall, 4th Floor
Sacramento, CA 95814

C079416 KEITH OLIN HEDMAN, ET. AL. V. NATIONSTAR MORTGAGE, LLC., ET. AL. / C078538 KEITH OLIN HEDMAN, ET AL. V. FIRST AMERICAN TITLE INSURANCE COMPANY, ET. AL.

27.  SUPREME COURT OF CALIFORNIA    S235169 / S234930

350 MCALLISTER STREET

SAN FRANCISCO, CA 94102   415-865-7000