WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:    (212) 382-3300
Facsimile:    (646) 365-6849
William A. Maher, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone:    (303) 945-7415
Facsimile:    (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (pro hac vice)

*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――x

In re:                                              :     Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :     Case No. 08-13555 (SCC)

                     Debtors.                       :

―――――――――――――――――――――――――x

**NOTICE OF CHANGE OF HEARING ON
MOTION BY LEHMAN BROTHERS HOLDINGS INC. FOR ENTRY OF
AN OMNIBUS ORDER (I) TO ENFORCE AGAINST NONCOMPLIANT MORTGAGE
LOAN SELLERS, AND TO COMPEL THEM TO COMPLY WITH, THE ALTERNATIVE
DISPUTE RESOLUTION PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS
OF THE DEBTORS AGAINST MORTGAGE LOAN SELLERS, AND
(II) FOR CIVIL CONTEMPT SANCTIONS AGAINST SUCH NONCOMPLIANT
<u>MORTGAGE LOAN SELLERS FOR THEIR VIOLATION OF THE ORDER</u>**

**PLEASE TAKE NOTICE** that the hearing on *Motion by Lehman Brothers Holdings Inc.*

*for Entry of an Omnibus Order (I) to Enforce Against Noncompliant Mortgage Loan Sellers, and*

*to Compel Them to Comply with, the Alternative Dispute Resolution Procedures Order for*

*Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for Their Violation of the Order* [**ECF No. 53946**] (the "Motion") and any objections to the Motion, which was scheduled for April 24, 2017 at 10:00 a.m. (E.S.T.), **has been rescheduled to April 27, 2017 at 10:00 a.m. (E.S.T.)**, or as soon thereafter as counsel may be heard (the "Hearing"), as to the following parties:

- America One Mortgage Corporation;
- American Pacific Mortgage Corporation;
- Atlantic Trust Mortgage Corp.;
- California Home Investments, Inc.; and
- K&B Capital Corp.

The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Courtroom 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement of the Hearing.

Dated: New York, New York
       March 29, 2017

*/s/ Adam M. Bialek*
William A. Maher, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile:  (212) 382-0050

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone:  (303) 945-7415
Facsimile:  (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (pro hac vice)

*Attorneys for Lehman Brothers Holdings Inc.*