Duncan E. Barber (Colo. Bar No. 16768)
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO 80237
Phone:  720-488-0220
Fax:  720-488-7711
Email:  dbarber@sbbolaw.com
*Attorneys for Ironbridge Mountain Cottages, LLC,*
*Ironbridge Homes, LL, Ironbridge Aspen Collection, LLC,*
*Ironbridge Management LLC, Dirk Gosda, Hansen*
*Construction, Inc. and Steven A. Hansen*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                   :
In re                                                              :   Chapter 11 Case No.:
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                           :   08-13555 (SCC)
                                                                   :
         Debtors.                                                  :   (Jointly Administered)
-------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE AND DEMAND FOR SERVICE OF**
**PAPERS OF DUNCAN E. BARBER**

**PLEASE TAKE NOTICE** that Duncan E. Barber of the law firm of Shapiro Bieging Barber Otteson LLP hereby withdraws his appearance and demand for service of papers on behalf of Ironbridge Mountain Cottages, LLC, Ironbridge Homes, LLC, Ironbridge Aspen Collection, LLC, Ironbridge Management LLC, Dirk Gosda, Hansen Construction, Inc. and Steven A. Hansen in the above captioned case.

Mr. Barber requests the removal of his name from all service lists and further requests discontinuance of electronic notification with regard to this case via the court's ECF system to his email address of dbarber@bsblawyers.com or dbarber@sbbolaw.com.

DATED this 30th day of March, 2017.

        SHAPIRO BIEGING BARBER OTTESON LLP

By: /s/ Duncan E. Barber
    Duncan E. Barber, Colorado Bar #16768
    4582 South Ulster St. Parkway, Suite 1650
    Denver, CO  80237
    Tel:  (720) 488-0220
    Fax:  (720) 488-7711
    E-mail dbarber@sbbolaw.com

*Attorneys for Ironbridge Homes, LLC, Ironbridge Mountain Cottages, LLC and Ironbridge Aspen Collection, LLC*