UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                            :
In re:                                      :    Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (SCC)
                                            :
                        Debtors.            :    (Jointly Administered)
_____ :

**NOTICE OF CHANGE OF FIRM NAME AND WITHDRAWAL
OF APPEARANCE OF DAVID M. FRIEDMAN AND
<u>REQUEST FOR HIS REMOVAL FROM SERVICE LISTS</u>**

TO:    THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Kasowitz, Benson, Torres & Friedman LLP has changed its name to Kasowitz Benson Torres LLP ("Kasowitz").  The firm and its lawyers' addresses, e-mail addresses, phone numbers, and fax numbers have not been affected by this change.  Please take notice of this change and update your records accordingly.

**PLEASE TAKE FURTHER NOTICE** that David M. Friedman, Esq. withdraws his appearance as counsel in the above-captioned bankruptcy cases and requests that he be removed from the CM/ECF noticing list and any other service list in these cases.  Kasowitz will otherwise continue as counsel of record for all applicable purposes.

Dated:  March 30, 2017
        New York, New York

                                KASOWITZ BENSON TORRES LLP

                                By: */s/ Daniel A. Fliman*
                                     Daniel A. Fliman (dfliman@kasowitz.com)
                                1633 Broadway
                                New York, New York 10019
                                Telephone:  (212) 506-1700
                                Facsimile:  (212) 506-1800