IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.<br><br>Debtor. | Chapter 11<br><br>Case No 08-13555 (SCC)<br><br>Jointly Administered |

**NOTICE OF CHANGE OF ADDRESS, AMENDED NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST FOR MATRIX ENTRY**

**PLEASE TAKE NOTICE** that the undersigned Stamell & Schager, LLP, counsel to the Creditors listed on Schedule A hereto in this proceeding, has changed its email domain name and moved its offices to the email and physical addresses noted below, and all notices and pleadings given or filed in this proceeding should be given and served upon the undersigned at these addresses; and take further notice that, pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 2002(g), 9007 and 9010, the undersigned appears for and on behalf of the Creditors listed on Schedule A hereto, all of whom are creditors and parties-in-interest in the above-captioned chapter 11 cases, and all notices given or required to be given in this proceeding with respect to the listed claims of these Creditors and all papers served or required to be served in this proceeding shall be given to and served at the following addresses, and that these addresses be added to the creditor matrix and any special or limited service lists.

Richard J. Schager, Jr.
Andrew R. Goldenberg
STAMELL & SCHAGER, LLP
One Liberty Plaza, Floor 35
New York, New York 1000617
Telephone:  (212) 566-4047
Facsimile:  (212) 566-4061
E-Mail:  schager@ssnylaw.com
E-Mail:  goldenberg@ssnylaw.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of any rights of the creditor listed on Exhibit A (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, or (4) to assert any other rights, claims, actions, setoffs, or recoupment to which creditor Uvino is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupment it expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

Dated: April 10, 2017                                   STAMELL & SCHAGER, LLP

                                                        By: /s/ Richard J. Schager, Jr.
                                                        One Liberty Plaza, Floor 35
                                                        New York, New York 10006
                                                        Telephone: (212) 566-4047
                                                        Facsimile: (212) 566-4061
                                                        E-Mail: schager@ssnylaw.com

                                                        *Counsel to Claimants on Schedule A*

2