## Schedule A

| CLAIMANTS | CLAIM NOS. | OMNIBUS OBJECTION |
|---|---|---|
| ADLER, JENNIFER (NY) | 30611 | 313th |
| ANDERSON, IAN (UK) | 12809 | 73rd |
| BECKER, JENNIFER S. (NJ) | 13360 | 130th |
| BENSON, CRAIG (IL) | 2136 | 313th & 327th |
| BIRASCHI, PAOLA (UK) | 34980 | 313th |
| BREWER, KAREN (UK) | 11297 | 313th |
| BROADBENT, WILLIAM (CT) | 9971, 65126 | 130th, 313th, 329th |
| BROOKS, DAVID (NY) | 34559 | 313th |
| CALLIES, GUILLEMETTE (FR) | 5733 | 176th |
| COLLIER, MICHAEL (UK) | 11588 | 313th |
| CREMIN, PATRICK (UK) | 10101 | 313th |
| D'AMADEO, JOSEPH (NJ) | 19076 | 313th |
| DE JESUS, NESTOR (PR) | 34492 | 313th, 329th |
| DMUCHOWSKI, JOHN (NJ) | 33401 | 313th |
| ENGEL, STEVEN (NJ) | 15255 | 313th |
| GOLDBERG, LOUISE (Overseas) | 19518 | 313th |
| GOYAL, ANSHUMAN (NY) | 2292 | 347th |
| GRAN, MICHAEL (UK) | 23900 | 73rd |
| GRAVES, ADRIAN (UK) | 24498 | 313th |
| HAHN-COLBERT, SANDRA (NY) | 39727, 34728 | 313th |

| **CLAIMANTS** | **CLAIM NOS.** | **OMNIBUS OBJECTION** |
|---|---|---|
| HAWES, GREGG (MD) | 7797 | 207th |
| HOWARD, NICHOLAS (CT) | 28279 | 313th, 342nd |
| IRAGORRI, JULIAN (NY) | 64991 | 319th |
| KING, HARRIET CHAN (NY) | 34546 | 313th |
| KRIEGER, KAREN (NY) | 18087 | 185th |
| LEV ARI, TAL (UK) | 65858 | 319th |
| LEVILEV, YERUCHIM (NY) | 33565 | 347th |
| LEWIS, SARAH (UK) | 8812 | 313th |
| LUKEN, PATRICIA (UK) | 22763 | 313th |
| McCARTHY, LAWRENCE (NY) | 66392 | 319th |
| McCULLY, MICHAEL (NY) | 65946, 65947, 65949 | 117th, 130th, 313th, 344th |
| McGEE, HUGH (TX) | 31081 | 313th |
| MULLEN, ESTATE OF MICHAEL J. (CT) | 27599 | 313th |
| NEVILLE, IAN (UK) | 31678 | 313th |
| OLIVIER, HELMUT (Germany) | 14855 | 313th |
| O'SULLIVAN, THOMAS (NY) | 27300 | 185th |
| PATTERSON, MARTIN (UK) | 16289 | 313th |
| PETRUCELLI, MICHAEL (IL) | 5770 | 313th |
| PORTER, BARRY (Overseas) | 12975 | 130th |
| RICHMAN, SANDY FLEISCHMAN (NY) | 8530 | 118th |
| RIVKIN, JACK (NY) | 66375 | 319th |

4

| CLAIMANTS | CLAIM NOS. | OMNIBUS OBJECTION |
|---|---|---|
| SANTODOMINGO, ALVARO (Spain) | 19947 | 313th |
| SEWARD, BRIAN (UK) | 11590 | 313th |
| SHAPIRO, ROSS (NY) | 31374 | 313th |
| SMITH, MARGARET (UK) | 11054 | 313th |
| SNELLING, STEPHEN (UK) | 8813 | 313th |
| SOMMA, GREGG (NJ) | 24373 | 73rd |
| SULLIVAN, ANDREA (UK) | 13087 | 73rd |
| VELEBA, MILAN (UK) | 8447 | 134th |
| VOLINI, PIERLUIGI (UK) | 25900 | 313th |
| WARD, PETER (NY) | 9915 | 313th |
| WECKER, JEFFREY (CT) | 29718 | 313th |
| WELCH, COLIN S.A. (UK) | 13290 | 76th |
| WILKINSON, TIMOTHY (UK) | 34829 | 313th |
| WINCHESTER, JUDITH (DC) | 19298 | 207th |