K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-3900
Facsimile:  (212) 536-3901
John A. Bicks
Henry E. Shin
Robert T. Honeywell
Priya Chadha

K&L GATES LLP
1601 K Street, NW
Washington, DC 20006
Brian D. Koosed
Telephone: (202) 778-9000
Facsimile:  (202) 778-9100

*Attorneys for Shinhan Bank*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                                  )
**In re**                                                         )
                                                                  )
**LEHMAN BROTHERS HOLDINGS INC.,**        )   Case No. 08-13555 (SCC)
                                                                  )
                                                                  )   **(Jointly Administered)**
                  **Debtor.**                          )
---------------------------------------------------------------------x

## NOTICE OF APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8002 and 8003 and 28 U.S.C. § 158, notice is hereby given that Shinhan Bank appeals to the United States District Court for the Southern District of New York from the *Order Granting Motion Pursuant to the Amended SPV ADR Order and Section 105(a) of the Bankruptcy Code to (I) Enforce Settlement and Release Agreement and (II) Grant Attorneys' and Mediator's Fees and Costs* entered herein on March 29, 2017 [Dkt. No. 55126] (the "Order"), attached hereto as Exhibit

1

<u>1</u>, which granted the Motion to the extent set forth in the decision of the Court read into the record at the hearing held on March 21, 2017, a transcript of which is attached as an exhibit to the Order and is incorporated therein by reference.

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

**APPELLANT:**

| | |
|---|---|
| Shinhan Bank | John A. Bicks |
| | Henry E. Shin |
| | Robert T. Honeywell |
| | Priya Chadha |
| | K&L GATES LLP |
| | 599 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 536-3900 |
| | Facsimile:  (212) 536-3901 |
| | |
| | Brian D. Koosed |
| | K&L GATES LLP |
| | 1601 K Street NW |
| | Washington, DC 20006 |
| | Telephone: (202) 778-9000 |
| | Facsimile:  (202) 778-9100 |

**APPELLEE:**

| | |
|---|---|
| Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc. | Christopher J. Cox |
| | WEIL, GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| | Telephone: (650) 802-3000 |
| | Facsimile:  (650) 802-3100 |
| | |
| | Jacqueline Marcus |
| | WEIL, GOTSHAL & MANGES LLP |
| | 767 Fifth Avenue |
| | New York, NY 10153 |
| | Telephone: (212) 310-8000 |
| | Facsimile:  (212) 310-8007 |

| | |
|---|---|
| Dated: April 11, 2017<br>New York, NY | /s/ John A. Bicks<br>John A. Bicks<br>Henry E. Shin<br>Robert T. Honeywell<br>Priya Chadha<br>K&L GATES LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 536-3900<br><br>Brian D. Koosed<br>K&L GATES LLP<br>1601 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 778-9000<br><br>*Attorneys for Shinhan Bank* |