UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              ) Case No. 08-13555 (SCC)
                                                   )
LEHMAN BROTHERS HOLDINGS INC.,                     ) (Jointly Administered)
                                                   )
                                                   ) **AFFIDAVIT OF SERVICE**
                    Debtor.                        )
------------------------------------------------------------x

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

      **ROXANA I. CIULEI** being duly sworn, deposes and says:

1. I am not a party to this action and I am over 18 years of age.

2. On April 11, 2017, I caused to be served by electronic mail and FedEx Overnight delivery true and correct copy of Notice of Appeal on the following:

| Christopher J. Cox, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>E-mail: chris.cox@weil.com | Jacqueline Marcus, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>E-mail: jacqueline.marcus@weil.com |
|---|---|

                                          */s/ Roxana I. Ciulei*
                                          Roxana I. Ciulei

Sworn to before me this
11th day of April, 2017

*/s/ Margaret E. Pringle*
Notary Public

                    MARGARET E. PRINGLE
                Notary Public, State of New York
                     No. 01PR6081492
                  Qualified in Queens County
          Certificate Filed in New York County
300674394 v1        Commission Expires Oct. 7, 2018