WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:   (212) 382-3300
Facsimile:    (212) 382-0050
William A. Maher
James N. Lawlor
John D. Giampolo
Adam M. Bialek

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.<br>08-13555 (SCC) |

**CERTIFICATION OF SERVICE**

I, Mara R. Lieber, of full age, hereby certify as follows:

1. I am an associate at the law firm of Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110, attorneys for Plaintiff Lehman Brothers Holdings Inc.

2. On March 17, 2017, I caused true and correct copies of the Notice of Adjournment of Hearing on Motion by Lehman Brothers Holdings Inc. for Entry of an Omnibus Order (I) to Enforce Against Noncompliant Mortgage Loan Sellers, and to Compel Them to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for Their Violation of the Order [ECF No. 55068] to be served by filing the same with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

3.  On March 17, 2017, I also caused a true and correct copy of the Notice of Adjournment of Hearing on Motion by Lehman Brothers Holdings Inc. for Entry of an Omnibus Order (I) to Enforce Against Noncompliant Mortgage Loan Sellers, and to Compel Them to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for Their Violation of the Order [ECF No. 55068] to be served upon the following via electronic mail:

- Mark Luciani, mluciani@cox.net;
- Joshua A. Rosenthal, Esq., jrosenthal@mhlawcorp.com;
- Scott Goldstein, sgoldstein@atlantictrustmortgage.com, scott@atmfl.com;
- Daniel Zapata, daniel@calihome.com;
- Shawna Moore, smoore@faranolaw.com;
- Charles Farano, cfarano@faranolaw.com; and
- Jeffrey W. Toback, jefftoback@gmail.com.

4.  On March 20, 2017, I also caused a true and correct copy of the Notice of Adjournment of Hearing on Motion by Lehman Brothers Holdings Inc. for Entry of an Omnibus Order (I) to Enforce Against Noncompliant Mortgage Loan Sellers, and to Compel Them to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for Their Violation of the Order [ECF No. 55068] to be served BY FIRST CLASS U.S. MAIL upon the defendants listed below at the addresses listed below:

America One Mortgage Corporation
c/o Mark Luciani
1991 Village Park Way, Suite 205
Encinitas, CA 92024

American Pacific Mortgage Corporation
Medlin & Hargrave, PC
c/o Joshua A. Rosenthal, Esq.
Fountaingrove Executive Center
3562 Round Barn Circle, Suite 212
Santa Rosa, CA 95403

Atlantic Trust Mortgage Corp.
c/o Scott Goldstein
3560 Cardinal Point Drive, Suite 101
Jacksonville, FL 32257

California Home Investments, Inc.
c/o Daniel Zapata, Shawna Moore, Charles Farano
520 N. Brookhurst Street, Suite 118
Anaheim, CA 92801

K & B Capital Corp.
c/o Jeffrey W. Toback, P.C.
753 W. Park Avenue
Long Beach, NY 11561

5.  On March 29, 2017, I also caused a true and correct copy of the Notice of Change of Hearing on Motion by Lehman Brothers Holdings Inc. for Entry of an Omnibus Order (I) to Enforce Against Noncompliant Mortgage Loan Sellers, and to Compel Them to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for Their Violation of the Order [ECF No. 55125] to be served by filing the same with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

6.  On March 29, 2017, I also caused a true and correct copy of the Notice of Change of Hearing on Motion by Lehman Brothers Holdings Inc. for Entry of an Omnibus Order (I) to

3

Enforce Against Noncompliant Mortgage Loan Sellers, and to Compel Them to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for Their Violation of the Order [ECF No. 55125] to be served upon the following via electronic mail:

- Mark Luciani, mluciani@cox.net;
- Joshua A. Rosenthal, Esq., jrosenthal@mhlawcorp.com;
- Scott Goldstein, sgoldstein@atlantictrustmortgage.com, scott@atmfl.com;
- Daniel Zapata, daniel@calihome.com;
- Shawna Moore, smoore@faranolaw.com;
- Charles Farano, cfarano@faranolaw.com; and
- Jeffrey W. Toback, jefftoback@gmail.com.

7. On March 29, 2017, I also caused a true and correct copy of the Notice of Change of Hearing on Motion by Lehman Brothers Holdings Inc. for Entry of an Omnibus Order (I) to Enforce Against Noncompliant Mortgage Loan Sellers, and to Compel Them to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for Their Violation of the Order [ECF No. 55125] to be served BY FIRST CLASS U.S. MAIL upon the defendants listed below at the addresses listed below:

America One Mortgage Corporation
c/o Mark Luciani
1991 Village Park Way, Suite 205
Encinitas, CA 92024

4

American Pacific Mortgage Corporation
Medlin & Hargrave, PC
c/o Joshua A. Rosenthal, Esq.
Fountaingrove Executive Center
3562 Round Barn Circle, Suite 212
Santa Rosa, CA 95403

Atlantic Trust Mortgage Corp.
c/o Scott Goldstein
3560 Cardinal Point Drive, Suite 101
Jacksonville, FL 32257

California Home Investments, Inc.
c/o Daniel Zapata, Shawna Moore, Charles Farano
520 N. Brookhurst Street, Suite 118
Anaheim, CA 92801

K & B Capital Corp.
c/o Jeffrey W. Toback, P.C.
753 W. Park Avenue
Long Beach, NY 11561

I certify that the foregoing statements are true to the best of my knowledge. I am aware that if any of the foregoing statements be willfully false, I am subject to punishment.

Dated:  New York, New York
April 12, 2017

                                                 */s/ Mara R. Lieber*
                                                  Mara R. Lieber