UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.,**<br><br>Debtor. | Chapter 11 Case<br>No. 08-13555 (SCC)<br><br>**(Jointly Administered)** |

**AGREED ORDER APPROVING SUPERSEDEAS BOND
IN CONNECTION WITH ORDER GRANTING MOTION PURSUANT TO THE
AMENDED SPV ADR ORDER AND SECTION 105(a) OF THE BANKRUPTCY CODE
TO (I) ENFORCE SETTLEMENT AND RELEASE AGREEMENT AND
(II) GRANT ATTORNEYS' AND MEDIATOR'S FEES AND COSTS**

Upon the motion, dated January 30, 2017 [ECF No. 54675] (the "Motion"),[1] of Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* for certain entities in the above-referenced chapter 11 cases, on behalf of Lehman Brothers Special Financing Inc. ("LBSF"), (i) to enforce the Settlement and the Release Agreement among LBSF and Shinhan Bank ("Shinhan"), as more fully described in the Motion; and (ii) grant the Plan Administrator attorneys' and mediator's fees and costs; and the Court having granted the Motion to the extent set forth in its Order dated March 29, 2017 [ECF No. 55126] (the "Order"); and the Order providing, among other things, that enforcement of the Order shall be stayed for fourteen (14) days after its entry, and that Shinhan may obtain a further stay pending appeal by posting a supersedeas bond, subject to approval of the Court, and that such stay shall take effect when the Court enters its order approving such bond; and the Plan

---

[1] Capitalized terms used but not defined herein shall have the meaning set forth in the Motion.

1

Administrator and Shinhan having agreed on the form and amount of the supersedeas bond as set forth in the original unredacted bond, a signed and redacted copy of which is attached hereto as Exhibit A (the "Bond"); it is

ORDERED that the penal sum of the original unredacted bond, such amount being known to the surety, Plan Administrator, and Shinhan, shall represent the maximum aggregate liability of the surety under the Bond; and it is

ORDERED that the Bond attached hereto as Exhibit A is approved, and is deemed filed with the Clerk of the Court upon the entry of this Order; and it is

ORDERED that the Plan Administrator shall hold in its custody the original, unredacted, executed version of the Bond until such time as the obligation of the surety thereunder is either satisfied or void, as evidenced by a final agreed order discharging the bond and releasing the surety from all liability arising under the Bond. Upon entry of a final agreed order signed by the Bankruptcy Judge and filed with the Clerk of the Court and copy provided to the surety, the Plan Administrator shall return such original bond to the surety before it is cancelled for premium purposes; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: April 12, 2017
       New York, New York

                                        /S/ Shelley C. Chapman_____
                                        UNITED STATES BANKRUPTCY JUDGE

Agreed as to the form of supersedeas bond attached hereto as Exhibit A:

2

K&L GATES LLP

By: /s/ Robert T. Honeywell
    John A. Bicks
    Robert T. Honeywell
    Priya Chadha
    599 Lexington Ave.
    New York, NY 10022
    (212) 536-3900

    Brian D. Koosed
    1601 K Street, NW
    Washington, DC 20006
    Telephone: (202) 778-9000

*Attorneys for Shinhan Bank*


WEIL, GOTSHAL & MANGES LLP

By:/s/ Christopher J. Cox
    Christopher J. Cox
    201 Redwood Shores Parkway
    Redwood Shores, CA 94065
    Telephone: (650) 802-3000
    Facsimile: (650) 802-3100

    Jacqueline Marcus
    767 Fifth Avenue
    New York, NY 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

*Attorneys for the Plan Administrator*