# EXHIBIT A

Bond # 106527184
Index No. 08-13555 (SCC)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC.,

Debtor.

### SUPERSEDEAS BOND

KNOW ALL MEN BY THESE PRESENTS, that we, Shinhan Bank Co., Ltd., as Principal, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, as Surety, are held and firmly bound onto the United States Bankruptcy Court for the Southern District of New York, as Obligee, ("Bankruptcy Court") in the maximum aggregate penal sum of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for the payment of which, well and truly to be made, we bind ourselves, our successors and assigns, jointly and severally, firmly by these presents.

1. The Bankruptcy Court entered an Order Granting Motion Pursuant to the Amended SPV ADR Order and Section 105(a) of the Bankruptcy Code to (I) Enforce Settlement and Releases Agreement and (II) Grant Attorneys' and Mediator's Fees and Costs, entered in the above-captioned proceeding on March 29, 2017 [ECF No. 55126] (the "Appealed Order").

2. The Appealed Order provides, among other things, that Shinhan Bank Co., Ltd. shall pay the "Settlement Amount" (as defined in the motion granted by the Appealed Order) to Lehman Brothers Special Financing Inc. ("LBSF") within ten (10) days after the Appealed Order becomes final and non-appealable.

3. Shinhan Bank Co., Ltd. desires to appeal to the United States District Court for the Southern District of New York and, if necessary, to the United States Court of Appeals for the Second Circuit. In order to stay payment of the Settlement Amount plus 11% plus $250 pending determination of

1

such appeal(s), Shinhan Bank Co., Ltd. hereby files the bond in this Court, in the maximum aggregate penal sum amount of ▮▮▮▮▮▮▮▮▮▮▮▮▮

4.  The condition of this obligation is such that if the Principal Shinhan Bank Co., Ltd. shall prosecute its appeal to effect and: (a) satisfy the Settlement Amount in full plus 11% plus $250, if the appeal is finally dismissed, or if the Appealed Order is finally affirmed by the appellate court; or (b) satisfy in full such Settlement Amount as modified by the appellate court or (c), if the Appealed Order is reversed or vacated in its entirety, then the above obligation is to be void, otherwise to remain in full force and effect.

5.  IN NO EVENT, HOWEVER, shall the Surety's obligations and liability under this bond exceed the maximum aggregate penal sum of the bond in the amount of ▮▮▮▮▮▮▮▮▮▮▮▮▮

6.  Written notice of claim on this surety bond shall be sent to the following:

    Travelers Casualty and Surety Company of America
    Attn: Commercial Surety Claim
    One Tower Square
    Hartford, CT 06183
    bsiclaims@travelers.com

7.  Pursuant to Federal Rules of Bankruptcy Procedure 9025, the Surety submits itself to the jurisdiction of the Bankruptcy Court, if the amounts due and owing by the Principal are not paid, and irrevocably appoints the clerk of the Bankruptcy Court as Surety's agent upon whom any papers effecting its liability on this obligation may be served.

8.  This bond is being filed in redacted form with the Bankruptcy Court, as an exhibit to an order approving the bond.

Signed this 10th day of April, 2017.

Surety: Travelers Casualty and Surety Company of America
By: _____
Thomas E. Whittemore, Attorney-in-Fact

2

## ACKNOWLEDGEMENT OF SURETY

STATE OF New Jersey    )        Bond No. 106527184

COUNTY OF Morris    )

On this 10th day of April, in the year 2017, before me personally comes THOMAS M. WHITTEMORE, Attorney-In-Fact of Travelers Casualty and Surety Company of America, with whom I am personally acquainted, and who, being by me duly sworn, says that he resides/has a place of business at One Madison Avenue, Suite 1 W, Morristown, NJ 07960, that he is the Attorney-In-Fact of Travelers Insurance Companies, the company described in and which executed the within instrument; that he knows the corporate seal of such Company; and that the seal affixed to the within instrument is such corporate seal and that it was affixed by order of the Board of Directors of said Company, and that he signed said instrument as Attorney-In-Fact of the said Company by like order.

_Caroline G. Sammarco_
Notary Public

My commission expires:    Caroline G. Sammarco
A Notary Public of New Jersey
My Commission Expires August 16, 2018

12/2/10

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

# POWER OF ATTORNEY

**TRAVELERS**

Farmington Casualty Company
Fidelity and Guaranty Insurance Company
Fidelity and Guaranty Insurance Underwriters, Inc.
St. Paul Fire and Marine Insurance Company
St. Paul Guardian Insurance Company
St. Paul Mercury Insurance Company
Travelers Casualty and Surety Company
Travelers Casualty and Surety Company of America
United States Fidelity and Guaranty Company

Attorney-In Fact No. 224578

Certificate No. 006321929

KNOW ALL MEN BY THESE PRESENTS: That Farmington Casualty Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company are corporations duly organized under the laws of the State of Connecticut, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc., is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Caroline G. Sammarco, and Thomas M. Whittemore

of the City of Netcong, State of New Jersey, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

IN WITNESS WHEREOF, the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this 20th day of April, 2015.

Farmington Casualty Company
Fidelity and Guaranty Insurance Company
Fidelity and Guaranty Insurance Underwriters, Inc.
St. Paul Fire and Marine Insurance Company
St. Paul Guardian Insurance Company
St. Paul Mercury Insurance Company
Travelers Casualty and Surety Company
Travelers Casualty and Surety Company of America
United States Fidelity and Guaranty Company

By: _____
Robert L. Raney, Senior Vice President

State of Connecticut
City of Hartford ss.

