**CRÉDIT AGRICOLE CARIPARMA**

Flora Schiavenato
Servizio Contenzioso Legale
Piazza XX Settembre 19
33170 Pordenone

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: LEHMAN BROTHERS HOLDINGS INC
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Pordenone, March 30, 2017                    Prot. 0138/2017-fs

**R: LEHMAN BROTHERS HOLDING INC  - Case NO 08 – 13555**
    **Trasfer of claim**

In relation to the subject matter, enclosed please find the original of transfer of claim and the agreement and evidence of trasfere of claim Lehman Program Security between Banca Popolare FriulAdria Spa and ADvam Partners Sgr.

Kind regards

CRÉDIT AGRICOLE CARIPARMA S.P.A.



RECEIVED APR 5 2017 U.S BANKRUPTCY COURT SO DIST OF NEW YORK

Cassa di Risparmio di Parma e Piacenza S.p.A. - Sede Legale Via Università 1 – 43121 Parma - Tel. 0521/912111 - Capitale Sociale € 876.761.620,00 i.v. - Iscritta al Registro Imprese di Parma, Codice Fiscale e Partita Iva n. 02113530345  - Aderente al Fondo Interbancario di Tutela dei Depositi e al Fondo Nazionale di Garanzia - Iscritta all'Albo delle banche al n. 5435 - Capogruppo del Gruppo Bancario Cariparma Crédit Agricole iscritto all'Albo dei Gruppi Bancari - Soggetta all'attività di Direzione e Coordinamento di Crédit Agricole S.A..



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re LEHMAN BROTHERS HOLDING, ET. AL ,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banca Popolare FriulAdria Spa | ADVAM PARTNERS SGR |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Banca Popolare FriulAdria Spa, Piazza XX Settembre 2, 33170 Pordenone, Italia.

Court Claim # (if known): 48753.08
Amount of Claim: $8,764.46
Date Claim Filed: 10/27/2009

Phone: _____
Last Four Digits of Acct #: _____

Phone: +3902620808
Last Four Digits of Acct #: _____
EMAIL: L.ROSA@ADVAMSGR.COM

Name and Address where transferee payments should be sent (if different from above):
CREDITOR NAME: BANCA POPOLARE FRIULADRIA SPA
BENEFICIARY BANK: BANCA POPOLARE FRIULADRIA SPA
BENEFICIARY BIC BANK IDENTIFICATION CODE: BPPNIT2P
INTERMIDIARY BANK: WELLS FARGO BANK NA NEW YORK
Phone: _____
Last Four Digits of Acct #: _____
INTERMIDIARY BIC BAN ID CODE: PNBPUS3NNYC
BENEFICIARY ACCOUNT # c/o WELLS FARGO: 2000193007345
PHONE 00390287133400 ATTn. FARINELLI

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Chiara Mio  The President /Mio    Date: MARCH 28, 2017
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **ADVAM PARTNERS SGR** ("Seller"), [acting on behalf of one or more of its customers (the "Customers")], hereby unconditionally and irrevocably sells, transfers and assigns to BANCA POPOLARE FRIULADRIA SPA, (the "Purchaser"), [acting on behalf of one or more of its customers], and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the **applicable percentage (together with the relevant allowed amount)** specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number **48753.08** filed by or on behalf of **Seller** (the "Proof of Claim") against Lehman Brothers Holdings Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of [Seller/its Customers] relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim, excluding the distributions made by the Debtors and received by Seller (the "Excluded Distributions"), or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of [Seller's / its Customers'] right, title and interest in, to and under the transfer agreements, if any, under which [Seller / Customer(s)] or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2. Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) [Seller / its Customers] own(s) and [has/have] good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (f) [neither] Seller [nor its Customer] has [not] engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; and (g) the Notice of Proposed Allowed Claim Amount ("Notice") for the Proof of Claim provided to Purchaser is true and correct and no action was undertaken by Seller with respect to the Notice for the Proof of Claim.

3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the

Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser, other than the Excluded Distributions. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed as of the MARCH 28TH, 2017

**BANCA POPOLARE FRIULADRIA SPA**
By: *(signature)*
Name: **Prof. Chiara Mio**
Title: **The Chairman**
Piazza XX settembre 2
33170, Pordenone Italy

Attn.: Flora Schiavenato
Phone 0039 0434 233737
Fax 0039 974608
e-mail CU00701CARIPARMA@credit-agricole.it
CU728@cagroupsolutions.it

**ADVAM PARTNERS SGR**
By: *(signature)*
Name: **Maurizio Belli**
Title: **The Chairman**
Via Turati, 9
20121 Milan Italy

Attn: Luca Rosa
Phone: +39 2 62080881
Fax 0039 2 874984
E-mail: l.rosa@advamsgr.com

Schedule 1

## Transferred Claims

Purchased Claim

6.11% of XS02700284247= as described in the Proof of Claim dated 10/23/09 and filed on 10/27/09, which relates to an allowed amount of USD 8.746,46;

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN Code | Issuer | Guarantor | Notional Amount (USD)* | Maturity | Allowed Amount (USD) |
|---|---|---|---|---|---|---|
| LEHMAN B.T. 7% RF14 | XS02700284247 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc.. | 6,363.60 | 10/10/23 | 8,764.46 |

*Amounts due in EUR have been converted to US Dollars using the exchange reference rate published by the European Central Bank for March 15, 2017: 1 EUR = 1.0606 USD.

ADVAM Partners SGR

Maurizio Belli
The Chairman