**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
:   Chapter 11
In re:   :
:   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*   :
:   (Jointly Administered)
Debtors.   :
:   Ref. Docket Nos.  55020, 55024,
:   55049, 55050, 55051, 55052,
:   55066, 55097, 55098
:
:
---------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 12, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 12, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Konstantina Haidopoulos*
                                        Konstantina Haidopoulos

Sworn to before me this
13th day of April, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires April 15, 2018

# EXHIBIT A

08-13555-mg    Doc 55168    Filed 04/13/17    Entered 04/13/17 16:40:17    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000118257027 ***      LBH TRFNTC (MERGE2, TXNUM2) 4000132746



CANPARTNERS INVESTMENTS IV, LLC
TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC
ATTN: RAJ VENKATARAMAN IYER & CORPORATE ACTIONS
2000 AVENUE OF THE STARS, 11TH FLOOR
LOS ANGELES, CA 90067

Please note that your claim # 67346-27 in the above referenced case and in the amount of $8,095,000.00 has been transferred (unless previously expunged by court order)

CANYON VALUE REALIZATION FUND, L.P.
TRANSFEROR: CANPARTNERS INVESTMENTS IV, LLC
C/O CANYON CAPITAL ADVISORS LLC/GEN CNSL
2000 AVENUE OF THE STARS, 11TH FLOOR
LOS ANGELES, CA 90067

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     55066     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/12/2017                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 12, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P., C/O ATTESTOR CAPITAL LLP/I.WHITE, 20 BALDERTON STREET, LONDON W1K6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P., C/O ATTESTOR CAPITAL LLP/I.WHITE, 20 BALDERTON STREET, LONDON W1K6TL UNITED KINGDOM |
| BANCA INTERMOBILIARE | DI INVESTMENT E GESTIONI SPA, ATTN: MR. BALLARINI STEFANO-HEAD OF LEGAL AND COMPLIANCE DEPARTMENT, VIA GRAMSCI 7, TURIN 10121 ITALY |
| BANCA LEONARDO SPA | TRANSFEROR: BANCA INTERMOBILIARE, ATTN: MARIO ZANIN, RESPONSABILE LEGAL COMPLIANCE & AML, VIA BROLETTO 46, MILAN 20121 ITALY |
| CANPARTNERS INVESTMENTS IV, LLC | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC, ATTN: RAJ VENKATARAMAN IYER & CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION FUND, L.P. | TRANSFEROR: CANPARTNERS INVESTMENTS IV, LLC, C/O CANYON CAPITAL ADVISORS LLC/GEN CNSL, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CASPIAN SC HOLDINGS L.P. | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| CASPIAN SC HOLDINGS L.P. | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| CASPIAN SC HOLDINGS L.P. | TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P., C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: MARINER LDC, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P., C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SC HOLDINGS L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SC HOLDINGS L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SC HOLDINGS L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SUPER CASPIAN CAYMAN FUND LIMITED, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: CREDIT SUISSE, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| PENSIONSKASSE MERCK & CIE | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, LATERNENACKER 5, SCHAFFHAUSEN 8200 SWITZERLAND |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: CASPIAN ALPHA LONG CREDIT FUND, L.P., C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| TACONIC CAPITAL PARTNERS 1.5 L.P. | C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC OPPORTUNITY FUND, L.P. | C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| UBI BANCA | TRANSFEROR: ICCREA BANCA S.P.A., DOTT.SSA SILVANA PISANI - SENIOR MANAGER, VIA |

| Claim Name | Address Information |
|---|---|
| UBI BANCA | CAVRIANA 20, MILANO 20134 ITALY |

**Total Creditor Count 27**