**UBS**

UBS AG
Europastrasse 2
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

BY REGISTERED MAIL
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com

# Message

March 31, 2017


RECEIVED APR 6 2017 U.S BANKRUPTCY COURT SO DIST OF NEW YORK

**subject**    **Claim Transfer Agreement Lehman Program Securities**

On behalf of            Attention: Clerk of the Court

you are receiving       Evidence of partial transfer of claim: HSBC HK

☐ for your information         ☐ returned with thanks         ☐ please return
☒ for your records             ☐ please comment               ☒ please confirm receipt
☐ as agreed                    ☐ please sign                  ☒ please process
☐ please complete              ☐

Remarks
TOCE183:  650'000.00 / XS0273904044 - 3'000'000.00 / XS0295278146
Transferor: HSBC HK / Claim Number: 56669
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Matthias Mohos
Associate Director

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,        Case No.    08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| UBS AG | **The Hongkong and Shanghai Banking Corporation Limited, Hong Kong** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Bahnhofstr. 45
8098 Zurich
Phone:

Court Claim # (if known): 56669

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Last Four Digits of Acct. #:

Date Claim Filed: 29 October 2009

Name and Address where transferee payments should be sent (if different from above):

Phone:

Phone: +852 3604 7640
Last Four Digits of Acct. #: 6253

Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    _[signature]_    Date: 24.3.17

Transferee/Transferee's Agent
Name: M. Mohos    J. Haller
Title:

RESTRICTED

TOCE 183

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, HONG KONG ("Transferor"), does hereby certify that, as of 16 December 2016, it has unconditionally and irrevocably transferred and assigned to UBS AG ("Transferee"), to the extent specified below (the "Transferred Claim"), Transferor's right, title and interest in and to Proof of Claim Number 56669 filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (JMP) in the United States Bankruptcy Court for the Southern District of New York, solely in following amounts (the "Claim").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|---|---|---|---|
| (a) XS0273904044<br>(b) XS0295278146 | LEHMAN BROTHERS TREASURY | LEHMAN BROTHERS HOLDINGS INC | (a) GBP650,000<br>(b) HKD3,000,000 |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the 15th of December, 2016.

THE HONGKONG AND SHANGHAI
BANKING CORPORATION LIMITED

By: _____

Name: ABDELWAHAB BEN TKHAYET
Title: REG HD GPB SP & FICC ISPS ASIA
Tel.: 28996422

UBS AG

By: _____

Name: K. Michos / Haller
Title: _____
Tel.: _____

RESTRICTED

TOCE183