

B 2100A (Form 2100A) (12/15)

FILED / RECEIVED

MAR 2 4 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al, Debtors     Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banque Cantonale de Fribourg | Bank Julius Baer & Co. Ltd |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Banque Cantonale de Fribourg
Attn. : Michel Monney
Bd de Pérolles 1, CH-1700 Fribourg
Phone: 0041 26 350 74 54
Last Four Digits of Acct #: _____

Court Claim # (if known): _____
Amount of Claim: _____
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Banque Cantonale de Fribourg     Date: 10/03/2017
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Michel Monney
Fondé de pouvoir

Sébastien Jost
Mandataire commercial

## **EVIDENCE OF TRANSFER OF CLAIM**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Banque Cantonale de Fribourg** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **58786**) in the **number of units 200** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 8 day of March 2017.

**Bank Julius Baer & Co. Ltd.**

_/s/ Fabian Burckhardt_    _/s/ Marc Blum_

Fabian Burckhardt         Marc Blum

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Number of Units |
|---|---|---|---|---|
| XS0279424310<br><br>CERTIFICATE PLUS ON UBS | 58786 | 30 October 2009 | Lehman Brothers Treasury Co. BV | 200 |
| | | | | |

**13.03.17**       **2.00**
CH - 1762                    PRIORITY
Affr. Poste                  Stand 2
2090082
30001464              *LA POSTE*

FILED / RECEIVED

MAR 2 4 2017

EPIQ SYSTEMS

EPIQ Bankruptcy Solutions LLC
Attn. Lehman Brothers Holdings
Claims Processing
757 Third Avenue, 3rd Floor
New Nork, NY 10017

FILED / RECEIVED

MAR 2 4 2017

EPIQ SYSTEMS

10017$2015 C069