

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHERS HOLDINGS, INC.  ,    Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__Banco Santander (Suisse) S.A.__     __HSBC Private Bank (Suisse) S.A.__
Name of Transferee              Name of Transferor

Name and Address where notices to transferee should be sent:
BANCO SANTANDER (SUISSE) S.A.
5-7 rue Ami-Lévrier - Case postale 1256
1211 GENEVE 1

Court Claim # (if known):  __51762__
Amount of Claim: __See attached__
Date Claim Filed: __10/28/2009__

Phone: __00 41 22 909 22 39__        Phone: __00 41 58 705 55 55__
Last Four Digits of Acct #: __3555__    Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __Banco Santander (Suisse) S.A.__    Date: __03/23/2017__
     Transferee/Transferee's Agent
     Eva Benito    Valérie Solvez

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

[*Lehman Brothers*]

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transfers to BANCO SANTANDER (SUISSE) S.A. ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: March 23rd, 2017                                  Date: March 23, 2017

**Transferor**                                           **Transferee**

HSBC PRIVATE BANK (SUISSE) S.A.                          BANCO SANTANDER (SUISSE) S.A.

Quai des Bergues 9 – 17 / P.O. Box 2888                  Rue Ami-Lévrier 5 - 7 / P.O. Box 1256

CH- 1211 Geneva 1                                         CH- 1211 Geneva 1

Signature: _____                          Signature: _____
Giorgio Gagliani                                          Eva Benito
Associate Director

Signature: _____                          Signature: _____
                                                          Valérie Solvez

<u>Schedule 1</u>

## <u>Lehman Programs Securities Related to Transferred Portion of Claim</u>:

| ISIN | Court Claim Number | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0314871293 | 51762 | 10/28/2009 | LEHMAN BROTHERS SECURITIES NV | GBP 297'000.- |
| XS0278755052 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | USD 850'000.- |
| XS0322064840 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | EUR 100'000.- |
| XS0326476693 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASUY BV | GBP 664'000.- |
| XS0271141565 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | GBP 421'000.- |
| XS0264674549 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | GBP 444'000.- |



Lehman Brothers Holdings Inc. (Chapter 11)
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re:  Lehman Brothers Holdings Inc., et al., Debtors
Chapter 11, Case No. 08-13555 (JMP)
Transfer of Claim other than for security

Our ref.  Valérie Solvez, Operations Department, Tel. + 41 22 909 22 39

Dear Sir, Dear Madam,

You will find enclosed the Form 210A "Transfer of claim other than for security" duly filed and signed in order to re-register a part of the claim No. 51762, filed on October 28, 2009 :

- Transferor : HSBC Private Bank (Suisse) S.A.
- Transferee : Banco Santander (Suisse) S.A.

Please do not hesitate to contact us if you need more information.

Yours Sincerely,

Banco Santander (Suisse) S.A.

Eva Benito  
Vice President

Valérie Solvez  
Assistant Vice President

Annexes:  - Form 210A
- Agreement and Evidence of Transfer of Claim (LPS)
- Schedule 1

Banco Santander (Suisse) SA
5-7, rue Ami-Lévrier – Case postale 1256, 1211 Genève 1 – Tél. +41(0)22 909 22 22 – Fax +41(0)22 738 67 28

**EXPRESS WORLDWIDE DOX** _DHL_

From: IVAN SEARA
RUE DE L'ARVE 10
GENEVA
Switzerland

Origin: GVA

To: EPIQ BANKRUPTCY SOLUTIONS, LLC
777 THIRD AVENUE, 12TH FLOOR
10017 NEW YORK
United States

Contact: FILED / RECEIVED
MAR 3 1 2017
EPIQ SYSTEMS

US – ZYP – TS3

Ref Code SEARA IVAN
Account No. 150486787
DOCUMENTS
Date: 2017-03-24
Pcs/Shpt Weight: 0.5 KG
Piece: 1/1

WAYBILL 56 6901 4531

(2L) U610017+42000000