UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.          Case No. 08-13555 (SCC)
                                                Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**Canyon Blue Credit Investment Fund, LP** | Name of Transferor:<br>**Canpartners Investments IV, LLC** |
|---|---|
| Notices to Transferee should be sent to:<br>c/o: Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Attn: James Pagnam<br>Phone: 310-272-1406<br>Fax: 310-272-1407<br>Email: jpagnam@canyonpartners.com | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#: | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above):<br>Transferred Claim Amount:  $1,705,000.00 | |
| Court Claim No.:<br>67346 | |

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Canyon Blue Credit Investment Fund, LP**
**By: Canyon Capital Advisors LLC,**
**as its Investment Advisor**

By:_____
Name:  *James Pagnam*
Title: *Authorized Signatory*
Date:_____

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc., Debtor in Case No. 08-13555 (SCC) (Jointly Administered)

Claim Number: 67346
Transferred Claim Amount: $1,705,000.00

**Canpartners Investments IV, LLC** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to

**Canyon Blue Credit Investment Fund, LP**
c/o: Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067
Attn: James Pagnam
Phone: 310-272-1406
Fax: 310-272-1407
Email: jpagnam@canyonpartners.com

and its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC., et al., solely to the extent of the allowed amount of $1,705,000, docketed as Claim No. 67346 (the "Claim") in the above-referenced case.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

| **Canyon Blue Credit Investment Fund, LP** | **Canpartners Investments IV, LLC** |
|---|---|
| By: CANYON CAPITAL ADVISORS LLC, as its Investment Advisor | |
| By: _[signature]_ | By: _[signature]_ |
| (Signature of authorized signatory) | (Signature of authorized signatory) |
| Name: James Pagnam | Name: James Pagnam |
| Title: Authorized Signatory | Title: Authorized Signatory |
| Date: | Date: |