Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,          Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CREDIT SUISSE AG, SINGAPORE BRANCH | DBS BANK (HONG KONG) LIMITED |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

C/O Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st St, 17th Floor, New York, New York 10036

Court Claim # (if known): 62901
Date Claim Filed: November 2, 2009
Amount of Claim: USD 100,000
Portion of Claim Transferred (see Schedule I): _____

Phone: +65 6212 6730
Last Four Digits of Acct #: _____

Phone: +852 3668 1880
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  TIM YOU RENG     Date: _____
    Transferee/Transferee's Agent    AVP
    BOEY ICHI LING          CREDIT SUISSE

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>CREDIT SUISSE AG, SINGAPORE BRANCH | Name of Transferor:<br>DBS BANK (HONG KONG) LIMITED |
|---|---|
| Notices to Transferee should be sent to:<br><br>CREDIT SUISSE AG, SINGAPORE BRANCH<br>Klestadt Winters Jureller<br>Southard & Stevens, LLP<br>200 West 41st Street, 17th Floor<br>New York, New York 10036 | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br><br>DBS BANK (HONG KONG) LIMITED<br>Wealth Management Operations<br>14/F, One Island East<br>18 Westlands Road<br>Quarry Bay, Hong Kong<br>Attn: Head of Wealth Management Ops<br>Tel: +852 36681880<br>Email: pbohksecur_ut@dbs.com |
| Amount of Claim Being Transferred:<br><br>$_____<br><br>OR<br><br>_See Attached_ (face amount of securities) | |
| Court Claim No. (if known): 62901 | |
| Date Claim Filed: November 2, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____     Date: _____

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:   Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 62901 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| ELN DRA, LEHMAN BROTHERS TREASURY CO. BV (Defaulted) | XS0320033466 | LEHMAN BROTHERS TREASURY CO.BV | LEHMAN BROTHERS HOLDINGS INC | USD 100,000 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

DBS BANK (HONG KONG) LIMITED ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Name & ADDRESS OF THE TRANSFEREE

CREDIT SUISSE AG, SINGAPORE BRANCH
Klestadt Winters Jureller
Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, New York 10036

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _____.

DBS BANK (HONG KONG) LIMITED
Transferor

By: _____
   Name: STEPHEN WING ON LEUNG / PEGGY KWAI FONG YUEN
   Title: Senior Associate / Senior Associate

ACKNOWLEDGED BY:

CREDIT SUISSE AG, SINGAPORE BRANCH
Transferee

By: _____
   Name:
   Title: