## LBSF EVIDENCE OF CLAIM TRANSFER

**Evidence of Transfer of Claim**

- TO: THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, Brown Brothers Harriman Trust Company (Cayman) Limited, solely in its capacity as trustee of the Steller Performer Global Series - Series P (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to State Street Cayman Trust Company, Ltd, solely in its capacity as trustee of the Fixed Income Series Trust (the "**Assignee**"), all right, title, interest, in and to, or arising under or in connection with, Assignor's claim number 22692 (the "**Claim**") against Lehman Brothers Special Financing, Inc. (the "**Guarantor**"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (SCC)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

2. Assignor hereby represents and warrants to Assignee that, as at the date hereof, that the Assignor owns the title to the Claim and that the Assignor has not entered into any agreement, arrangement or obligation to create or give any lien, claim or encumbrance (together, an "**Encumbrance**") in relation to all or any part of the Claim and that no person has claimed to Assignor to be entitled to an Encumbrance in relation to all or any part of the Claim. Each of the Assignor and the Assignee represents and warrants that it is duly authorised and empowered to execute and perform its obligations under this Transfer of Claim.

3. Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the __30th__ day of March, 2017.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| Brown Brothers Harriman Trust Company (Cayman) Limited solely in its capacity as trustee of the Steller Performer Global Series - Series P | State Street Cayman Trust Company, Ltd. solely in its capacity as trustee of the Fixed Income Series Trust |
| _[signature]_ | _____ |
| Name: Matthew P. Heffernan | Name: |
| Title: Director | Title: |

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| Brown Brothers Harriman Trust Company (Cayman) Limited solely in its capacity as trustee of the Steller Performer Global Series - Series P | State Street Cayman Trust Company, Ltd. solely in its capacity as trustee of the Fixed Income Series Trust |
| Name: | Name: **Shirley May Jackson** |
| Title: | Title: **Assistant Secretary** |

## LBSF CLAIM TRANSFER NOTICE (Form 210A)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>Lehman Brothers Holdings Inc., *et al*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>Jointly Administered |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

State Street Cayman Trust Company Ltd (Trustee)
Transferee

Brown Brothers Harriman Trust Company (Cayman) Ltd.
Transferor

Name and Address where notices to transferee and transfer payments should be sent:

State Street Cayman Trust Company Ltd (Trustee)
C/O State Street Bank and Trust Company,
Hong Kong Branch
Att: Hong Kong Client Service
68Th Floor, Two International Finance Center
8 Finance Street
Central
Hong Kong

Claim No.: 22692
Amount of Claim: $232,657.75
Date Claim Filed: September 21, 2009
Phone: (212) 493-8718

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: _____[signature: Jackson]_____         Date: March 30, 2017
Transferee/Transferee's Agent

*State Street Cayman Trust Company, Ltd., solely in its capacity as trustee of the Fixed Income Series Trust*

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 & 3571.

- 3 -