**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
                                                                    :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                            :
                                                                    :   (Jointly Administered)
                        Debtors.                                    :
                                                                    :   Ref. Docket Nos.  55028, 55029,
                                                                    :   55031, 55035, 55037, 55038,
                                                                    :   55043, 55044, 55045, 55053,
                                                                    :   55094, 55143, 55144, 55145,
                                                                    :   55146
------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 13, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 13, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
14th day of April, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires April 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000118257396 ***       LBH TRFNTC (ADDRESS2, ADRKEYID3) 28320



CCP CREDIT ACQUISITION HOLDINGS, LLC
C/O HOGAN LOVELLS US LLP
ATTN: PETER A. IVANICK
875 THIRD AVENUE
NEW YORK, NY 10022

CCP CREDIT ACQUISITION HOLDINGS, LLC
TRANSFEROR: LEHMAN RE LTD.
ATTN: BANK DEBT OPERATIONS
ATTN: ALEKSANDRA MARKOVIC
375 PARK AVENUE, 13TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 28308-02 in the above referenced case and in the amount of $26,605,761.13 has been transferred (unless previously expunged by court order)

LEHMAN BROTHERS HOLDINGS INC.
TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC
ATTN: RICHARD KATZ
1271 AVENUE OF THE AMERICAS, 40TH FLOOR
NEW YORK, NY 10020

