**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:   Chapter 11
In re: :
:   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
:   (Jointly Administered)
Debtors. :
:   Ref. Docket Nos. 55027, 55084,
:   55134 – 55136, 55147 and 55148
---------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 14, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 14, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
14th day of April, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires April 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:  BAR(23) MAILID *** 000118371104 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000103073



CREDIT SUISSE
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

Please note that your claim # 5355829-37 in the above referenced case and in the amount of $0.00 allowed at $100,000.00 has been transferred (unless previously expunged by court order)

CREDIT SUISSE AG, HONG KONG BRANCH
TRANSFEROR: CREDIT SUISSE
ATTN: STEPHANIE SWEENEY, ESQ.
C/O KLESTADT WINTERS JURELLER SOUTHAND & STEVENS, LLP
200 W. 41ST STREET, 17TH FLOOR
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    55134    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/14/2017                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 14, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| BANK J. SAFRA SARASIN LTD, SINGAPORE BRANCH | TRANSFEROR: BANK SARASIN-RABO (ASIA) LIMITED, ATTN: LEGAL DEPARTMENT, 77 ROBINSON ROAD # 31-00, SINGAPORE 068896 SINGAPORE |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CREDIT SUISSE, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: VALIANT BANK AG, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD., ZURICH | TRANSFEROR: BANK J. SAFRA SARASIN LTD, SINGAPORE BRANCH, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD., ZURICH | BAR & KARRER AG, ATTN: DR. PETER HSU/DR. DANIEL FLUHMANN, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG SUCURSAL EN ESPANA | TRANSFEROR: CREDIT SUISSE, ATTN: STEPHANIE SWEENEY, C/O KWJS&S, LLP, 200 WEST 41ST STREET, 17TH FLOOR, NEW YORK, NY 10036 |
| CREDIT SUISSE AG SUCURSAL EN ESPANA | TRANSFEROR: CREDIT SUISSE, ATTN: STEPHANIE SWEENEY, C/O KWJS&S, LLP, 200 WEST 41ST STREET, 17TH FLOOR, NEW YORK, NY 10036 |
| CREDIT SUISSE AG, HONG KONG BRANCH | TRANSFEROR: CREDIT SUISSE, ATTN: STEPHANIE SWEENEY, ESQ., C/O KLESTADT WINTERS JURELLER SOUTHAND & STEVENS, LLP, 200 W. 41ST STREET, 17TH FLOOR, NEW YORK, NY 10036 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | WINCHESTER HOUSE, ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | CONOR MCGOVERN, DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS, 21ST FLOOR, 99 BISHOPSGATE, LONDON EC2M 3XD UNITED KINGDOM |
| SOLA LTD. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS MAGA TRUST | TRANSFEROR: SOLA LTD., ATTN: LYNETTE THOMPSON, C/O WELLS FARGO BANK, N.A., 12200 NORTHWEST FREEWAY, SUITE 500, HOUSTON, TX 77092 |
| VALIANT BANK AG | F/K/A VALIANT PRIVATBANK AG, BUNDESPLATZ 4, PO BOX, BERN 3001 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |

**Total Creditor Count 22**