B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Switzerland

In re  Lehman Brothers Holdings Inc.  ,          Case No.  559233-49

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Clientis Sparcassa 1816 Gen. | Union Bancaire Privée, UBP SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 Clientis Sparcassa 1816 Gen.
 Zugerstrasse 18, 8820 Wädenswil

Court Claim # (if known):  559233-49
Amount of Claim:  $43,132.32
Date Claim Filed: _____

Phone:  +41 44 783 51 11
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Sparcassa 1816 Genossenschaft
    8820 Wädenswil          Date: 2017/01/25
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EINGANG
23. Jan. 2017

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficency of which are hereby acknowledged, **UNION BANCAIRE PRIVEE, UBP SA** ("Transferor") unconditionally and irrevocably transferred to **Clientis Sparcassa 1816 Genossenschaft** all of its right, title, interest claims and causes of action in and to or arising under or in connection with its claim (Claim No. **559233-49**) in nominal amount of CHF 100'000 **equal to an allowed claim of USD 43'132.32** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 10th January 2017.

UNION BANCAIRE PRIVEE, UBP SA

Securities Department
Director

Securities Department
Associate

EINGANG

23. Jan. 2017

## Schedule I

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim | Date Claim Filed | Issuer | Nominal amount |
|---|---|---|---|---|
| ISIN XS0320322901 | 559233-49 | 29th October 2009 | Lehman Brothers Treasury BV | CHF 100'000 |



registered mail

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076
United States

Contact: Nathalie Michel
T +41 58 224 46 83, F +41 31 938 56 50
nathalie.michel@swisscom.com
Gümligen, March 23rd, 2017

**In re: Lehman Brothers Holdings Inc.**

Dear Sir or Madam

Please find attached our notices of transfer of claims

ISIN XS0320322901    Transferee: Clientis Sparcassa 1816 Gen.    Transferor: Union Bancaire Privée, UBP SA

If you have any questions, please do not hesitate to contact us. We thank you in advance for your cooperation.

Yours faithfully
Swisscom (Schweiz) AG

Katharina Tschannen                    Bojan Blagojevic


