B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc and al De  ,      Case No.  No . 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Banque SYZ SA
Name of Transferee

Coutts & Co Ltd. Switzerland
Name of Transferor

Name and Address where notices to transferee should be sent:
Banque SYZ SA, Rue du Rhone 30, CP 5015, 1211 Genève 11, Switzerland

Court Claim # (if known):  45221
Amount of Claim:  $370,000.00
Date Claim Filed:  10/23/2009

Phone: +41 (0)58 799 14 41
Last Four Digits of Acct #: 

Phone: +41 43 245'57'67
Last Four Digits of Acct. #: 

Name and Address where transferee payments should be sent (if different from above):
Deutsche Bk Trust & Co BKTRUS33XXX
Fav : Acc 04-422-120

Phone: 
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Bérenger Bobb_ / Catherine Bättig, Officer      Date: 24.04.17
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


RECEIVED APR 25 2017 U.S BANKRUPTCY COURT SD DIST

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Coutts & Co Ltd, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Banque SYZ SA, Rue du Rhône 30, Case Postale 5015, 1211 Genève 11, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 26 January 2017

RBS Coutts Bank AG

By: _____
Name: Kurt Hauser
Title: Associate

By: _____
Name: Hans-Peter Schmid
Title: Director

# SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0257807874 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | USD   200'000.00 |
| XS0345680655 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | USD   170'000.00 |