WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (SCC) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER THE**
**PLAN ADMINISTRATOR'S OBJECTION TO CLAIM NUMBERS 32710 AND 32711**

**PLEASE TAKE NOTICE** that the hearing to consider the Plan Administrator's Objection to Claim Numbers 32710 and 32711 [ECF No. 54592], which was scheduled for April 27, 2017 at 10:00 a.m. (Eastern Time), **has been adjourned without date**.

Dated:  April 26, 2017
         New York, New York

                                        /s/ Garrett A. Fail
                                        Garrett A. Fail
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates