WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**                   :    08-13555 (SCC)
                                                                   :
               Debtors.                                            :    (Jointly Administered)
                                                                   :
------------------------------------------------------------------ x

**NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER
THE PLAN ADMINISTRATOR'S OBJECTION TO CLAIM NUMBER 16838**

**PLEASE TAKE NOTICE** that the hearing to consider the Plan Administrator's Objection to Claim Number 16838 [ECF No. 52750], which was scheduled for April 27, 2017 at 10:00 a.m. (Eastern Time), has been adjourned to **June 2, 2017 at 10:00 a.m. (Eastern Time)**.

Dated:   April 26, 2017
         New York, New York

                                                                   /s/ Garrett A. Fail
                                                                   Garrett A. Fail
                                                                   WEIL, GOTSHAL & MANGES LLP
                                                                   767 Fifth Avenue
                                                                   New York, New York 10153
                                                                   Telephone: (212) 310-8000
                                                                   Facsimile: (212) 310-8007

                                                                   Attorneys for Lehman Brothers Holdings Inc.
                                                                   and Certain of Its Affiliates

WEIL:\96112530\1\58399.0011