WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                                           :  **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                    :  **08-13555 (SCC)**
:
                Debtors.                         :  **(Jointly Administered)**
:
----------------------------------------------------------------x
:
In re                                                           :
:  **Case No.**
**LEHMAN BROTHERS INC.**,                                       :
:  **08-01420 (SCC) (SIPA)**
                Debtor.                          :
:
----------------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS
# SCHEDULED FOR THE ONE HUNDRED SEVENTH
# OMNIBUS AND CLAIMS HEARING ON APRIL 27, 2017 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS INC. PROCEEDING

### I.  UNCONTESTED MATTER:

1. Twenty-Second Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2016 through December 31, 2016 [**LBI ECF No. 14173**]

   Response Deadline:   April 20, 2017 at 4:00 p.m.

   Response Received:

   A.   Recommendation of the Securities Investor Protection Corporation in Support of the Twenty-Second Application [**LBI ECF No. 14229**]

   Related Document:

   B.   Notice of Hearing on Application [**LBI ECF No. 14215**]

   Status: This matter is going forward.

### II.  ADVERSARY PROCEEDING:

2. Lehman Brothers Holdings Inc. v. iFreedom Direct Corporation (f/k/a New Freedom Mortgage Corporation) [**Adversary Proceeding No. 15-01426**]

   A.   Motion of Lehman Brothers Holdings Inc. Pursuant to Section 105(a) of the Bankruptcy Code to Bind iFreedom Direct Corporation (f/k/a New Freedom Mortgage Corporation) to the Existing Case Management Order and Administratively Coordinate Adversary Proceeding Dockets [**ECF No. 31**]

   B.   Stipulation between LBHI and iFreedom Modifying the Briefing Schedule for LBHIs Motion Pursuant to U.S.C. § 105(a) of the Bankruptcy Code to Bind iFreedom Direct Corporation (f/k/a New Freedom Mortgage Corporation) to the Existing Case Management Order and Administratively Coordinate Adversary Proceeding Dockets [**ECF No. 42**]

      C.      Stipulation and Order Modifying Briefing Schedule [**ECF No. 43**]

      D.      Memorandum in Opposition to Lehman Brothers Holdings Inc.'s Motion to Bind iFreedom Direct Corporation to the Existing Case Management Order and Administratively Coordinate Adversary Proceeding Dockets [**ECF No. 44**]

      E.      Reply of Lehman Brothers Holdings Inc. in Further Support of Its Motion Pursuant to Section 105(a) of the Bankruptcy Code to Bind iFreedom Direct Corporation (f/k/a New Freedom Mortgage Corporation) to the Existing Case Management Order and Administratively Coordinate Adversary Proceeding Dockets [**ECF No. 45**]

Status:  This matter is going forward.

## III.   ADJOURNED MATTERS:

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

3.    Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes **[ECF No. 49954]**

Status:  This matter has been adjourned to June 2, 2017 at 10:00 a.m.

4.    The Plan Administrator's Objection to Claim Number 16838 (Highland CDO Opportunity Master Fund, L.P.) [**ECF No. 52750**]

Status:  This matter has been adjourned to June 2, 2017 at 10:00 a.m.

5.    Lehman Brothers Holdings Inc.'s Motion for Entry of an Omnibus Order (I) to Enforce Against Noncompliant Mortgage Loan Sellers, and to Compel them to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for their Violation of the Order [**ECF No. 53946**]

Status:  This matter has been adjourned to May 11, 2017 at 10:00 a.m.

6.    Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes **[ECF No. 54904]**

Status:  This matter has been adjourned to June 2, 2017 at 10:00 a.m.

7. Plan Administrator's Objection to Claim Numbers 32710 and 32711 [**ECF No. 54592**]

   Status: This matter has been adjourned to a date to be determined.

IV. **WITHDRAWN MATTERS:**

8. Second Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 52574**]

   Related Documents:

   A. Notice of Withdrawal [**ECF No. 53496**]

   B. Notice of Withdrawal [**ECF No. 53514**]

   Status: This matter has been withdrawn.

9. Plan Administrator's Objection to Claim Number 17725 **[ECF No. 53833]**

   Related Document:

   A. Notice of Withdrawal [**ECF No. 54990**]

   Status: This matter has been withdrawn.

WEIL:\96109949\1\58399.0011

Dated: April 26, 2017
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: April 26, 2017
      New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

5