**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

April 28, 2016

**BY ECF**
The Honorable Shelley C. Chapman
United States Bankruptcy Court
One Bowling Green
Courtroom 623
New York, New York 10004-1408

      Re: <u>Lehman Brothers Inc.</u>
           Case No. 08-13555-JMP

Your Honor:

      I write to inform the Court that I no longer represent any party in the referenced matter. As such, I respectfully request that the Court issue an order withdrawing my appearance as counsel of record for defendant Jason T. Taylor in this matter and cancelling my ECF enrollment. The matter as to Mr. Taylor was resolved long ago.

      I thank the Court for its courtesies.

                                          Respectfully,

                                          Anthony Paduano