08-13555-mg    Doc 55239    Filed 05/01/17    Entered 05/01/17 12:23:35    Main Document
                                              Pg 1 of 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |
| | NOTICE OF WITHDRAWAL |

To: the Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I am the counsel for the interested party Family Mortgage, Inc.  Family Mortgage, Inc. has reached a settlement with Lehman Brothers Holdings Inc. on January 24, 2017. Please remove my email address (ktung@kktlawfirm.com) from the list of recipients of email notification. Thanks.


Dated: Queens, New York
       May 1, 2017

                                        KEVIN KERVENG TUNG, P.C.
                                        Attorneys for Family Mortgage, Inc.


                                        /s/ *Kevin K. Tung*
                                        By: Kevin K. Tung, Esq.
                                        136-20 38th Avenue, Suite 3D
                                        Flushing, New York 11354
                                        (718)939-4633