**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | ) |
| | ) |
| | ) **Chapter 11** |
| | ) |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | ) **Case No. 08-13555 (SCC)** |
| | ) |
| Debtors. | ) **(Jointly Administered)** |
| | ) |
| | ) **NOTICE OF** |
| | ) **WITHDRAWAL** |
| | ) |
| | ) |

To: the Clerk of Court and All Parties of Record

      I am admitted or otherwise authorized to practice in this court, and I am the counsel for the interested party Family Mortgage, Inc.  Family Mortgage, Inc. has reached a settlement with Lehman Brothers Holdings Inc. on January 24, 2017. Please remove my email address (gli@kktlawfirm.com) from the list of recipients of email notification.  Thanks.

Dated: Queens, New York
      May 1, 2017

                                   KEVIN KERVENG TUNG, P.C.
                                   Attorneys for Family Mortgage, Inc.

                                   /s/ *Ge Li*
                                   By: Ge Li, Esq.
                                   136-20 38th Avenue, Suite 3D
                                   Flushing, New York 11354
                                   (718)939-4633