WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:    (212) 382-3300
Facsimile:    (212) 382-0050
William A. Maher, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone:    (303) 945-7415
Facsimile:    (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (pro hac vice)

*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

――――――――――――――――――――――――x
In re:                                    :     Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :     Case No. 08-13555 (SCC)

                Debtors.                  :
――――――――――――――――――――――――x

**NOTICE OF WITHDRAWAL AS TO AMERICAN
PACIFIC MORTGAGE CORPORATION OF MOTION BY
LEHMAN BROTHERS HOLDINGS INC. FOR ENTRY OF AN OMNIBUS
ORDER (I) TO ENFORCE AGAINST NONCOMPLIANT MORTGAGE LOAN
SELLERS, AND TO COMPEL THEM TO COMPLY WITH, THE ALTERNATIVE
DISPUTE RESOLUTION PROCEDURES ORDER FOR INDEMNIFICATION
CLAIMS OF THE DEBTORS AGAINST MORTGAGE LOAN SELLERS, AND
(II) FOR CIVIL CONTEMPT SANCTIONS AGAINST SUCH NONCOMPLIANT
MORTGAGE LOAN SELLERS FOR THEIR VIOLATION OF THE ORDER**

**PLEASE TAKE NOTICE** that the *Motion by Lehman Brothers Holdings Inc. for Entry of

an Omnibus Order (I) to Enforce Against Noncompliant Mortgage Loan Sellers, and to Compel*

*Them to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for Their Violation of the Order* [**ECF No. 53946**] is hereby withdrawn without prejudice as to American Pacific Mortgage Corporation.

Dated: New York, New York
May 8, 2017

/s// Adam M. Bialek
William A. Maher, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile:  (212) 382-0050

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone:  (303) 945-7415
Facsimile:   (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (pro hac vice)

*Attorneys for Lehman Brothers Holdings Inc.*