**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 55169
:
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 21, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 21, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
24th day of April, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires April 15, 2018

# EXHIBIT A

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000119221728 ***     LBH TRFNTC (MERGE2, TXNUM2) 4000084350



DE HEER R.A. ROSENBOOM  
HUGO MOLENAARSTRAAT 11  
ROTTERDAM 3022 NM  
 NETHERLANDS

Please note that your claim # 37757-02 in the above referenced case and in the amount of $80,000.00 allowed at $77,556.93 has been transferred (unless previously expunged by court order)

EFG BANK  
TRANSFEROR: DE HEER R.A. ROSENBOOM  
QUAI DU SEUJET 24  
PO BOX 2391  
GENEVA 2 1211  
 SWITZERLAND

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT  
    Southern District of New York  
    One Bowling Green  
    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     55169     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2017      Vito Genna, Clerk of Court

    /s/ Lauren Rodriguez  
    _____  
    EPIQ BANKRUPTCY SOLUTIONS, LLC  
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 21, 2017.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| DE HEER R.A. ROSENBOOM | HUGO MOLENAARSTRAAT 11, ROTTERDAM 3022 NM NETHERLANDS |
| DE HEER R.A. ROSENBOOM | HUGO MOLENAARSTRAAT 11, ROTTERDAM 3022 NM NETHERLANDS |
| DE HEER R.A. ROSENBOOM | HUGO MOLENAARSTRAAT 11, ROTTERDAM 3022 NM NETHERLANDS |
| EFG BANK | TRANSFEROR: DE HEER R.A. ROSENBOOM, QUAI DU SEUJET 24, PO BOX 2391, GENEVA 2 1211 SWITZERLAND |

**Total Creditor Count 4**