**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 54984, 55021,
: 55045, 55055, 55059, 55140,
: 55170, 55172, 55173, 55176,
: 55177, 55179 and 55180
---------------------------------------------------------------------- X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 26, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 26, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Forrest Kuffer*
　　　　　　　　　　　　　　　　　　　　　　　　Forrest Kuffer

Sworn to before me this
27th day of April, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires April 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:  BAR(23) MAILID *** 000119658585 ***    LBH TRFNTC (ADDRESS2, ADRKEYID3) 14903



BBVA (SUIZA) S.A.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: SETH GROSSHANDLER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

BBVA (SUIZA) S.A.
ATTN: INIGO BERASALUCE/DIRECTOR
ZELTWEG 63
ZURICH CH-8021
SWITZERLAND

Please note that your claim # 51309-03 in the above referenced case and in the amount of $114,000.00 allowed at $114,000.00 has been transferred (unless previously expunged by court order)

BANCO BILBAO VIZCAYA ARGENTARIA S.A.
TRANSFEROR: BBVA (SUIZA) S.A.
ATTN: HANNELORE MAESO, DIRECTOR
SELNAUSTRASSE 32/36
ZURICH CH-8021
SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    55172    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/26/2017    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 26, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AMPERL, MARKUS | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, LAUTENSACKSTRASSE 12, MUNCHEN 80687 GERMANY |
| BANCA CONSULIA SPA | TRANSFEROR: VENETO BANCA SPA, ATTN: VINCENZO ALAN MOLINARO, CORSO MONFORTE 52, MILANO 20122 ITALY |
| BANCA CONSULIA SPA | TRANSFEROR: VENETO BANCA SPA, ATTN: VINCENZO ALAN MOLINARO, CORSO MONFORTE 52, MILANO 20122 ITALY |
| BANCO BILBAO VIZCAYA ARGENTARIA S.A. | TRANSFEROR: BBVA (SUIZA) S.A., ATTN: HANNELORE MAESO, DIRECTOR, SELNAUSTRASSE 32/36, ZURICH CH-8021 SWITZERLAND |
| BANCO SANTANDER (SUISSE) S.A. | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: EVA BENITO; VALERIE SOLVEZ, RUE AMI-LEVRIER 5-7, P.O. BOX 1256, GENEVA 1 CH-1211 SWITZERLAND |
| BANCO SANTANDER (SUISSE) S.A. | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: EVA BENITO; VALERIE SOLVEZ, RUE AMI-LEVRIER 5-7, P.O. BOX 1256, GENEVA 1 CH-1211 SWITZERLAND |
| BANCO SANTANDER (SUISSE) S.A. | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: EVA BENITO; VALERIE SOLVEZ, RUE AMI-LEVRIER 5-7, P.O. BOX 1256, GENEVA 1 CH-1211 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD, SINGAPORE BRANCH | TRANSFEROR: BANK SARASIN-RABO (ASIA) LIMITED, ATTN: LEGAL DEPARTMENT, 77 ROBINSON ROAD # 31-00, SINGAPORE 068896 SINGAPORE |
| BANK J. SAFRA SARASIN LTD, SINGAPORE BRANCH | BAR & KARRER AG, ATTN: DR. PETER HSU/DR. DANIEL FLUHMANN, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD., ZURICH | TRANSFEROR: BANK J. SAFRA SARASIN LTD, SINGAPORE BRANCH, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD., ZURICH | TRANSFEROR: UBS AG, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANQUE CANTONALE DE FRIBOURG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., ATTN: MICHEL MONNEY, BD DE PEROLLES 1, FRIBOURG CH-1700 SWITZERLAND |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE/DIRECTOR, ZELTWEG 63, ZURICH CH-8021 SWITZERLAND |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIA, S.A., ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT, PASEO DE LA CASTELLANA, 81 - 21ST FLOOR, MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDREW A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: SETH GROSSHANDLER, ESQ., ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| CANPARTNERS INVESTMENTS IV, LLC | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC, ATTN: RAJ VENKATARAMAN IYER & CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON BLUE CREDIT INVESTMENT FUND, L.P. | TRANSFEROR: CANPARTNERS INVESTMENTS IV, LLC, C/O CANYON CAPITAL ADVISORS LLC/GEN CNSL, ATTN: JAMES PAGNAM, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| GROTHE, ULRICH | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, FASENENWEG 23, KIRCHHAIN 35274 |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: SARAH CHAN/DIRECTOR, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: SARAH CHAN/DIRECTOR, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |

| Claim Name | Address Information |
|---|---|
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| JESSBERGER, ROLF AND FELICITAS | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, MALERSTRASSE 9, DRESDEN 01326 GERMANY |
| LGT BANK AG, HONG KONG BRANCH | TRANSFEROR: UBS AG, ATTN: OPS - LEHMAN CLAIMS FOR LGT HK, RM 4203, TWO EXCHANGE SQUARE, CENTRAL HONG KONG, HONG KONG   HONG KONG |
| LGT BANK AG, HONG KONG BRANCH | TRANSFEROR: UBS AG, ATTN: OPS - LEHMAN CLAIMS FOR LGT HK, RM 4203, TWO EXCHANGE SQUARE, CENTRAL HONG KONG, HONG KONG   HONG KONG |
| UBS AG | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, ATTN: M. MOHOS I. HALLER, BAHNHOFSTR. 45, ZURICH 8098 SWITZERLAND |
| UBS AG | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, ATTN: M. MOHOS I. HALLER, BAHNHOFSTR. 45, ZURICH 8098 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., ZURICH, ATTN: MATTHIAS MOHOS, EUROPASTRASSE 2, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| VENETO BANCA SPA | (HOLDER OF THE NORES QUARTZ SERIES 2001-1 ZERO COUPON FUND LINKED, PRINCIPAL PROTECTED) NOTES DUE 2009 ISSUED NY QUARTZ FINANCE LIMITED, F/K/A VENETO BANCA HOLDING SCPA, ATTN: LEONARDO NAVE, PIAZZA G.B. DALL'ARMI, N.1, MONTEBELLUNA (NV) 31044 ITALY |
| VENETO BANCA SPA | (HOLDER OF THE NORES QUARTZ SERIES 2001-1 ZERO COUPON FUND LINKED, PRINCIPAL PROTECTED) NOTES DUE 2009 ISSUED NY QUARTZ FINANCE LIMITED, F/K/A VENETO BANCA HOLDING SCPA, ATTN: LEONARDO NAVE, PIAZZA G.B. DALL'ARMI, N.1, MONTEBELLUNA (NV) 31044 ITALY |

**Total Creditor Count 46**