**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------ x
                                                                   :   Chapter 11
In re:                                                             :
                                                                   :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                             :
                                                                   :   (Jointly Administered)
                          Debtors.                                 :
                                                                   :   Ref. Docket Nos. 54979,
                                                                   :   54980 and 55193
------------------------------------------------------------------ X
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 27, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 27, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
28th day of April, 2017
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:

BANCA MONTE DEI PASCHI DI SIENA S.P.A.
ATTN: GIANLUCA SERRA
PIAZZA SALIMBENI, 3
SIENA 53100
 ITALY

Please note that your claim # 5156130-63 in the above referenced case and in the amount of $74,786.52 allowed at $74,979.87 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000119692704 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000178303



BANCA MEDIOLANUM S.P.A.
TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A.
ATTN: HEAD OF OPERATION CONTROL UNIT
VIA F. SFORZA, 15
BASIGLIO (MI) 20080
 ITALY

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    54980    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/27/2017                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA MEDIOLANUM S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: HEAD OF OPERATION CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO (MI) 20080 ITALY |
| BANCA MEDIOLANUM S.P.A. | TRANSFEROR: INTESA SANPAOLO S.P.A., ATTN: HEAD OF OPERATION CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO (MI) 20080 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| ICCREA BANCA S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MARIANNA VENTRE, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| INTESA SANPAOLO S.P.A. | ATTN: LUIGI FIORI CARONES, LEGAL DEPARTMENT, VIA VERDI 8, MILANO 20121 ITALY |

**Total Creditor Count 6**