**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :    Chapter 11
In re:                                                           :
                                                                 :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                         :
                                                                 :    (Jointly Administered)
                                Debtors.                         :
                                                                 :    Ref. Docket Nos. 55100, 55186,
                                                                 :    55187, 55192, 55200, 55218,
                                                                 :    55219, 55220, 55221, 55222,
                                                                 :    55223, 55224, 55225, 55226
---------------------------------------------------------------- X

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 28, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 28, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   */s/ Forrest Kuffer*
                                                   Forrest Kuffer

Sworn to before me this
1st day of May, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

08-13555-mg    Doc 55333    Filed 05/09/17    Entered 05/09/17 14:15:36    Main Document
Pg 2 of 7

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000119751227 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 22279



BANK HAPOALIM B.M.
18851 NE 29TH AVE
MIAMI, FL 33180

BANK HAPOALIM B.M.
ATTN: DAVID HERTZ & HAROLD J. WEISSLER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

Please note that your claim # 5155854-32 in the above referenced case and in the amount of $100,000.00 allowed at $101,266.67 has been transferred (unless previously expunged by court order)

DSQ LLC
TRANSFEROR: BANK HAPOALIM B.M.
450 PARK AVE
STE 1200
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        55200            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/28/2017                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 28, 2017.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK HAPOALIM B.M. | 50, ROTHSCHILD BLVD, 66883 TEL AVIV  ISRAEL |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CREDIT SUISSE (MONACO) SAM, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BROWN BROTHERS HARRIMAN TRUST COMPANY (CAYMAN) LTD. | SOLELY IN ITS CAPACITY AS TRUSTEE OF THE, STELLAR PERFORMER GLOBAL SERIES, ATTN: EDWARD J. DEVINE, MANAGING DIRECTOR, 140 BROADWAY, 4TH FLOOR, NEW YORK, NY 10005 |
| BROWN BROTHERS HARRIMAN TRUST COMPANY (CAYMAN) LTD. | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |
| BROWN BROTHERS HARRIMAN TRUST COMPANY (CAYMAN) LTD. | SOLELY IN ITS CAPACITY AS TRUSTEE OF THE, STELLAR PERFORMER GLOBAL SERIES, ATTN: EDWARD J. DEVINE, MANAGING DIRECTOR, 140 BROADWAY, 4TH FLOOR, NEW YORK, NY 10005 |
| BROWN BROTHERS HARRIMAN TRUST COMPANY (CAYMAN) LTD. | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |
| CREDIT SUISSE (MONACO) SAM | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE (MONACO) SAM | CRAVATH, SWAINE & MOORE LLP, WORLDWIDE PLAZA, ATTN: RICHARD LEVIN, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (MONACO) SAM | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDITO EMILIANO | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: GUGLIELMO BENDINELLI, CORSO ROMA 26, MONTECATINI TERME, PT 51016 ITALY |
| DSQ LLC | TRANSFEROR: BANK HAPOALIM B.M., 450 PARK AVE, STE 1200, NEW YORK, NY 10022 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: SOLUS RECOVERY FUND III MASTER LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 2 LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: SOLUS RECOVERY FUND III MASTER LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 3 LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 2 LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 5 LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 2 LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 2 LP, ATTN: JONATHAN SILVERMAN, 360 |

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SEAPORT GLOBAL SECURITIES LLC | MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 3 LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 5 LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: SOLUS RECOVERY FUND III MASTER LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: SOLUS RECOVERY FUND III MASTER LP, ATTN: JONATHAN SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLAINCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 5 LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND III MASTER LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND III MASTER LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| STATE STREET CAYMAN TRUST COMPANY LTD (TRUSTEE) | TRANSFEROR: BROWN BROTHERS HARRIMAN TRUST COMPANY (CAYMAN) LTD., C/O STATE STREET BANK AND TRUST COMPANY, HONG KONG BRANCH, ATTN: HONG KONG CLIENT SERVICE, 68TH FLOOR, TWO INTERNATIONAL FINANCE CENTER, 8 FINANCE STREET, HONG KONG CENTRAL HONG KONG |
| STATE STREET CAYMAN TRUST COMPANY, LTD. | TRANSFEROR: BROWN BROTHERS HARRIMAN TRUST COMPANY (CAYMAN) LTD., C/O STATE STREET BANK AND TRUST COMPANY, HONG KONG BRANCH, ATTN: HONG KONG CLIENT SERVICE, 68TH FLOOR, TWO INTERNATIONAL FINANCE CENTER, 8 FINANCE STREET, HONG KONG CENTRAL HONG KONG |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, ATTN: EDWINA PJ STEFFER, 901 |

| Claim Name | Address Information |
|---|---|
| VARDE INVESTMENT PARTNERS, LP | MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |

**Total Creditor Count 50**