**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------ x | | |
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Ref. Docket Nos. 55229, 55230, |
| | : | 55231 |
| | : | |
| | : | |
| ------------------------------------------------------------------ X | | |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                                              ) ss.:
COUNTY OF NEW YORK    )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 1, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 1, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
2nd day of May, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otherwise being assigned the claim.

To:    BAR(23) MAILID *** 000119856264 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000173365



GOLDMAN SACHS LENDING PARTNERS, LLC
TRANSFEROR: CREDIT SUISSE INTERNATIONAL
ATTN: THOMAS TORMEY & MELISSA BROWN
200 WEST STREET
NEW YORK, NY 10282-2198

Please note that your claim # 32145-18 in the above referenced case and in the amount of
$6,238,936.00 has been transferred (unless previously expunged by court order)

VARDE INVESTMENT PARTNERS, LP
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC
ATTN: EDWINA PJ STEFFER
901 MARQUETTE AVE S. SUITE 3300
MINNEAPOLIS, MN 55402

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        55229            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/01/2017        Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 1, 2017.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: THOMAS TORMEY & MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: THOMAS TORMEY & MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: THOMAS TORMEY & MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: THOMAS TORMEY & MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: THOMAS TORMEY & MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: THOMAS TORMEY & MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: THOMAS TORMEY & MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: THOMAS TORMEY & MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: THOMAS TORMEY & MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: THOMAS TORMEY & MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |

**Total Creditor Count 20**