WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3100
Christopher J. Cox

*Attorneys for Lehman Brothers Holdings Inc.
and Lehman Brothers Special Financing Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**LEHMAN BROTHERS HOLDINGS INC.,**<br><br>**Debtor.** | **Chapter 11 Case<br>No. 08-13555 (SCC)**<br><br>**(Jointly Administered)** |

**PLAN ADMINISTRATOR-APPELLEE'S COUNTER-DESIGNATION OF
ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellee, Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors ("LBHI") hereby designates, pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the following additional items to be included in the record on appeal.

Although LBHI disagrees with many of the statement of issues identified by Shinhan Bank ("Shinhan" or the "Appellant"), LBHI has not re-stated the issues because Rule 8009 of the Bankruptcy Rules does not provide for the filing of Appellee's statement of the issues absent a cross-appeal. LBHI, therefore, reserves its right to re-state the issues on appeal in its brief.

1

## COUNTER-DESIGNATION OF RECORD

LBHI does not re-designate any items that it may rely upon that have already been designated by the Appellant in its designation of record (ECF No. 55197) but, rather, will rely on the Appellant's designations. While the Appellant's designation of record purported to include the exhibits and attachments to "all documents referenced by the particular document number," Appellant nevertheless specifically enumerated some exhibits and attachments, but not others. *See, e.g.*, *id.* at Designation No. 7. For the avoidance of doubt, for the items designated by either LBHI or the Appellant, LBHI treats the designations as including *all* exhibits and attachments to such items, whether listed or not by either LBHI or the Appellant. Moreover, while LBHI does not, at this time, object to any items designated by the Appellant, LBHI does not concede the relevance of any such items.

| Designation Number | ECF Number | Date of Filing | Description |
|---|---|---|---|
| 1. | 55158 | 04/11/2017 | Notice of Appeal filed by John A. Bicks |

Dated: Redwood Shores, CA
       May 9, 2017

*/s/ Jacqueline Marcus*
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Christopher J. Cox
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Lehman Brothers Holdings Inc.
and Lehman Brothers Special Financing Inc.*