# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: arouzeau | Date Created: 5/10/2017 |
| Case: 08−13555−scc | Form ID: tranapl | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty    John A. Bicks    john.bicks@klgates.com

                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty    Christopher J. Cox    Weil, Gotshal & Manges LLP    201 Redwood Shores Parkway    Redwood Shores, CA 94065
aty    Christopher J. Cox    Weil, Gotshal & Manges LLP    201 Redwood Shores Parkway    Redwood Shores, CA 94065

                                                                                    TOTAL: 2