Response Deadline: May 19, 2017, at 4:00 p.m. (Eastern Time)
Hearing Date: June 2, 2017, at 10:00 a.m. (Eastern Time)

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:   (212) 382-3300
Facsimile:    (212) 382-0050
Paul R. DeFilippo
Adam M. Bialek
Mara R. Lieber

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ x
                                                :    **Chapter 11**
**In re:**                                      :
                                                :    **Case No. 08-13555 (SCC)**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :
                                                :
                    **Debtors.**                :
_____ x

## NOTICE OF HEARING ON
## LEHMAN BROTHERS HOLDINGS INC.'S MOTION TO
## ESTIMATE PROOF OF CLAIM 29759 FOR PURPOSES OF ALLOWANCE

**PLEASE TAKE NOTICE** that a hearing on the annexed motion of Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for an order substantially in the form attached as Exhibit A, (i) determining that Standard Chartered Bank ("SCB") holds a contingent and unliquidated claim 29759 (the "Claim") against the Plan Administrator subject to estimation under section 11 U.S.C. § 502(c) of the Bankruptcy Code; (ii) setting a scheduling order that permits the Plan Administrator to take limited discovery in connection with the Claim; and (iii) providing that the Court will estimate the Claim based upon parties' written submissions and subsequent hearings, will be held before the Honorable

Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 623, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), on **June 2, 2017 at 10:00 a.m. ET** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court and (a) shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and by all other parties in interest, on a CD-ROM or 3.5 inch disk, preferably in text-searchable Portable Document Format (PDF) by, and (b) a hardcopy of such objection or response shall be served in accordance with General Order M-399 upon (i) the chambers of the Honorable Shelley C. Chapman, One Bowling Green, New York, New York 10004, Courtroom 623; (ii) counsel for LBHI, Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110 (Attn: Paul R. DeFilippo, Esq. and Adam M. Bialek, Esq.); (iii) the Office of the United States Trustee for Region 2, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: William K. Harrington, Esq., Susan Golden, Esq., and Andrea B. Schwartz, Esq.), and (iv) Millbank, Tweed, Hadley & McClor LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dune, Esq., Dennis O'Donnel, Esq., and Evan R. Fleck, Esq.), as to be so filed and received by no later than **May 19, 2017, at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that any reply of LBHI shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court and (a) shall be filed with the Bankruptcy Court electronically in accordance with General

Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and by all other parties in interest, on a CD-ROM or 3.5 inch disk, preferably in text-searchable Portable Document Format (PDF), and (b) a hardcopy of such reply shall be served in accordance with General Order M-399 upon: (i) the chambers of the Honorable Shelly C. Chapman, One Bowling Green, New York, New York 10004, Courtroom 623; (ii) Standard Chartered Bank, 1 Madison Ave., 3rd Floor, New York, New York (Attn: Marc Chait); (iii) Lovells LLP, 590 Madison Avenue, New York, NY 10033 (Attn: Matthew P. Morris, Esq.); (iv) the Office of the United States Trustee for Region 2, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: William K. Harrington, Esq., Susan Golden, Esq., and Andrea B. Schwartz, Esq.); (v) Millbank, Tweed, Hadley & McClor LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dune, Esq., Dennis O'Donnel, Esq., and Evan R. Fleck, Esq.), as to be so filed and received by no later than **May 31, 2017, at 12:00 p.m. (Eastern Time)**.

    **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Motion or any relief requested therein, the Plan Administrator may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard offered to any party.

    **PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: New York, New York
       May 11, 2017

/s/ Paul R. DeFilippo
Paul R. DeFilippo
Adam M. Bialek
Mara R. Lieber

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:   (212) 382-3300
Facsimile:   (212) 382-0050

*Counsel for Lehman Brothers Holdings Inc.*