FILED / RECEIVED

APR 20 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)
Claim Number: 55824-28**

We would like to inform you that Bethmann Bank AG who is holder of the claim Number 55824-28, filed on 09/28/2009, has assigned the rights arising out of this claim corresponding with the following securities

5 pcs. "Lehman Bros Treasury Co. B.V." (ISIN DE000A0NXKZ9)
in the amount of a face value of **USD 8,220.02**

to

**Dr Gerd Munzert,**
Merianweg 64, 89075 Ulm, Germany.

The remaining rights arising out of the claim Number 55824-28 remain entirely with Bethmann Bank AG.

Bethmann Bank AG and Dr Gerd Munzert have agreed to the partial assignment mentioned herein above. Both Bethmann Bank AG and Dr Gerd Munzert acknowledge and represent that due to the assignment mentioned herein above Dr Gerd Munzert has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, 6.3.2017                    Ulm, 10. Feb 2017

Bethmann Bank AG
(Assignor)                                      (Assignee)

/Jochen Weber  /Oliver Körner                   Dr Gerd Munzert

## Übertragungsvereinbarung

zwischen

    der Bethmann Bank AG, Bethmannstraße 7- 9, 60311 Frankfurt am Main

- nachfolgend „Zedent" -

und

    Herrn, Dr. Gerd Munzert, Merianweg 64, 89075 Ulm

- nachfolgend „Zessionar" -

- gemeinsam „die Parteien" -

### Vorbemerkung

Der Zessionar hat den Zedenten beauftragt, die treuhänderisch für ihn gehaltenen Ansprüche und Rechte aus dem Insolvenzverfahren der Lehman Brothers Holdings Inc. an ihn abzutreten und zu übertragen.

Mit dieser Vereinbarung beabsichtigen die Parteien die Übertragung der zu Gunsten des Zessionars bestehenden Ansprüche aus dem Insolvenzverfahren der Lehman Brothers Holdings Inc. an den Zessionar zu vollziehen.

Dies vorausgeschickt, vereinbaren die Parteien Folgendes:

1. Der Zedent tritt hiermit Ansprüche und Rechte aus der Forderungsanmeldung vom 29. Oktober 2009, registriert unter ‚claim number' 55824-28, an den Zessionar ab, soweit diese im Zusammenhang mit den nachfolgenden Wertpapieren bestehen:

    **5 Stk. "Lehman Bros Treasury Co. B.V." (ISIN DE000A0NXKZ9)**

Klarstellend wird festgehalten, dass die weiteren Ansprüche und Rechte aus der Forderungsanmeldung vom 29. Oktober 2009, registriert unter ‚claim number' 55824-28, bei dem Zedenten verbleiben. Der Zessionar nimmt die Abtretung hiermit an.

2. Die Parteien verpflichten sich, sämtliche Erklärungen und Rechtshandlungen abzugeben und vorzunehmen, die für die Übertragung der vorgenannten Ansprüche und Rechte oder im Zusammenhang damit erforderlich sind. Diese Verpflichtung umfasst

<mark>a</mark>

insbesondere die rechtswirksame Unterzeichnung der anliegenden Abtretungsanzeige.

3. Der Zedent verpflichtet sich und der Zessionar bevollmächtigt den Zedenten, die erfolgte Abtretung der vorgenannten Ansprüche und Rechte gegenüber dem Insolvenzverwalter der Lehman Brothers Holdings Inc. unter Verwendung der anliegenden Abtretungsanzeige unverzüglich nach Erhalt der vollständig unterzeichneten Ausfertigung dieser Vereinbarung und der vollständig unterzeichneten Abtretungsanzeige mitzuteilen.

4. Die Vereinbarung unterliegt deutschem Recht. Gerichtsstand ist Frankfurt am Main.

Frankfurt am Main, den 6.3.2017        Ulm, den 10.2.2017

Bethmann Bank AG
(Zedent)                                (Zessionar)

_____               _____
Jochen Weber    Oliver Körner           Dr. Gerd Munzert

2

ECEIVE
MAY 1 2017
COURT
YORK