

PROT. N.
003008

## EVIDENCE OF [PARTIAL] TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CREDIT SUISSE (MONACO) SAM ("Transferor") unconditionally and irrevocably transferred to _BANCA LEONARDO SPA____ ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. _55817_) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule 1 hereto against Lehman Brothers Holdings Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _20th_ day of march 2017.

Banca Leonardo SpA
(TRANSFEREE)

By: _____
Name: Mario Zanin
Title: Responsabile Legal Compliance & AML
Email (group): affari.legali@bancaleonardo.com

By: _____
Name: Francesco Prato
Title: Vice Responsabile Operations
Email (group): backoffice.finanza@bancaleonardo.com

Address:
Via Broletto 46
20121 Milan
Italy

CREDIT SUISSE (MONACO) SAM
(Transferor)

By: _____
Name:  Bernard Achary
Title:   Head of Operations

By: _____
Name:  Marc Solsona
Title:   Head of Securities Dept.

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim No. 55817 :

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0327236914 | 55817 | 29/10/2009 | LEHMAN BROT. AUTOREDEEMER WORST | EUR 31'000,00 |

[[NYCORP:3427113v2:3165E: 07/17/2014--10:33 AM]]