FILED / RECEIVED

MAY 0 1 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)**
**Claim Number: 55824-41**

We would like to inform you that Bethmann Bank AG who is holder of the claim Number 55824-41, filed on 09/28/2009, has assigned the rights arising out of this claim corresponding with the following securities

"Lehman Bros Treasury Co. B.V." (ISIN XS0268033908)
in the amount of a face value of **USD 425,731.73**

to

**Flore Fütterer GmbH,**
Grüttow 7, 17391 Stolpe, Germany.

Bethmann Bank AG and Flore Fütterer GmbH have agreed to the partial assignment mentioned herein above. Both Bethmann Bank AG and Flore Fütterer GmbH acknowledge and represent that due to the assignment mentioned herein above Flore Fütterer GmbH has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, 04/04/17         Stolpe, 17. 03. 2017

Bethmann Bank AG                    Flore Fütterer GmbH
(Assignor)                          (Assignee)

Jochen Weber    Oliver Körner       Birgit Flore    Stefan Fütterer

Flore Fütterer GmbH
Grüttow 8
17391 Stolpe
Tel. 039721/5 67 55
Fax 039721/5 67 57



Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Investment Services
Anja Sonnleithner
Bethmannstrasse 7 – 9
60311 Frankfurt am Main
Germany

Frankfurt, 19.04.2017

Dear Sir or Madam,

please note that claim # 55824-41 has been transferred to Flore Fütterer GmbH (see attachment).

Could you please process it accordingly?

Thank you very much!

Kind regards,
Bethmann Bank

Anja Sonnleithner
Investment Services

Claudia Schön
Investment Services

Bethmann Bank AG
Bethmannstraße 7 - 9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177 - 0
Telefax +49 69 2177 - 3449

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand: Horst Schmidt (Vors.),
Michael Arends, Johannes Baratta,
Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-ID:  DE 122786951



FILED / RECEIVED
APR 28 2017
EPIQ SYSTEMS

Postfach 10 06 32
60006 Frankfurt am Main

