FILED / RECEIVED

MAY 0 5 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,        Case No.    08-13555 (SCC)
                                                                 (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **The Hongkong and Shanghai Banking Corporation Limited, Singapore branch** | **BSI SA, Lugano** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Level 13 & 14
1 Queen's Road Central,
Hong Kong
Contact: Sarah Chan/Director

Phone: **+852 3604 7640**
Last Four Digits of Acct. #: **6253**

Name and Address where transferee payments should be sent (if different from above):

Phone: **+852 3604 7640**
Last Four Digits of Acct. #: **6253**

Court Claim # (if known): **CLAIM NR. 56671**

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Date Claim Filed: 29 October 2009

Phone: **0041 58 809 3546**

Last Four Digits of Acct. #: **8636**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_      Date: 17 April 2017

Transferee/Transferee's Agent
Name: Ang Sok Leng
Title: Head, Credit Advisory, South East Asia

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RESTRICTED

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

BSI SA, LUGANO ("**Transferor**"), does hereby certify that, as of **MARCH 28, 2017**, it has unconditionally and irrevocably transferred and assigned to **THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, SINGAPORE BRANCH** ("**Transferee**"), to the extent specified below (the "**Transferred Claim**"), Transferor's right, title and interest in and to Proof of Claim Number **56671** against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (JMP) in the United States Bankruptcy Court for the Southern District of New York, solely in following amounts (the "**Claim**").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|---|---|---|---|
| XS0297907791 | LEHMAN BROTHERS TREASURY | LEHMAN BROTHERS HOLDINGS INC | EUR100,000 |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on BSI SA, LUGANO in date March 28, 2017.

THE HONGKONG AND SHANGHAI
BANKING CORPORATION LIMITED

By: _____

Name: Ang Sok Leng

Title: Head, Credit Advisory, South East Asia

Tel.: (65) 6658 3542

BSI SA

By: _____

Name: pp A. Ferrari                pm A. Di Napoli
Title:
Tel.: 0041 58 809 35 46

RESTRICTED

To:
United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY10017 (USA)

BY DHL

Lugano    April 27, 2017

Notice of transfer, from BSI SA, Lugano (the "Transferor") to Hongkong and Shanghai Banking Corporation Limited, Singapore on behalf of its client (the "Transferee"), of securities issued by Lehman Brothers Holding INC (the "Securities") and claim n. 56671 attached thereto (the "Claim")

Dear Sirs,

reference is made to the transfer of the above mentioned Securities and part of the Claim to HSBC, Singapore as nominee on behalf of its client/s (the "**Transfer**").

In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly:

1) Form 210/A, signed by HSBC, Singapore as Transferee on behalf of its client;

2) "*Evidence of Transfer of Claim*", signed by us BSI SA, Lugano as Transferor, as proof that BSI SA, LUGANO has partially transferred a registered claim to THE HONGKONG AND SHANGHAI BANKING CORP LTD, SINGAPORE on behalf of its client/s.

Given the importance of this Notice in the interests of our client/s, We would also appreciate if you can advise us immediately if something (e.g. information, document, etc.) is missing by sending a message to the following e-mail address: group.bsicustodyadministration@bsibank.com

Thank you very much in advance for your kind help and attention.

Yours faithfully,

BSI SA

Attachments: as above

