**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** <br><br> **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, <br><br> **Debtors**. | Chapter 11 <br> Case No. 08-13555 (SCC) <br><br> Jointly Administered |

## NOTICE OF REMOVAL FROM SERVICE LIST

**TO THE COURT AND TO ALL PARTIES OF RECORD:**

Please remove the following attorney at Robins Kaplan LLP from the Court's service list:

Thomas F. Berndt            TBerndt@RobinsKaplan.com

Please also remove his Legal Administrative Assistant at Robins Kaplan LLP from the Court's service list:

Michelle R. Schroeder            MSchroeder@RobinsKaplan.com

The above counsel is no longer affiliated with this case.

Dated:    May 18, 2017            Respectfully submitted,

**ROBINS KAPLAN LLP**

By:    */s/ Thomas F. Berndt*
Thomas F. Berndt (admitted *pro hac vice*)
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402-2015
Telephone:    612-349-8500
Facsimile:    612-339-4181
Email:    tberndt@robinskaplan.com

87220696.1