# United States Bankruptcy Court
## Southern District of New York

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC, <u>et</u> <u>al</u>., | Case No. 08-13555 (JMP) |
| | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **CRT SPECIAL INVESTMENTS LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| | |
| <u>Name and address where notices to transferee should be sent:</u> | <u>Name and Current Address of Transferor</u> |
| | CRT SPECIAL INVESTMENTS LLC |
| Contrarian Funds, LLC | 262 Harbor Drive |
| 411 West Putnam Ave., Ste. 425 | Stamford, CT  06902 |
| Greenwich, CT 06830 | Attn: Joseph E. Sarachek |
| Attention:   Alisa Mumola | |
| Telephone:   203-862-8211 | |
| Email: amumola@contrariancapital.com | |

**Proof of Claim #: 363,  Allowed in the amount of $375,000.00**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____          Date: _____**May 17, 2017**_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**CRT SPECIAL INVESTMENTS LLC,** its successors and assigns ("Assignor"), pursuant to a certain Transfer of Claim Agreement on or about the date hereof, has hereby absolutely and unconditionally sold, transferred and assigned to **CONTRARIAN FUNDS, LLC** its successors and assigns ("Assignee") all rights, title and interest in and to the general unsecured claim (assigned claim number 363) (the "Claim"), in the principal amount of $375,000 filed against Lehman Brothers Holdings Inc., in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, case no. 08-13555 or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Assigned Rights.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 12 day of May, 2017

(Assignor)
CRT SPECIAL INVESTMENTS LLC

By: _____
Name: John D Nielsen
Title: General Counsel

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., as manager

By: _____
Name: JANICE M. STANTON
Title: MEMBER

(Assignor)
WITNESS:

By: _____
Name: Robert K. Tuite
Title: CFO