WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:   (212) 382-3300
Facsimile:    (212) 382-0050
Paul R. DeFilippo
Adam M. Bialek
Mara R. Lieber

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――x
**In re:**                                                              :        **Chapter 11**

                                                                            :        **Case No. 08-13555 (SCC)**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :

              **Debtors.**                                            :
―――――――――――――――――――――――――x

**NOTICE OF ADJOURNMENT OF HEARING ON
LEHMAN BROTHERS HOLDINGS INC.'S MOTION TO
ESTIMATE PROOF OF CLAIM 29759 FOR PURPOSES OF ALLOWANCE**

**PLEASE TAKE NOTICE** that the hearing on *Lehman Brothers Holdings Inc.'s Motion to Estimate Proof Of Claim 29759 for Purposes of Allowance* [**ECF No. 55345**] (the "Motion"), which is currently scheduled for June 2, 2017 at 10:00 a.m. (E.S.T.), **has been adjourned to July 27, 2017 at 10:00 a.m. (E.S.T.)**, or as soon thereafter as counsel may be heard (the "Hearing").

The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Courtroom 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement of the Hearing.

Dated: New York, New York
       May 22, 2017

                                     */s/ Adam M. Bialek*
Paul R. DeFilippo
Adam M. Bialek
Mara R. Lieber

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:    (212) 382-3300
Facsimile:    (212) 382-0050

*Counsel for Lehman Brothers Holdings Inc.*