Gary Gwilliam (Bar No. 33430)
Randall E. Strauss (Bar No. 168363)
**GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER**
1999 Harrison Street, Suite 1600
Oakland, California 94612-3528
Telephone: (510) 832-5411
Fax: (510) 832-1918
Email: GGwilliam@giccb.com, rstrauss@giccb.com

Mark S. Bostick (Bar No. 111241)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com

Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour,
Cheryl McNeil, Linda Howard-James, Isabel Guajardo and
Denise Colombo

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

### AFFIDAVIT OF SERVICE

I, Mark S. Bostick, an attorney, hereby certify that on **May 23, 2017**, I caused true and correct copies of the following documents to be served by my office:

**MOTION FOR LEAVE TO APPEAL ORDER GRANTING OBJECTION TO CLAIMS**

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**BY ECF** to all registered electronic filing recipients for this case.

and also

**BY UPS OVERNIGHT MAIL:** by enclosing said document(s) for overnight delivery, addressed to the persons listed below.

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>Attn: Jacqueline Marcus, Esq. and<br>Candace M. Arthur, Esq.<br>767 Fifth Ave.<br>New York, NY  10153-0119<br>(*Counsel for Plan Administrator*) | Office of the U.S. Trustee<br>Attn:  William K. Harrington, Esq.;<br>Susan D. Golden, Esq.; and<br>Andrea B. Schwartz, Esq.<br>201 Varick Street, Suite 1006<br>New York, NY  10014 |

DATED:  May 23, 2017                        WENDEL, ROSEN, BLACK & DEAN LLP


By: */s/ Mark S. Bostick*
    Mark S. Bostick
    Attorneys for Claimants, Sylvia Vega-Sutfin,
    Michelle Seymour, Cheryl McNeil, Linda
    Howard-James, Isabel Guajardo and Denise
    Colombo