**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Ref. Docket Nos. 55262, |
| | : | 55263, 55274, 55275, |
| | : | 55277 – 55279, 55281, 55282, |
| | : | 55284, 55285, 55287 – 55297 |
| ------------------------------------------------------------ X | | |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                           ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777
    Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not
    a party to the above-captioned action.

2.  On May 10, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to
    Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 10, 2017, a sample of
    which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed
    securely in separate postage pre-paid envelopes and delivered via first class mail to those
    parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    */s/ Forrest Kuffer*
                                                                    Forrest Kuffer

Sworn to before me this
10th day of May, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000120185571 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000150201



CASPIAN SELECT CREDIT MASTER FUND, LTD
TRANSFEROR: MARINER LDC
C/O CASPIAN CAPITAL LP
767 FIFTH AVENUE, 45TH FLOOR
NEW YORK, NY 10153

Please note that your claim # 30305-10 in the above referenced case and in the amount of $317.29 allowed at $318.31 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: RICH VICHAIDITH; 60 WALL ST.
NEW YORK, NY 10005

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          55274          in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/10/2017                          Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____

                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 10, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| CASPIAN SELECT CREDIT MASTER FUND, LTD | TRANSFEROR: MARINER LDC, C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD | TRANSFEROR: MARINER LDC, C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P., C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: GOLDMAN, SACHS, & CO, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P., C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: MARINER LDC, C/O CASPIAN CAPITOL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, ATTN:KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, ATTN:KENNETH KEELEY, 390 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |

**Total Creditor Count 54**