William J.F. Roll, III
Solomon J. Noh
Randall Martin
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-7174

*Attorneys for the Maverick Entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
:
In re:                                                           :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08 – 13555 (SCC)
:
Debtors.                      :    (Jointly Administered)
:
:
------------------------------------------------------------------x

## NOTICE OF APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8002 and 8003 and 28 U.S.C. § 158, notice is hereby given that Maverick Long Enhanced Fund, Ltd., Maverick Neutral Levered Fund, Ltd., Maverick Neutral Fund, Ltd., Maverick Fund USA, Ltd., Maverick Fund II, Ltd. and Maverick Fund, L.D.C. (collectively, the "Maverick Entities") appeal to the United States District Court for the Southern District of New York from the *Order Granting Plan Administrator's Five Hundred Nineteenth Omnibus Objection to Claims (No Liability Claims)* entered on May 12, 2017 [Dkt. No. 55346] (the "Order") annexed hereto as <u>Exhibit A</u>, which granted the *Plan Administrator's Five Hundred Nineteenth Omnibus Objection to Claims (No Liability Claims)* [Dkt. No. 53107] to the extent set forth in the Order.

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

**APPELLANTS:**

| | |
|---|---|
| Maverick Long Enhanced Fund, Ltd. | William J.F. Roll, III |
| Maverick Neutral Levered Fund, Ltd. | Solomon J. Noh |
| Maverick Neutral Fund, Ltd. | Randall Martin |
| Maverick Fund USA, Ltd. | SHEARMAN & STERLING LLP |
| Maverick Fund II, Ltd. | 599 Lexington Avenue |
| Maverick Fund, L.D.C. | New York, New York 10022 |
| | Telephone: (212) 848-4000 |
| | Facsimile: (646) 848-7174 |

**APPELLEE:**

| | |
|---|---|
| Lehman Brothers Holdings Inc. | Richard L. Levine |
| | Garrett A. Fail |
| | Adam M. Lavine |
| | WEIL, GOTSHAL & MANGES LLP |
| | 767 Fifth Avenue |
| | New York, NY 10153 |
| | Telephone: (212) 310-8000 |
| | Facsimile: (212) 310-8007 |

Dated: New York, New York          SHEARMAN & STERLING LLP
       May 25, 2017

                                          By:    */s/* William J.F. Roll, III
                                                       William J.F. Roll, III
                                                       Solomon J. Noh
                                                       Randall Martin
                                                       599 Lexington Avenue
                                                       New York, New York 10022
                                                       Telephone: (212) 848-4000
                                                       Facsimile: (646) 848-7174

                                                       *Attorneys for the Maverick Entities*