## EVIDENCE OF TRANSFER OF CLAIM

FILED / RECEIVED

MAY 16 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Van Lanschot** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **55813-03**) in the **units of 100** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 27 day of April 2017.

**Bank Julius Baer & Co. Ltd.**

_____          _____
Fabian Burckhardt                   Marc Blum

MAY 19 2017

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Units |
|---|---|---|---|---|
| XS0258947745<br><br>CERTIFICATE PLUS ON EUROSTOXX 50 | 55813-03 | 29 October 2009 | Lehman Brothers Treasury Co. BV | 100 units |
|  |  |  |  |  |

EPIQ Bankruptcy Solutions LLC
Attn. Lehman Brothers Holdings
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

Dear Mr, Mrs,

Could you handle this application.(see attachment)
The customer wants to transfer his shares to Van Lanschot of Julius Baer,
Would you be able to complete the handling as soon as possible.
Sincerely,


**M.A.T. (René) van den Hanenberg**
Van Lanschot Bankiers

Service Center Securities

Settlements@vanlanschot.com

m.a.t.vandenhanenberg@vanlanschot.com
T +31 73 548 8101   F +31 73 548 89 08
Beethovenstraat 300 1077 WZ Amsterdam
www.vanlanschot.nl

