UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

---

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that James A. Wright III, Esq., of the firm Ropes & Gray LLP, hereby withdraws as counsel for the following parties (collectively, the "Parties"), and requests to be removed from all notice and service lists in this case:[1]

- Millennium International, Ltd.
- Putnam Funds
- Sansar Capital Holdings, Ltd.
- FFI Fund Ltd.
- FYI Ltd.
- Olifant Fund, Ltd.

PLEASE TAKE FURTHER NOTICE that this withdrawal is limited to James A. Wright III, Esq., and does not impact the representation of the Parties by other Ropes & Gray LLP attorneys in the above-captioned matter.

Dated: May 26, 2017
      Boston, MA

By */s/ James A. Wright III*
James A. Wright III
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

---

[1] Mr. Wright is leaving Ropes & Gray LLP as of May 26, 2017.

63122642_1