B 210A (Form 210A) (12/15)

## United States Bankruptcy Court
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors. Case No. <u>08-13555 (SCC)</u>

(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Värde Investment Partners, L.P.</u><br>Name of Transferee | <u>Morgan Stanley Senior Funding, Inc.</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>Värde Investment Partners, L.P.<br>901 Marquette Avenue South, Suite 3300<br>Minneapolis, MN 55402<br>Attention: Edwina Steffer | Court Claim # (if known): <u>29736 (as amended by Court Claim # 68083)</u><br>Amount of Claim Transferred: <u>$60,450,000.00</u><br>Date Claim Filed: <u>September 22, 2009</u><br>Debtor: <u>Lehman Brothers Special Financing Inc.</u> |
| Phone: _____<br>Last Four Digits of Acct #: _____ | Phone: _____<br>Last Four Digits of Acct #: _____ |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Phone: _____<br>Last Four Digits of Acct #: _____ | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _/s/ Matt Mach_____  Matt Mach, Managing Director        Date: _5/26/17_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DOC ID - 26156644.2

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing, Inc. (the "Debtor")
Case No. 08-13888 (SCC) (the "Case")

Proof of Claim Number 29736 (as amended by Court Claim # 68083)

**MORGAN STANLEY SENIOR FUNDING, INC.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Värde Investment Partners, L.P.**
901 Marquette Avenue South, Suite 3300
Minneapolis, MN 55402
Attention: Edwina Steffer

and its successors and assigns ("Buyer"), Seller's right, title and interest in and to Proof of Claim Number 18076 solely to the extent of $60,450,000.00 (the "Transferred Claim") against the Debtor in the Case.

Seller hereby waives any objection to the transfer of the Transferred Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Buyer.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _John Ragusa_
Name:
Title: **John Ragusa**
**Authorized Signatory**


VÄRDE INVESTMENT PARTNERS, L.P.
By: Värde Investment Partners G.P., LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner


By: _____
Name:
Title:

DOC ID - 26156644.2

# EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
      Attn: Clerk

AND TO:   Lehman Brothers Special Financing, Inc. (the "Debtor")
          Case No. 08-13888 (SCC)  (the "Case")

Proof of Claim Number 29736 (as amended by Court Claim # 68083)

**MORGAN STANLEY SENIOR FUNDING, INC.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Värde Investment Partners, L.P.**
901 Marquette Avenue South, Suite 3300
Minneapolis, MN 55402
Attention: Edwina Steffer

and its successors and assigns ("Buyer"), Seller's right, title and interest in and to Proof of Claim Number 18076 solely to the extent of $60,450,000.00 (the "Transferred Claim") against the Debtor in the Case.

Seller hereby waives any objection to the transfer of the Transferred Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Buyer.

**MORGAN STANLEY SENIOR FUNDING, INC.**

By: _____
    Name:
    Title:


**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
    Name:  **Matt Mach**
    Title:  **Managing Director**

DOC ID - 26156644.2