**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**                     :   08-13555 (SCC)
                                                               :
            Debtors.                                           :   (Jointly Administered)
                                                               :
                                                               :   Ref. Docket No. 55404
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 30, 2017, I caused to be served the "April 2017 Post-Effective Operating Report," dated May 30, 2017 [Docket No. 55404], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    ii. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: *FEDERAL RESERVE BANK OF PHILADELPHIA, C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT, TEN INDEPENDENCE MALL, PHILADELPHIA, PA 19106-1574,* and

    iii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
31st day of May, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

Email List

| | |
|---|---|
| aaaronson@dilworthlaw.com | angie.owens@skadden.com |
| aalfonso@willkie.com | anthony_boccanfuso@aporter.com |
| abeaumont@fklaw.com | aostrow@beckerglynn.com |
| abraunstein@riemerlaw.com | appleby@chapman.com |
| acaton@kramerlevin.com | aquale@sidley.com |
| adam.lanza@dlapiper.com | arainone@bracheichler.com |
| adarwin@nixonpeabody.com | arancier@offitkurman.com |
| adiamond@diamondmccarthy.com | arheaume@riemerlaw.com |
| adk@msf-law.com | arosenblatt@chadbourne.com |
| aeckstein@blankrome.com | arthur.rosenberg@hklaw.com |
| aentwistle@entwistle-law.com | arwolf@wlrk.com |
| agbanknewyork@ag.tn.gov | aschwartz@homerbonner.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashmead@sewkis.com |
| aisenberg@saul.com | asnow@ssbb.com |
| akadish@dtlawgroup.com | asomers@rctlegal.com |
| akolod@mosessinger.com | aunger@sidley.com |
| allison.holubis@wilsonelser.com | austin.bankruptcy@publicans.com |
| alum@ftportfolios.com | avenes@whitecase.com |
| amarder@msek.com | bankruptcy@goodwin.com |
| amartin@sheppardmullin.com | bankruptcy@morrisoncohen.com |
| amcmullen@boultcummings.com | bankruptcy@ntexas-attorneys.com |
| amenard@tishmanspeyer.com | bankruptcymatters@us.nomura.com |
| amh@amhandlerlaw.com | barbra.parlin@hklaw.com |
| andrew.brozman@cliffordchance.com | bbisignani@postschell.com |
| andrew.lourie@kobrekim.com | bcarlson@co.sanmateo.ca.us |
| andrewtenzer@paulhastings.com | bdemay@hsgllp.com |
| angelich.george@arentfox.com | bdk@schlamstone.com |

Email List

| | |
|---|---|
| ben.lewis@hoganlovells.com | chris.donoho@hoganlovells.com |
| benjamin.mintz@apks.com | christopher.greco@kirkland.com |
| bguiney@pbwt.com | claude.montgomery@dentons.com |
| bmanne@tuckerlaw.com | clynch@reedsmith.com |
| bmiller@mofo.com | cmestres@aclawllp.com |
| boneill@kramerlevin.com | cohen@sewkis.com |
| brosenblum@jonesday.com | cp@stevenslee.com |
| brotenberg@wolffsamson.com | cpappas@dilworthlaw.com |
| broy@rltlawfirm.com | cparyse@contrariancapital.com |
| bruce.wright@sutherland.com | craig.goldblatt@wilmerhale.com |
| bsellier@rlrpclaw.com | craigjustinalbert@gmail.com |
| bstrickland@wtplaw.com | crmomjian@attorneygeneral.gov |
| btrust@mayerbrown.com | csalomon@beckerglynn.com |
| bturk@tishmanspeyer.com | cschreiber@winston.com |
| bwolfe@sheppardmullin.com | cshore@whitecase.com |
| cahn@clm.com | cshulman@sheppardmullin.com |
| canelas@pursuitpartners.com | cszyfer@stroock.com |
| cbelisle@wfw.com | cwalsh@mayerbrown.com |
| cbelmonte@ssbb.com | cward@polsinelli.com |
| cdesiderio@nixonpeabody.com | cweber@ebg-law.com |
| cfarley@mccarter.com | cweiss@ingramllp.com |
| cgonzalez@diazreus.com | dallas.bankruptcy@publicans.com |
| chad.husnick@kirkland.com | dave.davis@isgria.com |
| chammerman@paulweiss.com | david.bennett@tklaw.com |
| charles@filardi-law.com | david.heller@lw.com |
| charles_malloy@aporter.com | david.livshiz@freshfields.com |
| chemrick@thewalshfirm.com | david.powlen@btlaw.com |
| chipford@parkerpoe.com | david.tillem@wilsonelser.com |

