WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:     (212) 382-3300
Facsimile:     (212) 382-0050
William A. Maher, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone:     (303) 945-7415
Facsimile:     (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (pro hac vice)

*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————————x

In re:                                          :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :

      Debtors.                              :

————————————————————————x

Chapter 11

Case No. 08-13555 (SCC)

**NOTICE OF ADJOURNMENT OF HEARING ON**
**MOTION BY LEHMAN BROTHERS HOLDINGS INC. FOR ENTRY OF**
**AN OMNIBUS ORDER (I) TO ENFORCE AGAINST NONCOMPLIANT MORTGAGE**
**LOAN SELLERS, AND TO COMPEL THEM TO COMPLY WITH, THE ALTERNATIVE**
**DISPUTE RESOLUTION PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS**
**OF THE DEBTORS AGAINST MORTGAGE LOAN SELLERS, AND**
**(II) FOR CIVIL CONTEMPT SANCTIONS AGAINST SUCH NONCOMPLIANT**
**MORTGAGE LOAN SELLERS FOR THEIR VIOLATION OF THE ORDER**

**PLEASE TAKE NOTICE** that the hearing on *Motion by Lehman Brothers Holdings Inc. for Entry of an Omnibus Order (I) to Enforce Against Noncompliant Mortgage Loan Sellers, and to Compel Them to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for Their Violation of the Order* [ECF No. 53946] (the "Motion") and any objections to the Motion, which is currently scheduled for June 2, 2017 at 10:00 a.m. (E.S.T.), has been adjourned to July 27, 2017 at 10:00 a.m. (E.S.T.), or as soon thereafter as counsel may be heard, as to America One Mortgage Corporation and Atlantic Trust Mortgage Corp.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion as to America One Mortgage Corporation and Atlantic Trust Mortgage Corp. will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Courtroom 623, and such hearing may be further adjourned from time to time without further notice other than an announcement of the hearing.  For avoidance of doubt, the hearing on the Motion as to K&B Capital Corp. remains scheduled for June 2, 2017 at 10:00 a.m. (E.S.T.) and has not been adjourned.

Dated: New York, New York
May 31, 2017

*/s/ John D. Giampolo*
William A. Maher, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile:  (212) 382-0050

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone:  (303) 945-7415
Facsimile:  (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (pro hac vice)

*Attorneys for Lehman Brothers Holdings Inc.*