WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:    (212) 382-3300
Facsimile:    (212) 382-0050
William A. Maher, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone:    (303) 945-7415
Facsimile:    (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (*pro hac vice*)

*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――x
In re:                                                        :        Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        Case No. 08-13555 (SCC)

               Debtors.                                 :
―――――――――――――――――――――――――x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 2, 2017 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, Room 623, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1. Motion by Lehman Brothers Holdings Inc. for Entry of an Omnibus Order (I) to Enforce Against Noncompliant Mortgage Loan Sellers, and to Compel Them to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for Their Violation of the Order [**ECF No. 53946**] ("Motion to Enforce ADR Order" or the "Motion")[1]

   Response Deadline:    May 26, 2017

   Response Received:    No responses received from America One Mortgage Corporation, Atlantic Trust Mortgage Corp., or K&B Capital Corp.

   Related Documents:

   A.   June 24, 2014 Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, entered July 18, 2014 [**ECF No. 45277**] (the "ADR Order")

   B.   Notice of Hearing on Motion to Enforce ADR Order [**ECF No. 53946-1**]

   C.   Declaration of Scott Drosdick in Support of Motion to Enforce ADR Order [**ECF Nos. 53946-2** through **53946-64**]

   D.   Proposed Order for Motion to Enforce ADR Order [**ECF No. 53946-65**]

   E.   Certification of Service for Motion to Enforce ADR Order [**ECF No. 53946-66**]

---

[1] The Motion was filed on November 16, 2016 originally seeking relief against thirty-six (36) different parties named therein. The Motion was heard by this Court against several of those parties on December 8, 2016. After which hearing this Court entered Orders [ECF Nos. 54165, 54167, 54168, 54170] granting the requested relief against several of the parties named in the Motion. Since then the Motion has been adjourned and withdrawn as to several other parties named therein. To date, the Motion is pending against only three (3) remaining parties, America One Mortgage Corporation, Atlantic Trust Mortgage Corp. and K&B Capital Corp. The Motion was adjourned again as to America One Mortgage Corporation and Atlantic Trust Mortgage Corp. but the Motion is scheduled to proceed against K&B Capital Corp. on June 2, 2017 at 10:00 a.m.

F. Motion by Lehman Brothers Holdings Inc. for Authority to File Under Seal and Redact Confidential and Privileged Information from Documents Pursuant to (I) Bankruptcy Code Section 107(b), (II) Bankruptcy Rule 9018, and (III) the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF Nos. 53947, 53947-1, 53947-2**]

G. Order Granting Motion by Lehman Brothers Holdings Inc. for Authority to File Under Seal and Redact Confidential and Privileged Information from Documents Pursuant to (I) Bankruptcy Code Section 107(b), and (II) Bankruptcy Rule 9018, and (III) the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, entered December 15, 2016 [**ECF No. 54165**]

H. First Omnibus Order Granting Lehman Brothers Holdings Inc.'s Motion for Entry of an Omnibus Order (I) to Enforce Against Noncompliant Mortgage Loan Sellers, and to Compel Them to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for Their Violation of the Order, entered December 15, 2016 [**ECF No. 54167**]

I. Order Granting Lehman Brothers Holdings Inc.'s Motion for Entry of an Order Against Home Lenders of Georgia, LLC (I) to Enforce Against Home Lenders of Georgia, LLC, and to Compel It to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Home Lenders of Georgia, LLC for Its Violation of the Order, entered December 15, 2016 [**ECF No. 54168**]

J. Order Granting Lehman Brothers Holdings Inc.'s Motion for Entry of an Order Against Mortgage Experts (I) to Enforce Against Mortgage Experts, and to Compel It to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Mortgage Experts for Its Violation of the Order, entered December 15, 2016 [**ECF No. 54170**]

K. Notice of Adjournment of Hearing on Motion to Enforce ADR Order [**ECF No. 55325**] filed May 8, 2017 adjourning the Motion to June 2, 2017 at 10:00 a.m. as to America One Mortgage Corporation, Atlantic Trust Mortgage Corp., and K&B Capital Corp.

L. Notice of Adjournment of Hearing on Motion to Enforce ADR Order [**ECF No. 55410**] filed May 31, 2017 adjourning the Motion to July 27, 2017 at 10:00 a.m. as to America One Mortgage Corporation and Atlantic Trust Mortgage Corp. (the "Notice of Adjournment")

Status: This matter is going forward against K&B Capital Corp.

Dated: New York, New York
May 31, 2017

*/s/ John D. Giampolo*
William A. Maher, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (*pro hac vice*)

*Attorneys for Lehman Brothers Holdings Inc.*