UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

**LEHMAN BROTHERS HOLDINGS INC.**

Debtor.

Chapter 11

Case No. 08-13555

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE THAT** David M. Capriotti, Esq., attorney with Harris Beach PLLC, hereby withdraws her appearance on behalf of Attorney F.F. Thompson Foundation, Inc., and withdraws his request for receipt of all notices, including email notices, and pleadings given or filed in this case.

Dated: June 1, 2017
Syracuse, New York

David M. Capriotti, Esq.
HARRIS BEACH PLLC
333 West Washington St., Suite 200
Syracuse, New York 13202
Telephone: (315) 423-7100
Email: dcapriotti@harrisbeach.com
bkemail@harrisbeach.com

000506 3104961v1