B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**          Case No. 08-13555
                                                 **(jointly administered)**

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Banc of America Credit Products, Inc** | **Solus Recovery Fund III Master LP** |
|---|---|
| Name of Transferee | Transferor |

Name and Address where notices to transferee          Court Claim # (if known):   **See Attached**
should be sent:                                       Total Amount of Claim Transferred:
                                                      USD $ See Attached

Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036
Attn: Ryan Weddle / Ante Jakic
Telephone: (646) 855-7450
Fax: (646) 834-9780 / (804) 264-1108
E-mail: ryan.weddle@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com


Name and Address where transferee payments
should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Seth Denson                            Date:     6/2/2017
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIMS

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Solus Recovery Fund III Master LP, located at 410 Park Avenue - 11th Floor, New York, NY 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Banc of America Credit Products, Inc., its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. having the Claim Numbers in in the Transferred Claim Amounts as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

|   | LBHI Claim # | Transferred Claim Amount | Notes |
|---|---|---|---|
| 1 | 58233 | $838,010.83 | See Docket Reference No. 47382 |
| 2 | 58352 | $8,615,000.00 | See Docket Reference No. 43672 |
| 3 | 29557 | $14,000,000.00 | See Docket Reference No. 50081 |
| 4 | 20105 | $10,000,000.00 | See Docket Reference No. 46049 ($7,057,646.22) See Docket Reference No. 46049 ($2,942,353.78) |
| 5 | 19174 | $2,761,884.39 | See Docket Reference No. 46123 |
| 6 | 24940 | $2,336,423.00 | See Docket Reference No. 46091 |
| 7 | 24947 | $623,368.61 | See Docket Reference No. 46142 |
| 8 | 24942 | $278,324.00 | See Docket Reference No. 46115 |
| 9 | 66655 | $870,077.10 | See Docket Reference No. 46038 |
| 10 | 66368 | $386,700.93 | See Docket Reference No. 45987 |
| 11 | 24573 | $320,565.21 | See Docket Reference No. 46012 |
| 12 | 66322 | $80,605.76 | See Docket Reference No. 46021 |
|   |   | $41,110,959.83 | Total Transferred Amount |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of June 1, 2017.

Banc of America Credit Products, Inc.

By: _____
Name:
Title:   SETH DENSON
         DIRECTOR

Solus Recovery Fund III Master LP
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name: Joshua G. Sock
Title: Managing Director

US_126803491v3