**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY E-MAIL

Jacqueline Marcus
+1 (212) 310-8130
jacqueline.marcus@weil.com

June 6, 2017

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Custom House
One Bowling Green
New York, New York 10004

Re: Lehman Brothers Holdings, Inc. et al., Case No. 08-13555 (SCC) (Jointly Administered)

Dear Judge Chapman:

As you are aware, we represent Lehman Brothers Holdings, Inc. ("LBHI") and its affiliates in the above-referenced chapter 11 cases. Reference is made to the letter, dated May 4, 2017 and filed on May 17, 2017 [ECF No. 55353] (the "Letter") sent to Your Honor by Sanford A. Mohr and Tina A. Mohr (collectively, the "Mohrs").

Ordinarily, we wouldn't respond to the Letter, inasmuch as there is no contested matter or adversary proceeding pending and we are loathe to burden the Court with further correspondence. Given the incendiary nature of the allegations made against LBHI, certain of its employees, and its attorneys, however, we feel constrained to respond.

By way of background, the Mohrs filed claim number 33605, which was the subject of an objection filed by LBHI on August 12, 2013 [ECF 39348] (the "Objection"). The docket in the jointly administered cases reflects that the hearing with respect to the Objection was adjourned approximately fourteen times, over a nearly two year period, to provide the Mohrs with time to respond and appear. The Mohrs, therefore, had ample opportunity to brief the matter and submitted dozens of pages of pleadings and exhibits over the course of those two years. They were also given a full opportunity to set forth their claims during oral argument before the Court. By order, dated April 23, 2015 [ECF 49291], the Mohrs' claim was disallowed.

Rather than responding to the allegations made in the Letter, suffice it to say that LBHI and its affiliates, as well as their professionals, dispute the allegations set forth in the Letter. We would be happy to provide more specific information if the Court believes that is necessary.

Honorable Shelley C. Chapman  **Weil, Gotshal & Manges LLP**
June 6, 2017
Page 2

Thank you for your time and attention to this matter.

Respectfully submitted,

*Jacqueline Marcus*

Jacqueline Marcus

cc: Sanford A. Mohr, Tina A. Mohr
    Michael Rollin