WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:    (212) 382-3300
Facsimile:    (646) 365-6849
William A. Maher, Esq.
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone:    (303) 945-7415
Facsimile:    (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (*pro hac vice*)

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                    :
**In re**                                           :        **Chapter 11**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :        **Case No.: 08-13555 (SCC)**
                                                    :
                        **Debtors.**                :        **(Jointly Administered)**
----------------------------------------------------------------x

## CERTIFICATION OF SERVICE

I, John D. Giampolo, of full age, hereby certify as follows:

1.      I am a partner of the law firm of Wollmuth Maher & Deutsch LLP, 500 Fifth

Avenue, New York, New York 10110, attorneys for Lehman Brothers Holdings Inc., as Plan

Administrator under the confirmed modified Third Amended Joint Chapter 11 Plan of Lehman

Brothers Holdings Inc. and Its Affiliated Debtors in the above captioned chapter 11 cases.

2.      On June 2, 2017, I caused a true and correct copy of the following document to be

served via the Court's ECF filing system on the parties requesting electronic service and via email

to the party at the address listed on the service list annexed hereto, and on June 6, 2017 I caused a

true and correct copy of the following document to be served via U.S. mail to the party at the

addresses listed on the service list annexed hereto or as otherwise set forth on the service list.

> *Order Granting Lehman Brothers Holdings Inc.'s Motion for Entry of an Order Against K&B Capital Corp. (I) to Enforce Against K&B Capital Corp., and to Compel It to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against K&B Capital Corp. for Its Violation of the Order* [ECF No. 55426].

Dated: New York, New York                                */s/ John D. Giampolo*
       June 6, 2017                                                    John D. Giampolo

# Service List

K & B Capital Corp.
c/o Jeffrey W. Toback
Jeffrey W. Toback PC
753 W Park Avenue
Long Beach, NY 11561
Email: jefftoback@gmail.com

K & B Capital Corp.
C/o Choice Mortgage Bank
Attn: Michael Kodsi
40 SE Fifth St., Suite #502
Boca Raton, FL 33432

K & B Capital Corp.
555 S Federal Hwy # 340
Boca Raton, FL 33432