Nicole Gueron (ngueron@cgr-law.com)
Isaac B. Zaur (izaur@cgr-law.com)
CLARICK GUERON REISBAUM LLP
220 Fifth Avenue, 14th Floor
New York, New York 10001
Telephone:  (212) 633-4310
Facsimile:  (646) 478-9484

*Counsel for Whitebox Advisors LLC, Deer Park Road Management Company, LP, Tilden Park Capital Management LP, Prophet Capital Asset Management, Tricadia Capital Management LLC, BlueMountain Capital Management LLC, Poet Advisors, FFI Fund Ltd., FYI Ltd., Olifant Fund, Ltd., and Strongbow Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| Lehman Brothers Holdings Inc., et al., | 08-13555 (SCC) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE
AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Clarick Gueron Reisbaum LLP appears herein as counsel to Whitebox Advisors LLC, Deer Park Road Management Company, LP, Tilden Park Capital Management LP, Prophet Capital Asset Management, Tricadia Capital Management LLC, BlueMountain Capital Management LLC, Poet Advisors, FFI Fund Ltd., FYI Ltd., Olifant Fund, Ltd., and Strongbow Fund Ltd., each on behalf of their respective advisory clients, and as beneficial owners of certificates issued by residential mortgage-backed securities trusts that have asserted claims in the above-captioned Chapter 11 cases, and hereby requests, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, that all notices given or

required to be given and all papers and pleadings served or required to be served in the above-captioned Chapter 11 cases (including, but not limited to, all notices mailed to statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them), whether sent by the Clerk of the Court, the Debtors or any creditor, committee, or party in interest, be given and served upon the undersigned at the office address below and that such names and addresses be added to any master mailing list:

> Clarick Gueron Reisbaum LLP
> Nicole Gueron
> Isaac B. Zaur
> 220 Fifth Avenue, 14th Floor
> New York, New York 10001
> Telephone: (212) 633-4310
> Facsimile: (646) 478-9484
> Email: ngueron@cgr-law.com
> izaur@cgr-law.com

Dated: June 7, 2017
New York, New York

CLARICK GUERON REISBAUM LLP

By: /s/Isaac B. Zaur
Nicole Gueron (ngueron@cgr-law.com)
Isaac B. Zaur (izaur@cgr-law.com)
220 Fifth Avenue, 14th Floor
New York, New York 10001
Telephone: (212) 633-4310
Facsimile: (646) 478-9484

*Counsel for Whitebox Advisors LLC, Deer Park Road Management Company, LP, Tilden Park Capital Management LP, Prophet Capital Asset Management, Tricadia Capital Management LLC, BlueMountain Capital Management LLC, Poet Advisors, FFI Fund Ltd., FYI Ltd., Olifant Fund, Ltd., and Strongbow Fund Ltd.*