B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,          Case No.    08-13555 (SCC)
                                                                   (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| [UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn. Mr. Hugo Koller]<br>Name of Transferee | The Hongkong and Shanghai Banking Corporation Limited, Singapore branch<br><br>Name of Transferor |
|---|---|

Name and Address where notices to transferee should be sent:

Court Claim # (if known): [56671]

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Phone: [+41 442353736]
Hugo.Koller@ubs.com
Last Four Digits of Acct. #: [3463]

Date Claim Filed: 29 October 2009

Name and Address where transferee payments should be sent (if different from above):

Phone: +852 3604 7640
Last Four Digits of Acct. #: **6253**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      By: _____
Hugo Koller /Director                  Cristoforo Pavone /Associate Director
Date: 23.05.2017

UBS AG
Bahnhofstrasse 45
8001 Zurich, Switzerland



RESTRICTED

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, SINGAPORE BRANCH** ("**Transferor**"), does hereby certify that, as of 23.05.2017, 2017, it has unconditionally and irrevocably transferred and assigned to [UBS AG] ("**Transferee**"), to the extent specified below (the "**Transferred Claim**"), Transferor's right, title and interest in and to Proof of Claim Number [56671] filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (JMP) in the United States Bankruptcy Court for the Southern District of New York, solely in following amounts (the "**Claim**").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|---|---|---|---|
| [XS0213416141] | LEHMAN BROTHERS TSY BV | LEHMAN BROTHERS HOLDINGS INC | [EUR 200,000.00] |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the              of    23.05.   , 2017.

THE HONGKONG AND SHANGHAI
BANKING CORPORATION LIMITED

By: _____
Name: ANG SOK LENG
Title: PB Head of Credit Advisory, South East Asia
Tel.: +65 6658 3542

UBS AG
By: _____
Name: Hugo Moller
Title: Director
Tel.: +41442353736

Cristoforo Pavone
OCCE/OXPD-60778

RESTRICTED