Gary Gwilliam (Bar No. 33430)
Randall E. Strauss (Bar No. 168363)
**GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER**
1999 Harrison Street, Suite 1600
Oakland, California 94612-3528
Telephone:  (510) 832-5411
Fax:  (510) 832-1918
Email:  GGwilliam@giccb.com, rstrauss@giccb.com

Mark S. Bostick (Bar No. 111241)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone:  (510) 834-6600
Fax:  (510) 834-1928
Email:  mbostick@wendel.com

Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour,
Cheryl McNeil, Linda Howard-James, Isabel Guajardo and
Denise Colombo

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (SCC) |
|  | (Jointly Administered) |
| Debtors. |  |

## AFFIDAVIT OF SERVICE

I, Mark S. Bostick, an attorney, hereby certify that on **June 7, 2017**, I caused true and correct copies of the following documents to be served by my office:

**AMENDED PROOF OF CLAIM (CLAIM NO. 5222 – MICHELLE SEYMOUR)**

**AMENDED PROOF OF CLAIM (CLAIM NO. 5223 – SYLVIA VEGA-SUTFIN)**

**AMENDED PROOF OF CLAIM (CLAIM NO. 5224 – CHERYL MCNEIL)**

**AMENDED PROOF OF CLAIM (CLAIM NO. 5225 – LINDA HOWARD-JAMES)**

**AMENDED PROOF OF CLAIM (CLAIM NO. 5226 – ISABEL GUAJARDO)**

**AMENDED PROOF OF CLAIM (CLAIM NO. 5227 – COLEEN DENISE COLOMBO)**


**BY UPS OVERNIGHT MAIL:**  by enclosing said document(s) for overnight delivery, addressed to the persons listed below.

Weil, Gotshal & Manges LLP
Attn:  Jacqueline Marcus, Esq. and
767 Fifth Ave.
New York, NY  10153-0119
(*Counsel for Plan Administrator*)


DATED:  June 7, 2017                    WENDEL, ROSEN, BLACK & DEAN LLP


                                        By: _/s/ Mark S. Bostick_____
                                            Mark S. Bostick
                                            Attorneys for Claimants, Sylvia Vega-Sutfin,
                                            Michelle Seymour, Cheryl McNeil, Linda
                                            Howard-James, Isabel Guajardo and Denise
                                            Colombo