My Chi To
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Counsel to Rock-Forty-Ninth LLC, Rockefeller Center Management Corporation, Rockefeller Group Development Corporation and Rockefeller Center North, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*. | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

    PLEASE TAKE NOTICE that My Chi To of Debevoise & Plimpton LLP hereby withdraws her appearance on behalf of Rock-Forty-Ninth LLC, Rockefeller Center Management Corporation, Rockefeller Group Development Corporation and Rockefeller Center North, Inc.

    PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests to be removed from the Court's CM/ECF electronic notification service list and all other service lists and to no longer receive service of papers in the above-captioned matter.

| | |
|---|---|
| New York, New York<br>Dated: June 7, 2017 | RESPECTFULLY SUBMITTED<br><br>*/s/ My Chi To*<br>My Chi To<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 909-6836<br><br>*Counsel to Rock-Forty-Ninth LLC, Rockefeller Center Management Corporation, Rockefeller Group Development Corporation and Rockefeller Center North, Inc.* |