Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Raymond CALOZ**
Name of Transferee

**Bank Lombard Odier and Co Ltd**
Name of Transferor

Name and Address where notices to transferee should be sent:
Chemin du Tubangs 5
3960 Sierre

Phone: 4127 968 1683
Last Four Digits of Acct #: _____

Court Claim # (if known): 59233
Date Claim Filed: 09/30/2009
Amount of Claim: 30000
Portion of Claim Transferred (see Schedule I): enclosed

Phone: 22 709 3813
Last Four Digits of Acct. #: 2880

Name and Address where transferee payments should be sent (if different from above):
Banque Raifeisen,
Qu. de la Gare 6 - Sion CH

Phone: 41 27 328 1000
Last Four Digits of Acct #: 7180

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 18th of May 2017
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED MAY 26 2017 U.S. BANKRUPTCY COURT

**AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM**

**LEHMAN PROGRAM SECURITY**

**TO : THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Bank Lombard Odier & Co Ltd ("Transferor") unconditionally and irrevocably transferred to **Mr Raymond CALOZ** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 59233), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule 1 hereto against Lehman Brothers Holdings, Inc. (The "Debtor"), Chapter 11 Case No. : 88-13555(JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of :

Date : __May 11, 2017__                                        Date : 17, 05, 2017

**Transferor**                                                 **Transferee**

Bank Lombard Odier & Co Ltd                                    Mr Raymond CALOZ,
                                                               5 Chemin du Tubang
11 Rue de la corraterie                                        ~~Avenue de Champel~~

1204 Geneva, Switzerland                                       ~~1206 Geneva 1, Switzerland~~
                                                               3960 Sierre

Signature(s) : ___José Filella___                              Signature(s) : _____
              Senior Vice President

Signature(s) : _____                                      Signature(s) : _____
              Thierry Crottaz
              Assistant Vice President

## SCHEDULE 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0324890440 | 59233 | 09/30/2009 | Lehman Brothers Treasury BV | CHF 30'000 |