B210A (Form 210A) (12/09)

FILED / RECEIVED
MAY 2 5 2017
EPIQ BANKRUPTCY SOLUTIONS, LLC

JUN - 1 2017

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.        Case No. 08-13555

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

HSBC BANK (URUGUAY) S.A.            [Bank Hapoalim]
Name of Transferee                  Name of Transferor

Name and Address where notices to transferee should be sent:

25 DE MAYO 471
MONTEVIDEO,
URUGUAY.
ZIP CODE 11.200.

Court Claim # (if known): 55855
Total Amount of Claim Filed:
Amount of Claim Transferred: SEE ATTACHED SCHEDULE
ISIN/CUSIP:
Blocking Number:
Date Claim Filed:

Phone:
Last Four Digits of Acct #: _____

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HSBC BANK (URUGUAY) S.A.
By: _____    Date: _____
Transferee/Transferee's Agent

LEONARDO CELLA        JOAQUINA DOMINGUEZ
RM Premier            GERENTE SUCURSAL COLONIA

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

<u>Schedule 1</u>

### Transferred Claims

#### Purchased Claim

USD50,000 of USD74,355,494 (the outstanding amount of the Proof of Claim as of October 16, 2009 together with interest and other recoveries due)

Blocking number: 605 2955

#### Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity |
|---|---|---|---|---|---|---|
| Lehmans Program Security | XS0.340592681 | Lehman Brothers Treasury N.V. | Lehman Brothers Holding Inc. NY | USD50,000 | n/a | 15/02/2023 |