Banque Cramer & Cie SA
Avenue de Miremont 22
Case postale 403
CH-1211 Genève 12
T +41 58 218 60 00



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: LEHMAN BROTHERS HOLDINGS INC
ONE BOWLING GREEN
NEW YORK, NY 10004-1408



30 mai 2017
teamsupport@banquecramer.ch, +41 58 218 60 17

**RE: Claim Transfer**

Dear Sir, Madam,

Please find the attached original duly signed documents for your perusal.

- Partial Transfer of Claim other than for Security
- Evidence of Transfer of Claim

If you have any additional questions, or you need any supplementary documents in order to complete your files, please do not hesitate to contact me, or Mr. Vernet.

Kind regards,

Banque Cramer & Cie SA

Sinem Acar
Authorized Agent

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings, Inc.,    Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee: **Banque Cramer & Cie SA**    Name of Transferor: **Coutts & Co AG**
                                                                       Zurich, Switzerland

Court Claim #:    XXXXX    Court Claim #:    45221
Date Claim Filed:    xx/xx/xxxx    Date Claim Filed:    10/23/2009

Name and Address where notices to transferee should be sent:

Banque Cramer & Cie SA
Attn: Middle Office
Avenue de Miremont 22
Case postale 403
CH-1211 Genève 12
Switzerland

Amount of Claim: Note: This is a partial transfer of claim. See attached Evidence of Transfer of Claim for Details

Phone: 00 41 58 218 60 17
Email: teamsupport@banquecramer.ch
Last Four Digits of Acct #:

Phone:
Email:
Last Four Digits of Acct. #:   n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:
Email:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 05/30/2017
    Transferee
    E. VERNET    Sinem ACAR

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Coutts & Co Ltd, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Banque Cramer & Cie SA, Avenue de Miremont 22, Case Postale 403, 1211 Genève 12, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 20 January 2017

RBS Coutts Bank AG

By: _____
Name: Kurt Hauser
Title: Associate

By: _____
Name: Hans-Peter Schmid
Title: Director

## SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0257807874 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | USD   150'000.00 |