Chester B. Salomon
Alec P. Ostrow
BECKER, GLYNN, MUFFLY
CHASSIN & HOSINSKI LLP
299 Park Avenue
New York, New York 10171
Telephone: (212) 888-3033
Facsimile: (212) 888-0255

Kathy D. Patrick (*pro hac vice pending*)
Robert J. Madden (*pro hac vice pending*)
David Sheeren (*pro hac vice pending*)
GIBBS & BRUNS, LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903

*Attorneys for the Institutional Investors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| In re | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC., et al.,** | : | **Case No. 08-13555 (SCC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

------------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, David Sheeren, request admission, pro hac vice, before the Honorable Shelley C. Chapman, to represent AEGON USA Investment Management, LLC, Blackrock Financial Management, Inc., Cascade Investment, L.L.C., The Federal Home Loan Bank of Atlanta, Goldman Sachs Asset Management, L.P., Invesco Advisers, Inc., Kore Advisors, L.P., Metropolitan Life Insurance Company, Pacific Investment Management Company LLC, SeaLink Funding Limited, The TCW Group, Inc., Thrivent Financial for Lutherans, Voya Investment

Management, and Western Asset Management Company (the "Institutional Investors"), in the above-referenced cases.

I certify that I am a member in good standing of the bar in the State of Texas, and that I have been admitted to practice in the United States District Court for the Southern District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 9, 2017
Houston, Texas

By:   /s/ David Sheeren_____
GIBBS & BRUNS, LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903
Email: dsheeren@gibbsbruns.com

*Attorneys for the Institutional Investors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
In re                                                          :          Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS, INC., et al.,                        :          Case No. 08-13555 (SCC)
                                                               :
                              Debtors.                         :          (Jointly Administered)
---------------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon the motion of David Sheeren, Esq., to be admitted pro hac vice, to represent AEGON USA Investment Management, LLC, Blackrock Financial Management, Inc., Cascade Investment, L.L.C., The Federal Home Loan Bank of Atlanta, Goldman Sachs Asset Management, L.P., Invesco Advisers, Inc., Kore Advisors, L.P., Metropolitan Life Insurance Company, Pacific Investment Management Company LLC, SeaLink Funding Limited, The TCW Group, Inc., Thrivent Financial for Lutherans, Voya Investment Management, and Western Asset Management Company (the "Institutional Investors"), in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Texas, it is hereby

**ORDERED**, that David Sheeren, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, to represent the Institutional Investors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:          _____, 2017
                New York, New York

                                                    _____
                                                    HONORABLE SHELLY C. CHAPMAN
                                                    UNITED STATES BANKRUPTCY JUDGE