# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
LEHMAN BROTHERS HOLDINGS, INC., et al.,              : Case No. 08-13555 (SCC)
                                                     :
                                 Debtors.            : (Jointly Administered)
------------------------------------------------------------------------x

## ORDER GRANTING
## THE INSTITUTIONAL INVESTORS' MOTION TO INTERVENE

Upon consideration of the Motion of AEGON USA Investment Management, LLC, Blackrock Financial Management, Inc., Cascade Investment, L.L.C., The Federal Home Loan Bank of Atlanta, Goldman Sachs Asset Management, L.P., Invesco Advisers, Inc., Kore Advisors, L.P., Metropolitan Life Insurance Company, Pacific Investment Management Company LLC, SeaLink Funding Limited, The TCW Group, Inc., Thrivent Financial for Lutherans, Voya Investment Management, and Western Asset Management Company (the "Institutional Investors") to Intervene in Support of: (A) the RMBS Settlement, (B) the Plan Administrator's 9019 Motion (ECF 55232), and (C) Entry by the Court of the Trustee Findings and Bar Order (the "Intervention Motion");[1] and it appearing that the Court has jurisdiction to consider the Intervention Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having considered the Intervention Motion and any other pleadings or statements filed in relation thereto; and the Court having determined that the relief requested in the Intervention Motion is in the best interest of the Debtors, their estates and creditors; and it appearing that due and adequate notice and disclosure of the Intervention Motion has been given; and after due deliberation and sufficient cause appearing therefore,

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Intervention Motion.

1

IT IS HEREBY ORDERED THAT:

1. The Intervention Motion is granted to the extent set forth herein.

2. The Institutional Investors are authorized to intervene and appear in all matters in this bankruptcy case that relate to any of the following: (i) the RMBS Settlement Agreement, (ii) the 9019 Motion, and (iii) entry by the Court of the Trustee Findings and an order barring investors in the Participating Trusts from asserting claims against the Accepting Trustees with respect to their evaluation and acceptance of the Settlement Agreement, as such terms are defined or discussed in the Intervention Motion. Such authorization includes but is not limited to filing briefs and papers in support of the RMBS Settlement, responding to objections to the RMBS Settlement, and participating fully in all hearings, all discovery proceedings, and all conferences that concern matters identified in this paragraph. Such authorization shall be subject to the terms and conditions of this Order and any other direction of this Court.

3. To the extent that the Institutional Investors elect to file memoranda, seek relief, or otherwise be heard, they shall comply with and be bound by any existing and future Scheduling Order, to the extent not inconsistent with this Order.

4. The Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation or implementation of this Order.

SO ORDERED:

Dated: New York, New York
_____, 2017

_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

2