IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
In re                                             :        Chapter 11
                                                  :
LEHMAN BROTHERS HOLDINGS, INC., et al.,           :        Case No. 08-13555 (SCC)
                                                  :
                    Debtors.                      :        (Jointly Administered)
------------------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon the motion of David Sheeren, Esq., to be admitted pro hac vice, to represent AEGON USA Investment Management, LLC, Blackrock Financial Management, Inc., Cascade Investment, L.L.C., The Federal Home Loan Bank of Atlanta, Goldman Sachs Asset Management, L.P., Invesco Advisers, Inc., Kore Advisors, L.P., Metropolitan Life Insurance Company, Pacific Investment Management Company LLC, SeaLink Funding Limited, The TCW Group, Inc., Thrivent Financial for Lutherans, Voya Investment Management, and Western Asset Management Company (the "Institutional Investors"), in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Texas, it is hereby

**ORDERED**, that David Sheeren, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, to represent the Institutional Investors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:      June 9, 2017
            New York, New York

                                        /S/ Shelley C. Chapman
                                        HONORABLE SHELLEY C. CHAPMAN
                                        UNITED STATES BANKRUPTCY JUDGE