**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 54984, 55021,
: 55173, 55366
------------------------------------------------------------------ X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 23, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 23, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                            */s/ Forrest Kuffer*
                                                                            Forrest Kuffer

Sworn to before me this
24th day of May, 2017
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000120358798 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 24841



AMPERL, MARKUS
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

AMPERL, MARKUS
TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA
LAUTENSACKSTRASSE 12
MUNCHEN 80687
 GERMANY

Please note that your claim # 555404-62 in the above referenced case and in the amount of $8,520.60 has been transferred (unless previously expunged by court order)

CITIBANK PRIVATKUNDEN AG & CO. KGAA
ATTN: WILHELM HUELSKEN
KASERNENSTRASSE 10
DUSSELDORF 40213
 GERMANY

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER                        in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/23/2017              Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 23, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AMPERL, MARKUS | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, LAUTENSACKSTRASSE 12, MUNCHEN 80687 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: CRT SPECIAL INVESTMENTS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: UNITED STATES DEBT RECOVERY V, LP, ATTN: BOB TUITE, 262 HARBOR DRIVE, STAMFORD, CT 06902 |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: SARAH CHAN/DIRECTOR, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: SARAH CHAN/DIRECTOR, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: SARAH CHAN/DIRECTOR, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| JESSBERGER, ROLF AND JESSBERGER, FELICITAS | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, MALERSTRASSE 9, DRESDEN 01326 GERMANY |
| UBS AG | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, ATTN: M. MOHOS I HALLER, BAHNHOFSTR. 45, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 15**