**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
:  Chapter 11
In re: :
:  Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
:  (Jointly Administered)
Debtors. :
:  Ref. Docket Nos. 55198, 55199,
:  55368, 55638
------------------------------------------------------------------ X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                     ) ss.:
COUNTY OF NEW YORK )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 24, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 24, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
25th day of May, 2017
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

THIRD POINT LOAN LLC
TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED
ATTN: LAURINE HO
390 PARK AVENUE, 18TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 55813-26 in the above referenced case and in the amount of $30,000.00 allowed at $30,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000120359792 ***           LBH TRFNTC (MERGE2, TXNUM2) 4000178478



J.P. MORGAN SECURITIES LLC
TRANSFEROR: THIRD POINT LOAN LLC
ATTN: JEFFREY L. PANZON MAIL CODE NY1-E054
4 NEW YORK PLAZA, FLOOR 15
NEW YORK, NY 10004

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER      55368      in your objection. If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/24/2017                              Vito Genna, Clerk of Court

/s/ Tony Persaud
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 24, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| ICCREA BANCA S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MARIANNA VENTRE, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E054, 4 NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E054, 4 NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY-E054, 4 NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E054, 4 NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E054, NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E05, NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E05, NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY-E054, 4 NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E05, NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E05, NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E054, NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E054, NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E05, NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: SIMON ORR, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: SIMON ORR, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: SIMON ORR, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: SIMON ORR, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: SIMON ORR, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: SIMON ORR, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: SIMON ORR, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: MEREDITH SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: MEREDITH SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: MEREDITH SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: MEREDITH SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: MEREDITH SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |

| Claim Name | Address Information |
|---|---|
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: MEREDITH SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: MEREDITH SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: MEREDITH SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: MEREDITH SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: MEREDITH SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: MEREDITH SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: MEREDITH SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: MEREDITH SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: MEREDITH SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 | TRANSFEROR: SERENGETI LYCAON MM L.P., C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 | TRANSFEROR: SERENGETI LYCAON MM L.P., C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 | TRANSFEROR: SERENGETI LYCAON MM L.P., C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 | TRANSFEROR: SERENGETI LYCAON MM L.P., C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 | TRANSFEROR: SERENGETI LYCAON MM L.P., C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 | TRANSFEROR: SERENGETI LYCAON MM L.P., C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 | TRANSFEROR: SERENGETI LYCAON MM L.P., C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| THIRD POINT LOAN LLC | TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ATTN: LAURINE HO, 390 PARK AVENUE, 18TH FLOOR, NEW YORK, NY 10022 |
| THIRD POINT LOAN LLC | TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ATTN: LAURINE HO, 390 PARK AVENUE, 18TH FLOOR, NEW YORK, NY 10022 |
| THIRD POINT LOAN LLC | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED, ATTN: LAURINE HO, 390 PARK AVENUE, 18TH FLOOR, NEW YORK, NY 10022 |
| THIRD POINT LOAN LLC | TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ATTN: LAURINE HO, 390 PARK AVENUE, 18TH FLOOR, NEW YORK, NY 10022 |
| THIRD POINT LOAN LLC | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED, ATTN: LAURINE HO, 390 PARK AVENUE, 18TH FLOOR, NEW YORK, NY 10022 |
| THIRD POINT LOAN LLC | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED, ATTN: LAURINE HO, 390 PARK AVENUE, 18TH FLOOR, NEW YORK, NY 10022 |
| THIRD POINT LOAN LLC | TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ATTN: LAURINE HO, 390 PARK AVENUE, 18TH FLOOR, NEW YORK, NY 10022 |
| THIRD POINT LOAN LLC | TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ATTN: LAURINE HO, 390 PARK AVENUE, 18TH FLOOR, NEW YORK, NY 10022 |
| THIRD POINT LOAN LLC | TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ATTN: LAURINE HO, 390 PARK AVENUE, 18TH FLOOR, NEW YORK, NY 10022 |
| THIRD POINT LOAN LLC | TRANSFEROR: BARCLAYS BANK PLC, ATTN: LAURINE HO, 390 PARK AVENUE, 18TH FLOOR, NEW YORK, NY 10022 |
| THIRD POINT LOAN LLC | TRANSFEROR: BARCLAYS BANK PLC, ATTN: LAURINE HO, 390 PARK AVENUE, 18TH FLOOR, |

| Claim Name | Address Information |
|---|---|
| THIRD POINT LOAN LLC | NEW YORK, NY 10022 |
| THIRD POINT LOAN LLC | TRANSFEROR: BARCLAYS BANK PLC, ATTN; LAURINE HO, 390 PARK AVENUE, 18TH FLOOR, NEW YORK, NY 10022 |
| THIRD POINT LOAN LLC | TRANSFEROR: BARCLAYS BANK PLC, ATTN: LAURINE HO, 390 PARK AVENUE, 18TH FLOOR, NEW YORK, NY 10022 |

**Total Creditor Count 56**