IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                            :    Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS, INC., et al.,                          :    Case No. 08-13555 (SCC)
                                                                 :
                    Debtors.                                     :    (Jointly Administered)
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

Heather Hill, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in Astoria, New York.

2. On June 9, 2017, I served upon the Parties set out in Exhibits A, B and C a true and correct copy of the (1) Motion to Intervene and its attachments, dated June 9, 2017, (2) the Application for Pro Hac Vice Admission of Kathy D. Patrick (3) the Application for Pro Hac Vice Admission of Robert J. Madden and (4) the Application for Pro Hac Vice Admission of David Sheeren (together, the "Motion"). I did so by sending the Motion in a properly marked and sealed envelope, via Federal Express, to those parties listed in Exhibit A; by mailing the Motion in a properly marked and sealed envelope, via first class mail to those parties listed in Exhibit B; and by sending the Motion, via email to those parties listed in Exhibit C.

_____
Heather Hill

Sworn to before me this
9th day of June 2017

_____
Notary Public
LISA S. WINKLER
Notary Public, State of New York
No. 01WI6080045
Qualified in New York County
Commission Expires September 3, 2018