**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------  x
                                                                     :   Chapter 11
In re:                                                               :
                                                                     :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                               :
                                                                     :   (Jointly Administered)
                         Debtors.                                    :
                                                                     :   Ref. Docket Nos. 54980, 55372,
                                                                     :   55385, 55387, 55393, 55395,
                                                                     :   55397, 55399, 55401, 55402
-------------------------------------------------------------------  X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 31, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 31, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
1st day of June, 2017
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in the Westchester County
Commission Expires November 2, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:  BAR(23) MAILID *** 000120451475 ***    LBH TRFNTC (ADDRESS2, ADRKEYID3) 22279



BANK HAPOALIM B.M.
18851 NE 29TH AVE
MIAMI, FL 33180

BANK HAPOALIM B.M.
ATTN: DAVID HERTZ & HAROLD J. WEISSLER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

Please note that your claim # 5155854-40 in the above referenced case and in the amount of $80,000.00 allowed at $80,746.67 has been transferred (unless previously expunged by court order)

ISRAEL DISCOUNT BANK OF NEW YORK
TRANSFEROR: BANK HAPOALIM B.M.
ATTN: CUSTODY OPS
511 5TH AVE
NEW YORK, NY 10017

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER  55385  in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/31/2017           Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 31, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| BANCA MEDIOLANUM S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: HEAD OF OPERATION CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO (MI) 20080 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK HAPOALIM B.M. | 50, ROTHSCHILD BLVD, 66883 TEL AVIV   ISRAEL |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: DBS BANK (HONG KONG) LIMITED, ATTN: PATRIKK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED, ATTN: SCOTT R. EVAN, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GN3 SIP LIMITED, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: ABSALON II, LTD., ATTN: MICHAEL ELIASON, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE STRATEGIC, LTD., 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CREDIT FUND GOLDEN LTD (F/K/A SEB CREDIT), 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE MASTER FUND II, LTD., 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | JAIME A. MADELL, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| DBS BANK (HONG KONG) LIMITED | ATTN: "PRIVATE BANKING", 11TH FLOOR, THE CENTER, 99 QUEEN'S ROAD CENTRAL, CENTRAL   HONG KONG |
| ISRAEL DISCOUNT BANK OF NEW YORK | TRANSFEROR: BANK HAPOALIM B.M., ATTN: CUSTODY OPS, 511 5TH AVE, NEW YORK, NY 10017 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-4, ATTN: JOHN RAGUSA; 1585 BROADWAY, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-4, ATTN: JOHN RAGUSA; 1585 BROADWAY, NEW YORK, NY 10036 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JON ZINMAN, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JON ZINMAN, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JON ZINMAN, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JON ZINMAN, 410 PARK |

| Claim Name | Address Information |
|---|---|
| SOLA LTD. | AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JON ZINMAN, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JON ZINMAN, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JON ZINMAN, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JON ZINMAN, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., ATTN: JON ZINMAN, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE - 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE - 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE - 11TH FLOOR, NEW YORK, NY 10022 |
| VALIANT BANK AG | F/K/A VALIANT PRIVATBANK AG, BUNDESPLATZ 4, PO BOX, BERN 3001 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| ZAHRINGER PRIVATBANK AG, 3011 BERN | TRANSFEROR: VALIANT BANK AG, |

**Total Creditor Count 42**