**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
                               :       Chapter 11

In re:                          :

LEHMAN BROTHERS HOLDINGS, INC., *et al.*    :       Case No. 08-13555 (SCC)

                               :       (Jointly Administered)

                Debtors.       :

                               :       Ref. Docket Nos. 55388, 55389,
                               :       55390, 55391, 55394
------------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                         ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 1, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 1, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Konstantina Haidopoulos*
                                        Konstantina Haidopoulos

Sworn to before me this
2nd day of June, 2017
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in the Westchester County
Commission Expires November 2, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:

J.P. MORGAN SECURITIES LLC
TRANSFEROR: THIRD POINT LOAN LLC
ATTN: JEFFREY L. PANZON MAIL CODE NY1-E054
4 NEW YORK PLAZA, FLOOR 15
NEW YORK, NY 10004

Please note that your claim # 55813-26 in the above referenced case and in the amount of $30,000.00 allowed at $30,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000120451517 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000178531



BKM HOLDINGS (CAYMAN) LTD.
TRANSFEROR: J.P. MORGAN SECURITIES LLC
C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT
ATTN: JENNIFER DONOVAN
520 MADISON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          55391          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/01/2017                    Vito Genna, Clerk of Court

                    /s/ Lauren Rodriguez

                    EPIQ BANKRUPTCY SOLUTIONS, LLC

                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 1, 2017.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CLARIDEN LEU LTD, LEGAL PRODUCTS & SERVICES, PO BOX, ZURICH CH-8010 SWITZERLAND |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E054, 4 NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E054, 4 NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY-E054, 4 NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E054, 4 NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E054, NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E05, NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |

| Claim Name | Address Information |
|---|---|
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E05, NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY-E054, 4 NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E05, NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E054, NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E054, NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E05, NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: THIRD POINT LOAN LLC, ATTN: JEFFREY L. PANZON MAIL CODE NY1-E05, NEW YORK PLAZA, FLOOR 15, NEW YORK, NY 10004 |
| REGIOBANK SOLOTHURN AG | TRANSFEROR: UBS AG, C/O FINANZ-LOGISTIK AG, ATTN: MARCEL LEDERGERBER, ROSENBERGSTRASSE 16, ST. GALLEN 9004 SWITZERLAND |
| REGIOBANK SOLOTHURN AG | TRANSFEROR: UBS AG, C/O FINANZ-LOGISTIK AG, ATTN: MARCEL LEDERGERBER, ROSENBERGSTRASSE 16, ST. GALLEN 9004 SWITZERLAND |
| REGIOBANK SOLOTHURN AG | TRANSFEROR: UBS AG, C/O FINANZ-LOGISTIK AG, ATTN: MARCEL LEDERGERBER, ROSENBERGSTRASSE 16, ST. GALLEN 9004 SWITZERLAND |
| REGIOBANK SOLOTHURN AG | TRANSFEROR: UBS AG, C/O FINANZ-LOGISTIK AG, ATTN: MARCEL LEDERGERBER, ROSENBERGSTRASSE 16, ST. GALLEN 9004 SWITZERLAND |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | TRANSFEROR: RBS COUTTS BANK AG, BAHNHOFSTRASSE 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: RBS COUTTS BANK AG, BAHNHOFSTRASSE 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: RBS COUTTS BANK AG, BAHNHOFSTRASSE 45, ZURICH 8001 SWITZERLAND |
| VAN LANSCHOT | TRANSFEROR: BANK JULIUS BAER & CO. LTD., |

**Total Creditor Count 39**