**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :   Chapter 11
In re:                                                           :
                                                                 :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*                         :
                                                                 :   (Jointly Administered)
                          Debtors.                               :
                                                                 :   Ref. Docket Nos. 55412 and 55413
                                                                 :
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 5, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 5, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Konstantina Haidopoulos*
                                                    Konstantina Haidopoulos

Sworn to before me this
6th day of June, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000120503550 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 30545



BANK J. SAFRA SARASIN LTD
ATTN: FRANK LINK, SENIOR LEGAL COUNSEL
ATTN: PATRICK GRIBI, HEAD LEGAL CLIENTS & CORPORATE
ELISABETHENSTRASSE 62
PO BOX
BASEL CH-4002
 SWITZERLAND

BANK J. SAFRA SARASIN LTD
TRANSFEROR: BNP PARIBAS (SUISSE) SA
ATTN: PETER HSU
BAER & KARRER AG
BRANDSCHENKESTRASSE 90
CH-8027 ZURICH
 SWITZERLAND

Please note that your claim # 35896-02 in the above referenced case and in the amount of $147,798.00 allowed at $146,771.99 has been transferred (unless previously expunged by court order)

BANK JULIUS BAER & CO. LTD., SINGAPORE
TRANSFEROR: BANK J. SAFRA SARASIN LTD
ATTN: PATRIK ROOS
BAHNOFSTRASSE 36
ZURICH CH-8010
 SWITZERLAND

No action is required if you do not object to the transfer of your claim. However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    55412    in your objection. If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/05/2017                Vito Genna, Clerk of Court

/s/ Tony Persaud
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 5, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANK J. SAFRA SARASIN LTD | TRANSFEROR: BNP PARIBAS (SUISSE) SA, ATTN: PETER HSU, BAER & KARRER AG, BRANDSCHENKESTRASSE 90, CH-8027 ZURICH  SWITZERLAND |
| BANK J. SAFRA SARASIN LTD | ATTN: FRANK LINK, SENIOR LEGAL COUNSEL, ATTN: PATRICK GRIBI, HEAD LEGAL CLIENTS & CORPORATE, ELISABETHENSTRASSE 62, PO BOX, BASEL CH-4002 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: VALIANT BANK AG, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD., SINGAPORE | TRANSFEROR: BANK J. SAFRA SARASIN LTD, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| VALIANT BANK AG | F/K/A VALIANT PRIVATBANK AG, BUNDESPLATZ 4, PO BOX, BERN 3001 SWITZERLAND |

**Total Creditor Count 5**