**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re:
:  Chapter 11
:
:  Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*
:  (Jointly Administered)
Debtors.
:  Ref. Docket Nos. 55417, 55418, 55422
:
------------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 6, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 6, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
6th day of June, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or otehwise being assigned the claim.

To:

SOLUS RECOVERY FUND III MASTER LP
TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC.
C/O SOLUS ALTERNATIVE ASSET MANAGEMENT
410 PARK AVENUE 11TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 24573 in the above referenced case and in the amount of $331,402.23 allowed at $320,565.21 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000120517794 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000178625



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: SOLUS RECOVERY FUND III MASTER LP
C/O BOA MERRILL LYNCH; ATTN: RYAN WEDDLE/ ANTE JAKIC
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim. However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     55422     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/06/2017          Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 6, 2017.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS RECOVERY FUND III MASTER LP, C/O BOA MERRILL LYNCH; ATTN: RYAN WEDDLE/ ANTE JAKIC, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| ETON PARK FUND, LP | ATTN: TERRENCE AQUINO, 399 PARK AVENUE, 10TH FLOOR, ATTN: TERENCE AQUINO, NEW YORK, NY 10022 |
| ETON PARK FUND, LP | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| ETON PARK FUND, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: SERGE TODOROVICH, 399 PARK AVENUE, 10TH FLOOR, NEW YORK, NY 10022 |
| ETON PARK FUND, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: SERGE TODOROVICH, 399 PARK AVENUE, 10TH FL, NEW YORK, NY 10022 |
| ETON PARK FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O ETON PARK CAPITAL MANAGEMENT LP, ATTN: SERGE TODOROVICH, 399 PARK AVENUE, 10TH FLOOR, NEW YORK, NY 10022 |
| ETON PARK FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O ETON PARK CAPITAL MANAGEMENT LP, ATTN: SERGE TODOROVICH, 399 PARK AVENUE, 10TH FLOOR, NEW YORK, NY 10022 |
| ETON PARK FUND, LP | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, ATTN: SERGE TODOROVICH, 399 PARK AVENUE, 10TH FLOOR, NEW YORK, NY 10022 |
| ETON PARK FUND, LP | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC, ATTN: SERGE TODOROVICH, 399 PARK AVENUE, 10TH FLOOR, NEW YORK, NY 10022 |
| ETON PARK FUND, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: SERGE TODOROVICH, 399 PARK AVENUE, 10TH FLOOR, NEW YORK, NY 10022 |
| ETON PARK FUND, LP | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: SERGE TODOROVICH, 399 PARK AVENUE, 10TH FL, NEW YORK, NY 10022 |
| ETON PARK MASTER FUND, LTD. | ATTN: TERENCE AQUINO, 399 PARK AVENUE, 10TH FLOOR, ATTN: TERENCE AQUINO, NEW YORK, NY 10022 |
| ETON PARK MASTER FUND, LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| ETON PARK MASTER FUND, LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: SERGE TODOROVICH, 399 PARK AVENUE, 10TH FL, NEW YORK, NY 10022 |
| ETON PARK MASTER FUND, LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: SERGE TODOROVICH, 399 PARK AVENUE, 10TH FL, NEW YORK, NY 10022 |
| ETON PARK MASTER FUND, LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O ETON PARK CAPITAL MANAGEMENT, L.P., ATTN: SEGE TODOROVICH, 399 PARK AVENUE, 10TH FLOOR, NEW YORK, NY 10022 |
| ETON PARK MASTER FUND, LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O ETON PARK CAPITAL MANAGEMENT, L.P., ATTN: SERGE TODOROVICH, 399 PARK AVENUE, 10TH FLOOR, NEW YORK, NY 10022 |
| ETON PARK MASTER FUND, LTD. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, ATTN: SERGE TODOROVICH, 399 PARK AVENUE, 10TH FLOOR, NEW YORK, NY 10022 |
| ETON PARK MASTER FUND, LTD. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC, ATTN: SERGE TODOROVICH, 399 PARK AVENUE, 10TH FLOOR, NEW YORK, NY 10022 |
| ETON PARK MASTER FUND, LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: SERGE TODOROVICH, 399 PARK AVENUE, 10TH FL, NEW YORK, NY 10022 |
| ETON PARK MASTER FUND, LTD. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: SERGE TODOROVICH, 399 PARK AVENUE, 10TH FL, NEW YORK, NY 10022 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: ETON PARK FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: ETON PARK FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: ETON PARK FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: ETON PARK FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: ETON PARK FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |

| Claim Name | Address Information |
|---|---|
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: ETON PARK FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: ETON PARK FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: ETON PARK FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: ETON PARK FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: ETON PARK MASTER FUND, LTD., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: ETON PARK MASTER FUND, LTD., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: ETON PARK MASTER FUND, LTD., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: ETON PARK MASTER FUND, LTD., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: ETON PARK MASTER FUND, LTD., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: ETON PARK MASTER FUND, LTD., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: ETON PARK MASTER FUND, LTD., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: ETON PARK MASTER FUND, LTD., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| SOLUS RECOVERY FUND III MASTER LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE 11TH FLOOR, NEW YORK, NY 10022 |

**Total Creditor Count 40**