**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------- x
                                                                  :   Chapter 11
In re:                                                            :
                                                                  :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                            :
                                                                  :   (Jointly Administered)
                                       Debtors.                   :
                                                                  :   Ref. Docket Nos. 55394, 55396,
                                                                  :   55398, 55400
----------------------------------------------------------------- X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 8, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 8, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
8th day of June, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000120534702 ***     LBH TRFNTC (MERGE2, TXNUM2) 4000162060



CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: ABSALON II, LTD.
1615 BRETT ROAD, BLDG 3
NEW CASTLE, DE 19720

Please note that your claim # 11307-17 in the above referenced case and in the amount of $521,794.13 allowed at $516,928.26 has been transferred (unless previously expunged by court order)

ULTRA MASTER LTD
TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
410 PARK AVENUE- 11TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     55400     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/08/2017          Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 8, 2017.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE MASTER FUND II, LTD., 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GN3 SIP LIMITED, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE 110 LIMITED, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CREDIT FUND GOLDEN LTD (F/K/A SEB CREDIT), 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE ENTRUST MASTER FUND SPC  O/B/O AND ACCOUNT FOR, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GN3 SIP LIMITED, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: ABSALON II, LTD., 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE STRATEGIC, LTD., 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CREDIT FUND GOLDEN LTD (F/K/A SEB CREDIT), 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | JAMIE A. MADELL, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| JESSBERGER, ROLF AND FELICITAS | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, MALERSTRASSE 9, DRESDEN 01326 GERMANY |
| JESSBERGER, ROLF AND FELICITAS | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE - 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE - 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE - 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE- 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET |

| Claim Name | Address Information |
|---|---|
| ULTRA MASTER LTD | MANAGEMENT LP, 410 PARK AVENUE- 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE- 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE- 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE- 11TH FLOOR, NEW YORK, NY 10022 |

**Total Creditor Count 32**