FILED / RECEIVED

JUN 0 1 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice (the "Transferred Claim").

Lehman Brothers U.K. Holdings (Delaware) Inc.
Name of Transferee

Deutsche Securities Trust, on behalf of Deutsche Communications Fund (f/k/a DWS Communications Fund, Inc.)
Name of Transferor

Court Claim # (if known): 68105
Amount of Claim as Filed: $12,747,152.26
Amount of Claim Transferred: $12,747,152.26
Date Claim Filed: May 21, 2012
Debtor: Lehman Brothers Holdings Inc.

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Transferred Claim to the Transferee at the address below.

Transferee: Lehman Brothers U.K. Holdings (Delaware) Inc.

Address: 1271 Avenue of the Americas, 40th Floor
New York, NY 10020
United States of America

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: AUGUST 10, 2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Deutsche Securities Trust, on behalf of Deutsche Communications Fund (f/k/a Deutsche Communications Fund, Inc.) ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Lehman Brothers U.K. Holdings (Delaware) Inc. ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, all $12,747,152.26 of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (SCC) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of proof of claim number 68105 filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 10th day of August 2016.

Deutsche Securities Trust, on behalf of Deutsche Communications Fund formerly known as DWS Communications Fund, Inc.

By: _____
Name: John Millette
Title: Vice President and Secretary

Lehman Brothers U.K. Holdings (Delaware) Inc.

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Deutsche Securities Trust, on behalf of Deutsche Communications Fund (f/k/a Deutsche Communications Fund, Inc.) ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Lehman Brothers U.K. Holdings (Delaware) Inc. ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, all $12,747,152.26 of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (SCC) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of proof of claim number 68105 filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 10th day of August 2016.

Deutsche Securities Trust, on behalf of Deutsche Communications Fund formerly known as DWS Communications Fund, Inc.

By: _____
Name:
Title:

Lehman Brothers U.K. Holdings (Delaware) Inc.

By: _Clifford Jl_
Name: _Clifford Feaws_
Title: _Senior Vice President_