**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $5,108,437.31 of or an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"), of **TRC Master Fund LLC** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $5,108,437.31 | 21748 |

has been transferred and assigned to **Citigroup Financial Products Inc.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $5,108,437.31 of or an undivided 100% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | **CITIGROUP FINANCIAL PRODUCTS INC.** | ASSIGNOR: | **TRC MASTER FUND LLC**. |
| Address: | 390 Greenwich Street, 4th Floor<br>New York, NY  10013 | Address: | 100 Merrick Road, Suite 308E<br>Rockville Center, NY  11570 |

Signature: *DocuSigned by: Joelle Gawlick — 240CDA98C9F64D3...*
Name: Joelle Gavlick – Authorized Signatory
Title:
Date: June 9, 2017

Signature: _____
Name: _____
Title: _____
Date: _____

-20-

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Chapter 11 |
| | Jointly Administered |
| Debtors | |

### NOTICE OF PARTIAL TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $5,108,437.31 of or an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"), of **TRC Master Fund LLC** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $5,108,437.31 | 21748 |

has been transferred and assigned to **Citigroup Financial Products Inc.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $5,108,437.31 of or an undivided 100% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | **CITIGROUP FINANCIAL PRODUCTS INC.** | ASSIGNOR: | **TRC MASTER FUND LLC.** |
| Address: | 390 Greenwich Street, 4th Floor New York, NY 10013 | Address: | 100 Merrick Road, Suite 308E Rockville Center, NY 11570 |

| | | | |
|---|---|---|---|
| Signature: | _____ | Signature: | _[signed]_ |
| Name: | _____ | Name: | Terrel Ross |
| Title: | _____ | Title: | Managing Member |
| Date: | _____ | Date: | 6/9/17 |

-20-