UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

## NOTICE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $2,000,000.00 of or an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"), of **TRC Master Fund LLC** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $2,000,000.00 | 15826 |

has been transferred and assigned to **Citigroup Financial Products Inc.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $2,000,000.00 of or an undivided 100% ownership interest in the claim and all rights thereto.

ASSIGNEE: **CITIGROUP FINANCIAL PRODUCTS INC.**
Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature: *Joelle Gavlick* (DocuSigned by: 240CDA98C9F64D3...)
Name: Joelle Gavlick - Authorized Signatory
Title: _____
Date: _____
June 9, 2017

ASSIGNOR: **TRC MASTER FUND LLC**.
Address: 100 Merrick Road, Suite 308E
Rockville Center, NY 11570

Signature: _____
Name: _____
Title: _____
Date: _____

-21-

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

### NOTICE OF PARTIAL TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $2,000,000.00 of or an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"), of **TRC Master Fund LLC** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $2,000,000.00 | 15826 |

has been transferred and assigned to **Citigroup Financial Products Inc.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $2,000,000.00 of or an undivided 100% ownership interest in the claim and all rights thereto.

| | | | |
|---|---|---|---|
| ASSIGNEE: | **CITIGROUP FINANCIAL PRODUCTS INC.** | ASSIGNOR: | **TRC MASTER FUND LLC.** |
| Address: | 390 Greenwich Street, 4th Floor<br>New York, NY 10013 | Address: | 100 Merrick Road, Suite 308E<br>Rockville Center, NY 11570 |

| | | | |
|---|---|---|---|
| Signature: | _____ | Signature: | _/s/_ |
| Name: | _____ | Name: | Terre Vross |
| Title: | _____ | Title: | Managing Member |
| Date: | _____ | Date: | 6/9/17 |

-21-