# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc. et al          Case No.08-13555 (SCC)(Jointly Administered)
                                                       Court ID (Court Use Only) _____

## NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
## PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>Solus Opportunities Fund 1 LP | Name of Transferor:<br>SOLA LTD |
| Notices to Transferee should be sent to:<br>Solus Opportunities Fund 1 LP<br>c/o Solus Alternative Asset Management LP<br>410 Park Avenue, 11th Floor<br>New York, NY  10022<br>Fax (212) 284-4300<br>Attn: Solus Compliance Officer<br>Intralinks Access: Compliance@soluslp.com | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.# | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above):<br>Solus Opportunities Fund 1 LP<br>C/O The Bank of New York Mellon Trust Company, N.A.<br>601 Travis Street, 16th Floor<br>Houston, TX 77002-8039 | Name and Current Address of Transferor:<br>SOLA LTD<br>c/o Solus Alternative Asset Management LP<br>410 Park Avenue, 11th Floor<br>New York, NY  10022<br>Fax (212) 284-4300<br>Attn: Solus Compliance Officer<br>Intralinks Access: Compliance@soluslp.com |
| Type of Claim:  4A<br>Partial Claim Amount:  85,682,657.01<br><br>Type of Claim:  9A<br>Partial Claim Amount:  85,682,657.01 | |
| Court Claim Nos. (if known):<br>11306, 11307, 24736, 24573, 66321, 66322,  66367,<br>66368, 66653, 66655, | |
| Date Claims Filed:<br>September 10, 2009; September 22, 2009; February 23, 2010; March 5, 2010; May 20, 2010 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   _____          Date:   June 8, 2017

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 &3571.*

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

A/75391268.1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

## TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **SOLA LTD** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SOLUS OPPORTUNITIES FUND 1 LP** ("Assignee"), Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number **11307** in an amount of **$51,098,209.73** (the "Assigned Claim"), against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor- in-possession in Case No. 08-13888 (SCC) (jointly administered as *In re* Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC)) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

*(signature page follows)*

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June
 9  , 2017.


**SOLA LTD**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Josh G. Sock
Title:    Managing Director


**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Wight Martindale III
Title:    Executive Vice President

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**TO:  THE DEBTOR AND THE BANKRUPTCY COURT**

      For value received, the adequacy and sufficiency of which are hereby acknowledged, **SOLA LTD ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SOLUS OPPORTUNITIES FUND 1 LP ("Assignee")**, Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number **11306** in an amount of **$51,098,209.73** (the "<u>Assigned Claim</u>"), against <u>Lehman Brothers Holdings Inc.</u> (the "<u>Debtor</u>"), the debtor-in- possession in Case No. 08-13555 (SCC) (jointly administered as In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC)) (the "<u>Case</u>") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "<u>Bankruptcy Court</u>"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

      Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

*(signature page follows)*

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June
9 , 2017.


**SOLA LTD**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Josh G. Sock
Title:    Managing Director


**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Wight Martindale III
Title:    Executive Vice President

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

**TO:  THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **SOLA LTD** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SOLUS OPPORTUNITIES FUND 1 LP** ("Assignee"), Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number **24736** in an amount of **$6,686,918.94** (the "Assigned Claim"), against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor- in-possession in Case No. 08-13888 (SCC) (jointly administered as *In re* Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC)) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

*(signature page follows)*

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June  9 , 2017.

**SOLA LTD**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Josh G. Sock
Title:    Managing Director

**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Wight Martindale III
Title:    Executive Vice President

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**TO:  THE DEBTOR AND THE BANKRUPTCY COURT**

  For value received, the adequacy and sufficiency of which are hereby acknowledged, **SOLA LTD ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SOLUS OPPORTUNITIES FUND 1 LP ("Assignee")**, Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number **24573** in an amount of **$6,686,918.94** (the "Assigned Claim"), against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor-in- possession in Case No. 08-13555 (SCC) (jointly administered as In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC)) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

  Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

*(signature page follows)*

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June 9  , 2017.

**SOLA LTD**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:    Josh G. Sock
Title:    Managing Director

**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:    Wght Martindale III
Title:    Executive Vice President

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

## TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **SOLA LTD** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SOLUS OPPORTUNITIES FUND 1 LP** ("Assignee"), Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number **66321** in an amount of **$1,681,418.49** (the "Assigned Claim"), against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor- in-possession in Case No. 08-13888 (SCC) (jointly administered as *In re* Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC)) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

*(signature page follows)*

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June
9 , 2017.

**SOLA LTD**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Josh G. Sock
Title:    Managing Director

**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Wight Martindale III
Title:    Executive Vice President

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**TO:  THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **SOLA LTD ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SOLUS OPPORTUNITIES FUND 1 LP ("Assignee")**, Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number **66322** in an amount of **$1,681,418.49** (the "Assigned Claim"), against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor-in- possession in Case No. 08-13555 (SCC) (jointly administered as In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC)) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

*(signature page follows)*

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June __9__, 2017.

**SOLA LTD**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:    Josh G. Sock
Title:    Managing Director

**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:    Wight Martindale III
Title:    Executive Vice President

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

## TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **SOLA LTD** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SOLUS OPPORTUNITIES FUND 1 LP** ("Assignee"), Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number **66367** in an amount of **$8,066,495.34** (the "Assigned Claim"), against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor- in-possession in Case No. 08-13888 (SCC) (jointly administered as *In re* Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC)) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

*(signature page follows)*

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June
__9__, 2017.


**SOLA LTD**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Josh G. Sock
Title:    Managing Director


**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Wight Martindale III
Title:    Executive Vice President

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**TO:  THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **SOLA LTD ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SOLUS OPPORTUNITIES FUND 1 LP ("Assignee")**, Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number **66368** in an amount of **$8,066,495.34** (the "<u>Assigned Claim</u>"), against <u>Lehman Brothers Holdings Inc.</u> (the "<u>Debtor</u>"), the debtor-in- possession in Case No. 08-13555 (SCC) (jointly administered as In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC)) (the "<u>Case</u>") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "<u>Bankruptcy Court</u>"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

*(signature page follows)*

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June 9 , 2017.

**SOLA LTD**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:    Josh G. Sock
Title:    Managing Director

**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:    Wight Martindale III
Title:    Executive Vice President

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

### TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **SOLA LTD** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SOLUS OPPORTUNITIES FUND 1 LP** ("Assignee"), Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number **66653** in an amount of **$18,149,614.51** (the "Assigned Claim"), against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor- in-possession in Case No. 08-13888 (SCC) (jointly administered as *In re* Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC)) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

*(signature page follows)*

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June
9 , 2017.


**SOLA LTD**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Josh G. Sock
Title:   Managing Director



**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Wight Martindale III
Title:   Executive Vice President

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**TO:  THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **SOLA LTD ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SOLUS OPPORTUNITIES FUND 1 LP ("Assignee")**, Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number **66655** in an amount of **$18,149,614.51** (the "Assigned Claim"), against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor-in- possession in Case No. 08-13555 (SCC) (jointly administered as In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC)) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

*(signature page follows)*

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June __9__, 2017.


**SOLA LTD**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:  Josh G. Sock
Title:   Managing Director


**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:  Wight Martindale III
Title:   Executive Vice President