## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Lehman Brothers Holdings Inc. et al | Case No. 08-13555 (SCC)(Jointly Administered) |
| | Court ID (Court Use Only) _____ |

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: | Name of Transferor: |
|---|---|
| Solus Opportunities Fund 1 LP | Solus Recovery Fund Offshore Master LP |
| Notices to Transferee should be sent to: | Court Record Address of the Transferor: |
| Solus Opportunities Fund 1 LP | (Court use only) |
| c/o Solus Alternative Asset Management LP | |
| 410 Park Avenue, 11th Floor | |
| New York, NY 10022 | |
| Fax (212) 284-4300 | |
| Attn: Solus Compliance Officer | |
| Intralinks Access: Compliance@soluslp.com | |
| Last Four Digits of Acct.# | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor: |
| Solus Opportunities Fund 1 LP | Solus Recovery Fund Offshore Master LP |
| C/O The Bank of New York Mellon Trust Company, N.A. | c/o Solus Alternative Asset Management LP |
| 601 Travis Street, 16th Floor | 410 Park Avenue, 11th Floor |
| Houston, TX 77002-8039 | New York, NY 10022 |
| | Fax (212) 284-4300 |
| | Attn: Solus Compliance Officer |
| | Intralinks Access: Compliance@soluslp.com |
| Type of Claim: LBSF Class 4A | |
| Partial Claim Amount: 11,694,377.96 | |
| Type of Claim: LBHI Class 9A | |
| Partial Claim Amount: 11,694,377.96 | |
| Court Claim Nos. (if known): | |
| 21893, 21894, 23650, 23651, 67139, 67140, 67141, 67142 | |
| Date Claims Filed: | |
| September 21, 2009; October 25, 2010 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: June 13, 2017

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

A/75391268.1

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

**TO:  THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **SOLUS RECOVERY FUND OFFSHORE MASTER LP** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SOLUS OPPORTUNITIES FUND 1 LP** ("Assignee"), Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number **21894** in an amount of **$7,394,460.00** (the "Assigned Claim"), against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor- in-possession in Case No. 08-13888 (SCC) (jointly administered as *In re* Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC)) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

(*signature page follows*)

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June __9__, 2017.


**SOLUS RECOVERY FUND OFFSHORE MASTER LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Josh G. Sock
Title:   Managing Director


**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Wight Martindale III
Title:   Executive Vice President

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

**TO:  THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **SOLUS RECOVERY FUND OFFSHORE MASTER LP ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SOLUS OPPORTUNITIES FUND 1 LP ("Assignee")**, Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number **21893** in an amount of **$7,394,460.00** (the "Assigned Claim"), against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor-in- possession in Case No. 08-13555 (SCC) (jointly administered as In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC)) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

(*signature page follows*)

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June __9__, 2017.

**SOLUS RECOVERY FUND OFFSHORE MASTER LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name: Josh G. Sock
Title: Managing Director


**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name: Wight Martindale III
Title: Executive Vice President

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

**TO:  THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **SOLUS RECOVERY FUND OFFSHORE MASTER LP** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SOLUS OPPORTUNITIES FUND 1 LP** ("Assignee"), Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number **23650** in an amount of **$401,942.42** (the "Assigned Claim"), against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor- in-possession in Case No. 08-13888 (SCC) (jointly administered as *In re* Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC)) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

(*signature page follows*)

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June _9_, 2017.

**SOLUS RECOVERY FUND OFFSHORE MASTER LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:  Josh G. Seck
Title:   Managing Director


**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:  Wight Martindale III
Title:   Executive Vice President

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **SOLUS RECOVERY FUND OFFSHORE MASTER LP ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SOLUS OPPORTUNITIES FUND 1 LP ("Assignee")**, Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number **23651** in an amount of **$401,942.42** (the "Assigned Claim"), against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor-in- possession in Case No. 08-13555 (SCC) (jointly administered as In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC)) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

(*signature page follows*)

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June __9__, 2017.

**SOLUS RECOVERY FUND OFFSHORE MASTER LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Josh G. Sock
Title:   Managing Director


**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Wight Martindale III
Title:   Executive Vice President

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **SOLUS RECOVERY FUND OFFSHORE MASTER LP**("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SOLUS OPPORTUNITIES FUND 1 LP** ("Assignee"), Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number **67140** in an amount of **$3,626,494.54** (the "Assigned Claim"), against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor- in-possession in Case No. 08-13888 (SCC) (jointly administered as *In re* Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC)) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

(*signature page follows*)

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June __9__, 2017.

**SOLUS RECOVERY FUND OFFSHORE MASTER LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Josh G. Sock
Title:    Managing Director

**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Wight Martindale III
Title:    Executive Vice President

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **SOLUS RECOVERY FUND OFFSHORE MASTER LP("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SOLUS OPPORTUNITIES FUND 1 LP ("Assignee")**, Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number **67139** in an amount of **$3,626,494.54** (the "Assigned Claim"), against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor-in-possession in Case No. 08-13555 (SCC) (jointly administered as In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC)) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

(*signature page follows*)

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June __9__, 2017.

**SOLUS RECOVERY FUND OFFSHORE MASTER LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Josh G. Sack
Title:    Managing Director

**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Wight Martindale III
Title:    Executive Vice President

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **SOLUS RECOVERY FUND OFFSHORE MASTER LP** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SOLUS OPPORTUNITIES FUND 1 LP** ("Assignee"), Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number **67141** in an amount of **$271,481.00** (the "Assigned Claim"), against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor- in-possession in Case No. 08-13888 (SCC) (jointly administered as *In re* Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC)) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

(*signature page follows*)

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June 9 , 2017.

**SOLUS RECOVERY FUND OFFSHORE MASTER LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Josh G. Sock
Title:   Managing Director


**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Wight Martindale III
Title:   Executive Vice President

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

**TO:  THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **SOLUS RECOVERY FUND OFFSHORE MASTER LP ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SOLUS OPPORTUNITIES FUND 1 LP ("Assignee")**, Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number **67142** in an amount of **$271,481.00** (the "Assigned Claim"), against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor-in- possession in Case No. 08-13555 (SCC) (jointly administered as In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC)) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

(*signature page follows*)

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on June __9__, 2017.

**SOLUS RECOVERY FUND OFFSHORE MASTER LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Josh G. Sock
Title:   Managing Director


**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
its Investment Advisor

By: _____
Name:   Wight Martindale III
Title:   Executive Vice President