**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>Lehman Brothers Holdings Inc., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>Jointly Administered |
|---|---|

**CERTIFICATE OF SERVICE**

I, Ryan D. Ball, an Associate at Kasowitz Benson Torres LLP ("Kasowitz"), hereby certify that:

On June 6, 2017, I and employees of Kasowitz under my supervision and at my direction served a copy of the: *Preliminary Objection of the Investor Group to the Motion of Lehman Brothers Holdings Inc. Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. § 105(a)* [Docket No. 55432]:

Via Regular Mail upon:

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
Attn: Paul V. Shalhoub, Esq. and Todd G. Cosenza, Esq.

Rollin Braswell Fisher LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Attn: Michael A. Rollin, Esq. and Maritza D. Braswell, Esq.

Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
Attn: Kathy Patrick, Esq. and Robert Madden, Esq.

Chapman & Cutler LLP
111 West Monroe Street
Chicago, Illinois 60603
Attn: Franklin H. Top III, Esq. and Scott A. Lewis, Esq.

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
Attn: Michael S. Kraut, Esq.

Seward & Kissel LLP
1 Battery Park Plaza
New York, New York 10004
Attn: M. William Munno, Esq. and Daniel E. Guzman, Esq.

Alston & Bird LLP
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Attn: John C. Weitnauer, Esq.

Holwell Shuster & Goldberg LLP
750 Seventh Avenue, 26th Floor
New York, New York 10019
Attn: Michael S. Shuster, Esq.

Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022
Attn: Dennis Drebsky, Esq.

Via Federal Express upon:

Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn: William K. Harrington, Esq.

Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Susan D. Golden, Esq.

Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Andrea B. Schwartz, Esq.

Additionally, on June 6, 2017, I served a copy of the Preliminary Objection via email upon: pshalhoub@willkie.com; tcosenza@willkie.com; mrollin@rbf.law; mbraswell@rbf.law; kpatrick@gibbsbruns.com; rmadden@gibbsbruns.com; top@chapman.com; slewis@chapman.com; michael.kraut@morganlewis.com; munno@sewkis.com; guzman@sewkis.com; kit.weitnauer@alston.com; mshuster@hsgllp.com; ddrebsky@nixonpeabody.com; william.k.harrington@usdoj.gov; susan.golden@usdoj.gov; and andrea.b.schwartz@usdoj.gov.

Dated: June 14, 2017
New York, New York

Ryan D. Ball