UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re:                                                          :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,                          :    08-13555 (SCC)
                                                                :
            Debtors.                                            :    (Jointly Administered)
                                                                :
                                                                :    Ref. Docket No. 55536
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 13, 2017, I caused to be served the "Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts," dated June 13, 2017 [Docket No. 55536], by causing true and correct copies to be:

    i.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Catherine Henriquez*
                                        Catherine Henriquez

Sworn to before me this
14th day of June, 2017
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

| Claim Name | Address Information |
|---|---|
| ALEX R. ROVIRA, MICHAEL G. BURKE | SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| ANDREW C. GOLD | HANH V. HUYNH HERRICK, FEINSTEIN LLP 2 PARK AVE NEW YORK NY 10016 |
| CHAPMAN AND CUTLER LLP | CRAIG M. PRICE 330 MADISON AVE, 34TH FL NEW YORK NY 10017-5010 |
| CHARLES M. TATELBAUM | STEVEN E. SEWARD HINSHAW & CULBERTSON LLP 1 EAST BROWARD BOULEVARD STE 1010 FT. LAUDERDALE FL 33301 |
| ERIC A. SCHAFFER | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| JAMES E. SPIOTTO | ANN E. ACKER FRANKLIN H. TOP, III; JEREMY SCHREIBER CHAPMAN AND CUTLER LLP 111 WEST MONROE ST CHICAGO IL 60603 |
| JENNIFER C. DEMARCO | SARA M. TAPINEKIS CLIFFORD CHANCE US LLP 31 WEST 52ND ST NEW YORK NY 10019 |
| JENNIFER C. DEMARCO | DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ORRICK HERRING TON & SUTCLIFFE LLP | ATTN: STEVE J. FINK, THOMAS C. MITCHELL 51 WEST. 52ND STREET NEW YORK NY 10019 |

**Total Creditor count  9**

**EXHIBIT B**

Email List

| | |
|---|---|
| aaaronson@dilworthlaw.com | angie.owens@skadden.com |
| aalfonso@willkie.com | anthony_boccanfuso@aporter.com |
| abeaumont@fklaw.com | aostrow@beckerglynn.com |
| abraunstein@riemerlaw.com | appleby@chapman.com |
| acaton@kramerlevin.com | aquale@sidley.com |
| adam.lanza@dlapiper.com | arainone@bracheichler.com |
| adarwin@nixonpeabody.com | arancier@offitkurman.com |
| adiamond@diamondmccarthy.com | arheaume@riemerlaw.com |
| adk@msf-law.com | arosenblatt@chadbourne.com |
| aeckstein@blankrome.com | arthur.rosenberg@hklaw.com |
| aentwistle@entwistle-law.com | arwolf@wlrk.com |
| agbanknewyork@ag.tn.gov | aschwartz@homerbonner.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashmead@sewkis.com |
| aisenberg@saul.com | asnow@ssbb.com |
| akadish@dtlawgroup.com | asomers@rctlegal.com |
| akolod@mosessinger.com | aunger@sidley.com |
| allison.holubis@wilsonelser.com | austin.bankruptcy@publicans.com |
| alum@ftportfolios.com | avenes@whitecase.com |
| amarder@msek.com | bankruptcy@goodwin.com |
| amartin@sheppardmullin.com | bankruptcy@morrisoncohen.com |
| amcmullen@boultcummings.com | bankruptcy@ntexas-attorneys.com |
| amenard@tishmanspeyer.com | bankruptcymatters@us.nomura.com |
| amh@amhandlerlaw.com | barbra.parlin@hklaw.com |
| andrew.brozman@cliffordchance.com | bbisignani@postschell.com |
| andrew.lourie@kobrekim.com | bcarlson@co.sanmateo.ca.us |
| andrewtenzer@paulhastings.com | bdemay@hsgllp.com |
| angelich.george@arentfox.com | bdk@schlamstone.com |

