Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
**(Jointly Administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Name of Transferee</u>

Deutsche Bank AG, London Branch

<u>Name of Transferor</u>

The Royal Bank of Scotland Plc

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: Michael.sutton@db.com

Court Claim # (if known): See attached Schedule

Amount of Claim (transferred):

(i)    See attached Schedule

(plus all interest, costs and fees relating to these claims)

Date Claim Filed: See attached Schedule

Tel: N/A

Last Four Digits of Acct. #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____

Date: 14 June 2017

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Alex Darbyshire**
**Vice President**

**Simon Glennie**
**Director**

Schedule to Form 210A

| ISIN/CUSIP | LBHI Claim Number | Date Claim Filed | Principal/Notional Amount |
|---|---|---|---|
| XS0331504745 | 40647 | Oct 16, 2009 | USD 130,000.00 |
| XS0326608279 | 41347 | Oct 19, 2009 | USD 140,000.00 |
| XS0326708491 | 42084 | Oct 19, 2009 | USD 420,000.00 |
| XS0349511872 | 42161 | Oct 19, 2009 | USD 400,000.00 |
| XS0331769538 | 43050 | Oct 21, 2009 | USD 250,000.00 |
| XS0327940929 | 43114 | Oct 21, 2009 | AUD 130,000.00 |
| XS0334922860 | 43809 | Oct 22, 2009 | HKD 500,000.00 |
| XS0326608279 | 44051 | Oct 22, 2009 | USD 90,000.00 |
| XS0348407411 | 44052 | Oct 22, 2009 | HKD 900,000.00 |
| XS0339560293 | 44075 | Oct 22, 2009 | USD 130,000.00 |
| XS0334922860 | 44190 | Oct 22, 2009 | HKD 100,000.00 |
| XS0337553688 | 44192 | Oct 22, 2009 | USD 100,000.00 |
| XS0331400530 | 44193 | Oct 22, 2009 | USD 20,000.00 |
| XS0331400027 | 44194 | Oct 22, 2009 | USD 20,000.00 |
| XS0331769538 | 44195 | Oct 22, 2009 | USD 40,000.00 |
| XS0327940929 | 44291 | Oct 22, 2009 | AUD 150,000.00 |
| XS0339560293 | 44292 | Oct 22, 2009 | USD 170,000.00 |
| XS0339560376 | 44293 | Oct 22, 2009 | HKD 370,000.00 |
| XS0336927909 | 44297 | Oct 22, 2009 | USD 200,000.00 |
| XS0341160082 | 44530 | Oct 22, 2009 | USD 50,000.00 |
| XS0326026498 | 44532 | Oct 22, 2009 | HKD 1,000,000.00 |
| XS0331400530 | 44993 | Oct 23, 2009 | USD 300,000.00 |
| XS0336415913 | 44994 | Oct 23, 2009 | USD 260,000.00 |
| XS0331400027 | 44995 | Oct 23, 2009 | USD 300,000.00 |
| XS0326608279 | 44996 | Oct 23, 2009 | USD 330,000.00 |
| XS0349511872 | 44997 | Oct 23, 2009 | USD 250,000.00 |
| XS0331400530 | 45130 | Oct 23, 2009 | USD 100,000.00 |
| XS0331769454 | 45132 | Oct 23, 2009 | USD 300,000.00 |
| XS0338525172 | 45133 | Oct 23, 2009 | USD 180,000.00 |
| XS0337553688 | 45134 | Oct 23, 2009 | USD 380,000.00 |
| XS0341160082 | 45135 | Oct 23, 2009 | USD 380,000.00 |
| XS0326026498 | 45136 | Oct 23, 2009 | HKD 2,900,000.00 |
| XS0327940929 | 45246 | Oct 23, 2009 | AUD 200,000.00 |
| XS0336415913 | 45263 | Oct 23, 2009 | USD 700,000.00 |
| XS0336927909 | 45271 | Oct 23, 2009 | USD 110,000.00 |
| XS0326608279 | 45273 | Oct 23, 2009 | USD 130,000.00 |
| XS0331769538 | 45275 | Oct 23, 2009 | USD 130,000.00 |
| XS0325786084 | 45276 | Oct 23, 2009 | HKD 3,000,000.00 |
| XS0331769454 | 45289 | Oct 23, 2009 | USD 160,000.00 |
| XS0326026225 | 45296 | Oct 23, 2009 | USD 70,000.00 |
| XS0326708491 | 45396 | Oct 23, 2009 | USD 150,000.00 |
| XS0331769538 | 45401 | Oct 23, 2009 | USD 100,000.00 |
| XS0331769538 | 45405 | Oct 23, 2009 | USD 430,000.00 |
| XS0348407411 | 45443 | Oct 23, 2009 | HKD 500,000.00 |
| XS0349512250 | 45444 | Oct 23, 2009 | HKD 300,000.00 |
| XS0334922860 | 45445 | Oct 23, 2009 | HKD 200,000.00 |
| XS0331769454 | 45447 | Oct 23, 2009 | USD 40,000.00 |
| XS0336927909 | 45597 | Oct 23, 2009 | USD 100,000.00 |
| XS0348407411 | 45751 | Oct 26, 2009 | HKD 3,000,000.00 |
| XS0348407411 | 45752 | Oct 26, 2009 | USD 1,000,000.00 |
| XS0336927909 | 45760 | Oct 26, 2009 | USD 100,000.00 |
| XS0348407411 | 45766 | Oct 26, 2009 | HKD 1,000,000.00 |
| XS0335743398 | 45767 | Oct 26, 2009 | HKD 500,000.00 |
| XS0336645089 | 45768 | Oct 26, 2009 | USD 160,000.00 |
| XS0348407411 | 45771 | Oct 26, 2009 | HKD 3,000,000.00 |
| XS0349512250 | 45777 | Oct 26, 2009 | HKD 900,000.00 |
| XS0326026225 | 45799 | Oct 26, 2009 | USD 30,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0335743398 | 45800 | Oct 26, 2009 | HKD | 520,000.00 |
| XS0336250229 | 45801 | Oct 26, 2009 | USD | 200,000.00 |
| XS0326866307 | 45802 | Oct 26, 2009 | HKD | 510,000.00 |
| XS0328586515 | 45803 | Oct 26, 2009 | USD | 20,000.00 |
| XS0326708491 | 45804 | Oct 26, 2009 | USD | 20,000.00 |
| XS0331400027 | 45805 | Oct 26, 2009 | USD | 20,000.00 |
| XS0341160082 | 45806 | Oct 26, 2009 | USD | 20,000.00 |
| XS0336927909 | 45807 | Oct 26, 2009 | USD | 20,000.00 |
| XS0335743398 | 45814 | Oct 26, 2009 | HKD | 2,000,000.00 |
| XS0348407411 | 45824 | Oct 26, 2009 | HKD | 4,000,000.00 |
| XS0336415913 | 45836 | Oct 26, 2009 | USD | 70,000.00 |
| XS0326608279 | 45837 | Oct 26, 2009 | USD | 100,000.00 |
| XS0326026498 | 45838 | Oct 26, 2009 | HKD | 800,000.00 |
| XS0325786084 | 45839 | Oct 26, 2009 | HKD | 800,000.00 |
| XS0336250229 | 45843 | Oct 26, 2009 | USD | 160,000.00 |
| XS0326608352 | 45854 | Oct 26, 2009 | HKD | 2,000,000.00 |
| XS0335743398 | 45866 | Oct 26, 2009 | HKD | 1,220,000.00 |
| XS0332153807 | 45894 | Oct 26, 2009 | HKD | 780,000.00 |
| XS0326865671 | 45916 | Oct 26, 2009 | USD | 100,000.00 |
| XS0336415913 | 45918 | Oct 26, 2009 | USD | 70,000.00 |
| XS0326608352 | 45919 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0329337348 | 45920 | Oct 26, 2009 | USD | 400,000.00 |
| XS0349511872 | 46870 | Oct 26, 2009 | USD | 100,000.00 |
| XS0331769454 | 46892 | Oct 26, 2009 | USD | 400,000.00 |
