Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank AG, London Branch

Name of Transferor

The Royal Bank of Scotland Plc

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: Michael.sutton@db.com

Court Claim # (if known): See attached Schedule

Amount of Claim (transferred):

(i) See attached Schedule

(plus all interest, costs and fees relating to these claims)

Date Claim Filed: See attached Schedule

Tel: N/A

Last Four Digits of Acct. #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________________
Transferee/Transferee's Agent

Date: 14 JUNE 2017

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Alex Darbyshire**
**Vice President**

**Simon Glennie**
**Director**

Schedule to Form 210A

| ISIN/CUSIP | LBHI Claim Number | Date Claim Filed | Principal/Notional Amount | |
|---|---|---|---|---|
| XS0331504745 | 40647 | Oct 16, 2009 | USD | 130,000.00 |
| XS0326608279 | 41347 | Oct 19, 2009 | USD | 140,000.00 |
| XS0326708491 | 42084 | Oct 19, 2009 | USD | 420,000.00 |
| XS0349511872 | 42161 | Oct 19, 2009 | USD | 400,000.00 |
| XS0331769538 | 43050 | Oct 21, 2009 | USD | 250,000.00 |
| XS0327940929 | 43114 | Oct 21, 2009 | AUD | 130,000.00 |
| XS0334922860 | 43809 | Oct 22, 2009 | HKD | 500,000.00 |
| XS0326608279 | 44051 | Oct 22, 2009 | USD | 90,000.00 |
| XS0348407411 | 44052 | Oct 22, 2009 | HKD | 900,000.00 |
| XS0339560293 | 44075 | Oct 22, 2009 | USD | 130,000.00 |
| XS0334922860 | 44190 | Oct 22, 2009 | HKD | 100,000.00 |
| XS0337553688 | 44192 | Oct 22, 2009 | USD | 100,000.00 |
| XS0331400530 | 44193 | Oct 22, 2009 | USD | 20,000.00 |
| XS0331400027 | 44194 | Oct 22, 2009 | USD | 20,000.00 |
| XS0331769538 | 44195 | Oct 22, 2009 | USD | 40,000.00 |
| XS0327940929 | 44291 | Oct 22, 2009 | AUD | 150,000.00 |
| XS0339560293 | 44292 | Oct 22, 2009 | USD | 170,000.00 |
| XS0339560376 | 44293 | Oct 22, 2009 | HKD | 370,000.00 |
| XS0336927909 | 44297 | Oct 22, 2009 | USD | 200,000.00 |
| XS0341160082 | 44530 | Oct 22, 2009 | USD | 50,000.00 |
| XS0326026498 | 44532 | Oct 22, 2009 | HKD | 1,000,000.00 |
| XS0331400530 | 44993 | Oct 23, 2009 | USD | 300,000.00 |
| XS0336415913 | 44994 | Oct 23, 2009 | USD | 260,000.00 |
| XS0331400027 | 44995 | Oct 23, 2009 | USD | 300,000.00 |
| XS0326608279 | 44996 | Oct 23, 2009 | USD | 330,000.00 |
| XS0349511872 | 44997 | Oct 23, 2009 | USD | 250,000.00 |
| XS0331400530 | 45130 | Oct 23, 2009 | USD | 100,000.00 |
| XS0331769454 | 45132 | Oct 23, 2009 | USD | 300,000.00 |
| XS0338525172 | 45133 | Oct 23, 2009 | USD | 180,000.00 |
| XS0337553688 | 45134 | Oct 23, 2009 | USD | 380,000.00 |
| XS0341160082 | 45135 | Oct 23, 2009 | USD | 380,000.00 |
| XS0326026498 | 45136 | Oct 23, 2009 | HKD | 2,900,000.00 |
| XS0327940929 | 45246 | Oct 23, 2009 | AUD | 200,000.00 |
| XS0336415913 | 45263 | Oct 23, 2009 | USD | 700,000.00 |
| XS0336927909 | 45271 | Oct 23, 2009 | USD | 110,000.00 |
| XS0326608279 | 45273 | Oct 23, 2009 | USD | 130,000.00 |
| XS0331769538 | 45275 | Oct 23, 2009 | USD | 130,000.00 |
| XS0325786084 | 45276 | Oct 23, 2009 | HKD | 3,000,000.00 |
| XS0331769454 | 45289 | Oct 23, 2009 | USD | 160,000.00 |
| XS0326026225 | 45296 | Oct 23, 2009 | USD | 70,000.00 |
| XS0326708491 | 45396 | Oct 23, 2009 | USD | 150,000.00 |
| XS0331769538 | 45401 | Oct 23, 2009 | USD | 100,000.00 |
| XS0331769538 | 45405 | Oct 23, 2009 | USD | 430,000.00 |
| XS0348407411 | 45443 | Oct 23, 2009 | HKD | 500,000.00 |
| XS0349512250 | 45444 | Oct 23, 2009 | HKD | 300,000.00 |
| XS0334922860 | 45445 | Oct 23, 2009 | HKD | 200,000.00 |
| XS0331769454 | 45447 | Oct 23, 2009 | USD | 40,000.00 |
| XS0336927909 | 45597 | Oct 23, 2009 | USD | 100,000.00 |
| XS0348407411 | 45751 | Oct 26, 2009 | HKD | 3,000,000.00 |
| XS0348407411 | 45752 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0336927909 | 45760 | Oct 26, 2009 | USD | 100,000.00 |
| XS0348407411 | 45766 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0335743398 | 45767 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0336645089 | 45768 | Oct 26, 2009 | USD | 160,000.00 |
| XS0348407411 | 45771 | Oct 26, 2009 | HKD | 3,000,000.00 |
| XS0349512250 | 45777 | Oct 26, 2009 | HKD | 900,000.00 |
| XS0326026225 | 45799 | Oct 26, 2009 | USD | 30,000.00 |

| | | | | |
|---|---|---|---|---|
| XS0335743398 | 45800 | Oct 26, 2009 | HKD | 520,000.00 |
| XS0336250229 | 45801 | Oct 26, 2009 | USD | 200,000.00 |
| XS0326866307 | 45802 | Oct 26, 2009 | HKD | 510,000.00 |
| XS0328586515 | 45803 | Oct 26, 2009 | USD | 20,000.00 |
| XS0326708491 | 45804 | Oct 26, 2009 | USD | 20,000.00 |
| XS0331400027 | 45805 | Oct 26, 2009 | USD | 20,000.00 |
| XS0341160082 | 45806 | Oct 26, 2009 | USD | 20,000.00 |
| XS0336927909 | 45807 | Oct 26, 2009 | USD | 20,000.00 |
| XS0335743398 | 45814 | Oct 26, 2009 | HKD | 2,000,000.00 |
| XS0348407411 | 45824 | Oct 26, 2009 | HKD | 4,000,000.00 |
| XS0336415913 | 45836 | Oct 26, 2009 | USD | 70,000.00 |
| XS0326608279 | 45837 | Oct 26, 2009 | USD | 100,000.00 |
| XS0326026498 | 45838 | Oct 26, 2009 | HKD | 800,000.00 |
| XS0325786084 | 45839 | Oct 26, 2009 | HKD | 800,000.00 |
| XS0336250229 | 45843 | Oct 26, 2009 | USD | 160,000.00 |
| XS0326608352 | 45854 | Oct 26, 2009 | HKD | 2,000,000.00 |
| XS0335743398 | 45866 | Oct 26, 2009 | HKD | 1,220,000.00 |
| XS0332153807 | 45894 | Oct 26, 2009 | HKD | 780,000.00 |
| XS0326865671 | 45916 | Oct 26, 2009 | USD | 100,000.00 |
| XS0336415913 | 45918 | Oct 26, 2009 | USD | 70,000.00 |
| XS0326608352 | 45919 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0329337348 | 45920 | Oct 26, 2009 | HKD | 400,000.00 |
| XS0349511872 | 46870 | Oct 26, 2009 | USD | 100,000.00 |
| XS0331769454 | 46892 | Oct 26, 2009 | USD | 400,000.00 |
| XS0335743398 | 46918 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0326608352 | 46944 | Oct 26, 2009 | HKD | 2,500,000.00 |
| XS0338525172 | 47065 | Oct 26, 2009 | USD | 160,000.00 |
| XS0325786084 | 47351 | Oct 26, 2009 | HKD | 1,200,000.00 |
| XS0339560376 | 47352 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0349512250 | 47353 | Oct 26, 2009 | HKD | 1,200,000.00 |
| XS0331504745 | 47361 | Oct 26, 2009 | USD | 70,000.00 |
| XS0334922860 | 47362 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0336250229 | 47373 | Oct 26, 2009 | USD | 80,000.00 |
| XS0335743398 | 47374 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0325786084 | 47380 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0329337348 | 47501 | Oct 27, 2009 | HKD | 300,000.00 |
| XS0331400027 | 47608 | Oct 27, 2009 | USD | 120,000.00 |
| XS0326608352 | 47619 | Oct 27, 2009 | HKD | 5,630,000.00 |
| XS0326026225 | 47741 | Oct 27, 2009 | USD | 80,000.00 |
| XS0326866307 | 47742 | Oct 27, 2009 | HKD | 2,100,000.00 |
| XS0326026498 | 47750 | Oct 27, 2009 | HKD | 400,000.00 |
| XS0331400027 | 47751 | Oct 27, 2009 | USD | 50,000.00 |
| XS0335743398 | 47753 | Oct 27, 2009 | HKD | 500,000.00 |
| XS0339560376 | 47754 | Oct 27, 2009 | HKD | 500,000.00 |
| XS0326608279 | 47878 | Oct 27, 2009 | USD | 200,000.00 |
| XS0326608352 | 47879 | Oct 27, 2009 | HKD | 1,500,000.00 |
| XS0326866307 | 47979 | Oct 27, 2009 | HKD | 540,000.00 |
| XS0331400027 | 48604 | Oct 27, 2009 | USD | 30,000.00 |
| XS0331400530 | 48605 | Oct 27, 2009 | USD | 30,000.00 |
| XS0331769454 | 48606 | Oct 27, 2009 | USD | 50,000.00 |
| XS0335743398 | 48608 | Oct 27, 2009 | HKD | 1,000,000.00 |
| XS0339560293 | 48651 | Oct 27, 2009 | USD | 80,000.00 |
| XS0334922860 | 48652 | Oct 27, 2009 | HKD | 470,000.00 |
| XS0326608279 | 48667 | Oct 27, 2009 | USD | 30,000.00 |
| XS0328586515 | 48744 | Oct 27, 2009 | USD | 200,000.00 |
| XS0331769538 | 49430 | Oct 27, 2009 | USD | 170,000.00 |
| XS0336250229 | 49467 | Oct 27, 2009 | USD | 200,000.00 |
| XS0336927909 | 49518 | Oct 27, 2009 | USD | 180,000.00 |
| XS0326026498 | 49525 | Oct 27, 2009 | HKD | 650,000.00 |

