Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
**(Jointly Administered)**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank AG, London Branch

Name of Transferor

The Royal Bank of Scotland Plc

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: Michael.sutton@db.com

Court Claim # (if known): See attached Schedule

Amount of Claim (transferred):

(i) See attached Schedule

(plus all interest, costs and fees relating to these claims)

Date Claim Filed: See attached Schedule

Tel: N/A

Last Four Digits of Acct. #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________________
Transferee/Transferee's Agent

Date: 14 JUNE 2017

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Alex Darbyshire**
**Vice President**

**Simon Glennie**
**Director**

Schedule to Form 210A

| ISIN/CUSIP | LBHI Claim Number | Date Claim Filed | Principal/Notional Amount | |
|---|---|---|---|---|
| XS0331504745 | 40647 | Oct 16, 2009 | USD | 130,000.00 |
| XS0326608279 | 41347 | Oct 19, 2009 | USD | 140,000.00 |
| XS0326708491 | 42084 | Oct 19, 2009 | USD | 420,000.00 |
| XS0349511872 | 42161 | Oct 19, 2009 | USD | 400,000.00 |
| XS0331769538 | 43050 | Oct 21, 2009 | USD | 250,000.00 |
| XS0327940929 | 43114 | Oct 21, 2009 | AUD | 130,000.00 |
| XS0334922860 | 43809 | Oct 22, 2009 | HKD | 500,000.00 |
| XS0326608279 | 44051 | Oct 22, 2009 | USD | 90,000.00 |
| XS0348407411 | 44052 | Oct 22, 2009 | HKD | 900,000.00 |
| XS0339560293 | 44075 | Oct 22, 2009 | USD | 130,000.00 |
| XS0334922860 | 44190 | Oct 22, 2009 | HKD | 100,000.00 |
| XS0337553688 | 44192 | Oct 22, 2009 | USD | 100,000.00 |
| XS0331400530 | 44193 | Oct 22, 2009 | USD | 20,000.00 |
| XS0331400027 | 44194 | Oct 22, 2009 | USD | 20,000.00 |
| XS0331769538 | 44195 | Oct 22, 2009 | USD | 40,000.00 |
| XS0327940929 | 44291 | Oct 22, 2009 | AUD | 150,000.00 |
| XS0339560293 | 44292 | Oct 22, 2009 | USD | 170,000.00 |
| XS0339560376 | 44293 | Oct 22, 2009 | HKD | 370,000.00 |
| XS0336927909 | 44297 | Oct 22, 2009 | USD | 200,000.00 |
| XS0341160082 | 44530 | Oct 22, 2009 | USD | 50,000.00 |
| XS0326026498 | 44532 | Oct 22, 2009 | HKD | 1,000,000.00 |
| XS0331400530 | 44993 | Oct 23, 2009 | USD | 300,000.00 |
| XS0336415913 | 44994 | Oct 23, 2009 | USD | 260,000.00 |
| XS0331400027 | 44995 | Oct 23, 2009 | USD | 300,000.00 |
| XS0326608279 | 44996 | Oct 23, 2009 | USD | 330,000.00 |
| XS0349511872 | 44997 | Oct 23, 2009 | USD | 250,000.00 |
| XS0331400530 | 45130 | Oct 23, 2009 | USD | 100,000.00 |
| XS0331769454 | 45132 | Oct 23, 2009 | USD | 300,000.00 |
| XS0338525172 | 45133 | Oct 23, 2009 | USD | 180,000.00 |
| XS0337553688 | 45134 | Oct 23, 2009 | USD | 380,000.00 |
| XS0341160082 | 45135 | Oct 23, 2009 | USD | 380,000.00 |
| XS0326026498 | 45136 | Oct 23, 2009 | HKD | 2,900,000.00 |
| XS0327940929 | 45246 | Oct 23, 2009 | AUD | 200,000.00 |
| XS0336415913 | 45263 | Oct 23, 2009 | USD | 700,000.00 |
| XS0336927909 | 45271 | Oct 23, 2009 | USD | 110,000.00 |
| XS0326608279 | 45273 | Oct 23, 2009 | USD | 130,000.00 |
| XS0331769538 | 45275 | Oct 23, 2009 | USD | 130,000.00 |
| XS0325786084 | 45276 | Oct 23, 2009 | HKD | 3,000,000.00 |
| XS0331769454 | 45289 | Oct 23, 2009 | USD | 160,000.00 |
| XS0326026225 | 45296 | Oct 23, 2009 | USD | 70,000.00 |
| XS0326708491 | 45396 | Oct 23, 2009 | USD | 150,000.00 |
| XS0331769538 | 45401 | Oct 23, 2009 | USD | 100,000.00 |
| XS0331769538 | 45405 | Oct 23, 2009 | USD | 430,000.00 |
| XS0348407411 | 45443 | Oct 23, 2009 | HKD | 500,000.00 |
| XS0349512250 | 45444 | Oct 23, 2009 | HKD | 300,000.00 |
| XS0334922860 | 45445 | Oct 23, 2009 | HKD | 200,000.00 |
| XS0331769454 | 45447 | Oct 23, 2009 | USD | 40,000.00 |
| XS0336927909 | 45597 | Oct 23, 2009 | USD | 100,000.00 |
| XS0348407411 | 45751 | Oct 26, 2009 | HKD | 3,000,000.00 |
| XS0348407411 | 45752 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0336927909 | 45760 | Oct 26, 2009 | USD | 100,000.00 |
| XS0348407411 | 45766 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0335743398 | 45767 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0336645089 | 45768 | Oct 26, 2009 | USD | 160,000.00 |
| XS0348407411 | 45771 | Oct 26, 2009 | HKD | 3,000,000.00 |
| XS0349512250 | 45777 | Oct 26, 2009 | HKD | 900,000.00 |
| XS0326026225 | 45799 | Oct 26, 2009 | USD | 30,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0335743398 | 45800 | Oct 26, 2009 | HKD | 520,000.00 |
| XS0336250229 | 45801 | Oct 26, 2009 | USD | 200,000.00 |
| XS0326866307 | 45802 | Oct 26, 2009 | HKD | 510,000.00 |
| XS0328586515 | 45803 | Oct 26, 2009 | USD | 20,000.00 |
| XS0326708491 | 45804 | Oct 26, 2009 | USD | 20,000.00 |
| XS0331400027 | 45805 | Oct 26, 2009 | USD | 20,000.00 |
| XS0341160082 | 45806 | Oct 26, 2009 | USD | 20,000.00 |
| XS0336927909 | 45807 | Oct 26, 2009 | USD | 20,000.00 |
| XS0335743398 | 45814 | Oct 26, 2009 | HKD | 2,000,000.00 |
| XS0348407411 | 45824 | Oct 26, 2009 | HKD | 4,000,000.00 |
| XS0336415913 | 45836 | Oct 26, 2009 | USD | 70,000.00 |
| XS0326608279 | 45837 | Oct 26, 2009 | USD | 100,000.00 |
| XS0326026498 | 45838 | Oct 26, 2009 | HKD | 800,000.00 |
| XS0325786084 | 45839 | Oct 26, 2009 | HKD | 800,000.00 |
| XS0336250229 | 45843 | Oct 26, 2009 | USD | 160,000.00 |
| XS0326608352 | 45854 | Oct 26, 2009 | HKD | 2,000,000.00 |
| XS0335743398 | 45866 | Oct 26, 2009 | HKD | 1,220,000.00 |
| XS0332153807 | 45894 | Oct 26, 2009 | HKD | 780,000.00 |
| XS0326865671 | 45916 | Oct 26, 2009 | USD | 100,000.00 |
| XS0336415913 | 45918 | Oct 26, 2009 | USD | 70,000.00 |
| XS0326608352 | 45919 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0329337348 | 45920 | Oct 26, 2009 | HKD | 400,000.00 |
| XS0349511872 | 46870 | Oct 26, 2009 | USD | 100,000.00 |
| XS0331769454 | 46892 | Oct 26, 2009 | USD | 400,000.00 |
| XS0335743398 | 46918 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0326608352 | 46944 | Oct 26, 2009 | HKD | 2,500,000.00 |
| XS0338525172 | 47065 | Oct 26, 2009 | USD | 160,000.00 |
| XS0325786084 | 47351 | Oct 26, 2009 | HKD | 1,200,000.00 |
| XS0339560376 | 47352 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0349512250 | 47353 | Oct 26, 2009 | HKD | 1,200,000.00 |
| XS0331504745 | 47361 | Oct 26, 2009 | USD | 70,000.00 |
| XS0334922860 | 47362 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0336250229 | 47373 | Oct 26, 2009 | USD | 80,000.00 |
| XS0335743398 | 47374 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0325786084 | 47380 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0329337348 | 47501 | Oct 27, 2009 | HKD | 300,000.00 |
| XS0331400027 | 47608 | Oct 27, 2009 | USD | 120,000.00 |
| XS0326608352 | 47619 | Oct 27, 2009 | HKD | 5,630,000.00 |
| XS0326026225 | 47741 | Oct 27, 2009 | USD | 80,000.00 |
| XS0326866307 | 47742 | Oct 27, 2009 | HKD | 2,100,000.00 |
| XS0326026498 | 47750 | Oct 27, 2009 | HKD | 400,000.00 |
| XS0331400027 | 47751 | Oct 27, 2009 | USD | 50,000.00 |
| XS0335743398 | 47753 | Oct 27, 2009 | HKD | 500,000.00 |
| XS0339560376 | 47754 | Oct 27, 2009 | HKD | 500,000.00 |
| XS0326608279 | 47878 | Oct 27, 2009 | USD | 200,000.00 |
| XS0326608352 | 47879 | Oct 27, 2009 | HKD | 1,500,000.00 |
| XS0326866307 | 47979 | Oct 27, 2009 | HKD | 540,000.00 |
| XS0331400027 | 48604 | Oct 27, 2009 | USD | 30,000.00 |
| XS0331400530 | 48605 | Oct 27, 2009 | USD | 30,000.00 |
| XS0331769454 | 48606 | Oct 27, 2009 | USD | 50,000.00 |
| XS0335743398 | 48608 | Oct 27, 2009 | HKD | 1,000,000.00 |
| XS0339560293 | 48651 | Oct 27, 2009 | USD | 80,000.00 |
