**Form 210A (10/06)**

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
**(Jointly Administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank AG, London Branch

Name of Transferor

The Royal Bank of Scotland Plc

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: Michael.sutton@db.com

Court Claim # (if known): See attached Schedule

Amount of Claim (transferred):

(i) See attached Schedule

(plus all interest, costs and fees relating to these claims)

Date Claim Filed: See attached Schedule

Tel: N/A

Last Four Digits of Acct. #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________________
Transferee/Transferee's Agent

Date: 14 JUNE 2017

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Alex Darbyshire**
**Vice President**

**Simon Glennie**
**Director**

Schedule to Form 210A

| ISIN/CUSIP | LBHI Claim Number | Date Claim Filed | Principal/Notional Amount | |
|---|---|---|---|---|
| XS0331504745 | 40647 | Oct 16, 2009 | USD | 130,000.00 |
| XS0326608279 | 41347 | Oct 19, 2009 | USD | 140,000.00 |
| XS0326708491 | 42084 | Oct 19, 2009 | USD | 420,000.00 |
| XS0349511872 | 42161 | Oct 19, 2009 | USD | 400,000.00 |
| XS0331769538 | 43050 | Oct 21, 2009 | USD | 250,000.00 |
| XS0327940929 | 43114 | Oct 21, 2009 | AUD | 130,000.00 |
| XS0334922860 | 43809 | Oct 22, 2009 | HKD | 500,000.00 |
| XS0326608279 | 44051 | Oct 22, 2009 | USD | 90,000.00 |
| XS0348407411 | 44052 | Oct 22, 2009 | HKD | 900,000.00 |
| XS0339560293 | 44075 | Oct 22, 2009 | USD | 130,000.00 |
| XS0334922860 | 44190 | Oct 22, 2009 | HKD | 100,000.00 |
| XS0337553688 | 44192 | Oct 22, 2009 | USD | 100,000.00 |
| XS0331400530 | 44193 | Oct 22, 2009 | USD | 20,000.00 |
| XS0331400027 | 44194 | Oct 22, 2009 | USD | 20,000.00 |
| XS0331769538 | 44195 | Oct 22, 2009 | USD | 40,000.00 |
| XS0327940929 | 44291 | Oct 22, 2009 | AUD | 150,000.00 |
| XS0339560293 | 44292 | Oct 22, 2009 | USD | 170,000.00 |
| XS0339560376 | 44293 | Oct 22, 2009 | HKD | 370,000.00 |
| XS0336927909 | 44297 | Oct 22, 2009 | USD | 200,000.00 |
| XS0341160082 | 44530 | Oct 22, 2009 | USD | 50,000.00 |
| XS0326026498 | 44532 | Oct 22, 2009 | HKD | 1,000,000.00 |
| XS0331400530 | 44993 | Oct 23, 2009 | USD | 300,000.00 |
| XS0336415913 | 44994 | Oct 23, 2009 | USD | 260,000.00 |
| XS0331400027 | 44995 | Oct 23, 2009 | USD | 300,000.00 |
| XS0326608279 | 44996 | Oct 23, 2009 | USD | 330,000.00 |
| XS0349511872 | 44997 | Oct 23, 2009 | USD | 250,000.00 |
| XS0331400530 | 45130 | Oct 23, 2009 | USD | 100,000.00 |
| XS0331769454 | 45132 | Oct 23, 2009 | USD | 300,000.00 |
| XS0338525172 | 45133 | Oct 23, 2009 | USD | 180,000.00 |
| XS0337553688 | 45134 | Oct 23, 2009 | USD | 380,000.00 |
| XS0341160082 | 45135 | Oct 23, 2009 | USD | 380,000.00 |
| XS0326026498 | 45136 | Oct 23, 2009 | HKD | 2,900,000.00 |
| XS0327940929 | 45246 | Oct 23, 2009 | AUD | 200,000.00 |
| XS0336415913 | 45263 | Oct 23, 2009 | USD | 700,000.00 |
| XS0336927909 | 45271 | Oct 23, 2009 | USD | 110,000.00 |
| XS0326608279 | 45273 | Oct 23, 2009 | USD | 130,000.00 |
| XS0331769538 | 45275 | Oct 23, 2009 | USD | 130,000.00 |
| XS0325786084 | 45276 | Oct 23, 2009 | HKD | 3,000,000.00 |
| XS0331769454 | 45289 | Oct 23, 2009 | USD | 160,000.00 |
| XS0326026225 | 45296 | Oct 23, 2009 | USD | 70,000.00 |
| XS0326708491 | 45396 | Oct 23, 2009 | USD | 150,000.00 |
| XS0331769538 | 45401 | Oct 23, 2009 | USD | 100,000.00 |
| XS0331769538 | 45405 | Oct 23, 2009 | USD | 430,000.00 |
| XS0348407411 | 45443 | Oct 23, 2009 | HKD | 500,000.00 |
| XS0349512250 | 45444 | Oct 23, 2009 | HKD | 300,000.00 |
| XS0334922860 | 45445 | Oct 23, 2009 | HKD | 200,000.00 |
| XS0331769454 | 45447 | Oct 23, 2009 | USD | 40,000.00 |
| XS0336927909 | 45597 | Oct 23, 2009 | USD | 100,000.00 |
| XS0348407411 | 45751 | Oct 26, 2009 | HKD | 3,000,000.00 |
| XS0348407411 | 45752 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0336927909 | 45760 | Oct 26, 2009 | USD | 100,000.00 |
| XS0348407411 | 45766 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0335743398 | 45767 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0336645089 | 45768 | Oct 26, 2009 | USD | 160,000.00 |
| XS0348407411 | 45771 | Oct 26, 2009 | HKD | 3,000,000.00 |
| XS0349512250 | 45777 | Oct 26, 2009 | HKD | 900,000.00 |
| XS0326026225 | 45799 | Oct 26, 2009 | USD | 30,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0335743398 | 45800 | Oct 26, 2009 | HKD | 520,000.00 |
| XS0336250229 | 45801 | Oct 26, 2009 | USD | 200,000.00 |
| XS0326866307 | 45802 | Oct 26, 2009 | HKD | 510,000.00 |
| XS0328586515 | 45803 | Oct 26, 2009 | USD | 20,000.00 |
| XS0326708491 | 45804 | Oct 26, 2009 | USD | 20,000.00 |
| XS0331400027 | 45805 | Oct 26, 2009 | USD | 20,000.00 |
| XS0341160082 | 45806 | Oct 26, 2009 | USD | 20,000.00 |
| XS0336927909 | 45807 | Oct 26, 2009 | USD | 20,000.00 |
| XS0335743398 | 45814 | Oct 26, 2009 | HKD | 2,000,000.00 |
| XS0348407411 | 45824 | Oct 26, 2009 | HKD | 4,000,000.00 |
| XS0336415913 | 45836 | Oct 26, 2009 | USD | 70,000.00 |
| XS0326608279 | 45837 | Oct 26, 2009 | USD | 100,000.00 |
| XS0326026498 | 45838 | Oct 26, 2009 | HKD | 800,000.00 |
| XS0325786084 | 45839 | Oct 26, 2009 | HKD | 800,000.00 |
| XS0336250229 | 45843 | Oct 26, 2009 | USD | 160,000.00 |
| XS0326608352 | 45854 | Oct 26, 2009 | HKD | 2,000,000.00 |
| XS0335743398 | 45866 | Oct 26, 2009 | HKD | 1,220,000.00 |
| XS0332153807 | 45894 | Oct 26, 2009 | HKD | 780,000.00 |
| XS0326865671 | 45916 | Oct 26, 2009 | USD | 100,000.00 |
| XS0336415913 | 45918 | Oct 26, 2009 | USD | 70,000.00 |
| XS0326608352 | 45919 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0329337348 | 45920 | Oct 26, 2009 | HKD | 400,000.00 |
| XS0349511872 | 46870 | Oct 26, 2009 | USD | 100,000.00 |
| XS0331769454 | 46892 | Oct 26, 2009 | USD | 400,000.00 |
| XS0335743398 | 46918 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0326608352 | 46944 | Oct 26, 2009 | HKD | 2,500,000.00 |
| XS0338525172 | 47065 | Oct 26, 2009 | USD | 160,000.00 |
| XS0325786084 | 47351 | Oct 26, 2009 | HKD | 1,200,000.00 |
| XS0339560376 | 47352 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0349512250 | 47353 | Oct 26, 2009 | HKD | 1,200,000.00 |
| XS0331504745 | 47361 | Oct 26, 2009 | USD | 70,000.00 |
| XS0334922860 | 47362 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0336250229 | 47373 | Oct 26, 2009 | USD | 80,000.00 |
| XS0335743398 | 47374 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0325786084 | 47380 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0329337348 | 47501 | Oct 27, 2009 | HKD | 300,000.00 |
| XS0331400027 | 47608 | Oct 27, 2009 | USD | 120,000.00 |
| XS0326608352 | 47619 | Oct 27, 2009 | HKD | 5,630,000.00 |
| XS0326026225 | 47741 | Oct 27, 2009 | USD | 80,000.00 |
| XS0326866307 | 47742 | Oct 27, 2009 | HKD | 2,100,000.00 |
| XS0326026498 | 47750 | Oct 27, 2009 | HKD | 400,000.00 |
| XS0331400027 | 47751 | Oct 27, 2009 | USD | 50,000.00 |
| XS0335743398 | 47753 | Oct 27, 2009 | HKD | 500,000.00 |
| XS0339560376 | 47754 | Oct 27, 2009 | HKD | 500,000.00 |
| XS0326608279 | 47878 | Oct 27, 2009 | USD | 200,000.00 |
| XS0326608352 | 47879 | Oct 27, 2009 | HKD | 1,500,000.00 |
| XS0326866307 | 47979 | Oct 27, 2009 | HKD | 540,000.00 |
| XS0331400027 | 48604 | Oct 27, 2009 | USD | 30,000.00 |
| XS0331400530 | 48605 | Oct 27, 2009 | USD | 30,000.00 |
| XS0331769454 | 48606 | Oct 27, 2009 | USD | 50,000.00 |
| XS0335743398 | 48608 | Oct 27, 2009 | HKD | 1,000,000.00 |
| XS0339560293 | 48651 | Oct 27, 2009 | USD | 80,000.00 |
| XS0334922860 | 48652 | Oct 27, 2009 | HKD | 470,000.00 |
| XS0326608279 | 48667 | Oct 27, 2009 | USD | 30,000.00 |
| XS0328586515 | 48744 | Oct 27, 2009 | USD | 200,000.00 |
| XS0331769538 | 49430 | Oct 27, 2009 | USD | 170,000.00 |
| XS0336250229 | 49467 | Oct 27, 2009 | USD | 200,000.00 |
| XS0336927909 | 49518 | Oct 27, 2009 | USD | 180,000.00 |
| XS0326026498 | 49525 | Oct 27, 2009 | HKD | 650,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0326026225 | 49575 | Oct 27, 2009 | USD | 130,000.00 |
| XS0331769538 | 49580 | Oct 27, 2009 | USD | 100,000.00 |
| XS0331769454 | 49965 | Oct 27, 2009 | USD | 150,000.00 |
| XS0325841368 | 49966 | Oct 27, 2009 | USD | 100,000.00 |
| XS0336927909 | 50340 | Oct 28, 2009 | USD | 180,000.00 |
| XS0331769538 | 50382 | Oct 28, 2009 | USD | 350,000.00 |
| XS0334922860 | 50669 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331400530 | 50678 | Oct 28, 2009 | USD | 140,000.00 |
| XS0331400027 | 50684 | Oct 28, 2009 | USD | 170,000.00 |
| XS0336250229 | 50703 | Oct 28, 2009 | USD | 200,000.00 |
| XS0331400530 | 50835 | Oct 28, 2009 | USD | 50,000.00 |
| XS0326026498 | 50836 | Oct 28, 2009 | HKD | 500,000.00 |
| XS0335743398 | 50873 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331769538 | 50879 | Oct 28, 2009 | USD | 120,000.00 |
| XS0326026498 | 50885 | Oct 28, 2009 | HKD | 1,500,000.00 |
| XS0331400530 | 50889 | Oct 28, 2009 | USD | 110,000.00 |
| XS0331769454 | 50898 | Oct 28, 2009 | USD | 130,000.00 |
| XS0329337348 | 50899 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331769538 | 50904 | Oct 28, 2009 | USD | 100,000.00 |
| XS0369799845 | 51250 | Oct 28, 2009 | USD | 75,000.00 |
| XS0369799845 | 51251 | Oct 28, 2009 | USD | 80,000.00 |
| XS0348407411 | 51601 | Oct 28, 2009 | HKD | 500,000.00 |
| XS0334922860 | 51602 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0349512250 | 51628 | Oct 28, 2009 | HKD | 1,800,000.00 |
| XS0327940929 | 51772 | Oct 28, 2009 | AUD | 200,000.00 |
| XS0331504745 | 51773 | Oct 28, 2009 | USD | 130,000.00 |
| XS0331769538 | 55132 | Oct 29, 2009 | USD | 220,000.00 |
| XS0369799845 | 55137 | Oct 29, 2009 | USD | 65,000.00 |
| XS0331400530 | 55154 | Oct 29, 2009 | USD | 540,000.00 |
| XS0349511872 | 55213 | Oct 29, 2009 | USD | 500,000.00 |
| XS0331400027 | 55214 | Oct 29, 2009 | USD | 960,000.00 |
| XS0349511872 | 55222 | Oct 29, 2009 | USD | 150,000.00 |
| XS0336250229 | 55282 | Oct 29, 2009 | USD | 60,000.00 |
| XS0325786084 | 55283 | Oct 29, 2009 | HKD | 500,000.00 |
| XS0326608279 | 56038 | Oct 29, 2009 | USD | 200,000.00 |
| XS0336645089 | 56521 | Oct 29, 2009 | USD | 150,000.00 |
| XS0331400530 | 56522 | Oct 29, 2009 | USD | 140,000.00 |
| XS0331504745 | 56727 | Oct 29, 2009 | USD | 80,000.00 |
| XS0336927909 | 56728 | Oct 29, 2009 | USD | 70,000.00 |
| XS0327940929 | 56967 | Oct 29, 2009 | AUD | 280,000.00 |
| XS0331769454 | 56968 | Oct 29, 2009 | USD | 20,000.00 |
| XS0325841368 | 57068 | Oct 30, 2009 | USD | 100,000.00 |
| XS0326608279 | 57070 | Oct 30, 2009 | USD | 220,000.00 |
| XS0332153807 | 57072 | Oct 30, 2009 | HKD | 800,000.00 |
| XS0327940929 | 57100 | Oct 30, 2009 | AUD | 200,000.00 |
| XS0348407411 | 57110 | Oct 30, 2009 | HKD | 1,000,000.00 |
| XS0336250229 | 57134 | Oct 30, 2009 | USD | 50,000.00 |
| XS0331400530 | 57135 | Oct 30, 2009 | USD | 40,000.00 |
| XS0326608436 | 57136 | Oct 30, 2009 | USD | 50,000.00 |
| XS0327859301 | 57137 | Oct 30, 2009 | HKD | 580,000.00 |
| XS0349511872 | 57187 | Oct 30, 2009 | USD | 90,000.00 |
| XS0336250229 | 57196 | Oct 30, 2009 | USD | 20,000.00 |
| XS0325841368 | 57198 | Oct 30, 2009 | USD | 40,000.00 |
| XS0326608279 | 57199 | Oct 30, 2009 | USD | 30,000.00 |
| XS0326608436 | 57209 | Oct 30, 2009 | USD | 120,000.00 |
| XS0339560376 | 57210 | Oct 30, 2009 | HKD | 1,030,000.00 |
| XS0336927909 | 57212 | Oct 30, 2009 | USD | 100,000.00 |
| XS0326608436 | 57213 | Oct 30, 2009 | USD | 150,000.00 |
| XS0334922860 | 57230 | Oct 30, 2009 | HKD | 500,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0325786084 | 57231 | Oct 30, 2009 | HKD | 620,000.00 |
| XS0326708491 | 57232 | Oct 30, 2009 | USD | 40,000.00 |
| XS0338525172 | 57235 | Oct 30, 2009 | USD | 100,000.00 |
| XS0331769538 | 57238 | Oct 30, 2009 | USD | 130,000.00 |
| XS0350571377 | 57257 | Oct 30, 2009 | USD | 130,000.00 |
| XS0326608279 | 57259 | Oct 30, 2009 | USD | 130,000.00 |
| XS0336415913 | 57260 | Oct 30, 2009 | USD | 50,000.00 |
| XS0331400530 | 57262 | Oct 30, 2009 | USD | 70,000.00 |
| XS0331504745 | 57263 | Oct 30, 2009 | USD | 30,000.00 |
| XS0336645089 | 57264 | Oct 30, 2009 | USD | 150,000.00 |
| XS0326608436 | 57265 | Oct 30, 2009 | USD | 100,000.00 |
| XS0336927909 | 57266 | Oct 30, 2009 | USD | 210,000.00 |
| XS0325786084 | 57269 | Oct 30, 2009 | HKD | 1,000,000.00 |
| XS0331400027 | 57270 | Oct 30, 2009 | USD | 50,000.00 |
| XS0327940929 | 57332 | Oct 30, 2009 | AUD | 70,000.00 |
| XS0325841368 | 57333 | Oct 30, 2009 | USD | 70,000.00 |
| XS0339560376 | 57718 | Oct 30, 2009 | HKD | 500,000.00 |
| XS0326866307 | 57719 | Oct 30, 2009 | HKD | 500,000.00 |
| XS0339560376 | 57721 | Oct 30, 2009 | HKD | 200,000.00 |
| XS0369799845 | 57722 | Oct 30, 2009 | USD | 65,000.00 |
| XS0332153807 | 57751 | Oct 30, 2009 | HKD | 800,000.00 |
| XS0326608436 | 57752 | Oct 30, 2009 | USD | 80,000.00 |
| XS0336645089 | 57753 | Oct 30, 2009 | USD | 60,000.00 |
| XS0337553688 | 57754 | Oct 30, 2009 | USD | 30,000.00 |
| XS0341160082 | 57755 | Oct 30, 2009 | USD | 30,000.00 |
| XS0349512250 | 60811 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0331769454 | 60815 | Nov 02, 2009 | USD | 210,000.00 |
| XS0334922860 | 60836 | Nov 02, 2009 | HKD | 250,000.00 |
| XS0348407411 | 60837 | Nov 02, 2009 | HKD | 700,000.00 |
| XS0336927909 | 60842 | Nov 02, 2009 | USD | 150,000.00 |
| XS0331769454 | 60846 | Nov 02, 2009 | USD | 150,000.00 |
| XS0334922860 | 60852 | Nov 02, 2009 | HKD | 890,000.00 |
| XS0335743398 | 60853 | Nov 02, 2009 | HKD | 1,000,000.00 |
| XS0349511872 | 60854 | Nov 02, 2009 | USD | 500,000.00 |
| XS0326866307 | 60857 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0335743398 | 60914 | Nov 02, 2009 | HKD | 250,000.00 |
| XS0332153807 | 60915 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0329337348 | 60916 | Nov 02, 2009 | HKD | 1,200,000.00 |
| XS0326866307 | 60917 | Nov 02, 2009 | HKD | 650,000.00 |
| XS0326608352 | 60918 | Nov 02, 2009 | HKD | 890,000.00 |
| XS0325786084 | 60919 | Nov 02, 2009 | HKD | 1,080,000.00 |
| XS0326026498 | 60920 | Nov 02, 2009 | HKD | 1,500,000.00 |
| XS0349511872 | 60921 | Nov 02, 2009 | USD | 130,000.00 |
| XS0339560293 | 60922 | Nov 02, 2009 | USD | 310,000.00 |
| XS0337553688 | 60923 | Nov 02, 2009 | USD | 60,000.00 |
| XS0336927909 | 60924 | Nov 02, 2009 | USD | 70,000.00 |
| XS0336645089 | 60925 | Nov 02, 2009 | USD | 210,000.00 |
| XS0336250229 | 60928 | Nov 02, 2009 | USD | 190,000.00 |
| XS0331769538 | 60929 | Nov 02, 2009 | USD | 50,000.00 |
| XS0331769454 | 60930 | Nov 02, 2009 | USD | 80,000.00 |
| XS0331400027 | 60931 | Nov 02, 2009 | USD | 50,000.00 |
| XS0326608279 | 60932 | Nov 02, 2009 | USD | 150,000.00 |
| XS0325841368 | 60933 | Nov 02, 2009 | USD | 250,000.00 |
| XS0326865671 | 61149 | Nov 02, 2009 | USD | 320,000.00 |
| XS0328586515 | 61150 | Nov 02, 2009 | USD | 300,000.00 |
| XS0326866307 | 61312 | Nov 02, 2009 | HKD | 500,000.00 |
| XS0326865671 | 61319 | Nov 02, 2009 | USD | 130,000.00 |
| XS0331400027 | 62934 | Nov 02, 2009 | USD | 70,000.00 |
| XS0326026498 | 62935 | Nov 02, 2009 | HKD | 400,000.00 |

