Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
**(Jointly Administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Name of Transferee</u>

Deutsche Bank AG, London Branch

<u>Name of Transferor</u>

The Royal Bank of Scotland Plc

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: Michael.sutton@db.com

Court Claim # (if known): See attached Schedule

Amount of Claim (transferred):

(i)        See attached Schedule

(plus all interest, costs and fees relating to these claims)

Date Claim Filed: See attached Schedule

Tel: N/A

Last Four Digits of Acct. #:  N/A

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____

Date: ___14 JUNE 2017___

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Alex Darbyshire**
**Vice President**

**Simon Glennie**
**Director**

Schedule to Form 210A

| ISIN/CUSIP | LBHI Claim Number | Date Claim Filed | Principal/Notional Amount | |
|---|---|---|---|---|
| XS0331504745 | 40647 | Oct 16, 2009 | USD | 130,000.00 |
| XS0326608279 | 41347 | Oct 19, 2009 | USD | 140,000.00 |
| XS0326708491 | 42084 | Oct 19, 2009 | USD | 420,000.00 |
| XS0349511872 | 42161 | Oct 19, 2009 | USD | 400,000.00 |
| XS0331769538 | 43050 | Oct 21, 2009 | USD | 250,000.00 |
| XS0327940929 | 43114 | Oct 21, 2009 | AUD | 130,000.00 |
| XS0334922860 | 43809 | Oct 22, 2009 | HKD | 500,000.00 |
| XS0326608279 | 44051 | Oct 22, 2009 | USD | 90,000.00 |
| XS0348407411 | 44052 | Oct 22, 2009 | HKD | 900,000.00 |
| XS0339560293 | 44075 | Oct 22, 2009 | USD | 130,000.00 |
| XS0334922860 | 44190 | Oct 22, 2009 | HKD | 100,000.00 |
| XS0337553688 | 44192 | Oct 22, 2009 | USD | 100,000.00 |
| XS0331400530 | 44193 | Oct 22, 2009 | USD | 20,000.00 |
| XS0331400027 | 44194 | Oct 22, 2009 | USD | 20,000.00 |
| XS0331769538 | 44195 | Oct 22, 2009 | USD | 40,000.00 |
| XS0327940929 | 44291 | Oct 22, 2009 | AUD | 150,000.00 |
| XS0339560293 | 44292 | Oct 22, 2009 | USD | 170,000.00 |
| XS0339560376 | 44293 | Oct 22, 2009 | HKD | 370,000.00 |
| XS0336927909 | 44297 | Oct 22, 2009 | USD | 200,000.00 |
| XS0341160082 | 44530 | Oct 22, 2009 | USD | 50,000.00 |
| XS0326026498 | 44532 | Oct 22, 2009 | HKD | 1,000,000.00 |
| XS0331400530 | 44993 | Oct 23, 2009 | USD | 300,000.00 |
| XS0336415913 | 44994 | Oct 23, 2009 | USD | 260,000.00 |
| XS0331400027 | 44995 | Oct 23, 2009 | USD | 300,000.00 |
| XS0326608279 | 44996 | Oct 23, 2009 | USD | 330,000.00 |
| XS0349511872 | 44997 | Oct 23, 2009 | USD | 250,000.00 |
| XS0331400530 | 45130 | Oct 23, 2009 | USD | 100,000.00 |
| XS0331769454 | 45132 | Oct 23, 2009 | USD | 300,000.00 |
| XS0338525172 | 45133 | Oct 23, 2009 | USD | 180,000.00 |
| XS0337553688 | 45134 | Oct 23, 2009 | USD | 380,000.00 |
| XS0341160082 | 45135 | Oct 23, 2009 | USD | 380,000.00 |
| XS0326026498 | 45136 | Oct 23, 2009 | HKD | 2,900,000.00 |
| XS0327940929 | 45246 | Oct 23, 2009 | AUD | 200,000.00 |
| XS0336415913 | 45263 | Oct 23, 2009 | USD | 700,000.00 |
| XS0336927909 | 45271 | Oct 23, 2009 | USD | 110,000.00 |
| XS0326608279 | 45273 | Oct 23, 2009 | USD | 130,000.00 |
| XS0331769538 | 45275 | Oct 23, 2009 | USD | 130,000.00 |
| XS0325786084 | 45276 | Oct 23, 2009 | HKD | 3,000,000.00 |
| XS0331769454 | 45289 | Oct 23, 2009 | USD | 160,000.00 |
| XS0326026225 | 45296 | Oct 23, 2009 | USD | 70,000.00 |
| XS0326708491 | 45396 | Oct 23, 2009 | USD | 150,000.00 |
| XS0331769538 | 45401 | Oct 23, 2009 | USD | 100,000.00 |
| XS0331769538 | 45405 | Oct 23, 2009 | USD | 430,000.00 |
| XS0348407411 | 45443 | Oct 23, 2009 | HKD | 500,000.00 |
| XS0349512250 | 45444 | Oct 23, 2009 | HKD | 300,000.00 |
| XS0334922860 | 45445 | Oct 23, 2009 | HKD | 200,000.00 |
| XS0331769454 | 45447 | Oct 23, 2009 | USD | 40,000.00 |
| XS0336927909 | 45597 | Oct 23, 2009 | USD | 100,000.00 |
| XS0348407411 | 45751 | Oct 26, 2009 | HKD | 3,000,000.00 |
| XS0348407411 | 45752 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0336927909 | 45760 | Oct 26, 2009 | USD | 100,000.00 |
| XS0348407411 | 45766 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0335743398 | 45767 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0336645089 | 45768 | Oct 26, 2009 | USD | 160,000.00 |
| XS0348407411 | 45771 | Oct 26, 2009 | HKD | 3,000,000.00 |
| XS0349512250 | 45777 | Oct 26, 2009 | HKD | 900,000.00 |
| XS0326026225 | 45799 | Oct 26, 2009 | USD | 30,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0335743398 | 45800 | Oct 26, 2009 | HKD | 520,000.00 |
| XS0336250229 | 45801 | Oct 26, 2009 | USD | 200,000.00 |
| XS0326866307 | 45802 | Oct 26, 2009 | HKD | 510,000.00 |
| XS0328586515 | 45803 | Oct 26, 2009 | USD | 20,000.00 |
| XS0326708491 | 45804 | Oct 26, 2009 | USD | 20,000.00 |
| XS0331400027 | 45805 | Oct 26, 2009 | USD | 20,000.00 |
| XS0341160082 | 45806 | Oct 26, 2009 | USD | 20,000.00 |
| XS0336927909 | 45807 | Oct 26, 2009 | USD | 20,000.00 |
| XS0335743398 | 45814 | Oct 26, 2009 | HKD | 2,000,000.00 |
| XS0348407411 | 45824 | Oct 26, 2009 | HKD | 4,000,000.00 |
| XS0336415913 | 45836 | Oct 26, 2009 | USD | 70,000.00 |
