**Form 210A (10/06)**

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
**(Jointly Administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank AG, London Branch

Name of Transferor

The Royal Bank of Scotland Plc

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: Michael.sutton@db.com

Court Claim # (if known): See attached Schedule

Amount of Claim (transferred):

(i) See attached Schedule

(plus all interest, costs and fees relating to these claims)

Date Claim Filed: See attached Schedule

Tel: N/A

Last Four Digits of Acct. #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________________
Transferee/Transferee's Agent

Date: 14 JUNE 2017

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Alex Darbyshire**
**Vice President**

**Simon Glennie**
**Director**

Schedule to Form 210A

| ISIN/CUSIP | LBHI Claim Number | Date Claim Filed | Principal/Notional Amount | |
|---|---|---|---|---|
| XS0331504745 | 40647 | Oct 16, 2009 | USD | 130,000.00 |
| XS0326608279 | 41347 | Oct 19, 2009 | USD | 140,000.00 |
| XS0326708491 | 42084 | Oct 19, 2009 | USD | 420,000.00 |
| XS0349511872 | 42161 | Oct 19, 2009 | USD | 400,000.00 |
| XS0331769538 | 43050 | Oct 21, 2009 | USD | 250,000.00 |
| XS0327940929 | 43114 | Oct 21, 2009 | AUD | 130,000.00 |
| XS0334922860 | 43809 | Oct 22, 2009 | HKD | 500,000.00 |
| XS0326608279 | 44051 | Oct 22, 2009 | USD | 90,000.00 |
| XS0348407411 | 44052 | Oct 22, 2009 | HKD | 900,000.00 |
| XS0339560293 | 44075 | Oct 22, 2009 | USD | 130,000.00 |
| XS0334922860 | 44190 | Oct 22, 2009 | HKD | 100,000.00 |
| XS0337553688 | 44192 | Oct 22, 2009 | USD | 100,000.00 |
| XS0331400530 | 44193 | Oct 22, 2009 | USD | 20,000.00 |
| XS0331400027 | 44194 | Oct 22, 2009 | USD | 20,000.00 |
| XS0331769538 | 44195 | Oct 22, 2009 | USD | 40,000.00 |
| XS0327940929 | 44291 | Oct 22, 2009 | AUD | 150,000.00 |
| XS0339560293 | 44292 | Oct 22, 2009 | USD | 170,000.00 |
| XS0339560376 | 44293 | Oct 22, 2009 | HKD | 370,000.00 |
| XS0336927909 | 44297 | Oct 22, 2009 | USD | 200,000.00 |
| XS0341160082 | 44530 | Oct 22, 2009 | USD | 50,000.00 |
| XS0326026498 | 44532 | Oct 22, 2009 | HKD | 1,000,000.00 |
| XS0331400530 | 44993 | Oct 23, 2009 | USD | 300,000.00 |
| XS0336415913 | 44994 | Oct 23, 2009 | USD | 260,000.00 |
| XS0331400027 | 44995 | Oct 23, 2009 | USD | 300,000.00 |
| XS0326608279 | 44996 | Oct 23, 2009 | USD | 330,000.00 |
| XS0349511872 | 44997 | Oct 23, 2009 | USD | 250,000.00 |
| XS0331400530 | 45130 | Oct 23, 2009 | USD | 100,000.00 |
| XS0331769454 | 45132 | Oct 23, 2009 | USD | 300,000.00 |
| XS0338525172 | 45133 | Oct 23, 2009 | USD | 180,000.00 |
| XS0337553688 | 45134 | Oct 23, 2009 | USD | 380,000.00 |
| XS0341160082 | 45135 | Oct 23, 2009 | USD | 380,000.00 |
| XS0326026498 | 45136 | Oct 23, 2009 | HKD | 2,900,000.00 |
| XS0327940929 | 45246 | Oct 23, 2009 | AUD | 200,000.00 |
| XS0336415913 | 45263 | Oct 23, 2009 | USD | 700,000.00 |
| XS0336927909 | 45271 | Oct 23, 2009 | USD | 110,000.00 |
| XS0326608279 | 45273 | Oct 23, 2009 | USD | 130,000.00 |
| XS0331769538 | 45275 | Oct 23, 2009 | USD | 130,000.00 |
| XS0325786084 | 45276 | Oct 23, 2009 | HKD | 3,000,000.00 |
| XS0331769454 | 45289 | Oct 23, 2009 | USD | 160,000.00 |
| XS0326026225 | 45296 | Oct 23, 2009 | USD | 70,000.00 |
| XS0326708491 | 45396 | Oct 23, 2009 | USD | 150,000.00 |
| XS0331769538 | 45401 | Oct 23, 2009 | USD | 100,000.00 |
| XS0331769538 | 45405 | Oct 23, 2009 | USD | 430,000.00 |
| XS0348407411 | 45443 | Oct 23, 2009 | HKD | 500,000.00 |
| XS0349512250 | 45444 | Oct 23, 2009 | HKD | 300,000.00 |
| XS0334922860 | 45445 | Oct 23, 2009 | HKD | 200,000.00 |
| XS0331769454 | 45447 | Oct 23, 2009 | USD | 40,000.00 |
| XS0336927909 | 45597 | Oct 23, 2009 | USD | 100,000.00 |
| XS0348407411 | 45751 | Oct 26, 2009 | HKD | 3,000,000.00 |
| XS0348407411 | 45752 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0336927909 | 45760 | Oct 26, 2009 | USD | 100,000.00 |
| XS0348407411 | 45766 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0335743398 | 45767 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0336645089 | 45768 | Oct 26, 2009 | USD | 160,000.00 |
| XS0348407411 | 45771 | Oct 26, 2009 | HKD | 3,000,000.00 |
| XS0349512250 | 45777 | Oct 26, 2009 | HKD | 900,000.00 |
| XS0326026225 | 45799 | Oct 26, 2009 | USD | 30,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0335743398 | 45800 | Oct 26, 2009 | HKD | 520,000.00 |
| XS0336250229 | 45801 | Oct 26, 2009 | USD | 200,000.00 |
| XS0326866307 | 45802 | Oct 26, 2009 | HKD | 510,000.00 |
| XS0328586515 | 45803 | Oct 26, 2009 | USD | 20,000.00 |
| XS0326708491 | 45804 | Oct 26, 2009 | USD | 20,000.00 |
| XS0331400027 | 45805 | Oct 26, 2009 | USD | 20,000.00 |
| XS0341160082 | 45806 | Oct 26, 2009 | USD | 20,000.00 |
| XS0336927909 | 45807 | Oct 26, 2009 | USD | 20,000.00 |
| XS0335743398 | 45814 | Oct 26, 2009 | HKD | 2,000,000.00 |
| XS0348407411 | 45824 | Oct 26, 2009 | HKD | 4,000,000.00 |
| XS0336415913 | 45836 | Oct 26, 2009 | USD | 70,000.00 |
| XS0326608279 | 45837 | Oct 26, 2009 | USD | 100,000.00 |
| XS0326026498 | 45838 | Oct 26, 2009 | HKD | 800,000.00 |
| XS0325786084 | 45839 | Oct 26, 2009 | HKD | 800,000.00 |
| XS0336250229 | 45843 | Oct 26, 2009 | USD | 160,000.00 |
| XS0326608352 | 45854 | Oct 26, 2009 | HKD | 2,000,000.00 |
| XS0335743398 | 45866 | Oct 26, 2009 | HKD | 1,220,000.00 |
| XS0332153807 | 45894 | Oct 26, 2009 | HKD | 780,000.00 |
| XS0326865671 | 45916 | Oct 26, 2009 | USD | 100,000.00 |
| XS0336415913 | 45918 | Oct 26, 2009 | USD | 70,000.00 |
| XS0326608352 | 45919 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0329337348 | 45920 | Oct 26, 2009 | HKD | 400,000.00 |
| XS0349511872 | 46870 | Oct 26, 2009 | USD | 100,000.00 |
| XS0331769454 | 46892 | Oct 26, 2009 | USD | 400,000.00 |
| XS0335743398 | 46918 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0326608352 | 46944 | Oct 26, 2009 | HKD | 2,500,000.00 |
| XS0338525172 | 47065 | Oct 26, 2009 | USD | 160,000.00 |
| XS0325786084 | 47351 | Oct 26, 2009 | HKD | 1,200,000.00 |
| XS0339560376 | 47352 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0349512250 | 47353 | Oct 26, 2009 | HKD | 1,200,000.00 |
| XS0331504745 | 47361 | Oct 26, 2009 | USD | 70,000.00 |
| XS0334922860 | 47362 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0336250229 | 47373 | Oct 26, 2009 | USD | 80,000.00 |
| XS0335743398 | 47374 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0325786084 | 47380 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0329337348 | 47501 | Oct 27, 2009 | HKD | 300,000.00 |
| XS0331400027 | 47608 | Oct 27, 2009 | USD | 120,000.00 |
| XS0326608352 | 47619 | Oct 27, 2009 | HKD | 5,630,000.00 |
| XS0326026225 | 47741 | Oct 27, 2009 | USD | 80,000.00 |
| XS0326866307 | 47742 | Oct 27, 2009 | HKD | 2,100,000.00 |
| XS0326026498 | 47750 | Oct 27, 2009 | HKD | 400,000.00 |
| XS0331400027 | 47751 | Oct 27, 2009 | USD | 50,000.00 |
| XS0335743398 | 47753 | Oct 27, 2009 | HKD | 500,000.00 |
| XS0339560376 | 47754 | Oct 27, 2009 | HKD | 500,000.00 |
| XS0326608279 | 47878 | Oct 27, 2009 | USD | 200,000.00 |
| XS0326608352 | 47879 | Oct 27, 2009 | HKD | 1,500,000.00 |
| XS0326866307 | 47979 | Oct 27, 2009 | HKD | 540,000.00 |
| XS0331400027 | 48604 | Oct 27, 2009 | USD | 30,000.00 |
| XS0331400530 | 48605 | Oct 27, 2009 | USD | 30,000.00 |
| XS0331769454 | 48606 | Oct 27, 2009 | USD | 50,000.00 |
| XS0335743398 | 48608 | Oct 27, 2009 | HKD | 1,000,000.00 |
| XS0339560293 | 48651 | Oct 27, 2009 | USD | 80,000.00 |
| XS0334922860 | 48652 | Oct 27, 2009 | HKD | 470,000.00 |
| XS0326608279 | 48667 | Oct 27, 2009 | USD | 30,000.00 |
| XS0328586515 | 48744 | Oct 27, 2009 | USD | 200,000.00 |
| XS0331769538 | 49430 | Oct 27, 2009 | USD | 170,000.00 |
| XS0336250229 | 49467 | Oct 27, 2009 | USD | 200,000.00 |
| XS0336927909 | 49518 | Oct 27, 2009 | USD | 180,000.00 |
| XS0326026498 | 49525 | Oct 27, 2009 | HKD | 650,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0326026225 | 49575 | Oct 27, 2009 | USD | 130,000.00 |
| XS0331769538 | 49580 | Oct 27, 2009 | USD | 100,000.00 |
| XS0331769454 | 49965 | Oct 27, 2009 | USD | 150,000.00 |
| XS0325841368 | 49966 | Oct 27, 2009 | USD | 100,000.00 |
| XS0336927909 | 50340 | Oct 28, 2009 | USD | 180,000.00 |
| XS0331769538 | 50382 | Oct 28, 2009 | USD | 350,000.00 |
| XS0334922860 | 50669 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331400530 | 50678 | Oct 28, 2009 | USD | 140,000.00 |
| XS0331400027 | 50684 | Oct 28, 2009 | USD | 170,000.00 |
| XS0336250229 | 50703 | Oct 28, 2009 | USD | 200,000.00 |
| XS0331400530 | 50835 | Oct 28, 2009 | USD | 50,000.00 |
| XS0326026498 | 50836 | Oct 28, 2009 | HKD | 500,000.00 |
| XS0335743398 | 50873 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331769538 | 50879 | Oct 28, 2009 | USD | 120,000.00 |
| XS0326026498 | 50885 | Oct 28, 2009 | HKD | 1,500,000.00 |
| XS0331400530 | 50889 | Oct 28, 2009 | USD | 110,000.00 |
| XS0331769454 | 50898 | Oct 28, 2009 | USD | 130,000.00 |
| XS0329337348 | 50899 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331769538 | 50904 | Oct 28, 2009 | USD | 100,000.00 |
| XS0369799845 | 51250 | Oct 28, 2009 | USD | 75,000.00 |
| XS0369799845 | 51251 | Oct 28, 2009 | USD | 80,000.00 |
| XS0348407411 | 51601 | Oct 28, 2009 | HKD | 500,000.00 |
| XS0334922860 | 51602 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0349512250 | 51628 | Oct 28, 2009 | HKD | 1,800,000.00 |
| XS0327940929 | 51772 | Oct 28, 2009 | AUD | 200,000.00 |
| XS0331504745 | 51773 | Oct 28, 2009 | USD | 130,000.00 |
| XS0331769538 | 55132 | Oct 29, 2009 | USD | 220,000.00 |
| XS0369799845 | 55137 | Oct 29, 2009 | USD | 65,000.00 |
| XS0331400530 | 55154 | Oct 29, 2009 | USD | 540,000.00 |
| XS0349511872 | 55213 | Oct 29, 2009 | USD | 500,000.00 |
| XS0331400027 | 55214 | Oct 29, 2009 | USD | 960,000.00 |
| XS0349511872 | 55222 | Oct 29, 2009 | USD | 150,000.00 |
| XS0336250229 | 55282 | Oct 29, 2009 | USD | 60,000.00 |
| XS0325786084 | 55283 | Oct 29, 2009 | HKD | 500,000.00 |
| XS0326608279 | 56038 | Oct 29, 2009 | USD | 200,000.00 |
| XS0336645089 | 56521 | Oct 29, 2009 | USD | 150,000.00 |
| XS0331400530 | 56522 | Oct 29, 2009 | USD | 140,000.00 |
| XS0331504745 | 56727 | Oct 29, 2009 | USD | 80,000.00 |
| XS0336927909 | 56728 | Oct 29, 2009 | USD | 70,000.00 |
| XS0327940929 | 56967 | Oct 29, 2009 | AUD | 280,000.00 |
| XS0331769454 | 56968 | Oct 29, 2009 | USD | 20,000.00 |
| XS0325841368 | 57068 | Oct 30, 2009 | USD | 100,000.00 |
| XS0326608279 | 57070 | Oct 30, 2009 | USD | 220,000.00 |
| XS0332153807 | 57072 | Oct 30, 2009 | HKD | 800,000.00 |
| XS0327940929 | 57100 | Oct 30, 2009 | AUD | 200,000.00 |
| XS0348407411 | 57110 | Oct 30, 2009 | HKD | 1,000,000.00 |
| XS0336250229 | 57134 | Oct 30, 2009 | USD | 50,000.00 |
| XS0331400530 | 57135 | Oct 30, 2009 | USD | 40,000.00 |
| XS0326608436 | 57136 | Oct 30, 2009 | USD | 50,000.00 |
| XS0327859301 | 57137 | Oct 30, 2009 | HKD | 580,000.00 |
| XS0349511872 | 57187 | Oct 30, 2009 | USD | 90,000.00 |
| XS0336250229 | 57196 | Oct 30, 2009 | USD | 20,000.00 |
| XS0325841368 | 57198 | Oct 30, 2009 | USD | 40,000.00 |
| XS0326608279 | 57199 | Oct 30, 2009 | USD | 30,000.00 |
| XS0326608436 | 57209 | Oct 30, 2009 | USD | 120,000.00 |
| XS0339560376 | 57210 | Oct 30, 2009 | HKD | 1,030,000.00 |
| XS0336927909 | 57212 | Oct 30, 2009 | USD | 100,000.00 |
| XS0326608436 | 57213 | Oct 30, 2009 | USD | 150,000.00 |
| XS0334922860 | 57230 | Oct 30, 2009 | HKD | 500,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0325786084 | 57231 | Oct 30, 2009 | HKD | 620,000.00 |
| XS0326708491 | 57232 | Oct 30, 2009 | USD | 40,000.00 |
| XS0338525172 | 57235 | Oct 30, 2009 | USD | 100,000.00 |
| XS0331769538 | 57238 | Oct 30, 2009 | USD | 130,000.00 |
| XS0350571377 | 57257 | Oct 30, 2009 | USD | 130,000.00 |
| XS0326608279 | 57259 | Oct 30, 2009 | USD | 130,000.00 |
| XS0336415913 | 57260 | Oct 30, 2009 | USD | 50,000.00 |
| XS0331400530 | 57262 | Oct 30, 2009 | USD | 70,000.00 |
| XS0331504745 | 57263 | Oct 30, 2009 | USD | 30,000.00 |
| XS0336645089 | 57264 | Oct 30, 2009 | USD | 150,000.00 |
| XS0326608436 | 57265 | Oct 30, 2009 | USD | 100,000.00 |
| XS0336927909 | 57266 | Oct 30, 2009 | USD | 210,000.00 |
| XS0325786084 | 57269 | Oct 30, 2009 | HKD | 1,000,000.00 |
| XS0331400027 | 57270 | Oct 30, 2009 | USD | 50,000.00 |
| XS0327940929 | 57332 | Oct 30, 2009 | AUD | 70,000.00 |
| XS0325841368 | 57333 | Oct 30, 2009 | USD | 70,000.00 |
| XS0339560376 | 57718 | Oct 30, 2009 | HKD | 500,000.00 |
| XS0326866307 | 57719 | Oct 30, 2009 | HKD | 500,000.00 |
| XS0339560376 | 57721 | Oct 30, 2009 | HKD | 200,000.00 |
| XS0369799845 | 57722 | Oct 30, 2009 | USD | 65,000.00 |
| XS0332153807 | 57751 | Oct 30, 2009 | HKD | 800,000.00 |
| XS0326608436 | 57752 | Oct 30, 2009 | USD | 80,000.00 |
| XS0336645089 | 57753 | Oct 30, 2009 | USD | 60,000.00 |
| XS0337553688 | 57754 | Oct 30, 2009 | USD | 30,000.00 |
| XS0341160082 | 57755 | Oct 30, 2009 | USD | 30,000.00 |
| XS0349512250 | 60811 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0331769454 | 60815 | Nov 02, 2009 | USD | 210,000.00 |
| XS0334922860 | 60836 | Nov 02, 2009 | HKD | 250,000.00 |
| XS0348407411 | 60837 | Nov 02, 2009 | HKD | 700,000.00 |
| XS0336927909 | 60842 | Nov 02, 2009 | USD | 150,000.00 |
| XS0331769454 | 60846 | Nov 02, 2009 | USD | 150,000.00 |
| XS0334922860 | 60852 | Nov 02, 2009 | HKD | 890,000.00 |
| XS0335743398 | 60853 | Nov 02, 2009 | HKD | 1,000,000.00 |
| XS0349511872 | 60854 | Nov 02, 2009 | USD | 500,000.00 |
| XS0326866307 | 60857 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0335743398 | 60914 | Nov 02, 2009 | HKD | 250,000.00 |
| XS0332153807 | 60915 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0329337348 | 60916 | Nov 02, 2009 | HKD | 1,200,000.00 |
| XS0326866307 | 60917 | Nov 02, 2009 | HKD | 650,000.00 |
| XS0326608352 | 60918 | Nov 02, 2009 | HKD | 890,000.00 |
| XS0325786084 | 60919 | Nov 02, 2009 | HKD | 1,080,000.00 |
| XS0326026498 | 60920 | Nov 02, 2009 | HKD | 1,500,000.00 |
| XS0349511872 | 60921 | Nov 02, 2009 | USD | 130,000.00 |
| XS0339560293 | 60922 | Nov 02, 2009 | USD | 310,000.00 |
| XS0337553688 | 60923 | Nov 02, 2009 | USD | 60,000.00 |
| XS0336927909 | 60924 | Nov 02, 2009 | USD | 70,000.00 |
| XS0336645089 | 60925 | Nov 02, 2009 | USD | 210,000.00 |
| XS0336250229 | 60928 | Nov 02, 2009 | USD | 190,000.00 |
| XS0331769538 | 60929 | Nov 02, 2009 | USD | 50,000.00 |
| XS0331769454 | 60930 | Nov 02, 2009 | USD | 80,000.00 |
| XS0331400027 | 60931 | Nov 02, 2009 | USD | 50,000.00 |
| XS0326608279 | 60932 | Nov 02, 2009 | USD | 150,000.00 |
| XS0325841368 | 60933 | Nov 02, 2009 | USD | 250,000.00 |
| XS0326865671 | 61149 | Nov 02, 2009 | USD | 320,000.00 |
| XS0328586515 | 61150 | Nov 02, 2009 | USD | 300,000.00 |
| XS0326866307 | 61312 | Nov 02, 2009 | HKD | 500,000.00 |
| XS0326865671 | 61319 | Nov 02, 2009 | USD | 130,000.00 |
| XS0331400027 | 62934 | Nov 02, 2009 | USD | 70,000.00 |
| XS0326026498 | 62935 | Nov 02, 2009 | HKD | 400,000.00 |

