Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Name of Transferee</u>

Deutsche Bank AG, London Branch

<u>Name of Transferor</u>

The Royal Bank of Scotland Plc

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: Michael.sutton@db.com

Court Claim # (if known): See attached Schedule

Amount of Claim (transferred):

(i)        See attached Schedule

(plus all interest, costs and fees relating to these claims)

Date Claim Filed: See attached Schedule

Tel: N/A

Last Four Digits of Acct. #:  N/A

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____

Date: _____14 June 2017_____

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Alex Darbyshire**
**Vice President**

**Simon Glennie**
**Director**

Schedule to Form 210A

| ISIN/CUSIP | LBHI Claim Number | Date Claim Filed | Principal/Notional Amount | |
|---|---|---|---|---|
| XS0331504745 | 40647 | Oct 16, 2009 | USD | 130,000.00 |
| XS0326608279 | 41347 | Oct 19, 2009 | USD | 140,000.00 |
| XS0326708491 | 42084 | Oct 19, 2009 | USD | 420,000.00 |
| XS0349511872 | 42161 | Oct 19, 2009 | USD | 400,000.00 |
| XS0331769538 | 43050 | Oct 21, 2009 | USD | 250,000.00 |
| XS0327940929 | 43114 | Oct 21, 2009 | AUD | 130,000.00 |
| XS0334922860 | 43809 | Oct 22, 2009 | HKD | 500,000.00 |
| XS0326608279 | 44051 | Oct 22, 2009 | USD | 90,000.00 |
| XS0348407411 | 44052 | Oct 22, 2009 | HKD | 900,000.00 |
| XS0339560293 | 44075 | Oct 22, 2009 | USD | 130,000.00 |
| XS0334922860 | 44190 | Oct 22, 2009 | HKD | 100,000.00 |
| XS0337553688 | 44192 | Oct 22, 2009 | USD | 100,000.00 |
| XS0331400530 | 44193 | Oct 22, 2009 | USD | 20,000.00 |
| XS0331400027 | 44194 | Oct 22, 2009 | USD | 20,000.00 |
| XS0331769538 | 44195 | Oct 22, 2009 | USD | 40,000.00 |
| XS0327940929 | 44291 | Oct 22, 2009 | AUD | 150,000.00 |
| XS0339560293 | 44292 | Oct 22, 2009 | USD | 170,000.00 |
| XS0339560376 | 44293 | Oct 22, 2009 | HKD | 370,000.00 |
| XS0336927909 | 44297 | Oct 22, 2009 | USD | 200,000.00 |
| XS0341160082 | 44530 | Oct 22, 2009 | USD | 50,000.00 |
| XS0326026498 | 44532 | Oct 22, 2009 | HKD | 1,000,000.00 |
| XS0331400530 | 44993 | Oct 23, 2009 | USD | 300,000.00 |
| XS0336415913 | 44994 | Oct 23, 2009 | USD | 260,000.00 |
| XS0331400027 | 44995 | Oct 23, 2009 | USD | 300,000.00 |
| XS0326608279 | 44996 | Oct 23, 2009 | USD | 330,000.00 |
| XS0349511872 | 44997 | Oct 23, 2009 | USD | 250,000.00 |
| XS0331400530 | 45130 | Oct 23, 2009 | USD | 100,000.00 |
| XS0331769454 | 45132 | Oct 23, 2009 | USD | 300,000.00 |
| XS0338525172 | 45133 | Oct 23, 2009 | USD | 180,000.00 |
| XS0337553688 | 45134 | Oct 23, 2009 | USD | 380,000.00 |
| XS0341160082 | 45135 | Oct 23, 2009 | USD | 380,000.00 |
| XS0326026498 | 45136 | Oct 23, 2009 | HKD | 2,900,000.00 |
| XS0327940929 | 45246 | Oct 23, 2009 | AUD | 200,000.00 |
| XS0336415913 | 45263 | Oct 23, 2009 | USD | 700,000.00 |
| XS0336927909 | 45271 | Oct 23, 2009 | USD | 110,000.00 |
| XS0326608279 | 45273 | Oct 23, 2009 | USD | 130,000.00 |
| XS0331769538 | 45275 | Oct 23, 2009 | USD | 130,000.00 |
| XS0325786084 | 45276 | Oct 23, 2009 | HKD | 3,000,000.00 |
| XS0331769454 | 45289 | Oct 23, 2009 | USD | 160,000.00 |
| XS0326026225 | 45296 | Oct 23, 2009 | USD | 70,000.00 |
| XS0326708491 | 45396 | Oct 23, 2009 | USD | 150,000.00 |
| XS0331769538 | 45401 | Oct 23, 2009 | USD | 100,000.00 |
| XS0331769538 | 45405 | Oct 23, 2009 | HKD | 430,000.00 |
| XS0348407411 | 45443 | Oct 23, 2009 | HKD | 500,000.00 |
| XS0349512250 | 45444 | Oct 23, 2009 | HKD | 300,000.00 |
| XS0334922860 | 45445 | Oct 23, 2009 | USD | 200,000.00 |
| XS0331769454 | 45447 | Oct 23, 2009 | USD | 40,000.00 |
| XS0336927909 | 45597 | Oct 23, 2009 | USD | 100,000.00 |
| XS0348407411 | 45751 | Oct 26, 2009 | HKD | 3,000,000.00 |
| XS0348407411 | 45752 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0336927909 | 45760 | Oct 26, 2009 | USD | 100,000.00 |
| XS0348407411 | 45766 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0335743398 | 45767 | Oct 26, 2009 | USD | 500,000.00 |
| XS0336645089 | 45768 | Oct 26, 2009 | USD | 160,000.00 |
| XS0348407411 | 45771 | Oct 26, 2009 | HKD | 3,000,000.00 |
| XS0349512250 | 45777 | Oct 26, 2009 | HKD | 900,000.00 |
| XS0326026225 | 45799 | Oct 26, 2009 | USD | 30,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0335743398 | 45800 | Oct 26, 2009 | HKD | 520,000.00 |
| XS0336250229 | 45801 | Oct 26, 2009 | USD | 200,000.00 |
| XS0326866307 | 45802 | Oct 26, 2009 | HKD | 510,000.00 |
| XS0328586515 | 45803 | Oct 26, 2009 | USD | 20,000.00 |
| XS0326708491 | 45804 | Oct 26, 2009 | USD | 20,000.00 |
| XS0331400027 | 45805 | Oct 26, 2009 | USD | 20,000.00 |
| XS0341160082 | 45806 | Oct 26, 2009 | USD | 20,000.00 |
| XS0336927909 | 45807 | Oct 26, 2009 | USD | 20,000.00 |
| XS0335743398 | 45814 | Oct 26, 2009 | HKD | 2,000,000.00 |
| XS0348407411 | 45824 | Oct 26, 2009 | HKD | 4,000,000.00 |
| XS0336415913 | 45836 | Oct 26, 2009 | USD | 70,000.00 |
| XS0326608279 | 45837 | Oct 26, 2009 | USD | 100,000.00 |
| XS0326026498 | 45838 | Oct 26, 2009 | HKD | 800,000.00 |
| XS0325786084 | 45839 | Oct 26, 2009 | HKD | 800,000.00 |
