Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank AG, London Branch

Name of Transferor

The Royal Bank of Scotland Plc

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: Michael.sutton@db.com

Court Claim # (if known): See attached Schedule

Amount of Claim (transferred):

(i)       See attached Schedule

(plus all interest, costs and fees relating to these claims)

Date Claim Filed: See attached Schedule

Tel: N/A

Last Four Digits of Acct. #:  N/A

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____

Date: _14 JUNE 2017_

Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Alex Darbyshire**          **Simon Glennie**
**Vice President**     .     **Director**

Schedule to Form 210A

| ISIN/CUSIP | LBHI Claim Number | Date Claim Filed | Principal/Notional Amount | |
|---|---|---|---|---|
| XS0331504745 | 40647 | Oct 16, 2009 | USD | 130,000.00 |
| XS0326608279 | 41347 | Oct 19, 2009 | USD | 140,000.00 |
| XS0326708491 | 42084 | Oct 19, 2009 | USD | 420,000.00 |
| XS0349511872 | 42161 | Oct 19, 2009 | USD | 400,000.00 |
| XS0331769538 | 43050 | Oct 21, 2009 | USD | 250,000.00 |
| XS0327940929 | 43114 | Oct 21, 2009 | AUD | 130,000.00 |
| XS0334922860 | 43809 | Oct 22, 2009 | HKD | 500,000.00 |
| XS0326608279 | 44051 | Oct 22, 2009 | USD | 90,000.00 |
| XS0348407411 | 44052 | Oct 22, 2009 | HKD | 900,000.00 |
| XS0339560293 | 44075 | Oct 22, 2009 | USD | 130,000.00 |
| XS0334922860 | 44190 | Oct 22, 2009 | HKD | 100,000.00 |
| XS0337553688 | 44192 | Oct 22, 2009 | USD | 100,000.00 |
| XS0331400530 | 44193 | Oct 22, 2009 | USD | 20,000.00 |
| XS0331400027 | 44194 | Oct 22, 2009 | USD | 20,000.00 |
| XS0331769538 | 44195 | Oct 22, 2009 | USD | 40,000.00 |
| XS0327940929 | 44291 | Oct 22, 2009 | AUD | 150,000.00 |
| XS0339560293 | 44292 | Oct 22, 2009 | USD | 170,000.00 |
| XS0339560376 | 44293 | Oct 22, 2009 | HKD | 370,000.00 |
| XS0336927909 | 44297 | Oct 22, 2009 | USD | 200,000.00 |
| XS0341160082 | 44530 | Oct 22, 2009 | USD | 50,000.00 |
| XS0326026498 | 44532 | Oct 22, 2009 | HKD | 1,000,000.00 |
| XS0331400530 | 44993 | Oct 23, 2009 | USD | 300,000.00 |
| XS0336415913 | 44994 | Oct 23, 2009 | USD | 260,000.00 |
| XS0331400027 | 44995 | Oct 23, 2009 | USD | 300,000.00 |
| XS0326608279 | 44996 | Oct 23, 2009 | USD | 330,000.00 |
| XS0349511872 | 44997 | Oct 23, 2009 | USD | 250,000.00 |
| XS0331400530 | 45130 | Oct 23, 2009 | USD | 100,000.00 |
| XS0331769454 | 45132 | Oct 23, 2009 | USD | 300,000.00 |
| XS0338525172 | 45133 | Oct 23, 2009 | USD | 180,000.00 |
| XS0337553688 | 45134 | Oct 23, 2009 | USD | 380,000.00 |
| XS0341160082 | 45135 | Oct 23, 2009 | HKD | 380,000.00 |
| XS0326026498 | 45136 | Oct 23, 2009 | AUD | 2,900,000.00 |
| XS0327940929 | 45246 | Oct 23, 2009 | USD | 200,000.00 |
| XS0336415913 | 45263 | Oct 23, 2009 | USD | 700,000.00 |
| XS0336927909 | 45271 | Oct 23, 2009 | USD | 110,000.00 |
| XS0326608279 | 45273 | Oct 23, 2009 | USD | 130,000.00 |
| XS0331769538 | 45275 | Oct 23, 2009 | HKD | 130,000.00 |
| XS0325786084 | 45276 | Oct 23, 2009 | USD | 3,000,000.00 |
| XS0331769454 | 45289 | Oct 23, 2009 | USD | 160,000.00 |
| XS0326026225 | 45296 | Oct 23, 2009 | USD | 70,000.00 |
| XS0326708491 | 45396 | Oct 23, 2009 | USD | 150,000.00 |
| XS0331769538 | 45401 | Oct 23, 2009 | USD | 100,000.00 |
| XS0331769538 | 45405 | Oct 23, 2009 | USD | 430,000.00 |
| XS0348407411 | 45443 | Oct 23, 2009 | HKD | 500,000.00 |
| XS0349512250 | 45444 | Oct 23, 2009 | HKD | 300,000.00 |
| XS0334922860 | 45445 | Oct 23, 2009 | HKD | 200,000.00 |
| XS0331769454 | 45447 | Oct 23, 2009 | USD | 40,000.00 |
| XS0336927909 | 45597 | Oct 23, 2009 | USD | 100,000.00 |
| XS0348407411 | 45751 | Oct 26, 2009 | HKD | 3,000,000.00 |
| XS0348407411 | 45752 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0336927909 | 45760 | Oct 26, 2009 | USD | 100,000.00 |
| XS0348407411 | 45766 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0335743398 | 45767 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0336645089 | 45768 | Oct 26, 2009 | USD | 160,000.00 |
| XS0348407411 | 45771 | Oct 26, 2009 | HKD | 3,000,000.00 |
| XS0349512250 | 45777 | Oct 26, 2009 | HKD | 900,000.00 |
| XS0326026225 | 45799 | Oct 26, 2009 | USD | 30,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0335743398 | 45800 | Oct 26, 2009 | HKD | 520,000.00 |
| XS0336250229 | 45801 | Oct 26, 2009 | USD | 200,000.00 |
| XS0328866307 | 45802 | Oct 26, 2009 | HKD | 510,000.00 |
| XS0328586515 | 45803 | Oct 26, 2009 | USD | 20,000.00 |
| XS0326708491 | 45804 | Oct 26, 2009 | USD | 20,000.00 |
| XS0331400027 | 45805 | Oct 26, 2009 | USD | 20,000.00 |
| XS0341160082 | 45806 | Oct 26, 2009 | USD | 20,000.00 |
| XS0336927909 | 45807 | Oct 26, 2009 | USD | 20,000.00 |
| XS0335743398 | 45814 | Oct 26, 2009 | HKD | 2,000,000.00 |
| XS0348407411 | 45824 | Oct 26, 2009 | HKD | 4,000,000.00 |
| XS0336415913 | 45836 | Oct 26, 2009 | USD | 70,000.00 |
| XS0326608279 | 45837 | Oct 26, 2009 | USD | 100,000.00 |
| XS0326026498 | 45838 | Oct 26, 2009 | HKD | 800,000.00 |
| XS0325786084 | 45839 | Oct 26, 2009 | HKD | 800,000.00 |
| XS0336250229 | 45843 | Oct 26, 2009 | USD | 160,000.00 |
| XS0326608352 | 45854 | Oct 26, 2009 | HKD | 2,000,000.00 |
| XS0335743398 | 45866 | Oct 26, 2009 | HKD | 1,220,000.00 |
| XS0332153807 | 45894 | Oct 26, 2009 | HKD | 780,000.00 |
| XS0328865671 | 45916 | Oct 26, 2009 | USD | 100,000.00 |
| XS0336415913 | 45918 | Oct 26, 2009 | USD | 70,000.00 |
| XS0326608352 | 45919 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0329337348 | 45920 | Oct 26, 2009 | HKD | 400,000.00 |
| XS0349511872 | 46870 | Oct 26, 2009 | USD | 100,000.00 |
| XS0331769454 | 46892 | Oct 26, 2009 | USD | 400,000.00 |
| XS0335743398 | 46918 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0326608352 | 46944 | Oct 26, 2009 | HKD | 2,500,000.00 |
| XS0338525172 | 47065 | Oct 26, 2009 | USD | 160,000.00 |
| XS0325786084 | 47351 | Oct 26, 2009 | HKD | 1,200,000.00 |
| XS0339560376 | 47352 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0349512250 | 47353 | Oct 26, 2009 | HKD | 1,200,000.00 |
| XS0331504745 | 47361 | Oct 26, 2009 | USD | 70,000.00 |
| XS0334922860 | 47362 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0336250229 | 47373 | Oct 26, 2009 | USD | 80,000.00 |
| XS0335743398 | 47374 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0325786084 | 47380 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0329337348 | 47501 | Oct 27, 2009 | HKD | 300,000.00 |
| XS0331400027 | 47608 | Oct 27, 2009 | USD | 120,000.00 |
| XS0326608352 | 47619 | Oct 27, 2009 | HKD | 5,630,000.00 |
| XS0326026225 | 47741 | Oct 27, 2009 | USD | 80,000.00 |
| XS0328866307 | 47742 | Oct 27, 2009 | HKD | 2,100,000.00 |
| XS0326026498 | 47750 | Oct 27, 2009 | HKD | 400,000.00 |
| XS0331400027 | 47751 | Oct 27, 2009 | USD | 50,000.00 |
| XS0335743398 | 47753 | Oct 27, 2009 | HKD | 500,000.00 |
| XS0339560376 | 47754 | Oct 27, 2009 | HKD | 500,000.00 |
| XS0326608279 | 47878 | Oct 27, 2009 | USD | 200,000.00 |
| XS0326608352 | 47879 | Oct 27, 2009 | HKD | 1,500,000.00 |
| XS0328866307 | 47979 | Oct 27, 2009 | HKD | 540,000.00 |
| XS0331400027 | 48604 | Oct 27, 2009 | USD | 30,000.00 |
| XS0331400530 | 48605 | Oct 27, 2009 | USD | 30,000.00 |
| XS0331769454 | 48606 | Oct 27, 2009 | USD | 50,000.00 |
| XS0335743398 | 48608 | Oct 27, 2009 | HKD | 1,000,000.00 |
| XS0339560293 | 48651 | Oct 27, 2009 | USD | 80,000.00 |
| XS0334922860 | 48652 | Oct 27, 2009 | HKD | 470,000.00 |
| XS0326608279 | 48667 | Oct 27, 2009 | USD | 30,000.00 |
| XS0328586515 | 48744 | Oct 27, 2009 | USD | 200,000.00 |
| XS0331769538 | 49430 | Oct 27, 2009 | USD | 170,000.00 |
