Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank AG, London Branch

Name of Transferor

The Royal Bank of Scotland Plc

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: Michael.sutton@db.com

Court Claim # (if known): See attached Schedule

Amount of Claim (transferred):

(i) See attached Schedule

(plus all interest, costs and fees relating to these claims)

Date Claim Filed: See attached Schedule

Tel: N/A

Last Four Digits of Acct. #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________________
Transferee/Transferee's Agent

Date: 14 JUNE 2017

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Alex Darbyshire**
**Vice President**

**Simon Glennie**
**Director**

Schedule to Form 210A

| ISIN/CUSIP | LBHI Claim Number | Date Claim Filed | Principal/Notional Amount | |
|---|---|---|---|---|
| XS0331504745 | 40647 | Oct 16, 2009 | USD | 130,000.00 |
| XS0326608279 | 41347 | Oct 19, 2009 | USD | 140,000.00 |
| XS0326708491 | 42084 | Oct 19, 2009 | USD | 420,000.00 |
| XS0349511872 | 42161 | Oct 19, 2009 | USD | 400,000.00 |
| XS0331769538 | 43050 | Oct 21, 2009 | USD | 250,000.00 |
| XS0327940929 | 43114 | Oct 21, 2009 | AUD | 130,000.00 |
| XS0334922860 | 43809 | Oct 22, 2009 | HKD | 500,000.00 |
| XS0326608279 | 44051 | Oct 22, 2009 | USD | 90,000.00 |
| XS0348407411 | 44052 | Oct 22, 2009 | HKD | 900,000.00 |
| XS0339560293 | 44075 | Oct 22, 2009 | USD | 130,000.00 |
| XS0334922860 | 44190 | Oct 22, 2009 | HKD | 100,000.00 |
| XS0337553688 | 44192 | Oct 22, 2009 | USD | 100,000.00 |
| XS0331400530 | 44193 | Oct 22, 2009 | USD | 20,000.00 |
| XS0331400027 | 44194 | Oct 22, 2009 | USD | 20,000.00 |
| XS0331769538 | 44195 | Oct 22, 2009 | USD | 40,000.00 |
| XS0327940929 | 44291 | Oct 22, 2009 | AUD | 150,000.00 |
| XS0339560293 | 44292 | Oct 22, 2009 | USD | 170,000.00 |
| XS0339560376 | 44293 | Oct 22, 2009 | HKD | 370,000.00 |
| XS0336927909 | 44297 | Oct 22, 2009 | USD | 200,000.00 |
| XS0341160082 | 44530 | Oct 22, 2009 | USD | 50,000.00 |
| XS0326026498 | 44532 | Oct 22, 2009 | HKD | 1,000,000.00 |
| XS0331400530 | 44993 | Oct 23, 2009 | USD | 300,000.00 |
| XS0336415913 | 44994 | Oct 23, 2009 | USD | 260,000.00 |
| XS0331400027 | 44995 | Oct 23, 2009 | USD | 300,000.00 |
| XS0326608279 | 44996 | Oct 23, 2009 | USD | 330,000.00 |
| XS0349511872 | 44997 | Oct 23, 2009 | USD | 250,000.00 |
| XS0331400530 | 45130 | Oct 23, 2009 | USD | 100,000.00 |
| XS0331769454 | 45132 | Oct 23, 2009 | USD | 300,000.00 |
| XS0338525172 | 45133 | Oct 23, 2009 | USD | 180,000.00 |
| XS0337553688 | 45134 | Oct 23, 2009 | USD | 380,000.00 |
| XS0341160082 | 45135 | Oct 23, 2009 | USD | 380,000.00 |
| XS0326026498 | 45136 | Oct 23, 2009 | HKD | 2,900,000.00 |
| XS0327940929 | 45246 | Oct 23, 2009 | AUD | 200,000.00 |
| XS0336415913 | 45263 | Oct 23, 2009 | USD | 700,000.00 |
| XS0336927909 | 45271 | Oct 23, 2009 | USD | 110,000.00 |
| XS0326608279 | 45273 | Oct 23, 2009 | USD | 130,000.00 |
| XS0331769538 | 45275 | Oct 23, 2009 | USD | 130,000.00 |
| XS0325786084 | 45276 | Oct 23, 2009 | HKD | 3,000,000.00 |
| XS0331769454 | 45289 | Oct 23, 2009 | USD | 160,000.00 |
| XS0326026225 | 45296 | Oct 23, 2009 | USD | 70,000.00 |
| XS0326708491 | 45396 | Oct 23, 2009 | USD | 150,000.00 |
| XS0331769538 | 45401 | Oct 23, 2009 | USD | 100,000.00 |
| XS0331769538 | 45405 | Oct 23, 2009 | USD | 430,000.00 |
| XS0348407411 | 45443 | Oct 23, 2009 | HKD | 500,000.00 |
| XS0349512250 | 45444 | Oct 23, 2009 | HKD | 300,000.00 |
| XS0334922860 | 45445 | Oct 23, 2009 | HKD | 200,000.00 |
| XS0331769454 | 45447 | Oct 23, 2009 | USD | 40,000.00 |
| XS0336927909 | 45597 | Oct 23, 2009 | USD | 100,000.00 |
| XS0348407411 | 45751 | Oct 26, 2009 | HKD | 3,000,000.00 |
| XS0348407411 | 45752 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0336927909 | 45760 | Oct 26, 2009 | USD | 100,000.00 |
| XS0348407411 | 45766 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0335743398 | 45767 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0336645089 | 45768 | Oct 26, 2009 | USD | 160,000.00 |
| XS0348407411 | 45771 | Oct 26, 2009 | HKD | 3,000,000.00 |
| XS0349512250 | 45777 | Oct 26, 2009 | HKD | 900,000.00 |
| XS0326026225 | 45799 | Oct 26, 2009 | USD | 30,000.00 |

Schedule to Form 210A

| | | | | |
|---|---|---|---|---|
| XS0335743398 | 45800 | Oct 26, 2009 | HKD | 520,000.00 |
| XS0336250229 | 45801 | Oct 26, 2009 | USD | 200,000.00 |
| XS0326866307 | 45802 | Oct 26, 2009 | HKD | 510,000.00 |
| XS0328586515 | 45803 | Oct 26, 2009 | USD | 20,000.00 |
| XS0326708491 | 45804 | Oct 26, 2009 | USD | 20,000.00 |
| XS0331400027 | 45805 | Oct 26, 2009 | USD | 20,000.00 |
| XS0341160082 | 45806 | Oct 26, 2009 | USD | 20,000.00 |
| XS0336927909 | 45807 | Oct 26, 2009 | USD | 20,000.00 |
| XS0335743398 | 45814 | Oct 26, 2009 | HKD | 2,000,000.00 |
| XS0348407411 | 45824 | Oct 26, 2009 | HKD | 4,000,000.00 |
| XS0336415913 | 45836 | Oct 26, 2009 | USD | 70,000.00 |
| XS0326608279 | 45837 | Oct 26, 2009 | USD | 100,000.00 |
| XS0326026498 | 45838 | Oct 26, 2009 | HKD | 800,000.00 |
| XS0325786084 | 45839 | Oct 26, 2009 | HKD | 800,000.00 |
| XS0336250229 | 45843 | Oct 26, 2009 | USD | 160,000.00 |
| XS0326608352 | 45854 | Oct 26, 2009 | HKD | 2,000,000.00 |
| XS0335743398 | 45866 | Oct 26, 2009 | HKD | 1,220,000.00 |
| XS0332153807 | 45894 | Oct 26, 2009 | HKD | 780,000.00 |
| XS0326865671 | 45916 | Oct 26, 2009 | USD | 100,000.00 |
| XS0336415913 | 45918 | Oct 26, 2009 | USD | 70,000.00 |
| XS0326608352 | 45919 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0329337348 | 45920 | Oct 26, 2009 | HKD | 400,000.00 |
| XS0349511872 | 46870 | Oct 26, 2009 | USD | 100,000.00 |
| XS0331769454 | 46892 | Oct 26, 2009 | USD | 400,000.00 |
| XS0335743398 | 46918 | Oct 26, 2009 | HKD | 1,000,000.00 |
| XS0326608352 | 46944 | Oct 26, 2009 | HKD | 2,500,000.00 |
| XS0338525172 | 47065 | Oct 26, 2009 | USD | 160,000.00 |
| XS0325786084 | 47351 | Oct 26, 2009 | HKD | 1,200,000.00 |
| XS0339560376 | 47352 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0349512250 | 47353 | Oct 26, 2009 | HKD | 1,200,000.00 |
| XS0331504745 | 47361 | Oct 26, 2009 | USD | 70,000.00 |
| XS0334922860 | 47362 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0336250229 | 47373 | Oct 26, 2009 | USD | 80,000.00 |
| XS0335743398 | 47374 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0325786084 | 47380 | Oct 26, 2009 | HKD | 500,000.00 |
| XS0329337348 | 47501 | Oct 27, 2009 | HKD | 300,000.00 |
| XS0331400027 | 47608 | Oct 27, 2009 | USD | 120,000.00 |
| XS0326608352 | 47619 | Oct 27, 2009 | HKD | 5,630,000.00 |
| XS0326026225 | 47741 | Oct 27, 2009 | USD | 80,000.00 |
| XS0326866307 | 47742 | Oct 27, 2009 | HKD | 2,100,000.00 |
| XS0326026498 | 47750 | Oct 27, 2009 | HKD | 400,000.00 |
| XS0331400027 | 47751 | Oct 27, 2009 | USD | 50,000.00 |
| XS0335743398 | 47753 | Oct 27, 2009 | HKD | 500,000.00 |
| XS0339560376 | 47754 | Oct 27, 2009 | HKD | 500,000.00 |
| XS0326608279 | 47878 | Oct 27, 2009 | USD | 200,000.00 |
| XS0326608352 | 47879 | Oct 27, 2009 | HKD | 1,500,000.00 |
| XS0326866307 | 47979 | Oct 27, 2009 | HKD | 540,000.00 |
| XS0331400027 | 48604 | Oct 27, 2009 | USD | 30,000.00 |
| XS0331400530 | 48605 | Oct 27, 2009 | USD | 30,000.00 |
| XS0331769454 | 48606 | Oct 27, 2009 | USD | 50,000.00 |
| XS0335743398 | 48608 | Oct 27, 2009 | HKD | 1,000,000.00 |
| XS0339560293 | 48651 | Oct 27, 2009 | USD | 80,000.00 |
| XS0334922860 | 48652 | Oct 27, 2009 | HKD | 470,000.00 |
| XS0326608279 | 48667 | Oct 27, 2009 | USD | 30,000.00 |
| XS0328586515 | 48744 | Oct 27, 2009 | USD | 200,000.00 |
| XS0331769538 | 49430 | Oct 27, 2009 | USD | 170,000.00 |
| XS0336250229 | 49467 | Oct 27, 2009 | USD | 200,000.00 |
| XS0336927909 | 49518 | Oct 27, 2009 | USD | 180,000.00 |
| XS0326026498 | 49525 | Oct 27, 2009 | HKD | 650,000.00 |

