

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _Lehman Brothers Holdings. Inc_   Case No. _08 - 13555 (JMP)_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Mikhaïl HAGE-CHAHINE_      _HSBC Private Bank (Suisse) SA_
Name of Transferee                    Name of Transferor

Name and Address where notices to transferee should be sent:
PO Box 340 Zouk
Mikael Lebanon
Phone: +9613713777
Last Four Digits of Acct #: _____

Court Claim # (if known): _51762_
Amount of Claim: _see attached_
Date Claim Filed: _10/28/2009_

Phone: _+41 58 705 47 36_
Last Four Digits of Acct #: _N/A_

Name and Address where transferee payments should be sent (if different from above):
SARADAR BANK.
(IBAN ENCLOSED).
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Mikhaïl HAGE-CHAHINE_     Date: _5. 6. 2017._
   Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**IBAN DETAILS**

| BANK NAME | SARADARBANK<br>BIT - NECB GROUP |
|---|---|
| BANK ADDRESS | Charles Malek avenue \| Saradar Bldg.\| Achrafieh<br>P.O.Box: 16-5766<br>Beirut, Lebanon<br>Phone: +961 1 339000 |
| SWIFT CODE | BTLVLBBE |
| BENEFICIARY'S NAME | MEKHAEL/JOSEPH/MARIA RAISSA/ANDREA MICHELLE HAGE CHAHINE |
| ACCOUNT NO | 29531 |
| IBAN USD | /LB91004820600295310024601000 |

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim Number | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0313928029 | 51762 | 10/28/2009 | LEHMAN BROTHERS SECURITIES NV | USD 300'000 |