# United States Bankruptcy Court
## Southern District of New York

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC, <u>et</u> <u>al</u>., | Case No. 08-13555 (JMP) |
| | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**
Name of Transferee

Name and address where notices
to transferee should be sent:

Contrarian Funds, LLC
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830
Attention:   Alisa Mumola
Telephone:   203-862-8211
Email: amumola@contrariancapital.com

**Bowery Institutional Opportunity Fund, L.P.**
Name of Transferor

Name and Current Address of Transferor

Bowery Institutional Opportunity Fund, L.P.
1325 Avenue of the Americas, 28th Floor
New York, NY 10019

**Proof of Claim #:4658,  Allowed in the amount of $85,321.82**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____**/s/ Alisa Mumola**_____     Date: _____**6/19/2017**_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

<u>Exhibit B</u>

**EVIDENCE OF TRANSFER OF CLAIM**

TO:  United States Bankruptcy Court (the "<u>Bankruptcy Court</u>")
Southern District of New York
Attn: Clerk

AND TO:  In re Lehman Commercial Paper Inc. Case No. 08-35653 (Jointly administered under Lehman Brothers Holding Inc. Case No. 08-13555 ("<u>Debtor</u>")

<u>Claim #: 4658</u>

**Bowery Institutional Opportunity Fund, L.P.**, its successors and assigns ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, and pursuant to the terms of a Pass Through Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Contrarian Funds, LLC**
411 West Putnam Avenue
Suite 425
Greenwich, CT 06830
Tel:   203-862-8200
Attn:  Laura Reddock

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $85,321.82 and docketed as Claim No. 4658 (the "<u>Claim</u>") against the Debtor in the bankruptcy case referenced above.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

**[SIGNATURES ON FOLLOWING PAGE]**

IN WITNESS WHEREOF, each of the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated June __, 2017.

**BOWERY INSTITUTIONAL OPPORTUNITY FUND, L.P.**
By: Bowery Opportunity Management, LLC, its General Partner

By: _____
Name: Vladimir Jelisavcic
Title: Manager


**CONTRARIAN FUNDS, LLC**
By: Contrarian Capital Management, L.L.C. as Manager

By: _____
Name:
Title:      Jon R. Bauer
            Managing Member