Gary Gwilliam (Bar No. 33430)
Randall E. Strauss (Bar No. 168363)
**GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER**
1999 Harrison Street, Suite 1600
Oakland, California 94612-3528
Telephone: (510) 832-5411
Fax: (510) 832-1918
Email: GGwilliam@giccb.com, rstrauss@giccb.com

Mark S. Bostick (Bar No. 111241)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com

Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour,
Cheryl McNeil, Linda Howard-James, Isabel Guajardo and
Denise Colombo

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC.,<br>*et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Mark S. Bostick, declare:

1.    I am an attorney, and not a party to this action, am over 18 years of age, and my business address is in Oakland, California.

2.    I hereby certify that on **June 21, 2017**, I caused true and correct copies of the following documents to be served by my office:

**OBJECTION OF CLAIMANTS SYLVIA VEGA-SUTFIN, MICHELLE SEYMOUR, CHERYL MCNEIL, LINDA HOWARD-JAMES, ISABEL UAJARDO AND DENISE COLOMBO TO MOTION OF LEHMAN BROTHERS HOLDINGS INC. PURSUANT TO FED. R. BANK. P. 9019 AND 11 U.S.C. § 105(A) FOR ENTRY OF ORDER (A) APPROVING RMBS SETTLEMENT AGREEMENT AND OTHER REQUESTED RELIEF**

003336.0013\4750633.1

**BY UPS OVERNIGHT MAIL:** by enclosing said document(s) for overnight delivery, addressed to the persons listed below.

Willkie Farr & Gallagher LLP
(Attn: Paul V. Shalhoub, Esq. Todd G. Cosenza, Esq.)
787 Seventh Avenue
New York, New York 10019

Rollin Braswell Fisher LLC
(Attn: Michael A. Rollin, Esq. and Maritza D. Braswell,Esq.)
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111

**(Attorneys for LBHI and certain of its affiliates)**

Gibbs & Bruns LLP
(Attn: Kathy Patrick, Esq. and Robert Madden, Esq.)
1100 Louisiana, Suite 5300
Houston, Texas 77002

**(Attorneys for the Institutional Investors)**

Chapman & Cutler LLP
(Attn: Franklin H. Top III, Esq. and Scott A. Lewis, Esq.)
111 West Monroe Street
Chicago, Illinois  60603

Morgan, Lewis & Bockius LLP,
(Attn: Michael S. Kraut, Esq.),
101 Park Avenue,
New York, New York 10178

Seward & Kissel LLP
(Attn: M. William Munno, Esq. and Daniel E. Guzman, Esq.)
1 Battery Park Plaza
New York, New York  10004

Alston & Bird LLP,
(Attn: John C. Weitnauer, Esq.),
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309

Holwell Shuster & Goldberg LLP,
(Attn: Michael S. Shuster, Esq.)
750 Seventh Avenue, 26th Floor
New York, New York 10019

Nixon Peabody LLP
(Attn: Dennis Drebsky, Esq.)
437 Madison Avenue
New York, New York 10022

**(Attorneys for the Trustees)**

Office of the United States Trustee
Southern District of New York
(Attn: William K. Harrington, Esq.
Susan D. Golden, Esq. and Andrea B. Schwartz, Esq.)
U.S. Federal Office Building,
201 Varick Street, Suite 1006
New York, New York 10014

United States Bankruptcy Court
Southern District of New York
Chambers of the The Honorable Shelly C. Chapman
Courtroom 23
One Bowling Green
New York, New York  10004

Jacqueline Marcus – jacqueline.marcus@weil.com
Candace M. Arthur - candace.arthur@weil.com
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates
(Courtesy Copies - Service by Email)

DATED:  June 21, 2017                           WENDEL, ROSEN, BLACK & DEAN LLP

                                                By: */s/ Mark S. Bostick*
                                                    Mark S. Bostick
                                                    Attorneys for Claimants, Sylvia Vega-Sutfin,
                                                    Michelle Seymour, Cheryl McNeil, Linda
                                                    Howard-James, Isabel Guajardo and Denise
                                                    Colombo