Form 210A (10/06)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re **Lehman Brothers Holdings, Inc.**          Case No. **08-13555**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **VonWin Capital Management, LP** | **Bowery Opportunity Fund L.P** |

**Name and Address where notices to Transferee should be sent:**
By: VonWin Capital, LLC its general Partner
261 Fifth Avenue, 22nd Floor
New York, NY 10016
Attn: Roger von Spiegel
Tel: 212-889-1601
Email: cw@vonwincapital.com

Court Claim# (if Known**): 8024**
Amount of Claim: **$505,468.75**
Date Claim Filed**: August 11, 2009**
Debtor: **Lehman Brothers Holdings, Inc.**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Roger Von Spiegel**          Date:   June 21, 2017
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Exhibit B

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court (the "Bankruptcy Court")
District of Delaware
Attn: Clerk

AND TO: IN RE LEHMAN BROTHERS HOLDINGS INC., et al. ("Debtor")
Case No. 08-13555-SCC

Claim #: 8024

**BOWERY OPPORTUNITY FUND, L.P., as assignee of Quandary Inc., Ltd.**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, and pursuant to the terms of a Pass Through Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**VonWin Capital Management, L.P.**
261 Fifth Avenue, 22nd Floor
New York, NY 10016
Tel:    212-889-9700
Attn:   Charmaine Wilson

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $505,468.75 and docketed as Claim No. 8024 (the "Claim") against the Debtor in the bankruptcy case referenced above.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

**[SIGNATURES ON FOLLOWING PAGE]**

IN WITNESS WHEREOF, each of the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated June 20, 2017.

**BOWERY OPPORTUNITY FUND, L.P.**
By: Bowery Opportunity Management, LLC,
its General Partner

By: _____
Name:  Vladimir Jelisavcic
Title:  Manager
Date:  6-20-17

**VonWin Capital Management, L.P.**

By: _____
Name:  Roger von Spiegel
Title:  Managing Member of VonWin Capital, LLC,
        General Partner of VonWin Capital Management, L.P.
Date: