ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY
STEVEN W. PEPICH
LUCAS F. OLTS
DARRYL J. ALVARADO
HILLARY B. STAKEM
J. MARCO JANOSKI GRAY
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

*Bankruptcy Counsel to Royal Park Investments SA/NV*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., *et al*., | Case No. 08-13555 (SCC) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Christine Stella, hereby certify as follows pursuant to 28 U.S.C. § 1746:

1. I am a paralegal employed by the firm of Robbins Geller Rudman & Dowd LLP.

2. On June 22, 2017, I caused the *Limited Objection of Royal Park Investments SA/NV to Motion of Lehman Brothers Holdings Inc. Pursuant To Fed. R. 9019 And 11 U.S.C*

-2-

*§ 105(a) for Entry of Order (A) Approving RMBS Settlement Agreement, (B) Making Certain Required Findings Regarding Decision of RMBS Trustees and LBHI Debtors to Enter Into RMBS Settlement Agreement, (C) Scheduling Estimation Proceeding to Determine RMBS Claims and Approving Related Procedures Regarding Conduct of Hearing, and (D) Granting Related Relief* (Docket No. 55614) to be (a) electronically filed on this Court's docket in the above-captioned matter, (b) served on the parties identified on **Exhibit A** annexed hereto via e-mail pursuant to General Order M-399 and via United Parcel Service.

Dated: June 22, 2016                                         */s/ Christine Stella*
                                                                       Christine Stella

# EXHIBIT A
## SERVICE LIST

Chambers of the Honorable Shelley C. Chapman
One Bowling Green
Courtroom 23
New York, New York 10004
*CHAMBERS COPIES VIA FEDERAL EXPRESS ONLY*


Willkie Farr & Gallagher LLP,
Paul V. Shalhoub, Esq. and Todd G. Cosenza, Esq.
787 Seventh Avenue
New York, New York 10019
pshalhoub@willkie.com
tcosenza@willkie.com


Rollin Braswell Fisher LLC
Attn: Michael A. Rollin, Esq. and Maritza D. Braswell, Esq.
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
mrollin@rbf.law
mbraswell@rbf.law


Gibbs & Bruns LLP
Attn: Kathy Patrick, Esq. and Robert Madden, Esq.
1100 Louisiana, Suite 5300
Houston, Texas 77002
kpatrick@gibbsbruns.com
rmadden@gibbsbruns.com


Chapman & Cutler LLP
Attn: Franklin H. Top III, Esq. and Scott A. Lewis, Esq.
111 West Monroe Street
Chicago, Illinois 60603
top@chapman.com
slewis@chapman.com

-2-

Morgan, Lewis & Bockius LLP
Attn: Michael S. Kraut, Esq.
101 Park Avenue
New York, New York 10178
michael.kraut@morganlewis.com


Seward & Kissel LLP
Attn: M. William Munno, Esq. and Daniel E. Guzman, Esq.
1 Battery Park Plaza
New York, New York 10004
munno@sewkis.com
guzman@sewkis.com


Alston & Bird LLP
Attn: John C. Weitnauer, Esq.
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
kit.weitnauer@alston.com


Holwell Shuster & Goldberg LLP,
Attn: Michael S. Shuster, Esq.
750 Seventh Avenue, 26th Floor
New York, New York 10019
mshuster@hsgllp.com


Nixon Peabody LLP
Attn: Dennis Drebsky, Esq.
437 Madison Avenue
New York, New York 10022
ddrebsky@nixonpeabody.com


Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
Attn: William K. Harrington, Esq., Susan D. Golden, Esq., and Andrea
B. Schwartz, Esq.
201 Varick Street, Suite 1006
New York, New York 10014
Andrea.B.Schwartz@usdoj.gov
William.K.Harrington@usdoj.gov
Susan.Golden@usdoj.gov