FILED / RECEIVED

JUN 0 9 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Lehman Brothers Holdings Inc.,<br><br>Debtors. | Case No. 08-13555 (SCC)<br>(Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(E)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice (the "Transferred Claim").

| Lehman Brothers Holdings Inc. | Lehman Brothers U.K. Holdings (Delaware) Inc. |
|---|---|
| Name of Transferee | Name of Transferor |
| $12,747,152.26 | #68105 |
| Amount of Claim Transferred | Proof of Claim No. |

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Transferred Claim to the Transferee at the address below.

TRANSFEREE: Lehman Brothers Holdings Inc.

Address:    1271 Avenue of the Americas, 40th Floor, New York, NY 10020, United States of America

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By: _____    Date: June 6, 2017
Transferee's Authorized Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 & 3571*

17

## EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS HOLDINGS INC.

Lehman Brothers U.K. Holdings (Delaware) Inc., and its successors and assigns (the "Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

*Lehman Brothers Holdings Inc.*

*1271 Avenue of the Americas, 40th Floor,*
*New York*
*NY 10020,*
*United States of America.*

and its successors and assigns (the "Transferee"), such right, title and interest as it may have in and to the claim of the Transferor against LEHMAN BROTHERS HOLDINGS INC. docketed as claim number # 68105, as supplemented, modified or amended from time to time, (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) in respect of all cash and securities set forth in the Transferred Claim.

The Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer of the Transferred Claim as an unconditional assignment to the Transferee as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim to the Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June 6, 2017.

LEHMAN BROTHERS U.K. HOLDINGS (DELAWARE) INC.

By: *[signature]*
Name: Cliff Feibus
Title: Senior Vice President


LEHMAN BROTHERS HOLDINGS INC.

By: *[signature]*
Name: Cliff Feibus
Title: Senior Vice President

18

