UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |

STATE OF NEW YORK            )
                             )ss:
COUNTY OF NEW YORK           )

**AFFIDAVIT OF SERVICE**

JAMES HEANEY, being duly sworn, deposes and says:

1. I am over the age of eighteen years and am employed at Fensterstock and Partners LLP, attorneys for iFreedom Direct Corporation. I am not party to this action.

2. On June 22, 2017, I caused true and correct copies of iFreedom Direct Corporation's Limited Objection And Reservation Of Rights Concerning Motion Of Lehman Brothers Holdings Inc. Pursuant To Fed. R. Bankr. P. 9019 And 11 U.S.C. §105(A) For Entry Of Order (A) Approving RMBS Settlement Agreement, (B) Making Certain Required Findings Regarding Decision Of RMBS Trustees And LBHI Debtors To Enter Into RMBS Settlement Agreement, (C) Scheduling Estimation Proceeding To Determine RMBS Claims And Approving Related Procedures Regarding Conduct Of Hearing, And (D) Granting Related Relief in the above-referenced Chapter 11 case served by hand delivery upon the presiding Judge at the address listed below:

Honorable Shelley C. Chapman
United States Bankruptcy Court, Southern District of New York
One Bowling Green
New York, New York 10004-1408

_____
James Heaney

Sworn to before me this
22nd day of June 2017.

_____
Public Notary

Glen A. Kendall, Esq.
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02KE6276630
Qualified in Kings County
Commission Expires Feb. 19, 2017