UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                              :    Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (SCC)
                                                                   :
                     Debtors.                                 :
                                                                   :
------------------------------------------------------------x

STATE OF NEW YORK        )
                                             ) ss:
COUNTY OF NEW YORK  )

## AFFIDAVIT OF SERVICE

ALICIA FAISON, being duly sworn, deposes and says:

1. I am over 18 years of age and employed at Fensterstock & Partners LLP at 100 Broadway, 8th Floor, New York, New York 10005, attorneys for iFreedom Direct Corporation. I am not a party to this action.

2. On June 22, 2017, I caused true and correct copies of iFreedom Direct Corporation's Limited Objection And Reservation Of Rights Concerning Motion Of Lehman Brothers Holdings Inc. Pursuant To Fed. R. Bankr. P. 9019 And 11 U.S.C. §105(A) For Entry Of Order (A) Approving RMBS Settlement Agreement, (B) Making Certain Required Findings Regarding Decision Of RMBS Trustees And LBHI Debtors To Enter Into RMBS Settlement Agreement, (C) Scheduling Estimation Proceeding To Determine RMBS Claims And Approving Related Procedures Regarding Conduct Of Hearing, And (D) Granting Related Relief in the above-referenced Chapter 11 case to be served by electronic mail upon the Counsel at the addresses listed below:

Paul V. Shaloub, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Todd G. Cosenza, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Michael A. Rollin, Esq.
Rollin Braswell Fisher LLC
8350 E. Crescent Parkway, Suite 100
Greenwood Village, CO 80111

Maritza D. Braswell, Esq.
Rollin Braswell Fisher LLC
8350 E. Crescent Parkway, Suite 100
Greenwood Village, CO 80111

Kathy D. Patrick, Esq.
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, TX 77002

Robert Madden, Esq.
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, TX 77002

Franklin H. Top III, Esq.
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603

Scott A. Lewis, Esq.
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603

Michael S. Kraut, Esq.
Morgan, Lewis and Bockius
101 Park Ave.
New York, NY 10178

M. William Munno, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

Daniel E. Guzman, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

John C. Weitnauer, Esq.
Alston & Bird
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309

Michael S. Shuster, Esq.
Holwell Shuster & Goldberg LLP
750 Seventh Avenue, 26th Floor
New York, NY 10019

Dennis J. Drebsky, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

_____
Alicia Faison

Sworn to before me this
22nd day of June, 2017

_____
Notary Public

Glen A. Kendall, Esq.
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02KE6276630
Qualified in Kings County
Commission Expires Feb. 19, 2017