UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                       : Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    : Case No. 08-13555 (SCC)
                                                            :
        Debtors.                                          :
                                                            :
------------------------------------------------------------x

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )

## AFFIDAVIT OF SERVICE

ALICIA FAISON, being duly sworn, deposes and says:

1. I am over 18 years of age and employed at Fensterstock & Partners LLP at 100 Broadway, 8th Floor, New York, New York 10005, attorneys for iFreedom Direct Corporation. I am not a party to this action.

2. On June 22, 2017, I caused true and correct copies of iFreedom Direct Corporation's Limited Objection And Reservation Of Rights Concerning Motion Of Lehman Brothers Holdings Inc. Pursuant To Fed. R. Bankr. P. 9019 And 11 U.S.C. §105(A) For Entry Of Order (A) Approving RMBS Settlement Agreement, (B) Making Certain Required Findings Regarding Decision Of RMBS Trustees And LBHI Debtors To Enter Into RMBS Settlement Agreement, (C) Scheduling Estimation Proceeding To Determine RMBS Claims And Approving Related Procedures Regarding Conduct Of Hearing, And (D) Granting Related Relief in the above-referenced Chapter 11 case to be served by facsimile upon the Counsel at the addresses listed below:

William Harrington, Esq.
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Susan Golden, Esq.
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Andrea B. Schwartz
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

_____
Alicia Faison

Sworn to before me this
22nd day of June, 2017

_____
Notary Public

Glen A. Kendall, Esq.
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02KE6276630
Qualified in Kings County
Commission Expires Feb. 19, 2021