**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 55434, 55436,
: 55439, 55440, 55441, 55442,
: 55443, 55444
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 9, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 9, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                    */s/ Catherine Henriquez*
                                    Catherine Henriquez

Sworn to before me this
12th day of June, 2017
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in the Westchester County
Commission Expires November 2, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000120536233 ***    LBH TRFNTC (ADDRESS2, ADRKEYID3) 22479



BANK HAPOALIM (SWITZERLAND), LTD.
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER
STOCKERSTRASSE 33
ZURICH CH-8002
SWITZERLAND

Please note that your claim # 555855-19 in the above referenced case and in the amount of $110,000.00 allowed at $110,000.00 has been transferred (unless previously expunged by court order)

ISRAEL DISCOUNT BANK OF NEW YORK
TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: CUSTODY OPS - RE: CIF 84437
511 5TH AVE
NEW YORK, NY 10017

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    55443    in your objection. If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/09/2017    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 9, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK HAPOALIM B.M. | 50, ROTHSCHILD BLVD, 66883 TEL AVIV   ISRAEL |
| BANK LOMBARD ODIER & CO LTD. | TRANSFEROR: UBS AG, F/K/A LOMBARD ODIER & CIE, ATTN: L. DUGERDIL, 11 RUE DE LA CORRATERIE 11, CP5215, GENEVA CH1211 SWITZERLAND |
| BANK OF MONTREAL, HONG KONG | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH, 12 MARINA BOULEVARD, #18-01, MARINA BAY FINANCIAL CENTRE TOWER 3, SINGAPORE 018982 SINGAPORE |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE SINGAPORE BRANCH | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE SINGAPORE BRANCH | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE SINGAPORE BRANCH | 1 RAFFLES LINK, #05-02, SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE SINGAPORE BRANCH | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: SARAH CHAN/DIRECTOR, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| ISRAEL DISCOUNT BANK OF NEW YORK | TRANSFEROR: BANK HAPOALIM B.M., ATTN: CUSTODY OPS - RE: CIF 106258, 511 5TH AVE, NEW YORK, NY 10017 |
| ISRAEL DISCOUNT BANK OF NEW YORK | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: CUSTODY OPS - RE: CIF 84437, 511 5TH AVE, NEW YORK, NY 10017 |
| ISRAEL DISCOUNT BANK OF NEW YORK | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: CUSTODY OPS - RE: CIF 84437, 511 5TH AVE, NEW YORK, NY 10017 |
| RAYMOND CALOZ | TRANSFEROR: BANK LOMBARD ODIER & CO LTD., 5 CHEMIN DU TUBING, SIERRE 3960 SWITZERLAND |
| RAYMOND CALOZ | BANQUE RAIFEISEN, QU DE LA SARE 6, SION   SWITZERLAND |
| SCHWARZKOPF, JANN | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, KLEINER WEG 58, 34346 HANN, MUNDEN   GERMANY |
| UBS AG | TRANSFEROR: CREDIT SUISSE, ATTN: HUGO KOLLER, BAHNOFSTRASSE 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE, ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, ZURICH 8001 SWITZERLAND |

**Total Creditor Count 27**