STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen
Michael C. Keats
Jonathan D. Canfield
180 Maiden Lane
New York, NY 10038-4982
(212) 806-5400

*Counsel to Five Points, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :
*In re*:                                                         :    Case No. 08-13555 (SCC)
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :    Chapter 11
                                                                 :
               **Debtors.**                                      :    Jointly Administered
                                                                 :
---------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      : ss.:
COUNTY OF NEW YORK    )

Michael Magzamen, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On June 22, 2017, affiant served, true and correct copies of the *Limited Objection of Five Points, LLC to the Motion of Lehman Brothers Holdings Inc. to (A) Approve the RMBS Settlement Agreement, (B) Make Certain Required Findings in Connection Therewith, (C) Schedule the Estimation Proceeding and Approve the Related Procedures, and (D) Grant*

*Related Relief* [ECF No. 55613] via First Class mail and e-mail (upon those parties with e-mail addresses listed) upon those parties as set forth on the attached Service List.

        /s/ Michael Magzamen
        Michael Magzamen

Sworn to before me this
26th day of June, 2017

  /s/ Gabriel Sasson
NOTARY PUBLIC

Gabriel Sasson
Notary Public, State of New York
No. 02SA6229974
Qualified in Kings County
Commission Expires October 25, 2018

**Service List**

| | |
|---|---|
| Willkie Farr & Gallagher LLP<br>Attn:  Paul V. Shalhoub<br>            Todd G. Cosenza<br>787 Seventh Avenue<br>New York, New York 10019<br>pshalhoub@willkie.com<br>tcosenza@willkie.com | Rollin Braswell Fisher LLC<br>Attn:   Michael A. Rollin<br>             Maritza Dominguez Braswell<br>8350 East Crescent Parkway, Suite 100<br>Greenwood Village, Colorado 80111<br>mbraswell@rbf.law<br>mrollin@rbf.law |
| Gibbs & Bruns LLP<br>Attn: Kathy Patrick, Esq. and Robert Madden, Esq.<br>1100 Louisiana<br>Suite 5300<br>Houston, Texas 77002<br>rmadden@gibbsbruns.com<br>kpatrick@gibbsbruns.com | Chapman & Cutler LLP<br>Attn: Franklin H. Top III, Esq. and Scott A. Lewis, Esq.<br>111 West Monroe Street<br>Chicago, Illinois 60603<br>top@chapman.com<br>slewis@chapman.com |
| Morgan, Lewis & Bockius LLP<br>Attn: Michael S. Kraut, Esq.<br>101 Park Avenue<br>New York, New York 10178<br>michael.kraut@morganlewis.com | Seward & Kissel LLP<br>Attn: M. William Munno, Esq. and Daniel E. Guzman, Esq<br>1 Battery Park Plaza<br>New York, New York 10004<br>munno@sewkis.com<br>guzman@sewkis.com |
| Alston & Bird LLP<br>Attn: John C. Weitnauer, Esq.<br>1201 West Peachtree Street<br>Suite 4900<br>Atlanta, Georgia 30309<br>kit.weitnauer@alston.com | Holwell Shuster & Goldberg LLP<br>Attn: Michael S. Shuster, Esq.<br>750 Seventh Avenue, 26th Floor<br>New York, New York 10019<br>mshuster@hsgllp.com |
| Nixon Peabody LLP<br>Attn: Dennis Drebsky, Esq.<br>437 Madison Avenue<br>New York, New York 10022<br>ddrebsky@nixonpeabody.com | Office of the United States Trustee<br>   for the Southern District of New York<br>Attn:   William K. Harrington, Esq.<br>             Susan D. Golden, Esq.,<br>             and Andrea B. Schwartz, Esq.<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>susan.golden@usdoj.gov |