**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : | Case No. 08-13555 (SCC) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | Ref. Docket Nos. 55448, 55450, |
|  | : | 55459, 55460, 55461, 55462, |
|  |  | 55466, 55467, 55468, 55469, |
|  |  | 55470, 55474, 55475, 55478, |
|  |  | 55479, 55480, 55481, 55483, |
|  |  | 55484, 55485, 55487, 55488, |
|  |  | 55489, 55490, 55492, 55493, |
|  |  | 55494, 55496, 55497, 55498, |
|  |  | 55500, 55501, 55503, 55504, |
|  |  | 55506, 55507, 55508, 55509 |

------------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE

|  |  |  |
|---|---|---|
| STATE OF NEW YORK | ) |  |
|  | ) ss.: |  |
| COUNTY OF NEW YORK | ) |  |

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 13, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 13, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
14th day of June, 2017
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000120549476 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 22479



| | |
|---|---|
| BANK HAPOALIM (SWITZERLAND), LTD. | BANK HAPOALIM (SWITZERLAND), LTD. |
| PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER |
| ATTN: DOUGLAS R. DAVIS | STOCKERSTRASSE 33 |
| 1285 AVENUE OF THE AMERICAS | ZURICH CH-8002 |
| NEW YORK, NY 10019 | SWITZERLAND |

Please note that your claim # 555855-22 in the above referenced case and in the amount of $50,000.00 allowed at $50,375.00 has been transferred (unless previously expunged by court order)

HSBC BANK (URUGUAY) S.A.
TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD.
25 DE MAYO 471
MONTEVIDEO 11200
 URUGUAY

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          55450                    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/13/2017                          Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez

