**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------ x
                                                                   :    Chapter 11
In re:                                                             :
                                                                   :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                             :
                                                                   :    (Jointly Administered)
                                        Debtors.                   :
                                                                   :    Ref. Docket No. 55449
------------------------------------------------------------------ X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 14, 2017, I caused to be served the "Notice of Defective Transfers," dated June 14, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
15th day of June, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000120553857 ***          LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 22279



BANK HAPOALIM B.M.
18851 NE 29TH AVE
MIAMI, FL 33180

BANK HAPOALIM B.M.
ATTN: DAVID HERTZ & HAROLD J. WEISSLER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

SAFRA NATIONAL BANK OF NEW YORK
ATTN: SECURITIES OPERATIONS
546 FIFTH AVENUE
NEW YORK, NY 10036

**Your transfer of claim # 55854-44 is defective for the reason(s) checked below:**

Other 7 ISINS DO NOT HOLD THE STATED POSITIONS ON THE AGREEMENT

Docket Number   55449                Date:  06/09/2017

/s/ Tony Persaud

_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK HAPOALIM B.M. | 50, ROTHSCHILD BLVD, 66883 TEL AVIV   ISRAEL |
| SAFRA NATIONAL BANK OF NEW YORK | ATTN: SECURITIES OPERATIONS, 546 FIFTH AVENUE, NEW YORK, NY 10036 |

**Total Creditor Count 5**