**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
                                                                   :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*                           :
                                                                   :   (Jointly Administered)
                          Debtors.                                 :
                                                                   :   Ref. Docket Nos. 55572, 55573,
                                                                   :   55574, 55575, 55576, 55577,
                                                                   :   55584, 55585, 55586, 55587,
                                                                   :   55589, 55590, 55591, 55592,
                                                                   :   55593, 55594, 55595
                                                                   :
------------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 20, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 20, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Konstantina Haidopoulos*
                                                    Konstantina Haidopoulos

Sworn to before me this
21st day of June, 2017
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000120619650 ***     LBH TRFNTC (MERGE2, TXNUM2) 4000122678



DEUTSCHE BANK AG, LONDON
TRANSFEROR: EIDESIS SYNTHETIC OPPORTUNITIES FUND II LTD
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: MATT WEINSTEIN
60 WALL STREET, 3RD FLOOR
NEW YORK, NY 10005

Please note that your claim # 20354 in the above referenced case and in the amount of $294,518.24 allowed at $200,000.00 has been transferred (unless previously expunged by court order)

EMPYREAN INVESTMENTS, LLC
TRANSFEROR: DEUTSCHE BANK AG, LONDON
C/O EMPYREAN CAPITAL PARTNERS, LP
ATTN: STERLING HATHAWAY
10250 CONSTELLATION BLVD, SUITE 2950
LOS ANGELES, CA 90067

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      55577      in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/20/2017                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 20, 2017.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: LONGACRE MASTER FUND II, LP, ATTN: JEFFREY OLINSKY, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: LONGACRE MASTER FUND II, LP, ATTN: JEFFREY OLINSKY, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: O'CONNOR CAPITAL STRUCTURE OPPORTUNITY MASTER LIMITED,, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATTHEW WEINSTEIN, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: O'CONNOR CAPITAL STRUCTURE OPPORTUNITY MASTER LIMITED, C/O, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATTHEW WEINSTEIN, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: EIDESIS SYNTHETIC OPPORTUNITIES FUND II LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: HIGHLAND CREDIT STRATEGIES FUND, ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: HIGHLAND CREDIT STRATEGIES FUND, ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OBSIDIAN MASTER FUND (BLK TICKER: OBSID), C/O DEUTSCHE BANK SECURITIES INC., ATTN: JEFF OLINSKY, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OBSIDIAN MASTER FUND (BLK TICKER: OBSID), C/O DEUTSCHE BANK SECURITIES INC., ATTN: JEFF OLINSKY, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STATE STREET CAYMAN TRUST COMPANY, LTD., C/O DEUTSCHE BANK SECURITIES INC. - MATT WEINSTEIN, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STATE STREET CAYMAN TRUST COMPANY, LTD., C/O DEUTSCHE BANK SECURITIES INC. - MATT WEINSTEIN, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PMT CREDIT OPPORTUNITIES FUND LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PMT CREDIT OPPORTUNITIES FUND LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PMT CREDIT OPPORTUNITIES FUND LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: TSVE CAPITAL LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND NV, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND NV, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND NV, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND NV, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND NV, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |

| Claim Name | Address Information |
| --- | --- |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND NV, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND NV, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND NV, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND NV, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND NV, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, C/O EMPYREAN CAPITAL PARTNERS, LP, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, C/O EMPYREAN CAPITAL PARTNERS, LP, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, C/O EMPYREAN CAPTIAL PARTNERS, LP, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, C/O EMPYREAN CAPITAL PARTNERS, LP, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, C/O EMPYREAN CAPITAL PARTNERS, LP, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, C/O EMPYREAN CAPITAL PARTNERS, LP, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 |

| Claim Name | Address Information |
|---|---|
| EMPYREAN INVESTMENTS, LLC | CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ROYAL BANK OF SCOTLAND NV, THE | TRANSFEROR: NG WA YEE, 7/F, LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | TRANSFEROR: CHAN KIM HUNG, EDWARD, 7/F, LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | TRANSFEROR: KWONG KWOK SHEUNG, 7/F, LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | TRANSFEROR: YIU, TIT KWONG, 7/F, LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | TRANSFEROR: CHAN, KIT OI & LEE, KAM HUNG, 7/F, LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | TRANSFEROR: CHAN, KIT OI & LEE, KAM HUNG, 7/F, LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | TRANSFEROR: LEE, KAM HUNG, 7/F, LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | TRANSFEROR: CHU, LAI CHING & TSANG, OI YAN, 7/F, LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | TRANSFEROR: CHU, LAI CHING & TSANG, OI YAN, 7/F, LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |
| ROYAL BANK OF SCOTLAND NV, THE | TRANSFEROR: LO, WING HEI, 7/F, LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |

**Total Creditor Count 60**