**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.*

Debtors.

---------------------------------------------------------------------- X

| | |
|---|---|
| : | Chapter 11 |
| : | |
| : | Case No. 08-13555 (SCC) |
| : | |
| : | (Jointly Administered) |
| : | |
| : | Ref. Docket Nos. 55173, |
| : | 55600 and 55602 |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                                       ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 22, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 22, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
23rd day of June, 2017
*/s/ Sidney J. Garabato*

Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,     **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:       BAR(23) MAILID *** 000120634931 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000142809



BOWERY INSTITUTIONAL OPPORTUNITY FUND, L.P.
TRANSFEROR: ALAN GRAY, INC.
ATTN: VLADIMIR JELISAVCIC
1325 AVENUE OF THE AMERICAS, 28TH FLOOR
NEW YORK, NY 10019

Please note that your claim # 4659 in the above referenced case and in the amount of
$2,032,105.28 allowed at $2,007,799.73 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: BOWERY INSTITUTIONAL OPPORTUNITY FUND, L.P.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          55602                    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/22/2017                    Vito Genna, Clerk of Court

/s/ Tony Persaud
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 22, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BOWERY INSTITUTIONAL OPPORTUNITY FUND, L.P. | TRANSFEROR: ALAN GRAY, INC., ATTN: VLADIMIR JELISAVCIC, 1325 AVENUE OF THE AMERICAS, 28TH FLOOR, NEW YORK, NY 10019 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: BOWERY INSTITUTIONAL OPPORTUNITY FUND, L.P., ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| HAGE-CHAHINE, MIKHAEL | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, PO BOX 340 ZOUK, MIKAEL   LEBANON |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: SARAH CHAN/DIRECTOR, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| UBS AG | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, ATTN: M. MOHOS I HALLER, BAHNHOFSTR. 45, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 6**