B 210A (Form 210A) (12/09)



# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., & Debtor  ,                Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CBH- Compagnie Bancaire Helvétique                FIBI Bank (Switzerland) Ltd
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known):  45654
should be sent:                                   Amount of Claim: _____
  blvd Emile-Jaques Dalcroze 7                    Date Claim Filed:  10/23/2009
  1204 Geneva / Switzerland                       Portion of Claim Transferred (see schedule I)
                                                  total nominal USD 1'520'000
Phone:  +41 22 839 7475                           Phone: _____
Last Four Digits of Acct #: _____            Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date:  16th June 2017
    Transferee/Transferee's Agent
Jean-Marc Marmy
Senior Vice President
CBH Compagnie Bancaire Helvétique SA
Bd Jaques-Dalcroze 7
Case postale 3754
1211 GENEVE 3

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Schedule I

Lehman Brothers Securities Related to Transferred Portion Claim:

| ISIN / Description | Court Claim | Date Claim Filed | Issuer | Nominal amount |
|---|---|---|---|---|
| XS0325475084 | 45654 | 23 October 2009 | Lehman Brothers Treasury Co.bv | USD 540'000 |
| XS0144646386 | 45654 | 23 October 2009 | Lehman Brothers Treasury Co.bv | USD 40'000 |
| XS0143892023 | 45654 | 23 October 2009 | Lehman Brothers Treasury Co.bv | USD 170'000 |
| XS0146656417 | 45654 | 23 October 2009 | Lehman Brothers Treasury Co.bv | USD 70'000 |
| XS0321124801 | 45654 | 23 October 2009 | Lehman Brothers Treasury Co.bv | USD 700'000 |
| | | | | USD 1'520'000 |

Compagnie Bancaire Helvétique SA
7 Boulevard Emile Jaques Dalcroze
CP 3754
1204 Geneva
Switzerland



United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc,
One bowling green
New York, NY 10004-1408USA

Geneva 16th June 2017

Object: Transfer Claim

Dear Sir, dear Madam,

Please find attached one order to transfer Claim held currently held with FIBI Bank (Switzerland) Ltd, in Switzerland and the description of the securities in schedule I to be transferred:

| Claim 45654 | Date of claim: 23rd October 2009 |
| --- | --- |
| ISIN XS0325475084 | amount of claim: $ 540'000 |
| ISIN XS0144646386 | amount of claim: $ 40'000 |
| ISIN XS0143892023 | amount of claim: $ 170'000 |
| ISIN XS0146656417 | amount of claim: $ 70'000 |
| ISIN XS0321124801 | amount of claim: $ 700'000 |

Please transfer them to Compagnie Bancaire Helvétique – CBH- , Geneva, Switzerland.

Please acknowledge the receipt of this letter and confirm that documents are in order for transfer.
Do not hesitate to contact us if you need any other information or documents at corporateactions@cbhbank.com

Best regards

Christine Planchamp
Back office Officer