BECKER, GLYNN, MUFFLY
CHASSIN & HOSINSKI LLP
299 Park Avenue
New York, New York 10171
Telephone: (212) 888-3033
Facsimile: (212) 888-0255
Chester B. Salomon
Alec P. Ostrow

GIBBS & BRUNS, LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903
Kathy D. Patrick (admitted *pro hac vice*)
Robert J. Madden (admitted *pro hac vice*)
David Sheeren (admitted *pro hac vice*)

*Attorneys for the Institutional Investors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------------x
```
| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC., et al.,** | : | **Case No. 08-13555 (SCC)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
```
-----------------------------------------------------------------------x
```

## THE INSTITUTIONAL INVESTORS'
## DISCLOSURE OF ECONOMIC INTERESTS

The Institutional Investors[1] make the following disclosures of their economic interests

held in relation to the debtors' securities at issue in the Plan Administrator's 9019 Motion (ECF

55232).

---

[1] The Institutional Investors are: AEGON USA Investment Management, LLC, BlackRock Financial Management, Inc., Cascade Investment, L.L.C., The Federal Home Loan Bank of Atlanta, Goldman Sachs Asset Management, L.P., Invesco Advisers, Inc., Kore Advisors, L.P., the Metropolitan Life Insurance Company, Pacific Investment Management Company, LLC,

1.      The Institutional Investors have consulted with the Plan Administrator on the nature and scope of the appropriate disclosures that should be made by RMBS trust certificateholders appearing to be heard regarding the Plan Administrator's 9019 motion (ECF 55232) seeking approval of the RMBS settlement agreement described therein.   In light of the limited nature of the matters at issue in the Plan Administrator's 9019 motion (ECF 55232), the Plan Administrator has agreed that the disclosures of the Institutional Investors should consist of the following: (a) the aggregate holdings of each of the Institutional Investors in the RMBS trusts at issue in the settlement, as of a date on or about one year prior to this disclosure date, (b) the aggregate holdings of each of the  Institutional Investors in the RMBS trusts at issue in the settlement, as of a date on or about this disclosure date, and (c) the aggregate holdings of the entire Institutional Investors group in the RMBS trusts at issue in the settlement, as of a date on or about this disclosure date.

2.      The spreadsheets attached to this disclosure as Exhibits 1 and 2 contain the disclosures described above.   Exhibit 1 contains the disclosures described in (a) and (b) of paragraph 1.  Exhibit 2 contains the disclosures described in (c) of paragraph 1.  The term "UPB" in Exhibits 1 and 2 means and refers to the unpaid principal balance remaining on the certificates.

Dated: June 28, 2017
New York, New York

---

SeaLink Funding Limited, The TCW Group, Inc., Thrivent Financial for Lutherans, Voya Investment Management (formerly known as ING Investment Management), and Western Asset Management Company.

By:    /s/ Alec P. Ostrow
     Alec P. Ostrow
     Chester B. Salomon
     BECKER, GLYNN, MUFFLY,
     CHASSIN & HOSINSKI, LLP
     299 Park Avenue
     New York, New York 10171
     Telephone: (212) 888-3033
     Facsimile: (212) 888-0255

     /s/ Robert J. Madden
     Kathy D. Patrick (admitted *pro hac vice)*
     Robert J. Madden (admitted *pro hac vice)*
     David Sheeren (admitted *pro hac vice)*
     GIBBS & BRUNS, LLP
     1100 Louisiana, Suite 5300
     Houston, Texas 77002
     Telephone: (713) 650-8805
     Facsimile: (713) 750-0903

     *Attorneys for the Institutional Investors*

Exhibit 1

**Institutional Investors' Holdings in the 237 Trusts as of June 2016 and June 2017\***

| Institutional Investor | Holdings as of June 2017 | | Holdings as of June 2016 | |
|---|---|---|---|---|
| | Original UPB | Current UPB | Original UPB | Current UPB |
| AEGON USA Investment Management, LLC | $744,739,000 | $228,729,425 | $680,954,000 | $227,291,288 |
| BlackRock Financial Management Inc. | $533,031,187 | $129,378,480 | $570,980,187 | $135,109,034 |
| Cascade Investment, L.L.C. | $151,778,000 | $31,662,417 | $151,778,000 | $34,808,828 |
| Federal Home Loan Bank of Atlanta | $350,000,000 | $51,276,727 | $350,000,000 | $63,366,246 |
| Goldman Sachs Asset Management, L.P. | $1,037,144,457 | $286,838,987 | $1,152,801,165 | $363,506,807 |
| Invesco Advisers, Inc. | $566,255,863 | $86,846,666 | $573,101,863 | $109,834,925 |
| Kore Advisors, L.P. | $401,588,422 | $95,396,159 | $168,842,972 | $45,839,077 |
| Metropolitan Life Insurance Company | $3,219,729,500 | $951,496,793 | $3,059,433,500 | $938,619,612 |
| SeaLink Funding Limited | $479,085,000 | $198,515,690 | $479,085,000 | $227,620,079 |
| Pacific Investment Management Company LLC | $12,307,926,051 | $3,280,715,778 | $10,599,673,128 | $3,197,232,104 |
| The TCW Group, Inc. | $4,035,909,149 | $630,492,319 | $4,276,797,030 | $859,513,536 |
| Thrivent Financial for Lutherans | $137,735,000 | $27,440,385 | $123,925,000 | $33,407,883 |
| Voya Investment Management LLC | $1,212,978,600 | $300,002,860 | $1,212,978,600 | $366,259,405 |
| Western Asset Management Company | $1,548,124,063 | $272,610,132 | $2,571,560,651 | $586,236,766 |
| **Total** | **$26,726,024,292** | **$6,571,402,820** | **$25,971,911,096** | **$7,188,645,590** |

\* Includes holdings for which Institutional Investors are authorized investment managers.  June 2017 holdings are as of June 20, 2017.

June 2016 holdings are as of June 20, 2016 or June 30, 2016, depending on data availability.

