# Notice Recipients

District/Off: 0208−1　　　　User: arouzeau　　　　Date Created: 6/28/2017
Case: 08−13555−scc　　　　Form ID: tranapl　　　　Total: 1

**Recipients of Notice of Electronic Filing:**
aty　　　William J.F. Roll, III　　　wroll@shearman.com

TOTAL: 1