Bank Vontobel AG

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
United States

Zurich, June 15, 2017/vbfrg
Telephone 0041 58 283 50 56
Telefax 0041 58 283 51 60
roger.fivat@vontobel.ch

Please note:

Enclosed please find one form „Evidence of Transfer of Claim".
Please note, that the mentioned Lehman Products are deposited in our bank.
Our cliam number is: 67373
If you have any questions, don't hesitate to contact me.

Yours sincerely,

Bank Vontobel AG

Roger Fivat

RECEIVED
JUN 21 2017

Bank Vontobel AG                  Gotthardstrasse 43              Telephone +41(0)58 283 71 11
                                  CH-8022 Zurich                  Telefax +41(0)58 283 76 50

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,          Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Bank Vontobel AG, Zurich / Switzerland | UBS AG, Zurich / Switzerland |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Bank Vontobel AG
Gotthardstrasse 43
Corporate Actions
Postfach
CH-8022 Zurich / Switzerland

Phone: 0041 58 283 50 56

Last Four Digits of Acct #: _____

Court Claim # (if known): 59233
Date Claim Filed: not known
Amount of Claim: to be determined
Portion of Claim Transferred (see Schedule I): Units -194-

Phone: _____

Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: June 15, 2017 _____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Bank Vontobel AG
Gotthardstrasse 43
CH-8022 Zürich

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

### TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged,
**UBS AG Zurich, Switzerland** ("Transferor") unconditionally and irrevocably transferred to
**Bank Vontobel AG, Zurich** ("Transferee") all of its right, title, interest, claims and causes of
action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**)
in the nominal amounts specified in schedule 1 related to the securities with International
Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings,
Inc. (the "Debtor"), Chapter 11 Case No.:  08-13555 (JMP) (Jointly Administered), United States
Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the
books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest
extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the
Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules
or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an
order of the Bankruptcy Court may be entered without further notice to Transferor regarding the
transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of
the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested
parties that all further notices relating to the claim, and all payments or distributions of money or
property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS
EXECUTED THIS 15th day of June 2017.

**UBS AG (Transferor)**

By: _____
Name: Stephan Gfeller
Title:   Associate Director

JUN 2 1 2017

By: _____
Name: Cristoforo Pavone
Title:   Associate Director

TOC499 UBS0206 VONTOBELZH Units194 2712077
Seite 1 von 2

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|------|---------------|------------------|--------|----------------------------------------------------------------------|
| CH0027120770 | 59233 | October 30, 2009 | Lehman Brothers Treasury BV | Units 194.00 |