# MARK L. LUBELSKY AND ASSOCIATES
ATTORNEYS AT LAW

123 WEST 18th STREET, 8th FLOOR
NEW YORK, NEW YORK 10011
TELEPHONE: (212) 242-7480
FACSIMILE: (646) 619-4631

**VIA FIRST CLASS MAIL**

June 22, 2017

Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: Case Name: Lehman Brothers Holdings Inc.
Case Number: 08-13555-scc

Dear Clerk of Court:

We were counsel for LH 1440 LLC in the above captioned matter.

Our office no longer represents LH1440 LLC in regards to the above matter.

Please withdraw our firm name from the distribution list.

Very truly yours,

MARK L. LUBELSKY AND ASSOCIATES

Mark L. Lubelsky
MLL:dm