Exhibit B

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court (the "Bankruptcy Court")
      Southern District of New York
      Attn: Clerk

AND TO:   IN RE LEHMAN BROTHERS HOLDING INC., ET AL. ("Debtor")
          Case No. 08-13555-SCC

Claim #: 19010

**BLACKWELL PARTNERS LLC – SERIES A, as assignee of Citibank, N.A., assignee of Thacher Proffitt & Wood LLP Dissolution Committee,** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, and pursuant to the terms of a Pass Through Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**VONWIN CAPITAL MANAGEMENT, L.P.**
261 Fifth Avenue, 22nd Floor
New York, NY 10016
Tel:   (212) 889-9700
Attn:   Charmaine Wilson

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $185,600.00 and docketed as Claim No. 19010 (the "Claim") against the Debtor in the bankruptcy case referenced above.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

**[SIGNATURES ON FOLLOWING PAGE]**

IN WITNESS WHEREOF, each of the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated June 29, 2017.

**BLACKWELL PARTNERS LLC – SERIES A**

By: _____
Name: Abayomi A. Adigun, Investment Manager
Title: DUMAC, Inc.
Date: Authorized Agent
6/28/2017

**BLACKWELL PARTNERS LLC – SERIES A**

By: _____
Name: Jannine M. Lall, Controller
Title: DUMAC, Inc.
Date: Authorized Agent
6/28/2017

**VONWIN CAPITAL MANAGEMENT, L.P.**

By: _____
Name: Roger von Spiegel
Title: Managing Director of VonWin Capital, LLC,
General Partner of VonWin Capital Management, L.P.
Date:

Exhibit B

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   United States Bankruptcy Court (the "Bankruptcy Court")
      Southern District of New York
      Attn: Clerk

AND TO:   IN RE LEHMAN BROTHERS HOLDING INC., ET AL. ("Debtor")
          Case No. 08-13555-SCC

Claim #: 200198

**BLACKWELL PARTNERS LLC – SERIES A, as assignee of Jefferies Leveraged Credit Products, LLC,** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, and pursuant to the terms of a Pass Through Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**VONWIN CAPITAL MANAGEMENT, L.P.**
261 Fifth Avenue, 22nd Floor
New York, NY 10016
Tel:    (212) 889-9700
Attn:   Charmaine Wilson

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $234,521.52 and docketed as Claim No. 200198 (the "Claim") against the Debtor in the bankruptcy case referenced above.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

**[SIGNATURES ON FOLLOWING PAGE]**

IN WITNESS WHEREOF, each of the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated June 29 2017.

**BLACKWELL PARTNERS LLC – SERIES A**

By: _____
Name: Abayomi A. Adigun, Investment Manager
Title: DUMAC, Inc.
Date: Authorized Agent
6/28/2017

**BLACKWELL PARTNERS LLC – SERIES A**

By: _____
Name: Jannine M. Lall, Controller
Title: DUMAC, Inc.
Date: Authorized Agent
6/28/2017

**VONWIN CAPITAL MANAGEMENT, L.P.**

By: _____
Name: Roger von Spiegel
Title: Managing Director of VonWin Capital, LLC,
General Partner of VonWin Capital Management, L.P.
Date: