# Exhibit 1

**TMI – 43 Covered Trusts**

|     | Deal Name |
| --- | --- |
| 1.  | ARC 2002-BC8 |
| 2.  | ARC 2002-BC9 |
| 3.  | ARC 2002-BC10 |
| 4.  | BNC 2007-4 |
| 5.  | LABS 2007-1 |
| 6.  | LMT 2006-9 |
| 7.  | LMT 2007-1 |
| 8.  | LMT 2007-4 |
| 9.  | LMT 2007-5 |
| 10. | LMT 2007-9 |
| 11. | LMT 2008-2 |
| 12. | LMT 2008-6 |
| 13. | SAIL 2003-BC3 |
| 14. | SAIL 2003-BC4 |
| 15. | SAIL 2003-BC12 |
| 16. | SARM 2004-5 |
| 17. | SARM 2004-9XS |
| 18. | SARM 2004-10 |
| 19. | SARM 2004-16 |
| 20. | SARM 2004-18 |
| 21. | SARM 2004-20 |
| 22. | SARM 2005-11 |
| 23. | SARM 2005-12 |
| 24. | SARM 2005-15 |
| 25. | SARM 2005-17 |
| 26. | SARM 2005-20 |
| 27. | SARM 2007-1 |
| 28. | SARM 2007-2 |
| 29. | SARM 2007-3 |
| 30. | SARM 2007-4 |
| 31. | SARM 2007-6 |
| 32. | SARM 2007-11 |
| 33. | SASCO 2003-6A |
| 34. | SASCO 2003-15A |
| 35. | SASCO 2003-17A |
| 36. | SASCO 2003-26A |
| 37. | SASCO 2003-34A |
| 38. | SASCO 2003-S2 |
| 39. | SASCO 2005-S6 |
| 40. | SASCO 2005-S7 |
| 41. | SASCO 2007-BC1 |
| 42. | SASCO 2007-MLN1 |
| 43. | SASCO 2007-OSI |

SK 29346 0009 7519543