**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : Case No. 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused a true and correct copy of the *Affidavit of Jane Strobel of TMI Trust Company Regarding Its Acceptance of the RMBS Settlement Agreement and in Support of LBHI's Rule 90129 Motion to Approve It*, to be served electronically through the Court's ECF System on the parties requesting electronic service and by Federal Express or U.S. Mail, First Class, Postage Prepaid, on the parties shown below on June 29, 2017:

    s/ M. William Munno
      M. William Munno

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Honorable Shelley C. Chapman
One Bowling Green, Courtroom 623
New York, NY  10004

OFFICE OF THE US TRUSTEE
Attn:    William K. Harrington, Esq.
            Susan D. Golden, Esq.
            Andrea B. Schwartz, Esq.
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY  10014
Andrea.B.Schwartz@usdoj.gov
William.K.Harrington@usdoj.gov
Susan.Golden@usdoj.gov

WEIl GOTSHAL & MANGES LLP
Attn:    Jacqueline Marcus, Esq.
            Alfredo R. Perez, Esq
            Robert J. Lemons, Esq.
            Garrett A. Fail, Esq.
767 Fifth Avenue
New York, NY  10153
Jacqueline.Marcus@Weil.Com
Alfredo.Perez@Weil.Com
Robert.Lemons@Weil.Com
Garrett.Fail@Weil.Com

WILLKIE FARR & GALLAGHER LLP,
Attn:    Paul V. Shalhoub, Esq.
            Todd G. Cosenza, Esq.
787 Seventh Avenue
New York, New York 10019
pshalhoub@willkie.com
tcosenza@willkie.com

ROLLIN BRASWELL FISHER LLC
Attn:    Michael A. Rollin, Esq.
            Maritza Dominguez Braswell, Esq.
8350 E. Crescent Parkway, Suite 100
Greenwood Village, CO 80111
mrollin@rbf.law
mbraswell@rbf.law

MILBANK, TWEED, HADLEY & MCCLOY LLP
Attn:   Dennis F. Dunne, Esq.
          Dennis C. O'Donnell, Esq.
          Evan R. Fleck. Esq
1 Chase Manhattan Plaza
New York, NY  10005
DDUNNE@MILBANK.COM
WFOSTER@MILBANK.COM
DODONNELL@MILBANK.COM
EFLECK@MILBANK.COM

GIBBS & BRUNS LLP
Attn:   Kathy Patrick, Esq.
          Robert Madden, Esq.
1100 Louisiana, Suite 5300
Houston, Texas 77002
kpatrick@gibbsbruns.com
rmadden@gibbsbruns.com

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
Attn:   Gary Gwilliam
          Randall E. Strauss
1999 Harrison Street, Suite 1600
Oakland, California 94612-3528
GGwilliam@giccb.com,
 rstrauss@giccb.com

WENDEL, ROSEN, BLACK & DEAN LLP
Attn:   Mark S. Bostick
1111 Broadway, 24th Floor
Oakland, California 94607-4036
mbostick@wendel.com