# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Richard L. Levine
212-310-8286
richard.levine@weil.com

June 29, 2017

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**Re: Lehman Brothers Holdings Inc.
ADR Procedures Order Dated 9/17/09 (the "Order")
Eighty-third Status Report**

Dear Judge Chapman:

We submit this report to the Court (the eighty-third) pursuant to Order ¶13 that governs the Tier One ADRs, as amended by the Order dated May 11, 2017 (ECF No. 55342), on behalf of Lehman Brothers Holdings, Inc. ("LBHI"). In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012.

Approximately five hundred ADR Notices have been served in Tiers One and Two. In the four months following the last prior report, the Lehman entities closed settlements in seven additional ADR matters (six following mediation) involving nine counterparties. Including the $114,559,010 from these new settlements, LBHI and its affiliates who were chapter 11 debtors have now received an aggregate of $3,283,088,148 new dollars – so almost $3.3 billion – for the various estates through the receivables ADR process. Settlements have been achieved in 465 ADR matters involving 602 counterparties.

Honorable Shelley C. Chapman**Weil, Gotshal & Manges LLP**
June 29, 2017
Page 2

To date, of the 276 ADR matters that have reached the mediation stage and been terminated, 273 have been settled in or subsequent to mediation; only three mediations have been terminated with the parties remaining in litigation.

Respectfully submitted,

*/s/ Richard Levine (mp)*

Richard L. Levine
WEIL, GOTSHAL & MANGES LLP
Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

RLL:mp

cc: Stephen Crane, Esq
Jacob Esher, Esq.
James Freund, Esq.
David Geronemus, Esq.
Jane Greenspan, Esq.
Ralph Mabey, Esq.
David Cohen, Esq.
(all cc's via E-mail)

Honorable Shelley C. Chapman
June 29, 2017
Page 3

bcc:   Matthew Cantor
       Martha Solinger
       Thomas Hommel
       Lawrence Brandman
       Abhishek Kalra
       Aissa Bautista
       Lehman Lit ADR Group