IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Alec P. Ostrow, a member of the Bar of this Court and a member of the firm Becker, Glynn, Muffly, Chassin & Hosinski LLP, certify that on June 29, 2017, I caused the following documents:

1. The Institutional Investors' Disclosure of Economic Interest [ECF 55655]

2. The Institutional Investors' Response in Support of the RMBS Settlement 9019 Motion (ECF 55232) and Entry of the Trustee Findings and Bar Order [ECF 55673]

to be served (a) by Federal Express, upon the parties attached hereto Exhibit A, and (b) by email to the parties listed below at approximately 4:35 p.m. (EDT):

pshalhoub@willkie.com; mrollin@rbf.law; mbraswell@rbf.law; top@chapman.com; michael.kraut@morganlewis.com; munno@sewkis.com; guzman@sewkis.com; kit.weitnauer@alston.com; mshuster@hsgllp.com; 'ddrebsky@nixonpeabody.com' (ddrebsky@nixonpeabody.com); DFliman@kasowitz.com; MHanin@kasowitz.com; ngueron@cgr-law.com; izaur@cgr-law.com; khansen@stroock.com; mkeats@stroock.com; jcanfield@stroock.com; metkin@lowenstein.com; abehlmann@lowenstein.com; artl@rgrdlaw.com; stevep@rgrdlaw.com; lolts@rgrdlaw.com; dalvarado@rgrdlaw.com; hstakem@rgrdlaw.com; mjanoski@rgrdlaw.com; jsanchez@rgrdlaw.com; SRudman@rgrdlaw.com; RRothman@rgrdlaw.com; GGwilliam@giccb.com; rstrauss@giccb.com; mbostick@wendel.com; ladler@fensterstock.com; ghofmann@cohnekinghorn.com

I declare that the foregoing is true and correct under penalty of perjury.

*331007v1*

Dated: New York, New York
June 30, 2017

/s/ Alec P. Ostrow
Alec P. Ostrow

BECKER, GLYNN, MUFFLY,
CHASSIN & HOSINSKI LLP
299 Park Avenue
New York, New York 10171
Telephone: (212) 888-3033
Facsimile: (212) 888-0255
aostrow@beckerglynn.com

*331007v1*

2

**Exhibit A**

| | |
|---|---|
| Robbins Geller Rudman & Dowd LLP<br>Samuel H. Rudman<br>Robert M. Rothman<br>58 South Service Road, Suite 200<br>Melville, NY 11747 | Robbins Geller Rudman & Dowd LLP<br>Arthur C. Leahy<br>Steven W. Pepich<br>Lucas F. Olts<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498 |
| Fensterstock & Partners, LLP<br>100 Broadway, 8th floor<br>New York, New York 10005-4514<br>Attention: Lani A. Adler | Cohne Kinghorn, P.C.<br>111 East Broadway, 11th floor<br>Salt Lake City, Utah 84111<br>Attention: George Hofmann |
| Stroock & Stroock & Lavan LLP<br>Kristopher M. Hansen<br>Michael C. Keats<br>Jonathan D. Canfield<br>180 Maiden Lane<br>New York, NY 10038-4982 | Lowenstein Sandler LLP<br>Michael S. Etkin, Esq.<br>1251 Avenue Of the Americas, 17th Floor<br>New York, New York 10022 |
| Lowenstein Sandler LLP<br>Andrew Behlmann, Esq.<br>65 Livingston Avenue<br>Roseland, New Jersey 07068 | Gary Gwilliam<br>Randall E. Strauss<br>Gwilliam, Ivary, Chlosso, Cavalli & Brewer<br>1999 Harrison Street, suite 1600<br>Oakland, California 94612-3528 |
| Mark S. Bostick<br>Wendel, Rosen, Black & Dean LLP<br>1111 Broadway, 24th floor<br>Oakland, California 94607-4036 | United States Bankruptcy Court<br>Southern District Of New York<br>Attn: The Honorable Shelley C. Chapman<br>One Bowling Green, Courtroom 621<br>New York, NY 10004 |
| Willkie Farr & Gallagher LLP<br>Attn: Shalhoub & Cosenza<br>787 Seventh Avenue<br>New York, NY 10019 | Rollin Braswell Fisher LLC<br>Attn: Rollin & Braswell<br>8350 East Crescent Parkway, Suite 100<br>Greenwood Village, CO 80111 |
| Chapman and Cutler LLP<br>Attn: Franklin Top III<br>111 West Monroe Street<br>Chicago, IL 60603 | Morgan Lewis & Bockius LLP<br>Attn: Michael S. Kraut, Esq.<br>101 Park Avenue<br>New York, NY 10178 |

*331007v1*

| | |
|---|---|
| Office of The US Trustee<br>William K. Harrington, Esq, Susan Golden, Esq.<br>Andrea B. Schwartz, Esq<br>U.S. Federal Office Building<br>201 Varick Street, 1006<br>New York, NY 10014 | Seward & Kissel LLP<br>Attn:  M. William Munno, Esq. & Daniel E. Guzman, Esq.<br>One Battery Park Plaza<br>New York, NY 10004 |
| Alston & Bird LLP<br>Attn: John C. Weitnauer<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA  30309-3424 | Holwell Shuster & Goldberg LLP<br>Attn: Michael S. Shuster, Esq.<br>750 Seventh Avenue, 26th Floor<br>New York, NY 10019 |
| Nixon Peabody LLP<br>Attn: Dennis J. Drebsky<br>437 Madison Avenue<br>New York, NY 10022 | Kasowitz Benson Torres LLP<br>Attn: Fliman & Hanin<br>1633 Broadway<br>New York, NY 10019 |
| Clarick Gueron Reisbaum LLP<br>Attn: Gueron & Zaur<br>220 Fifth Avenue<br>14th Floor<br>New York, NY 10001 | |