**MORGAN, LEWIS & BOCKIUS LLP**
Michael S. Kraut
James O. Moore
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Attorneys for U.S. Bank National Association, acting solely in its trustee capacity of certain Accepting Trusts*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

| | |
|---|---|
| *In re*: | |
| | Chapter 11 |
| Lehman Brothers Holdings Inc., *et al.*, | |
| Debtors. | Case No. 08-13555 (SCC) |
| | (Jointly Administered) |
| | |
| | **Re:** Docket Nos. 55677, 55678, 55679, 55680, 55682, 55684, 55685 |

---------------------------------------------------------x

CERTIFICATE OF SERVICE

I, Elaine V. Fenna, hereby certify that, on June 30, 2017, I caused service of the *(I) RMBS Trustees' Statement in Support of the LBHI Debtors' Motion for Approval of the RMBS Settlement Agreement; (II) Affidavit of Brad Zwetzig in Connection with the RMBS Trustees' Statement in Support of LBHI Debtors' 9019 Motion and accompanying exhibits; (III) Affidavit of Edmond Esses in Connection with the RMBS Trustees' Statement in Support of LBHI Debtors' 9019 Motion; (IV) Affidavit of Jose Fraga in Connection with RMBS Trustees' Statement in Support of LBHI Debtors' 9019 Motion and accompanying exhibits;* and *(V) Declaration of*

*Judith K. Fitzgerald in Connection with RMBS Trustees' Statement in Support of LBHI Debtors'*

*9019 Motion and accompanying exhibits*, to be served via electronic mail on the following:

aostrow@beckerglynn.com; pshalhoub@willkie.com; mrollin@rbr.law; mbraswell@rbf.law; top@chapman.com; munno@sewkis.com; guzman@sewkis.com; kit.weitnauer@alston.com; mshuster@hsgllp.com; 'ddrebsky@nixonpeabody.com' (ddrebsky@nixonpeabody.com); DFliman@kasowitz.com; MHanin@kasowitz.com; ngueron@cgr-law.com; izaur@cgr-law.com; khansen@stroock.com; mkeats@stroock.com; jcanfield@stroock.com; metkin@lowenstein.com; abehlmann@lowenstein.com; artl@rgrdlaw.com; stevep@rgrdlaw.com; lolts@rgrdlaw.com; dalvarado@rgrdlaw.com; hstakem@rgrdlaw.com; mjanoski@rgrdlaw.com; jsanchez@rgrdlaw.com; SRudman@rgrdlaw.com; RRothman@rgrdlaw.com; GGwilliam@giccb.com; rstrauss@giccb.com; mbostick@wendel.com; ladler@fensterstock.com; ghofmann@cohnekinghorn.com;

and to be served via overnight mail on the following:

1. The U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.

2. Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan R. Fleck, Esq., attorneys for the Creditors' Committee

3. GODFREY & KAHN, S.C., One East Main Street, Suite 500, P.O. Box 2719, Madison, Wisconsin 53701-2719, Attn: Katherine Stadler, Brady C. Williamson

and to be served via hand delivery on the following:

Chambers of the Honorable Shelley C. Chapman
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004

I declare that the foregoing is true and correct under penalty of perjury.

                                                  */s/ Elaine V. Fenna*
                                                  ELAINE V. FENNA