WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Tel: (303) 945-7415
Fax: (303) 974-7468
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
|                                                        )
In re                                                    )   Chapter 11 Case No.
                                                         )
Lehman Brothers Holdings Inc., et al.,                   )   08-13555 (SCC)
                                                         )
          Debtors.                                       )   Jointly Administered
                                                         )
------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JULY 6, 2017 AT 9:00 A.M. (EASTERN TIME)**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, Room 623, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTER GOING FORWARD:**

1. Motion of Lehman Brothers Holdings Inc. Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. § 105(a) for Entry of Order (A) Approving RMBS Settlement Agreement, (B) Making Certain Required Findings Regarding Decision of RMBS Trustees and LBHI Debtors to Enter into RMBS Settlement Agreement, (C) Scheduling Estimation Proceeding to Determine RMBS Claims and Approving

Related Procedures Regarding Conduct of Hearing, and (D) Granting Related Relief [Docket No. 55232].

<u>Response Deadline</u>:   June 22, 2017 at 12:00 p.m. noon (ET).

<u>Responses Received</u>:

    A.    Preliminary Objection of the Investor Group to the Motion of Lehman Brothers Holdings Inc. Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. § 105(a) **[Docket No. 55432]**.

    B.    Objection of Claimants Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda Howard-James, Isabel Guajardo and Denise Colombo to Motion of Lehman Brothers Holdings Inc. Pursuant to Fed. R. Bank. P. 9019 and 11 U.S.C. § 105(a) for Entry of Order (A) Approving RMBS Settlement Agreement and Other Requested Relief [Docket No. 55609].

    C.    Limited Objection of Five Points, LLC to the Motion of Lehman Brothers Holdings Inc. to (A) Approve the RMBS Settlement Agreement, (B) Make Certain Required Findings In Connection Therewith, (C) Schedule the Estimation Proceeding and Approve the Related Procedures, and (D) Grant Related Relief [Docket No. 55613].

    D.    Limited Objection of Royal Park Investments SA/NV to Motion of Lehman Brothers Holdings Inc. Pursuant to Fed. R. 9019 and 11 U.S.C § 105(a) for Entry of Order (A) Approving RMBS Settlement Agreement, (B) Making Certain Required Findings Regarding Decision of RMBS Trustees and LBHI Debtors to Enter into RMBS Settlement Agreement, (C) Scheduling Estimation Proceeding to Determine RMBS Claims and Approving Related Procedures Regarding Conduct of Hearing, and (D) Granting Related Relief [Docket No. 55614].

    E.    Limited Objection of Royal Park Investments SA/NV to Motion of Lehman Brothers Holdings Inc. Pursuant to Fed. R. 9019 and 11 U.S.C § 105(a) for Entry of Order (A) Approving RMBS Settlement Agreement, (B) Making Certain Required Findings Regarding Decision of RMBS Trustees and LBHI Debtors to Enter into RMBS Settlement Agreement, (C) Scheduling Estimation Proceeding to Determine RMBS Claims and Approving Related Procedures Regarding Conduct of Hearing, and (D) Granting Related Relief [Docket No. 55615].

    F.    iFreedom Direct Corporation's Limited Objection and Reservation of Rights Concerning Motion of Lehman Brothers Holdings Inc.

       Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §105(a) for Entry of Order (A) Approving RMBS Settlement Agreement, (B) Making Certain Required Findings Regarding Decision of RMBS Trustees and LBHI Debtors to Enter into RMBS Settlement Agreement, (C) Scheduling Estimation Proceeding to Determine RMBS Claims and Approving Related Procedures Regarding Conduct of Hearing, and (D) Granting Related Relief [Docket No. 55616].

Related Documents:

G.     Institutional Investors' Motion to Intervene in Support of: (A) the RMBS Settlement, (B) the Plan Administrator's 9019 Motion (ECF 55232), and (C) Entry by the Court of the Trustee Findings and Bar Order [Docket No. 55457].

