| | |
|---|---|
| STROOCK & STROOCK & LAVAN LLP<br>Kristopher M. Hansen<br>Michael C. Keats<br>Jonathan D. Canfield<br>180 Maiden Lane<br>New York, NY 10038-4982<br>(212) 806-5400 | Hearing Date: July 6, 2017 at 10:00 a.m. (ET)<br>Related ECF Nos. 55232, 55613, 55690 |

*Counsel to Five Points, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
**In re:**                                                   :    Case No. 08-13555 (SCC)
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                 :    Chapter 11
                                                             :
            **Debtors.**                                     :    Jointly Administered
                                                             :
------------------------------------------------------------ x

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF FIVE POINTS, LLC TO THE MOTION OF LEHMAN BROTHERS HOLDINGS INC. TO (A) APPROVE THE RMBS SETTLEMENT AGREEMENT, (B) MAKE CERTAIN REQUIRED FINDINGS IN CONNECTION THEREWITH, (C) SCHEDULE THE ESTIMATION PROCEEDING AND APPROVE THE RELATED PROCEDURES, AND (D) GRANT RELATED RELIEF

**PLEASE TAKE NOTICE THAT**, on June 22, 2017, Five Points, LLC ("Five Points"), as a beneficial owner of certificates, notes or other securities issued by various residential mortgage-backed securities trusts set forth on Exhibit A to the RMBS Settlement Agreement[1], by and through its undersigned counsel, submitted the *Limited Objection of Five Points, LLC to the Motion of Lehman Brothers Holdings Inc. to (A) Approve the RMBS Settlement Agreement, (B) Make Certain Required Findings in Connection Therewith, (C) Schedule the Estimation Proceeding and Approve the Related Procedures, and (D) Grant Related Relief* [Docket No. 55613] (the "Objection") to the *Motion of Lehman Brothers Holdings Inc. Pursuant to Fed. R.*

---

[1]    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion (as defined below).

*Bankr. P. 9019 and 11 U.S.C. § 105(a) for Entry of Order (A) Approving RMBS Settlement Agreement, (B) Making Certain Required Findings Regarding Decision of RMBS Trustees and LBHI Debtors to Enter Into RMBS Settlement Agreement, (C) Scheduling Estimation Proceeding to Determine RMBS Claims and Approving Related Procedures Regarding Conduct of Hearing, and (D) Granting Related Relief* [Docket No. 55232] (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT**, as generally set forth in paragraphs 33–35 of *Lehman Brothers Holdings Inc.'s Omnibus Reply in Further Support of the Motion of Lehman Brothers Holdings Inc. Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C § 105(a) for Entry of Order (A) Approving RMBS Settlement Agreement, (B) Making Certain Required Findings Regarding Decision of RMBS Trustees and LBHI Debtors to Enter into RMBS Settlement Agreement, (C) Scheduling Estimation Proceeding to Determine RMBS Claims and Approving Related Procedures Regarding Conduct of Hearing, and (D) Granting Related Relief* [Docket No. 55690], Five Points has reached a resolution with the Trustees and the Plan Administrator with respect to the Objection and in reliance thereon, hereby withdraws the Objection.

Dated: July 5, 2017  
       New York, New York

STROOCK & STROOCK & LAVAN LLP

By: /s/ Kristopher M. Hansen  
    Kristopher M. Hansen  
    Michael C. Keats  
    Jonathan D. Canfield  
    180 Maiden Lane  
    New York, NY 10038-4982  
    (212) 806-5400

*Counsel to Five Points, LLC*

2