# HOLWELL SHUSTER & GOLDBERG LLP

*750 Seventh Avenue, 26th Floor*
*New York, New York 10019*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Michael S. Shuster*
*646-837-5153*
*mshuster@hsgllp.com*

July 5, 2017

**VIA EMAIL AND ECF**

Honorable Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:    *In re Lehman Brothers Holdings Inc. RMBS Claims Estimation Hearing*

Dear Judge Chapman:

We write on behalf of the RMBS Trustees in response to Todd G. Cosenza's letter dated July 4, 2017. We are in receipt of and are evaluating the documents and information that the Plan Administrator began producing to us yesterday, some of which was not made available to us until late this afternoon, in response to discovery disputes we last discussed with Mr. Cosenza on June 22, 2017.

We have already identified deficiencies in the Plan Administrator's production, but while we evaluate the production, we think it prudent for the Court to await further clarification from the RMBS Trustees as to whether a conference is necessary to resolve any remaining disputes.

Respectfully submitted,

Michael S. Shuster

cc:    All counsel (via email)