**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas, 17th Floor
New York, New York 10022
212.262.6700 (Telephone)
212.262.7402 (Facsimile)

*Bankruptcy Counsel to Royal Park Investments SA/NV*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO DOCKET NO. 55232

PLEASE TAKE NOTICE that Royal Park Investments SA/NV, based upon the revised proposed form of order filed on July 5, 2017 [Docket No. 55699], hereby withdraws the *Limited Objection of Royal Park Investments SA/NV to Motion of Lehman Brothers Holdings Inc. Pursuant To Fed. R. 9019 And 11 U.S.C § 105(a) for Entry of Order (A) Approving RMBS Settlement Agreement, (B) Making Certain Required Findings Regarding Decision of RMBS Trustees and LBHI Debtors to Enter Into RMBS Settlement Agreement, (C) Scheduling Estimation Proceeding to Determine RMBS Claims and Approving Related Procedures Regarding Conduct of Hearing, and (D) Granting Related Relief* [Doc. No. 55615].

[ *signature page follows* ]

-2-

Dated: July 5, 2017
      New York, New York

| **LOWENSTEIN SANDLER LLP** | **ROBBINS GELLER RUDMAN & DOWD LLP** |
|---|---|
| */s/ Michael S. Etkin* | Arthur C. Leahy |
| Michael S. Etkin, Esq. | Steven W. Pepich |
| 1251 Avenue of the Americas, 17th Floor | Lucas F. Olts |
| New York, New York 10022 | Darryl J. Alvarado |
| 212.262.6700 Telephone | Hillary B. Stakem |
| 212.262.7402 Facsimile | J. Marco Janoski Gray |
| metkin@lowenstein.com | Juan Carlos Sanchez |
|  | 655 West Broadway, Suite 1900 |
| Andrew Behlmann, Esq. | San Diego, California 92101-3301 |
| 65 Livingston Avenue |  |
| Roseland, New Jersey 07068 | 619.231.1058 Telephone |
| 973.597.2500 Telephone | 619.231.7423 Facsimile |
| 973.597.2400 Facsimile |  |
| abehlmann@lowenstein.com | Samuel H. Rudman |
|  | 58 South Service Road, Suite 200 |
|  | Melville, New York 11747 |
|  | 631.367.7100 Telephone |
|  | 631.367.1173 Facsimile |
|  |  |
| *Bankruptcy Counsel to Royal Park Investments SA/NV* | *Counsel to Royal Park Investments SA/NV* |