※ UBS

UBS AG
Europastrasse 2
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Stephan Gfeller
248
+41 44 235 62 83
+41 44 239 46 44
stephan.gfeller@ubs.com

BY REGISTERED MAIL
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com

# Message

June 16, 2017

[RECEIVED JUN 26 2017 stamp]

**subject** Claim Transfer Agreement Lehman Program Securities

On behalf of          Attention: Clerk of the Court

you are receiving    Evidence of partial transfer of claim: EFG Bank AG, Lugano Branch Switzerland

☐ for your information       ☐ returned with thanks       ☐ please return
☒ for your records           ☐ please comment             ☒ please confirm receipt
☐ as agreed                  ☐ please sign                ☒ please process
☐ please complete

Remarks
TOCE189.1:  USD 150'000.00    XS0305438821
TOCE189.2:  USD 100'000.00    XS0312194854

Transferor: EFG Bank AG / Claim Number: 545221.02
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

*[signature]*

Stephan Gfeller
Associate Director



## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **EFG Bank AG, Lugano Branch Switzerland** ("Transferor") unconditionally and irrevocably transferred to **UBS Switzerland AG, Zuerich,** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 545221.02**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on

| EFG Bank AG | UBS Switzerland AG |
| Lugano branch | Zuerich |

Transferor | Transferee

By: Lugano, May 15, 2017 | By: UBS AG, 15.06.2017
Name: pp A. Ferrari    pp S. Gaffuri | Name: C. Pavone    S. Gfeller
Title: | Title:
 | Associate Director

## SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0305438821 | 545221.02 | | LEHMAN BROTHERS TREASURY | USD-150'000- |
| XS0312194854 | 545221.02 | | LEHMAN BROTHERS TREASURY | USD-100'000- |