**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ X
In re:                                                                                                            :     Chapter 11
                                                                                                                       :     Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :
                                                                                                                       :
                                    Debtors.                                                        :
------------------------------------------------------------------------ X
In re:                                                                                                            :     SIPA
                                                                                                                       :     Case No. 08-01420 (SCC)
LEHMAN BROTHERS INC.,                                                          :
                                                                                                                       :
                                    Debtor.                                                           :
------------------------------------------------------------------------ X
LEHMAN BROTHERS HOLDINGS INC. and                         :     Adversary Proceeding
OFFICIAL COMMITTEE OF UNSECURED                          :     Case No. 10-03266 (SCC)
CREDITORS OF LEHMAN BROTHERS HOLDINGS     :
INC., *et al.*,                                                                                     :
                                                                                                                       :
                                    Plaintiff and                                             :
                                    Plaintiff Intervenor,                               :
                                                                                                                       :
            -against-                                                                             :
                                                                                                                       :
JPMORGAN CHASE BANK, N.A.,                                                 :
                                                                                                                       :
                                    Defendant.                                                    :
------------------------------------------------------------------------ X

```
------------------------------------------------------------------------ X
LEHMAN BROTHERS HOLDINGS INC., LEHMAN           :   Adversary Proceeding
BROTHERS SPECIAL FINANCING INC., LEHMAN         :   Case No. 12-01874 (SCC)
BROTHERS COMMODITY SERVICES INC., LEHMAN        :
OFFICIAL COMMITTEE OF UNSECURED                 :
CREDITORS OF LEHMAN BROTHERS HOLDINGS           :
INC., et al.,                                   :
                                                :
                    Plaintiffs,                 :
                                                :
          -against-                             :
                                                :
JPMORGAN CHASE BANK, N.A., J.P. MORGAN          :
MARKETS LIMITED (F/K/A BEAR STEARNS             :
INTERNATIONAL LIMITED), J.P. MORGAN             :
SECURITIES LTD., J.P. MORGAN VENTURES           :
ENERGY CORPORATION, JP MORGAN CHASE             :
AND CO., JPMORGAN BANK DUBLIN (F/K/A            :
BEAR STEARNS BANK PLC), BEAR STEARNS            :
CREDIT PRODUCTS INC. and BEAR STEARNS           :
FOREX INC.,                                     :
                                                :
                    Defendants.                 :
------------------------------------------------------------------------ X
```

## STIPULATION AND ORDER AMENDING PROTECTIVE ORDERS

This Stipulation is entered into by and between the undersigned counsel, acting for and on behalf of their respective clients: (a) Lehman Brothers Holdings Inc. ("LBHI") and (b) JPMorgan Chase Bank, N.A. ("JPMorgan" and, together with LBHI, the "Parties").

WHEREAS, on May 31, 2017, the Court so-ordered a stipulation [Case No. 08-13555, Dkt. # 55408] (the "Second Extension Stipulation") in which LBHI and JPMorgan agreed to modify Paragraph 17 of the 2010 Adversary Proceeding Protective Order[1] and Paragraph 15 of the 2012 Adversary Proceeding Protective Order; and

---

[1] Defined terms used but not defined herein shall have the meanings ascribed to them by the Second Extension Stipulation.

WHEREAS, the Parties have entered into this Stipulation and agree to be bound by its terms;

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND UPON COURT APPROVAL HEREOF, IT IS ORDERED THAT:

The 120-day deadline in the May 31 Order is hereby extended by an additional forty-five (45) days.

DATED: June 29, 2017                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  *s/ Tyler G. Whitmer*
    Tyler G. Whitmer
    *Counsel for Lehman Brothers Holdings Inc.*

DATED: June 29, 2017                WACHTELL, LIPTON, ROSEN & KATZ

By *s/ Ian Boczko*
    Ian Boczko
    *Counsel for JPMorgan Chase Bank, N.A.*

**IT IS SO ORDERED:**

Dated:   July 6, 2017

/S/ Shelley C. Chapman
HON. SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTYCY JUDGE