CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
Franklin H. Top, III (admitted *pro hac vice*)

Attorneys for U.S. Bank National Association, as Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | CASE No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**PARTIAL WITHDRAWAL OF PROOF OF CLAIMS OF U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FILED AGAINST LEHMAN BROTHERS HOLDINGS INC., AND
LEHMAN BROTHERS SPECIAL FINANCING INC. IN CONNECTION WITH CERTAIN FORWARD
PURCHASE AGREEMENTS**

---

**PLEAE TAKE NOTICE** that U.S. Bank National Association, not individually but as Trustee ("*U.S. Bank*"), by and through its counsel, Chapman and Cutler LLP, hereby partially withdraws Proof of Claim number 31037, against Lehman Brothers Special Finance Inc., with respect to the following Forward Purchase Agreements:

1. DSDA dated as of October 30, 1997 among First Trust of California National Association, American Baptist Homes of the West and Lehman Brothers Special Financing Inc. (ABAG);

2. DSRF Lock-In Agreement dated as of October 30, 1997 among First Trust of California National Association, American Baptist Homes of the West and Lehman Brothers Special Financing Inc. (ABAG);

FPAPartialWithdrawal.doc

3. DSDA dated as of October 30, 1997 among First Trust of California National Association, American Baptist Homes of the West and Lehman Brothers Special Financing Inc. (ABAG);

4. First Amendment to Debt Services Lock-In Agreement dated as of June 4, 1998 by and among Episcopal Homes Foundation, U.S. Bank Trust National Association and Lehman Brothers Special Financing Inc. (ABAG);

5. Forward Delivery Agreement with respect to the Grant Joint Union High School District (Sacramento and Placier Counties);

6. Bond Reserve Fund Forward Delivery Agreement by and between Guam Power Authority, U.S. Bank Trust N.A. and LBSF dated as of September 28, 2000;

7. Debt Service Forward Delivery Agreement dated as of December 28, 1995 by and between Cherokee County Water and Sewerage Authority and LBSF;

8. Amendment Agreement dated as of February 20, 2004 by and between The Utilities Board of the City of Muscle Shoals Alabama, Southtrust Bank and LBSF;

9. DSDA dated as of April 16, 1998 by and among First Union National Bank Airis Newark LLC and LBSF;

10. FPA - Redlands Finance Authority Series 1999-A;

11. FPA - Redlands Finance Authority Wastewater Series 1999-A;

12. FPA - Robinson Township Municipal Authority Water/Sewer Revenue Bonds Series 2007 A/B;

13. DSDA dated as of April 12, 2000 by and between State Street Bank and Trust Company and LBSF (Southbridge Training);

14. RFA dated as of January 25, 1996 between the City of Thousand Oaks, BNY Western Trust Company and LBSF;

15. Float Forward Agreement - University of Medicine and Dentistry - University Housing Series 2004;

16. IHFFA Ancilla Restricted Escrow Securities Series 1992C;

17. Clark 1995 Debt Service Reserve;

18. Clark/Atlanta University 1995 Collateral.

No other Forward Purchase Agreement covered by Claim number 31037 shall be affected. No other claim of U.S. Bank National Association, in any capacity, shall be affected hereby.

Dated: July 7, 2017
       New York, New York

Respectfully submitted,

By: /s/ Franklin H. Top, III

Counsel to U.S. Bank National Association, as Trustee