**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------ x
                                                                    :   Chapter 11
In re:                                                              :
                                                                    :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                              :
                                                                    :   (Jointly Administered)
                                   Debtors.                         :
                                                                    :   Ref. Docket Nos. 55611, 55612,
                                                                    :   55619
------------------------------------------------------------------ X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 26, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 26, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Konstantina Haidopoulos*
                                                          Konstantina Haidopoulos

Sworn to before me this
27th day of June, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:  BAR(23) MAILID *** 000120678249 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000143917



BKM HOLDINGS (CAYMAN) LTD.
TRANSFEROR: GFA I LLC
C/O DAVIDSON KEMPNER
ATTN: JENNIFER DONOVAN
65 EAST 55TH STREET
NEW YORK, NY 10022

Please note that your claim # 27016 in the above referenced case and in the amount of $10,785,837.59 has been transferred (unless previously expunged by court order)

UNICREDIT BANK AUSTRIA AG
TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD.
ATTN: DANIEL KHUNY, ABT. 8139
JULIUS TANDLER PLATZ 3
1090 VIENNA
 AUSTRIA

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    55612    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/26/2017                         Vito Genna, Clerk of Court

/s/ Tony Persaud
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 26, 2017.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GFA I LLC, C/O DAVIDSON KEMPNER, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BOWERY OPPORTUNITY FUND, L.P. | TRANSFEROR: QUANDARY INC. LTD., F/K/A LONGACRE OPPORTUNITY FUND, L.P., ATTN: VLADIMIR JELISAVCIC, 1325 AVENUE OF THE AMERICAS, 28TH FLOOR, NEW YORK, NY 10019 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: LEHMAN BROTHERS UK HOLDINGS (DELAWARE) INC, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS UK HOLDINGS (DELAWARE) INC | TRANSFEROR: DWS COMMUNICATIONS FUND, INC., ATTN: KRISTINE DICKSON, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| UNICREDIT BANK AUSTRIA AG | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., ATTN: DANIEL KHUNY, ABT. 8139, JULIUS TANDLER PLATZ 3, 1090 VIENNA AUSTRIA |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: BOWERY OPPORTUNITY FUND, L.P., ATTN: ROGER VON SPIEGEL, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 10016 |

**Total Creditor Count 6**