**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 55604, 55605,
: 55608, 55625, 55626

------------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 27, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 27, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Konstantina Haidopoulos*
                                                        Konstantina Haidopoulos

Sworn to before me this
28th day of June, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000120679713 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000154336



BLACKWELL PARTNERS LLC
TRANSFEROR: CITIBANK, N.A.
C/O DUMAC, INC.
ATTN: JANNINE LALL
280 SOUTH MANGUM STREET, SUITE 210
DURHAM, NC 27701-3675

Please note that your claim # 19009 in the above referenced case and in the amount of $646,801.56 allowed at $646,801.56 has been transferred (unless previously expunged by court order)

CONTRARIAN FUNDS, LLC
TRANSFEROR: BLACKWELL PARTNERS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    55626    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/27/2017                Vito Genna, Clerk of Court

/s/ Tony Persaud
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 27, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: UBS AG, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BLACKWELL PARTNERS LLC | TRANSFEROR: CITIBANK, N.A., C/O DUMAC, INC., ATTN: JANNINE LALL, 280 SOUTH MANGUM STREET, SUITE 210, DURHAM, NC 27701-3675 |
| BOWERY INSTITUTIONAL OPPORTUNITY FUND, L.P. | TRANSFEROR: NYKREDIT BANK A/S, F/K/A LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P., ATTN: VLADIMIR JELISAVCIC, 1325 AVENUE OF THE AMERICAS, 28TH FLOOR, NEW YORK, NY 10019 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: BLACKWELL PARTNERS LLC, ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: BOWERY INSTITUTIONAL OPPORTUNITY FUND, L.P., ATTN: ALISA MUMOLA, 411 WEST PUTNAM AVENUE, SUITE 425, GREENWICH, CT 06830 |
| LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED | (IN LIQUIDATION), TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), 8TH FLOOR, PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL   HONG KONG |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: SIMON ORR, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 11**