**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
                                                                    :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*                            :
                                                                    :   (Jointly Administered)
        Debtors.                                                    :
                                                                    :   Ref. Docket Nos. 55606, 55629,
                                                                    :   55630, 55631, 55632, 55633,
                                                                        55634, 55635, 55636, 55637,
                                                                        55638, 55639
------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 28, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 28, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Konstantina Haidopoulos*
                                        Konstantina Haidopoulos

Sworn to before me this
29th day of June, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or otherwise being assigned the claim.

To:

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: RICH VICHAIDITH
60 WALL ST.
NEW YORK, NY 10005

Please note that your claim # 27839-03 in the above referenced case and in the amount of $0.00 allowed at $1,350,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000120682494 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000179104



CARVAL GCF LUX MASTER S.A.R.L.
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
C/O CARVAL INVESTORS, LLC
ATTN: VINCENT CONLEY
9320 EXCELSIOR BOULEVARD, 7TH FLOOR
HOPKINS, MN 55343

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER       55638        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/28/2017                              Vito Genna, Clerk of Court

                                                /s/ Tony Persaud
                                                _____
                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 28, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: EFG BANK AG, HONG KONG BRANCH, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| CARVAL GCF LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: VINCENT CONLEY, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CARVAL GCF LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL  INVESTORS, LLC, ATTN: VINCENT CONLEY, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI AA LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: VINCENT CONLEY, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: VINCENT CONLEY, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: VINCENT CONLEY, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: VINCENT CONLEY, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: VINCENT CONLEY, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: VINCENT CONLEY, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN  55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: VINCENT CONLEY, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: VINCENT CONLEY, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS BANKHAUS, AG IN INSOLVENZ, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS BANKHAUS, AG IN INSOLVENZ, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS BANKHAUS, AG IN INSOLVENZ, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS BANKHAUS, AG IN INSOLVENZ, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS BANKHAUS, AG IN INSOLVENZ, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS BANKHAUS, AG IN INSOLVENZ, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| EFG BANK AG, HONG KONG BRANCH | BAHNHOFSTRASSE 16, ATTN: ISABEL FARAGALLI, P.O. BOX 2255, ZURICH 8022 SWITZERLAND |
| EFG BANK AG, HONG KONG BRANCH | GREENBERG  TRAURIG LLP, ATTN MARIA DECONZA, 200 PARK AVE, NEW YORK, NY 10166 |
| VI AA LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: VINCENT CONLEY, HOPKINS, MN 55343 |

| Claim Name | Address Information |
|---|---|

**Total Creditor Count 25**