**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
                               :       Chapter 11

In re:                           :

LEHMAN BROTHERS HOLDINGS, INC., *et al.*   :       Case No. 08-13555 (SCC)

                               :       (Jointly Administered)

                  Debtors.     :

                               :       Ref. Docket No. 55607
------------------------------------------------------------------- X

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 28, 2017, I caused to be served the "Notice of Defective Transfers," dated June 28, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Konstantina Haidopoulos*
                                        Konstantina Haidopoulos

Sworn to before me this
29th day of June, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                          Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., et al.
                                                                Case No. 08-13555 (SCC)

                                                                (Jointly Administered)

                                        Debtors.

---

## NOTICE OF DEFECTIVE TRANSFER

Transferor:     EFG BANK AG
                ATTN: ANDREA FERRARI
                VIA STEFANO FRANSCINI 8
                LUGANO 6900
                SWITZERLAND


Transferee:     BANK JULIUS BAER & CO. LTD.
                ATTN: PATRIK ROOS
                BAHNOFSTRASSE 36
                ZURICH, CH-8010
                SWITZERLAND


**Your transfer as presented is defective for the reason(s) checked below:**

( ) case closed on:
( ) address missing: (transferor) (transferee)
( ) signature of transferor missing
( ) claim number in error
( ) claim number not stated
( ) amount of transfer missing in Transfer Agreement
( ) not FRBP 3001(e)(2) OR (4); claim **NOT** on file
( ) not FRBP 3001(e)(1) OR (3); claim **ON** file
( ) notice amount does not match transfer agreement
( ) cannot docket transfer-claim #
  [ ] expunged by court order
  [ ] previously transferred
        By document #
**(X) Other**
    **[Specify]: Transferor does not hold the specified claim piece**


NOTE:
**Docket Number: 55607**

/s/ Lauren Rodriguez
Epiq Bankruptcy Solutions LLC
as Claims Agent for the Debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage
prepaid on June 28,2017

**EXHIBIT B**

LBH_DEFTRANSNTC_DN55607_6-28-17                    LBH_DEFTRANSNTC_DN55607_6-28-17

EFG BANK AG                                        BANK JULIUS BAER & CO. LTD.
ATTN: ANDREA FERRARI                               ATTN: PATRIK ROOS
VIA STEFANO FRANSCINI 8                            BAHNOFSTRASSE 36
LUGANO 6900                                        ZURICH, CH-8010
SWITZERLAND                                        SWITZERLAND