**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
|                                   : | Chapter 11
In re:                              : |
                                    : | Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. : |
                                    : | (Jointly Administered)
                    Debtors.        : |
                                    : | Ref. Docket Nos. 55651 and 55652
                                    : |
------------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 29, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 29, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
30th day of June, 2017
/s/ *Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission expires Sept 24, 2017

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000120684754 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000105460



BANCA AKROS SPA
ATTN: MR. LUCA GANDOLFI
VIA EGINARDO, 29
20149 MILAN
ITALY

Please note that your claim # 56041-97 in the above referenced case and in the amount of $2,908.49 allowed at $2,915.83 has been transferred (unless previously expunged by court order)

UBS AG
TRANSFEROR: BANCA AKROS SPA
ATTN: MR. HUGO KELLER
BAHNOFSTRASSE 45
8001 ZURICH
SWITZERLAND

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    55652    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/29/2017                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 29, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN   ITALY |
| BANCA IFIGEST SPA | TRANSFEROR: UNIONE DI BANCHE ITALIANE SPA, ATTN: ENRICO ALGIERI, VIA PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |
| UBS AG | TRANSFEROR: BANCA AKROS SPA, ATTN: MR. HUGO KELLER, BAHNOFSTRASSE 45, 8001 ZURICH   SWITZERLAND |
| UNIONE DI BANCHE ITALIANE SPA | ATTENTION: LUCA BONZANINI, AREA AFFARI LEGALI E CONTENZIOSO, PIAZZA V. VENETO N. 8, BERGAMO 24121 ITALY |
| UNIONE DI BANCHE ITALIANE SPA | ALLEN & OVERY, ATTN: CRAIG BYRNE, VIA MANZONI, 41-43, MILANO 20121 ITALY |

**Total Creditor Count 5**