**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 55662
------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 29, 2017, I caused to be served the "Notice of Defective Transfer," dated June 29, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Catherine Henriquez*
                                        Catherine Henriquez

Sworn to before me this
30th day of June, 2017
/s/ *Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission expires Sept 24, 2017

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  
LEHMAN BROTHERS HOLDINGS, INC., et al.

Debtors.

Chapter 11

Case No. 08-13555 (SCC)

(Jointly Administered)

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    UBS AG
               ATTN: HUGO KOLLER
               BAHNHOFSTRASSE 45
               ZURICH, 8001
               SWITZERLAND

Transferee:    BASELLANDSCHAFTLICHE KANTONALBANK LIESTAL
               ATTN: MARTIN LEHMANN
               RHEINSTRASSE 7
               LIESTAL, CH-4410
               SWITZERLAND

**Your transfer as presented is defective for the reason(s) checked below:**

( ) case closed on:
( ) address missing: (transferor) (transferee)
( ) signature of transferor missing
( ) claim number in error
( ) claim number not stated
( ) amount of transfer missing in Transfer Agreement
( ) not FRBP 3001(e)(2) OR (4); claim **NOT** on file
( ) not FRBP 3001(e)(1) OR (3); claim **ON** file
( ) notice amount does not match transfer agreement
( ) cannot docket transfer-claim #
  [ ] expunged by court order
  [ ] previously transferred
        By document #
**(X) other**
   (specify): Docket text does not match the transfer contained in the actual docket file

NOTE:

**Docket Number: 55662**

/s/ Lauren Rodriguez
Epiq Bankruptcy Solutions LLC
as Claims Agent for the Debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 29, 2017

**EXHIBIT B**

LBH_DEFTRANSNTC_DN55662_6-29-17

LBH_DEFTRANSNTC_DN55662_6-29-17

UBS AG
ATTN: HUGO KOLLER
BAHNHOFSTRASSE 45
ZURICH, 8001
SWITZERLAND

BASELLANDSCHAFTLICHE KANTONALBANK
LIESTAL
ATTN: MARTIN LEHMANN
RHEINSTRASSE 7
LIESTAL, CH-4410
SWITZERLAND