**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------  x
                                                              :    Chapter 11
In re:                                                        :
                                                              :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                        :
                                                              :    (Jointly Administered)
                     Debtors.                                 :
                                                              :    Ref. Docket Nos. 55666, 55669,
                                                              :    55674
                                                              :
------------------------------------------------------------  X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SENA SHARON, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 3, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 3, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sena Sharon*
Sena Sharon

Sworn to before me this
3rd day of July, 2017
/s/ *Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission expires Sept 24, 2017

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000120783278 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000154335



BLACKWELL PARTNERS LLC
TRANSFEROR: CITIBANK, N.A.
C/O DUMAC, INC.
ATTN: JANNINE LALL
280 SOUTH MANGUM STREET, SUITE 210
DURHAM, NC 27701-3675

Please note that your claim # 19010 in the above referenced case and in the amount of $898,316.28 allowed at $234,521.52 has been transferred (unless previously expunged by court order)

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: BLACKWELL PARTNERS LLC
ATTN: CHARMAINE WILSON
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    55674    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/03/2017    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 3, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BLACKWELL PARTNERS LLC | TRANSFEROR: CITIBANK, N.A., C/O DUMAC, INC., ATTN: JANNINE LALL, 280 SOUTH MANGUM STREET, SUITE 210, DURHAM, NC 27701-3675 |
| BLACKWELL PARTNERS, LLC | TRANSFEROR: JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC, C/O DUMAC, INC. ATTN: JANNINE LALL, 280 SOUTH MANGUM STREET, SUITE 210, DURHAM, NC 27701-3675 |
| CREDIT SUISSE ITALY S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MARIA LUZZI, VIA SANTA MARGHERITA, 3, 20121 MILANO ITALY |
| UNIONE DI BANCHE ITALIANE S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: ANDREA ANCIDEI, PIAZZA VITTORIO VENETO, 8, 24051 BERGAMO ITALY |
| VONWIM CAPITAL MANAGEMENT, L.P. | TRANSFEROR: BLACKWELL PARTNERS, LLC, ATTN: CHARMAINE WILSON, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 10016 |
| VONWIN CAPITAL MANAGEMENT, L.P. | TRANSFEROR: BLACKWELL PARTNERS LLC, ATTN: CHARMAINE WILSON, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 10016 |

**Total Creditor Count 8**