**Exhibit A**

| Entity[1] | Address | Unpaid Principal Balance of RMBS Interests, as of August 11, 2016 | Unpaid Principal Balance of RMBS Interests, as of May 2, 2017 | Unpaid Principal Balance of RMBS Interests, as of June 30, 2017 |
|---|---|---|---|---|
| Whitebox Advisors LLC | 3033 Excelsior Boulevard Suite 300 Minneapolis, MN 55416 | $517,645,215.44 | $439,932,880.44 | $429,750,696.00 |
| Deer Park Road Management Company, LP | 1865 Ski Time Square Suite 102 Steamboat Springs, CO 80477 | $59,242,469.64 | $171,771,688.68 | $173,606,344.99 |
| Tilden Park Capital Management LP | 452 Fifth Avenue 28th Floor New York, NY 10018 | $193,957,744.92 | $144,021,312.65 | $111,483,304.16 |
| Prophet Capital Asset Management LP | 5000 Plaza On The Lake Blvd Suite 180 Austin, TX 78746 | N/A | $263,556,569.00 | $254,074,263.00 |
| Tricadia Capital Management, LLC | 780 3rd Avenue #29 New York, NY 10017 | N/A | $161,658,638.16 | $153,582,249.40 |
| BlueMountain Capital Management, LLC | 280 Park Avenue 12th Floor New York, NY 10017 | N/A | $121,143,056.17 | $114,767,837.00 |
| Poet Advisors | 1330 6th Avenue, 14th Fl. New York, NY 10019 | N/A | $34,394,312.10 | $46,683,969.90 |
| FFI Fund Ltd. | c/o DMS Corporate Services Ltd. P.O. Box 1344 DMS House 20 Genesis Close Grand Cayman KY1-1108 Cayman Islands | N/A | N/A | $113,100,000.00 |
| FYI Ltd. | c/o DMS Corporate Services Ltd. P.O. Box 1344 DMS House 20 Genesis Close Grand Cayman KY1-1108 Cayman Islands | N/A | N/A | $22,250,000.00 |

---

[1] Holds the listed disclosable economic interests on behalf of itself or its advisory clients.

| Entity[1] | Address | Unpaid Principal Balance of RMBS Interests, as of August 11, 2016 | Unpaid Principal Balance of RMBS Interests, as of May 2, 2017 | Unpaid Principal Balance of RMBS Interests, as of June 30, 2017 |
|---|---|---|---|---|
| Olifant Fund, Ltd. | c/o DMS Corporate Services Ltd. P.O. Box 1344 DMS House 20 Genesis Close Grand Cayman KY1-1108 Cayman Islands | N/A | N/A | $13,740,000.00 |
| Strongbow Fund Ltd. | c/o DMS Corporate Services Ltd. P.O. Box 1344 20 Genesis Close, DMS House George Town Grand Cayman KY1-1108 Cayman Islands | N/A | N/A | $120,000.00 |
| TOTALS | | $770,845,430.00 | $1,336,478,457.20 | $1,433,158,664.45 |