**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                      :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (SCC)
                                            :
           Debtors.                         :    (Jointly Administered)
                                            :
                                            :    Ref. Docket Nos. 55699 and 55700
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 5, 2017, I caused to be served the:

   a. "Notice of Filing of Revised Proposed Order Approving RMBS Settlement Agreement," dated July 5, 2017 [Docket No. 55699], and

   b. "Notice of Agenda of Matters Scheduled for Hearing on July 6, 2017 at 9:00 A.M. (Eastern Time)," dated July 6, 2017 [Docket No. 55700],

   by causing true and correct copies to be:

      i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

      ii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, and

      iii. delivered via electronic mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
5th day of July, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2017

# EXHIBIT A

*OVERNIGHT SERVICE LIST:*

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ANDREW BEHLMANN | LOWENSTEIN & SANDLER 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| ARTHUR LEAHY | STEVEN PEPICH ROBBINS GELLER RUDMAN & DOWD LLP 655 W. BROADWAY, SUITE 1900 SAN DIEGO CA 92101-3301 |
| CHESTER B. SALOMON | ALEC P. OSTROW BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP 299 PARK AVENUE NEW YORK NY 10171 |
| GARY GWILLIAM | RANDALL E. STRAUSS GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER 1999 HARRISON ST., SUITE 1600 OAKLAND CA 94612-3528 |
| GEORGE HOFMANN | COHNE KINGHORN, P.C. 111 EAST BROADWAY, 11TH FLOOR SALT LAKE CITY UT 84111 |
| KATHY D. PATRICK | ROBERT J. MADDEN DAVID SHEEREN GIBBS & BRUNS LLP 1100 LOUISIANA, SUITE 5300 HOUSTON TX 77002 |
| KRISTOPHER M. HANSEN | MICHAEL C. KEATS STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| LANI A. ADLER | FENSTERSTOCK & PARTNERS LLP 100 BROADWAY, 8TH FLOOR NEW YORK NY 10005-4514 |
| MARK S. BOSTICK | WENDEL, ROSEN, BLACK & DEAN LLP 1111 BROADWAY, 24TH FLOOR OAKLAND CA 94607-4036 |
| MICHAEL HANIN | KASOWITZ BENSON TORRES LLP 1633 BROADWAY NEW YORK NY 10019 |
| MICHAEL S. ETKIN | LOWENSTEIN & SANDLER LLP 1251 AVENUE OF THE AMERICAS, 17TH FLOOR NEW YORK NY 10022 |
| SAMUEL H. RUDMAN | ROBERT M. ROTHMAN ROBBINS GELLER RUDMAN & DOWD LLP 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |

**Total Creditor count  12**

# EXHIBIT C

08-13555-mg    Doc 55735    Filed 07/10/17    Entered 07/10/17 22:27:59    Main Document
Pg 7 of 18

MSL Email List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.lanza@dlapiper.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com

MSL Email List

| | |
|---|---|
| ben.lewis@hoganlovells.com | chris.donoho@hoganlovells.com |
| benjamin.mintz@apks.com | christopher.greco@kirkland.com |
| bguiney@pbwt.com | claude.montgomery@dentons.com |
| bmanne@tuckerlaw.com | clynch@reedsmith.com |
| bmiller@mofo.com | cmestres@aclawllp.com |
| boneill@kramerlevin.com | cohen@sewkis.com |
| brosenblum@jonesday.com | cp@stevenslee.com |
| brotenberg@wolffsamson.com | cpappas@dilworthlaw.com |
| broy@rltlawfirm.com | cparyse@contrariancapital.com |
| bruce.wright@sutherland.com | craig.goldblatt@wilmerhale.com |
| bsellier@rlrpclaw.com | craigjustinalbert@gmail.com |
| bstrickland@wtplaw.com | crmomjian@attorneygeneral.gov |
| btrust@mayerbrown.com | csalomon@beckerglynn.com |
| bturk@tishmanspeyer.com | cschreiber@winston.com |
| bwolfe@sheppardmullin.com | cshore@whitecase.com |
| cahn@clm.com | cshulman@sheppardmullin.com |
| canelas@pursuitpartners.com | cszyfer@stroock.com |
| cbelisle@wfw.com | cwalsh@mayerbrown.com |
| cbelmonte@ssbb.com | cward@polsinelli.com |
| cdesiderio@nixonpeabody.com | cweber@ebg-law.com |
| cfarley@mccarter.com | cweiss@ingramllp.com |
| cgonzalez@diazreus.com | dallas.bankruptcy@publicans.com |
| chad.husnick@kirkland.com | dave.davis@isgria.com |
| chammerman@paulweiss.com | david.bennett@tklaw.com |
| charles@filardi-law.com | david.heller@lw.com |
| charles_malloy@aporter.com | david.livshiz@freshfields.com |
| chemrick@thewalshfirm.com | david.powlen@btlaw.com |
| chipford@parkerpoe.com | david.tillem@wilsonelser.com |

