# CREDIT SUISSE

CREDIT SUISSE AG

Uetlibergstrasse 231  Phone  044 332 86 11
P.O. Box 900  Fax  044 334 26 02
CH-8070 Zürich
Switzerland

Corporate Actions

Marija Petrovic, MOAA 12

marija.petrovic@credit-suisse.com

United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NX 10004-1408

July 11, 2017

## Withdrawal of Transfer of Claim Docket No. 55544

Please take notice that Credit Suisse AG withdraws its Evidence of Transfer of Claim (Claim 55813.19) filed on May 31, 2017 (Docket No. **55544**) from Banque Pictet & Cie SA Ltd in the amount of EUR 75'000.

Freundliche Grüsse   Vos dévoués
Distinti saluti   Yours very truly

Credit Suisse AG

Sandro Hunziker     Rita von Wyl