

Evidence of Transfer

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Blocking-Number: 0299985049152809 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 2 ½% Lehman Bros. Holding 2006-13.10.2010 | CH0026985082 | LBHI | LBH Inc. | CHF 150'000 out of 150'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

BASLER KANTONALBANK, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Custodian
ADDRESS    Thurgauer Kantonalbank
ADDRESS    Bankplaz 1
ADDRESS    CH-8570 Weinfelden
Telephone: corporate.actions@tkb.ch
Fax: _____
Attention: _____

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy

Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June  , 2017

Basler Kantonalbank
Transferor

By: pp. _____
    Name:  Werner Krättli
    Title:   Member of Executive Staff

By: pp _____
    Name:  Andreas Heiniger
    Title:   Member of Executive Staff

ACKNOWLEDGED BY:

Custodian     Thurgauer Kantonalbank
Transferee

By: _____
    Name:
    Title:       Thomas Imhof
                 Member of Executive Staff

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.    Case No.: 08-13555 (JMP
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Custodian  Bettina Gardi | Name of Transferor:<br>Basler Kantonalbank |
|---|---|
| Notices to Transferee should be sent to:<br>Custodian  Bettina Gardi<br>ADDRESS<br>ADDRESS  Waldheimstrasse 27<br>PHONE   6300 Zug<br>Attn:    Switzerland<br>EMAIL | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br>Thurgauer Kantonalbank<br>Bankplatz 1<br>CH-8570 Weinfelden | Name and Current Address of Transferor<br>Basler Kantonalbank<br>Güterstrasse 123-127<br>4052 Basel, Switzerland<br>Attn: Mr. Werner Krättli<br>+41 61 266 29 32 – werner.kraettli@bkb.ch |
| Amount of Claim Being Transferred:<br><br>CHF 150'000.00<br>(face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No./Blocking-Nr:<br>0299985049152809 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
X  By: _____    Date: 20/06/17
NAME, TITLE  Bettina Gardi
Custodian
ADDRESS  Waldheimstrasse 27
6300 Zug

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).