B 2100A (Form 2100A) (12/15)

**RECEIVED JUN 27 2017 U.S. BANKRUPTCY COURT, SDNY**

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,   Case No.   08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Safra National Bank of New York
Name of Transferee

BSI SA LUGANO
Name of Transferor

Name and Address where notices to transferee should be sent:

Safra National Bank of New York
546 Fifth Avenue, New York, NY 10036
Attention: Securities Operations

Court Claim # (if known): 46324

Total Amount of Claim: 75'000 n.a.
Amount of Claim transferred: 75'000 n.a.
ISIN: XS 0176153350
Blocking number: 6043331
Date Claim Filed: N/A

Phone: 0041 58 809 35 46

Phone:

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: 6/23/17
Transferee/Transferee's Agent
Name:  **Thomas Oswald**
Title:  **First Vice President**
        **Safra Securities LLC**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RESTRICTED

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **BSI SA, Via Magatti 2, 6900 Lugano, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **SAFRA NATIONAL BANK OF NEW YORK, MIAMI,** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 46324**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on

| BSI SA | SAFRA NATIONAL BANK OF NEW YORK |
|---|---|
| Transferor | Transferee |
| By: Lugano, February 9, 2017 | By: |
| Name: pp L. Conconi    pm A. Di Napoli | Name: Thomas Oswald |
| Title: | Title: First Vice President, Safra Securities LLC |

## SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0176153350 | 46324.00 | | LEHMAN BROTHERS TREASURY | *EUR 75'000-* |