B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  LEHMAN BROTHERS HOLDINGS INC.           Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TSUI WAI HUNG | WAIWA INVESTMENTS CORPORATION |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: FLAT B2, 8/F, BLOCK B EVERGREEN VILLA, 43 STUBBS ROAD, HONG KONG.

Phone: (852) 2890 3798
Last Four Digits of Acct #: _____
AGGREGATION NUMBER: W0022439

Court Claim # (if known): _____
Amount of Claim: _____
Date Claim Filed: _____

Phone: (852) 2890 3798
Last Four Digits of Acct #: _____
AGGREGATION NUMBER: W0022439

Name and Address where transferee payments should be sent (if different from above):

DITTO

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __[signature]__       Date: 28 JUNE 2017
    Transferee/Transferee's Agent
    TSUI WAI HUNG

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATION REGARDING STATUS

Creditor Name: TSUI WAI HUNG
Claim Number(s):

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor, to the best of the Creditor's knowledge, any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the Office of Foreign Asset Control (OFAC) sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: 28 JUNE 2017

_____
Signature

TSUI WAI HUNG
Print Name

_____
Title (if applicable)

| Form **W-8BEN** | Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding and Reporting (Individuals) | |
|---|---|---|
| (Rev. February 2014) | ▶ For use by individuals. Entities must use Form W-8BEN-E. | OMB No. 1545-1621 |
| Department of the Treasury Internal Revenue Service | ▶ Information about Form W-8BEN and its separate instructions is at *www.irs.gov/formw8ben*. ▶ Give this form to the withholding agent or payer. Do not send to the IRS. | |

| Do NOT use this form if: | Instead, use Form: |
|---|---|
| • You are NOT an individual | W-8BEN-E |
| • You are a U.S. citizen or other U.S. person, including a resident alien individual | W-9 |
| • You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the U.S. (other than personal services) | W-8ECI |
| • You are a beneficial owner who is receiving compensation for personal services performed in the United States | 8233 or W-4 |
| • A person acting as an intermediary | W-8IMY |

### Part I  Identification of Beneficial Owner (see instructions)

| 1 Name of individual who is the beneficial owner | 2 Country of citizenship |
|---|---|
| TSUI WAI HUNG | HONG KONG |

3 Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**
FLAT B2, 8/F, BLK B, EVERGREEN VILLA, 43 STUBBS ROAD

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|
| HONG KONG | HONG KONG |

4 Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|
| | |

| 5 U.S. taxpayer identification number (SSN or ITIN), if required (see instructions) | 6 Foreign tax identifying number (see instructions) |
|---|---|
| | |

| 7 Reference number(s) (see instructions) | 8 Date of birth (MM-DD-YYYY) (see instructions) 10-15-1954 |
|---|---|

### Part II  Claim of Tax Treaty Benefits (for chapter 3 purposes only) (see instructions)

9  I certify that the beneficial owner is a resident of _____ within the meaning of the income tax treaty between the United States and that country.

10  **Special rates and conditions** (if applicable—see instructions): The beneficial owner is claiming the provisions of Article _____ of the treaty identified on line 9 above to claim a _____ % rate of withholding on (specify type of income): _____

Explain the reasons the beneficial owner meets the terms of the treaty article: _____

### Part III  Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

• I am the individual that is the beneficial owner (or am authorized to sign for the individual that is the beneficial owner) of all the income to which this form relates or am using this form to document myself as an individual that is an owner or account holder of a foreign financial institution,
• The person named on line 1 of this form is not a U.S. person,
• The income to which this form relates is:
  (a) not effectively connected with the conduct of a trade or business in the United States,
  (b) effectively connected but is not subject to tax under an applicable income tax treaty, or
  (c) the partner's share of a partnership's effectively connected income,
• The person named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country, and
• For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner. I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.

**Sign Here** ▶  _[signature]_  Date (MM-DD-YYYY) June 28 2017
Signature of beneficial owner (or individual authorized to sign for beneficial owner)
TSUI WAI HUNG
Print name of signer                                            Capacity in which acting (if form is not signed by beneficial owner)

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2014)

LEHMAN BROTHERS HOLDINGS INC., *ET. AL.*
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
PO BOX 4199
PORTLAND OR 97208-4199

DEBTOR: LEHMAN BROTHERS HOLDINGS INC.

780102020614
000 0001539 00000000 001 002 00695 INS: 0 0
WAIWA INVESTMENTS CORPORATION
FLAT B2, 8/F BLOCK B
EVERGREEN VILLA
43 STUBBS ROAD
HONG KONG
HONG KONG

Aggregation Number:   W0022439

Wire Amount:   $1,692.73
Wire Date:     April 6, 2017

You have received a wire payment for the enclosed distribution related to the allowed claim(s) set forth on the attached schedule in connection with the jointly administered Chapter 11 bankruptcy cases of Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors").

The disbursement(s) set forth on the attached schedule are made in accordance with the relevant terms of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors as confirmed by the Bankruptcy Court on December 6, 2011. Please note that the total distribution amount reflects the deduction of a $20 wire transfer fee. The Plan Administrator reserves the right to recover any portion of a distribution that was made in error. If you have any questions, please contact Epiq Bankruptcy Solutions, LLC at 866-879-0688 (non-US: +1 503-597-7691).

PAYMENT TRANSACTION NUMBER: 91125

(6/10/2016) BALANCE B/F    US$ 95,813.00
                                1,692.73
              (48.75%)     US$ 97,506



7/8/17

K9361 v.0.01 1.21.2013

PAYEE: WAIWA INVESTMENTS CORPORATION

DEBTOR: LEHMAN BROTHERS HOLDINGS INC.

Wire Payment
Wire Date: April 6, 2017

AGGREGATION NUMBER: W0022439

| Claim/ Schedule No. | ISIN/CUSIP (if applicable) | Blocking No. (if applicable) | Claim Class per Plan | Allowed Amount | Payout Percentage | Principal Amount | Interest [A] | Disbursement Amount [B] |
|---|---|---|---|---|---|---|---|---|
| 47611.00 | XS0195333520 | 6054136 | 05 SENIOR THIRD-PARTY GUARANTEE | $200,000.00 | 0.00856369 | $1,712.73 | | $1,712.73 |
| | | | Wire Transaction Fee - Domestic Bank Account | | | | | $ -20.00 |

Aggregated total: $1,692.73

The Plan Administrator reserves the right to recover any portion of a distribution that was made in error.
[A] Interest is payable only on previously disputed claims pursuant to the Plan.
[B] Disbursement Amount calculated by multiplying Allowed Amount by Payout Percentage, rounded down to the nearest penny, plus any interest, if applicable.



Page 1 of 1