FILED / RECEIVED

JUN 23 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc _____ ,               Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Union Bancaire Privée, UBP SA Singapore Branch | RBS Coutts Bank AG, Switzerland |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
  Level 38, One Raffles Quay
  North Tower, Singapore 048583

Court Claim # (if known): list attached
Amount of Claim: _____
Date Claim Filed:  10/23/2009

Phone:  +65 6730 8088
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):
JPMORGAN CHASE BANK, NA, NEW YORK
BIC: CHASUS33 A/C: 825158376
IFO UBP SINGAPORE (UBPGSGSX)
Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____               Date: 6/22/2017
    Transferee/Transferee's Agent
Kelvin Leow                    Michael Moncarz
Associate                       COO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**TO:  THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Coutts & Co AG, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Union Bancaire Privée (Singapore) Ltd, Singapore** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221.36**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 14 April 2017

RBS Coutts Bank AG

By: _____
Name: Joachim Knoche
Title: Associate

By: _____
Name: Hans-Peter Schmid
Title: Director

SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|------|---------------|------------------|--------|------------------------------------------------|
| XS0347785312 | 45221.36 | October 23, 2009 | Lehman Brothers Treasury BV | USD 100'000.00 |
| XS0336248322 | 45221.36 | October 23, 2009 | Lehman Brothers Treasury BV | USD 100'000.00 |



**EXPRESS WORLDWIDE** **DOX** *DHL*

2017-06-22 DHL EmailShip 04.02.01 / *16-1407*

From : UNION BANCAIRE PRIVEE, UBP SA Singapore Branch
KELVIN LEOW
Level 38, One Raffles Quay
North Tower
048583 Singapore
Singapore

Origin:
**SIN**

Contact: +6562025444

To : EPIQ BANKRUPTCY SOLUTIONS LLC    Contact: +18668790688
LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING

777 THIRD AVENUE, 12TH FLOOR
**NEW YORK NY 10017**
**United States Of America**

**US-ZYP-TS3**

Ref: UBP Singapore generic

Day    Time

Pce/Shpt Weight    Piece
**0.5 kg    1 / 1**

FILED RECEIVED

JUN 2 6 2017

EPIQ SYSTEMS

Contents: Docume nts

WAYBILL 73 9747 0732

(2L)US10017+42000000

(J) JD01 4600 0045 3898 0417