**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____

In re:

LEHMAN BROTHERS HOLDINGS, INC., et al

        Debtors

_____

LEHMAN BROTHERS HOLDINGS, INC., (SCC)

        Plaintiff

    v.

1st ADVANTAGE MORTGAGE, LLC, et al.,

        Defendant

_____

Case No: 08-13555 (SCC)

Adversary Proceeding No: 16-0109

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Lori Noelle Shaw, request admission, *pro hoc vice*, before the Honorable Shelley C. Chapman, to represent MegaStar Financial Corp., a Colorado corporation, in the above-referenced adversary proceeding.

    I certify that I am a member in good standing of the State Bar of Colorado and Wisconsin and there are no pending disciplinary proceedings against me in any state or federal court.

    I have submitted the filing fee of $200.00 with this motion for *pro hoc vice* admission.

Dated this 13th day of July, 2017.

                                                      Respectfully Submitted:

                                                      //s// Lori Noelle Shaw

                                                      MegaStar Financial Corp.
                                                      1080 Cherokee
                                                      Denver, CO 80204
                                                      720-932-4749
                                                      lshaw@megastarfinancial.com