**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x

| | | |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Ref. Docket Nos. |
| | : | 55458, 55671, 55693 and 55653 |
| | : | |
| | : | |

--------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                              ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 7, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 7, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                          */s/ Konstantina Haidopoulos*
                                                                          Konstantina Haidopoulos

Sworn to before me this
10th day of July, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission expires Sept 24, 2017

**EXHIBIT A**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:      BAR(23) MAILID *** 000121308897 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 24841



CITIBANK PRIVATKUNDEN AG & CO. KGAA            CITIBANK PRIVATKUNDEN AG & CO. KGAA
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP      ATTN: WILHELM HUELSKEN
ATTN: DOUGLAS R. DAVIS                         KASERNENSTRASSE 10
1285 AVENUE OF THE AMERICAS                    DUSSELDORF 40213
NEW YORK, NY 10019-6064                        GERMANY

Please note that your claim # 555404-73 in the above referenced case and in the amount of
$7,100.50 allowed at $6,322.81 has been transferred (unless previously expunged by court order)

KEMPEN, MATTHIAS
TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA
DAMPFMUHLENSTR. 145
DUREN 52355
GERMANY

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          55458          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/07/2017                   Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez

                                    EPIQ BANKRUPTCY SOLUTIONS, LLC

                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 7, 2017.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|------------|---------------------|
| BANK VONTOBEL AG, ZURICH | TRANSFEROR: UBS AG, GOTTHARDSTRASSE 43, CORPORATE ACTIONS, POSTFACH, CH-8022 ZURICH  SWITZERLAND |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CREDITO EMILIANO | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: GUGLIELMO BENDINELLI, CORSO ROMA 26, 51016 MONTECATINI TERME, PT  ITALY |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| KEMPEN, MATTHIAS | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, DAMPFMUHLENSTR. 145, DUREN 52355 GERMANY |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

| Total Creditor Count 12 |
|---|

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| CBH- COMPAGNIE BANCAIRE HELVETIQUE | TRANSFEROR: FIBI BANK (SWITZERLAND) LTD, BLVD EMILE-JAQUES DALCROZE 7, GENEVA 1204 SWITZERLAND |
| FIBI BANK (SWITZERLAND) LTD | SEESTRASSE 61, ZURICH CH-8027 SWITZERLAND |

**Total Creditor Count 2**