**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : | Case No. 08-13555 (SCC) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : | Ref. Docket Nos. 55708, 55709, |
|  | : | 55710, 55711, 55712, 55713, |
|  | : | 55714, 55715, 55716, 55717, |
|  | : | 55718 |

-------------------------------------------------------------------- X

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                                           ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 10, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 10, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
11th day of July, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission expires Sept 24, 2017

**EXHIBIT A**

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

AGGREGATING TRUST 1, LLC
C/O ROPES & GRAY LLP
ATTN: JEFFREY R. KATZ
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

Please note that your claim # 30490 in the above referenced case and in the amount of
$405,926.00 allowed at $406,695.42 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000121326186 ***         LBH TRFNTC (MERGE2, TXNUM2) 4000179130



GOLDMAN SACHS & CO. LLC
TRANSFEROR: AGGREGATING TRUST 1, LLC
ATTN: THIERRY C. LE JOUAN
30 HUDSON STREET, 4TH FLOOR
JERSEY CITY, NJ 07302

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        55708        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/10/2017                   Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez

                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 10, 2017.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| AGGREGATING TRUST 1, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 1, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 1, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 1, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 10, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 10, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 10, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 10, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 2, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 2, LLC | ATTN: JEFFREY R. KATZ, C/O ROPES & GRAY LLP, 800 BOYLSTON ST STE 3600, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 2, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 2, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 3, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 3, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 3, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 3, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 4, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 4, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 4, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 4, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 5, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 5, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 5, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 5, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 6, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 6, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 6, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON |

| Claim Name | Address Information |
|---|---|
| AGGREGATING TRUST 6, LLC | STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 6, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 7,L.L.C. | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 7,L.L.C. | ATTN: JEFFREY R. KATZ, C/O ROPES & GRAY LLP, 800 BOYLSTON ST STE 3600, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 7,L.L.C. | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 7,L.L.C. | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 8, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 8, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 8, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 8, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 9, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 9, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 9, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| AGGREGATING TRUST 9, LLC | C/O ROPES & GRAY LLP, ATTN: JEFFREY R. KATZ, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 1, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 1, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 1, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 1, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 10, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 10, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 10, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 10, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 2, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 2, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 2, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 2, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 3, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 3, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 3, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 3, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 4, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 4, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 4, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 4, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 5, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 5, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 5, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 5, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 6, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 6, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 6, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 6, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 7,L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 7,L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 7,L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 7,L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 8, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 8, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 8, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 8, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 9, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 9, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 9, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: AGGREGATING TRUST 9, LLC, ATTN: THIERRY C. LE JOUAN, 30 HUDSON |

LEHMAN BROTHERS HOLDINGS INC.

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. LLC | STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: LAVINE HOLDINGS, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NY 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: LAVINE HOLDINGS, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NY 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: LAVINE HOLDINGS, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NY 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: LAVINE HOLDINGS, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NY 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: LAVINE HOLDINGS, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NY 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: LAVINE HOLDINGS, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NY 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: LAVINE HOLDINGS, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NY 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: LAVINE HOLDINGS, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NY 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: LAVINE HOLDINGS, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NY 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: LAVINE HOLDINGS, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NY 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: LAVINE HOLDINGS, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NY 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: LAVINE HOLDINGS, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NY 07302 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, C/O MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| **Claim Name** | **Address Information** |
| --- | --- |

**Total Creditor Count 104**