**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

| | |
|---|---|
| : | Chapter 11 |
| In re: : | |
| : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. : | |
| : | (Jointly Administered) |
| Debtors. : | |
| : | Ref. Docket Nos. 55719, 55720 |
| : | |
| : | |
| : | |

------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK  )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 11, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 11, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
11th day of July, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission expires Sept 24, 2017

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000121327988 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000127292



BAUPOST GROUP SECURITIES, L.L.C.
TRANSFEROR: BANC OF AMERICA SECURITIES LLC
C/O ROPES & GRAY LLP
ATTN: GAVIN ALEXANDER
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

Please note that your claim # 13114 in the above referenced case and in the amount of
$11,296,761.37 allowed at $11,196,503.33 has been transferred (unless previously expunged by court order)

GOLDMAN SACHS & CO. LLC
TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C.
ATTN: THIERRY C. LE JOUAN
30 HUDSON STREET,4TH FLOOR
JERSEY CITY, NJ 07302

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          55720                    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/11/2017                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez

                                              _____
                                              EPIQ BANKRUPTCY SOLUTIONS, LLC

                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 11, 2017.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC, C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: RBS SECURITIES INC., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET,4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET,4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET,4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: PYRELL FUND, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET,4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: PYRELL FUND, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET,4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: PYRELL FUND, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET,4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: PYRELL FUND, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET,4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: PYRELL FUND, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET,4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: PYRELL FUND, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET,4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: PYRELL FUND, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET,4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: PYRELL FUND, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET,4TH FLOOR, JERSEY CITY, NJ 07302 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., C/O MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., C/O MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., C/O MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., C/O MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |

**Total Creditor Count 22**