UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings Inc., et al.,<br><br>        Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Michele L. Angell, an Associate at Kasowitz Benson Torres LLP ("Kasowitz"), hereby certify that:

On July 11, 2017, I and employees of Kasowitz under my supervision and at my direction served a copy of the *Verified Statement of (I) Kasowitz Benson Torres LLP and (II) Clarick Gueron Reisbaum LLP Pursuant to Bankruptcy Rule 2019* [Docket No. 55733] (the "Statement"):

<u>Via Federal Express upon</u>:

Robbins Geller Rudman & Dowd LLP
Attn: Samuel H. Rudman
   Robert M. Rothman
58 South Service Road, Suite 200
Melville, NY 11747

Fensterstock & Partners, LLP
Attn: Lani A. Adler
100 Broadway, 8th Floor
New York, New York 10005-4514

Stroock & Stroock & Lavan LLP
Attn: Kristopher M. Hansen
   Michael C. Keats
   Jonathan D. Canfield
180 Maiden Lane
New York, NY 10038-4982

Lowenstein Sandler LLP
Attn:   Andrew Behlmann
One Lowenstein Drive
Roseland, New Jersey 07068

Wendel, Rosen, Black & Dean LLP
Attn:   Mark S. Bostick
1111 Broadway, 24th floor
Oakland, California 94607-4036

Willkie Farr & Gallagher LLP
Attn:   Paul V. Shalhoub
        Todd G. Cosenza
787 Seventh Avenue
New York, New York 10019

Chapman and Cutler LLP
Attn:   Franklin Top III
111 West Monroe Street
Chicago, IL  60603

Robbins Geller Rudman & Dowd LLP
Attn:   Arthur C. Leahy
        Steven W. Pepich
        Lucas F. Olts
655 West Broadway, Suite 1900
San Diego, CA 92101-8498

Cohne Kinghorn, P.C.
Attn:   George Hofmann
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

Lowenstein Sandler LLP
Attn:   Michael S. Etkin
One Lowenstein Drive
Roseland, New Jersey 07068

Gwilliam, Ivary, Chiosso, Cavalli & Brewer
Attn:   J. Gary Gwilliam
        Randall E. Strauss
1999 Harrison Street, Suite 1600
Oakland, California 94612

Rollin Braswell Fisher LLC
Attn:   Michael A. Rollin
        Maritza D. Braswell
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado  80111

Morgan Lewis & Bockius LLP
Attn:   Michael S. Kraut
101 Park Avenue
New York, NY  10178

Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn:  William K. Harrington

Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn:  Susan D. Golden

Office of the United States Trustee for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn:  Andrea B. Schwartz

Alston & Bird LLP
Attn:   John C. Weitnauer
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia  30309-3424

Nixon Peabody LLP
Attn:   Dennis Drebsky
437 Madison Avenue
New York, New York 10022

Seward & Kissel LLP
Attn:   M. William Munno
        Daniel E. Guzman
1 Battery Park Plaza
New York, New York 10004

Holwell Shuster & Goldberg LLP
Attn:   Michael S. Shuster
750 Seventh Avenue, 26th Floor
New York, New York 10019

Becker, Glynn, Muffly Chassin & Hosinski LLP
Attn:   Chester B. Salomon
        Alec P. Ostrow
299 Park Avenue
New York, New York 10171

Gibbs & Bruns, LLP
Attn:   Kathy D. Patrick
        Robert J. Madden
        David Sheeren
1100 Louisiana, Suite 5300
Houston, Texas 77002

Additionally, on July 10, 2017, I served a copy of the Statement via email upon:

pshalhoub@willkie.com; mrollin@rbf.law; mbraswell@rbf.law; top@chapman.com;

michael.kraut@morganlewis.com; munno@sewkis.com; guzman@sewkis.com;

kit.weitnauer@alston.com; mshuster@hsgllp.com; ddrebsky@nixonpeabody.com;

khansen@stroock.com; mkeats@stroock.com; jcanfield@stroock.com; metkin@lowenstein.com;

abehlmann@lowenstein.com; artl@rgrdlaw.com; stevep@rgrdlaw.com; lolts@rgrdlaw.com;

dalvarado@rgrdlaw.com; hstakem@rgrdlaw.com; mjanoski@rgrdlaw.com;

jsanchez@rgrdlaw.com; SRudman@rgrdlaw.com; RRothman@rgrdlaw.com;

GGwilliam@giccb.com; rstrauss@giccb.com; mbostick@wendel.com; ladler@fenstock.com;

ghofmann@cohnekinghorn.com; aostrow@beckerglynn.com; csalomon@beckerglynn.com;

kpatrick@gibbsbruns.com; rmadden@gibbsbruns.com; dsheeren@gibbsbruns.com.

Dated:  July 13, 2017
        New York, New York

                                                    /s/ Michele L. Angell
                                                    Michele L. Angell