**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:

LEHMAN BROTHERS HOLDINGS, INC.,
et.al.,

                          Debtor

-------------------------------------------------------------x

LEHMAN BROTHERS HOLDINGS, INC.,
                          Plaintiff

v.

1st ADVANTAGE MORTGAGE, LLC,
et.al.,

                          Defendant
-------------------------------------------------------------x

Case No.: 08-13555 (SCC)

Adversary Proceeding No.: 16-01019 (SCC)
Chapter 11

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Lori Noelle Shaw, to be admitted, *pro hac vice*, to represent MegaStar Financial Corporation, (the "Client") a Colorado corporation in the above referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Colorado and Wisconsin, it is hereby **ORDERED**, that Lori Noelle Shaw, Esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July 14, 2017
New York, New York

                                                    /S/ Shelley C. Chapman
                                                    UNITED STATES BANKRUPTCY JUDGE