WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:     (212) 382-3300
Facsimile:     (212) 382-0050
William A. Maher, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone:     (303) 945-7415
Facsimile:     (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (pro hac vice)

*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

─────────────────────────────────────────x
In re:                                              :     Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :     Case No. 08-13555 (SCC)

                    Debtors.                        :
─────────────────────────────────────────x

**NOTICE OF WITHDRAWAL AS TO
ATLANTIC TRUST MORTGAGE CORP. FROM THE MOTION BY LEHMAN
BROTHERS HOLDINGS INC. FOR ENTRY OF AN OMNIBUS ORDER (I) TO
ENFORCE AGAINST NONCOMPLIANT MORTGAGE LOAN SELLERS, AND TO
COMPEL THEM TO COMPLY WITH, THE ALTERNATIVE DISPUTE
RESOLUTION PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS OF
THE DEBTORS AGAINST MORTGAGE LOAN SELLERS, AND (II) FOR CIVIL
CONTEMPT SANCTIONS AGAINST SUCH NONCOMPLIANT
<u>MORTGAGE LOAN SELLERS FOR THEIR VIOLATION OF THE ORDER</u>**

**PLEASE TAKE NOTICE** that, effective as of July 17, 2017, the *Motion by Lehman*

*Brothers Holdings Inc. for Entry of an Omnibus Order (I) to Enforce Against Noncompliant*

*Mortgage Loan Sellers, and to Compel Them to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for Their Violation of the Order* [**ECF No. 53946**] is withdrawn without prejudice as to Atlantic Trust Mortgage Corp.

Dated: New York, New York
July 18, 2017

*/s/ Adam M. Bialek*
William A. Maher, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (pro hac vice)

*Attorneys for Lehman Brothers Holdings Inc.*