FILED / RECEIVED

JUN 2 9 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)
Claim Number: 55824-37**

We would like to inform you that Bethmann Bank AG who is holder of the claim number 55824-37, filed on 09/28/2009, has assigned the rights arising out of this claim corresponding with the following securities

10 pcs. "Lehman Bros Treasury Co. B.V." (ISIN XS0235227302)
in the amount of a face value of **USD 13,335.55**

to

**Franz Josef Adam and Susanne Heidemarie Adam,**
Ahornweg 2, 94255 Böbrach, Germany

The potentially remaining rights arising out of the claim Number 55824-37 remain entirely with Bethmann Bank AG.

Bethmann Bank AG and Franz Josef Adam as Susanne Heidemarie Adam have agreed to the partial assignment mentioned herein above. Both Bethmann Bank AG and Franz Josef Adam as Susanne Heidemarie Adam acknowledge and represent that due to the assignment mentioned herein above Franz Josef Adam as Susanne Heidemarie Adam have become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, May 17, 2017            Böbrach, 24.5.17

Bethmann Bank AG
(Assignor)                                  (Assignee)

Jochen Weber    Anja Sonnleithner           Franz Josef Adam
                                            Susanne Heidemarie Adam

Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Investment Services
Anja Sonnleithner
Bethmannstrasse 7 – 9
60311 Frankfurt am Main
Germany

Frankfurt, 22.06.2017

Dear Sir or Madam,

as an attachement you will receive various transmission adverts to our clients.

Could you please process it accordingly?

Thank you very much!

Kind regards,
Bethmann Bank

Anja Sonnleithner
Investment Services

Bethmann Bank AG
Bethmannstraße 7 · 9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177 - 0

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand: Horst Schmidt (Vors.),
Michael Arends, Johannes Baratta,
Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-ID:  DE 122786951



**FILED / RECEIVED**

**JUN 2 9 2017**

**EPIQ SYSTEMS**

Postfach 10 06 32
60006 Frankfurt am Main

