WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:    (212) 382-3300
Facsimile:    (212) 382-0050
William A. Maher, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone:    (303) 945-7415
Facsimile:    (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (pro hac vice)

*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――x

In re:                                                           :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :

            Debtors.                                          :

―――――――――――――――――――――――x

Chapter 11

Case No. 08-13555 (SCC)

**NOTICE OF WITHDRAWAL AS TO
AMERICAN ONE MORTGAGE CORPORATION FROM THE MOTION BY
LEHMAN BROTHERS HOLDINGS INC. FOR ENTRY OF AN OMNIBUS ORDER
(I) TO ENFORCE AGAINST NONCOMPLIANT MORTGAGE LOAN SELLERS,
AND TO COMPEL THEM TO COMPLY WITH, THE ALTERNATIVE DISPUTE
RESOLUTION PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS OF
THE DEBTORS AGAINST MORTGAGE LOAN SELLERS, AND (II) FOR CIVIL
CONTEMPT SANCTIONS AGAINST SUCH NONCOMPLIANT
<u>MORTGAGE LOAN SELLERS FOR THEIR VIOLATION OF THE ORDER</u>**

**PLEASE TAKE NOTICE** that the *Motion by Lehman Brothers Holdings Inc. for Entry of*

*an Omnibus Order (I) to Enforce Against Noncompliant Mortgage Loan Sellers, and to Compel*

*Them to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification*

*Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for Their Violation of the Order* [**ECF No. 53946**] (the "Motion") is withdrawn without prejudice as to American One Mortgage Corporation.

**PLEASE TAKE FURTHER NOTICE** that at this time the Motion has been granted or withdrawn as to all parties that were subject to the Motion and thus the Motion is no longer pending before this Court.

Dated: New York, New York
July 20, 2017

*/s/ Adam M. Bialek*
William A. Maher, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (pro hac vice)

*Attorneys for Lehman Brothers Holdings Inc.*