WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:     (212) 382-3300
Facsimile:     (212) 382-0050
Paul R. DeFilippo
Adam M. Bialek
Mara R. Lieber

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――x

**In re:**                                            :        **Chapter 11**

                                                              **Case No. 08-13555 (SCC)**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :

     **Debtors.**                                     :

―――――――――――――――――――――――――x

### NOTICE OF ADJOURNMENT OF HEARING ON
### LEHMAN BROTHERS HOLDINGS INC.'S MOTION TO
### ESTIMATE PROOF OF CLAIM 29759 FOR PURPOSES OF ALLOWANCE

**PLEASE TAKE NOTICE** that the hearing on *Lehman Brothers Holdings Inc.'s Motion to Estimate Proof Of Claim 29759 for Purposes of Allowance* [**ECF No. 55345**] (the "Motion"), which is currently scheduled for July 27, 2017 at 10:00 a.m. (E.S.T.), **has been adjourned to a date to be determined**.

Dated: New York, New York
July 20, 2017

    /s/ Adam M. Bialek
Paul R. DeFilippo
Adam M. Bialek
Mara R. Lieber

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:    (212) 382-3300
Facsimile:    (212) 382-0050

*Counsel for Lehman Brothers Holdings Inc.*