**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 55607, 55745,
: 55746, 55749, 55750
:
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 18, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 18, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Konstantina Haidopoulos*
                                              Konstantina Haidopoulos

Sworn to before me this
18th day of July, 2017
/s/ *Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission expires Sept 24, 2017

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

EFG BANK AG, LUGANO BRANCH
F/K/A BSI SA
ATTN: ANDREA FERRARI
VIA STEFANO FRANSCINI 8
6900 LUGANO
 SWITZERLAND

Please note that your claim # 46324 in the above referenced case and in the amount of $106,305.00 allowed at $109,411.91 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000121515263 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000179212



SAFRA NATIONAL BANK OF NEW YORK
TRANSFEROR: EFG BANK AG, LUGANO BRANCH
ATTN: SECURITIES OPERATIONS
546 FIFTH AVENUE
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER       55749           in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/18/2017                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 18, 2017.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. (SINGAPORE) | TRANSFEROR: EFG BANK AG, LUGANO BRANCH, ATTN: PATRIK ROOS, BAHMOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| CREDIT SUISSE (ITALY) SPA | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: MARIA LUZZI - UFFICIO MASTER DATA, VIA SANTA MARGHERITA, 3, 20121 MILANO   ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| EFG BANK AG, LUGANO BRANCH | F/K/A BSI SA, ATTN: ANDREA FERRARI, VIA STEFANO FRANSCINI 8, 6900 LUGANO SWITZERLAND |
| EFG BANK AG, LUGANO BRANCH | TRANSFEROR: RBS COUTTS BANK AG, F/K/A BSI SA, ATTN: ANDREA FERRARI, VIA STEFANO FRANSCINI 8, 6900 LUGANO   SWITZERLAND |
| LGT BANK AG, HONG KONG BRANCH | TRANSFEROR: BANK JULIUS BAER & CO. LTD., ATTN: OPS-LEHMAN CLAIMS FOR LGT HK, RM 4203, TWO EXCHANGE SQUARE, CENTRAL HONG KONG   HONG KONG |
| SAFRA NATIONAL BANK OF NEW YORK | TRANSFEROR: EFG BANK AG, LUGANO BRANCH, ATTN: SECURITIES OPERATIONS, 546 FIFTH AVENUE, NEW YORK, NY 10036 |
| TSUI WAI HUNG | TRANSFEROR: WAIWA INVESTMENTS CORPORATION, FLAT B2, 8/F, BLOCK B, EVERGREEN VILLA, 43, STUBBS ROAD, HONG KONG   HONG KONG |
| WAIWA INVESTMENTS CORPORATION | FLAT B2, 8/F, BLK B, EVERGREEN VILLA, 43 STUBBS ROAD, HONG KONG   HONG KONG |

**Total Creditor Count 11**