**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

| | |
|---|---|
| | : |
| In re: | : |
| | : |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |
| | : |
| Debtors. | : |
| | : |
| | : |
| | : |
| | : |
| | : |

Chapter 11

Case No. 08-13555 (SCC)

(Jointly Administered)

Ref. Docket Nos. 55420, 55741,
55763, 55764, 55765, 55766,
55767, 55769, 55770, 55771,
55772, 55773, 55774, 55775,
55777

------------------------------------------------------------------ X

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 19, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 19, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forest Kuffer

Sworn to before me this
19th day of July, 2017
<u>/s/ Regina Amporfro</u>
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission expires Sept 24, 2017

# EXHIBIT A

Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

SOLUS RECOVERY FUND III MASTER LP
TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC
C/O SOLUS ALTERNATIVE ASSET MANAGEMENT
410 PARK AVENUE 11TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 20137-08 in the above referenced case and in the amount of
$45,632,353.68 allowed at $6,420,568.68 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000121517149 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000179218



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: SOLUS RECOVERY FUND III MASTER LP
C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        55420        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/19/2017                    Vito Genna, Clerk of Court

/s/ Tony Persaud

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 19, 2017.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS RECOVERY FUND III MASTER LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS RECOVERY FUND III MASTER LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK HAPOALIM B.M. | 50, ROTHSCHILD BLVD, 66883 TEL AVIV  ISRAEL |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK HAPOALIM B.M. | 50, ROTHSCHILD BLVD, 66883 TEL AVIV  ISRAEL |
| BELLES, VERA ISOLDE GABRIELE | TRANSFEROR: BETHMANN BANK AG, DAIMLERSTRABE 12, KORSCHENBROICH 41352 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, ATTN: ANJA SONNLEITHNER - INVESTMENT SERVICES, BETHMANNSTRABE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, ATTN: ANJA SONNLEITHNER - INVESTMENT SERVICES, BETHMANNSTRABE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, ATTN: ANJA SONNLEITHNER - INVESTMENT SERVICES, BETHMANNSTRABE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BREUER, PETER ADAM AND ANNA KATHARINA | TRANSFEROR: BETHMANN BANK AG, ADENAUERSTRABE 35 A, JULICH 52428 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| HARTUNG, DR. JOACHIM BERND HARALD | TRANSFEROR: BETHMANN BANK AG, GRAFENAUER WEG 56, BERLIN 10318 GERMANY |
| HOLLENBERG, CHRISTA | TRANSFEROR: BETHMANN BANK AG, SIMROCKSTRABE 30, DUSSELDORF 40235 GERMANY |
| HOLLENBERG, CHRISTA | TRANSFEROR: BETHMANN BANK AG, SIMROCKSTRABE 30, DUSSELDORF 40235 GERMANY |
| HOLLENBERG, CHRISTA | TRANSFEROR: BETHMANN BANK AG, SIMROCKSTRABE 30, DUSSELDORF 40235 GERMANY |
| JUN., KILIAN WILLIBALD | TRANSFEROR: BETHMANN BANK AG, SCHLEGLDORF 75, LENGGRIES 83661 GERMANY |

EPIQ BANKRUPTCY SOLUTIONS, LLC

**LEHMAN BROTHERS HOLDINGS INC.**
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| KEMPEN, MATTHIAS | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, DAMPFMUHLENSTR. 145, DUREN 52355 GERMANY |
| KEMPEN, MATTHIAS | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LUNING, PROF. DR. MEINHARD | TRANSFEROR: BETHMANN BANK AG, VIA TILIA 5, BERLIN 14109 GERMANY |
| MEIER, ELKE MARIA | TRANSFEROR: BETHMANN BANK AG, MARKGRAFENSTRASSE 46, 40545 DUSSELDORF  GERMANY |
| MEIER, ELKE MARIA | TRANSFEROR: BETHMANN BANK AG, MARKGRAFENSTRASSE 46, 40545 DUSSELDORF  GERMANY |
| PALLADINO, DR. ANNE LUDOVICA | TRANSFEROR: BETHMANN BANK AG, REVALER STRABE 8, MUNCHEN 81677 GERMANY |
| SAFRA NATIONAL BANK OF NEW YORK | TRANSFEROR: BANK HAPOALIM B.M., ATTN: SECURITIES OPERATIONS, 546 FIFTH AVENUE, NEW YORK, NY 10036 |
| SOLUS RECOVERY FUND III MASTER LP | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND III MASTER LP | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE 11TH FLOOR, NEW YORK, NY 10022 |
| TILLMANN, BRIGITTE CHARLOTTE | TRANSFEROR: BETHMANN BANK AG, CIMBERNSTRABE 7, NURNBERG 90402 GERMANY |
| VELTMANN, MONIKA MARIA GERTRUD | TRANSFEROR: BETHMANN BANK AG, SCHWARZER WEG 16, SIEGBURG 53721 GERMANY |

**Total Creditor Count 43**