

HUNTON & WILLIAMS LLP
200 PARK AVENUE
NEW YORK, NEW YORK 10166-0005

TEL    212 • 309 • 1000
FAX    212 • 309 • 1100

ROBERT A. RICH
DIRECT DIAL: 212-309-1132
EMAIL:  Rrich2@hunton.com
File No. 99997.034024

July 18, 2017

Mr. Vito Genna
Clerk of the Court
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

<u>*In re*: *Lehman Brothers Holdings Inc.*, Case No. 08-13555-scc</u>

Dear Mr. Genna:

I am no longer involved in the above-referenced case. I wish to stop receiving notification and request to be removed from the electronic mailing list.

Please do not hesitate to contact me if you require anything further in this regard.

Very truly yours,

Robert A. Rich

RECEIVED
JUL 20 2017
U.S. BANKRUPTCY COURT
SD DIST. OF NY

ATLANTA  AUSTIN  BANGKOK  BEIJING  BRUSSELS  CHARLOTTE  DALLAS  HOUSTON  LONDON  LOS ANGELES
McLEAN  MIAMI  NEW YORK  NORFOLK  RALEIGH  RICHMOND  SAN FRANCISCO  TOKYO  WASHINGTON
www.hunton.com