

HUNTON & WILLIAMS LLP
200 PARK AVENUE
NEW YORK, NEW YORK 10166-0005

TEL    212 • 309 • 1000
FAX    212 • 309 • 1100

PETER S. PARTEE, SR.
DIRECT DIAL: 212-309-1056
EMAIL: Ppartee@hunton.com
File No. 99997.034024

July 18, 2017

Mr. Vito Genna
Clerk of the Court
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

<u>In re: Lehman Brothers Holdings Inc., Case No. 08-13555-scc</u>

Dear Mr. Genna:

I am no longer involved in the above-referenced case. I wish to stop receiving notification and request to be removed from the electronic mailing list.

Please do not hesitate to contact me if you require anything further in this regard.

Very truly yours,

Peter S. Partee, Sr.



ATLANTA   AUSTIN   BANGKOK   BEIJING   BRUSSELS   CHARLOTTE   DALLAS   HOUSTON   LONDON   LOS ANGELES
McLEAN   MIAMI   NEW YORK   NORFOLK   RALEIGH   RICHMOND   SAN FRANCISCO   TOKYO   WASHINGTON
www.hunton.com