B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc._____ ,    Case No. __08-13555 (SCC)___

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LGT Bank AG, Hong Kong Branch | Bank of Singapore Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
LGT BANK AG, Hong Kong Branch
Attn: Ops - Lehman Claims for LGT HK
Rm 4203, Two Exchange Square, Central Hong Kong
Email: operations_singapore@lgt.com
Phone: (65) 6415 6563
Last Four Digits of Acct #: ____2389____

Court Claim # (if known): ____41773____
Amount of Claim: ____$150,000.00____
Date Claim Filed: ____10/19/2009____

Phone: (65) 6818 6968
Last Four Digits of Acct. #: ____2233____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: ___7/14/17___
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc.            ,           Case No.  08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LGT Bank AG, Hong Kong Branch | Bank of Singapore Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
LGT BANK AG, Hong Kong Branch
Attn: Ops - Lehman Claims for LGT HK
Rm 4203, Two Exchange Square, Central Hong Kong
Email: operations_singapore@lgt.com
Phone:  (65) 6415 6563
Last Four Digits of Acct #:      2389

Court Claim # (if known):     41773
Amount of Claim:     $100,000.00
Date Claim Filed:     10/19/2009

Phone:  (65) 6818 6968
Last Four Digits of Acct. #:     2233

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date:  7/11/17
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank of Singapore Limited, 9 Raffles Place #08-01 Republic Plaza, Singapore 048619** ("Transferor") unconditionally and irrevocably transferred to **LGT Bank AG (Hong Kong Branch)** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with that portion of the Transferor's claim (as such term is defined in Section 101(5) of the Bankruptcy Code) (Claim No. 41773) identified on Schedule I hereto (the "Transferred Claim") against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the Transferred Claim and recognizing the Transferee as the sole owner and holder of such Transferred Claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 19th day of June, 2017

**Bank of Singapore Limited**

By: _____  
Name: Anna Huang  
Title: Associate Director

By: _____  
Name: Christine Tan  
Title: Executive Director

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0300349882 | 41773 | 19-Oct-2009 | Lehman Brothers Securities NV | 100,000 |
| XS0282763035 | 41773 | 19-Oct-2009 | Lehman Brothers Securities NV | 150,000 |