# MCGRAIL & BENSINGER LLP

Menachem M. Bensinger
888-C 8th Avenue #107
New York, NY 10019
Ph: (718) 434-2676 Fax: (718) 228-7717

July 24, 2017

**VIA ECF**

Clerk of Court

Re: Motion to Withdraw as Attorney

Dear Clerk of Court:

Please remove my account from the list of parties receiving e-notice of filings in this case.

Thank you,


___/s/ Menachem M. Bensinger_____
Menachem M. Bensinger, Esq.