FILED / RECEIVED

JUL 0 5 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc. ,     Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banque Cantonale Vaudoise | Credit Suisse AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Banque Cantonale Vaudoise
Case Postale 300
1001 Lausanne
Attn: Victor Pereira
Email: victor.pereira@bcv.ch

Phone: + 41 21 212 11 56
Last Four Digits of Acct #: _____

Court Claim # (if known): 55829
Amount of Claim: CHF 400,000.00
Date Claim Filed: 10/29/2009

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Victor Pereira / Janique Vuillermet_ Date: 06/23/2017
    Transferee/Transferee's Agent

Victor Pereira    Janique Vuillermet

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

REC'D JUL 11 2017

## **EVIDENCE OF TRANSFER OF CLAIM**

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Banque Cantonale Vaudoise** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **May 17, 2017.**

**Credit Suisse AG**

By: _____
Name: Philipp Oswald
Title: AVP

By: _____
Name: Sandro Hunziker
Title: AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0337337710 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | CHF 400'000 |

**<< BCV**

## Opérations

Victor Pereira
Desk Corporate Actions
victor.pereira@bcv.ch

**Banque Cantonale Vaudoise**
Case Postale 300
1001 Lausanne
Tél. 021 212 11 56
Fax 021 212 15 62
www.bcv.ch

Epiq Bankruptcy Solutions, LLC
Attn : Lehman Brothers Holdings Inc. Claim Processing
757 Third Avenue, 3rd Floor
NY 10017 New York

Réf. VRP

Lausanne, le 23 June 2017

**Evidence of transfer of claim nr 55829**

Dear all,

Please find attached an Evidence of transfer of claim Nr 55829 Lehman Brothers Holdings Inc.

Best Regards

Banque Cantonale Vaudoise

Victor PEREIRA
Assistant Vice-President

e.r. J. Vuillermet
Janique VUILLERMET
Authorised Officer

23.06.17    3.80
CH - 1300    PRIORITY
Affr. Poste    Stand 2
2090075
30001466     LA POSTE

**FILED / RECEIVED**
JUL 0 3 2017
EPIQ SYSTEMS

**FILED / RECEIVED**
JUL 0 3 2017
EPIQ SYSTEMS

Epiq Bankruptcy Solutions LLC
Attn. Lehman Brothers Holdings Inc. Claim Processing
757 Third Avenue, 3rd Floor
NY 10017 New York

USA

9304100055213192    NMR