FILED / RECEIVED

JUN 2 9 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)
Claim Number: 55824-48**

We would like to inform you that Bethmann Bank AG who is holder of the claim number 55824-48, filed on 09/28/2009, has assigned the rights arising out of this claim corresponding with the following securities

40 pcs. "Lehman Bros Treasury Co. B.V." (ISIN XS0334494290)
in the amount of a face value of **USD 65,106.72**

to

**Dr. Hartmut Müller and Brigitte Elke Müller,**
Parkweg 12, 45768 Marl, Germany

The potentially remaining rights arising out of the claim Number 55824-48 remain entirely with Bethmann Bank AG.

Bethmann Bank AG and Dr. Hartmut Müller as Brigitte Elke Müller have agreed to the partial assignment mentioned herein above. Both Bethmann Bank AG and Dr. Hartmut Müller as Brigitte Elke Müller acknowledge and represent that due to the assignment mentioned herein above Dr. Hartmut Müller as Brigitte Elke Müller have become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, May 17, 2017          Marl, May 30, 2017

Bethmann Bank AG
(Assignor)                                (Assignee)

Jochen Weber    Anja Sonnleithner         Dr. Hartmut Müller  Brigitte Elke Müller

**Bethmann Bank**
ABN AMRO

Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

                                      Investment Services
                                      Anja Sonnleithner
                                      Bethmannstrasse 7 – 9
                                      60311 Frankfurt am Main
                                      Germany

                                      Frankfurt, 22.06.2017

Dear Sir or Madam,

as an attachement you will receive various transmission adverts to our clients.

Could you please process it accordingly?

Thank you very much!

Kind regards,
Bethmann Bank

Anja Sonnleithner
Investment Services

---

Bethmann Bank AG        Vorsitzender des Aufsichtsrates:       Sitz der Gesellschaft: Frankfurt am Main
Bethmannstraße 7 - 9       Jeroen Rijpkema                      Amtsgericht Frankfurt am Main,
60311 Frankfurt am Main    Vorstand: Horst Schmidt (Vors.),       HRB 57565
Briefadresse: Postfach 100632   Michael Arends, Johannes Baratta,     USt ID:  DE 122786951
60006 Frankfurt am Main     Stephan Isenberg
Telefon +49 69 2177 - 0



FILED / RECEIVED
JUN 2 9 2017
EPIQ SYSTEMS

Postfach 10 06 32
60006 Frankfurt am Main

