WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
In re                                              :     Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,             :     08-13555 (SCC)
                                                   :
                    Debtors.                       :     (Jointly Administered)
                                                   :
-------------------------------------------------------------x
```

### NOTICE OF ADJOURNMENT OF HEARING ON THE MOTION OF PLAN ADMINISTRATOR PURSUANT TO SECTIONS 8.4, 9.3, AND 14.1 OF THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS TO ESTIMATE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES (2017)

**PLEASE TAKE NOTICE** that the hearing to consider the Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes, dated February 23, 2017 [**ECF No. 54904**], which was scheduled for July 27, 2017 at 10:00 a.m. (Eastern Time), has been adjourned to **August 17, 2017 at 10:00 a.m. (Eastern Time)** or

as soon thereafter as counsel may be heard, solely with respect to the claims or portions of claims held by the parties listed on Exhibit A hereto.

Dated:    July 25, 2017
        New York, New York

                                /s/ Garrett A. Fail
                                Garrett A. Fail
                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone: (212) 310-8000
                                Facsimile: (212) 310-8007

                                Attorneys for Lehman Brothers Holdings Inc.
                                and Certain of Its Affiliates

WEIL:\96223790\1\58399.0011

**<u>Exhibit A</u>**

WEIL:\96223790\1\58399.0011

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
MOTION TO ESTIMATE LBIE-BASED GUARANTEE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES

|    | NAME | CLAIM # | DEBTOR NAME | FILED DATE | TOTAL ASSERTED CLAIM AMOUNT | AMOUNT SUBJECT TO MOTION | ESTIMATED AMOUNT |
|----|------|---------|-------------|------------|------------------------------|--------------------------|------------------|
| 1  | DEUTSCHE BANK AG | 27141 | Lehman Brothers Holdings Inc. | 09/22/2009 | $397,359,378.99 * | $295,140,332.75 * | $0.00 |
| 2  | DEUTSCHE BANK AG BRUSSELS BRANCH | 27251 | Lehman Brothers Holdings Inc. | 09/22/2009 | $1,136,190.00 | $1,136,190.00 | $0.00 |
| 3  | DEUTSCHE BANK AG, LONDON (HK) | 18269 | Lehman Brothers Holdings Inc. | 09/18/2009 | $547,601.40 * | $547,601.40 * | $0.00 |
| 4  | DEUTSCHE BANK AG, LONDON BRANCH | 20170 | Lehman Brothers Holdings Inc. | 09/21/2009 | $7,325,405.64 | $7,325,405.64 | $0.00 |
| 5  | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 11067 | Lehman Brothers Holdings Inc. | 09/10/2009 | $28,348,130.14 * | $28,348,130.14 * | $0.00 |
| 6  | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 13318 | Lehman Brothers Holdings Inc. | 09/16/2009 | $35,788.00 * | $35,788.00 * | $0.00 |
| 7  | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 13873 | Lehman Brothers Holdings Inc. | 09/16/2009 | $6,635,609.85 * | $6,635,609.85 * | $0.00 |
| 8  | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 13878 | Lehman Brothers Holdings Inc. | 09/16/2009 | $333,701.96 * | $333,701.96 * | $0.00 |
| 9  | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 16206 | Lehman Brothers Holdings Inc. | 09/18/2009 | $27,290,387.00 * | $27,290,387.00 * | $0.00 |
| 10 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 17268 | Lehman Brothers Holdings Inc. | 09/18/2009 | $54,122,471.93 * | $54,122,471.93 * | $0.00 |
| 11 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 17535 | Lehman Brothers Holdings Inc. | 09/18/2009 | $8,119,085.70 | $8,119,085.70 | $0.00 |
| 12 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 17734 | Lehman Brothers Holdings Inc. | 09/18/2009 | $40,252,501.00 * | $40,252,501.00 * | $0.00 |
| 13 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 17735 | Lehman Brothers Holdings Inc. | 09/18/2009 | $5,821,355.47 * | $5,821,355.47 * | $0.00 |
| 14 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 17737 | Lehman Brothers Holdings Inc. | 09/18/2009 | $6,632,282.74 * | $6,632,282.74 * | $0.00 |
| 15 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 17738 | Lehman Brothers Holdings Inc. | 09/18/2009 | $356,128.42 * | $356,128.42 * | $0.00 |
| 16 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 17739 | Lehman Brothers Holdings Inc. | 09/18/2009 | $6,541,432.19 * | $6,541,432.19 * | $0.00 |
| 17 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 17752 | Lehman Brothers Holdings Inc. | 09/18/2009 | $875,191.24 * | $875,191.24 * | $0.00 |
| 18 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 19472 | Lehman Brothers Holdings Inc. | 09/18/2009 | $27,311,072.39 | $27,311,072.39 | $0.00 |
| 19 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 19832 | Lehman Brothers Holdings Inc. | 09/21/2009 | $2,032,320.72 * | $2,032,320.72 * | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
MOTION TO ESTIMATE LBIE-BASED GUARANTEE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES

