WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                                    :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                 :    **08-13555 (SCC)**
:
        Debtors.    :    **(Jointly Administered)**
:
---------------------------------------------------------------x
:
**In re**                                                    :
:    **Case No.**
**LEHMAN BROTHERS INC.,**                                    :
:    **08-01420 (SCC) (SIPA)**
        Debtor.     :
:
---------------------------------------------------------------x

## NOTICE OF CANCELLATION OF HEARING
## SCHEDULED FOR JULY 27, 2017 AT 10:00 A.M.

**PLEASE TAKE NOTICE** that the hearing that was scheduled for July 27, 2017, at 10:00 a.m. (Prevailing Eastern Time), before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004-1408 **has been cancelled.**

**PLEASE TAKE FURTHER NOTICE** that the matters scheduled for July 27, 2017 have been rescheduled for a future hearing.

Dated: July 25, 2017
      New York, New York

/s/ Garrett A. Fail
Jacqueline Marcus
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: July 25, 2017
      New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

WEIL:\96223829\1\58399.0011