UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
In re:                                                              Chapter 11

LEHMAN BROTHERS HOLDING INC., *et al.*,            Case No: 08-13555-SCC

                      Debtor.
------------------------------------X
LEHMAN BROTHERS HOLDINGS INC.,

                      Plaintiff,
                                                            Adv. No. 16-01001-SCC
   -against-

STEARNS LENDING, LLC,

                      Defendants,
------------------------------------X

**MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE**

I, Wayne Streibich, request admission, *pro hac vice,* before the Honorable Shelly C. Chapman, to represent Stearns Lending Inc. in the above references adversary proceeding.

*I certify that I am a member in good standing* of the bar in the Commonwealth of Pennsylvania and in the State of New Jersey, and the bar of the U.S. District for the Eastern District of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 20, 2017
        Philadelphia, Pennsylvania

                                                    Wayne Streibich
                                                    Blank Rome LLP
                                                    One Logan Square
                                                    130 North 18th Street
                                                    Philadelphia, PA 19103-6998
                                                    WStreibich@BlankRome.com
                                                    Telephone: (215) 569-5776