UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

In re:                                                          Chapter 11

LEHMAN BROTHERS HOLDING INC., *et al.*,        Case No: 08-13555-SCC

                    Debtor.

------------------------------------X

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,
                                              Adv. No. 16-01001-SCC

   -against-

STEARNS LENDING, LLC,

                    Defendants,

------------------------------------X

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

Upon the motion of Wayne Streibich, Esq., to be admitted, *pro hac vice,* to represent Stearns Lending Inc. (the "Client") a defendant in the above referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Pennsylvania, the State of New Jersey, and of the U.S. District Court for the Eastern District of Pennsylvania, it is hereby

**ORDERED**, that Wayne Streibich, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July __, 2017
       New York, New York          /s/_____
                                                           UNITED STATES BANKRUPTCY JUDGE