

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Wayne Streibich, Esq.*

DATE OF ADMISSION

*November 25, 1988*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  July 21, 2017

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

08-13555-mg    Doc 55835-2    Filed 07/25/17    Entered 07/25/17 13:25:32    Certificate of Good Standing    Pg 1 of 1