

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc.         ,          Case No.  08-3555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Southey Capital Ltd | Swiss Invest Corp, Ltd |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Attn: Robert Southey
  Email: rs@southeycapital.com

Court Claim # (if known):  46335
Amount of Claim:  $2,270,569.23
Date Claim Filed:  10/26/2009

Phone:  +44 203 745 7940
Last Four Digits of Acct #: _____

Phone:  +44 207 712 7777
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____   Date: 4 July 2017
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT



For value received, the adequacy and sufficiency of which are hereby acknowledged, **SWISS INVEST CORP LTD**, Admirals Way, Beaufort Court, London, E14 9XL, United Kingdom ("Transferor") unconditionally and irrevocably transferred to **SOUTHEY CAPITAL LTD**, with main business address Suite 17, Ensign House, 2 Admirals Way, London, E14 9 XQ, UNITED KINGDOM ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim ( Claim No. 46335 ) in the nominal amounts specified in schedule 1 related to the securities with the International Securities Identification Numbers listed in Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555(JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognising the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor , the Bankruptcy Court and all other interested parties that all further notices relating to the claim , and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANFER OF CLAIM IS EXECUTED THIS ___ JUNE 2017.

SWISS INVEST CORP LTD  
LONDON

Transferor  
By:  
Name: P. CELIERI  
Title: DIRECTOR

SOUTHEY CAPITAL LTD

Transferee  
By:  
Name: Robert Southey  
Title: Director, Southey Capital Ltd

# EVIDENCE OF TRANSFER OF CLAIM

SCHEDULE 1

| ISIN | Court Claim# | Date Claim Filed | Issuer | Units/Amount of Claim Related to Security |
|---|---|---|---|---|
| XS0345445737 | 46355 | 26 October 2009 | Lehman Brothers Treasury B.V. | EUR 1,600,000.00 |