Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

FILED / RECEIVED

JUN 29 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)**
**Claim Number: 55824-45**

We would like to inform you that Bethmann Bank AG who is holder of the claim number 55824-45, filed on 09/28/2009, has assigned the rights arising out of this claim corresponding with the following securities

17 pcs. "Lehman Bros Treasury Co. B.V." (ISIN DE000A0LHNW7)
in the amount of a face value of **USD 17,697.66**

to

**Elke Maria Meier,**
Markgrafenstraße 46, 40545 Düsseldorf, Germany

The potentially remaining rights arising out of the claim Number 55824-45 remain entirely with Bethmann Bank AG.

Bethmann Bank AG and Elke Maria Meier have agreed to the partial assignment mentioned herein above. Both Bethmann Bank AG and Elke Maria Meier acknowledge and represent that due to the assignment mentioned herein above Elke Maria Meier has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, May 4, 2017         Düsseldorf, 26.5.2017

Bethmann Bank AG
(Assignor)                                              (Assignee)

Jochen Weber    Anja Sonnleithner        Elke Maria Meier

**Bethmann Bank**
ABN AMRO

Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

                                                Investment Services
                                                Anja Sonnleithner
                                                Bethmannstrasse 7 – 9
                                                60311 Frankfurt am Main
                                                Germany

                                                Frankfurt, 22.06.2017

Dear Sir or Madam,

as an attachement you will receive various transmission adverts to our clients.

Could you please process it accordingly?

Thank you very much!


Kind regards,
Bethmann Bank



Anja Sonnleithner
Investment Services


Bethmann Bank AG
Bethmannstraße 7 - 9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177 - 0

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand: Horst Schmidt (Vors.),
Michael Arends, Johannes Baratta,
Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main.
HRB 57565
USt-ID:   DE 122786951



FILED / RECEIVED

JUN 2 9 2017

EPIQ SYSTEMS

Postfach 10 06 32
60006 Frankfurt am Main

