# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>Debtors. | Chapter 11 Case No.<br><br>Case No.: 08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

**To:** Wells Fargo Bank, National Association, Assignor/Transferor
Corporate Trust Operations
MAC N9300-070
600 South Fourth Street, 7th Floor
Minneapolis, MN 55479

Your claims relating to Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates Series 2004-5 ("**SARM 2004-5**") and Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2003-17A ("**SASCO 2003-17A**" and together with SARM 2004-5, the "**Trusts**" and each a "**Trust**") included in claim numbers 24810, 24811, 24792, and 24793 (in each case whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise), (collectively, the "**Claim**") in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMP), or any other court with jurisdiction over such proceedings, have been transferred to Nationstar Mortgage LLC, Assignee/Transferee (but solely to the extent of the portion of the Claim relating to each Trust).

No action is required if you do not object to the transfer of your Claim. If you object to the transfer, within twenty-one (21) days of the date of this notice, you must file a written objection and provide written notice to the Assignee/Transferee:

**Nationstar Mortgage LLC, Assignee/Transferee**
8740 Lucent Boulevard, Suite 600
Highlands Ranch, Colorado 80129
Attention:  Michele Olds

## EVIDENCE OF TRANSFER

**Wells Fargo Bank, N.A.**, as trustee, its successors and assigns (collectively, "**Assignor**"), has hereby absolutely and unconditionally sold, conveyed, transferred and assigned to **Nationstar Mortgage LLC**, its successors and assigns (collectively, "**Assignee**"), its claims (collectively, the "**Claim**") relating to Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates Series 2004-5 ("**SARM 2004-5**") and Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2003-17A ("**SASCO 2003-17A**" and together with SARM 2004-5, the "**Trusts**" and each a "**Trust**") included in claim numbers 24810, 24811, 24792, and 24793 (in each case whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise) in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMP), or any other court with jurisdiction over such proceedings (but solely to the extent of the portion of the Claim relating to each Trust).

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly-authorized representatives this 26th day of July, 2017.

(*Signatures on following page*)

Wells Fargo Bank, National Association,
as trustee

By: _____
Name: **Leon Costello**
Title: **Vice President**

Nationstar Mortgage LLC

By: _____
Name: Diane Moormann
Title: Vice President