B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT



In re  LEHMAN BROTHERS HOLDINGS, INC.        Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

ECOGREEN MARKETING LIMITED
Name of Transferee

FILHO, JOSE KALIL & KALIL MEYER GLORIA JTTEN
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 41864, 41886
Amount of Claim: $72,585.41 & $225,278.11
Date Claim Filed: October 19, 2009

Phone: 55-19-9906-0400
Last Four Digits of Acct #: 4967

Phone: 55-19-9906-0400
Last Four Digits of Acct. #: 2264

Claim # 41864 - $72,585.41
Claim # 41886 - $225,278.11

Name and Address where transferee payments should be sent (if different from above):
ECOGREEN MARKETING LIMITED
TRIDENT CHAMBERS 146,
ROADTOWN, TORTOLA BVI
Phone: 305-533-5425
Last Four Digits of Acct #: 4967
852-014967

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: X _____        Date: 07/12/2017
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.