Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

FILED / RECEIVED

JUN 2 9 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)**
**Claim Number: 55824-37**

We would like to inform you that Bethmann Bank AG who is holder of the claim number 55824-37, filed on 09/28/2009, has assigned the rights arising out of this claim corresponding with the following securities

15 pcs. "Lehman Bros Treasury Co. B.V." (ISIN XS0235227302)
in the amount of a face value of **USD 20,003.33**

to

**Andreas Thomas Michael Knüppel,**
Karl-Weysser-Straße 21, 76227 Karlsruhe, Germany

The potentially remaining rights arising out of the claim Number 55824-37 remain entirely with Bethmann Bank AG.

Bethmann Bank AG and Andreas Thomas Michael Knüppel have agreed to the partial assignment mentioned herein above. Both Bethmann Bank AG and Andreas Thomas Michael Knüppel acknowledge and represent that due to the assignment mentioned herein above Andreas Thomas Michael Knüppel has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, May 4, 2017                Karlsruhe, 01.06.2017

Bethmann Bank AG
(Assignor)                                             (Assignee)

_____                    _____
Jochen Weber    Anja Sonnleithner          Andreas Thomas Michael Knüppel

Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

                               Investment Services
                               Anja Sonnleithner
                               Bethmannstrasse 7 – 9
                               60311 Frankfurt am Main
                               Germany

                               Frankfurt, 22.06.2017

Dear Sir or Madam,

as an attachement you will receive various transmission adverts to our clients.

Could you please process it accordingly?

Thank you very much!

Kind regards,
Bethmann Bank

Anja Sonnleithner
Investment Services

Bethmann Bank AG                Vorsitzender des Aufsichtsrates:        Sitz der Gesellschaft: Frankfurt am Main
Bethmannstraße 7 - 9            Jeroen Rijpkema                         Amtsgericht Frankfurt am Main,
60311 Frankfurt am Main         Vorstand: Horst Schmidt (Vors.),        HRB 57565
Briefadresse: Postfach 10 06 32 Michael Arends, Johannes Baratta,       USt-ID:  DE 122786951
60006 Frankfurt am Main         Stephan Isenberg
Telefon +49 69 2177 - 0



FILED / RECEIVED
JUN 29 2017
EPIQ SYSTEMS

Postfach 10 06 32
60006 Frankfurt am Main

