**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------- x
                                                    :     Chapter 11
In re:                                              :
                                                    :     Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.              :
                                                    :     (Jointly Administered)
                 Debtors.                           :
                                                    :     Ref. Docket Nos. 55778, 55784,
                                                    :     55785, 55786, 55787, 55788,
                                                    :     55789, 55790, 55792, 55793,
                                                    :     55794, 55795
----------------------------------------------------------------- X
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1.  I am employed as Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 21, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 21, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
24th day of July, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission expires Sept 24, 2017

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

BETHMANN BANK AG
TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG
BETHMANNSTRASSE 7-9
FRANKFURT AM MAIN 60311
GERMANY

Please note that your claim # 555824-17 in the above referenced case and in the amount of $0.00 allowed at $13,335.55 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000121559583 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000179241



ADAM, FRANZ JOSEF AND SUSANNE HEIDEMARIE
TRANSFEROR: BETHMANN BANK AG
AHORNWEG 2
BOBRACH 94255
GERMANY

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          55793          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/21/2017                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 21, 2017.

**EXHIBIT A**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADAM, FRANZ JOSEF AND SUSANNE HEIDEMARIE | TRANSFEROR: BETHMANN BANK AG, AHORNWEG 2, BOBRACH 94255 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BROSCH, DR. JOHANN | TRANSFEROR: BETHMANN BANK AG, SEEFELDER STRABE 4, MUNCHEN 81377 GERMANY |
| GIERSTORFER, IRMGARD MARIA | TRANSFEROR: BETHMANN BANK AG, ALTENSTEIN 2, VIECHTACH 94234 GERMANY |
| MALITTE, ULRICH ALFRED WILHELM AND INGRID EMMA | TRANSFEROR: BETHMANN BANK AG, DR.-NICHOLAS-STRASSE 2, 25980 WESTERLAND/SYLT GERMANY |
| MEILICKE, ERICH WALDEMAR HEINZ | TRANSFEROR: BETHMANN BANK AG, LEYDENALLEE 39, BERLIN 12167 GERMANY |
| MEYER-MADAUS, AMELIE | TRANSFEROR: BETHMANN BANK AG, PRENZLAUER ALLEE 204, 10405 BERLIN  GERMANY |
| MEYER-MADAUS, LOUISA | TRANSFEROR: BETHMANN BANK AG, ZIONSKIRCHSTRASSE 39, 10119 BERLIN  GERMANY |
| OBERMEIER, GEORG AND THERESIA | TRANSFEROR: BETHMANN BANK AG, AM GSTOCKET 1, 85101 LENTING  GERMANY |
| PATTENHAUSEN, LAMIN DANIEL | TRANSFEROR: BETHMANN BANK AG, LUNEBERGER STRASSE 8, 28203 BREMEN  GERMANY |
| TSCHIERSCH, GUNTER | TRANSFEROR: BETHMANN BANK AG, SCHLIEMANNSTRABE 42, ERKRATH 40699 GERMANY |
| URLICHS, KARIN | TRANSFEROR: BETHMANN BANK AG, RAINWIESENWEG 9, SCHWAIG 90571 GERMANY |
| WOLFSWINKLER, RUDOLF FRANZ XAVER | TRANSFEROR: BETHMANN BANK AG, FLORASTRASSE 6, 81827 MUNCHEN  GERMANY |

**Total Creditor Count 24**