**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
                                                                    :    Chapter 11
In re:                                                              :
                                                                    :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                            :
                                                                    :    (Jointly Administered)
                                       Debtors.                     :
                                                                    :    Ref. Docket No. 55747
------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 21, 2017, I caused to be served the "Notice of Defective Transfers," dated July 21, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Catherine Henriquez*
                                                    Catherine Henriquez

Sworn to before me this
24th day of July, 2017
/s/ *Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission expires Sept 24, 2017

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000121559591 ***        LBH DEFTRFNTC (MERGE2, TXNUM2) 4000101434



GARDI, BETTINA MADELEINE
WALSHEIMSTRASSE 27
ZUG 6300
 SWITZERLAND

THURGAUER KANTONALBANK
BANKPLAZ 1
WEINFELDEN CH-8570
 SWITZERLAND

**Your transfer of claim # 54780 is defective for the reason(s) checked below:**

Other WRONG TRANSFEROR

Docket Number   55747                Date:  07/05/2017

/s/ Lauren Rodriguez

_____

_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT A

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GARDI, BETTINA MADELEINE | WALSHEIMSTRASSE 27, ZUG 6300 SWITZERLAND |
| THURGAUER KANTONALBANK | BANKPLAZ 1, WEINFELDEN CH-8570 SWITZERLAND |

**Total Creditor Count 2**

EPIQ BANKRUPTCY SOLUTIONS, LLC          Page 1 OF 1