**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Ref. Docket Nos. 55753, 55806, |
| | : | 55807, 55819, 55820, 55821, |
| | : | 55822, 55823, 55824 |

------------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 26, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 26, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/Konstantina Haidopoulos*
                                                    Konstantina Haidopoulos

Sworn to before me this
27th day of July, 2017
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000121566257 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000169374



BETHMANN BANK AG
TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG
BETHMANNSTRASSE 7-9
FRANKFURT AM MAIN 60311
 GERMANY

Please note that your claim # 555824-25 in the above referenced case and in the amount of
$0.00 allowed at $37,947.56 has been transferred (unless previously expunged by court order)

HUMMER, MICHAEL AND HUMMER, CARMEN MADELEINE
TRANSFEROR: BETHMANN BANK AG
SONNENSTRASSE 24
93356 TEUGN
 GERMANY

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER        55806        in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/26/2017                Vito Genna, Clerk of Court

                /s/ Tony Persaud
                _____
                EPIQ BANKRUPTCY SOLUTIONS, LLC

                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 26, 2017.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, ATTN: ANJA SONNLEITHNER - INVESTMENT SERVICES, BETHMANNSTRABE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| COUTTS & CO AG | F/K/A RBS COUTTS BANK AG, LERCHENSTRASSE 18, 8045 ZURICH  SWITZERLAND |
| HUMMER, MICHAEL AND HUMMER, CARMEN MADELEINE | TRANSFEROR: BETHMANN BANK AG, SONNENSTRASSE 24, 93356 TEUGN  GERMANY |
| KOSTER, LUDWIG | TRANSFEROR: BETHMANN BANK AG, STRANDSTRASSE 30, 24159 KIEL  GERMANY |
| LUBER, GERHARD JOHANNES | TRANSFEROR: BETHMANN BANK AG, SCHONLIND 2A, 92259 NEUKIRCHEN  GERMANY |
| MULLER, DR. HARTMUT AND MULLER, BRIGITTE ELKE | TRANSFEROR: BETHMANN BANK AG, PARKWEG 12, 45768 MARL  GERMANY |
| PERLICK, JURGEN BRUNO AND PERLICK, ANGELIKA L. | TRANSFEROR: BETHMANN BANK AG, IN DER LOH 9, 50126 BERGHEIM  GERMANY |
| TECKLENBORG, THEODOR FRANZ AND TECKLENBORG, GERDA J. | TRANSFEROR: BETHMANN BANK AG, APOLLINARISSTRASSE 24, 40227 DUSSELDORF  GERMANY |
| UNION BANCAIRE PRIVEE, UBP SA SINGAPORE BRANCH | TRANSFEROR: COUTTS & CO AG, LEVEL 38, ONE RAFFLES QUAY, NORTH TOWER, SINGAPORE 048583 SINGAPORE |
| URBAN, MARTIN JOHANN AND URBAN, SUSANNE M.-A. | TRANSFEROR: BETHMANN BANK AG, SONNENSTRASSE 8, 92693 ESLARN  GERMANY |
| WERKER, BRIGITTE ELFRIEDE | TRANSFEROR: BETHMANN BANK AG, SIMROCKSTRASSE 40, 40235 DUSSELDORF  GERMANY |

**Total Creditor Count 18**