UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

*In re Lehman Brothers Holdings, Inc., et al.,*          Case Number: 08-13555

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**CVI CVF III Lux Master S.A.R.L.**                   **Lehman Brothers (Luxembourg) Equity Finance S.A.**
Name of Transferee                                    Name of Transferor

Name and Address where notices to          Scheduled Claim #: _____
transferee should be sent:                 Scheduled Amount:     $ _____
                                           Proof of Claim #: 33059 _____
11-13 Boulevard de La Foire
L-1528 Luxembourg ·, Luxembourg

w/copy to:

CVI CVF III Lux Master S.A.R.L.
c/o Carval Investors, LLC
Attn: Jeremiah Gerhardson
9320 Excelsior Boulevard, 7th Floor
Hopkins, MN 55343

                                           **POC Amount:**          **$14,553,045.00**
                                           Debtor: Lehman Brothers Holdings, Inc.

Phone: 952.444.4917                        Phone: _
Last Four Digits of Acct #: N/A            Last Four Digits of Acct #: N/A

Name and Address where transferee
Payments should be sent (if
different from above):
**SAME ADDRESS AS ABOVE**

Phone: 952.444.4917
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

                              by Carval Investors, LLC
                              its attorney-in-fact

By: _____            Date:  7-31-17
    Transferee/Transferee's Agent

CVI CVF III Lux Master S.A.R.L.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

*In re Lehman Brothers Holdings, Inc., et al.,*                Case Number: 08-13555

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CVI CVF III Lux Master S.A.R.L. | Lehman Brothers (Luxembourg) Equity Finance S.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to          Scheduled Claim #:  _____
transferee should be sent:                 Scheduled Amount:  _____

11-13 Boulevard de La Foire
L-1528 Luxembourg , Luxembourg

w/copy to:

CVI CVF III Lux Master S.A.R.L.
c/o Carval Investors, LLC
Attn: Jeremiah Gerhardson
9320 Excelsior Boulevard, 7th Floor
Hopkins, MN 55343

Proof of Claim #: **33061**
POC Amount:     **$67,025,603.00**
Debtor: Lehman Brothers Holdings, Inc.

Phone: 952.444.4917                        Phone: Lehman Brothers Holdings, Inc.
Last Four Digits of Acct #:  N/A           Last Four Digits of Acct #: N/A

Name and Address where transferee
Payments should be sent (if
different from above):
**SAME ADDRESS AS ABOVE**

Phone: 952.444.4917
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

by Carval Investors, LLC
its attorney-in-fact

By:  _____          Date:  _7- 31 - 17_
Transferee/Transferee's Agent

CVI CVF III Lux Master S.A.R.L.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

*In re Lehman Brothers Holdings, Inc., et al.,*

Case Number: 08-13555

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| CVI CVF III Lux Master S.A.R.L. | Lehman Brothers (Luxembourg) Equity Finance S.A. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:

Scheduled Claim #: _____
Scheduled Amount:     $ _____
Proof of Claim #: **33057**

11-13 Boulevard de La Foire
L-1528 Luxembourg ., Luxembourg

w/copy to:

CVI CVF III Lux Master S.A.R.L.
c/o Carval Investors, LLC
Attn: Jeremiah Gerhardson
9320 Excelsior Boulevard, 7th Floor
Hopkins, MN 55343

POC Amount:          $700,837.00
Debtor: **Lehman Brothers Holdings, Inc.**

Phone: 952.444.4917
Last Four Digits of Acct #: _N/A_

Phone: _
Last Four Digits of Acct #: _N/A_

Name and Address where transferee
Payments should be sent (if
different from above):
**SAME ADDRESS AS ABOVE**

Phone: 952.444.4917
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

by Carval Investors, LLC
its attorney-in-fact

Date: ___7-31-17___

By: _____
Transferee/Transferee's Agent

CVI CVF III Lux Master S.A.R.L.