UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings, Inc., et al.,     Case Number: 08-13555

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CVI CVF III Lux Master S.A.R.L. | Lehman Brothers (Luxembourg) Equity Finance S.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Scheduled Claim #: _____
Scheduled Amount: $_____
Proof of Claim #: 33059

11-13 Boulevard de La Foire
L-1528 Luxembourg, Luxembourg

w/copy to:

CVI CVF III Lux Master S.A.R.L.
c/o Carval Investors, LLC
Attn: Jeremiah Gerhardson
9320 Excelsior Boulevard, 7th Floor
Hopkins, MN 55343

POC Amount:    $14,553,045.00
Debtor: Lehman Brothers Holdings, Inc.

Phone: 952.444.4917
Last Four Digits of Acct #: N/A

Phone: _
Last Four Digits of Acct #: N/A

Name and Address where transferee Payments should be sent (if different from above):
**SAME ADDRESS AS ABOVE**

Phone: 952.444.4917
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ by Carval Investors, LLC
     Transferee/Transferee's Agent    its attorney-in-fact

Date: 7-31-17

CVI CVF III Lux Master S.A.R.L.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

*In re Lehman Brothers Holdings, Inc., et al.,*     Case Number: 08-13555

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **CVI CVF III Lux Master S.A.R.L.** | **Lehman Brothers (Luxembourg) Equity Finance S.A.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to     Scheduled Claim #:
transferee should be sent:             Scheduled Amount:

11-13 Boulevard de La Foire
L-1528 Luxembourg , Luxembourg

w/copy to:

CVI CVF III Lux Master S.A.R.L.
c/o Carval Investors, LLC
Attn: Jeremiah Gerhardson
9320 Excelsior Boulevard, 7th Floor
Hopkins, MN 55343

Proof of Claim #: **33061**
POC Amount: **$67,025,603.00**
Debtor: Lehman Brothers Holdings, Inc.

Phone: 952.444.4917                    Phone: Lehman Brothers Holdings, Inc.
Last Four Digits of Acct #: N/A        Last Four Digits of Acct #: N/A

Name and Address where transferee
Payments should be sent (if
different from above):
**SAME ADDRESS AS ABOVE**

Phone: 952.444.4917
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By Carval Investors, LLC
its attorney-in-fact

By: _____                    Date: 7-31-17
Transferee/Transferee's Agent

CVI CVF III Lux Master S.A.R.L.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings, Inc., et al.,         Case Number: 08-13555

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CVI CVF III Lux Master S.A.R.L. | Lehman Brothers (Luxembourg) Equity Finance S.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Scheduled Claim #:
Scheduled Amount: $
Proof of Claim #: **33057**

11-13 Boulevard de La Foire
L-1528 Luxembourg ., Luxembourg

w/copy to:

CVI CVF III Lux Master S.A.R.L.
c/o Carval Investors, LLC
Attn: Jeremiah Gerhardson
9320 Excelsior Boulevard, 7th Floor
Hopkins, MN 55343

POC Amount: **$700,837.00**
Debtor: **Lehman Brothers Holdings, Inc.**

Phone: 952.444.4917
Last Four Digits of Acct #: N/A

Phone:
Last Four Digits of Acct #: N/A

Name and Address where transferee Payments should be sent (if different from above):
**SAME ADDRESS AS ABOVE**

Phone: 952.444.4917
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent
by Carval Investors, LLC
its attorney-in-fact

Date: 7-31-17

CVI CVF III Lux Master S.A.R.L.