Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

FILED / RECEIVED

JUN 29 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)
Claim Number: 55824-37**

We would like to inform you that Bethmann Bank AG who is holder of the claim number 55824-37, filed on 09/28/2009, has assigned the rights arising out of this claim corresponding with the following securities

8 pcs. "Lehman Bros Treasury Co. B.V." (ISIN XS0235227302)
in the amount of a face value of **USD 10,668.44**

to

**Hannelore Minchen Minna Matt,**
Zeitlbergstraße 17, 93197 Zeitlarn, Germany

The potentially remaining rights arising out of the claim Number 55824-37 remain entirely with Bethmann Bank AG.

Bethmann Bank AG and Hannelore Minchen Minna Matt have agreed to the partial assignment mentioned herein above. Both Bethmann Bank AG and Hannelore Minchen Minna Matt acknowledge and represent that due to the assignment mentioned herein above Hannelore Minchen Minna Matt has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, May 4, 2017            Zeitlarn, 29.5.2017

Bethmann Bank AG
(Assignor)                                 (Assignee)

Jochen Weber   Anja Sonnleithner          Hannelore Minchen Minna Matt

**Bethmann Bank**
ABN AMRO

Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Investment Services
Anja Sonnleithner
Bethmannstrasse 7 – 9
60311 Frankfurt am Main
Germany

Frankfurt, 22.06.2017

Dear Sir or Madam,

as an attachement you will receive various transmission adverts to our clients.

Could you please process it accordingly?

Thank you very much!

Kind regards,
Bethmann Bank

Anja Sonnleithner
Investment Services

Bethmann Bank AG
Bethmannstraße 7 - 9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177 - 0

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand: Horst Schmidt (Vors.),
Michael Arends, Johannes Baratta,
Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main.
HRB 57565
USt-ID:   DE 122786951



FILED / RECEIVED
JUN 2 9 2017
EPIQ SYSTEMS

Postfach 10 06 32
60006 Frankfurt am Main

