**COLE SCHOTZ P.C.**
1325 Avenue of the Americas
19th Floor
New York, NY 10019
Telephone (212) 752-8000
Facsimile (212) 752-8393
Ilana Volkov, Esq.

*Counsel for Highland CDO Opportunity
Master Fund, L.P., Highland Credit Opportunities
CDO, L.P., Highland Credit Strategies Fund,
Highland Credit Strategies Master Fund, L.P., and
Highland Credit Offshore Partners, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | : Chapter 11 |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : Case No. 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

**NOTICE OF WITHDRAWAL AS ATTORNEY AND REQUEST TO BE REMOVED
FROM NOTICE, ELECTRONIC MAILING, AND SERVICE LISTS**

PLEASE TAKE NOTICE that I, Ilana Volkov, am an attorney admitted to practice in the United States Bankruptcy Court for the Southern District of New York, who appeared in the above captioned cases on behalf of *Highland CDO Opportunity Master Fund, L.P., Highland Credit Opportunities CDO, L.P., Highland Credit Strategies Fund, Highland Credit Strategies Master Fund, L.P., and Highland Credit Offshore Partners, L.P.* ("Highland"), as a member of the law firm Cole Schotz P.C. (Cole Schotz) and was working with Michael D. Warner, who appeared as attorneys of record for Highland in these cases.

76332/0044-12467403v1

PLEASE TAKE FURTHER NOTICE that I would like to be removed from the notice, electronic mailings and service lists and that Michael D. Warner will continue to serve as counsel for Highland, and Highland therefore will suffer no interruption in its representation in these cases.

Dated: August 1, 2017
New York, NY

Respectfully submitted.

*/s/ Ilana Volkov*
Ilana Volkov, Esq.
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019
Telephone (212) 752-8000
Facsimile (212) 752-8393
Email: ivolkov@coleschotz.com

76332/0044-12467403v1