FILED / RECEIVED

JUN 29 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)**
**Claim Number: 55824-37**

We would like to inform you that Bethmann Bank AG who is holder of the claim number 55824-37, filed on 09/28/2009, has assigned the rights arising out of this claim corresponding with the following securities

10 pcs. "Lehman Bros Treasury Co. B.V." (ISIN XS0235227302)
in the amount of a face value of **USD 13,335.55**

to

**Renate Inge Erika Brennecke,**
Ladeholzstraße 14, 31319 Sehnde, Germany

The potentially remaining rights arising out of the claim Number 55824-37 remain entirely with Bethmann Bank AG.

Bethmann Bank AG and Renate Inge Erika Brennecke have agreed to the partial assignment mentioned herein above. Both Bethmann Bank AG and Renate Inge Erika Brennecke acknowledge and represent that due to the assignment mentioned herein above Renate Inge Erika Brennecke has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, May 4, 2017            Sehnde, 6. Juni 2017

Bethmann Bank AG
(Assignor)                                  (Assignee)

Jochen Weber    Anja Sonnleithner           Renate Inge Erika Brennecke

Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Investment Services
Anja Sonnleithner
Bethmannstrasse 7 – 9
60311 Frankfurt am Main
Germany

Frankfurt, 22.06.2017

Dear Sir or Madam,

as an attachement you will receive various transmission adverts to our clients.

Could you please process it accordingly?

Thank you very much!

Kind regards,
Bethmann Bank

Anja Sonnleithner
Investment Services

Bethmann Bank AG                Vorsitzender des Aufsichtsrates:        Sitz der Gesellschaft: Frankfurt am Main
Bethmannstraße 7 - 9            Jeroen Rijpkema                          Amtsgericht Frankfurt am Main,
60311 Frankfurt am Main         Vorstand: Horst Schmidt (Vors.),         HRB 57565
Briefadresse: Postfach 10 06 32 Michael Arends, Johannes Baratta,        USt-ID:  DE 122786951
60006 Frankfurt am Main         Stephan Isenberg
Telefon +49 69 2177 - 0





FILED / RECEIVED

JUN 29 2017

EPIQ SYSTEMS

Postfach 10 06 32
60006 Frankfurt am Main