FILED / RECEIVED

JUL 13 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

RECEIVED JUL 21 2017 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings Inc.          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

ROBERT SCHIRMER
Name of Transferee

Bank für Tirol und Vorarlberg AG
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 59233
Amount of Claim: CHF 55,000.00 (nominal)
Date Claim Filed: Oct 30 2009

Phone: +49 7432 84M
Last Four Digits of Acct #:
CH27 0852 5000 SA21 065A A

Phone: +43505333-2243
Last Four Digits of Acct. #: 72S1

Name and Address where transferee payments should be sent (if different from above):
Robert Schirmer
Via Nagens 1, CH-7032 Laax

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Robert Schirmer          Date: 07.06.2017
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


