FILED / RECEIVED

'JUL 17 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re:    Lehman Brothers Holdings Inc.      Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

RECEIVED

JUL 21 2017

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>**Banco Santander (Suisse) S.A.** | Name of Transferor:<br>**UBS AG** |
| Notices to Transferee should be sent to:<br>**Banco Santander (Suisse) S.A.**<br>5-7 Rue Ami-Lévrier<br>P.O. Box 1256<br>1211 Geneve 1<br>Switzerland | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>USD 200'000.00 (face amount of securities) | *NOTE:  THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _____    Date:    July 3, 2017
       Eva Benito    Valérie Solvez

**Banco Santander (Suisse) S.A.**

Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC500 UBS0240 BPE SANTANDER 200K 3846313

## EVIDENCE OF TRANSFER OF CLAIM

TO:         United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York  10004
Attention:  Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number:  59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Securities NV<br><br>2008-23.09.2008 | XS0366059953 | LBS NV | LBH Inc | USD 200'000.00 |

**The aggregate amount of the Transferred Claim is to be Determined.  For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

**UBS AG,** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**Banco Santander (Suisse) S.A.**
5-7 Rue Ami-Lévrier
P.O. Box 1256
1211 Geneve 1
Switzerland

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 3, 2017.

**UBS AG**
Transferor

By: _____
Name: Cristoforo Pavone
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

**Banco Santander (Suisse) S.A.**

By: _____
Name: Eva Benito          Valérie Solvez
          Eva Benito



**EXPRESS WORLDWIDE** **DOX** ~~_DHL_~~

IntraShip (7.3) / *17–1409*

| | | |
|---|---|---|
| From Ivan Seara<br>Ivan Seara +4122 909 23 74<br>Rue de l'Arve 16<br>**1201** GENEVA<br>**CH** SWITZERLAND | | Origin<br>**GVA** |

To Epiq Bankruptcy Solutions, LLC
Lehman Brothers
Third Avenue 777
12th Floor
Distribution Forms Processing
**10017 NEW YORK NEW YORK**
**US UNITED STATES OF AMERICA**

Phone:

## JFKL  US-ZYP-TS3

| | Day | Time |
|---|---|---|

Ref code    Solvez Valérie          Piece Weight: **0.5 kg**          Piece
Account No  150486787               Pickup date: 2017–07–13          **1/1**

**Content / Commerce Control Statement / RC**
Documents
Incoterm      : DAP        Customs Value   : 0,00 CHF
Imp/Exp Type  : permanent  IV              : 0,00 CHF

FILED / RECEIVED
JUL 1 4 2017
EPIQ SYSTEMS



WAYBILL 21 2860 0810

(2L)US10017+42000000



(J)JD01 4600 0045 8617 2716