

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)**
**Claim Number: 55824-25**

We would like to inform you that Bethmann Bank AG who is holder of the claim number 55824-25, filed on 09/28/2009, has assigned the rights arising out of this claim corresponding with the following securities

20 pcs. "Lehman Bros Treasury Co. B.V." (ISIN DE000A0NMJ46)
in the amount of a face value of **USD 23,558.31**

to

**Cordula Elisabeth Junginger,**
Asterstraat 92, NL-2223 VJ Katwijk, ~~Germany~~ NETHERLANDS

The potentially remaining rights arising out of the claim Number 55824-25 remain entirely with Bethmann Bank AG.

Bethmann Bank AG and Cordula Elisabeth Junginger have agreed to the partial assignment mentioned herein above. Both Bethmann Bank AG and Cordula Elisabeth Junginger acknowledge and represent that due to the assignment mentioned herein above Cordula Elisabeth Junginger has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, May 4, 2017                Katwijk, July 11th 2017

Bethmann Bank AG
(Assignor)                                                     (Assignee)


Jochen Weber    Anja Sonnleithner                 Cordula Elisabeth Junginger



Cordula Junginger
Asterstraat 92
2223 VJ KATWIJK ZH
www.sos-kinderdoerfer.de

THE NETHERLANDS



FILED / RECEIVED
JUL 17 2017
EPIQ BANKRUPTCY SOLUTIONS, LLC

LEHMAN BROTHERS HOLDINGS
- CLAIM PROCESSING CENTER -
℅ EPIQ BANKRUPTCY SOL., LLC
FDR STATION, P.O. BOX 5076
NEW YORK, NY 10150-5076
USA