**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
                                         :       Chapter 11

In re:                              :

                                     :       Case No. 08-13555 (SCC)

LEHMAN BROTHERS HOLDINGS, INC., *et al.*  :

                                   :       (Jointly Administered)

                Debtors.       :

                                   :       Ref. Docket Nos. 55815, 55816,
                                   :       55817, 55818, 55825, 55827,
                                   :       55828, 55829, 55838, 55839,
                                   :       55840, 55841

------------------------------------------------------------------- X

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 27, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 27, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                */s/Konstantina Haidopoulos*
                                                Konstantina Haidopoulos

Sworn to before me this
27th day of July, 2017
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

BETHMANN BANK AG
TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG
BETHMANNSTRASSE 7-9
FRANKFURT AM MAIN 60311
 GERMANY

Please note that your claim # 555824-42 in the above referenced case and in the amount of
$0.00 allowed at $13,335.55 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000121567496 ***           LBH TRFNTC (MERGE2, TXNUM2) 4000179268



BAUMGARTEN, DIETER GUSTAV
TRANSFEROR: BETHMANN BANK AG
TREBBINER STRABE 71
14480 POTSDAM
 GERMANY

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        55818        in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/27/2017                    Vito Genna, Clerk of Court

                                     /s/ Lauren Rodriguez
                                     _____
                                     EPIQ BANKRUPTCY SOLUTIONS, LLC

                                     as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 27, 2017.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BAUMGARTEN, DIETER GUSTAV | TRANSFEROR: BETHMANN BANK AG, TREBBINER STRABE 71, 14480 POTSDAM  GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BRANDT, DAVID ANTON EMANUEL | TRANSFEROR: BETHMANN BANK AG, WEINLEITE 2, 01326 DRESDEN  GERMANY |
| FUCHS, CHRISTA MARIA | TRANSFEROR: BETHMANN BANK AG, BRAHMSSTR 3, 71065 SINDELFINGEN  GERMANY |
| GIERSTORFER, ARTUR LUDWIG JOSEF | TRANSFEROR: BETHMANN BANK AG, HAIDAUER STRASSE 29 A, 93102 PFATTER  GERMANY |
| KONERT, WALTER WOLFGANG HEINRICH AND SCHENK, DR. ANDREA M.M. | TRANSFEROR: BETHMANN BANK AG, BERGSTRASSE 3, 93080 PENTLING  GERMANY |
| LANGE, DIETRICH KARL OTTO | TRANSFEROR: BETHMANN BANK AG, TRAUNSTEINER STRASSE 8, 10781 BERLIN  GERMANY |
| LANGHEID, DR. THEO AND BORBE-LANGHEID RICHARDA | TRANSFEROR: BETHMANN BANK AG, LINDENBURGER ALLEE 9, 50931 KOLN  GERMANY |
| MEIER, ELKE MARIA | TRANSFEROR: BETHMANN BANK AG, MARKGRAFENSTRASSE 46, 40545 DUSSELDORF  GERMANY |
| MEYER-MADAUS, AMELIE | TRANSFEROR: BETHMANN BANK AG, PRENZLAUER ALLEE 204, 10405 BERLIN  GERMANY |
| PERLICK, JURGEN BRUNO & ANGELIKA L. | TRANSFEROR: BETHMANN BANK AG, IN DE LOH 9, 50126 BERGHEIM  GERMANY |
| SPIELBAUER, ANDREA MARIA | TRANSFEROR: BETHMANN BANK AG, BAADERSTRABE 82, 80469 MUNCHEN  GERMANY |
| WERKER, BRIGITTE ELFRIEDE | TRANSFEROR: BETHMANN BANK AG, SIMROCKSTRABE 40, 40253 DUSSELDORF  GERMANY |

**Total Creditor Count 24**