**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.*

Debtors.

-------------------------------------------------------------------- X

:     Chapter 11

:     Case No. 08-13555 (SCC)

:     (Jointly Administered)

:     Ref. Docket Nos. 55849, 55854, 55855, 55856, 55857, 55858, 55859, 55860, 55861, 55863

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                          ) ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 1, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 1, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
1st day of August, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>      Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,     **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:

WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN
ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE
LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-5
C/O WELLS FARGO CORPORATE TRUST- MARY SOHLBERG
MAC N9300-61
600 SOUTH 4TH STREET
MINNEAPOLIS, MN 55479

WELLS FARGO BANK, NATIONAL ASSOCIATION,
NOT INDIVIDUALLY BUT SOLELY IN
C/O MICHAEL F. DOTY
FAEGRE & BENSON LLP
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402

Please note that your claim # 24810 in the above referenced case and in the amount of
$254,207.18 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000121576957 ***            LBH TRFNTC (MERGE2, TXNUM2) 4000179271



NATIONSTAR MORTGAGE LLC
TRANSFEROR: WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY B
ATTN: MICHELE OLDS
8740 LUCENT BOULEVARD, SUITE 600
HIGHLANDS RANCH, CO 80129

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER            55849                         in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS
AS THE CLAIMANT.**

Date:  08/01/2017                          Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

  FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 1, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, ATTN: ANJA SONNLEITHNER - INVESTMENT SERVICES, BETHMANNSTRABE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BRICOUT, HELMUT UDO | TRANSFEROR: BETHMANN BANK AG, EMIL-FEINENDEGEN-STRABE 10, 47809 KREFELD GERMANY |
| BUCHMULLER-WALDAU, SIBYLLE IRENE | TRANSFEROR: BETHMANN BANK AG, BORSENSTRABE 39 D, 42657 SOLINGEN  GERMANY |
| GRUNER, HANS AUGUST GRUNER & MARIA | TRANSFEROR: BETHMANN BANK AG, NIBELUNGENSTRABE 53, 95444 BAYREUTH  GERMANY |
| KARGER, ANDREAS | TRANSFEROR: BETHMANN BANK AG, KLEINES HEENFELD 18, 32278 KIRCHLENGERN  GERMANY |
| KNUPPEL, ANDREAS THOMAS MICHAEL | TRANSFEROR: BETHMANN BANK AG, KARL-WEYSSER-STRABE 21, 76227 KARLSRUHE  GERMANY |
| MEIER, MATHIAS HEINRICH & INGEBORG | TRANSFEROR: BETHMANN BANK AG, IM GRUND 17, 40474 DUSSELDORF  GERMANY |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY B, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY B, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| RITZINGER, DR. KLAUS MICHAEL & DR. ANJA M. BOSHOF-RITZINGER | TRANSFEROR: BETHMANN BANK AG, STURMSOLDEN 1, 94034 PASSAU  GERMANY |
| TSCHEBINER, DR. HARRY | TRANSFEROR: BETHMANN BANK AG, OBERFOHRINGER STRABE 27, 81925 MUNCHEN  GERMANY |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE, LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-5, C/O WELLS FARGO CORPORATE TRUST- MARY SOHLBERG, MAC N9300-61, 600 SOUTH 4TH STREET, MINNEAPOLIS, MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN | C/O MICHAEL F. DOTY, FAEGRE & BENSON LLP, 2200 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET, MINNEAPOLIS, MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP, MORTGAGE PASS-THROUGH CERTS SERIES 2003-17A, C/O WELLS FARGO CORPORATE TRUST- MARY SOHLBERG, MAC N9300-61, 600 SOUTH 4TH STREET, MINNEAPOLIS, MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN | C/O MICHAEL F. DOTY, FAEGRE & BENSON LLP, 2200 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET, MINNEAPOLIS, MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN | C/O LAW DEBENTURE TRUST COMPANY OF NEW YORK, ATTN: CORPORATE TRUST DEPARTMENT, 400 MADISON AVENUE, 4TH FLOOR, NEW YORK, NY 10017 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN | C/O SEWARD & KISSEL LLP, ATTN: M. WILLIAM MUNNO, ONE BATTERY PARK PLAZA, NEW YORK, NY 10004 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN | C/O LAW DEBENTURE TRUST COMPANY OF NEW YORK, ATTN: CORPORATE TRUST DEPARTMENT, 400 MADISON AVENUE, 4TH FLOOR, NEW YORK, NY 10017 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN | C/O SEWARD & KISSEL LLP, ATTN: M. WILLIAM MUNNO, ONE BATTERY PARK PLAZA, NEW YORK, NY 10004 |
| WOLFFRAM, ULRICH | TRANSFEROR: BETHMANN BANK AG, REICHSSTRASSE 107, 14052 BERLIN  GERMANY |

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |

**Total Creditor Count 28**

LEHMAN BROTHERS HOLDINGS INC.
08-13555-mg    Doc 55932    Filed 08/03/17    Entered 08/03/17 20:15:51    Main Document