**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
                                   :         Chapter 11

In re:                           :

LEHMAN BROTHERS HOLDINGS, INC., *et al.*   :       Case No. 08-13555 (SCC)

                                   :        (Jointly Administered)

                Debtors.       :

                                   :        Ref. Docket Nos. 54896, 55882,
                                   :        55883, 55884, 55885, 55886,
                                   :        55887, 55888, 55889, 55890,
                                   :        55891, 55893
------------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 2, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 2, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                */s/ Catherine Henriquez*
                                                Catherine Henriquez

Sworn to before me this
2nd day of August, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

> ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN
> TRANSFEROR: BANK HAPOALIM B.M.
> RICHARD FELS
> 227 SUNSET AVENUE
> RIDGEWOOD, NJ 07450

Please note that your claim # 5155854-22 in the above referenced case and in the amount of $175,000.00 allowed at $178,613.75 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000121594606 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000179294



BANK HAPOALIM B.M.
ATTN: DAVID HERTZ & HAROLD J. WEISSLER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
>
> Southern District of New York
>
> One Bowling Green
>
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        54896        in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/02/2017                     Vito Genna, Clerk of Court

/s/ Tony Persaud

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 2, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TRC MASTER FUND, LLC, ATTN: JOELLE GAVLICK, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOELLE GAVLICK, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOELLE GAVLICK, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOELLE GAVLICK, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TRC MASTER FUND LLC, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TRC MASTER FUND LLC, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TRC MASTER FUND LLC, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOELLE GAVLICK, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOELLE GAVLICK, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOELLE GAVLICK, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOELLE GAVLICK, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., RICHARD FELS, 227 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: MATT MACH, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: MATT MACH, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: MATT MACH, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: MATT MACH, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: MATT MACH, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: MATT MACH, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: MATT MACH, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: MATT MACH, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: MATT MACH, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: MATT MACH, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: MATT MACH, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |

**Total Creditor Count 24**