B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.       Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

<u>MORGAN STANLEY SENIOR FUNDING, INC.</u>          <u>HSBC BANK PLC</u>
Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): <u>45094</u>
should be sent:                                     Allowed Amount of Claim Transferred:
                                                    <u>$25,000,000</u>
1585 Broadway, 2nd Floor                            Date Claim Filed: <u>October 23, 2009</u>
New York, New York 10036                            Debtor: <u>Lehman Brothers Special Financing Inc.</u>
Attn: John Ragusa
Telephone Number: (212) 761-2991
Email: nydocs@morganstanley.com

With a copy to:
Richards Kibbe & Orbe LLP
200 Liberty Street
New York, NY 10281-1003
Attn: Managing Law Clerk

RESTRICTED - 980531v.5 892/04798

566-551/AGR/5376557.1

**HSBC BANK PLC**

By: _____     Date: July 31, 2017
      Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief

**MORGAN STANLEY SENIOR FUNDING, INC.**

By: _____     Date: July 31, 2017
      Transferee/Transferee's Agent
          John Ragusa
          Authorized Signatory

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

RESTRICTED - 980531v.5 892/04798

566-551/AGR/5376557.1