
# UBS

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC-PVC
C/A Special Transaction / Default MGMT

Cristoforo Pavone

+41 44 236 07 78

cristoforo.pavone@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA


RECEIVED AUG - 4 2017 U.S BANKRUPTCY COURT SO DIST OF NEW YORK

## Message

July 26, 2017

**subject**  Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of            Attention: Clerk of the Court

you are receiving       Evidence of partial transfer of claim: Bank Julius Baer & Co. Ltd, Switzerland

☐ for your information      ☐ returned with thanks      ☐ please return
☒ for your records          ☐ please comment            ☒ please confirm receipt
☐ as agreed                 ☐ please sign               ☒ please process
☐ please complete           ☐

Remarks
110 Units XS0330222984 Lehman Brothers Securities Co. NV
30  Units ANN5214R1481 Lehman Brothers Securities Co. NV
Transferor: Bank Julius Baer & Co. Ltd., Zurich (Switzerland) Proof of Claim Number: 55829-75
Transferee:  UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Cristoforo Pavone
Associate Director



## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **UBS AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **55829-75**) in the **units specified in Schedule I** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 26 day of July 2017.

Bank Julius Baer & Co. Ltd.

Corsin Derungs                    Fabian Burckhardt

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Units |
|---|---|---|---|---|
| XS0330222984 | 55829-75 | 29 October 2009 | Lehman Brothers Securities Co. NV | 110 Units |
| ANN5214R1481 | 55829-75 | 29 October 2009 | Lehman Brothers Securities Co. NV | 30 Units |