Danielle P. Gordon, Pro Se
Surviving Spouse of Jon S. Gordon
7060 Brook Lane
Chesterland, Ohio 44026
216-337-4143

Related ECF Docs
**[ 53755, 53852]**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x

In re                                 :

LEHMAN BROTHERS HOLDINGS INC., et al.   :

                         Debtors    :

--------------------------------------------------------------------x

Chapter 11 Case No.

08-13555(SCC)
(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned, appearing pro se as a party-in-interest herein, and, a putative claimant, pursuant to the procedures established in the case, hereby gives notice of a change of address.

Please take Further Notice that the preferred method of document delivery remains via electronic-mail, or shared link sent to the email address below.

> Dated: July 30, 2017
> By: s/ Danielle P. Gordon
>   Danielle Gordon
> **7060 Brook Lane**
> **Chesterland, Ohio 44026**
> **216-337-4143 daniellepg@outlook.com**
> *Formerly: 3572 Lytle Rd. Shaker Hts. Oh 44122*



1

Danielle P. Gordon, Pro Se
Surviving Spouse of Jon S. Gordon
7060 Brook Lane
Chesterland, Ohio 44026
216-337-4143

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                             :         Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al.         :
.                                        Debtors        :         08-13555(SCC)
-------------------------------------------------------------------x         (Jointly Administered)


## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

**Affidavit of Service:**  On July _____, 2017 I sent the foregoing to the following via United States Mail, Postage prepaid.


   (A)    The Hon. Judge Shelley C. Chapman, United States Bankruptcy Judge, Southern District Of New York, One Bowling Green, New York, NY 10004-1408, attn.: Chambers

 (B)  Vito Genna, Clerk of Court Southern District of New York Bankruptcy Court          One Bowling Green, New York, NY 10004-1408

 (C)  the Office of the United States Trustee for the  Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006,  New York, New York 10014 (Attn: William K. Harrington, Esq., Susan D. Golden, Esq., and  Andrea B. Schwartz,, Esq.);

 (D)  Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan  Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Wilbur F. Foster, Jr., Esq.,  Dennis C. O'Donnell, Esq., and Evan R. Fleck, Esq.), attorneys for the official committee of  unsecured creditors;

 E)  Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New  York 10019 (Attn: Paul V. Shalhoub, Esq., Todd G. Cosenza, Esq., and Benjamin P. McCallen,  Esq.), attorneys for LBHI and certain of its affiliates; and

(F)Rollin Braswell Fisher LLC, 8350  East Crescent Parkway, Suite 100, Greenwood Village, Colorado 80111 (Attn: Michael A.  Rollin, Esq. and Maritza Dominguez Braswell, Esq.)

2

(G)    Michael S. Schuster, Esq. Howell Shuster and Goldberg, LLP, 750 7th Avenue, 26th Floor NY New York 10019

(H)    Franklin H. Top III CHAPMAN AND CUTLER LLP 111 West Monroe Street Chicago, Illinois 60603

(I)INTERNAL REVENUE SERVICE Special Procedures Branch Attn: District Director 290 Broadway New York, NY  10007

(J) WEIL GOTSHAL & MANGES LLP Attn: Harvey R. Miller, Esq. Lori R. Fife, Esq. Alfredo R. Perez, Esq Jacqueline Marcus, Esq.  Robert J. Lemons, Esq. Garrett A. Fail, Esq. 767 Fifth Avenue New York, NY  10153

(k) Manly Deas Kochalski, attorneys for Nationstar/ Box 165028. Columbus, OH 43216-5028

(L)U.S. Bank National Association U.S. Bank Global Corporate Trust Services 190 South LaSalle Street, 10th Floor Chicago, Illinois 60603

(M)  by first-class mail, to Lehman Brothers Holdings Claims Processing, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, PO Box 5076, New York, NY 10150-5076

(N) Alvarez & Marsal North America, LLC 600 Lexington Avenue, 6th Floor   New York, NY 10022

By: s/ Danielle P. Gordon
Danielle Gordon
**7060 Brook Lane**
**Chesterland, Ohio 44026**
**216-337-4143 daniellepg@outlook.com**
*Formerly: 3572 Lytle Rd. Shaker Hts. Oh 44122*