B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings Inc.  ,                    Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NOVO BANCO S.A. S.E. | BANCO ESPIRITO SANTO S.A. S.E. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
NOVO BANCO S.A. S.E.
SERRANO 88, MADRID 28006, SPAIN
Attu: ASESORIA JURIDICA
todos.juridico@novobanco.es
Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): 56452 ____
Amount of Claim: 66.707 USD
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ARTUR DE OLIVEIRA GUTIERRES,    Date: 07/12/17
    CFO.        /s/

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED
AUG - 3 2017
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK