**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.*

                 Debtors.

------------------------------------------------------------------- X

Chapter 11

Case No. 08-13555 (SCC)

(Jointly Administered)

Ref. Docket Nos. 55744, 55843, 55844, 55845, 55846, 55847, 55848, 55850, 55851, 55852, 55853, 55865, 55877, 55878, 55879, 55880, 55881, 55897, 55898, 55899, 55901, 55902, 55903, 55904

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 3, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 3, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                          */s/ Konstantina Haidopoulos*
                                                                          Konstantina Haidopoulos

Sworn to before me this
4th day of August, 2017
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in the Westchester County
Commission Expires November 2, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000122128234 ***       LBH TRFNTC (ADDRESS2, ADRKEYID3) 22479



BANK HAPOALIM (SWITZERLAND), LTD.
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER
STOCKERSTRASSE 33
ZURICH CH-8002
SWITZERLAND

Please note that your claim # 555855-28 in the above referenced case and in the amount of $200,000.00 allowed at $200,269.44 has been transferred (unless previously expunged by court order)

UBS AG, ZURICH
TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD.
BAHNOFSTRASSE 45
CH-8001 ZURICH
SWITZERLAND

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    55850    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/03/2017                                                  Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 3, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ALLIANZ BANK FINANCIAL ADVISOR S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA SPA, ATTN: FRANCO BRICHETTI - FRANCESCA TREBBI, PIAZZALE LODI, 3, 20137 MILANO   ITALY |
| BANCA MEDIOLANUM S.P.A. | ATTN: HEAD OF OPERATIONS CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO ( MILANO ) 20080 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA SPA | TRANSFEROR: VENETO BANCA HOLDING SCPA, ATTN: VALERIA VIGANO, VIA ROSELLINI 16, MILANO 20124 ITALY |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: UBS AG, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, ATTN: ANJA SONNLEITHNER - INVESTMENT SERVICES, BETHMANNSTRABE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, ATTN: ANJA SONNLEITHNER - INVESTMENT SERVICES, BETHMANNSTRABE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, ATTN: ANJA SONNLEITHNER - INVESTMENT SERVICES, BETHMANNSTRABE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BORNER, HORST HELMUT & LLSE HELGA | TRANSFEROR: BETHMANN BANK AG, HOLZGASSE 24, 50171 KERPEN   GERMANY |
| BORNER, HORST HELMUT AND BORNER, ILSE HELGA | TRANSFEROR: BETHMANN BANK AG, HOLZGASSE 24, 50171 KERPEN   GERMANY |
| BORNER, KLAUS HELMUT | TRANSFEROR: BETHMANN BANK AG, SCHAVENSTRASSE 45, 50171 KERPEN   GERMANY |
| CASSA DI RISPARMIO DEL VENETO S.P.A. | TRANSFEROR: BANCA MEDIOLANUM S.P.A., ATTN: DANIELA TOFFANO, VIA TRIESTE 57/59, 35121 PADOVA   ITALY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOELLE GAVLICK, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOELLE GAVLICK, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, ATTN:KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOELLE GAVLICK, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| ECOGREEN MARKETING LIMITED | TRANSFEROR: FILHO, JOSE KALIL AND MEYER, GLORIA KALIL JTTEN, TRIDENT CHAMBERS 146, ROADTOWN, TORTOLA   BRITISH VIRGIN ISLANDS |
| ECOGREEN MARKETING LIMITED | TRANSFEROR: KALIL FILHO, JOSE & KALIL MEYER JTTEN, GLORIA, TRIDENT CHAMBERS 146, ROADTOWN, TORTOLA   BRITISH VIRGIN ISLANDS |
| FASSBENDER, KARL-HEINZ | TRANSFEROR: BETHMANN BANK AG, KONIFERENSTRASSE 5, 41470 NEUSS   GERMANY |
| FASSBENDER, MICHAEL | TRANSFEROR: BETHMANN BANK AG, KONIFERENSTRASSE 5, 41470 NEUSS   GERMANY |
| FILHO, JOSE KALIL AND MEYER, GLORIA KALIL JTTEN | C/O MORGAN STANLEY PRIVATE WEALTH MANAGEMENT, ATTN: TEAM BRAZIL, 200 S. BISCAYNE BLVD, 51ST FLOOR, MIAMI, FL 33131 |
| HOLZLEIN, JOHANN & HEIDE GABRIELE | TRANSFEROR: BETHMANN BANK AG, HOHER RAIN 10, 92289 URSENSOLLEN   GERMANY |
| KALIL FILHO, JOSE & KALIL MEYER JTTEN, GLORIA | C/O MORGAN STANLEY PRIVATE WEALTH MANAGEMENT, ATTN: TEAM BRAZIL, 200 S. BISCAYNE BLVD, 51ST FLOOR, MIAMI, FL 33131 |
| MATT, HANNELORE MINCHEN MINNA | TRANSFEROR: BETHMANN BANK AG, ZEITLBERGSTRABE 17, 93197 ZEITLARN   GERMANY |
| MEIER, ELKE MARIA | TRANSFEROR: BETHMANN BANK AG, MARKGRAFENSTRASSE 46, 40545 DUSSELDORF   GERMANY |
| MEIER, ELKE MARIA | TRANSFEROR: BETHMANN BANK AG, MARKGRAFENSTRASSE 46, 40545 DUSSELDORF   GERMANY |
| MEYER-MADAUS, BEATRIX ALWINE A. | TRANSFEROR: BETHMANN BANK AG, LEYBOLDSTRABE 56, 50968 KOLN   GERMANY |
| NEUE AARGAUER BANK AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| NEUE AARGAUER BANK AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, WORLDWIDE PLAZA, NEW YORK, NY 10019 |
| NEUE AARGAUER BANK AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| NEUE AARGAUER BANK AG | BAHNHOFSTRASSE 49, AARAU 5001 SWITZERLAND |
| OESTERHELD, DR. HEINZ & GERTRAUD M. | TRANSFEROR: BETHMANN BANK AG, SIEMENSSTRABE 5, 94327 BOGEN   GERMANY |
| TIETJE, MRS. ELLEN AMANDA ANNA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, STEENWISCH 76, 22527 HAMBURG GERMANY |
| UBS AG | TRANSFEROR: NEUE AARGAUER BANK AG, BAHNOFSTRASSE 45, CH-8001 ZURICH SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG, ZURICH | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., BAHNOFSTRASSE 45, CH-8001 ZURICH   SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| WOLF, WALTRAUD | TRANSFEROR: BETHMANN BANK AG, STAUFENSTRABE 30, 53859 NIEDERKASSEL   GERMANY |

**Total Creditor Count 56**