FILED / RECEIVED

JUN 3 0 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **LEHMAN BROTHERS HOLDINGS INC.**    Case No. **# 08-13555**
**(CHAPTER 11)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**LAIS HELENO FORTE**
Name of Transferee

**EVONSHIRE DEVELOPMENT S.A.**
Name of Transferor

Name and Address where notices to transferee should be sent:
**PRACA GARCIA REDONDO, 127**
**01243-050 - SÃO PAULO - SP**
Phone: **(5511) 99686.4100**
Last Four Digits of Acct #: **5836**

Court Claim # (if known): **#41731**
Amount of Claim: **$ 137,335.76**
Date Claim Filed: **OC 19, 2009**

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____    Date: **JUNE 30, 2017**
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED
AUG - 7 2017
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK