B 2100A (Form 2100A) (12/15)

**RECEIVED AUG 1 1 2017 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK**

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.     Case No. 08-13555 (SCC)

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

Banco Santander International, as nominee
Name of Transferee

Citibank, N.A., as nominee
Name of Transferor

Name and Address where notices to transferee and payments should be sent:

Banco Santander International
1401 Brickell Ave, Suite 1500
Marco Prado
305-530-7213
marco.prado@bpi-gruposantander.com

Court Claim # (if known): 55393
Amount of Claim (Filed): $28,512,622.14
Date Claim Filed: October 29, 2009
Amount of Claim Transferred: $300,000.00
Security transferred: XS0342144416

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Banco Santander International
Transferee
Name: Luis Alvarez
Title: Vice President

Date: _____
Banco Santander International
Transferee
Name: John Morales
Title: Vice President

By: _____
Citibank, N.A.
Transferor
Name: Genaro Poulet
Title: Managing Director

Date: 08/02/2017
Citibank, N.A.
Transferor
Name:
Title:

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of _____

In re _____,    Case No. _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor

Name of Transferee

Address of Alleged Transferor:

Address of Transferee:

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**