WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------ x

### THIRTY-SEVENTH NOTICE OF ESTABLISHMENT
### OF COMBINED OMNIBUS AND CLAIMS HEARING DATES
### PURSUANT TO SECOND AMENDED CASE MANAGEMENT ORDER
### IMPLEMENTING CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES

PLEASE TAKE NOTICE that pursuant to the order, dated June 17, 2010 [ECF No. 9635] (the "Second Amended Case Management Order"), implementing certain notice and case management procedures, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has scheduled the following combined omnibus and claims hearing date in the above-captioned cases:

**September 15, 2017 at 10:00 a.m. (Prevailing Eastern Time)**

PLEASE TAKE FURTHER NOTICE that, except as otherwise ordered by the Bankruptcy Court, the Second Amended Case Management Order governs the scheduling of all matters to be heard on the foregoing hearing dates.

PLEASE TAKE FURTHER NOTICE that all hearings will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623, United

WEIL:\96247032\1\58399.0011

States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

Dated: August 15, 2017
       New York, New York

    /s/ Garrett A. Fail
    Garrett A. Fail

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
    Jacqueline Marcus
    Garrett A. Fail

    *Attorneys for Lehman Brothers Holdings Inc.*
    *and Certain of Its Affiliates*