WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
**In re**                                                                                          :   **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :   **08-13555 (SCC)**
:
            **Debtors.**                          :   **(Jointly Administered)**
:
----------------------------------------------------------------x
:
**In re**                                                                                          :
:
:   **Case No.**
**LEHMAN BROTHERS INC.,**                                   :
:   **08-01420 (SCC) (SIPA)**
            **Debtor.**                             :
:
----------------------------------------------------------------x

WEIL:\96246739\1\58399.0011

# NOTICE OF AGENDA OF MATTERS
# SCHEDULED FOR THE ONE HUNDRED EIGHTH
# OMNIBUS AND CLAIMS HEARING ON AUGUST 17, 2017 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

### I.    STATUS CONFERENCE:

1.   State of the LBHI Estate Presentation [**ECF No. 55966**]

## LEHMAN BROTHERS INC. PROCEEDING

### II.    STATUS CONFERENCE:

2.   State of the LBI Estate Presentation [**LBI ECF No. 14372**]

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

### II.    ADJOURNED MATTERS:

3.   Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes (2017) [**ECF No. 49954**]

Status:  This matter has been adjourned to September 15, 2017 at 10:00 a.m.

4. Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes **[ECF No. 54904]**

<u>Status</u>:  This matter has been adjourned to September 15, 2017 at 10:00 a.m.

Dated: August 16, 2017
      New York, New York

/s/ Garrett A. Fail
Jacqueline Marcus
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: August 16, 2017
      New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

3