

Notice Pursuant to Bankruptcy Rule 3001

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:     Lehman Brothers Holdings Inc.                    Case No.: (JMP  08-13555
                                                            Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>Union Bancaire Privee, UBP SA Singapore Branch | Name of Transferor:<br>Falcon Private Bank Ltd. |
| Notices to Transferee should be sent to:<br>Name: UNION BANCAIRE PRIVEE, UBP SA SINGAPORE BRANCH<br>Address: LEVEL 38 ONE RAFFLES QUAY SINGAPORE 048583<br>Attn. UBP ASIA MIDDLE OFFICE<br>E-mail: UBPAsiaMiddleOfficeHong-Kong@ubp.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br>JPMORGAN CHASE BANK, NA, NEW YORK (BIC:CHASUS33) FAVOURING BENEFICIARY<br>AC: 825158376 (BIC: UBPGSGSX) | Name and Current Address of Transferor<br>Falcon Private Bank Ltd.<br>Pelikanstrasse 37, P.O. Box 1376, 8021 Zürich, Switzerland<br>Phone:+41 44 227 55 55<br>Attn: Legal & Compliance department<br>Legal.ZH@falconpb.com / Compliance.ZH@falconpb.com |
| Amount of Claim Being Transferred:<br>SGD 200'000 nom. (ISIN: XS0324983450) | *NOTE:  THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): **67326** | |
| Date Claim Filed: **8 February 2011** | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date:  28/7/17
      Kelvin Leow                     Michael Moncarz
      Associate                       Managing Director

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 &3571.*As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

## EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:   Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: **67326** (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Cert LEH NL 2007-16.4.09 Variable Rate on Equity -In Default- | XS0324983450 | LBHI | LBHI | SGD 200'000 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

**FALCON PRIVATE BANK LTD.,** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Union Bancaire Privee
UBP SA Singapore Branch
Level 38 One Raffles Quay North Tower Singapore 048583
Attn: UBP ASIA MIDDLE OFFICE
Tel: + 65 6730 8088
E-Mail: UBPAsiaMiddleOfficeHong-Kong@ubp.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered

without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 12 December, 2016.

**Falcon Private Bank Ltd.**
Transferor

By: _____
Name: Melanie Kalb
Title:  Director

By: _____
Name: Karin Lorez
Title:  Director


ACKNOWLEDGED BY:

**UNION BANCAIRE PRIVEE, UBP SA SINGAPORE BRANCH**
Transferee


By: _____
Name: Kelvin Leow
Title:  Associate

By: _____
Name: Michael Moncarz
Title:  Managing Director

Page 3 of 3