**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                              :
In re:                                        :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :   08-13555 (SCC)
                                              :
             Debtors.                         :   (Jointly Administered)
                                              :
                                              :   Ref. Docket No. 55872
------------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 28, 2017, I caused to be served the "June 2017 Post-Effective Operating Report," dated July 28, 2017 [Docket No. 55872], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    ii. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: *Federal Reserve Bank of Philadelphia, c/o William T. Wisser, Assistant Vice President, Ten Independence Mall, Philadelphia, PA 19106-1574*, and

    iii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
31st day of July, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2017

# EXHIBIT A

***OVERNIGHT SERVICE LIST:***

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

## *ADDITIONAL OVERNIGHT SERVICE LIST:*

ANDERSON KILL & OLICK, P.C.
ATTN: ROBERT M HORKOVICH
(COUNSEL TO ESSEX EQUITY HOLDINGS USA, LLC)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1182

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: JAMES BIRD, ESQ.
(COUNSEL TO BATS HOLDINGS, INC.)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
**Email Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | avenes@whitecase.com |
| aalfonso@willkie.com | bankruptcy@goodwin.com |
| abeaumont@fklaw.com | bankruptcy@morrisoncohen.com |
| abraunstein@riemerlaw.com | bankruptcy@ntexas-attorneys.com |
| acaton@kramerlevin.com | bankruptcymatters@us.nomura.com |
| adam.lanza@dlapiper.com | barbra.parlin@hklaw.com |
| adarwin@nixonpeabody.com | bbisignani@postschell.com |
| adiamond@diamondmccarthy.com | bcarlson@co.sanmateo.ca.us |
| adk@msf-law.com | bdemay@hsgllp.com |
| aeckstein@blankrome.com | bdk@schlamstone.com |
| aentwistle@entwistle-law.com | ben.lewis@hoganlovells.com |
| agbanknewyork@ag.tn.gov | benjamin.mintz@apks.com |
| aglenn@kasowitz.com | bguiney@pbwt.com |
| agold@herrick.com | bmanne@tuckerlaw.com |
| aisenberg@saul.com | bmiller@mofo.com |
| akadish@dtlawgroup.com | boneill@kramerlevin.com |
| akolod@mosessinger.com | brosenblum@jonesday.com |
| allison.holubis@wilsonelser.com | brotenberg@wolffsamson.com |
| alum@ftportfolios.com | broy@rltlawfirm.com |
| amarder@msek.com | bruce.wright@sutherland.com |
| amartin@sheppardmullin.com | bsellier@rlrpclaw.com |
| amcmullen@boultcummings.com | bstrickland@wtplaw.com |
| amenard@tishmanspeyer.com | btrust@mayerbrown.com |
| amh@amhandlerlaw.com | bturk@tishmanspeyer.com |
| andrew.brozman@cliffordchance.com | bwolfe@sheppardmullin.com |
| andrew.lourie@kobrekim.com | cahn@clm.com |
| andrewtenzer@paulhastings.com | canelas@pursuitpartners.com |
| angelich.george@arentfox.com | cgoldstein@stcwlaw.com |
| angie.owens@skadden.com | cbelisle@wfw.com |
| anthony_boccanfuso@aporter.com | cbelmonte@ssbb.com |
| aostrow@beckerglynn.com | cdesiderio@nixonpeabody.com |
| appleby@chapman.com | cfarley@mccarter.com |
| aquale@sidley.com | cgonzalez@diazreus.com |
| arainone@bracheichler.com | chad.husnick@kirkland.com |
| arancier@offitkurman.com | chammerman@paulweiss.com |
| arheaume@riemerlaw.com | charles@filardi-law.com |
| arosenblatt@chadbourne.com | charles_malloy@aporter.com |
| arthur.rosenberg@hklaw.com | chemrick@thewalshfirm.com |
| arwolf@wlrk.com | chipford@parkerpoe.com |
| aschwartz@homerbonner.com | chris.donoho@hoganlovells.com |
| aseuffert@lawpost-nyc.com | christopher.greco@kirkland.com |
| ashmead@sewkis.com | claude.montgomery@dentons.com |
| asnow@ssbb.com | clynch@reedsmith.com |
| asomers@rctlegal.com | cmestres@aclawllp.com |
| aunger@sidley.com | cohen@sewkis.com |
| austin.bankruptcy@publicans.com | cp@stevenslee.com |

