

B 210A (Form 210A) (12/09)

FILED / RECEIVED

AUG 0 8 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

# UNITED STATES BANKRUPTCY COURT

In re **Lehman Brothers Holdings Inc.**   Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Kühnemund, Doris**
Name of Transferee

**Bethke, Ingeburg**
Name of Transferor

Name and Address where notices to transferee should be sent:
**Hauptstrasse 25
38704 Liebenburg Germany**

Phone: **Handy 0160 676 2950**
Last Four Digits of Acct #: _____

Court Claim # (if known): **57310**
Amount of Claim: **$ 95,080.09**
Date Claim Filed: **10/30/2009**

Phone: **03476/201332**
Last Four Digits of Acct. #: _____

gez.: *Ingeburg B.*

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **Doris Kühnemund**   Date: **24.07.17**
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Doris Kühnemund
Hauptstrasse 25
38704 Liebenburg OT Othfresen
Germany

ZOLLINHALTSERKLÄRUNG Kann amtlich geöffnet werden.
DÉCLARATION EN DOUANE Peut être ouvert d'office.
Deutsche Post
Designierter Postbetreiber / Opérateur désigné
☐ Geschenk / Cadeau
☒ Dokumente / Documents
☐ Warenmuster / Echantillon commercial
☐ Sonstiges / Autre
CN 22

9 Dokumente

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims
777 Third Avenue, 12th Floor
New York, NY 10017

FILED / RECEIVED
AUG 0 4 2017
EPIQ SYSTEMS



R