**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : Case No. 08-13555 (SCC) |
|  | : |
| Debtors. | : (Jointly Administered) |
|  | : |
|  | : Ref. Docket Nos. 55752, 55808, |
|  | : 55811, 55812, 55813, 55814, |
|  | : 55870, 55879, 55895, 55906, |
|  | : 55907, 55908, 55909, 55910, |
|  | : 55911, 55912, 55913, 55914, |
|  | : 55915, 55916, 55917, 55918, |
|  | : 55920, 55921, 55922, 55923, |
|  | : 55924, 55925, 55926, 55927, |
|  | : 55928 |

---------------------------------------------------------------- X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                          ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 7, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 7, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
7th day of August, 2017
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in the Westchester County
Commission Expires November 2, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim.  While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:       BAR(23) MAILID *** 000122193969 ***             LBH TRFNTC (ADDRESS2, ADRKEYID3) 24841



CITIBANK PRIVATKUNDEN AG & CO. KGAA
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

CITIBANK PRIVATKUNDEN AG & CO. KGAA
ATTN: WILHELM HUELSKEN
KASERNENSTRASSE 10
DUSSELDORF 40213
GERMANY

Please note that your claim # 555404-75 in the above referenced case and in the amount of
$9,940.70 allowed at $8,751.74 has been transferred (unless previously expunged by court order)

HOEING, HEINZ
TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA
BEETHOVENWEG 12
DUREN 52349
GERMANY

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER       55870              in your objection.  If you file an
objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS
AS THE CLAIMANT.**

Date:  08/07/2017                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez

