**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
                                                                      :   Chapter 11
In re:                                                                :
                                                                      :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                              :
                                                                      :   (Jointly Administered)
                                                    Debtors.          :
                                                                      :   Ref. Docket Nos. 55661, 55934,
                                                                      :   55935, 55937, 55938, 55939
---------------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 8, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 8, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Catherine Henriquez*
                                            Catherine Henriquez

Sworn to before me this
8th day of August, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000122196955 ***      LBH TRFNTC (ADDRESS2, ADRKEYID3) 24841



CITIBANK PRIVATKUNDEN AG & CO. KGAA
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

CITIBANK PRIVATKUNDEN AG & CO. KGAA
ATTN: WILHELM HUELSKEN
KASERNENSTRASSE 10
DUSSELDORF 40213
GERMANY

Please note that your claim # 555404-77 in the above referenced case and in the amount of $7,100.50 allowed at $6,553.88 has been transferred (unless previously expunged by court order)

BRUMMER, MRS. EVA-MARIA
TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA
ROBERT-HERZAU-STR. 12
06120 HALLE AN DER SAALE
GERMANY

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    55937    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/08/2017         Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 8, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA POPOLARE DI MILANO S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: EMILIANO CORTINOVIS, PIAZZA MEDA 4, 20121 MILANO   ITALY |
| BASELLANDCHAFTLICHE KANONALBANK | TRANSFEROR: UBS AG, ATTN: MARTIN LEHMANN, RHEINSTRASSE 7, CH-4410 LIESTAL SWITZERLAND |
| BRUMMER, MRS. EVA-MARIA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, ROBERT-HERZAU-STR. 12, 06120 HALLE AN DER SAALE   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| FINECOBANK SPA | TRANSFEROR: BANCA FIDEURAM S.P.A., ATTN: MR. RONNY SCIRE, PIAZZA DURANTE, 11, 20131 MILANO   ITALY |
| HSBC BANK PLC | ATTN: MARTIN HOLCOMBE/ROSS MACKENZIE, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | ATTN: MARTIN HOLCOMBE/ROSS MACKENZIE, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: HSBC BANK PLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | ATTN: MANAGING LAW CLERK, C/O RICHARDS KIBBE & ORBE LLP, 200 LIBERTY STREET, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: HSBC BANK PLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | ATTN: MANAGING LAW CLERK, C/O RICHARDS KIBBE & ORBE LLP, 200 LIBERTY STREET, NEW YORK, NY 10281-1003 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 16**