**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
                                                                 :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*                         :
                                                                 :   (Jointly Administered)
                      Debtors.                                   :
                                                                 :   Ref. Docket Nos. 55836, 55837,
                                                                 :   55873 – 55876, 55941, 55942 and
                                                                 :   55946
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 9, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 9, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Forrest Kuffer*
                                                    Forrest Kuffer

Sworn to before me this
9th day of August, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

08-13555-mg    Doc 55983    Filed 08/17/17    Entered 08/17/17 20:08:24    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000122204799 *** LBH TRFNTC (ADDRESS2, ADRKEYID3) 22479



BANK HAPOALIM (SWITZERLAND), LTD.
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER
STOCKERSTRASSE 33
ZURICH CH-8002
SWITZERLAND

Please note that your claim # 555855-29 in the above referenced case and in the amount of $100,000.00 allowed at $102,065.00 has been transferred (unless previously expunged by court order)

BANK JULIUS BAER & CO. LTD.
TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: PATRIK ROOS
BAHNOFSTRASSE 36
CH-8010 ZURICH
SWITZERLAND

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 55874 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/09/2017      Vito Genna, Clerk of Court

/s/ Tony Persaud
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 9, 2017.

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALLIANZ BANK FINANCIAL ADVISORS S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: FRANCO BRICHETTI - FRANCESCA TREBBI, PIAZZALE LODI, 3, 20137 MILANO   ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. | TRANSFEROR: CASSA DI RISPARMIO DI PARMA E PIACENZA S.P.A., ATTN: PAOLO MAZZA, VIA SAN CARLO 8/20, 41121 MODENA   ITALY |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH   SWITZERLAND |
| BASELLANDSCHAFTLICHE KANTONALBANK LIESTAL | TRANSFEROR: UBS AG, ATTN: MARTIN LEHMANN, RHEINSTRASSE 7, CH-4410 LIESTAL SWITZERLAND |
| BASELLANDSCHAFTLICHE KANTONALBANK LIESTAL | TRANSFEROR: UBS AG, ATTN: MARTIN LEHMANN, RHEINSTRASSE 7, CH-4410 LIESTAL SWITZERLAND |
| CASSA DI RISPARMIO DI PARMA E PIACENZA S.P.A. | ATTN: PAOLO CAVAZZINI, VIA UNIVERSITA, 1, PARMA 43121 ITALY |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOELLE GAVLICK, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOELLE GAVLICK, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| CREDITO EMILIANO SPA | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, ATTN: GIORGIO FERRARI, VIA EMILIA SAN PIETRO, N.4, REGGIO EMILIA 42121 ITALY |
| EFG BANK AG, LUGANO BRANCH | F/K/A BSI SA, ATTN: ANDREA FERRARI, VIA STEFANO FRANSCINI 8, 6900 LUGANO SWITZERLAND |
| SOUTHEY CAPITAL LTD | TRANSFEROR: SWISS INVEST CORP, LTD, ATTN: ROBERT SOUTHEY, SUITE 17, ENSIGN HOUSE, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| SWISS INVEST CORP, LTD | TRANSFEROR: EFG BANK AG, LUGANO BRANCH, ATTN: STEPHEN SPENCER, ADMIRALS WAY, BEAUFORT COURT, LONDON E14 9XL UNITED KINGDOM |
| SWISS INVEST CORP, LTD | TRANSFEROR: EFG BANK AG, LUGANO BRANCH, ATTN: STEPHEN SPENCER, ADMIRALS WAY, BEAUFORT COURT, LONDON E14 9XL UNITED KINGDOM |
| UBS AG | TRANSFEROR: CREDIT SUISSE, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| UBS AG | TRANSFEROR: CREDIT SUISSE, BADENERSTRASSE 574/C, POSTFACH PO BOX, 8098 ZURICH SWITZERLAND |
| UBS AG | BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: MATT MACH, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: MATT MACH, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |

**Total Creditor Count 22**