**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
                                                             :   Chapter 11
In re:                                                       :
                                                             :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                       :
                                                             :   (Jointly Administered)
                    Debtors.                                 :
                                                             :   Ref. Docket Nos. 55946, 55949,
                                                             :   55950, 55951 and 55953
                                                             :
------------------------------------------------------------ X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 10, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 10, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
10th day of August, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000122213926 ***       LBH TRFNTC (ADDRESS2, ADRKEYID3) 24841



CITIBANK PRIVATKUNDEN AG & CO. KGAA
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

CITIBANK PRIVATKUNDEN AG & CO. KGAA
ATTN: WILHELM HUELSKEN
KASERNENSTRASSE 10
DUSSELDORF 40213
GERMANY

Please note that your claim # 555404-78 in the above referenced case and in the amount of $35,502.50 allowed at $31,545.66 has been transferred (unless previously expunged by court order)

MR. RUDOLF KLEHR & MR. JOACHIM KLEHR
TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA
SCHUBERTSTR. 3
41539 DORMAGEN
GERMANY

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     55951     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/10/2017                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 10, 2017.

Pg 4 of 5

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANCA DI PIACENZA SOCIETA COOPERATIVA PER AZIONI | TRANSFEROR: BANCA FIDEURAM S.P.A., ATTN: PIETRO COPPELLI, VIA MAZZINI 20, 29121 PIACENZA   ITALY |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. | TRANSFEROR: CASSA DI RISPARMIO DI PARMA E PIACENZA S.P.A., ATTN: PAOLO MAZZA, VIA SAN CARLO 8/20, 41121 MODENA   ITALY |
| BANCO ESPIRITO SANTO SUCURSAL DE ESPANA | TRANSFEROR: IBORRA, D. ALFREDO GISBERT, ATTN: IGNACIO IGLESIAS, FINANCE DIRECTOR, CALLE SERRANO 88, MADRID 28006 SPAIN |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CREDIT SUISSE, PATRIK ROOS, BAHNHOFSTRASSE 36, 8010 ZURICH SWITZERLAND |
| CASSA DI RISPARMIO DI PARMA E PIACENZA S.P.A. | ATTN: PAOLO CAVAZZINI, VIA UNIVERSITA, 1, PARMA 43121 ITALY |
| CASSA DI RISPARMIO DI PARMA E PIACENZA S.P.A. | ATTN: PAOLO CAVAZZINI, VIA UNIVERSITA, 1, PARMA 43121 ITALY |
| CASSA DI RISPARMIO DI PARMA E PIACENZA S.P.A. | ATTN: PAOLO CAVAZZINI, VIA UNIVERSITA, 1, PARMA 43121 ITALY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| MR. RUDOLF KLEHR & MR. JOACHIM KLEHR | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, SCHUBERTSTR. 3, 41539 DORMAGEN   GERMANY |
| NOVO BANCO S.A. S.E. | TRANSFEROR: BANCO ESPIRITO SANTO SUCURSAL DE ESPANA, ATTN: ASESORA JURIDICA, SERRANO 88, MADRID 28006   SPAIN |
| UBS AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., BAHNOFSTRASSE 45, CH-8001 ZURICH SWITZERLAND |

**Total Creditor Count 13**