**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ------------------------------------------------------------------- x | |
| In re: : | Chapter 11 |
| : | |
| : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* : | |
| : | (Jointly Administered) |
| Debtors. : | |
| : | Ref. Docket Nos. 55945 and 55947 |
| ------------------------------------------------------------------- X | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 10, 2017, I caused to be served the "Notice of Defective Transfers," dated August 10, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
10th day of August, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission expires Sept 24, 2017

# EXHIBIT A

08-13555-mg    Doc 55985    Filed 08/17/17    Entered 08/17/17 20:43:21    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS, INC., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:    CASSA DI RISPARMIO DI PARMA E PIACENZA SPA
（NKA: CRÉDIT AGRICOLE CARIPARMA SPA）
ATTN: ALESSANDRO SBALBI
VIA LANGHIRANO, 51/A
43124 PARMA
ITALY

Transferee:    BANCA POPOLARE DELL'EMILIA ROMAGNA S.C.
ATTN: PAOLO MAZZA
VIA SAN CARLO, 8/20
41121 MODENA
ITALY

**Your transfer as presented is defective for the reason(s) checked below:**

( ) case closed on:
( ) address missing: (transferor) (transferee)
( ) signature of transferor missing
( ) claim number in error
( ) claim number not stated
( ) amount of transfer missing in Transfer Agreement
( ) not FRBP 3001(e)(2) OR (4); claim **NOT** on file
( ) not FRBP 3001(e)(1) OR (3); claim **ON** file
( ) notice amount does not match transfer agreement
( ) cannot docket transfer-claim #
   [ ] expunged by court order
   [ ] previously transferred
        By document #
(●) other
   (specify): Transferor does not own any part of claim 56130

**Docket Number: 55945**

/s/ Lauren Rodriguez
Epiq Bankruptcy Solutions LLC
as Claims Agent for the Debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 10, 2017

**EXHIBIT B**

LBH_DEFTRANSNTC_8-10-17

LBH_DEFTRANSNTC_8-10-17

CASSA DI RISPARMIO DI PARMA E PIACENZA SPA
(NKA: CRÉDIT AGRICOLE CARIPARMA SPA)
ATTN: ALESSANDRO SBALBI
VIA LANGHIRANO, 51/A
43124 PARMA
ITALY

BANCA POPOLARE DELL'EMILIA ROMAGNA S.C.
ATTN: PAOLO MAZZA
VIA SAN CARLO, 8/20
41121 MODENA
ITALY