**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
                                                             :   Chapter 11
In re:                                                       :
                                                             :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                       :
                                                             :   (Jointly Administered)
                           Debtors.                          :
                                                             :   Ref. Docket Nos. 55660, 55830,
                                                             :   55831
                                                             :
------------------------------------------------------------ X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 14, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 14, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
14th day of August, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000122299451 ***      LBH TRFNTC (MERGE2, TXNUM2) 4000129077



CREDIT SUISSE ITALY SPA
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE ITALY SPA
CRAVATH, SWAINE & MOORE LLP
WORLDWIDE PLAZA
ATTN: RICHARD LEVIN
825 EIGHTH AVENUE
NEW YORK, NY 10019

Please note that your claim # 55820-28 in the above referenced case and in the amount of $0.00 allowed at $145,882.55 has been transferred (unless previously expunged by court order)

UBS AG
TRANSFEROR: CREDIT SUISSE ITALY SPA
ATTN: HUGO KOLLER
BAHNHOFSTRASSE 45
ZURICH 8098
 SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        55660               in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/14/2017                         Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 14, 2017.

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| CREDIT SUISSE ITALY SPA | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE ITALY SPA | CRAVATH, SWAINE & MOORE LLP, WORLDWIDE PLAZA, ATTN: RICHARD LEVIN, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE ITALY SPA | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| HSBC BANK PLC | TRANSFEROR: HSBC FRANCE, ATTN:/REF: SECONDARY LOAN TRADING / TANJA CLEVELY, 8 CANADA SQUARE, LEVEL 24, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: HSBC FRANCE, ATTN:/REF: SECONDARY LOAN TRADING / TANJA CLEVELY, 8 CANADA SQUARE, LEVEL 24, LONDON E14 5HQ UNITED KINGDOM |
| HSBC FRANCE | ATTN: MARTIN HOLCOMBE, 8 CANADA SQUARE, LONDON EL4 5HQ UNITED KINGDOM |
| HSBC FRANCE | ATTN: FLORENCE LEPICARD, 103, AVENUE DES CHAMPS-ELYSEES, PARIS 75008 FRANCE |
| HSBC FRANCE | ATTN: MARTIN HOLCOMBE, 8 CANADA SQUARE, LONDON EI4 5HQ UNITED KINGDOM |
| HSBC FRANCE | FLORENCE LEPICARD, 103 AVE DES CHAMPES-ELYSEES, PARIS 75008 FRANCE |
| UBS AG | TRANSFEROR: CREDIT SUISSE ITALY SPA, ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 10**