FILED / RECEIVED

AUG 10 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

RECEIVED AUG 14 2017 U.S. BANKRUPTCY COURT SD DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :    08-13555 (JMP)
                                                               :
               Debtors.                                        :    (Jointly Administered)
                                                               :
-------------------------------------------------------------x

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee named below hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| EFG BANK AG, LUGANO BRANCH | Bank Julius Baer & Co. Ltd. |
| Name of Transferee | Name of Transferor |
| Name and address where notices to Transferee should be sent:<br>EFG BANK AG, Lugano Branch<br>Attn: Andrea Ferrari<br>Custody Administration<br>Via Magatti 2, 6900 Lugano<br>Email:<br>Group.BsiCustodyAdministration@efgbank.com | Court Claim # (if known):    58786-06<br>Amount of Claim Transferred: CHF 30'000.00<br>Date Claim Filed:             Oct. 29, 2009<br>ISIN CODE:                    XS0264209387 |
| Name and address where transferee payments should be sent:<br><br>THE BANK OF NEW YORK MELLON<br>SWIFT /BIC: IRVTUS3NXXX<br>IN FAVOUR ACCT: 8033338636 | Attached you can find the evidence of Transfer of CLAIM |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ~~pm A. Di Napoli~~   EFG Bank SA Lugano   pp L. Conconi    Date: 08.08.2017
      Transferee/Transferee's Agent

Name:_____
Title:_____

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357.*

1028357

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **EFG Bank AG, Lugano Branch** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **58786-06**) in the **nominal amount of CHF 30'000** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 3 day of August 2017.

**Bank Julius Baer & Co. Ltd.**

*/s/ Fabian Burckhardt*          */s/ Marc Blum*

Fabian Burckhardt                  Marc Blum

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0264209387 CAPITAL PROTECTED TWISTER NOTE | 58786-06 | 29 October 2009 | Lehman Brothers Treasury Co. BV | CHF 30'000 |
|  |  |  |  |  |



To:
United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY10017 (USA)

BY DHL

Lugano    August 8, 2017

Notice of transfer, from Bank Julius Baer & co LTD,(the "Transferor") to EFG Bank AG, Lugano Branch on behalf of its client (the "Transferee"), of securities issued by Lehman Brothers Holding INC (the "Securities") and claim n. 58786-06 attached thereto (the "Claim").

Dear Sirs,

reference is made to the transfer of the above mentioned Securities and part of the Claim to our bank as nominee on behalf of its client/s (the "**Transfer**").

In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly:

1) Form 210/A, signed by our bank as Transferee on behalf of its client;

2) "*Evidence of Transfer of Claim*", signed by Bank Julius Baer & Co. LTD, as Transferor, as proof that Bank Julius Baer & Co LTD has partially transferred a registered claim to EFG BANK AG, Lugano branch on behalf of its client/s.

Given the importance of this Notice in the interests of our client/s, We would also appreciate if you can advise us immediately if something (e.g. information, document, etc.) is missing by sending a message to the following e-mail address: group.bsicustodyadministration@efgbank.com

Thank you very much in advance for your kind help and attention.

Yours faithfully,

EFG Bank LTD

pm A. Di Napoli            pp L. Conconi

Attachments: as above

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
LEHMAN BROTHERS HOLDINGS CLAIMS
PROCESSING CENTER
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
757 THIRD AVENUE, 3$^{RD}$ FLOOR
NEW YORK, NY10017 (USA)
```

