**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                              :
In re:                                        :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (SCC)
                                              :
            Debtors.                          :    (Jointly Administered)
                                              :
                                              :    Ref. Docket No. 55962
------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 11, 2017, I caused to be served the "Notice of Hearing on the Plan Administrator's Five-Hundred Twenty-First Omnibus Objection to Claims (Satisfied Guarantee Claims)," dated August 11, 2017, to which was attached "The Plan Administrator's Five-Hundred Twenty-First Omnibus Objection to Claims (Satisfied Guarantee Claims)," dated August 11, 2017 [Docket No. 55962], by causing true and correct copies to be:

    i.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
14th day of August, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2017

# EXHIBIT A

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

ANDERSON KILL & OLICK, P.C.
ATTN: ROBERT M HORKOVICH
(COUNSEL TO ESSEX EQUITY HOLDINGS USA, LLC)
1251 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1182

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: JAMES BIRD, ESQ.
(COUNSEL TO BATS HOLDINGS, INC.)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY MO 64112

# EXHIBIT B

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.lanza@dlapiper.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com

ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
ben.lewis@hoganlovells.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cgoldstein@stcwlaw.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com

charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cmestres@aclawllp.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com

ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfliman@kasowitz.com
dgoldberg@hsgllp.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com

ecohen@russellinvestments.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
farrington.yates@kobrekim.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnylaw.com
gspilsbury@jsslaw.com
guzman@sewkis.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@chadbourne.com
heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com

hooper@sewkis.com
howard.hawkins@cwt.com
hrh@lhmlawfirm.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
irethy@stblaw.com
israel.dahan@cwt.com
izaur@cgr-law.com
j.zelloe@stahlzelloe.com
jacobsonn@sec.gov
jalward@blankrome.com
james.berg@piblaw.com
james.mcclammy@dpw.com
james.moore@morganlewis.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbrody@americanmlg.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@united.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jg5786@att.com

jgenovese@gjb-law.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.goodchild@morganlewis.com
john.monaghan@hklaw.com
john.mule@state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com

jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
kek@crb-law.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
ksebaski@hsgllp.com
ktung@kktlawfirm.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@fensterstock.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com

lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com

metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanin@kasowitz.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.kraut@morganlewis.com
michael.mccrory@btlaw.com
michael.solow@apks.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mitchell.berger@squirepb.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpedreira@proskauer.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
mshuster@hsgllp.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com

mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neil.herman@morganlewis.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
ngueron@cgr-law.com
nicholas.zalany@squirepb.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
nlieberman@hsgllp.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhorkovich@andersonkill.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rterenzi@stcwlaw.com
russj4478@aol.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com

tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yuwatoko@mofo.com

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| AGRICULTURAL BANK OF TAIWAN | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) NO. 71 GUANCIAN RD TAIPEI CITY TAIWAN |
| AKIO ISOMOTO | FINANCIAL PRODUCTS TRADING DEPT. COSMO SECURITIES CO., LTD. 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO 101-8742 JAPAN |
| AKIO ISOMOTO | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU 107-0052 JAPAN |
| AKIO ISOMOTO | 23-15, SUGIMOTO 2-CHOME, SUMIYOSHI-KU OSAKA 558-0022 JAPAN |
| AOYAMA, TAMOTSU | COSMO SECURITIES CO., LTD. ATTN: FINANCIAL PRODUCTS TRADING DEPT. 1-13-4, UCHIKANDA CHIYODA-KU TOKYO 101-8742 JAPAN |
| AOYAMA, TAMOTSU | ATTN: KIMIKO TAKAHASHI MITSUI COMPANY 14-2 AKASAKA 2CHOME, MINATO-KU TOKYO 107-0052 JAPAN |
| AOYAMA, TAMOTSU | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPAN AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| AOYAMA, TAMOTSU | 1-30, UMEGAOKA NAGAOKAKYO KYOTO 617-0841 JAPAN |
| ARCADIA HILL INC. | SUITE 28153 1942 NE 148TH ST MIAMI FL 33181-1161 |
| BANK OF EAST ASIA LTD., THE, AS NOMINEE | FOR A/C E.A. INT'L TRUSTEES LTD-E 1015 35/F BEA TOWER, MILLENNIUM CITY 5 CYD DEPT KWUN TONG HONG KONG |
| BANK OF SINGAPORE LIMITED | TRANSFEROR: DANIEL SIA KOK LEONG, HEAD OF SECURITI ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA SINGAPORE 048619 SINGAPORE |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA & JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND V-B LP, THE ATTN: DANIEL MIRANDA & JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VIII LP, THE ATTN: DANIEL MIRANDA & JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA & JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) M ATTN: DANIEL MIRANDA & JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA & JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA & JEFF LONGMUIR 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: RBS SECURITIES INC. C/O ROPES & GRAY LLP ATTN: GAVIN ALEXANDER PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 520 MADISON AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| CAPITAL PARTNERS SECURITIES CO., LTD | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: MITSUGU SAITO 1-13-17 UCHIKANDA CHIYODA-KU TOKYO 101-0047 JAPAN |
| CAPITAL PARTNERS SECURITIES CO., LTD | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: MUTSUGU SAITO 1-13-17 UCHIKANDA CHIYODA-KU TOKYO 101-0047 JAPAN |
| CF SENECA DIVERSIFIED GROWTH FUND | F/K/A CF MIDAS BALANCED GROWTH FUND BEAUFORT HOUSE 51 NEW NORTH ROAD EXETER, DEVON EX4 4EP UNITED KINGDOM |
| DAH SING BANK, LIMITED | TRANSFEROR: D.A.H. HAMBROS BANK (CHANNEL ISLANDS) C/O BAKER & MCKENZIE LLP; ATTN: IRA REID 452 FIFTH AVENUE NEW YORK NY 10018 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DEUTSCHE SECURITIES INC. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DEUTSCHE BANK SECURITIES INC. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DORELLA INVESTMENTS | SUITE 28153 1942 NE 148TH ST MIAMI FL 33181-1161 |
| EIKO UENO | FINANCIAL PRODUCTS TRADING DEPT. COSMO SECURITIES CO., LTD. 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO 101-8742 JAPAN |

