**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
:
In re                                                                        :    **Chapter 11 Case No.**
                                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                                 :    **08-13555 (SCC)**
                                                                             :
                                                      **Debtors.**           :    **(Jointly Administered)**
                                                                             :
                                                                             :    **Ref. Docket No. 55974**
-------------------------------------------------------------------------- x
:
In re                                                                        :
                                                                             :    **Case No.**
**LEHMAN BROTHERS INC.,**                                                    :
                                                                             :    **08-01420 (SCC) (SIPA)**
                                                      **Debtor.**            :
                                                                             :    **Ref. Docket No. 14376**
-------------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )  ss.:
COUNTY OF NEW YORK   )

CASSANDRA MURRAY, being duly sworn, deposes and says:

1.  I am employed as a Coordinator, Case Management Services by Epiq Bankruptcy Solutions,
    LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen
    years and am not a party to the above-captioned action.

2.  On August 16, 2017, I caused to be served the "Notice of Agenda of Matters Scheduled for
    the One Hundred Eighth Omnibus and Claims Hearing on August 17, 2017 at 10:00 A.M.,"
    dated August 16, 2017 [Docket No. 55974 in Case No. 08-13555 and Docket No. 143676 in
    Case No. 08-01420], by causing true and correct copies to be delivered via electronic mail to
    those parties listed on the annexed <u>Exhibit A</u>.

                                                              */s/ Cassandra Murray*
                                                              Cassandra Murray

Sworn to before me this
17th day of August, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2017

**EXHIBIT A**

Email MSL List

| | |
|---|---|
| aaaronson@dilworthlaw.com | angie.owens@skadden.com |
| aalfonso@willkie.com | anthony_boccanfuso@aporter.com |
| abeaumont@fklaw.com | aostrow@beckerglynn.com |
| abraunstein@riemerlaw.com | appleby@chapman.com |
| acaton@kramerlevin.com | aquale@sidley.com |
| adam.lanza@dlapiper.com | arainone@bracheichler.com |
| adarwin@nixonpeabody.com | arancier@offitkurman.com |
| adiamond@diamondmccarthy.com | arheaume@riemerlaw.com |
| adk@msf-law.com | arosenblatt@chadbourne.com |
| aeckstein@blankrome.com | arthur.rosenberg@hklaw.com |
| aentwistle@entwistle-law.com | arwolf@wlrk.com |
| agbanknewyork@ag.tn.gov | aschwartz@homerbonner.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashmead@sewkis.com |
| aisenberg@saul.com | asnow@ssbb.com |
| akadish@dtlawgroup.com | asomers@rctlegal.com |
| akolod@mosessinger.com | aunger@sidley.com |
| allison.holubis@wilsonelser.com | austin.bankruptcy@publicans.com |
| alum@ftportfolios.com | avenes@whitecase.com |
| amarder@msek.com | bankruptcy@goodwin.com |
| amartin@sheppardmullin.com | bankruptcy@morrisoncohen.com |
| amcmullen@boultcummings.com | bankruptcy@ntexas-attorneys.com |
| amenard@tishmanspeyer.com | bankruptcymatters@us.nomura.com |
| amh@amhandlerlaw.com | barbra.parlin@hklaw.com |
| andrew.brozman@cliffordchance.com | bbisignani@postschell.com |
| andrew.lourie@kobrekim.com | bcarlson@co.sanmateo.ca.us |
| andrewtenzer@paulhastings.com | bdemay@hsgllp.com |
| angelich.george@arentfox.com | bdk@schlamstone.com |

