**CHIESA SHAHINIAN & GIANTOMASI PC**
One Boland Drive
West Orange, New Jersey 07052
(973) 530-2012
**Robert E. Nies, Esq.** (rnies@csglaw.com)
*Attorneys for 101 Hudson Leasing Associates*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | ) | |
| et al., | ) | Case No.: 08-13555 (JMP) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

_____

### NOTICE OF REMOVAL FROM
### ELECTRONIC NOTIFICATION SERVICE LIST


      PLEASE TAKE NOTICE that the following person should be removed from the service

list, including the court's electronic notification list, in the above-captioned case:

> Robert E. Nies, Esq.
> Chiesa Shahinian & Giantomasi PC
> One Boland Drive
> West Orange, NJ 07052
> Telephone: (973) 530-2012
> Fax: (973) 530-2212
> e-mail: Rnies@csglaw.com


**CHIESA SHAHINIAN & GIANTOMASI PC**
Attorneys for 101 Hudson Leasing Associates


By:    */s/ Robert E. Nies*
       Robert E. Nies

Dated:  August 22, 2017