B210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555 (JMP)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| **CVI CVF III Lux Master S.a.r.l.**<br>Name of Transferee | **Deutsche Bank AG, London Branch**<br>Name of Transferor |
|---|---|
| Name and address where transferee payments should be sent:<br><br>c/o CarVal Investors, LLC<br>9320 Excelsior Boulevard, 7th Floor<br>Hopkins, Minnesota 55343<br>Attn: Karl Kittelson<br>E-mail: Carval_Gcsadminmpls@carval.com | Court Claim #: 26250<br>Amount of Claim Transferred:<br>$4,300,000.00 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI CVF III Lux Master S.a.r.l.

By: Carval Investors, LLC
Its attorney in fact


By: /s/ *Jeremiah Gerhardson*
Transferee/Transferee's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")

Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")

CASE NAME: Lehman Brothers Holdings Inc.

CASE NO.: Case No. 08-13555 (SCC) (Jointly Administered)

Claim No.: 26250

**Deutsche Bank AG, London Branch**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CVI CVF III LUX MASTER S.A.R.L.**
c/o CarVal Investors, LLC
9320 Excelsior Boulevard, 7th Floor
Hopkins, Minnesota 55343

its successors and assigns ("Buyer"), its rights, title and interest in and to Proof of Claim Number 26250, solely to the extent of $4,300,000.00 (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated **May 10**, 2017.

| DEUTSCHE BANK AG, LONDON BRANCH | CVI CVF III LUX MASTER S.A.R.L. |
|---|---|
| | By: CarVal Investors, LLC |
| | Its Attorney-in-Fact |
| By: _____ | By: _____ |
| Name: | Name: ___ian Gerhardson |
| Title: | Title: Authorized Signer |
| By: _____ | |
| Name: | |
| Title: | |

14