B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re **Lehman Brothers Holdings Inc.** | Case No. 08-13555 |
| **Lehman Brothers Special Financing, Inc.** | (jointly administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Banc of America Credit Products, Inc** | **SPCP Group, LLC** |
|---|---|
| Name of Transferee | Transferor |

Name and Address where notices to transferee should be sent:

Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036
Attn: Ryan Weddle / Ante Jakic
Telephone: (646) 855-7450
Fax: (646) 834-9780 / (804) 264-1108
E-mail: ryan.weddle@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com

Court Claim # (if known):  26524
Total Amount of Claim Transferred:
USD $ 1,000,000.00
Date Claim Filed:  9/22/2009

Name and Address where transferee payments should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/Seth Denson_____          Date: _____8/22/2017_____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO:  Lehman Brothers Special Financing, Inc. (the "Debtor")
Case No. 08-13888 (SCC) (the "Case")

Proof of Claim Number **26524**

**SPCP GROUP, LLC** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**BANC OF AMERICA CREDIT PRODUCTS, INC.**
One Bryant Park, 3rd Floor
Mailcode: NY1-100-03-01
New York, NY 10036
Phone: 646-855-7450
Fax & eFax: 646-403-3407
ryan.weddle@baml.com
ante.jakic@baml.com

and its successors and assigns ("Buyer"), Seller's right, title and interest in and to Proof of Claim Number **26524** solely to the extent of **$1,000,000.00** (the "Transferred Claim") against the Debtor in the Case.

Seller hereby waives any objection to the transfer of the Transferred Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Buyer.

**SPCP GROUP, LLC**

By: _____
Name:
Title:   **Jennifer Poccia**
         **Authorized Signatory**

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: _____
Name:
Title:

2368837 v5

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing, Inc. (the "Debtor")
Case No. 08-13888 (SCC) (the "Case")

Proof of Claim Number **26524**

**SPCP GROUP, LLC** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**BANC OF AMERICA CREDIT PRODUCTS, INC.**
One Bryant Park, 3rd Floor
Mailcode: NY1-100-03-01
New York, NY 10036
Phone: 646-855-7450
Fax & eFax: 646-403-3407
ryan.weddle@baml.com
ante.jakic@baml.com

and its successors and assigns ("Buyer"), Seller's right, title and interest in and to Proof of Claim Number **26524** solely to the extent of **$1,000,000.00** (the " Transferred Claim") against the Debtor in the Case.

Seller hereby waives any objection to the transfer of the Transferred Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Buyer.

**SPCP GROUP, LLC**

By: _____
   Name:
   Title:

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: _____
   Name:  SETH DENSON
   Title:  DIRECTOR

2368837 v5