WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                       :       **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                :       **08-13555 (SCC)**
                                                            :
                           Debtors.                         :       **(Jointly Administered)**
                                                            :
------------------------------------------------------------------x

**NOTICE OF CHANGE OF**
**ADDRESS OF LEHMAN BROTHERS**
**HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE** that the corporate headquarters of the Debtors in the above-referenced chapter 11 cases has changed effective as of August 21, 2017. Any notices to the Debtors shall be served upon the following address:

> c/o Lehman Brothers Holdings Inc.
> 277 Park Avenue, 46th floor
> New York, New York 10172
> Attention: Kristine Dickson and Matthew Cantor

Dated:   August 22, 2017
         New York, New York

                                        /s/ Garrett A. Fail
                                        Garrett A. Fail
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates