B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.,</u> Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Fifth Street Station LLC</u>                              <u>Banc of America Credit Products, Inc</u>
       Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known):  <u>20121</u>
should be sent:                                  Amount of Claim Transferred:  <u>$9,924,383.04</u>
                                                 Date Claim Filed:  <u>September 21, 2009</u>
FIFTH STREET STATION LLC                         Debtor:  <u>Lehman Brothers Holding Inc.</u>
505 Fifth Ave S. Suite 900
Seattle, WA 98104
Attn: Sean Meeker
Phone: 206-342-2434
Fax: 206-342-3177
E-mail: SeanM@vulcan.com

Name and Address where transferee payments
should be sent (if different from above): N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: __August 22, 2017__
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Ben Kolpa**
**Managing Director**

AUG 22 2017

EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
        Case No. 08-13555 (SCC) (Jointly Administered) (the "Case")

Proof of Claim Number 20121
Docket reference (from Seller's predecessor purchase): 53218

BANC OF AMERICA CREDIT PRODUCTS, INC., and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**FIFTH STREET STATION LLC**
505 Fifth Ave S. Suite 900
Seattle, WA 98104
Attn: Sean Meeker
Phone:    206-342-2434
Fax:      206-342-3177
E-mail:   SeanM@vulcan.com

and its successors and assigns ("Buyer"), Seller's right, title and interest in and to Proof of Claim Number 20121 solely to the extent of $9,924,382.04 (the "Transferred Claim") against the Debtor in the Case.

Seller hereby waives any objection to the transfer of the Transferred Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Buyer.

FIFTH STREET STATION LLC

By: _____
Name:   Ben Kolpa
Title:  Managing Director

AUG 10 2017

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title:  SETH DENSON
        DIRECTOR