B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>Lehman Brothers Special Financing Inc., et al., Debtors</u>.   Case No. <u>08-13888 (JMP)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Fifth Street Station LLC</u> | <u>Banc of America Credit Products, Inc</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

FIFTH STREET STATION LLC
505 Fifth Ave S. Suite 900
Seattle, WA 98104
Attn: Sean Meeker
Phone: 206-342-2434
Fax: 206-342-3177
E-mail: SeanM@vulcan.com

Court Claim # (if known): <u>20149</u>
Amount of Claim Transferred: <u>$9,924,122.80</u>
Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Name and Address where transferee payments should be sent (if different from above): N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: __August 22, 2017__
       Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Ben Kolpa
Managing Director

AUG 22 2017

**EXHIBIT B**

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing, Inc. (the "Debtor")
Case No. 08-13888 (SCC) (the "Case")

Proof of Claim Number 20149
Docket reference (from Seller's predecessor purchase): 53217

BANC OF AMERICA CREDIT PRODUCTS, INC., and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**FIFTH STREET STATION LLC**
505 Fifth Ave S. Suite 900
Seattle, WA 98104
Attn: Sean Meeker
Phone:   206-342-2434
Fax:     206-342-3177
E-mail:  SeanM@vulcan.com

and its successors and assigns ("Buyer"), Seller's right, title and interest in and to Proof of Claim Number 20149 solely to the extent of $9,924,122.80 (the "Transferred Claim") against the Debtor in the Case.

Seller hereby waives any objection to the transfer of the Transferred Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Buyer.

**FIFTH STREET STATION LLC**

By: _____
Name: Ben Kolpa
Title: Managing Director

AUG 18 2017

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: _____
Name:
Title: SETH DENSON
DIRECTOR