EXHIBIT B

B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
### Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors. Case No. 08-13555 (SCC)

(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Morgan Stanley Senior Funding, Inc. | Fifth Street Station LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

1585 Broadway, 2nd Floor
New York, New York 10036
Attn: John Ragusa
(212)761-2991
nydocs@morganstanley.com

With copies to:

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Attn: David J. Karp
E-mail: srzdebttradingteam@srz.com

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): See annex
Amount of Claim Transferred: $40,087,047.01
Date Claim Filed:
Debtor: Lehman Brothers Special Financing Inc.

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent
(if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____*John Ragusa*_____   Date: __8/22/17__
Transferee/Transferee's Agent
John Ragusa
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk, United States Bankruptcy Court, Southern District of New York

**FIFTH STREET STATION LLC**, and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**MORGAN STANLEY SENIOR FUNDING, INC.**
1585 Broadway, 2nd Floor
New York, New York 10036
Attn: John Ragusa
(212)761-2991
nydocs@morganstanley.com

and its successors and assigns ("Buyer"). Seller's right, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.**, having the Claim Numbers in the Transferred Claim Amounts as set forth below, in the United States Bankruptcy Court, Southern District of New York (the "Bankruptcy Court"), Case No. 08-13888 (SCC).

|   | LBSF Claim # | Transferred Claim Amount |   |
|---|---|---|---|
| 1 | 18076 | $35,000,000.00 | |
| 2 | 1300 | $300,000.00 | |
| 3 | 4407 | $998,099.00 | |
| 4 | 20318 | $1,988,948.01 | |
| 5 | 12573 | $800,000.00 | |
| 6 | 26524 | $1,000,000.00 | |
|   |   | $40,087,047.01 | Total Transferred Amount |

Seller hereby waives any objection to the transfer of the Transferred Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Buyer.

**FIFTH STREET STATION LLC**

By: _____
    Name: Ben Koipa
    Title: Managing Director

AUG 19 2017

**MORGAN STANLEY SENIOR FUNDING, INC.**

By: _____
    Name:
    Title:

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**FIFTH STREET STATION LLC**, and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**MORGAN STANLEY SENIOR FUNDING, INC.**
1585 Broadway, 2nd Floor
New York, New York 10036
Attn: John Ragusa
(212)761-2991
nydocs@morganstanley.com

and its successors and assigns ("Buyer"), Seller's right, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.**, having the Claim Numbers in the Transferred Claim Amounts as set forth below, in the United States Bankruptcy Court, Southern District of New York (the "Bankruptcy Court"), Case No. 08-13888 (SCC).

|   | LBSF Claim # | Transferred Claim Amount |   |
|---|---|---|---|
| 1 | 18076 | $35,000,000.00 |   |
| 2 | 1300 | $300,000.00 |   |
| 3 | 4407 | $998,099.00 |   |
| 4 | 20318 | $1,988,948.01 |   |
| 5 | 12573 | $800,000.00 |   |
| 6 | 26524 | $1,000,000.00 |   |
|   |   | $40,087,047.01 | Total Transferred Amount |

Seller hereby waives any objection to the transfer of the Transferred Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Buyer.

**FIFTH STREET STATION LLC**

By: _____
    Name:
    Title:

**MORGAN STANLEY SENIOR FUNDING, INC.**

By: _____*John Ragusa*_____
    Name:
    Title:    John Ragusa
              Authorized Signatory