B210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555 (JMP)

NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY PURSUANT TO
BANKRUPTCY RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| CVI CVF III LUX MASTER S.A.R.L.<br>Name of Transferee | DEUTSCHE BANK AG, LONDON BRANCH<br><br>Name of Transferor |
|---|---|
| Name and address where transferee payments should be sent<br>c/o CarVal Investors, LLC<br>9320 Excelsior Boulevard, 7th Floor<br>Hopkins, Minnesota 55343<br>Attn: Karl Kittelson<br>E-mail: Carval_Gcsadminmpls@carval.com | Court Claim #: 20149<br>Amount of Claim Transferred: $16,250,000.00<br>Date Claim Filed: September 21, 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**CVI CVF III LUX MASTER S.A.R.L.**
By: Carval Investors, LLC
Its attorney in fact

By: _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")
Case No. 08-13888 (SCC) (the "Case")

Proof of Claim Number 20149

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVI CVF III LUX MASTER S.A.R.L.**
c/o CarVal Investors, LLC
9320 Excelsior Boulevard, 7th Floor
Hopkins, Minnesota 55343
Attn: Karl Kittelson
E-mail: Carval_Gcsadminmpls@carval.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 20149, solely to the extent of $16,250,000.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___July 28___, 2017.

| **DEUTSCHE BANK AG, LONDON BRANCH** | **CVI CVF III LUX MASTER S.A.R.L.** |
|---|---|
| | By: CarVal Investors, LLC |
| | Its Attorney-in-Fact |
| By:_____ | |
| Name: | By:_____ |
| Title: | Name: |
| | Title: |
| By:_____ | |
| Name: | |
| Title: | |

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")
Case No. 08-13888 (SCC) (the "Case")

Proof of Claim Number 20149

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVI CVF III LUX MASTER S.A.R.L.**
c/o CarVal Investors, LLC
9320 Excelsior Boulevard, 7th Floor
Hopkins, Minnesota 55343
Attn: Karl Kittelson
E-mail: Carval_Gcsadminmpls@carval.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 20149, solely to the extent of $16,250,000.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated __July 28__, 2017.

| DEUTSCHE BANK AG, LONDON BRANCH | CVI CVF III LUX MASTER S.A.R.L. |
|---|---|
| | By: CarVal Investors, LLC |
| | Its Attorney-in-Fact |
| By:_____ | By:_____ |
| Name: | Name: Jeremiah Gerhardson |
| Title: | Title: Authorized Signer |
| By:_____ | |
| Name: | |
| Title: | |