**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
                                                             :   Chapter 11
In re:                                                       :
                                                             :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                       :
                                                             :   (Jointly Administered)
                               Debtors.                      :
                                                             :   Ref. Docket Nos. 55037, 55094,
                                                             :   55948, 55964
------------------------------------------------------------ X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 17 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 17, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
18th day of August, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000122314729 ***    LBH TRFNTC (ADDRESS2, ADRKEYID3) 22279



BANK HAPOALIM B.M.
18851 NE 29TH AVE
MIAMI, FL 33180

BANK HAPOALIM B.M.
ATTN: DAVID HERTZ & HAROLD J. WEISSLER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

Please note that your claim # 5155854-47 in the above referenced case and in the amount of $150,000.00 allowed at $153,097.50 has been transferred (unless previously expunged by court order)

WELLS FARGO CLEARING SERVICES
TRANSFEROR: BANK HAPOALIM B.M.
FBO OSCAR AND CLAUDIO OSEROFF
MAIL CODE #0006-085
ONE NORTH JEFFERSON AVE
ST. LOUIS, MO 63103

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     55964     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/17/2017           Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 17, 2017.

# EXHIBIT B

```
BANCA CONSULIA SPA                              BANK HAPOALIM B.M.
TRANSFEROR: VENETO BANCA SPA                    ATTN: DAVID HERTZ & HAROLD J. WEISSLER,
ATTN: VENETO BANCA SPA                          1177 AVENUE OF THE AMERICAS
CORSO MONFORTE 52                               NEW YORK, NY 10019
MILANO 20122 ITALY


BANK HAPOALIM B.M.                              BANK HAPOALIM B.M.
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP,      18851 NE 29TH AVE
ATTN: DOUGLAS R. DAVIS                          MIAMI, FL 33180
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019


BANK HAPOALIM B.M.                              BANK JULIUS BAER & CO. LTD.
50, ROTHSCHILD BLVD                             TRANSFEROR: DEUTSCHE BANK AG, SINGAPORE
66883 TEL AVIV                                  ATTN: PATRIK ROOS
ISRAEL                                          BAHNOFSTRASSE 36
                                                ZURICH CH-8010
                                                SWITZERLAND


BANQUE CANTONALE DU VALAIS                      DEUTSCHE BANK AG, SINGAPORE
C/O BAKER & MCKENZIE LLP                        ONE RAFFLES QUAY #20-00
ATTN: IRA A. REID                               SOUTH TOWER
452 FIFTH AVENUE                                SINGAPORE 048583
NEW YORK, NY 10018                              SINGAPORE


ING BELGIUM SA                                  VENETO BANCA SPA
TRANSFEROR: BANQUE CANTONALE DU VALAIS          (HOLDER OF THE NORES QUARTZ SERIES 2001-1 ZERO
ATTN: OLIVIER LEMAL - PRIVATE BANKING           COUPON FUND LINKED, PRINCIPAL PROTECTED) NOTES
RUE GEORGES CLEMENCEAU 13                       DUE 2009 ISSUED NY QUARTZ FINANCE LIMITED
4000 LIEGE                                      F/K/A VENETO BANCA HOLDING SCPA
BELGIUM                                         ATTN: LEONARDO NAVE
                                                PIAZZA G.B. DALL'ARMI, N.1
                                                MONTEBELLUNA (NV) 31044
                                                ITALY
```

```
WELLS FARGO CLEARING SERVICES
TRANSFEROR: BANK HAPOALIM B.M.
FBO OSCAR AND CLAUDIO OSEROFF
MAIL CODE #0006-085
ONE NORTH JEFFERSON AVE
ST. LOUIS, MO 63103
```

**TOTAL CREDITOR COUNT: 11**