**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------------ x : | Chapter 11 |
| In re: : : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. : : | (Jointly Administered) |
| Debtors. : : | Ref. Docket Nos. 55462, 55664, 55951, 55972, 55975 |
| ------------------------------------------------------------------ X | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 18 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 18, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                        */s/ Catherine Henriquez*
                                                                                       Catherine Henriquez

Sworn to before me this
21st day of August, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

ULTRA MASTER LTD.
TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP.
C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
ATTN: SOLUS COMPLIANCE OFFICER
410 PARK AVENUE, 11TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 29557-23 in the above referenced case and in the amount of $111,932,512.83 allowed at $12,707,628.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000122316762 ***     LBH TRFNTC (MERGE2, TXNUM2) 4000179395



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: ULTRA MASTER LTD.
C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER      55972      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/18/2017               Vito Genna, Clerk of Court

                               /s/ Tony Persaud
                               _____
                               EPIQ BANKRUPTCY SOLUTIONS, LLC
                               as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 18, 2017.

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ULTRA MASTER LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: DEUTSCHE BANK AG, SINGAPORE, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| DEUTSCHE BANK AG, SINGAPORE | ONE RAFFLES QUAY #20-00, SOUTH TOWER, SINGAPORE 048583 SINGAPORE |
| FALCON PRIVATE BANK LTD, AS AGENT FOR ITS CUSTOMERS | PELIKANSTRASSE 37, PO BOX 1376, ZURICH 8021 SWITZERLAND |
| FALCON PRIVATE BANK LTD, AS AGENT FOR ITS CUSTOMERS | SCHELLENBERG WITTMER, ATTENTION: PHILIPPE BORENS, ESQ., AND BENNO STRUB, ESQ., LOWENSTRASSE 19, P.O. BOX 1876, ZURICH 8021 SWITZERLAND |
| KLEHR, RUDOLF AND JOACHIM | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, SCHUBERTSTR. 3, 41539 DORMAGEN  GERMANY |
| ULTRA MASTER LTD. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| UNION BANCAIRE PRIVEE, UBP SA SINGAPORE BRANCH | TRANSFEROR: FALCON PRIVATE BANK LTD, AS AGENT FOR ITS CUSTOMERS, ATTN: UBP ASIA MIDDLE OFFICE, LEVEL 38, ONE RAFFLES QUAY, SINGAPORE 048583 SINGAPORE |
| UNIONE DI BANCHE ITALIANE S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: SILVANA PISANI, PIAZZA VITTORIO VENETO, 8, BERGAMO 24051 ITALY |

**Total Creditor Count 15**