**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | Ref. Docket Nos. 55094, 55809, |
|  | : | 55871, 55979, 55980 |

---------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                           ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 21 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 21, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/Konstantina Haidopoulos*
                                                            Konstantina Haidopoulos

Sworn to before me this
22nd day of August, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000122331506 ***         LBH TRFNTC (ADDRESS2, ADRKEYID3) 22276



BANK OF SINGAPORE LIMITED
CLIFFORD CHANCE US LLP
ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ
31 WEST 52ND STREET
NEW YORK, NY 10019

BANK OF SINGAPORE LIMITED
ATTN: DANIEL SIA KOK LEONG, HEAD OF
SECURITIES OPERATIONS
ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL
9 RAFFLES PLACE #08-01, REPUBLIC PLAZA
SINGAPORE 048619
 SINGAPORE

Please note that your claim # 41773-22 in the above referenced case and in the amount of
$250,000.00 allowed at $141,328.88 has been transferred (unless previously expunged by court order)

LGT BANK AG, HONG KONG BRANCH
TRANSFEROR: BANK OF SINGAPORE LIMITED
ATTN: OPS - LEHMAN CLAIMS FOR LGT HK
RM 4203, TWO EXCHANGE SQ, CENTRAL HK
HONG KONG
 HONG KONG

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        55809        in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/21/2017                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 21, 2017.

**EXHIBIT B**

## SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| BANCA ALBERTINI SYZ & C.S.P.A. | VIA BORGONUOVO 14, MILANO I-20121 ITALY |
| BANCA DI BOLOGNA CREDITO COOPERATIVO SOCIETA' COOPERATIVA | TRANSFEROR: BANCA FIDEURAM S.P.A., ATTN: FABIO RAIMONDI, PIAZZA GALVANI, 4, 40124 BOLOGNA   ITALY |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANCA MEDIOLANUM | TRANSFEROR: BANCA ALBERTINI SYZ & C.S.P.A., ATTN: MASSIMO DORIS, VIA FRANCESCO SFORZA, 15, BASIGLIO (MI) 20080 ITALY |
| BANK OF SINGAPORE LIMITED | ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS, ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL, 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA, SINGAPORE 048619 SINGAPORE |
| BANK OF SINGAPORE LIMITED | CLIFFORD CHANCE US LLP, ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ, 31 WEST 52ND STREET, NEW YORK, NY 10019 |
| BASELLANDSCHAFTLICHE KANTONALBANK LIESTAL | TRANSFEROR: UBS AG, ATTN: MARTIN LEHMANN, RHEINSTRASSE 7, LIESTAL CH-4410 SWITZERLAND |
| BETHKE, INGEBURG | GERBSTEDTER STR.45, HETTSLEDT 06333 GERMANY |
| KUHNEMUND, DORIS | TRANSFEROR: BETHKE, INGEBURG, HAUPTSTRASSE 25, 38704 LIEBENBURG   GERMANY |
| LGT BANK AG, HONG KONG BRANCH | TRANSFEROR: BANK OF SINGAPORE LIMITED, ATTN: OPS - LEHMAN CLAIMS FOR LGT HK, RM 4203, TWO EXCHANGE SQ, CENTRAL HK, HONG KONG   HONG KONG |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 12**