**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :    Chapter 11
In re:                                                           :
                                                                 :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                         :
                                                                 :    (Jointly Administered)
                            Debtors.                             :
                                                                 :    Ref. Docket Nos. 55991, 55994
                                                                 :
---------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 22 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 22, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/Konstantina Haidopoulos*
                                                    Konstantina Haidopoulos

Sworn to before me this
22nd day of August, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000122337530 ***         LBH TRFNTC (ADDRESS2, ADRKEYID3) 13858



BANK J. SAFRA SARASIN LTD.
CLEARLY GOTTLIEB STEEN & HAMILTON LLP
ATTN: ANDRE A. BERNSTEIN, ESQ.
12, RUE DE TILSITT
PARIS 75008
 FRANCE

BANK J. SAFRA SARASIN LTD.
BAER & KARRER LTD.,
ATTN. PETER HSU
BRANDSCHENKESTRASSE 90
ZURICH CH-8027
 SWITZERLAND

Please note that your claim # 60410-01 in the above referenced case and in the amount of $166,579.22 allowed at $166,268.50 has been transferred (unless previously expunged by court order)

UBS, ZURICH SWITZERLAND
TRANSFEROR: BANK J. SAFRA SARASIN LTD.
BAHNHOFSTR. 45
ATTN: HUGO KOLLER
ZURICH 8001
 SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    55994    in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/22/2017                        Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 22, 2017.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD.,, ATTN. PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | CLEARLY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDRE A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| EFG BANK AG, LUGANO BRANCH | TRANSFEROR: BANK JULIUS BAER & CO. LTD., ATTN: ANDREA FERRARI, CUSTODY ADMINISTRATION, VIA MAGATTI 2, 6900 LUGANO SWITZERLAND |
| UBS, ZURICH SWITZERLAND | TRANSFEROR: BANK J. SAFRA SARASIN LTD., BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |

**Total Creditor Count 5**

08-13555-mg   Doc 56143   Filed 08/23/17   Entered 08/23/17 18:35:49   Main Document
Pg 5 of 5