**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine S. McGowen, Esq.
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

ATTORNEYS FOR TRANSFEREE
ICCREA BANCA, as Agent

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR**
**SECURITY PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE by CREDITO EMILIANO SPA, as Agent ("Transferor") against Lehman Brothers Holdings Inc. (the "Debtor") in the amount of $25,885,801.92 which has been designated as claim no. 56041 (the "Claim"). ICCREA Banca, as Agent on behalf of one or more of its customers ("ICCREA" or "Transferee") hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(E)(2), of the transfer, other than for security, of a ratable portion of 38.775502% of XS0195431613 ($135,588.43 of $349,628.18), the outstanding amount of XS0195431613 held by Transferor. A copy of the evidence of transfer of claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated herein by this reference.

**Name of Assignee**: ICCREA BANCA S.p.A.

**Name and Address Where**
  Notices to Assignee Should be Sent:
  VIA LUCRAZIA ROMANA, 41/47
  ROMA, ITALY 00178
  ATTN: ANTONIO TORRE

**Name of Transferor**: CREDITO EMILIANO SPA

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(E)(2), to receive from the Clerk of the Court notice of the filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the transferred portion as an unconditional transfer; and (ii) the Assignee is the valid owner of the Transferred Portion.

Dated: New York, New York
       August 24, 2017

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ Lorraine S. McGowen
    Lorraine S. McGowen, Esq.
    51 West 52nd Street
    New York, NY 10019-6142
    Telephone: (212) 506-5000
    Facsimile: (212) 506-5151

    ATTORNEYS FOR TRANSFEREE
    ICCREA BANCA, as Agent

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Form 210A

United States Bankruptcy Court

SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS     Case No. 08-13555 (JMP)
JOINTLY ADMINISTERED

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**ICCREA Banca S.p.A**
Name of Transferee

Name and Address where notices to transferee should be sent:

Via Lucrezia Romana 41/47
00178 Roma
Italy
Attn. Legal Department
E-mail: mventre@iccrea.bcc.it

Phone: 0039 06 72075814
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #: N/A

**Credito Emiliano SPA**
Name of Transferor

Court Claim #: 56041
Amount of Claim: $ 25,885,801.92
Date Claim Filed: October 29, 2009
Partial Amount claim transferred: $ 135,588.43

Phone: 0039 0522 582464
Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,
ICCREA BANCA S.p.A.
Avv. Antonio Torre
Responsabile del Legale

By: _____     Date:
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §1152 & 3571.

Schedule 1

Transferred Claims

Purchased Claim

38,775502 % of XS0195431613 EUR = USD 135,588.43 of USD 349,628.18 (i.e. the outstanding amount of XS0195431613 as described in the Proof of Claim filed 29 October, 2009),

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREAS.BV 7%/LINKED 14.07.2004/2014 EUR | XS0195431613 | LEHMAN BROTHERS TREASURY BV | Lehman Brothers Holdings Inc. | EUR 95,000.00 (equivalent to USD 134,434.50) | 07/14/2014 | EUR 95,815.44 (equivalent to USD 135,588.43) |

CREDITO EMILIANO S.P.A.

ICCREA BANCA

Avv. ANTONIO FIORE
Responsabile del Legale