UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                   :

In re:                                   :        Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,   :        08-13555 (SCC)

            Debtors.                     :        (Jointly Administered)

                                   :        Ref. Docket Nos. 55993
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 18, 2017, I caused to be served the "Notice of Thirteenth Distribution Date and Record Date in Connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated August 18, 2017 [Docket No. 55993], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
21st day of August, 2017
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2017

# EXHIBIT A

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

Email MSL List

| | |
|---|---|
| aaaronson@dilworthlaw.com | angie.owens@skadden.com |
| aalfonso@willkie.com | anthony_boccanfuso@aporter.com |
| abeaumont@fklaw.com | aostrow@beckerglynn.com |
| abraunstein@riemerlaw.com | appleby@chapman.com |
| acaton@kramerlevin.com | aquale@sidley.com |
| adam.lanza@dlapiper.com | arainone@bracheichler.com |
| adarwin@nixonpeabody.com | arancier@offitkurman.com |
| adiamond@diamondmccarthy.com | arheaume@riemerlaw.com |
| adk@msf-law.com | arosenblatt@chadbourne.com |
| aeckstein@blankrome.com | arthur.rosenberg@hklaw.com |
| aentwistle@entwistle-law.com | arwolf@wlrk.com |
| agbanknewyork@ag.tn.gov | aschwartz@homerbonner.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashmead@sewkis.com |
| aisenberg@saul.com | asnow@ssbb.com |
| akadish@dtlawgroup.com | asomers@rctlegal.com |
| akolod@mosessinger.com | aunger@sidley.com |
| allison.holubis@wilsonelser.com | austin.bankruptcy@publicans.com |
| alum@ftportfolios.com | avenes@whitecase.com |
| amarder@msek.com | bankruptcy@goodwin.com |
| amartin@sheppardmullin.com | bankruptcy@morrisoncohen.com |
| amcmullen@boultcummings.com | bankruptcy@ntexas-attorneys.com |
| amenard@tishmanspeyer.com | bankruptcymatters@us.nomura.com |
| amh@amhandlerlaw.com | barbra.parlin@hklaw.com |
| andrew.brozman@cliffordchance.com | bbisignani@postschell.com |
| andrew.lourie@kobrekim.com | bcarlson@co.sanmateo.ca.us |
| andrewtenzer@paulhastings.com | bdemay@hsgllp.com |
| angelich.george@arentfox.com | bdk@schlamstone.com |

Email MSL List

ben.lewis@hoganlovells.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com

chipford@parkerpoe.com
chris.donoho@hoganlovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cmestres@aclawllp.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com

Email MSL List

| | |
|---|---|
| david.tillem@wilsonelser.com | djcarragher@daypitney.com |
| davids@blbglaw.com | djoseph@stradley.com |
| davidwheeler@mvalaw.com | dkessler@ktmc.com |
| dbarber@bsblawyers.com | dkozusko@willkie.com |
| dbaumstein@whitecase.com | dlemay@chadbourne.com |
| dbesikof@loeb.com | dlipke@vedderprice.com |
| dblack@hsgllp.com | dmark@kasowitz.com |
| dcimo@gjb-law.com | dmcguire@winston.com |
| dcoffino@cov.com | dmiller@steinlubin.com |
| dcrapo@gibbonslaw.com | dmurray@jenner.com |
| ddavis@paulweiss.com | dneier@winston.com |
| ddrebsky@nixonpeabody.com | dodonnell@milbank.com |
| ddunne@milbank.com | dpegno@dpklaw.com |
| deggermann@kramerlevin.com | draelson@fisherbrothers.com |
| deggert@freebornpeters.com | drosenzweig@fulbright.com |
| demetra.liggins@tklaw.com | drosner@goulstonstorrs.com |
| dennis.tracey@hoganlovells.com | drosner@kasowitz.com |
| dfelder@orrick.com | dshaffer@wtplaw.com |
| dflanigan@polsinelli.com | dspelfogel@foley.com |
| dfliman@kasowitz.com | dtatge@ebglaw.com |
| dgoldberg@hsgllp.com | dtheising@harrisonmoberly.com |
| dgrimes@reedsmith.com | dwdykhouse@pbwt.com |
| dhayes@mcguirewoods.com | dworkman@bakerlaw.com |
| dhealy@hsgllp.com | easmith@venable.com |
| dheffer@foley.com | ebcalvo@pbfcm.com |
| dhurst@coleschotz.com | ecohen@russellinvestments.com |
| dhw@dhclegal.com | edelucia@hsgllp.com |
| diconzam@gtlaw.com | edward.flanders@pillsburylaw.com |

