B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**          Case No. 08-13555
                                                **(jointly administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Banc of America Credit Products, Inc** | **Bowery Opportunity Fund, L.P.** |
|---|---|
| Name of Transferee | Transferor |

Name and Address where notices to transferee should be sent:

Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036
Attn: Ryan Weddle / Ante Jakic
Telephone: (646) 855-7450
Fax: (646) 834-9780 / (804) 264-1108
E-mail: ryan.weddle@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com

Court Claim # (if known):  10213
Total Amount of Claim Transferred:
USD $ 95,374.34
Date Claim Filed:  7/15/2010

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Seth Denson                    Date:      8/25/2017
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIMS

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

      Each of Blackwell Partners LLC – Series A, Bowery Institutional Opportunity Fund, L.P. and Bowery Opportunity Fund, L.P. (each, a "Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that each Seller has unconditionally and irrevocably sold, transferred and assigned to **Banc of America Credit Products, Inc.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claims of each Seller against **Lehman Brothers Holdings Inc.** having the Claim Numbers in in the Claim Amounts as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| LBHI Claim # | Seller | Claim Amount | Docket Reference Number |
|---|---|---|---|
| 17718 | Blackwell Partners LLC – Series A | $2,500,000.00 | 40428 |
| 26252 | Blackwell Partners LLC – Series A | $2,755,855.00 | 50050 |
| 22042 | Bowery Institutional Opportunity Fund, L.P. | $1,885,637.27 | 25150 |
| 26508 | Bowery Institutional Opportunity Fund, L.P. | $2,070,000.00 | 23784 |
| 67000 | Bowery Institutional Opportunity Fund, L.P. | $1,674,171.53 | 13398 |
| 10358 | Bowery Opportunity Fund, L.P. | $545,536.22 | 5473 |
| 15072 | Bowery Opportunity Fund, L.P. | $105,000.00 | 7887 |
| 18250 | Bowery Opportunity Fund, L.P. | $703,883.50 | 12813 |
| 19545 | Bowery Opportunity Fund, L.P. | $145,000.00 | 16528 |
| 66797 | Bowery Opportunity Fund, L.P. | $95,374.34 | 10213 |
| | **Total Claim Amount** | **$12,480,457.86** | |

      Each Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claims to Buyer.

*[signature page follows]*

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly authorized representatives as of the _25_ day of August 2017.

**Banc of America Credit Products, Inc.**

By: _____
Name:
Title:

*Meredith R Smith*
*Vice President*

**Blackwell Partners, LLC – Series A**

By: _____
Name:
Title:

**Blackwell Partners, LLC – Series A**

By: _____
Name:
Title:

**Bowery Institutional Opportunity Fund, L.P.**

By: _____
Name:
Title:

**Bowery Opportunity Fund, L.P.**

By: _____
Name:
Title:

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly authorized representatives as of the  25  day of August 2017.

**Banc of America Credit Products, Inc.**

By: _____
Name:
Title:

**Blackwell Partners LLC – Series A**

By: _*(signed)*_
Name: Eric M. Koehrsen
Title: Investment Manager
     Dumac, Inc.
     Authorized Agent

**Blackwell Partners LLC – Series A**

By: _*(signed)*_
Name: Jannine M. Lall
Title: Controller
     Dumac, Inc.
     Authorized Agent

**Bowery Institutional Opportunity Fund, L.P.**

By: _*(signed)*_
Name: Vladimir Jelisavcic
Title: Manager

**Bowery Opportunity Fund, L.P.**

By: _*(signed)*_
Name: Vladimir Jelisavcic
Title: Manager