# EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, BANK VONTOBEL AG ("Transferor") unconditionally and irrevocably transferred to Nostara Services, Inc. ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 67373**) **USD 1'000'000** in nominal value related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON (13th day of July 2017)

**Bank Vontobel AG, Zurich**

By: _____
Name:  Thomas Schwerzmann
Title:  Director

By: _____
Name:  Roger Fivat
Title:  Authorized Officer



## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount of Claim related to Security |
|---|---|---|---|---|
| XS0256233122 | 67373 | November 2, 2009 | Lehman Brothers Treasury Bv | USD 1'000'000 |

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _Lehman Brothers Holding Inc._    Case No. _08-13555 2_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Nostara Services Inc._    _Bank Vontobel AG_
Name of Transferee    Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): _67-373_
Amount of Claim: _USD 1'000'000.- (one million)_
Date Claim Filed: _November 2, 2009_

Phone: _+41 44 562 20 70_    Phone: _+41 58 283 50 56_
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____
_martin.pulver@spgswiss.com_

Name and Address where transferee payments should be sent (if different from above):

→ Nostara Services Inc.
Trust Company Complex
Ajeltake Road, Ajeltake Island
MH96960, Majuro, Marshall Islands
martin.pulver@spgswiss.com

Phone: _+41 44 226 24 68*_
Last Four Digits of Acct #: _____
* phone number of the bank

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Martin Pulver / J. Martin Pulver_    Date: _15.08.2017_
    Transferee/Transferee's Agent

_Director of Nostara Services Inc_

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


RECEIVED AUG 21 2017 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK