UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------------x
                                          :
In re:                                    :        Chapter 11
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :        Case No. 08-13555 (SCC)
                                          :
                    Reorganized Debtors.  :        (Jointly Administered)
                                          :
                                          :
------------------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

Duke Amponsah certifies, pursuant to 28 U.S.C. Section 1746, as follows:

1.    I am employed as a legal assistant with the law firm of Gibson, Dunn & Crutcher LLP, attorneys for PricewaterhouseCoopers AG, Zurich, as Bankruptcy Liquidator of Lehman Brothers Finance AG, in Liquidation, a/k/a Lehman Brothers Finance SA, in Liquidation.

2.    On August 28, 2017 I caused copies of the *Limited Objection of Lehman Brothers Finance AG to Motion of Plan Administrator Pursuant to Sections 105(a) and 1142(b) of the Bankruptcy Code to Establish Procedures for Distributions on Account of Guarantee Claims Corresponding to Certain Primary Claims Against Lehman Brothers Treasury Co. B.V.* [Docket No. 56196] to be served on the parties listed in the attached service list via the means indicated therein:

3.    I certify under penalty of perjury that the foregoing is true and correct.

_____
Duke Amponsah

Sworn to before me this
29th day of August, 2017

_____

MONICA MALDONADO
Notary Public, State of New York
No. 01MA6211620
Qualified in Queens County
Commission Expires 09/21/2017

## SERVICE LIST

**VIA OVERNIGHT MAIL**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Garrett A. Fail

United States Trustee
Southern District of New York
33 Whitehall Street
New York, New York 10004
Attn: Tracy Hope Davis, Esq.,
Susan Golden, Esq., and Andrea B. Schwartz, Esq. and William K. Harrington, Esq.

**VIA HAND DELIVERY**

Honorable Judge Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004