BUCHANAN INGERSOLL & ROONEY PC
Christopher P. Schueller (CS 9525)
1290 Avenue of the Americas, 30th floor
New York, NY  10104
(212) 440-4400
Attorneys for Greenbrier Minerals, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | : |
| | : **Chapter 11** |
| | : |
| **Lehman Brothers Holdings, Inc., et al.,** | : Case No. 08-13555-scc |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |

**BUCHANAN INGERSOLL & ROONEY PC'S MOTION TO**
**WITHDRAW AS COUNSEL FOR CREDITOR GREENBRIER MINERALS, LLC**

The law firm of Buchanan Ingersoll & Rooney Professional Corporation ("BIR"), pursuant the Local Rules for the Bankruptcy Court of the Southern District of New York ("Local Rules"), Rule 2090-1(e), respectfully requests the entry of an order permitting BIR to withdraw as counsel of record for Creditor Greenbrier Minerals, LLC, and in support thereof, states as follows:

1.  BIR is requesting leave to withdraw as counsel to Creditor because our work on the matter is concluded.

WHEREFORE, BIR respectfully requests that the Court grant BIR leave to withdraw its appearance on behalf of Greenbrier Minerals, LLC.

Respectfully submitted,

Dated: August 30, 2017                              **BUCHANAN INGERSOLL & ROONEY PC**

/s Christopher P. Schueller
Christopher P. Schueller, Esq. (CS 9525)
1290 Avenue of the Americas, 30th floor
New York, NY 10104
(212) 440-4400
*Attorneys for Greenbrier Minerals, LLC*