**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| | : |
| **Lehman Brothers Holdings, Inc., et al.,** | : Case No. 08-13555-scc |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon interested parties on the 30th day of August, 2017 via ECF notification.

Dated: New York, New York
       August 30, 2017

**BUCHANAN INGERSOLL & ROONEY PC**
*Attorneys for Greenbrier Minerals, LLC*

By: /s/ Christopher P Schueller
Christopher P. Schueller, Esquire
1290 Avenue of the Americas, 30th floor
New York, NY  10104
(212) 440-4400