**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Ref. Docket Nos. 56016, 56017, |
| | : | 56018, 56019, 56020, 56026, 56027, |
| | : | 56028, 56029, 56030, 56031, 56032, |
| | : | 56033, 56037, 56038, 56039, 56053, |
| | : | 56054, 56055, 56056, 56057, 56058, |
| | : | 56059, 56060, 56061, 56064, 56065, |
| | : | 56066, 56067, 56068, 56069, 56070, |
| | : | 56071, 56074, 56075, 56076, 56077, |
| | : | 56079, 56080, 56081, 56082, 56083, |
| | : | 56084, 56085, 56086, 56087, 56088, |
| | : | 56089, 56090, 56091, 56092, 56094, |
| | : | 56095, 56096, 56097, 56098, 56099 |

--------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 24, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 24, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
24th day of August, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000122341309 *** LBH TRFNTC (MERGE2, TXNUM2) 4000179503



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP
C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

Please note that your claim # 20317 in the above referenced case and in the amount of
$1,988,948.01 has been transferred (unless previously expunged by court order)

FIFTH STREET STATION LLC
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
ATTN: SEAN MEEKER
505 5TH AVENUE S., STE 900
SEATTLE, WA 98104

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 56094 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/24/2017 Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 24, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SPCP GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| CITIBANK EUROPE PLC, HUNGARIAN BRANCH OFFICE | ATTN: PETER SOMOGYI & JENO PINTER, SZABADSAG TER 7, BUDAPEST H-1051 HUNGARY |
| CITIBANK EUROPE PLC, HUNGARIAN BRANCH OFFICE | PAUL WEISS RIFKIND WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIBANK EUROPE PLC, HUNGARIAN BRANCH OFFICE, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ELANIT A. SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: MR. TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | MRS. ST. SWEENEY, C/O KWJS & S, 200 WEST 41ST STREET, 17TH FLOOR, NEW YORK, NY 10036 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: MR. TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | MRS. ST. SWEENEY, C/O KWJS & S, 200 WEST 41ST STREET, 17TH FLOOR, NEW YORK, NY 10036 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FL, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FL, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FL, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FL, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FL, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FL, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FL, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FL, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FL, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FL, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FL, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FL, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FL, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: |

| Claim Name | Address Information |
|---|---|
| CVI CVF III LUX MASTER S.A.R.L. | KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FL, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FL, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FL, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FL, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC; ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC; ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC; ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC; ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC; ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC; ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC; ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC; ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC; ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC; ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC; ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC; ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC; ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MZ57, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MZ57, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: NORTHUMBRIAN MANAGEMENT, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: NORTHUMBRIAN MANAGEMENT, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MZ57, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MZ57, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BEINT, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BEINT, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CALADIUM PARTNERS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CALADIUM PARTNERS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: UAKARI INVESTMENTS, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JADE TREE I, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: UAKARI INVESTMENTS, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: UAKARI INVESTMENTS, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CALANTHE CAPITAL, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C., C/O DEUTSCHE BANK SECURITIES |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CALADIUM PARTNERS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RUST BELT HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: UAKARI INVESTMENTS, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: UAKARI INVESTMENTS, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: SEAN MEEKER, 505 5TH AVENUE S., STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: SEAN MEEKER, 505 5TH AVENUE S., STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: SEAN MEEKER, 505 5TH AVENUE S., STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: SEAN MEEKER, 505 5TH AVENUE S., STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: SEAN MEEKER, 505 5TH AVENUE S., STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: SEAN MEEKER, 505 5TH AVENUE S., STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: SEAN MEEKER, 505 5TH AVENUE S., STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: SEAN MEEKER, 505 5TH AVENUE S., STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: SEAN MEEKER, 505 5TH AVENUE S., STE 900, SEATTLE, WA 98104 |

