**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 55894
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 6, 2017, I caused to be served the "Notice of Defective Transfer," dated September 6, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
7th day of September, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

08-13555-mg    Doc 56237    Filed 09/07/17    Entered 09/07/17 15:48:14    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  
LEHMAN BROTHERS HOLDINGS, INC., et al.

Debtors.

Chapter 11

Case No. 08-13555 (SCC)

(Jointly Administered)

# NOTICE OF DEFECTIVE TRANSFER

Transferor:   WILMINGTON TRUST, NATIONAL ASSOCIATION
              ATTN: ADAM SCOZZAFAVA
              1100 N MARKET STREET
              WILMINGTON, DE 19890

Transferee:   NATIONSTAR MORTGAGE LLC
              ATTN: MICHELE OLDS
              8740 LUCENT BOULEVARD, SUITE 600
              HIGHLANDS RANCH, CO 80129

**Your transfer as presented is defective for the reason(s) checked below:**

( ) case closed on:
( ) address missing: (transferor) (transferee)
( ) signature of transferor missing
( ) claim number in error
( ) claim number not stated
( ) amount of transfer missing in Transfer Agreement
( ) not FRBP 3001(e)(2) OR (4); claim NOT on file
( ) not FRBP 3001(e)(1) OR (3); claim ON file
( ) notice amount does not match transfer agreement
**(X) cannot docket transfer-claim # 22766**
  **[X] expunged by court order**
  [ ] previously transferred
        By document #
**(X) other**
  **(specify):** Our records indicate the claim holder to be Wilmington Trust Company, As Trustee for claim 22773. Docket text lists the transferor to be Wilmington Trust, National Association. Claim 22766 was expunged and cannot be transferred

NOTE:
**Docket Number: 55894**

/s/ Lauren Rodriguez
Epiq Bankruptcy Solutions LLC
as Claims Agent for the Debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 6, 2017

**EXHIBIT B**

**LBH_DEFTRANSNTC_9-6-17**

WILMINGTON TRUST, NATIONAL ASSOCIATION  
ATTN: ADAM SCOZZAFAVA  
1100 N MARKET STREET  
WILMINGTON, DE 19890

**LBH_DEFTRANSNTC_9-6-17**

NATIONSTAR MORTGAGE LLC  
ATTN: MICHELE OLDS  
8740 LUCENT BOULEVARD, SUITE 600  
HIGHLANDS RANCH, CO 80129