CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
Franklin H. Top, III (admitted *pro hac vice*)

Attorneys for U.S. Bank National
Association, as Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.,*<br><br>Debtors. | Case No. 08-13555 (SCC) |

**CERTIFICATE OF SERVICE**

I, Franklin H. Top III, an attorney, hereby certify that on or prior to 4:00 p.m. (Prevailing Eastern Time) on the 8th day of September 2017, I caused a true and correct copy of the **Response to the Plan Administrator's Objection to Certain Claims Filed by U.S. Bank N.A.**, to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

        The Chambers of the Honorable Shelley C. Chapman
        Courtroom 623
        One Bowling Green
        New York, New York 10004

        The Office of the United States Trustee for Region 2
        U.S. Federal Office Building
        201 Varick Street, Suite 1006
        New York, New York 10014
        Attn:  William K. Harrington, Esq., Susan D. Golden, Esq.
        and Andrea B. Schwartz, Esq.

Rollin Braswell Fisher LLC
8350 East Crescent Parkway
Suite 100
Greenwood Village, Colorado 80111
Attn: Michael A. Rollin, Esq. and
Maritza Dominguez Braswell, Esq.

DATED:   Chicago, Illinois
         September 8, 2017

/s/ Franklin H. Top III

Franklin H. Top III
**CHAPMAN AND CUTLER LLP**
111 West Monroe Street
Chicago, IL 60603
Telephone: (312) 845-3000
Fax: (312) 516-1824
Email: top@chapman.com

Attorneys for U.S. Bank National Association, as Trustee

2