CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
Franklin H. Top, III (admitted *pro hac vice*)

Attorneys for U.S. Bank National
Association, as Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.,*<br><br>Debtors. | Case No. 08-13555 (SCC) |

**CERTIFICATE OF SERVICE**

I, Franklin H. Top III, an attorney, hereby certify that on or prior to 4:00 p.m. (Prevailing Eastern Time) on the 8th day of September 2017, I caused a true and correct copy of the **Response to the Plan Administrator's Objection to Certain Claims Filed by U.S. Bank N.A.**, to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

    The Chambers of the Honorable Shelley C. Chapman
    Courtroom 623
    One Bowling Green
    New York, New York 10004

    The Office of the United States Trustee for Region 2
    U.S. Federal Office Building
    201 Varick Street, Suite 1006
    New York, New York 10014
    Attn:  William K. Harrington, Esq., Susan D. Golden, Esq.
    and Andrea B. Schwartz, Esq.

4284933.01.02.B.doc

        Rollin Braswell Fisher LLC
        8350 East Crescent Parkway
        Suite 100
        Greenwood Village, Colorado 80111
        Attn:  Michael A. Rollin, Esq. and
        Maritza Dominguez Braswell, Esq.

DATED:  Chicago, Illinois
            September 8, 2017

        /s/ Franklin H. Top III

        Franklin H. Top III
        **CHAPMAN AND CUTLER LLP**
        111 West Monroe Street
        Chicago, IL 60603
        Telephone: (312) 845-3000
        Fax: (312) 516-1824
        Email: top@chapman.com

        Attorneys for U.S. Bank National Association,
        as Trustee