B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHERS HOLDING INC  ,                    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| VENETO BANCA SPA | CREDIT SUISSE ZURICH (CH) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
VENETO BANCA SPA VIA FELTRINA SUD 250 MONTEBELLUNA TV ITALY

Court Claim # (if known): 55829
Amount of Claim: _____
Date Claim Filed: 10/29/2009

Phone: 00390423283228
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

RECEIVED SEP - 5 2017 U.S. BANKRUPTCY COURT SO DIST OF N.Y.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: STEFANO POSSAMAI                                          Date: 07/17/2017
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Veneto Banca S.p.A.** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **January 30, 2017.**

**Credit Suisse AG**

By: _____
Name: Rita von Wyl
Title:  AVP

By: _____
Name: Sandro Hunziker
Title:  AVP

VENETO BANCA SPA

By _____
Name: Stefano Possamai

## SCHEDULE I

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0187966949 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | USD 27'000 |

UNITED STATE BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

ONE BOWLING GREEN

NEW YORK, NY 10004 – 1408

U.S.A.



RECEIVED SEP - 5 2017 U.S. BANKRUPTCY COURT SD DIST OF NEW YORK



# VENETO BANCA

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004 -1408
U.S.A.

OBJECT: TRANSFER CLAIM LEHMAN BROTHERS HOLDINGS INC. et. al Debtors CASE 08-13555(JPM) – FROM CLAIM 55829 TO CLAIM 54848

Dear all,
Please would you find attached the forms concerning a partial transfer of claim from Credit Suisse to Veneto Banca SpA, relating € 15,000.00 p.a. of issue Lehman Brothers Treasury 2004 Complex Coupon 03/10  isin XS0187966949.

Best regards

Turin, 08/22/2017

RECEIVED
SEP - 5 2017
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

VENETO BANCA SPA
BACK OFFICE TITOLI

Veneto Banca S.p.A.
Piazza G. B. Dall'Armi, 1
31044 Montebelluna (TV)
Tel. 0423.2831 - Fax 0423.283700
www.venetobanca.it

Cod. ABI 5035.1 - C.C.I.A.A. TV n. 88163 - C.F./P.IVA/ Registro Imprese Treviso n. 00208740266,
Capitale Sociale  € 373.460.103,00 i.v. - Aderente al Fondo Interbancario di tutela dei depositi e al
Fondo Nazionale di Garanzia. Capogruppo del Gruppo Bancario Veneto Banca, iscritto all'Albo dei
Gruppi Bancari in data 08/06/1992 cod. n. 5035.1