WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (SCC)
                                                   :
                         Debtors.                  :    (Jointly Administered)
------------------------------------------------------------------ x

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746
REGARDING MOTIONS SCHEDULED FOR HEARING ON SEPTEMBER 14, 2017**

TO THE HONORABLE SHELLEY C. CHAPMAN,
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures [ECF No. 9635] (the "Case Management Order"), the undersigned hereby certifies as follows:

1.   Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan Administrator"), filed the following omnibus claims objection and motion (each, a "Pleading") with the Court for hearing on September 14, 2017:

   a.   Debtors' Five Hundred Twenty-First Omnibus Objection to Claims (Satisfied Guarantee Claims) **[ECF No. 55962]** (the "Claims Objection")

   b.   Motion of Plan Administrator Pursuant to Sections 105(a) and 1142(b) of the Bankruptcy Code to Establish Procedures for Distributions on Account of

Guarantee Claims Corresponding to Certain Primary Claims Against Lehman Brothers Treasury Co. B.V. **[ECF No. 55963]** (the "Procedures Motion")

2. In accordance with the Case Management Order, the Plan Administrator established a deadline for parties to object or file responses to each Pleading (each as applicable, a "Response Deadline").

3. Pursuant to paragraph 37 of the Case Management Order, pleadings may be granted without a hearing if, among other things, no objections or other responsive documents have been filed on or prior to the applicable Response Deadline.

4. The Response Deadlines have passed.

5. With respect to the Claims Objection, to the best of my knowledge, no objections have been filed with the Court on the docket of these cases in accordance with the Case Management Order or served on counsel to the Plan Administrator.

6. With respect to the Procedures Motion, the *Limited Objection of Lehman Brothers Finance AG to Motion of Plan Administrator Pursuant to Sections 105(a) and 1142(b) of the Bankruptcy Code to Establish Procedures for Distributions on Account of Guarantee Claims Corresponding to Certain Primary Claims Against Lehman Brothers Treasury Co. B.V.* **[ECF No. 56196]** (the "Limited Objection") was filed. The Plan Administrator and the objecting party consensually resolved the Limited Objection, and the objecting party has consented to the Plan Administrator's filing of this certificate. To the best of my knowledge, no other objections have been filed with the Court on the docket of these cases in accordance with the Case Management Order or served on counsel to the Plan Administrator.

7. Accordingly, the Debtors and the Plan Administrator respectfully request that the proposed orders granting the Pleadings annexed hereto as Exhibit A and Exhibit B,

which are unmodified since the filing of the Pleadings, be entered in accordance with the procedures described in the Case Management Order.

Dated: September 12, 2017
New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**EXHIBIT A**
**(Proposed Order – ECF No. 55962)**

WEIL:\96273020\4\58399.0011

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                           :     Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :     08-13555 (SCC)
                                                                :
                    Debtors.                               :     (Jointly Administered)
------------------------------------------------------------------x

## ORDER GRANTING THE PLAN ADMINISTRATOR'S FIVE-HUNDRED TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (STRUCTURED SECURITIES GUARANTEE CLAIMS)

Upon the five-hundred twenty-first omnibus objection to claims, dated August 11, 2017 (the "Five-Hundred Twenty-First Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, pursuant to sections 105(a) and 1142of title 11 of the Bankruptcy Code, Rule 3007(d) of the Bankruptcy Rules, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim (ECF No. 6664), seeking to deem satisfied in full in accordance with the Plan Satisfied ISIN Claims, all as more fully described in the Five-Hundred Twenty-First Omnibus Objection to Claims; and due and proper notice of the Five-Hundred Twenty-First Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Five-Hundred Twenty-First Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Five-Hundred Twenty-First Omnibus Objection to Claims establish

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Five-Hundred Twenty-First Omnibus Objection to Claims.

