WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                          :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                   :    **08-13555 (SCC)**
                                                               :
                           Debtors.                            :    **(Jointly Administered)**
                                                               :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON THE MOTION OF
PLAN ADMINISTRATOR PURSUANT TO SECTIONS 8.4, 9.3, AND 14.1
OF THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF
LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS
TO ESTIMATE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES (2015)**

**PLEASE TAKE NOTICE** that the hearing to consider the Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes, dated June 10, 2015 [**ECF No. 49954**], which was scheduled for September 15, 2017 at 10:00 a.m. (Eastern Time), has been adjourned to **October 19, 2017 at 10:00 a.m. (Eastern Time)** or as soon thereafter as counsel may be heard, solely with respect to the claims

or portions of claims held by the parties listed on <u>Exhibit A</u> hereto.

Dated:  September 13, 2017
       New York, New York

           <u>/s/ Garrett A. Fail</u>
           Garrett A. Fail
           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Lehman Brothers Holdings Inc.
           and Certain of Its Affiliates

**Exhibit A**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**
**MOTION TO ESTIMATE LBIE-BASED GUARANTEE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES**

|  | NAME | CLAIM # | DEBTOR NAME | FILED DATE | TOTAL ASSERTED CLAIM AMOUNT | AMOUNT SUBJECT TO MOTION | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | ATTESTOR VALUE MASTER FUND LP | 13320 | Lehman Brothers Holdings Inc. | 09/16/2009 | $6,607,185.00 * | $6,607,185.00 * | $0.00 |
| 2 | ATTESTOR VALUE MASTER FUND LP | 15473 | Lehman Brothers Holdings Inc. | 09/17/2009 | $7,449,874.20 | $7,449,874.20 | $0.00 |
| 3 | ATTESTOR VALUE MASTER FUND LP | 17524 | Lehman Brothers Holdings Inc. | 09/18/2009 | $29,642,618.00 | $29,642,618.00 | $0.00 |
| 4 | ATTESTOR VALUE MASTER FUND LP | 17534 | Lehman Brothers Holdings Inc. | 09/18/2009 | $372,868.85 | $372,868.85 | $0.00 |
| 5 | ATTESTOR VALUE MASTER FUND LP | 19128 | Lehman Brothers Holdings Inc. | 09/18/2009 | $1,170,948.79 * | $1,170,948.79 * | $0.00 |
| 6 | ATTESTOR VALUE MASTER FUND LP | 19686 | Lehman Brothers Holdings Inc. | 09/11/2009 | $8,524,454.00 * | $8,524,454.00 * | $0.00 |
| 7 | ATTESTOR VALUE MASTER FUND LP | 19933 | Lehman Brothers Holdings Inc. | 09/21/2009 | $16,621,219.67 * | $16,621,219.67 * | $0.00 |
| 8 | ATTESTOR VALUE MASTER FUND LP | 20285 | Lehman Brothers Holdings Inc. | 09/21/2009 | $2,573,745.00 * | $2,573,745.00 * | $0.00 |
| 9 | ATTESTOR VALUE MASTER FUND LP | 21953 | Lehman Brothers Holdings Inc. | 09/21/2009 | $3,429,630.61 * | $3,429,630.61 * | $0.00 |
| 10 | ATTESTOR VALUE MASTER FUND LP | 26433 | Lehman Brothers Holdings Inc. | 09/22/2009 | $213,534.85 * | $213,534.85 * | $0.00 |
| 11 | ATTESTOR VALUE MASTER FUND LP | 29801 | Lehman Brothers Holdings Inc. | 09/22/2009 | $1,400,408.00 | $1,400,408.00 | $0.00 |
| 12 | ATTESTOR VALUE MASTER FUND LP | 33312 | Lehman Brothers Holdings Inc. | 09/18/2009 | $3,707,823.00 * | $3,707,823.00 * | $0.00 |
| 13 | HAIN CAPITAL HOLDINGS, LTD. | 13207 | Lehman Brothers Holdings Inc. | 09/16/2009 | $883,342.46 | $883,342.46 | $0.00 |
| 14 | RGM TRADING INTERNATIONAL LIMITED C/O RGM ADVISORS, LLC | 15035 | Lehman Brothers Holdings Inc. | 09/17/2009 | $1,235,934.44 | $1,235,934.44 | $0.00 |
| 15 | TACONIC CAPITAL PARTNERS 1.5 L.P. | 21891 | Lehman Brothers Holdings Inc. | 09/21/2009 | $1,914,595.42 * | $1,914,595.42 * | $0.00 |
| 16 | TACONIC OPPORTUNITY FUND, L.P. | 21842 | Lehman Brothers Holdings Inc. | 09/21/2009 | $9,327,731.27 * | $9,327,731.27 * | $0.00 |
|  |  |  |  | TOTAL | $95,075,913.56 | $95,075,913.56 |  |

\* - Indicates claim contains unliquidated and/or undetermined amounts