**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re:                                                     :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC., et al.,**    :    **08-13555 (SCC)**
:
Debtors.                          :    **(Jointly Administered)**
:
:    **Ref. Docket No. 56258**
------------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                                 ) ss.:
COUNTY OF NEW YORK    )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 12, 2017, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Motions Scheduled for Hearing on September 14, 2017," dated September 12, 2017 [Docket No. 56258], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
13th day of September, 2017
*/s/ Elli Krempa*
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2019

T:\Clients\LBH\Affidavits\CNO re Mtns Scheduled for 9-14 Hrg_DI 56258_AFF_9-12-17.docx

# EXHIBIT A

***UST-OVN:***

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

**EXHIBIT B**

***Counsel to the Official Committee of Unsecured Creditors:***

ddunne@milbank.com
wfoster@milbank.com
dodonnell@milbank.com
efleck@milbank.com
paronzon@milbank.com
gbray@milbank.com