On this the 20th day of April 2015, before me personally appeared Robert L. Raney, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

In Witness Whereof, I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2016.

Marie C. Tetreault, Notary Public

58440-8-12 Printed in U.S.A.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

**WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER**

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, which resolutions are now in full force and effect, reading as follows:

RESOLVED, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

FURTHER RESOLVED, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

FURTHER RESOLVED, that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

FURTHER RESOLVED, that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, Kevin E. Hughes, the undersigned, Assistant Secretary, of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this ___10th___ day of ___April___, 20 _17_.

_Kevin E. Hughes, Assistant Secretary_

        

To verify the authenticity of this Power of Attorney, call 1-800-421-3880 or contact us at www.travelersbond.com. Please refer to the Attorney-In-Fact number, the above-named individuals and the details of the bond to which the power is attached.

**WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER**

# TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

## HARTFORD, CONNECTICUT 06183

### FINANCIAL STATEMENT AS OF JUNE 30, 2015

### AS FILED IN THE STATE OF NEW JERSEY

#### CAPITAL STOCK $ 6,480,000

| ASSETS | | LIABILITIES & SURPLUS | |
|---|---|---|---|
| BONDS | $ 3,627,673,408 | UNEARNED PREMIUMS | $ 863,748,045 |
| STOCKS | 301,331,612 | LOSSES | 727,287,093 |
| PREMIUM BALANCES | 226,830,742 | LOSS ADJUSTMENT EXPENSES | 321,750,068 |
| CASH AND INVESTED CASH | 123,220,909 | COMMISSIONS | 23,659,592 |
| INVESTMENT INCOME DUE AND ACCRUED | 43,819,048 | TAXES, LICENSES AND FEES | 10,729,250 |
| OTHER INVESTED ASSETS | 3,893,778 | OTHER EXPENSES | 25,466,893 |
| NET DEFERRED TAX ASSET | 62,114,160 | CURRENT FEDERAL AND FOREIGN INCOME TAXES | 13,658,605 |
| REINSURANCE RECOVERABLE | 12,370,983 | REMITTANCES AND ITEMS NOT ALLOCATED | 26,204,254 |
| SECURITIES LENDING REINVESTED COLLATERAL ASSETS | 21,644,174 | AMOUNTS WITHHELD / RETAINED BY COMPANY FOR OTHERS | 35,220,070 |
| RECEIVABLES FROM PARENT, SUBSIDIARIES AND AFFILIATES | 27,837,328 | RETROACTIVE REINSURANCE RESERVE ASSUMED | 960,135 |
| RECEIVABLE FOR SECURITIES | 4,707,941 | POLICYHOLDER DIVIDENDS | 9,044,846 |
| OTHER ASSETS | 3,292,819 | PROVISION FOR REINSURANCE | 3,418,605 |
| | | ADVANCE PREMIUM | 1,163,525 |
| | | PAYABLE FOR SECURITIES LENDING | 21,644,174 |
| | | PAYABLE FOR SECURITIES | 38,054,933 |
| | | CEDED REINSURANCE NET PREMIUMS PAYABLE | 39,444,833 |
| | | ESCHEAT LIABILITY | 832,249 |
| | | OTHER ACCRUED EXPENSES AND LIABILITIES | 483,288 |
| | | TOTAL LIABILITIES | $ 2,161,806,108 |
| | | CAPITAL STOCK | $ 6,480,000 |
| | | PAID IN SURPLUS | 433,803,780 |
| | | OTHER SURPLUS | 1,858,574,782 |
| | | TOTAL SURPLUS TO POLICYHOLDERS | $ 2,298,858,522 |
| TOTAL ASSETS | $ 4,458,684,628 | TOTAL LIABILITIES & SURPLUS | $ 4,458,684,628 |

STATE OF CONNECTICUT }
COUNTY OF HARTFORD } SS.
CITY OF HARTFORD }

MICHAEL J. DOODY, BEING DULY SWORN, SAYS THAT HE IS SECOND VICE PRESIDENT, OF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AND THAT TO THE BEST OF HIS KNOWLEDGE AND BELIEF, THE FOREGOING IS A TRUE AND CORRECT STATEMENT OF THE FINANCIAL CONDITION OF SAID COMPANY AS OF THE 30TH DAY OF JUNE, 2015.

*Michael J. Doody*
SECOND VICE PRESIDENT

SUBSCRIBED AND SWORN TO BEFORE ME THIS
20TH DAY OF AUGUST, 2015

NOTARY PUBLIC

SUSAN M. WEISSLEDER
*Notary Public*
*My Commission Expires November 30, 2017*

## CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

### STATE OF NEW YORK
### DEPARTMENT OF FINANCIAL SERVICES

It is hereby certified that

**Travelers Casualty and Surety Company of America**

Of Hartford, Connecticut

a corporation organized under the laws of the State of Connecticut and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $2,232,075,875 (Capital $6,480,000) as is shown by its sworn financial statement for the first quarter ending March 31, 2016 on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have unto set my hand and affixed official seal of this Department in the City of Albany, this

18th day of May, 2016.

Maria T. Vullo
Acting Superintendent

By Jacqueline Catalfamo
Jacqueline Catalfamo
Special Deputy Superintendent