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    55143    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/13/2017               Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 13, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA ALBERTINI SYZ & C.S.P.A. | VIA BORGONUOVO 14, MILANO I-20121 ITALY |
| BANCA ALBERTINI SYZ S.P.A. | TRANSFEROR: BANCA ALBERTINI SYZ & C.S.P.A., ATTN: ANNARITA VILLA, VIA BORGONUOVO 14, MILANO 20121 ITALY |
| BANCA ALBERTINI SYZ SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: ERNESTO MARELI, VIA BORGONUOVO, 14, MILANO 20121 ITALY |
| BANCA ALBERTINI SYZ SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: ERNESTO MARELLI, VIA BROGONUOVO, 14, MILANO 20121 ITALY |
| BANCA CONSULIA SPA | TRANSFEROR: VENETO BANCA SPA, ATTN: VINCENZO ALON MOLINARO, CORSO MONFORTE 52, MILANO 20122 ITALY |
| BANCA CONSULIA SPA | TRANSFEROR: VENETO BANCA SPA, ATTN: VINCENZO ALON MOLINARO, CORSO MONFORTE 52, MILANO 20122 ITALY |
| BANCA CONSULIA SPA | TRANSFEROR: VENETO BANCA SPA, ATTN: VINCENZO ALON MOLINARO, CORSO MONFORTE 52, MILANO 20122 ITALY |
| BANCA CONSULIA SPA | TRANSFEROR: VENETO BANCA SPA, ATTN: VINCENZO ALON MOLINARO, CORSO MONFORTE 52, MILANO 20122 ITALY |
| BANCA CONSULIA SPA | TRANSFEROR: VENETO BANCA SPA, ATTN: VINCENZO ALON MOLINARO, CORSO MONFORTE 52, MILANO 20122 ITALY |
| BANCA CONSULIA SPA | TRANSFEROR: VENETO BANCA SPA, ATTN: VINCENZO ALON MOLINARO, CORSO MONFORTE 52, MILANO 20122 ITALY |
| BANQUE PICTET & CIE SA | 60 ROUTE DES ACACIAS, GENEVA 73 CH-1211 SWITZERLAND |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: LEHMAN RE LTD., ATTN: BANK DEBT OPERATIONS, ATTN: ALEKSANDRA MARKOVIC, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10022 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | C/O HOGAN LOVELLS US LLP, ATTN: PETER A. IVANICK, 875 THIRD AVENUE, NEW YORK, NY 10022 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: LEHMAN RE LTD., ATTN: BANK DEBT OPERATIONS, ATTN: ALEKSANDRA MARKOVIC, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10022 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | C/O HOGAN LOVELLS US LLP, ATTN: PETER A. IVANICK, 875 THIRD AVENUE, NEW YORK, NY 10022 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: RECOVERY PARTNERS HOLDINGS I, LLC, ATTN: CHRISTOPHER CESTARO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: RECOVERY PARTNERS HOLDINGS I, LLC, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| RADIUS CORP. | C/O KBL MONACO PRIVATE BANKERS, 8 AVENUE DE GRANDE BRETAGNE, MONACO MC-98005 MONACO |
| RECOVERY PARTNERS HOLDINGS I, LLC | TRANSFEROR: LEHMAN RE LTD., C/O CCP CREDIT ACQUISITION HOLDINGS, L.L.C., ATTN: SHANSHAN CAO, 375 PARK AVENUE, 12TH FLOOR, NEW YORK, NY 10152-0002 |
| UBS AG | TRANSFEROR: BANQUE PICTET & CIE SA, ATTN: MATTHIAS MOHOS, BAHNHOFSTRASSE 45, |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| UBS AG | ZURICH CH-8001 SWITZERLAND |
| UNION FWM03053 | TRANSFEROR: RADIUS CORP., C/O KBL MONACO PRIVATE BANKERS, 8 AV DE GRANDE BRETAGNE, VIA AMEDEI 4 20123 MILANO |
| VENETO BANCA SPA | (HOLDER OF THE NORES QUARTZ SERIES 2001-1 ZERO COUPON FUND LINKED, PRINCIPAL PROTECTED) NOTES DUE 2009 ISSUED NY QUARTZ FINANCE LIMITED, F/K/A VENETO BANCA HOLDING SCPA, ATTN: LEONARDO NAVE, PIAZZA G.B. DALL'ARMI, N.1, MONTEBELLUNA (NV) 31044 ITALY |
| VENETO BANCA SPA | (HOLDER OF THE NORES QUARTZ SERIES 2001-1 ZERO COUPON FUND LINKED, PRINCIPAL PROTECTED) NOTES DUE 2009 ISSUED NY QUARTZ FINANCE LIMITED, F/K/A VENETO BANCA HOLDING SCPA, ATTN: LEONARDO NAVE, PIAZZA G.B. DALL'ARMI, N.1, MONTEBELLUNA (NV) 31044 ITALY |
| VENETO BANCA SPA | (HOLDER OF THE NORES QUARTZ SERIES 2001-1 ZERO COUPON FUND LINKED, PRINCIPAL PROTECTED) NOTES DUE 2009 ISSUED NY QUARTZ FINANCE LIMITED, F/K/A VENETO BANCA HOLDING SCPA, ATTN: LEONARDO NAVE, PIAZZA G.B. DALL'ARMI, N.1, MONTEBELLUNA (NV) 31044 ITALY |
| VENETO BANCA SPA | (HOLDER OF THE NORES QUARTZ SERIES 2001-1 ZERO COUPON FUND LINKED, PRINCIPAL PROTECTED) NOTES DUE 2009 ISSUED NY QUARTZ FINANCE LIMITED, F/K/A VENETO BANCA HOLDING SCPA, ATTN: LEONARDO NAVE, PIAZZA G.B. DALL'ARMI, N.1, MONTEBELLUNA (NV) 31044 ITALY |
| VENETO BANCA SPA | (HOLDER OF THE NORES QUARTZ SERIES 2001-1 ZERO COUPON FUND LINKED, PRINCIPAL PROTECTED) NOTES DUE 2009 ISSUED NY QUARTZ FINANCE LIMITED, F/K/A VENETO BANCA HOLDING SCPA, ATTN: LEONARDO NAVE, PIAZZA G.B. DALL'ARMI, N.1, MONTEBELLUNA (NV) 31044 ITALY |
| VENETO BANCA SPA | (HOLDER OF THE NORES QUARTZ SERIES 2001-1 ZERO COUPON FUND LINKED, PRINCIPAL PROTECTED) NOTES DUE 2009 ISSUED NY QUARTZ FINANCE LIMITED, F/K/A VENETO BANCA HOLDING SCPA, ATTN: LEONARDO NAVE, PIAZZA G.B. DALL'ARMI, N.1, MONTEBELLUNA (NV) 31044 ITALY |

**Total Creditor Count 36**