Email List

| | |
|---|---|
| davids@blbglaw.com | dkessler@ktmc.com |
| davidwheeler@mvalaw.com | dkozusko@willkie.com |
| dbarber@bsblawyers.com | dlemay@chadbourne.com |
| dbaumstein@whitecase.com | dlipke@vedderprice.com |
| dbesikof@loeb.com | dmark@kasowitz.com |
| dcimo@gjb-law.com | dmcguire@winston.com |
| dcoffino@cov.com | dmiller@steinlubin.com |
| dcrapo@gibbonslaw.com | dmurray@jenner.com |
| ddavis@paulweiss.com | dneier@winston.com |
| ddrebsky@nixonpeabody.com | dodonnell@milbank.com |
| ddunne@milbank.com | dpegno@dpklaw.com |
| deggermann@kramerlevin.com | draelson@fisherbrothers.com |
| deggert@freebornpeters.com | drosenzweig@fulbright.com |
| demetra.liggins@tklaw.com | drosner@goulstonstorrs.com |
| dennis.tracey@hoganlovells.com | drosner@kasowitz.com |
| dfelder@orrick.com | dshaffer@wtplaw.com |
| dflanigan@polsinelli.com | dspelfogel@foley.com |
| dfliman@kasowitz.com | dtatge@ebglaw.com |
| dgoldberg@hsgllp.com | dtheising@harrisonmoberly.com |
| dgrimes@reedsmith.com | dwdykhouse@pbwt.com |
| dhayes@mcguirewoods.com | dworkman@bakerlaw.com |
| dhealy@hsgllp.com | easmith@venable.com |
| dheffer@foley.com | ebcalvo@pbfcm.com |
| dhurst@coleschotz.com | ecohen@russellinvestments.com |
| dhw@dhclegal.com | edward.flanders@pillsburylaw.com |
| diconzam@gtlaw.com | efleck@milbank.com |
| djcarragher@daypitney.com | efriedman@fklaw.com |
| djoseph@stradley.com | efriedman@friedmanspring.com |

Email List

ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
gmoss@riemerlaw.com
goldenberg@ssnylaw.com
gspilsbury@jsslaw.com

guzman@sewkis.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@chadbourne.com
heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hrh@lhmlawfirm.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
igoldstein@proskauer.com
irethy@stblaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jalward@blankrome.com
james.berg@piblaw.com
james.mcclammy@dpw.com
james.moore@morganlewis.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com

Email List

jbeiers@co.sanmateo.ca.us

jbrody@americanmlg.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jdoran@haslaw.com

jdwarner@warnerandscheuerman.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@united.com

jeldredge@velaw.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jfalgowski@reedsmith.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnm@mccallaraymer.com

john.beck@hoganlovells.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

jonathan.goldblatt@bnymellon.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joseph.serino@kirkland.com

jowen769@yahoo.com

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrosenthal@mhlawcorp.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jsherman@bsfllp.com

Email List

| | |
|---|---|
| jshickich@riddellwilliams.com | kressk@pepperlaw.com |
| jsmairo@pbnlaw.com | kreynolds@mklawnyc.com |
| jstoll@mayerbrown.com | krodriguez@allenmatkins.com |
| jtimko@shutts.com | krosen@lowenstein.com |
| judy.morse@crowedunlevy.com | ktung@kktlawfirm.com |
| jvail@ssrl.com | kurt.mayr@bgllp.com |
| jwcohen@daypitney.com | kurt.rademacher@morganlewis.com |
| jwest@velaw.com | ladler@fensterstock.com |
| jwh@njlawfirm.com | landon@slollp.com |
| jzulack@fzwz.com | lapeterson@foley.com |
| kanema@formanlaw.com | lawallf@pepperlaw.com |
| karen.wagner@dpw.com | lawrence.gelber@srz.com |
| karl.geercken@alston.com | lberkoff@moritthock.com |
| kdwbankruptcydepartment@kelleydrye.com | lee.stremba@troutmansanders.com |
| keckhardt@hunton.com | lee.whidden@dentons.com |
| keith.simon@lw.com | lgranfield@cgsh.com |
| ken.coleman@allenovery.com | lhandelsman@stroock.com |
| kerry.moynihan@hro.com | lisa.solomon@att.net |
| kgwynne@reedsmith.com | ljkotler@duanemorris.com |
| kiplok@hugheshubbard.com | lkatz@ltblaw.com |
| kit.weitnauer@alston.com | lkiss@klestadt.com |
| kkelly@ebglaw.com | lmarinuzzi@mofo.com |
| kkolbig@mosessinger.com | lmcgowen@orrick.com |
| klyman@irell.com | lnashelsky@mofo.com |
| klynch@formanlaw.com | loizides@loizides.com |
| kobak@hugheshubbard.com | lschweitzer@cgsh.com |
| korr@orrick.com | lucdespins@paulhastings.com |
| kovskyd@pepperlaw.com | mabrams@willkie.com |