Email List

| | |
|---|---|
| ben.lewis@hoganlovells.com | chris.donoho@hoganlovells.com |
| benjamin.mintz@apks.com | christopher.greco@kirkland.com |
| bguiney@pbwt.com | claude.montgomery@dentons.com |
| bmanne@tuckerlaw.com | clynch@reedsmith.com |
| bmiller@mofo.com | cmestres@aclawllp.com |
| boneill@kramerlevin.com | cohen@sewkis.com |
| brosenblum@jonesday.com | cp@stevenslee.com |
| brotenberg@wolffsamson.com | cpappas@dilworthlaw.com |
| broy@rltlawfirm.com | cparyse@contrariancapital.com |
| bruce.wright@sutherland.com | craig.goldblatt@wilmerhale.com |
| bsellier@rlrpclaw.com | craigjustinalbert@gmail.com |
| bstrickland@wtplaw.com | crmomjian@attorneygeneral.gov |
| btrust@mayerbrown.com | csalomon@beckerglynn.com |
| bturk@tishmanspeyer.com | cschreiber@winston.com |
| bwolfe@sheppardmullin.com | cshore@whitecase.com |
| cahn@clm.com | cshulman@sheppardmullin.com |
| canelas@pursuitpartners.com | cszyfer@stroock.com |
| cbelisle@wfw.com | cwalsh@mayerbrown.com |
| cbelmonte@ssbb.com | cward@polsinelli.com |
| cdesiderio@nixonpeabody.com | cweber@ebg-law.com |
| cfarley@mccarter.com | cweiss@ingramllp.com |
| cgonzalez@diazreus.com | dallas.bankruptcy@publicans.com |
| chad.husnick@kirkland.com | dave.davis@isgria.com |
| chammerman@paulweiss.com | david.bennett@tklaw.com |
| charles@filardi-law.com | david.heller@lw.com |
| charles_malloy@aporter.com | david.livshiz@freshfields.com |
| chemrick@thewalshfirm.com | david.powlen@btlaw.com |
| chipford@parkerpoe.com | david.tillem@wilsonelser.com |

Email List

| | |
|---|---|
| davids@blbglaw.com | dkessler@ktmc.com |
| davidwheeler@mvalaw.com | dkozusko@willkie.com |
| dbarber@bsblawyers.com | dlemay@chadbourne.com |
| dbaumstein@whitecase.com | dlipke@vedderprice.com |
| dbesikof@loeb.com | dmark@kasowitz.com |
| dcimo@gjb-law.com | dmcguire@winston.com |
| dcoffino@cov.com | dmiller@steinlubin.com |
| dcrapo@gibbonslaw.com | dmurray@jenner.com |
| ddavis@paulweiss.com | dneier@winston.com |
| ddrebsky@nixonpeabody.com | dodonnell@milbank.com |
| ddunne@milbank.com | dpegno@dpklaw.com |
| deggermann@kramerlevin.com | draelson@fisherbrothers.com |
| deggert@freebornpeters.com | drosenzweig@fulbright.com |
| demetra.liggins@tklaw.com | drosner@goulstonstorrs.com |
| dennis.tracey@hoganlovells.com | drosner@kasowitz.com |
| dfelder@orrick.com | dshaffer@wtplaw.com |
| dflanigan@polsinelli.com | dspelfogel@foley.com |
| dfliman@kasowitz.com | dtatge@ebglaw.com |
| dgoldberg@hsgllp.com | dtheising@harrisonmoberly.com |
| dgrimes@reedsmith.com | dwdykhouse@pbwt.com |
| dhayes@mcguirewoods.com | dworkman@bakerlaw.com |
| dhealy@hsgllp.com | easmith@venable.com |
| dheffer@foley.com | ebcalvo@pbfcm.com |
| dhurst@coleschotz.com | ecohen@russellinvestments.com |
| dhw@dhclegal.com | edward.flanders@pillsburylaw.com |
| diconzam@gtlaw.com | efleck@milbank.com |
| djcarragher@daypitney.com | efriedman@fklaw.com |
| djoseph@stradley.com | efriedman@friedmanspring.com |

Email List

| | |
|---|---|
| ekbergc@lanepowell.com | guzman@sewkis.com |
| eleicht@whitecase.com | harrisjm@michigan.gov |
| ellen.halstead@cwt.com | harveystrickon@paulhastings.com |
| emagnelli@bracheichler.com | hbeltzer@chadbourne.com |
| emerberg@mayerbrown.com | heiser@chapman.com |
| enkaplan@kaplanlandau.com | hmagaliff@r3mlaw.com |
| eobrien@sbchlaw.com | holsen@stroock.com |
| etillinghast@sheppardmullin.com | hooper@sewkis.com |
| eweinick@otterbourg.com | howard.hawkins@cwt.com |
| ezujkowski@emmetmarvin.com | hrh@lhmlawfirm.com |
| fcarruzzo@kramerlevin.com | hseife@chadbourne.com |
| ffm@bostonbusinesslaw.com | hsnovikoff@wlrk.com |
| fhenn@law.nyc.gov | hsteel@brownrudnick.com |
| fhyman@mayerbrown.com | igoldstein@proskauer.com |
| foont@foontlaw.com | irethy@stblaw.com |
| fsosnick@shearman.com | israel.dahan@cwt.com |
| fyates@sonnenschein.com | jacobsonn@sec.gov |
| gabriel.delvirginia@verizon.net | jalward@blankrome.com |
| gary.ravertpllc@gmail.com | james.berg@piblaw.com |
| gavin.alexander@ropesgray.com | james.mcclammy@dpw.com |
| gbray@milbank.com | james.moore@morganlewis.com |
| ggitomer@mkbattorneys.com | james.sprayregen@kirkland.com |
| ggoodman@foley.com | jamesboyajian@gmail.com |
| giddens@hugheshubbard.com | jamestecce@quinnemanuel.com |
| gkaden@goulstonstorrs.com | jar@outtengolden.com |
| gmoss@riemerlaw.com | jay.hurst@oag.state.tx.us |
| goldenberg@ssnylaw.com | jay@kleinsolomon.com |
| gspilsbury@jsslaw.com | jbeemer@entwistle-law.com |