| XS0335743398 | 46918 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0326608352 | 46944 | Oct 26, 2009 | HKD | 2,500,000.00 |
| XS0338525172 | 47065 | Oct 26, 2009 | USD | 160,000.00 |
| XS0325786084 | 47351 | Oct 26, 2009 | HKD | 1,200,000.00 |
| XS0339560376 | 47352 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0349512250 | 47353 | Oct 26, 2009 | HKD | 1,200,000.00 |
| XS0331504745 | 47361 | Oct 26, 2009 | USD | 70,000.00 |
| XS0334922860 | 47362 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0336250229 | 47373 | Oct 26, 2009 | USD | 80,000.00 |
| XS0335743398 | 47374 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0325786084 | 47380 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0329337348 | 47501 | Oct 27, 2009 | HKD | 300,000.00 |
| XS0331400027 | 47608 | Oct 27, 2009 | USD | 120,000.00 |
| XS0326608352 | 47619 | Oct 27, 2009 | HKD | 5,630,000.00 |
| XS0326026225 | 47741 | Oct 27, 2009 | USD | 80,000.00 |
| XS0326866307 | 47742 | Oct 27, 2009 | HKD | 2,100,000.00 |
| XS0326026498 | 47750 | Oct 27, 2009 | HKD | 400,000.00 |
| XS0331400027 | 47751 | Oct 27, 2009 | USD | 50,000.00 |
| XS0335743398 | 47753 | Oct 27, 2009 | HKD | 500,000.00 |
| XS0339560376 | 47754 | Oct 27, 2009 | HKD | 500,000.00 |
| XS0326608279 | 47878 | Oct 27, 2009 | USD | 200,000.00 |
| XS0326608352 | 47879 | Oct 27, 2009 | HKD | 1,500,000.00 |
| XS0326866307 | 47979 | Oct 27, 2009 | HKD | 540,000.00 |
| XS0331400027 | 48604 | Oct 27, 2009 | USD | 30,000.00 |
| XS0331400530 | 48605 | Oct 27, 2009 | USD | 30,000.00 |
| XS0331769454 | 48606 | Oct 27, 2009 | USD | 50,000.00 |
| XS0335743398 | 48608 | Oct 27, 2009 | HKD | 1,000,000.00 |
| XS0339560293 | 48651 | Oct 27, 2009 | USD | 80,000.00 |
| XS0334922860 | 48652 | Oct 27, 2009 | HKD | 470,000.00 |
| XS0326608279 | 48667 | Oct 27, 2009 | USD | 30,000.00 |
| XS0328586515 | 48744 | Oct 27, 2009 | USD | 200,000.00 |
| XS0331769538 | 49430 | Oct 27, 2009 | USD | 170,000.00 |
| XS0336250229 | 49467 | Oct 27, 2009 | USD | 200,000.00 |
| XS0336927909 | 49518 | Oct 27, 2009 | USD | 180,000.00 |
| XS0326026498 | 49525 | Oct 27, 2009 | HKD | 650,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0326026225 | 49575 | Oct 27, 2009 | USD | 130,000.00 |
| XS0331769538 | 49580 | Oct 27, 2009 | USD | 100,000.00 |
| XS0331769454 | 49965 | Oct 27, 2009 | USD | 150,000.00 |
| XS0325841368 | 49966 | Oct 27, 2009 | USD | 100,000.00 |
| XS0336927909 | 50340 | Oct 28, 2009 | USD | 180,000.00 |
| XS0331769538 | 50382 | Oct 28, 2009 | USD | 350,000.00 |
| XS0334922860 | 50669 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331400530 | 50678 | Oct 28, 2009 | USD | 140,000.00 |
| XS0331400027 | 50684 | Oct 28, 2009 | USD | 170,000.00 |
| XS0336250229 | 50703 | Oct 28, 2009 | USD | 200,000.00 |
| XS0331400530 | 50835 | Oct 28, 2009 | USD | 50,000.00 |
| XS0326026498 | 50836 | Oct 28, 2009 | HKD | 500,000.00 |
| XS0335743398 | 50873 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331769538 | 50879 | Oct 28, 2009 | USD | 120,000.00 |
| XS0326026498 | 50885 | Oct 28, 2009 | HKD | 1,500,000.00 |
| XS0331400530 | 50889 | Oct 28, 2009 | USD | 110,000.00 |
| XS0331769454 | 50898 | Oct 28, 2009 | USD | 130,000.00 |
| XS0329337348 | 50899 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331769538 | 50904 | Oct 28, 2009 | USD | 100,000.00 |
| XS0369799845 | 51250 | Oct 28, 2009 | USD | 75,000.00 |
| XS0369799845 | 51251 | Oct 28, 2009 | USD | 80,000.00 |
| XS0348407411 | 51601 | Oct 28, 2009 | HKD | 500,000.00 |
| XS0334922860 | 51602 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0349512250 | 51628 | Oct 28, 2009 | HKD | 1,800,000.00 |
| XS0327940929 | 51772 | Oct 28, 2009 | AUD | 200,000.00 |
| XS0331504745 | 51773 | Oct 28, 2009 | USD | 130,000.00 |
| XS0331769538 | 55132 | Oct 29, 2009 | USD | 220,000.00 |
| XS0369799845 | 55137 | Oct 29, 2009 | USD | 65,000.00 |
| XS0331400530 | 55154 | Oct 29, 2009 | USD | 540,000.00 |
| XS0349511872 | 55213 | Oct 29, 2009 | USD | 500,000.00 |
| XS0331400027 | 55214 | Oct 29, 2009 | USD | 960,000.00 |
| XS0349511872 | 55222 | Oct 29, 2009 | USD | 150,000.00 |
| XS0336250229 | 55282 | Oct 29, 2009 | USD | 60,000.00 |
| XS0325786084 | 55283 | Oct 29, 2009 | HKD | 500,000.00 |
| XS0326608279 | 56038 | Oct 29, 2009 | USD | 200,000.00 |
| XS0336645089 | 56521 | Oct 29, 2009 | USD | 150,000.00 |
| XS0331400530 | 56522 | Oct 29, 2009 | USD | 140,000.00 |
| XS0331504745 | 56727 | Oct 29, 2009 | USD | 80,000.00 |
| XS0336927909 | 56728 | Oct 29, 2009 | USD | 70,000.00 |
| XS0327940929 | 56967 | Oct 29, 2009 | AUD | 280,000.00 |
| XS0331769454 | 56968 | Oct 29, 2009 | USD | 20,000.00 |
| XS0325841368 | 57068 | Oct 30, 2009 | USD | 100,000.00 |
| XS0326608279 | 57070 | Oct 30, 2009 | USD | 220,000.00 |
| XS0332153807 | 57072 | Oct 30, 2009 | HKD | 800,000.00 |
| XS0327940929 | 57100 | Oct 30, 2009 | AUD | 200,000.00 |
| XS0348407411 | 57110 | Oct 30, 2009 | HKD | 1,000,000.00 |
| XS0336250229 | 57134 | Oct 30, 2009 | USD | 50,000.00 |
| XS0331400530 | 57135 | Oct 30, 2009 | USD | 40,000.00 |
| XS0326608436 | 57136 | Oct 30, 2009 | USD | 50,000.00 |
| XS0327859301 | 57137 | Oct 30, 2009 | HKD | 580,000.00 |
| XS0349511872 | 57187 | Oct 30, 2009 | USD | 90,000.00 |
| XS0336250229 | 57196 | Oct 30, 2009 | USD | 20,000.00 |
| XS0325841368 | 57198 | Oct 30, 2009 | USD | 40,000.00 |
| XS0326608279 | 57199 | Oct 30, 2009 | USD | 30,000.00 |
| XS0326608436 | 57209 | Oct 30, 2009 | USD | 120,000.00 |
| XS0339560376 | 57210 | Oct 30, 2009 | HKD | 1,030,000.00 |
| XS0336927909 | 57212 | Oct 30, 2009 | USD | 100,000.00 |
| XS0326608436 | 57213 | Oct 30, 2009 | USD | 150,000.00 |
| XS0334922860 | 57230 | Oct 30, 2009 | HKD | 500,000.00 |