| | | | | |
|---|---|---|---|---|
| XS0326026225 | 49575 | Oct 27, 2009 | USD | 130,000.00 |
| XS0331769538 | 49580 | Oct 27, 2009 | USD | 100,000.00 |
| XS0331769454 | 49965 | Oct 27, 2009 | USD | 150,000.00 |
| XS0325841368 | 49966 | Oct 27, 2009 | USD | 100,000.00 |
| XS0336927909 | 50340 | Oct 28, 2009 | USD | 180,000.00 |
| XS0331769538 | 50382 | Oct 28, 2009 | USD | 350,000.00 |
| XS0334922860 | 50669 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331400530 | 50678 | Oct 28, 2009 | USD | 140,000.00 |
| XS0331400027 | 50684 | Oct 28, 2009 | USD | 170,000.00 |
| XS0336250229 | 50703 | Oct 28, 2009 | USD | 200,000.00 |
| XS0331400530 | 50835 | Oct 28, 2009 | USD | 50,000.00 |
| XS0326026498 | 50836 | Oct 28, 2009 | HKD | 500,000.00 |
| XS0335743398 | 50873 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331769538 | 50879 | Oct 28, 2009 | USD | 120,000.00 |
| XS0326026498 | 50885 | Oct 28, 2009 | HKD | 1,500,000.00 |
| XS0331400530 | 50889 | Oct 28, 2009 | USD | 110,000.00 |
| XS0331769454 | 50898 | Oct 28, 2009 | USD | 130,000.00 |
| XS0329337348 | 50899 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331769538 | 50904 | Oct 28, 2009 | USD | 100,000.00 |
| XS0369799845 | 51250 | Oct 28, 2009 | USD | 75,000.00 |
| XS0369799845 | 51251 | Oct 28, 2009 | USD | 80,000.00 |
| XS0348407411 | 51601 | Oct 28, 2009 | HKD | 500,000.00 |
| XS0334922860 | 51602 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0349512250 | 51628 | Oct 28, 2009 | HKD | 1,800,000.00 |
| XS0327940929 | 51772 | Oct 28, 2009 | AUD | 200,000.00 |
| XS0331504745 | 51773 | Oct 28, 2009 | USD | 130,000.00 |
| XS0331769538 | 55132 | Oct 29, 2009 | USD | 220,000.00 |
| XS0369799845 | 55137 | Oct 29, 2009 | USD | 65,000.00 |
| XS0331400530 | 55154 | Oct 29, 2009 | USD | 540,000.00 |
| XS0349511872 | 55213 | Oct 29, 2009 | USD | 500,000.00 |
| XS0331400027 | 55214 | Oct 29, 2009 | USD | 960,000.00 |
| XS0349511872 | 55222 | Oct 29, 2009 | USD | 150,000.00 |
| XS0336250229 | 55282 | Oct 29, 2009 | USD | 60,000.00 |
| XS0325786084 | 55283 | Oct 29, 2009 | HKD | 500,000.00 |
| XS0326608279 | 56038 | Oct 29, 2009 | USD | 200,000.00 |
| XS0336645089 | 56521 | Oct 29, 2009 | USD | 150,000.00 |
| XS0331400530 | 56522 | Oct 29, 2009 | USD | 140,000.00 |
| XS0331504745 | 56727 | Oct 29, 2009 | USD | 80,000.00 |
| XS0336927909 | 56728 | Oct 29, 2009 | USD | 70,000.00 |
| XS0327940929 | 56967 | Oct 29, 2009 | AUD | 280,000.00 |
| XS0331769454 | 56968 | Oct 29, 2009 | USD | 20,000.00 |
| XS0325841368 | 57068 | Oct 30, 2009 | USD | 100,000.00 |
| XS0326608279 | 57070 | Oct 30, 2009 | USD | 220,000.00 |
| XS0332153807 | 57072 | Oct 30, 2009 | HKD | 800,000.00 |
| XS0327940929 | 57100 | Oct 30, 2009 | AUD | 200,000.00 |
| XS0348407411 | 57110 | Oct 30, 2009 | HKD | 1,000,000.00 |
| XS0336250229 | 57134 | Oct 30, 2009 | USD | 50,000.00 |
| XS0331400530 | 57135 | Oct 30, 2009 | USD | 40,000.00 |
| XS0326608436 | 57136 | Oct 30, 2009 | USD | 50,000.00 |
| XS0327859301 | 57137 | Oct 30, 2009 | HKD | 580,000.00 |
| XS0349511872 | 57187 | Oct 30, 2009 | USD | 90,000.00 |
| XS0336250229 | 57196 | Oct 30, 2009 | USD | 20,000.00 |
| XS0325841368 | 57198 | Oct 30, 2009 | USD | 40,000.00 |
| XS0326608279 | 57199 | Oct 30, 2009 | USD | 30,000.00 |
| XS0326608436 | 57209 | Oct 30, 2009 | USD | 120,000.00 |
| XS0339560376 | 57210 | Oct 30, 2009 | HKD | 1,030,000.00 |
| XS0336927909 | 57212 | Oct 30, 2009 | USD | 100,000.00 |
| XS0326608436 | 57213 | Oct 30, 2009 | USD | 150,000.00 |
| XS0334922860 | 57230 | Oct 30, 2009 | HKD | 500,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0325786084 | 57231 | Oct 30, 2009 | HKD | 620,000.00 |
| XS0326708491 | 57232 | Oct 30, 2009 | USD | 40,000.00 |
| XS0338525172 | 57235 | Oct 30, 2009 | USD | 100,000.00 |
| XS0331769538 | 57238 | Oct 30, 2009 | USD | 130,000.00 |
| XS0350571377 | 57257 | Oct 30, 2009 | USD | 130,000.00 |
| XS0326608279 | 57259 | Oct 30, 2009 | USD | 130,000.00 |
| XS0336415913 | 57260 | Oct 30, 2009 | USD | 50,000.00 |
| XS0331400530 | 57262 | Oct 30, 2009 | USD | 70,000.00 |
| XS0331504745 | 57263 | Oct 30, 2009 | USD | 30,000.00 |
| XS0336645089 | 57264 | Oct 30, 2009 | USD | 150,000.00 |
| XS0326608436 | 57265 | Oct 30, 2009 | USD | 100,000.00 |
| XS0336927909 | 57266 | Oct 30, 2009 | USD | 210,000.00 |
| XS0325786084 | 57269 | Oct 30, 2009 | HKD | 1,000,000.00 |
| XS0331400027 | 57270 | Oct 30, 2009 | USD | 50,000.00 |
| XS0327940929 | 57332 | Oct 30, 2009 | AUD | 70,000.00 |
| XS0325841368 | 57333 | Oct 30, 2009 | USD | 70,000.00 |
| XS0339560376 | 57718 | Oct 30, 2009 | HKD | 500,000.00 |
| XS0326866307 | 57719 | Oct 30, 2009 | HKD | 500,000.00 |
| XS0339560376 | 57721 | Oct 30, 2009 | HKD | 200,000.00 |
| XS0369799845 | 57722 | Oct 30, 2009 | USD | 65,000.00 |
| XS0332153807 | 57751 | Oct 30, 2009 | HKD | 800,000.00 |
| XS0326608436 | 57752 | Oct 30, 2009 | USD | 80,000.00 |
| XS0336645089 | 57753 | Oct 30, 2009 | USD | 60,000.00 |
| XS0337553688 | 57754 | Oct 30, 2009 | USD | 30,000.00 |
| XS0341160082 | 57755 | Oct 30, 2009 | USD | 30,000.00 |
| XS0349512250 | 60811 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0331769454 | 60815 | Nov 02, 2009 | USD | 210,000.00 |
| XS0334922860 | 60836 | Nov 02, 2009 | HKD | 250,000.00 |
| XS0348407411 | 60837 | Nov 02, 2009 | HKD | 700,000.00 |
| XS0336927909 | 60842 | Nov 02, 2009 | USD | 150,000.00 |
| XS0331769454 | 60846 | Nov 02, 2009 | USD | 150,000.00 |
| XS0334922860 | 60852 | Nov 02, 2009 | HKD | 890,000.00 |
| XS0335743398 | 60853 | Nov 02, 2009 | HKD | 1,000,000.00 |
| XS0349511872 | 60854 | Nov 02, 2009 | USD | 500,000.00 |
| XS0326866307 | 60857 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0335743398 | 60914 | Nov 02, 2009 | HKD | 250,000.00 |
| XS0332153807 | 60915 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0329337348 | 60916 | Nov 02, 2009 | HKD | 1,200,000.00 |
| XS0326866307 | 60917 | Nov 02, 2009 | HKD | 650,000.00 |
| XS0326608352 | 60918 | Nov 02, 2009 | HKD | 890,000.00 |
| XS0325786084 | 60919 | Nov 02, 2009 | HKD | 1,080,000.00 |
| XS0326026498 | 60920 | Nov 02, 2009 | HKD | 1,500,000.00 |
| XS0349511872 | 60921 | Nov 02, 2009 | USD | 130,000.00 |
| XS0339560293 | 60922 | Nov 02, 2009 | USD | 310,000.00 |
| XS0337553688 | 60923 | Nov 02, 2009 | USD | 60,000.00 |
| XS0336927909 | 60924 | Nov 02, 2009 | USD | 70,000.00 |
| XS0336645089 | 60925 | Nov 02, 2009 | USD | 210,000.00 |
| XS0336250229 | 60928 | Nov 02, 2009 | USD | 190,000.00 |
| XS0331769538 | 60929 | Nov 02, 2009 | USD | 50,000.00 |
| XS0331769454 | 60930 | Nov 02, 2009 | USD | 80,000.00 |
| XS0331400027 | 60931 | Nov 02, 2009 | USD | 50,000.00 |
| XS0326608279 | 60932 | Nov 02, 2009 | USD | 150,000.00 |
| XS0325841368 | 60933 | Nov 02, 2009 | USD | 250,000.00 |
| XS0326865671 | 61149 | Nov 02, 2009 | USD | 320,000.00 |
| XS0328586515 | 61150 | Nov 02, 2009 | USD | 300,000.00 |
| XS0326866307 | 61312 | Nov 02, 2009 | HKD | 500,000.00 |
| XS0326865671 | 61319 | Nov 02, 2009 | USD | 130,000.00 |
| XS0331400027 | 62934 | Nov 02, 2009 | USD | 70,000.00 |
| XS0326026498 | 62935 | Nov 02, 2009 | HKD | 400,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0331769538 | 62936 | Nov 02, 2009 | USD | 40,000.00 |
| XS0336645089 | 62937 | Nov 02, 2009 | USD | 190,000.00 |
| XS0326866307 | 64670 | Nov 04, 2009 | HKD | 600,000.00 |
| XS0331400530 | 64857 | Nov 05, 2009 | USD | 130,000.00 |
| XS0326026498 | 67148 | Oct 26, 2010 | HKD | 1,000,000.00 |

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **THE ROYAL BANK OF SCOTLAND PLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **DEUTSCHE BANK AG, LONDON BRANCH** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentage specified in Schedule 1 hereto, in Seller's right, title and interest in and to the Proof of Claim Numbers listed on Schedule 1 filed by or on behalf of Seller (a copy of which is attached at Schedule 2 hereto) (the "Proofs of Claim" and each a "Proof of Claim") as is specified in Schedule 1 hereto (the "Purchased Portion") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Portion and specified in Schedule 1 attached hereto. For the avoidance of doubt, Purchaser does not assume and shall not be responsible for any obligations or liabilities of the Seller to or in connection with the Transferred Claim, the Purchased Securities or the Proceedings.