| XS0334922860 | 48652 | Oct 27, 2009 | HKD | 470,000.00 |
| XS0326608279 | 48667 | Oct 27, 2009 | USD | 30,000.00 |
| XS0328586515 | 48744 | Oct 27, 2009 | USD | 200,000.00 |
| XS0331769538 | 49430 | Oct 27, 2009 | USD | 170,000.00 |
| XS0336250229 | 49467 | Oct 27, 2009 | USD | 200,000.00 |
| XS0336927909 | 49518 | Oct 27, 2009 | USD | 180,000.00 |
| XS0326026498 | 49525 | Oct 27, 2009 | HKD | 650,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0326026225 | 49575 | Oct 27, 2009 | USD | 130,000.00 |
| XS0331769538 | 49580 | Oct 27, 2009 | USD | 100,000.00 |
| XS0331769454 | 49965 | Oct 27, 2009 | USD | 150,000.00 |
| XS0325841368 | 49966 | Oct 27, 2009 | USD | 100,000.00 |
| XS0336927909 | 50340 | Oct 28, 2009 | USD | 180,000.00 |
| XS0331769538 | 50382 | Oct 28, 2009 | USD | 350,000.00 |
| XS0334922860 | 50669 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331400530 | 50678 | Oct 28, 2009 | USD | 140,000.00 |
| XS0331400027 | 50684 | Oct 28, 2009 | USD | 170,000.00 |
| XS0336250229 | 50703 | Oct 28, 2009 | USD | 200,000.00 |
| XS0331400530 | 50835 | Oct 28, 2009 | USD | 50,000.00 |
| XS0326026498 | 50836 | Oct 28, 2009 | HKD | 500,000.00 |
| XS0335743398 | 50873 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331769538 | 50879 | Oct 28, 2009 | USD | 120,000.00 |
| XS0326026498 | 50885 | Oct 28, 2009 | HKD | 1,500,000.00 |
| XS0331400530 | 50889 | Oct 28, 2009 | USD | 110,000.00 |
| XS0331769454 | 50898 | Oct 28, 2009 | USD | 130,000.00 |
| XS0329337348 | 50899 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331769538 | 50904 | Oct 28, 2009 | USD | 100,000.00 |
| XS0369799845 | 51250 | Oct 28, 2009 | USD | 75,000.00 |
| XS0369799845 | 51251 | Oct 28, 2009 | USD | 80,000.00 |
| XS0348407411 | 51601 | Oct 28, 2009 | HKD | 500,000.00 |
| XS0334922860 | 51602 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0349512250 | 51628 | Oct 28, 2009 | HKD | 1,800,000.00 |
| XS0327940929 | 51772 | Oct 28, 2009 | AUD | 200,000.00 |
| XS0331504745 | 51773 | Oct 28, 2009 | USD | 130,000.00 |
| XS0331769538 | 55132 | Oct 29, 2009 | USD | 220,000.00 |
| XS0369799845 | 55137 | Oct 29, 2009 | USD | 65,000.00 |
| XS0331400530 | 55154 | Oct 29, 2009 | USD | 540,000.00 |
| XS0349511872 | 55213 | Oct 29, 2009 | USD | 500,000.00 |
| XS0331400027 | 55214 | Oct 29, 2009 | USD | 960,000.00 |
| XS0349511872 | 55222 | Oct 29, 2009 | USD | 150,000.00 |
| XS0336250229 | 55282 | Oct 29, 2009 | USD | 60,000.00 |
| XS0325786084 | 55283 | Oct 29, 2009 | HKD | 500,000.00 |
| XS0326608279 | 56038 | Oct 29, 2009 | USD | 200,000.00 |
| XS0336645089 | 56521 | Oct 29, 2009 | USD | 150,000.00 |
| XS0331400530 | 56522 | Oct 29, 2009 | USD | 140,000.00 |
| XS0331504745 | 56727 | Oct 29, 2009 | USD | 80,000.00 |
| XS0336927909 | 56728 | Oct 29, 2009 | USD | 70,000.00 |
| XS0327940929 | 56967 | Oct 29, 2009 | AUD | 280,000.00 |
| XS0331769454 | 56968 | Oct 29, 2009 | USD | 20,000.00 |
| XS0325841368 | 57068 | Oct 30, 2009 | USD | 100,000.00 |
| XS0326608279 | 57070 | Oct 30, 2009 | USD | 220,000.00 |
| XS0332153807 | 57072 | Oct 30, 2009 | HKD | 800,000.00 |
| XS0327940929 | 57100 | Oct 30, 2009 | AUD | 200,000.00 |
| XS0348407411 | 57110 | Oct 30, 2009 | HKD | 1,000,000.00 |
| XS0336250229 | 57134 | Oct 30, 2009 | USD | 50,000.00 |
| XS0331400530 | 57135 | Oct 30, 2009 | USD | 40,000.00 |
| XS0326608436 | 57136 | Oct 30, 2009 | USD | 50,000.00 |
| XS0327859301 | 57137 | Oct 30, 2009 | HKD | 580,000.00 |
| XS0349511872 | 57187 | Oct 30, 2009 | USD | 90,000.00 |
| XS0336250229 | 57196 | Oct 30, 2009 | USD | 20,000.00 |
| XS0325841368 | 57198 | Oct 30, 2009 | USD | 40,000.00 |
| XS0326608279 | 57199 | Oct 30, 2009 | USD | 30,000.00 |
| XS0326608436 | 57209 | Oct 30, 2009 | USD | 120,000.00 |
| XS0339560376 | 57210 | Oct 30, 2009 | HKD | 1,030,000.00 |
| XS0336927909 | 57212 | Oct 30, 2009 | USD | 100,000.00 |
| XS0326608436 | 57213 | Oct 30, 2009 | USD | 150,000.00 |
| XS0334922860 | 57230 | Oct 30, 2009 | HKD | 500,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0325786084 | 57231 | Oct 30, 2009 | HKD | 620,000.00 |
| XS0326708491 | 57232 | Oct 30, 2009 | USD | 40,000.00 |
| XS0338525172 | 57235 | Oct 30, 2009 | USD | 100,000.00 |
| XS0331769538 | 57238 | Oct 30, 2009 | USD | 130,000.00 |
| XS0350571377 | 57257 | Oct 30, 2009 | USD | 130,000.00 |
| XS0326608279 | 57259 | Oct 30, 2009 | USD | 130,000.00 |
| XS0336415913 | 57260 | Oct 30, 2009 | USD | 50,000.00 |
| XS0331400530 | 57262 | Oct 30, 2009 | USD | 70,000.00 |
| XS0331504745 | 57263 | Oct 30, 2009 | USD | 30,000.00 |
| XS0336645089 | 57264 | Oct 30, 2009 | USD | 150,000.00 |
| XS0326608436 | 57265 | Oct 30, 2009 | USD | 100,000.00 |
| XS0336927909 | 57266 | Oct 30, 2009 | USD | 210,000.00 |
| XS0325786084 | 57269 | Oct 30, 2009 | HKD | 1,000,000.00 |
| XS0331400027 | 57270 | Oct 30, 2009 | USD | 50,000.00 |
| XS0327940929 | 57332 | Oct 30, 2009 | AUD | 70,000.00 |
| XS0325841368 | 57333 | Oct 30, 2009 | USD | 70,000.00 |
| XS0339560376 | 57718 | Oct 30, 2009 | HKD | 500,000.00 |
| XS0326866307 | 57719 | Oct 30, 2009 | HKD | 500,000.00 |
| XS0339560376 | 57721 | Oct 30, 2009 | HKD | 200,000.00 |
| XS0369799845 | 57722 | Oct 30, 2009 | USD | 65,000.00 |
| XS0332153807 | 57751 | Oct 30, 2009 | HKD | 800,000.00 |
| XS0326608436 | 57752 | Oct 30, 2009 | USD | 80,000.00 |
| XS0336645089 | 57753 | Oct 30, 2009 | USD | 60,000.00 |
| XS0337553688 | 57754 | Oct 30, 2009 | USD | 30,000.00 |
| XS0341160082 | 57755 | Oct 30, 2009 | USD | 30,000.00 |
| XS0349512250 | 60811 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0331769454 | 60815 | Nov 02, 2009 | USD | 210,000.00 |
| XS0334922860 | 60836 | Nov 02, 2009 | HKD | 250,000.00 |
| XS0348407411 | 60837 | Nov 02, 2009 | HKD | 700,000.00 |
| XS0336927909 | 60842 | Nov 02, 2009 | USD | 150,000.00 |
| XS0331769454 | 60846 | Nov 02, 2009 | USD | 150,000.00 |
| XS0334922860 | 60852 | Nov 02, 2009 | HKD | 890,000.00 |
| XS0335743398 | 60853 | Nov 02, 2009 | HKD | 1,000,000.00 |
| XS0349511872 | 60854 | Nov 02, 2009 | USD | 500,000.00 |
| XS0326866307 | 60857 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0335743398 | 60914 | Nov 02, 2009 | HKD | 250,000.00 |
| XS0332153807 | 60915 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0329337348 | 60916 | Nov 02, 2009 | HKD | 1,200,000.00 |
| XS0326866307 | 60917 | Nov 02, 2009 | HKD | 650,000.00 |
| XS0326608352 | 60918 | Nov 02, 2009 | HKD | 890,000.00 |
| XS0325786084 | 60919 | Nov 02, 2009 | HKD | 1,080,000.00 |
| XS0326026498 | 60920 | Nov 02, 2009 | HKD | 1,500,000.00 |
| XS0349511872 | 60921 | Nov 02, 2009 | USD | 130,000.00 |
| XS0339560293 | 60922 | Nov 02, 2009 | USD | 310,000.00 |
| XS0337553688 | 60923 | Nov 02, 2009 | USD | 60,000.00 |
| XS0336927909 | 60924 | Nov 02, 2009 | USD | 70,000.00 |
| XS0336645089 | 60925 | Nov 02, 2009 | USD | 210,000.00 |
| XS0336250229 | 60928 | Nov 02, 2009 | USD | 190,000.00 |
| XS0331769538 | 60929 | Nov 02, 2009 | USD | 50,000.00 |
| XS0331769454 | 60930 | Nov 02, 2009 | USD | 80,000.00 |
| XS0331400027 | 60931 | Nov 02, 2009 | USD | 50,000.00 |
| XS0326608279 | 60932 | Nov 02, 2009 | USD | 150,000.00 |
| XS0325841368 | 60933 | Nov 02, 2009 | USD | 250,000.00 |
| XS0326865671 | 61149 | Nov 02, 2009 | USD | 320,000.00 |
| XS0328586515 | 61150 | Nov 02, 2009 | USD | 300,000.00 |
| XS0326866307 | 61312 | Nov 02, 2009 | HKD | 500,000.00 |
| XS0326865671 | 61319 | Nov 02, 2009 | USD | 130,000.00 |
| XS0331400027 | 62934 | Nov 02, 2009 | USD | 70,000.00 |
| XS0326026498 | 62935 | Nov 02, 2009 | HKD | 400,000.00 |