| | | | | |
|---|---|---|---|---|
| XS0331769538 | 62936 | Nov 02, 2009 | USD | 40,000.00 |
| XS0336645089 | 62937 | Nov 02, 2009 | USD | 190,000.00 |
| XS0326866307 | 64670 | Nov 04, 2009 | HKD | 600,000.00 |
| XS0331400530 | 64857 | Nov 05, 2009 | USD | 130,000.00 |
| XS0326026498 | 67148 | Oct 26, 2010 | HKD | 1,000,000.00 |

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **THE ROYAL BANK OF SCOTLAND PLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **DEUTSCHE BANK AG, LONDON BRANCH** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentage specified in Schedule 1 hereto, in Seller's right, title and interest in and to the Proof of Claim Numbers listed on Schedule 1 filed by or on behalf of Seller (a copy of which is attached at Schedule 2 hereto) (the "Proofs of Claim" and each a "Proof of Claim") as is specified in Schedule 1 hereto (the "Purchased Portion") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Portion and specified in Schedule 1 attached hereto. For the avoidance of doubt, Purchaser does not assume and shall not be responsible for any obligations or liabilities of the Seller to or in connection with the Transferred Claim, the Purchased Securities or the Proceedings.

2. Seller hereby represents and warrants to Purchaser that: (a) the Proofs of Claim were duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proofs of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller has been duly authorized to sell, transfer and assign the Transferred Claims by the owner of Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim includes the Purchased Portion specified in Schedule 1 attached hereto; (f) Seller has not engaged in, and, to the best of its knowledge, none of Seller's predecessors-in-interest (if any) in the past have engaged in, any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; (g) a true and correct schedule of the 10th, 11th and 12th distributions paid to Seller by Lehman Brothers Holdings, Inc., appears attached hereto as Schedule 2; (h) to the best of its knowledge and based on its understanding of the Proceedings, the Transferred Claims are Class 5 Senior Third Party Guarantee Claims; and (i) a true and correct schedule of the 7th, 8th, 9th, and 10th distributions paid to Seller by Lehman Brothers Treasury Co. B.V. or its authorized agent(s), with respect to the securities relating to the Transferred Claims, appears attached hereto as Schedule 3.

3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by

Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proofs of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below, unless otherwise required by the international treaties governing the service of process to the parties.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 14 day of JUNE 2017.

**THE ROYAL BANK OF SCOTLAND PLC**

By: C Andrews
Name: CHRIS ANDREWS
Title: AUTHORISED SIGNATORY

**DEUTSCHE BANK AG, LONDON BRANCH**

By:
Name: **Alex Darbyshire**
Title: **Vice President**

By:
Name: **Simon Glennie**
Title: **Director**

Winchester House
1, Great Winchester Street
London EC2N 2DB
ENGLAND
Attn: Michael Sutton

**DB Ref: 19881**

Schedule 1

Transferred Claims

Purchased Portion

100% of the claims that are referenced in the Proofs of Claim (as highlighted in the copy of the Proofs of Claim attached at Schedule 2) and relating to the Purchased Securities described in the attached spreadsheet (plus all interest, costs and fees relating to this claim).

*See attached spreadsheet, which describes:*

- Description of Security Issued by Lehman Brothers Treasury BV
- ISIN / CUSIP
- Blocking Number
- Issuer
- Guarantor
- LBHI Claim Number
- Principal / Notional Amount
- Allowed Amount
- Maturity
- 10th, 11th and 12th Distributions made by LBHI

| Description of Security | ISIN/CUSIP | Blocking Number | Issuer | Guarantor | LBHI Claim Number | Principal/Notional Amount | | Allowed Amount | | Maturity | LBHI 12th Distribution | | LBHI 11th Distribution | | LBHI 10th Distribution | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA38048 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 40647 | USD | 130,000.00 | USD | 59,113.51 | 23NOV09 | USD | 506.22 | USD | 664.66 | USD | 378.06 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA31792 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 41347 | USD | 140,000.00 | USD | 65,429.90 | 27OCT09 | USD | 560.32 | USD | 735.68 | USD | 418.45 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA30399 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 42084 | USD | 420,000.00 | USD | 217,124.04 | 27OCT09 | USD | 1,859.38 | USD | 2,441.32 | USD | 1,388.61 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA31689 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 42161 | USD | 400,000.00 | USD | 233,452.91 | 05MAR09 | USD | 1,999.21 | USD | 2,624.92 | USD | 1,493.04 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38220 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 43050 | USD | 250,000.00 | USD | 144,065.52 | 23NOV09 | USD | 1,233.73 | USD | 1,619.86 | USD | 921.37 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA31932 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 43114 | AUD | 130,000.00 | USD | 55,611.78 | 05NOV09 | USD | 476.24 | USD | 625.29 | USD | 355.66 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA31759 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 43809 | HKD | 500,000.00 | USD | 33,633.11 | 14DEC09 | USD | 288.02 | USD | 378.16 | USD | 215.10 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA37898 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44051 | USD | 90,000.00 | USD | 42,062.14 | 27OCT09 | USD | 360.20 | USD | 472.94 | USD | 269.00 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S974 02MAR09 | XS0348407411 | CA38409 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44052 | HKD | 900,000.00 | USD | 67,018.87 | 02MAR09 | USD | 573.92 | USD | 753.55 | USD | 428.61 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | CA47030 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44075 | USD | 130,000.00 | USD | 57,280.12 | 18JAN10 | USD | 490.52 | USD | 644.05 | USD | 366.33 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46770 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44190 | HKD | 100,000.00 | USD | 6,726.62 | 14DEC09 | USD | 57.60 | USD | 75.63 | USD | 43.02 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | CA46949 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44192 | USD | 100,000.00 | USD | 46,976.61 | 31DEC09 | USD | 402.29 | USD | 528.20 | USD | 300.43 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA46560 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44193 | USD | 20,000.00 | USD | 10,246.39 | 23NOV09 | USD | 87.74 | USD | 115.20 | USD | 65.53 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA46574 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44194 | USD | 20,000.00 | USD | 11,289.56 | 23NOV09 | USD | 96.68 | USD | 126.93 | USD | 72.20 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46751 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44195 | USD | 40,000.00 | USD | 23,050.48 | 23NOV09 | USD | 197.39 | USD | 259.17 | USD | 147.41 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA38008 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44291 | AUD | 150,000.00 | USD | 64,167.44 | 05NOV09 | USD | 549.51 | USD | 721.49 | USD | 410.38 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | CA38434 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44292 | USD | 170,000.00 | USD | 74,904.77 | 18JAN10 | USD | 641.46 | USD | 842.22 | USD | 479.05 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA38423 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44293 | HKD | 370,000.00 | USD | 21,068.52 | 18JAN10 | USD | 180.42 | USD | 236.89 | USD | 134.74 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA46940 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44297 | USD | 200,000.00 | USD | 116,385.48 | 29DEC09 | USD | 996.68 | USD | 1,308.62 | USD | 744.34 |
| LB 2Y USD Airbag Range Accrual Note S926 25JAN10 | XS0341160082 | CA31737 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 41530 | USD | 50,000.00 | USD | 21,818.93 | 25JAN10 | USD | 186.85 | USD | 245.33 | USD | 139.54 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA31713 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44532 | HKD | 1,000,000.00 | USD | 79,343.80 | 23OCT09 | USD | 679.47 | USD | 892.13 | USD | 507.44 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55345 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44993 | USD | 300,000.00 | USD | 153,695.85 | 23NOV09 | USD | 1,316.20 | USD | 1,728.14 | USD | 982.96 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA55026 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44994 | USD | 260,000.00 | USD | 76,237.94 | 17DEC09 | USD | 652.87 | USD | 857.21 | USD | 487.57 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA55316 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44995 | USD | 300,000.00 | USD | 169,343.43 | 23NOV09 | USD | 1,450.20 | USD | 1,904.08 | USD | 1,083.03 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA55112 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44996 | USD | 330,000.00 | USD | 154,227.84 | 27OCT09 | USD | 1,320.75 | USD | 1,734.12 | USD | 986.36 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA55189 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44997 | USD | 250,000.00 | USD | 145,908.07 | 05MAR09 | USD | 1,249.51 | USD | 1,640.57 | USD | 933.15 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA31922 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45130 | USD | 100,000.00 | USD | 51,231.95 | 23NOV09 | USD | 438.73 | USD | 576.04 | USD | 327.65 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA46546 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45132 | USD | 300,000.00 | USD | 164,319.53 | 23NOV09 | USD | 1,407.18 | USD | 1,847.59 | USD | 1,050.90 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | CA46976 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45133 | USD | 180,000.00 | USD | 84,288.48 | 04JAN10 | USD | 721.82 | USD | 947.73 | USD | 539.06 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | CA46948 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45134 | USD | 380,000.00 | USD | 178,511.12 | 31DEC09 | USD | 1,528.71 | USD | 2,007.16 | USD | 1,141.66 |
| LB 2Y USD Airbag Range Accrual Note S926 25JAN10 | XS0341160082 | CA47054 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45135 | USD | 380,000.00 | USD | 165,823.85 | 25JAN10 | USD | 1,420.06 | USD | 1,864.51 | USD | 1,060.52 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA46103 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45136 | HKD | 2,900,000.00 | USD | 230,097.03 | 23OCT09 | USD | 1,970.47 | USD | 2,587.19 | USD | 1,471.58 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA22964 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45246 | AUD | 200,000.00 | USD | 85,556.59 | 05NOV09 | USD | 732.68 | USD | 961.99 | USD | 547.17 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA64827 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45263 | USD | 700,000.00 | USD | 205,255.99 | 17DEC09 | USD | 1,757.74 | USD | 2,307.88 | USD | 1,312.71 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA31656 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45271 | USD | 110,000.00 | USD | 64,012.01 | 29DEC09 | USD | 548.17 | USD | 719.74 | USD | 409.38 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46413 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45273 | USD | 130,000.00 | USD | 60,756.42 | 27OCT09 | USD | 520.29 | USD | 683.14 | USD | 388.56 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA31869 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45275 | USD | 130,000.00 | USD | 74,914.07 | 23NOV09 | USD | 641.54 | USD | 842.32 | USD | 479.11 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA46082 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45276 | HKD | 3,000,000.00 | USD | 207,656.27 | 22OCT09 | USD | 1,778.30 | USD | 2,334.87 | USD | 1,328.06 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA31653 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45289 | USD | 160,000.00 | USD | 87,637.08 | 23NOV09 | USD | 750.49 | USD | 985.38 | USD | 560.48 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA46100 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45296 | USD | 70,000.00 | USD | 50,670.97 | 23OCT09 | USD | 433.93 | USD | 569.74 | USD | 324.06 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA37963 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45396 | USD | 150,000.00 | USD | 77,544.30 | 27OCT09 | USD | 664.06 | USD | 871.90 | USD | 495.93 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46748 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45401 | USD | 100,000.00 | USD | 57,626.21 | 23NOV09 | USD | 493.49 | USD | 647.94 | USD | 368.54 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46746 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45405 | USD | 430,000.00 | USD | 247,792.70 | 23NOV09 | USD | 2,122.01 | USD | 2,786.16 | USD | 1,584.75 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S974 02MAR09 | XS0348407411 | CA73928 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45443 | HKD | 500,000.00 | USD | 37,232.71 | 02MAR09 | USD | 318.84 | USD | 418.64 | USD | 238.12 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S978 05MAR09 | XS0349512250 | CA73930 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45444 | HKD | 300,000.00 | USD | 22,482.84 | 05MAR09 | USD | 192.53 | USD | 252.79 | USD | 143.78 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA73915 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45445 | HKD | 200,000.00 | USD | 13,453.24 | 14DEC09 | USD | 115.20 | USD | 151.26 | USD | 86.04 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA73912 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45447 | USD | 40,000.00 | USD | 21,909.27 | 23NOV09 | USD | 187.62 | USD | 246.34 | USD | 140.12 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA64818 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45597 | USD | 100,000.00 | USD | 58,192.74 | 29DEC09 | USD | 498.34 | USD | 654.31 | USD | 372.17 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S974 02MAR09 | XS0348407411 | CA73926 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45751 | HKD | 3,000,000.00 | USD | 223,396.24 | 02MAR09 | USD | 1,913.09 | USD | 2,511.84 | USD | 1,428.73 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S974 02MAR09 | XS0348407411 | CA38405 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45752 | HKD | 1,000,000.00 | USD | 74,465.41 | 02MAR09 | USD | 637.69 | USD | 837.28 | USD | 476.24 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA38709 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45760 | USD | 100,000.00 | USD | 58,192.74 | 29DEC09 | USD | 498.34 | USD | 654.31 | USD | 372.17 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S974 02MAR09 | XS0348407411 | CA32002 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45766 | HKD | 1,000,000.00 | USD | 74,465.41 | 02MAR09 | USD | 637.69 | USD | 837.28 | USD | 476.24 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA31920 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45767 | HKD | 500,000.00 | USD | 27,551.65 | 21DEC09 | USD | 235.94 | USD | 309.78 | USD | 176.20 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA55104 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45768 | USD | 160,000.00 | USD | 72,967.72 | 29DEC09 | USD | 624.87 | USD | 820.44 | USD | 466.66 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S971 02MAR09 | XS0348407411 | CA32003 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45771 | HKD | 3,000,000.00 | USD | 223,396.24 | 02MAR09 | USD | 1,913.09 | USD | 2,511.84 | USD | 1,428.73 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S978 05MAR09 | XS0349512250 | CA47070 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45777 | HKD | 900,000.00 | USD | 67,448.53 | 05MAR09 | USD | 577.60 | USD | 758.38 | USD | 431.36 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA31836 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45799 | USD | 30,000.00 | USD | 21,716.13 | 23OCT09 | USD | 185.97 | USD | 244.17 | USD | 138.88 |