| XS0326608279 | 45837 | Oct 26, 2009 | USD | 100,000.00 |
| XS0326026498 | 45838 | Oct 28, 2009 | HKD | 800,000.00 |
| XS0325786084 | 45839 | Oct 26, 2009 | HKD | 800,000.00 |
| XS0336250229 | 45843 | Oct 26, 2009 | USD | 160,000.00 |
| XS0326608352 | 45854 | Oct 26, 2009 | HKD | 2,000,000.00 |
| XS0335743398 | 45866 | Oct 26, 2009 | HKD | 1,220,000.00 |
| XS0332153807 | 45894 | Oct 26, 2009 | HKD | 780,000.00 |
| XS0326865671 | 45916 | Oct 26, 2009 | USD | 100,000.00 |
| XS0336415913 | 45918 | Oct 26, 2009 | USD | 70,000.00 |
| XS0326608352 | 45919 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0329337348 | 45920 | Oct 26, 2009 | USD | 400,000.00 |
| XS0349511872 | 46870 | Oct 26, 2009 | USD | 100,000.00 |
| XS0331769454 | 46892 | Oct 26, 2009 | USD | 400,000.00 |
| XS0335743398 | 46918 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0326608352 | 46944 | Oct 26, 2009 | HKD | 2,500,000.00 |
| XS0338525172 | 47065 | Oct 26, 2009 | USD | 160,000.00 |
| XS0325786084 | 47351 | Oct 26, 2009 | HKD | 1,200,000.00 |
| XS0339560376 | 47352 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0349512250 | 47353 | Oct 26, 2009 | HKD | 1,200,000.00 |
| XS0331504745 | 47361 | Oct 26, 2009 | USD | 70,000.00 |
| XS0334922860 | 47362 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0336250229 | 47373 | Oct 26, 2009 | USD | 80,000.00 |
| XS0335743398 | 47374 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0325786084 | 47380 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0329337348 | 47501 | Oct 27, 2009 | HKD | 300,000.00 |
| XS0331400027 | 47608 | Oct 27, 2009 | USD | 120,000.00 |
| XS0326608352 | 47619 | Oct 27, 2009 | HKD | 5,630,000.00 |
| XS0326026225 | 47741 | Oct 27, 2009 | USD | 80,000.00 |
| XS0326866307 | 47742 | Oct 27, 2009 | HKD | 2,100,000.00 |
| XS0326026498 | 47750 | Oct 27, 2009 | HKD | 400,000.00 |
| XS0331400027 | 47751 | Oct 27, 2009 | USD | 50,000.00 |
| XS0335743398 | 47753 | Oct 27, 2009 | HKD | 500,000.00 |
| XS0339560376 | 47754 | Oct 27, 2009 | HKD | 500,000.00 |
| XS0326608279 | 47878 | Oct 27, 2009 | USD | 200,000.00 |
| XS0326608352 | 47879 | Oct 27, 2009 | HKD | 1,500,000.00 |
| XS0326866307 | 47979 | Oct 27, 2009 | HKD | 540,000.00 |
| XS0331400027 | 48604 | Oct 27, 2009 | USD | 30,000.00 |
| XS0331400530 | 48605 | Oct 27, 2009 | USD | 30,000.00 |
| XS0331769454 | 48606 | Oct 27, 2009 | USD | 50,000.00 |
| XS0335743398 | 48608 | Oct 27, 2009 | HKD | 1,000,000.00 |
| XS0339560293 | 48651 | Oct 27, 2009 | USD | 80,000.00 |
| XS0334922860 | 48652 | Oct 27, 2009 | HKD | 470,000.00 |
| XS0326608279 | 48667 | Oct 27, 2009 | USD | 30,000.00 |
| XS0328586515 | 48744 | Oct 27, 2009 | USD | 200,000.00 |
| XS0331769538 | 49430 | Oct 27, 2009 | USD | 170,000.00 |
| XS0336250229 | 49467 | Oct 27, 2009 | USD | 200,000.00 |
| XS0336927909 | 49518 | Oct 27, 2009 | USD | 180,000.00 |
| XS0326026498 | 49525 | Oct 27, 2009 | HKD | 650,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0326026225 | 49575 | Oct 27, 2009 | USD | 130,000.00 |
| XS0331769538 | 49580 | Oct 27, 2009 | USD | 100,000.00 |
| XS0331769454 | 49965 | Oct 27, 2009 | USD | 150,000.00 |
| XS0325841368 | 49966 | Oct 27, 2009 | USD | 100,000.00 |
| XS0336927909 | 50340 | Oct 28, 2009 | USD | 180,000.00 |
| XS0331769538 | 50382 | Oct 28, 2009 | USD | 350,000.00 |
| XS0334922860 | 50669 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331400530 | 50678 | Oct 28, 2009 | USD | 140,000.00 |
| XS0331400027 | 50684 | Oct 28, 2009 | USD | 170,000.00 |
| XS0336250229 | 50703 | Oct 28, 2009 | USD | 200,000.00 |
| XS0331400530 | 50835 | Oct 28, 2009 | USD | 50,000.00 |
| XS0326026498 | 50836 | Oct 28, 2009 | HKD | 500,000.00 |
| XS0335743398 | 50873 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331769538 | 50879 | Oct 28, 2009 | USD | 120,000.00 |
| XS0326026498 | 50885 | Oct 28, 2009 | HKD | 1,500,000.00 |
| XS0331400530 | 50889 | Oct 28, 2009 | USD | 110,000.00 |
| XS0331769454 | 50898 | Oct 28, 2009 | USD | 130,000.00 |
| XS0329337348 | 50899 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331769538 | 50904 | Oct 28, 2009 | USD | 100,000.00 |
| XS0369799845 | 51250 | Oct 28, 2009 | USD | 75,000.00 |
| XS0369799845 | 51251 | Oct 28, 2009 | USD | 80,000.00 |
| XS0348407411 | 51601 | Oct 28, 2009 | HKD | 500,000.00 |
| XS0334922860 | 51602 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0349512250 | 51628 | Oct 28, 2009 | HKD | 1,800,000.00 |
| XS0327940929 | 51772 | Oct 28, 2009 | AUD | 200,000.00 |
| XS0331504745 | 51773 | Oct 28, 2009 | USD | 130,000.00 |
| XS0331769538 | 55132 | Oct 29, 2009 | USD | 220,000.00 |
| XS0369799845 | 55137 | Oct 29, 2009 | USD | 65,000.00 |
| XS0331400530 | 55154 | Oct 29, 2009 | USD | 540,000.00 |
| XS0349511872 | 55213 | Oct 29, 2009 | USD | 500,000.00 |
| XS0331400027 | 55214 | Oct 29, 2009 | USD | 960,000.00 |
| XS0349511872 | 55222 | Oct 29, 2009 | USD | 150,000.00 |
| XS0336250229 | 55282 | Oct 29, 2009 | USD | 60,000.00 |
| XS0325786084 | 55283 | Oct 29, 2009 | HKD | 500,000.00 |