| | | | | |
|---|---|---|---|---|
| XS0331769538 | 62936 | Nov 02, 2009 | USD | 40,000.00 |
| XS0336645089 | 62937 | Nov 02, 2009 | USD | 190,000.00 |
| XS0326866307 | 64670 | Nov 04, 2009 | HKD | 600,000.00 |
| XS0331400530 | 64857 | Nov 05, 2009 | USD | 130,000.00 |
| XS0326026498 | 67148 | Oct 26, 2010 | HKD | 1,000,000.00 |

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:      THE DEBTOR AND THE BANKRUPTCY COURT

1.      For value received, the adequacy and sufficiency of which are hereby acknowledged, **THE ROYAL BANK OF SCOTLAND PLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **DEUTSCHE BANK AG, LONDON BRANCH** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentage specified in Schedule 1 hereto, in Seller's right, title and interest in and to the Proof of Claim Numbers listed on Schedule 1 filed by or on behalf of Seller (a copy of which is attached at Schedule 2 hereto) (the "Proofs of Claim" and each a "Proof of Claim") as is specified in Schedule 1 hereto (the "Purchased Portion") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Portion and specified in Schedule 1 attached hereto. For the avoidance of doubt, Purchaser does not assume and shall not be responsible for any obligations or liabilities of the Seller to or in connection with the Transferred Claim, the Purchased Securities or the Proceedings.

2.      Seller hereby represents and warrants to Purchaser that: (a) the Proofs of Claim were duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proofs of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller has been duly authorized to sell, transfer and assign the Transferred Claims by the owner of Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim includes the Purchased Portion specified in Schedule 1 attached hereto; (f) Seller has not engaged in, and, to the best of its knowledge, none of Seller's predecessors-in-interest (if any) in the past have engaged in, any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; (g) a true and correct schedule of the 10th, 11th and 12th distributions paid to Seller by Lehman Brothers Holdings, Inc., appears attached hereto as Schedule 2; (h) to the best of its knowledge and based on its understanding of the Proceedings, the Transferred Claims are Class 5 Senior Third Party Guarantee Claims; and (i) a true and correct schedule of the 7th, 8th, 9th, and 10th distributions paid to Seller by Lehman Brothers Treasury Co. B.V. or its authorized agent(s), with respect to the securities relating to the Transferred Claims, appears attached hereto as Schedule 3.

3.      Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by

Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proofs of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below, unless otherwise required by the international treaties governing the service of process to the parties.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 14 day of JUNE 2017.

**THE ROYAL BANK OF SCOTLAND PLC**

By:
Name: CHRIS ANDREWS
Title: AUTHORISED SIGNATORY

**DEUTSCHE BANK AG, LONDON BRANCH**

By:
Name: **Alex Darbyshire**
Title: **Vice President**

By:
Name: **Simon Glennie**
Title: **Director**

Winchester House
1, Great Winchester Street
London EC2N 2DB
ENGLAND
Attn: Michael Sutton

**DB Ref: 19881**

Schedule 1

Transferred Claims

Purchased Portion

100% of the claims that are referenced in the Proofs of Claim (as highlighted in the copy of the Proofs of Claim attached at Schedule 2) and relating to the Purchased Securities described in the attached spreadsheet (plus all interest, costs and fees relating to this claim).