| XS0336250229 | 45843 | Oct 26, 2009 | USD | 160,000.00 |
| XS0326608352 | 45854 | Oct 26, 2009 | HKD | 2,000,000.00 |
| XS0335743398 | 45866 | Oct 26, 2009 | HKD | 1,220,000.00 |
| XS0332153807 | 45894 | Oct 26, 2009 | HKD | 780,000.00 |
| XS0326865671 | 45916 | Oct 26, 2009 | USD | 100,000.00 |
| XS0336415913 | 45918 | Oct 26, 2009 | USD | 70,000.00 |
| XS0326608352 | 45919 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0329337348 | 45920 | Oct 26, 2009 | HKD | 400,000.00 |
| XS0349511872 | 46870 | Oct 26, 2009 | USD | 100,000.00 |
| XS0331769454 | 46892 | Oct 26, 2009 | USD | 400,000.00 |
| XS0335743398 | 46918 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0326608352 | 46944 | Oct 26, 2009 | HKD | 2,500,000.00 |
| XS0338525172 | 47065 | Oct 26, 2009 | USD | 160,000.00 |
| XS0325786084 | 47351 | Oct 26, 2009 | HKD | 1,200,000.00 |
| XS0339560376 | 47352 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0349512250 | 47353 | Oct 26, 2009 | HKD | 1,200,000.00 |
| XS0331504745 | 47361 | Oct 26, 2009 | USD | 70,000.00 |
| XS0334922860 | 47362 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0336250229 | 47373 | Oct 26, 2009 | USD | 80,000.00 |
| XS0335743398 | 47374 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0325786084 | 47380 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0329337348 | 47501 | Oct 27, 2009 | HKD | 300,000.00 |
| XS0331400027 | 47608 | Oct 27, 2009 | USD | 120,000.00 |
| XS0326608352 | 47619 | Oct 27, 2009 | HKD | 5,630,000.00 |
| XS0326026225 | 47741 | Oct 27, 2009 | USD | 80,000.00 |
| XS0326866307 | 47742 | Oct 27, 2009 | HKD | 2,100,000.00 |
| XS0326026498 | 47750 | Oct 27, 2009 | HKD | 400,000.00 |
| XS0331400027 | 47751 | Oct 27, 2009 | USD | 50,000.00 |
| XS0335743398 | 47753 | Oct 27, 2009 | HKD | 500,000.00 |
| XS0339560376 | 47754 | Oct 27, 2009 | HKD | 500,000.00 |
| XS0326608279 | 47878 | Oct 27, 2009 | USD | 200,000.00 |
| XS0326608352 | 47879 | Oct 27, 2009 | HKD | 1,500,000.00 |
| XS0326866307 | 47979 | Oct 27, 2009 | HKD | 540,000.00 |
| XS0331400027 | 48604 | Oct 27, 2009 | USD | 30,000.00 |
| XS0331400530 | 48605 | Oct 27, 2009 | USD | 30,000.00 |
| XS0331769454 | 48606 | Oct 27, 2009 | USD | 50,000.00 |
| XS0335743398 | 48608 | Oct 27, 2009 | HKD | 1,000,000.00 |
| XS0339560293 | 48651 | Oct 27, 2009 | USD | 80,000.00 |
| XS0334922860 | 48652 | Oct 27, 2009 | HKD | 470,000.00 |
| XS0326608279 | 48667 | Oct 27, 2009 | USD | 30,000.00 |
| XS0328586515 | 48744 | Oct 27, 2009 | USD | 200,000.00 |
| XS0331769538 | 49430 | Oct 27, 2009 | USD | 170,000.00 |
| XS0336250229 | 49467 | Oct 27, 2009 | USD | 200,000.00 |
| XS0336927909 | 49518 | Oct 27, 2009 | USD | 180,000.00 |
| XS0326026498 | 49525 | Oct 27, 2009 | HKD | 650,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0326026225 | 49575 | Oct 27, 2009 | USD | 130,000.00 |
| XS0331769538 | 49580 | Oct 27, 2009 | USD | 100,000.00 |
| XS0331769454 | 49965 | Oct 27, 2009 | USD | 150,000.00 |
| XS0325841368 | 49966 | Oct 27, 2009 | USD | 100,000.00 |
| XS0336927909 | 50340 | Oct 28, 2009 | USD | 180,000.00 |
| XS0331769538 | 50382 | Oct 28, 2009 | USD | 350,000.00 |
| XS0334922860 | 50669 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331400530 | 50678 | Oct 28, 2009 | USD | 140,000.00 |
| XS0331400027 | 50684 | Oct 28, 2009 | USD | 170,000.00 |
| XS0336250229 | 50703 | Oct 28, 2009 | USD | 200,000.00 |
| XS0331400530 | 50835 | Oct 28, 2009 | USD | 50,000.00 |
| XS0326026498 | 50836 | Oct 28, 2009 | HKD | 500,000.00 |
| XS0335743398 | 50873 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331769538 | 50879 | Oct 28, 2009 | USD | 120,000.00 |
| XS0326026498 | 50885 | Oct 28, 2009 | HKD | 1,500,000.00 |
| XS0331400530 | 50889 | Oct 28, 2009 | USD | 110,000.00 |
| XS0331769454 | 50898 | Oct 28, 2009 | USD | 130,000.00 |
| XS0329337348 | 50899 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331769538 | 50904 | Oct 28, 2009 | USD | 100,000.00 |
| XS0369799845 | 51250 | Oct 28, 2009 | USD | 75,000.00 |
| XS0369799845 | 51251 | Oct 28, 2009 | USD | 80,000.00 |
| XS0348407411 | 51601 | Oct 28, 2009 | HKD | 500,000.00 |
| XS0334922860 | 51602 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0349512250 | 51628 | Oct 28, 2009 | HKD | 1,800,000.00 |
| XS0327940929 | 51772 | Oct 28, 2009 | AUD | 200,000.00 |
| XS0331504745 | 51773 | Oct 28, 2009 | USD | 130,000.00 |
| XS0331769538 | 55132 | Oct 29, 2009 | USD | 220,000.00 |
| XS0369799845 | 55137 | Oct 29, 2009 | USD | 65,000.00 |
| XS0331400530 | 55154 | Oct 29, 2009 | USD | 540,000.00 |
| XS0349511872 | 55213 | Oct 29, 2009 | USD | 500,000.00 |
| XS0331400027 | 55214 | Oct 29, 2009 | USD | 960,000.00 |
| XS0349511872 | 55222 | Oct 29, 2009 | USD | 150,000.00 |
| XS0336250229 | 55282 | Oct 29, 2009 | USD | 60,000.00 |
| XS0325786084 | 55283 | Oct 29, 2009 | HKD | 500,000.00 |
| XS0326608279 | 56038 | Oct 29, 2009 | USD | 200,000.00 |
| XS0336645089 | 56521 | Oct 29, 2009 | USD | 150,000.00 |
| XS0331400530 | 56522 | Oct 29, 2009 | USD | 140,000.00 |
| XS0331504745 | 56727 | Oct 29, 2009 | USD | 80,000.00 |