| XS0336250229 | 49467 | Oct 27, 2009 | USD | 200,000.00 |
| XS0336927909 | 49518 | Oct 27, 2009 | USD | 180,000.00 |
| XS0326026498 | 49525 | Oct 27, 2009 | HKD | 650,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0326026225 | 49575 | Oct 27, 2009 | USD | 130,000.00 |
| XS0331769538 | 49580 | Oct 27, 2009 | USD | 100,000.00 |
| XS0331769454 | 49965 | Oct 27, 2009 | USD | 150,000.00 |
| XS0325841368 | 49966 | Oct 27, 2009 | USD | 100,000.00 |
| XS0336927909 | 50340 | Oct 28, 2009 | USD | 180,000.00 |
| XS0331769538 | 50382 | Oct 28, 2009 | USD | 350,000.00 |
| XS0334922860 | 50669 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331400530 | 50678 | Oct 28, 2009 | USD | 140,000.00 |
| XS0331400027 | 50684 | Oct 28, 2009 | USD | 170,000.00 |
| XS0336250229 | 50703 | Oct 28, 2009 | USD | 200,000.00 |
| XS0331400530 | 50835 | Oct 28, 2009 | USD | 50,000.00 |
| XS0326026498 | 50836 | Oct 28, 2009 | HKD | 500,000.00 |
| XS0335743398 | 50873 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331769538 | 50879 | Oct 28, 2009 | USD | 120,000.00 |
| XS0326026498 | 50885 | Oct 28, 2009 | HKD | 1,500,000.00 |
| XS0331400530 | 50889 | Oct 28, 2009 | USD | 110,000.00 |
| XS0331769454 | 50898 | Oct 28, 2009 | USD | 130,000.00 |
| XS0329337348 | 50899 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331769538 | 50904 | Oct 28, 2009 | USD | 100,000.00 |
| XS0369799845 | 51250 | Oct 28, 2009 | USD | 75,000.00 |
| XS0369799845 | 51251 | Oct 28, 2009 | USD | 80,000.00 |
| XS0348407411 | 51601 | Oct 28, 2009 | HKD | 500,000.00 |
| XS0334922860 | 51602 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0349512250 | 51628 | Oct 28, 2009 | HKD | 1,800,000.00 |
| XS0327940929 | 51772 | Oct 28, 2009 | AUD | 200,000.00 |
| XS0331504745 | 51773 | Oct 28, 2009 | USD | 130,000.00 |
| XS0331769538 | 55132 | Oct 29, 2009 | USD | 220,000.00 |
| XS0369799845 | 55137 | Oct 29, 2009 | USD | 65,000.00 |
| XS0331400530 | 55154 | Oct 29, 2009 | USD | 540,000.00 |
| XS0349511872 | 55213 | Oct 29, 2009 | USD | 500,000.00 |
| XS0331400027 | 55214 | Oct 29, 2009 | USD | 960,000.00 |
| XS0349511872 | 55222 | Oct 29, 2009 | USD | 150,000.00 |
| XS0336250229 | 55282 | Oct 29, 2009 | USD | 60,000.00 |
| XS0325786084 | 55283 | Oct 29, 2009 | HKD | 500,000.00 |
| XS0326608279 | 56038 | Oct 29, 2009 | USD | 200,000.00 |
| XS0336645089 | 56521 | Oct 29, 2009 | USD | 150,000.00 |
| XS0331400530 | 56522 | Oct 29, 2009 | USD | 140,000.00 |
| XS0331504745 | 56727 | Oct 29, 2009 | USD | 80,000.00 |
| XS0336927909 | 56728 | Oct 29, 2009 | USD | 70,000.00 |
| XS0327940929 | 56967 | Oct 29, 2009 | AUD | 280,000.00 |
| XS0331769454 | 56968 | Oct 29, 2009 | USD | 20,000.00 |
| XS0325841368 | 57068 | Oct 30, 2009 | USD | 100,000.00 |
| XS0326608279 | 57070 | Oct 30, 2009 | USD | 220,000.00 |
| XS0332153807 | 57072 | Oct 30, 2009 | HKD | 800,000.00 |
| XS0327940929 | 57100 | Oct 30, 2009 | AUD | 200,000.00 |
| XS0348407411 | 57110 | Oct 30, 2009 | HKD | 1,000,000.00 |
| XS0336250229 | 57134 | Oct 30, 2009 | USD | 50,000.00 |
| XS0331400530 | 57135 | Oct 30, 2009 | USD | 40,000.00 |
| XS0326608436 | 57136 | Oct 30, 2009 | USD | 50,000.00 |
| XS0327859301 | 57137 | Oct 30, 2009 | HKD | 580,000.00 |
| XS0349511872 | 57187 | Oct 30, 2009 | USD | 90,000.00 |
| XS0336250229 | 57196 | Oct 30, 2009 | USD | 20,000.00 |
| XS0325841368 | 57198 | Oct 30, 2009 | USD | 40,000.00 |
| XS0326608279 | 57199 | Oct 30, 2009 | USD | 30,000.00 |
| XS0326608436 | 57209 | Oct 30, 2009 | USD | 120,000.00 |
| XS0339560376 | 57210 | Oct 30, 2009 | HKD | 1,030,000.00 |
| XS0336927909 | 57212 | Oct 30, 2009 | USD | 100,000.00 |
| XS0326608436 | 57213 | Oct 30, 2009 | USD | 150,000.00 |
| XS0334922860 | 57230 | Oct 30, 2009 | HKD | 500,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0325786084 | 57231 | Oct 30, 2009 | HKD | 620,000.00 |
| XS0326708491 | 57232 | Oct 30, 2009 | USD | 40,000.00 |
| XS0338525172 | 57235 | Oct 30, 2009 | USD | 100,000.00 |
| XS0331769538 | 57238 | Oct 30, 2009 | USD | 130,000.00 |
| XS0350571377 | 57257 | Oct 30, 2009 | USD | 130,000.00 |
| XS0326608279 | 57259 | Oct 30, 2009 | USD | 130,000.00 |
| XS0336415913 | 57260 | Oct 30, 2009 | USD | 50,000.00 |
| XS0331400530 | 57262 | Oct 30, 2009 | USD | 70,000.00 |
| XS0331504745 | 57263 | Oct 30, 2009 | USD | 30,000.00 |
| XS0336645089 | 57264 | Oct 30, 2009 | USD | 150,000.00 |
| XS0326608436 | 57265 | Oct 30, 2009 | USD | 100,000.00 |
| XS0336927909 | 57266 | Oct 30, 2009 | HKD | 210,000.00 |
| XS0325786084 | 57269 | Oct 30, 2009 | HKD | 1,000,000.00 |
| XS0331400027 | 57270 | Oct 30, 2009 | USD | 50,000.00 |
| XS0327940929 | 57332 | Oct 30, 2009 | AUD | 70,000.00 |
| XS0325841368 | 57333 | Oct 30, 2009 | USD | 70,000.00 |
| XS0339560376 | 57718 | Oct 30, 2009 | HKD | 500,000.00 |
| XS0326866307 | 57719 | Oct 30, 2009 | HKD | 500,000.00 |
| XS0339560376 | 57721 | Oct 30, 2009 | HKD | 200,000.00 |
| XS0369799845 | 57722 | Oct 30, 2009 | USD | 65,000.00 |
| XS0332153807 | 57751 | Oct 30, 2009 | HKD | 800,000.00 |
| XS0326608436 | 57752 | Oct 30, 2009 | USD | 80,000.00 |
| XS0336645089 | 57753 | Oct 30, 2009 | USD | 60,000.00 |
| XS0337553688 | 57754 | Oct 30, 2009 | USD | 30,000.00 |
| XS0341160082 | 57755 | Oct 30, 2009 | USD | 30,000.00 |
| XS0349512250 | 60811 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0331769454 | 60815 | Nov 02, 2009 | USD | 210,000.00 |
| XS0334922860 | 60836 | Nov 02, 2009 | HKD | 250,000.00 |
| XS0348407411 | 60837 | Nov 02, 2009 | HKD | 700,000.00 |
| XS0336927909 | 60842 | Nov 02, 2009 | USD | 150,000.00 |
| XS0331769454 | 60846 | Nov 02, 2009 | USD | 150,000.00 |
| XS0334922860 | 60852 | Nov 02, 2009 | HKD | 890,000.00 |
| XS0335743398 | 60853 | Nov 02, 2009 | HKD | 1,000,000.00 |
| XS0349511872 | 60854 | Nov 02, 2009 | USD | 500,000.00 |
| XS0326866307 | 60857 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0335743398 | 60914 | Nov 02, 2009 | HKD | 250,000.00 |
| XS0332153807 | 60915 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0329337348 | 60916 | Nov 02, 2009 | HKD | 1,200,000.00 |
| XS0326866307 | 60917 | Nov 02, 2009 | HKD | 650,000.00 |
| XS0326608352 | 60918 | Nov 02, 2009 | HKD | 890,000.00 |
| XS0325786084 | 60919 | Nov 02, 2009 | HKD | 1,080,000.00 |
| XS0326026498 | 60920 | Nov 02, 2009 | HKD | 1,500,000.00 |
| XS0349511872 | 60921 | Nov 02, 2009 | USD | 130,000.00 |
| XS0339560293 | 60922 | Nov 02, 2009 | USD | 310,000.00 |
| XS0337553688 | 60923 | Nov 02, 2009 | USD | 60,000.00 |
| XS0336927909 | 60924 | Nov 02, 2009 | USD | 70,000.00 |
| XS0336645089 | 60925 | Nov 02, 2009 | USD | 210,000.00 |
| XS0336250229 | 60928 | Nov 02, 2009 | USD | 190,000.00 |
| XS0331769538 | 60929 | Nov 02, 2009 | USD | 50,000.00 |
| XS0331769454 | 60930 | Nov 02, 2009 | USD | 80,000.00 |
| XS0331400027 | 60931 | Nov 02, 2009 | USD | 50,000.00 |
| XS0326608279 | 60932 | Nov 02, 2009 | USD | 150,000.00 |
| XS0325841368 | 60933 | Nov 02, 2009 | USD | 250,000.00 |
| XS0326865671 | 61149 | Nov 02, 2009 | USD | 320,000.00 |
| XS0328586515 | 61150 | Nov 02, 2009 | USD | 300,000.00 |
| XS0326866307 | 61312 | Nov 02, 2009 | HKD | 500,000.00 |
| XS0326865671 | 61319 | Nov 02, 2009 | USD | 130,000.00 |
| XS0331400027 | 62934 | Nov 02, 2009 | USD | 70,000.00 |
| XS0326026498 | 62935 | Nov 02, 2009 | HKD | 400,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0331769538 | 62936 | Nov 02, 2009 | USD | 40,000.00 |
| XS0336645089 | 62937 | Nov 02, 2009 | USD | 190,000.00 |
| XS0326866307 | 64670 | Nov 04, 2009 | HKD | 600,000.00 |
| XS0331400530 | 64857 | Nov 05, 2009 | USD | 130,000.00 |
| XS0326026498 | 67148 | Oct 26, 2010 | HKD | 1,000,000.00 |