| | | | | |
|---|---|---|---|---|
| XS0326026225 | 49575 | Oct 27, 2009 | USD | 130,000.00 |
| XS0331769538 | 49580 | Oct 27, 2009 | USD | 100,000.00 |
| XS0331769454 | 49965 | Oct 27, 2009 | USD | 150,000.00 |
| XS0325841368 | 49966 | Oct 27, 2009 | USD | 100,000.00 |
| XS0336927909 | 50340 | Oct 28, 2009 | USD | 180,000.00 |
| XS0331769538 | 50382 | Oct 28, 2009 | USD | 350,000.00 |
| XS0334922860 | 50669 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331400530 | 50678 | Oct 28, 2009 | USD | 140,000.00 |
| XS0331400027 | 50684 | Oct 28, 2009 | USD | 170,000.00 |
| XS0336250229 | 50703 | Oct 28, 2009 | USD | 200,000.00 |
| XS0331400530 | 50835 | Oct 28, 2009 | USD | 50,000.00 |
| XS0326026498 | 50836 | Oct 28, 2009 | HKD | 500,000.00 |
| XS0335743398 | 50873 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331769538 | 50879 | Oct 28, 2009 | USD | 120,000.00 |
| XS0326026498 | 50885 | Oct 28, 2009 | HKD | 1,500,000.00 |
| XS0331400530 | 50889 | Oct 28, 2009 | USD | 110,000.00 |
| XS0331769454 | 50898 | Oct 28, 2009 | USD | 130,000.00 |
| XS0329337348 | 50899 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0331769538 | 50904 | Oct 28, 2009 | USD | 100,000.00 |
| XS0369799845 | 51250 | Oct 28, 2009 | USD | 75,000.00 |
| XS0369799845 | 51251 | Oct 28, 2009 | USD | 80,000.00 |
| XS0348407411 | 51601 | Oct 28, 2009 | HKD | 500,000.00 |
| XS0334922860 | 51602 | Oct 28, 2009 | HKD | 1,000,000.00 |
| XS0349512250 | 51628 | Oct 28, 2009 | HKD | 1,800,000.00 |
| XS0327940929 | 51772 | Oct 28, 2009 | AUD | 200,000.00 |
| XS0331504745 | 51773 | Oct 28, 2009 | USD | 130,000.00 |
| XS0331769538 | 55132 | Oct 29, 2009 | USD | 220,000.00 |
| XS0369799845 | 55137 | Oct 29, 2009 | USD | 65,000.00 |
| XS0331400530 | 55154 | Oct 29, 2009 | USD | 540,000.00 |
| XS0349511872 | 55213 | Oct 29, 2009 | USD | 500,000.00 |
| XS0331400027 | 55214 | Oct 29, 2009 | USD | 960,000.00 |
| XS0349511872 | 55222 | Oct 29, 2009 | USD | 150,000.00 |
| XS0336250229 | 55282 | Oct 29, 2009 | USD | 60,000.00 |
| XS0325786084 | 55283 | Oct 29, 2009 | HKD | 500,000.00 |
| XS0326608279 | 56038 | Oct 29, 2009 | USD | 200,000.00 |
| XS0336645089 | 56521 | Oct 29, 2009 | USD | 150,000.00 |
| XS0331400530 | 56522 | Oct 29, 2009 | USD | 140,000.00 |
| XS0331504745 | 56727 | Oct 29, 2009 | USD | 80,000.00 |
| XS0336927909 | 56728 | Oct 29, 2009 | USD | 70,000.00 |
| XS0327940929 | 56967 | Oct 29, 2009 | AUD | 280,000.00 |
| XS0331769454 | 56968 | Oct 29, 2009 | USD | 20,000.00 |
| XS0325841368 | 57068 | Oct 30, 2009 | USD | 100,000.00 |
| XS0326608279 | 57070 | Oct 30, 2009 | USD | 220,000.00 |
| XS0332153807 | 57072 | Oct 30, 2009 | HKD | 800,000.00 |
| XS0327940929 | 57100 | Oct 30, 2009 | AUD | 200,000.00 |
| XS0348407411 | 57110 | Oct 30, 2009 | HKD | 1,000,000.00 |
| XS0336250229 | 57134 | Oct 30, 2009 | USD | 50,000.00 |
| XS0331400530 | 57135 | Oct 30, 2009 | USD | 40,000.00 |
| XS0326608436 | 57136 | Oct 30, 2009 | USD | 50,000.00 |
| XS0327859301 | 57137 | Oct 30, 2009 | HKD | 580,000.00 |
| XS0349511872 | 57187 | Oct 30, 2009 | USD | 90,000.00 |
| XS0336250229 | 57196 | Oct 30, 2009 | USD | 20,000.00 |
| XS0325841368 | 57198 | Oct 30, 2009 | USD | 40,000.00 |
| XS0326608279 | 57199 | Oct 30, 2009 | USD | 30,000.00 |
| XS0326608436 | 57209 | Oct 30, 2009 | USD | 120,000.00 |
| XS0339560376 | 57210 | Oct 30, 2009 | HKD | 1,030,000.00 |
| XS0336927909 | 57212 | Oct 30, 2009 | USD | 100,000.00 |
| XS0326608436 | 57213 | Oct 30, 2009 | USD | 150,000.00 |
| XS0334922860 | 57230 | Oct 30, 2009 | HKD | 500,000.00 |

| | | | | |
|---|---|---|---|---|
| XS0325786084 | 57231 | Oct 30, 2009 | HKD | 620,000.00 |
| XS0326708491 | 57232 | Oct 30, 2009 | USD | 40,000.00 |
| XS0338525172 | 57235 | Oct 30, 2009 | USD | 100,000.00 |
| XS0331769538 | 57238 | Oct 30, 2009 | USD | 130,000.00 |
| XS0350571377 | 57257 | Oct 30, 2009 | USD | 130,000.00 |
| XS0326608279 | 57259 | Oct 30, 2009 | USD | 130,000.00 |
| XS0336415913 | 57260 | Oct 30, 2009 | USD | 50,000.00 |
| XS0331400530 | 57262 | Oct 30, 2009 | USD | 70,000.00 |
| XS0331504745 | 57263 | Oct 30, 2009 | USD | 30,000.00 |
| XS0336645089 | 57264 | Oct 30, 2009 | USD | 150,000.00 |
| XS0326608436 | 57265 | Oct 30, 2009 | USD | 100,000.00 |
| XS0336927909 | 57266 | Oct 30, 2009 | USD | 210,000.00 |
| XS0325786084 | 57269 | Oct 30, 2009 | HKD | 1,000,000.00 |
| XS0331400027 | 57270 | Oct 30, 2009 | USD | 50,000.00 |
| XS0327940929 | 57332 | Oct 30, 2009 | AUD | 70,000.00 |
| XS0325841368 | 57333 | Oct 30, 2009 | USD | 70,000.00 |
| XS0339560376 | 57718 | Oct 30, 2009 | HKD | 500,000.00 |
| XS0326866307 | 57719 | Oct 30, 2009 | HKD | 500,000.00 |
| XS0339560376 | 57721 | Oct 30, 2009 | HKD | 200,000.00 |
| XS0369799845 | 57722 | Oct 30, 2009 | USD | 65,000.00 |
| XS0332153807 | 57751 | Oct 30, 2009 | HKD | 800,000.00 |
| XS0326608436 | 57752 | Oct 30, 2009 | USD | 80,000.00 |
| XS0336645089 | 57753 | Oct 30, 2009 | USD | 60,000.00 |
| XS0337553688 | 57754 | Oct 30, 2009 | USD | 30,000.00 |
| XS0341160082 | 57755 | Oct 30, 2009 | USD | 30,000.00 |
| XS0349512250 | 60811 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0331769454 | 60815 | Nov 02, 2009 | USD | 210,000.00 |
| XS0334922860 | 60836 | Nov 02, 2009 | HKD | 250,000.00 |
| XS0348407411 | 60837 | Nov 02, 2009 | HKD | 700,000.00 |
| XS0336927909 | 60842 | Nov 02, 2009 | USD | 150,000.00 |
| XS0331769454 | 60846 | Nov 02, 2009 | USD | 150,000.00 |
| XS0334922860 | 60852 | Nov 02, 2009 | HKD | 890,000.00 |
| XS0335743398 | 60853 | Nov 02, 2009 | HKD | 1,000,000.00 |
| XS0349511872 | 60854 | Nov 02, 2009 | USD | 500,000.00 |
| XS0326866307 | 60857 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0335743398 | 60914 | Nov 02, 2009 | HKD | 250,000.00 |
| XS0332153807 | 60915 | Nov 02, 2009 | HKD | 600,000.00 |
| XS0329337348 | 60916 | Nov 02, 2009 | HKD | 1,200,000.00 |
| XS0326866307 | 60917 | Nov 02, 2009 | HKD | 650,000.00 |
| XS0326608352 | 60918 | Nov 02, 2009 | HKD | 890,000.00 |
| XS0325786084 | 60919 | Nov 02, 2009 | HKD | 1,080,000.00 |
| XS0326026498 | 60920 | Nov 02, 2009 | HKD | 1,500,000.00 |
| XS0349511872 | 60921 | Nov 02, 2009 | USD | 130,000.00 |
| XS0339560293 | 60922 | Nov 02, 2009 | USD | 310,000.00 |
| XS0337553688 | 60923 | Nov 02, 2009 | USD | 60,000.00 |
| XS0336927909 | 60924 | Nov 02, 2009 | USD | 70,000.00 |
| XS0336645089 | 60925 | Nov 02, 2009 | USD | 210,000.00 |
| XS0336250229 | 60928 | Nov 02, 2009 | USD | 190,000.00 |
| XS0331769538 | 60929 | Nov 02, 2009 | USD | 50,000.00 |
| XS0331769454 | 60930 | Nov 02, 2009 | USD | 80,000.00 |
| XS0331400027 | 60931 | Nov 02, 2009 | USD | 50,000.00 |
| XS0326608279 | 60932 | Nov 02, 2009 | USD | 150,000.00 |
| XS0325841368 | 60933 | Nov 02, 2009 | USD | 250,000.00 |
| XS0326865671 | 61149 | Nov 02, 2009 | USD | 320,000.00 |
| XS0328586515 | 61150 | Nov 02, 2009 | USD | 300,000.00 |
| XS0326866307 | 61312 | Nov 02, 2009 | HKD | 500,000.00 |
| XS0326865671 | 61319 | Nov 02, 2009 | USD | 130,000.00 |
| XS0331400027 | 62934 | Nov 02, 2009 | USD | 70,000.00 |
| XS0326026498 | 62935 | Nov 02, 2009 | HKD | 400,000.00 |

| | | | | |
|---|---|---|---|---|
| XS0331769538 | 62936 | Nov 02, 2009 | USD | 40,000.00 |
| XS0336645089 | 62937 | Nov 02, 2009 | USD | 190,000.00 |
| XS0326866307 | 64670 | Nov 04, 2009 | HKD | 600,000.00 |
| XS0331400530 | 64857 | Nov 05, 2009 | USD | 130,000.00 |
| XS0326026498 | 67148 | Oct 26, 2010 | HKD | 1,000,000.00 |

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **THE ROYAL BANK OF SCOTLAND PLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **DEUTSCHE BANK AG, LONDON BRANCH** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentage specified in Schedule 1 hereto, in Seller's right, title and interest in and to the Proof of Claim Numbers listed on Schedule 1 filed by or on behalf of Seller (a copy of which is attached at Schedule 2 hereto) (the "Proofs of Claim" and each a "Proof of Claim") as is specified in Schedule 1 hereto (the "Purchased Portion") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Portion and specified in Schedule 1 attached hereto. For the avoidance of doubt, Purchaser does not assume and shall not be responsible for any obligations or liabilities of the Seller to or in connection with the Transferred Claim, the Purchased Securities or the Proceedings.