                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 13, 2017.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN  ITALY |
| BANCA IFIGEST SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: RAG. ENRICO ALGHIERI, PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: DEUTSCHE BANK AG, SINGAPORE, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: UBS AG, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: UBS AG, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, ATTN: ANJA SONNLEITHNER - INVESTMENT SERVICES, BETHMANNSTRABE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, ATTN: ANJA SONNLEITHNER - INVESTMENT SERVICES, BETHMANNSTRABE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, ATTN: ANJA SONNLEITHNER - |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BETHMANN BANK AG | INVESTMENT SERVICES, BETHMANNSTRABE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BISCHOFF, INGE ANNELIESE | TRANSFEROR: BETHMANN BANK AG, FELDSTRASSE 8, 95119 NAILA  GERMANY |
| BISCHOFF, RALPH THOMAS | TRANSFEROR: BETHMANN BANK AG, FELDSTRASSE 8, 95119 NAILA  GERMANY |
| BOCK, EVA-MARIA ANGELIKA EDITH | TRANSFEROR: BETHMANN BANK AG, WEINESCH 27, 41812 ERKELENZ  GERMANY |
| BOCK, EVA-MARIA ANGELIKA EDITH | TRANSFEROR: BETHMANN BANK AG, WEINESCH 27, 41812 ERKELENZ  GERMANY |
| BOCK, EVA-MARIA ANGELIKA EDITH | TRANSFEROR: BETHMANN BANK AG, WEINESCH 27, 41812 ERKELENZ  GERMANY |
| BOCK, EVA-MARIA ANGELIKA EDITH | TRANSFEROR: BETHMANN BANK AG, WEINESCH 27, 41812 ERKELENZ  GERMANY |
| BOCK, IRIS EVELYN SARA | TRANSFEROR: BETHMANN BANK AG, WEINESCH 27, 41812 ERKELENZ  GERMANY |
| BOCK, IRIS EVELYN SARA | TRANSFEROR: BETHMANN BANK AG, WEINESCH 27, 41812 ERKELENZ  GERMANY |
| BOCK, IRIS EVELYN SARA | TRANSFEROR: BETHMANN BANK AG, WEINESCH 27, 41812 ERKELENZ  GERMANY |
| BOCK, SILKE | TRANSFEROR: BETHMANN BANK AG, WEINESCH 27, 41812 ERKELENZ  GERMANY |
| BOCK, SILKE | TRANSFEROR: BETHMANN BANK AG, WEINESCH 27, 41812 ERKELENZ  GERMANY |
| BOCK, SILKE | TRANSFEROR: BETHMANN BANK AG, WEINESCH 27, 41812 ERKELENZ  GERMANY |
| BROSCH, BARBARA CHRISTIANE | TRANSFEROR: BETHMANN BANK AG, UNTERTAXETWEG 124, 82131 GAUTING  GERMANY |
| BUCHNER, HEINRICH | TRANSFEROR: BETHMANN BANK AG, RINGSTRASSE 29, 84337 SCHONAU  GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| DAHL, MONIKA ELISABETH | TRANSFEROR: BETHMANN BANK AG, NIEDERKASSELER KIRCHWEIG 85, 40547 DUSSELDORF GERMANY |
| DAHL, MONIKA ELISABETH | TRANSFEROR: BETHMANN BANK AG, NIEDERKASSELER KIRCHWEIG 85, 40547 DUSSELDORF GERMANY |
| DAHL, MONIKA ELISABETH | TRANSFEROR: BETHMANN BANK AG, NIEDERKASSELER KIRCHWEIG 85, 40547 DUSSELDORF GERMANY |
| DEUTSCHE BANK AG, SINGAPORE | ONE RAFFLES QUAY #20-00, SOUTH TOWER, SINGAPORE 048583 SINGAPORE |
| EFFEY, GUNTER | TRANSFEROR: BETHMANN BANK AG, ROBERT-KOCH-STRASSE 9, 40789 MONHEIM  GERMANY |
| ETZEL, WILHART TILBERT | TRANSFEROR: BETHMANN BANK AG, SONNBORNSTRASSE 53, 40625 DUSSELDORF  GERMANY |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HANNEMANN, BRITTA | TRANSFEROR: BETHMANN BANK AG, WINDTHORSTSTRASSE 12, 41464 NEUSS  GERMANY |
| HSBC BANK (URUGUAY) S.A. | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., 25 DE MAYO 471, MONTEVIDEO 11200 URUGUAY |
| KEMPEN, MATTHIAS | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, DAMPFMUHLENSTR. 145, DUREN 52355 GERMANY |
| LIMBACH, HANS-GEORG | TRANSFEROR: BETHMANN BANK AG, ALTENHOFER STRASSE 19, 42719 SOLINGEN  GERMANY |
| NOSEDA, KALMAN BARNABAS GEZA J. | TRANSFEROR: BETHMANN BANK AG, WEICHSER SCHLOSSGASSE 10, 93059 REGENSBURG GERMANY |
| PRUGLMEIER, WERNER RUDOLF | TRANSFEROR: BETHMANN BANK AG, HEMAUERSTRASSE 12 A, 93047 REGENSBURG  GERMANY |
| RODER, DR. STEPHAN | TRANSFEROR: BETHMANN BANK AG, SIBYLLENWEG 2, 74388 TALHEIM  GERMANY |
| SCHOLTEN, MARIA | TRANSFEROR: BETHMANN BANK AG, HEILIGENSTRASSE 42, 40721 HILDEN  GERMANY |
| SCHOLTEN, MARIA | TRANSFEROR: BETHMANN BANK AG, HEILIGENSTRASSE 42, 40721 HILDEN  GERMANY |
| SEIDEL, BERNHARD HERMANN WILHELM | TRANSFEROR: BETHMANN BANK AG, DELBRUCKSTRASSE 14, 14193 BERLIN  GERMANY |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG, ZURICH | TRANSFEROR: CREDIT SUISSE, ATTN: MATTHIAS MOHOS, EUROPASTRASS 2, POSTFACH, PO BOX, ZURICH 8098 SWITZERLAND |
| WEISS, DR. WERNER LEONHARD JOSEF | TRANSFEROR: BETHMANN BANK AG, GRUBKNECHTSTRASSE 2, 92224 AMBERG  GERMANY |
| WINDL, ADOLF GEORG | TRANSFEROR: BETHMANN BANK AG, JOSEF-SCHMID-STRASSE 2, 93133 BURGLENGENFELD GERMANY |
| ZEISNER, HILTRUD | TRANSFEROR: BETHMANN BANK AG, HOSPITALSTRASSE 32, 53840 TROISDORF  GERMANY |
| ZIMMERMANN, EDDA REGINA | TRANSFEROR: BETHMANN BANK AG, DRUSUSALLEE 62, 41460 NEUSS  GERMANY |
| ZIMMERMANN, EDDA REGINA | TRANSFEROR: BETHMANN BANK AG, DRUSUSALLEE 62, 41460 NEUSS  GERMANY |

**Total Creditor Count 83**