Exhibit 2

| Institutional Investors' Holdings by CUSIP as of June 2017 | | |
|---|---|---|
| **Bond** | **CUSIP** | **Current UPB** |
| BNCMT 2007-1 A3 | 05569GAC0 | $10,005,970 |
| BNCMT 2007-1 A4 | 05569GAD8 | $50,857,000 |
| BNCMT 2007-2 A2 | 05569QAB0 | $9,409,231 |
| BNCMT 2007-2 A3 | 05569QAC8 | $1,000,000 |
| BNCMT 2007-2 A5 | 05569QAE4 | $5,055,470 |
| BNCMT 2007-3 A2 | 05568QAB1 | $0 |
| BNCMT 2007-3 A3 | 05568QAC9 | $14,783,921 |
| LABSM 2007-1 2A1 | 52521MAB8 | $25,255,823 |
| LABSM 2007-1 2A2 | 52521MAC6 | $13,872,293 |
| LABSM 2007-1 2A4 | 52521MAE2 | $24,202,724 |
| LMT 2005-1 2A1 | 52520MAD5 | $329,571 |
| LMT 2005-1 4A7 | 52520MAR4 | $73,306,679 |
| LMT 2005-1 6A1 | 52520MAX1 | $992,421 |
| LMT 2005-2 3A1 | 52520MBY8 | $7,445,114 |
| LMT 2005-2 3A3 | 52520MCA9 | $111,709 |
| LMT 2005-2 4A1 | 52520MCF8 | $12,517,039 |
| LMT 2005-2 5A1 | 52520MCH4 | $6,165,293 |
| LMT 2005-2 5A2 | 52520MCJ0 | $0 |
| LMT 2005-3 1A3 | 52520MDP5 | $2,314,138 |
| LMT 2005-3 1A5 | 52520MDR1 | $7,406,473 |
| LMT 2005-3 2A3 | 52520MEB5 | $149,541 |
| LMT 2005-3 2A7 | 52520MEF6 | $197,810 |
| LMT 2005-3 4A1 | 52520MEK5 | $11,268,343 |
| LMT 2006-1 1A1 | 52520MEX7 | $0 |
| LMT 2006-1 1A3 | 52520MEZ2 | $0 |
| LMT 2006-1 1A5 | 52520MFB4 | $3,317,197 |
| LMT 2006-1 3A5 | 52520MFL2 | $349,237 |
| LMT 2006-2 1A1 | 52520MGG2 | $11,634,193 |
| LMT 2006-2 2A3 | 52520MGL1 | $1,094,041 |
| LMT 2006-4 1A1 | 52520RAA0 | $1,271,368 |
| LMT 2006-4 1A2 | 52520RAB8 | $7,997,426 |
| LMT 2006-4 2A2 | 52520RAF9 | $29,046,565 |
| LMT 2006-4 3A1 | 52520RAG7 | $366,699 |
| LMT 2006-4 4A1 | 52520RAH5 | $4,484,713 |

| Institutional Investors' Holdings by CUSIP as of June 2017 | | |
|---|---|---|
| **Bond** | **CUSIP** | **Current UPB** |
| LMT 2006-8 1A1 | 52520SAA8 | $6,852,926 |
| LMT 2006-8 2A1 | 52520SAD2 | $11,720,101 |
| LMT 2006-8 2A2 | 52520SAE0 | $15,069,413 |
| LMT 2006-8 4A2 | 52520SAL4 | $4,506,823 |
| LMT 2006-9 3A2 | 52521HBT9 | $7,301,955 |
| LMT 2007-1 2A2 | 52521FAE7 | $31,103,445 |
| LMT 2007-1 2A3 | 52521FAF4 | $25,279,098 |
| LMT 2007-1 2A4 | 52521FAG2 | $20,777,978 |
| LMT 2007-10 1A1 | 52522QAA0 | $3,986,965 |
| LMT 2007-10 2A1 | 52522QAD4 | $6,135,049 |
| LMT 2007-10 2A2 | 52522QAE2 | $1,938,719 |
| LMT 2007-10 3A1 | 52522QAM4 | $105,699,110 |
| LMT 2007-10 3A2 | 52522QAN2 | $4,169,320 |
| LMT 2007-10 4A1 | 52522QAW2 | $1,341,727 |
| LMT 2007-10 AX3 | 52522QBF8 | $377,352 |
| LMT 2007-2 1A2 | 52521DAB8 | $22,553,016 |
| LMT 2007-2 2A12 | 52521DAP7 | $13,516,998 |
| LMT 2007-2 2A13 | 52521DAQ5 | $0 |
| LMT 2007-3 1A2 | 52521JAB5 | $20,897,484 |
| LMT 2007-3 1A5 | 52521JAP4 | $23,747 |
| LMT 2007-3 1A6 | 52521JAQ2 | $23,747 |
| LMT 2007-4 2A2 | 52521LAF1 | $15,420,960 |
| LMT 2007-4 2A4 | 52521LAH7 | $24,499,825 |
| LMT 2007-4 4A1 | 52521LBG8 | $3,738,227 |
| LMT 2007-4 AX | 52521LBJ2 | $639,503 |
| LMT 2007-5 10A2 | 52521RCJ8 | $0 |
| LMT 2007-5 1A1 | 52521RAC5 | $848,570 |
| LMT 2007-5 1A4 | 52521RAF8 | $1,644,855 |
| LMT 2007-5 2A1 | 52521RAQ4 | $0 |
| LMT 2007-5 2A2 | 52521RAR2 | $44,137,086 |
| LMT 2007-5 2A3 | 52521RAS0 | $3,671,289 |
| LMT 2007-5 3A2 | 52521RAX9 | $326,970 |
| LMT 2007-5 4A2 | 52521RBH3 | $12,345,869 |
| LMT 2007-5 5A2 | 52521RBP5 | $33,123,692 |

| Institutional Investors' Holdings by CUSIP as of June 2017 | | |
|---|---|---|
| **Bond** | **CUSIP** | **Current UPB** |
| LMT 2007-5 6A1 | 52521RBR1 | $0 |
| LMT 2007-5 8A1 | 52521RBX8 | $1,045,347 |
| LMT 2007-5 AX1 | 52521RAA9 | $228,336 |
| LMT 2007-6 1A11 | 52521NAJ9 | $2,432,596 |
| LMT 2007-6 1A4 | 52521NAD2 | $2,320,323 |
| LMT 2007-6 2A1 | 52521NAK6 | $4,873,842 |
| LMT 2007-7 2A9 | 52519BAS9 | $7,577,452 |