H.     Notice of Change of July 6, 2017 Hearing Time [Docket No. 55640].

I.     Letter from Paul V. Shalhoub to Chambers Regarding RMBS Settlement Motion [Docket No. 55650].

J.     The Institutional Investors Disclosure of Economic Interests [Docket No. 55665].

K.     Order Granting the Institutional Investors' Motion to Intervene [Docket No. 55667].

L.     Notice of Withdrawal of Preliminary Objection of the Investor Group to the Motion of Lehman Brothers Holdings Inc. Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. § 105(a) [Docket No. 55670].

M.     The Institutional Investors' Response in Support of the RMBS Settlement 9019 Motion (ECF 55232) and Entry of the Trustee Findings and Bar Order [Docket No. 55673].

N.     Affidavit of Melissa Rossiter in Support of LBHI Debtors' Rule 9019 Motion to Approve the RMBS Settlement Agreement [Docket No. 55676].

O.     RMBS Trustees' Statement in Support of the LBHI Debtors' Motion For Approval of the RMBS Settlement Agreement [Docket No. 55677].

P.     Affidavit of Brad Zwetzig in Connection with RMBS Trustees' Statement in Support of LBHI Debtors' 9019 Motion [Docket No. 55678].

Q.  Exhibits to Affidavit of Brad Zwetzig in Connection with RMBS Trustees' Statement in Support of LBHI Debtors' 9019 Motion [Docket No. 55679].

R.  Declaration of Judith K. Fitzgerald in Connection with RMBS Trustees' Statement in Support of LBHI Debtors' 9019 Motion [Docket No. 55680].

S.  Affidavit of Jane Strobel of TMI Trust Company Regarding Its Acceptance of the RMBS Settlement Agreement and in Support of LBHI's Rule 9019 Motion to Approve It [Docket No. 55681].

T.  Affidavit of Jose Fraga in Connection with RMBS Trustees' Statement in Support of LBHI Debtors' 9019 Motion [Docket No. 55682].

U.  Affidavit of Adam Scozzafava in Support of LBHI Debtors' Rule 9019 Motion to Approve the RMBS Settlement Agreement [Docket No. 55683].

V.  Exhibits to Affidavit of Jose Fraga in Connection with RMBS Trustees' Statement in Support of LBHI Debtors' 9019 Motion [Docket No. 55684].

W.  Affidavit of Edmond Esses in Connection with RMBS Trustees' Statement in Support of LBHI Debtors' 9019 Motion [Docket No. 55685].

X.  Lehman Brother Holdings Inc.'s Omnibus Reply in Further Support of the Motion of Lehman Brothers Holdings Inc. Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. § 105(a) for Entry of Order (A) Approving RMBS Settlement Agreement, (B) Making Certain Required Findings Regarding Decision of RMBS Trustees and LBHI Debtors to Enter into RMBS Settlement Agreement, (C) Scheduling Estimation Proceeding to Determine RMBS Claims and Approving Related Procedures Regarding Conduct of Hearing, and (D) Granting Related Relief [Docket No. 55690].

Y.  Declaration of Paul V. Shalhoub In Support of the Motion of Lehman Brothers Holdings Inc. Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. § 105(a) for Entry of Order (A) Approving RMBS Settlement Agreement, (B) Making Certain Required Findings Regarding Decision of RMBS Trustees and LBHI Debtors to Enter into RMBS Settlement Agreement, (C) Scheduling Estimation Proceeding to Determine RMBS Claims and Approving Related Procedures Regarding Conduct of Hearing, and (D) Granting Related Relief [Docket No. 55691].

Z.  Declaration of Zachary Trumpp In Support of the Motion of Lehman Brothers Holdings Inc. Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. § 105(a) for Entry of Order (A) Approving RMBS Settlement Agreement, (B) Making Certain Required Findings Regarding Decision of RMBS Trustees and LBHI Debtors to Enter into RMBS Settlement Agreement, (C) Scheduling Estimation Proceeding to Determine RMBS Claims and Approving Related Procedures Regarding Conduct of Hearing, and (D) Granting Related Relief [Docket No. 55692].

AA.  Notice of Filing of Revised Proposed Order Approving RMBS Settlement Agreement [Docket No. 55699].

Status:  The above matter will be going forward at the Hearing.

Dated: July 5, 2017
      New York, New York

/s/ Paul V. Shalhoub
Paul V. Shalhoub
Todd G. Cosenza
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)
ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Tel: (303) 945-7415
Fax: (303) 974-7468

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*