MSL Email List

| | |
|---|---|
| davids@blbglaw.com | dkessler@ktmc.com |
| davidwheeler@mvalaw.com | dkozusko@willkie.com |
| dbarber@bsblawyers.com | dlemay@chadbourne.com |
| dbaumstein@whitecase.com | dlipke@vedderprice.com |
| dbesikof@loeb.com | dmark@kasowitz.com |
| dcimo@gjb-law.com | dmcguire@winston.com |
| dcoffino@cov.com | dmiller@steinlubin.com |
| dcrapo@gibbonslaw.com | dmurray@jenner.com |
| ddavis@paulweiss.com | dneier@winston.com |
| ddrebsky@nixonpeabody.com | dodonnell@milbank.com |
| ddunne@milbank.com | dpegno@dpklaw.com |
| deggermann@kramerlevin.com | draelson@fisherbrothers.com |
| deggert@freebornpeters.com | drosenzweig@fulbright.com |
| demetra.liggins@tklaw.com | drosner@goulstonstorrs.com |
| dennis.tracey@hoganlovells.com | drosner@kasowitz.com |
| dfelder@orrick.com | dshaffer@wtplaw.com |
| dflanigan@polsinelli.com | dspelfogel@foley.com |
| dfliman@kasowitz.com | dtatge@ebglaw.com |
| dgoldberg@hsgllp.com | dtheising@harrisonmoberly.com |
| dgrimes@reedsmith.com | dwdykhouse@pbwt.com |
| dhayes@mcguirewoods.com | dworkman@bakerlaw.com |
| dhealy@hsgllp.com | easmith@venable.com |
| dheffer@foley.com | ebcalvo@pbfcm.com |
| dhurst@coleschotz.com | ecohen@russellinvestments.com |
| dhw@dhclegal.com | edward.flanders@pillsburylaw.com |
| diconzam@gtlaw.com | efleck@milbank.com |
| djcarragher@daypitney.com | efriedman@fklaw.com |
| djoseph@stradley.com | efriedman@friedmanspring.com |

MSL Email List

ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
gmoss@riemerlaw.com
goldenberg@ssnylaw.com
gspilsbury@jsslaw.com

guzman@sewkis.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@chadbourne.com
heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hrh@lhmlawfirm.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
igoldstein@proskauer.com
irethy@stblaw.com
israel.dahan@cwt.com
izaur@cgr-law.com
jacobsonn@sec.gov
jalward@blankrome.com
james.berg@piblaw.com
james.mcclammy@dpw.com
james.moore@morganlewis.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com

MSL Email List

| | |
|---|---|
| jbeemer@entwistle-law.com | jlevitin@cahill.com |
| jbeiers@co.sanmateo.ca.us | jlscott@reedsmith.com |
| jbrody@americanmlg.com | jmaddock@mcguirewoods.com |
| jbromley@cgsh.com | jmazermarino@msek.com |
| jcarberry@cl-law.com | jmelko@gardere.com |
| jchristian@tobinlaw.com | jmerva@fult.com |
| jdoran@haslaw.com | jmr@msf-law.com |
| jdwarner@warnerandscheuerman.com | jnm@mccallaraymer.com |
| jdyas@halperinlaw.net | john.beck@hoganlovells.com |
| jean-david.barnea@usdoj.gov | john.monaghan@hklaw.com |
| jeanites@whiteandwilliams.com | john.rapisardi@cwt.com |
| jeannette.boot@wilmerhale.com | jonathan.goldblatt@bnymellon.com |
| jeff.wittig@united.com | jonathan.henes@kirkland.com |
| jeldredge@velaw.com | jorbach@hahnhessen.com |
| jennifer.demarco@cliffordchance.com | joseph.cordaro@usdoj.gov |
| jennifer.gore@shell.com | jowen769@yahoo.com |
| jfalgowski@reedsmith.com | joy.mathias@dubaiic.com |
| jg5786@att.com | jpintarelli@mofo.com |
| jgenovese@gjb-law.com | jporter@entwistle-law.com |
| jguy@orrick.com | jprol@lowenstein.com |
| jhiggins@fdlaw.com | jrabinowitz@rltlawfirm.com |
| jhorgan@phxa.com | jrosenthal@mhlawcorp.com |
| jhuggett@margolisedelstein.com | jrsmith@hunton.com |
| jim@atkinslawfirm.com | jschiller@bsfllp.com |
| jjureller@klestadt.com | jschwartz@hahnhessen.com |
| jlamar@maynardcooper.com | jsheerin@mcguirewoods.com |
| jlawlor@wmd-law.com | jsherman@bsfllp.com |
| jlee@foley.com | jshickich@riddellwilliams.com |

MSL Email List

jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com

kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
ksebaski@hsgllp.com
ktung@kktlawfirm.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@fensterstock.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com