| | NAME | CLAIM # | DEBTOR NAME | FILED DATE | TOTAL ASSERTED CLAIM AMOUNT | AMOUNT SUBJECT TO MOTION | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|
| 20 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 19925 | Lehman Brothers Holdings Inc. | 09/21/2009 | $1,116,076.00 | $1,116,076.00 | $0.00 |
| 21 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 22672 | Lehman Brothers Holdings Inc. | 09/21/2009 | $21,386,702.54 * | $21,386,702.54 * | $0.00 |
| 22 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 23593 | Lehman Brothers Holdings Inc. | 09/21/2009 | $10,126,431.00 * | $10,126,431.00 * | $0.00 |
| 23 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 26197 | Lehman Brothers Holdings Inc. | 09/21/2009 | $26,988,440.97 * | $26,988,440.97 * | $0.00 |
| 24 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 27877 | Lehman Brothers Holdings Inc. | 09/22/2009 | $7,157,163.35 * | $7,157,163.35 * | $0.00 |
| 25 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 27879 | Lehman Brothers Holdings Inc. | 09/22/2009 | $75,335,304.27 * | $34,745,005.13 * | $0.00 |
| 26 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29353 | Lehman Brothers Holdings Inc. | 09/22/2009 | $40,455,331.00 | $40,455,331.00 | $0.00 |
| 27 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29354 | Lehman Brothers Holdings Inc. | 09/22/2009 | $36,000,177.00 * | $36,000,177.00 * | $0.00 |
| 28 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29355 | Lehman Brothers Holdings Inc. | 09/22/2009 | $27,375,227.00 | $27,375,227.00 | $0.00 |
| 29 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29356 | Lehman Brothers Holdings Inc. | 09/22/2009 | $67,848,487.00 | $67,848,487.00 | $0.00 |
| 30 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29357 | Lehman Brothers Holdings Inc. | 09/22/2009 | $2,122,803.00 | $2,122,803.00 | $0.00 |
| 31 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29358 | Lehman Brothers Holdings Inc. | 09/22/2009 | $19,776,595.00 | $19,776,595.00 | $0.00 |
| 32 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29359 | Lehman Brothers Holdings Inc. | 09/22/2009 | $2,432,925.00 | $2,432,925.00 | $0.00 |
| 33 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29360 | Lehman Brothers Holdings Inc. | 09/22/2009 | $2,806,770.00 | $2,806,770.00 | $0.00 |
| 34 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29361 | Lehman Brothers Holdings Inc. | 09/22/2009 | $3,701,338.00 | $3,701,338.00 | $0.00 |
| 35 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29362 | Lehman Brothers Holdings Inc. | 09/22/2009 | $4,455,154.00 * | $4,455,154.00 * | $0.00 |
| 36 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29363 | Lehman Brothers Holdings Inc. | 09/22/2009 | $7,543,730.00 | $7,543,730.00 | $0.00 |
| 37 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 29364 | Lehman Brothers Holdings Inc. | 09/22/2009 | $11,310,778.00 | $11,310,778.00 | $0.00 |
| 38 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 30533 | Lehman Brothers Holdings Inc. | 09/22/2009 | $302,836.94 * | $302,836.94 * | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
MOTION TO ESTIMATE LBIE-BASED GUARANTEE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES

| | NAME | CLAIM # | DEBTOR NAME | FILED DATE | TOTAL ASSERTED CLAIM AMOUNT | AMOUNT SUBJECT TO MOTION | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|
| 39 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 30534 | Lehman Brothers Holdings Inc. | 09/22/2009 | $23,431,331.97 * | $23,431,331.97 * | $0.00 |
| 40 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 31935 | Lehman Brothers Holdings Inc. | 09/22/2009 | $74,941.00 | $74,941.00 | $0.00 |
| 41 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 31936 | Lehman Brothers Holdings Inc. | 09/22/2009 | $85,524.00 | $85,524.00 | $0.00 |
| 42 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 31937 | Lehman Brothers Holdings Inc. | 09/22/2009 | $106,465.00 | $106,465.00 | $0.00 |
| 43 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 31938 | Lehman Brothers Holdings Inc. | 09/22/2009 | $146,369.00 | $146,369.00 | $0.00 |
| 44 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 31940 | Lehman Brothers Holdings Inc. | 09/22/2009 | $73,824.00 | $73,824.00 | $0.00 |
| 45 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 33177 | Lehman Brothers Holdings Inc. | 09/22/2009 | $2,032,320.72 | $2,032,320.72 | $0.00 |
| 46 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 33444 | Lehman Brothers Holdings Inc. | 09/21/2009 | $64,514,276.35 * | $64,514,276.35 * | $0.00 |
| 47 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 57740 | Lehman Brothers Holdings Inc. | 10/30/2009 | $27,906,002.47 | $27,906,002.47 | $0.00 |
| 48 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 66174 | Lehman Brothers Holdings Inc. | 01/28/2010 | $265,097.00 * | $265,097.00 * | $0.00 |
| 49 | DEUTSCHE BANK AG, LONDON BRANCH (UK) | 67846 | Lehman Brothers Holdings Inc. | 01/18/2012 | $5,895,449.85 * | $5,895,449.85 * | $0.00 |
| | | | | TOTAL | $1,113,849,906.21 | $971,040,560.83 | |