# LEHMAN BROTHERS HOLDINGS INC.
**Email Service List**

| | |
|---|---|
| cpappas@dilworthlaw.com | diconzam@gtlaw.com |
| cparyse@contrariancapital.com | djcarragher@daypitney.com |
| craig.goldblatt@wilmerhale.com | djoseph@stradley.com |
| craigjustinalbert@gmail.com | dkessler@ktmc.com |
| crmomjian@attorneygeneral.gov | dkozusko@willkie.com |
| csalomon@beckerglynn.com | dlemay@chadbourne.com |
| cschreiber@winston.com | dlipke@vedderprice.com |
| cshore@whitecase.com | dmark@kasowitz.com |
| cshulman@sheppardmullin.com | dmcguire@winston.com |
| cszyfer@stroock.com | dmiller@steinlubin.com |
| cwalsh@mayerbrown.com | dmurray@jenner.com |
| cward@polsinelli.com | dneier@winston.com |
| cweber@ebg-law.com | dodonnell@milbank.com |
| cweiss@ingramllp.com | dpegno@dpklaw.com |
| dallas.bankruptcy@publicans.com | draelson@fisherbrothers.com |
| dave.davis@isgria.com | drosenzweig@fulbright.com |
| david.bennett@tklaw.com | drosner@goulstonstorrs.com |
| david.heller@lw.com | drosner@kasowitz.com |
| david.livshiz@freshfields.com | dshaffer@wtplaw.com |
| david.powlen@btlaw.com | dspelfogel@foley.com |
| david.tillem@wilsonelser.com | dtatge@ebglaw.com |
| davids@blbglaw.com | dtheising@harrisonmoberly.com |
| davidwheeler@mvalaw.com | dwdykhouse@pbwt.com |
| dbarber@bsblawyers.com | dworkman@bakerlaw.com |
| dbaumstein@whitecase.com | easmith@venable.com |
| dbesikof@loeb.com | ebcalvo@pbfcm.com |
| dcimo@gjb-law.com | ecohen@russellinvestments.com |
| dcoffino@cov.com | edward.flanders@pillsburylaw.com |
| dcrapo@gibbonslaw.com | efleck@milbank.com |
| ddavis@paulweiss.com | efriedman@fklaw.com |
| ddrebsky@nixonpeabody.com | efriedman@friedmanspring.com |
| ddunne@milbank.com | ekbergc@lanepowell.com |
| deggermann@kramerlevin.com | eleicht@whitecase.com |
| deggert@freebornpeters.com | ellen.halstead@cwt.com |
| demetra.liggins@tklaw.com | emagnelli@bracheichler.com |
| dennis.tracey@hoganlovells.com | emerberg@mayerbrown.com |
| dfelder@orrick.com | enkaplan@kaplanlandau.com |
| dflanigan@polsinelli.com | eobrien@sbchlaw.com |
| dfliman@kasowitz.com | etillinghast@sheppardmullin.com |
| dgoldberg@hsllp.com | eweinick@otterbourg.com |
| dgrimes@reedsmith.com | ezujkowski@emmetmarvin.com |
| dhayes@mcguirewoods.com | farrington.yates@kobrekim.com |
| dhealy@hsgllp.com | fcarruzzo@kramerlevin.com |
| dheffer@foley.com | ffm@bostonbusinesslaw.com |
| dhurst@coleschotz.com | fhenn@law.nyc.gov |
| dhw@dhclegal.com | fhyman@mayerbrown.com |

# LEHMAN BROTHERS HOLDINGS INC.
**Email Service List**

foont@foontlaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnylaw.com
gspilsbury@jsslaw.com
guzman@sewkis.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@chadbourne.com
heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hrh@lhmlawfirm.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
irethy@stblaw.com
israel.dahan@cwt.com
izaur@cgr-law.com
j.zelloe@stahlzelloe.com
jacobsonn@sec.gov
jalward@blankrome.com
james.berg@piblaw.com
james.mcclammy@dpw.com
james.moore@morganlewis.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbrody@americanmlg.com

jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@united.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.goodchild@morganlewis.com
john.monaghan@hklaw.com
john.mule@state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com