                                              EPIQ BANKRUPTCY SOLUTIONS, LLC

                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 7, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ALLIANZ BANK | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: BRUNO CASALINI - FRANCO BRICHETTI, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ALLIANZ BANK FINANCIAL ADVISOR S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: BRUNO CASALINI - FRANCO BRICHETTI, PIAZZALE LODI, 3, MILANO 20137 ITALY |
| ALLIANZ BANK FINANCIAL ADVISOR S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: BRUNO CASALINI - FRANCO BRICHETTI, PIAZZALE LODI, 3, MILANO 20137 ITALY |
| ALLIANZ BANK FINANCIAL ADVISORS SPA | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: FRANCO BRICHETTI - FRANCESCA TREBBI, PIAZZALE LODI, 3, MILANO 20137 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN  ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. | VIA SAN CARLO 8/20, MODENA 41100 ITALY |
| BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. | VIA SAN CARLO 8/20, MODENA 41100 ITALY |
| BANCA SELLA HOLDING S.P.A. | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA S.C., ATTN: BRUNO TORCHIO, PIAZZA G. SELLA, 1, BIELLA 13900 ITALY |
| BANCA SELLA HOLDING S.P.A. | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA S.C., ATTN: BRUNO TORCHIO, PIAZZA G. SELLA, 1, BIELLA 13900 ITALY |
| BANCO SANTANDER (SUISSE) S.A. | TRANSFEROR: UBS AG, 5-7 RUE AMI-LEVRIER, P.O. BOX 1256, GENEVE 1 1211 SWITZERLAND |
| BANK FUR TIROL UND VORARLBERG AG | TRANSFEROR: UBS AG, ATTN: RAFAEL ROSSIAN, STADTFORUM 1, 6020 INNSBRUCK AUSTRIA |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANQUE CANTONALE VAUDOISE | TRANSFEROR: CREDIT SUISSE, ATTN: VICTOR PEREIRA, CASE POSTALE 300, LAUSANNE 1001 SWITZERLAND |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BLASCZYK, KARIN | TRANSFEROR: BETHMANN BANK AG, GRENZSTRASSE 21, 40670 MEERBUSCH  GERMANY |
| BLASCZYK, WOLFRAM | TRANSFEROR: BETHMANN BANK AG, GRENZSTRASSE 21, 40670 MEERBUSCH  GERMANY |
| BRENNECKE, RENATE INGE ERIKA | TRANSFEROR: BETHMANN BANK AG, LADENHOLZSTRASSE 14, 31319 SEHNDE  GERMANY |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, ATTN:KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, ATTN:KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KING STREET ACQUISITION COMPANY, LLC, ATTN:KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE SINGAPORE BRANCH | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE SINGAPORE BRANCH | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE SINGAPORE BRANCH | 1 RAFFLES LINK, #05-02, SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE SINGAPORE BRANCH | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A., 11-13 BOULEVARD DE LA FOIRE, LUXEMBOURG L-1528 LUXEMBOURG |
| CVI CVF III LUX MASTER S.A.R.L. | JEREMIAH GERHARDSON, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 UNITED STATES |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A., 11-13 BOULEVARD DE LA FOIRE, LUXEMBOURG L-1528 LUXEMBOURG |
| CVI CVF III LUX MASTER S.A.R.L. | JEREMIAH GERHARDSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 UNITED STATES |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A., 11-13 BOULEVARD DE LA FOIRE, LUXEMBOURG L-1528 LUXEMBOURG |
| CVI CVF III LUX MASTER S.A.R.L. | JEREMIAH GERHARDSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 UNITED STATES |
| DELEN PRIVATE BANK | TRANSFEROR: UBS AG, ATTN: TESSA THIELEMAN, JAN VAN RIJSWIJCKLAAN 184, ANTWERP B-2020 BELGIUM |
| FARIN, ULRICH | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, LORTZINGSTR. 11, BRAMSCHE 49565 GERMANY |
| GROSS, EBERHARD AND GROSS, KARIN ELKE | TRANSFEROR: BETHMANN BANK AG, SCHUSTERSTRASSE 7, 81477 MUNCHEN  GERMANY |
| HAUKE, DORIS HENDRINE | TRANSFEROR: BETHMANN BANK AG, BUCHENSTRASSE 14, 41844 WEGBERG  GERMANY |
| HOEING, HEINZ | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, BEETHOVENWEG 12, DUREN 52349 GERMANY |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| INTESA SANPAOLO S.P.A. | TRANSFEROR: BANCA AKROS SPA, ATTN: ELISA BILLI, VIA VERDI 8, MILAN 20121 ITALY |
| JUNGINGER, CORDULA ELISABETH | TRANSFEROR: BETHMANN BANK AG, ASTERSTRAAT 92, KATWIJK NL-2223 VJ NETHERLANDS |
| KELLERMANN, ANDREAS WERNER AND KELLERMANN, ROLAND JOHANN | TRANSFEROR: BETHMANN BANK AG, STOCKELSBERGER HAUPTSTRASSE 22, 92348 BERG GERMANY |
| LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A. | C/O JACQUES DELVAUX & LAURENT FISCH,, ACTING AS JOINT TRUSTEES IN BANKRUPTCY, 2, RUE DE LA CHAPELLE, LUXEMBOURG L-1325 LUXEMBOURG |
| LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A. | SHMUEL VASSER, ESQ., DECHERT LLP, 1095 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A. | C/O JACQUES DELVAUX & LAURENT FISCH,, ACTING AS JOINT TRUSTEES IN BANKRUPTCY, 2, RUE DE LA CHAPELLE, LUXEMBOURG L-1325 LUXEMBOURG |
| LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A. | SHMUEL VASSER, ESQ., DECHERT LLP, 1095 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A. | C/O JACQUES DELVAUX & LAURENT FISCH,, ACTING AS JOINT TRUSTEES IN BANKRUPTCY, 2, RUE DE LA CHAPELLE, LUXEMBOURG L-1325 LUXEMBOURG |
| LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A. | SHMUEL VASSER, ESQ., DECHERT LLP, 1095 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A. | MONICA LAWRENCE, ESQ., DECHERT LLP, 2929 ARCH STREET, CIRA CENTRE, PHILADELPHIA, PA 19004 |
| LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A. | MONICA LAWRENCE, ESQ., DECHERT LLP, 2929 ARCH STREET, CIRA CENTRE, PHILADELPHIA, PA 19004 |
| LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A. | MONICA LAWRENCE, ESQ., DECHERT LLP, 2929 ARCH STREET, CIRA CENTRE, PHILADELPHIA, PA 19004 |
| LUZERNER KANTONALBANK AG | TRANSFEROR: VALIANT BANK AG, PILATUSSTRASSE 12, 6002 LUZERN  SWITZERLAND |
| MUSIG, HELMUT FERDINAND ALBERT AND MUSIG, GERTRAUD MARIA J. | TRANSFEROR: BETHMANN BANK AG, THEODOR-KORNER-STRASSE 14, 93049 REGENSBURG GERMANY |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: WEGELIN & CO, PRIVATBANKIERS, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| PATTENHAUSEN, THOMAS | TRANSFEROR: BETHMANN BANK AG, FELDHAUSEN 31, 28865 LILIENTHAL  GERMANY |
| PRAXL, MICHAEL DIETER | TRANSFEROR: BETHMANN BANK AG, VON-ANDREAE-STRASSE 27, 51427 BERGISCH-GLADBACH GERMANY |
| SCHIRMER, ROBERT | TRANSFEROR: BANK FUR TIROL UND VORARLBERG AG, VIA NAGENS 1, LAAX CH-7032 SWITZERLAND |
| SCZEPANSKI, ALEXANDRA YVONNE MARIA | TRANSFEROR: BETHMANN BANK AG, BERNHARD-LICHTENBERG-STRASSE 16, 10407 BERLIN GERMANY |
| STELLA VERMOGENSVERWALTUNGS GMBH | TRANSFEROR: BETHMANN BANK AG, SCHLEHDORNSTRASSE 3, 82031 GRUNWALD  GERMANY |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| URSULA KEMMER ESTATE, REPRESENTED BY ARTHUR KEMMER | TRANSFEROR: BETHMANN BANK AG, ZUM LERCHENFELD 19, 41812 ERKELENZ  GERMANY |
| VALIANT BANK AG | P.O. BOX, ATTN: BEAT BERGMANN, ELFENSTRASSE, 16, BERN 3001 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: MATT MACH, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| ZAHRINGER PRIVATBANK AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: ADRIAN LERF, SCHMIEDENPLATZ 3, BERN CH-3011 SWITZERLAND |

**Total Creditor Count 88**