| Claim Name | Address Information |
|---|---|
| EIKO UENO | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU 107-0052 JAPAN |
| EIKO UENO | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPAN AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| EIKO UENO | 4-23, FUKAEMINAMI 2-CHOME HIGASHINARI-KU OSAKA 537-0002 JAPAN |
| FATAI INVESTMENT LIMITED | PO BOX 210, 3RD FLOOR 24 SAND STREET ST. HELIER, JERSEY CHANNEL ISLANDS JE2 3QF UNITED KINGDOM |
| FATAI INVESTMENT LIMITED | TRANSFEROR: LEHMAN BROTHERS COMMERCIAL CORPORATION (IN LIQUIDATION) PO BOX 210, 3RD FLOOR 24 SAND STREET ST. HELIER, JERSEY CHANNEL ISLANDS JE2 3QF UNITED KINGDOM |
| FIRST COMMERCIAL BANK | C/O MORRISON & FOERSTER LLP ATTN: BRETT H. MILLER 250 WEST 55TH STREET NEW YORK NY 10019 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUN ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| H.S. SECURITIES CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: YOSHIAKI MISHIMA SUMITOMO FUDOSAN SHINJUKU OAK TOWER 27F, 6-8-1 NISHI-SHINJUKU, SHINJUKU-KU TOKYO 163-6027 JAPAN |
| HISAKAZU MATSUSHIMA | FINANCIAL PRODUCTS TRADING DEPT. COSMO SECURITIES CO., LTD. 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO 101-8742 JAPAN |
| HISAKAZU MATSUSHIMA | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU 107-0052 JAPAN |
| HISAKAZU MATSUSHIMA | 9-7 NAGAYOSHIROKUTAN 2-CHOME HIRANO-KU OSAKA 547-0012 JAPAN |
| HSBC TRINKAUS & BURKHARDT INTERNATIONAL SA | 8 RUE LOU HEMMER LUXEMBOURG-FINDEL L-1748 LUXEMBOURG |
| JP MORGAN INTERNATIONAL BANK LIMITED | ATTN: PAUL MCDADE, LEGAL DEPARTMENT 125 LONDON WALL LONDON EC2 5AJ UNITED KINGDOM |
| JUNKO ISOMOTO | FINANCIAL PRODUCTS TRADING DEPT. COSMO SECURITIES CO., LTD. 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO 101-8742 JAPAN |
| JUNKO ISOMOTO | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| JUNKO ISOMOTO | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPAN AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| JUNKO ISOMOTO | 23-15 SUGIMOTO 2-CHOME SUMIYOSHI-KU OSAKA 558-0022 JAPAN |
| KEIKO YOSHIDA | FINANCIAL PRODUCTS TRADING DEPT. COSMO SECURITIES CO., LTD. 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO 101-8742 JAPAN |
| KEIKO YOSHIDA | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU 107-0052 JAPAN |
| KEIKO YOSHIDA | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPAN AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| KEIKO YOSHIDA | 1280 ROKUJO-CHO NARA 630-8041 JAPAN |
| KEIMEI SHOJI CO, LTD | FINANCIAL PRODUCTS TRADING, DEPT. COSMO SECURITIES CO., LTD. 1-13-4 UCHIKANDA CHIYODA-KU TOKYO 101-8742 JAPAN |
| KEIMEI SHOJI CO, LTD | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| KEIMEI SHOJI CO, LTD | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPAN AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| KEIMEI SHOJI CO, LTD | 249 KUGIKAKUSHICHO BUKKOUJI KARASUMA-NISHIIRU SHIMOGYO-KU KYOTO 600-8423 JAPAN |
| KNIGHTHEAD (NY) FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA L. TORRADO, ESQ. 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036 |
| KOHEI ENOKI | FINANCIAL PRODUCTS TRADING, DEPT. COSMO SECURITIES CO., LTD. 1-13-4 UCHIKANDA |