Email MSL List

| | |
|---|---|
| ben.lewis@hoganlovells.com | chipford@parkerpoe.com |
| benjamin.mintz@apks.com | chris.donoho@hoganlovells.com |
| bguiney@pbwt.com | christopher.greco@kirkland.com |
| bmanne@tuckerlaw.com | claude.montgomery@dentons.com |
| bmiller@mofo.com | clynch@reedsmith.com |
| boneill@kramerlevin.com | cmestres@aclawllp.com |
| brosenblum@jonesday.com | cohen@sewkis.com |
| brotenberg@wolffsamson.com | cp@stevenslee.com |
| broy@rltlawfirm.com | cpappas@dilworthlaw.com |
| bruce.wright@sutherland.com | cparyse@contrariancapital.com |
| bsellier@rlrpclaw.com | craig.goldblatt@wilmerhale.com |
| bstrickland@wtplaw.com | craigjustinalbert@gmail.com |
| btrust@mayerbrown.com | crmomjian@attorneygeneral.gov |
| bturk@tishmanspeyer.com | csalomon@beckerglynn.com |
| bwolfe@sheppardmullin.com | cschreiber@winston.com |
| cahn@clm.com | cshore@whitecase.com |
| canelas@pursuitpartners.com | cshulman@sheppardmullin.com |
| cbelisle@wfw.com | cszyfer@stroock.com |
| cbelmonte@ssbb.com | cwalsh@mayerbrown.com |
| cdesiderio@nixonpeabody.com | cward@polsinelli.com |
| cfarley@mccarter.com | cweber@ebg-law.com |
| cgoldstein@stcwlaw.com | cweiss@ingramllp.com |
| cgonzalez@diazreus.com | dallas.bankruptcy@publicans.com |
| chad.husnick@kirkland.com | dave.davis@isgria.com |
| chammerman@paulweiss.com | david.bennett@tklaw.com |
| charles@filardi-law.com | david.heller@lw.com |
| charles_malloy@aporter.com | david.livshiz@freshfields.com |
| chemrick@thewalshfirm.com | david.powlen@btlaw.com |

Email MSL List

| | |
|---|---|
| david.tillem@wilsonelser.com | djcarragher@daypitney.com |
| davids@blbglaw.com | djoseph@stradley.com |
| davidwheeler@mvalaw.com | dkessler@ktmc.com |
| dbarber@bsblawyers.com | dkozusko@willkie.com |
| dbaumstein@whitecase.com | dlemay@chadbourne.com |
| dbesikof@loeb.com | dlipke@vedderprice.com |
| dblack@hsgllp.com | dmark@kasowitz.com |
| dcimo@gjb-law.com | dmcguire@winston.com |
| dcoffino@cov.com | dmiller@steinlubin.com |
| dcrapo@gibbonslaw.com | dmurray@jenner.com |
| ddavis@paulweiss.com | dneier@winston.com |
| ddrebsky@nixonpeabody.com | dodonnell@milbank.com |
| ddunne@milbank.com | dpegno@dpklaw.com |
| deggermann@kramerlevin.com | draelson@fisherbrothers.com |
| deggert@freebornpeters.com | drosenzweig@fulbright.com |
| demetra.liggins@tklaw.com | drosner@goulstonstorrs.com |
| dennis.tracey@hoganlovells.com | drosner@kasowitz.com |
| dfelder@orrick.com | dshaffer@wtplaw.com |
| dflanigan@polsinelli.com | dspelfogel@foley.com |
| dfliman@kasowitz.com | dtatge@ebglaw.com |
| dgoldberg@hsgllp.com | dtheising@harrisonmoberly.com |
| dgrimes@reedsmith.com | dwdykhouse@pbwt.com |
| dhayes@mcguirewoods.com | dworkman@bakerlaw.com |
| dhealy@hsgllp.com | easmith@venable.com |
| dheffer@foley.com | ebcalvo@pbfcm.com |
| dhurst@coleschotz.com | ecohen@russellinvestments.com |
| dhw@dhclegal.com | edelucia@hsgllp.com |
| diconzam@gtlaw.com | edward.flanders@pillsburylaw.com |