Email MSL List

| | |
|---|---|
| efleck@milbank.com | glenn.siegel@morganlewis.com |
| efriedman@fklaw.com | gmoss@riemerlaw.com |
| efriedman@friedmanspring.com | goldenberg@ssnylaw.com |
| ekbergc@lanepowell.com | gspilsbury@jsslaw.com |
| eleicht@whitecase.com | guzman@sewkis.com |
| ellen.halstead@cwt.com | harrisjm@michigan.gov |
| emagnelli@bracheichler.com | harveystrickon@paulhastings.com |
| emerberg@mayerbrown.com | hbeltzer@chadbourne.com |
| enkaplan@kaplanlandau.com | heiser@chapman.com |
| eobrien@sbchlaw.com | hmagaliff@r3mlaw.com |
| etillinghast@sheppardmullin.com | holsen@stroock.com |
| eweinick@otterbourg.com | hooper@sewkis.com |
| ezujkowski@emmetmarvin.com | howard.hawkins@cwt.com |
| farrington.yates@kobrekim.com | hseife@chadbourne.com |
| fcarruzzo@kramerlevin.com | hsnovikoff@wlrk.com |
| ffm@bostonbusinesslaw.com | hsteel@brownrudnick.com |
| fhenn@law.nyc.gov | irethy@stblaw.com |
| fhyman@mayerbrown.com | israel.dahan@cwt.com |
| foont@foontlaw.com | izaur@cgr-law.com |
| fsosnick@shearman.com | j.zelloe@stahlzelloe.com |
| gabriel.delvirginia@verizon.net | jacobsonn@sec.gov |
| gary.ravertpllc@gmail.com | jalward@blankrome.com |
| gavin.alexander@ropesgray.com | james.berg@piblaw.com |
| gbray@milbank.com | james.mcclammy@dpw.com |
| ggitomer@mkbattorneys.com | james.moore@morganlewis.com |
| ggoodman@foley.com | james.sprayregen@kirkland.com |
| giddens@hugheshubbard.com | jamesboyajian@gmail.com |
| gkaden@goulstonstorrs.com | jamestecce@quinnemanuel.com |

Email MSL List

| | |
|---|---|
| jar@outtengolden.com | jim@atkinslawfirm.com |
| jay.hurst@oag.state.tx.us | jjureller@klestadt.com |
| jay@kleinsolomon.com | jlamar@maynardcooper.com |
| jbeemer@entwistle-law.com | jlawlor@wmd-law.com |
| jbeiers@co.sanmateo.ca.us | jlee@foley.com |
| jbird@polsinelli.com | jlevitin@cahill.com |
| jbrody@americanmlg.com | jlscott@reedsmith.com |
| jbromley@cgsh.com | jmaddock@mcguirewoods.com |
| jcarberry@cl-law.com | jmazermarino@msek.com |
| jchristian@tobinlaw.com | jmelko@gardere.com |
| jdoran@haslaw.com | jmerva@fult.com |
| jdwarner@warnerandscheuerman.com | jmr@msf-law.com |
| jdweck@sutherland.com | jnm@mccallaraymer.com |
| jdyas@halperinlaw.net | john.beck@hoganlovells.com |
| jean-david.barnea@usdoj.gov | john.goodchild@morganlewis.com |
| jeanites@whiteandwilliams.com | john.monaghan@hklaw.com |
| jeannette.boot@wilmerhale.com | john.mule@state.mn.us |
| jeff.wittig@united.com | john.rapisardi@cwt.com |
| jeldredge@velaw.com | jonathan.goldblatt@bnymellon.com |
| jennifer.demarco@cliffordchance.com | jonathan.henes@kirkland.com |
| jennifer.gore@shell.com | jorbach@hahnhessen.com |
| jfalgowski@reedsmith.com | joseph.cordaro@usdoj.gov |
| jg5786@att.com | joshua.dorchak@morganlewis.com |
| jgenovese@gjb-law.com | jowen769@yahoo.com |
| jguy@orrick.com | joy.mathias@dubaiic.com |
| jhiggins@fdlaw.com | jpintarelli@mofo.com |
| jhorgan@phxa.com | jporter@entwistle-law.com |
| jhuggett@margolisedelstein.com | jprol@lowenstein.com |