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: SEAN MEEKER, 505 5TH AVENUE S., STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: SEAN MEEKER, 505 5TH AVENUE S., STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: SEAN MEEKER, 505 5TH AVENUE S., STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: SEAN MEEKER, 505 5TH AVENUE S., STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: SEAN MEEKER, 505 5TH AVENUE S., STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: SEAN MEEKER, 505 5TH AVENUE S., STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: SEAN MEEKER, 505 5TH AVENUE S., STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: SEAN MEEKER, 505 5TH AVENUE S., STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: SEAN MEEKER, 505 5TH AVENUE S., STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: SEAN MEEKER, 505 5TH AVENUE S., STE 900, SEATTLE, WA 98104 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: FIFTH STREET STATION LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | SCHULTE ROTH & ZABEL LLP, ATTN: DAVID J. KARP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: FIFTH STREET STATION LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O SCHULTE ROTH & ZABEL LLP, ATTN: DAVID J. KARP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: FIFTH STREET STATION LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | SCHULTE ROTH & ZABEL LLP, ATTN: DAVID J. KARP, 919 THIRD AVENUE, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: FIFTH STREET STATION LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O SCHULTE ROTH & ZABEL LLP, ATTN: DAVID J. KARP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: FIFTH STREET STATION LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O SCHULTE ROTH & ZABEL LLP, ATTN: DAVID J. KARP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP | AS AGENT FOR SILVER POINT CAPITAL FUND, LP  AND SILVER POINT CAPITAL, OFFSHORE FUND, LTD AS SUCCESSOR TO ROUND TABLE GLOBAL, MULTI-STRATEGY MASTER FUND, LTD, ATTN: BRIAN JARMAIN, TWO GREENWICH PLAZA, 1ST FLOOR, GREENWICH, CT 06830 |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP | AS AGENT FOR SILVER POINT CPAITAL FUND, LP AND SILVER POINT CAPITAL, OFFSHORE FUND, LTD AS SUCCESSOR TO ROUND TABLE GLOBAL, MULTI-STRATEGY MASTER FUND, LTD, ATTN: BRIAN JARMAIN, TWO GREENWICH PLAZA, 1ST FLOOR, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: ALLIANCE LAUNDRY SYSTEMS LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND, SILVER POINT CAPITAL OFFSHORE FUND, LTD., C/O SILVER POINT CAPITAL, LP; ATTN: ADAM J. DEPANFILIS, 660 STEAMBOAT ROAD, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | DAY PITNEY LLP, ATTN: RONALD S. BEACHER, ESQ., 7 TIMES SQUARE, NEW YORK, NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: ALLIANCE LAUNDRY SYSTEMS LLC, ATTN: ADAM J. DEPANFILIS, SILVER POINT CAPITAL, LP, 660 STEAMBOAD ROAD, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | RONALD S. BEACHER, ESQ., DAY PITNEY LLP, 7 TIMES SQUARE, NEW YORK, NY 10036 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| SPCP GROUP, LLC | TRANSFEROR: STRUCTURED INVESTMENT HOLDINGS IV, SPC, A CAYMAN, SEGREGATED PORTFOLIO COMPANY, SOLELY ON THE BEHALF OF TREESDALE CDO, A SEGREGATED PORTFOLIO, A SEGREGATED PORTFOLIO THEREOF, ATTN: BRIAN A. JARMAIN, 2 GREENWICH PLAZA, 1ST FLOOR, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP, ATTN: RONALD S. BEACHER, ESQ., 7 TIMES SQUARE, NEW YORK, NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: STRUCTURED INVESTMENT HOLDINGS IV, SPC, A CAYMAN, SEGREGATED PORTFOLIO COMPANY, SOLELY ON THE BEHALF OF TREESDALE CDO, A SEGREGATED PORTFOLIO, A SEGREGATED PORTFOLIO THEREOF, ATTN: BRIAN A. JARMAIN, 2 GREENWICH PLAZA, 1ST FLOOR, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | RONALD S. BEACHER, ESQ., PRYOR CASHMAN LLP, 7 TIMES SQUARE, NEW YORK, NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK, AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD, ATTN: ADAM J. DEPANFILIS, 660 STEAMBOAT ROAD, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | RONALD S. BEACHER, ESQ., DAY PITNEY LLP, 7 TIMES SQUARE, NEW YORK, NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK, AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD, ATTN: ADAM J. DEPANFILIS, SILVER POINT CAPITAL LP, 660 STEAMBOAT ROAD, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | RONALD S. BEACHER, ESQ., DAY PITNEY LLP, 7 TIMES SQUARE, NEW YORK, NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: BARCLAYS BANK PLC, ATTN: BRIAN JARMAIN, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC, ATTN: BRIAN A. JARMAIN, 2 GREENWICH PLAZA, 1ST FLOOR, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE - 15TH FLOOR, NEW YORK, NY 10017 |
| SPCP GROUP, LLC | TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC, ATTN: BRIAN A. JARMAIN, 2 GREENWICH PLAZA, 1ST FLOOR, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | ANDREWS KURTH LLP, ATTN:DAVID HOYT, 450 LEXINGTON AVENUE, 15TH FLOOR, NEW YORK, NY 10017 |
| SPCP GROUP, LLC | TRANSFEROR: BARCLAYS BANK PLC, ATTN: BRIAN JARMAIN, 2 GREENWICH PLAZA, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | ROPES & GRAY LLP, ATTN: MARC HIRSCHFIELD, ESQ., 1211 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-8704 |
| SPCP GROUP, LLC | INTER-AMERICAN DEVELOPMENT BANK, ATTN: SOREN ELBECH, 1300 NEW YORK AVENUE, WASHINGTON, DC 20577 |
| SPCP GROUP, LLC | ALLEN AND OVERY, ATTN: VICTOR WAINGORT, 1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| SPCP GROUP, LLC | INTER-AMERICAN DEVELOPMENT BANK, ATTN: SOREN ELBECH, 1300 NEW YORK AVENUE, WASHINGTON, DC 20577 |
| SPCP GROUP, LLC | ALLEN AND OVERY, ATTN: VICTOR WAINGORT, 1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 180**