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Five-Hundred Twenty-First Omnibus Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Satisfied ISIN Claims listed on <u>Exhibit 1</u> annexed hereto are deemed satisfied in full in accordance with the Plan; and it is further

ORDERED that neither the Plan Administrator nor LBHI shall make any further Distributions on account of the Satisfied ISIN Claims listed on <u>Exhibit 1</u> annexed hereto; and

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2017
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

## **Exhibit 1 to Proposed Order**

Satisfied ISIN Claims

WEIL:\96222957\3\58399.0011

**Exhibit 1**
*Satisfied ISIN Claims*
$ in Actual

| ISIN | Blocking Number | Claim Number |
|---|---|---|
| XS0338656787 | 6045704 | 62783 |
| XS0338656860 | 6045707 | 62783 |
| XS0338657082 | 6045705 | 62783 |
| XS0338657165 | 6045706 | 62783 |
| XS0349756980 | CA14604 | 39562 |
| XS0384259866 | CA14386 | 39561 |
| XS0338518128 | Waived | 10612 |
| XS0369673073 | 9554737 | 47390 |
| XS0331505478 | 6036760 | 47263 |
| XS0331505478 | CA47230 | 41773 |
| XS0301569603 | 6058081 | 60865 |
| XS0301569603 | 6058081 | 60865 |
| XS0301569603 | 6058081 | 60865 |
| XS0301569603 | 6058081 | 60865 |
| XS0301569603 | 6058081 | 60865 |
| XS0301569603 | 6058081 | 60865 |
| XS0301569603 | 6058081 | 60865 |
| XS0260996334 | CA30597 | 44616 |
| XS0261618606 | CA30437 | 44616 |
| XS0251363064 | 6059440 | 59686 |
| XS0297459868 | 6045532 | 62783 |
| XS0297459868 | 6045532 | 62783 |
| XS0301335286 | 6058080 | 60865 |
| XS0301335286 | 6058080 | 60865 |
| XS0301569603 | 6058081 | 60865 |
| XS0301569603 | 6058081 | 60865 |
| XS0301569603 | 6058081 | 60865 |
| XS0301569603 | 6058081 | 60865 |
| XS0302480230 | 6045541 | 62783 |
| XS0302480230 | 6045541 | 62783 |
| XS0305127150 | 6045559 | 62783 |
| XS0305127150 | 6045559 | 62783 |
| XS0305127150 | 6045559 | 62783 |
| XS0306927723 | 6059430 | 59742 |
| XS0321396987 | 6045614 | 62783 |
| XS0321396987 | 6045614 | 62783 |
| XS0327082854 | 6045636 | 62783 |
| XS0327082854 | 6045636 | 62783 |
| XS0329067531 | 6045644 | 62783 |

**Exhibit 1**
*Satisfied ISIN Claims*
$ in Actual

| ISIN | Blocking Number | Claim Number |
|---|---|---|
| XS0329067531 | 6045644 | 62783 |
| XS0329878267 | 6045650 | 62783 |
| XS0329878267 | 6045650 | 62783 |
| XS0338675571 | 6045710 | 62783 |
| XS0338675571 | 6045710 | 62783 |
| XS0340462042 | 6045721 | 62783 |
| XS0340462042 | 6045721 | 62783 |
| XS0341031192 | CA14623 | 39545 |
| XS0341031192 | CA14623 | 39546 |
| XS0341731338 | CA63295 | 40233 |
| XS0346438814 | CA14611 | 39549 |
| XS0346438814 | CA14611 | 39550 |
| XS0346438814 | CA14611 | 39551 |
| XS0346508616 | 6045750 | 62783 |
| XS0346508616 | 6045750 | 62783 |
| XS0349442615 | 6045751 | 62783 |
| XS0349442615 | 6045751 | 62783 |
| XS0349757368 | 6045752 | 62783 |
| XS0349757368 | 6045752 | 62783 |
| XS0354482928 | 6045777 | 62783 |
| XS0354482928 | 6045777 | 62783 |
| XS0362376435 | 6045791 | 62783 |
| XS0362376435 | 6045791 | 62783 |
| XS0363628982 | 6059428 | 59741 |
| XS0366374634 | 6045804 | 62783 |
| XS0366374634 | 6045804 | 62783 |
| XS0384259866 | CA14386 | 39564 |
| XS0297459868 | 6045532 | 62783 |
| XS0302264535 | 6045543 | 62783 |
| XS0305127150 | 6045559 | 62783 |
| XS0307903830 | 6045567 | 62783 |
| XS0312057432 | 6045579 | 62783 |
| XS0313664459 | 6045587 | 62783 |
| XS0319683990 | 6045604 | 62783 |
| XS0327082854 | 6045636 | 62783 |
| XS0328666119 | 6045637 | 62783 |
| XS0329067531 | 6045644 | 62783 |
| XS0329878267 | 6045650 | 62783 |
| XS0333106259 | 6045667 | 62783 |