Email List

| | |
|---|---|
| maofiling@cgsh.com | mgordon@briggs.com |
| marc.chait@sc.com | mgreger@allenmatkins.com |
| margolin@hugheshubbard.com | mh1@mccallaraymer.com |
| mark.bane@ropesgray.com | mhanin@kasowitz.com |
| mark.ellenberg@cwt.com | mhopkins@cov.com |
| mark.mckane@kirkland.com | michael.frege@cms-hs.com |
| mark.salzberg@squirepb.com | michael.kelly@monarchlp.com |
| mark.sherrill@sutherland.com | michael.krauss@faegrebd.com |
| marvin.clements@ag.tn.gov | michael.kraut@morganlewis.com |
| matt@willaw.com | michael.mccrory@btlaw.com |
| matthew.klepper@dlapiper.com | millee12@nationwide.com |
| maustin@orrick.com | miller@taftlaw.com |
| mbenner@tishmanspeyer.com | mimi.m.wong@irscounsel.treas.gov |
| mbienenstock@proskauer.com | mitchell.ayer@tklaw.com |
| mbloemsma@mhjur.com | mitchell.berger@squirepb.com |
| mbossi@thompsoncoburn.com | mjedelman@vedderprice.com |
| mcademartori@sheppardmullin.com | mjr1@westchestergov.com |
| mcarthurk@sullcrom.com | mlahaie@akingump.com |
| mccarthyj@sullcrom.com | mlandman@lcbf.com |
| mcordone@stradley.com | mlichtenstein@crowell.com |
| mcto@debevoise.com | mlynch2@travelers.com |
| mcyganowski@oshr.com | mmorreale@us.mufg.jp |
| mdorval@stradley.com | mneier@ibolaw.com |
| meggie.gilstrap@bakerbotts.com | monica.lawless@brookfieldproperties.com |
| melorod@gtlaw.com | mpage@kelleydrye.com |
| meltzere@pepperlaw.com | mparry@mosessinger.com |
| metkin@lowenstein.com | mpedreira@proskauer.com |
| mfeldman@willkie.com | mrosenthal@gibsondunn.com |

Email List

| | |
|---|---|
| mruetzel@whitecase.com | pbosswick@ssbb.com |
| mschimel@sju.edu | pdublin@akingump.com |
| msegarra@mayerbrown.com | peisenberg@lockelord.com |
| mshiner@tuckerlaw.com | peter.gilhuly@lw.com |
| mshuster@hsgllp.com | peter.macdonald@wilmerhale.com |
| msolow@kayescholer.com | peter.meisels@wilsonelser.com |
| mspeiser@stroock.com | peter.simmons@friedfrank.com |
| mstamer@akingump.com | peter@bankrupt.com |
| munno@sewkis.com | pfeldman@oshr.com |
| mvenditto@reedsmith.com | pfinkel@wilmingtontrust.com |
| mwarner@coleschotz.com | phayden@mcguirewoods.com |
| mwarren@mtb.com | pmaxcy@sonnenschein.com |
| nathan.spatz@pillsburylaw.com | ppascuzzi@ffwplaw.com |
| nbinder@binderschwartz.com | ppatterson@stradley.com |
| nbojar@fklaw.com | psp@njlawfirm.com |
| ncoco@mwe.com | ptrostle@jenner.com |
| neal.mann@oag.state.ny.us | raj.madan@skadden.com |
| ned.schodek@shearman.com | ramona.neal@hp.com |
| neilberger@teamtogut.com | rbeacher@pryorcashman.com |
| nicholas.zalany@squirepb.com | rbernard@foley.com |
| nissay_10259-0154@mhmjapan.com | rbyman@jenner.com |
| nlepore@schnader.com | rdaversa@orrick.com |
| nlieberman@hsgllp.com | relgidely@gjb-law.com |
| notice@bkcylaw.com | rfriedman@silvermanacampora.com |
| nyrobankruptcy@sec.gov | rgmason@wlrk.com |
| otccorpactions@finra.org | rgoodman@moundcotton.com |
| paronzon@milbank.com | rgraham@whitecase.com |
| pbattista@gjb-law.com | rhett.campbell@tklaw.com |