Email List

jbeiers@co.sanmateo.ca.us
jbrody@americanmlg.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@united.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com

jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com

Email List

| | |
|---|---|
| jstoll@mayerbrown.com | krodriguez@allenmatkins.com |
| jtimko@shutts.com | krosen@lowenstein.com |
| judy.morse@crowedunlevy.com | ktung@kktlawfirm.com |
| jvail@ssrl.com | kurt.mayr@bgllp.com |
| jwcohen@daypitney.com | kurt.rademacher@morganlewis.com |
| jwest@velaw.com | ladler@fensterstock.com |
| jwh@njlawfirm.com | landon@slollp.com |
| jzulack@fzwz.com | lapeterson@foley.com |
| kanema@formanlaw.com | lawallf@pepperlaw.com |
| karen.wagner@dpw.com | lawrence.gelber@srz.com |
| karl.geercken@alston.com | lberkoff@moritthock.com |
| kdwbankruptcydepartment@kelleydrye.com | lee.stremba@troutmansanders.com |
| keckhardt@hunton.com | lee.whidden@dentons.com |
| keith.simon@lw.com | lgranfield@cgsh.com |
| ken.coleman@allenovery.com | lhandelsman@stroock.com |
| kerry.moynihan@hro.com | lisa.solomon@att.net |
| kgwynne@reedsmith.com | ljkotler@duanemorris.com |
| kiplok@hugheshubbard.com | lkatz@ltblaw.com |
| kit.weitnauer@alston.com | lkiss@klestadt.com |
| kkelly@ebglaw.com | lmarinuzzi@mofo.com |
| kkolbig@mosessinger.com | lmcgowen@orrick.com |
| klyman@irell.com | lnashelsky@mofo.com |
| klynch@formanlaw.com | loizides@loizides.com |
| kobak@hugheshubbard.com | lschweitzer@cgsh.com |
| korr@orrick.com | lucdespins@paulhastings.com |
| kovskyd@pepperlaw.com | mabrams@willkie.com |
| kressk@pepperlaw.com | maofiling@cgsh.com |
| kreynolds@mklawnyc.com | marc.chait@sc.com |

Email List

| | |
|---|---|
| margolin@hugheshubbard.com | mh1@mccallaraymer.com |
| mark.bane@ropesgray.com | mhanin@kasowitz.com |
| mark.ellenberg@cwt.com | mhopkins@cov.com |
| mark.mckane@kirkland.com | michael.frege@cms-hs.com |
| mark.salzberg@squirepb.com | michael.kelly@monarchlp.com |
| mark.sherrill@sutherland.com | michael.krauss@faegrebd.com |
| marvin.clements@ag.tn.gov | michael.kraut@morganlewis.com |
| matt@willaw.com | michael.mccrory@btlaw.com |
| matthew.klepper@dlapiper.com | millee12@nationwide.com |
| maustin@orrick.com | miller@taftlaw.com |
| mbenner@tishmanspeyer.com | mimi.m.wong@irscounsel.treas.gov |
| mbienenstock@proskauer.com | mitchell.ayer@tklaw.com |
| mbloemsma@mhjur.com | mitchell.berger@squirepb.com |
| mbossi@thompsoncoburn.com | mjedelman@vedderprice.com |
| mcademartori@sheppardmullin.com | mjr1@westchestergov.com |
| mcarthurk@sullcrom.com | mlahaie@akingump.com |
| mccarthyj@sullcrom.com | mlandman@lcbf.com |
| mcordone@stradley.com | mlichtenstein@crowell.com |
| mcto@debevoise.com | mlynch2@travelers.com |
| mcyganowski@oshr.com | mmorreale@us.mufg.jp |
| mdorval@stradley.com | mneier@ibolaw.com |
| meggie.gilstrap@bakerbotts.com | monica.lawless@brookfieldproperties.com |
| melorod@gtlaw.com | mpage@kelleydrye.com |
| meltzere@pepperlaw.com | mparry@mosessinger.com |
| metkin@lowenstein.com | mpedreira@proskauer.com |
| mfeldman@willkie.com | mrosenthal@gibsondunn.com |
| mgordon@briggs.com | mruetzel@whitecase.com |
| mgreger@allenmatkins.com | mschimel@sju.edu |