Schedule to Form 210A

| XS0325786084 | 57231 | Oct 30, 2009 | HKD | 620,000.00 |
|---|---|---|---|---|
| XS0326708491 | 57232 | Oct 30, 2009 | USD | 40,000.00 |
| XS0338525172 | 57235 | Oct 30, 2009 | USD | 100,000.00 |
| XS0331769538 | 57238 | Oct 30, 2009 | USD | 130,000.00 |
| XS0350571377 | 57257 | Oct 30, 2009 | USD | 130,000.00 |
| XS0326608279 | 57259 | Oct 30, 2009 | USD | 130,000.00 |
| XS0336415913 | 57260 | Oct 30, 2009 | USD | 50,000.00 |
| XS0331400530 | 57262 | Oct 30, 2009 | USD | 70,000.00 |
| XS0331504745 | 57263 | Oct 30, 2009 | USD | 30,000.00 |
| XS0336645089 | 57264 | Oct 30, 2009 | USD | 150,000.00 |
| XS0326608436 | 57265 | Oct 30, 2009 | USD | 100,000.00 |
| XS0336927909 | 57266 | Oct 30, 2009 | USD | 210,000.00 |
| XS0325786084 | 57269 | Oct 30, 2009 | HKD | 1,000,000.00 |
| XS0331400027 | 57270 | Oct 30, 2009 | USD | 50,000.00 |
| XS0327940929 | 57332 | Oct 30, 2009 | AUD | 70,000.00 |
| XS0325841368 | 57333 | Oct 30, 2009 | USD | 70,000.00 |
| XS0339560376 | 57718 | Oct 30, 2009 | HKD | 500,000.00 |
| XS0326866307 | 57719 | Oct 30, 2009 | HKD | 500,000.00 |
| XS0339560376 | 57721 | Oct 30, 2009 | HKD | 200,000.00 |
| XS0369799845 | 57722 | Oct 30, 2009 | USD | 65,000.00 |
| XS0332153807 | 57751 | Oct 30, 2009 | HKD | 800,000.00 |
| XS0326608436 | 57752 | Oct 30, 2009 | USD | 80,000.00 |
| XS0336645089 | 57753 | Oct 30, 2009 | USD | 60,000.00 |
| XS0337553688 | 57754 | Oct 30, 2009 | USD | 30,000.00 |
| XS0341160082 | 57755 | Oct 30, 2009 | USD | 30,000.00 |
| XS0349512250 | 60811 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0331769454 | 60815 | Nov 02, 2009 | USD | 210,000.00 |
| XS0334922860 | 60836 | Nov 02, 2009 | HKD | 250,000.00 |
| XS0348407411 | 60837 | Nov 02, 2009 | HKD | 700,000.00 |
| XS0336927909 | 60842 | Nov 02, 2009 | USD | 150,000.00 |
| XS0331769454 | 60846 | Nov 02, 2009 | USD | 150,000.00 |
| XS0334922860 | 60852 | Nov 02, 2009 | HKD | 890,000.00 |
| XS0335743398 | 60853 | Nov 02, 2009 | HKD | 1,000,000.00 |
| XS0349511872 | 60854 | Nov 02, 2009 | USD | 500,000.00 |
| XS0326866307 | 60857 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0335743398 | 60914 | Nov 02, 2009 | HKD | 250,000.00 |
| XS0332153807 | 60915 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0329337348 | 60916 | Nov 02, 2009 | HKD | 1,200,000.00 |
| XS0326866307 | 60917 | Nov 02, 2009 | HKD | 650,000.00 |
| XS0326608352 | 60918 | Nov 02, 2009 | HKD | 890,000.00 |
| XS0325786084 | 60919 | Nov 02, 2009 | HKD | 1,080,000.00 |
| XS0326026498 | 60920 | Nov 02, 2009 | HKD | 1,500,000.00 |
| XS0349511872 | 60921 | Nov 02, 2009 | USD | 130,000.00 |
| XS0339560293 | 60922 | Nov 02, 2009 | USD | 310,000.00 |
| XS0337553688 | 60923 | Nov 02, 2009 | USD | 60,000.00 |
| XS0336927909 | 60924 | Nov 02, 2009 | USD | 70,000.00 |
| XS0336645089 | 60925 | Nov 02, 2009 | USD | 210,000.00 |
| XS0336250229 | 60928 | Nov 02, 2009 | USD | 190,000.00 |
| XS0331769538 | 60929 | Nov 02, 2009 | USD | 50,000.00 |
| XS0331769454 | 60930 | Nov 02, 2009 | USD | 80,000.00 |
| XS0331400027 | 60931 | Nov 02, 2009 | USD | 50,000.00 |
| XS0326608279 | 60932 | Nov 02, 2009 | USD | 150,000.00 |
| XS0325841368 | 60933 | Nov 02, 2009 | USD | 250,000.00 |
| XS0326865671 | 61149 | Nov 02, 2009 | USD | 320,000.00 |
| XS0328586515 | 61150 | Nov 02, 2009 | USD | 300,000.00 |
| XS0326866307 | 61312 | Nov 02, 2009 | HKD | 500,000.00 |
| XS0326865671 | 61319 | Nov 02, 2009 | USD | 130,000.00 |
| XS0331400027 | 62934 | Nov 02, 2009 | USD | 70,000.00 |
| XS0326026498 | 62935 | Nov 02, 2009 | HKD | 400,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0331769538 | 62936 | Nov 02, 2009 | USD | 40,000.00 |
| XS0336645089 | 62937 | Nov 02, 2009 | USD | 190,000.00 |
| XS0326866307 | 64670 | Nov 04, 2009 | HKD | 600,000.00 |
| XS0331400530 | 64857 | Nov 05, 2009 | USD | 130,000.00 |
| XS0326026498 | 67148 | Oct 26, 2010 | HKD | 1,000,000.00 |

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:      THE DEBTOR AND THE BANKRUPTCY COURT

1.      For value received, the adequacy and sufficiency of which are hereby acknowledged, **THE ROYAL BANK OF SCOTLAND PLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **DEUTSCHE BANK AG, LONDON BRANCH** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentage specified in Schedule 1 hereto, in Seller's right, title and interest in and to the Proof of Claim Numbers listed on Schedule 1 filed by or on behalf of Seller (a copy of which is attached at Schedule 2 hereto) (the "Proofs of Claim" and each a "Proof of Claim") as is specified in Schedule 1 hereto (the "Purchased Portion") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Portion and specified in Schedule 1 attached hereto. For the avoidance of doubt, Purchaser does not assume and shall not be responsible for any obligations or liabilities of the Seller to or in connection with the Transferred Claim, the Purchased Securities or the Proceedings.

2.      Seller hereby represents and warrants to Purchaser that: (a) the Proofs of Claim were duly and timely filed on or before 5:00 p.m. (prevailing Eastern time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proofs of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller has been duly authorized to sell, transfer and assign the Transferred Claims by the owner of Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim includes the Purchased Portion specified in Schedule 1 attached hereto; (f) Seller has not engaged in, and, to the best of its knowledge, none of Seller's predecessors-in-interest (if any) in the past have engaged in, any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; (g) a true and correct schedule of the 10th, 11th and 12th distributions paid to Seller by Lehman Brothers Holdings, Inc., appears attached hereto as Schedule 2; (h) to the best of its knowledge and based on its understanding of the Proceedings, the Transferred Claims are Class 5 Senior Third Party Guarantee Claims; and (i) a true and correct schedule of the 7th, 8th, 9th, and 10th distributions paid to Seller by Lehman Brothers Treasury Co. B.V. or its authorized agent(s), with respect to the securities relating to the Transferred Claims, appears attached hereto as Schedule 3.

3.      Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by

DB Ref: 19881

Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.    Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.    Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proofs of Claim.

7.    Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below, unless otherwise required by the international treaties governing the service of process to the parties.

DB Ref: 19881

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this _16_ day of _JUNE_ 2017.

THE ROYAL BANK OF SCOTLAND PLC

By: _~ Andrews_
Name: CHRIS ANDREWS
Title:
        AUTHORISED SIGNATORY

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:
Title:
        **Alex Darbyshire**
        **Vice President**

By: _____
Name:
Title:
        **Simon Glennie**
        **Director**

Winchester House
1, Great Winchester Street
London EC2N 2DB
ENGLAND
Attn: Michael Sutton

DB Ref: 19881

Schedule 1

## Transferred Claims

**Purchased Portion**

100% of the claims that are referenced in the Proofs of Claim (as highlighted in the copy of the Proofs of Claim attached at Schedule 2) and relating to the Purchased Securities described in the attached spreadsheet (plus all interest, costs and fees relating to this claim).

*See attached spreadsheet, which describes:*

- Description of Security Issued by Lehman Brothers Treasury BV
- ISIN / CUSIP
- Blocking Number
- Issuer
- Guarantor
- LBHI Claim Number
- Principal / Notional Amount
- Allowed Amount
- Maturity
- 10th, 11th and 12th Distributions made by LBHI