2. Seller hereby represents and warrants to Purchaser that: (a) the Proofs of Claim were duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proofs of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller has been duly authorized to sell, transfer and assign the Transferred Claims by the owner of Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim includes the Purchased Portion specified in Schedule 1 attached hereto; (f) Seller has not engaged in, and, to the best of its knowledge, none of Seller's predecessors-in-interest (if any) in the past have engaged in, any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; (g) a true and correct schedule of the 10th, 11th and 12th distributions paid to Seller by Lehman Brothers Holdings, Inc., appears attached hereto as Schedule 2; (h) to the best of its knowledge and based on its understanding of the Proceedings, the Transferred Claims are Class 5 Senior Third Party Guarantee Claims; and (i) a true and correct schedule of the 7th, 8th, 9th, and 10th distributions paid to Seller by Lehman Brothers Treasury Co. B.V. or its authorized agent(s), with respect to the securities relating to the Transferred Claims, appears attached hereto as Schedule 3.

3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by

Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proofs of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below, unless otherwise required by the international treaties governing the service of process to the parties.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 14 day of JUNE 2017.

**THE ROYAL BANK OF SCOTLAND PLC**

By: [signature]
Name: CHRIS ANDREWS
Title: AUTHORISED SIGNATORY

**DEUTSCHE BANK AG, LONDON BRANCH**

By: [signature]
Name: Alex Darbyshire
Title: Vice President

By: [signature]
Name: Simon Glennie
Title: Director

Winchester House
1, Great Winchester Street
London EC2N 2DB
ENGLAND
Attn: Michael Sutton

Schedule 1

Transferred Claims

Purchased Portion

100% of the claims that are referenced in the Proofs of Claim (as highlighted in the copy of the Proofs of Claim attached at Schedule 2) and relating to the Purchased Securities described in the attached spreadsheet (plus all interest, costs and fees relating to this claim).

*See attached spreadsheet, which describes:*

- Description of Security Issued by Lehman Brothers Treasury BV
- ISIN / CUSIP
- Blocking Number
- Issuer
- Guarantor
- LBHI Claim Number
- Principal / Notional Amount
- Allowed Amount
- Maturity
- 10th, 11th and 12th Distributions made by LBHI