| | | | | |
|---|---|---|---|---|
| XS0331769538 | 62936 | Nov 02, 2009 | USD | 40,000.00 |
| XS0336645089 | 62937 | Nov 02, 2009 | USD | 190,000.00 |
| XS0326866307 | 64670 | Nov 04, 2009 | HKD | 600,000.00 |
| XS0331400530 | 64857 | Nov 05, 2009 | USD | 130,000.00 |
| XS0326026498 | 67148 | Oct 26, 2010 | HKD | 1,000,000.00 |

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **THE ROYAL BANK OF SCOTLAND PLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **DEUTSCHE BANK AG, LONDON BRANCH** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentage specified in Schedule 1 hereto, in Seller's right, title and interest in and to the Proof of Claim Numbers listed on Schedule 1 filed by or on behalf of Seller (a copy of which is attached at Schedule 2 hereto) (the "Proofs of Claim" and each a "Proof of Claim") as is specified in Schedule 1 hereto (the "Purchased Portion") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Portion and specified in Schedule 1 attached hereto. For the avoidance of doubt, Purchaser does not assume and shall not be responsible for any obligations or liabilities of the Seller to or in connection with the Transferred Claim, the Purchased Securities or the Proceedings.

2. Seller hereby represents and warrants to Purchaser that: (a) the Proofs of Claim were duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proofs of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller has been duly authorized to sell, transfer and assign the Transferred Claims by the owner of Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim includes the Purchased Portion specified in Schedule 1 attached hereto; (f) Seller has not engaged in, and, to the best of its knowledge, none of Seller's predecessors-in-interest (if any) in the past have engaged in, any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; (g) a true and correct schedule of the 10th, 11th and 12th distributions paid to Seller by Lehman Brothers Holdings, Inc., appears attached hereto as Schedule 2; (h) to the best of its knowledge and based on its understanding of the Proceedings, the Transferred Claims are Class 5 Senior Third Party Guarantee Claims; and (i) a true and correct schedule of the 7th, 8th, 9th, and 10th distributions paid to Seller by Lehman Brothers Treasury Co. B.V. or its authorized agent(s), with respect to the securities relating to the Transferred Claims, appears attached hereto as Schedule 3.

3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by

Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proofs of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below, unless otherwise required by the international treaties governing the service of process to the parties.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 14 day of JUNE 2017.