Schedule 1

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA46774 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45800 | HKD | 520,000.00 | USD | 28,653.72 | 21DEC09 | USD | 245.38 | USD | 322.18 | USD | 183.25 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA46867 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45801 | USD | 200,000.00 | USD | 88,794.87 | 21DEC09 | USD | 760.41 | USD | 998.40 | USD | 567.88 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA31939 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45802 | HKD | 510,000.00 | USD | 54,214.54 | 27OCT09 | USD | 464.27 | USD | 609.58 | USD | 346.72 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | CA73904 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45803 | USD | 20,000.00 | USD | 8,181.68 | 06NOV09 | USD | 70.06 | USD | 91.99 | USD | 52.32 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA73896 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45804 | USD | 20,000.00 | USD | 10,339.24 | 27OCT09 | USD | 88.54 | USD | 116.25 | USD | 66.12 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA73909 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45805 | USD | 20,000.00 | USD | 11,289.56 | 23NOV09 | USD | 96.68 | USD | 126.93 | USD | 72.20 |
| LB 2Y USD Airbag Range Accrual Note S926 25JAN10 | XS0341160082 | CA73925 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45806 | USD | 20,000.00 | USD | 8,727.57 | 25JAN10 | USD | 74.74 | USD | 98.13 | USD | 55.81 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA73921 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45807 | USD | 20,000.00 | USD | 11,638.55 | 29DEC09 | USD | 99.66 | USD | 130.86 | USD | 74.43 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA46772 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45814 | HKD | 2,000,000.00 | USD | 110,206.61 | 21DEC09 | USD | 943.77 | USD | 1,239.15 | USD | 704.82 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S974 02MAR09 | XS0348407411 | CA38404 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45824 | HKD | 4,000,000.00 | USD | 297,861.65 | 02MAR09 | USD | 2,550.79 | USD | 3,349.13 | USD | 1,904.97 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA46878 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45836 | USD | 70,000.00 | USD | 20,525.60 | 17DEC09 | USD | 175.77 | USD | 230.78 | USD | 131.27 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46416 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45837 | USD | 100,000.00 | USD | 46,735.71 | 27OCT09 | USD | 400.23 | USD | 525.49 | USD | 298.89 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA46104 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45838 | HKD | 800,000.00 | USD | 63,475.04 | 23OCT09 | USD | 543.58 | USD | 713.70 | USD | 405.95 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA46083 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45839 | HKD | 800,000.00 | USD | 55,375.00 | 22OCT09 | USD | 474.21 | USD | 622.63 | USD | 354.15 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA55021 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45843 | USD | 160,000.00 | USD | 71,035.90 | 21DEC09 | USD | 608.32 | USD | 798.72 | USD | 454.31 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA46424 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45854 | HKD | 2,000,000.00 | USD | 120,227.32 | 27OCT09 | USD | 1,029.58 | USD | 1,351.82 | USD | 768.91 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA64834 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45866 | HKD | 1,220,000.00 | USD | 67,226.03 | 21DEC09 | USD | 575.70 | USD | 755.88 | USD | 429.94 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | CA55033 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45894 | HKD | 780,000.00 | USD | 56,461.09 | 30NOV09 | USD | 483.51 | USD | 634.84 | USD | 361.09 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | CA64516 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45916 | USD | 100,000.00 | USD | 47,129.93 | 29OCT09 | USD | 403.60 | USD | 529.92 | USD | 301.41 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA73918 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45918 | USD | 70,000.00 | USD | 20,525.60 | 17DEC09 | USD | 175.77 | USD | 230.78 | USD | 131.27 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA73894 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45919 | HKD | 500,000.00 | USD | 30,056.83 | 27OCT09 | USD | 257.39 | USD | 337.95 | USD | 192.22 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | CA73908 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45920 | HKD | 400,000.00 | USD | 14,851.37 | 09NOV09 | USD | 127.18 | USD | 166.98 | USD | 94.98 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA47258 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46870 | USD | 100,000.00 | USD | 58,363.23 | 05MAR09 | USD | 499.80 | USD | 656.23 | USD | 373.26 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA46545 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46892 | USD | 400,000.00 | USD | 219,092.71 | 23NOV09 | USD | 1,876.24 | USD | 2,463.46 | USD | 1,401.20 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA64832 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46918 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA55107 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46944 | HKD | 2,500,000.00 | USD | 150,284.15 | 27OCT09 | USD | 1,286.98 | USD | 1,689.78 | USD | 961.14 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | CA55116 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47065 | USD | 160,000.00 | USD | 74,923.10 | 04JAN10 | USD | 641.61 | USD | 842.42 | USD | 479.17 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA37794 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47351 | HKD | 1,200,000.00 | USD | 83,062.51 | 22OCT09 | USD | 711.32 | USD | 933.94 | USD | 531.22 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA38421 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47352 | HKD | 500,000.00 | USD | 28,470.98 | 18JAN10 | USD | 243.81 | USD | 320.12 | USD | 182.08 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S978 05MAR09 | XS0349512250 | CA39158 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47353 | HKD | 1,200,000.00 | USD | 89,931.37 | 05MAR09 | USD | 770.14 | USD | 1,011.18 | USD | 575.15 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA38050 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47361 | USD | 70,000.00 | USD | 31,830.35 | 23NOV09 | USD | 272.58 | USD | 357.89 | USD | 203.57 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA38234 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47362 | HKD | 500,000.00 | USD | 33,633.11 | 14DEC09 | USD | 288.02 | USD | 378.16 | USD | 215.10 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA50779 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47373 | USD | 80,000.00 | USD | 35,517.95 | 21DEC09 | USD | 304.16 | USD | 399.36 | USD | 227.15 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA50781 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47374 | HKD | 500,000.00 | USD | 27,551.65 | 21DEC09 | USD | 235.94 | USD | 309.78 | USD | 176.20 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA73888 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47380 | HKD | 500,000.00 | USD | 34,609.38 | 22OCT09 | USD | 296.38 | USD | 389.14 | USD | 221.34 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | CA55313 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47501 | HKD | 300,000.00 | USD | 11,138.53 | 09NOV09 | USD | 95.38 | USD | 125.24 | USD | 71.23 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA46569 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47608 | USD | 120,000.00 | USD | 67,737.37 | 23NOV09 | USD | 580.08 | USD | 761.63 | USD | 433.21 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA31683 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47619 | HKD | 5,630,000.00 | USD | 338,439.96 | 27OCT09 | USD | 2,898.29 | USD | 3,805.39 | USD | 2,164.49 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA55055 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47741 | USD | 80,000.00 | USD | 57,909.68 | 23OCT09 | USD | 495.92 | USD | 651.13 | USD | 370.36 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA55282 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47742 | HKD | 2,100,000.00 | USD | 223,236.34 | 27OCT09 | USD | 1,911.72 | USD | 2,510.05 | USD | 1,427.70 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA90350 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47750 | HKD | 400,000.00 | USD | 31,737.52 | 23OCT09 | USD | 271.79 | USD | 356.85 | USD | 202.97 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA90359 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47751 | USD | 50,000.00 | USD | 28,223.90 | 23NOV09 | USD | 241.70 | USD | 317.34 | USD | 180.50 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA55026 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47753 | HKD | 500,000.00 | USD | 27,551.65 | 21DEC09 | USD | 235.94 | USD | 309.78 | USD | 176.20 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA55182 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47754 | HKD | 500,000.00 | USD | 28,470.98 | 18JAN10 | USD | 243.81 | USD | 320.12 | USD | 182.08 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA31789 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47878 | USD | 200,000.00 | USD | 93,471.42 | 27OCT09 | USD | 800.46 | USD | 1,050.98 | USD | 597.79 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA31685 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47879 | HKD | 1,500,000.00 | USD | 90,170.49 | 27OCT09 | USD | 772.19 | USD | 1,013.86 | USD | 576.68 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA55283 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47979 | HKD | 540,000.00 | USD | 57,403.63 | 27OCT09 | USD | 491.58 | USD | 645.44 | USD | 367.12 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA64540 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48604 | USD | 30,000.00 | USD | 16,934.34 | 23NOV09 | USD | 145.02 | USD | 190.40 | USD | 108.30 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64545 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48605 | USD | 30,000.00 | USD | 15,369.58 | 23NOV09 | USD | 131.62 | USD | 172.81 | USD | 98.29 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA64549 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48606 | USD | 50,000.00 | USD | 27,386.59 | 23NOV09 | USD | 234.53 | USD | 307.93 | USD | 175.15 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA46773 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48608 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | CA47033 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48651 | USD | 80,000.00 | USD | 35,249.30 | 18JAN10 | USD | 301.86 | USD | 396.34 | USD | 225.43 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46767 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48652 | HKD | 470,000.00 | USD | 31,615.12 | 14DEC09 | USD | 270.74 | USD | 355.47 | USD | 202.19 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA90352 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48667 | USD | 30,000.00 | USD | 14,020.71 | 27OCT09 | USD | 120.06 | USD | 157.64 | USD | 89.66 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | CA31931 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48744 | USD | 200,000.00 | USD | 81,816.78 | 06NOV09 | USD | 700.65 | USD | 919.94 | USD | 523.25 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38221 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49430 | USD | 170,000.00 | USD | 97,964.56 | 23NOV09 | USD | 838.93 | USD | 1,101.50 | USD | 626.53 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA46778 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49467 | USD | 200,000.00 | USD | 88,794.87 | 21DEC09 | USD | 760.41 | USD | 998.40 | USD | 567.88 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA31659 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49518 | USD | 180,000.00 | USD | 104,746.93 | 29DEC09 | USD | 897.02 | USD | 1,177.76 | USD | 669.90 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA37820 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49525 | HKD | 650,000.00 | USD | 51,573.47 | 23OCT09 | USD | 441.65 | USD | 579.88 | USD | 329.84 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA37808 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49575 | USD | 130,000.00 | USD | 94,103.24 | 23OCT09 | USD | 805.87 | USD | 1,058.08 | USD | 601.83 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38073 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49580 | USD | 100,000.00 | USD | 57,626.21 | 23NOV09 | USD | 493.49 | USD | 647.94 | USD | 368.55 |