| XS0326608279 | 56038 | Oct 29, 2009 | USD | 200,000.00 |
| XS0336645089 | 56521 | Oct 29, 2009 | USD | 150,000.00 |
| XS0331400530 | 56522 | Oct 29, 2009 | USD | 140,000.00 |
| XS0331504745 | 56727 | Oct 29, 2009 | USD | 80,000.00 |
| XS0336927909 | 56728 | Oct 29, 2009 | USD | 70,000.00 |
| XS0327940929 | 56967 | Oct 29, 2009 | AUD | 280,000.00 |
| XS0331769454 | 56968 | Oct 29, 2009 | USD | 20,000.00 |
| XS0325841368 | 57068 | Oct 30, 2009 | USD | 100,000.00 |
| XS0326608279 | 57070 | Oct 30, 2009 | USD | 220,000.00 |
| XS0332153807 | 57072 | Oct 30, 2009 | HKD | 800,000.00 |
| XS0327940929 | 57100 | Oct 30, 2009 | AUD | 200,000.00 |
| XS0348407411 | 57110 | Oct 30, 2009 | HKD | 1,000,000.00 |
| XS0336250229 | 57134 | Oct 30, 2009 | USD | 50,000.00 |
| XS0331400530 | 57135 | Oct 30, 2009 | USD | 40,000.00 |
| XS0326608436 | 57136 | Oct 30, 2009 | USD | 50,000.00 |
| XS0327859301 | 57137 | Oct 30, 2009 | HKD | 580,000.00 |
| XS0349511872 | 57187 | Oct 30, 2009 | USD | 90,000.00 |
| XS0336250229 | 57196 | Oct 30, 2009 | USD | 20,000.00 |
| XS0325841368 | 57198 | Oct 30, 2009 | USD | 40,000.00 |
| XS0326608279 | 57199 | Oct 30, 2009 | USD | 30,000.00 |
| XS0326608436 | 57209 | Oct 30, 2009 | USD | 120,000.00 |
| XS0339560376 | 57210 | Oct 30, 2009 | HKD | 1,030,000.00 |
| XS0336927909 | 57212 | Oct 30, 2009 | USD | 100,000.00 |
| XS0326608436 | 57213 | Oct 30, 2009 | USD | 150,000.00 |
| XS0334922860 | 57230 | Oct 30, 2009 | HKD | 500,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0325786084 | 57231 | Oct 30, 2009 | HKD | 620,000.00 |
| XS0326708491 | 57232 | Oct 30, 2009 | USD | 40,000.00 |
| XS0338525172 | 57235 | Oct 30, 2009 | USD | 100,000.00 |
| XS0331769538 | 57238 | Oct 30, 2009 | USD | 130,000.00 |
| XS0350571377 | 57257 | Oct 30, 2009 | USD | 130,000.00 |
| XS0326608279 | 57259 | Oct 30, 2009 | USD | 130,000.00 |
| XS0336415913 | 57260 | Oct 30, 2009 | USD | 50,000.00 |
| XS0331400530 | 57262 | Oct 30, 2009 | USD | 70,000.00 |
| XS0331504745 | 57263 | Oct 30, 2009 | USD | 30,000.00 |
| XS0336645089 | 57264 | Oct 30, 2009 | USD | 150,000.00 |
| XS0326608436 | 57265 | Oct 30, 2009 | USD | 100,000.00 |
| XS0336927909 | 57266 | Oct 30, 2009 | USD | 210,000.00 |
| XS0325786084 | 57269 | Oct 30, 2009 | HKD | 1,000,000.00 |
| XS0331400027 | 57270 | Oct 30, 2009 | USD | 50,000.00 |
| XS0327940929 | 57332 | Oct 30, 2009 | AUD | 70,000.00 |
| XS0325841368 | 57333 | Oct 30, 2009 | USD | 70,000.00 |
| XS0339560376 | 57718 | Oct 30, 2009 | HKD | 500,000.00 |
| XS0326866307 | 57719 | Oct 30, 2009 | HKD | 500,000.00 |
| XS0339560376 | 57721 | Oct 30, 2009 | HKD | 200,000.00 |
| XS0369799845 | 57722 | Oct 30, 2009 | USD | 65,000.00 |
| XS0332153807 | 57751 | Oct 30, 2009 | HKD | 800,000.00 |
| XS0326608436 | 57752 | Oct 30, 2009 | USD | 80,000.00 |
| XS0336645089 | 57753 | Oct 30, 2009 | USD | 60,000.00 |
| XS0337553688 | 57754 | Oct 30, 2009 | USD | 30,000.00 |
| XS0341160082 | 57755 | Oct 30, 2009 | USD | 30,000.00 |
| XS0349512250 | 60811 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0331769454 | 60815 | Nov 02, 2009 | USD | 210,000.00 |
| XS0334922860 | 60836 | Nov 02, 2009 | HKD | 250,000.00 |
| XS0348407411 | 60837 | Nov 02, 2009 | HKD | 700,000.00 |
| XS0336927909 | 60842 | Nov 02, 2009 | USD | 150,000.00 |
| XS0331769454 | 60846 | Nov 02, 2009 | USD | 150,000.00 |
| XS0334922860 | 60852 | Nov 02, 2009 | HKD | 890,000.00 |
| XS0335743398 | 60853 | Nov 02, 2009 | HKD | 1,000,000.00 |
| XS0349511872 | 60854 | Nov 02, 2009 | USD | 500,000.00 |
| XS0326866307 | 60857 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0335743398 | 60914 | Nov 02, 2009 | HKD | 250,000.00 |
| XS0332153807 | 60915 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0329337348 | 60916 | Nov 02, 2009 | HKD | 1,200,000.00 |
| XS0326866307 | 60917 | Nov 02, 2009 | HKD | 650,000.00 |
| XS0326608352 | 60918 | Nov 02, 2009 | HKD | 890,000.00 |
| XS0325786084 | 60919 | Nov 02, 2009 | HKD | 1,080,000.00 |
| XS0326026498 | 60920 | Nov 02, 2009 | HKD | 1,500,000.00 |
| XS0349511872 | 60921 | Nov 02, 2009 | USD | 130,000.00 |
| XS0339560293 | 60922 | Nov 02, 2009 | USD | 310,000.00 |
| XS0337553688 | 60923 | Nov 02, 2009 | USD | 60,000.00 |
| XS0336927909 | 60924 | Nov 02, 2009 | USD | 70,000.00 |
| XS0336645089 | 60925 | Nov 02, 2009 | USD | 210,000.00 |
| XS0336250229 | 60928 | Nov 02, 2009 | USD | 190,000.00 |
| XS0331769538 | 60929 | Nov 02, 2009 | USD | 50,000.00 |
| XS0331769454 | 60930 | Nov 02, 2009 | USD | 80,000.00 |
| XS0331400027 | 60931 | Nov 02, 2009 | USD | 50,000.00 |
| XS0326608279 | 60932 | Nov 02, 2009 | USD | 150,000.00 |
| XS0325841368 | 60933 | Nov 02, 2009 | USD | 250,000.00 |
| XS0326865671 | 61149 | Nov 02, 2009 | USD | 320,000.00 |
| XS0328586515 | 61150 | Nov 02, 2009 | USD | 300,000.00 |
| XS0326866307 | 61312 | Nov 02, 2009 | HKD | 500,000.00 |
| XS0326865671 | 61319 | Nov 02, 2009 | USD | 130,000.00 |
| XS0331400027 | 62934 | Nov 02, 2009 | USD | 70,000.00 |
| XS0326026498 | 62935 | Nov 02, 2009 | HKD | 400,000.00 |