*See attached spreadsheet, which describes:*

- Description of Security Issued by Lehman Brothers Treasury BV
- ISIN / CUSIP
- Blocking Number
- Issuer
- Guarantor
- LBHI Claim Number
- Principal / Notional Amount
- Allowed Amount
- Maturity
- 10th, 11th and 12th Distributions made by LBHI

DB Ref: 19881

| Description of Security | ISIN/CUSIP | Blocking Number | Issuer | Guarantor | LBHI Claim Number | Principal/Notional Amount | Allowed Amount | Maturity | LBHI 12th Distribution | LBHI 11th Distribution | LBHI 10th Distribution |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA38048 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 40647 | USD 130,000.00 | USD 59,113.51 | 23NOV09 | USD 506.22 | USD 664.66 | USD 378.06 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA31792 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 41347 | USD 140,000.00 | USD 65,429.99 | 27OCT09 | USD 560.32 | USD 735.68 | USD 418.45 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA30399 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 42084 | USD 420,000.00 | USD 217,124.04 | 27OCT09 | USD 1,859.38 | USD 2,441.32 | USD 1,388.61 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA31689 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 42161 | USD 400,000.00 | USD 233,452.91 | 05MAR09 | USD 1,999.21 | USD 2,624.92 | USD 1,493.04 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38220 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 43050 | USD 250,000.00 | USD 144,065.52 | 23NOV09 | USD 1,233.73 | USD 1,619.86 | USD 921.37 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA31932 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 43114 | AUD 130,000.00 | USD 55,611.78 | 05NOV09 | USD 476.24 | USD 625.29 | USD 355.66 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA31759 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 43809 | HKD 500,000.00 | USD 33,633.11 | 14DEC09 | USD 288.02 | USD 378.16 | USD 215.10 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA37898 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44051 | USD 90,000.00 | USD 42,062.14 | 27OCT09 | USD 360.20 | USD 472.94 | USD 269.00 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA38409 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44052 | HKD 900,000.00 | USD 67,018.87 | 02MAR09 | USD 573.92 | USD 753.55 | USD 428.61 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | CA47030 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44075 | USD 130,000.00 | USD 57,280.12 | 18JAN10 | USD 490.52 | USD 644.05 | USD 366.33 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46770 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44190 | HKD 100,000.00 | USD 6,726.62 | 14DEC09 | USD 57.60 | USD 75.63 | USD 43.02 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | CA46949 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44192 | USD 100,000.00 | USD 46,976.61 | 31DEC09 | USD 402.29 | USD 528.20 | USD 300.43 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA46560 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44193 | USD 20,000.00 | USD 10,246.39 | 23NOV09 | USD 87.74 | USD 115.20 | USD 65.53 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA46574 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44194 | USD 20,000.00 | USD 11,289.56 | 23NOV09 | USD 96.68 | USD 126.93 | USD 72.20 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46751 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44195 | USD 40,000.00 | USD 23,050.48 | 23NOV09 | USD 197.39 | USD 259.17 | USD 147.41 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA38008 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44291 | AUD 150,000.00 | USD 64,167.44 | 05NOV09 | USD 549.51 | USD 721.49 | USD 410.38 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | CA38434 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44292 | USD 170,000.00 | USD 74,904.77 | 18JAN10 | USD 641.46 | USD 842.22 | USD 479.05 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA38423 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44293 | HKD 370,000.00 | USD 21,068.52 | 18JAN10 | USD 180.42 | USD 236.89 | USD 134.74 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA46940 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44297 | USD 200,000.00 | USD 116,385.48 | 29DEC09 | USD 996.68 | USD 1,308.62 | USD 744.34 |
| LB 2Y USD Airbag Range Accrual Note S026 25JAN10 | XS0341160082 | CA31737 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44530 | USD 50,000.00 | USD 21,818.93 | 25JAN10 | USD 186.85 | USD 245.33 | USD 139.54 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA31713 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44532 | HKD 1,000,000.00 | USD 79,343.80 | 23OCT09 | USD 679.47 | USD 892.13 | USD 507.44 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55345 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44993 | USD 300,000.00 | USD 153,695.85 | 23NOV09 | USD 1,316.20 | USD 1,728.14 | USD 982.96 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA55020 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44994 | USD 260,000.00 | USD 76,237.94 | 17DEC09 | USD 652.87 | USD 857.21 | USD 487.57 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA55316 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44995 | USD 300,000.00 | USD 169,343.43 | 23NOV09 | USD 1,450.20 | USD 1,904.08 | USD 1,083.03 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA55112 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44996 | USD 330,000.00 | USD 154,227.84 | 27OCT09 | USD 1,320.75 | USD 1,734.12 | USD 986.36 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA55189 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44997 | USD 250,000.00 | USD 145,908.07 | 05MAR09 | USD 1,249.51 | USD 1,640.57 | USD 933.15 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA31922 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45130 | USD 100,000.00 | USD 51,231.95 | 23NOV09 | USD 438.73 | USD 576.04 | USD 327.65 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA46546 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45132 | USD 300,000.00 | USD 164,319.53 | 23NOV09 | USD 1,407.18 | USD 1,847.59 | USD 1,050.90 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | CA46976 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45133 | USD 180,000.00 | USD 84,288.48 | 04JAN10 | USD 721.82 | USD 947.73 | USD 539.06 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | CA46948 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45134 | USD 380,000.00 | USD 178,511.12 | 31DEC09 | USD 1,528.71 | USD 2,007.16 | USD 1,141.66 |
| LB 2Y USD Airbag Range Accrual Note S026 25JAN10 | XS0341160082 | CA47054 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45135 | USD 380,000.00 | USD 165,823.85 | 25JAN10 | USD 1,420.06 | USD 1,864.51 | USD 1,060.52 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA46103 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45136 | HKD 2,900,000.00 | USD 230,097.03 | 23OCT09 | USD 1,970.47 | USD 2,587.19 | USD 1,471.58 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA22964 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45246 | AUD 200,000.00 | USD 85,556.59 | 05NOV09 | USD 732.68 | USD 961.99 | USD 547.17 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA64827 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45263 | USD 700,000.00 | USD 205,255.99 | 17DEC09 | USD 1,757.74 | USD 2,307.88 | USD 1,312.71 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA31656 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45271 | USD 110,000.00 | USD 64,012.01 | 29DEC09 | USD 548.17 | USD 719.74 | USD 409.38 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46413 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45273 | USD 130,000.00 | USD 60,756.42 | 27OCT09 | USD 520.29 | USD 683.14 | USD 388.56 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA31869 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45275 | USD 130,000.00 | USD 74,914.07 | 23NOV09 | USD 641.54 | USD 842.32 | USD 479.11 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA46082 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45276 | HKD 3,000,000.00 | USD 207,656.27 | 22OCT09 | USD 1,778.30 | USD 2,334.87 | USD 1,328.06 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA31653 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45289 | USD 160,000.00 | USD 87,637.08 | 23NOV09 | USD 750.49 | USD 985.38 | USD 560.48 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA46100 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45296 | USD 70,000.00 | USD 50,670.97 | 23OCT09 | USD 433.93 | USD 569.74 | USD 324.06 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA37963 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45396 | USD 150,000.00 | USD 77,544.30 | 27OCT09 | USD 664.06 | USD 871.90 | USD 495.93 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46748 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45401 | USD 100,000.00 | USD 57,626.21 | 23NOV09 | USD 493.49 | USD 647.94 | USD 368.54 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46746 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45405 | USD 430,000.00 | USD 247,792.70 | 23NOV09 | USD 2,122.01 | USD 2,786.16 | USD 1,584.75 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA73928 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45443 | HKD 500,000.00 | USD 37,232.71 | 02MAR09 | USD 318.84 | USD 418.64 | USD 238.12 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | CA73930 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45444 | HKD 300,000.00 | USD 22,482.84 | 05MAR09 | USD 192.53 | USD 252.79 | USD 143.78 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA75915 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45445 | HKD 200,000.00 | USD 13,453.24 | 14DEC09 | USD 115.20 | USD 151.26 | USD 86.04 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA73912 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45447 | USD 40,000.00 | USD 21,909.27 | 23NOV09 | USD 187.62 | USD 246.34 | USD 140.12 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA64818 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45507 | USD 100,000.00 | USD 58,192.74 | 29DEC09 | USD 498.34 | USD 654.31 | USD 372.17 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA73926 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45751 | HKD 3,000,000.00 | USD 223,396.24 | 02MAR09 | USD 1,913.09 | USD 2,511.84 | USD 1,428.73 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA38405 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45752 | HKD 1,000,000.00 | USD 74,465.41 | 02MAR09 | USD 637.69 | USD 837.28 | USD 476.24 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA38709 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45760 | USD 100,000.00 | USD 58,192.74 | 29DEC09 | USD 498.34 | USD 654.31 | USD 372.17 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA32002 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45766 | HKD 1,000,000.00 | USD 74,465.41 | 02MAR09 | USD 637.69 | USD 837.28 | USD 476.24 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA31920 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45767 | HKD 500,000.00 | USD 27,551.65 | 21DEC09 | USD 235.94 | USD 309.78 | USD 176.20 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA55104 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45768 | USD 160,000.00 | USD 72,967.72 | 29DEC09 | USD 624.87 | USD 820.44 | USD 466.66 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA32003 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45771 | HKD 3,000,000.00 | USD 223,396.24 | 02MAR09 | USD 1,913.09 | USD 2,511.84 | USD 1,428.73 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | CA47070 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45777 | HKD 900,000.00 | USD 67,448.53 | 05MAR09 | USD 577.60 | USD 758.38 | USD 431.36 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA31836 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45799 | USD 30,000.00 | USD 21,716.13 | 23OCT09 | USD 185.97 | USD 244.17 | USD 138.88 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA46774 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45800 | HKD | 520,000.00 | USD | 28,653.72 | 21DEC09 | USD | 245.38 | USD | 322.18 | USD | 183.25 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA46867 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45801 | USD | 200,000.00 | USD | 88,794.87 | 21DEC09 | USD | 760.41 | USD | 998.40 | USD | 567.88 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA31939 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45802 | HKD | 510,000.00 | USD | 54,214.54 | 27OCT09 | USD | 464.27 | USD | 609.58 | USD | 346.72 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | CA73904 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45803 | USD | 20,000.00 | USD | 8,181.68 | 06NOV09 | USD | 70.06 | USD | 91.99 | USD | 52.32 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA73896 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45804 | USD | 20,000.00 | USD | 10,339.24 | 27OCT09 | USD | 88.54 | USD | 116.25 | USD | 66.12 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA73909 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45805 | USD | 20,000.00 | USD | 11,289.56 | 23NOV09 | USD | 96.68 | USD | 126.93 | USD | 72.20 |
| LB 2Y USD Airbag Range Accrual Note S926 25JAN10 | XS0341160082 | CA73925 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45806 | USD | 20,000.00 | USD | 8,727.57 | 25JAN10 | USD | 74.74 | USD | 98.13 | USD | 55.81 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA73921 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45807 | USD | 20,000.00 | USD | 11,638.55 | 29DEC09 | USD | 99.66 | USD | 130.86 | USD | 74.43 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA46772 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45814 | HKD | 2,000,000.00 | USD | 110,206.61 | 21DEC09 | USD | 943.77 | USD | 1,239.15 | USD | 704.82 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S974 02MAR09 | XS0348407411 | CA38404 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45824 | HKD | 4,000,000.00 | USD | 297,861.65 | 02MAR09 | USD | 2,550.79 | USD | 3,349.13 | USD | 1,904.97 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA46878 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45836 | USD | 70,000.00 | USD | 20,525.60 | 17DEC09 | USD | 175.77 | USD | 230.78 | USD | 131.27 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46416 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45837 | USD | 100,000.00 | USD | 46,735.71 | 27OCT09 | USD | 400.23 | USD | 525.49 | USD | 298.89 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA46104 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45838 | HKD | 800,000.00 | USD | 63,475.04 | 23OCT09 | USD | 543.58 | USD | 713.70 | USD | 405.95 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA46083 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45839 | HKD | 800,000.00 | USD | 55,375.00 | 22OCT09 | USD | 474.21 | USD | 622.63 | USD | 354.15 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA55021 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45843 | USD | 160,000.00 | USD | 71,035.90 | 21DEC09 | USD | 608.32 | USD | 798.72 | USD | 454.31 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA46424 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45854 | HKD | 2,000,000.00 | USD | 120,227.32 | 27OCT09 | USD | 1,029.58 | USD | 1,351.82 | USD | 768.91 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA64834 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45866 | HKD | 1,220,000.00 | USD | 67,226.03 | 21DEC09 | USD | 575.70 | USD | 755.88 | USD | 429.94 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | CA55033 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45894 | HKD | 780,000.00 | USD | 56,461.09 | 30NOV09 | USD | 483.51 | USD | 634.84 | USD | 361.09 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | CA64516 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45916 | USD | 100,000.00 | USD | 47,129.93 | 29OCT09 | USD | 403.60 | USD | 529.92 | USD | 301.41 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA73918 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45918 | USD | 70,000.00 | USD | 20,525.60 | 17DEC09 | USD | 175.77 | USD | 230.78 | USD | 131.27 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA73894 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45919 | HKD | 500,000.00 | USD | 30,056.83 | 27OCT09 | USD | 257.39 | USD | 337.95 | USD | 192.22 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | CA73908 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45920 | HKD | 400,000.00 | USD | 14,851.37 | 09NOV09 | USD | 127.18 | USD | 166.98 | USD | 94.98 