| XS0336927909 | 56728 | Oct 29, 2009 | USD | 70,000.00 |
| XS0327940929 | 56967 | Oct 29, 2009 | AUD | 280,000.00 |
| XS0331769454 | 56968 | Oct 29, 2009 | USD | 20,000.00 |
| XS0325841368 | 57068 | Oct 30, 2009 | USD | 100,000.00 |
| XS0326608279 | 57070 | Oct 30, 2009 | USD | 220,000.00 |
| XS0332153807 | 57072 | Oct 30, 2009 | HKD | 800,000.00 |
| XS0327940929 | 57100 | Oct 30, 2009 | AUD | 200,000.00 |
| XS0348407411 | 57110 | Oct 30, 2009 | HKD | 1,000,000.00 |
| XS0336250229 | 57134 | Oct 30, 2009 | USD | 50,000.00 |
| XS0331400530 | 57135 | Oct 30, 2009 | USD | 40,000.00 |
| XS0326608436 | 57136 | Oct 30, 2009 | USD | 50,000.00 |
| XS0327859301 | 57137 | Oct 30, 2009 | HKD | 580,000.00 |
| XS0349511872 | 57187 | Oct 30, 2009 | USD | 90,000.00 |
| XS0336250229 | 57196 | Oct 30, 2009 | USD | 20,000.00 |
| XS0325841368 | 57198 | Oct 30, 2009 | USD | 40,000.00 |
| XS0326608279 | 57199 | Oct 30, 2009 | USD | 30,000.00 |
| XS0326608436 | 57209 | Oct 30, 2009 | USD | 120,000.00 |
| XS0339560376 | 57210 | Oct 30, 2009 | HKD | 1,030,000.00 |
| XS0336927909 | 57212 | Oct 30, 2009 | USD | 100,000.00 |
| XS0326608436 | 57213 | Oct 30, 2009 | USD | 150,000.00 |
| XS0334922860 | 57230 | Oct 30, 2009 | HKD | 500,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0325786084 | 57231 | Oct 30, 2009 | HKD | 620,000.00 |
| XS0326708491 | 57232 | Oct 30, 2009 | USD | 40,000.00 |
| XS0338525172 | 57235 | Oct 30, 2009 | USD | 100,000.00 |
| XS0331769538 | 57238 | Oct 30, 2009 | USD | 130,000.00 |
| XS0350571377 | 57257 | Oct 30, 2009 | USD | 130,000.00 |
| XS0326608279 | 57259 | Oct 30, 2009 | USD | 130,000.00 |
| XS0336415913 | 57260 | Oct 30, 2009 | USD | 50,000.00 |
| XS0331400530 | 57262 | Oct 30, 2009 | USD | 70,000.00 |
| XS0331504745 | 57263 | Oct 30, 2009 | USD | 30,000.00 |
| XS0336645089 | 57264 | Oct 30, 2009 | USD | 150,000.00 |
| XS0326608436 | 57265 | Oct 30, 2009 | USD | 100,000.00 |
| XS0336927909 | 57266 | Oct 30, 2009 | USD | 210,000.00 |
| XS0325786084 | 57269 | Oct 30, 2009 | HKD | 1,000,000.00 |
| XS0331400027 | 57270 | Oct 30, 2009 | USD | 50,000.00 |
| XS0327940929 | 57332 | Oct 30, 2009 | AUD | 70,000.00 |
| XS0325841368 | 57333 | Oct 30, 2009 | USD | 70,000.00 |
| XS0339560376 | 57718 | Oct 30, 2009 | HKD | 500,000.00 |
| XS0326866307 | 57719 | Oct 30, 2009 | HKD | 500,000.00 |
| XS0339560376 | 57721 | Oct 30, 2009 | HKD | 200,000.00 |
| XS0369799845 | 57722 | Oct 30, 2009 | USD | 65,000.00 |
| XS0332153807 | 57751 | Oct 30, 2009 | HKD | 800,000.00 |
| XS0326608436 | 57752 | Oct 30, 2009 | USD | 80,000.00 |
| XS0336645089 | 57753 | Oct 30, 2009 | USD | 60,000.00 |
| XS0337553688 | 57754 | Oct 30, 2009 | USD | 30,000.00 |
| XS0341160082 | 57755 | Oct 30, 2009 | USD | 30,000.00 |
| XS0349512250 | 60811 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0331769454 | 60815 | Nov 02, 2009 | USD | 210,000.00 |
| XS0334922860 | 60836 | Nov 02, 2009 | HKD | 250,000.00 |
| XS0348407411 | 60837 | Nov 02, 2009 | HKD | 700,000.00 |
| XS0336927909 | 60842 | Nov 02, 2009 | USD | 150,000.00 |
| XS0331769454 | 60846 | Nov 02, 2009 | USD | 150,000.00 |
| XS0334922860 | 60852 | Nov 02, 2009 | HKD | 890,000.00 |
| XS0335743398 | 60853 | Nov 02, 2009 | HKD | 1,000,000.00 |
| XS0349511872 | 60854 | Nov 02, 2009 | USD | 500,000.00 |
| XS0326866307 | 60857 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0335743398 | 60914 | Nov 02, 2009 | HKD | 250,000.00 |
| XS0332153807 | 60915 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0329337348 | 60916 | Nov 02, 2009 | HKD | 1,200,000.00 |
| XS0326866307 | 60917 | Nov 02, 2009 | HKD | 650,000.00 |
| XS0326608352 | 60918 | Nov 02, 2009 | HKD | 890,000.00 |
| XS0325786084 | 60919 | Nov 02, 2009 | HKD | 1,080,000.00 |
| XS0326026498 | 60920 | Nov 02, 2009 | HKD | 1,500,000.00 |
| XS0349511872 | 60921 | Nov 02, 2009 | USD | 130,000.00 |
| XS0339560293 | 60922 | Nov 02, 2009 | USD | 310,000.00 |
| XS0337553688 | 60923 | Nov 02, 2009 | USD | 60,000.00 |
| XS0336927909 | 60924 | Nov 02, 2009 | USD | 70,000.00 |
| XS0336645089 | 60925 | Nov 02, 2009 | USD | 210,000.00 |
| XS0336250229 | 60928 | Nov 02, 2009 | USD | 190,000.00 |
| XS0331769538 | 60929 | Nov 02, 2009 | USD | 50,000.00 |
| XS0331769454 | 60930 | Nov 02, 2009 | USD | 80,000.00 |
| XS0331400027 | 60931 | Nov 02, 2009 | USD | 50,000.00 |
| XS0326608279 | 60932 | Nov 02, 2009 | USD | 150,000.00 |
| XS0325841368 | 60933 | Nov 02, 2009 | USD | 250,000.00 |
| XS0326865671 | 61149 | Nov 02, 2009 | USD | 320,000.00 |
| XS0328586515 | 61150 | Nov 02, 2009 | USD | 300,000.00 |
| XS0326866307 | 61312 | Nov 02, 2009 | HKD | 500,000.00 |
| XS0326865671 | 61319 | Nov 02, 2009 | USD | 130,000.00 |
| XS0331400027 | 62934 | Nov 02, 2009 | USD | 70,000.00 |
| XS0326026498 | 62935 | Nov 02, 2009 | HKD | 400,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0331769538 | 62936 | Nov 02, 2009 | USD | 40,000.00 |
| XS0336645089 | 62937 | Nov 02, 2009 | USD | 190,000.00 |
| XS0326866307 | 64670 | Nov 04, 2009 | HKD | 600,000.00 |
| XS0331400530 | 64857 | Nov 05, 2009 | USD | 130,000.00 |
| XS0326026498 | 67148 | Oct 26, 2010 | HKD | 1,000,000.00 |