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

1.      For value received, the adequacy and sufficiency of which are hereby acknowledged, **THE ROYAL BANK OF SCOTLAND PLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **DEUTSCHE BANK AG, LONDON BRANCH** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentage specified in Schedule 1 hereto, in Seller's right, title and interest in and to the Proof of Claim Numbers listed on Schedule 1 filed by or on behalf of Seller (a copy of which is attached at Schedule 2 hereto) (the "Proofs of Claim" and each a "Proof of Claim") as is specified in Schedule 1 hereto (the "Purchased Portion") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Portion and specified in Schedule 1 attached hereto. For the avoidance of doubt, Purchaser does not assume and shall not be responsible for any obligations or liabilities of the Seller to or in connection with the Transferred Claim, the Purchased Securities or the Proceedings.

2.      Seller hereby represents and warrants to Purchaser that: (a) the Proofs of Claim were duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proofs of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller has been duly authorized to sell, transfer and assign the Transferred Claims by the owner of Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim includes the Purchased Portion specified in Schedule 1 attached hereto; (f) Seller has not engaged in, and, to the best of its knowledge, none of Seller's predecessors-in-interest (if any) in the past have engaged in, any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; (g) a true and correct schedule of the 10th, 11th and 12th distributions paid to Seller by Lehman Brothers Holdings, Inc., appears attached hereto as Schedule 2; (h) to the best of its knowledge and based on its understanding of the Proceedings, the Transferred Claims are Class 5 Senior Third Party Guarantee Claims; and (i) a true and correct schedule of the 7th, 8th, 9th, and 10th distributions paid to Seller by Lehman Brothers Treasury Co. B.V. or its authorized agent(s), with respect to the securities relating to the Transferred Claims, appears attached hereto as Schedule 3.

3.      Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by

Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proofs of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below, unless otherwise required by the international treaties governing the service of process to the parties.

DB Ref: 19881

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 16 day of JUNE 2017.

THE ROYAL BANK OF SCOTLAND PLC

By:
Name: CHRIS ANDREWS
Title: AUTHORISED SIGNATORY

DEUTSCHE BANK AG, LONDON BRANCH

By:
Name: **Alex Darbyshire**
Title: **Vice President**

By:
Name:
Title: **Simon Glennie**
**Director**

Winchester House
1, Great Winchester Street
London EC2N 2DB
ENGLAND
Attn: Michael Sutton

DB Ref: 19881

Schedule 1

Transferred Claims

Purchased Portion

100% of the claims that are referenced in the Proofs of Claim (as highlighted in the copy of the Proofs of Claim attached at Schedule 2) and relating to the Purchased Securities described in the attached spreadsheet (plus all interest, costs and fees relating to this claim).

*See attached spreadsheet, which describes:*

- Description of Security Issued by Lehman Brothers Treasury BV
- ISIN / CUSIP
- Blocking Number
- Issuer
- Guarantor
- LBHI Claim Number
- Principal / Notional Amount
- Allowed Amount
- Maturity
- 10th, 11th and 12th Distributions made by LBHI