2. Seller hereby represents and warrants to Purchaser that: (a) the Proofs of Claim were duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proofs of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller has been duly authorized to sell, transfer and assign the Transferred Claims by the owner of Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim includes the Purchased Portion specified in Schedule 1 attached hereto; (f) Seller has not engaged in, and, to the best of its knowledge, none of Seller's predecessors-in-interest (if any) in the past have engaged in, any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; (g) a true and correct schedule of the 10th, 11th and 12th distributions paid to Seller by Lehman Brothers Holdings, Inc., appears attached hereto as Schedule 2; (h) to the best of its knowledge and based on its understanding of the Proceedings, the Transferred Claims are Class 5 Senior Third Party Guarantee Claims; and (i) a true and correct schedule of the 7th, 8th, 9th, and 10th distributions paid to Seller by Lehman Brothers Treasury Co. B.V. or its authorized agent(s), with respect to the securities relating to the Transferred Claims, appears attached hereto as Schedule 3.

3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by

Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proofs of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below, unless otherwise required by the international treaties governing the service of process to the parties.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 14 day of JUNE 2017.

**THE ROYAL BANK OF SCOTLAND PLC**

By: [signature]
Name: CHRIS ANDREWS
Title: AUTHORISED SIGNATORY

**DEUTSCHE BANK AG, LONDON BRANCH**

By: [signature]
Name: **Alex Darbyshire**
Title: **Vice President**

By: [signature]
Name: **Simon Glennie**
Title: **Director**

Winchester House
1, Great Winchester Street
London EC2N 2DB
ENGLAND
Attn: Michael Sutton

**DB Ref: 19881**

Schedule 1

Transferred Claims

Purchased Portion

100% of the claims that are referenced in the Proofs of Claim (as highlighted in the copy of the Proofs of Claim attached at Schedule 2) and relating to the Purchased Securities described in the attached spreadsheet (plus all interest, costs and fees relating to this claim).

*See attached spreadsheet, which describes:*

- Description of Security Issued by Lehman Brothers Treasury BV
- ISIN / CUSIP
- Blocking Number
- Issuer
- Guarantor
- LBHI Claim Number
- Principal / Notional Amount
- Allowed Amount
- Maturity
- 10th, 11th and 12th Distributions made by LBHI