| LMT 2007-7 3A1 | 52519BAW0 | $125,053 |
| LMT 2007-8 1A1 | 52521YAA4 | $14,160,784 |
| LMT 2007-8 2A1 | 52521YAC0 | $8,160,237 |
| LMT 2007-8 2A2 | 52521YAD8 | $8,756,061 |
| LMT 2007-8 2A3 | 52521YAE6 | $10,045,883 |
| LMT 2007-8 3A1 | 52521YAL0 | $31,919,742 |
| LMT 2007-8 AX1 | 52521YAT3 | $2,012,397 |
| LMT 2008-6 2A2 | 52525FAD5 | $1,768,383 |
| LXS 2005-1 2A1 | 86359DLE5 | $8,250,939 |
| LXS 2005-1 2A2 | 86359DKM8 | $159,783 |
| LXS 2005-1 3A3A | 86359DKT3 | $1,792,752 |
| LXS 2005-10 1A1 | 525221FM4 | $583,654 |
| LXS 2005-10 2A2 | 525221FZ5 | $173,005 |
| LXS 2005-10 2A4A | 525221GC5 | $21,286,534 |
| LXS 2005-2 1A1 | 86359DMN4 | $4,223,103 |
| LXS 2005-2 2A3B | 86359DMY0 | $11,820,535 |
| LXS 2005-2 2A4 | 86359DMZ7 | $967,549 |
| LXS 2005-4 1A3 | 525221CA3 | $14,372,233 |
| LXS 2005-6 1A1 | 525221CT2 | $1,695,101 |
| LXS 2005-6 1A5 | 525221CX3 | $2,431,968 |
| LXS 2005-6 3A2B | 525221DG9 | $847,123 |
| LXS 2005-6 3A3A | 525221DJ3 | $2,905,000 |
| LXS 2005-8 1A3 | 525221DT1 | $24,175,489 |
| LXS 2005-8 2A1B | 525221EB9 | $286,629 |
| LXS 2005-8 2A3 | 525221ED5 | $1,505,445 |
| LXS 2005-8 2A4A | 525221EE3 | $0 |
| LXS 2006-1 1A1 | 525221HQ3 | $11,603,052 |

| Institutional Investors' Holdings by CUSIP as of June 2017 | | |
| --- | --- | --- |
| **Bond** | **CUSIP** | **Current UPB** |
| LXS 2006-1 2A1 | 525221HZ3 | $48,413,008 |
| LXS 2006-10N 1A3A | 525229AE0 | $28,486,090 |
| LXS 2006-10N 2A1 | 525229BD1 | $1,781,872 |
| LXS 2006-10N 2A2 | 525229BE9 | $1,483,941 |
| LXS 2006-11 1A4 | 52522WAD1 | $0 |
| LXS 2006-11 2A2 | 52522WAF6 | $18,625,843 |
| LXS 2006-11 2A4 | 52522WAH2 | $4,672,238 |
| LXS 2006-12N 2A1A | 525226AN6 | $43,588,781 |
| LXS 2006-12N A2A1 | 525226AD8 | $862 |
| LXS 2006-12N A2A2 | 525226AE6 | $74 |
| LXS 2006-12N A31A | 525226AG1 | $80,772,111 |
| LXS 2006-12N A32A | 525226AJ5 | $64,693,198 |
| LXS 2006-13 1A2 | 52523LAB8 | $23,379,589 |
| LXS 2006-13 1A4 | 52523LAD4 | $36,510,614 |
| LXS 2006-13 2A1 | 52523LAK8 | $12,985,998 |
| LXS 2006-15 A2 | 52523MAB6 | $32,555,470 |
| LXS 2006-17 1A4A | 52523KBH6 | $43,944,327 |
| LXS 2006-17 1AIO | 52523KAM6 | $26,496,046 |
| LXS 2006-19 A3 | 52523YAC8 | $8,070,167 |
| LXS 2006-19 A4 | 52523YAD6 | $976,030 |
| LXS 2006-20 A2 | 52523QAB7 | $13,623,566 |
| LXS 2006-20 A4 | 52523QAD3 | $5,270,183 |
| LXS 2006-5 1A1A | 525221JT5 | $9,240,210 |
| LXS 2006-5 2A3 | 525221JX6 | $31,286,696 |
| LXS 2006-5 2A4A | 525221JY4 | $1,027,240 |
| LXS 2006-7 1A1A | 52522EAA7 | $96,283,618 |
| LXS 2006-7 2A2 | 52522EAD1 | $2,855,808 |
| LXS 2006-7 2A3A | 52522EAE9 | $22,937,394 |
| LXS 2006-8 2A1 | 52522HAC6 | $5,326,141 |
| LXS 2006-8 2A4A | 52522HAF9 | $1,829,440 |
| LXS 2006-8 3A4 | 52522HAM4 | $15,346,510 |
| LXS 2006-9 A1B | 52523DAB6 | $37,878,412 |
| LXS 2006-9 A1C | 52523DAC4 | $59,143,913 |
| LXS 2007-1 1A2 | 525241AB1 | $8,014,515 |

| Institutional Investors' Holdings by CUSIP as of June 2017 | | |
|---|---|---|
| **Bond** | **CUSIP** | **Current UPB** |
| LXS 2007-1 1A4 | 525241AD7 | $24,955,763 |
| LXS 2007-1 WF1 | 525241AL9 | $7,072,744 |
| LXS 2007-10H 1A11 | 525237BF9 | $5,961,478 |
| LXS 2007-10H 1A3 | 525237AC7 | $23,983,643 |
| LXS 2007-12N 1A2 | 52524YAB9 | $22 |
| LXS 2007-12N 1A3A | 52524YAC7 | $90,005,335 |
| LXS 2007-12N 2A1 | 52524YAF0 | $31,856,850 |
| LXS 2007-14H A12 | 52525LAR1 | $3,548,263 |
| LXS 2007-14H A211 | 52525LAT7 | $6,985,008 |
| LXS 2007-15N 1CA1 | 52524VAD1 | $72,470,708 |
| LXS 2007-15N 2A1 | 52524VAG4 | $19,962,040 |
| LXS 2007-15N 4A1 | 52524VAQ2 | $189,465,389 |
| LXS 2007-16N 2A2 | 52525BAD4 | $143,885,540 |
| LXS 2007-18N 2A1 | 52525DAD0 | $8,838,464 |