MSL Email List

mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
meggie.gilstrap@bakerbotts.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com

mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanin@kasowitz.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.kraut@morganlewis.com
michael.mccrory@btlaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mitchell.berger@squirepb.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpedreira@proskauer.com
mrosenthal@gibsondunn.com

MSL Email List

mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
mshuster@hsgllp.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
ngueron@cgr-law.com
nicholas.zalany@squirepb.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
nlieberman@hsgllp.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com

pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com

MSL Email List

| | |
|---|---|
| rhett.campbell@tklaw.com | schristianson@buchalter.com |
| richard.lear@hklaw.com | scott.golden@hoganlovells.com |
| richard@rwmaplc.com | scottj@sullcrom.com |
| rick.murphy@sutherland.com | scottshelley@quinnemanuel.com |
| rleek@hodgsonruss.com | scousins@armstrongteasdale.com |
| rmatzat@hahnhessen.com | sdnyecf@dor.mo.gov |
| rnetzer@willkie.com | seba.kurian@invesco.com |
| robert.honeywell@klgates.com | sehlers@armstrongteasdale.com |
| robert.malone@dbr.com | sfalanga@thewalshfirm.com |
| robert.yalen@usdoj.gov | sfelderstein@ffwplaw.com |
| robin.keller@lovells.com | sfineman@lchb.com |
| roger@rnagioff.com | sfox@mcguirewoods.com |
| ross.martin@ropesgray.com | sgordon@cahill.com |
| rpedone@nixonpeabody.com | sgraziano@blbglaw.com |
| rrainer@wmd-law.com | sgubner@ebg-law.com |
| rroupinian@outtengolden.com | sharbeck@sipc.org |
| russj4478@aol.com | shari.leventhal@ny.frb.org |
| ryaspan@yaspanlaw.com | shgross5@yahoo.com |
| sabramowitz@velaw.com | skatona@polsinelli.com |
| sabvanrooy@hotmail.com | sldreyfuss@hlgslaw.com |
| sally.henry@skadden.com | sleo@bm.net |
| samuel.cavior@pillsburylaw.com | slerman@ebglaw.com |
| sandyscafaria@eaton.com | slerner@ssd.com |
| scargill@lowenstein.com | slevine@brownrudnick.com |
| schager@ssnylaw.com | sloden@diamondmccarthy.com |
| schannej@pepperlaw.com | smillman@stroock.com |
| schepis@pursuitpartners.com | smulligan@bsblawyers.com |
| schnabel.eric@dorsey.com | snewman@katskykorins.com |

MSL Email List

| | |
|---|---|
| sory@fdlaw.com | tnixon@gklaw.com |
| squsba@stblaw.com | toby.r.rosenberg@irscounsel.treas.gov |
| sree@lcbf.com | tomwelsh@orrick.com |
| sschultz@akingump.com | tsalter@blankrome.com |
| sselbst@herrick.com | tslome@msek.com |
| sshimshak@paulweiss.com | tunrad@burnslev.com |
| sskelly@teamtogut.com | uitkin@kasowitz.com |
| sstarr@starrandstarr.com | vguldi@zuckerman.com |
| stephen.cowan@dlapiper.com | villa@slollp.com |
| stephen.hessler@kirkland.com | vmilione@nixonpeabody.com |
| steve.ginther@dor.mo.gov | vrubinstein@loeb.com |
| steven.usdin@flastergreenberg.com | wanda.goodloe@cbre.com |
| streusand@slollp.com | wbenzija@halperinlaw.net |
| susheelkirpalani@quinnemanuel.com | wcurchack@loeb.com |
| swolowitz@mayerbrown.com | wfoster@milbank.com |
| szuber@csglaw.com | will.sugden@alston.com |
| szuch@wiggin.com | wisotska@pepperlaw.com |
| tannweiler@greerherz.com | wk@pwlawyers.com |
| tbrock@ssbb.com | wmaher@wmd-law.com |
| tdewey@dpklaw.com | wmarcari@ebglaw.com |
| tgoren@mofo.com | wmckenna@foley.com |
| thenderson@americanmlg.com | wsilverm@oshr.com |
| thomas.califano@dlapiper.com | wswearingen@llf-law.com |
| timothy.harkness@freshfields.com | wtaylor@mccarter.com |
| tkiriakos@mayerbrown.com | yuwatoko@mofo.com |
| tlauria@whitecase.com | |
| tmacwright@whitecase.com | |
| tmm@mullaw.org | |

***ADDITIONAL EMAIL SERVICE LIST:***

cdesiderio@nixonpeabody.com
jacqueline.marcus@weil.com
jason.solomon@alston.com
kit.weitnauer@alston.com
lori.fife@weil.com
munno@sewkis.com
richard.krasnow@weil.com
robert.lemons@weil.com
rpedone@nixonpeabody.com
slewis@chapman.com
top@chapman.com