# LEHMAN BROTHERS HOLDINGS INC.
**Email Service List**

jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
kek@crb-law.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
ksebaski@hsgllp.com
ktung@kktlawfirm.com
kurt.mayr@bgllp.com

kurt.rademacher@morganlewis.com
ladler@fensterstock.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com

# LEHMAN BROTHERS HOLDINGS INC.
## Email Service List

| | |
|---|---|
| meltzere@pepperlaw.com | nbojar@fklaw.com |
| metkin@lowenstein.com | ncoco@mwe.com |
| mfeldman@willkie.com | neil.herman@morganlewis.com |
| mgordon@briggs.com | neal.mann@oag.state.ny.us |
| mgreger@allenmatkins.com | ned.schodek@shearman.com |
| mh1@mccallaraymer.com | neilberger@teamtogut.com |
| mhanin@kasowitz.com | ngueron@cgr-law.com |
| mhopkins@cov.com | nicholas.zalany@squirepb.com |
| michael.frege@cms-hs.com | nissay_10259-0154@mhmjapan.com |
| michael.kelly@monarchlp.com | nlepore@schnader.com |
| michael.krauss@faegrebd.com | nlieberman@hsgllp.com |
| michael.kraut@morganlewis.com | notice@bkcylaw.com |
| michael.mccrory@btlaw.com | nyrobankruptcy@sec.gov |
| michael.solow@apks.com | otccorpactions@finra.org |
| millee12@nationwide.com | paronzon@milbank.com |
| miller@taftlaw.com | pbattista@gjb-law.com |
| mimi.m.wong@irscounsel.treas.gov | pbosswick@ssbb.com |
| mitchell.ayer@tklaw.com | pdublin@akingump.com |
| mitchell.berger@squirepb.com | peisenberg@lockelord.com |
| mjedelman@vedderprice.com | peter.gilhuly@lw.com |
| mjr1@westchestergov.com | peter.macdonald@wilmerhale.com |
| mlahaie@akingump.com | peter.meisels@wilsonelser.com |
| mlandman@lcbf.com | peter.simmons@friedfrank.com |
| mlichtenstein@crowell.com | peter@bankrupt.com |
| mlynch2@travelers.com | pfeldman@oshr.com |
| mmorreale@us.mufg.jp | pfinkel@wilmingtontrust.com |
| mneier@ibolaw.com | phayden@mcguirewoods.com |
| monica.lawless@brookfieldproperties.com | pmaxcy@sonnenschein.com |
| mpage@kelleydrye.com | ppascuzzi@ffwplaw.com |
| mparry@mosessinger.com | ppatterson@stradley.com |
| mpedreira@proskauer.com | psp@njlawfirm.com |
| mrosenthal@gibsondunn.com | ptrostle@jenner.com |
| mruetzel@whitecase.com | raj.madan@skadden.com |
| mschimel@sju.edu | ramona.neal@hp.com |
| msegarra@mayerbrown.com | rbeacher@pryorcashman.com |
| mshiner@tuckerlaw.com | rbernard@foley.com |
| mshuster@hsgllp.com | rbyman@jenner.com |
| msolow@kayescholer.com | rdaversa@orrick.com |
| mspeiser@stroock.com | relgidely@gjb-law.com |
| mstamer@akingump.com | rfriedman@silvermanacampora.com |
| munno@sewkis.com | rgmason@wlrk.com |
| mvenditto@reedsmith.com | rgoodman@moundcotton.com |
| mwarner@coleschotz.com | rgraham@whitecase.com |
| mwarren@mtb.com | rhett.campbell@tklaw.com |
| nathan.spatz@pillsburylaw.com | rhorkovich@andersonkill.com |
| nbinder@binderschwartz.com | richard.lear@hklaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
### Email Service List

richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rterenzi@stcwlaw.com
russj4478@aol.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com

skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com

# LEHMAN BROTHERS HOLDINGS INC.
**Email Service List**

villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yuwatoko@mofo.com