| Claim Name | Address Information |
|---|---|
| KOHEI ENOKI | CHIYODA-KU TOKYO 101-8742 JAPAN |
| KOHEI ENOKI | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| KOHEI ENOKI | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPAN AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| KOHEI ENOKI | A/B/O SHOJI ENOKI 6-3 FURUEDAI 2-CHOME SUITA CITY OSAKA 565-0874 JAPAN |
| LIGHTEN UP CORPORATION | 2/F, 15 WANG CHIU ROAD KOWLOON BAY HONG KONG |
| MASAKI NODA | FINANCIAL PRODUCTS TRADING DEPT. COSMO SECURITIES CO., LTD. 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO 101-8742 JAPAN |
| MASAKI NODA | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU 107-0052 JAPAN |
| MASAKI NODA | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPAN AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| MASAKI NODA | 7-1-1823, TAKAHAMACHO, ASHIYA-CITY HYOGO 659-0033 JAPAN |
| MIFCOR | ALBERT NASSER 14 QUAI DU SEUJET 1201 GENEVE SWITZERLAND |
| MINAMI TAXI CO, LTD. | FINANCIAL PRODUCTS TRADING, DEPT. COSMO SECURITIES CO., LTD. 1-13-4 UCHIKANDA CHIYODA-KU TOKYO 101-8742 JAPAN |
| MINAMI TAXI CO, LTD. | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| MINAMI TAXI CO, LTD. | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPAN AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| MINAMI TAXI CO, LTD. | 3-5-35, TSURUHASHI IKUNO-KU OSAKA 544-0031 JAPAN |
| MITSUBISHI UFJ MORGAN STANLEY SECURITIES CO., LTD. | ATTN: MS. HISAKO KUBO, LEGAL DEPARTMENT MR. TOMOHIRO NAKAMURA, CORPORATE PLANNING DIVISION MR. HIROKA KIKUCHI- STRUCTURED PRODUCTS DIVISION 22ND FLOOR, OTEMACHI FINANCIAL CITY GRAND CUBE 1-9-2 OTEMACHI, CHIYODA-KU TOKYO 100 JAPAN |
| MITSUBISHI UFJ MORGAN STANLEY SECURITIES CO., LTD. | MITSUBISHI UFJ SECURITIES CO., LTD LEGAL DIVISION MARUNOUCHI BUILDING, 2-4-1 MARUNOUCHI CHIYODA-KU TOKYO 100-6317 JAPAN |
| MITSUBISHI UFJ MORGAN STANLEY SECURITIES CO., LTD. | MORRISON & FOERSTER LLP. LORENZO MARINUZZI, STACY MOLISON 250 WEST 55TH STREET NEW YORK NY 10019 |
| MIYOKO SHINNOU | FINANCIAL PRODUCTS TRADING DEPT. COSMO SECURITIES CO., LTD. 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO 101-8742 JAPAN |
| MIYOKO SHINNOU | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU 107-0052 JAPAN |
| MIYOKO SHINNOU | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPAN AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| MIYOKO SHINNOU | 10-12, SAIGOUDOURI 1-CHOME MORIGUCHI-CITY OSAKA 570-0034 JAPAN |
| MIZUHO SECURITIES CO LTD | ATTENTION: CREDIT TRADING & DERIVATIVE PRODUCTS DE OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI CHIYODA-KU, TOKYO 100-0004 JAPAN |
| MIZUHO SECURITIES CO., LTD | F/K/A MIZUHO INVESTORS SECURITIES CO., LTD ATTN: KUNIKO TAKIZAWA MITA NN BLDG. 4-1-23, SHIBA, MINATO-KU TOKYO 108-0014 JAPAN |
| NG POH KIM ZITA | 3 SIN MING WALK # 20-22 THE GARDENS AT BISHAN SINGAPORE 575575 SINGAPORE |
| NOMURA SECURITIES CO., LTD. | TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD FINANCIAL PRODUCT DEPARTMENT 2-2-2, OTEMACHI, CHIYODA-KU TOKYO JAPAN |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO. MOSES & SINGER LLP - ATTN: MARK N. PARRY THE CHRYSLER BUILDING-405 LEXINGTON AVE NEW YORK NY 10174-1299 |
| ROTH IRA FBO LEE BATCHA PERSHING LLC AS CUSTODIAN | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE ATTN: LEE BATCHA 21 BROOK TERRACE FAIR HAVEN NJ 07704 |
| ROTH IRA FBO MICHAEL ZLATIN PERSHING LLC AS CUSTOD | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE ATTN: MICHAEL ZLATIN 552 CUMBERLAND STREET ENGLEWOOD NJ 07631 |
| ROYAL BANK OF SCOTLAND PLC, THE | C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUN 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036 |

| Claim Name | Address Information |
| --- | --- |
| SMBC NIKKO SECURITIES INC. | TRANSFEROR: NIKKO CORDIAL SECURITIES INC. ATTN: MASATO KAMATSUKA 3-1 MARUNOUCHI 3-CHOME, CHIYODA-KU TOKYO 100-8325 JAPAN |
| SMBC NIKKO SECURITIES INC. | IRA A. REID BAKER & MCKENZIE LLP 452 FIFTH AVENUE NEW YORK NY 10018 |
| UNION BANCAIRE PRIVEE | ATTN CORPORATE ACTIONS DEPARTMENT RUE DU RHONE 96-98 CASE POSTALE 1320 GENEVA 1 1211 SWITZERLAND |
| WING LUNG BANK LIMITED | ATTN: WMC 2/F WING LUNG BANK BLDG. 45 DES VOEUX RD. CENTRAL HONG KONG HONG KONG |
| WONG SHUK CHING, PAULINE & | CHU KAR LAI, CAROLYN G/F 172 HENNESSY ROAD WANCHAI HONG KONG |
| ZAMA INTERNATIONAL LIMITED | TRANSFEROR: ZAMA INTERNATIONAL LIMITED P.O. BOX 210, 3RD FLOOR 24 SAND STREET ST. HELIER, JERSEY JE2 3QF CHANNEL ISLANDS |

**Total Creditor count 93**