Email MSL List

| | |
|---|---|
| efleck@milbank.com | glenn.siegel@morganlewis.com |
| efriedman@fklaw.com | gmoss@riemerlaw.com |
| efriedman@friedmanspring.com | goldenberg@ssnylaw.com |
| ekbergc@lanepowell.com | gspilsbury@jsslaw.com |
| eleicht@whitecase.com | guzman@sewkis.com |
| ellen.halstead@cwt.com | harrisjm@michigan.gov |
| emagnelli@bracheichler.com | harveystrickon@paulhastings.com |
| emerberg@mayerbrown.com | hbeltzer@chadbourne.com |
| enkaplan@kaplanlandau.com | heiser@chapman.com |
| eobrien@sbchlaw.com | hmagaliff@r3mlaw.com |
| etillinghast@sheppardmullin.com | holsen@stroock.com |
| eweinick@otterbourg.com | hooper@sewkis.com |
| ezujkowski@emmetmarvin.com | howard.hawkins@cwt.com |
| farrington.yates@kobrekim.com | hseife@chadbourne.com |
| fcarruzzo@kramerlevin.com | hsnovikoff@wlrk.com |
| ffm@bostonbusinesslaw.com | hsteel@brownrudnick.com |
| fhenn@law.nyc.gov | irethy@stblaw.com |
| fhyman@mayerbrown.com | israel.dahan@cwt.com |
| foont@foontlaw.com | izaur@cgr-law.com |
| fsosnick@shearman.com | j.zelloe@stahlzelloe.com |
| gabriel.delvirginia@verizon.net | jacobsonn@sec.gov |
| gary.ravertpllc@gmail.com | jalward@blankrome.com |
| gavin.alexander@ropesgray.com | james.berg@piblaw.com |
| gbray@milbank.com | james.mcclammy@dpw.com |
| ggitomer@mkbattorneys.com | james.moore@morganlewis.com |
| ggoodman@foley.com | james.sprayregen@kirkland.com |
| giddens@hugheshubbard.com | jamesboyajian@gmail.com |
| gkaden@goulstonstorrs.com | jamestecce@quinnemanuel.com |

Email MSL List

jar@outtengolden.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbrody@americanmlg.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jdoran@haslaw.com

jdwarner@warnerandscheuerman.com

jdweck@sutherland.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@united.com

jeldredge@velaw.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jfalgowski@reedsmith.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmr@msf-law.com

jnm@mccallaraymer.com

john.beck@hoganlovells.com

john.goodchild@morganlewis.com

john.monaghan@hklaw.com

john.mule@state.mn.us

john.rapisardi@cwt.com

jonathan.goldblatt@bnymellon.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joshua.dorchak@morganlewis.com

jowen769@yahoo.com

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

Email MSL List

| | |
|---|---|
| jrabinowitz@rltlawfirm.com | kit.weitnauer@alston.com |
| jrosenthal@mhlawcorp.com | kkelly@ebglaw.com |
| jrsmith@hunton.com | kkolbig@mosessinger.com |
| jschiller@bsfllp.com | klyman@irell.com |
| jschwartz@hahnhessen.com | klynch@formanlaw.com |
| jsheerin@mcguirewoods.com | kobak@hugheshubbard.com |
| jsherman@bsfllp.com | korr@orrick.com |
| jshickich@riddellwilliams.com | kovskyd@pepperlaw.com |
| jsmairo@pbnlaw.com | kressk@pepperlaw.com |
| jstoll@mayerbrown.com | kreynolds@mklawnyc.com |
| jtimko@shutts.com | krodriguez@allenmatkins.com |
| judy.morse@crowedunlevy.com | krosen@lowenstein.com |
| jvail@ssrl.com | ksebaski@hsgllp.com |
| jwcohen@daypitney.com | kurt.mayr@bgllp.com |
| jwest@velaw.com | kurt.rademacher@morganlewis.com |
| jwh@njlawfirm.com | ladler@fensterstock.com |
| jzulack@fzwz.com | landon@slollp.com |
| kanema@formanlaw.com | lapeterson@foley.com |
| karen.wagner@dpw.com | lawallf@pepperlaw.com |
| karl.geercken@alston.com | lawrence.gelber@srz.com |
| kdwbankruptcydepartment@kelleydrye.com | lberkoff@moritthock.com |
| keckhardt@hunton.com | lee.stremba@troutmansanders.com |
| keith.simon@lw.com | lee.whidden@dentons.com |
| kek@crb-law.com | lgranfield@cgsh.com |
| ken.coleman@allenovery.com | lhandelsman@stroock.com |
| kerry.moynihan@hro.com | lisa.solomon@att.net |
| kgwynne@reedsmith.com | ljkotler@duanemorris.com |
| kiplok@hugheshubbard.com | lkatz@ltblaw.com |