Email MSL List

| | |
|---|---|
| jrabinowitz@rltlawfirm.com | kit.weitnauer@alston.com |
| jrosenthal@mhlawcorp.com | kkelly@ebglaw.com |
| jrsmith@hunton.com | kkolbig@mosessinger.com |
| jschiller@bsfllp.com | klyman@irell.com |
| jschwartz@hahnhessen.com | klynch@formanlaw.com |
| jsheerin@mcguirewoods.com | kobak@hugheshubbard.com |
| jsherman@bsfllp.com | korr@orrick.com |
| jshickich@riddellwilliams.com | kovskyd@pepperlaw.com |
| jsmairo@pbnlaw.com | kressk@pepperlaw.com |
| jstoll@mayerbrown.com | kreynolds@mklawnyc.com |
| jtimko@shutts.com | krodriguez@allenmatkins.com |
| judy.morse@crowedunlevy.com | krosen@lowenstein.com |
| jvail@ssrl.com | ksebaski@hsgllp.com |
| jwcohen@daypitney.com | kurt.mayr@bgllp.com |
| jwest@velaw.com | kurt.rademacher@morganlewis.com |
| jwh@njlawfirm.com | ladler@fensterstock.com |
| jzulack@fzwz.com | landon@slollp.com |
| kanema@formanlaw.com | lapeterson@foley.com |
| karen.wagner@dpw.com | lawallf@pepperlaw.com |
| karl.geercken@alston.com | lawrence.gelber@srz.com |
| kdwbankruptcydepartment@kelleydrye.com | lberkoff@moritthock.com |
| keckhardt@hunton.com | lee.stremba@troutmansanders.com |
| keith.simon@lw.com | lee.whidden@dentons.com |
| kek@crb-law.com | lgranfield@cgsh.com |
| ken.coleman@allenovery.com | lhandelsman@stroock.com |
| kerry.moynihan@hro.com | lisa.solomon@att.net |
| kgwynne@reedsmith.com | ljkotler@duanemorris.com |
| kiplok@hugheshubbard.com | lkatz@ltblaw.com |

Email MSL List

| | |
|---|---|
| lkiss@klestadt.com | mcordone@stradley.com |
| lmarinuzzi@mofo.com | mcyganowski@oshr.com |
| lmcgowen@orrick.com | mdorval@stradley.com |
| lnashelsky@mofo.com | melorod@gtlaw.com |
| loizides@loizides.com | meltzere@pepperlaw.com |
| lperlman@hsgllp.com | metkin@lowenstein.com |
| lschweitzer@cgsh.com | mfeldman@willkie.com |
| lucdespins@paulhastings.com | mgordon@briggs.com |
| mabrams@willkie.com | mgreger@allenmatkins.com |
| maofiling@cgsh.com | mh1@mccallaraymer.com |
| marc.chait@sc.com | mhanin@kasowitz.com |
| margolin@hugheshubbard.com | mhopkins@cov.com |
| mark.bane@ropesgray.com | michael.frege@cms-hs.com |
| mark.ellenberg@cwt.com | michael.kelly@monarchlp.com |
| mark.mckane@kirkland.com | michael.krauss@faegrebd.com |
| mark.salzberg@squirepb.com | michael.kraut@morganlewis.com |
| mark.sherrill@sutherland.com | michael.mccrory@btlaw.com |
| marvin.clements@ag.tn.gov | michael.solow@apks.com |
| matt@willaw.com | millee12@nationwide.com |
| matthew.klepper@dlapiper.com | miller@taftlaw.com |
| maustin@orrick.com | mimi.m.wong@irscounsel.treas.gov |
| mbenner@tishmanspeyer.com | mitchell.ayer@tklaw.com |
| mbienenstock@proskauer.com | mitchell.berger@squirepb.com |
| mbloemsma@mhjur.com | mjedelman@vedderprice.com |
| mbossi@thompsoncoburn.com | mjr1@westchestergov.com |
| mcademartori@sheppardmullin.com | mlahaie@akingump.com |
| mcarthurk@sullcrom.com | mlandman@lcbf.com |
| mccarthyj@sullcrom.com | mlichtenstein@crowell.com |

Email MSL List

| | |
|---|---|
| mlynch2@travelers.com | ngueron@cgr-law.com |
| mmorreale@us.mufg.jp | nicholas.zalany@squirepb.com |
| mneier@ibolaw.com | nissay_10259-0154@mhmjapan.com |
| monica.lawless@brookfieldproperties.com | nlepore@schnader.com |
| mpage@kelleydrye.com | nlieberman@hsgllp.com |
| mparry@mosessinger.com | notice@bkcylaw.com |
| mpedreira@proskauer.com | nyrobankruptcy@sec.gov |
| mrosenthal@gibsondunn.com | otccorpactions@finra.org |
| mruetzel@whitecase.com | paronzon@milbank.com |
| mschimel@sju.edu | pbattista@gjb-law.com |
| msegarra@mayerbrown.com | pbosswick@ssbb.com |
| mshiner@tuckerlaw.com | pdublin@akingump.com |
| mshuster@hsgllp.com | peisenberg@lockelord.com |
| msolow@kayescholer.com | peter.gilhuly@lw.com |
| mspeiser@stroock.com | peter.macdonald@wilmerhale.com |
| mstamer@akingump.com | peter.meisels@wilsonelser.com |
| munno@sewkis.com | peter.simmons@friedfrank.com |
| mvenditto@reedsmith.com | peter@bankrupt.com |
| mwarner@coleschotz.com | pfeldman@oshr.com |
| mwarren@mtb.com | pfinkel@wilmingtontrust.com |
| nathan.spatz@pillsburylaw.com | phayden@mcguirewoods.com |
| nbinder@binderschwartz.com | pmaxcy@sonnenschein.com |
| nbojar@fklaw.com | ppascuzzi@ffwplaw.com |
| ncoco@mwe.com | ppatterson@stradley.com |
| neal.mann@oag.state.ny.us | psp@njlawfirm.com |
| ned.schodek@shearman.com | ptrostle@jenner.com |
| neil.herman@morganlewis.com | raj.madan@skadden.com |
| neilberger@teamtogut.com | ramona.neal@hp.com |