**Exhibit 1**
*Satisfied ISIN Claims*
$ in Actual

| ISIN | Blocking Number | Claim Number |
|---|---|---|
| XS0333106507 | 6045670 | 62783 |
| XS0338675571 | 6045710 | 62783 |
| XS0340462042 | 6045721 | 62783 |
| XS0346508616 | 6045750 | 62783 |
| XS0349442615 | 6045751 | 62783 |
| XS0349757368 | 6045752 | 62783 |
| XS0353875106 | 6045766 | 62783 |
| XS0354482928 | 6045777 | 62783 |
| XS0357773000 | 6045772 | 62783 |
| XS0360775141 | 6045787 | 62783 |
| XS0362376435 | 6045791 | 62783 |
| XS0362661398 | 6045793 | 62783 |
| XS0362680778 | 6045795 | 62783 |
| XS0364649250 | 6045800 | 62783 |
| XS0366374634 | 6045804 | 62783 |
| XS0368926092 | 6045817 | 62783 |
| XS0326172631 | 6053079 | 67193 |
| XS0331505478 | 6009554 | 36941 |
| XS0315805019 | CA31276 | 44616 |
| XS0327082938 | 6037463 | 46973 |
| XS0333106333 | 6042012 | 46973 |
| XS0369673073 | 9554736 | 46864 |
| XS0354496555 | CA14518 | 39573 |
| XS0331032044 | 6026671 | 41910 |
| XS0331505122 | 6045661 | 62783 |
| XS0331880566 | 6045659 | 62783 |
| XS0334224317 | 6045677 | 62783 |
| XS0335345665 | 6045685 | 62783 |
| XS0335623731 | 6045692 | 62783 |
| XS0336414866 | 6045694 | 62783 |
| XS0341223427 | 6045723 | 62783 |
| XS0225522365 | 9414864 | 67037 |
| XS0333106507 | 6045670 | 62783 |
| XS0333106507 | 6045670 | 62783 |
| XS0339559287 | CA14635 | 39544 |
| XS0342155297 | CA14628 | 39547 |
| XS0346438814 | CA14611 | 39554 |
| XS0365299204 | CA14397 | 39555 |
| XS0384259866 | CA14386 | 40919 |