Email List

| | |
|---|---|
| richard.lear@hklaw.com | schristianson@buchalter.com |
| richard@rwmaplc.com | scott.golden@hoganlovells.com |
| rick.murphy@sutherland.com | scottj@sullcrom.com |
| rleek@hodgsonruss.com | scottshelley@quinnemanuel.com |
| rmatzat@hahnhessen.com | scousins@armstrongteasdale.com |
| rnetzer@willkie.com | sdnyecf@dor.mo.gov |
| robert.honeywell@klgates.com | seba.kurian@invesco.com |
| robert.malone@dbr.com | sehlers@armstrongteasdale.com |
| robert.yalen@usdoj.gov | sfalanga@thewalshfirm.com |
| robin.keller@lovells.com | sfelderstein@ffwplaw.com |
| roger@rnagioff.com | sfineman@lchb.com |
| ross.martin@ropesgray.com | sfox@mcguirewoods.com |
| rpedone@nixonpeabody.com | sgordon@cahill.com |
| rrainer@wmd-law.com | sgraziano@blbglaw.com |
| rroupinian@outtengolden.com | sgubner@ebg-law.com |
| rrussell@andrewskurth.com | sharbeck@sipc.org |
| russj4478@aol.com | shari.leventhal@ny.frb.org |
| ryaspan@yaspanlaw.com | shgross5@yahoo.com |
| sabramowitz@velaw.com | skatona@polsinelli.com |
| sabvanrooy@hotmail.com | sldreyfuss@hlgslaw.com |
| sally.henry@skadden.com | sleo@bm.net |
| samuel.cavior@pillsburylaw.com | slerman@ebglaw.com |
| sandyscafaria@eaton.com | slerner@ssd.com |
| scargill@lowenstein.com | slevine@brownrudnick.com |
| schager@ssnylaw.com | sloden@diamondmccarthy.com |
| schannej@pepperlaw.com | smillman@stroock.com |
| schepis@pursuitpartners.com | smulligan@bsblawyers.com |
| schnabel.eric@dorsey.com | snewman@katskykorins.com |

Email List

| | |
|---|---|
| sory@fdlaw.com | tnixon@gklaw.com |
| squsba@stblaw.com | toby.r.rosenberg@irscounsel.treas.gov |
| sree@lcbf.com | tomwelsh@orrick.com |
| sschultz@akingump.com | tsalter@blankrome.com |
| sselbst@herrick.com | tslome@msek.com |
| sshimshak@paulweiss.com | tunrad@burnslev.com |
| sskelly@teamtogut.com | uitkin@kasowitz.com |
| sstarr@starrandstarr.com | vguldi@zuckerman.com |
| stephen.cowan@dlapiper.com | villa@slollp.com |
| stephen.hessler@kirkland.com | vmilione@nixonpeabody.com |
| steve.ginther@dor.mo.gov | vrubinstein@loeb.com |
| steven.usdin@flastergreenberg.com | wanda.goodloe@cbre.com |
| streusand@slollp.com | wbenzija@halperinlaw.net |
| susheelkirpalani@quinnemanuel.com | wcurchack@loeb.com |
| swolowitz@mayerbrown.com | wfoster@milbank.com |
| szuber@csglaw.com | will.sugden@alston.com |
| szuch@wiggin.com | wisotska@pepperlaw.com |
| tannweiler@greerherz.com | wk@pwlawyers.com |
| tbrock@ssbb.com | wmaher@wmd-law.com |
| tdewey@dpklaw.com | wmarcari@ebglaw.com |
| tgoren@mofo.com | wmckenna@foley.com |
| thenderson@americanmlg.com | wsilverm@oshr.com |
| thomas.califano@dlapiper.com | wswearingen@llf-law.com |
| timothy.harkness@freshfields.com | wtaylor@mccarter.com |
| tkiriakos@mayerbrown.com | yuwatoko@mofo.com |
| tlauria@whitecase.com | |
| tmacwright@whitecase.com | |
| tmm@mullaw.org | |