Email List

| | |
|---|---|
| msegarra@mayerbrown.com | peisenberg@lockelord.com |
| mshiner@tuckerlaw.com | peter.gilhuly@lw.com |
| mshuster@hsgllp.com | peter.macdonald@wilmerhale.com |
| msolow@kayescholer.com | peter.meisels@wilsonelser.com |
| mspeiser@stroock.com | peter.simmons@friedfrank.com |
| mstamer@akingump.com | peter@bankrupt.com |
| munno@sewkis.com | pfeldman@oshr.com |
| mvenditto@reedsmith.com | pfinkel@wilmingtontrust.com |
| mwarner@coleschotz.com | phayden@mcguirewoods.com |
| mwarren@mtb.com | pmaxcy@sonnenschein.com |
| nathan.spatz@pillsburylaw.com | ppascuzzi@ffwplaw.com |
| nbinder@binderschwartz.com | ppatterson@stradley.com |
| nbojar@fklaw.com | psp@njlawfirm.com |
| ncoco@mwe.com | ptrostle@jenner.com |
| neal.mann@oag.state.ny.us | raj.madan@skadden.com |
| ned.schodek@shearman.com | ramona.neal@hp.com |
| neilberger@teamtogut.com | rbeacher@pryorcashman.com |
| nicholas.zalany@squirepb.com | rbernard@foley.com |
| nissay_10259-0154@mhmjapan.com | rbyman@jenner.com |
| nlepore@schnader.com | rdaversa@orrick.com |
| nlieberman@hsgllp.com | relgidely@gjb-law.com |
| notice@bkcylaw.com | rfriedman@silvermanacampora.com |
| nyrobankruptcy@sec.gov | rgmason@wlrk.com |
| otccorpactions@finra.org | rgoodman@moundcotton.com |
| paronzon@milbank.com | rgraham@whitecase.com |
| pbattista@gjb-law.com | rhett.campbell@tklaw.com |
| pbosswick@ssbb.com | richard.lear@hklaw.com |
| pdublin@akingump.com | richard@rwmaplc.com |

Email List

| | |
|---|---|
| rick.murphy@sutherland.com | scottshelley@quinnemanuel.com |
| rleek@hodgsonruss.com | scousins@armstrongteasdale.com |
| rmatzat@hahnhessen.com | sdnyecf@dor.mo.gov |
| rnetzer@willkie.com | seba.kurian@invesco.com |
| robert.honeywell@klgates.com | sehlers@armstrongteasdale.com |
| robert.malone@dbr.com | sfalanga@thewalshfirm.com |
| robert.yalen@usdoj.gov | sfelderstein@ffwplaw.com |
| robin.keller@lovells.com | sfineman@lchb.com |
| roger@rnagioff.com | sfox@mcguirewoods.com |
| ross.martin@ropesgray.com | sgordon@cahill.com |
| rpedone@nixonpeabody.com | sgraziano@blbglaw.com |
| rrainer@wmd-law.com | sgubner@ebg-law.com |
| rroupinian@outtengolden.com | sharbeck@sipc.org |
| russj4478@aol.com | shari.leventhal@ny.frb.org |
| ryaspan@yaspanlaw.com | shgross5@yahoo.com |
| sabramowitz@velaw.com | skatona@polsinelli.com |
| sabvanrooy@hotmail.com | sldreyfuss@hlgslaw.com |
| sally.henry@skadden.com | sleo@bm.net |
| samuel.cavior@pillsburylaw.com | slerman@ebglaw.com |
| sandyscafaria@eaton.com | slerner@ssd.com |
| scargill@lowenstein.com | slevine@brownrudnick.com |
| schager@ssnylaw.com | sloden@diamondmccarthy.com |
| schannej@pepperlaw.com | smillman@stroock.com |
| schepis@pursuitpartners.com | smulligan@bsblawyers.com |
| schnabel.eric@dorsey.com | snewman@katskykorins.com |
| schristianson@buchalter.com | sory@fdlaw.com |
| scott.golden@hoganlovells.com | squsba@stblaw.com |
| scottj@sullcrom.com | sree@lcbf.com |

Email List

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

streusand@slollp.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuber@csglaw.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tgoren@mofo.com

thenderson@americanmlg.com

thomas.califano@dlapiper.com

timothy.harkness@freshfields.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmm@mullaw.org

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

uitkin@kasowitz.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

yuwatoko@mofo.com