DB Ref: 19885

| Description of Security | ISIN/CUSIP | Blocking Number | Issuer | Guarantor | LBHI Claim Number | Principal/Notional Amount | Allowed Amount | Maturity | LBHI 20th Distribution | LBHI 21b Distribution | LBHI 22th Distribution | LBHI 11th Distribution | LBHI 10th Distribution |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 3Y USD Range Accrual Note S877 25NOV09 | XS0331594745 | CA33048 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 40647 | USD 130,000.00 | USD 59,113.51 | 25NOV09 | USD 506.22 | USD 604.66 | USD 378.19 |  |  |
| LB 3Y USD Range Accrual Note S972 27OCT09 | XS0326708279 | CA33179 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 41347 | USD 140,000.00 | USD 65,429.90 | 27OCT09 | USD 560.32 | USD 728.68 | USD 418.45 |  |  |
| LB 3Y USD Range Accrual Note S793 27OCT09 | XS0326708491 | CA33091 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 42084 | USD 420,000.00 | USD 217,124.04 | 27OCT09 | USD 1,859.48 | USD 2,441.42 | USD 1,388.61 |  |  |
| LB 1Y USD Dash Fixed Coupon Note S801 05MAR09 | CA31689 | CA30220 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 42561 | USD 480,000.00 | USD 233,452.91 | 05MAR09 | USD 1,999.21 | USD 2,623.92 | USD 1,493.04 |  |  |
| LB 3Y USD Range Accrual Note S89? 23NOV09 | XS0331760335 | CA33226 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 43080 | USD 250,000.00 | USD 144,065.52 | 05MAR09 | USD 1,233.73 | USD 1,619.36 | USD 921.37 |  |  |
| LB 3Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA33130 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 43114 | AUD 120,000.00 | USD 55,641.78 | 05NOV09 | USD 476.24 | USD 625.29 | USD 355.66 |  |  |
| LB 3Y HKD Range Accrual Note S93b 14DEC09 | XS0331762269 | CA33256 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 43189 | HKD 500,000.00 | USD 33,633.11 | 14DEC09 | USD 288.05 | USD 376.36 | USD 215.19 |  |  |
| LB 3Y USD Range Accrual Note S797 27OCT09 | XS0331601210 | CA33194 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 43081 | USD 90,000.00 | USD 42,962.14 | 27OCT09 | USD 360.20 | USD 472.94 | USD 269.08 |  |  |
| LB 1Y HKD Dash Callable Fixed Coupon Note S974 02MAR09 | XS0337890380 | CA33339 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 43665 | USD 580,000.00 | USD 67,018.87 | 02MAR09 | USD 573.92 | USD 755.25 | USD 428.61 |  |  |
| LB 3Y USD Range Accrual Note S904 18JAN10 | XS0339360293 | CA37030 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44052 | USD 100,000.00 | USD 57,381.12 | 18JAN10 | USD 490.52 | USD 644.05 | USD 366.33 |  |  |
| LB 3Y HKD Range Accrual Note S93b 14JAN10 | XS0340622600 | CA37071 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44259 | HKD 370,000.00 | USD 6,726.62 | 14JAN10 | USD 57.53 | USD 75.63 | USD 43.02 |  |  |
| LB 3Y USD Arhtg Range Accrual Note S679 31DEC09 | XS0331553048 | CA33201 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44192 | USD 200,000.00 | USD 46,976.61 | 31DEC09 | USD 401.79 | USD 528.20 | USD 300.43 |  |  |
| LB 3Y HKD Arhtg Range Accrual Note S779 22OCT09 | XS0331610732 | CA33115 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44193 | USD 20,000.00 | USD 10,246.39 | 23NOV09 | USD 87.74 | USD 115.20 | USD 65.53 |  |  |
| LB 3Y USD Arhtg Range Accrual Note S897 23NOV09 | XS0331760335 | CA33226 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44194 | USD 20,000.00 | USD 11,239.46 | 23NOV09 | USD 96.68 | USD 126.93 | USD 72.20 |  |  |
| LB 3Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA33130 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44198 | USD 40,000.00 | USD 23,056.48 | 05NOV09 | USD 197.39 | USD 259.17 | USD 147.41 |  |  |
| LB 3Y USD Range Accrual Note S904 18JAN10 | XS0339360293 | CA37030 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44248 | USD 100,000.00 | USD 64,467.44 | 18JAN10 | USD 549.51 | USD 721.49 | USD 410.38 |  |  |
| LB 3Y HKD Range Accrual Note S904 14JAN10 | XS0340622600 | CA37071 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44252 | HKD 170,000.00 | USD 7,435.02 | 14JAN10 | USD 63.54 | USD 83.59 | USD 47.55 |  |  |
| LB 2Y HKD Range Accrual Note S903 18JAN10 | XS0340622580 | CA37062 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44253 | HKD 370,000.00 | USD 23,068.92 | 18JAN10 | USD 441.44 | USD 579.68 | USD 279.20 |  |  |
| LB 3Y USD Arhtg Range Accrual Note S679 25JAN10 | XS0331553048 | CA33201 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44257 | USD 200,000.00 | USD 116,355.48 | 29DEC09 | USD 996.08 | USD 1,306.62 | USD 744.34 |  |  |
| LB 2Y USD Range Accrual Note S874 25NOV09 | XS0331212040 | CA33028 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44350 | USD 50,000.00 | USD 21,818.91 | 25NOV09 | USD 186.83 | USD 245.33 | USD 139.54 |  |  |
| LB 2Y HKD Range Accrual Note S779 22OCT09 | XS0331511713 | CA33112 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44352 | HKD 1,000,000.00 | USD 79,343.80 | 23OCT09 | USD 679.47 | USD 892.13 | USD 507.44 |  |  |
| LB 3Y USD Range Accrual Note S889w 23NOV09 | XS0331809339 | CA35345 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44993 | USD 370,000.00 | USD 115,460.85 | 23NOV09 | USD 1,314.20 | USD 1,729.41 | USD 982.96 |  |  |
| LB 3Y USD Range Accrual Note S889w 25NOV09 | XS0331411872 | CA35235 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44994 | USD 260,000.00 | USD 79,237.11 | 17DEC09 | USD 678.33 | USD 887.03 | USD 505.76 |  |  |
| LB 3Y USD Range Accrual Note S830 05NOV09 | XS0331410027 | CA35316 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44965 | USD 300,000.00 | USD 109,743.43 | 05NOV09 | USD 937.88 | USD 1,227.04 | USD 698.83 |  |  |
| LB 3Y USD Range Accrual Note S877 25NOV09 | XS0331411682 | CA35315 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44996 | USD 330,000.00 | USD 154,227.84 | 25NOV09 | USD 1,320.25 | USD 1,734.12 | USD 986.36 |  |  |
| LB 3Y USD Range Accrual Note S877 27OCT09 | XS0331410886 | CA35412 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44997 | USD 250,000.00 | USD 145,938.07 | 05MAR09 | USD 1,249.51 | USD 1,640.57 | USD 933.15 |  |  |
| LB 2Y USD Range Accrual Note S959 27DEC09 | XS0336927909 | CA36546 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45131 | USD 180,000.00 | USD 51,231.95 | 29DEC09 | USD 438.73 | USD 576.00 | USD 327.65 |  |  |
| LB 3Y USD Range Accrual Note S959 14DEC09 | XS0339452512 | CA36676 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45133 | USD 190,000.00 | USD 64,339.48 | 21DEC09 | USD 1,497.18 | USD 1,827.99 | USD 1,650.90 |  |  |
| LB 3Y USD Range Accrual Note S979 31DEC09 | XS0337553048 | CA36944 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45134 | USD 50,000.00 | USD 21,818.91 | 31DEC09 | USD 186.83 | USD 245.33 | USD 536.96 |  |  |
| LB 2Y USD Range Accrual Note S979 22OCT09 | XS0331219882 | CA35031 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45135 | USD 380,000.00 | USD 178,511.12 | 23OCT09 | USD 1,528.71 | USD 2,007.16 | USD 1,141.69 |  |  |
| LB 3Y HKD Arhtg Range Accrual Note S779 22OCT09 | XS0331760435 | CA37064 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45236 | HKD 1,000,000.00 | USD 163,823.95 | 23NOV09 | USD 1,450.66 | USD 1,864.51 | USD 1,328.96 |  |  |
| LB 3Y USD Range Accrual Note S830 05NOV09 | XS0337940929 | CA36469 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45239 | USD 200,000.00 | USD 230,077.03 | 05NOV09 | USD 760.49 | USD 995.38 | USD 566.45 |  |  |
| LB 1Y USD Range Accrual Note S889 23NOV09 | XS0262602325 | CA35036 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45246 | USD 200,000.00 | USD 85,556.58 | 23NOV09 | USD 732.68 | USD 961.99 | USD 547.17 |  |  |
| LB 3Y USD Range Accrual Note S950 27DEC09 | XS0306827909 | CA36473 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45271 | USD 110,000.00 | USD 29,253.94 | 27DEC09 | USD 2,107.88 | USD 3,267.38 | USD 1,312.71 |  |  |
| LB 2Y USD Range Accrual Note S960 27DEC09 | XS0336608279 | CA36612 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45273 | USD 70,000.00 | USD 47,626.61 | 27DEC09 | USD 387.77 | USD 507.88 | USD 289.38 |  |  |
| LB 3Y USD Range Accrual Note S979 31DEC09 | XS0337553048 | CA36944 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45275 | USD 100,000.00 | USD 60,793.88 | 31DEC09 | USD 529.29 | USD 631.14 | USD 384.75 |  |  |
| LB 2Y USD Range Accrual Note S979 22OCT09 | XS0331519882 | CA35031 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45276 | USD 130,000.00 | USD 74,914.17 | 23OCT09 | USD 641.14 | USD 842.32 | USD 476.11 |  |  |
| LB 2Y USD Arhtg Range Accrual Note S889 23NOV09 | XS0331760424 | CA31665 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45344 | USD 380,000.00 | USD 22,382.84 | 23NOV09 | USD 529.20 | USD 652.49 | USD 258.12 |  |  |
| LB 3Y USD Arhtg Range Accrual Note S889 23NOV09 | XS0262602325 | CA35031 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45344 | USD 500,000.00 | USD 275,614.85 | 23NOV09 | USD 2,356.63 | USD 2,334.87 | USD 1,328.96 |  |  |
| LB 3Y USD Range Accrual Note S889 23NOV09 | XS0331760354 | CA34913 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45347 | USD 100,000.00 | USD 21,960.27 | 23NOV09 | USD 235.13 | USD 995.38 | USD 176.20 |  |  |
| LB 3Y USD Range Accrual Note S889 23NOV09 | XS0303927909 | CA56742 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45507 | USD 400,000.00 | USD 88,192.74 | 29DEC09 | USD 753.12 | USD 895.44 | USD 524.06 |  |  |
| LB 1Y USD Range Accrual Note S893 23NOV09 | XS0331760354 | CA04318 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45596 | USD 430,000.00 | USD 222,838.04 | 05MAR09 | USD 408.51 | USD 654.31 | USD 372.17 |  |  |
| LB 2Y USD Range Accrual Note S960 27DEC09 | XS0341471411 | CA36796 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45741 | HKD 70,000.00 | USD 223,396.14 | 02DEC09 | USD 1,913.09 | USD 2,511.83 | USD 1,428.73 |  |  |
| LB 1Y HKD Dash Callable Fixed Coupon Note S978 05MAR09 | XS0340622001 | CA37067 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45752 | HKD 430,000.00 | USD 74,463.41 | 05MAR09 | USD 637.42 | USD 837.28 | USD 534.73 |  |  |
| LB 3Y USD Range Accrual Note S889 23NOV09 | XS0341471411 | CA36847 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45759 | USD 300,000.00 | USD 57,171.12 | 21NOV09 | USD 498.34 | USD 654.31 | USD 238.12 |  |  |
| LB 3Y HKD Range Accrual Note S951 14DEC09 | XS0336927844 | CA37093 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45767 | HKD 100,000.00 | USD 27,851.65 | 14DEC09 | USD 142.35 | USD 367.36 | USD 215.19 |  |  |
| LB 3Y HKD Range Accrual Note S93b 14DEC09 | XS0331762269 | CA37038 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45768 | HKD 500,000.00 | USD 75,090.12 | 14DEC09 | USD 235.13 | USD 829.61 | USD 176.20 |  |  |
| LB 3Y USD Range Accrual Note S889 23NOV09 | XS0341433908 | CA36847 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45771 | USD 400,000.00 | USD 225,206.24 | 23NOV09 | USD 2,511.84 | USD 2,511.83 | USD 1,428.73 |  |  |
| LB 3Y USD Range Accrual Note S887 22DEC09 | XS0342556256 | CA37036 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45769 | USD 900,000.00 | USD 67,418.33 | 22DEC09 | USD 577.00 | USD 758.38 | USD 431.36 |  |  |
| LB 3Y USD Range Accrual Note S887 22DEC09 | XS0342562525 | CA37076 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45799 | USD 300,000.00 | USD 21,726.13 | 22DEC09 | USD 185.97 | USD 244.17 | USD 138.95 |  |  |