| Description of Security | ISIN/CUSIP | Blocking Number | Issuer | Guarantor | LBHI Claim Number | Principal/Notional Amount | Allowed Amount | Maturity | LBHI 12th Distribution | LBHI 11th Distribution | LBHI 10th Distribution |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA38048 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 40647 | USD 130,000.00 | USD 59,113.51 | 23NOV09 | USD 506.22 | USD 664.66 | USD 378.06 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA31792 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 41347 | USD 140,000.00 | USD 65,429.99 | 27OCT09 | USD 560.32 | USD 735.68 | USD 418.45 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA30399 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 42084 | USD 420,000.00 | USD 217,124.04 | 27OCT09 | USD 1,859.38 | USD 2,441.32 | USD 1,388.61 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA31689 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 42161 | USD 400,000.00 | USD 233,452.91 | 05MAR09 | USD 1,999.21 | USD 2,624.92 | USD 1,493.04 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38220 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 43050 | USD 250,000.00 | USD 144,065.52 | 23NOV09 | USD 1,233.73 | USD 1,619.86 | USD 921.37 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA31932 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 43114 | AUD 130,000.00 | USD 55,611.78 | 05NOV09 | USD 476.24 | USD 625.29 | USD 355.66 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA31759 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 43809 | HKD 500,000.00 | USD 33,633.11 | 14DEC09 | USD 288.02 | USD 378.16 | USD 215.10 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA37898 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44051 | USD 90,000.00 | USD 42,062.14 | 27OCT09 | USD 360.20 | USD 472.94 | USD 269.00 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA38409 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44052 | HKD 900,000.00 | USD 67,018.87 | 02MAR09 | USD 573.92 | USD 753.55 | USD 428.61 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | CA47030 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44075 | USD 130,000.00 | USD 57,280.12 | 18JAN10 | USD 490.52 | USD 644.05 | USD 366.33 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46770 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44190 | HKD 100,000.00 | USD 6,726.62 | 14DEC09 | USD 57.60 | USD 75.63 | USD 43.02 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | CA46949 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44192 | USD 100,000.00 | USD 46,976.61 | 31DEC09 | USD 402.29 | USD 528.20 | USD 300.43 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA46560 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44193 | USD 20,000.00 | USD 10,246.39 | 23NOV09 | USD 87.74 | USD 115.20 | USD 65.53 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA46574 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44194 | USD 20,000.00 | USD 11,289.56 | 23NOV09 | USD 96.68 | USD 126.93 | USD 72.20 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46751 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44195 | USD 40,000.00 | USD 23,050.48 | 23NOV09 | USD 197.39 | USD 259.17 | USD 147.41 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA38008 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44291 | AUD 150,000.00 | USD 64,167.44 | 05NOV09 | USD 549.51 | USD 721.49 | USD 410.38 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | CA38434 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44292 | USD 170,000.00 | USD 74,904.77 | 18JAN10 | USD 641.46 | USD 842.22 | USD 479.05 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA38423 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44293 | HKD 370,000.00 | USD 21,068.52 | 18JAN10 | USD 180.42 | USD 236.89 | USD 134.74 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA46940 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44297 | USD 200,000.00 | USD 116,385.48 | 29DEC09 | USD 996.68 | USD 1,308.62 | USD 744.34 |
| LB 2Y USD Airbag Range Accrual Note S026 25JAN10 | XS0341160082 | CA31737 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44530 | USD 50,000.00 | USD 21,818.93 | 25JAN10 | USD 186.85 | USD 245.33 | USD 139.54 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA31713 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44532 | HKD 1,000,000.00 | USD 79,343.80 | 23OCT09 | USD 679.47 | USD 892.13 | USD 507.44 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55345 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44993 | USD 300,000.00 | USD 153,695.85 | 23NOV09 | USD 1,316.20 | USD 1,728.14 | USD 982.96 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA55020 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44994 | USD 260,000.00 | USD 76,237.04 | 17DEC09 | USD 652.87 | USD 857.21 | USD 487.57 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA55316 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44995 | USD 300,000.00 | USD 169,343.43 | 23NOV09 | USD 1,450.20 | USD 1,904.08 | USD 1,083.03 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA55112 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44996 | USD 330,000.00 | USD 154,227.84 | 27OCT09 | USD 1,320.75 | USD 1,734.12 | USD 986.36 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA55189 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44997 | USD 250,000.00 | USD 145,908.07 | 05MAR09 | USD 1,249.51 | USD 1,640.57 | USD 933.15 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA31922 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45130 | USD 100,000.00 | USD 51,231.95 | 23NOV09 | USD 438.73 | USD 576.04 | USD 327.65 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA46546 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45132 | USD 300,000.00 | USD 164,319.53 | 23NOV09 | USD 1,407.18 | USD 1,847.59 | USD 1,050.90 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | CA46976 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45133 | USD 180,000.00 | USD 84,288.48 | 04JAN10 | USD 721.82 | USD 947.73 | USD 539.06 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | CA46948 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45134 | USD 380,000.00 | USD 178,511.12 | 31DEC09 | USD 1,528.71 | USD 2,007.16 | USD 1,141.66 |
| LB 2Y USD Airbag Range Accrual Note S026 25JAN10 | XS0341160082 | CA47054 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45135 | USD 380,000.00 | USD 165,823.85 | 25JAN10 | USD 1,420.06 | USD 1,864.51 | USD 1,060.52 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA46103 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45136 | HKD 2,900,000.00 | USD 230,097.03 | 23OCT09 | USD 1,970.47 | USD 2,587.19 | USD 1,471.58 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA22964 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45246 | AUD 200,000.00 | USD 85,556.59 | 05NOV09 | USD 732.68 | USD 961.99 | USD 547.17 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA64827 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45263 | USD 700,000.00 | USD 205,255.99 | 17DEC09 | USD 1,757.74 | USD 2,307.88 | USD 1,312.71 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA31656 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45271 | USD 110,000.00 | USD 64,012.01 | 29DEC09 | USD 548.17 | USD 719.74 | USD 409.38 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46413 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45273 | USD 130,000.00 | USD 60,756.42 | 27OCT09 | USD 520.29 | USD 683.14 | USD 388.56 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA31869 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45275 | USD 130,000.00 | USD 74,914.07 | 23NOV09 | USD 641.54 | USD 842.32 | USD 479.11 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA46082 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45276 | HKD 3,000,000.00 | USD 207,656.27 | 22OCT09 | USD 1,778.30 | USD 2,334.87 | USD 1,328.06 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA31653 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45289 | USD 160,000.00 | USD 87,637.08 | 23NOV09 | USD 750.49 | USD 985.38 | USD 560.48 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA46100 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45296 | USD 70,000.00 | USD 50,670.97 | 23OCT09 | USD 433.93 | USD 569.74 | USD 324.06 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA37963 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45396 | USD 150,000.00 | USD 77,544.30 | 27OCT09 | USD 664.06 | USD 871.90 | USD 495.93 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46748 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45401 | USD 100,000.00 | USD 57,626.21 | 23NOV09 | USD 493.49 | USD 647.94 | USD 368.54 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46746 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45405 | USD 430,000.00 | USD 247,792.70 | 23NOV09 | USD 2,122.01 | USD 2,786.16 | USD 1,584.75 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA73928 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45443 | HKD 500,000.00 | USD 37,232.71 | 02MAR09 | USD 318.84 | USD 418.64 | USD 238.12 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | CA73930 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45444 | HKD 300,000.00 | USD 22,482.84 | 05MAR09 | USD 192.53 | USD 252.79 | USD 143.78 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA73915 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45445 | HKD 200,000.00 | USD 13,453.24 | 14DEC09 | USD 115.20 | USD 151.26 | USD 86.04 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA73912 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45447 | USD 40,000.00 | USD 21,909.27 | 23NOV09 | USD 187.62 | USD 246.34 | USD 140.12 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA64818 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45597 | USD 100,000.00 | USD 58,192.74 | 29DEC09 | USD 498.34 | USD 654.31 | USD 372.17 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA73926 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45751 | HKD 3,000,000.00 | USD 223,396.24 | 02MAR09 | USD 1,913.09 | USD 2,511.84 | USD 1,428.73 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA38405 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45752 | HKD 1,000,000.00 | USD 74,465.41 | 02MAR09 | USD 637.69 | USD 837.28 | USD 476.24 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA38709 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45760 | USD 100,000.00 | USD 58,192.74 | 29DEC09 | USD 498.34 | USD 654.31 | USD 372.17 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA32002 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45766 | HKD 1,000,000.00 | USD 74,465.41 | 02MAR09 | USD 637.69 | USD 837.28 | USD 476.24 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA31920 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45767 | HKD 500,000.00 | USD 27,551.65 | 21DEC09 | USD 235.94 | USD 309.78 | USD 176.20 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA55104 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45768 | USD 160,000.00 | USD 72,967.72 | 29DEC09 | USD 624.87 | USD 820.44 | USD 466.66 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA32003 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45771 | HKD 3,000,000.00 | USD 223,396.24 | 02MAR09 | USD 1,913.09 | USD 2,511.84 | USD 1,428.73 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | CA47070 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45777 | HKD 900,000.00 | USD 67,448.53 | 05MAR09 | USD 577.60 | USD 758.38 | USD 431.36 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA31836 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45799 | USD 30,000.00 | USD 21,716.13 | 23OCT09 | USD 185.97 | USD 244.17 | USD 138.88 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA46774 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45800 | HKD | 520,000.00 | USD | 28,653.72 | 21DEC09 | USD | 245.38 | USD | 322.18 | USD | 183.25 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA46867 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45801 | USD | 200,000.00 | USD | 88,794.87 | 21DEC09 | USD | 760.41 | USD | 998.40 | USD | 567.88 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA31939 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45802 | HKD | 510,000.00 | USD | 54,214.54 | 27OCT09 | USD | 464.27 | USD | 609.58 | USD | 346.72 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | CA73904 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45803 | USD | 20,000.00 | USD | 8,181.68 | 06NOV09 | USD | 70.06 | USD | 91.99 | USD | 52.32 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA73896 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45804 | USD | 20,000.00 | USD | 10,339.24 | 27OCT09 | USD | 88.54 | USD | 116.25 | USD | 66.12 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA73909 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45805 | USD | 20,000.00 | USD | 11,289.56 | 23NOV09 | USD | 96.68 | USD | 126.93 | USD | 72.20 |
| LB 2Y USD Airbag Range Accrual Note S026 25JAN10 | XS0341160082 | CA73925 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45806 | USD | 20,000.00 | USD | 8,727.57 | 25JAN10 | USD | 74.74 | USD | 98.13 | USD | 55.81 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA73921 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45807 | USD | 20,000.00 | USD | 11,638.55 | 29DEC09 | USD | 99.66 | USD | 130.86 | USD | 74.43 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA46772 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45814 | HKD | 2,000,000.00 | USD | 110,206.61 | 21DEC09 | USD | 943.77 | USD | 1,239.15 | USD | 704.82 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA38404 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45824 | HKD | 4,000,000.00 | USD | 297,861.65 | 02MAR09 | USD | 2,550.79 | USD | 3,349.13 | USD | 1,904.97 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA46878 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45836 | USD | 70,000.00 | USD | 20,525.60 | 17DEC09 | USD | 175.77 | USD | 230.78 | USD | 131.27 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46416 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45837 | USD | 100,000.00 | USD | 46,735.71 | 27OCT09 | USD | 400.23 | USD | 525.49 | USD | 298.89 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA46104 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45838 | HKD | 800,000.00 | USD | 63,475.04 | 23OCT09 | USD | 543.58 | USD | 713.70 | USD | 405.95 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA46083 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45839 | HKD | 800,000.00 | USD | 55,375.00 | 22OCT09 | USD | 474.21 | USD | 622.63 | USD | 354.15 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA55021 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45843 | USD | 160,000.00 | USD | 71,035.90 | 21DEC09 | USD | 608.32 | USD | 798.72 | USD | 454.31 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA46424 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45854 | HKD | 2,000,000.00 | USD | 120,227.52 | 27OCT09 | USD | 1,029.58 | USD | 1,351.82 | USD | 768.91 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA64834 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45866 | HKD | 1,220,000.00 | USD | 67,226.03 | 21DEC09 | USD | 575.70 | USD | 755.88 | USD | 429.94 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | CA55033 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45894 | HKD | 780,000.00 | USD | 56,461.09 | 30NOV09 | USD | 483.51 | USD | 634.84 | USD | 361.09 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | CA64516 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45916 | USD | 100,000.00 | USD | 47,129.93 | 29OCT09 | USD | 403.60 | USD | 529.92 | USD | 301.41 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA73918 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45918 | USD | 70,000.00 | USD | 20,525.60 | 17DEC09 | USD | 175.77 | USD | 230.78 | USD | 131.27 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA73894 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45919 | HKD | 500,000.00 | USD | 30,056.83 | 27OCT09 | USD | 257.39 | USD | 337.95 | USD | 192.22 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | CA73908 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45920 | HKD | 400,000.00 | USD | 14,851.37 | 09NOV09 | USD | 127.18 | USD | 166.98 | USD | 94.98 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA47258 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46870 | USD | 100,000.00 | USD | 58,363.23 | 05MAR09 | USD | 499.80 | USD | 656.23 | USD | 373.26 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA46545 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46892 | USD | 400,000.00 | USD | 219,092.71 | 23NOV09 | USD | 1,876.24 | USD | 2,463.46 | USD | 1,401.20 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA64832 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46918 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA55107 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46944 | HKD | 2,500,000.00 | USD | 150,284.15 | 27OCT09 | USD | 1,286.98 | USD | 1,689.78 | USD | 961.14 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | CA55116 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47065 | USD | 160,000.00 | USD | 74,923.10 | 04JAN10 | USD | 641.61 | USD | 842.42 | USD | 479.17 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA37794 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47351 | HKD | 1,200,000.00 | USD | 83,062.51 | 22OCT09 | USD | 711.32 | USD | 933.94 | USD | 531.22 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA38421 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47352 | HKD | 500,000.00 | USD | 28,470.98 | 18JAN10 | USD | 243.81 | USD | 320.12 | USD | 182.08 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | CA39158 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47353 | HKD | 1,200,000.00 | USD | 89,931.37 | 05MAR09 | USD | 770.14 | USD | 1,011.18 | USD | 575.15 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA38050 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47361 | USD | 70,000.00 | USD | 31,830.35 | 23NOV09 | USD | 272.58 | USD | 357.89 | USD | 203.57 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA38234 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47362 | HKD | 500,000.00 | USD | 33,633.11 | 14DEC09 | USD | 288.02 | USD | 378.16 | USD | 215.10 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA50779 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47373 | USD | 80,000.00 | USD | 35,517.95 | 21DEC09 | USD | 304.16 | USD | 399.36 | USD | 227.15 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA50781 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47374 | HKD | 500,000.00 | USD | 27,551.65 | 21DEC09 | USD | 235.94 | USD | 309.78 | USD | 176.20 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA73888 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47380 | HKD | 500,000.00 | USD | 34,609.38 | 22OCT09 | USD | 296.38 | USD | 389.14 | USD | 221.34 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | CA55313 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47501 | HKD | 300,000.00 | USD | 11,138.53 | 09NOV09 | USD | 95.38 | USD | 125.24 | USD | 71.23 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA46569 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47608 | USD | 120,000.00 | USD | 67,737.37 | 23NOV09 | USD | 580.08 | USD | 761.63 | USD | 433.21 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA31683 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47619 | HKD | 5,630,000.00 | USD | 338,439.90 | 27OCT09 | USD | 2,898.29 | USD | 3,805.39 | USD | 2,164.49 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA55055 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47741 | USD | 80,000.00 | USD | 57,909.68 | 23OCT09 | USD | 495.92 | USD | 651.13 | USD | 370.36 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA55282 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47742 | HKD | 2,100,000.00 | USD | 223,236.34 | 27OCT09 | USD | 1,911.72 | USD | 2,510.05 | USD | 1,427.70 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA90350 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47750 | HKD | 400,000.00 | USD | 31,737.52 | 23OCT09 | USD | 271.79 | USD | 356.85 | USD | 202.97 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA90359 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47751 | USD | 50,000.00 | USD | 28,223.90 | 23NOV09 | USD | 241.70 | USD | 317.34 | USD | 180.50 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA55026 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47753 | HKD | 500,000.00 | USD | 27,551.65 | 21DEC09 | USD | 235.94 | USD | 309.78 | USD | 176.20 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA55182 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47754 | HKD | 500,000.00 | USD | 28,470.98 | 18JAN10 | USD | 243.81 | USD | 320.12 | USD | 182.08 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA31789 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47878 | USD | 200,000.00 | USD | 93,471.42 | 27OCT09 | USD | 800.46 | USD | 1,050.98 | USD | 597.79 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA31685 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47879 | HKD | 1,500,000.00 | USD | 90,170.49 | 27OCT09 | USD | 772.19 | USD | 1,013.86 | USD | 576.68 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA55283 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47979 | HKD | 540,000.00 | USD | 57,403.63 | 27OCT09 | USD | 491.58 | USD | 645.44 | USD | 367.12 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA64540 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48604 | USD | 30,000.00 | USD | 16,934.34 | 23NOV09 | USD | 145.02 | USD | 190.40 | USD | 108.30 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64545 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48605 | USD | 30,000.00 | USD | 15,369.58 | 23NOV09 | USD | 131.62 | USD | 172.81 | USD | 98.29 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA64549 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48606 | USD | 50,000.00 | USD | 27,386.59 | 23NOV09 | USD | 234.53 | USD | 307.93 | USD | 175.15 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA46773 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48608 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | CA47033 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48651 | USD | 50,000.00 | USD | 35,249.30 | 18JAN10 | USD | 301.86 | USD | 396.34 | USD | 225.43 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46767 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48652 | HKD | 470,000.00 | USD | 31,615.12 | 14DEC09 | USD | 270.74 | USD | 355.47 | USD | 202.19 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA90352 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48667 | USD | 30,000.00 | USD | 14,020.71 | 27OCT09 | USD | 120.06 | USD | 157.64 | USD | 89.66 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | CA31931 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48744 | USD | 200,000.00 | USD | 81,816.78 | 06NOV09 | USD | 700.65 | USD | 919.94 | USD | 523.25 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38221 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49430 | USD | 170,000.00 | USD | 97,964.56 | 23NOV09 | USD | 838.93 | USD | 1,101.50 | USD | 626.53 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA46778 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49467 | USD | 200,000.00 | USD | 88,794.87 | 21DEC09 | USD | 760.41 | USD | 998.40 | USD | 567.88 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA31659 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49518 | USD | 180,000.00 | USD | 104,746.93 | 29DEC09 | USD | 897.02 | USD | 1,177.76 | USD | 669.90 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA37820 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49525 | HKD | 650,000.00 | USD | 51,573.47 | 23OCT09 | USD | 441.65 | USD | 579.88 | USD | 329.84 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA37808 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49575 | USD | 130,000.00 | USD | 94,103.24 | 23OCT09 | USD | 805.87 | USD | 1,058.08 | USD | 601.83 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38073 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49580 | USD | 100,000.00 | USD | 57,626.21 | 23NOV09 | USD | 493.49 | USD | 647.94 | USD | 368.55 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA31655 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49965 | USD | 150,000.00 | USD | 82,159.77 | 23NOV09 | USD | 703.59 | USD | 923.79 | USD | 525.45 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA46091 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49966 | USD | 100,000.00 | USD | 55,203.62 | 22OCT09 | USD | 472.74 | USD | 620.70 | USD | 353.05 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA46941 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50340 | USD | 180,000.00 | USD | 104,746.93 | 29DEC09 | USD | 897.02 | USD | 1,177.76 | USD | 669.90 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA55035 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50382 | USD | 350,000.00 | USD | 201,691.73 | 23NOV09 | USD | 1,727.22 | USD | 2,267.80 | USD | 1,289.91 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46765 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50669 | HKD | 1,000,000.00 | USD | 67,266.22 | 14DEC09 | USD | 576.04 | USD | 756.33 | USD | 430.20 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA31923 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50678 | USD | 140,000.00 | USD | 71,724.73 | 23NOV09 | USD | 614.22 | USD | 806.46 | USD | 458.71 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA31925 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50684 | USD | 170,000.00 | USD | 95,961.28 | 23NOV09 | USD | 821.78 | USD | 1,078.98 | USD | 613.72 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA90370 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50703 | USD | 200,000.00 | USD | 88,794.87 | 21DEC09 | USD | 760.41 | USD | 998.40 | USD | 567.88 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA46556 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50835 | USD | 50,000.00 | USD | 25,615.97 | 23NOV09 | USD | 219.36 | USD | 288.02 | USD | 163.82 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA46105 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50836 | HKD | 500,000.00 | USD | 39,671.90 | 23OCT09 | USD | 339.73 | USD | 446.06 | USD | 253.72 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA55025 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50873 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38070 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50879 | USD | 120,000.00 | USD | 69,151.45 | 23NOV09 | USD | 592.19 | USD | 777.53 | USD | 442.25 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA55059 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50885 | HKD | 1,500,000.00 | USD | 119,015.70 | 23OCT09 | USD | 1,019.21 | USD | 1,338.20 | USD | 761.16 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55348 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50889 | USD | 110,000.00 | USD | 56,355.14 | 23NOV09 | USD | 482.60 | USD | 633.65 | USD | 360.41 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA55040 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50898 | USD | 130,000.00 | USD | 71,205.13 | 23NOV09 | USD | 609.77 | USD | 800.62 | USD | 455.39 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | CA55312 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50899 | HKD | 1,000,000.00 | USD | 37,128.44 | 09NOV09 | USD | 317.95 | USD | 417.46 | USD | 237.45 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46749 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50904 | USD | 100,000.00 | USD | 57,626.21 | 23NOV09 | USD | 493.49 | USD | 647.94 | USD | 368.54 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA64842 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51250 | USD | 75,000.00 | USD | 75,000.00 | 22MAR11 | USD | 642.27 | USD | 843.29 | USD | 479.66 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA64841 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51251 | USD | 80,000.00 | USD | 80,000.00 | 22MAR11 | USD | 685.09 | USD | 899.51 | USD | 511.64 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S974 02MAR09 | XS0348407411 | CA64914 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51601 | HKD | 500,000.00 | USD | 37,232.71 | 02MAR09 | USD | 318.84 | USD | 418.64 | USD | 238.12 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA38232 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51602 | HKD | 1,000,000.00 | USD | 67,266.22 | 14DEC09 | USD | 576.04 | USD | 756.33 | USD | 430.20 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S978 05MAR09 | XS0349512250 | CA39156 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51628 | HKD | 1,800,000.00 | USD | 134,897.06 | 05MAR09 | USD | 1,155.21 | USD | 1,516.77 | USD | 862.73 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA35334 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51772 | AUD | 200,000.00 | USD | 85,556.59 | 05NOV09 | USD | 732.68 | USD | 961.99 | USD | 547.17 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA22727 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51773 | USD | 130,000.00 | USD | 59,113.51 | 23NOV09 | USD | 506.22 | USD | 664.66 | USD | 378.06 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA55036 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55132 | USD | 220,000.00 | USD | 126,777.66 | 23NOV09 | USD | 1,085.68 | USD | 1,425.47 | USD | 810.80 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA73933 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55137 | USD | 65,000.00 | USD | 65,000.00 | 22MAR11 | USD | 556.63 | USD | 730.85 | USD | 415.70 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64541 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55154 | USD | 540,000.00 | USD | 276,652.53 | 23NOV09 | USD | 2,369.16 | USD | 3,110.65 | USD | 1,769.33 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA38291 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55213 | USD | 500,000.00 | USD | 291,816.13 | 05MAR09 | USD | 2,499.02 | USD | 3,281.15 | USD | 1,866.31 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA38029 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55214 | USD | 960,000.00 | USD | 541,898.97 | 23NOV09 | USD | 4,640.65 | USD | 6,093.06 | USD | 3,465.71 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA64893 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55222 | USD | 150,000.00 | USD | 87,544.84 | 05MAR09 | USD | 749.70 | USD | 984.34 | USD | 559.89 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA38243 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55282 | USD | 60,000.00 | USD | 26,638.46 | 21DEC09 | USD | 228.12 | USD | 299.52 | USD | 170.36 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA37796 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55283 | HKD | 500,000.00 | USD | 34,609.38 | 22OCT09 | USD | 296.38 | USD | 389.14 | USD | 221.34 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA37897 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56038 | USD | 200,000.00 | USD | 93,471.42 | 27OCT09 | USD | 800.46 | USD | 1,050.98 | USD | 597.79 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA46911 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56521 | USD | 150,000.00 | USD | 68,407.24 | 29DEC09 | USD | 585.81 | USD | 769.16 | USD | 437.49 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55346 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56522 | USD | 140,000.00 | USD | 71,724.73 | 23NOV09 | USD | 614.22 | USD | 806.46 | USD | 458.71 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA38047 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56727 | USD | 80,000.00 | USD | 36,377.55 | 23NOV09 | USD | 311.52 | USD | 409.02 | USD | 232.65 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA38711 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56728 | USD | 70,000.00 | USD | 40,734.92 | 29DEC09 | USD | 348.84 | USD | 458.02 | USD | 260.52 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA90358 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56967 | AUD | 280,000.00 | USD | 119,779.23 | 05NOV09 | USD | 1,025.75 | USD | 1,346.78 | USD | 766.04 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA90361 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56968 | USD | 20,000.00 | USD | 10,954.64 | 23NOV09 | USD | 93.81 | USD | 123.17 | USD | 70.06 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA37882 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57068 | USD | 100,000.00 | USD | 55,203.62 | 22OCT09 | USD | 472.74 | USD | 620.70 | USD | 353.05 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA64498 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57070 | USD | 220,000.00 | USD | 102,818.56 | 27OCT09 | USD | 880.50 | USD | 1,156.08 | USD | 657.57 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | CA46755 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57072 | HKD | 800,000.00 | USD | 57,908.81 | 30NOV09 | USD | 495.91 | USD | 651.12 | USD | 370.35 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA22963 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57100 | AUD | 200,000.00 | USD | 85,556.59 | 05NOV09 | USD | 732.68 | USD | 961.99 | USD | 547.17 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S974 02MAR09 | XS0348407411 | CA38406 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57110 | HKD | 1,000,000.00 | USD | 74,465.41 | 02MAR09 | USD | 637.69 | USD | 837.28 | USD | 476.24 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA64829 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57134 | USD | 50,000.00 | USD | 22,198.72 | 21DEC09 | USD | 190.10 | USD | 249.60 | USD | 141.97 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64543 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57135 | USD | 40,000.00 | USD | 20,492.78 | 23NOV09 | USD | 175.49 | USD | 230.41 | USD | 131.06 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA64514 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57136 | USD | 50,000.00 | USD | 23,364.06 | 27OCT09 | USD | 200.08 | USD | 262.70 | USD | 149.42 |
| LB 2Y HKD Range Accrual Note S817 02NOV09 | XS0327859301 | CA64526 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57137 | HKD | 580,000.00 | USD | 37,475.42 | 02NOV09 | USD | 320.92 | USD | 421.37 | USD | 239.67 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA31694 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57187 | USD | 90,000.00 | USD | 52,526.90 | 05MAR09 | USD | 449.82 | USD | 590.60 | USD | 335.93 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA46782 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57196 | USD | 20,000.00 | USD | 8,879.49 | 21DEC09 | USD | 76.04 | USD | 99.84 | USD | 56.78 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA46094 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57198 | USD | 40,000.00 | USD | 22,081.45 | 22OCT09 | USD | 189.09 | USD | 248.28 | USD | 141.22 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46420 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57199 | USD | 30,000.00 | USD | 14,020.71 | 27OCT09 | USD | 120.06 | USD | 157.64 | USD | 89.66 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA31955 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57209 | USD | 120,000.00 | USD | 56,073.75 | 27OCT09 | USD | 480.19 | USD | 630.48 | USD | 358.61 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA64807 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57210 | HKD | 1,030,000.00 | USD | 58,650.21 | 18JAN10 | USD | 502.26 | USD | 659.45 | USD | 375.09 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA46943 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57212 | USD | 100,000.00 | USD | 58,192.74 | 29DEC09 | USD | 498.34 | USD | 654.31 | USD | 372.17 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA31957 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57213 | USD | 150,000.00 | USD | 70,092.19 | 27OCT09 | USD | 600.24 | USD | 788.11 | USD | 448.27 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46766 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57230 | HKD | 500,000.00 | USD | 33,633.11 | 14DEC09 | USD | 288.02 | USD | 378.16 | USD | 215.10 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA46084 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57231 | HKD | 620,000.00 | USD | 42,915.63 | 22OCT09 | USD | 367.51 | USD | 482.53 | USD | 274.46 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA46512 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57232 | USD | 40,000.00 | USD | 20,678.48 | 27OCT09 | USD | 177.08 | USD | 232.50 | USD | 132.24 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | CA64815 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57235 | USD | 100,000.00 | USD | 46,826.94 | 04JAN10 | USD | 401.01 | USD | 526.51 | USD | 299.48 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA31870 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57238 | USD | 130,000.00 | USD | 74,914.07 | 23NOV09 | USD | 641.54 | USD | 842.32 | USD | 479.11 |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 1Y USD Daily Callable Fixed Coupon Note S093 11MAR09 | XS0350571377 | CA31854 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57257 | USD | 130,000.00 | USD | 74,550.66 | 11MAR09 | USD | 638.68 | USD | 838.57 | USD | 476.98 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46414 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57259 | USD | 130,000.00 | USD | 60,756.42 | 27OCT09 | USD | 520.29 | USD | 683.14 | USD | 388.56 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA46879 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57260 | USD | 50,000.00 | USD | 14,661.14 | 17DEC09 | USD | 125.55 | USD | 164.84 | USD | 93.76 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64544 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57262 | USD | 70,000.00 | USD | 35,862.36 | 23NOV09 | USD | 307.11 | USD | 403.23 | USD | 229.35 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA64546 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57263 | USD | 30,000.00 | USD | 13,641.58 | 23NOV09 | USD | 116.82 | USD | 153.38 | USD | 87.24 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA64823 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57264 | USD | 150,000.00 | USD | 68,407.24 | 29DEC09 | USD | 585.81 | USD | 769.16 | USD | 437.49 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA64512 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57265 | USD | 100,000.00 | USD | 46,728.13 | 27OCT09 | USD | 400.16 | USD | 525.40 | USD | 298.84 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA64817 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57266 | USD | 210,000.00 | USD | 122,204.75 | 29DEC09 | USD | 1,046.52 | USD | 1,374.06 | USD | 781.56 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA64488 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57269 | HKD | 1,000,000.00 | USD | 69,218.76 | 22OCT09 | USD | 592.76 | USD | 778.29 | USD | 442.68 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA64539 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57270 | USD | 50,000.00 | USD | 28,223.90 | 23NOV09 | USD | 241.70 | USD | 317.34 | USD | 180.50 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA73901 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57332 | AUD | 70,000.00 | USD | 29,944.81 | 05NOV09 | USD | 256.43 | USD | 336.69 | USD | 191.51 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA73890 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57333 | USD | 70,000.00 | USD | 38,642.54 | 22OCT09 | USD | 330.92 | USD | 434.49 | USD | 247.13 |
| LB 2Y HKD Range Accrual Note S905 18JAN10 | XS0339560376 | CA73924 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57718 | HKD | 500,000.00 | USD | 28,470.98 | 18JAN10 | USD | 243.81 | USD | 320.12 | USD | 182.08 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA31941 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57719 | HKD | 500,000.00 | USD | 53,151.51 | 27OCT09 | USD | 455.17 | USD | 597.63 | USD | 339.93 |
| LB 2Y HKD Range Accrual Note S905 18JAN10 | XS0339560376 | CA31882 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57721 | HKD | 200,000.00 | USD | 11,388.39 | 18JAN10 | USD | 97.52 | USD | 128.05 | USD | 72.83 |
| LB 2 75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA38393 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57722 | USD | 65,000.00 | USD | 65,000.00 | 22MAR11 | USD | 556.63 | USD | 730.85 | USD | 415.70 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | CA31750 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57751 | HKD | 800,000.00 | USD | 57,908.81 | 30NOV09 | USD | 495.91 | USD | 651.12 | USD | 370.35 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA31956 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57752 | USD | 80,000.00 | USD | 37,382.50 | 27OCT09 | USD | 320.13 | USD | 420.32 | USD | 239.07 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA31895 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57753 | USD | 60,000.00 | USD | 27,362.90 | 29DEC09 | USD | 234.32 | USD | 307.66 | USD | 174.99 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | CA31817 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57754 | USD | 30,000.00 | USD | 14,092.98 | 31DEC09 | USD | 120.68 | USD | 158.46 | USD | 90.13 |
| LB 2Y USD Airbag Range Accrual Note S926 25JAN10 | XS0341160082 | CA31738 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57755 | USD | 30,000.00 | USD | 13,091.36 | 25JAN10 | USD | 112.11 | USD | 147.19 | USD | 83.72 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | 6059262 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60811 | HKD | 600,000.00 | USD | 44,965.69 | 05MAR09 | USD | 385.07 | USD | 505.59 | USD | 287.57 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA31648 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60815 | USD | 210,000.00 | USD | 115,023.67 | 23NOV09 | USD | 985.02 | USD | 1,293.31 | USD | 735.63 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | 6059248 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60836 | HKD | 250,000.00 | USD | 16,816.55 | 14DEC09 | USD | 144.01 | USD | 189.08 | USD | 107.55 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | 6059260 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60837 | HKD | 700,000.00 | USD | 52,125.79 | 02MAR09 | USD | 446.38 | USD | 586.09 | USD | 333.37 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA38708 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60842 | USD | 150,000.00 | USD | 87,289.11 | 29DEC09 | USD | 747.51 | USD | 981.47 | USD | 558.25 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA64548 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60846 | USD | 150,000.00 | USD | 82,159.77 | 23NOV09 | USD | 703.59 | USD | 923.79 | USD | 525.45 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA38233 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60852 | HKD | 890,000.00 | USD | 59,866.94 | 14DEC09 | USD | 512.68 | USD | 673.13 | USD | 382.87 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA64831 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60853 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA47257 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60854 | USD | 500,000.00 | USD | 291,816.13 | 05MAR09 | USD | 2,499.02 | USD | 3,281.15 | USD | 1,866.31 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA46521 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60857 | HKD | 600,000.00 | USD | 63,781.81 | 27OCT09 | USD | 546.20 | USD | 717.15 | USD | 407.91 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | 6059252 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60914 | HKD | 250,000.00 | USD | 13,775.83 | 21DEC09 | USD | 117.97 | USD | 154.89 | USD | 88.10 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | 6059247 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60915 | HKD | 600,000.00 | USD | 43,431.61 | 30NOV09 | USD | 371.93 | USD | 488.34 | USD | 277.76 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | 6059242 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60916 | HKD | 1,200,000.00 | USD | 44,554.12 | 09NOV09 | USD | 381.54 | USD | 500.96 | USD | 284.94 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | 6059241 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60917 | HKD | 650,000.00 | USD | 69,096.96 | 27OCT09 | USD | 591.72 | USD | 776.92 | USD | 441.90 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | 6059240 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60918 | HKD | 890,000.00 | USD | 53,501.16 | 27OCT09 | USD | 458.16 | USD | 601.56 | USD | 342.16 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | 6059236 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60919 | HKD | 1,080,000.00 | USD | 74,756.26 | 22OCT09 | USD | 640.18 | USD | 840.55 | USD | 478.10 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | 6059238 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60920 | HKD | 1,500,000.00 | USD | 119,015.70 | 23OCT09 | USD | 1,019.21 | USD | 1,338.20 | USD | 761.16 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | 6059261 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60921 | USD | 130,000.00 | USD | 75,872.19 | 05MAR09 | USD | 649.74 | USD | 853.10 | USD | 485.24 |
| LB 2Y USD Range Accrual Note S904 18JAN10 | XS0339560293 | 6059259 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60922 | USD | 310,000.00 | USD | 136,591.05 | 18JAN10 | USD | 1,169.72 | USD | 1,535.81 | USD | 873.56 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | 6059258 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60923 | USD | 60,000.00 | USD | 28,185.97 | 31DEC09 | USD | 241.37 | USD | 316.92 | USD | 180.26 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | 6059257 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60924 | USD | 70,000.00 | USD | 40,734.92 | 29DEC09 | USD | 348.84 | USD | 458.02 | USD | 260.52 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | 6059255 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60925 | USD | 210,000.00 | USD | 95,770.14 | 29DEC09 | USD | 820.14 | USD | 1,076.83 | USD | 612.49 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | 6059254 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60928 | USD | 190,000.00 | USD | 84,355.13 | 21DEC09 | USD | 722.39 | USD | 948.48 | USD | 539.49 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | 6059246 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60929 | USD | 50,000.00 | USD | 28,813.10 | 23NOV09 | USD | 246.74 | USD | 323.97 | USD | 184.27 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | 6059244 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60930 | USD | 80,000.00 | USD | 43,818.54 | 23NOV09 | USD | 375.24 | USD | 492.69 | USD | 280.24 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | 6059243 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60931 | USD | 50,000.00 | USD | 28,223.90 | 23NOV09 | USD | 241.70 | USD | 317.34 | USD | 180.50 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | 6059239 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60932 | USD | 150,000.00 | USD | 70,103.56 | 27OCT09 | USD | 600.34 | USD | 788.23 | USD | 448.34 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | 6059237 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60933 | USD | 250,000.00 | USD | 138,009.06 | 22OCT09 | USD | 1,181.86 | USD | 1,551.76 | USD | 882.63 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | CA73897 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61149 | USD | 320,000.00 | USD | 150,815.76 | 29OCT09 | USD | 1,291.53 | USD | 1,695.76 | USD | 964.54 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | CA73905 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61150 | USD | 300,000.00 | USD | 122,725.17 | 06NOV09 | USD | 1,050.98 | USD | 1,379.91 | USD | 784.88 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA46523 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61312 | HKD | 500,000.00 | USD | 53,151.51 | 27OCT09 | USD | 455.17 | USD | 597.63 | USD | 339.93 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | CA46517 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61319 | USD | 130,000.00 | USD | 61,268.90 | 29OCT09 | USD | 524.68 | USD | 688.90 | USD | 391.84 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA38036 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62934 | USD | 70,000.00 | USD | 39,513.47 | 23NOV09 | USD | 338.38 | USD | 444.28 | USD | 252.70 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA37830 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62935 | HKD | 400,000.00 | USD | 31,717.52 | 23OCT09 | USD | 271.79 | USD | 356.85 | USD | 202.97 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38075 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62936 | USD | 40,000.00 | USD | 23,050.48 | 23NOV09 | USD | 197.39 | USD | 259.17 | USD | 147.41 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA46910 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62937 | USD | 190,000.00 | USD | 86,649.17 | 29DEC09 | USD | 742.03 | USD | 974.27 | USD | 554.16 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA46522 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 64670 | HKD | 600,000.00 | USD | 63,781.81 | 27OCT09 | USD | 546.20 | USD | 717.15 | USD | 407.91 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55328 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 64857 | USD | 130,000.00 | USD | 66,601.53 | 23NOV09 | USD | 570.35 | USD | 748.86 | USD | 425.95 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA31710 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 67148 | HKD | 1,000,000.00 | USD | 79,343.80 | 23OCT09 | USD | 679.47 | USD | 892.13 | USD | 507.44 |