**THE ROYAL BANK OF SCOTLAND PLC**

By: [signature]
Name: CHRIS ANDREWS
Title: AUTHORISED SIGNATORY

**DEUTSCHE BANK AG, LONDON BRANCH**

By: [signature]
Name: **Alex Darbyshire**
Title: **Vice President**

By: [signature]
Name: **Simon Glennie**
Title: **Director**

Winchester House
1, Great Winchester Street
London EC2N 2DB
ENGLAND
Attn: Michael Sutton

Schedule 1

## Transferred Claims

Purchased Portion

100% of the claims that are referenced in the Proofs of Claim (as highlighted in the copy of the Proofs of Claim attached at Schedule 2) and relating to the Purchased Securities described in the attached spreadsheet (plus all interest, costs and fees relating to this claim).

*See attached spreadsheet, which describes:*

- Description of Security Issued by Lehman Brothers Treasury BV
- ISIN / CUSIP
- Blocking Number
- Issuer
- Guarantor
- LBHI Claim Number
- Principal / Notional Amount
- Allowed Amount
- Maturity
- 10th, 11th and 12th Distributions made by LBHI

| Description of Security | ISIN/CUSIP | Blocking Number | Issuer | Guarantor | LBHI Claim Number | Principal/Notional Amount | | Allowed Amount | | Maturity | LBHI 12th Distribution | | LBHI 11th Distribution | | LBHI 10th Distribution | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA38048 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 40647 | USD | 130,000.00 | USD | 59,113.51 | 23NOV09 | USD | 506.22 | USD | 664.66 | USD | 378.06 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA31792 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 41347 | USD | 140,000.00 | USD | 65,429.99 | 27OCT09 | USD | 560.32 | USD | 735.68 | USD | 418.45 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA30399 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 42084 | USD | 420,000.00 | USD | 217,124.04 | 27OCT09 | USD | 1,859.38 | USD | 2,441.32 | USD | 1,388.61 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA31689 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 42161 | USD | 400,000.00 | USD | 233,452.91 | 05MAR09 | USD | 1,999.21 | USD | 2,624.92 | USD | 1,493.04 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38220 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 43050 | USD | 250,000.00 | USD | 144,065.52 | 23NOV09 | USD | 1,233.73 | USD | 1,619.86 | USD | 921.37 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA31932 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 43114 | AUD | 130,000.00 | USD | 55,611.78 | 05NOV09 | USD | 476.24 | USD | 625.29 | USD | 355.66 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA31759 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 43809 | HKD | 500,000.00 | USD | 33,633.11 | 14DEC09 | USD | 288.02 | USD | 378.16 | USD | 215.10 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA37898 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44051 | USD | 90,000.00 | USD | 42,062.14 | 27OCT09 | USD | 360.20 | USD | 472.94 | USD | 269.00 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA38409 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44052 | HKD | 900,000.00 | USD | 67,018.87 | 02MAR09 | USD | 573.92 | USD | 753.55 | USD | 428.61 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | CA47030 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44075 | USD | 130,000.00 | USD | 57,280.12 | 18JAN10 | USD | 490.52 | USD | 644.05 | USD | 366.33 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46770 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44190 | HKD | 100,000.00 | USD | 6,726.62 | 14DEC09 | USD | 57.60 | USD | 75.63 | USD | 43.02 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | CA46949 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44192 | USD | 100,000.00 | USD | 46,976.61 | 31DEC09 | USD | 402.29 | USD | 528.20 | USD | 300.43 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA46560 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44193 | USD | 20,000.00 | USD | 10,246.39 | 23NOV09 | USD | 87.74 | USD | 115.20 | USD | 65.53 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA46574 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44194 | USD | 20,000.00 | USD | 11,289.56 | 23NOV09 | USD | 96.68 | USD | 126.93 | USD | 72.20 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46751 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44195 | USD | 40,000.00 | USD | 23,050.48 | 23NOV09 | USD | 197.39 | USD | 259.17 | USD | 147.41 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA38008 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44291 | AUD | 150,000.00 | USD | 64,167.44 | 05NOV09 | USD | 549.51 | USD | 721.49 | USD | 410.38 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | CA38434 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44292 | USD | 170,000.00 | USD | 74,904.77 | 18JAN10 | USD | 641.46 | USD | 842.22 | USD | 479.05 |
| LB 2Y HKD Range Accrual Note S105 18JAN10 | XS0339560376 | CA38423 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44293 | HKD | 370,000.00 | USD | 21,068.52 | 18JAN10 | USD | 180.42 | USD | 236.89 | USD | 134.74 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA46940 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44297 | USD | 200,000.00 | USD | 116,385.48 | 29DEC09 | USD | 996.68 | USD | 1,308.62 | USD | 744.34 |
| LB 2Y USD Airbag Range Accrual Note S026 25JAN10 | XS0341160082 | CA31737 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44530 | USD | 50,000.00 | USD | 21,818.93 | 25JAN10 | USD | 186.85 | USD | 245.33 | USD | 139.54 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA31713 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44532 | HKD | 1,000,000.00 | USD | 79,343.80 | 23OCT09 | USD | 679.47 | USD | 892.13 | USD | 507.44 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55345 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44993 | USD | 300,000.00 | USD | 153,695.85 | 23NOV09 | USD | 1,316.20 | USD | 1,728.14 | USD | 982.96 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA55020 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44994 | USD | 260,000.00 | USD | 76,237.94 | 17DEC09 | USD | 652.87 | USD | 857.21 | USD | 487.57 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA55316 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44995 | USD | 300,000.00 | USD | 169,343.43 | 23NOV09 | USD | 1,450.20 | USD | 1,904.08 | USD | 1,083.03 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA55112 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44996 | USD | 330,000.00 | USD | 154,227.84 | 27OCT09 | USD | 1,320.75 | USD | 1,734.12 | USD | 986.36 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA55189 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44997 | USD | 250,000.00 | USD | 145,908.07 | 05MAR09 | USD | 1,249.51 | USD | 1,640.57 | USD | 933.15 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA31922 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45130 | USD | 100,000.00 | USD | 51,231.95 | 23NOV09 | USD | 438.73 | USD | 576.04 | USD | 327.65 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA46546 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45132 | USD | 300,000.00 | USD | 164,319.53 | 23NOV09 | USD | 1,407.18 | USD | 1,847.59 | USD | 1,050.90 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | CA46976 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45133 | USD | 180,000.00 | USD | 84,288.48 | 04JAN10 | USD | 721.82 | USD | 947.73 | USD | 539.06 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | CA46948 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45134 | USD | 380,000.00 | USD | 178,511.12 | 31DEC09 | USD | 1,528.71 | USD | 2,007.16 | USD | 1,141.66 |
| LB 2Y USD Airbag Range Accrual Note S026 25JAN10 | XS0341160082 | CA47054 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45135 | USD | 380,000.00 | USD | 165,823.85 | 25JAN10 | USD | 1,420.06 | USD | 1,864.51 | USD | 1,060.52 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA46103 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45136 | HKD | 2,900,000.00 | USD | 230,097.03 | 23OCT09 | USD | 1,970.47 | USD | 2,587.19 | USD | 1,471.58 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA22964 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45246 | AUD | 200,000.00 | USD | 85,556.59 | 05NOV09 | USD | 732.68 | USD | 961.99 | USD | 547.17 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA64827 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45263 | USD | 700,000.00 | USD | 205,255.99 | 17DEC09 | USD | 1,757.74 | USD | 2,307.88 | USD | 1,312.71 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA31656 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45271 | USD | 110,000.00 | USD | 64,012.01 | 29DEC09 | USD | 548.17 | USD | 719.74 | USD | 409.38 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46413 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45273 | USD | 130,000.00 | USD | 60,756.42 | 27OCT09 | USD | 520.29 | USD | 683.14 | USD | 388.56 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA31869 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45275 | USD | 130,000.00 | USD | 74,914.07 | 23NOV09 | USD | 641.54 | USD | 842.32 | USD | 479.11 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA46082 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45276 | HKD | 3,000,000.00 | USD | 207,656.27 | 22OCT09 | USD | 1,778.30 | USD | 2,334.87 | USD | 1,328.06 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA31653 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45289 | USD | 160,000.00 | USD | 87,637.08 | 23NOV09 | USD | 750.49 | USD | 985.38 | USD | 560.48 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA46100 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45296 | USD | 70,000.00 | USD | 50,670.97 | 23OCT09 | USD | 433.93 | USD | 569.74 | USD | 324.06 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA37963 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45396 | USD | 150,000.00 | USD | 77,544.30 | 27OCT09 | USD | 664.06 | USD | 871.90 | USD | 495.93 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46748 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45401 | USD | 100,000.00 | USD | 57,626.21 | 23NOV09 | USD | 493.49 | USD | 647.94 | USD | 368.54 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46746 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45405 | USD | 430,000.00 | USD | 247,792.70 | 23NOV09 | USD | 2,122.01 | USD | 2,786.16 | USD | 1,584.75 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA73928 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45443 | HKD | 500,000.00 | USD | 37,232.71 | 02MAR09 | USD | 318.84 | USD | 418.64 | USD | 238.12 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | CA73930 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45444 | HKD | 300,000.00 | USD | 22,482.84 | 05MAR09 | USD | 192.53 | USD | 252.79 | USD | 143.78 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA73915 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45445 | HKD | 200,000.00 | USD | 13,453.24 | 14DEC09 | USD | 115.20 | USD | 151.26 | USD | 86.04 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA73912 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45447 | USD | 40,000.00 | USD | 21,909.27 | 23NOV09 | USD | 187.62 | USD | 246.34 | USD | 140.12 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA64818 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45597 | USD | 100,000.00 | USD | 58,192.74 | 29DEC09 | USD | 498.34 | USD | 654.31 | USD | 372.17 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA73926 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45751 | HKD | 3,000,000.00 | USD | 223,396.24 | 02MAR09 | USD | 1,913.09 | USD | 2,511.84 | USD | 1,428.73 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA38405 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45752 | HKD | 1,000,000.00 | USD | 74,465.41 | 02MAR09 | USD | 637.69 | USD | 837.28 | USD | 476.24 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA38709 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45760 | USD | 100,000.00 | USD | 58,192.74 | 29DEC09 | USD | 498.34 | USD | 654.31 | USD | 372.17 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA32002 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45766 | HKD | 1,000,000.00 | USD | 74,465.41 | 02MAR09 | USD | 637.69 | USD | 837.28 | USD | 476.24 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA31920 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45767 | HKD | 500,000.00 | USD | 27,551.65 | 21DEC09 | USD | 235.94 | USD | 309.78 | USD | 176.20 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA55104 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45768 | USD | 160,000.00 | USD | 72,967.72 | 29DEC09 | USD | 624.87 | USD | 820.44 | USD | 466.66 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA32003 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45771 | HKD | 3,000,000.00 | USD | 223,396.24 | 02MAR09 | USD | 1,913.09 | USD | 2,511.84 | USD | 1,428.73 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | CA47070 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45777 | HKD | 900,000.00 | USD | 67,448.53 | 05MAR09 | USD | 577.60 | USD | 758.38 | USD | 431.36 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA31836 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45799 | USD | 30,000.00 | USD | 21,716.13 | 23OCT09 | USD | 185.97 | USD | 244.17 | USD | 138.88 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA46774 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45800 | HKD | 520,000.00 | USD | 28,653.72 | 21DEC09 | USD | 245.38 | USD | 322.18 | USD | 183.25 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA46867 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45801 | USD | 200,000.00 | USD | 88,794.87 | 21DEC09 | USD | 760.41 | USD | 998.40 | USD | 567.88 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA31939 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45802 | HKD | 510,000.00 | USD | 54,214.54 | 27OCT09 | USD | 464.27 | USD | 609.58 | USD | 346.72 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | CA73904 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45803 | USD | 20,000.00 | USD | 8,181.68 | 06NOV09 | USD | 70.06 | USD | 91.99 | USD | 52.32 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA73896 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45804 | USD | 20,000.00 | USD | 10,339.24 | 27OCT09 | USD | 88.54 | USD | 116.25 | USD | 66.12 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA73909 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45805 | USD | 20,000.00 | USD | 11,289.56 | 23NOV09 | USD | 96.68 | USD | 126.93 | USD | 72.20 |
| LB 2Y USD Airbag Range Accrual Note S026 25JAN10 | XS0341160082 | CA73925 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45806 | USD | 20,000.00 | USD | 8,727.57 | 25JAN10 | USD | 74.74 | USD | 98.13 | USD | 55.81 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA73921 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45807 | USD | 20,000.00 | USD | 11,638.55 | 29DEC09 | USD | 99.66 | USD | 130.86 | USD | 74.43 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA46772 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45814 | HKD | 2,000,000.00 | USD | 110,206.61 | 21DEC09 | USD | 943.77 | USD | 1,239.15 | USD | 704.82 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S974 02MAR09 | XS0348407411 | CA38404 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45824 | HKD | 4,000,000.00 | USD | 297,861.65 | 02MAR09 | USD | 2,550.79 | USD | 3,349.13 | USD | 1,904.97 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA46878 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45836 | USD | 70,000.00 | USD | 20,525.60 | 17DEC09 | USD | 175.77 | USD | 230.78 | USD | 131.27 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46416 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45837 | USD | 100,000.00 | USD | 46,735.71 | 27OCT09 | USD | 400.23 | USD | 525.49 | USD | 298.89 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA46104 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45838 | HKD | 800,000.00 | USD | 63,475.04 | 23OCT09 | USD | 543.58 | USD | 713.70 | USD | 405.95 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA46083 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45839 | HKD | 800,000.00 | USD | 55,375.00 | 22OCT09 | USD | 474.21 | USD | 622.63 | USD | 354.15 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA55021 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45843 | USD | 160,000.00 | USD | 71,035.90 | 21DEC09 | USD | 608.32 | USD | 798.72 | USD | 454.31 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA46424 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45854 | HKD | 2,000,000.00 | USD | 120,227.32 | 27OCT09 | USD | 1,029.58 | USD | 1,351.82 | USD | 768.91 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA64834 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45866 | HKD | 1,220,000.00 | USD | 67,226.03 | 21DEC09 | USD | 575.70 | USD | 755.88 | USD | 429.94 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | CA55033 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45894 | HKD | 780,000.00 | USD | 56,461.09 | 30NOV09 | USD | 483.51 | USD | 634.84 | USD | 361.09 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | CA64516 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45916 | USD | 100,000.00 | USD | 47,129.93 | 29OCT09 | USD | 403.60 | USD | 529.92 | USD | 301.41 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA73918 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45918 | USD | 70,000.00 | USD | 20,525.60 | 17DEC09 | USD | 175.77 | USD | 230.78 | USD | 131.27 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA73894 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45919 | HKD | 500,000.00 | USD | 30,056.83 | 27OCT09 | USD | 257.39 | USD | 337.95 | USD | 192.22 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | CA73908 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45920 | HKD | 400,000.00 | USD | 14,851.37 | 09NOV09 | USD | 127.18 | USD | 166.98 | USD | 94.98 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA47258 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46870 | USD | 100,000.00 | USD | 58,363.23 | 05MAR09 | USD | 499.80 | USD | 656.23 | USD | 373.26 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA46545 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46892 | USD | 400,000.00 | USD | 219,092.71 | 23NOV09 | USD | 1,876.24 | USD | 2,463.46 | USD | 1,401.20 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA64832 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46918 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA55107 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46944 | HKD | 2,500,000.00 | USD | 150,284.15 | 27OCT09 | USD | 1,286.98 | USD | 1,689.78 | USD | 961.14 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | CA55116 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47065 | USD | 160,000.00 | USD | 74,923.10 | 04JAN10 | USD | 641.61 | USD | 842.42 | USD | 479.17 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA37794 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47351 | HKD | 1,200,000.00 | USD | 83,062.51 | 22OCT09 | USD | 711.32 | USD | 933.94 | USD | 531.22 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA38421 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47352 | HKD | 500,000.00 | USD | 28,470.98 | 18JAN10 | USD | 243.81 | USD | 320.12 | USD | 182.08 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | CA39158 