Pg 13 of 50

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA31655 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49965 | USD | 150,000.00 | USD | 82,159.77 | 23NOV09 | USD | 703.59 | USD | 923.79 | USD | 525.45 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA46091 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49966 | USD | 100,000.00 | USD | 55,203.62 | 22OCT09 | USD | 472.74 | USD | 620.70 | USD | 353.05 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA46941 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50340 | USD | 180,000.00 | USD | 104,746.93 | 29DEC09 | USD | 897.02 | USD | 1,177.76 | USD | 669.90 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA55035 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50382 | USD | 350,000.00 | USD | 201,691.73 | 23NOV09 | USD | 1,727.22 | USD | 2,267.80 | USD | 1,289.91 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46765 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50669 | HKD | 1,000,000.00 | USD | 67,266.22 | 14DEC09 | USD | 576.04 | USD | 756.33 | USD | 430.20 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA31923 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50678 | USD | 140,000.00 | USD | 71,724.73 | 23NOV09 | USD | 614.22 | USD | 806.46 | USD | 458.71 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA31925 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50684 | USD | 170,000.00 | USD | 95,961.28 | 23NOV09 | USD | 821.78 | USD | 1,078.98 | USD | 613.72 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA90370 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50703 | USD | 200,000.00 | USD | 88,794.87 | 21DEC09 | USD | 760.41 | USD | 998.40 | USD | 567.88 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA46556 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50835 | USD | 50,000.00 | USD | 25,615.97 | 23NOV09 | USD | 219.36 | USD | 288.02 | USD | 163.82 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA46105 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50836 | HKD | 500,000.00 | USD | 39,671.90 | 23OCT09 | USD | 339.73 | USD | 446.06 | USD | 253.72 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA55025 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50873 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38070 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50879 | USD | 120,000.00 | USD | 69,151.45 | 23NOV09 | USD | 592.19 | USD | 777.53 | USD | 442.25 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA55059 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50885 | HKD | 1,500,000.00 | USD | 119,015.70 | 23OCT09 | USD | 1,019.21 | USD | 1,338.20 | USD | 761.16 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55348 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50889 | USD | 110,000.00 | USD | 56,355.14 | 23NOV09 | USD | 482.60 | USD | 633.65 | USD | 360.41 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA55040 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50898 | USD | 130,000.00 | USD | 71,205.13 | 23NOV09 | USD | 609.77 | USD | 800.62 | USD | 455.39 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | CA55312 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50899 | HKD | 1,000,000.00 | USD | 37,128.44 | 09NOV09 | USD | 317.95 | USD | 417.46 | USD | 237.45 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46749 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50904 | USD | 100,000.00 | USD | 57,626.21 | 23NOV09 | USD | 493.49 | USD | 647.94 | USD | 368.54 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA64842 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51250 | USD | 75,000.00 | USD | 75,000.00 | 22MAR11 | USD | 642.27 | USD | 843.29 | USD | 479.66 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA64841 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51251 | USD | 80,000.00 | USD | 80,000.00 | 22MAR11 | USD | 685.09 | USD | 899.51 | USD | 511.64 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA64914 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51601 | HKD | 500,000.00 | USD | 37,232.71 | 02MAR09 | USD | 318.84 | USD | 418.64 | USD | 238.12 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA38232 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51602 | HKD | 1,000,000.00 | USD | 67,266.22 | 14DEC09 | USD | 576.04 | USD | 756.33 | USD | 430.20 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | CA39156 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51628 | HKD | 1,800,000.00 | USD | 134,897.06 | 05MAR09 | USD | 1,155.21 | USD | 1,516.77 | USD | 862.73 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA35334 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51772 | AUD | 200,000.00 | USD | 85,556.59 | 05NOV09 | USD | 732.68 | USD | 961.99 | USD | 547.17 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA22727 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51773 | USD | 130,000.00 | USD | 59,113.51 | 23NOV09 | USD | 506.22 | USD | 664.66 | USD | 378.06 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA55036 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55132 | USD | 220,000.00 | USD | 126,777.66 | 23NOV09 | USD | 1,085.68 | USD | 1,425.47 | USD | 810.80 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA73933 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55137 | USD | 65,000.00 | USD | 65,000.00 | 22MAR11 | USD | 556.63 | USD | 730.85 | USD | 415.70 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64541 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55154 | USD | 540,000.00 | USD | 276,652.53 | 23NOV09 | USD | 2,369.16 | USD | 3,110.65 | USD | 1,769.33 |
| LB 1Y USD Daily Callable Fixed Coupon Note S181 05MAR09 | XS0349511872 | CA38291 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55213 | USD | 500,000.00 | USD | 291,816.13 | 05MAR09 | USD | 2,499.02 | USD | 3,281.15 | USD | 1,866.31 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA38029 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55214 | USD | 960,000.00 | USD | 541,898.97 | 23NOV09 | USD | 4,640.65 | USD | 6,093.06 | USD | 3,465.71 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA64893 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55222 | USD | 150,000.00 | USD | 87,544.84 | 05MAR09 | USD | 749.70 | USD | 984.34 | USD | 559.89 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA38243 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55282 | USD | 60,000.00 | USD | 26,638.46 | 21DEC09 | USD | 228.12 | USD | 299.52 | USD | 170.36 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA37796 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55283 | HKD | 500,000.00 | USD | 34,609.38 | 22OCT09 | USD | 296.38 | USD | 389.14 | USD | 221.34 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA37897 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56038 | USD | 200,000.00 | USD | 93,471.42 | 27OCT09 | USD | 800.46 | USD | 1,050.98 | USD | 597.70 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA46911 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56521 | USD | 150,000.00 | USD | 68,407.24 | 29DEC09 | USD | 585.81 | USD | 769.16 | USD | 437.49 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55346 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56522 | USD | 140,000.00 | USD | 71,724.73 | 23NOV09 | USD | 614.22 | USD | 806.46 | USD | 458.71 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA38047 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56727 | USD | 80,000.00 | USD | 36,377.55 | 23NOV09 | USD | 311.52 | USD | 409.02 | USD | 232.65 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA38711 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56728 | USD | 70,000.00 | USD | 40,734.92 | 29DEC09 | USD | 348.84 | USD | 458.02 | USD | 260.52 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA90358 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56967 | AUD | 280,000.00 | USD | 119,779.23 | 05NOV09 | USD | 1,025.75 | USD | 1,346.78 | USD | 766.04 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA90361 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56968 | USD | 20,000.00 | USD | 10,954.64 | 23NOV09 | USD | 93.81 | USD | 123.17 | USD | 70.06 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA37882 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57068 | USD | 100,000.00 | USD | 55,203.62 | 22OCT09 | USD | 472.74 | USD | 620.70 | USD | 353.05 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA64498 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57070 | USD | 220,000.00 | USD | 102,818.56 | 27OCT09 | USD | 880.50 | USD | 1,156.08 | USD | 657.57 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | CA46755 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57072 | HKD | 800,000.00 | USD | 57,908.81 | 30NOV09 | USD | 495.91 | USD | 651.12 | USD | 370.35 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA22963 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57100 | AUD | 200,000.00 | USD | 85,556.59 | 05NOV09 | USD | 732.68 | USD | 961.99 | USD | 547.17 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA38406 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57110 | HKD | 1,000,000.00 | USD | 74,465.41 | 02MAR09 | USD | 637.69 | USD | 837.28 | USD | 476.24 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA64829 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57134 | USD | 50,000.00 | USD | 22,198.72 | 21DEC09 | USD | 190.10 | USD | 249.60 | USD | 141.97 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64543 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57135 | USD | 40,000.00 | USD | 20,492.78 | 23NOV09 | USD | 175.49 | USD | 230.41 | USD | 131.06 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA64514 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57136 | USD | 50,000.00 | USD | 23,364.06 | 27OCT09 | USD | 200.08 | USD | 262.70 | USD | 149.42 |
| LB 2Y HKD Range Accrual Note S817 02NOV09 | XS0327859301 | CA64526 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57137 | HKD | 580,000.00 | USD | 37,475.42 | 02NOV09 | USD | 320.92 | USD | 421.37 | USD | 239.67 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA31694 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57187 | USD | 90,000.00 | USD | 52,526.90 | 05MAR09 | USD | 449.82 | USD | 590.60 | USD | 335.93 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA46782 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57196 | USD | 20,000.00 | USD | 8,879.49 | 21DEC09 | USD | 76.04 | USD | 99.84 | USD | 56.78 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA46094 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57198 | USD | 40,000.00 | USD | 22,081.45 | 22OCT09 | USD | 189.09 | USD | 248.28 | USD | 141.22 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46420 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57199 | USD | 30,000.00 | USD | 14,020.71 | 27OCT09 | USD | 120.06 | USD | 157.64 | USD | 89.66 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA31955 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57209 | USD | 120,000.00 | USD | 56,073.75 | 27OCT09 | USD | 480.19 | USD | 630.48 | USD | 358.61 |
| LB 2Y HKD Range Accrual Note S905 18JAN10 | XS0339560376 | CA64807 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57210 | HKD | 1,030,000.00 | USD | 58,650.21 | 18JAN10 | USD | 502.26 | USD | 659.45 | USD | 375.09 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA46943 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57212 | USD | 100,000.00 | USD | 58,192.74 | 29DEC09 | USD | 498.34 | USD | 654.31 | USD | 372.17 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA31957 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57213 | USD | 150,000.00 | USD | 70,092.19 | 27OCT09 | USD | 600.24 | USD | 788.11 | USD | 448.27 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46766 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57230 | HKD | 500,000.00 | USD | 33,633.11 | 14DEC09 | USD | 288.02 | USD | 378.16 | USD | 215.10 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA46084 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57231 | HKD | 620,000.00 | USD | 42,915.63 | 22OCT09 | USD | 367.51 | USD | 482.53 | USD | 274.46 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA46512 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57232 | USD | 40,000.00 | USD | 20,678.48 | 27OCT09 | USD | 177.08 | USD | 232.50 | USD | 132.24 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | CA64815 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57235 | USD | 100,000.00 | USD | 46,826.94 | 04JAN10 | USD | 401.01 | USD | 526.51 | USD | 299.48 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA31870 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57238 | USD | 130,000.00 | USD | 74,914.07 | 23NOV09 | USD | 641.54 | USD | 842.32 | USD | 479.11 |