Schedule to Form 210A

| XS0331769538 | 62936 | Nov 02, 2009 | USD | 40,000.00 |
|---|---|---|---|---|
| XS0336645089 | 62937 | Nov 02, 2009 | USD | 190,000.00 |
| XS0326866307 | 64670 | Nov 04, 2009 | HKD | 600,000.00 |
| XS0331400530 | 64857 | Nov 05, 2009 | USD | 130,000.00 |
| XS0326026498 | 67148 | Oct 26, 2010 | HKD | 1,000,000.00 |

<u>AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM</u>
<u>LEHMAN PROGRAM SECURITY</u>

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **THE ROYAL BANK OF SCOTLAND PLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **DEUTSCHE BANK AG, LONDON BRANCH** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentage specified in Schedule 1 hereto, in Seller's right, title and interest in and to the Proof of Claim Numbers listed on Schedule 1 filed by or on behalf of Seller (a copy of which is attached at Schedule 2 hereto) (the "Proofs of Claim" and each a "Proof of Claim") as is specified in Schedule 1 hereto (the "Purchased Portion") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Portion and specified in Schedule 1 attached hereto. For the avoidance of doubt, Purchaser does not assume and shall not be responsible for any obligations or liabilities of the Seller to or in connection with the Transferred Claim, the Purchased Securities or the Proceedings.

2.    Seller hereby represents and warrants to Purchaser that: (a) the Proofs of Claim were duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proofs of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller has been duly authorized to sell, transfer and assign the Transferred Claims by the owner of Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim includes the Purchased Portion specified in Schedule 1 attached hereto; (f) Seller has not engaged in, and, to the best of its knowledge, none of Seller's predecessors-in-interest (if any) in the past have engaged in, any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; (g) a true and correct schedule of the 10[th], 11[th] and 12th distributions paid to Seller by Lehman Brothers Holdings, Inc., appears attached hereto as Schedule 2; (h) to the best of its knowledge and based on its understanding of the Proceedings, the Transferred Claims are Class 5 Senior Third Party Guarantee Claims; and (i) a true and correct schedule of the 7th, 8th, 9th, and 10th distributions paid to Seller by Lehman Brothers Treasury Co. B.V. or its authorized agent(s), with respect to the securities relating to the Transferred Claims, appears attached hereto as Schedule 3.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by

DB Ref: 19881

Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proofs of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below, unless otherwise required by the international treaties governing the service of process to the parties.

DB Ref: 19881

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __ day of _____ 2017.

**THE ROYAL BANK OF SCOTLAND PLC**

By: _____
Name: CHRIS ANDREWS
Title:       AUTHORISED SIGNATORY

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name: _____
Title: _____
                    **Alex Darbyshire**
                    **Vice President**

By: _____
Name: _____
Title: _____
        **Simon Glennie**
        **Director**

Winchester House
1, Great Winchester Street
London EC2N 2DB
ENGLAND
Attn: Michael Sutton

DB Ref: 19881

Schedule 1

## Transferred Claims

### Purchased Portion

100% of the claims that are referenced in the Proofs of Claim (as highlighted in the copy of the Proofs of Claim attached at Schedule 2) and relating to the Purchased Securities described in the attached spreadsheet (plus all interest, costs and fees relating to this claim).

*See attached spreadsheet, which describes:*

- Description of Security Issued by Lehman Brothers Treasury BV
- ISIN / CUSIP
- Blocking Number
- Issuer
- Guarantor
- LBHI Claim Number
- Principal / Notional Amount
- Allowed Amount
- Maturity
- 10th, 11th and 12th Distributions made by LBHI

DB Ref: 19881

| Description of Security | ISIN/CUSIP | Blocking Number | Issuer | Guarantor | LBHI Claim Number | Principal/Notional Amount | | Allowed Amount | | Maturity | LBHI 12th Distribution | | LBHI 11th Distribution | | LBHI 10th Distribution | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

This page contains a dense rotated financial schedule table. The consistently legible columns across all rows identify the counterparties "Lehman Brothers Treasury Co BV" and "Lehman Brothers Holdings Inc", with currency codes "USD" and "HKD". The remaining numeric columns (ISINs, note descriptions such as "LB ... HKD Range Accrual Note ...", notional amounts, dates, and values) are rendered at too small a scale to transcribe reliably.

Schedule 1

Schedule 2

Copies of LBHI Proofs of Claim

DB Ref: 19881

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## LEHMAN SECURITIES PROGRAMS
## PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000050340

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LIN SAMUEL
104 B HONG LOK ROAD EAST
HONG LOK YUEN   TAI PO   HONG KONG
Telephone number: (852) 26521099   Email Address: samuel4lin@gmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
*(if known)*

Filed on:_____

Name and address where payment should be sent (if different from above)

Telephone number:                Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 180, 000     in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above)      (Required)

☑    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): _____ XS0336927909 _____      (Required)

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: _____ CA46941 _____      (Required)

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: _____ 89529 _____      (Required)

5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date: 26-OCT 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |

for  SAMUEL LIN

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 28 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC



20-OCT-2009   10:04        ABN AMRO BANK                                                    P.0.

---

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

**LEHMAN SECURITIES PROGRA**
**PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al
08-13555 (JMP)                      0000050382

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

MURATA RYOKO & MURATA MITSUAKI
Unit D, 12/F  CDW  Building
388 Castle  Peak Road, Tsuen Wan, N.T. Hong kong
Telephone number: 852 9025 3957     Email Address:

☐ Check this box to indicate t
claim amends a previously filed

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:                    Email Address:

☐ Check this box if you are aw
anyone else has filed a proof of c
relating to your claim. Attach co
statement giving particulars

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehm
Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them there:
and whether such claim matured or became fixed or liquidated before or after September 15, 2008.  The claim amount must be stated in United Sta
dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs S
you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 350,000    in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be
determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑  Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Secur

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are fi
this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities
which this claim relates.

International Securities Identification Number (ISIN): _____ XS0331769538 _____ (Required)

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference num
as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.  You must acquire a Blocking
Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with resp
to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which t
claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference
number:

_____ CA55035 _____ (Required)

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for
you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from you
accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal acc
numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

_____ 89529 _____ (Required)

5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you
consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository
to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of
reconciling claims and distributions.

**FOR COURT USE ONL**

Date.    Signature: The person filing this claim must sign it. Sign and print name and title, if any, of
the creditor or other person authorized to file this claim and state address and telephone
number if different from the notice address above. Attach copy of power of attorney, if any.