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA47258 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46870 | USD | 100,000.00 | USD | 58,363.23 | 05MAR09 | USD | 499.80 | USD | 656.23 | USD | 373.26 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA46545 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46892 | USD | 400,000.00 | USD | 219,092.71 | 23NOV09 | USD | 1,876.24 | USD | 2,463.46 | USD | 1,401.20 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA64832 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46918 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA55107 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46944 | HKD | 2,500,000.00 | USD | 150,284.15 | 27OCT09 | USD | 1,286.98 | USD | 1,689.78 | USD | 961.14 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | CA55116 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47065 | USD | 160,000.00 | USD | 74,923.10 | 04JAN10 | USD | 641.61 | USD | 842.42 | USD | 479.17 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA37794 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47351 | HKD | 1,200,000.00 | USD | 83,062.51 | 22OCT09 | USD | 711.32 | USD | 933.94 | USD | 531.22 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA38421 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47352 | HKD | 500,000.00 | USD | 28,470.98 | 18JAN10 | USD | 243.81 | USD | 320.12 | USD | 182.08 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | CA39158 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47353 | HKD | 1,200,000.00 | USD | 89,931.37 | 05MAR09 | USD | 770.14 | USD | 1,011.18 | USD | 575.15 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA38050 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47361 | USD | 70,000.00 | USD | 31,830.35 | 23NOV09 | USD | 272.58 | USD | 357.89 | USD | 203.57 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA38234 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47362 | HKD | 500,000.00 | USD | 33,633.11 | 14DEC09 | USD | 288.02 | USD | 378.16 | USD | 215.10 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA50779 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47373 | USD | 80,000.00 | USD | 35,517.95 | 21DEC09 | USD | 304.16 | USD | 399.36 | USD | 227.15 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA50781 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47374 | HKD | 500,000.00 | USD | 27,551.65 | 21DEC09 | USD | 235.94 | USD | 309.78 | USD | 176.20 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA73888 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47380 | HKD | 500,000.00 | USD | 34,609.38 | 22OCT09 | USD | 296.38 | USD | 389.14 | USD | 221.34 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | CA55313 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47501 | HKD | 300,000.00 | USD | 11,138.53 | 09NOV09 | USD | 95.38 | USD | 125.24 | USD | 71.23 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA46569 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47608 | USD | 120,000.00 | USD | 67,737.37 | 23NOV09 | USD | 580.08 | USD | 761.63 | USD | 433.21 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA31683 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47619 | HKD | 5,630,000.00 | USD | 338,439.00 | 27OCT09 | USD | 2,898.29 | USD | 3,805.39 | USD | 2,164.40 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA55055 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47741 | USD | 80,000.00 | USD | 57,909.68 | 23OCT09 | USD | 495.92 | USD | 651.13 | USD | 370.36 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA55282 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47742 | HKD | 2,100,000.00 | USD | 223,236.34 | 27OCT09 | USD | 1,911.72 | USD | 2,510.05 | USD | 1,427.70 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA90350 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47750 | HKD | 400,000.00 | USD | 31,737.52 | 23OCT09 | USD | 271.79 | USD | 356.85 | USD | 202.97 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA90359 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47751 | USD | 50,000.00 | USD | 28,223.90 | 23NOV09 | USD | 241.70 | USD | 317.34 | USD | 180.50 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA55026 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47753 | HKD | 500,000.00 | USD | 27,551.65 | 21DEC09 | USD | 235.94 | USD | 309.78 | USD | 176.20 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA55182 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47754 | HKD | 500,000.00 | USD | 28,470.98 | 18JAN10 | USD | 243.81 | USD | 320.12 | USD | 182.08 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA31789 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47878 | USD | 200,000.00 | USD | 93,471.42 | 27OCT09 | USD | 800.46 | USD | 1,050.98 | USD | 597.79 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA31685 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47879 | HKD | 1,500,000.00 | USD | 90,170.49 | 27OCT09 | USD | 772.19 | USD | 1,013.86 | USD | 576.68 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA55283 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47979 | HKD | 540,000.00 | USD | 57,403.63 | 27OCT09 | USD | 491.58 | USD | 645.44 | USD | 367.12 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA64540 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48604 | USD | 30,000.00 | USD | 16,934.34 | 23NOV09 | USD | 145.02 | USD | 190.40 | USD | 108.30 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64545 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48605 | USD | 30,000.00 | USD | 15,369.58 | 23NOV09 | USD | 131.62 | USD | 172.81 | USD | 98.29 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA64549 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48606 | USD | 50,000.00 | USD | 27,386.59 | 23NOV09 | USD | 234.53 | USD | 307.93 | USD | 175.15 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA46773 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48608 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | CA47033 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48651 | USD | 80,000.00 | USD | 35,249.30 | 18JAN10 | USD | 301.86 | USD | 396.34 | USD | 225.43 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46767 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48652 | HKD | 470,000.00 | USD | 31,615.12 | 14DEC09 | USD | 270.74 | USD | 355.47 | USD | 202.19 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA90352 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48667 | USD | 30,000.00 | USD | 14,020.71 | 27OCT09 | USD | 120.06 | USD | 157.64 | USD | 89.66 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | CA31931 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48744 | USD | 200,000.00 | USD | 81,816.78 | 06NOV09 | USD | 700.65 | USD | 919.94 | USD | 523.25 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38221 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49430 | USD | 170,000.00 | USD | 97,964.56 | 23NOV09 | USD | 838.93 | USD | 1,101.50 | USD | 626.53 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA46778 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49467 | USD | 200,000.00 | USD | 88,794.87 | 21DEC09 | USD | 760.41 | USD | 998.40 | USD | 567.88 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA31659 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49518 | USD | 180,000.00 | USD | 104,746.93 | 29DEC09 | USD | 897.02 | USD | 1,177.76 | USD | 669.90 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA37820 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49525 | HKD | 650,000.00 | USD | 51,573.47 | 23OCT09 | USD | 441.65 | USD | 579.88 | USD | 329.84 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA37808 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49575 | USD | 130,000.00 | USD | 94,103.24 | 23OCT09 | USD | 805.87 | USD | 1,058.08 | USD | 601.83 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38073 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49580 | USD | 100,000.00 | USD | 57,626.21 | 23NOV09 | USD | 493.49 | USD | 647.94 | USD | 368.55 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA31655 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49965 | USD | 150,000.00 | USD | 82,159.77 | 23NOV09 | USD | 703.59 | USD | 923.79 | USD | 525.45 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA46091 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49966 | USD | 100,000.00 | USD | 55,203.62 | 22OCT09 | USD | 472.74 | USD | 620.70 | USD | 353.05 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA46941 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50340 | USD | 180,000.00 | USD | 104,746.93 | 29DEC09 | USD | 897.02 | USD | 1,177.76 | USD | 669.90 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA55035 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50382 | USD | 350,000.00 | USD | 201,691.73 | 23NOV09 | USD | 1,727.22 | USD | 2,267.80 | USD | 1,289.91 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46765 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50669 | HKD | 1,000,000.00 | USD | 67,266.22 | 14DEC09 | USD | 576.04 | USD | 756.33 | USD | 430.20 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA31923 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50678 | USD | 140,000.00 | USD | 71,724.73 | 23NOV09 | USD | 614.22 | USD | 806.46 | USD | 458.71 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA31925 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50684 | USD | 170,000.00 | USD | 95,961.28 | 23NOV09 | USD | 821.78 | USD | 1,078.98 | USD | 613.72 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA90370 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50703 | USD | 200,000.00 | USD | 88,794.87 | 21DEC09 | USD | 760.41 | USD | 998.40 | USD | 567.88 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA46556 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50835 | USD | 50,000.00 | USD | 25,615.97 | 23NOV09 | USD | 219.36 | USD | 288.02 | USD | 163.82 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA46105 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50836 | HKD | 500,000.00 | USD | 39,671.90 | 23OCT09 | USD | 339.73 | USD | 446.06 | USD | 253.72 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA55025 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50873 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38070 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50879 | USD | 120,000.00 | USD | 69,151.45 | 23NOV09 | USD | 592.19 | USD | 777.53 | USD | 442.25 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA55059 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50885 | HKD | 1,500,000.00 | USD | 119,015.70 | 23OCT09 | USD | 1,019.21 | USD | 1,338.20 | USD | 761.16 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55348 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50889 | USD | 110,000.00 | USD | 56,355.14 | 23NOV09 | USD | 482.60 | USD | 633.65 | USD | 360.41 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA55040 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50898 | USD | 130,000.00 | USD | 71,205.13 | 23NOV09 | USD | 609.77 | USD | 800.62 | USD | 455.39 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | CA55312 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50899 | HKD | 1,000,000.00 | USD | 37,128.44 | 09NOV09 | USD | 317.95 | USD | 417.46 | USD | 237.45 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46749 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50904 | USD | 100,000.00 | USD | 57,626.21 | 23NOV09 | USD | 493.49 | USD | 647.94 | USD | 368.54 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA64842 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51250 | USD | 75,000.00 | USD | 75,000.00 | 22MAR11 | USD | 642.27 | USD | 843.29 | USD | 479.66 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA64841 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51251 | USD | 80,000.00 | USD | 80,000.00 | 22MAR11 | USD | 685.09 | USD | 899.51 | USD | 511.64 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA64914 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51601 | HKD | 500,000.00 | USD | 37,232.71 | 02MAR09 | USD | 318.84 | USD | 418.64 | USD | 238.12 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA38232 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51602 | HKD | 1,000,000.00 | USD | 67,266.22 | 14DEC09 | USD | 576.04 | USD | 756.33 | USD | 430.20 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | CA39156 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51628 | HKD | 1,800,000.00 | USD | 134,897.06 | 05MAR09 | USD | 1,155.21 | USD | 1,516.77 | USD | 862.73 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA35334 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51772 | AUD | 200,000.00 | USD | 85,556.59 | 05NOV09 | USD | 732.68 | USD | 961.99 | USD | 547.17 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA22727 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51773 | USD | 130,000.00 | USD | 59,113.51 | 23NOV09 | USD | 506.22 | USD | 664.66 | USD | 378.06 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA55036 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55132 | USD | 220,000.00 | USD | 126,777.66 | 23NOV09 | USD | 1,085.68 | USD | 1,425.47 | USD | 810.80 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA73933 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55137 | USD | 65,000.00 | USD | 65,000.00 | 22MAR11 | USD | 556.63 | USD | 730.85 | USD | 415.70 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64541 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55154 | USD | 540,000.00 | USD | 276,652.53 | 23NOV09 | USD | 2,369.16 | USD | 3,110.65 | USD | 1,769.33 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA38291 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55213 | USD | 500,000.00 | USD | 291,816.13 | 05MAR09 | USD | 2,499.02 | USD | 3,281.15 | USD | 1,866.31 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA38029 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55214 | USD | 960,000.00 | USD | 541,898.97 | 23NOV09 | USD | 4,640.65 | USD | 6,093.06 | USD | 3,465.71 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA64893 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55222 | USD | 150,000.00 | USD | 87,544.84 | 05MAR09 | USD | 749.70 | USD | 984.34 | USD | 559.89 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA38243 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55282 | USD | 60,000.00 | USD | 26,638.46 | 21DEC09 | USD | 228.12 | USD | 299.52 | USD | 170.36 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA37796 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55283 | HKD | 500,000.00 | USD | 34,609.38 | 22OCT09 | USD | 296.38 | USD | 389.14 | USD | 221.34 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA37897 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56038 | USD | 200,000.00 | USD | 93,471.42 | 27OCT09 | USD | 800.46 | USD | 1,050.98 | USD | 597.79 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA46911 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56521 | USD | 150,000.00 | USD | 68,407.24 | 29DEC09 | USD | 585.81 | USD | 769.16 | USD | 437.49 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55346 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56522 | USD | 140,000.00 | USD | 71,724.73 | 23NOV09 | USD | 614.22 | USD | 806.46 | USD | 458.71 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA38047 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56727 | USD | 80,000.00 | USD | 36,377.55 | 23NOV09 | USD | 311.52 | USD | 409.02 | USD | 232.65 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA38711 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56728 | USD | 70,000.00 | USD | 40,734.92 | 29DEC09 | USD | 348.84 | USD | 458.02 | USD | 260.52 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA90358 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56967 | AUD | 280,000.00 | USD | 119,779.23 | 05NOV09 | USD | 1,025.75 | USD | 1,346.78 | USD | 766.04 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA90361 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56968 | USD | 20,000.00 | USD | 10,954.64 | 23NOV09 | USD | 93.81 | USD | 123.17 | USD | 70.06 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA37882 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57068 | USD | 100,000.00 | USD | 55,203.62 | 22OCT09 | USD | 472.74 | USD | 620.70 | USD | 353.05 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA64498 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57070 | USD | 220,000.00 | USD | 102,818.56 | 27OCT09 | USD | 880.50 | USD | 1,156.08 | USD | 657.57 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | CA46755 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57072 | HKD | 800,000.00 | USD | 57,908.81 | 30NOV09 | USD | 495.91 | USD | 651.12 | USD | 370.35 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA22963 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57100 | AUD | 200,000.00 | USD | 85,556.59 | 05NOV09 | USD | 732.68 | USD | 961.99 | USD | 547.17 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA38406 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57110 | HKD | 1,000,000.00 | USD | 74,465.41 | 02MAR09 | USD | 637.69 | USD | 837.28 | USD | 476.24 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA64829 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57134 | USD | 50,000.00 | USD | 22,198.72 | 21DEC09 | USD | 190.10 | USD | 249.60 | USD | 141.97 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64543 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57135 | USD | 40,000.00 | USD | 20,492.78 | 23NOV09 | USD | 175.49 | USD | 230.41 | USD | 131.06 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA64514 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57136 | USD | 50,000.00 | USD | 23,364.06 | 27OCT09 | USD | 200.08 | USD | 262.70 | USD | 149.42 |