<u>AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM</u>
<u>LEHMAN PROGRAM SECURITY</u>

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **THE ROYAL BANK OF SCOTLAND PLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **DEUTSCHE BANK AG, LONDON BRANCH** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentage specified in <u>Schedule 1</u> hereto, in Seller's right, title and interest in and to the Proof of Claim Numbers listed on <u>Schedule 1</u> filed by or on behalf of Seller (a copy of which is attached at Schedule 2 hereto) (the "Proofs of Claim" and each a "Proof of Claim") as is specified in <u>Schedule 1</u> hereto (the "Purchased Portion") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Portion and specified in <u>Schedule 1</u> attached hereto. For the avoidance of doubt, Purchaser does not assume and shall not be responsible for any obligations or liabilities of the Seller to or in connection with the Transferred Claim, the Purchased Securities or the Proceedings.

2.    Seller hereby represents and warrants to Purchaser that: (a) the Proofs of Claim were duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proofs of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller has been duly authorized to sell, transfer and assign the Transferred Claims by the owner of Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim includes the Purchased Portion specified in <u>Schedule 1</u> attached hereto; (f) Seller has not engaged in, and, to the best of its knowledge, none of Seller's predecessors-in-interest (if any) in the past have engaged in, any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; (g) a true and correct schedule of the 10th, 11th and 12th distributions paid to Seller by Lehman Brothers Holdings, Inc., appears attached hereto as <u>Schedule 2</u>; (h) to the best of its knowledge and based on its understanding of the Proceedings, the Transferred Claims are Class 5 Senior Third Party Guarantee Claims; and (i) a true and correct schedule of the 7th, 8th, 9th, and 10th distributions paid to Seller by Lehman Brothers Treasury Co. B.V. or its authorized agent(s), with respect to the securities relating to the Transferred Claims, appears attached hereto as <u>Schedule 3</u>.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by

DB Ref: 19881

Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proofs of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below, unless otherwise required by the international treaties governing the service of process to the parties.

DB Ref: 19881

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of ___ 2017.

**THE ROYAL BANK OF SCOTLAND PLC**

By: _____
Name: CHRIS ANDREWS
Title: AUTHORISED SIGNATORY

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:                    **Alex Darbyshire**
Title:                   **Vice President**

By: _____
Name:
Title:          **Simon Glennie**
                **Director**

Winchester House
1, Great Winchester Street
London EC2N 2DB
ENGLAND
Attn: Michael Sutton

DB Ref: 19881

Schedule 1

**Transferred Claims**

Purchased Portion

100% of the claims that are referenced in the Proofs of Claim (as highlighted in the copy of the Proofs of Claim attached at Schedule 2) and relating to the Purchased Securities described in the attached spreadsheet (plus all interest, costs and fees relating to this claim).

*See attached spreadsheet, which describes:*

- Description of Security Issued by Lehman Brothers Treasury BV
- ISIN / CUSIP
- Blocking Number
- Issuer
- Guarantor
- LBHI Claim Number
- Principal / Notional Amount
- Allowed Amount
- Maturity
- 10th, 11th and 12th Distributions made by LBHI

DB Ref: 19881

| Description of Security | ISIN/CUSIP | Blocking Number | Issuer | Guarantor | LBHI Claim Number | Principal/Notional Amount | Allowed Amount | Maturity | LBHI 10th Distribution | LBHI 11th Distribution | LBHI 12th Distribution |
|---|---|---|---|---|---|---|---|---|---|---|---|

*Table data comprises approximately 70 rows. The Issuer column consistently reads "Lehman Brothers Treasury Co BV" and the Guarantor column consistently reads "Lehman Brothers Holdings Inc." The individual numeric, ISIN/CUSIP, claim number, principal/notional amount, allowed amount, maturity date and distribution values are rendered at a resolution too small to transcribe reliably without risk of fabrication.*

Schedule 1

This page consists of a large multi-column data table (Schedule 1) listing securities, issuers, identifiers, currencies, and amounts. The rows are associated with the entities "Lehman Brothers Treasury Co BV" and "Lehman Brothers Holdings Inc," with amounts denominated in USD and HKD. The individual numeric values are rendered at a resolution too small to transcribe reliably.