DB Ref: 19881

Page 1

| Description of Security | ISIN/CUSIP | Blocking Number | Guarantor | Issuer | LBHI Claim Number | Principal/Notional Amount | Allowed Amount | Maturity | LBHI 12th Distribution | LBHI 11th Distribution | LBHI 10th Distribution |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 21 USD Range Accrual Note S973 23NOV09 | XS0351594745 | CA38048 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 40617 | USD | USD | 23NOV09 | USD | USD | USD |
| Lehman Brothers Holdings Inc | | | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | | USD | USD | | USD | USD | USD |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA46774 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45800 | HKD | 520,000.00 | USD | 28,653.72 | 21DEC09 | USD | 245.38 | USD | 322.18 | USD | 183.25 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA46867 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45801 | USD | 200,000.00 | USD | 88,794.87 | 21DEC09 | USD | 760.41 | USD | 998.40 | USD | 567.88 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA31939 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45802 | HKD | 510,000.00 | USD | 54,214.54 | 27OCT09 | USD | 464.27 | USD | 609.58 | USD | 346.72 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | CA73904 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45803 | USD | 20,000.00 | USD | 8,181.68 | 06NOV09 | USD | 70.06 | USD | 91.99 | USD | 52.32 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA73896 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45804 | USD | 20,000.00 | USD | 10,339.24 | 27OCT09 | USD | 88.54 | USD | 116.25 | USD | 66.12 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA73909 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45805 | USD | 20,000.00 | USD | 11,289.56 | 23NOV09 | USD | 96.68 | USD | 126.93 | USD | 72.20 |
| LB 2Y USD Airbag Range Accrual Note S926 25JAN10 | XS0341160082 | CA73925 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45806 | USD | 20,000.00 | USD | 8,727.57 | 25JAN10 | USD | 74.74 | USD | 98.13 | USD | 55.81 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA73921 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45807 | USD | 20,000.00 | USD | 11,638.55 | 29DEC09 | USD | 99.66 | USD | 130.86 | USD | 74.43 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA46772 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45814 | HKD | 2,000,000.00 | USD | 110,206.61 | 21DEC09 | USD | 943.77 | USD | 1,239.15 | USD | 704.82 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S974 02MAR09 | XS0348407411 | CA38404 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45824 | HKD | 4,000,000.00 | USD | 297,861.65 | 02MAR09 | USD | 2,550.79 | USD | 3,349.13 | USD | 1,904.97 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA46878 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45836 | USD | 70,000.00 | USD | 20,525.60 | 17DEC09 | USD | 175.77 | USD | 230.78 | USD | 131.27 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46416 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45837 | USD | 100,000.00 | USD | 46,735.71 | 27OCT09 | USD | 400.23 | USD | 525.49 | USD | 298.89 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA46104 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45838 | HKD | 800,000.00 | USD | 63,475.04 | 23OCT09 | USD | 543.58 | USD | 713.70 | USD | 405.95 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA46083 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45839 | HKD | 800,000.00 | USD | 55,375.00 | 22OCT09 | USD | 474.21 | USD | 622.63 | USD | 354.15 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA55021 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45843 | USD | 160,000.00 | USD | 71,035.90 | 21DEC09 | USD | 608.32 | USD | 798.72 | USD | 454.31 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA46424 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45854 | HKD | 2,000,000.00 | USD | 120,227.32 | 27OCT09 | USD | 1,029.58 | USD | 1,351.82 | USD | 768.91 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA64834 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45866 | HKD | 1,220,000.00 | USD | 67,226.03 | 21DEC09 | USD | 575.70 | USD | 755.88 | USD | 429.94 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | CA55033 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45894 | HKD | 780,000.00 | USD | 56,461.09 | 30NOV09 | USD | 483.51 | USD | 634.84 | USD | 361.09 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | CA64516 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45916 | USD | 100,000.00 | USD | 47,129.93 | 29OCT09 | USD | 403.60 | USD | 529.92 | USD | 301.41 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA73918 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45918 | USD | 70,000.00 | USD | 20,525.60 | 17DEC09 | USD | 175.77 | USD | 230.78 | USD | 131.27 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA73894 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45919 | HKD | 500,000.00 | USD | 30,056.83 | 27OCT09 | USD | 257.39 | USD | 337.95 | USD | 192.22 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | CA73908 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45920 | HKD | 400,000.00 | USD | 14,851.37 | 09NOV09 | USD | 127.18 | USD | 166.98 | USD | 94.98 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA47258 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46870 | USD | 100,000.00 | USD | 58,363.23 | 05MAR09 | USD | 499.80 | USD | 656.23 | USD | 373.26 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA46545 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46892 | USD | 400,000.00 | USD | 219,092.71 | 23NOV09 | USD | 1,876.24 | USD | 2,463.46 | USD | 1,401.20 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA64832 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46918 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA55107 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46944 | HKD | 2,500,000.00 | USD | 150,284.15 | 27OCT09 | USD | 1,286.98 | USD | 1,689.78 | USD | 961.14 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | CA55116 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47065 | USD | 160,000.00 | USD | 74,923.10 | 04JAN10 | USD | 641.61 | USD | 842.42 | USD | 479.17 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA37794 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47351 | HKD | 1,200,000.00 | USD | 83,062.51 | 22OCT09 | USD | 711.32 | USD | 933.94 | USD | 531.22 |
| LB 2Y HKD Range Accrual Note S905 18JAN10 | XS0339560376 | CA38421 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47352 | HKD | 500,000.00 | USD | 28,470.98 | 18JAN10 | USD | 243.81 | USD | 320.12 | USD | 182.08 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | CA39158 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47353 | HKD | 1,200,000.00 | USD | 89,931.37 | 05MAR09 | USD | 770.14 | USD | 1,011.18 | USD | 575.15 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA38050 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47361 | USD | 70,000.00 | USD | 31,830.35 | 23NOV09 | USD | 272.58 | USD | 357.89 | USD | 203.57 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA38234 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47362 | HKD | 500,000.00 | USD | 33,633.11 | 14DEC09 | USD | 288.02 | USD | 378.16 | USD | 215.10 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA50779 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47373 | USD | 80,000.00 | USD | 35,517.95 | 21DEC09 | USD | 304.16 | USD | 399.36 | USD | 227.15 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA50781 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47374 | HKD | 500,000.00 | USD | 27,551.65 | 21DEC09 | USD | 235.94 | USD | 309.78 | USD | 176.20 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA73888 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47380 | HKD | 500,000.00 | USD | 34,609.38 | 22OCT09 | USD | 296.38 | USD | 389.14 | USD | 221.34 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | CA55313 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47501 | HKD | 300,000.00 | USD | 11,138.53 | 09NOV09 | USD | 95.38 | USD | 125.24 | USD | 71.23 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA46569 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47608 | USD | 120,000.00 | USD | 67,737.37 | 23NOV09 | USD | 580.08 | USD | 761.63 | USD | 433.21 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA31683 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47619 | HKD | 5,630,000.00 | USD | 338,439.90 | 27OCT09 | USD | 2,898.29 | USD | 3,805.39 | USD | 2,164.49 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA55055 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47741 | USD | 80,000.00 | USD | 57,909.68 | 23OCT09 | USD | 495.92 | USD | 651.13 | USD | 370.36 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA55282 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47742 | HKD | 2,100,000.00 | USD | 223,236.34 | 27OCT09 | USD | 1,911.72 | USD | 2,510.05 | USD | 1,427.70 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA90350 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47750 | HKD | 400,000.00 | USD | 31,737.52 | 23OCT09 | USD | 271.79 | USD | 356.85 | USD | 202.97 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA90359 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47751 | USD | 50,000.00 | USD | 28,223.90 | 23NOV09 | USD | 241.70 | USD | 317.34 | USD | 180.50 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA55026 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47753 | HKD | 500,000.00 | USD | 27,551.65 | 21DEC09 | USD | 235.94 | USD | 309.78 | USD | 176.20 |
| LB 2Y HKD Range Accrual Note S905 18JAN10 | XS0339560376 | CA55182 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47754 | HKD | 500,000.00 | USD | 28,470.98 | 18JAN10 | USD | 243.81 | USD | 320.12 | USD | 182.08 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA31789 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47878 | USD | 200,000.00 | USD | 93,471.42 | 27OCT09 | USD | 800.46 | USD | 1,050.98 | USD | 597.79 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA31685 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47879 | HKD | 1,500,000.00 | USD | 90,170.49 | 27OCT09 | USD | 772.19 | USD | 1,013.86 | USD | 576.68 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA55283 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47979 | HKD | 540,000.00 | USD | 57,403.63 | 27OCT09 | USD | 491.58 | USD | 645.44 | USD | 367.12 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA64540 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48604 | USD | 30,000.00 | USD | 16,934.34 | 23NOV09 | USD | 145.02 | USD | 190.40 | USD | 108.30 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64545 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48605 | USD | 30,000.00 | USD | 15,369.58 | 23NOV09 | USD | 131.62 | USD | 172.81 | USD | 98.29 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA64549 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48606 | USD | 50,000.00 | USD | 27,386.59 | 23NOV09 | USD | 234.53 | USD | 307.93 | USD | 175.15 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA46773 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48608 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 2Y USD Range Accrual Note S904 18JAN10 | XS0339560293 | CA47033 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48651 | USD | 80,000.00 | USD | 35,249.30 | 18JAN10 | USD | 301.86 | USD | 396.34 | USD | 225.43 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46767 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48652 | HKD | 470,000.00 | USD | 31,615.12 | 14DEC09 | USD | 270.74 | USD | 355.47 | USD | 202.19 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA90352 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48667 | USD | 30,000.00 | USD | 14,020.71 | 27OCT09 | USD | 120.06 | USD | 157.64 | USD | 89.66 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | CA31931 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48744 | USD | 200,000.00 | USD | 81,816.78 | 06NOV09 | USD | 700.65 | USD | 919.94 | USD | 523.25 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38221 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49430 | USD | 170,000.00 | USD | 97,964.56 | 23NOV09 | USD | 838.93 | USD | 1,101.50 | USD | 626.53 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA46778 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49467 | USD | 200,000.00 | USD | 88,794.87 | 21DEC09 | USD | 760.41 | USD | 998.40 | USD | 567.88 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA31659 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49518 | USD | 180,000.00 | USD | 104,746.93 | 29DEC09 | USD | 897.02 | USD | 1,177.76 | USD | 669.90 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA37820 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49525 | HKD | 650,000.00 | USD | 51,573.47 | 23OCT09 | USD | 441.65 | USD | 579.88 | USD | 329.84 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA37808 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49575 | USD | 130,000.00 | USD | 94,103.24 | 23OCT09 | USD | 805.87 | USD | 1,058.08 | USD | 601.83 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38073 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49580 | USD | 100,000.00 | USD | 57,626.21 | 23NOV09 | USD | 493.49 | USD | 647.94 | USD | 368.55 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA31655 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49965 | USD | 150,000.00 | USD | 82,159.77 | 23NOV09 | USD | 703.59 | USD | 923.79 | USD | 525.45 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA46091 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49966 | USD | 100,000.00 | USD | 55,203.62 | 22OCT09 | USD | 472.74 | USD | 620.70 | USD | 353.05 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA46941 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50340 | USD | 180,000.00 | USD | 104,746.93 | 29DEC09 | USD | 897.02 | USD | 1,177.76 | USD | 669.90 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA55035 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50382 | USD | 350,000.00 | USD | 201,691.73 | 23NOV09 | USD | 1,727.22 | USD | 2,267.80 | USD | 1,289.91 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46765 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50669 | HKD | 1,000,000.00 | USD | 67,266.22 | 14DEC09 | USD | 576.04 | USD | 756.33 | USD | 430.20 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA31923 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50678 | USD | 140,000.00 | USD | 71,724.73 | 23NOV09 | USD | 614.22 | USD | 806.46 | USD | 458.71 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA31925 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50684 | USD | 170,000.00 | USD | 95,961.28 | 23NOV09 | USD | 821.78 | USD | 1,078.98 | USD | 613.72 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA90370 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50703 | USD | 200,000.00 | USD | 88,794.87 | 21DEC09 | USD | 760.41 | USD | 998.40 | USD | 567.88 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA46556 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50835 | USD | 50,000.00 | USD | 25,615.97 | 23NOV09 | USD | 219.36 | USD | 288.02 | USD | 163.82 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA46105 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50836 | HKD | 500,000.00 | USD | 39,671.90 | 23OCT09 | USD | 339.73 | USD | 446.06 | USD | 253.72 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA55025 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50873 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38070 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50879 | USD | 120,000.00 | USD | 69,151.45 | 23NOV09 | USD | 592.19 | USD | 777.53 | USD | 442.25 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA55059 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50885 | HKD | 1,500,000.00 | USD | 119,015.70 | 23OCT09 | USD | 1,019.21 | USD | 1,338.20 | USD | 761.16 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55348 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50889 | USD | 110,000.00 | USD | 56,355.14 | 23NOV09 | USD | 482.60 | USD | 633.65 | USD | 360.41 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA55040 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50898 | USD | 130,000.00 | USD | 71,205.13 | 23NOV09 | USD | 609.77 | USD | 800.62 | USD | 455.39 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | CA55312 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50899 | HKD | 1,000,000.00 | USD | 37,128.44 | 09NOV09 | USD | 317.95 | USD | 417.46 | USD | 237.45 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46749 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50904 | USD | 100,000.00 | USD | 57,626.21 | 23NOV09 | USD | 493.49 | USD | 647.94 | USD | 368.54 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA64842 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51250 | USD | 75,000.00 | USD | 75,000.00 | 22MAR11 | USD | 642.27 | USD | 843.29 | USD | 479.66 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA64841 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51251 | USD | 80,000.00 | USD | 80,000.00 | 22MAR11 | USD | 685.09 | USD | 899.51 | USD | 511.64 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S974 02MAR09 | XS0348407411 | CA64914 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51601 | HKD | 500,000.00 | USD | 37,232.71 | 02MAR09 | USD | 318.84 | USD | 418.64 | USD | 238.12 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA38232 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51602 | HKD | 1,000,000.00 | USD | 67,266.22 | 14DEC09 | USD | 576.04 | USD | 756.33 | USD | 430.20 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S978 05MAR09 | XS0349512250 | CA39156 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51628 | HKD | 1,800,000.00 | USD | 134,897.06 | 05MAR09 | USD | 1,155.21 | USD | 1,516.77 | USD | 862.73 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA35334 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51772 | AUD | 200,000.00 | USD | 85,556.59 | 05NOV09 | USD | 732.68 | USD | 961.99 | USD | 547.17 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA22727 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51773 | USD | 130,000.00 | USD | 59,113.51 | 23NOV09 | USD | 506.22 | USD | 664.66 | USD | 378.06 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA55036 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55132 | USD | 220,000.00 | USD | 126,777.66 | 23NOV09 | USD | 1,085.68 | USD | 1,425.47 | USD | 810.80 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA73933 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55137 | USD | 65,000.00 | USD | 65,000.00 | 22MAR11 | USD | 556.63 | USD | 730.85 | USD | 415.70 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64541 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55154 | USD | 540,000.00 | USD | 276,652.53 | 23NOV09 | USD | 2,369.16 | USD | 3,110.65 | USD | 1,769.33 |
| LB 1Y USD Daily Callable Fixed Coupon Note S981 05MAR09 | XS0349511872 | CA38291 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55213 | USD | 500,000.00 | USD | 291,816.13 | 05MAR09 | USD | 2,499.02 | USD | 3,281.15 | USD | 1,866.31 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA38029 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55214 | USD | 960,000.00 | USD | 541,898.97 | 23NOV09 | USD | 4,640.65 | USD | 6,093.06 | USD | 3,465.71 |
| LB 1Y USD Daily Callable Fixed Coupon Note S981 05MAR09 | XS0349511872 | CA64893 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55222 | USD | 150,000.00 | USD | 87,544.84 | 05MAR09 | USD | 749.70 | USD | 984.34 | USD | 559.89 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA38243 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55282 | USD | 60,000.00 | USD | 26,638.46 | 21DEC09 | USD | 228.12 | USD | 299.52 | USD | 170.36 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA37796 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55283 | HKD | 500,000.00 | USD | 34,609.38 | 22OCT09 | USD | 296.38 | USD | 389.14 | USD | 221.34 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA37897 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56038 | USD | 200,000.00 | USD | 93,471.42 | 27OCT09 | USD | 800.46 | USD | 1,050.98 | USD | 597.79 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA46911 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56521 | USD | 150,000.00 | USD | 68,407.24 | 29DEC09 | USD | 585.81 | USD | 769.16 | USD | 437.49 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55346 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56522 | USD | 140,000.00 | USD | 71,724.73 | 23NOV09 | USD | 614.22 | USD | 806.46 | USD | 458.71 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA38047 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56727 | USD | 80,000.00 | USD | 36,377.55 | 23NOV09 | USD | 311.52 | USD | 409.02 | USD | 232.65 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA38711 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56728 | USD | 70,000.00 | USD | 40,734.92 | 29DEC09 | USD | 348.84 | USD | 458.02 | USD | 260.52 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA90358 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56967 | AUD | 280,000.00 | USD | 119,779.23 | 05NOV09 | USD | 1,025.75 | USD | 1,346.78 | USD | 766.04 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA90361 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56968 | USD | 20,000.00 | USD | 10,954.64 | 23NOV09 | USD | 93.81 | USD | 123.17 | USD | 70.06 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA37882 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57068 | USD | 100,000.00 | USD | 55,203.62 | 22OCT09 | USD | 472.74 | USD | 620.70 | USD | 353.05 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA64498 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57070 | USD | 220,000.00 | USD | 102,818.56 | 27OCT09 | USD | 880.50 | USD | 1,156.08 | USD | 657.57 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | CA46755 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57072 | HKD | 800,000.00 | USD | 57,908.81 | 30NOV09 | USD | 495.91 | USD | 651.12 | USD | 370.35 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA22963 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57100 | AUD | 200,000.00 | USD | 85,556.59 | 05NOV09 | USD | 732.68 | USD | 961.99 | USD | 547.17 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S974 02MAR09 | XS0348407411 | CA38406 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57110 | HKD | 1,000,000.00 | USD | 74,465.41 | 02MAR09 | USD | 637.69 | USD | 837.28 | USD | 476.24 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA64829 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57134 | USD | 50,000.00 | USD | 22,198.72 | 21DEC09 | USD | 190.10 | USD | 249.60 | USD | 141.97 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64543 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57135 | USD | 40,000.00 | USD | 20,492.78 | 23NOV09 | USD | 175.49 | USD | 230.41 | USD | 131.06 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA64514 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57136 | USD | 50,000.00 | USD | 23,364.06 | 27OCT09 | USD | 200.08 | USD | 262.70 | USD | 149.42 |
| LB 2Y HKD Range Accrual Note S817 02NOV09 | XS0327859301 | CA64526 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57137 | HKD | 580,000.00 | USD | 37,475.42 | 02NOV09 | USD | 320.92 | USD | 421.37 | USD | 239.67 |
| LB 1Y USD Daily Callable Fixed Coupon Note S981 05MAR09 | XS0349511872 | CA31694 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57187 | USD | 90,000.00 | USD | 52,526.90 | 05MAR09 | USD | 449.82 | USD | 590.60 | USD | 335.93 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA46782 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57196 | USD | 20,000.00 | USD | 8,879.49 | 21DEC09 | USD | 76.04 | USD | 99.84 | USD | 56.78 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA46094 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57198 | USD | 40,000.00 | USD | 22,081.45 | 22OCT09 | USD | 189.09 | USD | 248.28 | USD | 141.22 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46420 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57199 | USD | 30,000.00 | USD | 14,020.71 | 27OCT09 | USD | 120.06 | USD | 157.64 | USD | 89.66 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA31955 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57209 | USD | 120,000.00 | USD | 56,073.75 | 27OCT09 | USD | 480.19 | USD | 630.48 | USD | 358.61 |
| LB 2Y HKD Range Accrual Note S905 18JAN10 | XS0339560376 | CA64807 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57210 | HKD | 1,030,000.00 | USD | 58,650.21 | 18JAN10 | USD | 502.26 | USD | 659.45 | USD | 375.09 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA46943 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57212 | USD | 100,000.00 | USD | 58,192.74 | 29DEC09 | USD | 498.34 | USD | 654.31 | USD | 372.17 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA31957 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57213 | USD | 150,000.00 | USD | 70,092.19 | 27OCT09 | USD | 600.24 | USD | 788.11 | USD | 448.27 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46766 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57230 | HKD | 500,000.00 | USD | 33,633.11 | 14DEC09 | USD | 288.02 | USD | 378.16 | USD | 215.10 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA46084 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57231 | HKD | 620,000.00 | USD | 42,915.63 | 22OCT09 | USD | 367.51 | USD | 482.55 | USD | 274.46 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA46512 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57232 | USD | 40,000.00 | USD | 20,678.48 | 27OCT09 | USD | 177.08 | USD | 232.50 | USD | 132.24 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | CA64815 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57235 | USD | 100,000.00 | USD | 46,826.94 | 04JAN10 | USD | 401.01 | USD | 526.51 | USD | 299.48 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA31870 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57238 | USD | 130,000.00 | USD | 74,914.07 | 23NOV09 | USD | 641.54 | USD | 842.32 | USD | 479.11 |