| Description of Security | ISIN/CUSIP | Blocking Number | Issuer | Guarantor | LBHI Claim Number | Principal/Notional Amount | | Allowed Amount | | Maturity | LBHI 12th Distribution | | LBHI 11th Distribution | | LBHI 10th Distribution | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA38048 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 40647 | USD | 130,000.00 | USD | 59,113.51 | 23NOV09 | USD | 506.22 | USD | 664.66 | USD | 378.06 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA31792 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 41347 | USD | 140,000.00 | USD | 65,429.99 | 27OCT09 | USD | 560.32 | USD | 735.68 | USD | 418.45 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA30399 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 42084 | USD | 420,000.00 | USD | 217,124.04 | 27OCT09 | USD | 1,859.38 | USD | 2,441.32 | USD | 1,388.61 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA31689 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 42161 | USD | 400,000.00 | USD | 233,452.91 | 05MAR09 | USD | 1,999.21 | USD | 2,624.92 | USD | 1,493.04 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38220 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 43050 | USD | 250,000.00 | USD | 144,065.52 | 23NOV09 | USD | 1,233.73 | USD | 1,619.86 | USD | 921.37 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA31932 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 43114 | AUD | 130,000.00 | USD | 55,611.78 | 05NOV09 | USD | 476.24 | USD | 625.29 | USD | 355.66 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA31759 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 43809 | HKD | 500,000.00 | USD | 33,633.11 | 14DEC09 | USD | 288.02 | USD | 378.16 | USD | 215.10 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA37898 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44051 | USD | 90,000.00 | USD | 42,062.14 | 27OCT09 | USD | 360.20 | USD | 472.94 | USD | 269.00 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA38409 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44052 | HKD | 900,000.00 | USD | 67,018.87 | 02MAR09 | USD | 573.92 | USD | 753.55 | USD | 428.61 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | CA47030 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44075 | USD | 130,000.00 | USD | 57,280.12 | 18JAN10 | USD | 490.52 | USD | 644.05 | USD | 366.33 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46770 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44190 | HKD | 100,000.00 | USD | 6,720.62 | 14DEC09 | USD | 57.60 | USD | 75.63 | USD | 43.02 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | CA46949 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44192 | USD | 100,000.00 | USD | 46,976.61 | 31DEC09 | USD | 402.29 | USD | 528.20 | USD | 300.43 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA46560 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44193 | USD | 20,000.00 | USD | 10,246.39 | 23NOV09 | USD | 87.74 | USD | 115.20 | USD | 65.53 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA46574 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44194 | USD | 20,000.00 | USD | 11,289.56 | 23NOV09 | USD | 96.68 | USD | 126.93 | USD | 72.20 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46751 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44195 | USD | 40,000.00 | USD | 23,050.48 | 23NOV09 | USD | 197.39 | USD | 259.17 | USD | 147.41 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA38008 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44291 | AUD | 150,000.00 | USD | 64,167.44 | 05NOV09 | USD | 549.51 | USD | 721.49 | USD | 410.38 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | CA38434 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44292 | USD | 170,000.00 | USD | 74,904.77 | 18JAN10 | USD | 641.46 | USD | 842.22 | USD | 479.05 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA38423 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44293 | HKD | 370,000.00 | USD | 21,068.52 | 18JAN10 | USD | 180.42 | USD | 236.89 | USD | 134.74 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA46940 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44297 | USD | 200,000.00 | USD | 116,385.48 | 29DEC09 | USD | 996.68 | USD | 1,308.62 | USD | 744.34 |
| LB 2Y USD Airbag Range Accrual Note S026 25JAN10 | XS0341160082 | CA31737 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44530 | USD | 50,000.00 | USD | 21,818.93 | 25JAN10 | USD | 186.85 | USD | 245.33 | USD | 139.54 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA31713 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44532 | HKD | 1,000,000.00 | USD | 79,343.80 | 23OCT09 | USD | 679.47 | USD | 892.13 | USD | 507.44 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55345 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44993 | USD | 300,000.00 | USD | 153,695.85 | 23NOV09 | USD | 1,316.20 | USD | 1,728.14 | USD | 982.96 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA55020 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44994 | USD | 260,000.00 | USD | 76,237.94 | 17DEC09 | USD | 652.87 | USD | 857.21 | USD | 487.57 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA55316 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44995 | USD | 300,000.00 | USD | 169,343.43 | 23NOV09 | USD | 1,450.20 | USD | 1,904.08 | USD | 1,083.03 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA55112 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44996 | USD | 330,000.00 | USD | 154,227.84 | 27OCT09 | USD | 1,320.75 | USD | 1,734.12 | USD | 986.36 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA55189 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 44997 | USD | 250,000.00 | USD | 145,908.07 | 05MAR09 | USD | 1,249.51 | USD | 1,640.57 | USD | 933.15 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA31922 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45130 | USD | 100,000.00 | USD | 51,231.95 | 23NOV09 | USD | 438.73 | USD | 576.04 | USD | 327.65 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA46546 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45132 | USD | 300,000.00 | USD | 164,319.53 | 23NOV09 | USD | 1,407.18 | USD | 1,847.59 | USD | 1,050.90 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | CA46976 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45133 | USD | 180,000.00 | USD | 84,288.48 | 04JAN10 | USD | 721.82 | USD | 947.73 | USD | 539.06 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | CA46948 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45134 | USD | 380,000.00 | USD | 178,511.12 | 31DEC09 | USD | 1,528.71 | USD | 2,007.16 | USD | 1,141.66 |
| LB 2Y USD Airbag Range Accrual Note S026 25JAN10 | XS0341160082 | CA47054 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45135 | USD | 380,000.00 | USD | 165,823.85 | 25JAN10 | USD | 1,420.06 | USD | 1,864.51 | USD | 1,060.52 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA46103 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45136 | HKD | 2,900,000.00 | USD | 230,097.03 | 23OCT09 | USD | 1,970.47 | USD | 2,587.19 | USD | 1,471.58 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA22964 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45246 | AUD | 200,000.00 | USD | 85,556.59 | 05NOV09 | USD | 732.68 | USD | 961.99 | USD | 547.17 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA64827 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45263 | USD | 700,000.00 | USD | 205,255.99 | 17DEC09 | USD | 1,757.74 | USD | 2,307.88 | USD | 1,312.71 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA31656 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45271 | USD | 110,000.00 | USD | 64,012.01 | 29DEC09 | USD | 548.17 | USD | 719.74 | USD | 409.38 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46413 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45273 | USD | 130,000.00 | USD | 60,756.42 | 27OCT09 | USD | 520.29 | USD | 683.14 | USD | 388.56 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA31869 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45275 | USD | 130,000.00 | USD | 74,914.07 | 23NOV09 | USD | 641.54 | USD | 842.32 | USD | 479.11 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA46082 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45276 | HKD | 3,000,000.00 | USD | 207,656.27 | 22OCT09 | USD | 1,778.30 | USD | 2,334.87 | USD | 1,328.06 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA31653 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45289 | USD | 160,000.00 | USD | 87,637.08 | 23NOV09 | USD | 750.49 | USD | 985.38 | USD | 560.48 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA46100 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45296 | USD | 70,000.00 | USD | 50,670.97 | 23OCT09 | USD | 433.93 | USD | 569.74 | USD | 324.06 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA37963 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45396 | USD | 150,000.00 | USD | 77,544.30 | 27OCT09 | USD | 664.06 | USD | 871.90 | USD | 495.93 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46748 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45401 | USD | 100,000.00 | USD | 57,626.21 | 23NOV09 | USD | 493.49 | USD | 647.94 | USD | 368.54 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46746 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45405 | USD | 430,000.00 | USD | 247,792.70 | 23NOV09 | USD | 2,122.01 | USD | 2,786.16 | USD | 1,584.75 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA73928 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45443 | HKD | 500,000.00 | USD | 37,232.71 | 02MAR09 | USD | 318.84 | USD | 418.64 | USD | 238.12 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | CA73930 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45444 | HKD | 300,000.00 | USD | 22,482.84 | 05MAR09 | USD | 192.53 | USD | 252.79 | USD | 143.78 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA73915 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45445 | HKD | 200,000.00 | USD | 13,453.24 | 14DEC09 | USD | 115.20 | USD | 151.26 | USD | 86.04 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA73912 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45447 | USD | 40,000.00 | USD | 21,909.27 | 23NOV09 | USD | 187.62 | USD | 246.34 | USD | 140.12 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA64818 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45507 | USD | 100,000.00 | USD | 58,192.74 | 29DEC09 | USD | 498.34 | USD | 654.31 | USD | 372.17 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA73926 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45751 | HKD | 3,000,000.00 | USD | 223,396.24 | 02MAR09 | USD | 1,913.09 | USD | 2,511.84 | USD | 1,428.73 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA38405 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45752 | HKD | 1,000,000.00 | USD | 74,465.41 | 02MAR09 | USD | 637.69 | USD | 837.28 | USD | 476.24 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA38709 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45760 | USD | 100,000.00 | USD | 58,192.74 | 29DEC09 | USD | 498.34 | USD | 654.31 | USD | 372.17 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA32002 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45766 | HKD | 1,000,000.00 | USD | 74,465.41 | 02MAR09 | USD | 637.69 | USD | 837.28 | USD | 476.24 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA31920 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45767 | HKD | 500,000.00 | USD | 27,551.65 | 21DEC09 | USD | 235.94 | USD | 309.78 | USD | 176.20 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA55104 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45768 | USD | 160,000.00 | USD | 72,967.72 | 29DEC09 | USD | 624.87 | USD | 820.44 | USD | 466.66 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA32003 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45771 | HKD | 3,000,000.00 | USD | 223,396.24 | 02MAR09 | USD | 1,913.09 | USD | 2,511.84 | USD | 1,428.73 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S178 05MAR09 | XS0349512250 | CA47070 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45777 | HKD | 900,000.00 | USD | 67,448.53 | 05MAR09 | USD | 577.60 | USD | 758.38 | USD | 431.36 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA31836 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45799 | USD | 30,000.00 | USD | 21,716.13 | 23OCT09 | USD | 185.97 | USD | 244.17 | USD | 138.88 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA46774 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45800 | HKD | 520,000.00 | USD | 28,653.72 | 21DEC09 | USD | 245.38 | USD | 322.18 | USD 183.25 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA46867 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45801 | USD | 200,000.00 | USD | 88,794.87 | 21DEC09 | USD | 760.41 | USD | 998.40 | USD 567.88 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA31939 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45802 | HKD | 510,000.00 | USD | 54,214.54 | 27OCT09 | USD | 464.27 | USD | 609.58 | USD 346.72 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | CA73904 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45803 | USD | 20,000.00 | USD | 8,181.68 | 06NOV09 | USD | 70.06 | USD | 91.99 | USD 52.32 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA73896 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45804 | USD | 20,000.00 | USD | 10,339.24 | 27OCT09 | USD | 88.54 | USD | 116.25 | USD 66.12 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA73909 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45805 | USD | 20,000.00 | USD | 11,289.56 | 23NOV09 | USD | 96.68 | USD | 126.93 | USD 72.20 |
| LB 2Y USD Airbag Range Accrual Note S026 25JAN10 | XS0341160082 | CA73925 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45806 | USD | 20,000.00 | USD | 8,727.57 | 25JAN10 | USD | 74.74 | USD | 98.13 | USD 55.81 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA73921 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45807 | USD | 20,000.00 | USD | 11,638.55 | 29DEC09 | USD | 99.66 | USD | 130.86 | USD 74.43 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA46772 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45814 | HKD | 2,000,000.00 | USD | 110,206.61 | 21DEC09 | USD | 943.77 | USD | 1,239.15 | USD 704.82 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA38404 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45824 | HKD | 4,000,000.00 | USD | 297,861.65 | 02MAR09 | USD | 2,550.79 | USD | 3,349.13 | USD 1,904.97 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA46878 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45836 | USD | 70,000.00 | USD | 20,525.60 | 17DEC09 | USD | 175.77 | USD | 230.78 | USD 131.27 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46416 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45837 | USD | 100,000.00 | USD | 46,735.71 | 27OCT09 | USD | 400.23 | USD | 525.49 | USD 298.89 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA46104 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45838 | HKD | 800,000.00 | USD | 63,475.04 | 23OCT09 | USD | 543.58 | USD | 713.70 | USD 405.95 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA46083 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45839 | HKD | 800,000.00 | USD | 55,375.00 | 22OCT09 | USD | 474.21 | USD | 622.63 | USD 354.15 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA55021 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45843 | USD | 160,000.00 | USD | 71,035.90 | 21DEC09 | USD | 608.32 | USD | 798.72 | USD 454.31 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA46424 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45854 | HKD | 2,000,000.00 | USD | 120,227.32 | 27OCT09 | USD | 1,029.58 | USD | 1,351.82 | USD 768.91 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA64834 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45866 | HKD | 1,220,000.00 | USD | 67,226.03 | 21DEC09 | USD | 575.70 | USD | 755.88 | USD 429.94 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | CA55033 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45894 | HKD | 780,000.00 | USD | 56,461.09 | 30NOV09 | USD | 483.51 | USD | 634.84 | USD 361.09 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | CA64516 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45916 | USD | 100,000.00 | USD | 47,129.93 | 29OCT09 | USD | 403.60 | USD | 529.92 | USD 301.41 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA73918 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45918 | USD | 70,000.00 | USD | 20,525.60 | 17DEC09 | USD | 175.77 | USD | 230.78 | USD 131.27 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA73894 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45919 | HKD | 500,000.00 | USD | 30,056.83 | 27OCT09 | USD | 257.39 | USD | 337.95 | USD 192.22 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | CA73908 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 45920 | HKD | 400,000.00 | USD | 14,851.37 | 09NOV09 | USD | 127.18 | USD | 166.98 | USD 94.98 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA47258 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46870 | USD | 100,000.00 | USD | 58,363.23 | 05MAR09 | USD | 499.80 | USD | 656.23 | USD 373.26 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA46545 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46892 | USD | 400,000.00 | USD | 219,092.71 | 23NOV09 | USD | 1,876.24 | USD | 2,463.46 | USD 1,401.20 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA64832 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46918 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD 352.41 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA55107 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 46944 | HKD | 2,500,000.00 | USD | 150,284.15 | 27OCT09 | USD | 1,286.98 | USD | 1,689.78 | USD 961.14 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | CA55116 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47065 | USD | 160,000.00 | USD | 74,923.10 | 04JAN10 | USD | 641.61 | USD | 842.42 | USD 479.17 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA37794 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47351 | HKD | 1,200,000.00 | USD | 83,062.51 | 22OCT09 | USD | 711.32 | USD | 933.94 | USD 531.22 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA38421 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47352 | HKD | 500,000.00 | USD | 28,470.98 | 18JAN10 | USD | 243.81 | USD | 320.12 | USD 182.08 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | CA39158 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47353 | HKD | 1,200,000.00 | USD | 89,931.37 | 05MAR09 | USD | 770.14 | USD | 1,011.18 | USD 575.15 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA38050 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47361 | USD | 70,000.00 | USD | 31,830.35 | 23NOV09 | USD | 272.58 | USD | 357.89 | USD 203.57 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA38234 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47362 | HKD | 500,000.00 | USD | 33,633.11 | 14DEC09 | USD | 288.02 | USD | 378.16 | USD 215.10 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA50779 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47373 | USD | 80,000.00 | USD | 35,517.95 | 21DEC09 | USD | 304.16 | USD | 399.36 | USD 227.15 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA50781 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47374 | HKD | 500,000.00 | USD | 27,551.65 | 21DEC09 | USD | 235.94 | USD | 309.78 | USD 176.20 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA73888 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47380 | HKD | 500,000.00 | USD | 34,609.38 | 22OCT09 | USD | 296.38 | USD | 389.14 | USD 221.34 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | CA55313 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47501 | HKD | 300,000.00 | USD | 11,138.53 | 09NOV09 | USD | 95.38 | USD | 125.24 | USD 71.23 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA46569 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47608 | USD | 120,000.00 | USD | 67,737.37 | 23NOV09 | USD | 580.08 | USD | 761.65 | USD 433.21 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA31683 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47619 | HKD | 5,630,000.00 | USD | 338,439.98 | 27OCT09 | USD | 2,898.29 | USD | 3,805.39 | USD 2,164.49 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA55055 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47741 | USD | 80,000.00 | USD | 57,909.68 | 23OCT09 | USD | 495.92 | USD | 651.13 | USD 370.36 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA55282 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47742 | HKD | 2,100,000.00 | USD | 223,236.34 | 27OCT09 | USD | 1,911.72 | USD | 2,510.05 | USD 1,427.70 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA90350 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47750 | HKD | 400,000.00 | USD | 31,737.52 | 23OCT09 | USD | 271.79 | USD | 356.85 | USD 202.97 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA90359 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47751 | USD | 50,000.00 | USD | 28,223.90 | 23NOV09 | USD | 241.70 | USD | 317.34 | USD 180.50 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA55026 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47753 | HKD | 500,000.00 | USD | 27,551.65 | 21DEC09 | USD | 235.94 | USD | 309.78 | USD 176.20 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA55182 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47754 | HKD | 500,000.00 | USD | 28,470.98 | 18JAN10 | USD | 243.81 | USD | 320.12 | USD 182.08 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA31789 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47878 | USD | 200,000.00 | USD | 93,471.42 | 27OCT09 | USD | 800.46 | USD | 1,050.98 | USD 597.79 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | CA31685 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47879 | HKD | 1,500,000.00 | USD | 90,170.49 | 27OCT09 | USD | 772.19 | USD | 1,013.86 | USD 576.68 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA55283 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 47979 | HKD | 540,000.00 | USD | 57,403.63 | 27OCT09 | USD | 491.58 | USD | 645.44 | USD 367.12 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA64540 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48604 | USD | 30,000.00 | USD | 16,934.34 | 23NOV09 | USD | 145.02 | USD | 190.40 | USD 108.30 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64545 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48605 | USD | 30,000.00 | USD | 15,369.58 | 23NOV09 | USD | 131.62 | USD | 172.81 | USD 98.29 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA64549 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48606 | USD | 50,000.00 | USD | 27,386.59 | 23NOV09 | USD | 234.53 | USD | 307.93 | USD 175.15 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA46773 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48608 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD 352.41 |