| LXS 2007-20N A1 | 52525AAA2 | $29,270,208 |
| LXS 2007-3 1BA1 | 525245AC0 | $1,138,910 |
| LXS 2007-3 1BA2 | 525245AD8 | $7,959,432 |
| LXS 2007-3 3AA | 525245AK2 | $29,217,982 |
| LXS 2007-3 4AA1 | 525245AP1 | $7,566,541 |
| LXS 2007-3 4AIO | 525245AT3 | $23,283,896 |
| LXS 2007-5H 2A1 | 525248AE0 | $30,978,949 |
| LXS 2007-5H 3A4 | 525248AY6 | $6,038,218 |
| LXS 2007-6 1A1 | 52524PAA0 | $76,841,943 |
| LXS 2007-6 2A1 | 52524PAD4 | $8,299,184 |
| LXS 2007-6 3A1 | 52524PAG7 | $6,238,455 |
| LXS 2007-6 3A5 | 52524PAL6 | $234,469 |
| LXS 2007-6 3A6 | 52524PAM4 | $15,251,706 |
| LXS 2007-7N 1A1A | 52524GAA0 | $117,124,878 |
| LXS 2007-7N 1A2 | 52524GAC6 | $12,938,786 |
| LXS 2007-7N 2A2A | 52524GAK8 | $17,838,525 |
| LXS 2007-8H A1 | 52524TAA2 | $6,285 |
| LXS 2007-9 WF1 | 52524MAT6 | $9,607,993 |
| LXS 2007-9 WF2 | 52524MAU3 | $11,940,602 |
| LXS 2007-9 WF4 | 52524MAW9 | $8,445,630 |

| Institutional Investors' Holdings by CUSIP as of June 2017 | | |
|---|---|---|
| **Bond** | **CUSIP** | **Current UPB** |
| SAIL 2003-BC1 M1 | 86358EAD8 | $0 |
| SAIL 2003-BC10 A4 | 86359A2G7 | $7,518,301 |
| SAIL 2003-BC10 B | 86359A2N2 | $67,685 |
| SAIL 2003-BC11 A3 | 86358EEK8 | $2,965,086 |
| SAIL 2003-BC11 B | 86358EES1 | $0 |
| SAIL 2003-BC11 M1 | 86358EEM4 | $10,950,438 |
| SAIL 2003-BC11 M5 | 86358EER3 | $477,628 |
| SAIL 2003-BC12 3A | 86358EFL5 | $0 |
| SAIL 2003-BC13 1A3 | 86358EEV4 | $1,851,050 |
| SAIL 2003-BC13 2A1 | 86358EEW2 | $14,087,498 |
| SAIL 2003-BC13 3A | 86358EEZ5 | $0 |
| SAIL 2003-BC13 M1 | 86358EFB7 | $604,319 |
| SAIL 2003-BC2 A2 | 86358EAK2 | $7,504,654 |
| SAIL 2003-BC2 A3 | 86358EAL0 | $2,191,791 |
| SAIL 2003-BC2 M1 | 86358EAN6 | $250,563 |
| SAIL 2003-BC2 M2 | 86358EAP1 | $157,190 |
| SAIL 2003-BC3 2A2 | 86358EAX4 | $2,284,694 |
| SAIL 2003-BC3 M1 | 86358EAZ9 | $833,193 |
| SAIL 2003-BC5 M1 | 86358EBW5 | $1,109,295 |
| SAIL 2003-BC8 M1 | 86358EEA0 | $1,418,048 |
| SAIL 2003-BC8 M3 | 86358EEC6 | $539,953 |
| SAIL 2003-BC9 3A3 | 86358EDS2 | $20,567 |
| SAIL 2004-1 A3 | 86358EFY7 | $8,745,713 |
| SAIL 2004-10 A4 | 86358ENU6 | $3,870,798 |
| SAIL 2004-10 A7 | 86358ENX0 | $10,541,899 |
| SAIL 2004-2 A4 | 86358EGW0 | $12,278,155 |
| SAIL 2004-3 A3 | 86358EGZ3 | $66,411,122 |
| SAIL 2004-3 M1 | 86358EHD1 | $8,161,781 |
| SAIL 2004-3 M2 | 86358EHE9 | $71,647 |
| SAIL 2004-5 M2 | 86358EJF4 | $7,009,986 |
| SAIL 2004-6 A3 | 86358EJS6 | $1,088,420 |
| SAIL 2004-8 A1 | 86358ELK0 | $5,712,163 |
| SAIL 2004-8 A2 | 86358ELL8 | $10,218,157 |
| SAIL 2004-8 A6 | 86358ELQ7 | $2,805,039 |

| Institutional Investors' Holdings by CUSIP as of June 2017 | | |
|---|---|---|
| **Bond** | **CUSIP** | **Current UPB** |
| SAIL 2004-8 A8 | 86358ELS3 | $9,007,771 |
| SAIL 2004-8 M1 | 86358ELZ7 | $11,343,060 |
| SAIL 2004-8 M2 | 86358EMA1 | $1,469,033 |
| SAIL 2004-8 M3 | 86358EMB9 | $2,992,727 |
| SAIL 2004-8 M4 | 86358EMC7 | $81,287 |
| SAIL 2004-8 M5 | 86358EMD5 | $489,674 |
| SAIL 2004-8 M6 | 86358EME3 | $394,648 |
| SAIL 2004-8 M7 | 86358EMF0 | $0 |
| SAIL 2004-8 M8 | 86358EMG8 | $0 |
| SAIL 2004-8 M9 | 86358EMH6 | $1,505,863 |
| SAIL 2004-9 M1 | 86358EMR4 | $7,151,014 |
| SAIL 2004-9 M3 | 86358EMV5 | $2,929,759 |
| SAIL 2004-9 M4 | 86358EMW3 | $117,619 |
| SAIL 2004-9 M6 | 86358EMY9 | $35,781 |
| SAIL 2005-1 M1 | 86358EQH2 | $0 |
| SAIL 2005-1 M2 | 86358EQJ8 | $9,469,339 |
| SAIL 2005-1 M3 | 86358EQK5 | $0 |
| SAIL 2005-10 A1 | 86358EYT7 | $9,904,311 |
| SAIL 2005-10 A6 | 86358EZJ8 | $5,559,030 |
| SAIL 2005-11 A1 | 86358EZM1 | $6,308,565 |
| SAIL 2005-11 A3 | 86358EZP4 | $23,234,115 |
| SAIL 2005-11 M1 | 86358EZU3 | $38,264,778 |
| SAIL 2005-2 M1 | 86358ERA6 | $0 |
| SAIL 2005-2 M2 | 86358ERB4 | $10,840,001 |