Email MSL List

lkiss@klestadt.com

lmarinuzzi@mofo.com

lmcgowen@orrick.com

lnashelsky@mofo.com

loizides@loizides.com

lperlman@hsgllp.com

lschweitzer@cgsh.com

lucdespins@paulhastings.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@sc.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.ellenberg@cwt.com

mark.mckane@kirkland.com

mark.salzberg@squirepb.com

mark.sherrill@sutherland.com

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

mbenner@tishmanspeyer.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcarthurk@sullcrom.com

mccarthyj@sullcrom.com

mcordone@stradley.com

mcyganowski@oshr.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhanin@kasowitz.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.krauss@faegrebd.com

michael.kraut@morganlewis.com

michael.mccrory@btlaw.com

michael.solow@apks.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mitchell.berger@squirepb.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

Email MSL List

| | |
|---|---|
| mlynch2@travelers.com | ngueron@cgr-law.com |
| mmorreale@us.mufg.jp | nicholas.zalany@squirepb.com |
| mneier@ibolaw.com | nissay_10259-0154@mhmjapan.com |
| monica.lawless@brookfieldproperties.com | nlepore@schnader.com |
| mpage@kelleydrye.com | nlieberman@hsgllp.com |
| mparry@mosessinger.com | notice@bkcylaw.com |
| mpedreira@proskauer.com | nyrobankruptcy@sec.gov |
| mrosenthal@gibsondunn.com | otccorpactions@finra.org |
| mruetzel@whitecase.com | paronzon@milbank.com |
| mschimel@sju.edu | pbattista@gjb-law.com |
| msegarra@mayerbrown.com | pbosswick@ssbb.com |
| mshiner@tuckerlaw.com | pdublin@akingump.com |
| mshuster@hsgllp.com | peisenberg@lockelord.com |
| msolow@kayescholer.com | peter.gilhuly@lw.com |
| mspeiser@stroock.com | peter.macdonald@wilmerhale.com |
| mstamer@akingump.com | peter.meisels@wilsonelser.com |
| munno@sewkis.com | peter.simmons@friedfrank.com |
| mvenditto@reedsmith.com | peter@bankrupt.com |
| mwarner@coleschotz.com | pfeldman@oshr.com |
| mwarren@mtb.com | pfinkel@wilmingtontrust.com |
| nathan.spatz@pillsburylaw.com | phayden@mcguirewoods.com |
| nbinder@binderschwartz.com | pmaxcy@sonnenschein.com |
| nbojar@fklaw.com | ppascuzzi@ffwplaw.com |
| ncoco@mwe.com | ppatterson@stradley.com |
| neal.mann@oag.state.ny.us | psp@njlawfirm.com |
| ned.schodek@shearman.com | ptrostle@jenner.com |
| neil.herman@morganlewis.com | raj.madan@skadden.com |
| neilberger@teamtogut.com | ramona.neal@hp.com |