Email MSL List

| | |
|---|---|
| rbeacher@pryorcashman.com | ryaspan@yaspanlaw.com |
| rbernard@foley.com | sabin.willett@morganlewis.com |
| rbyman@jenner.com | sabramowitz@velaw.com |
| rdaversa@orrick.com | sabvanrooy@hotmail.com |
| relgidely@gjb-law.com | sally.henry@skadden.com |
| rfriedman@silvermanacampora.com | samuel.cavior@pillsburylaw.com |
| rgmason@wlrk.com | sandyscafaria@eaton.com |
| rgoodman@moundcotton.com | scargill@lowenstein.com |
| rgraham@whitecase.com | schager@ssnylaw.com |
| rhett.campbell@tklaw.com | schannej@pepperlaw.com |
| rhorkovich@andersonkill.com | schepis@pursuitpartners.com |
| richard.lear@hklaw.com | schnabel.eric@dorsey.com |
| richard@rwmaplc.com | schristianson@buchalter.com |
| rick.murphy@sutherland.com | scott.golden@hoganlovells.com |
| rleek@hodgsonruss.com | scottj@sullcrom.com |
| rmatzat@hahnhessen.com | scottshelley@quinnemanuel.com |
| rnetzer@willkie.com | scousins@armstrongteasdale.com |
| robert.honeywell@klgates.com | sdnyecf@dor.mo.gov |
| robert.malone@dbr.com | seba.kurian@invesco.com |
| robert.yalen@usdoj.gov | sehlers@armstrongteasdale.com |
| robin.keller@lovells.com | sfalanga@thewalshfirm.com |
| roger@rnagioff.com | sfelderstein@ffwplaw.com |
| ross.martin@ropesgray.com | sfineman@lchb.com |
| rpedone@nixonpeabody.com | sfox@mcguirewoods.com |
| rrainer@wmd-law.com | sgordon@cahill.com |
| rroupinian@outtengolden.com | sgraziano@blbglaw.com |
| rterenzi@stcwlaw.com | sgubner@ebg-law.com |
| russj4478@aol.com | sharbeck@sipc.org |

Email MSL List

| | |
|---|---|
| shari.leventhal@ny.frb.org | szuch@wiggin.com |
| shgross5@yahoo.com | tannweiler@greerherz.com |
| skatona@polsinelli.com | tbrock@ssbb.com |
| sldreyfuss@hlgslaw.com | tdewey@dpklaw.com |
| sleo@bm.net | tgoren@mofo.com |
| slerman@ebglaw.com | thenderson@americanmlg.com |
| slerner@ssd.com | thomas.califano@dlapiper.com |
| slevine@brownrudnick.com | timothy.harkness@freshfields.com |
| sloden@diamondmccarthy.com | tkiriakos@mayerbrown.com |
| smillman@stroock.com | tlauria@whitecase.com |
| smulligan@bsblawyers.com | tmacwright@whitecase.com |
| snewman@katskykorins.com | tmm@mullaw.org |
| sory@fdlaw.com | tnixon@gklaw.com |
| squsba@stblaw.com | toby.r.rosenberg@irscounsel.treas.gov |
| sree@lcbf.com | tomwelsh@orrick.com |
| sschultz@akingump.com | tsalter@blankrome.com |
| sselbst@herrick.com | tslome@msek.com |
| sshimshak@paulweiss.com | tunrad@burnslev.com |
| sskelly@teamtogut.com | uitkin@kasowitz.com |
| sstarr@starrandstarr.com | vguldi@zuckerman.com |
| stephen.cowan@dlapiper.com | villa@slollp.com |
| stephen.hessler@kirkland.com | vmilione@nixonpeabody.com |
| steve.ginther@dor.mo.gov | vrubinstein@loeb.com |
| steven.usdin@flastergreenberg.com | wanda.goodloe@cbre.com |
| streusand@slollp.com | wbenzija@halperinlaw.net |
| susheelkirpalani@quinnemanuel.com | wcurchack@loeb.com |
| swolowitz@mayerbrown.com | wfoster@milbank.com |
| szuber@csglaw.com | will.sugden@alston.com |

Email MSL List

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

yuwatoko@mofo.com