**Exhibit 1**
*Satisfied ISIN Claims*
$ in Actual

| ISIN | Blocking Number | Claim Number |
|---|---|---|
| XS0374734480 | 6045828 | 62783 |
| XS0351439475 | CA14549 | 39574 |
| XS0331505478 | CA92685 | 50469 |
| XS0329428907 | 9534605 | 59848 |
| XS0331048123 | 9534529 | 59848 |
| XS0332763209 | 9534511 | 59848 |
| XS0334225710 | 9534519 | 59848 |
| XS0384259866 | CA14386 | 39566 |
| XS0354496555 | CA14518 | 39558 |
| XS0359279212 | CA14531 | 39559 |
| XS0336408462 | CA14637 | 39542 |
| XS0249942870 | 5981081 | 56861 |
| XS0342155370 | CA14615 | 39548 |
| XS0384213871 | 6010841 | 41850 |
| XS0354496555 | CA14518 | 39557 |
| XS0365299204 | CA14397 | 39556 |
| XS0340348852 | 6065518 | 50474 |
| XS0346438814 | CA14611 | 39552 |
| XS0359279212 | CA14531 | 39553 |
| XS0290976157 | 6021243 | 44912 |
| XS0290976157 | 6022491 | 44912 |
| XS0354496555 | CA14518 | 39572 |
| XS0249046284 | CA30411 | 44616 |
| XS0250331088 | CA30400 | 44616 |
| XS0250331088 | CA30402 | 44616 |
| XS0250331088 | CA30474 | 44616 |
| XS0250331088 | CA30410 | 44616 |
| XS0250331088 | CA30412 | 44616 |
| XS0250331088 | CA30416 | 44616 |
| XS0250331088 | CA30413 | 44616 |
| XS0251050364 | CA30473 | 44616 |
| XS0251050364 | CA30404 | 44616 |
| XS0251050364 | CA30403 | 44616 |
| XS0251363064 | CA30461 | 44616 |
| XS0251363064 | CA30408 | 44616 |
| XS0251363064 | CA30407 | 44616 |
| XS0251363064 | CA30401 | 44616 |
| XS0253216005 | CA38966 | 44616 |
| XS0255006446 | CA30447 | 44616 |

**Exhibit 1**
*Satisfied ISIN Claims*
$ in Actual

| ISIN | Blocking Number | Claim Number |
|---|---|---|
| XS0255006446 | CA30446 | 44616 |
| XS0255006446 | CA30445 | 44616 |
| XS0255006446 | CA30441 | 44616 |
| XS0255006446 | CA30439 | 44616 |
| XS0255006446 | CA30443 | 44616 |
| XS0287476161 | CA30714 | 44616 |
| XS0287476161 | CA30750 | 44616 |
| XS0287476161 | CA30705 | 44616 |
| XS0287476161 | CA30699 | 44616 |
| XS0287476161 | CA30693 | 44616 |
| XS0287476161 | CA30680 | 44616 |
| XS0287476161 | CA30656 | 44616 |
| XS0290106508 | CA31252 | 44616 |
| XS0290106508 | CA31239 | 44616 |
| XS0290106508 | CA31235 | 44616 |
| XS0290106508 | CA31229 | 44616 |
| XS0290106508 | CA31225 | 44616 |
| XS0290106508 | CA31215 | 44616 |
| XS0299876457 | CA30975 | 44616 |
| XS0305339417 | CA30885 | 44616 |
| XS0364650183 | CA31018 | 44616 |
| XS0364650183 | CA31015 | 44616 |
| XS0364769314 | CA31037 | 44616 |
| XS0364769314 | CA38891 | 44616 |
| XS0364995240 | CA31029 | 44616 |
| XS0368582812 | CA30830 | 44616 |
| XS0368882451 | CA30814 | 44616 |
| XS0289324641 | 6033532 | 46973 |
| XS0289324641 | 6033533 | 46973 |
| XS0289324641 | 6033531 | 46973 |
| XS0289324641 | 6033530 | 46973 |
| XS0289324641 | 6033529 | 46973 |
| XS0289324641 | 6033528 | 46973 |
| XS0306927723 | 6053671 | 46973 |
| XS0306927723 | 6035506 | 46973 |
| XS0306927723 | 6053673 | 46973 |
| XS0306927723 | 6035505 | 46973 |
| XS0306927723 | 6035503 | 46973 |
| XS0306927723 | 6035502 | 46973 |