Schedule 1

Schedule 2

Copies of LBHI Proofs of Claim

DB Ref: 19081

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)              0000044190

0000044190

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| SUM CHAK LOONG FLAT D, 28/F, SCHOLASTIC GARDEN, 48 LYTTELTON ROAD, MID-LEVELS, HONG KONG, CHINA Telephone number: (852) 25492739  Email Address: clsum@hotmail.com | Court Claim Number:_____ (If known) Filed on: _____ |
| Name and address where payment should be sent (if different from above) Telephone number:                        Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars |

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 100,000 (equivalent to USD 12,836.31 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑  Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): _____ XS0334922860 _____ (Required)

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: _____ CA46770 _____ (Required)

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: _____ 89529 _____ (Required)

5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| | FOR COURT USE ONLY |
|---|---|
| Date. 21.10.2009 Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. _[signature]_  (MR. SUM CHAK LOONG) | **FILED / RECEIVED** OCT 2 2 2009 EPIQ BANKRUPTCY SOLUTIONS, LLC |

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



| United States Bankruptcy Court/Southern District of New York | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | |
| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., Et Al. 08-13555 (JMP)    0000044192 |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | | .Y |

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| SUM  CHAK LOONG FLAT D, 28/F, SCHOLASTIC GARDEN, 48 LYTTELTON ROAD, MID-LEVELS, HONG KONG, CHINA Telephone number (852) 25492739    Email Address: cl.sum@hotmail.com | Court Claim Number: _____ (If known) Filed on: _____ |
| Name and address where payment should be sent (if different from above) Telephone number: ____    Email Address: ____ | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars |

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 100,000    in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):    _____ XS0337553688 _____    (Required)

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: _____ CA46949 _____ (Required)

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: _____ 89529 _____ (Required)

| 5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY** |
|---|---|
| Date.    Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. 29.10.2009    _signature_    (MR. SUM  CHAK LOONG) | **FILED / RECEIVED** OCT 2 2 2009 EPIQ BANKRUPTCY SOLUTIONS, LLC |

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)           0000044193

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

SUM  CHAK LOONG
FLAT D, 28/F, SCHOLASTIC GARDEN,
48 LYTTELTON ROAD, MID-LEVELS,
HONG KONG  CHINA
Telephone number: (852) 25492739  Email Address: cl.sum@hotmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)



Telephone number:                    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 20,000      in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): _____ XS0331400530 _____ (Required)

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
_____ CA46560 _____ (Required)

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
_____ 89529 _____ (Required)

5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**

OCT 2 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date.  21.10.2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.   _[signature]_  (MR. SUM CHAK LOONG) |

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing c/o Epiq Bankruptcy Solutions, LLC FDR Station, PO Box 5076 New York, NY 10150-5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system ■ (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

## LEHMAN SECURITIES PROGRAMS
## PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000044194

Note: This form may not be used to file claims other than those
based on Lehman Programs Securities as listed on
http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

SUM CHAK LOONG
FLAT D, 28/F, SCHOLASTIC GARDEN,
48 LYTTELTON ROAD, MID-LEVELS,
HONG KONG, CHINA
Telephone number: ( 852) 25492739   Email Address: cle.sum @ hotmail.com

Name and address where payment should be sent (if different from above)

Telephone number:                    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 20,000     in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑  Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): _____ XS0331400027 _____ (Required)

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: _____ CA46574 _____ (Required)

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: _____ 89529 _____ (Required)

5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 21. 10. 2009 | _(signature)_ (M. SUM CHAK LOONG ) |

FILED / RECEIVED

OCT 2 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

### _____

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009

### _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000044195

Note: This form may not be used to file claims other than those based on Lehman Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

SUM CHAK LOONG
FLAT D, 28/F, SCHOLASTIC GARDEN,
48 LYTTELTON ROAD, MID-LEVELS,
HONG KONG, CHINA

Telephone number: (852) 25492739   Email Address: cl.sum@hotmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: _____   Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 40,000   in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above)   (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): _____ XS0331769538 _____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
_____ CA46751 _____ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
_____ 89529 _____ (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

**FILED / RECEIVED**

OCT 2 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 21.10.2009 | _[signature]_ (Mr. SUM CHAK LOONG) |

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## ___ DEFINITIONS ___

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## ___ INFORMATION ___

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.



*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000044291

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

TSE WAN YU, MONICA
10AB VENICE COURT, REALTY GARDENS, 14 CONDUIT ROAD.
HONG KONG.
Telephone number (852) 9889 8688    Email Address: mwytse@yahoo.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.  The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds AUD 150, 000 (equivalent to USD 120, 975. 00 at the conversion rate of AUD/USD 0.8065 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): _____ XS0327940929 _____ (Required)

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
_____ CA38008 _____ (Required)

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
_____ 89529 _____ (Required)

5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**

OCT 2 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 21 OCT 2009 | TSE WAN YU MONICA (MS.) |



| United States Bankruptcy Court/Southern District of New York | LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM |
|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re:
Lehman Brothers Holdings Inc., et al.,
Debtors.

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)                    0000044292

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009.

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

TSE WAN YU, MONICA

10AB VENICE COURT, REALTY GARDENS, 41 CONDUIT ROAD HONG KONG

Telephone number: (852) 98898688    Email Address: mwytse@yahoo.com

Name and address where payment should be sent (if different from above)

Telephone number:                    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 170, 000    in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above)    (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) with respect to each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): _____ XS0339560293 _____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: _____ CA38434 _____ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: _____ 89529 _____ (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

Date.    21 OCT 2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

TSE WAN YU MONICA (MS.)