Pg 15 of 38

Schedule 2

Copies of LBHI Proofs of Claim

DB Ref: 19881

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000044532

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LAU KAM HUEN
3A, BLOCK 6, VILLA RHAPSODY, SYMPHONY BAY,
333 SAI SHA ROAD, N.T., HONG KONG
Telephone number: (852) 9038 0815 Email Address: deniskhlau@gmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ____________
*(If known)*

Filed on: ____________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 1, 000, 000 (equivalent to USD 128, 363. 11 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0326026498 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA31713 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**Date.** Oct 21, 2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature] LAU KAM HUEN

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 22 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
C/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Dear Sirs,

**Re: Lehman Brothers Holdings Inc ("LBHI")**
**Chapter 11 Case No. 08-13555 (JMP)**

**REVISED LEHMAN PROGRAM SECURITIES PROOF OF CLAIM – HKD DENOMINATED LEHMAN HOLDING**

Please find enclosed Lehman Program Securities Proof of Claim ("Proof of Claim") with Clearstream Bank Blocking Number below:

CA31713

The enclosed Proof of Claim contains a typo, the USD/HKD conversion rate 7.7904 was mistyped as 7.7804, as at 15 September 2008 and shall supersede any Proof of Claim with the same Clearstream Bank Blocking Number filed previously.

If you have any questions, or require any further information, please do not hesitate to contact me/us using the contact details stated in the enclosed revised Proof of Claim.

Yours faithfully,

Name: LAU KAM HUEN

Signature: [signature]

Date: October 21, 2009

Enc.