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47353 | HKD | 1,200,000.00 | USD | 89,931.37 | 05MAR09 | USD | 770.14 | USD | 1,011.18 | USD | 575.15 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA38050 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47361 | USD | 70,000.00 | USD | 31,830.35 | 23NOV09 | USD | 272.58 | USD | 357.89 | USD | 203.57 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA38234 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47362 | HKD | 500,000.00 | USD | 33,633.11 | 14DEC09 | USD | 288.02 | USD | 378.16 | USD | 215.10 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA50779 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47373 | USD | 80,000.00 | USD | 35,517.95 | 21DEC09 | USD | 304.16 | USD | 399.36 | USD | 227.15 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA50781 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47374 | HKD | 500,000.00 | USD | 27,551.65 | 21DEC09 | USD | 235.94 | USD | 309.78 | USD | 176.20 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA73888 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47380 | HKD | 500,000.00 | USD | 34,609.38 | 22OCT09 | USD | 296.38 | USD | 389.14 | USD | 221.34 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | CA55313 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47501 | HKD | 300,000.00 | USD | 11,138.53 | 09NOV09 | USD | 95.38 | USD | 125.24 | USD | 71.23 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA46569 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47608 | USD | 120,000.00 | USD | 67,737.37 | 23NOV09 | USD | 580.08 | USD | 761.63 | USD | 433.21 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA31683 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47619 | HKD | 5,630,000.00 | USD | 338,439.90 | 27OCT09 | USD | 2,898.29 | USD | 3,805.39 | USD | 2,164.49 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA55055 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47741 | USD | 80,000.00 | USD | 57,909.68 | 23OCT09 | USD | 495.92 | USD | 651.13 | USD | 370.36 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA55282 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47742 | HKD | 2,100,000.00 | USD | 223,236.34 | 27OCT09 | USD | 1,911.72 | USD | 2,510.05 | USD | 1,427.70 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA90350 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47750 | HKD | 400,000.00 | USD | 31,737.52 | 23OCT09 | USD | 271.79 | USD | 356.85 | USD | 202.97 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA90359 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47751 | USD | 50,000.00 | USD | 28,223.90 | 23NOV09 | USD | 241.70 | USD | 317.34 | USD | 180.50 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA55026 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47753 | HKD | 500,000.00 | USD | 27,551.65 | 21DEC09 | USD | 235.94 | USD | 309.78 | USD | 176.20 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA55182 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47754 | HKD | 500,000.00 | USD | 28,470.98 | 18JAN10 | USD | 243.81 | USD | 320.12 | USD | 182.08 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA31789 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47878 | USD | 200,000.00 | USD | 93,471.42 | 27OCT09 | USD | 800.46 | USD | 1,050.98 | USD | 597.79 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA31685 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47879 | HKD | 1,500,000.00 | USD | 90,170.49 | 27OCT09 | USD | 772.19 | USD | 1,013.86 | USD | 576.68 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA55283 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47979 | HKD | 540,000.00 | USD | 57,403.63 | 27OCT09 | USD | 491.58 | USD | 645.44 | USD | 367.12 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA64540 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48604 | USD | 30,000.00 | USD | 16,934.34 | 23NOV09 | USD | 145.02 | USD | 190.40 | USD | 108.30 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64545 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48605 | USD | 30,000.00 | USD | 15,369.58 | 23NOV09 | USD | 131.62 | USD | 172.81 | USD | 98.29 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA64549 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48606 | USD | 50,000.00 | USD | 27,386.59 | 23NOV09 | USD | 234.53 | USD | 307.93 | USD | 175.15 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA46773 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48608 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | CA47033 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48651 | USD | 80,000.00 | USD | 35,249.30 | 18JAN10 | USD | 301.86 | USD | 396.34 | USD | 225.43 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46767 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48652 | HKD | 470,000.00 | USD | 31,615.12 | 14DEC09 | USD | 270.74 | USD | 355.47 | USD | 202.19 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA90352 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48667 | USD | 30,000.00 | USD | 14,020.71 | 27OCT09 | USD | 120.06 | USD | 157.64 | USD | 89.66 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | CA31931 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48744 | USD | 200,000.00 | USD | 81,816.78 | 06NOV09 | USD | 700.65 | USD | 919.94 | USD | 523.25 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38221 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49430 | USD | 170,000.00 | USD | 97,964.56 | 23NOV09 | USD | 838.93 | USD | 1,101.50 | USD | 626.53 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA46778 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49467 | USD | 200,000.00 | USD | 88,794.87 | 21DEC09 | USD | 760.41 | USD | 998.40 | USD | 567.88 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA31659 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49518 | USD | 180,000.00 | USD | 104,746.93 | 29DEC09 | USD | 897.02 | USD | 1,177.76 | USD | 669.90 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA37820 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49525 | HKD | 650,000.00 | USD | 51,573.47 | 23OCT09 | USD | 441.65 | USD | 579.88 | USD | 329.84 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA37808 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49575 | USD | 130,000.00 | USD | 94,103.24 | 23OCT09 | USD | 805.87 | USD | 1,058.08 | USD | 601.83 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38073 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49580 | USD | 100,000.00 | USD | 57,626.21 | 23NOV09 | USD | 493.49 | USD | 647.94 | USD | 368.55 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA31655 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49965 | USD | 150,000.00 | USD | 82,159.77 | 23NOV09 | USD | 703.59 | USD | 923.79 | USD | 525.45 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA46091 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49966 | USD | 100,000.00 | USD | 55,203.62 | 22OCT09 | USD | 472.74 | USD | 620.70 | USD | 353.05 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA46941 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50340 | USD | 180,000.00 | USD | 104,746.93 | 29DEC09 | USD | 897.02 | USD | 1,177.76 | USD | 669.90 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA55035 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50382 | USD | 350,000.00 | USD | 201,691.73 | 23NOV09 | USD | 1,727.22 | USD | 2,267.80 | USD | 1,289.91 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46765 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50669 | HKD | 1,000,000.00 | USD | 67,266.22 | 14DEC09 | USD | 576.04 | USD | 756.33 | USD | 430.20 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA31923 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50678 | USD | 140,000.00 | USD | 71,724.73 | 23NOV09 | USD | 614.22 | USD | 806.46 | USD | 458.71 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA31925 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50684 | USD | 170,000.00 | USD | 95,961.28 | 23NOV09 | USD | 821.78 | USD | 1,078.98 | USD | 613.72 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA90370 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50703 | USD | 200,000.00 | USD | 88,794.87 | 21DEC09 | USD | 760.41 | USD | 998.40 | USD | 567.88 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA46556 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50835 | USD | 50,000.00 | USD | 25,615.97 | 23NOV09 | USD | 219.36 | USD | 288.02 | USD | 163.82 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA46105 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50836 | HKD | 500,000.00 | USD | 39,671.90 | 23OCT09 | USD | 339.73 | USD | 446.06 | USD | 253.72 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA55025 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50873 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38070 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50879 | USD | 120,000.00 | USD | 69,151.45 | 23NOV09 | USD | 592.19 | USD | 777.53 | USD | 442.25 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA55059 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50885 | HKD | 1,500,000.00 | USD | 119,015.70 | 23OCT09 | USD | 1,019.21 | USD | 1,338.20 | USD | 761.16 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55348 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50889 | USD | 110,000.00 | USD | 56,355.14 | 23NOV09 | USD | 482.60 | USD | 633.65 | USD | 360.41 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA55040 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50898 | USD | 130,000.00 | USD | 71,205.13 | 23NOV09 | USD | 609.77 | USD | 800.62 | USD | 455.39 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | CA55312 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50899 | HKD | 1,000,000.00 | USD | 37,128.44 | 09NOV09 | USD | 317.95 | USD | 417.46 | USD | 237.45 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46749 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50904 | USD | 100,000.00 | USD | 57,626.21 | 23NOV09 | USD | 493.49 | USD | 647.94 | USD | 368.54 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA64842 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51250 | USD | 75,000.00 | USD | 75,000.00 | 22MAR11 | USD | 642.27 | USD | 843.29 | USD | 479.66 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA64841 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51251 | USD | 80,000.00 | USD | 80,000.00 | 22MAR11 | USD | 685.09 | USD | 899.51 | USD | 511.64 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S974 02MAR09 | XS0348407411 | CA64914 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51601 | HKD | 500,000.00 | USD | 37,232.71 | 02MAR09 | USD | 318.84 | USD | 418.64 | USD | 238.12 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA38232 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51602 | HKD | 1,000,000.00 | USD | 67,266.22 | 14DEC09 | USD | 576.04 | USD | 756.33 | USD | 430.20 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S978 05MAR09 | XS0349512250 | CA39156 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51628 | HKD | 1,800,000.00 | USD | 134,897.06 | 05MAR09 | USD | 1,155.21 | USD | 1,516.77 | USD | 862.73 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA35334 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51772 | AUD | 200,000.00 | USD | 85,556.59 | 05NOV09 | USD | 732.68 | USD | 961.99 | USD | 547.17 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA22727 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51773 | USD | 130,000.00 | USD | 59,113.51 | 23NOV09 | USD | 506.22 | USD | 664.66 | USD | 378.06 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA55036 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55132 | USD | 220,000.00 | USD | 126,777.66 | 23NOV09 | USD | 1,085.68 | USD | 1,425.47 | USD | 810.80 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA73933 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55137 | USD | 65,000.00 | USD | 65,000.00 | 22MAR11 | USD | 556.63 | USD | 730.85 | USD | 415.70 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64541 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55154 | USD | 540,000.00 | USD | 276,652.53 | 23NOV09 | USD | 2,369.16 | USD | 3,110.65 | USD | 1,769.33 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA38291 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55213 | USD | 500,000.00 | USD | 291,816.13 | 05MAR09 | USD | 2,499.02 | USD | 3,281.15 | USD | 1,866.31 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA38029 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55214 | USD | 960,000.00 | USD | 541,898.97 | 23NOV09 | USD | 4,640.65 | USD | 6,093.06 | USD | 3,465.71 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA64893 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55222 | USD | 150,000.00 | USD | 87,544.84 | 05MAR09 | USD | 749.70 | USD | 984.34 | USD | 559.89 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA38243 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55282 | USD | 60,000.00 | USD | 26,638.46 | 21DEC09 | USD | 228.12 | USD | 299.52 | USD | 170.36 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA37796 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55283 | HKD | 500,000.00 | USD | 34,609.38 | 22OCT09 | USD | 296.38 | USD | 389.14 | USD | 221.34 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA37897 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56038 | USD | 200,000.00 | USD | 93,471.42 | 27OCT09 | USD | 800.46 | USD | 1,050.98 | USD | 597.79 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA46911 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56521 | USD | 150,000.00 | USD | 68,407.24 | 29DEC09 | USD | 585.81 | USD | 769.16 | USD | 437.49 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55346 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56522 | USD | 140,000.00 | USD | 71,724.73 | 23NOV09 | USD | 614.22 | USD | 806.46 | USD | 458.71 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA38047 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56727 | USD | 80,000.00 | USD | 36,377.55 | 23NOV09 | USD | 311.52 | USD | 409.02 | USD | 232.65 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA38711 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56728 | USD | 70,000.00 | USD | 40,734.92 | 29DEC09 | USD | 348.84 | USD | 458.02 | USD | 260.52 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA90358 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56967 | AUD | 280,000.00 | USD | 119,779.23 | 05NOV09 | USD | 1,025.75 | USD | 1,346.78 | USD | 766.04 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA90361 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56968 | USD | 20,000.00 | USD | 10,954.64 | 23NOV09 | USD | 93.81 | USD | 123.17 | USD | 70.06 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA37882 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57068 | USD | 100,000.00 | USD | 55,203.62 | 22OCT09 | USD | 472.74 | USD | 620.70 | USD | 353.05 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA64498 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57070 | USD | 220,000.00 | USD | 102,818.56 | 27OCT09 | USD | 880.50 | USD | 1,156.08 | USD | 657.57 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | CA46755 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57072 | HKD | 800,000.00 | USD | 57,908.81 | 30NOV09 | USD | 495.91 | USD | 651.12 | USD | 370.35 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA22963 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57100 | AUD | 200,000.00 | USD | 85,556.59 | 05NOV09 | USD | 732.68 | USD | 961.99 | USD | 547.17 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S974 02MAR09 | XS0348407411 | CA38496 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57110 | HKD | 1,000,000.00 | USD | 74,465.41 | 02MAR09 | USD | 637.69 | USD | 837.28 | USD | 476.24 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA64829 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57134 | USD | 50,000.00 | USD | 22,198.72 | 21DEC09 | USD | 190.10 | USD | 249.60 | USD | 141.97 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64543 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57135 | USD | 40,000.00 | USD | 20,492.78 | 23NOV09 | USD | 175.49 | USD | 230.41 | USD | 131.06 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA64514 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57136 | USD | 50,000.00 | USD | 23,364.06 | 27OCT09 | USD | 200.08 | USD | 262.70 | USD | 149.42 |
| LB 2Y HKD Range Accrual Note S817 02NOV09 | XS0327859301 | CA64526 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57137 | HKD | 580,000.00 | USD | 37,475.42 | 02NOV09 | USD | 320.92 | USD | 421.37 | USD | 239.67 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA31694 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57187 | USD | 90,000.00 | USD | 52,526.90 | 05MAR09 | USD | 449.82 | USD | 590.60 | USD | 335.93 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA46782 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57196 | USD | 20,000.00 | USD | 8,879.49 | 21DEC09 | USD | 76.04 | USD | 99.84 | USD | 56.78 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA46094 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57198 | USD | 40,000.00 | USD | 22,081.45 | 22OCT09 | USD | 189.09 | USD | 248.28 | USD | 141.22 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46420 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57199 | USD | 30,000.00 | USD | 14,020.71 | 27OCT09 | USD | 120.06 | USD | 157.64 | USD | 89.66 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA31955 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57209 | USD | 120,000.00 | USD | 56,073.75 | 27OCT09 | USD | 480.19 | USD | 630.48 | USD | 358.61 |
| LB 2Y HKD Range Accrual Note S905 18JAN10 | XS0339560376 | CA64807 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57210 | HKD | 1,030,000.00 | USD | 58,650.21 | 18JAN10 | USD | 502.26 | USD | 659.45 | USD | 375.09 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA46943 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57212 | USD | 100,000.00 | USD | 58,192.74 | 29DEC09 | USD | 498.34 | USD | 654.31 | USD | 372.17 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA31957 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57213 | USD | 150,000.00 | USD | 70,092.19 | 27OCT09 | USD | 600.24 | USD | 788.11 | USD | 448.27 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46766 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57230 | HKD | 500,000.00 | USD | 33,633.11 | 14DEC09 | USD | 288.02 | USD | 378.16 | USD | 215.10 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA46084 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57231 | HKD | 620,000.00 | USD | 42,915.63 | 22OCT09 | USD | 367.51 | USD | 482.53 | USD | 274.46 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA46512 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57232 | USD | 40,000.00 | USD | 20,678.48 | 27OCT09 | USD | 177.08 | USD | 232.50 | USD | 132.24 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | CA64815 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57235 | USD | 100,000.00 | USD | 46,826.94 | 04JAN10 | USD | 401.01 | USD | 526.51 | USD | 299.48 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA31870 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57238 | USD | 130,000.00 | USD | 74,914.07 | 23NOV09 | USD | 641.54 | USD | 842.32 | USD | 479.11 |