Schedule 1

Page 3

Pg 14 of 50

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 1Y USD Daily Callable Fixed Coupon Note S093 11MAR09 | XS0350571377 | CA31854 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57257 | USD | 130,000.00 | USD | 74,580.66 | 11MAR09 | USD | 638.68 | USD | 838.57 | USD | 476.98 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46414 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57259 | USD | 130,000.00 | USD | 60,756.42 | 27OCT09 | USD | 520.29 | USD | 683.14 | USD | 388.56 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA46879 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57260 | USD | 50,000.00 | USD | 14,661.14 | 17DEC09 | USD | 125.55 | USD | 164.84 | USD | 93.76 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64544 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57262 | USD | 70,000.00 | USD | 35,862.36 | 23NOV09 | USD | 307.11 | USD | 403.23 | USD | 229.35 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA64546 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57263 | USD | 30,000.00 | USD | 13,641.58 | 23NOV09 | USD | 116.82 | USD | 153.38 | USD | 87.24 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA64823 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57264 | USD | 150,000.00 | USD | 68,407.24 | 29DEC09 | USD | 585.81 | USD | 769.16 | USD | 437.49 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA64512 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57265 | USD | 100,000.00 | USD | 46,728.13 | 27OCT09 | USD | 400.16 | USD | 525.40 | USD | 298.84 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA64817 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57266 | USD | 210,000.00 | USD | 122,204.75 | 29DEC09 | USD | 1,046.52 | USD | 1,374.06 | USD | 781.56 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA64488 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57269 | HKD | 1,000,000.00 | USD | 69,218.76 | 22OCT09 | USD | 592.76 | USD | 778.29 | USD | 442.68 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA64539 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57270 | USD | 50,000.00 | USD | 28,223.90 | 23NOV09 | USD | 241.70 | USD | 317.34 | USD | 180.50 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA73901 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57332 | AUD | 70,000.00 | USD | 29,944.81 | 05NOV09 | USD | 256.43 | USD | 336.69 | USD | 191.51 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA73890 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57333 | USD | 70,000.00 | USD | 38,642.54 | 22OCT09 | USD | 330.92 | USD | 434.49 | USD | 247.13 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA73924 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57718 | HKD | 500,000.00 | USD | 28,470.98 | 18JAN10 | USD | 243.81 | USD | 320.12 | USD | 182.08 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA31941 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57719 | HKD | 500,000.00 | USD | 53,151.51 | 27OCT09 | USD | 455.17 | USD | 597.63 | USD | 339.93 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA31882 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57721 | HKD | 200,000.00 | USD | 11,388.39 | 18JAN10 | USD | 97.52 | USD | 128.05 | USD | 72.83 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA38393 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57722 | USD | 65,000.00 | USD | 65,000.00 | 22MAR11 | USD | 556.63 | USD | 730.85 | USD | 415.70 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | CA31750 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57751 | HKD | 800,000.00 | USD | 57,908.81 | 30NOV09 | USD | 495.91 | USD | 651.12 | USD | 370.35 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA31956 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57752 | USD | 80,000.00 | USD | 37,382.50 | 27OCT09 | USD | 320.13 | USD | 420.32 | USD | 239.07 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA31895 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57753 | USD | 60,000.00 | USD | 27,362.90 | 29DEC09 | USD | 234.32 | USD | 307.66 | USD | 174.99 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | CA31817 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57754 | USD | 30,000.00 | USD | 14,092.98 | 31DEC09 | USD | 120.68 | USD | 158.46 | USD | 90.13 |
| LB 2Y USD Airbag Range Accrual Note S026 25JAN10 | XS0341160082 | CA31738 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57755 | USD | 30,000.00 | USD | 13,091.36 | 25JAN10 | USD | 112.11 | USD | 147.19 | USD | 83.72 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | 6059262 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60811 | HKD | 600,000.00 | USD | 44,965.69 | 05MAR09 | USD | 385.07 | USD | 505.59 | USD | 287.57 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA31648 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60815 | USD | 210,000.00 | USD | 115,023.67 | 23NOV09 | USD | 985.02 | USD | 1,293.31 | USD | 735.63 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | 6059248 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60836 | HKD | 250,000.00 | USD | 16,816.55 | 14DEC09 | USD | 144.01 | USD | 189.08 | USD | 107.55 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | 6059260 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60837 | HKD | 700,000.00 | USD | 52,125.79 | 02MAR09 | USD | 446.38 | USD | 586.09 | USD | 333.37 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA38708 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60842 | USD | 150,000.00 | USD | 87,289.11 | 29DEC09 | USD | 747.51 | USD | 981.47 | USD | 558.25 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA64548 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60846 | USD | 150,000.00 | USD | 82,159.77 | 23NOV09 | USD | 703.59 | USD | 923.79 | USD | 525.45 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA38233 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60852 | HKD | 890,000.00 | USD | 59,866.94 | 14DEC09 | USD | 512.68 | USD | 673.13 | USD | 382.87 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA64831 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60853 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA47257 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60854 | USD | 500,000.00 | USD | 291,816.13 | 05MAR09 | USD | 2,499.02 | USD | 3,281.15 | USD | 1,866.31 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA46521 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60857 | HKD | 600,000.00 | USD | 63,781.81 | 27OCT09 | USD | 546.20 | USD | 717.15 | USD | 407.91 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | 6059252 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60914 | HKD | 250,000.00 | USD | 13,775.83 | 21DEC09 | USD | 117.97 | USD | 154.89 | USD | 88.10 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | 6059247 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60915 | HKD | 600,000.00 | USD | 43,431.61 | 30NOV09 | USD | 371.93 | USD | 488.34 | USD | 277.76 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | 6059242 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60916 | HKD | 1,200,000.00 | USD | 44,554.12 | 09NOV09 | USD | 381.54 | USD | 500.96 | USD | 284.94 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | 6059241 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60917 | HKD | 650,000.00 | USD | 69,096.96 | 27OCT09 | USD | 591.72 | USD | 776.92 | USD | 441.90 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | 6059240 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60918 | HKD | 890,000.00 | USD | 53,501.16 | 27OCT09 | USD | 458.16 | USD | 601.56 | USD | 342.16 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | 6059236 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60919 | HKD | 1,080,000.00 | USD | 74,756.26 | 22OCT09 | USD | 640.18 | USD | 840.55 | USD | 478.10 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | 6059238 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60920 | HKD | 1,500,000.00 | USD | 119,015.70 | 23OCT09 | USD | 1,019.21 | USD | 1,338.20 | USD | 761.16 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | 6059261 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60921 | USD | 130,000.00 | USD | 75,872.19 | 05MAR09 | USD | 649.74 | USD | 853.10 | USD | 485.24 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | 6059259 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60922 | USD | 310,000.00 | USD | 136,591.05 | 18JAN10 | USD | 1,169.72 | USD | 1,535.81 | USD | 873.56 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | 6059258 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60923 | USD | 60,000.00 | USD | 28,185.97 | 31DEC09 | USD | 241.37 | USD | 316.92 | USD | 180.26 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | 6059257 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60924 | USD | 70,000.00 | USD | 40,734.92 | 29DEC09 | USD | 348.84 | USD | 458.02 | USD | 260.52 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | 6059255 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60925 | USD | 210,000.00 | USD | 95,770.14 | 29DEC09 | USD | 820.14 | USD | 1,076.83 | USD | 612.49 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | 6059254 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60928 | USD | 190,000.00 | USD | 84,355.13 | 21DEC09 | USD | 722.39 | USD | 948.48 | USD | 539.49 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | 6059246 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60929 | USD | 50,000.00 | USD | 28,813.10 | 23NOV09 | USD | 246.74 | USD | 323.97 | USD | 184.27 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | 6059244 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60930 | USD | 80,000.00 | USD | 43,818.54 | 23NOV09 | USD | 375.24 | USD | 492.69 | USD | 280.24 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | 6059243 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60931 | USD | 50,000.00 | USD | 28,223.90 | 23NOV09 | USD | 241.70 | USD | 317.34 | USD | 180.50 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | 6059239 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60932 | USD | 150,000.00 | USD | 70,103.56 | 27OCT09 | USD | 600.34 | USD | 788.23 | USD | 448.34 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | 6059237 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60933 | USD | 250,000.00 | USD | 138,009.06 | 22OCT09 | USD | 1,181.86 | USD | 1,551.76 | USD | 882.63 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | CA73897 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61149 | USD | 320,000.00 | USD | 150,815.76 | 29OCT09 | USD | 1,291.53 | USD | 1,695.76 | USD | 964.54 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | CA73905 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61150 | USD | 300,000.00 | USD | 122,725.17 | 06NOV09 | USD | 1,050.98 | USD | 1,379.91 | USD | 784.88 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA46523 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61312 | HKD | 500,000.00 | USD | 53,151.51 | 27OCT09 | USD | 455.17 | USD | 597.63 | USD | 339.93 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | CA64517 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61319 | USD | 130,000.00 | USD | 61,268.90 | 29OCT09 | USD | 524.68 | USD | 688.90 | USD | 391.84 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA38030 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62934 | USD | 70,000.00 | USD | 39,513.47 | 23NOV09 | USD | 338.38 | USD | 444.28 | USD | 252.70 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA37830 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62935 | HKD | 400,000.00 | USD | 31,737.52 | 23OCT09 | USD | 271.79 | USD | 356.85 | USD | 202.97 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38075 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62936 | USD | 40,000.00 | USD | 23,050.48 | 23NOV09 | USD | 197.39 | USD | 259.17 | USD | 147.41 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA46910 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62937 | USD | 190,000.00 | USD | 86,649.17 | 29DEC09 | USD | 742.03 | USD | 974.27 | USD | 554.16 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA46522 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 64670 | HKD | 600,000.00 | USD | 63,781.81 | 27OCT09 | USD | 546.20 | USD | 717.15 | USD | 407.91 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55328 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 64857 | USD | 130,000.00 | USD | 66,601.53 | 23NOV09 | USD | 570.35 | USD | 748.86 | USD | 425.95 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA31710 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 67148 | HKD | 1,000,000.00 | USD | 79,343.80 | 23OCT09 | USD | 679.47 | USD | 892.13 | USD | 507.44 |

Schedule 1

Page 4

Pg 15 of 50

Schedule 2

Copies of LBHI Proofs of Claim

DB Ref: 19881

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000047754

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
YU FUNG CHU Flat C. 4th floor Block 16 Hong Kong Garden
Tsing Lung Tau, New Territories, Hong Kong

Telephone number: 852-96620099 Email Address: meiyanyu168@yahoo.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:________
*(If known)*

Filed on: ________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 500, 000 (equivalent to USD 64, 181. 56 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0339560376 **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
CA55182 **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
89529 **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| | [signature] |

SECURITY CHECKED
THE CONTENTS OF THIS PACKAGE HAVE BEEN CHECKED BY A DHL STAFF MEMBER FOR SECURITY PURPOSES IN THE PRESENCE OF THE SHIPPER
FOR DHL (PRINT NAME)
FOR CLIENT (PRINT NAME)
BY HAND
STATION
H K G
11491926
L9030
MOVE TO EXPOSE ADHESIVE
EXPRESS
NEW YORK, US
DOX
Piece 1/1
ORIGIN HKG
ZYP
AIRWAYBILL:
1735235250
SORT:
EASYSHIP/ CUSTOMER INFORMATION
This product is made from recycled content
ZYX
XYZ
EXPRESS ENVELOPE

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000047878

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

WU JINGTAO

Rm 906 . 9/F , NO 261 DALIAN RD (W) SHANGHAI CHINA 200081

Telephone number: +86 13801961069 Email Address: jt1103@hotmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ____________ *(If known)*

Filed on: ____________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 200, 000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0326608279 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA31789 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**Date.**

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

吴景韬 Wu Jing Tao

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

FedEx Express International Air Waybill

8636 5952 9464

Insert air waybill here

1 From
Sender's FedEx Account Number 293800006
City SHANGHAI
Country CHINA

2 To
Company Epiq Bankruptcy Solutions, LLC
Address Lehman Brothers Holdings Claims Processing
Address 757 Third Avenue 3rd Floor New York
City New York
Country USA

3 Shipment Information
Total Packages 1 Total Weight 0.1 kg
DOC

4 Service
FedEx Intl. Priority
5 Packaging
FedEx Envelope
6 Special Handling
7a Payment Bill transportation charges to:
Third Party
7b Payment Bill duties and taxes to:
8 Your Internal Billing Reference
9 Required Signature

8636 5952 9464 0448

FedEx 8636 5952 9464
XA OGSA
INTL PRIORITY
A1
10017
NY-US
EWR

FILED | RECEIVED
OCT 28 2009

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000047879

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

HU JI Rm 906, 9/F. No61 PALIAN RD (W) SHANGHAI CHINA 200081

Telephone number: +86 13901883276 Email Address: hji225@163.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:______ (*If known*)

Filed on: ______

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 1,500,000 (equivalent to USD 192,544.67 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0326608352 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA31685 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| | 胡 骥 Hu Ji |

Insert air waybill here

FedEx Express. International Air Waybill

1 From
Sender's FedEx Account Number 293800006
Sender's Name Wu Jing Tao
Address SHANGHAI CHINA
City SHANGHAI
Country CHINA

2 To
Recipient's Name
Company Epiq Bankruptcy Solutions, LLC
Address Lehman Brothers Holdings Claims Processing
Address 757 Third Avenue, 3rd Floor New York
City New York
Country USA

3 Shipment Information
Total Packages 1 Total Weight 0.1 kg

Doc

4 Service
FedEx Intl. Priority

5 Packaging
FedEx Envelope

6 Special Handling

7a Payment Bill transportation charges to:
Third Party

7b Payment Bill duties and taxes to:
Sender

8 Your Internal Billing Reference

9 Required Signature

FedEx Tracking Number 8636 5952 9464 0448

FedEx 8636 5952 9464 INTL PRIORITY
XA OGSA
A1 10017 NY-US EWR

FILED / RECEIVED
OCT 2 8 2009

INTL PRIORITY CLR
A1 10017 NY-US EWR
XA OGSA
8636 5952 9464

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000047979

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
CHU PUI SIN
9B, TOWER 3, HARBOURFRONT LANDMARK, 11 WAN HOI STREET
HUNG HOM, KOWLOON, HONG KONG
Telephone number: 852-93718148 Email Address: Bettychu15@yahoo.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: ____________
*(If known)*

Filed on: ____________

Name and address where payment should be sent (if different from above)
Same as above
Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 540, 000 (equivalent to USD 69, 316. 08 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0326866307 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
CA55283 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 20 Oct. 2009 | [signature] CHU PUI SIN |

| KatharineCheung | Clearstream Banking - CreationOnline | 9:24 AM CET |
|---|---|---|

| Security Post Release Trade Details | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity-Status | Settlement-Settled |
| ISIN Code | XS0326866307 |
| Common Code | 032686630 |
| Financial Instrument Description | HKD FL.R LEHMAN BROS.TREAS 07-2009 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason-Narrative | |
| Sender's Reference | NONREF |
| Last Update | 10/12/09 9:10 AM |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 89529 - ABN AMRO (HK) NOM.-CONS. BKING CLT |
| Quantity of Financial Instrument | 540,000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 10/12/09 |
| Trade Date/Time | 10/12/09 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trano | CA55283 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 10/12/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |
| Settlement Parties | |
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 89529 |
| Description | UNPUBLISHED |
| Settlement parties : | |
| Receiving Agent | Clearstream - 89529 |
| Settlement Processing Narrative | CONSBLOK 000032686630 OCE CONSENT YOUR INX |
| Additional Information | |
| Input Media | Internal |
| References: | |

**Royal Preferred Banking**

RBS
The Royal Bank of Scotland

ABN AMRO Bank N.V.

CHU PUI SIN
FLT B 9/F BLK 3 HARBOURFRONT LANDMARK
11 WAN HOI ST HUNGHOM KLN HONG KONG

Contact : SIMON TSE (PP)
聯絡人

Telephone : 36977836
電話號碼

Date : 11/10/07
日期

## Contract Note - Structured Product Subscription
## 結構性產品認購交易單據

The details of transaction are as follows:
交易詳情如下:

| | |
|---|---|
| Investment A/C No. 投資帳戶號碼 | : 9812630 |
| Product Name 產品名稱 | : LB 2Y HKD Range Accrual Note S796 27OCT09 |
| Product / ISIN Code 產品/國際證券號碼 | : 07PLE796QU |
| Issuer 發行商 | : LEHMAN BROTHERS TREASURY CO BV |
| Underlying 相關資產 | : HSBC HOLDINGS PLC |
| Coupon Rate (%) 票面息率 | : Please refer to the Term Sheet (其細節載於條件單) |
| Trade Date 交易日 | : 11/10/07 |
| Issue Date 發行日 | : 26/10/07 |
| Maturity Date 到期日 | : 27/10/09 |
| Nominal Amount 面額 | : HKD 540,000.00 |
| Purchase Price (%) 購入價百分比 | : 100.00 |
| Purchased Amoun 購入金額 | : HKD 540,000.00 |
| Commission 佣金 | : HKD 0.00 |
| Total Settlement Amount 總結算金額 | : HKD 540,000.00 |
| Settlement A/C No. 結算帳戶號碼 | : 0120125872 |
| Settlement Date 結算日 | : 26/10/07 |

Remarks:
- ABN AMRO N.V." (the "Bank") is acting as principal in the above-mentioned transaction.
- This Contract Note should be read in conjunction with the product termsheet of the Structured Product.

備註:
- 荷蘭銀行(下稱「本銀行」)為上述交易之主事人。
- 此確認書必須與產品條款單張一併閱讀。

This is computer-generated document, no signature is required.
此乃電腦系統所發之文件,毋須簽署。



EQUITY DERIVATIVES

LEHMAN BROTHERS
*Where vision gets built.*

Terms and Conditions

# 2 Year HKD HSBC Holdings PLC Daily Accrual Callable Equity Linked Note

*Final Terms and Conditions as of 11 October 2007*

COPY

WARNING

The contents of this termsheet have not been reviewed by any regulatory authority in Hong Kong. You are advised to exercise caution in relation to the Notes referred to in this termsheet. If you are in any doubt about any of the contents of this termsheet, you should obtain independent professional advice. Prior to making an investment decision, prospective purchasers should carefully consider the contents of this termsheet, in particular the risk factors set out below.