**FILED / RECEIVED**

OCT 28 2009

20-OCT-2009  10:04        ABN AMRO BANK                                    P.0

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general ...*
*of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these genera...*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date i...
9011. Print the name and title, if any, of the creditor or o...
person authorized to file this claim. State the filer's addr...
telephone number if it differs from the address given on t...
the form for purposes of receiving notices. Attach a comp...
of any power of attorney. Criminal penalties apply for ma...
false statement on a proof of claim.

## DEFINITIONS

### INFORMATION

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filin...
may either enclose a stamped self-addres...
envelope and a copy of this proof of clai...
may access the Claims Agent's system
(http://www.lehman-docket.com) to viev...
filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of pur...
claims for an amount less than the face v...
the claims. One or more of these entities
contact the creditor and offer to purchase...
claim. Some of the written communicatio...
these entities may easily be confused wit...
court documentation or communications...
debtor. These entities do not represent the
bankruptcy court or the debtor. The credi...
no obligation to sell its claim. However, i...
creditor decides to sell its claim, any tran...
such claim is subject to FRBP 3001(e), ar...
applicable provisions of the Bankruptcy C...
U.S.C. § 101 *et seq.*), and any applicable...
the bankruptcy court.



| United States Bankruptcy Court/Southern District of New York | | LEHMAN SECURITIES PROGRAMS |
| :--- | :--- | :--- |
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000050669 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009.

| Name and address of Creditor: (and name and address where notices should be sent from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| :--- | :--- |
| YUE WAI CHUN<br>1409 HING CHUNG HOUSE, MEI CHUNG COURT, TAI WAI, N.T., HONG KONG<br>Telephone number: (852) 90260172    Email Address: ft_wcy@yahoo.com.hk | **Court Claim Number:** _____<br>_(If known)_<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above)<br><br>Telephone number:    Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars |

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 1,000,000 (equivalent to USD 128,363.11 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** _____(as statement above)_____    **(Required)**

☑   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):**      XS0334922860      **(Required)**

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
     CA46765      **(Required)**

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
     89529      **(Required)**

5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date.<br><br>22/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY**<br><br>**FILED / RECEIVED**<br>OCT 2 8 2009<br>EPIQ BANKRUPTCY SOLUTIONS, LLC |

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150-5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
C/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Dear Sirs,

**Re: Lehman Brothers Holdings Inc ("LBHI")**
**Chapter 11 Case No. 08-13555 (JMP)**

**REVISED LEHMAN PROGRAM SECURITIES PROOF OF CLAIM –**
**HKD DENOMINATED LEHMAN HOLDING**

Please find enclosed Lehman Program Securities Proof of Claim/s ("Proof of Claim") with Clearstream Bank Blocking Number/s below:

CA46765

The enclosed Proof of Claim/s contain the correct USD/HKD conversion rate as at 15 September 2008 and shall supersede any Proof of Claim with the same Clearstream Bank Blocking Number/s filed previously.

If you have any questions, or require any further information, please do not hesitate to contact me/us using the contact details stated in the enclosed revised Proof of Claim.

Yours faithfully,

Name/s:          YUE WAI CHUN

Signature/s:

Date:          22/10/2009

Enc.

敬啓者：

**雷曼兄弟控股有限公司 (「雷曼兄弟」) (Leman Brothers Holdings Inc. ("LBHI"))**
**第 11 章 檔案編號：08-13555 (JMP)**

**修正雷曼計劃證券索償證明 – 港元認購的雷曼證券修正雷曼計劃證券索償證明**

隨函附上結算參考編號為 [請參閱背頁] 之雷曼計劃證券索償證明 (「索償證明」)。現附上之索償證明截有截至 2008 年 9 月 15 日的正確美元兌港元兌換率，並將取代早前可能已提交的任何同樣結算參考編號之索償證明。

如有任何疑問或需提供更多資料，請參照附奉索償證明上的聯絡資料與我 / 我們聯絡。

客戶姓名：　　 [已列印於英文版本之信函上]　　　　　　　 [已列印於英文版本之信函上]

客戶簽署：　　 [請於英文版本之信函上簽署]　　　　　　　 [請於英文版本之信函上簽署]

日期：　　　　 [請於英文版本之信函上填寫]

附件



**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000050678

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

---

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

SHAO CUILING

305 RONG YANG NORTH ST YONG PING VILLAGE
YANBU TOWN NANHAI CITY GUANGDONG CHINA
Telephone number: (86) 13802636277  Email Address: SCL1995@16.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(if known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: _____  Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

---

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 140, 000    in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): _____ XS0331400530 _____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: _____ CA31923 _____ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: _____ 89529 _____ (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 2009. 10.26 | 邵翠玲 |

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 28 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## _DEFINITIONS_

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## _INFORMATION_

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# Royal Preferred Banking



**RBS**
*The Royal Bank of Scotland*

ABN AMRO Bank N.V.

SHAO CUILING
305 RONG YANG NORTH ST YONG PING VILLAGE
YANBU TOWN NANHAI CITY GUANGDONG CHINA

Contact ： JASON CHUN (CWB)
聯絡人

Telephone ： 22022192
電話號碼

Date ： 08/11/07
日期

## Contract Note - Structured Product Subscription

### 結構性產品認購交易單據

The details of transaction are as follows:
交易詳情如下：

| | | |
|---|---|---|
| Investment A/C No.　投資帳戶號碼 | : | 9812992 |
| Product Name　產品名稱 | : | LB 2Y USD Airbag Range Accrual Note S891 23NOV09 |
| Product / ISIN Code　產品/國際證券號碼 | : | 07PLE891QU |
| Issuer　發行商 | : | LEHMAN BROTHERS TREASURY CO BV |
| Underlying　相關資產 | : | CHINA CONSTRUCTION BANK CORP - H |
| | | CHINA MOBILE (HONG KONG) LTD |
| | | CHINA SHENHUA ENERGY CO LTD -H |
| Coupon Rate (%)　票面息率 | : | Please refer to the Term Sheet （其細節載於條件單） |
| Trade Date　交易日 | : | 08/11/07 |
| Issue Date　發行日 | : | 23/11/07 |
| Maturity Date　到期日 | : | 23/11/09 |
| Nominal Amount　面額 | : | USD 140,000.00 |
| Purchase Price (%)　購入價百分比 | : | 100.00 |
| Purchased Amoun　購入金額 | : | USD 140,000.00 |
| Commission　佣金 | : | USD 700.00 |
| Total Settlement Amount　總結算金額 | : | USD 140,700.00 |
| Settlement A/C No.　結算帳戶號碼 | : | 0120140039 |
| Settlement Date　結算日 | : | 23/11/07 |

Remarks:
- ABN AMRO N.V." (the "Bank") is acting as principal in the above-mentioned transaction.
- This Contract Note should be read in conjunction with the product termsheet of the Structured Product.
備註：
- 荷蘭銀行(下稱「本銀行」)為上述交易之主事人。
- 員此認定必須與該產品條款細則一併閱讀。

COPY

This is computer-generated document, no signature is required.
此乃電腦系統所發之文件,毋須簽署。

Remarks:

1. As soon as practicable after the Bank has entered into a Transaction with or for your Account, the Bank may send to you an advice, contract note or confirmation of such Transaction. Such advice, contract note or confirmation is provided by the Bank for record purposes only. Any Instructions given or authorised, if accepted by the Bank, are accepted at the time of the same being given or authorised and not at the time of the issue of the contract note or confirmation.