| LB 2Y HKD Range Accrual Note S817 02NOV09 | XS0327859301 | CA64526 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57137 | HKD | 580,000.00 | USD | 37,475.42 | 02NOV09 | USD | 320.92 | USD | 421.37 | USD | 239.67 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA31694 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57187 | USD | 90,000.00 | USD | 52,526.90 | 05MAR09 | USD | 449.82 | USD | 590.60 | USD | 335.93 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA46782 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57196 | USD | 20,000.00 | USD | 8,879.49 | 21DEC09 | USD | 76.04 | USD | 99.84 | USD | 56.78 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA46094 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57198 | USD | 40,000.00 | USD | 22,081.45 | 22OCT09 | USD | 189.09 | USD | 248.28 | USD | 141.22 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46420 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57199 | USD | 30,000.00 | USD | 14,020.71 | 27OCT09 | USD | 120.06 | USD | 157.64 | USD | 89.66 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA31955 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57209 | USD | 120,000.00 | USD | 56,073.75 | 27OCT09 | USD | 480.19 | USD | 630.48 | USD | 358.61 |
| LB 2Y HKD Range Accrual Note S805 18JAN10 | XS0339560376 | CA64807 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57210 | HKD | 1,030,000.00 | USD | 58,650.21 | 18JAN10 | USD | 502.26 | USD | 659.45 | USD | 375.09 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA46943 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57212 | USD | 100,000.00 | USD | 58,192.74 | 29DEC09 | USD | 498.34 | USD | 654.31 | USD | 372.17 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA31957 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57213 | USD | 150,000.00 | USD | 70,092.19 | 27OCT09 | USD | 600.24 | USD | 788.11 | USD | 448.27 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46766 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57230 | HKD | 500,000.00 | USD | 33,633.11 | 14DEC09 | USD | 288.02 | USD | 378.16 | USD | 215.10 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA46084 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57231 | HKD | 620,000.00 | USD | 42,915.63 | 22OCT09 | USD | 367.51 | USD | 482.53 | USD | 274.46 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA46512 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57232 | USD | 40,000.00 | USD | 20,678.48 | 27OCT09 | USD | 177.08 | USD | 232.50 | USD | 132.24 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | CA64815 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57235 | USD | 100,000.00 | USD | 46,826.94 | 04JAN10 | USD | 401.01 | USD | 526.51 | USD | 299.48 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA31870 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57238 | USD | 130,000.00 | USD | 74,914.07 | 23NOV09 | USD | 641.54 | USD | 842.32 | USD | 479.11 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 1Y USD Daily Callable Fixed Coupon Note S093 11MAR09 | XS0350571377 | CA31854 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57257 | USD | 130,000.00 | USD | 74,550.66 | 11MAR09 | USD | 638.68 | USD | 838.57 | USD | 476.98 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46414 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57259 | USD | 130,000.00 | USD | 60,756.42 | 27OCT09 | USD | 520.29 | USD | 683.14 | USD | 388.56 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA46879 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57260 | USD | 50,000.00 | USD | 14,661.14 | 17DEC09 | USD | 125.55 | USD | 164.84 | USD | 93.76 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64544 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57262 | USD | 70,000.00 | USD | 35,862.36 | 23NOV09 | USD | 307.11 | USD | 403.23 | USD | 229.35 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA64546 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57263 | USD | 30,000.00 | USD | 13,641.58 | 23NOV09 | USD | 116.82 | USD | 153.38 | USD | 87.24 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA64823 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57264 | USD | 150,000.00 | USD | 68,407.24 | 29DEC09 | USD | 585.81 | USD | 769.16 | USD | 437.49 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA64512 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57265 | USD | 100,000.00 | USD | 46,728.13 | 27OCT09 | USD | 400.16 | USD | 525.40 | USD | 298.84 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA64817 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57266 | USD | 210,000.00 | USD | 122,204.75 | 29DEC09 | USD | 1,046.52 | USD | 1,374.06 | USD | 781.56 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA64488 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57269 | HKD | 1,000,000.00 | USD | 69,218.76 | 22OCT09 | USD | 592.76 | USD | 778.29 | USD | 442.68 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA64539 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57270 | USD | 50,000.00 | USD | 28,223.90 | 23NOV09 | USD | 241.70 | USD | 317.34 | USD | 180.50 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA73901 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57332 | AUD | 70,000.00 | USD | 29,944.81 | 05NOV09 | USD | 256.43 | USD | 336.69 | USD | 191.51 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA73890 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57333 | USD | 70,000.00 | USD | 38,642.54 | 22OCT09 | USD | 330.92 | USD | 434.49 | USD | 247.13 |
| LB 2Y HKD Range Accrual Note S905 18JAN10 | XS0339560376 | CA73924 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57718 | HKD | 500,000.00 | USD | 28,470.98 | 18JAN10 | USD | 243.81 | USD | 320.12 | USD | 182.08 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA31941 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57719 | HKD | 500,000.00 | USD | 53,151.51 | 27OCT09 | USD | 455.17 | USD | 597.63 | USD | 339.93 |
| LB 2Y HKD Range Accrual Note S905 18JAN10 | XS0339560376 | CA31882 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57721 | HKD | 200,000.00 | USD | 11,388.39 | 18JAN10 | USD | 97.52 | USD | 128.05 | USD | 72.83 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA38393 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57722 | USD | 65,000.00 | USD | 65,000.00 | 22MAR11 | USD | 556.63 | USD | 730.85 | USD | 415.70 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | CA31750 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57751 | HKD | 800,000.00 | USD | 57,908.81 | 30NOV09 | USD | 495.91 | USD | 651.12 | USD | 370.35 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA31956 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57752 | USD | 80,000.00 | USD | 37,382.50 | 27OCT09 | USD | 320.13 | USD | 420.32 | USD | 239.07 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA31895 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57753 | USD | 60,000.00 | USD | 27,362.90 | 29DEC09 | USD | 234.32 | USD | 307.66 | USD | 174.99 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | CA31817 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57754 | USD | 30,000.00 | USD | 14,092.98 | 31DEC09 | USD | 120.68 | USD | 158.46 | USD | 90.13 |
| LB 2Y USD Airbag Range Accrual Note S926 25JAN10 | XS0341160082 | CA31738 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57755 | USD | 30,000.00 | USD | 13,091.36 | 25JAN10 | USD | 112.11 | USD | 147.19 | USD | 83.72 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | 6059262 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60811 | HKD | 600,000.00 | USD | 44,965.69 | 05MAR09 | USD | 385.07 | USD | 505.59 | USD | 287.57 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA31648 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60815 | USD | 210,000.00 | USD | 115,023.67 | 23NOV09 | USD | 985.02 | USD | 1,293.31 | USD | 735.63 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | 6059248 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60836 | HKD | 250,000.00 | USD | 16,816.55 | 14DEC09 | USD | 144.01 | USD | 189.08 | USD | 107.55 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | 6059260 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60837 | HKD | 700,000.00 | USD | 52,125.79 | 02MAR09 | USD | 446.38 | USD | 586.09 | USD | 333.37 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA38708 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60842 | USD | 150,000.00 | USD | 87,289.11 | 29DEC09 | USD | 747.51 | USD | 981.47 | USD | 558.25 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA64548 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60846 | USD | 150,000.00 | USD | 82,159.77 | 23NOV09 | USD | 703.59 | USD | 923.79 | USD | 525.45 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA38233 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60852 | HKD | 890,000.00 | USD | 59,866.94 | 14DEC09 | USD | 512.68 | USD | 673.13 | USD | 382.87 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA64831 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60853 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA47257 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60854 | USD | 500,000.00 | USD | 291,816.13 | 05MAR09 | USD | 2,499.02 | USD | 3,281.15 | USD | 1,866.31 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA46521 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60857 | HKD | 600,000.00 | USD | 63,781.81 | 27OCT09 | USD | 546.20 | USD | 717.15 | USD | 407.91 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | 6059252 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60914 | HKD | 250,000.00 | USD | 13,775.83 | 21DEC09 | USD | 117.97 | USD | 154.89 | USD | 88.10 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | 6059247 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60915 | HKD | 600,000.00 | USD | 43,431.61 | 30NOV09 | USD | 371.93 | USD | 488.34 | USD | 277.76 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | 6059242 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60916 | HKD | 1,200,000.00 | USD | 44,554.12 | 09NOV09 | USD | 381.54 | USD | 500.96 | USD | 284.94 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | 6059241 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60917 | HKD | 650,000.00 | USD | 69,096.96 | 27OCT09 | USD | 591.72 | USD | 776.92 | USD | 441.90 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | 6059240 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60918 | HKD | 890,000.00 | USD | 53,501.16 | 27OCT09 | USD | 458.16 | USD | 601.56 | USD | 342.16 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | 6059236 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60919 | HKD | 1,080,000.00 | USD | 74,756.26 | 22OCT09 | USD | 640.18 | USD | 840.55 | USD | 478.10 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | 6059238 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60920 | HKD | 1,500,000.00 | USD | 119,015.70 | 23OCT09 | USD | 1,019.21 | USD | 1,338.20 | USD | 761.16 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | 6059261 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60921 | USD | 130,000.00 | USD | 75,872.19 | 05MAR09 | USD | 649.74 | USD | 853.10 | USD | 485.24 |
| LB 2Y USD Range Accrual Note S904 18JAN10 | XS0339560293 | 6059259 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60922 | USD | 310,000.00 | USD | 136,591.05 | 18JAN10 | USD | 1,169.72 | USD | 1,535.81 | USD | 873.56 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | 6059258 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60923 | USD | 60,000.00 | USD | 28,185.97 | 31DEC09 | USD | 241.37 | USD | 316.92 | USD | 180.26 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | 6059257 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60924 | USD | 70,000.00 | USD | 40,734.92 | 29DEC09 | USD | 348.84 | USD | 458.02 | USD | 260.52 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | 6059255 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60925 | USD | 210,000.00 | USD | 95,770.14 | 29DEC09 | USD | 820.14 | USD | 1,076.83 | USD | 612.49 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | 6059254 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60928 | USD | 190,000.00 | USD | 84,355.13 | 21DEC09 | USD | 722.39 | USD | 948.48 | USD | 539.49 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | 6059246 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60929 | USD | 50,000.00 | USD | 28,813.10 | 23NOV09 | USD | 246.74 | USD | 323.97 | USD | 184.27 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | 6059244 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60930 | USD | 80,000.00 | USD | 43,818.54 | 23NOV09 | USD | 375.24 | USD | 492.69 | USD | 280.24 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | 6059243 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60931 | USD | 50,000.00 | USD | 28,223.90 | 23NOV09 | USD | 241.70 | USD | 317.34 | USD | 180.50 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | 6059239 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60932 | USD | 150,000.00 | USD | 70,103.56 | 27OCT09 | USD | 600.34 | USD | 788.23 | USD | 448.34 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | 6059237 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60933 | USD | 250,000.00 | USD | 138,009.06 | 22OCT09 | USD | 1,181.86 | USD | 1,551.76 | USD | 882.63 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | CA73897 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61149 | USD | 320,000.00 | USD | 150,815.76 | 29OCT09 | USD | 1,291.53 | USD | 1,695.76 | USD | 964.54 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | CA73905 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61150 | USD | 300,000.00 | USD | 122,725.17 | 06NOV09 | USD | 1,050.98 | USD | 1,379.91 | USD | 784.88 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA46525 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61312 | HKD | 500,000.00 | USD | 53,151.51 | 27OCT09 | USD | 455.17 | USD | 597.63 | USD | 339.93 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | CA64517 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61319 | USD | 130,000.00 | USD | 61,268.90 | 29OCT09 | USD | 524.68 | USD | 688.90 | USD | 391.84 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA38030 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62934 | USD | 70,000.00 | USD | 39,513.47 | 23NOV09 | USD | 338.38 | USD | 444.28 | USD | 252.70 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA37830 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62935 | HKD | 400,000.00 | USD | 31,737.52 | 23OCT09 | USD | 271.79 | USD | 356.85 | USD | 202.97 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38075 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62936 | USD | 40,000.00 | USD | 23,050.48 | 23NOV09 | USD | 197.39 | USD | 259.17 | USD | 147.41 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA46910 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62937 | USD | 190,000.00 | USD | 86,649.17 | 29DEC09 | USD | 742.03 | USD | 974.27 | USD | 554.16 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA46522 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 64670 | HKD | 600,000.00 | USD | 63,781.81 | 27OCT09 | USD | 546.20 | USD | 717.15 | USD | 407.91 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55328 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 64857 | USD | 130,000.00 | USD | 66,601.53 | 23NOV09 | USD | 570.35 | USD | 748.86 | USD | 425.95 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA31710 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 67148 | HKD | 1,000,000.00 | USD | 79,343.80 | 23OCT09 | USD | 679.47 | USD | 892.13 | USD | 507.44 |