Schedule 2

Copies of LBHI Proofs of Claim

DB Ref: 19883

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS
PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000057100

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

FOR COURT USE ONLY

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| CHAN CHUK PUI & LEUNG SIU SHAN, SUSANA | |
| Flat B, 32/F, BLOCK 6, Villa Esplanada | Court Claim Number: _____ |
| 8 Nga Ying chau Street, Tsing Yi, Hong Kong | *(If known)* |
| Telephone number: 852-2889 7201 Email Address: SLEUNG1680@HGCBROADBAND.COM | Filed on: _____ |
| Name and address where payment should be sent (if different from above) | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars |
| Telephone number:                  Email Address: | |

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds   AUD 200,000 (equivalent to USD 161,300.00 at the conversion rate of AUD/USD at 0.8065 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $ _____ (as statement above) _____ (Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): ____ XS0327940929 _____ (Required)**

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

_____ CA22963 _____ (Required)

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

_____ 89529 _____ (Required)

5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
| 28th Oct 2009 | *Chan* . . . *Leung Siu Shan*
Mr. Chan Chuk Pui     Ms. LEUNG SIU SHAN SUSANA |

FOR COURT USE ONLY

**FILED / RECEIVED**

OCT 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| KatharineCheung | Clearstream Banking - CreationOnline | 5:47 AM CET |
|---|---|---|

| Security Post Release | |
|---|---|
| Trade Details | |
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity-Status | Settlement-Settled |
| ISIN Code | XS0327940929 |
| Common Code | 032794092 |
| Financial Instrument Description | AUD FL.R LEHMAN BROS.TREAS 07-2009 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason-Narrative | |
| Sender's Reference | NONREF |
| Last Update | 10/6/09 10:09 AM |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 89529 - ABN AMRO (HK) NOM.-CONS. BKING CLT |
| Quantity of Financial Instrument | 200,000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 10/6/09 |
| Trade Date/Time | 10/6/09 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trano | CA22963 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 10/6/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |
| Settlement Parties | |
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 89529 |
| Description | UNPUBLISHED |
| Settlement parties : | |
| Receiving Agent | Clearstream - 89529 |



BY AIR MAIL
航 PAR AVION 空

AIR MAIL

CHAN CHUK PUI / SS LEUNG
FLAT B, 32/F, BLOCK 6,
VILLA ESPLANADA,
8 NGA YING CHAU ST.,
TSING YI, N.T.,
HONGKONG.

RECEIVED

OCT 30 0 2009

R
HONG KONG
RB 095 237 490 HK    29.3

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor  (Third Avenue)
New York, NY 10017
U.S.A.

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS
PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000057110

Note: This form may not be used to file claims other than those
based on Lehman Programs Securities as listed on
http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| WONG FEI YEE, SHEILA 222 PRINCE EDWARD RD. 5TH FL., KOWLOON, HONG KONG Telephone number: 852-23363965   Email Address: | Court Claim Number: _____ (if known) Filed on: _____ |
| Name and address where payment should be sent (if different from above) Telephone number:            Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 1, 000, 000 (equivalent to USD 128, 363. 11 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above)      (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): _____ XS0348407411 _____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: ___ CA38406 ___ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: ___ 89529 ___ (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date: 22 ND NOV. 09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. WONG FEI YEE SHEILA |

FOR COURT USE ONLY

FILED / RECEIVED

OCT 30 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
C/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
USA


Dear Sirs,

**Re: Lehman Brothers Holdings Inc ("LBHI")**
**Chapter 11 Case No. 08-13555 (JMP)**

**REVISED LEHMAN PROGRAM SECURITIES PROOF OF CLAIM –**
**HKD DENOMINATED LEHMAN HOLDING**

Please find enclosed Lehman Program Securities Proof of Claim/s ("Proof of Claim") with Clearstream
Bank Blocking Number/s below:

CA38406


The enclosed Proof of Claim/s contain the correct USD/HKD conversion rate as at 15 September
2008 and shall supersede any Proof of Claim with the same Clearstream Bank Blocking Number/s
filed previously.

If you have any questions, or require any further information, please do not hesitate to contact me/us
using the contact details stated in the enclosed revised Proof of Claim.


Yours faithfully,

Name/s:          WONG  FEI YEE,SHEILA

Signature/s:

Date:            22 Oct 09

Enc.



**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al
08-13555 (JMP)    0000057134

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

IP  YEE MAN
FLAT G, 15/F, BLOCK 3, UPTOWN PLAZA, 9 NAM WAN ROAD,
TAI PO, NT, HONG KONG

Telephone number: 00852-96800931    Email Address: ymip123@yahoo.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: _____    Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.  Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 50,000    in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑  Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.  Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): _____ XS0336250229 _____ (Required)

3.  Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

_____ CA64829 _____ (Required)

4.  Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

_____ 89529 _____ (Required)

5.  Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date:<br>22/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>IP YEE MAN (MR.) |
|---|---|

**FILED / RECEIVED**

OCT 30 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC



**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Filed USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)
0000057135

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

IP  YEE MAN
FLAT G, 15/F, BLOCK 3, UPTOWN PLAZA,
9, NAM WAN ROAD, TAI PO, N.T. HONG KONG

Telephone number: 00852-76800931  Email Address: ymip123@yahoo.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: _____  Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD  40,000      in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____    (as statement above)    (Required)

☑    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):    XS0331400530    (Required)

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

CA64543    (Required)

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

89529    (Required)

5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date: 22/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |

IP YEE MAN (MR)

FOR COURT USE ONLY

FILED / RECEIVED
OCT 30 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

RECEIVED
OCT 3 0 2009



R    HONG KONG
RB 022 050 030 HK



AIR MAIL

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)            0000057136

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

IP YEE MAN
FLAT G, 15/F, BLOCK 3, UPTOWN PLAZA,
No.9, NAM WAN ROAD, TAI PO, N.T. HONG KONG
Telephone number: 00852-96800931   Email Address: ymip123@yahoo.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: _____   Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 50,000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0326608436 (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

CA64514 (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

89529 (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to and, are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
| 02/10/2009. | IP YEE MAN (MR.) |

FILED / RECEIVED

OCT 30 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

RECEIVED
OCT 3 0 2009

R    HONG KONG
RB 022 050 030 HK



AIR MAIL



<table>
<tr><td colspan="2">

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

</td><td>

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

</td></tr>
</table>

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)          0000057137 |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

IP YEE MAN
FLAT G, 15/F, BLOCK 3, UPTOWN PLAZA, No.9 NAM WAN RD.
TAI PO, NT, HONG KONG
Telephone number: 0852-96800931   Email Address: ymip123@yahoo.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: _____   Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.  The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 580,000 (equivalent to USD 74,450.61 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): _____ XS0327859301 _____ (Required)

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
_____ CA64526 _____ (Required)

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
_____ 89529 _____ (Required)

5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

Date:
22/10/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

IP YEE MAN (MR.)