Schedule 1

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 1Y USD Daily Callable Fixed Coupon Note S993 11MAR09 | XS0350571377 | CA31854 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57257 | USD | 130,000.00 | USD | 74,580.66 | 11MAR09 | USD | 638.68 | USD | 838.57 | USD 476.98 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46414 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57259 | USD | 130,000.00 | USD | 60,756.42 | 27OCT09 | USD | 520.29 | USD | 683.14 | USD 388.56 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA46879 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57260 | USD | 50,000.00 | USD | 14,661.14 | 17DEC09 | USD | 125.55 | USD | 164.84 | USD 93.76 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64544 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57262 | USD | 70,000.00 | USD | 35,862.36 | 23NOV09 | USD | 307.11 | USD | 403.23 | USD 229.35 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA64546 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57263 | USD | 30,000.00 | USD | 13,641.58 | 23NOV09 | USD | 116.82 | USD | 153.38 | USD 87.24 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA64823 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57264 | USD | 150,000.00 | USD | 68,407.24 | 29DEC09 | USD | 585.81 | USD | 769.16 | USD 437.49 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA64512 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57265 | USD | 100,000.00 | USD | 46,728.13 | 27OCT09 | USD | 400.16 | USD | 525.40 | USD 298.84 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA64817 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57266 | USD | 210,000.00 | USD | 122,204.75 | 29DEC09 | USD | 1,046.52 | USD | 1,374.06 | USD 781.56 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA64488 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57269 | HKD | 1,000,000.00 | USD | 69,218.76 | 22OCT09 | USD | 592.76 | USD | 778.29 | USD 442.68 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA64539 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57270 | USD | 50,000.00 | USD | 28,223.90 | 23NOV09 | USD | 241.70 | USD | 317.34 | USD 180.50 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA73901 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57332 | AUD | 70,000.00 | USD | 29,944.81 | 05NOV09 | USD | 256.43 | USD | 336.69 | USD 191.51 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA73890 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57333 | USD | 70,000.00 | USD | 38,642.54 | 22OCT09 | USD | 330.92 | USD | 434.49 | USD 247.13 |
| LB 2Y HKD Range Accrual Note S905 18JAN10 | XS0339560376 | CA73924 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57718 | HKD | 500,000.00 | USD | 28,470.98 | 18JAN10 | USD | 243.81 | USD | 320.12 | USD 182.08 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA31941 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57719 | HKD | 500,000.00 | USD | 53,151.51 | 27OCT09 | USD | 455.17 | USD | 597.63 | USD 339.93 |
| LB 2Y HKD Range Accrual Note S905 18JAN10 | XS0339560376 | CA31882 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57721 | HKD | 200,000.00 | USD | 11,388.39 | 18JAN10 | USD | 97.52 | USD | 128.05 | USD 72.83 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA38393 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57722 | USD | 65,000.00 | USD | 65,000.00 | 22MAR11 | USD | 556.63 | USD | 730.85 | USD 415.70 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | CA31750 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57751 | HKD | 800,000.00 | USD | 57,908.81 | 30NOV09 | USD | 495.91 | USD | 651.12 | USD 370.35 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA31956 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57752 | USD | 80,000.00 | USD | 37,382.50 | 27OCT09 | USD | 320.13 | USD | 420.32 | USD 239.07 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA31895 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57753 | USD | 60,000.00 | USD | 27,362.90 | 29DEC09 | USD | 234.32 | USD | 307.66 | USD 174.99 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | CA31817 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57754 | USD | 30,000.00 | USD | 14,092.98 | 31DEC09 | USD | 120.68 | USD | 158.46 | USD 90.13 |
| LB 2Y USD Airbag Range Accrual Note S026 25JAN10 | XS0341160082 | CA31738 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57755 | USD | 30,000.00 | USD | 13,091.16 | 25JAN10 | USD | 112.11 | USD | 147.19 | USD 83.72 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | 6059262 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60811 | HKD | 600,000.00 | USD | 44,965.69 | 05MAR09 | USD | 385.07 | USD | 505.59 | USD 287.57 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA31648 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60815 | USD | 210,000.00 | USD | 115,023.67 | 23NOV09 | USD | 985.02 | USD | 1,293.31 | USD 735.63 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | 6059248 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60836 | HKD | 250,000.00 | USD | 16,816.55 | 14DEC09 | USD | 144.01 | USD | 189.08 | USD 107.55 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | 6059260 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60837 | HKD | 700,000.00 | USD | 52,125.79 | 02MAR09 | USD | 446.38 | USD | 586.09 | USD 333.37 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA38708 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60842 | USD | 150,000.00 | USD | 87,289.11 | 29DEC09 | USD | 747.51 | USD | 981.47 | USD 558.25 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA64548 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60846 | USD | 150,000.00 | USD | 82,159.77 | 23NOV09 | USD | 703.59 | USD | 923.79 | USD 525.45 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA38233 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60852 | HKD | 890,000.00 | USD | 59,866.94 | 14DEC09 | USD | 512.68 | USD | 673.13 | USD 382.87 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA64831 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60853 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD 352.41 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA47257 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60854 | USD | 500,000.00 | USD | 291,816.13 | 05MAR09 | USD | 2,499.02 | USD | 3,281.15 | USD 1,866.31 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA46521 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60857 | HKD | 600,000.00 | USD | 63,781.81 | 27OCT09 | USD | 546.20 | USD | 717.15 | USD 407.91 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | 6059252 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60914 | HKD | 250,000.00 | USD | 13,775.83 | 21DEC09 | USD | 117.97 | USD | 154.89 | USD 88.10 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | 6059247 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60915 | HKD | 600,000.00 | USD | 43,431.61 | 30NOV09 | USD | 371.93 | USD | 488.34 | USD 277.76 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | 6059242 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60916 | HKD | 1,200,000.00 | USD | 44,554.12 | 09NOV09 | USD | 381.54 | USD | 500.96 | USD 284.94 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | 6059241 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60917 | HKD | 650,000.00 | USD | 69,096.96 | 27OCT09 | USD | 591.72 | USD | 776.92 | USD 441.90 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | 6059240 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60918 | HKD | 890,000.00 | USD | 53,501.16 | 27OCT09 | USD | 458.16 | USD | 601.56 | USD 342.16 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | 6059236 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60919 | HKD | 1,080,000.00 | USD | 74,756.26 | 22OCT09 | USD | 640.18 | USD | 840.55 | USD 478.10 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | 6059238 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60920 | HKD | 1,500,000.00 | USD | 119,015.70 | 23OCT09 | USD | 1,019.21 | USD | 1,338.20 | USD 761.16 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | 6059261 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60921 | USD | 130,000.00 | USD | 75,872.19 | 05MAR09 | USD | 649.74 | USD | 853.10 | USD 485.24 |
| LB 2Y USD Range Accrual Note S904 18JAN10 | XS0339560293 | 6059259 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60922 | USD | 310,000.00 | USD | 136,591.05 | 18JAN10 | USD | 1,169.72 | USD | 1,535.81 | USD 873.56 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | 6059258 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60923 | USD | 60,000.00 | USD | 28,185.97 | 31DEC09 | USD | 241.37 | USD | 316.92 | USD 180.26 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | 6059257 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60924 | USD | 70,000.00 | USD | 40,734.92 | 29DEC09 | USD | 348.84 | USD | 458.02 | USD 260.52 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | 6059255 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60925 | USD | 210,000.00 | USD | 95,770.14 | 29DEC09 | USD | 820.14 | USD | 1,076.83 | USD 612.49 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | 6059254 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60928 | USD | 190,000.00 | USD | 84,355.13 | 21DEC09 | USD | 722.39 | USD | 948.48 | USD 539.49 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | 6059246 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60929 | USD | 50,000.00 | USD | 28,813.10 | 23NOV09 | USD | 246.74 | USD | 323.97 | USD 184.27 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | 6059244 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60930 | USD | 80,000.00 | USD | 43,818.54 | 23NOV09 | USD | 375.24 | USD | 492.69 | USD 280.24 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | 6059243 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60931 | USD | 50,000.00 | USD | 28,223.90 | 23NOV09 | USD | 241.70 | USD | 317.34 | USD 180.50 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | 6059239 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60932 | USD | 150,000.00 | USD | 70,103.56 | 27OCT09 | USD | 600.34 | USD | 788.23 | USD 448.34 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | 6059237 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60933 | USD | 250,000.00 | USD | 138,009.06 | 22OCT09 | USD | 1,181.86 | USD | 1,551.76 | USD 882.63 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | CA73897 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61149 | USD | 320,000.00 | USD | 150,815.76 | 29OCT09 | USD | 1,291.53 | USD | 1,695.76 | USD 964.54 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | CA73905 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61150 | USD | 300,000.00 | USD | 122,725.17 | 06NOV09 | USD | 1,050.98 | USD | 1,379.91 | USD 784.88 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA46523 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61312 | HKD | 500,000.00 | USD | 53,151.51 | 27OCT09 | USD | 455.17 | USD | 597.63 | USD 339.93 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | CA64517 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61319 | USD | 130,000.00 | USD | 61,268.90 | 29OCT09 | USD | 524.68 | USD | 688.90 | USD 391.84 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA38030 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62934 | USD | 70,000.00 | USD | 39,513.47 | 23NOV09 | USD | 338.38 | USD | 444.28 | USD 252.70 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA37830 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62935 | HKD | 400,000.00 | USD | 31,717.52 | 23OCT09 | USD | 271.79 | USD | 356.85 | USD 202.97 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38075 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62936 | USD | 40,000.00 | USD | 21,050.48 | 23NOV09 | USD | 197.39 | USD | 259.17 | USD 147.41 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA46910 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62937 | USD | 190,000.00 | USD | 86,649.17 | 29DEC09 | USD | 742.03 | USD | 974.27 | USD 554.16 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA46522 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 64670 | HKD | 600,000.00 | USD | 63,781.81 | 27OCT09 | USD | 546.20 | USD | 717.15 | USD 407.91 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55328 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 64857 | USD | 130,000.00 | USD | 66,601.53 | 23NOV09 | USD | 570.35 | USD | 748.86 | USD 425.95 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA31710 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 67148 | HKD | 1,000,000.00 | USD | 79,343.80 | 23OCT09 | USD | 679.47 | USD | 892.13 | USD 507.44 |