| LB 2Y USD Range Accrual Note S804 18JAN10 | XS0339560293 | CA47033 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48651 | USD | 80,000.00 | USD | 35,249.30 | 18JAN10 | USD | 301.86 | USD | 396.34 | USD 225.43 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46767 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48652 | HKD | 470,000.00 | USD | 31,615.12 | 14DEC09 | USD | 270.74 | USD | 355.47 | USD 202.19 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA90352 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48667 | USD | 30,000.00 | USD | 14,020.71 | 27OCT09 | USD | 120.06 | USD | 157.64 | USD 89.66 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | CA31931 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 48744 | USD | 200,000.00 | USD | 81,816.78 | 06NOV09 | USD | 700.65 | USD | 919.94 | USD 523.25 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38221 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49430 | USD | 170,000.00 | USD | 97,964.56 | 23NOV09 | USD | 838.93 | USD | 1,101.50 | USD 626.53 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA46778 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49467 | USD | 200,000.00 | USD | 88,794.87 | 21DEC09 | USD | 760.41 | USD | 998.40 | USD 567.88 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA31659 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49518 | USD | 180,000.00 | USD | 104,746.93 | 29DEC09 | USD | 897.02 | USD | 1,177.76 | USD 669.90 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA37820 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49525 | HKD | 650,000.00 | USD | 51,573.47 | 23OCT09 | USD | 441.65 | USD | 579.88 | USD 329.84 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | CA37808 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49575 | USD | 130,000.00 | USD | 94,103.24 | 23OCT09 | USD | 805.87 | USD | 1,058.08 | USD 601.83 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38073 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49580 | USD | 100,000.00 | USD | 57,626.21 | 23NOV09 | USD | 493.49 | USD | 647.94 | USD 368.55 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA31655 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49965 | USD | 150,000.00 | USD | 82,159.77 | 23NOV09 | USD | 703.59 | USD | 923.79 | USD | 525.45 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA46091 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 49966 | USD | 100,000.00 | USD | 55,203.62 | 22OCT09 | USD | 472.74 | USD | 620.70 | USD | 353.05 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA46941 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50340 | USD | 180,000.00 | USD | 104,746.93 | 29DEC09 | USD | 897.02 | USD | 1,177.76 | USD | 669.90 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA55035 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50382 | USD | 350,000.00 | USD | 201,691.73 | 23NOV09 | USD | 1,727.22 | USD | 2,267.80 | USD | 1,289.91 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46765 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50669 | HKD | 1,000,000.00 | USD | 67,266.22 | 14DEC09 | USD | 576.04 | USD | 756.33 | USD | 430.20 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA31923 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50678 | USD | 140,000.00 | USD | 71,724.73 | 23NOV09 | USD | 614.22 | USD | 806.46 | USD | 458.71 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA31925 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50684 | USD | 170,000.00 | USD | 95,961.28 | 23NOV09 | USD | 821.78 | USD | 1,078.98 | USD | 613.72 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA90370 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50703 | USD | 200,000.00 | USD | 88,794.87 | 21DEC09 | USD | 760.41 | USD | 998.40 | USD | 567.88 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA46556 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50835 | USD | 50,000.00 | USD | 25,615.97 | 23NOV09 | USD | 219.36 | USD | 288.02 | USD | 163.82 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA46105 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50836 | HKD | 500,000.00 | USD | 39,671.90 | 23OCT09 | USD | 339.73 | USD | 446.06 | USD | 253.72 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA55025 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50873 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38070 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50879 | USD | 120,000.00 | USD | 69,151.45 | 23NOV09 | USD | 592.19 | USD | 777.53 | USD | 442.25 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA55059 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50885 | HKD | 1,500,000.00 | USD | 119,015.70 | 23OCT09 | USD | 1,019.21 | USD | 1,338.20 | USD | 761.16 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55348 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50889 | USD | 110,000.00 | USD | 56,355.14 | 23NOV09 | USD | 482.60 | USD | 633.65 | USD | 360.41 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA55040 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50898 | USD | 130,000.00 | USD | 71,205.13 | 23NOV09 | USD | 609.77 | USD | 800.62 | USD | 455.39 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | CA55312 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50899 | HKD | 1,000,000.00 | USD | 37,128.44 | 09NOV09 | USD | 317.95 | USD | 417.46 | USD | 237.45 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA46749 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 50904 | USD | 100,000.00 | USD | 57,626.21 | 23NOV09 | USD | 493.49 | USD | 647.94 | USD | 368.54 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA64842 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51250 | USD | 75,000.00 | USD | 75,000.00 | 22MAR11 | USD | 642.27 | USD | 843.29 | USD | 479.66 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA64841 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51251 | USD | 80,000.00 | USD | 80,000.00 | 22MAR11 | USD | 685.09 | USD | 899.51 | USD | 511.64 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA64914 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51601 | HKD | 500,000.00 | USD | 37,232.71 | 02MAR09 | USD | 318.84 | USD | 418.64 | USD | 238.12 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA38232 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51602 | HKD | 1,000,000.00 | USD | 67,266.22 | 14DEC09 | USD | 576.04 | USD | 756.33 | USD | 430.20 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | CA39156 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51628 | HKD | 1,800,000.00 | USD | 134,897.06 | 05MAR09 | USD | 1,155.21 | USD | 1,516.77 | USD | 862.73 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA35334 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51772 | AUD | 200,000.00 | USD | 85,556.59 | 05NOV09 | USD | 732.68 | USD | 961.99 | USD | 547.17 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA22727 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 51773 | USD | 130,000.00 | USD | 59,113.51 | 23NOV09 | USD | 506.22 | USD | 664.66 | USD | 378.06 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA55036 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55132 | USD | 220,000.00 | USD | 126,777.66 | 23NOV09 | USD | 1,085.68 | USD | 1,425.47 | USD | 810.80 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA73933 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55137 | USD | 65,000.00 | USD | 65,000.00 | 22MAR11 | USD | 556.63 | USD | 730.85 | USD | 415.70 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64541 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55154 | USD | 540,000.00 | USD | 276,652.53 | 23NOV09 | USD | 2,369.16 | USD | 3,110.65 | USD | 1,769.33 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA38291 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55213 | USD | 500,000.00 | USD | 291,816.13 | 05MAR09 | USD | 2,499.02 | USD | 3,281.15 | USD | 1,866.31 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA38029 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55214 | USD | 960,000.00 | USD | 541,898.97 | 23NOV09 | USD | 4,640.65 | USD | 6,093.06 | USD | 3,465.71 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA64893 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55222 | USD | 150,000.00 | USD | 87,544.84 | 05MAR09 | USD | 749.70 | USD | 984.34 | USD | 559.89 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA38243 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55282 | USD | 60,000.00 | USD | 26,638.46 | 21DEC09 | USD | 228.12 | USD | 299.52 | USD | 170.36 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA37796 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 55283 | HKD | 500,000.00 | USD | 34,609.38 | 22OCT09 | USD | 296.38 | USD | 389.14 | USD | 221.34 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA37897 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56038 | USD | 200,000.00 | USD | 93,471.42 | 27OCT09 | USD | 800.46 | USD | 1,050.98 | USD | 597.79 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA46911 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56521 | USD | 150,000.00 | USD | 68,407.24 | 29DEC09 | USD | 585.81 | USD | 769.16 | USD | 437.49 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55346 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56522 | USD | 140,000.00 | USD | 71,724.73 | 23NOV09 | USD | 614.22 | USD | 806.46 | USD | 458.71 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA38047 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56727 | USD | 80,000.00 | USD | 36,377.55 | 23NOV09 | USD | 311.52 | USD | 409.02 | USD | 232.65 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA38711 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56728 | USD | 70,000.00 | USD | 40,734.92 | 29DEC09 | USD | 348.84 | USD | 458.02 | USD | 260.52 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA90358 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56967 | AUD | 280,000.00 | USD | 119,779.23 | 05NOV09 | USD | 1,025.75 | USD | 1,346.78 | USD | 766.04 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA90361 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 56968 | USD | 20,000.00 | USD | 10,954.64 | 23NOV09 | USD | 93.81 | USD | 123.17 | USD | 70.06 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA37882 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57068 | USD | 100,000.00 | USD | 55,203.62 | 22OCT09 | USD | 472.74 | USD | 620.70 | USD | 353.05 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA64498 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57070 | USD | 220,000.00 | USD | 102,818.56 | 27OCT09 | USD | 880.50 | USD | 1,156.08 | USD | 657.57 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | CA46755 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57072 | HKD | 800,000.00 | USD | 57,908.81 | 30NOV09 | USD | 495.91 | USD | 651.12 | USD | 370.35 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA22963 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57109 | AUD | 200,000.00 | USD | 85,556.59 | 05NOV09 | USD | 732.68 | USD | 961.99 | USD | 547.17 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | CA38406 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57110 | HKD | 1,000,000.00 | USD | 74,465.41 | 02MAR09 | USD | 637.69 | USD | 837.28 | USD | 476.24 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA64829 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57134 | USD | 50,000.00 | USD | 22,198.72 | 21DEC09 | USD | 190.10 | USD | 249.60 | USD | 141.97 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64543 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57135 | USD | 40,000.00 | USD | 20,492.78 | 23NOV09 | USD | 175.49 | USD | 230.41 | USD | 131.06 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA64514 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57136 | USD | 50,000.00 | USD | 23,364.06 | 27OCT09 | USD | 200.08 | USD | 262.70 | USD | 149.42 |
| LB 2Y HKD Range Accrual Note S817 02NOV09 | XS0327859301 | CA64526 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57137 | HKD | 580,000.00 | USD | 37,475.42 | 02NOV09 | USD | 320.92 | USD | 421.37 | USD | 239.67 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA31694 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57187 | USD | 90,000.00 | USD | 52,526.90 | 05MAR09 | USD | 449.82 | USD | 590.60 | USD | 335.93 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | CA46782 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57196 | USD | 20,000.00 | USD | 8,879.49 | 21DEC09 | USD | 76.04 | USD | 99.84 | USD | 56.78 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA46094 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57198 | USD | 40,000.00 | USD | 22,081.45 | 22OCT09 | USD | 189.09 | USD | 248.28 | USD | 141.22 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46420 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57199 | USD | 30,000.00 | USD | 14,020.71 | 27OCT09 | USD | 120.06 | USD | 157.64 | USD | 89.66 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA31955 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57209 | USD | 120,000.00 | USD | 56,073.75 | 27OCT09 | USD | 480.19 | USD | 630.48 | USD | 358.61 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA64807 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57210 | HKD | 1,030,000.00 | USD | 58,650.21 | 18JAN10 | USD | 502.26 | USD | 659.45 | USD | 375.09 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA46943 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57212 | USD | 100,000.00 | USD | 58,192.74 | 29DEC09 | USD | 498.34 | USD | 654.31 | USD | 372.17 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA31957 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57213 | USD | 150,000.00 | USD | 70,092.19 | 27OCT09 | USD | 600.24 | USD | 788.11 | USD | 448.27 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA46766 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57230 | HKD | 500,000.00 | USD | 33,633.11 | 14DEC09 | USD | 288.02 | USD | 378.16 | USD | 215.10 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA46084 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57231 | HKD | 620,000.00 | USD | 42,915.63 | 22OCT09 | USD | 367.51 | USD | 482.53 | USD | 274.46 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | CA46512 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57232 | USD | 40,000.00 | USD | 20,678.48 | 27OCT09 | USD | 177.08 | USD | 232.50 | USD | 132.24 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | CA64815 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57235 | USD | 100,000.00 | USD | 46,826.94 | 04JAN10 | USD | 401.01 | USD | 526.51 | USD | 299.48 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA31870 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57238 | USD | 130,000.00 | USD | 74,914.07 | 23NOV09 | USD | 641.54 | USD | 842.32 | USD | 479.11 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 1Y USD Daily Callable Fixed Coupon Note S093 11MAR09 | XS0350571377 | CA31854 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57257 | USD | 130,000.00 | USD | 74,580.66 | 11MAR09 | USD | 638.68 | USD | 838.57 | USD | 476.98 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | CA46414 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57259 | USD | 130,000.00 | USD | 60,756.42 | 27OCT09 | USD | 520.29 | USD | 683.14 | USD | 388.56 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | CA46879 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57260 | USD | 50,000.00 | USD | 14,661.14 | 17DEC09 | USD | 125.55 | USD | 164.84 | USD | 93.76 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA64544 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57262 | USD | 70,000.00 | USD | 35,862.36 | 23NOV09 | USD | 307.11 | USD | 403.23 | USD | 229.35 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | CA64546 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57263 | USD | 30,000.00 | USD | 13,641.58 | 23NOV09 | USD | 116.82 | USD | 153.38 | USD | 87.24 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA64823 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57264 | USD | 150,000.00 | USD | 68,407.24 | 29DEC09 | USD | 585.81 | USD | 769.16 | USD | 437.49 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA64512 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57265 | USD | 100,000.00 | USD | 46,728.13 | 27OCT09 | USD | 400.16 | USD | 525.40 | USD | 298.84 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA64817 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57266 | USD | 210,000.00 | USD | 122,204.75 | 29DEC09 | USD | 1,046.52 | USD | 1,374.06 | USD | 781.56 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | CA64488 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57269 | HKD | 1,000,000.00 | USD | 69,218.76 | 22OCT09 | USD | 592.76 | USD | 778.29 | USD | 442.68 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA64539 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57270 | USD | 50,000.00 | USD | 28,223.90 | 23NOV09 | USD | 241.70 | USD | 317.34 | USD | 180.50 |
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | CA73901 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57332 | AUD | 70,000.00 | USD | 29,944.81 | 05NOV09 | USD | 256.43 | USD | 336.69 | USD | 191.51 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | CA73890 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57333 | USD | 70,000.00 | USD | 38,642.54 | 22OCT09 | USD | 330.92 | USD | 434.49 | USD | 247.13 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA73924 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57718 | HKD | 500,000.00 | USD | 28,470.98 | 18JAN10 | USD | 243.81 | USD | 320.12 | USD | 182.08 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA31941 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57719 | HKD | 500,000.00 | USD | 53,151.51 | 27OCT09 | USD | 455.17 | USD | 597.63 | USD | 339.93 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | CA31882 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57721 | HKD | 200,000.00 | USD | 11,388.39 | 18JAN10 | USD | 97.52 | USD | 128.05 | USD | 72.83 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369799845 | CA38393 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57722 | USD | 65,000.00 | USD | 65,000.00 | 22MAR11 | USD | 556.63 | USD | 730.85 | USD | 415.70 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | CA31750 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57751 | HKD | 800,000.00 | USD | 57,908.81 | 30NOV09 | USD | 495.91 | USD | 651.12 | USD | 370.35 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | CA31956 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57752 | USD | 80,000.00 | USD | 37,382.50 | 27OCT09 | USD | 320.13 | USD | 420.32 | USD | 239.07 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA31895 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57753 | USD | 60,000.00 | USD | 27,362.90 | 29DEC09 | USD | 234.32 | USD | 307.66 | USD | 174.99 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | CA31817 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57754 | USD | 30,000.00 | USD | 14,092.98 | 31DEC09 | USD | 120.68 | USD | 158.46 | USD | 90.13 |
| LB 2Y USD Airbag Range Accrual Note S026 25JAN10 | XS0341160082 | CA31738 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 57755 | USD | 30,000.00 | USD | 13,091.36 | 25JAN10 | USD | 112.11 | USD | 147.19 | USD | 83.72 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | 6059262 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60811 | HKD | 600,000.00 | USD | 44,965.69 | 05MAR09 | USD | 385.07 | USD | 505.59 | USD | 287.57 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA31648 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60815 | USD | 210,000.00 | USD | 115,023.67 | 23NOV09 | USD | 985.02 | USD | 1,293.31 | USD | 735.63 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | 6059248 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60836 | HKD | 250,000.00 | USD | 16,816.55 | 14DEC09 | USD | 144.01 | USD | 189.08 | USD | 107.55 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | 6059260 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60837 | HKD | 700,000.00 | USD | 52,125.79 | 02MAR09 | USD | 446.38 | USD | 586.09 | USD | 333.37 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | CA38708 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60842 | USD | 150,000.00 | USD | 87,289.11 | 29DEC09 | USD | 747.51 | USD | 981.47 | USD | 558.25 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | CA64548 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60846 | USD | 150,000.00 | USD | 82,159.77 | 23NOV09 | USD | 703.59 | USD | 923.79 | USD | 525.45 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | CA38233 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60852 | HKD | 890,000.00 | USD | 59,866.94 | 14DEC09 | USD | 512.68 | USD | 673.13 | USD | 382.87 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | CA64831 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60853 | HKD | 1,000,000.00 | USD | 55,103.30 | 21DEC09 | USD | 471.88 | USD | 619.57 | USD | 352.41 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | CA47257 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60854 | USD | 500,000.00 | USD | 291,816.13 | 05MAR09 | USD | 2,499.02 | USD | 3,281.15 | USD | 1,866.31 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA46521 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60857 | HKD | 600,000.00 | USD | 63,781.81 | 27OCT09 | USD | 546.20 | USD | 717.15 | USD | 407.91 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | 6059252 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60914 | HKD | 250,000.00 | USD | 13,775.83 | 21DEC09 | USD | 117.97 | USD | 154.89 | USD | 88.10 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | 6059247 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60915 | HKD | 600,000.00 | USD | 43,431.61 | 30NOV09 | USD | 371.93 | USD | 488.34 | USD | 277.76 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | 6059242 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60916 | HKD | 1,200,000.00 | USD | 44,554.12 | 09NOV09 | USD | 381.54 | USD | 500.96 | USD | 284.94 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | 6059241 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60917 | HKD | 650,000.00 | USD | 69,096.96 | 27OCT09 | USD | 591.72 | USD | 776.92 | USD | 441.90 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | 6059240 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60918 | HKD | 890,000.00 | USD | 53,501.16 | 27OCT09 | USD | 458.16 | USD | 601.56 | USD | 342.16 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | 6059236 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60919 | HKD | 1,080,000.00 | USD | 74,756.26 | 22OCT09 | USD | 640.18 | USD | 840.55 | USD | 478.10 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | 6059238 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60920 | HKD | 1,500,000.00 | USD | 119,015.70 | 23OCT09 | USD | 1,019.21 | USD | 1,338.20 | USD | 761.16 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | 6059261 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60921 | USD | 130,000.00 | USD | 75,872.19 | 05MAR09 | USD | 649.74 | USD | 853.10 | USD | 485.24 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | 6059259 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60922 | USD | 310,000.00 | USD | 136,591.05 | 18JAN10 | USD | 1,169.72 | USD | 1,535.81 | USD | 873.56 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | 6059258 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60923 | USD | 60,000.00 | USD | 28,185.97 | 31DEC09 | USD | 241.37 | USD | 316.92 | USD | 180.26 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | 6059257 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60924 | USD | 70,000.00 | USD | 40,734.92 | 29DEC09 | USD | 348.84 | USD | 458.02 | USD | 260.52 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | 6059255 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60925 | USD | 210,000.00 | USD | 95,770.14 | 29DEC09 | USD | 820.14 | USD | 1,076.83 | USD | 612.49 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | 6059254 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60928 | USD | 190,000.00 | USD | 84,355.13 | 21DEC09 | USD | 722.39 | USD | 948.48 | USD | 539.49 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | 6059246 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60929 | USD | 50,000.00 | USD | 28,813.10 | 23NOV09 | USD | 246.74 | USD | 323.97 | USD | 184.27 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | 6059244 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60930 | USD | 80,000.00 | USD | 43,818.54 | 23NOV09 | USD | 375.24 | USD | 492.69 | USD | 280.24 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | 6059243 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60931 | USD | 50,000.00 | USD | 28,223.90 | 23NOV09 | USD | 241.70 | USD | 317.34 | USD | 180.50 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | 6059239 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60932 | USD | 150,000.00 | USD | 70,103.56 | 27OCT09 | USD | 600.34 | USD | 788.23 | USD | 448.34 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841368 | 6059237 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 60933 | USD | 250,000.00 | USD | 138,009.06 | 22OCT09 | USD | 1,181.86 | USD | 1,551.76 | USD | 882.63 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | CA73897 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61149 | USD | 320,000.00 | USD | 150,815.76 | 29OCT09 | USD | 1,291.53 | USD | 1,695.76 | USD | 964.54 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | CA73905 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61150 | USD | 300,000.00 | USD | 122,725.17 | 06NOV09 | USD | 1,050.98 | USD | 1,379.91 | USD | 784.88 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA46523 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61312 | HKD | 500,000.00 | USD | 53,151.51 | 27OCT09 | USD | 455.17 | USD | 597.63 | USD | 339.93 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | CA64517 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 61319 | USD | 130,000.00 | USD | 61,268.90 | 29OCT09 | USD | 524.68 | USD | 688.90 | USD | 391.84 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | CA38030 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62934 | USD | 70,000.00 | USD | 39,513.47 | 23NOV09 | USD | 338.38 | USD | 444.28 | USD | 252.70 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA37830 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62935 | HKD | 400,000.00 | USD | 31,737.52 | 23OCT09 | USD | 271.79 | USD | 356.85 | USD | 202.97 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | CA38075 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62936 | USD | 40,000.00 | USD | 23,050.48 | 23NOV09 | USD | 197.39 | USD | 259.17 | USD | 147.41 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | CA46910 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 62937 | USD | 190,000.00 | USD | 86,649.17 | 29DEC09 | USD | 742.03 | USD | 974.27 | USD | 554.16 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | CA46522 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 64670 | HKD | 600,000.00 | USD | 63,781.81 | 27OCT09 | USD | 546.20 | USD | 717.15 | USD | 407.91 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | CA55328 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 64857 | USD | 130,000.00 | USD | 66,601.53 | 23NOV09 | USD | 570.35 | USD | 748.56 | USD | 425.95 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | CA31710 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | 67148 | HKD | 1,000,000.00 | USD | 79,343.80 | 23OCT09 | USD | 679.47 | USD | 892.13 | USD | 507.44 |