| SAIL 2005-3 M1 | 86358ERV0 | $0 |
| SAIL 2005-3 M2 | 86358ERW8 | $55,826,132 |
| SAIL 2005-3 M3 | 86358ERX6 | $11,090,000 |
| SAIL 2005-3 M4 | 86358ERY4 | $17,440,000 |
| SAIL 2005-4 M2 | 86358ESL1 | $3,258,850 |
| SAIL 2005-4 M3 | 86358ESM9 | $13,872,000 |
| SAIL 2005-4 M4 | 86358ESN7 | $28,058,000 |
| SAIL 2005-5 M2 | 86358ETG1 | $33,491,609 |
| SAIL 2005-5 M3 | 86358ETH9 | $44,962,000 |
| SAIL 2005-5 M4 | 86358ETJ5 | $32,468,000 |

| Institutional Investors' Holdings by CUSIP as of June 2017 | | |
| --- | --- | --- |
| **Bond** | **CUSIP** | **Current UPB** |
| SAIL 2005-5 M6 | 86358ETL0 | $0 |
| SAIL 2005-6 M1 | 86358EUA2 | $2,386,781 |
| SAIL 2005-6 M2 | 86358EUB0 | $28,672,819 |
| SAIL 2005-6 M3 | 86358EUC8 | $38,574,000 |
| SAIL 2005-6 M5 | 86358EUE4 | $0 |
| SAIL 2005-7 A5 | 86358EWB8 | $0 |
| SAIL 2005-7 M1 | 86358EWC6 | $33,266,925 |
| SAIL 2005-7 M2 | 86358EWD4 | $50,758,000 |
| SAIL 2005-7 M3 | 86358EWE2 | $15,000,000 |
| SAIL 2005-8 A4 | 86358EXP6 | $21,697,108 |
| SAIL 2005-8 M1 | 86358EXQ4 | $72,800,000 |
| SAIL 2005-9 M1 | 86358EYF7 | $78,830,000 |
| SAIL 2005-HE3 A5 | 86358EWW2 | $3,908,397 |
| SAIL 2005-HE3 M1 | 86358EWX0 | $62,157,000 |
| SAIL 2006-1 A3 | 86358EA89 | $8,468,704 |
| SAIL 2006-1 A4 | 86358EA97 | $99,461,000 |
| SAIL 2006-2 A3 | 86358EE69 | $21,186,514 |
| SAIL 2006-4 A1 | 86360WAA0 | $114,480,610 |
| SAIL 2006-4 A2 | 86360WAB8 | $65,173,465 |
| SAIL 2006-4 A4 | 86360WAD4 | $10,390,440 |
| SAIL 2006-4 A5 | 86360WAE2 | $52,000,000 |
| SAIL 2006-BNC3 A3 | 86361KAC1 | $25,837,938 |
| SARM 2004-10 1A1 | 86359BYK1 | $4,653 |
| SARM 2004-10 1A2 | 86359BXZ9 | $1,753,400 |
| SARM 2004-10 2A | 86359BYB1 | $15,021,252 |
| SARM 2004-10 3A1 | 86359BYC9 | $1,813,672 |
| SARM 2004-10 3A2 | 86359BYD7 | $6,478,993 |
| SARM 2004-16 1A1 | 863579EF1 | $10,526,371 |
| SARM 2004-16 1A2 | 863579EG9 | $2,056,837 |
| SARM 2004-16 2A | 863579EJ3 | $15,890,305 |
| SARM 2004-16 3A1 | 863579EK0 | $25,640,096 |
| SARM 2004-16 5A1 | 863579ES3 | $385,389 |
| SARM 2004-16 5A2 | 863579ET1 | $4,416,412 |
| SARM 2004-16 5A3 | 863579EU8 | $1,756,482 |

| Institutional Investors' Holdings by CUSIP as of June 2017 | | |
|---|---|---|
| **Bond** | **CUSIP** | **Current UPB** |
| SARM 2004-16 6A | 863579EX2 | $22,654,092 |
| SARM 2004-18 1A1 | 863579FQ6 | $175,758 |
| SARM 2004-18 1A2 | 863579FR4 | $1,151,290 |
| SARM 2004-18 4A1 | 863579FW3 | $8,188,529 |
| SARM 2004-18 5A | 863579GA0 | $1,455,259 |
| SARM 2004-20 1A1 | 863579GY8 | $4,339,106 |
| SARM 2004-20 1A2 | 863579GZ5 | $11,000,731 |
| SARM 2004-20 2A1 | 863579HB7 | $9,183,038 |
| SARM 2004-20 3A1 | 863579HD3 | $11,687,178 |
| SARM 2004-5 1A | 86359BPM7 | $178,569 |
| SARM 2004-5 2A | 86359BPP0 | $350,742 |
| SARM 2004-5 3A1 | 86359BPQ8 | $8,415,965 |
| SARM 2004-5 3A2 | 86359BPR6 | $4,872,439 |
| SARM 2004-9XS A | 86359BVG3 | $7,290,685 |
| SARM 2005-11 1A1 | 863579RP5 | $7,999,891 |
| SARM 2005-11 1A2 | 863579RQ3 | $106,051 |
| SARM 2005-11 2A1 | 863579RR1 | $9,886,392 |
| SARM 2005-11 3A | 863579RT7 | $2,176,963 |
| SARM 2005-12 3A1 | 863579SU3 | $10,608,812 |
| SARM 2005-15 1A1 | 863579UL0 | $5,449,813 |
| SARM 2005-15 4A1 | 863579UU0 | $16,627,957 |
| SARM 2005-17 3A1 | 863579VM7 | $8,158,169 |
| SARM 2005-17 5A1 | 863579VV7 | $5,397,542 |
| SARM 2005-20 1A1 | 863579ZE1 | $1,671,109 |
| SARM 2005-20 3A3 | 863579ZL5 | $6,187,560 |
| SARM 2005-20 4A2 | 863579ZQ4 | $0 |
| SARM 2005-22 1A1 | 863579F45 | $0 |
| SARM 2005-22 1A2 | 863579F52 | $0 |
| SARM 2005-22 1A4 | 863579J90 | $12,391,242 |
| SARM 2005-22 5A1 | 863579G77 | $807,714 |
| SARM 2005-23 1A1 | 863579K31 | $917,135 |
| SARM 2005-23 1A4 | 863579K72 | $0 |