Email MSL List

| | |
|---|---|
| rbeacher@pryorcashman.com | ryaspan@yaspanlaw.com |
| rbernard@foley.com | sabin.willett@morganlewis.com |
| rbyman@jenner.com | sabramowitz@velaw.com |
| rdaversa@orrick.com | sabvanrooy@hotmail.com |
| relgidely@gjb-law.com | sally.henry@skadden.com |
| rfriedman@silvermanacampora.com | samuel.cavior@pillsburylaw.com |
| rgmason@wlrk.com | sandyscafaria@eaton.com |
| rgoodman@moundcotton.com | scargill@lowenstein.com |
| rgraham@whitecase.com | schager@ssnylaw.com |
| rhett.campbell@tklaw.com | schannej@pepperlaw.com |
| rhorkovich@andersonkill.com | schepis@pursuitpartners.com |
| richard.lear@hklaw.com | schnabel.eric@dorsey.com |
| richard@rwmaplc.com | schristianson@buchalter.com |
| rick.murphy@sutherland.com | scott.golden@hoganlovells.com |
| rleek@hodgsonruss.com | scottj@sullcrom.com |
| rmatzat@hahnhessen.com | scottshelley@quinnemanuel.com |
| rnetzer@willkie.com | scousins@armstrongteasdale.com |
| robert.honeywell@klgates.com | sdnyecf@dor.mo.gov |
| robert.malone@dbr.com | seba.kurian@invesco.com |
| robert.yalen@usdoj.gov | sehlers@armstrongteasdale.com |
| robin.keller@lovells.com | sfalanga@thewalshfirm.com |
| roger@rnagioff.com | sfelderstein@ffwplaw.com |
| ross.martin@ropesgray.com | sfineman@lchb.com |
| rpedone@nixonpeabody.com | sfox@mcguirewoods.com |
| rrainer@wmd-law.com | sgordon@cahill.com |
| rroupinian@outtengolden.com | sgraziano@blbglaw.com |
| rterenzi@stcwlaw.com | sgubner@ebg-law.com |
| russj4478@aol.com | sharbeck@sipc.org |

Email MSL List

| | |
|---|---|
| shari.leventhal@ny.frb.org | szuch@wiggin.com |
| shgross5@yahoo.com | tannweiler@greerherz.com |
| skatona@polsinelli.com | tbrock@ssbb.com |
| sldreyfuss@hlgslaw.com | tdewey@dpklaw.com |
| sleo@bm.net | tgoren@mofo.com |
| slerman@ebglaw.com | thenderson@americanmlg.com |
| slerner@ssd.com | thomas.califano@dlapiper.com |
| slevine@brownrudnick.com | timothy.harkness@freshfields.com |
| sloden@diamondmccarthy.com | tkiriakos@mayerbrown.com |
| smillman@stroock.com | tlauria@whitecase.com |
| smulligan@bsblawyers.com | tmacwright@whitecase.com |
| snewman@katskykorins.com | tmm@mullaw.org |
| sory@fdlaw.com | tnixon@gklaw.com |
| squsba@stblaw.com | toby.r.rosenberg@irscounsel.treas.gov |
| sree@lcbf.com | tomwelsh@orrick.com |
| sschultz@akingump.com | tsalter@blankrome.com |
| sselbst@herrick.com | tslome@msek.com |
| sshimshak@paulweiss.com | tunrad@burnslev.com |
| sskelly@teamtogut.com | uitkin@kasowitz.com |
| sstarr@starrandstarr.com | vguldi@zuckerman.com |
| stephen.cowan@dlapiper.com | villa@slollp.com |
| stephen.hessler@kirkland.com | vmilione@nixonpeabody.com |
| steve.ginther@dor.mo.gov | vrubinstein@loeb.com |
| steven.usdin@flastergreenberg.com | wanda.goodloe@cbre.com |
| streusand@slollp.com | wbenzija@halperinlaw.net |
| susheelkirpalani@quinnemanuel.com | wcurchack@loeb.com |
| swolowitz@mayerbrown.com | wfoster@milbank.com |
| szuber@csglaw.com | will.sugden@alston.com |

Email MSL List

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

yuwatoko@mofo.com