**Exhibit 1**
*Satisfied ISIN Claims*
$ in Actual

| ISIN | Blocking Number | Claim Number |
|---|---|---|
| XS0306927723 | 6035499 | 46973 |
| XS0306927723 | 6035494 | 46973 |
| XS0306927723 | 6035493 | 46973 |
| XS0306927723 | 6035497 | 46973 |
| XS0306927723 | 6035504 | 46973 |
| XS0306927723 | 6035492 | 46973 |
| XS0306927723 | 6035491 | 46973 |
| XS0306927723 | 6035490 | 46973 |
| XS0316829166 | 6037347 | 46973 |
| XS0316829166 | 6037346 | 46973 |
| XS0316829166 | 6037345 | 46973 |
| XS0316829166 | 6037344 | 46973 |
| XS0316829166 | 6037343 | 46973 |
| XS0316829166 | 6037342 | 46973 |
| XS0316829166 | 6037341 | 46973 |
| XS0316829166 | 6037340 | 46973 |
| XS0328666036 | 6037464 | 46973 |
| XS0335622253 | 6042024 | 46973 |
| XS0335622253 | 6042028 | 46973 |
| XS0335622253 | 6042027 | 46973 |
| XS0335622253 | 6042026 | 46973 |
| XS0335622253 | 6042025 | 46973 |
| XS0335622253 | 6042023 | 46973 |
| XS0335622253 | 6042022 | 46973 |
| XS0338518391 | 6042050 | 46973 |
| XS0338518391 | 6042046 | 46973 |
| XS0338518391 | 6042049 | 46973 |
| XS0338518391 | 6042048 | 46973 |
| XS0338518391 | 6042047 | 46973 |
| XS0338518391 | 6042045 | 46973 |
| XS0343872577 | 6042051 | 46973 |
| XS0348444026 | 6042061 | 46973 |
| XS0348444026 | 6042057 | 46973 |
| XS0348444026 | 6042063 | 46973 |
| XS0348444026 | 6042062 | 46973 |
| XS0348444026 | 6042060 | 46973 |
| XS0348444026 | 6042059 | 46973 |
| XS0348444026 | 6042056 | 46973 |
| XS0348444026 | 6042054 | 46973 |

**Exhibit 1**
*Satisfied ISIN Claims*
$ in Actual

| ISIN | Blocking Number | Claim Number |
|---|---|---|
| XS0350115951 | 6042072 | 46973 |
| XS0351275341 | 6042080 | 46973 |
| XS0352061088 | 6042075 | 46973 |
| XS0352061088 | 6042078 | 46973 |
| XS0352061088 | 6042076 | 46973 |
| XS0352061088 | 6042079 | 46973 |
| XS0352061088 | 6042077 | 46973 |
| XS0364649763 | 6042091 | 46973 |
| XS0373147064 | 6042093 | 46973 |
| XS0376740956 | 6042094 | 46973 |
| XS0341731338 | CA63297 | 40940 |
| XS0302264535 | 6045543 | 62783 |
| XS0319683990 | 6045604 | 62783 |
| XS0327082854 | 6045636 | 62783 |
| XS0349757368 | 6045752 | 62783 |
| XS0257915503 | 6058078 | 60865 |
| XS0257915503 | 6058078 | 60865 |
| XS0257915503 | 6058078 | 60865 |
| XS0257915503 | 6058078 | 60865 |
| XS0257915503 | 6058078 | 60865 |
| XS0257915503 | 6058078 | 60865 |
| XS0257915503 | 6058078 | 60865 |
| XS0257915503 | 6058078 | 60865 |
| XS0257916063 | 6058079 | 60865 |
| XS0257916063 | 6058079 | 60865 |
| XS0257916063 | 6058079 | 60865 |
| XS0257916063 | 6058079 | 60865 |
| XS0257916063 | 6058079 | 60865 |
| XS0257916063 | 6058079 | 60865 |
| XS0257916063 | 6058079 | 60865 |
| XS0257916063 | 6058079 | 60865 |
| XS0253223555 | CA30825 | 44616 |
| XS0253223555 | CA30825 | 44616 |
| XS0340031730 | 9554926 | 59540 |
| XS0313326646 | 6031237 | 45878 |
| XS0314743963 | 6031238 | 45879 |
| XS0282872240 | 6050031 | 47116 |
| XS0282872240 | 6055032 | 47117 |
| XS0282872240 | 6063428 | 56180 |