FILED / RECEIVED

OCT 2 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC



**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

### LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)
0000044293

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

TSE WAN YU, MONICA
10 AB VENICE COURT, REALTY GARDENS, 41 CONDUIT ROAD.
HONK KOM.
Telephone number: (852) 9889 8688  Email Address: mwytse@yahoo.com

Name and address where payment should be sent (if different from above)

Telephone number:                Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 370, 000 (equivalent to USD 47, 494. 35 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):    XS0339560376    (Required)

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
CA38423    (Required)

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
89529    (Required)

5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 21 OCT 2009 | TSE WAN YU MONICA (MS) |

FOR COURT USE ONLY

FILED / RECEIVED

OCT 2 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC



25

| United States Bankruptcy Court/Southern District of New York | | LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | |
| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., Et Al. 08-13555 (JMP)        0000044297 |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009. | | |

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LI   GANG

6F, Beijing Fortune Building, 5 Dong San Huan North Road, Chaoyang District, Beijing 100004, China

Telephone number: (86)13901218552   Email Address: steven.li@polycom.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:   Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.   Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 200,000   in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above)   (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.   Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):   XS0336927909   (Required)

3.   Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
   CA46940   (Required)

4.   Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
   89529   (Required)

5.   Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

FILED / RECEIVED

OCT 2 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 20/10/2009 | LI GANG |

## FEDEX VISA Manifest report

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SHP DT 20-OCT-2009 | SNDR 250956193 | METER | THERMAL ☒ RECIP | | | | Routing code |
| AB 984137177744 | PH 86.10-85884801 | | RECIPIENT PH 866 8417868 | EIN | | | EB / OGSA |

| | |
|---|---|
| NAME Amy Niu | NAME Lehman Brothers H. Claims Process |
| COMP Polycom | COMP Epiq Bankruptcy Solutions, LLC |
| ADD1 6/F, Beijing Fortune BLDG, No.5 | ADD1 757 Thris Avenue |
| ADD2 DongSanHuan North RD, Chaoyang Dis. | ADD2 3rd Floor |
| CITY BEIJING | CITY New York |
| ST/PV    CNTRY CN    POSTAL 100004 | ST/PV NY    CNTRY US    POSTAL 10017 |

REF

PKGS    1    WEIGHT        0.5 K/L K        DIM WEIGHT                K/L    K

DESC   Doc.                                        HS CD                    COM    CUST VAL        EXP DT        EXP LIC
CARR VAL                CURR   USD    CUSTOMS VAL            0

SVC  P    PKG   L    PD            HLD ☐ HDL ☐ SDL ☐ BSO ☐ DG ☐ CA ☐                            NO SED ☒

BILL-T/C S    ACCT 250956193    CASH    CC        NO

BILL-D/T S    ACCT 250956193    ID NO            NO SED

FORM   0430    ORIG PEKA    DEST  OGSA    HDLG    UNIT        REC'D AT

BRKR                        CITY                        CN    PSTL        PH

IMPORTANT - Treat as the Manifest Copy of the Air Waybill
*** Please give this VISA Manifest report to the FedEx courier ***

Meter Nbr:    5608322    Software:    FWST0715

## FEDEX VISA Manifest report

| | | | | |
|---|---|---|---|---|
| SHP DT  20-OCT-2009 | SNDR#  250956193 | METER | THERMAL  ☒ RECIP# | Routing code |
| AB  984137177744 | PH  86.10-85884801 | RECIPIENT PH  866 8417868 | EIN# | EB / OGSA |
| NAME  Amy Niu | | NAME  Lehman Brothers H. Claims Process | | |
| COMP  Polycom | | COMP  Epiq Bankruptcy Solutions, LLC | | |
| ADD1  6/F, Beijing Fortune BLDG, No.5 | | ADD1  757 Thris Avenue | | |
| ADD2  DongSanHuan North RD, Chaoyang Dis. | | ADD2  3rd Floor | | |
| CITY  BEIJING | | CITY  New York | | |
| ST/PV    CNTRY CN   POSTAL  100004 | | ST/PV  NY   CNTRY  US   POSTAL  10017 | | |

REF

PKGS   1  WEIGHT        0.5  K/L  K    DIM WEIGHT                    K/L  K

DESC   Doc.                                    HS CD              COM   CUST VAL        EXP DT        EXP LIC
CARR VAL                    CURR  USD    CUSTOMS VAL          0

SVC   P   PKG  L   PD        HLD ☐ WDL ☐ SDL ☐ BSO ☐ DG ☐ CA ☐                    NO SED ☒

BILL-T/C  S   ACCT  250956193     CASH       CC       NO

BILL-D/T  S   ACCT  250956193     ID NO            NO SED

FORM    0430     ORIG  PEKA    DEST  OGSA    HDLG  UNIT          REC'D AT

BRKR                          CITY                    CN    PSTL        PH

IMPORTANT - Treat as the Manifest Copy of the Air Waybill
*** Please give this VISA Manifest report to the FedEx courier ***
Meter Nbr:    5608322        Software:    FWST0715

| | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| 9:00 | | Arrive Office and Office Tr | Digital China | Beijing ZheZhen | To Airport |
| 10:00 | | PGS China Review | Digital China | Beijing ZheZhen | |
| 11:00 | | PGS China Review | Digital China | Beijing ZheZhen | |
| 12:00 | | Lunch | Lunch | Lunch | Depart China |
| 13:00 | | Vivien Koh – Video | China PGS Round Table | APAC PGS All Hands | |
| 14:00 | | 14:30 – Steven Li 1x1 | Geno and Hansjoerg – VC 1x1 | Michael Jiang | |
| 15:00 | Arrive China | Steven Li 1x1 | PGS APAC Review | | |
| 16:00 | | 16:30 Frank Yuan – PCTC | PGS APAC Review | | |
| 17:00 | Check-in Hotel | Frank Yuan – PCTC | PGS APAC Review | | |
| 18:00 | | | | | |
| 19:00 | Informal Dinner | Dinner with Steven Li? | Team Dinner – PGS | | |
| 20:00 | | | | | |

## CONDITIONS OF CONTRACT FOR INTERNATIONAL SHIPMENTS ONLY

DEFINITIONS  On the Air Waybill 'we', 'our' and 'us' refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents and independent contractors  'You' and 'your' refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the Federal Express subsidiary, branch or independent contractor who originally accepts the shipment from you  'Package' means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills  'Shipment' means all packages, which are tendered to and accepted by us on a single Air Waybill  'AGREEMENT TO TERMS  By giving us your shipment, you agree, regardless of whether you sign the front of this Air Waybill, for yourself and as agent for and on behalf of any other person having an interest in the shipment, to all terms on this NON-NEGOTIABLE Air Waybill  in any applicable tariff, and in our current Service Guide or Standard Conditions of Carriage, copies of which are available upon request  If there is a conflict between this Air Waybill and either this tariff, Service Guide or Standard Conditions then in effect, the tariff and the terms of any customer automation agreement between the shipper and Federal Express will control (the Service Guide or Standard Conditions have secondary priority)  No one is authorized to alter or modify the terms of our agreement  The Air Waybill shall be binding on us when the shipment is accepted  YOUR OBLIGATIONS  You warrant that each article in the shipment is properly described on this Air Waybill and is acceptable for transport by us, and that the shipment is properly marked  addressed (including postal codes) and packaged to ensure safe transportation with ordinary care in handling  NOTICE CONCERNING LIMITATION OF LIABILITY  As Carriage Notice  If the carriage of your shipment by air involves an ultimate destination or stop in a country other than the country of departure, the Warsaw Convention, an international treaty relating to international carriage by air, may be applicable, which treaty would then govern and in most cases limit our liability for loss or delay of or damage to your shipment  In the U.S. the Warsaw Convention limits our liability to US  $9.07 per pound (U.S  $20.38 per kilogram)  Unless you declare a higher value for carriage as described below.  The interpretation of the Warsaw Convention liability terms may vary in other countries.  There are no stopping places which are agreed at the time of tender of the shipment and we reserve the right to route shipments in any way we deem appropriate  Road Transport Notice  Shipments transported partly or solely by road be it by sealed agreement or do so or not  in  to.  from a country which is party to the  Convention on the Contract  for the International Carriage of Goods by Road (the 'CMR') are subject to the terms and conditions of the CMR, notwithstanding any other provisions of the Agreement  to the contrary  For these shipments transported solely by road, if a conflict arises between the provisions of the CMR and the Air Waybill the terms of the CMR shall prevail  Limitation of Liability, if not governed by the Warsaw Convention or the CMR as described above, our maximum liability for loss, damage or delay is limited by this Air Waybill to U.S  $100 per shipment or U.S  $9.07 per pound (U.S  $20.38 per kilo) (or equivalent local currency), whichever is greater, unless you declare a higher value for carriage as described below. FedEx does not provide cargo liability or aircraft insurance, but you may pay us an additional charge to each additional U.S  $100 (or equivalent local currency) of declared value for carriage  If a higher value for carriage is declared and the additional charge is paid, FedEx maximum liability will be the lesser of the declared value for carriage or your actual damages  LIABILITIES NOT ASSUMED IN ANY EVENT, WE WON'T BE LIABLE FOR ANY DAMAGES WHETHER DIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL  IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) WHETHER OR NOT WE HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED  UNLESS SUCH DAMAGES WERE CAUSED BY OUR OWN WILLFUL MISCONDUCT OR GROSS NEGLIGENCE  We won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packing, securing, marking or addressing of the shipment, or for the acts or  omissions of the recipient or anyone else with an interest in the shipment  Also we won't be liable if you (or the recipient) violate any of the terms of our agreement  We won't be liable for loss of or damage to shipments of cash, currency or other prohibited items  We won't be liable for loss, damage or delay caused by events we cannot control, including but not limited to acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strikes, civil commotions, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority  NO WARRANTIES  We make no warranties, express or implied  CLAIM FOR LOSS, DAMAGE FOR DELAY  ALL CLAIMS MUST BE NOTIFIED TO US WITHIN 15 DAYS AFTER DELIVERY OF  THE SHIPMENT FAILING WHICH NO ACTION FOR DAMAGES MAY BE BROUGHT  All claims for loss, non-delivery or mis-delivery must be received by us within 90 days after the shipment is accepted by us  The right to damages against us shall be extinguished unless an action is brought within two years from the date of delivery of the shipment or from the date on which the shipment should have been delivered  Within 30 days after notification to us (of) the claim, it must be documented by sending us all relevant information about it  We are not obligated to act on any claim until all transportation charges have been paid; the claim amount may not be deducted from these charges  If the recipient accepts the shipment without noting any damage on the delivery record, we will assume the shipment was delivered in good condition  In order for us to consider a claim for damages, the contents), original shipping cartons, and packing must be available to us for inspection  RIGHT TO INSPECT  Your shipment may, at our option or that of governmental authorities, be opened and inspected by us or such authorities or us at any time  CUSTOMS CLEARANCE  Is your responsibility to provide proper customs documentation and confirmation, where required  EXPORT CONTROL  You authorize Federal Express to act as forwarding agent for you for export control and customs purposes  You hereby certify that all statements and information contained in this air waybill relating to exportation are true and correct.  Furthermore, you understand that  civil and criminal  penalties, including forfeiture and sale, may be imposed for making false or fraudulent statements or for the violation of any United States laws on exportation, including but not limited to, 13 USC Sec. 305, 22 USC Sec. 401; 18 USC Sec  1001; 50 USC App 2410 MANDATORY LAW  Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaty, law, governmental regulations, orders or requirements such provision shall remain in effect as a part of our agreement to the extent that it is not overridden  The invalidity or unenforceability of any provision shall not affect any other part of the Air Waybill  Unless otherwise indicated the Sender's address indicated on the face of this Waybill is the place of execution and the place of departure, and Recipients address listed on the face of this Waybill is the place of destination  Unless otherwise indicated Federal Express Corporation  P.O. Box 727, Memphis, TN 38194  USA is the first carrier of this shipment