EXPRESS ENVELOPE
REMOVE TO EXPOSE ADHESIVE
STATION
HKG
9070
1729788163
WAYBILL 17 2978 8163
EXPRESS WORLDWIDE
DOX
US-ZYP
Shipment Air Waybill
EASYSHIP/ CUSTOMER INFORMATION
OR
This product is made from recycled content
Documents
OCT 22 2009

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000044994

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
MA GAR LOONG, BRENDA
FLAT E, 26/F., BLOCK 7, DISCOVERY PARK,
398 CASTLE PEAK RD., TSUEN WAN, HONG KONG.
Telephone number: (852) 2578 5631 Email Address: bm328001@yahoo.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ____________
*(If known)*

Filed on: ____________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 260, 000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0336415913 **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA55020 **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529 **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 23 2009
EPIQ BANKRUPTCY SOLUTIONS LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| Oct. 22, 2009. | Ma Gar Loong<br>Ms MA GAR LOONG, BRENDA |

FedEx. International Air Waybill

1 From
Date 10/22/2009 (Cash)
Sender's Name MA GAR LOONG, BRENDA Phone (852)25785[illegible]
Address FLAT E 26/F, BLOCK 7,
Address DISCOVERY PARK
City TSUEN WAN
Country HONG KONG

2 To
Recipient's Name Epiq Bankruptcy Solutions, LLC
Company Attn: Lehman Brothers Holdings Claims Processing
Address 757 Third Avenue, 3rd Floor.
City New York State/Province New York
Country U.S.A. ZIP/Postal Code NY 10017

3 Shipment Information
Total Packages (1)
documents (total 5 sheets)

A1
INTL PRIORITY
10017
NY-US
EWR
EB OGSA
OCT 23 2009
8691 3324 2560

220

521

8691 3324 2560 0402

41(40

EB OG5

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000044995

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
MA GAR LOONG, BRENDA
FLAT E, 26/F, BLOCK 7, DISCOVERY PARK,
398 CASTLE PEAK RD., TSUEN WAN, HONG KONG.
Telephone number: (852) 2578 5631 Email Address: bm328001@yahoo.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:________
(*If known*)

Filed on: ________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 300,000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0331400027 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
CA55316 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| Oct. 22, 2009. | Ma Gar Loong<br>Ms MA GAR LOONG, BRENDA |

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 23 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

FedEx. International Air Waybill

1 From
Date 10/22/2009 (Cash)
Sender's Name MA GAR LOONG, BRENDA Phone (852)25785636
Address FLAT E 26/F, BLOCK 7
Address DISCOVERY PARK
City TSUEN WAN
Country HONG KONG

2 To
Recipient's Name Epiq Bankruptcy Solutions, LLC
Company Attn: Lehman Brothers Holdings Claims Processing
Address 757 Third Avenue, 3rd Floor
City New York State New York
Country U.S.A. ZIP NY 10017

3 Shipment Information
Total Packages 1
documents (Total 5 sheets)

8691 3324 2560 0402

A1
INTL PRIORITY
10017
NY-US
EWR
EB OGSA
OCT 28 2009

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000044996

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

THIS

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
MA GAR LOONG, BRENDA
FLAT E, 26/F., BLOCK 7, DISCOVERY PARK,
398 CASTLE PEAK RD., TSUEN WAN, HONG KONG.
Telephone number: (852) 2578 5631 Email Address: bm328001@yahoo.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ____________ (*If known*)

Filed on: ____________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 330,000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0326608279 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
CA55112 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 23 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| Oct. 22, 2009. | Ma Gar Loong<br>Ms MA GAR LOONG, BRENDA |

FedEx. International Air Waybill

1 From
Date 10/22/2009 (Cash)
Sender's Name MA GAR LOONG, BRENDA Phone (852)2578563
Address FLAT E 26/F, BLOCK 7
Address DISCOVERY PARK
City TSUEN WAN
Country HONG KONG

2 To
Recipient's Name Epig Bankruptcy Solutions. LLC
Company Attn: Lehman Brothers Holdings Claims Processing
Address 757 Third Avenue, 3rd Floor.
City New York State/Province New York
Country U.S.A. ZIP/Postal Code NY10017

3 Shipment Information
Total Packages (1)

Commodity Description: documents (total 5 sheets)

A1
INTL PRIORITY
10017
NY-US
EWR

EB OGSA
OCT 23 2009
8691 3324 2560

8691 3324 2560 0402

521

Insert air waybill here

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al
08-13555 (JMP) 0000044997

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
MA GAR LOONG, BRENDA
FLAT E, 26/F, BLOCK 7, DISCOVERY PARK,
398 CASTLE PEAK RD., TSUEN WAN, HONG KONG.
Telephone number: (852) 2578 5631 Email Address: bm328001@yahoo.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**________
*(If known)*

Filed on: ________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 250, 000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** __(as statement above)__ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** __XS0349511872__ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
__CA55189__ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
__89529__ **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| Oct. 22, 2009 | Ma Gar Loong<br>MS MA GAR LOONG, BRENDA |

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 23 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

FedEx International Air Waybill

1 From
Date 10/22/2009
Sender's Name MA GAR LOONG, BRENDA Phone (852) 25785656
Address FLAT E 36/F, BLOCK 7
Address DISCOVERY PARK
City TSUEN WAN
Country HONG KONG

2 To
Recipient's Name Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
Address 757 Third Avenue, 3rd Floor
City New York State New York
Country U.S.A. ZIP NY 10017

3 Shipment Information
Total Packages 1
documents (total 5 sheets)

8691 3324 2560 0402

A1
INTL PRIORITY
10017
NY-US
EWR
OCT 23 2009
EB OGSA

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al
08-13555 (JMP) 0000045130

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
TANG KIN LEUNG EDDIE
FLAT 22C, BLOCK 5, TANNER GARDEN, 18, TANNER ROAD, NORTH POINT, HONG KONG.
Telephone number: 852-28809679 Email Address: amwg007@navigator.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:__________ (*If known*)

Filed on: __________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 100,000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0331400530 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
CA31922 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 23 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| OCT 22, 2009 | [signature] TANG KIN LEUNG EDDIE |

# Royal Preferred Banking

RBS
The Royal Bank of Scotland

ABN AMRO Bank N.V.

TANG KIN LEUNG EDDIE
FLAT 22C BLK 5 TANNER GARDEN
18 TANNER ROAD NORTH POINT HK

Contact : JOSEPHINE CHUNG
聯絡人 (CWB)

Telephone : 22022125
電話號碼

Date : 08/11/07
日期

## Contract Note - Structured Product Subscription
## 結構性產品認購交易單據

The details of transaction are as follows:
交易詳情如下:

| | |
|---|---|
| Investment A/C No. 投資帳戶號碼 | : 6824366 |
| Product Name 產品名稱 | : LB 2Y USD Airbag Range Accrual Note S891 23NOV09 |
| Product / ISIN Code 產品/國際證券號碼 | : 07PLE891QU |
| Issuer 發行商 | : LEHMAN BROTHERS TREASURY CO BV |
| Underlying 相關資產 | : CHINA CONSTRUCTION BANK CORP - H<br>CHINA MOBILE (HONG KONG) LTD<br>CHINA SHENHUA ENERGY CO LTD -H |
| Coupon Rate (%) 票面息率 | : Please refer to the Term Sheet (其細節載於條件單) |
| Trade Date 交易日 | : 08/11/07 |
| Issue Date 發行日 | : 23/11/07 |
| Maturity Date 到期日 | : 23/11/09 |
| Nominal Amount 面額 | : USD 100,000.00 |
| Purchase Price (%) 購入價百分比 | : 100.00 |
| Purchased Amoun 購入金額 | : USD 100,000.00 |
| Commission 佣金 | : USD 0.00 |
| Total Settlement Amount 總結算金額 | : USD 100,000.00 |
| Settlement A/C No. 結算帳戶號碼 | : 0100882981 |
| Settlement Date 結算日 | : 23/11/07 |

Remarks:
- ABN AMRO N.V.* (the "Bank") is acting as principal in the above-mentioned transaction.
- This Contract Note should be read in conjunction with the product termsheet of the Structured Product.

備註:
- 荷蘭銀行(下稱「本銀行」)為上述交易之主事人。
- 此確認書必須與產品條款單張一併閱讀。

This is computer-generated document, no signature is required.
此乃電腦系統所發之文件,毋須簽署。

| KatharineCheung | Clearstream Banking - CreationOnline | 6:38 AM CET |
|---|---|---|

| Security Post Release<br>Trade Details | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity-Status | Settlement-Settled |
| ISIN Code | XS0331400530 |
| Common Code | 033140053 |
| Financial Instrument Description | USD FL.R LEHMAN BROS.TREAS 07-2009 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason-Narrative | |
| Sender's Reference | NONREF |
| Last Update | 10/7/09 12:54 PM |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 89529 - ABN AMRO (HK) NOM.-CONS. BKING CLT |
| Quantity of Financial Instrument | 100,000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 10/7/09 |
| Trade Date/Time | 10/7/09 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trano | CA31922 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 10/7/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |
| Settlement Parties | |
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 89529 |
| Description | UNPUBLISHED |
| Settlement parties : | |
| Receiving Agent | Clearstream - 89529 |

EXPRESS
SECURITY CHECKED
THE CONTENTS OF THIS PACKAGE HAVE BEEN CHECKED BY A DHL STAFF MEMBER FOR SECURITY PURPOSES IN THE PRESENCE OF THE SHIPPER.
FOR DHL (PRINT NAME)
FOR CLIENT (PRINT NAME)
STATION
HKG
REMOVE TO EXPOSE ADHESIV
EXPRESS WORLDWIDE
DOX
10017 NEW YORK, UNITED STATES OF AM
HKG
US-ZYP
0.5 kg
1/1
WAYBILL 17 2978 5820
http://www.dhl.com
Shipment Air Waybill
172 9785 820
Flat 22C, Block 5, Tanner Garden,
18, Tanner Road,
North Point, Hong Kong
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
10017
U.S.A.
RECEIVED
OCT 23 2009
HKD 264.-
OR
EASYSHIP/ CUSTOMER INFORMATION
This product is made from recycled content
TOP
EXPRESS ENVELOPE

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000045132

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
CHU HON MAN UNIT 9 13/F HUNG TAI INDUSTRIAL BLDG
37-39 HUNG TO ROAD, KWUN TONG
KOWLOON HONG KONG
Telephone number: 00852-23416097 Email Address: info@bestown.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:__________
(*If known*)

Filed on: __________

Name and address where payment should be sent (if different from above)
CHU HON MAN 3709 HIU WO HOUSE HIU LAI COURT.
KWUN TONG, KOWLOON, HONG KONG
Telephone number: 00852-63388106 Email Address: chauling0602@hkbn.net

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 300, 000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0331769454 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
CA46546 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 23 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| Oct 22 2009 | 朱漢文 CHU HON MAN |

FedEx Envelope
FedEx International Air Waybill
EB OGSA
RECEIVED
INTL PRIORITY
10017
EWR
Origin Copy

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000045133

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
CHU HON MAN UNIT 9 13/F HUNG TAI INDUSTRIAL BLDG 37-39 HUNG TO ROAD, KWUN TONG KOWLOON HONG KONG
Telephone number: 00852-23416097 Email Address: info@bestown.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ____________
*(If known)*

Filed on: ____________

Name and address where payment should be sent (if different from above)
CHU HON MAN 3709 HIU WO HOUSE HIU LAI COURT KWUN TONG, KOWLOON, HONG KONG
Telephone number: 00852-63388106 Email Address: chauling0602@hkbn.net

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 180,000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0338525172 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
CA46976 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**Date.** Oct, 22, 2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

朱漢文 CHU HON MAN

**FOR COURT USE ONLY**
FILED / RECEIVED
OCT 23 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

FedEx Envelope
FedEx International Air Waybill
8495 3869 4787 RECEIVED
EB OGSA OCT 23 2009
INTL PRIORITY
10017
EWR
Origin Copy

633

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000045134

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
CHAU LING UNIT 9 13/F HUNG TAI INDUSTRIAL BLDG 37-39 HUNG TO ROAD. KWUN TONG KOWLOON HONG KONG

Telephone number: 00852-23416097 Email Address: info@bestown.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ____________
*(If known)*