Schedule 1

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 1Y USD Daily Callable Fixed Coupon Note S093 11MAR09 | XS0350571377 | CA31854 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57257 | USD | 130,000.00 | USD | 74,580.66 | 11MAR09 | USD | 638.68 | USD | 838.57 | USD | 476.98 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46414 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57259 | USD | 130,000.00 | USD | 60,756.42 | 27OCT09 | USD | 520.29 | USD | 683.14 | USD | 388.56 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA46879 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57260 | USD | 50,000.00 | USD | 14,661.14 | 17DEC09 | USD | 125.55 | USD | 164.84 | USD | 93.76 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64544 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57262 | USD | 70,000.00 | USD | 35,862.36 | 23NOV09 | USD | 307.11 | USD | 403.23 | USD | 229.35 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA64546 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57263 | USD | 30,000.00 | USD | 13,641.58 | 23NOV09 | USD | 116.82 | USD | 153.38 | USD | 87.24 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA64823 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57264 | USD | 150,000.00 | USD | 68,407.24 | 29DEC09 | USD | 585.81 | USD | 769.16 | USD | 437.49 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA64512 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57265 | USD | 100,000.00 | USD | 46,728.13 | 27OCT09 | USD | 400.16 | USD | 525.40 | USD | 298.84 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA64817 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57266 | USD | 210,000.00 | USD | 122,204.75 | 29DEC09 | USD | 1,046.52 | USD | 1,374.06 | USD | 781.56 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA64488 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57269 | HKD | 1,000,000.00 | USD | 69,218.76 | 22OCT09 | USD | 592.76 | USD | 778.29 | USD | 442.68 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA64539 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57270 | USD | 50,000.00 | USD | 28,223.90 | 23NOV09 | USD | 241.70 | USD | 317.34 | USD | 180.50 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA73901 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57332 | AUD | 70,000.00 | USD | 29,944.81 | 05NOV09 | USD | 256.43 | USD | 336.69 | USD | 191.51 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA73890 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57333 | USD | 70,000.00 | USD | 38,642.54 | 22OCT09 | USD | 330.92 | USD | 434.49 | USD | 247.13 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA73924 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57718 | HKD | 500,000.00 | USD | 28,470.98 | 18JAN10 | USD | 243.81 | USD | 320.12 | USD | 182.08 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA31941 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57719 | HKD | 500,000.00 | USD | 53,151.51 | 27OCT09 | USD | 455.17 | USD | 597.63 | USD | 339.93 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA31882 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57721 | HKD | 200,000.00 | USD | 11,388.39 | 18JAN10 | USD | 97.52 | USD | 128.05 | USD | 72.83 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA38393 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57722 | USD | 65,000.00 | USD | 65,000.00 | 22MAR11 | USD | 556.63 | USD | 730.85 | USD | 415.70 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | CA31750 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57751 | HKD | 800,000.00 | USD | 57,908.81 | 30NOV09 | USD | 495.91 | USD | 651.12 | USD | 370.35 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA31956 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57752 | USD | 80,000.00 | USD | 37,382.50 | 27OCT09 | USD | 320.13 | USD | 420.32 | USD | 239.07 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA31895 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57753 | USD | 60,000.00 | USD | 27,362.90 | 29DEC09 | USD | 234.32 | USD | 307.66 | USD | 174.99 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | CA31817 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57754 | USD | 30,000.00 | USD | 14,092.98 | 31DEC09 | USD | 120.68 | USD | 158.46 | USD | 90.13 |
| LB 2Y USD Airbag Range Accrual Note S026 25JAN10 | XS0341160082 | CA31738 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57755 | USD | 30,000.00 | USD | 13,091.36 | 25JAN10 | USD | 112.11 | USD | 147.19 | USD | 83.72 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | 6059262 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60811 | HKD | 600,000.00 | USD | 44,965.69 | 05MAR09 | USD | 385.07 | USD | 505.59 | USD | 287.57 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA31648 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60815 | USD | 210,000.00 | USD | 115,023.67 | 23NOV09 | USD | 985.02 | USD | 1,293.31 | USD | 735.63 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | 6059248 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60836 | HKD | 250,000.00 | USD | 16,816.55 | 14DEC09 | USD | 144.01 | USD | 189.08 | USD | 107.55 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | 6059260 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60837 | HKD | 700,000.00 | USD | 52,125.79 | 02MAR09 | USD | 446.38 | USD | 586.09 | USD | 333.37 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA38708 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60842 | USD | 150,000.00 | USD | 87,289.11 | 29DEC09 | USD | 747.51 | USD | 981.47 | USD | 558.25 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA64548 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60846 | USD | 150,000.00 | USD | 82,159.77 | 23NOV09 | USD | 703.59 | USD | 923.79 | USD | 525.45 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA38233 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60852 | HKD | 890,000.00 | USD | 59,866.94 | 14DEC09 | USD | 512.68 | USD | 673.13 | USD | 382.87 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA64831 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60853 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA47257 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60854 | USD | 500,000.00 | USD | 291,816.13 | 05MAR09 | USD | 2,499.02 | USD | 3,281.15 | USD | 1,866.31 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA46521 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60857 | HKD | 600,000.00 | USD | 63,781.81 | 27OCT09 | USD | 546.20 | USD | 717.15 | USD | 407.91 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | 6059252 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60914 | HKD | 250,000.00 | USD | 13,775.83 | 21DEC09 | USD | 117.97 | USD | 154.89 | USD | 88.10 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | 6059247 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60915 | HKD | 600,000.00 | USD | 43,431.61 | 30NOV09 | USD | 371.93 | USD | 488.34 | USD | 277.76 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | 6059242 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60916 | HKD | 1,200,000.00 | USD | 44,554.12 | 09NOV09 | USD | 381.54 | USD | 500.96 | USD | 284.94 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | 6059241 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60917 | HKD | 650,000.00 | USD | 69,096.96 | 27OCT09 | USD | 591.72 | USD | 776.92 | USD | 441.90 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | 6059240 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60918 | HKD | 890,000.00 | USD | 53,501.16 | 27OCT09 | USD | 458.16 | USD | 601.56 | USD | 342.16 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | 6059236 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60919 | HKD | 1,080,000.00 | USD | 74,756.26 | 22OCT09 | USD | 640.18 | USD | 840.55 | USD | 478.10 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | 6059238 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60920 | HKD | 1,500,000.00 | USD | 119,015.70 | 23OCT09 | USD | 1,019.21 | USD | 1,338.20 | USD | 761.16 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | 6059261 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60921 | USD | 130,000.00 | USD | 75,872.19 | 05MAR09 | USD | 649.74 | USD | 853.10 | USD | 485.24 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | 6059259 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60922 | USD | 310,000.00 | USD | 136,591.05 | 18JAN10 | USD | 1,169.72 | USD | 1,535.81 | USD | 873.56 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | 6059258 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60923 | USD | 60,000.00 | USD | 28,185.97 | 31DEC09 | USD | 241.37 | USD | 316.92 | USD | 180.26 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | 6059257 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60924 | USD | 70,000.00 | USD | 40,734.92 | 29DEC09 | USD | 348.84 | USD | 458.02 | USD | 260.52 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | 6059255 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60925 | USD | 210,000.00 | USD | 95,770.14 | 29DEC09 | USD | 820.14 | USD | 1,076.83 | USD | 612.49 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | 6059254 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60928 | USD | 190,000.00 | USD | 84,355.13 | 21DEC09 | USD | 722.39 | USD | 948.48 | USD | 539.49 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | 6059246 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60929 | USD | 50,000.00 | USD | 28,813.10 | 23NOV09 | USD | 246.74 | USD | 323.97 | USD | 184.27 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | 6059244 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60930 | USD | 80,000.00 | USD | 43,818.54 | 23NOV09 | USD | 375.24 | USD | 492.69 | USD | 280.24 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | 6059243 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60931 | USD | 50,000.00 | USD | 28,223.90 | 23NOV09 | USD | 241.70 | USD | 317.34 | USD | 180.50 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | 6059239 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60932 | USD | 150,000.00 | USD | 70,103.56 | 27OCT09 | USD | 600.34 | USD | 788.23 | USD | 448.34 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | 6059237 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60933 | USD | 250,000.00 | USD | 138,009.06 | 22OCT09 | USD | 1,181.86 | USD | 1,551.76 | USD | 882.63 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | CA73897 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61149 | USD | 320,000.00 | USD | 150,815.76 | 29OCT09 | USD | 1,291.53 | USD | 1,695.76 | USD | 964.54 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | CA73905 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61150 | USD | 300,000.00 | USD | 122,725.17 | 06NOV09 | USD | 1,050.98 | USD | 1,379.91 | USD | 784.88 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA46523 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61312 | HKD | 500,000.00 | USD | 53,151.51 | 27OCT09 | USD | 455.17 | USD | 597.63 | USD | 339.93 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | CA64517 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61319 | USD | 130,000.00 | USD | 61,268.90 | 29OCT09 | USD | 524.68 | USD | 688.90 | USD | 391.84 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA38030 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62934 | USD | 70,000.00 | USD | 39,513.47 | 23NOV09 | USD | 338.38 | USD | 444.28 | USD | 252.70 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA37830 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62935 | HKD | 400,000.00 | USD | 31,737.52 | 23OCT09 | USD | 271.79 | USD | 356.85 | USD | 202.97 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38075 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62936 | USD | 40,000.00 | USD | 23,050.48 | 23NOV09 | USD | 197.39 | USD | 259.17 | USD | 147.41 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA46910 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62937 | USD | 190,000.00 | USD | 86,649.17 | 29DEC09 | USD | 742.03 | USD | 974.27 | USD | 554.16 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA46522 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 64670 | HKD | 600,000.00 | USD | 63,781.81 | 27OCT09 | USD | 546.20 | USD | 717.15 | USD | 407.91 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55328 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 64857 | USD | 130,000.00 | USD | 66,601.53 | 23NOV09 | USD | 570.35 | USD | 748.86 | USD | 425.95 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA31710 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 67148 | HKD | 1,000,000.00 | USD | 79,343.80 | 23OCT09 | USD | 679.47 | USD | 892.13 | USD | 507.44 |

Pg 15 of 44

Schedule 2

Copies of LBHI Proofs of Claim

DB Ref: 19881

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000047374

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LO WING HEI
FLAT F, 13/FL, BLOCK III, KORNHILL GARDEN,
1114 KING'S ROAD, HONG KONG.

Telephone number: 23630281 Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**________
*(If known)*

Filed on: ________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 500, 000 (equivalent to USDat the conversion rate of USD/HKD 7.7904 as at 15 September 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** **(as statement above)** **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0335743398 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA50781 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| OCT 24, 2009 | [signature] Lo Mei |

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 26 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

**DEFINITIONS**

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150-5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**INFORMATION**

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**Royal Preferred Banking**

ABN AMRO Bank N.V.

23 October 2009

Ref No. POA_ 0000110154

TO WHOM IT MAY CONCERN:

**Re: Confirmation on the Power of Attorney**

This letter confirms that LO WING HEI has appointed LO MEI as its/their Attorney(ies) pursuant to a Power Attorney, and such Attorney(ies) are therefore authorized to sign the Lehman Program Securities Proof of Claim Form on behalf of LO WING HEI .

Yours faithfully,

ABN AMRO Bank N.V.

敬啓者：

**確認簽署授權書**

此信函茲確認 LO WING HEI 已授權委託 LO MEI 作爲授權人則授權代表 LO WING HEI 簽署雷曼證券計劃索償證明表格 (Lehman Program Securities Proof of Claim Form)。

荷蘭銀行
謹啓

2009 年 10 月 23 日

MEMBER FOR SECURITY PURPOSES IN THE PRESENCE OF THE SHIPPER
FOR DHL (PRINT NAME)
BY HAND
FOR CLIENT (PRINT NAME)
STATION
H K G
114937752
EXPRESS
MOVE TO EXPOSE ADHESI
EXPRESS WORLDWIDE
DOX
10017 NEW YORK, UNITED STATES OF AM
HKG
US
EPIQ RECEIVED
OCT 26 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC
1/1
WAYBILL 17 2978 9611
Shipment AirWaybill
http://www.dhl.com
1 7 2 9 7 8 9 6 1 1
Payer account number and insurance details
From (Shipper)
Lo Wing Hei
FLAT F, 13/FL, BLK III, KOWHILL GARDEN
1114 KING'S ROAD, Hong Kong
Shipment details
0.5
Full description of contents
Document
To (Receiver)
Epig Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY. 10017
ATTN: Lehman Brothers Holdings Claims Processing
10017
U.S.A.
Lehman Brothers
Holdings Claims Processing
NIL
Non-Document Shipments Only (Customs Requirement)
Shipper's agreement (Signature required)
TRANSPORT COLLECT STICKER No.
OR
EASYSHIP/
CUSTOMER
INFORMATION
This product is made from recycled content
PLE
TOP
EXPRESS ENVELOPE

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000047380

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LAU SI WAI
RM 101, BLK 45,
HENG FA CHUEN, CHAI WAN, HONG KONG
Telephone number: (852) 51055631, (86) 13939093517 Email Address: psychel18@yahoo.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: ______
*(If known)*

Filed on: ______

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 500, 000 (equivalent to USD 64, 181, 56 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim:** $ (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0325786084 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA73888 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED | RECEIVED
OCT 26 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

**Date.** Oct/23/2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature]
LAU SI WAI

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

REMOVE TO EXPOSE ADHESIVE
XPRESS WORLDWIDE
DOX
0017 NEW YORK, UNITED STATES OF AM
US
OCT 26 2009
WAYBILL 33 2457 9160
Shipment Air Waybill
332 4579 160
Epiq Bankruptcy Solutions, LLC
Lehman Brothers Holdings
Claims Processing
757 Third Avenue 3rd Floor
New York, NY 10017
USA
EASYSHIP/
CUSTOMER
INFORMATION
This product is made from recycled content
EXPRESS ENVELOPE
SECURITY CHECKED
THE CONTENTS OF THIS PACKAGE HAVE BEEN CHECKED BY A DHL STAFF MEMBER FOR SECURITY PURPOSES IN THE PRESENCE OF THE SHIPPER.
FOR DHL (PRINT NAME)
FOR CLIENT (PRINT NAME)
STATION
DHL WORLDWIDE EXPRESS

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000047501

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

TONG CHUN YI
BLK 61, #12-02, THE TROPICA
TAMPINES AVE 1
SINGAPORE 529776

WITH NOTICE COPY TO:-
MR. TONG WAH MAN
FLAT 2, 10.F., BLOCK C
6 BOARDWOOD ROAD, HONG KONG

Telephone number: (65) 65893962 / 90239563
Email Address: stanley.kp.chu@gmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: __________ (*If known*)

Filed on: __________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 300000 (equivalent to USD 38508. 934073 at the conversion rate of USD/HKD 7.7904 at of 15 September 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0329337348 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA55313 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

**Date.** 22OCT09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature]
TONG CHUN YI (MISS)

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Name & Address of Creditor
TONG CHUN YI
Block 61 #12-02 The Tropica
Tampines Ave 1
SINGAPORE 529776

Telephone: (65) 6588 3962 / (65) 9023 9563

Email address: stanley.kp.chu@gmail.com

with notice copy to:-
TONG WAI MAN
Flat 2, 10th floor, Block C
6 Boardwood Road
HONG KONG



d of

***United States Bankruptcy Court/Southern District of New York***

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000047608

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LI XIAO RU
FLAT 2D, ROBINSON GARDEN APARTMENT
3 ROBINSON ROAD
HONG KONG 852-25305969
Telephone number: 852-94621312 Email Address: young.kara@gmail.com rupert.li@cliffordchance.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**________
*(If known)*

Filed on: ________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 120,000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0331400027 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
CA46569 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| Oct 23, 2009 | |

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

# Royal Preferred Banking

ABN AMRO Bank N.V.