Prospective purchasers should carefully consider the contents of this term sheet, including the risk factors set out herein. **You should refrain from purchasing the notes unless you have fully understood the terms of the notes and the associated risks.**

| | |
|---|---|
| Lehman ID: | 3414222 |
| ISIN | |
| Issuer | Lehman Brothers Treasury Co BV |
| Guarantor: | Lehman Brothers Holdings Inc (Moody's A1 / S&P A+ ) |
| Issue Type | Euro Medium Term Note |
| Status of the Note: | Senior |
| Rating of the Note: | The Note is not rated |
| Nominal Amount ("NA"): | HKD [17,940,000] |
| Specified Denomination ("D"): | HKD10,000 |
| Minimum Trade Size: | HKD 10,000 |
| Currency: | HK Dollar |
| Issue Price: | 100.00% |
| Share(s): | HSBC Holdings PLC (0005.HK) |
| Exchange: | The Hong Kong Stock Exchange Limited |
| Exchange Business Day: | Hong Kong |
| Business Day Centers: | Hong Kong, London |
| Scheduled Trading Day: | Any day on which each Exchange and each Related Exchange are scheduled to be open for trading for their respective regular trading sessions. |
| Valuation Time: | At the official close of trading on the Hong Kong Stock Exchange |
| Business Day Convention: | Following |
| Reference Spot Price: | HKD 150.70 |
| Lower Barrier ("KL"): | HKD 135.6300 (90.00% of Reference Spot Price) |
| Exercise Price ("KP"): | HKD 135.6300 (90.00% of Reference Spot Price) |
| Number of Shares per Denomination: | D / Exercise Price |



**EQUITY DERIVATIVES**

LEHMAN BROTHERS
*Where vision gets built.*

**Terms and Conditions**

| | |
|---|---|
| Trade Date: | 11 October 2007 |
| Issue Date: | 26 October 2007 |
| Interest Commencement Date: | 26 October 2007 |
| Final Valuation Date: | 19 October 2009 |
| Maturity Date: | 27 October 2009, subject to Early Redemption |
| Early Redemption: | If the official closing price of the Share on the End Date of an Observation Period is equal to or greater than the Trigger Price, the Issuer will redeem the Note, in whole and not in part, at 100% of the Specified Denomination on the Interest Payment Date immediately following the End Date on which the Trigger Event occurs ("Early Redemption Date"). For the avoidance of doubt, any accrued interest will also be payable on the same Interest Payment Date |
| Trigger Price: | HKD 150.70 (100.00% of Reference Spot Price) |
| Interest per Denomination: | D * 10.20% * Daily Accrual Factor * 1/6 |
| Interest Day Count Basis: | Not applicable |
| Interest Payment Dates: | The dates specified below, subject to adjustment in accordance with the Business Day convention. |
| Interest Period: | The period from and including the Interest Commencement Date to but excluding the next following Interest Payment Date, and each successive period from and including an Interest Payment Date to but excluding the next Interest Payment Date. |
| Daily Accrual Factor: | $N_{range} / N_{total}$, except for the 1st Interest Period when Daily Accrual Factor is given as 1<br><br>Where:<br><br>$N_{range}$ means the total number of Scheduled Trading Days during the Observation Period for the relevant Interest Period where the official closing price of the Share on the Exchange is at or above the Lower Barrier, $K_L$<br><br>$N_{total}$ means the total number of Scheduled Trading Days during the Observation Period for the relevant Interest Period |
| Observation Period: | The period commencing, in relation to the first Interest Period, on the Interest Commencement Date, and in relation to each successive Interest Period, on but excluding the day falling two Scheduled Business Days prior to the first day of the Interest Period ("Start Date"), and ending and including the day falling two Scheduled Business Days prior to the last day of the relevant Interest Period ("End Date"). If a Trigger Event occurs, all subsequent Observation Periods are deemed to be cancelled. |

| Observation Period | Start Date | End Date | Interest Payment Date |
|---|---|---|---|
| 1 | 26-Oct-07* | 18-Dec-07 | 27-Dec-07 |
| 2 | 18-Dec-07 | 19-Feb-08 | 26-Feb-08 |
| 3 | 19-Feb-08 | 21-Apr-08 | 28-Apr-08 |
| 4 | 21-Apr-08 | 19-Jun-08 | 26-Jun-08 |
| 5 | 19-Jun-08 | 19-Aug-08 | 26-Aug-08 |



**Terms and Conditions**

| | | | |
|---|---|---|---|
| 6 | 19-Aug-08 | 20-Oct-08 | 27-Oct-08 |
| 7 | 20-Oct-08 | 18-Dec-08 | 29-Dec-08 |
| 8 | 18-Dec-08 | 19-Feb-09 | 26-Feb-09 |
| 9 | 19-Feb-09 | 20-Apr-09 | 27-Apr-09 |
| 10 | 20-Apr-09 | 19-Jun-09 | 26-Jun-09 |
| 11 | 19-Jun-09 | 19-Aug-09 | 26-Aug-09 |
| 12 | 19-Aug-09 | 19-Oct-09 | 27-Oct-09 |

*Issue Date is included in the 1st Observation Period

**Redemption Terms**
**(Applicable only if no Early Redemption Event occurs prior to Final Valuation Date)**

Redemption Amount: (per denomination)

(1) If $P_F$ is equal to or greater than $K_P$, each Note will be redeemed at par in cash.

(2) If $P_F$ is less than $K_P$, each Note will be redeemed by physical delivery of the Number of Shares, except for any shares less than 1 share to be given in cash based on $P_F$

Where:
"$P_F$" means the official closing price per Share on the Exchange on the Valuation Date

Settlement Currency: HKD

Calculation Agent: Lehman Brothers International (Europe)

Delivery Agent: Lehman Brothers Securities Asia Ltd

Clearing: Euroclear, Clearstream

Listing: None

Governing Law: English

Documentation: This termsheet must be read in conjunction with the Lehman Brothers Holdings Inc., Lehman Brothers Treasury Co. B.V., Lehman Brothers Bankhaus AG's EMTN Retail Program Prospectus (as supplemented by supplemental prospectuses), as well as the corresponding document containing the final terms for this specific issue of Notes.

Market Disruption and Extraordinary Events: Detailed provisions specifying the adjustments to be made to the terms and conditions of the Notes upon the occurrence of a market disruption event, potential adjustment event, merger event, tender offer, nationalization, insolvency, delisting and/or such other similar adjustment or extraordinary event shall be contained in the Documentation. All purchases of Notes are deemed to be subject to the terms



**Selling Restrictions:**

**Terms and Conditions**

**General Selling Restrictions:** Each purchaser of the Notes must observe all applicable laws and regulations in any jurisdiction in which it may offer, sell, or deliver the Notes and it may not, directly or indirectly, offer, sell, resell, re-offer or deliver any Notes except under circumstances that will result, to the best of its knowledge and belief, in compliance with all applicable laws and regulations. No public offers of the Notes may be made in any jurisdiction.

**US Selling Restrictions:** The Notes have not been nor will be registered under the U.S. Securities Act of 1933 (as amended) and may not be offered or sold within the United States or to, or for the account or benefit of, U.S. persons except as permitted by Regulation S or Rule 144A under such Securities Act

**Hong Kong Selling Restrictions:** No offers of the Notes for sale or resale shall be made unless: (a) the minimum denomination of, or the minimum consideration payable by a prospective investor for the Notes is, not less than HK$500,000 or such other amount prescribed for the time being under Section 4, Part 1 of the Seventeenth Schedule of the Companies Ordinance (Cap.32 of the Laws of Hong Kong) ("CO"), or its equivalent in another currency, and the warning statement as set out in the Eighteenth Schedule of the CO is stated in the offer document given to such prospective investor upon making the offer of the Notes; or (b) offers for the purchase of the Notes are not made to more than 50 persons in Hong Kong (irrespective of the number of persons who accept such offers), and the Notes are not offered or on-sold other than to persons whom the seller reasonably believes to be an end investor, **provided that this statutory exemption in paragraph (b) shall be used independently and shall not be combined with the statutory exemption described in paragraph (a) above.**

**Singapore Selling Restrictions:** This termsheet has not been registered as a prospectus with the Monetary Authority of Singapore under the Securities and Futures Act (Cap. 289) of Singapore ("SFA"). Accordingly, this termsheet and any other document or material in connection with the offer or sale, or invitation for subscription or purchase, of the Notes may not be circulated or distributed, nor may the Notes be offered or sold, or be made the subject of an invitation for subscription or purchase, whether directly or indirectly, to persons in Singapore other than (i) to an institutional investor under Section 274 of the SFA, (ii) to a relevant person, or any person pursuant to Section 275(1A), and in accordance with the conditions, specified in Section 275 of the SFA or (iii) otherwise pursuant to, and in accordance with the conditions of, any other applicable provision of the SFA.

In the event where the Notes are subscribed or purchased under Section 275 by a relevant person which is:

(a) a corporation (which is not an accredited investor (as defined in Section 4A of the SFA)) the sole business of which is to hold investments and the entire share capital of which is owned by one or more individuals, each of whom is an accredited investor; or

(b) a trust (where the trustee is not an accredited investor) whose sole purpose is to hold investments and each beneficiary of the trust is an individual who is an accredited investor;

then the shares, debentures and units of shares and debentures of that corporation or the beneficiaries' rights and interest in that trust shall not be transferred within six months after that corporation or that trust has acquired the Notes pursuant to an offer made under Section 275 except:

(1) to an institutional investor (for corporations, under Section 274 of the SFA ) or to a relevant person defined in Section 275(2) of the SFA, or any person pursuant to an offer that is made on terms that such rights or interest are acquired at a consideration of not less than S$200,000 (or its equivalent in a foreign currency) for each transaction, whether such amount is to be paid for in cash or by exchange or securities or other assets, and further for corporations, in accordance with the conditions specified in Section 275 of the SFA;



(2) where no consideration is or will be given for the transfer; or

Terms and Conditions

(3) where the transfer is by operation of law.

**Taiwan Selling Restrictions:** The Notes may not be sold or offered in the Republic of China ("R.O.C.") and may only be offered and sold to R.O.C. resident investors from outside Taiwan in such manner as complies with Taiwan securities laws and regulations applicable to such cross border activities.

**RISK FACTORS**

| **This Note is not a capital guaranteed Note.**<br>**In the worst case, prospective purchasers could sustain an entire loss of their investment.** |
|---|

Prior to making an investment decision, you should carefully consider the contents of this term sheet, in particular the risk factors set out below. You are advised that this term sheet must be read in conjunction with the Documentation, which contains important information about the Programme and Notes issued under the Programme. Prospective purchasers however should be aware that this term sheet, together with the Documentation, cannot disclose all the risks of the Notes. The information set out herein is included for the purpose of enabling prospective purchasers to make an informed assessment of the terms of the Notes and the general risks of investing in the Notes. **No person should purchase the Notes unless they understand the nature of the Notes and the extent of their exposure to potential loss.** Prospective purchasers in Notes should therefore consult their own legal, tax, accountancy and other professional advisers to assist them to determine the suitability of the Notes for them as an investment.

**Suitability Of The Notes**
An investment in structured products such as the Notes involves substantial risks including market risk, liquidity risk and the risk that the Issuer will be unable to satisfy its obligations under the Notes. You should ensure that you understand the nature of all these risks before making a decision to invest in the Notes. You should consider carefully whether the Notes are suitable for you in light of your experience, objectives, financial position and other relevant circumstances. Structured products such as the Notes are not suitable for inexperienced purchasers.

**Principal Loss Risk**
**The Note is not capital guaranteed.** Prospective purchasers should be aware that the return of principal on the Note is linked to the value of the Shares. Movements in the value of the Shares may adversely affect the value of the Note and could result in prospective purchasers sustaining an entire loss of their investment.

**Market Risk**
**The value of the Note will increase or decrease according to the performance of the Shares.** The Note does not provide principal protection even if the Note is held to maturity. There can be no assurance that the Note will return at maturity more than the amount initially invested.

**Event Risk**
**There may be adjustments to the terms of the Note due to certain events.** Examples include (but are not limited to) mergers and disposals, price source disruption, trading suspension and change in taxation laws, as set out in the Documentation.

**Early Redemption Risk**
**Prospective investors should be aware that the Issuer may, at its discretion, early redeem or terminate the Note prior to Maturity upon notice to investors under a variety of conditions and/or circumstances.** For example, this may be applicable where the Issuer determines that, for reasons beyond its control, the performance of its obligations under the Note has become illegal or impractical in whole or in part for any reason; or the Issuer determines that, for reasons beyond its



Terms and Conditions

control, it is no longer legal or practical for it to maintain its hedging arrangements with respect to the Note for any reason. If the Issuer redeems the Notes early under any of the conditions or circumstances permitted under the terms of the Note, the redemption amount may be lower than the principal amount of the Note.

**Liquidity Risk**
**There can be no assurance that a secondary market in the Note shall exist or at which price a bid would be made.** The bid price given, if any, may be affected by many factors including, but not limited to, the remaining term of the Note, the performance of the Shares, interest rates, fluctuations in exchange rates and credit spreads. Prospective investors must be prepared to hold the Notes for an indefinite period of time or until the redemption or maturity of the Note.

**Credit Risk**
**Investors assume credit risk of the Issuer and the Guarantor.** Prospective purchasers should also be aware that any changes to the credit rating of the Guarantor will affect the price and value of the Note.

**Potential Conflicts Of Interest**
**Potential and actual conflicts of interest might arise from the different roles played by Lehman Brothers in connection with the Note.** Lehman Brothers and its affiliates are the Arranger, the Dealer, and the Calculation Agent, in respect of the Note. Prospective investors should seek independent advice as deemed appropriate to evaluate the risk of this potential conflict of interest. Although the Issuer and the Guarantor owe no duty or responsibility to you to avoid such conflicts, should any conflict of interests arise, Lehman Brothers will take reasonable steps to protect the interests of all affected parties and in doing so will act in a fair and commercially reasonable manner.

---

**DISCLAIMER**

This termsheet is indicative only and does not confirm any transaction. Under no circumstances may this termsheet be shown, copied or otherwise given to any person other than your authorised representatives. This material is for your private information, and Lehman Brothers is not soliciting any action based upon it. The information in this termsheet may be incomplete or condensed. It does not include a number of terms and provisions that will be included in any actual transaction. If a transaction is entered into, the terms and provisions will be reflected in related documents which will supersede and replace this summary. The terms and conditions may change with market fluctuations and/or in accordance with such conditions as may be imposed by regulatory or supervisory authorities as well as Lehman Brothers' internal policy. Although the information set forth above is reflective of the terms, as of the specified date, under which Lehman Brothers believes an issuance of the above instruments (the "Instruments") might be structured, no assurance can be given that such an issuance could in fact be executed. Scenario analysis of the risk involved in the above transaction is available upon your request.

Lehman Brothers does not act as an adviser and assumes no fiduciary responsibility or liability for any consequences financial or otherwise arising from the purchase and/or the holding of the Instruments. Before purchasing the Instruments you should consider their suitability to your particular circumstances and independently review (with your professional advisers as necessary) the specific financial risks as well as the legal, regulatory, credit, tax and accounting consequences.

This document does not constitute or form part of any offer, or invitation, to subscribe for or to sell, or solicitation of any offer to subscribe for or to purchase, the Instruments or other securities of the Issuer, nor is it calculated to invite, nor does it permit the making of offers to the public to subscribe for or purchase for cash or other consideration, the Instruments or other securities of the Issuer.

The Issuer, its affiliates and subsidiaries and/or their directors, officers and employees may (i) have long or short positions in and may deal as principal, agent or market-maker in the underlying stocks (as mentioned above) or other securities issued by the issuer of the underlying stocks, and such positions may be increased or decreased in the future, and (ii) maintain a commercial or investment banking relationship with, or serve as a director of, the issuer of the underlying stocks or of related entities.This termsheet is subject to the relevant Base Prospectus and/or other appropriate offering documents, which will be made available upon request and to the relevant Final Terms.

LEHMAN BROTHERS

Extremely Urgent

Visit UPS.com®

- The UPS Express Envelope is to be used for document shipments only.
- Cash and negotiable items are prohibited in UPS services.

Apply shipping documents on this side.