2. You shall examine all advices, contract notes or confirmations as soon as you receive them and if you do not receive them within 7 days of entering into a Transaction, you shall immediately notify the Bank and request a copy. Except for discrepancies of which you notify the Bank within 90 days from the date of such advice, contract note or confirmation, the Bank's records shall be deemed correct and binding on you (subject to the Bank's right to adjust, which may be exercised by the Bank at any time, any entries in the Account or details in the advice, contract note or confirmation where they have been wrongly or mistakenly made by the Bank).

3. If you make any Transaction relating to or otherwise adopt by conduct, the Transaction recorded in such advice, contract note or confirmation, the recorded Transaction is treated as conclusive against you notwithstanding the relevant period for raising objection has not expired.

4. If you change your mailing address, kindly notify ABN AMRO Bank N.V. in writing.

5. The price of investment products can and does fluctuate, and that any individual investment products may experience upward or downward movements, and may even become valueless. There is an inherent risk that losses may be incurred rather than profit made as a result of buying and selling investment products.

6. Except as otherwise indicated in the offering materials for a particular investment, investments are not deposits or other obligations of, or guaranteed or insures by ABN AMRO Bank N.V. or any of their affiliates or subsidiaries, or by any local government or insurance agency, and are subject to investment risks, including possible loss of the principal amount invested.

7. Securities Trading Hours
   Hong Kong Stocks: Monday to Friday, 10:00a.m. to 12:30 p.m., 2:30 p.m. to 4:00 p.m.
   Asian Stocks: Monday to Friday, 9:00 a.m. to 5:00 p.m. (Hong Kong Business Day)

8. ABN AMRO Bank N.V. incorporated in Netherlands with limited liability

9. ABN AMRO Bank N.V. accepted at: 17/F Lincoln House, Taikoo Place, 979 King's Road, Quarry Bay, Hong Kong

10. ABN AMRO Bank N.V. acts as an intermediary unless specified. ABN AMRO (Hong Kong) Nominees Ltd. (a 100% owned subsidiary of ABN AMRO Bank N.V. providing custodian and nominees services) acts as an associated entity of the intermediary.

11. In case of discrepancy between the English and Chinese version, the English version shall prevail.

備註：

1. 本銀行與你的賬戶或為你的賬戶進行一項交易後，將在可行情況下盡快將交易單據、合約單據或交易確認書送交給你。本銀行提供的此等交易單據、合約單據或確認書只作紀錄之用。客戶發出或授權發出的指示，一經本銀行接受，即以發出或授權發出的時候（而非本銀行發出交易單據或確認書發出的時間）為接受指示的時間。

2. 你收到任何交易單據、合約單據或確認書時須立即核對；若你在訂立交易後7天內仍未收到此等交易單據、合約單據或確認書，你須立即通知本銀行，並要求一份副本。除非你在此交易單據、合約單據或確認書日期後90天內，通知本銀行任何錯誤，本銀行的記錄即被視為正確，並對你有約束力（但本銀行有權調整其錯誤作出的任何賬戶記錄或交易單據、合約單據或確認書資料，而本銀行可隨時行使此項權利）。

3. 若你進行這此等交易單據、合約單據或確認書上記錄的交易或通過行為採納的交易，則此等已記錄的交易對你而言是屬於確定性的，而不論你提出異議的有關限期是否已屆滿。

4. 閣下之通訊地址如有更改，請以書面通知本行。

5. 投資產品價格可能會及經常會波動，而且任何一支投資產品的價格都可能會上升及下跌，甚至變成毫無價值。買賣投資產品具有其內在的風險，所以未必一定能夠賺取利潤，反而可能會招致損失。

6. 投資並非一定賺款，且存在風險，包括損失本金。再者，一般投資並未獲得ABN AMRO Bank N.V.或其任何附屬或聯營公司，或任何國家之當地政府，或保險公司的保證或承擔擔保，除非其保證已列明於有關之認購條件中。

7. 股票交易時間
   港股：星期一至星期五，早上十時至下午十二時三十分，下午二時三十分至下午四時正
   亞洲股票：星期一至星期五，早上九時至下午五時(香港辦公日)

8. 荷蘭銀行是一家於荷蘭註冊而成立的有限責任公司。

9. 荷蘭銀行地址：香港鰂魚涌英皇道979號太古坊林肯大廈17樓

10. 如非特別指明，荷蘭銀行將作為中介者。ABN AMRO (Hong Kong) Nominees Ltd.(從事提供託管及代理服務的荷蘭銀行全資附屬公司)作為中介者的聯繫實體。

11. 中文譯本如含義與英文有異，則以英文為準。

| KatharineCheung | Clearstream Banking - CreationOnline | 6:39 AM CET |

| Security Post Release | |
|---|---|
| Trade Details | |
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity-Status | Settlement-Settled |
| ISIN Code | XS0331400530 |
| Common Code | 033140053 |
| Financial Instrument Description | USD FL.R LEHMAN BROS.TREAS 07-2009 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason-Narrative | |
| Sender's Reference | NONREF |
| Last Update | 10/7/09 12:54 PM |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 89529 - ABN AMRO (HK) NOM.-CONS. BKING CLT |
| Quantity of Financial Instrument | 140,000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 10/7/09 |
| Trade Date/Time | 10/7/09 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trano | CA31923 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 10/7/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |
| Settlement Parties | |
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 89529 |
| Description | UNPUBLISHED |
| Settlement parties : | |

| KatharineCheung | Clearstream Banking - CreationOnline | 6:39 AM CET |
|---|---|---|

| Settlement Processing Narrative | CONSBLOK 000033140053 | OCE CONSENT | YOUR INX |
|---|---|---|---|
| Additional Information | | | |
| Input Media | Internal | | |
| References: | | | |
| Type | Reference | | |
| Clearstream | 02LZS20000FN | | |
| CA Notification | 0000000065490590 | | |



United States Bankruptcy Court/Southern District of New York

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS**
**PROOF OF CLAIM**

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000050684

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

HE  XINGZHI
305 RONG YANG N ST YONG PING VILL YAN BU TOWN
NANHAI CITY GUANGDONG PROVINCE CHINA
Telephone number: (86)13902812138    Email Address: SCL1895@126.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on:_____

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 170, 000      in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above)          (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):      XS0331400027          (Required)

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

      CA31925          (Required)

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

      89529          (Required)