Schedule 2

Copies of LBHI Proofs of Claim

DB Ref: 19881

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000056038

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LIU PENGCHENG
942/137 5th Fl.,CHARN ISSARA TOWER 1,RAMA 4 Rd.,SURIYAWONG,
BANGRAK,BANGKOK 10500,THAILAND
Telephone number: +66819036298 Email Address: pengchengliu@gmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**________
(*If known*)

Filed on: ________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 200, 000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** ____(as statement above)____ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** ____XS0326608279____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
____CA37897____ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
____89529____ **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 27OCT2009 | LIU PENGCHENG |

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 29 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

EXPRESS
DOX
Parcels 1/1
XPOSE ADHESIVE
ZYP
AIR WAYBILL: 1741631242
CASHSLME4
ORIGIN: BKK
SECURITY CHECKED
MAYURA
BKK
6997612
EASYSHIP/
CUSTOME
INFORMA
OR
N POUC
BAR CODE AT THE TOP
EXPRESS ENVELOPE

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000056521

THIS SPACE IS FOR COURT USE ONLY

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

WU KIT FONG & WU CHEUK HAY & WU KIT HO
Wu Kit Fong 胡潔芳 胡卓禧 852
852-61097667 852-68016023 96066928
Wu Kit Fong Wu Kit Ho Wu Cheuk Hay

Ms. Wu Kit Ho
RM2909 Lung Wan Hse
Lung Poon Crt
Diamond Hill
KLN - H K

Telephone number: Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ____________ (*If known*)

Filed on: ____________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 150,000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0336645089 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA46911 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 29 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 28-10-2009 | Wu Kit Fong Wu Kit Ho Wu Cheuk Hay<br>Wu Kit Fong 胡潔芳 胡卓禧 |

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150-5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

EXPRESS ENVELOPE
ZYP
DOX
1735236484
REMOVE TO EXPOSE ADHESIVE
US-ZYP
BY HAND
SECURITY CHECKED
EXPRESS

WB

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000056522

THIS SPACE IS FOR COURT USE ONLY

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

TSANG SIU YING, ISABELLE
FLAT A 21/F BLOCK 8 CAVENDISH HEIGHTS,
33 PERKINS ROAD, HONG KONG

Telephone number: (852) 94334455 Email Address: isabelle.tsang@gmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ____________ (*If known*)

Filed on: ____________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 140,000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0331400530 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA55346 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 29 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 27/10/09 | [signature] TSANG SIU YING ISABELLE (Ms) |

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# Royal Preferred Banking

ABN AMRO Bank N.V.

TSANG SIU YING, ISABELLE
FLAT A 21/F BLOCK 8 CAVENDISH HEIGHTS
33 PEKINS ROAD HK

Contact : ALLAN KWAN (PP)
聯絡人

Telephone : 36977880
電話號碼

Date : 08/11/07
日期

**Contract Note - Structured Product Subscription**
**結構性產品認購交易單據**

The details of transaction are as follows:
交易詳情如下:

| | | |
|---|---|---|
| Investment A/C No. 投資帳戶號碼 | : | 9806071 |
| Product Name 產品名稱 | : | LB 2Y USD Airbag Range Accrual Note S891 23NOV09 |
| Product / ISIN Code 產品/國際證券號碼 | : | 07PLE891QU |
| Issuer 發行商 | : | LEHMAN BROTHERS TREASURY CO BV |
| Underlying 相關資產 | : | CHINA CONSTRUCTION BANK CORP - H<br>CHINA MOBILE (HONG KONG) LTD<br>CHINA SHENHUA ENERGY CO LTD -H |
| Coupon Rate (%) 票面息率 | : | Please refer to the Term Sheet (其細節載於條件單) |
| Trade Date 交易日 | : | 08/11/07 |
| Issue Date 發行日 | : | 23/11/07 |
| Maturity Date 到期日 | : | 23/11/09 |
| Nominal Amount 面額 | : | USD 140,000.00 |
| Purchase Price (%) 購入價百分比 | : | 100.00 |
| Purchased Amoun 購入金額 | : | USD 140,000.00 |
| Commission 佣金 | : | USD 280.00 |
| Total Settlement Amount 總結算金額 | : | USD 140,280.00 |
| Settlement A/C No. 結算帳戶號碼 | : | 0101264708 |
| Settlement Date 結算日 | : | 23/11/07 |

Remarks:
- ABN AMRO N.V.* (the "Bank") is acting as principal in the above-mentioned transaction
- This Contract Note should be read in conjunction with the product termsheet of the Structured Product

備註:
- 荷蘭銀行(下稱「本銀行」)為上述交易之主事人。
- 此確認書必須與產品條款單一併閱讀。

This is computer-generated document, no signature is required.
此乃電腦系統所發之文件,毋須簽署。

Remarks:

1. As soon as practicable after the Bank has entered into a Transaction with or for your Account, the Bank may send to you an advice, contract note or confirmation of such Transaction. Such advice, contract note or confirmation is provided by the Bank for record purposes only. Any instructions given or authorised, if accepted by the Bank, are accepted at the time of the same being given or authorised and not at the time of the issue of the contract note or confirmation.
2. You shall examine all advices, contract notes or confirmations as soon as you receive them and if you do not receive them within 7 days of entering into a Transaction, you shall immediately notify the Bank and request a copy. Except for discrepancies of which you notify the Bank within 90 days from the date of such advice, contract note or confirmation, the Bank's records shall be deemed correct and binding on you (subject to the Bank's right to adjust, which may be exercised by the Bank at any time, any entries in the Account or details in the advice, contract note or confirmation where they have been wrongly or mistakenly made by the Bank).
3. If you make any Transaction relating to or otherwise adopt by conduct, the Transaction recorded in such advice, contract note or confirmation, the recorded Transaction is treated as conclusive against you notwithstanding the relevant period for raising objection has not expired.
4. If you change your mailing address, kindly notify ABN AMRO Bank N.V. in writing.
5. The price of investment products can and does fluctuate, and that any individual investment products may experience upward or downward movements, and may even become valueless. There is an inherent risk that losses may be incurred rather than profit made as a result of buying and selling investment products.
6. Except as otherwise indicated in the offering materials for a particular investment, investments are not deposits or other obligations of, or guaranteed or insures by ABN AMRO Bank N.V. or any of their affiliates or subsidiaries, or by any local government or insurance agency, and are subject to investment risks, including possible loss of the principal amount invested.
7. Securities Trading Hours
Hong Kong Stocks: Monday to Friday, 10:00a.m. to 12:30 p.m., 2:30 p.m. to 4:00 p.m.
Asian Stocks: Monday to Friday, 9:00 a.m. to 5:00 p.m. (Hong Kong Business Day)
8. ABN AMRO Bank N.V. Incorporated in Netherlands with limited liability.
9. ABN AMRO Bank N.V. address: 17/F Lincoln House, Taikoo Place, 979 King's Road, Quarry Bay, Hong Kong.
10. ABN AMRO Bank N.V. acts as an intermediary unless specified. ABN AMRO (Hong Kong) Nominees Ltd. (a 100% owned subsidiary of ABN AMRO Bank N.V. providing custodian and nominees services) acts as an associated entity of the intermediary.
11. In case of discrepancy between the English and Chinese version, the English version shall prevail.

備註：

1. 本銀行與你的賬戶或為你的賬戶進行一項交易後，將在可行情況下盡快將交易單據、合約單據或交易確認書送交給你。本銀行提供的此等交易單據，合約單據或確認書只作紀錄之用。客戶發出或授權發出的指示，一經本銀行接受，即以發出或授權發出的時候（而非有關交易單據或確認書發出的時間）為接受指示的時間。
2. 你收到任何交易單據、合約單據或確認書時須立即核對；若你在訂立交易後7天內仍未收到此等交易單據、合約單據或確認書，你須立即通知本銀行，並要求一份副本。除非你在此交易單據、合約單據或確認書日期起90天內，通知本銀行任何錯誤，本銀行的記錄即被視為正確，並對你有約束力（但本銀行有權調整其錯誤作出的任何賬戶登錄或交易單據、合約單據或確認書資料，而本銀行可隨時行使此項權利）。
3. 若你進行獲此等交易單據，合約單據或確認書之記錄的交易或通過行為採納此等交易，則此等已記錄的交易對你而言是屬於確定性的，而不論提出異議的有關期限是否已屆滿。
4. 閣下之通訊地址如有更改，請以書面通知本行。
5. 投資產品價格可能會及確實會波動，而且任何一項投資產品的價格都可能會上升及下降，甚至變成毫無價值。買賣投資產品有其內在的風險，所以未必一定能夠賺取利潤，反而可能會招致損失。
6. 投資並非一般存款，且存在風險，包括損失本金。再者，一般投資並未獲得ABN AMRO Bank N.V.或其任何附屬或聯營公司，或任何國家之當地政府，或保險公司的保證或擔保，除非其保證已列明於有關之認購章程中。
7. 股票交易時間
港股：星期一至星期五，早上十時至下午十二時三十分，下午二時三十分至下午四時正
亞洲股票：星期一至星期五，早上九時至下午五時(香港辦公日)
8. 荷蘭銀行是一家於荷蘭註冊成立的有限責任公司。
9. 荷蘭銀行地址：香港鰂魚涌英皇道979號太古坊林肯大廈17樓
10. 如非特別指明，荷蘭銀行將作為中介者。ABN AMRO (Hong Kong) Nominees Ltd.(從事提供託管及代理服務的荷蘭銀行全資附屬公司)作為中介者的聯繫實體。
11. 中文譯本如含義與英文有異，則以英文為準。

N43

| Security Post Release | |
|---|---|
| Trade Details | |
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity-Status | Settlement-Settled |
| ISIN Code | XS0331400530 |
| Common Code | 033140053 |
| Financial Instrument Description | USD FL.R LEHMAN BROS.TREAS 07-2009 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason-Narrative | |
| Sender's Reference | NONREF |
| Last Update | 10/12/09 9:37 AM |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 89529 - ABN AMRO (HK) NOM.-CONS. BKING CLT |
| Quantity of Financial Instrument | 140,000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 10/12/09 |
| Trade Date/Time | 10/12/09 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trano | CA55346 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 10/12/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |
| Settlement Parties | |
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 89529 |
| Description | UNPUBLISHED |
| Settlement parties : | |
| Receiving Agent | Clearstream - 89529 |
| Settlement Processing Narrative | CONSBLOK 000033140053 OCE CONSENT YOUR INX |
| Additional Information | |
| Input Media | Internal |
| References: | |

| KatharineCheung | Clearstream Banking - CreationOnline | 9:38 AM CET |
|---|---|---|

| Type | Reference |
|---|---|
| Clearstream | 02M2JB0003D5 |
| CA Notification | 0000000065490590 |