FILED / RECEIVED

OCT 30 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| KatharineCheung | Clearstream Banking - CreationOnline | 5:56 AM CET |
|---|---|---|

256

| Security Post Release Trade Details | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity-Status | Settlement-Settled |
| ISIN Code | XS0327859301 |
| Common Code | 032785930 |
| Financial Instrument Description | HKD FL.R LEHMAN BROS.TREAS 07-2009 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason-Narrative | |
| Sender's Reference | NONREF |
| Last Update | 10/13/09 5:42 AM |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 89529 - ABN AMRO (HK) NOM.-CONS. BKING CLT |
| Quantity of Financial Instrument | 580,000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 10/13/09 |
| Trade Date/Time | 10/13/09 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trano | CA64526 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 10/13/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |
| Settlement Parties | |
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 89529 |
| Description | UNPUBLISHED |
| Settlement parties : | |
| Receiving Agent | Clearstream - 89529 |
| Settlement Processing Narrative | CONSBLOK 000032785930        OCE CONSENT        YOUR INX |
| Additional Information | |
| Input Media | Internal |
| References: | |

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
C/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
USA


Dear Sirs,

**Re: Lehman Brothers Holdings Inc ("LBHI")**
**Chapter 11 Case No. 08-13555 (JMP)**

**REVISED LEHMAN PROGRAM SECURITIES PROOF OF CLAIM –**
**HKD DENOMINATED LEHMAN HOLDING**

Please find enclosed Lehman Program Securities Proof of Claim/s ("Proof of Claim") with Clearstream
Bank Blocking Number/s below:

CA64526


The enclosed Proof of Claim/s contain the correct USD/HKD conversion rate as at 15 September
2008 and shall supersede any Proof of Claim with the same Clearstream Bank Blocking Number/s
filed previously.

If you have any questions, or require any further information, please do not hesitate to contact me/us
using the contact details stated in the enclosed revised Proof of Claim.


Yours faithfully,

Name/s:          _____IP  YEE MAN_____          _____

Signature/s:     _____          _____

Date:            ____28/10/2008____

Enc.

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

RECEIVED
OCT 3 0 2009

R    HONG KONG
RB 022 050 030 HK





AIR MAIL



*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| | |
|---|---|
| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000057187

0000057187

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| LO  YAN YAN, BETTY | **Court Claim Number:** _____ (*If known*) |
| Telephone number: 852-31418282   Email Address: betty.lo@knprhk.com | Filed on: _____ |
| Name and address where payment should be sent (if different from above) | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars |
| Telephone number:          Email Address: | |

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 90, 000         in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** _____ **(as statement above)** _____ **(Required)**

☑    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** _____ XS0349511872 _____ **(Required)**

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
_____ CA31694 _____ **(Required)**

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
_____ 89529 _____ **(Required)**

5.    **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| Oct 22, 09 | Betty Lo |

**FOR COURT USE ONLY**

FILED / RECEIVED

OCT 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC



R  HONG KONG
RB 088 865 287 HK

RECEIVED
OCT 3 0 2008

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

AIR MAIL    REGISTERED

4 ×b

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)            0000057196

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009.

THIS SPACE IS ...

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| YAU WAI LIN & HO SING CHUEN 86B 12/F., BROADWAY, MEI FOO SUN CHUEN, LAI CHI KOK, KOWLOON, HONG KONG. 852-61869432 (mob) Telephone number: 852-22926206 (H Email Address: Vivianwlyau_@ yahoo.com.hk | Court Claim Number: _____ (If known) Filed on: _____ |
| Name and address where payment should be sent (if different from above) | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars |
| Telephone number:                    Email Address: | |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD  20,000      in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):     XS0336250229                     (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
CA46782                     (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
89529                     (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date: 20-10-2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  Yau Wai Lin 何醒泉 | FOR COURT USE ONLY FILED / RECEIVED OCT 3 0 2009 EPIQ BANKRUPTCY SOLUTIONS, LLC |

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## __DEFINITIONS__

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy
filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station. PO Box 5076
New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## __I N F O R M A T I O N__

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



BY AIR MAIL
航 PAR AVION 空

HONG KONG, CHINA

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

U.S.A.

RECEIVED
OCT 3 0 2009

R    HONG KONG
RB 022 054 354 HK



6%3

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS
PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)

0000057198

THIS SPACE ~ ~ ~

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

YAU  WAI LIN & HO  SING CHUEN
86B 12/FL, BROADWAY, MEI FOO SUN CHUEN,
LAI CHI KOK, KOWLOON, HONG KONG

Telephone number: 852-61869932 (Mob) Email Address: vivianwlyau @ yahoo.com.hk
852-27526206 (Hm)

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:                    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.  The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD  40, 000    in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑  Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):    XS0325841368 _____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.  You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

CA46094 _____ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

89529 _____ (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |

FOR COURT USE ONLY

FILED / RECEIVED

OCT 30 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

20/8-2009

Yau Wai Lin 何醒泉

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150-5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

RECEIVED
OCT 3 0 2009

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings
     Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
U.S.A.

R    HONG KONG
     RB 022 054 354 HK

BY AIR MAIL
PAR AVION

674

| United States Bankruptcy Court/Southern District of New York | | LEHMAN SECURITIES PROGRAMS |
|---|---|---|

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

## LEHMAN SECURITIES PROGRAMS
## PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000057199

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

YAU   WAI LIN & HO  SING CHUEN
86B 12/FL. BROADWAY,
MEI FOO SUN CHUEN,
KOWLOON, HONG KONG
Telephone number: 852-61869932 (mob)
Email Address: vivianwlyau@yahoo.com.hk

□ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: _____    Email Address: _____

□ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 30,000    in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____    (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):    XS0326608279    (Required)

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

CA46420    (Required)

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

89529    (Required)

| 5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY |
|---|---|
| **Date.**  **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. 20-10-2009    Yau Wai Lin  何醒泉 | FILED / RECEIVED OCT 3 0 2009 EPIQ BANKRUPTCY SOLUTIONS, LLC |

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rules of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor as the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



RECEIVED
OCT 3 0 2009



Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings
          Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

U.S.A.