Schedule 2

Copies of LBHI Proofs of Claim

DB Ref: 19883

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

## LEHMAN SECURITIES PROGRAMS
## PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000057209

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

LAW CHI SING HUBERT
Flat A 3/F, Block 2, Julimount Garden
8-12 Fu Kin Street Shatin, NT. HK.

Telephone number: 852-2761-9393          Email Address: hublam@yahoo.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

**Name and address where payment should be sent** (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 120,000    in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $ _____ (as statement above) _____**    (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):**    XS0326608436    **(Required)**

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**    CA31955    **(Required)**

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**    89529    **(Required)**

5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 10.22-09 | Ya L. Ch |

**FILED / RECEIVED**

OCT 30 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# Royal Preferred Banking



**ABN AMRO Bank N.V.**

20 October 2009

Ref No.   POA_0000113259_900

TO WHOM IT MAY CONCERN:

**Re: Confirmation on the Power of Attorney**

This letter confirms that LAM   CHI SING HUBERT   has appointed CHEN YA LIN   as its/their Attorney(ies) pursuant to a Power Attorney, and such Attorney(ies) are therefore authorized to sign the Lehman Program Securities Proof of Claim Form on behalf of LAM   CHI SING HUBERT .

Yours faithfully,

ABN AMRO Bank N.V.



敬啟者：

**確認簽署授權書**

此信函茲確認 LAM   CHI SING  HUBERT   已授權委託 CHEN  YA  LIN   作爲授權人則授權代表 LAM   CHI SING HUBERT   簽署雷曼證券計劃索償證明表格 (Lehman Program Securities Proof  of Claim Form)。

荷蘭銀行
謹啟

2009 年 10 月 20 日





United States Bankruptcy Court/Southern District of New York

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

## LEHMAN SECURITIES PROGRAMS
## PROOF OF CLAIM

| In Re: | Chapter 11 |
| --- | --- |
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al
08-13555 (JMP)          0000057210

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LAU CHIU YIN, PETER
21, VENTRIS ROAD, B4, 20/F., VENTRIS PLACE, HAPPY VALLEY,
HONG KONG, CHINA

Telephone number: (852) 28952222   Email Address: petercylau@gmail.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on:_____

Name and address where payment should be sent (if different from above)

Telephone number:_____   Email Address:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

**1.**    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 1,030,000 (equivalent to USD 132,214.01 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ **(as statement above)**        **(Required)**

☑   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.**    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):        XS0339560376        **(Required)**

**3.**    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security with you are filing a claim.    You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

CA64807        **(Required)**

**4.**    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing a claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

89529        **(Required)**

**5.**    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
| --- | --- |
| 22/10/2009 | [signature]        (PETER CHIU YIN, LAU) |

**FOR COURT USE ONLY**

FILED / RECEIVED

OCT 30 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
C/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
USA


Dear Sirs,

**Re: Lehman Brothers Holdings Inc ("LBHI")**
**Chapter 11 Case No. 08-13555 (JMP)**


**REVISED LEHMAN PROGRAM SECURITIES PROOF OF CLAIM –**
**HKD DENOMINATED LEHMAN HOLDING**


Please find enclosed Lehman Program Securities Proof of Claim/s ("Proof of Claim") with Clearstream Bank Blocking Number/s below:

CA64807


The enclosed Proof of Claim/s contain the correct USD/HKD conversion rate as at 15 September 2008 and shall supersede any Proof of Claim with the same Clearstream Bank Blocking Number/s filed previously.

If you have any questions, or require any further information, please do not hesitate to contact me/us using the contact details stated in the enclosed revised Proof of Claim.


Yours faithfully,

Name/s:         LAU  CHIU YIN, PETER         _____

Signature/s:    _____      _____

Date:           22 / 10 / 2009

Enc.

敬啟者：

雷曼兄弟控股有限公司 (「雷曼兄弟」) (Leman Brothers Holdings Inc. ("LBHI"))
第 11 章 檔案編號：08-13555 (JMP)

修正雷曼計劃證券索償證明－港元認購的雷曼證券修正雷曼計劃證券索償證明

隨函附上結算參考編號為 [請參閱背頁] 之雷曼計劃證券索償證明 (「索償證明」)。現附上之索償證明載
有截至 2008 年 9 月 15 日的正確美元兌港元兌換率，並將取代早前可能已提交的任何同樣結算參考編
號之索償證明。

如有任何疑問或需提供更多資料，請參照附奉索償證明上的聯絡資料與我 / 我們聯絡。

客戶姓名：　　[已列印於英文版本之信函上]　　　　　　　　[已列印於英文版本之信函上]

客戶簽署：　　[請於英文版本之信函上簽署]　　　　　　　　[請於英文版本之信函上簽署]

日期：　　　　[請於英文版本之信函上填寫]

附件



R

**HONG KONG**
RB 026 872 606 HK

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

BY AIR MAIL
航 PAR AVION 空



*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et AL
08-13555 (JMP)          0000057212

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

LEE HANG WAI YIN
UNIT 'B' 4/FL, LIPPO LEIGHTON TOWER
103 LEIGHTON ROAD, CAUSEWAY BAY, H.K.
Telephone number: (852) 2577-3233  Email Address: pat_wyhang@manchester-insurance.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

**Name and address where payment should be sent** (if different from above)

Telephone number: _____  Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 100,000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** _____ (as statement above) _____ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0336927909 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA46943 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529 **(Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 30 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 22-OCT-2009 | LEE HANG WAI YIN |

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy
filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5).
A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.