Pg 15 of 37

Schedule 2

Copies of LBHI Proofs of Claim

DB Ref: 19881

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

In Re:
Lehman Brothers Holdings Inc., et al.,
Debtors.

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000060914

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
**ABN AMRO Bank N.V.**
**38/F Cheung Kong Center, 2 Queen's Road,**
**Central, Hong Kong**

Telephone number: **852-2700-3000** Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**__________
*(If known)*

Filed on: __________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD250,000 (equivalent to USD32,090.78 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** ____(as statement above)____ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** __XS0335743398__ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
__6059252__ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
__92496__ **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**
NOV 02 2009
**EPIQ BANKRUPTCY SOLUTIONS, LLC**

**Date.**
Oct 28, 2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Maria Leung
Head of Retail Banking, HK

Jim Brown
CEO, Retail & Commercial Markets, Asia

EXPRESS
REMOVE TO EXPOSE ADHESIVE
Shipment Air Waybill
195 7004 523
630789795
ABN AMRO BANK N.V. (IFC)
38/F TWO IFC, 8 FINANCE ST
CENTRAL
HK
3513-2821
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor.
New York, NY 10017.
USA
10017
USA
EASYSHIP/
CUSTOMER
INFORMATION
This product is made from recycled content
EXPRESS WORLDWIDE
DOX
10017 NEW YORK, UNITED STATES OF AM
HKG
US-ZYP
RECEIVED
1/1
WAYBILL 19 5700 4523
EXPRESS ENVELOPE

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000060915

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
**ABN AMRO Bank N.V.**
**38/F Cheung Kong Center, 2 Queen's Road,**
**Central, Hong Kong**

Telephone number: **852-2700-3000** Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**______
*(If known)*

Filed on: ______

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD600,000 (equivalent to USD77,017.87 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0332153807 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
6059247 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
92496 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
NOV 02 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date.
Oct 28, 2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Maria Leung
Head of Retail Banking, HK

Jim Brown
CEO, Retail & Commercial Markets, Asia

EXPRESS
REMOVE TO EXPOSE ADHESIVE
Shipment Air Waybill
http://www.dhl.com
195 7004 523
630709795
ABN AMRO BANK N.V. (IFC)
38/F TWO IFC, 8 FINANCE ST
CENTRAL
HK
3513-2821
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brother Holdings Claims Processing
757 Third Avenue, 3rd Floor,
New York, NY 10017.
USA
10017
USA
Document
OR
EASYSHIP/
CUSTOMER
INFORMATION
This product is made from recycled content
EXPRESS WORLDWIDE
DOX
10017 NEW YORK, UNITED STATES OF AM
HKG
US-ZYP
RECEIVED
1/1
WAYBILL 19 5700 4523
EXPRESS ENVELOPE

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000060916

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
**ABN AMRO Bank N.V.**
**38/F Cheung Kong Center, 2 Queen's Road,**
**Central, Hong Kong**

Telephone number: **852-2700-3000** Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ___________
*(If known)*

Filed on: ___________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD1,200,000 (equivalent to USD154,035.74 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** __(as statement above)__ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** __XS0329337348__ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
__6059242__ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
__92496__ **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
NOV 02 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

**Date.**
Oct 28, 2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Maria Leung
Head of Retail Banking, HK

Jim Brown
CEO, Retail & Commercial Markets, Asia

EXPRESS
REMOVE TO EXPOSE ADHESIVE
195 7004 523
ABN AMRO BANK N.V. (IFC)
38/F TWO IFC, 8 FINANCE ST
CENTRAL
HK
Epiq Bankruptcy Solutions, LLC
USA
EASYSHIP/
CUSTOMER
INFORMATION
EXPRESS WORLDWIDE
DOX
10017 NEW YORK, UNITED STATES OF AM
HKG
US-ZYP
RECEIVED
WAYBILL 19 5700 4523
EXPRESS ENVELOPE

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

In Re:
Lehman Brothers Holdings Inc., et al.,
Debtors.