| SARM 2005-23 3A1 | 863579L48 | $28,664,194 |
| SARM 2005-3XS M1 | 863579KD9 | $5,961,287 |

| Institutional Investors' Holdings by CUSIP as of June 2017 | | |
|:---:|:---:|:---:|
| **Bond** | **CUSIP** | **Current UPB** |
| SARM 2005-6XS A4 | 863579MK1 | $0 |
| SARM 2005-6XS M1 | 863579ML9 | $11,214,186 |
| SARM 2005-6XS M2 | 863579MM7 | $1,460,170 |
| SARM 2005-8XS M1 | 863579NZ7 | $3,437,536 |
| SARM 2006-1 5A2 | 863579P93 | $6,074,860 |
| SARM 2006-1 6A1 | 863579Q43 | $6,835,788 |
| SARM 2006-1 7A4 | 863579Q92 | $8,032,762 |
| SARM 2006-1 8A1 | 863579R42 | $14,594,726 |
| SARM 2006-10 2A1 | 86361QAD6 | $20,944,227 |
| SARM 2006-10 3A1 | 86361QAF1 | $1,324,496 |
| SARM 2006-11 1A1 | 86362HAA1 | $14,110,746 |
| SARM 2006-12 1A1 | 86362RAA9 | $49,347,279 |
| SARM 2006-12 2A1 | 86362RAC5 | $9,502,583 |
| SARM 2006-2 5A1 | 863579V47 | $28,160,597 |
| SARM 2006-3 2A1 | 863579X86 | $1,282,883 |
| SARM 2006-3 3A1 | 863579Y28 | $2,473,551 |
| SARM 2006-3 3A2 | 863579Y36 | $0 |
| SARM 2006-3 4A | 863579Y69 | $8,497,121 |
| SARM 2006-4 2A1 | 86360BAC2 | $6,904,020 |
| SARM 2006-4 4A1 | 86360BAG3 | $7,787,327 |
| SARM 2006-4 5A1 | 86360BAJ7 | $7,214,854 |
| SARM 2006-4 6A | 86360BAL2 | $16,035,495 |
| SARM 2006-4 7A2 | 86360BAN8 | $27,844,272 |
| SARM 2006-4 7A3 | 86360BAP3 | $7,318,818 |
| SARM 2006-5 1A1 | 86360NAG7 | $14,031,966 |
| SARM 2006-5 2A1 | 86360NAJ1 | $3,860,280 |
| SARM 2006-6 1A1 | 863581AA2 | $0 |
| SARM 2006-6 2A3 | 863581AG9 | $11,310,047 |
| SARM 2006-6 3A1 | 863581AJ3 | $22,792,914 |
| SARM 2006-7 1A1 | 86361BAA5 | $9,390,146 |
| SARM 2006-7 3A1 | 86361BAE7 | $34,454,092 |
| SARM 2006-7 3AF | 86361BAF4 | $9,462,300 |
| SARM 2006-7 3AS | 86361BAH0 | $9,462,300 |
| SARM 2006-7 4A1 | 86361BAJ6 | $6,626,642 |

| Institutional Investors' Holdings by CUSIP as of June 2017 | | |
|---|---|---|
| **Bond** | **CUSIP** | **Current UPB** |
| SARM 2006-8 1A2 | 86361JAB6 | $46,382,040 |
| SARM 2006-8 2A3 | 86361JAH3 | $4,732,892 |
| SARM 2006-8 3A5 | 86361JAR1 | $22,800,041 |
| SARM 2006-8 4A3 | 86361JAY6 | $254,869 |
| SARM 2006-8 4A4 | 86361JBA7 | $16,822,635 |
| SARM 2006-9 1A1 | 86361PAA4 | $4,471,087 |
| SARM 2006-9 2A2 | 86361PAF3 | $2,640,470 |
| SARM 2006-9 3A1 | 86361PAJ5 | $5,049,666 |
| SARM 2007-1 1A1 | 86362TAA5 | $5,062,083 |
| SARM 2007-1 2A1 | 86362TAD9 | $359,663 |
| SARM 2007-1 2A2 | 86362TAE7 | $224,794 |
| SARM 2007-1 2A3 | 86362TAF4 | $14,074,702 |
| SARM 2007-10 1A1 | 86364PAA1 | $6,032,771 |
| SARM 2007-10 2A1 | 86364PAD5 | $1,261,702 |
| SARM 2007-11 1A1 | 86364YAA2 | $27,455,590 |
| SARM 2007-2 1A2 | 86362UAB0 | $7,383,422 |
| SARM 2007-2 2A1 | 86362UAD6 | $5,449,868 |
| SARM 2007-3 1A1 | 86363GAA2 | $3,509,625 |
| SARM 2007-3 2A1 | 86363GAD6 | $2,401,889 |
| SARM 2007-3 3A1 | 86363GAF1 | $8,336,251 |
| SARM 2007-3 4A2 | 86363GAK0 | $0 |
| SARM 2007-4 1A1 | 86363LAA1 | $3,587,655 |
| SARM 2007-4 1A2 | 86363LAB9 | $13,999,332 |
| SARM 2007-6 3A1 | 86364CAF9 | $5,929,028 |
| SARM 2007-8 1A2 | 86362NAB6 | $5,145,705 |
| SARM 2007-8 2A1 | 86362NAE0 | $740,749 |
| SASC 2003-15A 2A1 | 86359AVQ3 | $388,186 |
| SASC 2003-15A 4A | 86359AVX8 | $47,082 |
| SASC 2003-17A 3A1 | 86359AXL2 | $112,850 |
| SASC 2003-18XS A5 | 86359AWK5 | $412,611 |
| SASC 2003-18XS A6 | 86359AWL3 | $22,286 |
| SASC 2003-25XS A6 | 86359AK44 | $523,584 |
| SASC 2003-26A 2A | 86359AS46 | $119,958 |
| SASC 2003-26A 3A5 | 86359AS95 | $21,443,171 |

| Institutional Investors' Holdings by CUSIP as of June 2017 | | |
|---|---|---|
| **Bond** | **CUSIP** | **Current UPB** |
| SASC 2003-28XS M1 | 86359AQ71 | $0 |
| SASC 2003-29 1A1 | 86359AV83 | $352,579 |
| SASC 2003-29 2A1 | 86359AW33 | $725,152 |