**Exhibit 1**
*Satisfied ISIN Claims*
$ in Actual

| ISIN | Blocking Number | Claim Number |
|---|---|---|
| XS0331505478 | 6015684 | 45201 |
| XS0331505478 | CA88322 | 55362 |
| XS0344549141 | 6045744 | 62783 |
| XS0359351938 | 6045778 | 62783 |

**EXHIBIT B**
**(Proposed Order – ECF No. 55963)**

WEIL:\96273020\4\58399.0011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                         :    Chapter 11 Case
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                  :    No. 08-13555 (SCC)
                                                              :
                     Debtors.                                 :    (Jointly Administered)
------------------------------------------------------------x

**ORDER PURSUANT TO**
**SECTIONS 105(a) AND 1142(b) OF THE BANKRUPTCY**
**CODE ESTABLISHING PROCEDURES FOR DISTRIBUTIONS ON**
**ACCOUNT OF GUARANTEE CLAIMS CORRESPONDING TO CERTAIN**
**PRIMARY CLAIMS AGAINST LEHMAN BROTHERS TREASURY CO. B.V.**

Upon the motion (the "Motion"),[2] dated August 11, 2017, of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), pursuant to sections 105(a) and 1142(b) of title 11 of the United States Code (the "Bankruptcy Code") to establish procedures governing Distributions on account of Guarantee Claims corresponding to certain Primary Claims against Lehman Brothers Treasury Co. B.V., all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) the record holder of each ISIN Guarantee Claim; and

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

(vi) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases (ECF No. 9635); and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

>ORDERED that the Motion is granted; and it is further

>ORDERED that the LBT Procedures shall be effective as of the date hereof:

a. At least five business days prior to each Distribution, the Plan Administrator will file a notice listing the ISINs and ISIN Guarantee Claims that it estimates will be satisfied by the following distribution by LBT alone or the combination of that distribution and the next LBHI Plan Distribution (an "ISIN Notice").

b. The Plan Administrator will withhold from LBHI's upcoming Distribution any amount that it believes would, together with its estimate of the following distribution from LBT, result in the holder of an ISIN Guarantee Claim receiving more consideration on account of such ISIN Guarantee Claim than is permitted by Section 8.13(b) of the Plan.

c. Within 30 days after the following distribution by LBT, the Plan Administrator will file a claims objection seeking a determination by this Court that such ISIN Guarantee Claims have been satisfied and are entitled to no further Distributions by the Plan Administrator.

d. Until the time at which an ISIN Guarantee Claim is deemed satisfied in full by an order of the Court, the Plan Administrator will reserve 100% of the Cash that would otherwise be distributable on account of such ISIN Guarantee Claim (such reserve, the "ISIN Reserve").

e. If the distribution by LBT does not satisfy an ISIN Guarantee Claim identified on an ISIN Notice or the Court overrules an above-described claims objection with respect to such ISIN Guarantee Claim, LBHI will, within 30 days of such LBT distribution or entry of an order overruling such claims objection becoming a final order, distribute Cash held in the ISIN Reserve on account of such ISIN Guarantee Claim in the amount that is the lesser of (i) the amount necessary to

render such ISIN Guarantee Claim satisfied in full under Section 8.13 of the Plan and (ii) the amount that would otherwise have been distributable on account of such ISIN Guarantee Claim in the Plan Administrator's preceding Distribution.

; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       _____, 2017

                                    Honorable Shelley C. Chapman
                                    United States Bankruptcy Judge