PLEASE FOLD THIS SHIPPING DOCUMENT IN HALF AND PLACE  IT IN A WAYBILL POUCH AFFIXED TO YOUR SHIPMENT SO THAT THE BAR-CODE PORTION OF THE LABEL CAN BE  READ AND SCANNED  ***WARNING: USE ONLY THE PRINTED ORIGINAL LABEL FOR SHIPPING.  USING A PHOTOCOPY OF THIS LABEL FOR SHIPPING PURPOSES IS FRAUDULENT AND COULD RESULT IN ADDITIONAL BILLING CHARGES, ALONG WITH THE CANCELLATION OF YOUR FEDEX ACCOUNT NUMBER.



From:    Origin ID: PEKA  86.10-85884801
Amy Niu
Polycom
6/F, Beijing Fortune BLDG, No.5
DongSanHuan North RD, Chaoyang Dis.
BEIJING, 100004
CHINA

Ship Date: 20OCT09
ActWgt: 0.5 KG
System#: 5608522/FWST0715
Account#: S 250956193

REF:
DESC-1: Doc.
DESC-2:
DESC-3:
DESC-4:

SHIP TO:    866 8417868    BILL SENDER

**Lehman  Brothers H. Claims Process**
**Epiq Bankruptcy Solutions, LLC**
**757 Thris Avenue**
**3rd Floor**

COUNTRY MFG:
CARRIAGE VALUE: USD
CUSTOMS VALUE: 0 USD
T/C: S 250956193    D/T: S 250956193
SIGN: Amy N.
EIN/VAT:

**New York, NY 10017**
US



## IP ENVELOPE

TRK#  9841  3717  7744    FORM 0430

EWR    A1

10017
ISR    -NY-US

EB OGSA

The Warsaw Convention may apply and will govern in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment  Subject to the conditions of this contract

CONSIGNEE COPY - PLEASE PLACE IN POUCH

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| | |
|---|---|
| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000044530

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LAU KAM HUEN
3A, BLOCK 6, VILLA RHAPSODY, SYMPHONY BAY,
533 SAI SHA ROAD, SAI KUNG, N.T., HONG KONG
Telephone number: (852) 9038 0815   Email Address: deniskhlau@gmail.com

Name and address where payment should be sent (if different from above)

Telephone number:                Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 50, 000     in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): _____XS0341160082_____ (Required)

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
_____CA31737_____ (Required)

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
_____89529_____ (Required)

5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED

OCT 2 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| Oct 21, 2009 | _____   LAU KAM HUEN |

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
C/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Dear Sirs,

**Re: Lehman Brothers Holdings Inc ("LBHI")**
**Chapter 11 Case No. 08-13555 (JMP)**

**REVISED LEHMAN PROGRAM SECURITIES PROOF OF CLAIM –**
**HKD DENOMINATED LEHMAN HOLDING**

Please find enclosed Lehman Program Securities Proof of Claim ("Proof of Claim") with Clearstream Bank Blocking Number below:

CA31713

The enclosed Proof of Claim contains a typo, the USD/HKD conversion rate 7.7904 was mistyped as 7.7804, as at 15 September 2008 and shall supersede any Proof of Claim with the same Clearstream Bank Blocking Number filed previously.

If you have any questions, or require any further information, please do not hesitate to contact me/us using the contact details stated in the enclosed revised Proof of Claim.

Yours faithfully,

Name:          LAU   KAM HUEN

Signature:

Date:              October 21, 2009

Enc.

1



Schedule 3

Schedule of 7th, 8th, 9th, and 10th Distributions Received From Lehman Brothers Treasury BV