Filed on: ____________

Name and address where payment should be sent (if different from above)
CHAU LING 3709 HIU WO HOUSE HIU LAI COURT KWUN TONG. KOWLOON. HONG KONG

Telephone number: 00852-63388106 Email Address: chauling0602@hkbn.net

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 380,000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0337553688 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA46948 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 23 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 22-10-2009 | [signature] CHAU LING |

FedEx Envelope
FedEx International Air Waybill
8495 3869 4787 RECEIVED
INTL PRIORITY
OCT 2 3 2009
10017
EWR

Schedule 3

Schedule of 7th, 8th, 9th, and 10th Distributions Received From Lehman Brothers Treasury BV

DB Ref: 19881

| Description of Security | ISIN/CUSIP | Issuer | Principal/Notional Amount | | Admissible Amount | | Issue Notional | | Maturity | LBT 10th Distribution | | LBT 9th Distribution | | LBT 8th Distribution | | LBT 7th Distribution | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | Lehman Brothers Treasury Co BV | AUD | 1,770,000.00 | AUD | 663,755.35 | AUD | 2,310,000.00 | 05NOV09 | AUD | 10,301.73 | AUD | 13,885.35 | AUD | 7,733.50 | AUD | 5,072.82 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | Lehman Brothers Treasury Co BV | HKD | 14,240,000.00 | HKD | 1,447,566.19 | HKD | 27,360,000.00 | 22OCT09 | HKD | 89,491.67 | HKD | 117,537.92 | HKD | 66,613.41 | HKD | 45,525.28 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | Lehman Brothers Treasury Co BV | HKD | 12,390,000.00 | HKD | 1,457,929.40 | HKD | 21,150,000.00 | 23OCT09 | HKD | 101,448.99 | HKD | 133,242.60 | HKD | 75,513.84 | HKD | 51,604.35 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | Lehman Brothers Treasury Co BV | HKD | 22,540,000.00 | HKD | 1,491,243.85 | HKD | 31,790,000.00 | 27OCT09 | HKD | 125,592.11 | HKD | 164,952.05 | HKD | 93,484.91 | HKD | 63,878.36 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | Lehman Brothers Treasury Co BV | HKD | 9,830,000.00 | HKD | 1,183,527.62 | HKD | 17,940,000.00 | 27OCT09 | HKD | 77,029.98 | HKD | 101,170.79 | HKD | 57,537.45 | HKD | 39,182.38 |
| LB 2Y HKD Range Accrual Note S817 02NOV09 | XS0327859301 | Lehman Brothers Treasury Co BV | HKD | 4,440,000.00 | HKD | 488,596.61 | HKD | 8,110,000.00 | 02NOV09 | HKD | 31,773.34 | HKD | 41,730.95 | HKD | 23,650.55 | HKD | 16,161.60 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | Lehman Brothers Treasury Co BV | HKD | 9,090,000.00 | HKD | 963,334.64 | HKD | 22,070,000.00 | 09NOV09 | HKD | 47,129.09 | HKD | 61,899.11 | HKD | 35,080.67 | HKD | 23,970.33 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | Lehman Brothers Treasury Co BV | HKD | 6,810,000.00 | HKD | 802,157.78 | HKD | 11,210,000.00 | 30NOV09 | HKD | 57,883.08 | HKD | 76,023.35 | HKD | 43,085.44 | HKD | 29,446.44 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | Lehman Brothers Treasury Co BV | HKD | 14,560,000.00 | HKD | 979,670.55 | HKD | 21,860,000.00 | 14DEC09 | HKD | 77,507.11 | HKD | 101,797.46 | HKD | 57,692.63 | HKD | 39,428.48 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | Lehman Brothers Treasury Co BV | HKD | 13,630,000.00 | HKD | 724,123.67 | HKD | 20,060,000.00 | 21DEC09 | HKD | 58,442.39 | HKD | 76,757.95 | HKD | 43,501.75 | HKD | 29,727.03 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | Lehman Brothers Treasury Co BV | HKD | 7,350,000.00 | HKD | 449,480.25 | HKD | 12,320,000.00 | 18JAN10 | HKD | 31,852.06 | HKD | 41,834.34 | HKD | 23,709.13 | HKD | 16,199.40 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | Lehman Brothers Treasury Co BV | HKD | 18,850,000.00 | HKD | 1,343,007.21 | HKD | 27,720,000.00 | 02MAR09 | HKD | 108,479.27 | HKD | 142,476.14 | HKD | 80,746.87 | HKD | 55,173.95 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | Lehman Brothers Treasury Co BV | HKD | 13,570,000.00 | HKD | 1,009,936.12 | HKD | 19,810,000.00 | 05MAR09 | HKD | 82,174.97 | HKD | 107,928.20 | HKD | 61,167.13 | HKD | 41,795.60 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | Lehman Brothers Treasury Co BV | USD | 1,220,000.00 | USD | 1,009,984.70 | USD | 2,380,000.00 | 22OCT09 | USD | 7,904.34 | USD | 10,417.87 | USD | 5,901.90 | USD | 4,034.54 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | Lehman Brothers Treasury Co BV | USD | 630,000.00 | USD | 835,417.43 | USD | 1,180,000.00 | 23OCT09 | USD | 6,809.73 | USD | 8,975.19 | USD | 5,084.60 | USD | 3,475.71 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | Lehman Brothers Treasury Co BV | USD | 2,440,000.00 | USD | 1,402,407.79 | USD | 3,850,000.00 | 27OCT09 | USD | 13,569.73 | USD | 17,884.84 | USD | 10,132.07 | USD | 6,927.16 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | Lehman Brothers Treasury Co BV | USD | 860,000.00 | USD | 564,605.73 | USD | 1,550,000.00 | 27OCT09 | USD | 4,782.77 | USD | 6,303.67 | USD | 3,571.14 | USD | 2,441.54 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | Lehman Brothers Treasury Co BV | USD | 1,170,000.00 | USD | 732,570.88 | USD | 1,810,000.00 | 27OCT09 | USD | 7,229.78 | USD | 9,528.81 | USD | 5,398.23 | USD | 3,690.18 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | Lehman Brothers Treasury Co BV | USD | 740,000.00 | USD | 429,665.33 | USD | 1,220,000.00 | 29OCT09 | USD | 3,978.96 | USD | 5,244.25 | USD | 2,970.96 | USD | 2,030.56 |
| LB 2Y USD Range Accrual Note S802 02NOV09 | XS0327465430 | Lehman Brothers Treasury Co BV | USD | 30,000.00 | USD | 409,964.90 | USD | 940,000.00 | 02NOV09 | USD | 199.76 | USD | 263.28 | USD | 149.15 | USD | 101.97 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | Lehman Brothers Treasury Co BV | USD | 1,440,000.00 | USD | 792,109.35 | USD | 1,670,000.00 | 06NOV09 | USD | 10,427.95 | USD | 13,743.99 | USD | 7,786.20 | USD | 5,322.24 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | Lehman Brothers Treasury Co BV | USD | 2,020,000.00 | USD | 1,383,415.35 | USD | 2,800,000.00 | 23NOV09 | USD | 15,237.50 | USD | 20,082.95 | USD | 11,377.34 | USD | 7,777.00 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | Lehman Brothers Treasury Co BV | USD | 2,050,000.00 | USD | 1,200,606.89 | USD | 2,430,000.00 | 23NOV09 | USD | 15,463.80 | USD | 20,381.21 | USD | 11,546.31 | USD | 7,892.50 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | Lehman Brothers Treasury Co BV | USD | 690,000.00 | USD | 745,425.94 | USD | 1,410,000.00 | 23NOV09 | USD | 5,569.32 | USD | 7,340.34 | USD | 4,158.42 | USD | 2,842.80 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | Lehman Brothers Treasury Co BV | USD | 2,550,000.00 | USD | 3,153,300.36 | USD | 5,780,000.00 | 23NOV09 | USD | 21,239.56 | USD | 27,993.64 | USD | 15,858.87 | USD | 10,840.05 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | Lehman Brothers Treasury Co BV | USD | 2,780,000.00 | USD | 2,470,391.22 | USD | 4,310,000.00 | 23NOV09 | USD | 24,327.71 | USD | 32,063.79 | USD | 18,164.67 | USD | 12,418.26 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | Lehman Brothers Treasury Co BV | USD | 1,590,000.00 | USD | 929,647.31 | USD | 3,380,000.00 | 21DEC09 | USD | 6,676.77 | USD | 8,799.95 | USD | 4,985.31 | USD | 3,407.37 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | Lehman Brothers Treasury Co BV | USD | 1,460,000.00 | USD | 837,356.14 | USD | 2,060,000.00 | 17DEC09 | USD | 9,060.74 | USD | 11,942.02 | USD | 6,765.34 | USD | 4,625.28 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | Lehman Brothers Treasury Co BV | USD | 2,170,000.00 | USD | 808,152.55 | USD | 2,750,000.00 | 29DEC09 | USD | 9,736.17 | USD | 12,832.23 | USD | 7,269.68 | USD | 4,969.30 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | Lehman Brothers Treasury Co BV | USD | 2,250,000.00 | USD | 2,080,010.87 | USD | 3,190,000.00 | 29DEC09 | USD | 22,398.83 | USD | 29,521.54 | USD | 16,724.44 | USD | 11,432.25 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | Lehman Brothers Treasury Co BV | USD | 1,410,000.00 | USD | 671,256.57 | USD | 2,110,000.00 | 31DEC09 | USD | 6,848.46 | USD | 9,026.24 | USD | 5,113.51 | USD | 3,495.39 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | Lehman Brothers Treasury Co BV | USD | 440,000.00 | USD | 181,498.22 | USD | 580,000.00 | 04JAN10 | USD | 2,102.16 | USD | 2,770.63 | USD | 1,569.61 | USD | 1,073.16 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | Lehman Brothers Treasury Co BV | USD | 970,000.00 | USD | 778,041.43 | USD | 2,750,000.00 | 18JAN10 | USD | 4,189.96 | USD | 5,522.34 | USD | 3,128.50 | USD | 2,138.85 |
| LB 2Y USD Airbag Range Accrual Note S026 25JAN10 | XS0341160082 | Lehman Brothers Treasury Co BV | USD | 540,000.00 | USD | 574,563.79 | USD | 2,040,000.00 | 25JAN10 | USD | 2,322.04 | USD | 3,060.44 | USD | 1,733.79 | USD | 1,185.30 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | Lehman Brothers Treasury Co BV | USD | 2,830,000.00 | USD | 1,695,334.57 | USD | 4,280,000.00 | 05MAR09 | USD | 17,114.57 | USD | 22,556.91 | USD | 12,778.87 | USD | 8,736.21 |
| LB 1Y USD Daily Callable Fixed Coupon Note S093 11MAR09 | XS0350571377 | Lehman Brothers Treasury Co BV | USD | 290,000.00 | USD | 382,166.57 | USD | 960,000.00 | 11MAR09 | USD | 1,762.57 | USD | 2,323.06 | USD | 1,316.06 | USD | 899.58 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | Lehman Brothers Treasury Co BV | USD | 285,000.00 | USD | 4,882,088.75 | USD | 7,150,000.00 | 22MAR11 | USD | 2,971.07 | USD | 3,915.85 | USD | 2,218.39 | USD | 1,516.49 |