12 October 2009

Ref No. POA_0000002870

TO WHOM IT MAY CONCERN:

**Re: Confirmation on the Power of Attorney**

This letter confirms that LI XIAO RU has appointed YOUNG KARA LOUISE as its/their Attorney(ies) pursuant to a Power Attorney, and such Attorney(ies) are therefore authorized to sign the Lehman Program Securities Proof of Claim Form on behalf of LI XIAO RU .

Yours faithfully,

ABN AMRO Bank N.V.

敬啓者：

**確認簽署授權書**

此信函茲確認 LI XIAO RU 已授權委託 YOUNG KARA LOUISE 作爲授權人則授權代表 LI XIAO RU 簽署雷曼證券計劃索償證明表格 (Lehman Program Securities Proof of Claim Form)。

荷蘭銀行
謹啓

2009 年 10 月 12 日





Track this shipment via the DHL Web Site: http://www.dhl.com

Shipment Air Waybill

1 9 8 5 0 5 6 8 6 1

Origin: HKG

Destination Code: ZYP

1 Payer account number and insurance details

Charge to: Shipper

2 From (Shipper)

Shipper's account number: 630035867

Shipper's reference: KoRL personal

Company name: BRECON LTD/ CLIFFORD CHANCE

Address: 29/F JARDINE HSE 1 CONNAUGHT PLACE HONG KONG

Phone: 2825-8888

3 To (Receiver)

Epiq Bankruptcy Solutions, LLC.
C/o Lehman Brothers Holdings
Claim Processing
757 Third Avenue
3rd Floor
New York

Postcode/Zip Code: NY 10017

Country: USA

Contact person: Lehman Brothers Holdings Claim Processing

Phone: 1-866-879-0688

4 Shipment details

Total Weight: 0.5

5 Full description of contents

Documents

6 Dutiable shipments only (WPX) (Customs Requirement)

8 Shipper's agreement (Signature required)

Date: 23, 10, 09

7 Services

Consignee / Parcel copy

EXTREMELY URGENT DO NOT SEND CASH, CASH EQUIVALENT OR JEWELLERY. DHL's liability shall not exceed US$100 for any shipment. See conditions of carriage on the

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000047619

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

MUI SAI LEUNG & CHAN MEI HANG, JUDY
Room 1101, 11/F, Sino Center, 582-592 Nathan Road, Mongkok, Kowloon, Hong Kong

Telephone number: (852) 2783-0303 Email Address: topmake@netvigator.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**__________
*(If known)*

Filed on: __________

Name and address where payment should be sent (if different from above)

Same as above

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 5, 630, 000 (equivalent to USD 722, 684. 33 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0326608352 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA31683 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 20 Oct 2009 | Mui Sai Leung    Chan Mei Hang Judy |

EASY-OPEN-STRIP

ZYP

DHL EXPRESS

REMOVE TO EXPOSE ADHESIVE

DHL EXPRESS

Track this shipment via the DHL Web Site: http://www.dhl.com

Shipment Air Waybill

196 8003 026

ORIGIN: HKG

DESTINATION CODE: ZYP

1 Payer account number and insurance details

Charge to: Shipper / Receiver / 3rd party

Payer Account No.

Shipment insurance

2 From (Shipper)

Shipper's account number: 630292079

Contact name: Mr. Mui Sai Leung

Company name: Mr. Mui Sai Leung
Ms. Chan Mei Hang Judy
Ms. Mui Bo Man Winifred

Address: Room 1101, 11/F, Sino Centre
582-592 Nathan Road, Mongkok,
Kowloon, Hong Kong

Postcode/Zip Code (required)

Phone, Fax or E-mail (required): (852) 2783-0303

RECEIVED OCT 26 2009

3 To (Receiver)

Epiq Bankruptcy Solutions, LLC

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holding Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017, USA

Postcode/Zip Code (required)

Country: USA

Contact person

Phone, Fax or E-mail (required)

4 Shipment details

Total Weight: 0.5

5 Full description of contents

LEHMAN SECURITIES PROGRAMS
PROOF OF CLAIM (total 2 forms)
1) For Mui Sai Leung/ Chan Mei Hang
2) For Mui Bo Man Winifred

6 Dutiable shipments only (WPX) (Customs Requirement)

Shipper's VAT/GST number

Receiver's VAT/GST or Shipper's EIN

Declared Value for Customs

Harmonised Commodity Code

TYPE OF EXPORT: Permanent / Repair / Return / Temporary

Destination duties/taxes: Receiver / Shipper / Other

8 Shipper's agreement (Signature required)

Signature

Date: 23 Oct 2009

7 Services

EXPRESS WORLDWIDE DOX

DHL

10017 NEW YORK, UNITED STATES OF AM

Origin: HKG

US-ZYP

Shipment No.: 1968003026 2009-10-23 Shpt Weight: 0.5 kg

Piece: 1/1

Sender's Reference:

WAYBILL 19 6800 3026

(2L)US10017+42000000

(J)JD01 2040 5920 9080 5949

OR

EASYSH CUSTOM INFORM

This product is made from recycled

EXPRESS ENVELOPE

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000047741

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

TONG CHUN YI
BLK 61 #12-02, THE TROPICA
TAM PINES AVE 1
SINGAPORE 529776

WITH NOTICE COPY TO:-
MR. TONG WAI MAN
FLAT 2, 10.F., BLK C
6 BOARDWOOD ROAD, HONG KONG

Telephone number: (65) 6589 3962 / 90239563
Email Address: stanley.kp.chu@gmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: ____________ (If known)

Filed on: ____________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 80000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0326026225 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA55055 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

**Date.** 22OCT09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature]
TONG CHUN YI (MISS)

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571



Name & Address of Creditor
TONG CHUN YI
Block 61 #12-02 The Tropica
Tampines Ave 1
SINGAPORE 529776

Telephone: (65) 6588 3962 / (65) 9023 9563

Email address: stanley.kp.chu@gmail.com

with notice copy to:-
TONG WAI MAN
Flat 2, 10th floor, Block C
6 Boardwood Road
HONG KONG

EXTREMELY URGENT
EASY-OPEN STRIP
DOCUMENTS ONLY. DO NOT SEND CASH, CASH EQUIVALENT, JEWELLERY, LIQUID, OR BLOOD IN THIS PACKAGING.
EXPORT CHECK
SHIPPER
CONSIGNEE
SIGNATURE
RESTRICTED
DELIVERIES TO PO BOX ADDRESSES
Backup Document – Please Place on Package
TR#:1Z R64 60R 04 6413 7484 SHP#:R646 0RJW 3L7
RECEIVED
OCT 28 2009
By
Shipper's Signature: Date:
ROBERT RAWCLIFFE
+65 6214 8888
DPEX WORLDWIDE EXPRESS PTE LTD
1 CHANGI SOUTH STREET 1
SINGAPORE SINGA 486797
SINGAPORE
ENV 1 OF 1
SHP#: R645 0RJW 3L7
DATE: 23 OCT 2009
SHIP TO:
LEHMANS BROTHERS HOLDING CLAIM PROC
(000) 000-0000
EPIQ BANKRUPTCY SOLUTION LLC
3RD FLOOR
757 THIRD AVENUE
NEW YORK NY 10017
UNITED STATES
NY 100 7-02
UPS SAVER 1P
TRACKING #: 1Z R64 60R 04 6413 7484
BILLING: P/P
DESC: Documents
EDI-DOC
Invoice No.: 200060011092
Envelope

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
| --- | --- |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000047742

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

TONG CHUN YI
BLK 61 #12-02, THE TROPICA
TAMPINES AVE 1
SINGAPORE 529776
Telephone number: (65) 65893962/ 90239563

WITH NOTICE COPY TO:-
MR. TONG WAI MAN
FLAT 2, 10. F, BLK C,
6 BROADWOOD ROAD HONG KONG
Email Address: stanley.kp.chu@gmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: ________
(*If known*)

Filed on: ________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 2100000 (equivalent to USD 269562. 53851 at the conversion rate of USD/HKD 7.7904 at of 15 September 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0326866307 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA55282 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
| --- | --- |
| 22OCT09 | [signature] TONG CHUN YI (MISS) |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571



Name & Address of Creditor
TONG CHUN YI
Block 61 #12-02 The Tropica
Tampines Ave 1
SINGAPORE 529776

Telephone: (65) 6588 3962 / (65) 9023 9563

Email address: stanley.kp.chu@gmail.com

with notice copy to:-
TONG WAI MAN
Flat 2, 10th floor, Block C
6 Boardwood Road
HONG KONG

EASY-OPEN STRIP
EXTREMELY URGENT
DOCUMENTS ONLY. DO NOT SEND CASH, CASH EQUIVALENT, JEWELLERY, LIQUID, OR BLOOD IN THIS PACKAGING.
EXPORT CHECK
SHIPPER
CONSIGNEE
SIGNATURE
Backup Document – Please Place on Package
TRK#: 1Z R84 8DR 04 6415 7484
RECEIVED
SHIP TO:
LEHMANS BROTHERS HOLDING CLAIM PROC
EPIQ BANKRUPTCY SOLUTION LLC
3RD FLOOR
757 THIRD AVENUE
NEW YORK NY 10017
UNITED STATES
NY 100 7-02
UPS SAVER
TRACKING #: 1Z R84 8DR 04 6415 7484
1P
EDI-DOC
DELIVERIES TO PO BOX ADDRESSES

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000047750

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
KUNG SHUET SUM & CHAU FOO SHING
FLAT D & E, 10/F TOWER 3 DEER HILL TOWER
DEER HILL BAY. TAI PO. N.T. HONG KONG.
Telephone number: 94161001 27196666 Email Address: cwkchau@hotmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ____________
*(If known)*

Filed on: ____________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 400, 000 (equivalent to USD 51, 345. 25 at the conversion rate of USD/HKD 7.7904 at of 15 September 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0326026498 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
CA90350 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 23 Oct. 09 | [signatures] |

**FOR COURT USE ONLY**
FILED / RECEIVED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC



*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

In Re:
Lehman Brothers Holdings Inc., et al., Debtors.