UPS WORLDWIDE SERVICES WAYBILL (non-negotiable)

1 SHIPPER'S UPS ACCOUNT NO. 4A3956

SHIPPER

28/F DCH COMMERCIAL CENTRE
25 WESTLANDS ROAD
QUARRY BAY

COUNTRY HONG KONG

RECEIVED OCT 28 2009

2 RECEIVER'S UPS ACCOUNT NO.

RECEIVER

NAME OF CONTACT PERSON: EPIQ Bankruptcy Solutions

COMPANY NAME AND ADDRESS:
LEHMAN BROTHERS HOLDINGS
CLAIMS PROCESSING
757 THIRD AVENUE, 3RD FL

NEW YORK

COUNTRY U.S.A

3 PAYMENT OF CHARGES

BILL SHIPPING CHARGES TO: [X] SHIPPER (S) [ ] RECEIVER (R) [ ] THIRD PARTY (T)

BILL DUTIES AND TAXES TO (DUTIABLE SHIPMENTS ONLY): [X] SHIPPER (S) [ ] RECEIVER (R) [ ] THIRD PARTY (T)

4 SERVICE LEVEL

EXPRESS PLUS 1+
EXPRESS 1
SAVER 1P [X]
EXPEDITED 2

5 SHIPMENT INFORMATION

[X] ENV [ ] 10KG BOX [ ] 25KG BOX

REFERENCE NO. 1

REFERENCE NO. 2

SPECIAL OFFER CODE

6 COUNTRY OF ORIGIN (MANUFACTURE) OF GOODS

SPECIAL INSTRUCTIONS: OWN A/C

H784 7779 492

UPS Waybill Tracking No. H784 7779 492

7 DATE OF SHIPMENT: 23/10/09

SHIPPER'S SIGNATURE

RECEIVED FOR UPS BY: DATE: TIME:

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000048604

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
CHAN BUN SIU
UNIT 2504, 25/F, NANYANG PLAZA,
NO 57, HUNG TO ROAD, KWUN TONG, KOWLOON, HONG KONG

Telephone number: (852) 23308842 Email Address: Cecilia@precisionhk.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ____________ (*If known*)

Filed on: ____________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 30, 000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0331400027 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA64540 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 23/10/2009 | [signature] POON CHING WAI |

**Royal Preferred Banking**

RBS
The Royal Bank of Scotland

ABN AMRO Bank N.V.

20 October 2009

Ref No. POA_0000114784

TO WHOM IT MAY CONCERN:

**Re: Confirmation on the Power of Attorney**

This letter confirms that CHAN BUN SIU has appointed POON CHING WAI as its/their Attorney(ies) pursuant to a Power Attorney, and such Attorney(ies) are therefore authorized to sign the Lehman Program Securities Proof of Claim Form on behalf of CHAN BUN SIU .

Yours faithfully,

ABN AMRO Bank N.V. [stamp: ABN AMRO BANK CB]

敬啓者：

確認簽署授權書

此信函茲確認 CHAN BUN SIU 已授權委託 POON CHING WAI 作爲授權人則授權代表 CHAN BUN SIU 簽署雷曼證券計劃索償證明表格 (Lehman Program Securities Proof of Claim Form)。

荷蘭銀行
謹啓

2009 年 10 月 20 日

FedEx
TRK# 8703 6379 1369

A1
INTL PRIORITY

TRK# 0402 8703 6379 1369

A1 7
INTL PRIORITY CLR
ISR

10017
NY-US
EWR

XA OGSA

FedEx Express Envelope

FedEx. International Air Waybill

1 From

Date 10.23.2009 Sender's FedEx Account Number 2038-4498-0

Sender's Name CHAN BUN SIU Phone 002 330-8842

Company PRECISION ENTERPRISE LTD

Address RM 2504 NANYANG PLAZA

Address 57 HUNG TO RD

City KWUN TONG KOWLOON

Country HK ZIP Postal Code 180

2 To Recipient's Name LEHMAN BROTHERS HOLDINGS, CLAIMS PROCESSING

Company EPIQ BANKRUPTCY SOLUTIONS, LLC

Address 757 THIRD AVENUE, 3RD FLOOR

FILED / RECEIVED
OCT 26 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

4 Express Package Service
☒ FedEx Intl. Priority

6 Packaging
☒ FedEx Envelope

6 Special Handling

7a Payment Bill transportation charges to:
☒ Sender

7b Payment Bill duties and taxes to:

8 Your Internal Billing Reference

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000048605

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
CHAN BUN SIU
UNIT 2504, 25/F, NANYANG PLAZA,
NO 57 HUNG TO ROAD, KWUN TONG, KOWLOON, HONG KONG

Telephone number: (852) 23308842 Email Address: cecilia@precisionhk.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: ________
(*If known*)

Filed on: ________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 30, 000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0331400530 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA64545 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

**Date.** 23/10/2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature]

POON CHING WAI

# Royal Preferred Banking

RBS
The Royal Bank of Scotland

ABN AMRO Bank N.V.

20 October 2009

Ref No. POA_0000114784

TO WHOM IT MAY CONCERN:

**Re: Confirmation on the Power of Attorney**

This letter confirms that CHAN BUN SIU has appointed POON CHING WAI as its/their Attorney(ies) pursuant to a Power Attorney, and such Attorney(ies) are therefore authorized to sign the Lehman Program Securities Proof of Claim Form on behalf of CHAN BUN SIU .

Yours faithfully,

ABN AMRO Bank N.V. [stamp: ABN AMRO BANK CB]

敬啓者：

確認簽署授權書

此信函茲確認 CHAN BUN SIU 已授權委託 POON CHING WAI 作爲授權人則授權代表 CHAN BUN SIU 簽署雷曼證券計劃索償證明表格 (Lehman Program Securities Proof of Claim Form)。

荷蘭銀行
謹啓

2009 年 10 月 20 日

FedEx Express Envelope

FedEx International Air Waybill

1 From
Date 10 23 2009 Sender's FedEx Account Number 2038-4498-0
Sender's Name CHAN BUN SIU Phone 002 330-8842
Company PRECISION ENTERPRISE LTD
Address RM 2504 NANYANG PLAZA
Address 57 HUNG TO RD
City KWUN TONG KOWLOON
Country HK

2 To
Recipient's Name LEHMAN BROTHERS HOLDINGS
CLAIMS PROCESSING
Company EPIQ BANKRUPTCY SOLUTIONS, LLC
Address 757 THIRD AVENUE, 3RD FLOOR

FILED / RECEIVED
OCT 26 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

TRK# 8703 6379 1369
XA OGSA
INTL PRIORITY
INTL PRIORITY CLR
10017
NY-US
EWR
A1

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000048606

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
CHAN BUN SIU
UNIT 2504, 25/F, NANYANG PLAZA
NO 57 HUNG TO ROAD, KWUN TONG, KOWLOON, HONG KONG
Telephone number: (852) 23308842 Email Address: cecilia@precisionhk.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ____________
*(If known)*

Filed on: ____________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 50, 000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0331769454 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA64549 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

**Date.** 23/10/2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature]

POON CHING WAI

**Royal Preferred Banking**

RBS
The Royal Bank of Scotland

ABN AMRO Bank N.V.

20 October 2009

Ref No. POA_0000114784

TO WHOM IT MAY CONCERN:

**Re: Confirmation on the Power of Attorney**

This letter confirms that CHAN BUN SIU has appointed POON CHING WAI as its/their Attorney(ies) pursuant to a Power Attorney, anc such Attorney(ies) are therefore authorized to sign the Lehman Program Securities Proof of Claim Form on behalf of CHAN BUN SIU .

Yours faithfully,

ABN AMRO Bank N.V.

敬啓者：

確認簽署授權書

此信函茲確認 CHAN BUN SIU 已授權委託 POON CHING WAI 作爲授權人則授權代表 CHAN BUN SIU 簽署雷曼證券計劃索償證明表格 (Lehman Program Securities Proof of Claim Form)。

荷蘭銀行
謹啓

2009 年 10 月 20 日

FedEx Express Envelope

FedEx International Air Waybill

1 From

Date 10/23 2009

Sender's FedEx Account Number 2036-4496-0

Sender's Name CHAN BUN SIU

Phone 002 330-8842

Company PRECISION ENTERPRISE LTD

Address RM 2504 HANYANG PLAZA

Address 57 HUNG TO RD

City KWUN TONG KOWLOON

Country HK

2 To

Recipient's Name LEHMAN BROTHERS HOLDINGS, CLAIMS PROCESSING

Company EPIQ BANKRUPTCY SOLUTIONS, LLC

Address 757 THIRD AVENUE, 3RD FLOOR

FILED / RECEIVED
OCT 26 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

XA OGSA

TRK# 8703 6379 1369

INTL PRIORITY

10017 NY-US EWR

870363791364

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000048608

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
CHOW ROSE FLAT A, 31/Fl, TOWER 5, BEL-AIR NO.8 BEL AIR ON THE PEAK, ISLAND SOUTH (Phase 6), POKFULAM, HKSAR
Telephone number (852) 93835447 Email Address: rosechow@hotmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: N.A. (*If known*)

Filed on: N.A.

Name and address where payment should be sent (if different from above)

SAME AS ABOVE

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 1,000,000 (equivalent to USD 128,363.11 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0335743398 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
CA46773 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| Oct 23, 2009 | [signature] CHOW ROSE |

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
C/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Dear Sirs,

**Re: Lehman Brothers Holdings Inc ("LBHI")**
**Chapter 11 Case No. 08-13555 (JMP)**

**REVISED LEHMAN PROGRAM SECURITIES PROOF OF CLAIM – HKD DENOMINATED LEHMAN HOLDING**

Please find enclosed Lehman Program Securities Proof of Claim/s ("Proof of Claim") with Clearstream Bank Blocking Number/s below:

CA46773

The enclosed Proof of Claim/s contain the correct USD/HKD conversion rate as at 15 September 2008 and shall supersede any Proof of Claim with the same Clearstream Bank Blocking Number/s filed previously.

If you have any questions, or require any further information, please do not hesitate to contact me/us using the contact details stated in the enclosed revised Proof of Claim.

Yours faithfully,

Name/s: CHOW ROSE

Signature/s: [signature]

Date: Oct 23, 2009

Enc.

# Royal Preferred Banking

RBS
The Royal Bank of Scotland

ABN AMRO Bank N.V.

CHOW ROSE
FLT D 23/F BON POINT
11 BONHAM ROAD MID-LEVEL HK

Contact : KELVIN CHENG (CWB)
聯絡人

Telephone : 22022113
電話號碼

Date : 05/12/07
日期

## Contract Note - Structured Product Subscription
## 結構性產品認購交易單據

The details of transaction are as follows:
交易詳情如下:

| | |
|---|---|
| Investment A/C No. 投資帳戶號碼 | : 9810984 |
| Product Name 產品名稱 | : LB 2Y HKD Range Accrual Note S947 21DEC09 |
| Product / ISIN Code 產品/國際證券號碼 | : 07PLE947QU |
| Issuer 發行商 | : LEHMAN BROTHERS TREASURY CO BV |
| Underlying 相關資產 | : CHINA SHENHUA ENERGY CO LTD -H<br>CHINA COMMUNICATIONS CONST CO-H<br>PING AN INSURANCE CO - H SHS |
| Coupon Rate (%) 票面息率 | : Please refer to the Term Sheet (其細節載於條件單) |
| Trade Date 交易日 | : 05/12/07 |
| Issue Date 發行日 | : 19/12/07 |
| Maturity Date 到期日 | : 21/12/09 |
| Nominal Amount 面額 | : HKD 1,000,000.00 |
| Purchase Price (%) 購入價百分比 | : 100.00 |
| Purchased Amoun 購入金額 | : HKD 1,000,000.00 |
| Commission 佣金 | : HKD 0.00 |
| Total Settlement Amount 總結算金額 | : HKD 1,000,000.00 |
| Settlement A/C No. 結算帳戶號碼 | : 0120060760 |
| Settlement Date 結算日 | : 19/12/07 |

Remarks:
- ABN AMRO N.V.* (the "Bank") is acting as principal in the above-mentioned transaction.
- This Contract Note should be read in conjunction with the product termsheet of the Structured Product.
備註:
- 荷蘭銀行(下稱「本銀行」)為上述交易之主事人。
- 此認購書必須與產品條款單張一併閱讀。

COPY

This is computer-generated document, no signature is required.
此乃電腦系統所發之文件,毋須簽署。

FedEx International Air Waybill

/23/09

Sender's Name: Carrie Ngai

Company: DAKA INTL LTD

Address: 3101 SAXON TWR

Address: 7 CHEUNG SHUN ST

City: CHEUNG SHA WAN

Country: HK

ZIP Postal Code: 220

To Recipient's Name: Lehman Brothers Holdings Claims Processing

Phone: (646) 282-2500

Company: Epiq Bankruptcy Solutions, LLC

Address: 757 Third Avenue, 3rd Floor

City: New York

Country: USA

ZIP Postal Code: NY 10017

Shipment Information: Total Packages 1

Commodity Description: Document

FILED / RECEIVED

OCT 26 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

INTL PRIORITY CLR

10017

NY-US

EWR

XA OGSA

8698 8700 6669

6 Special Handling

7a Payment

7b Payment

8 Your Internal Billing Reference

9 Required Signature

8698 8700 6669 0402

521

OGS

2B

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000048651

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LAU SIU FONG
4/F, 29 HAPPY VIEW TERRACE
BROADWOOD RD HAPPY VALLEY
HONG KONG
Telephone number: 852 - 25765669 Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: ___________
(*If known*)

Filed on: ___________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 80, 000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** <u>(as statement above)</u> **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0339560293 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
CA47033 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 22-10-09 | 劉小芳 |

SECURITY CHECKED

THE CONTENTS OF THIS PACKAGE HAVE BEEN CHECKED BY A DHL STAFF MEMBER FOR SECURITY PURPOSES IN THE PRESENCE OF THE SHIPPER.

FOR DHL (PRINT NAME): BY HAND

FOR CLIENT (PRINT NAME): 劉小芳

8468787

STATION: H K G

L0030

DHL EXPRESS

REMOVE TO EXPOSE ADHESIVE ▲

Z 3682

Track this shipment via the DHL Web Site: http://www.dhl.com

Shipment Air Waybill

1 2 2 9 9 9 3 6 8 2

Origin: HKG

Destination Code: ZYP

1 Payer account number and insurance details

Charge to: ☑ Shipper ☐ Receiver ☐ 3rd party

Payer Account No.

Shipment Insurance see reverse

2 From (Shipper)

Shipper's account number: CASHHKG CB.

Contact name: LAU SIU FONG SUET

Shipper's reference (up to 32 characters but only first 12 will be shown on invoice)

Company name

Address: 4/F 29 HAPPY VIEW TERRACE BROADWOOD RD HAPPY VALLEY HONG KONG

Postcode/Zip Code (required)

Phone, Fax or E-mail (required): 852-25765617

3 To (Receiver)

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers' Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York

Postcode/Zip Code (required): NY 10017

Country: USA

Contact person

Phone, Fax or E-mail (required): -NIL-

4 Shipment details

Total number of packages: 1

Total Weight: 0.5

Pieces / Dimensions in cm: Length / Width / Height

5 Full description of contents

Give content and quantity

Documents.