5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 2009.10.24 |  |

**FILED / RECEIVED**
OCT 2 8 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

| KatharineCheung | Clearstream Banking - CreationOnline | 6:39 AM CET |

| Security Post Release | |
|---|---|
| **Trade Details** | |
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity-Status | Settlement-Settled |
| ISIN Code | XS0331400027 |
| Common Code | 033140002 |
| Financial Instrument Description | USD FL.R LEHMAN BROS.TREAS 07-2009 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason-Narrative | |
| Sender's Reference | NONREF |
| Last Update | 10/7/09 12:55 PM |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 89529 - ABN AMRO (HK) NOM.-CONS. BKING CLT |
| Quantity of Financial Instrument | 170,000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 10/7/09 |
| Trade Date/Time | 10/7/09 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trano | CA31925 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 10/7/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |
| **Settlement Parties** | |
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 89529 |
| Description | UNPUBLISHED |
| Settlement parties : | |
| Receiving Agent | Clearstream 89529 |

| KatharineCheung | Clearstream Banking - CreationOnline | 6:39 AM CET |
| --- | --- | --- |

| Settlement Processing Narrative | CONSBLOK 000033140002 | OCE CONSENT | YOUR INX |
| --- | --- | --- | --- |
| Additional Information | | | |
| Input Media | Internal | | |
| References: | | | |
| Type | Reference | | |
| Clearstream | 02LZS20000GQ | | |
| CA Notification | 0000000065490591 | | |

# Royal Preferred Banking



**The Royal Bank of Scotland**

**ABN AMRO Bank N.V.**

HE XINGZHI
305 RONG YANG N ST YONG PING VILL YAN BU TOWN
NANHAI CITY GUANGDONG PROVINCE CHINA

Contact ：  JASON CHUN (CWB)
聯絡人

Telephone ：  22022192
電話號碼

Date ：  08/11/07
日期

## Contract Note - Structured Product Subscription
### 結構性產品認購交易單據

*The details of transaction are as follows:*
交易詳情如下：

| | |
|---|---|
| Investment A/C No.　投資帳戶號碼 | : 9812692 |
| Product Name　產品名稱 | : LB 2Y USD Airbag Range Accrual Note S890 23NOV09 |
| Product / ISIN Code　產品/國際證券號碼 | : 07PLE89OQU |
| Issuer　發行商 | : LEHMAN BROTHERS TREASURY CO BV |
| Underlying　相關資產 | : CHINA MOBILE (HONG KONG) LTD |
| | INDUSTRIAL AND COM BANK OF CHINA |
| | PING AN INSURANCE CO - H SHS |
| Coupon Rate (%)　票面息率 | : Please refer to the Term Sheet (其細節載於條件單) |
| Trade Date　交易日 | : 08/11/07 |
| Issue Date　發行日 | : 23/11/07 |
| Maturity Date　到期日 | : 23/11/09 |
| Nominal Amount　面額 | : USD 170,000.00 |
| Purchase Price (%)　購入價百分比 | : 100.00 |
| Purchased Amoun　購入金額 | : USD 170,000.00 |
| Commission　佣金 | : USD 850.00 |
| Total Settlement Amount　總結算金額 | : USD 170,850.00 |
| Settlement A/C No.　結算帳戶號碼 | : 0120127825 |
| Settlement Date　結算日 | : 23/11/07 |

Remarks:
- ABN AMRO N.V." (the "Bank") is acting as principal in the above-mentioned transaction.
- This Contract Note should be read in conjunction with the product termsheet of the Structured Product.
附註：
- 荷蘭銀行(下稱「本銀行」)為上述交易之主事人。
- 此認購須必須與該產品條款單據一併閱讀。

This is computer-generated document, no signature is required.
此乃電腦系統所發之文件,毋須簽署。

**Remarks:**

1.  As soon as practicable after the Bank has entered into a Transaction with or for your Account, the Bank may send to you an advice, contract note or confirmation of such Transaction. Such advice, contract note or confirmation is provided by the Bank for record purposes only. Any Instructions given or authorised, if accepted by the Bank, are accepted at the time of the same being given or authorised and not at the time of the issue of the contract note or confirmation.

2.  You shall examine all advices, contract notes or confirmations as soon as you receive them and if you do not receive them within 7 days of entering into a Transaction, you shall immediately notify the Bank and request a copy. Except for discrepancies of which you notify the Bank within 90 days from the date of such advice, contract note or confirmation, the Bank's records shall be deemed correct and binding on you (subject to the Bank's right to adjust, which may be exercised by the Bank at any time, any entries in the Account or details in the advice, contract note or confirmation where they have been wrongly or mistakenly made by the Bank).

3.  If you make any Transaction relating to or otherwise adopt by conduct, the Transaction recorded in such advice, contract note or confirmation, the recorded Transaction is treated as conclusive against you notwithstanding the relevant period for raising objection has not expired.

4.  If you change your mailing address, kindly notify ABN AMRO Bank N.V. in writing.

5.  The price of investment products can and does fluctuate, and that any individual investment products may experience upward or downward movements, and may even become valueless. There is an inherent risk that losses may be incurred rather than profit made as a result of buying and selling investment products.

6.  Except as otherwise indicated in the offering materials for a particular investment, investments are not deposits or other obligations of, or guaranteed or insures by ABN AMRO Bank N.V. or any of their affiliates or subsidiaries, or by any local government or insurance agency, and are subject to investment risks, including possible loss of the principal amount invested.

7.  Securities Trading Hours
    Hong Kong Stocks: Monday to Friday, 10:00a.m. to 12:30 p.m., 2:30 p.m. to 4:00 p.m.
    Asian Stocks: Monday to Friday, 9:00 a.m. to 5:00 p.m. (Hong Kong Business Day)

8.  ABN AMRO Bank N.V. Incorporated in Netherlands with limited liability.

9.  ABN AMRO Bank N.V. address: 17/F Lincoln House, Taikoo Place, 979 King's Road, Quarry Bay, Hong Kong.

10. ABN AMRO Bank N.V. acts as an intermediary unless specified. ABN AMRO (Hong Kong) Nominees Ltd. (a 100% owned subsidiary of ABN AMRO Bank N.V. providing custodian and nominees services) acts as an associated entity of the intermediary.