SECURITY CHECKED
THE CONTENTS OF THIS PACKAGE HAVE BEEN CHECKED BY A DHL STAFF MEMBER FOR SECURITY PURPOSES IN THE PRESENCE OF THE SHIPPER.
FOR DHL (PRINT NAME)
FOR CLIENT (PRINT NAME)
BY HAND
STATION
H K G
DHL EXPRESS
ZYP
US
REMOVE TO EXPOSE ADHESIVE
4242
122 9994 242
ZYP
EXPRESS WORLDWIDE
DOX
10017 NEW YORK, UNITED STATES OF AM
HKG
US – ZYP
RECEIVED
21 A Block 8 CAVENDISH HEIGHTS
33 PERKINS ROAD H.K
852 94334455
Document
EPIQ BANKRUPTCY SOLUTIONS LLC
Attn: LEHMAN BROTHERS HOLDINGS
CLAIMS PROCESSING
757 THIRD AVENUE 3/F
NEW YORK
NY 10017
USA
WAYBILL 12 2999 4242
EASYSHIP/
CUSTOMER
INFORMATION
OR
EXPRESS ENVELOPE

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000056727

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LAU KING YI AVA 15D BLOCK 5
CITY GARDEN
NORTH POINT, HONG KONG
Telephone number: (44) 7900244639 Email Address: avalau@hotmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ______
*(If known)*

Filed on: ______

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1: Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 80, 000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0331504745 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
CA38047 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 29 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 28/10/09 | Ava Lau<br>LAU, KING YI AVA |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

EXTREMELY URGENT
DO NOT SEND CASH, CASH EQUIVALENT OR JEWELLERY.
SECURITY CHECKED STATEMENT
RECEIVED
OCT 2 8 2009
WAYBILL 5118345875

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000056728

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LAU KING YI AVA 15D BLOCK 5
CITY GARDEN
NORTH POINT, HONG KONG

Telephone number: (44) 7900244639 Email Address: avalau@hotmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**________
*(If known)*

Filed on: ________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 70,000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0336927909 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
CA38711 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 28/10/09 | Ava Lau<br>LAU, KING YI AVA |

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 29 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

EXTREMELY URGENT
DO NOT SEND CASH, CASH EQUIVALENT OR JEWELLERY.
SHIPMENT AWB No:
CPI 010709 00952959
DESTINATION:
RECEIVED
OCT 29 2009
WAYBILL 5118345875
BW50ZYP-TSS
10017 New York, United States
DOX
SECURITY CHECKED STATEMENT
THE CONTENTS OF THIS PACKAGE HAVE BEEN CHECKED BY A DHL STAFF MEMBER FOR SECURITY PURPOSES IN THE PRESENCE OF THE SHIPPER.
SECURITY CHECKED
DATE PICKED UP:
USA

(1/3)

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000056967

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
NG MUI YU MONICA P. O. BOX 84364
HUNG HOM BAY POST OFFICE
HUNG HOM. KOWLOON,
HONG KONG

Telephone number: (852) 9601-3032 Email Address: mnc80203@yahoo.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:__________
(*If known*)

Filed on: __________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds AUD 280,000 (equivalent to USD 225,820.00 at the conversion rate of AUD/USD at 0.8065 at of 15 September 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0327940929 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
CA90358 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 27-Oct-2009 | [signature] NG, MUI YU MONICA (Miss) |

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 2 9 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC



**Royal Preferred Banking**

ABN AMRO Bank N.V.

16 October 2009

Ref No. POA_0000064701

TO WHOM IT MAY CONCERN:

**Re: Confirmation on the Power of Attorney**

This letter confirms that NG MUI YU MONICA has appointed WONG NG MAU KING MAURA as its/their Attorney(ies) pursuant to a Power Attorney, and such Attorney(ies) are therefore authorized to sign the Lehman Program Securities Proof of Claim Form on behalf of NG MUI YU MONICA .

Yours faithfully,

ABN AMRO Bank N.V.

敬啓者：

**確認簽署授權書**

此信函茲確認 NG MUI YU MONICA 已授權委託 WONG NG MAU KING MAURA 作爲授權人則授權代表 NG MUI YU MONICA 簽署雷曼證券計劃索償證明表格 (Lehman Program Securities Proof of Claim Form)。

荷蘭銀行
謹啓

2009 年 10 月 16 日

HONG KONG POST OFFICE SPEEDPOST 香港郵政特快專遞
Postage Label No.(郵費標簽號): LOL042603 Item No:(郵件編號): EA027246696HK(D)
Date/Time (日期/時間): 27/10/09 17:59 Office(投寄局): GPO 郵政總局
Dest. Country (寄達國): US 美國
Weight (重量): 0.053 KG (公斤) Postage Amount(已付郵資): HK$127.00

Speedpost 特快專遞 EMS
HONGKONG POST Item No EA 027 246 696 HK

NG, MUI YU MONICA
P.O. BOX 84364
HUNG HOM BAY POST OFFICE
HUNG HOM
(852) 9601-3032 HONG KONG

NAME AND ADDRESS OF ADDRESSEE
EPIQ BANKRUPTCY SOLUTIONS, LLC
ATTN: LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING
757 THIRD AVENUE, 3RD FLOOR
NEW YORK, NY 10017
USA
Postal Code (if any) NY 10017

CUSTOMS DECLARATION
Quantity & detailed description of contents
DOCUMENTS

27-Oct-2009

派遞收據 DELIVERY RECEIPT
To be completed at the time of delivery
RECEIVED
Name of recipient
OCT 29 2009
Time Date
Signature/Company Chop

Hongkong Post

2/3

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000056968

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

...... IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

NG MUI YU MONICA P.O. Box 84364
HUNG HOM BAY POST OFFICE
HUNG HOM, KOWLOON
HONG KONG.

Telephone number: (852) 9601-3032 Email Address: mn080203@yahoo.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**__________
*(If known)*

Filed on: __________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 20, 000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0331769454 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA90361 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

FILED / RECEIVED
OCT 29 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 27-OCT-2009 | NG, MUI YU MONICA (MISS) |

**Royal Preferred Banking**

ABN AMRO Bank N.V.

16 October 2009

Ref No. POA_0000064701

TO WHOM IT MAY CONCERN:

**Re: Confirmation on the Power of Attorney**

This letter confirms that NG MUI YU MONICA has appointed WONG NG MAU KING MAURA as its/their Attorney(ies) pursuant to a Power Attorney, and such Attorney(ies) are therefore authorized to sign the Lehman Program Securities Proof of Claim Form on behalf of NG MUI YU MONICA .

Yours faithfully,

ABN AMRO Bank N.V.

敬啓者：

**確認簽署授權書**

此信函茲確認 NG MUI YU MONICA 已授權委託 WONG NG MAU KING MAURA 作爲授權人則授權代表 NG MUI YU MONICA 簽署雷曼證券計劃索償證明表格 (Lehman Program Securities Proof of Claim Form)。

荷蘭銀行
謹啓

2009 年 10 月 16 日

HONG KONG POST OFFICE SPEEDPOST 香港郵政署特快專遞
Postage Label No.(郵資標簽號): LOGL042603 Item No.(郵件編號): EA027246696HK(D)
Date/Time (日期/時間): 27/10/09 17:59 Office(投寄局): GPO 郵政總局
Dest. Country (寄達國): US 美國
Weight (重量): 0.053 KG (公斤) Postage Amount(已付郵資): HK$127.00

Speed Post 特快專遞 EMS

HONGKONG POST Item No. EA 027 246 696 HK

NAME AND ADDRESS OF ADDRESSEE

NG, MUI YU MONICA
P.O. BOX 84364
HUNG HOM BAY POST OFFICE
HUNG HOM
Tel: (852) 9601-3032 HONG KONG

EPIQ BANKRUPTCY SOLUTIONS, LLC
ATTN: LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING
757 THIRD AVENUE, 3RD FLOOR
NEW YORK, NY 10017
USA
Postal Code (if any) NY 10017
Tel / Fax

DOCUMENTS

ONE (1)

27-Oct-2009

DELIVERY RECEIPT
To be completed at the time of delivery
RECEIVED
OCT 29 2009
Name of recipient
Time
Date
Signature/Company Chop

ADDRESSEE'S COPY

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000057068

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

CHAN MEI CHU, ANISSA & WONG CHIU WING
Room 1504-05, 15/F, Sunbeam Plaza,
1155 Canton Road, Mongkok, Hong Kong

Telephone number: 852-95020007 Email Address: info@tila.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ________
*(If known)*

Filed on: ________

Name and address where payment should be sent (if different from above)

As above

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 100,000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0325841368 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA37882 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 30 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

**Date.** Oct 21. 09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

WONG CHIU WING    CHAN MEI CHU, ANISSA

KatharineCheung | Clearstream Banking - CreationOnline | 12:08 PM CET

| Security Post Release Trade Details | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity-Status | Settlement-Settled |
| ISIN Code | XS0325841368 |
| Common Code | 032584136 |
| Financial Instrument Description | USD FL.R LEHMAN BROS.TREAS 07-2009 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason-Narrative | |
| Sender's Reference | NONREF |
| Last Update | 10/8/09 9:16 AM |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 89529 - ABN AMRO (HK) NOM-CONS. BKING CLT |
| Quantity of Financial Instrument | 100,000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 10/8/09 |
| Trade Date/Time | 10/8/09 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trano | CA37882 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 10/8/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |
| Settlement Parties | |
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 89529 |
| Description | UNPUBLISHED |
| Settlement parties : | |
| Receiving Agent | Clearstream - 89529 |

# Royal Preferred Banking

ABN AMRO Bank N.V.

CHAN MEI CHU, ANISSA & WONG CHIU WING
RM 1504-1505, 15/F, SUNBEAM PLAZA
1155 CANTON RD, MONGKOK, KLN, HONG KONG

Contact : SIMON TSE (PP)
聯絡人

Telephone : 36977836
電話號碼

Date : 08/10/07
日期

## Contract Note - Structured Product Subscription
## 結構性產品認購交易單據

The details of transaction are as follows:
交易詳情如下:

| | |
|---|---|
| Investment A/C No. 投資帳戶號碼 | : 9810315 |
| Product Name 產品名稱 | : LB 2Y USD Range Accrual Note S778 22OCT09 |
| Product / ISIN Code 產品/國際證券號碼 | : 07PLE778QU |
| Issuer 發行商 | : LEHMAN BROTHERS TREASURY CO BV |
| Underlying 相關資產 | : PETROCHINA CO LTD -H<br>CHINA COMMUNICATIONS CONST CO-H<br>CHINA LIFE INSURANCE CO LTD -H |
| Coupon Rate (%) 票面息率 | : Please refer to the Term Sheet (其細節載於條件單) |
| Trade Date 交易日 | : 08/10/07 |
| Issue Date 發行日 | : 22/10/07 |
| Maturity Date 到期日 | : 22/10/09 |
| Nominal Amount 面額 | : USD 100,000.00 |
| Purchase Price (%) 購入價百分比 | : 100.00 |
| Purchased Amoun 購入金額 | : USD 100,000.00 |
| Commission 佣金 | : USD 0.00 |
| Total Settlement Amount 總結算金額 | : USD 100,000.00 |
| Settlement A/C No. 結算帳戶號碼 | : 0120030981 |
| Settlement Date 結算日 | : 22/10/07 |

Remarks:
- ABN AMRO N.V." (the "Bank") is acting as principal in the above-mentioned transaction.
- This Contract Note should be read in conjunction with the product termsheet of the Structured Product.

備註:
- 荷蘭銀行(下稱「本銀行」)為上述交易之主事人。
- 此確認書必須與產品條款單張一併閱讀。

COPY

This is computer-generated document, no signature is required.
此乃電腦系統所發之文件,毋須簽署。

HONG KONG, CHINA
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
U.S.A
BY AIR MAIL
航 PAR AVION 空
R
HONG KONG
RB 022 054 575 HK

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000057070

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
WU YEE TONG & TSE HOI KONG
RMD, 10/F, PAK TAK CRT BEDFORD GDN, NO 167 TIN HAU TEMPLE RD, NORTH POINT, HK
Telephone number: 00852-25718117 Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: ____________
(*If known*)

Filed on: ______________

Name and address where payment should be sent (if different from above)
00852-90946857
Telephone number: 00852-97534738 Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 220, 000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0326608279 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA64498 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 30 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 23th-Oct-2009 | 胡意棠 謝海江<br>WU YEE TONG TSE HOI KONG |



BY AIR MAIL
航空 PAR AVION
R
HONG KONG
RB 022 071 560 HK
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA
BY:
HONG KONG, CHINA
$3

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000057072

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
KING KWAI LAN
Flat D, 15/F, comfort Garden, 60 King's Rd
North Point, HK
Telephone number: (852) 9835 4817 Email Address: lys_wong@hotmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**__________
*(If known)*

Filed on: __________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 800, 000 (equivalent to USD 102, 690. 49 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0332153807 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
CA46755 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
89529 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 30 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 27.10.2009 | 琼桂蓮 KING KWAI LAN |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# Royal Preferred Banking

RBS
The Royal Bank of Scotland

ABN AMRO Bank N.V.