R    HONG KONG
     RB 022 054 354 HK

BY AIR MAIL
PAR AVION

Schedule 3

Schedule of 7th, 8th, 9th and 10th Distributions Received From Lehman Brothers Treasury BV

DB Ref: 19881

| Description of Security | ISIN/CUSIP | Issuer | Principal/Notional Amount | Admissible Amount | Issue Notional | Maturity | LBT Title Distribution | LBT 9th Distribution | LBT 10th Distribution | LBT 7th Distribution |
|---|---|---|---|---|---|---|---|---|---|---|
| LB JY AUD Range Accrual Note S838 05NOV09 | XS0327040929 | Lehman Brothers Treasury Co BV | AUD 1,770,000,000 | 662,755.35 | AUD 2,310,000,000 | 05NOV09 | AUD 30,801.73 | AUD 13,885.35 | AUD 7,733.50 | AUD 5,072.82 |
| LB 21 HKD Range Accrual Note S77c 22OCT09 | XS0325780694 | Lehman Brothers Treasury Co BV | HKD 14,240,000,000 | 1,447,546.19 | HKD 27,860,000,000 | 22OCT09 | HKD 39,011.47 | HKD 117,557.92 | HKD 60,613.41 | HKD 45,525.28 |
| LB 21 HKD Aubag Range Accrual Note S79 22OCT09 | XS0326026294 | Lehman Brothers Treasury Co BV | HKD 12,350,000,000 | 1,457,929.40 | HKD 21,150,000,000 | 22OCT09 | HKD 10,448.95 | HKD 133,242.60 | HKD 76,513.84 | HKD 51,641.35 |
| LB 21 HKD Aubag Range Accrual Note S79w 27OCT09 | XS0326003832 | Lehman Brothers Treasury Co BV | HKD 22,540,000,000 | 1,291,243.85 | HKD 31,790,000,000 | 27OCT09 | HKD 125,562.11 | HKD 64,992.95 | HKD 93,484.91 | HKD 63,878.36 |
| LB 21 HKD Range Accrual Note S79w 27OCT09 | XS0325866067 | Lehman Brothers Treasury Co BV | HKD 5,920,000,000 | 1,013,527.42 | HKD 17,940,000,000 | 27OCT09 | HKD 79,629.98 | HKD 101,170.79 | HKD 57,537.45 | HKD 30,182.38 |
| LB JY HKD Range Accrual Note S817 02NOV09 | XS0327859901 | Lehman Brothers Treasury Co BV | HKD 4,440,000,000 | 488,576.11 | HKD 8,310,000,000 | 02NOV09 | HKD 31,773.34 | HKD 41,730.59 | HKD 23,659.55 | HKD 16,161.60 |
| LB 21 HKD Aubag Range Accrual Note S840 09NOV09 | XS0329337341 | Lehman Brothers Treasury Co BV | HKD 9,990,000,000 | 963,134.44 | HKD 22,970,000,000 | 09NOV09 | HKD 41,129.96 | HKD 61,899.17 | HKD 35,080.62 | HKD 23,670.33 |
| LB JY HKD Aubag Range Accrual Note S912 30NOV09 | XS0325153807 | Lehman Brothers Treasury Co BV | HKD 9,810,000,000 | 902,157.78 | HKD 11,210,000,000 | 30NOV09 | HKD 57,853.08 | HKD 76,023.16 | HKD 43,085.44 | HKD 29,246.44 |
| LB 21 HKD Range Accrual Note S91c 14DEC09 | XS0334922860 | Lehman Brothers Treasury Co BV | HKD 14,260,000,000 | 970,475.65 | HKD 23,860,000,000 | 14DEC09 | HKD 75,472.71 | HKD 101,750.16 | HKD 47,079.45 | HKD 30,458.48 |
| LB 21 HKD Range Accrual Note S943 21DEC09 | XS0334745588 | Lehman Brothers Treasury Co BV | HKD 13,630,000,000 | 724,123.67 | HKD 20,860,000,000 | 21DEC09 | HKD 88,442.70 | HKD 76,357.98 | HKD 43,561.75 | HKD 29,722.63 |
| LB 21 HKD Range Accrual Note S903 16JAN10 | XS0336756376 | Lehman Brothers Treasury Co BV | HKD 7,350,000,000 | 442,402.75 | HKD 12,320,000,000 | 16JAN10 | HKD 31,852.06 | HKD 41,834.10 | HKD 33,709.11 | HKD 16,199.40 |
| LB 21 HKD Dash Callable Fixed Coupon Note S974 02MAR09 / 02MAR09 | XS0348617411 | Lehman Brothers Treasury Co BV | HKD 10,880,000,000 | 1,341,007.21 | HKD 27,720,000,000 | 02MAR09 | HKD 108,479.27 | HKD 142,476.14 | HKD 80,746.87 | HKD 55,173.95 |
| LB 21 HKD Dash Callable Fixed Coupon Note S979 05MAR09 / 05MAR09 | XS0348612250 | Lehman Brothers Treasury Co BV | HKD 13,970,000,000 | 1,056,620.51 | HKD 15,810,000,000 | 05MAR09 | HKD 82,174.97 | HKD 107,928.20 | HKD 61,167.15 | HKD 41,793.60 |
| LB 21 USD Range Accrual Note S778 22OCT09 | XS0125841765 | Lehman Brothers Treasury Co BV | USD 1,220,000,000 | 436,000.00 | USD 2,380,000,000 | 22OCT09 | USD 7,004.42 | USD 10,417.87 | USD 5,601.99 | USD 4,014.54 |
| LB 21 USD Range Accrual Note S787 22OCT09 | XS0326026525 | Lehman Brothers Treasury Co BV | USD 630,000,000 | 835,417.43 | USD 1,891,000,000 | 22OCT09 | USD 6,899.73 | USD 8,975.19 | USD 5,084.60 | USD 3,475.71 |
| LB 21 USD Aubag Range Accrual Note S787 22OCT09 | XS0326000827 | Lehman Brothers Treasury Co BV | USD 2,440,000,000 | 2,402,407.78 | USD 5,855,000,000 | 22OCT09 | USD 15,069.73 | USD 17,584.84 | USD 10,132.07 | USD 6,947.16 |
| LB 21 USD Range Accrual Note S80c 27OCT09 | XS0326066836 | Lehman Brothers Treasury Co BV | USD 840,000,000 | 564,603.43 | USD 1,560,000,000 | 27OCT09 | USD 4,782.71 | USD 6,463.67 | USD 3,571.14 | USD 2,441.54 |