**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000057213

Y

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

CHEN YA LIN
3A, Block 2, Julimount Garden,
8-12 Fu Kin Street, Shatin, N.T. H.K.
Telephone number: 852-2761-9393    Email Address: yalin126@yahoo.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:                    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.   Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.  The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 150,000    in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____.  (as statement above) _____  (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.   Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): _____ XS0326608436 _____  (Required)

3.   Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: ____ CA31957 ____  (Required)

4.   Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
____ 89529 ____  (Required)

5.   Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |

10-22-09

**FOR COURT USE ONLY**

FILED / RECEIVED

OCT 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P/O Box 5076
New York, NY 10150-5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.



R.

HONG KONG
RB 026 721 107 HK

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

BY AIR MAIL
航 PAR AVION 空

BY:

HONG KONG, CHINA 香港郵政
HONG KONG, CHINA 香港郵政

50¢



**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

## LEHMAN SECURITIES PROGRAMS
## PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000057230

███████████████████████

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

LEE WAI SHUN, WILSON
ROOM 2306, 23/F FULLAGAR INDUSTRIAL BLDG
234 ABERDEEN MAIN ROAD, HONG KONG

Telephone number: +852 2873 1033   Email Address: Wilson @ 8pml.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

**Name and address where payment should be sent** (if different from above)

Telephone number:                  Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 500, 000 (equivalent to USD 64, 181. 56 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):**        XS0334922860        (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA46766        (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

89529        (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 21-10-2009 | LEE WAI SHUN, WILSON |

**FOR COURT USE ONLY**

FILED / RECEIVED

OCT 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, P.O. Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



R.

HONG KONG
RB 026 873 663 HK

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

BY AIR MAIL
航 PAR AVION 空



United States Bankruptcy Court/Southern District of New York

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000057231

08-13555 (JMP)

THIS SPACE IS FOR COURT USE ONLY

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LEE WAI SHUN, WILSON
ROOM 2306, 23/F FULLAGAR INDUSTRIAL BLDG
234 ABERDEEN MAIN ROAD, HONG KONG

Telephone number: +852 2873 1033   Email Address: Wilson @ 9pm1.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:                Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.   Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD 620,000 (equivalent to USD 79,585.13 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.   Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):   XS0325786084   (Required)

3.   Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:   CA46084   (Required)

4.   Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:   89529   (Required)

5.   Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

FILED / RECEIVED
OCT 30 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
| 21-10-2009 | LEE WAI SHUN, WILSON |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### DEFINITIONS

### INFORMATION

**Debtor**
A debtor is the person, corporation or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA







R    **HONG KONG**
**RB 026 873 663 HK**

BY:




BY AIR MAIL
航 PAR AVION 空



**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| | |
|---|---|
| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS
PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000057232

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LEE WAI SHUN, WILSON
ROOM 2306, 23/F FULLAGAR INDUSTRIAL BLDG
234 ABERDEEN MAINRD HONG KONG

Telephone number: +852 28731033     Email Address: wilson@jpml.com.hk

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: _____     Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 40,000   in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): _____ XS0326708491 _____ (Required)

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

CA46512 _____ (Required)

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

89529 _____ (Required)

5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RE____
OCT 3 0 2009
EPIQ BANKRUPTCY SOLUTIONS, LL

| | |
|---|---|
| Date. 21-10-2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. LEE WAI SHUN, WILSON |

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## ___DEFINITIONS___

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

**Lehman Program Security**
Any security included on the list designated "Lehman Program Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## ___INFORMATION___

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA



BY:_____

R    HONG KONG
RB 026 873 663 HK





BY AIR MAIL
航 PAR AVION 空





*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS
PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000057235

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009.

| | |
|---|---|
| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>LAI LAI CHING<br>Rm H 15/F BLOCK 1<br>FLORA PLAZA FANLING HONG KONG<br>Telephone number: 852-94369400   Email Address: NIL | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>*(If known)*<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:        Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars |

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.   The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 100,000      in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** _____ **(as statement above)** _____ **(Required)**

☑    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):**       XS0338525172       **(Required)**

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**       CA64815       **(Required)**

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**       89529       **(Required)**

5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date.<br><br>23 Oct. 09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>賴乃真<br>(LAI LAI CHING) |
|---|---|

**FOR COURT USE ONLY**

**FILED / RECEIVED**

OCT 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

| KatharineCheung | Clearstream Banking - CreationOnline | 9:15 AM CET |

553

| Security Post Release | |
| --- | --- |
| Trade Details | |
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive-Free |
| Activity-Status | Settlement-Settled |
| ISIN Code | XS0338525172 |
| Common Code | 033852517 |
| Financial Instrument Description | USD FL.R LEHMAN BROS.TREAS 08-2010 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason-Narrative | |
| Sender's Reference | NONREF |
| Last Update | 10/13/09 8:59 AM |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 89529 - ABN AMRO (HK) NOM-CONS. BKING CLT |
| Quantity of Financial Instrument | 100,000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 10/13/09 |
| Trade Date/Time | 10/13/09 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trano | CA64815 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 10/13/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |
| Settlement Parties | |
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 89529 |
| Description | UNPUBLISHED |
| Settlement parties : | |
| Receiving Agent | Clearstream - 89529 |

| KatharineCheung | Clearstream Banking - CreationOnline | 9:15 AM CET |

| | | | |
|---|---|---|---|
| Settlement Processing Narrative | CONSBLOK 000033852517 | OCE CONSENT | YOUR INX |
| Additional Information | | | |
| Input Media | Internal | | |
| References: | | | |
| Type | Reference | | |
| Clearstream | 02M3JO0002TX | | |
| CA Notification | 0000000065091056 | | |

10017$2013 C069

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
U.S.A.

RECEIVED
OCT 30 2009

BY:

R
HONG KONG
RB 022 070 493 HK

BY AIR MAIL
航 PAR AVION 空

AIR MAIL

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

In Re:
Lehman Brothers Holdings Inc., et al.,
Debtors.

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000057238

iLY

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

CHEUNG  HUIE BICK JANE
3, LAU SIN ST., 16/F, FLAT B, TIN HAU, HONG KONG
(852)-6224-6818
Telephone number: (852)-2570-6089    Email Address: /

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)
CHEUNG HUIE BICK JANG
3, LAU SIN ST., 16/F, FLAT B, TIN HAU, HONG KONG
Telephone number: (852)-2570-6089    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1.  Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.  The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD 130,000    in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑  Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.  Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): _____ XS0331769538 _____ (Required)

3.  Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.   You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
_____ CA31870 _____ (Required)

4.  Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
_____ 89529 _____ (Required)

5.  Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY
FILED / RECEIVED
OCT 3 0 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date.
22-10-2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

CHEUNG HUIE BICK JANE

Penalty for presenting fraudulent claims: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 ...13571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

R    HONG KONG
RB 056 783 975 HK

BY AIR MAIL
航 PAR AVION 空



*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS
PROOF OF CLAIM**

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000057257

**Note:** This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

CHEUNG HUIE BICK JANE
3, LAU SIN ST., 16/F, FLAT B, TIN HAU, HONG KONG
(852)-6224-6818
Telephone number:(852)-2570-6089    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

CHEUNG HUIE BICK JANE
3, LAU SIN ST., 16/F, FLAT B, TIN HAU, HONG KONG
Telephone number:(852)-2570-6089    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds  USD 130,000    in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

Amount of Claim: $ _____ (as statement above) _____ (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0350571377 _____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: CA31854 _____ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: 89529 _____ (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. 20-10-2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *[signature]* CHEUNG HUIE BICK JANE |
|---|---|

**FOR COURT USE ONLY**

**FILED / RECEIVED**

OCT 30 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### DEFINITIONS

### INFORMATION

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



BY AIR MAIL
航 PAR AVION 空

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Thris Avenue, 3rd Floor
New York, NY 10017

U S A

OCT 3 0 2009    RECEIVED



R    HONG KONG
RB 056 766 963 HK



i0017$2013 C089

Schedule 3

Schedule of 7th, 8th, 9th, and 10th Distributions Received From Lehman Brothers Treasury BV

DB Ref: 19881

| Description of Security | ISIN/CUSIP | Issuer | Principal/Notional Amount | Admissible Amount | Issue Notional | Maturity | LBT 60n Distribution | LBT 70n Distribution | LBT 18.0n Distribution | LBT 7.0n Distribution |
|---|---|---|---|---|---|---|---|---|---|---|
| LB 37 AUD Range Accrual Note SR4010SNQ0Vw | XS0127840629 | Lehman Brothers Treasury Co BV | AUD 1,770,000.00 | AUD 661,750.35 | 2,310,000.00 | 06NQ0Vw | HKD 38,901.73 | HKD 13,885.35 | AUD 7,711.59 | AUD 5,072.82 |
| LB 37 HKD Range Accrual Note SR76 22DCT09 | XS0325786084 | Lehman Brothers Treasury Co BV | HKD 14,240,000.00 | AUD 1,447,546.19 | 27,360,000.00 | 22DCT09 | HKD 89,041.67 | HKD 117,557.92 | HKD 66,013.41 | HKD 45,525.28 |
| ... | | Lehman Brothers Treasury Co BV | | | | | | | | |

Schedule 3