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000060917

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
**ABN AMRO Bank N.V.**
**38/F Cheung Kong Center, 2 Queen's Road,**
**Central, Hong Kong**

Telephone number: **852-2700-3000** Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ____________
(*If known*)

Filed on: ____________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD650,000 (equivalent to USD83,436.02 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** ________(as statement above)________ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0326866307 **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
6059241 **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
92496 **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
NOV 02 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date:
Oct 28, 2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Maria Leung
Head of Retail Banking, HK

Jim Brown
CEO, Retail & Commercial Markets, Asia

EXPRESS
REMOVE TO EXPOSE ADHESIVE
Shipment Air Waybill
1957004523
ABN AMRO BANK N.V. (IFC)
38/F TWO IFC, 8 FINANCE ST
CENTRAL
HK
EASYSHIP/
CUSTOMER
INFORMATION
This product is made from recycled content
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor,
New York, NY 10017,
USA
EXPRESS WORLDWIDE
DOX
10017 NEW YORK, UNITED STATES OF AM
US-ZYP
RECEIVED
WAYBILL 19 5700 4523
EXPRESS ENVELOPE

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000060918

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
**ABN AMRO Bank N.V.**
**38/F Cheung Kong Center, 2 Queen's Road,**
**Central, Hong Kong**

Telephone number: **852-2700-3000** Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**__________
*(If known)*

Filed on: __________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD890,000 (equivalent to USD114,243.17 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** ___**(as statement above)**___ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** __XS0326608352__ **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
__6059240__ **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
__92496__**(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**
FILED / RECEIVED
NOV 02 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

**Date.**
Oct 28, 2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Maria Leung
Head of Retail Banking, HK

Jim Brown
CEO. Retail & Commercial Markets. Asia

DHL EXPRESS
REMOVE TO EXPOSE ADHESIVE
195 7004 523
EASYSHIP/ CUSTOMER INFORMATION
ABN AMRO BANK N.V. (IFC)
38/F TWO IFC, 8 FINANCE ST
CENTRAL
HK
Epiq Bankruptcy Solutions, LLC
EXPRESS WORLDWIDE
DOX
10017 NEW YORK, UNITED STATES OF AM
US-ZYP
RECEIVED
WAYBILL 19 5700 4523
EXPRESS ENVELOPE

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000060919

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**ABN AMRO Bank N.V.**
**38/F Cheung Kong Center, 2 Queen's Road,**
**Central, Hong Kong**

Telephone number: **852-2700-3000** Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**__________
*(If known)*

Filed on: __________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD1,080,000 (equivalent to USD138,632.16 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** ____**(as statement above)**____ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0325786084 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
6059236 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
92496 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
NOV 02 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

**Date.** Oct 28, 2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Maria Leung
Head of Retail Banking, HK

Jim Brown
CEO, Retail & Commercial Markets, Asia

EXPRESS
REMOVE TO EXPOSE ADHESIVE
195 7004 523
EASYSHIP/ CUSTOMER INFORMATION
ABN AMRO BANK N.V. (IFC)
38/F TWO IFC, 8 FINANCE ST
CENTRAL
HK
630789795
3513-2821
EXPRESS WORLDWIDE
DOX
10017 NEW YORK, UNITED STATES OF AM
HKG
US-ZYP
RECEIVED
WAYBILL 19 5700 4523
EXPRESS ENVELOPE

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000060920

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**ABN AMRO Bank N.V.**
**38/F Cheung Kong Center, 2 Queen's Road,**
**Central, Hong Kong**

Telephone number: **852-2700-3000** Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**________
*(If known)*

Filed on: ________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds HKD1,500,000 (equivalent to USD192,544.67 at the conversion rate of USD/HKD 7.7904 as at September 15, 2008) in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** ___(as statement above)___ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** __XS0326026498__ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

__6059238__ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

__92496__ **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
NOV 02 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

**Date.**

Oct 28, 2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Maria Leung
Head of Retail Banking, HK

Jim Brown
CEO, Retail & Commercial Markets, Asia

EXPRESS
REMOVE TO EXPOSE ADHESIVE
195 7004 523
630709795
ABN AMRO BANK N.V. (IFC)
38/F TWO IFC, 8 FINANCE ST
CENTRAL
HK
EASYSHIP/ CUSTOMER INFORMATION
Epiq Bankruptcy Solutions, LLC
USA
EXPRESS WORLDWIDE
DOX
10017 NEW YORK, UNITED STATES OF AM
US-ZYP
RECEIVED
WAYBILL 19 5700 4523
EXPRESS ENVELOPE

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000060921

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**ABN AMRO Bank N.V.**
**38/F Cheung Kong Center, 2 Queen's Road,**
**Central, Hong Kong**

Telephone number: **852-2700-3000** Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ________
*(If known)*

Filed on: ________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD130,000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** ___(as statement above)___ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** ___XS0349511872___ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
___6059261___ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
___92496___ **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
NOV 02 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| Oct 28, 2009 | Maria Leung, Head of Retail Banking, HK — Jim Brown, CEO, Retail & Commercial Markets, Asia |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

DHL EXPRESS
REMOVE TO EXPOSE ADHESIVE
195 7004 523
EASYSHIP/ CUSTOMER INFORMATION
ABN AMRO BANK N.V. (IFC)
38/F TWO IFC, 8 FINANCE ST
CENTRAL
HK
630789795
Epiq Bankruptcy Solutions, LLC
10017
USA
EXPRESS WORLDWIDE
DOX
10017 NEW YORK, UNITED STATES OF AM
HKG
US-ZYP
RECEIVED
WAYBILL 19 5700 4523
EXPRESS ENVELOPE

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000060922

Y

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
**ABN AMRO Bank N.V.**
**38/F Cheung Kong Center, 2 Queen's Road,**
**Central, Hong Kong**

Telephone number: **852-2700-3000** Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ____________
*(If known)*

Filed on: ____________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD310,000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** ___**(as statement above)**___ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** ___XS0339560293___ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
___6059259___ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

___92496___**(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
NOV 02 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

**Date.**
Oct 28, 2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Maria Leung
Head of Retail Banking, HK

Jim Brown
CEO, Retail & Commercial Markets, Asia

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

EXPRESS
REMOVE TO EXPOSE ADHESIVE
1957004523
EASYSHIP/
CUSTOMER
INFORMATION
630789795
ABN AMRO BANK N.V. (IFC)
38/F TWO IFC, 8 FINANCE ST
CENTRAL
HK
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
USA
10017
EXPRESS WORLDWIDE
DOX
10017 NEW YORK, UNITED STATES OF AM
HKG
US-ZYP
RECEIVED
WAYBILL 19 5700 4523
EXPRESS ENVELOPE

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: | Chapter 11 |
| --- | --- |
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000060923

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
**ABN AMRO Bank N.V.**
**38/F Cheung Kong Center, 2 Queen's Road,**
**Central, Hong Kong**

Telephone number: **852-2700-3000** Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**________
*(If known)*

Filed on: ________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Creditor holds USD60,000 in aggregate face value of the Lehman Programs Security described herein, and asserts a claim in an amount to be determined.

**Amount of Claim: $** (as statement above) **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0337553688 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
6059258 **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
92496 **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**Date.** Oct 28, 2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Maria Leung
Head of Retail Banking, HK

Jim Brown
CEO, Retail & Commercial Markets, Asia

**FOR COURT USE ONLY**

FILED / RECEIVED
NOV 02 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

EXPRESS
REMOVE TO EXPOSE ADHESIVE
http://www.dhl.com
Shipment Air Waybill
195 7004 523
630789795
ABN AMRO BANK N.V. (IFC)
38/F TWO IFC, 8 FINANCE ST
CENTRAL
HK
3513-2021
Epiq Bankruptcy Solutions, LLC
USA
EASYSHIP/
CUSTOMER
INFORMATION
OR
This product is made from recycled content
EXPRESS WORLDWIDE
DOX
10017 NEW YORK, UNITED STATES OF AM
HKG
US-ZYP
RECEIVED
1/1
WAYBILL 19 5700 4523
EXPRESS ENVELOPE

Pg 36 of 37

Schedule 3

Schedule of 7th, 8th, 9th, and 10th Distributions Received From Lehman Brothers Treasury BV