| SASC 2003-29 5A2 | 86359AX73 | $108,405 |
| SASC 2003-29 5A4 | 86359AX99 | $388,279 |
| SASC 2003-34A 1A | 86359A4U4 | $47,324 |
| SASC 2003-34A 3A1 | 86359A4Z3 | $244,214 |
| SASC 2003-34A 3A3 | 86359A5B5 | $3,202,921 |
| SASC 2003-34A 5A4 | 86359A5M1 | $6,370,134 |
| SASC 2003-34A 6A | 86359A5V1 | $590,917 |
| SASC 2003-35 3A1 | 86359BDL2 | $15,839 |
| SASC 2003-35 3A2 | 86359BDM0 | $524,576 |
| SASC 2003-6A 1A1 | 86359AMP5 | $0 |
| SASC 2003-6A 2A1 | 86359AMR1 | $1,658,770 |
| SASC 2004-11XS 1A5A | 86359BUE9 | $203,739 |
| SASC 2004-13 2A1 | 86359BVT5 | $40,728,037 |
| SASC 2004-15 2A1 | 86359BZQ7 | $0 |
| SASC 2004-15 3A4 | 86359BZV6 | $0 |
| SASC 2004-15 3A5 | 86359BZW4 | $0 |
| SASC 2004-15 3A8 | 86359BB26 | $0 |
| SASC 2004-16XS A4A | 86359BXL0 | $75,690 |
| SASC 2004-19XS A3C | 86359BD99 | $1,037,381 |
| SASC 2004-19XS A5 | 86359BE31 | $2,999,628 |
| SASC 2004-20 4A1 | 86359BH95 | $6,510,763 |
| SASC 2004-20 5A1 | 86359BJ28 | $416,324 |
| SASC 2004-20 5A2 | 86359BJ36 | $2,325,833 |
| SASC 2004-21XS 2A6A | 86359BP88 | $2,865 |
| SASC 2004-23XS 1A4 | 86359BU25 | $4,783 |
| SASC 2004-23XS 2A1 | 86359BU33 | $4,520,272 |
| SASC 2004-2AC A1 | 86359BFN6 | $10,008,890 |
| SASC 2004-4XS 1A6 | 86359BHM6 | $61,782 |
| SASC 2004-6XS A5B | 86359BMB4 | $1,949,869 |
| SASC 2004-6XS A6 | 86359BJU6 | $165,489 |
| SASC 2004-7 2A1 | 86359BQL8 | $54,449 |

| Institutional Investors' Holdings by CUSIP as of June 2017 | | |
|---|---|---|
| **Bond** | **CUSIP** | **Current UPB** |
| SASC 2004-7 3A1 | 86359BQM6 | $433,741 |
| SASC 2004-9XS 1A4A | 86359BRB9 | $0 |
| SASC 2004-9XS 1A6 | 86359BRD5 | $13,459 |
| SASC 2004-9XS 1M2 | 86359BRG8 | $0 |
| SASC 2004-GEL1 A | 86359BMQ1 | $2,248,215 |
| SASC 2004-GEL1 M1 | 86359BMR9 | $696,249 |
| SASC 2004-GEL1 M2 | 86359BMS7 | $409,190 |
| SASC 2004-GEL2 M2 | 80382UAL7 | $899,001 |
| SASC 2004-GEL3 A | 80382UAR4 | $174,975 |
| SASC 2004-GEL3 M2 | 80382UAT0 | $302,616 |
| SASC 2004-NP1 A | 86359BVX6 | $1,246,808 |
| SASC 2004-S2 M6 | 86359BSX0 | $211,237 |
| SASC 2004-S3 M1 | 86359BB67 | $966,792 |
| SASC 2004-S3 M2 | 86359BB75 | $70,549 |
| SASC 2004-S3 M4 | 86359BB91 | $0 |
| SASC 2004-S3 M6 | 86359BC33 | $330,602 |
| SASC 2005-1 1A1 | 86359B2R1 | $2,265,354 |
| SASC 2005-1 1A3 | 86359B2T7 | $4,845,786 |
| SASC 2005-1 1A6 | 86359B2W0 | $166,950 |
| SASC 2005-1 7A7 | 86359B3L3 | $1,274,103 |
| SASC 2005-10 1A1 | 86359DFM4 | $40,638,299 |
| SASC 2005-10 1A2 | 86359DFN2 | $95,076 |
| SASC 2005-10 3A1 | 86359DFT9 | $2,723,285 |
| SASC 2005-10 4A1 | 86359DFZ5 | $744,349 |
| SASC 2005-10 5A2 | 86359DGL5 | $1,127,910 |
| SASC 2005-14 1A1 | 86359DJL2 | $130,499 |
| SASC 2005-14 1A3 | 86359DJN8 | $4,574,496 |
| SASC 2005-15 2A4 | 86359DNN3 | $6,784,478 |
| SASC 2005-15 2A5 | 86359DNP8 | $1,892,859 |
| SASC 2005-15 4A1 | 86359DNW3 | $30,660,218 |
| SASC 2005-15 6A2 | 86359DPA9 | $144,149 |
| SASC 2005-17 4A2 | 86359DSL2 | $3,152,591 |
| SASC 2005-17 4A4 | 86359DSN8 | $4,255,172 |
| SASC 2005-17 4A6 | 86359DSQ1 | $2,353,036 |

| Institutional Investors' Holdings by CUSIP as of June 2017 | | |
|---|---|---|
| **Bond** | **CUSIP** | **Current UPB** |
| SASC 2005-17 5A1 | 86359DSR9 | $801,140 |
| SASC 2005-2XS 1A5B | 86359B2G5 | $297,498 |
| SASC 2005-2XS 2A2 | 86359B2J9 | $858,651 |
| SASC 2005-3 1A1 | 86359B5M9 | $1,792,591 |
| SASC 2005-3 1A4 | 86359B5Q0 | $0 |
| SASC 2005-4XS 2A1A | 86359B4Y4 | $11,878,692 |
| SASC 2005-5 1A1 | 863576AA2 | $3,223,531 |
| SASC 2005-5 1A3 | 863576AC8 | $4,397,793 |
| SASC 2005-5 2A2 | 863576AF1 | $4,058,408 |
| SASC 2005-5 2A4 | 863576AH7 | $3,910,637 |
| SASC 2005-7XS 2A1A | 86359B7K1 | $7,540,637 |