**DB Ref: 19881**

| Description of Security | ISIN/CUSIP | Issuer | Principal/Notional Amount | Admissible Amount | Issue Notional | Maturity | LBT 6h Distribution | LBT 9h Distribution | LBT 8h Distribution | LBT 7h Distribution |
|---|---|---|---|---|---|---|---|---|---|---|
| LB 3Y AUD Range Accrual Note S836 05NOV09 | XS0127940029 | Lehman Brothers Treasury Co BV | AUD 1,770,000.00 | AUD 663,755.15 | 2,310,000.00 | 05NOV09 | AUD 8,501.73 | AUD 13,883.35 | AUD 7,315.50 | AUD 5,072.82 |
| LB 3Y HKD Range Accrual Note S876 22OCT09 | XS0125766084 | Lehman Brothers Treasury Co BV | HKD 14,240,000.00 | AUD 1,447,366.19 | 27,360,000.00 | 22OCT09 | HKD 89,491.67 | HKD 117,557.92 | HKD 66,013.41 | HKD 48,525.28 |
| LB 3Y HKD Airbag Range Accrual Note S776 22OCT09 | XS0132062479 | Lehman Brothers Treasury Co BV | HKD 12,390,000.00 | HKD 1,457,529.40 | 21,150,000.00 | 22OCT09 | HKD 101,848.99 | HKD 135,323.60 | HKD 78,513.94 | HKD 51,604.35 |
| LB 3Y HKD Airbag Range Accrual Note S779 27OCT09 | XS0126608352 | Lehman Brothers Treasury Co BV | HKD 22,540,000.00 | HKD 1,293,243.85 | 31,790,000.00 | 27OCT09 | HKD 125,552.11 | HKD 164,952.95 | HKD 93,424.91 | HKD 63,878.36 |
| LB 3Y HKD Range Accrual Note S796 27OCT09 | XS0126862307 | Lehman Brothers Treasury Co BV | HKD 9,310,000.00 | HKD 1,193,527.62 | 17,940,000.00 | 27OCT09 | HKD 73,629.98 | HKD 101,176.70 | HKD 57,337.45 | HKD 30,182.38 |
| LB 3Y HKD Range Accrual Note S817 02NOV09 | XS0127859391 | Lehman Brothers Treasury Co BV | HKD 4,440,000.00 | HKD 485,596.61 | 8,110,000.00 | 02NOV09 | HKD 31,773.34 | HKD 41,553.31 | HKD 23,650.55 | HKD 16,161.60 |
| LB 3Y HKD Airbag Range Accrual Note S841 09NOV09 | XS0126937348 | Lehman Brothers Treasury Co BV | HKD 9,960,000.00 | HKD 963,134.44 | 25,070,000.00 | 09NOV09 | HKD 47,129.06 | HKD 63,809.11 | HKD 35,806.67 | HKD 24,479.33 |
| LB 3Y HKD Range Accrual Note S856 16NOV09 | XS0132153807 | Lehman Brothers Treasury Co BV | HKD 6,810,000.00 | HKD 862,557.78 | 11,210,000.00 | 16NOV09 | HKD 57,883.08 | HKD 76,023.35 | HKD 43,085.44 | HKD 29,446.41 |
| LB 3Y HKD Range Accrual Note S936 14DEC09 | XS0134225801 | Lehman Brothers Treasury Co BV | HKD 14,560,000.00 | HKD 970,670.55 | 21,860,000.00 | 14DEC09 | HKD 75,807.11 | HKD 101,707.46 | HKD 57,652.63 | HKD 39,428.48 |
| LB 3Y HKD Range Accrual Note S941 21DEC09 | XS0134743956 | Lehman Brothers Treasury Co BV | HKD 3,030,000.00 | HKD 724,123.67 | 20,060,000.00 | 21DEC09 | HKD 58,442.39 | HKD 76,787.05 | HKD 43,501.75 | HKD 29,727.13 |
| LB 3Y HKD Range Accrual Note S993 18JAN10 | XS0135960376 | Lehman Brothers Treasury Co BV | HKD 7,350,000.00 | HKD 442,462.25 | 12,320,000.00 | 18JAN10 | HKD 31,852.00 | HKD 41,531.34 | HKD 23,769.13 | HKD 16,199.40 |
| LB 3Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0140917411 | Lehman Brothers Treasury Co BV | HKD 18,830,000.00 | HKD 1,343,607.21 | 27,720,000.00 | 02MAR09 | HKD 108,479.27 | HKD 142,676.14 | HKD 80,746.87 | HKD 55,173.95 |
| LB 3Y HKD Daily Callable Fixed Coupon Note S079 08MAR09 | XS0134912258 | Lehman Brothers Treasury Co BV | HKD 13,570,000.00 | HKD 1,009,926.12 | 19,810,000.00 | 08MAR09 | HKD 82,174.97 | HKD 107,928.20 | HKD 61,167.13 | HKD 41,795.60 |
| LB 3Y USD Range Accrual Note S778 27OCT09 | XS0125841168 | Lehman Brothers Treasury Co BV | USD 1,220,000.00 | USD 1,069,462.70 | 2,800,000.00 | 27OCT09 | USD 7,044.32 | USD 10,147.87 | USD 5,901.90 | USD 4,013.54 |
| LB 3Y USD Range Accrual Note S787 30OCT09 | XS0126862623 | Lehman Brothers Treasury Co BV | USD 630,000.00 | USD 835,417.43 | 1,080,000.00 | 30OCT09 | USD 6,369.73 | USD 8,575.19 | USD 5,084.00 | USD 3,475.71 |
| LB 3Y USD Range Accrual Note S797 27OCT09 | XS0126048529 | Lehman Brothers Treasury Co BV | USD 2,440,000.00 | USD 1,402,407.79 | 3,850,000.00 | 27OCT09 | USD 13,569.73 | USD 17,884.84 | USD 10,132.07 | USD 6,927.16 |
| LB 2Y USD Range Accrual Note S806 27OCT09 | XS0126048826 | Lehman Brothers Treasury Co BV | USD 860,000.00 | USD 564,605.73 | 1,550,000.00 | 27OCT09 | USD 4,782.77 | USD 6,303.67 | USD 3,571.14 | USD 2,441.54 |
| LB 2Y USD Range Accrual Note S802 30NOV09 | XS0126708491 | Lehman Brothers Treasury Co BV | USD 1,170,000.00 | USD 732,157.08 | 1,810,000.00 | 30NOV09 | USD 7,237.78 | USD 9,529.91 | USD 5,398.23 | USD 3,690.18 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0126865671 | Lehman Brothers Treasury Co BV | USD 740,000.00 | USD 425,603.33 | 1,220,000.00 | 29OCT09 | USD 3,976.96 | USD 5,241.25 | USD 2,976.06 | USD 2,016.56 |
| LB 2Y USD Range Accrual Note S892 02NOV09 | XS0127463340 | Lehman Brothers Treasury Co BV | USD 30,000.00 | USD 409,644.91 | 440,000.00 | 02NOV09 | USD 149.76 | USD 263.28 | USD 149.15 | USD 101.97 |
| LB 2Y USD Range Accrual Note S836 30NOV09 | XS0128586515 | Lehman Brothers Treasury Co BV | USD 1,440,000.00 | USD 792,169.25 | 2,460,000.00 | 30NOV09 | USD 10,427.95 | USD 13,743.99 | USD 7,786.20 | USD 5,322.24 |
| LB 3Y USD Airbag Range Accrual Note S901 23NOV09 | XS0134100623 | Lehman Brothers Treasury Co BV | USD 2,920,000.00 | USD 1,201,435.58 | 2,800,000.00 | 23NOV09 | USD 15,237.50 | USD 20,082.95 | USD 11,377.34 | USD 7,777.00 |
| LB 3Y USD Airbag Range Accrual Note S911 23NOV09 | XS0131499530 | Lehman Brothers Treasury Co BV | USD 2,050,000.00 | USD 1,200,606.89 | 2,430,000.00 | 23NOV09 | USD 15,463.86 | USD 20,381.21 | USD 11,546.31 | USD 7,892.50 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0135947415 | Lehman Brothers Treasury Co BV | USD 690,000.00 | USD 745,425.94 | 1,410,000.00 | 23NOV09 | USD 5,603.32 | USD 7,410.34 | USD 4,198.42 | USD 2,842.80 |
| LB 3Y USD Airbag Range Accrual Note S888 23NOV09 | XS0135947454 | Lehman Brothers Treasury Co BV | USD 2,950,000.00 | USD 1,151,180.26 | 5,780,000.00 | 23NOV09 | USD 21,239.56 | USD 27,951.64 | USD 15,858.87 | USD 10,816.05 |
| LB 3Y USD Airbag Range Accrual Note S889 23NOV09 | XS0131706518 | Lehman Brothers Treasury Co BV | USD 2,790,000.00 | USD 2,459,342.12 | 4,410,000.00 | 23NOV09 | USD 24,527.71 | USD 32,061.70 | USD 18,114.67 | USD 12,418.26 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0136250229 | Lehman Brothers Treasury Co BV | USD 1,890,000.00 | USD 929,447.31 | 3,380,000.00 | 21DEC09 | USD 6,876.77 | USD 8,299.95 | USD 4,985.81 | USD 3,407.37 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0136417931 | Lehman Brothers Treasury Co BV | USD 1,460,000.00 | USD 837,306.11 | 2,660,000.00 | 17DEC09 | USD 9,060.74 | USD 11,942.02 | USD 6,764.34 | USD 4,625.28 |
| LB 2Y USD Range Accrual Note S952 29DEC09 | XS0136430091 | Lehman Brothers Treasury Co BV | USD 1,750,000.00 | USD 808,152.25 | 2,750,000.00 | 29DEC09 | USD 9,395.19 | USD 12,332.35 | USD 7,000.14 | USD 4,776.10 |
| LB 2Y USD Range Accrual Note S954 02DEC09 | XS0136927969 | Lehman Brothers Treasury Co BV | USD 2,250,000.00 | USD 2,080,041.87 | 3,190,000.00 | 02DEC09 | USD 22,198.83 | USD 29,321.64 | USD 16,724.41 | USD 11,432.25 |
| LB 3Y USD Airbag Range Accrual Note S978 31DEC09 | XS0137539468 | Lehman Brothers Treasury Co BV | USD 1,410,000.00 | USD 671,256.57 | 2,110,000.00 | 31DEC09 | USD 6,848.46 | USD 9,026.24 | USD 5,113.51 | USD 3,495.30 |
| LB 3Y USD Airbag Range Accrual Note S961 05NOV09 | XS0137450091 | Lehman Brothers Treasury Co BV | USD 440,000.00 | USD 181,498.22 | 980,000.00 | 05NOV09 | USD 2,102.16 | USD 2,779.65 | USD 1,564.04 | USD 1,073.16 |
| LB 2Y USD Range Accrual Note S984 18JAN10 | XS0141160082 | Lehman Brothers Treasury Co BV | USD 970,000.00 | USD 574,543.79 | 2,040,000.00 | 25JAN10 | USD 4,889.96 | USD 6,428.46 | USD 3,643.44 | USD 2,188.95 |
| LB 3Y USD Range Accrual Note S991 18JAN10 | XS0141195872 | Lehman Brothers Treasury Co BV | USD 2,830,000.00 | USD 1,695,334.65 | 4,280,000.00 | 18JAN10 | USD 17,114.57 | USD 22,556.91 | USD 12,778.87 | USD 8,736.21 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0143771352 | Lehman Brothers Treasury Co BV | USD 290,000.00 | USD 382,166.47 | 960,000.00 | 11MAR09 | USD 1,742.37 | USD 2,423.06 | USD 1,316.06 | USD 1,185.30 |
| LB 1Y USD Daily Callable Fixed Coupon Note S091 11MAR09 | XS0143971015 | Lehman Brothers Treasury Co BV | USD 285,000.00 | USD 482,089.35 | 7,140,000.00 | 11MAR09 | USD 2,575.07 | USD 3,949.85 | USD 2,218.91 | USD 1,516.49 |
| LB 7.5Y EUR Booster Himalaya Note - USD 22MAR11 | XS0367098845 | Lehman Brothers Treasury Co BV | | | | | | | | |

Schedule 3