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000047751

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
KUNG SHUET SUM & CHAU FOO SHING
FLAT D & E, 10/F TOWER 3, DEER HILL TOWER
DEER HILL BAY. TPI PO. N.T. HONG KONG.
Telephone number: 9464 6001 27194446 Email Address: cwkchau@hotmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:________
(*If known*)

Filed on: ________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 50, 000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0331400027 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
CA90359 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

**Date.**
23 Oct. 09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Insert air waybill here
100% Recycled
FedEx. International Air Waybill
Express
269785575
KUNG SHUET SUM &
CHAU FOO SHING
DEER HILL BAY, TAI PO, HONG
OCT 6 2009
LEHMAN BROTHERS HOLDINGS
EPIQ BANKRUPTCY SOLUTIC
757 THIRD AVENUE, 3rd
NEW YORK, NY NY 10017,
U.S.A.
Want more inform
Go to fedex.com, or call
EWR
10017
INTL PRIORITY CLR
A1
XA OGSA
8657 8277 1938

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000047753

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
YU FUNG CHU Flat C, 4th floor Block 16 Hong Kong Garden
Tsing Lung Tau, New Territories, Hong Kong

Telephone number: 852-96620099 Email Address: meiyanyu168@yahoo.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**________
*(If known)*

Filed on: ________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 500, 000 (equivalent to USD 64, 181. 56 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0335743398 **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
CA55026 **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
89529 **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

SECURITY CHECKED
THE CONTENTS OF THIS PACKAGE HAVE BEEN CHECKED BY A DHL STAFF MEMBER FOR SECURITY PURPOSES IN THE PRESENCE OF THE SHIPPER.
FOR DHL (PRINT NAME)
BY HAND
FOR CLIENT (PRINT NAME)
11491926
STATION
H K G
EXPRESS
MOVE TO EXPOSE ADHES
DOX
Piece 1/1
NEW YORK, US
ORIGIN HKG
SORT:
ZYP
AIRWAYBILL:
1735235250
OR
EASYSHIP/ CUSTOMER INFORMATION
This product is made from recycled content
Shipment Air Waybill
Payer account number and insurance details
From (Shipper)
To (Receiver)
The Bankruptcy Solution LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
Attn: Lehman Brothers Holdings Claims Processing
Full description of contents
Non-Document Shipments Only (Customs Requirement)
Shipper's agreement (Signature required)
TRANSPORT COLLECT STICKER No.
EXPRESS ENVELOPE

Schedule 3

Schedule of 7th, 8th, 9th, and 10th Distributions Received From Lehman Brothers Treasury BV

| Description of Security | ISIN/CUSIP | Issuer | Principal/Notional Amount | | Admissible Amount | | Issue Notional | | Maturity | LBT 10th Distribution | | LBT 9th Distribution | | LBT 8th Distribution | | LBT 7th Distribution | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | Lehman Brothers Treasury Co BV | AUD | 1,770,000.00 | AUD | 663,755.35 | AUD | 2,310,000.00 | 05NOV09 | AUD | 10,301.73 | AUD | 13,885.35 | AUD | 7,733.50 | AUD | 5,072.82 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | Lehman Brothers Treasury Co BV | HKD | 14,240,000.00 | HKD | 1,447,566.19 | HKD | 27,360,000.00 | 22OCT09 | HKD | 89,491.67 | HKD | 117,537.92 | HKD | 66,613.41 | HKD | 45,525.28 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | Lehman Brothers Treasury Co BV | HKD | 12,390,000.00 | HKD | 1,457,929.40 | HKD | 21,150,000.00 | 23OCT09 | HKD | 101,448.99 | HKD | 133,242.60 | HKD | 75,513.84 | HKD | 51,604.35 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | Lehman Brothers Treasury Co BV | HKD | 22,540,000.00 | HKD | 1,491,243.85 | HKD | 31,790,000.00 | 27OCT09 | HKD | 125,592.11 | HKD | 164,952.05 | HKD | 93,484.91 | HKD | 63,878.36 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | Lehman Brothers Treasury Co BV | HKD | 9,830,000.00 | HKD | 1,183,527.62 | HKD | 17,940,000.00 | 27OCT09 | HKD | 77,029.98 | HKD | 101,170.79 | HKD | 57,337.45 | HKD | 39,182.38 |
| LB 2Y HKD Range Accrual Note S817 02NOV09 | XS0327859301 | Lehman Brothers Treasury Co BV | HKD | 4,440,000.00 | HKD | 488,596.61 | HKD | 8,110,000.00 | 02NOV09 | HKD | 31,773.34 | HKD | 41,730.95 | HKD | 23,650.55 | HKD | 16,161.60 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | Lehman Brothers Treasury Co BV | HKD | 9,090,000.00 | HKD | 963,334.64 | HKD | 22,070,000.00 | 09NOV09 | HKD | 47,129.09 | HKD | 61,899.11 | HKD | 35,080.67 | HKD | 23,970.33 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | Lehman Brothers Treasury Co BV | HKD | 6,810,000.00 | HKD | 802,157.78 | HKD | 11,210,000.00 | 30NOV09 | HKD | 57,883.08 | HKD | 76,023.35 | HKD | 43,085.44 | HKD | 29,446.44 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | Lehman Brothers Treasury Co BV | HKD | 14,560,000.00 | HKD | 979,670.55 | HKD | 21,860,000.00 | 14DEC09 | HKD | 77,507.11 | HKD | 101,797.46 | HKD | 57,692.63 | HKD | 39,428.48 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | Lehman Brothers Treasury Co BV | HKD | 13,630,000.00 | HKD | 724,123.67 | HKD | 20,060,000.00 | 21DEC09 | HKD | 58,442.39 | HKD | 76,757.95 | HKD | 43,501.75 | HKD | 29,727.03 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | Lehman Brothers Treasury Co BV | HKD | 7,350,000.00 | HKD | 449,480.25 | HKD | 12,320,000.00 | 18JAN10 | HKD | 31,852.06 | HKD | 41,834.34 | HKD | 23,709.13 | HKD | 16,199.40 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | Lehman Brothers Treasury Co BV | HKD | 18,850,000.00 | HKD | 1,343,007.21 | HKD | 27,720,000.00 | 02MAR09 | HKD | 108,479.27 | HKD | 142,476.14 | HKD | 80,746.87 | HKD | 55,173.95 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | Lehman Brothers Treasury Co BV | HKD | 13,570,000.00 | HKD | 1,009,936.12 | HKD | 19,810,000.00 | 05MAR09 | HKD | 82,174.97 | HKD | 107,928.20 | HKD | 61,167.13 | HKD | 41,795.60 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | Lehman Brothers Treasury Co BV | USD | 1,220,000.00 | USD | 1,009,984.70 | USD | 2,380,000.00 | 22OCT09 | USD | 7,904.34 | USD | 10,417.87 | USD | 5,901.90 | USD | 4,034.54 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | Lehman Brothers Treasury Co BV | USD | 630,000.00 | USD | 835,417.43 | USD | 1,180,000.00 | 23OCT09 | USD | 6,809.73 | USD | 8,975.19 | USD | 5,084.60 | USD | 3,475.71 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | Lehman Brothers Treasury Co BV | USD | 2,440,000.00 | USD | 1,402,407.79 | USD | 3,850,000.00 | 27OCT09 | USD | 13,569.73 | USD | 17,884.84 | USD | 10,132.07 | USD | 6,927.16 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | Lehman Brothers Treasury Co BV | USD | 860,000.00 | USD | 564,605.73 | USD | 1,550,000.00 | 27OCT09 | USD | 4,782.77 | USD | 6,303.67 | USD | 3,571.14 | USD | 2,441.54 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | Lehman Brothers Treasury Co BV | USD | 1,170,000.00 | USD | 732,570.88 | USD | 1,810,000.00 | 27OCT09 | USD | 7,229.78 | USD | 9,528.81 | USD | 5,398.23 | USD | 3,690.18 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | Lehman Brothers Treasury Co BV | USD | 740,000.00 | USD | 429,665.33 | USD | 1,220,000.00 | 29OCT09 | USD | 3,978.96 | USD | 5,244.25 | USD | 2,970.96 | USD | 2,030.56 |
| LB 2Y USD Range Accrual Note S802 02NOV09 | XS0327465430 | Lehman Brothers Treasury Co BV | USD | 30,000.00 | USD | 409,964.90 | USD | 940,000.00 | 02NOV09 | USD | 199.76 | USD | 263.28 | USD | 149.15 | USD | 101.97 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | Lehman Brothers Treasury Co BV | USD | 1,440,000.00 | USD | 792,109.35 | USD | 1,670,000.00 | 06NOV09 | USD | 10,427.95 | USD | 13,743.99 | USD | 7,786.20 | USD | 5,322.24 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | Lehman Brothers Treasury Co BV | USD | 2,020,000.00 | USD | 1,383,415.35 | USD | 2,800,000.00 | 23NOV09 | USD | 15,237.50 | USD | 20,082.95 | USD | 11,377.34 | USD | 7,777.00 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | Lehman Brothers Treasury Co BV | USD | 2,050,000.00 | USD | 1,200,606.89 | USD | 2,430,000.00 | 23NOV09 | USD | 15,463.80 | USD | 20,381.21 | USD | 11,546.31 | USD | 7,892.50 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | Lehman Brothers Treasury Co BV | USD | 690,000.00 | USD | 745,425.94 | USD | 1,410,000.00 | 23NOV09 | USD | 5,569.32 | USD | 7,340.34 | USD | 4,158.42 | USD | 2,842.80 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | Lehman Brothers Treasury Co BV | USD | 2,550,000.00 | USD | 3,153,300.36 | USD | 5,780,000.00 | 23NOV09 | USD | 21,239.56 | USD | 27,993.64 | USD | 15,858.87 | USD | 10,840.05 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | Lehman Brothers Treasury Co BV | USD | 2,780,000.00 | USD | 2,470,391.22 | USD | 4,310,000.00 | 23NOV09 | USD | 24,327.71 | USD | 32,063.79 | USD | 18,164.67 | USD | 12,418.26 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | Lehman Brothers Treasury Co BV | USD | 1,590,000.00 | USD | 929,647.31 | USD | 3,380,000.00 | 21DEC09 | USD | 6,676.77 | USD | 8,799.95 | USD | 4,985.31 | USD | 3,407.37 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | Lehman Brothers Treasury Co BV | USD | 1,460,000.00 | USD | 837,356.14 | USD | 2,060,000.00 | 17DEC09 | USD | 9,060.74 | USD | 11,942.02 | USD | 6,765.34 | USD | 4,625.28 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | Lehman Brothers Treasury Co BV | USD | 2,170,000.00 | USD | 808,152.55 | USD | 2,750,000.00 | 29DEC09 | USD | 9,736.17 | USD | 12,832.23 | USD | 7,269.68 | USD | 4,969.30 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | Lehman Brothers Treasury Co BV | USD | 2,250,000.00 | USD | 2,080,010.87 | USD | 3,190,000.00 | 29DEC09 | USD | 22,398.83 | USD | 29,521.54 | USD | 16,724.44 | USD | 11,432.25 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | Lehman Brothers Treasury Co BV | USD | 1,410,000.00 | USD | 671,256.57 | USD | 2,110,000.00 | 31DEC09 | USD | 6,848.46 | USD | 9,026.24 | USD | 5,113.51 | USD | 3,495.39 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | Lehman Brothers Treasury Co BV | USD | 440,000.00 | USD | 181,498.22 | USD | 580,000.00 | 04JAN10 | USD | 2,102.16 | USD | 2,770.63 | USD | 1,569.61 | USD | 1,073.16 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | Lehman Brothers Treasury Co BV | USD | 970,000.00 | USD | 778,041.43 | USD | 2,750,000.00 | 18JAN10 | USD | 4,189.96 | USD | 5,522.34 | USD | 3,128.50 | USD | 2,138.85 |
| LB 2Y USD Airbag Range Accrual Note S026 25JAN10 | XS0341160082 | Lehman Brothers Treasury Co BV | USD | 540,000.00 | USD | 574,563.79 | USD | 2,040,000.00 | 25JAN10 | USD | 2,322.04 | USD | 3,060.44 | USD | 1,733.79 | USD | 1,185.30 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | Lehman Brothers Treasury Co BV | USD | 2,830,000.00 | USD | 1,695,334.57 | USD | 4,280,000.00 | 05MAR09 | USD | 17,114.57 | USD | 22,556.91 | USD | 12,778.87 | USD | 8,736.21 |
| LB 1Y USD Daily Callable Fixed Coupon Note S093 11MAR09 | XS0350571377 | Lehman Brothers Treasury Co BV | USD | 290,000.00 | USD | 382,166.57 | USD | 960,000.00 | 11MAR09 | USD | 1,762.57 | USD | 2,323.06 | USD | 1,316.06 | USD | 899.58 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | Lehman Brothers Treasury Co BV | USD | 285,000.00 | USD | 4,882,088.75 | USD | 7,150,000.00 | 22MAR11 | USD | 2,971.07 | USD | 3,915.85 | USD | 2,218.39 | USD | 1,516.49 |