6 Non-Document Shipments Only (Customs Requirement)

Shipper's VAT/GST number | Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs | Harmonised Commodity Code

TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary

☐ Receiver ☐ Shipper ☐ Other

7 Shipper's agreement (Signature required)

Signature: 劉小芳 Date: 25 OCT

LAU SIU SUET

EXPRESS WORLDWIDE

DOX

SCL v8.5.4

10017 NEW YORK, UNITED STATES OF AM

US-ZYP

Origin: HKG

OCT 2 8 2009

Shipment No: 1229993682 2009-10-23 Weight: 0.5 kg

Sender's Reference:

Piece 1/1

WAYBILL 12 2999 3682

EASYSHIP/ CUSTOMER INFORMATION

OR

ZYX XYZ

This product is made from recycled content

EXPRESS ENVELOPE

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
| --- | --- |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000048652

... COURT USE ONLY

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LAU SIU FONG
4/F., HAPPY VIEW TERRACE
BROADWOOD RD HAPPY VALLEY
HONG KONG
Telephone number: Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ________
*(If known)*

Filed on: ________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 470, 000 (equivalent to USD 60, 330. 66 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** ____(as statement above)____ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** ____XS0334922860____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
____CA46767____ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
____89529____ **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
| --- | --- |
| 22-10-09 | 劉小芳 |

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

SECURITY CHECKED
THE CONTENTS OF THIS PACKAGE HAVE BEEN CHECKED BY A DHL STAFF MEMBER FOR SECURITY PURPOSES IN THE PRESENCE OF THE SHIPPER
FOR DHL (PRINT NAME): BY HAND
FOR CLIENT (PRINT NAME): 劉小芳
8468787
STATION: H K G
L9030

DHL EXPRESS

REMOVE TO EXPOSE ADHESIVE ▲ 3682

DHL EXPRESS
Track this shipment via the DHL Web Site: http://www.dhl.com
Shipment Air Waybill
1 2 2 9993 682
Origin: HKG
Destination Code: ZYP

1 Payer account number and insurance details
Charge to: ☑ Shipper ☐ Receiver ☐ 3rd party ☑ Cash ☐ Cheque ☐ Credit Card
Payer Account No.
Shipment Insurance see reverse ☐ Yes

2 From (Shipper)
Shipper's account number: CASHHKG.CB.
Contact name: LAU SIU FONG SZET
Shipper's reference (up to 32 characters but only first 12 will be shown on invoice)
Company name
Address: 4/F 29 HAPPY VIEW TERRACE BROADWOOD RD HAPPY VALLEY HONG KONG
Postcode/Zip Code (required)
Phone, Fax or E-mail (required): 852-25765617

3 To (Receiver)
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue 3rd Floor
New York
Postcode/Zip Code (required): NY 10017
Country: USA
Contact person
Phone, Fax or E-mail (required): -NIL-

4 Shipment details
Total number of packages: 1
Total Weight: 0.5
Pieces / Dimensions in cm: Length / Width / Height

5 Full description of contents
Give content and quantity: Documents.

6 Non-Document Shipments Only (Customs Requirement)
Shipper's VAT/GST number
Receiver's VAT/GST or Shipper EIN/SSN
Declared Value for Customs
Harmonised Commodity Code
TYPE OF EXPORT ☐ Permanent ☐ Repair / Return ☐ Temporary
☐ Receiver ☐ Shipper ☐ Other

7 Shipper's agreement (Signature required)
Signature: 劉小芳
Date: 23 OCT 09
LAU SIU SZET
P50508 F10 HK MP

OR

EASYSHIP/ CUSTOMER INFORMATION

This product is made from recycled content

PLEA

EXPRESS WORLDWIDE (D) DOX DHL
SCL v8.5.4
10017 NEW YORK, UNITED STATES OF AM
Origin: HKG
US-ZYP
OCT 2 8 2009
Shipment No.: 1229993682 2009-10-23 Shpt Weight: 0.5 kg
Piece: 1/1
Sender's Reference:
WAYBILL 12 2999 3682
(2L)US10017+42000000
(J)JD01 2040 9929 9080 6182

EXPRESS ENVELOPE

Pg 49 of 50

Schedule 3

Schedule of 7th, 8th, 9th, and 10th Distributions Received From Lehman Brothers Treasury BV

DB Ref: 19881

| Description of Security | ISIN/CUSIP | Issuer | Principal/Notional Amount | | Admissible Amount | | Issue Notional | | Maturity | LBT 10th Distribution | | LBT 9th Distribution | | LBT 8th Distribution | | LBT 7th Distribution | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | Lehman Brothers Treasury Co BV | AUD | 1,770,000.00 | AUD | 663,755.35 | AUD | 2,310,000.00 | 05NOV09 | AUD | 10,301.73 | AUD | 13,885.35 | AUD | 7,733.50 | AUD | 5,072.82 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | Lehman Brothers Treasury Co BV | HKD | 14,240,000.00 | HKD | 1,447,566.19 | HKD | 27,360,000.00 | 22OCT09 | HKD | 89,491.67 | HKD | 117,537.92 | HKD | 66,613.41 | HKD | 45,525.28 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | Lehman Brothers Treasury Co BV | HKD | 12,390,000.00 | HKD | 1,457,929.40 | HKD | 21,150,000.00 | 23OCT09 | HKD | 101,448.99 | HKD | 133,242.60 | HKD | 75,513.84 | HKD | 51,604.35 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | Lehman Brothers Treasury Co BV | HKD | 22,540,000.00 | HKD | 1,491,243.85 | HKD | 31,790,000.00 | 27OCT09 | HKD | 125,592.11 | HKD | 164,952.05 | HKD | 93,484.91 | HKD | 63,878.36 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | Lehman Brothers Treasury Co BV | HKD | 9,830,000.00 | HKD | 1,183,527.62 | HKD | 17,940,000.00 | 27OCT09 | HKD | 77,029.98 | HKD | 101,170.79 | HKD | 57,337.45 | HKD | 39,182.38 |
| LB 2Y HKD Range Accrual Note S817 02NOV09 | XS0327859301 | Lehman Brothers Treasury Co BV | HKD | 4,440,000.00 | HKD | 488,596.61 | HKD | 8,110,000.00 | 02NOV09 | HKD | 31,773.34 | HKD | 41,730.95 | HKD | 23,650.55 | HKD | 16,161.60 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | Lehman Brothers Treasury Co BV | HKD | 9,090,000.00 | HKD | 963,334.64 | HKD | 22,070,000.00 | 09NOV09 | HKD | 47,129.09 | HKD | 61,899.11 | HKD | 35,080.67 | HKD | 23,970.33 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | Lehman Brothers Treasury Co BV | HKD | 6,810,000.00 | HKD | 802,157.78 | HKD | 11,210,000.00 | 30NOV09 | HKD | 57,883.08 | HKD | 76,023.35 | HKD | 43,085.44 | HKD | 29,446.44 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | Lehman Brothers Treasury Co BV | HKD | 14,560,000.00 | HKD | 979,670.55 | HKD | 21,860,000.00 | 14DEC09 | HKD | 77,507.11 | HKD | 101,797.46 | HKD | 57,692.63 | HKD | 39,428.48 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | Lehman Brothers Treasury Co BV | HKD | 13,630,000.00 | HKD | 724,123.67 | HKD | 20,060,000.00 | 21DEC09 | HKD | 58,442.39 | HKD | 76,757.95 | HKD | 43,501.75 | HKD | 29,727.03 |
| LB 2Y HKD Range Accrual Note S905 18JAN10 | XS0339560376 | Lehman Brothers Treasury Co BV | HKD | 7,350,000.00 | HKD | 449,480.25 | HKD | 12,320,000.00 | 18JAN10 | HKD | 31,852.06 | HKD | 41,834.34 | HKD | 23,709.13 | HKD | 16,199.40 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | Lehman Brothers Treasury Co BV | HKD | 18,850,000.00 | HKD | 1,343,007.21 | HKD | 27,720,000.00 | 02MAR09 | HKD | 108,479.27 | HKD | 142,476.14 | HKD | 80,746.87 | HKD | 55,173.95 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | Lehman Brothers Treasury Co BV | HKD | 13,570,000.00 | HKD | 1,009,936.12 | HKD | 19,810,000.00 | 05MAR09 | HKD | 82,174.97 | HKD | 107,928.20 | HKD | 61,167.13 | HKD | 41,795.60 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | Lehman Brothers Treasury Co BV | USD | 1,220,000.00 | USD | 1,009,984.70 | USD | 2,380,000.00 | 22OCT09 | USD | 7,904.34 | USD | 10,417.87 | USD | 5,901.90 | USD | 4,034.54 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | Lehman Brothers Treasury Co BV | USD | 630,000.00 | USD | 835,417.43 | USD | 1,180,000.00 | 23OCT09 | USD | 6,809.73 | USD | 8,975.19 | USD | 5,084.60 | USD | 3,475.71 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | Lehman Brothers Treasury Co BV | USD | 2,440,000.00 | USD | 1,402,407.79 | USD | 3,850,000.00 | 27OCT09 | USD | 13,569.73 | USD | 17,884.84 | USD | 10,132.07 | USD | 6,927.16 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | Lehman Brothers Treasury Co BV | USD | 860,000.00 | USD | 564,605.73 | USD | 1,550,000.00 | 27OCT09 | USD | 4,782.77 | USD | 6,303.67 | USD | 3,571.14 | USD | 2,441.54 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | Lehman Brothers Treasury Co BV | USD | 1,170,000.00 | USD | 732,570.88 | USD | 1,810,000.00 | 27OCT09 | USD | 7,229.78 | USD | 9,528.81 | USD | 5,398.23 | USD | 3,690.18 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | Lehman Brothers Treasury Co BV | USD | 740,000.00 | USD | 429,665.33 | USD | 1,220,000.00 | 29OCT09 | USD | 3,978.96 | USD | 5,244.25 | USD | 2,970.96 | USD | 2,030.56 |
| LB 2Y USD Range Accrual Note S802 02NOV09 | XS0327465430 | Lehman Brothers Treasury Co BV | USD | 30,000.00 | USD | 409,964.90 | USD | 940,000.00 | 02NOV09 | USD | 199.76 | USD | 263.28 | USD | 149.15 | USD | 101.97 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | Lehman Brothers Treasury Co BV | USD | 1,440,000.00 | USD | 792,109.35 | USD | 1,670,000.00 | 06NOV09 | USD | 10,427.95 | USD | 13,743.99 | USD | 7,786.20 | USD | 5,322.24 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | Lehman Brothers Treasury Co BV | USD | 2,020,000.00 | USD | 1,383,415.35 | USD | 2,800,000.00 | 23NOV09 | USD | 15,237.50 | USD | 20,082.95 | USD | 11,377.34 | USD | 7,777.00 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | Lehman Brothers Treasury Co BV | USD | 2,050,000.00 | USD | 1,200,606.89 | USD | 2,430,000.00 | 23NOV09 | USD | 15,463.80 | USD | 20,381.21 | USD | 11,546.31 | USD | 7,892.50 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | Lehman Brothers Treasury Co BV | USD | 690,000.00 | USD | 745,425.94 | USD | 1,410,000.00 | 23NOV09 | USD | 5,569.32 | USD | 7,340.34 | USD | 4,158.42 | USD | 2,842.80 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | Lehman Brothers Treasury Co BV | USD | 2,550,000.00 | USD | 3,153,300.36 | USD | 5,780,000.00 | 23NOV09 | USD | 21,239.56 | USD | 27,993.64 | USD | 15,858.87 | USD | 10,840.05 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | Lehman Brothers Treasury Co BV | USD | 2,780,000.00 | USD | 2,470,391.22 | USD | 4,310,000.00 | 23NOV09 | USD | 24,327.71 | USD | 32,063.79 | USD | 18,164.67 | USD | 12,418.26 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | Lehman Brothers Treasury Co BV | USD | 1,590,000.00 | USD | 929,647.31 | USD | 3,380,000.00 | 21DEC09 | USD | 6,676.77 | USD | 8,799.95 | USD | 4,985.31 | USD | 3,407.37 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | Lehman Brothers Treasury Co BV | USD | 1,460,000.00 | USD | 837,356.14 | USD | 2,060,000.00 | 17DEC09 | USD | 9,060.74 | USD | 11,942.02 | USD | 6,765.34 | USD | 4,625.28 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | Lehman Brothers Treasury Co BV | USD | 2,170,000.00 | USD | 808,152.55 | USD | 2,750,000.00 | 29DEC09 | USD | 9,736.17 | USD | 12,832.23 | USD | 7,269.68 | USD | 4,969.30 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | Lehman Brothers Treasury Co BV | USD | 2,250,000.00 | USD | 2,080,010.87 | USD | 3,190,000.00 | 29DEC09 | USD | 22,398.83 | USD | 29,521.54 | USD | 16,724.44 | USD | 11,432.25 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | Lehman Brothers Treasury Co BV | USD | 1,410,000.00 | USD | 671,256.57 | USD | 2,110,000.00 | 31DEC09 | USD | 6,848.46 | USD | 9,026.24 | USD | 5,113.51 | USD | 3,495.39 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | Lehman Brothers Treasury Co BV | USD | 440,000.00 | USD | 181,498.22 | USD | 580,000.00 | 04JAN10 | USD | 2,102.16 | USD | 2,770.63 | USD | 1,569.61 | USD | 1,073.16 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | Lehman Brothers Treasury Co BV | USD | 970,000.00 | USD | 778,041.43 | USD | 2,750,000.00 | 18JAN10 | USD | 4,189.96 | USD | 5,522.34 | USD | 3,128.50 | USD | 2,138.85 |
| LB 2Y USD Airbag Range Accrual Note S026 25JAN10 | XS0341160082 | Lehman Brothers Treasury Co BV | USD | 540,000.00 | USD | 574,563.79 | USD | 2,040,000.00 | 25JAN10 | USD | 2,322.04 | USD | 3,060.44 | USD | 1,733.79 | USD | 1,185.30 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | Lehman Brothers Treasury Co BV | USD | 2,830,000.00 | USD | 1,695,334.57 | USD | 4,280,000.00 | 05MAR09 | USD | 17,114.57 | USD | 22,556.91 | USD | 12,778.87 | USD | 8,736.21 |
| LB 1Y USD Daily Callable Fixed Coupon Note S093 11MAR09 | XS0350571377 | Lehman Brothers Treasury Co BV | USD | 290,000.00 | USD | 382,166.57 | USD | 960,000.00 | 11MAR09 | USD | 1,762.57 | USD | 2,323.06 | USD | 1,316.06 | USD | 899.58 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | Lehman Brothers Treasury Co BV | USD | 285,000.00 | USD | 4,882,088.75 | USD | 7,150,000.00 | 22MAR11 | USD | 2,971.07 | USD | 3,915.85 | USD | 2,218.39 | USD | 1,516.49 |