11. In case of discrepancy between the English and Chinese version, the English version shall prevail.

備註：

1.  本銀行與你的賬戶或為你的賬戶進行一項交易後，將在可行情況下盡快將交易單據，合約單據或交易確認書送交給你。本銀行提供的此等交易單據，合約單據或確認書只作記錄之用。客戶發出或授權發出的指示，一經本銀行接受，即以發出或授權發出的時候（而非有關交易單據或確認書發出的時間）為接受指示的時間。

2.  你收到任何交易單據、合約單據或確認書時須立即核對。若你在訂立交易後7天內仍未收到此等交易單據、合約單據或確認書，你須立即通知本銀行，並要求一份副本。除非你在此交易單據、合約單據或確認書發出日期起80天內，通知本銀行任何錯誤，本銀行的記錄即被視為正確，並對你有約束力（但本銀行有權調整其錯誤作出的任何賬戶登錄或交易單據、合約單據或確認書資料，而本銀行可隨時行使此項權利）。

3.  若你進行應此等交易單據、合約單據或確認書上記錄的交易或通過行為採納此等交易，則此等已記錄的交易對你而言是屬於確定性的，而不論你提出異議的有關期限是否已屆滿。

4.  閣下之通訊地址如有更改，請以書面通知本行。

5.  投資產品價格可能會及反覆會波動，而且任何一隻投資產品的價格都可能會上升及下跌，甚至變成毫無價值。買賣投資產品有其內在的風險，所以未必一定能夠賺取利潤，反而可能會招致損失。

6.  投資並非一般存款，且存在風險，包括損失本金。再者，一般投資並未取得ABN AMRO Bank N.V.或其任何附屬或聯營公司，或任何國家之當地政府，或保險公司的保證或擔保，除非其具保證已列明於有關之認購章程中。

7.  股票交易時間
    港股：星期一至星期五，早上十時至下午十二時三十分，下午二時三十分至下午四時正
    亞洲股票：星期一至星期五，早上九時至下午五時(香港辦公日)

8.  荷蘭銀行是一家於荷蘭註冊成立的有限責任公司。

9.  荷蘭銀行地址：香港鰂魚涌英皇道979號太古坊林肯大廈17樓

10. 如非特別指明，荷蘭銀行作為中介者。ABN AMRO (Hong Kong) Nominees Ltd.(從事提供託管及代理服務的荷蘭銀行全資附屬公司)作為中介者的聯營實體。

11. 中文譯本如含義與英文有異，則以英文為準。



**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al
08-13555 (JMP)    0000050703

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

‖‖‖ SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

SHUM  YEE SHAN
Flat D, 4/Fl., Block 23, Parc Versailles II,
3 Mui Shu Hang Rd, Tai Po, Hong Kong

Telephone number: (852) 96032376    Email Address: joann@citimehk.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: _____    Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 200,000    in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____    (as statement above)    (Required)

☑    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):    XS0336250229    (Required)

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

CA90370    (Required)

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

89529    (Required)

5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

FILED / RECEIVED

OCT 2 8 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 26 Oct, 2009 | _signature_ |

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

___DEFINITIONS___

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

___INFORMATION___

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc , Et Al.
08-13555 (JMP)        0000050835

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

PAN LIHONG
FLAT C 38/F TOWER 5 THE HARBOUR GREEN
8 SHAM MONG ROAD TAI KOK TSUI KOWLOON

Telephone number: (86)13802832319    Email Address: PANLIHONG@VIP.163.COM

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

PAN LIHONG
FLAT C 38/F TOWER 5 THE HARBOUR GREEN
8 SHAM MONG ROAD TAI KOK TSUI KOWLOON
Telephone number: (86)13802832319    Email Address: PANLIHONG@VIP.163.COM

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.    The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 50, 000    in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** _____ **(as statement above)** _____ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):**    XS0331400530    **(Required)**

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.    You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA46556    **(Required)**

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529    **(Required)**

5.    **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
| 23-10-2009 | |

FILED / RECEIVED
OCT 28 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
C/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
USA


Dear Sirs,

**Re: Lehman Brothers Holdings Inc ("LBHI")**
**Chapter 11 Case No. 08-13555 (JMP)**

**REVISED LEHMAN PROGRAM SECURITIES PROOF OF CLAIM –**
*HKD DENOMINATED LEHMAN HOLDING*

Please find enclosed Lehman Program Securities Proof of Claim/s ("Proof of Claim") with Clearstream Bank Blocking Number/s below:

CA46105


The enclosed Proof of Claim/s contain the correct USD/HKD conversion rate as at 15 September 2008 and shall supersede any Proof of Claim with the same Clearstream Bank Blocking Number/s filed previously.

If you have any questions, or require any further information, please do not hesitate to contact me/us using the contact details stated in the enclosed revised Proof of Claim.


Yours faithfully,

Name/s:          PAN  LIHONG          _____

Signature/s:     _____          _____

Date:     23 - 10 - 2009

Enc.



United States Bankruptcy Court/Southern District of New York

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

In Re:
Lehman Brothers Holdings Inc., et al.,
Debtors.

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000050836

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

PAN LIHONG
FLAT C 38/F TOWER 5 THE HARBOUR GREEN
8 SHAN MONG ROAD TAI KOK TSUI KOWLOON

Telephone number: (86) 1380 2832319  Email Address: PANLIHONG@VIP.163.COM

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

PAN LIHONG
FLAT C 38/F TOWER 5 THE HARBOUR GREEN
8 SHAN MONG ROAD TAI KOK TSUI KOWLOON

Telephone number: (86) 1380 2832319  Email Address: PANLIHONG @VIP.163.COM

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 500,000 (equivalent to USD 64,181.56 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): ____ XS0326026498 ____ (Required)

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

____ CA46105 ____ (Required)

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

____ 89529 ____ (Required)

5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED

OCT 2 8 2009

EPIQ BANKRUPTCY S____ HONG, LLC

Date:

23-10-2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.



**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al
08-13555 (JMP)          0000050873

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LI WING SEE
HOUSE 36, BELAIR VILLA, 9 YU TAI ROAD, FANLING, NT. HONG KONG

Telephone number: (852) 9787-4848    Email Address: skho.raymond@gmail.com

Name and address where payment should be sent (if different from above)

— AS ABOVE —

Telephone number:          Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 1,000,000 (equivalent to USD 128,363.11 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): _____ XS0335743398 _____ (Required)

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

_____ CA55025 _____ (Required)

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

_____ 89529 _____ (Required)

5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date: OCT 22, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |

**FOR COURT USE ONLY**

**FILED / RECEIVED**

OCT 28 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____ D E F I N I T I O N S _____          _____ I N F O R M A T I O N _____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS**
~~PROOF OF CLAIM~~

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000050879

|||||||
0000050879

**THIS SPACE IS FOR COURT USE ONLY**

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

YEE HEUNG MING

*Rm 2616 KAM CHUN HSE. TUNG CHUN CRT. SHAU KEI WAN HK*

Telephone number: 852-28868918    Email Address: *heungming@hotmail.com*

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

*Rm 2616 KAM CHUN HSE - TUNG CHUN CRT. SHAU KEI WAN HK*

Telephone number: 852-28868918    Email Address: *heungming@hotmail.com*

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 120, 000     in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):     XS0331769538     (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

CA38070     (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

89529     (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED

OCT 2 8 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |

23-10-2009

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____ **D E F I N I T I O N S** _____

_____ **I N F O R M A T I O N** _____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



Schedule 3

Schedule of 7th, 8th, 9th and 10th Distributions Received From Lehman Brothers Treasury BV

DB Ref: 19881

| Description of Security | ISIN/CUSIP | Issuer | Principal/Notional Amount | Admissible Amount | Issue Notional | Maturity | LBT 10th Distribution | LBT 9th Distribution | LBT 8th Distribution | LBT 7th Distribution |
|---|---|---|---|---|---|---|---|---|---|---|

Schedule 3