KING KWAI LAN
FLAT D 15/F COMFORT GARDEN 60 KING'S RD
NORTH POINT HONG KONG

Contact : WONG SZE MAN (OBS)
聯絡人

Telephone : 35132942
電話號碼

Date : 14/11/07
日期

## Contract Note - Structured Product Subscription
## 結構性產品認購交易單據

The details of transaction are as follows:
交易詳情如下:

| | | |
|---|---|---|
| Investment A/C No. 投資帳戶號碼 | : | 9808546 |
| Product Name 產品名稱 | : | LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 |
| Product / ISIN Code 產品/國際證券號碼 | : | 07PLE902QU |
| Issuer 發行商 | : | LEHMAN BROTHERS TREASURY CO BV |
| Underlying 相關資產 | : | PETROCHINA CO LTD -H<br>CHINA CONSTRUCTION BANK CORP - H<br>CHINA LIFE INSURANCE CO LTD -H |
| Coupon Rate (%) 票面息率 | : | Please refer to the Term Sheet (其細節載於條件單) |
| Trade Date 交易日 | : | 14/11/07 |
| Issue Date 發行日 | : | 28/11/07 |
| Maturity Date 到期日 | : | 30/11/09 |
| Nominal Amount 面額 | : | HKD 800,000.00 |
| Purchase Price (%) 購入價百分比 | : | 100.00 |
| Purchased Amoun 購入金額 | : | HKD 800,000.00 |
| Commission 佣金 | : | HKD 0.00 |
| Total Settlement Amount 總結算金額 | : | HKD 800,000.00 |
| Settlement A/C No. 結算帳戶號碼 | : | 0110416019 |
| Settlement Date 結算日 | : | 28/11/07 |

Remarks:
- ABN AMRO N.V." (the "Bank") is acting as principal in the above-mentioned transaction
- This Contract Note should be read in conjunction with the product termsheet of the Structured Product.

備註:
- 荷蘭銀行(下稱「本銀行」)爲上述交易之主事人。
- 此確認書必須與產品條款單張一併閱讀。

This is computer-generated document, no signature is required.
此乃電腦系統所發之文件,毋須簽署。



Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA
R
HONG KONG
RB 026 870 463 HK
HONG KONG CHINA

Schedule 3

Schedule of 7th, 8th, 9th, and 10th Distributions Received From Lehman Brothers Treasury BV

| Description of Security | ISIN/CUSIP | Issuer | Principal/Notional Amount | Admissible Amount | Issue Notional | Maturity | LBT 10th Distribution | LBT 9th Distribution | LBT 8th Distribution | LBT 7th Distribution |
|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | Lehman Brothers Treasury Co BV | AUD 1,770,000.00 | AUD 663,755.35 | AUD 2,310,000.00 | 05NOV09 | AUD 10,301.73 | AUD 13,885.35 | AUD 7,733.50 | AUD 5,072.82 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | Lehman Brothers Treasury Co BV | HKD 14,240,000.00 | HKD 1,447,566.19 | HKD 27,360,000.00 | 22OCT09 | HKD 89,491.67 | HKD 117,537.92 | HKD 66,613.41 | HKD 45,525.28 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | Lehman Brothers Treasury Co BV | HKD 12,390,000.00 | HKD 1,457,929.40 | HKD 21,150,000.00 | 23OCT09 | HKD 101,448.99 | HKD 133,242.60 | HKD 75,513.84 | HKD 51,604.35 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | Lehman Brothers Treasury Co BV | HKD 22,540,000.00 | HKD 1,491,243.85 | HKD 31,790,000.00 | 27OCT09 | HKD 125,592.11 | HKD 164,952.05 | HKD 93,484.91 | HKD 63,878.36 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | Lehman Brothers Treasury Co BV | HKD 9,830,000.00 | HKD 1,183,527.62 | HKD 17,940,000.00 | 27OCT09 | HKD 77,029.98 | HKD 101,170.79 | HKD 57,337.45 | HKD 39,182.38 |
| LB 2Y HKD Range Accrual Note S817 02NOV09 | XS0327859301 | Lehman Brothers Treasury Co BV | HKD 4,440,000.00 | HKD 488,596.61 | HKD 8,110,000.00 | 02NOV09 | HKD 31,773.34 | HKD 41,730.95 | HKD 23,650.55 | HKD 16,161.60 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | Lehman Brothers Treasury Co BV | HKD 9,090,000.00 | HKD 963,334.64 | HKD 22,070,000.00 | 09NOV09 | HKD 47,129.09 | HKD 61,899.11 | HKD 35,080.67 | HKD 23,970.33 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | Lehman Brothers Treasury Co BV | HKD 6,810,000.00 | HKD 802,157.78 | HKD 11,210,000.00 | 30NOV09 | HKD 57,883.08 | HKD 76,023.35 | HKD 43,085.44 | HKD 29,446.44 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | Lehman Brothers Treasury Co BV | HKD 14,560,000.00 | HKD 979,670.55 | HKD 21,860,000.00 | 14DEC09 | HKD 77,507.11 | HKD 101,797.46 | HKD 57,692.63 | HKD 39,428.48 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | Lehman Brothers Treasury Co BV | HKD 13,630,000.00 | HKD 724,123.67 | HKD 20,060,000.00 | 21DEC09 | HKD 58,442.39 | HKD 76,757.95 | HKD 43,501.75 | HKD 29,727.03 |
| LB 2Y HKD Range Accrual Note S995 18JAN10 | XS0339560376 | Lehman Brothers Treasury Co BV | HKD 7,350,000.00 | HKD 449,480.25 | HKD 12,320,000.00 | 18JAN10 | HKD 31,852.06 | HKD 41,834.34 | HKD 23,709.13 | HKD 16,199.40 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | Lehman Brothers Treasury Co BV | HKD 18,850,000.00 | HKD 1,343,007.21 | HKD 27,720,000.00 | 02MAR09 | HKD 108,479.27 | HKD 142,476.14 | HKD 80,746.87 | HKD 55,173.95 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | Lehman Brothers Treasury Co BV | HKD 13,570,000.00 | HKD 1,009,936.12 | HKD 19,810,000.00 | 05MAR09 | HKD 82,174.97 | HKD 107,928.20 | HKD 61,167.13 | HKD 41,795.60 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | Lehman Brothers Treasury Co BV | USD 1,220,000.00 | USD 1,009,984.70 | USD 2,380,000.00 | 22OCT09 | USD 7,904.34 | USD 10,417.87 | USD 5,901.90 | USD 4,034.54 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | Lehman Brothers Treasury Co BV | USD 630,000.00 | USD 835,417.43 | USD 1,180,000.00 | 23OCT09 | USD 6,809.73 | USD 8,975.19 | USD 5,084.60 | USD 3,475.71 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | Lehman Brothers Treasury Co BV | USD 2,440,000.00 | USD 1,402,407.79 | USD 3,850,000.00 | 27OCT09 | USD 13,569.73 | USD 17,884.84 | USD 10,132.07 | USD 6,927.16 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | Lehman Brothers Treasury Co BV | USD 860,000.00 | USD 564,605.73 | USD 1,550,000.00 | 27OCT09 | USD 4,782.77 | USD 6,303.67 | USD 3,571.14 | USD 2,441.54 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | Lehman Brothers Treasury Co BV | USD 1,170,000.00 | USD 732,570.88 | USD 1,810,000.00 | 27OCT09 | USD 7,229.78 | USD 9,528.81 | USD 5,398.23 | USD 3,690.18 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | Lehman Brothers Treasury Co BV | USD 740,000.00 | USD 429,665.33 | USD 1,220,000.00 | 29OCT09 | USD 3,978.96 | USD 5,244.25 | USD 2,970.96 | USD 2,030.56 |
| LB 2Y USD Range Accrual Note S802 02NOV09 | XS0327465430 | Lehman Brothers Treasury Co BV | USD 30,000.00 | USD 409,964.90 | USD 940,000.00 | 02NOV09 | USD 199.76 | USD 263.28 | USD 149.15 | USD 101.97 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | Lehman Brothers Treasury Co BV | USD 1,440,000.00 | USD 792,109.35 | USD 1,670,000.00 | 06NOV09 | USD 10,427.95 | USD 13,743.99 | USD 7,786.20 | USD 5,322.24 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | Lehman Brothers Treasury Co BV | USD 2,020,000.00 | USD 1,383,415.35 | USD 2,800,000.00 | 23NOV09 | USD 15,237.50 | USD 20,082.95 | USD 11,377.34 | USD 7,777.00 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | Lehman Brothers Treasury Co BV | USD 2,050,000.00 | USD 1,200,606.89 | USD 2,430,000.00 | 23NOV09 | USD 15,463.80 | USD 20,381.21 | USD 11,546.31 | USD 7,892.50 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | Lehman Brothers Treasury Co BV | USD 690,000.00 | USD 745,425.94 | USD 1,410,000.00 | 23NOV09 | USD 5,569.32 | USD 7,340.34 | USD 4,158.42 | USD 2,842.80 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | Lehman Brothers Treasury Co BV | USD 2,550,000.00 | USD 3,153,300.36 | USD 5,780,000.00 | 23NOV09 | USD 21,239.56 | USD 27,993.64 | USD 15,858.87 | USD 10,840.05 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | Lehman Brothers Treasury Co BV | USD 2,780,000.00 | USD 2,470,391.22 | USD 4,310,000.00 | 23NOV09 | USD 24,327.71 | USD 32,063.79 | USD 18,164.67 | USD 12,418.26 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | Lehman Brothers Treasury Co BV | USD 1,590,000.00 | USD 929,647.31 | USD 3,380,000.00 | 21DEC09 | USD 6,676.77 | USD 8,799.95 | USD 4,985.31 | USD 3,407.37 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | Lehman Brothers Treasury Co BV | USD 1,460,000.00 | USD 837,356.14 | USD 2,060,000.00 | 17DEC09 | USD 9,060.74 | USD 11,942.02 | USD 6,765.34 | USD 4,625.28 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | Lehman Brothers Treasury Co BV | USD 2,170,000.00 | USD 808,152.55 | USD 2,750,000.00 | 29DEC09 | USD 9,736.17 | USD 12,832.23 | USD 7,269.68 | USD 4,969.30 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | Lehman Brothers Treasury Co BV | USD 2,250,000.00 | USD 2,080,010.87 | USD 3,190,000.00 | 29DEC09 | USD 22,398.83 | USD 29,521.54 | USD 16,724.44 | USD 11,432.25 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | Lehman Brothers Treasury Co BV | USD 1,410,000.00 | USD 671,256.57 | USD 2,110,000.00 | 31DEC09 | USD 6,848.46 | USD 9,026.24 | USD 5,113.51 | USD 3,495.39 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | Lehman Brothers Treasury Co BV | USD 440,000.00 | USD 181,498.22 | USD 580,000.00 | 04JAN10 | USD 2,102.16 | USD 2,770.63 | USD 1,569.61 | USD 1,073.16 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | Lehman Brothers Treasury Co BV | USD 970,000.00 | USD 778,041.43 | USD 2,750,000.00 | 18JAN10 | USD 4,189.96 | USD 5,522.34 | USD 3,128.50 | USD 2,138.85 |
| LB 2Y USD Airbag Range Accrual Note S026 25JAN10 | XS0341160082 | Lehman Brothers Treasury Co BV | USD 540,000.00 | USD 574,563.79 | USD 2,040,000.00 | 25JAN10 | USD 2,322.04 | USD 3,060.44 | USD 1,733.79 | USD 1,185.30 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | Lehman Brothers Treasury Co BV | USD 2,830,000.00 | USD 1,695,334.57 | USD 4,280,000.00 | 05MAR09 | USD 17,114.57 | USD 22,556.91 | USD 12,778.87 | USD 8,736.21 |
| LB 1Y USD Daily Callable Fixed Coupon Note S093 11MAR09 | XS0350571377 | Lehman Brothers Treasury Co BV | USD 290,000.00 | USD 382,166.57 | USD 960,000.00 | 11MAR09 | USD 1,762.57 | USD 2,323.06 | USD 1,316.06 | USD 899.58 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0360799845 | Lehman Brothers Treasury Co BV | USD 285,000.00 | USD 4,882,088.75 | USD 7,150,000.00 | 22MAR11 | USD 2,971.07 | USD 3,915.55 | USD 2,218.39 | USD 1,516.49 |