| LB 21 USD Range Accrual Note S798 27OCT09 | XS0326708401 | Lehman Brothers Treasury Co BV | USD 1,170,000,000 | 722,570.88 | USD 1,810,000,000 | 27OCT09 | USD 7,227.78 | USD 9,258.81 | USD 5,398.23 | USD 3,690.18 |
| LB JY USD Range Accrual Note S814 29OCT09 | XS0326865627 | Lehman Brothers Treasury Co BV | USD 760,000,000 | 424,603.33 | USD 1,220,000,000 | 29OCT09 | USD 4,978.96 | USD 5,224.25 | USD 2,976.96 | USD 2,030.36 |
| LB 21 USD Range Accrual Note S802 02NOV09 | XS0327465440 | Lehman Brothers Treasury Co BV | USD 30,000,000 | 837,534.14 | USD 480,000,000 | 02NOV09 | USD 199.76 | USD 260.28 | USD 147.17 | USD 101.56 |
| LB 21 USD Range Accrual Note S836 06NOV09 | XS0328586615 | Lehman Brothers Treasury Co BV | USD 1,440,000,000 | 792,169.35 | USD 1,670,000,000 | 06NOV09 | USD 16,427.95 | USD 13,734.99 | USD 7,786.29 | USD 5,322.24 |
| LB 21 USD Aubag Range Accrual Note S80r 13NOV09 | XS0331400927 | Lehman Brothers Treasury Co BV | USD 2,020,000,000 | 1,333,415.35 | USD 2,800,000,000 | 13NOV09 | USD 15,237.90 | USD 20,082.95 | USD 11,377.74 | USD 7,777.09 |
| LB 21 USD Aubag Range Accrual Note S881 13NOV09 | XS0331400930 | Lehman Brothers Treasury Co BV | USD 2,650,000,000 | 1,200,606.87 | USD 2,430,000,000 | 23NOV09 | USD 15,463.86 | USD 20,381.51 | USD 11,536.31 | USD 7,892.50 |
| LB 21 USD Range Accrual Note S877 23NOV09 | XS0331704254 | Lehman Brothers Treasury Co BV | USD 600,000,000 | 743,425.94 | USD 1,410,000,000 | 23NOV09 | USD 4,639.87 | USD 7,119.14 | USD 4,098.42 | USD 2,842.80 |
| LB 21 USD Aubag Range Accrual Note S888 23NOV09 | XS0331704054 | Lehman Brothers Treasury Co BV | USD 2,550,000,000 | 1,153,190.36 | USD 5,760,000,000 | 23NOV09 | USD 21,359.96 | USD 27,993.64 | USD 15,888.82 | USD 10,840.05 |
| LB JY USD Aubag Range Accrual Note S88c 13NOV09 | XS0331704918 | Lehman Brothers Treasury Co BV | USD 2,780,000,000 | 2,470,291.22 | USD 4,310,000,000 | 13NOV09 | USD 24,327.71 | USD 32,063.79 | USD 18,164.67 | USD 12,418.26 |
| LB 21 USD Range Accrual Note S84t 17DEC09 | XS0332594745 | Lehman Brothers Treasury Co BV | USD 1,470,000,000 | 929,647.34 | USD 3,380,000,000 | 21DEC09 | USD 7,114.57 | USD 8,791.95 | USD 4,985.91 | USD 3,407.37 |
| LB 21 USD Range Accrual Note S94r 17DEC09 | XS0336417912 | Lehman Brothers Treasury Co BV | USD 850,000,000 | 483,333.67 | USD 1,280,000,000 | 17DEC09 | USD 4,756.15 | USD 6,756.96 | USD 3,839.22 | USD 2,556.91 |
| LB 21 USD Range Accrual Note S954 20DEC09 | XS0336645009 | Lehman Brothers Treasury Co BV | USD 2,170,000,000 | 808,152.55 | USD 2,750,000,000 | 20DEC09 | USD 9,736.17 | USD 12,852.25 | USD 7,269.68 | USD 4,960.30 |
| LB 21 USD Range Accrual Note S957 20DEC09 | XS0336027919 | Lehman Brothers Treasury Co BV | USD 2,250,000,000 | 2,089,193.87 | USD 3,190,000,000 | 20DEC09 | USD 22,108.83 | USD 29,525.54 | USD 16,722.44 | USD 11,432.25 |
| LB 21 USD Aubag Range Accrual Note S959 31DEC09 | XS0338456239 | Lehman Brothers Treasury Co BV | USD 2,230,000,000 | 837,559.16 | USD 2,110,000,000 | 31DEC09 | USD 9,848.42 | USD 9,826.52 | USD 5,413.51 | USD 3,465.39 |
| LB 21 USD Aubag Range Accrual Note S904 04JAN10 | XS0338545172 | Lehman Brothers Treasury Co BV | USD 440,000,000 | 181,450.22 | USD 880,000,000 | 04JAN10 | USD 4,859.96 | USD 4,522.54 | USD 5,125.50 | USD 2,108.10 |
| LB 21 USD Aubag Range Accrual Note S904 04JAN10 | XS0339560293 | Lehman Brothers Treasury Co BV | USD 970,000,000 | 778,941.43 | USD 2,040,000,000 | 04JAN10 | USD 1,522.44 | USD 1,060.44 | USD 1,733.59 | USD 1,185.30 |
| LB 21 USD Range Accrual Note S85c 25JAN10 | XS0341106802 | Lehman Brothers Treasury Co BV | USD 540,000,000 | 574,561.79 | USD 1,250,000,000 | 25JAN10 | USD 7,412.01 | USD 22,556.91 | USD 12,778.87 | USD 8,756.21 |
| LB JY USD Range Accrual Note S90r 28JAN10 | XS0341571372 | Lehman Brothers Treasury Co BV | USD 2,830,000,000 | 1,693,334.67 | USD 5,280,000,000 | 28JAN10 | USD 2,562.57 | USD 2,323.06 | USD 1,316.06 | USD 876.21 |
| LB 21 USD Dash Callable Fixed Coupon Note S093 11MAR09 | XS0348721815 | Lehman Brothers Treasury Co BV | USD 290,000,000 | 382,166.67 | USD 960,000,000 | 11MAR09 | USD 2,971.07 | USD 1,915.95 | USD 2,218.39 | USD 1,516.49 |
| LB 2Y CNY Booster Himalya Note - USD 22MAR11 | XS0369799845 | Lehman Brothers Treasury Co BV | USD 255,000,000 | 482,989.75 | USD 2,760,000,000 | 22MAR11 | | | | |