DB Ref: 19881

| Description of Security | ISIN/CUSIP | Issuer | Principal/Notional Amount | | Admissible Amount | | Issue Notional | | Maturity | LBT 10th Distribution | | LBT 9th Distribution | | LBT 8th Distribution | | LBT 7th Distribution | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LB 2Y AUD Range Accrual Note S830 05NOV09 | XS0327940929 | Lehman Brothers Treasury Co BV | AUD | 1,770,000.00 | AUD | 663,755.35 | AUD | 2,310,000.00 | 05NOV09 | AUD | 10,301.73 | AUD | 13,885.35 | AUD | 7,733.50 | AUD | 5,072.82 |
| LB 2Y HKD Range Accrual Note S776 22OCT09 | XS0325786084 | Lehman Brothers Treasury Co BV | HKD | 14,240,000.00 | HKD | 1,447,566.19 | HKD | 27,360,000.00 | 22OCT09 | HKD | 89,491.67 | HKD | 117,537.92 | HKD | 66,613.41 | HKD | 45,525.28 |
| LB 2Y HKD Airbag Range Accrual Note S779 23OCT09 | XS0326026498 | Lehman Brothers Treasury Co BV | HKD | 12,390,000.00 | HKD | 1,457,929.40 | HKD | 21,150,000.00 | 23OCT09 | HKD | 101,448.99 | HKD | 133,242.60 | HKD | 75,513.84 | HKD | 51,604.35 |
| LB 2Y HKD Airbag Range Accrual Note S799 27OCT09 | XS0326608352 | Lehman Brothers Treasury Co BV | HKD | 22,540,000.00 | HKD | 1,491,243.85 | HKD | 31,790,000.00 | 27OCT09 | HKD | 125,592.11 | HKD | 164,952.05 | HKD | 93,484.91 | HKD | 63,878.36 |
| LB 2Y HKD Range Accrual Note S796 27OCT09 | XS0326866307 | Lehman Brothers Treasury Co BV | HKD | 9,830,000.00 | HKD | 1,183,527.62 | HKD | 17,940,000.00 | 27OCT09 | HKD | 77,029.98 | HKD | 101,170.79 | HKD | 57,337.45 | HKD | 39,182.38 |
| LB 2Y HKD Range Accrual Note S817 02NOV09 | XS0327859301 | Lehman Brothers Treasury Co BV | HKD | 4,440,000.00 | HKD | 488,596.61 | HKD | 8,110,000.00 | 02NOV09 | HKD | 31,773.34 | HKD | 41,730.95 | HKD | 23,650.55 | HKD | 16,161.60 |
| LB 2Y HKD Airbag Range Accrual Note S840 09NOV09 | XS0329337348 | Lehman Brothers Treasury Co BV | HKD | 9,090,000.00 | HKD | 963,334.64 | HKD | 22,070,000.00 | 09NOV09 | HKD | 47,129.09 | HKD | 61,899.11 | HKD | 35,080.67 | HKD | 23,970.33 |
| LB 2Y HKD Airbag Range Accrual Note S902 30NOV09 | XS0332153807 | Lehman Brothers Treasury Co BV | HKD | 6,810,000.00 | HKD | 802,157.78 | HKD | 11,210,000.00 | 30NOV09 | HKD | 57,883.08 | HKD | 76,023.35 | HKD | 43,085.44 | HKD | 29,446.44 |
| LB 2Y HKD Range Accrual Note S936 14DEC09 | XS0334922860 | Lehman Brothers Treasury Co BV | HKD | 14,560,000.00 | HKD | 979,670.55 | HKD | 21,860,000.00 | 14DEC09 | HKD | 77,507.11 | HKD | 101,797.46 | HKD | 57,692.63 | HKD | 39,428.48 |
| LB 2Y HKD Range Accrual Note S947 21DEC09 | XS0335743398 | Lehman Brothers Treasury Co BV | HKD | 13,630,000.00 | HKD | 724,123.67 | HKD | 20,060,000.00 | 21DEC09 | HKD | 58,442.39 | HKD | 76,757.95 | HKD | 43,501.75 | HKD | 29,727.03 |
| LB 2Y HKD Range Accrual Note S005 18JAN10 | XS0339560376 | Lehman Brothers Treasury Co BV | HKD | 7,350,000.00 | HKD | 449,480.25 | HKD | 12,320,000.00 | 18JAN10 | HKD | 31,852.06 | HKD | 41,834.34 | HKD | 23,709.13 | HKD | 16,199.40 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S074 02MAR09 | XS0348407411 | Lehman Brothers Treasury Co BV | HKD | 18,850,000.00 | HKD | 1,343,007.21 | HKD | 27,720,000.00 | 02MAR09 | HKD | 108,479.27 | HKD | 142,476.14 | HKD | 80,746.87 | HKD | 55,173.95 |
| LB 1Y HKD Daily Callable Fixed Coupon Note S078 05MAR09 | XS0349512250 | Lehman Brothers Treasury Co BV | HKD | 13,570,000.00 | HKD | 1,009,936.12 | HKD | 19,810,000.00 | 05MAR09 | HKD | 82,174.97 | HKD | 107,928.20 | HKD | 61,167.13 | HKD | 41,795.60 |
| LB 2Y USD Range Accrual Note S778 22OCT09 | XS0325841365 | Lehman Brothers Treasury Co BV | USD | 1,220,000.00 | USD | 1,009,984.70 | USD | 2,380,000.00 | 22OCT09 | USD | 7,904.34 | USD | 10,417.87 | USD | 5,901.90 | USD | 4,034.54 |
| LB 2Y USD Range Accrual Note S787 23OCT09 | XS0326026225 | Lehman Brothers Treasury Co BV | USD | 630,000.00 | USD | 835,417.43 | USD | 1,180,000.00 | 23OCT09 | USD | 6,809.73 | USD | 8,975.19 | USD | 5,084.60 | USD | 3,475.71 |
| LB 2Y USD Range Accrual Note S797 27OCT09 | XS0326608279 | Lehman Brothers Treasury Co BV | USD | 2,440,000.00 | USD | 1,402,407.79 | USD | 3,850,000.00 | 27OCT09 | USD | 13,569.73 | USD | 17,884.84 | USD | 10,132.07 | USD | 6,927.16 |
| LB 2Y USD Airbag Range Accrual Note S806 27OCT09 | XS0326608436 | Lehman Brothers Treasury Co BV | USD | 860,000.00 | USD | 564,605.73 | USD | 1,550,000.00 | 27OCT09 | USD | 4,782.77 | USD | 6,303.67 | USD | 3,571.14 | USD | 2,441.54 |
| LB 2Y USD Range Accrual Note S798 27OCT09 | XS0326708491 | Lehman Brothers Treasury Co BV | USD | 1,170,000.00 | USD | 732,570.88 | USD | 1,810,000.00 | 27OCT09 | USD | 7,229.78 | USD | 9,528.81 | USD | 5,398.23 | USD | 3,690.18 |
| LB 2Y USD Range Accrual Note S804 29OCT09 | XS0326865671 | Lehman Brothers Treasury Co BV | USD | 740,000.00 | USD | 429,665.33 | USD | 1,220,000.00 | 29OCT09 | USD | 3,978.96 | USD | 5,244.25 | USD | 2,970.96 | USD | 2,030.56 |
| LB 2Y USD Range Accrual Note S802 02NOV09 | XS0327465430 | Lehman Brothers Treasury Co BV | USD | 30,000.00 | USD | 409,964.90 | USD | 940,000.00 | 02NOV09 | USD | 199.76 | USD | 263.28 | USD | 149.15 | USD | 101.97 |
| LB 2Y USD Range Accrual Note S836 06NOV09 | XS0328586515 | Lehman Brothers Treasury Co BV | USD | 1,440,000.00 | USD | 792,109.35 | USD | 1,670,000.00 | 06NOV09 | USD | 10,427.95 | USD | 13,743.99 | USD | 7,786.20 | USD | 5,322.24 |
| LB 2Y USD Airbag Range Accrual Note S890 23NOV09 | XS0331400027 | Lehman Brothers Treasury Co BV | USD | 2,020,000.00 | USD | 1,383,415.35 | USD | 2,800,000.00 | 23NOV09 | USD | 15,237.50 | USD | 20,082.95 | USD | 11,377.34 | USD | 7,777.00 |
| LB 2Y USD Airbag Range Accrual Note S891 23NOV09 | XS0331400530 | Lehman Brothers Treasury Co BV | USD | 2,050,000.00 | USD | 1,200,606.80 | USD | 2,430,000.00 | 23NOV09 | USD | 15,463.80 | USD | 20,381.21 | USD | 11,546.31 | USD | 7,892.50 |
| LB 2Y USD Range Accrual Note S877 23NOV09 | XS0331504745 | Lehman Brothers Treasury Co BV | USD | 690,000.00 | USD | 745,425.94 | USD | 1,410,000.00 | 23NOV09 | USD | 5,569.32 | USD | 7,340.34 | USD | 4,158.42 | USD | 2,842.80 |
| LB 2Y USD Airbag Range Accrual Note S888 23NOV09 | XS0331769454 | Lehman Brothers Treasury Co BV | USD | 2,550,000.00 | USD | 3,153,300.36 | USD | 5,780,000.00 | 23NOV09 | USD | 21,239.56 | USD | 27,993.64 | USD | 15,858.87 | USD | 10,840.05 |
| LB 2Y USD Airbag Range Accrual Note S889 23NOV09 | XS0331769538 | Lehman Brothers Treasury Co BV | USD | 2,780,000.00 | USD | 2,470,391.22 | USD | 4,310,000.00 | 23NOV09 | USD | 24,327.71 | USD | 32,063.79 | USD | 18,164.67 | USD | 12,418.26 |
| LB 2Y USD Range Accrual Note S948 21DEC09 | XS0336250229 | Lehman Brothers Treasury Co BV | USD | 1,590,000.00 | USD | 929,647.31 | USD | 3,380,000.00 | 21DEC09 | USD | 6,676.77 | USD | 8,799.95 | USD | 4,985.31 | USD | 3,407.37 |
| LB 2Y USD Range Accrual Note S949 17DEC09 | XS0336415913 | Lehman Brothers Treasury Co BV | USD | 1,460,000.00 | USD | 837,356.14 | USD | 2,060,000.00 | 17DEC09 | USD | 9,060.74 | USD | 11,942.02 | USD | 6,765.34 | USD | 4,625.28 |
| LB 2Y USD Range Accrual Note S954 29DEC09 | XS0336645089 | Lehman Brothers Treasury Co BV | USD | 2,170,000.00 | USD | 808,152.55 | USD | 2,750,000.00 | 29DEC09 | USD | 9,736.17 | USD | 12,832.23 | USD | 7,269.68 | USD | 4,969.30 |
| LB 2Y USD Range Accrual Note S959 29DEC09 | XS0336927909 | Lehman Brothers Treasury Co BV | USD | 2,250,000.00 | USD | 2,080,010.87 | USD | 3,190,000.00 | 29DEC09 | USD | 22,398.83 | USD | 29,521.54 | USD | 16,724.44 | USD | 11,432.25 |
| LB 2Y USD Airbag Range Accrual Note S970 31DEC09 | XS0337553688 | Lehman Brothers Treasury Co BV | USD | 1,410,000.00 | USD | 671,256.57 | USD | 2,110,000.00 | 31DEC09 | USD | 6,848.46 | USD | 9,026.24 | USD | 5,113.51 | USD | 3,495.39 |
| LB 2Y USD Airbag Range Accrual Note S983 04JAN10 | XS0338525172 | Lehman Brothers Treasury Co BV | USD | 440,000.00 | USD | 181,498.22 | USD | 580,000.00 | 04JAN10 | USD | 2,102.16 | USD | 2,770.63 | USD | 1,569.61 | USD | 1,073.16 |
| LB 2Y USD Range Accrual Note S004 18JAN10 | XS0339560293 | Lehman Brothers Treasury Co BV | USD | 970,000.00 | USD | 778,041.43 | USD | 2,750,000.00 | 18JAN10 | USD | 4,189.96 | USD | 5,522.34 | USD | 3,128.50 | USD | 2,138.85 |
| LB 2Y USD Airbag Range Accrual Note S026 25JAN10 | XS0341160082 | Lehman Brothers Treasury Co BV | USD | 540,000.00 | USD | 574,563.79 | USD | 2,040,000.00 | 25JAN10 | USD | 2,322.04 | USD | 3,060.44 | USD | 1,733.79 | USD | 1,185.30 |
| LB 1Y USD Daily Callable Fixed Coupon Note S081 05MAR09 | XS0349511872 | Lehman Brothers Treasury Co BV | USD | 2,830,000.00 | USD | 1,695,334.57 | USD | 4,280,000.00 | 05MAR09 | USD | 17,114.57 | USD | 22,556.91 | USD | 12,778.87 | USD | 8,736.21 |
| LB 1Y USD Daily Callable Fixed Coupon Note S093 11MAR09 | XS0350571377 | Lehman Brothers Treasury Co BV | USD | 290,000.00 | USD | 382,166.57 | USD | 960,000.00 | 11MAR09 | USD | 1,762.57 | USD | 2,323.06 | USD | 1,316.06 | USD | 899.58 |
| LB 2.75Y CNY Booster Himalaya Note - USD 22MAR11 | XS0369709845 | Lehman Brothers Treasury Co BV | USD | 285,000.00 | USD | 4,882,088.75 | USD | 7,150,000.00 | 22MAR11 | USD | 2,971.07 | USD | 3,915.85 | USD | 2,218.39 | USD | 1,516.49 |

Schedule 3