| SASC 2005-9XS 1A3A | 86359DEM5 | $6,556,064 |
| SASC 2005-9XS 2A1 | 86359DDS3 | $2,672,271 |
| SASC 2005-GEL2 M1 | 86359DAX5 | $1,624,785 |
| SASC 2005-GEL2 M2 | 86359DAY3 | $1,761,726 |
| SASC 2005-GEL4 M2 | 86359DRM1 | $159,247 |
| SASC 2005-GEL4 M4 | 86359DRP4 | $2,407,352 |
| SASC 2005-RF1 A | 86359DBW6 | $5,415,764 |
| SASC 2005-RF1 AIO | 86359DBX4 | $0 |
| SASC 2005-RF1 B2 | 86359DBZ9 | $252,272 |
| SASC 2005-RF2 A | 86359DEX1 | $10,004,789 |
| SASC 2005-RF2 AIO | 86359DEY9 | $0 |
| SASC 2005-RF2 B2 | 86359DFA0 | $748,831 |
| SASC 2005-RF4 B2 | 86359DQE0 | $793,795 |
| SASC 2005-RF5 2A | 86359DRU3 | $5,229,506 |
| SASC 2005-RF5 B2 | 86359DRW9 | $539,203 |
| SASC 2005-RF6 B2 | 86359DWL7 | $365,751 |
| SASC 2005-RF7 B2 | 86359DWW3 | $146,276 |
| SASC 2005-S3 M4 | 86359DHM2 | $140,351 |
| SASC 2005-SC1 1A1 | 86359DTE7 | $8,648,221 |
| SASC 2005-SC1 1A2 | 86359DTG2 | $27,886,288 |
| SASC 2006-BC2 A3 | 86361GAC0 | $17,608,857 |
| SASC 2006-BC3 A3 | 86359PAC4 | $18,522,686 |
| SASC 2006-BC4 A4 | 86359RAD8 | $34,382,891 |

| Institutional Investors' Holdings by CUSIP as of June 2017 | | |
|---|---|---|
| **Bond** | **CUSIP** | **Current UPB** |
| SASC 2006-BC4 A5 | 86359RAE6 | $71,715,000 |
| SASC 2006-BC6 A4 | 86362VAD4 | $29,305,731 |
| SASC 2006-GEL1 M1 | 863576EG5 | $7,641,739 |
| SASC 2006-GEL2 A2 | 86360CAB2 | $3,471,036 |
| SASC 2006-GEL2 M1 | 86360CAC0 | $22,536,000 |
| SASC 2006-GEL2 M3 | 86360CAE6 | $2,271,671 |
| SASC 2006-GEL3 A2 | 86360XAB6 | $239,603 |
| SASC 2006-GEL3 A3 | 86360XAC4 | $17,400,000 |
| SASC 2006-GEL3 M1 | 86360XAD2 | $10,959,500 |
| SASC 2006-GEL4 A3 | 86361NAC5 | $27,021,001 |
| SASC 2006-GEL4 M1 | 86361NAD3 | $22,644,000 |
| SASC 2006-RF3 1A1 | 863592AA9 | $1,156,769 |
| SASC 2006-RF3 1A4 | 863592AD3 | $9,073,486 |
| SASC 2006-RF3 2A | 863592AG6 | $524,478 |
| SASC 2006-RF3 3A1 | 863592AP6 | $7,139,948 |
| SASC 2006-RF3 3A2 | 863592AQ4 | $3,904,732 |
| SASC 2006-RF4 2A1 | 863911AC7 | $9,332,287 |
| SASC 2006-RF4 2A2 | 863911AD5 | $1,525,625 |
| SASC 2006-RF4 3A1 | 863911AG8 | $1,237,747 |
| SASC 2006-ZA A2 | 86362GAB1 | $30,128,129 |
| SASC 2007-BC1 A4 | 86362PAD7 | $26,615,075 |
| SASC 2007-BC2 A4 | 86362YAD8 | $4,947,614 |
| SASC 2007-BC3 1A2 | 86363WAB5 | $0 |
| SASC 2007-BC3 1A3 | 86363WAC3 | $74,328,000 |
| SASC 2007-BC3 2A2 | 86363WAF6 | $6,414,006 |
| SASC 2007-BC3 2A3 | 86363WAG4 | $51,633,000 |
| SASC 2007-BC4 A2 | 86365DAB5 | $20,765,000 |
| SASC 2007-BC4 A3 | 86365DAC3 | $0 |
| SASC 2007-BC4 A4 | 86365DAD1 | $21,332,811 |
| SASC 2007-BC4 M1 | 86365DAH2 | $35,527,218 |
| SASC 2007-BNC1 A1 | 86364XAA4 | $93,914,208 |
| SASC 2007-BNC1 A2 | 86364XAB2 | $83,734,508 |
| SASC 2007-BNC1 A4 | 86364XAD8 | $24,412,000 |
| SASC 2007-GEL1 A2 | 86362QAB9 | $30,335,630 |

| Institutional Investors' Holdings by CUSIP as of June 2017 | | |
|---|---|---|
| **Bond** | **CUSIP** | **Current UPB** |
| SASC 2007-GEL1 A3 | 86362QAC7 | $13,630,000 |
| SASC 2007-GEL2 A2 | 86363MAB7 | $15,742,938 |
| SASC 2007-GEL2 A3 | 86363MAC5 | $45,486,000 |
| SASC 2007-GEL2 M1 | 86363MAD3 | $14,562,259 |
| SASC 2007-MN1A A1 | 863613AA3 | $124,085,250 |
| SASC 2007-MN1A A3 | 863613AC9 | $42,790,000 |
| SASC 2007-OSI A2 | 863619AB8 | $588,404 |
| SASC 2007-OSI A3 | 863619AC6 | $10,520,000 |
| SASC 2007-OSI M2 | 863619AG7 | $0 |
| SASC 2007-OSI M4 | 863619AJ1 | $0 |
| SASC 2007-TC1 A | 86364GAA1 | $29,040,258 |
| SASC 2007-TC1 M1 | 86364GAC7 | $8,945,000 |
| SASC 2007-TC1 M2 | 86364GAD5 | $4,830,000 |
| SASC 2007-TC1 M3 | 86364GAE3 | $4,114,000 |
| **Total** | | **$6,571,402,820** |

\* Includes holdings for which Institutional Investors are authorized investment managers.