CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
Franklin H. Top, III (admitted *pro hac vice*)

Attorneys for U.S. Bank National Association, as Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | CASE No. 08-13555 (SCC) |
| Debtors. | : | (Jointly Administered) |

**PARTIAL WITHDRAWAL OF PROOF OF CLAIMS OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FILED AGAINST LEHMAN BROTHERS HOLDINGS INC., AND LEHMAN BROTHERS SPECIAL FINANCING INC. IN CONNECTION WITH CERTAIN FORWARD PURCHASE AGREEMENTS**

---

PLEAE TAKE NOTICE that U.S. Bank National Association, not individually but as Trustee ("*U.S. Bank*"), by and through its counsel, Chapman and Cutler LLP, hereby partially withdraws Proof of Claim number 31037, against Lehman Brothers Special Finance Inc., with respect to the following Forward Purchase Agreements or Debt Service Deposit Agreements:

1. Float Forward Agreement dated as of August 13, 1997 between First Trust National Association and LBSF (City of Detroit Water 1992).

2. Float Forward Agreement dated as of October 6, 1995 between Colorado National Bank and LBSF (Dawson Ridge).

3. Forward Purchase Agreement dated as of April 6, 2005 between U.S. Bank National Association and LBSF (North Orange County Community College District).

4. Forward Purchase Agreement – Redding City Cash Defeasance Escrow 2002.

5. Puerto Rico PBA.

4287518.01.01.doc

6. Virginia Commonwealth Refunding Escrow Series 2004.

7. First Amendment to Debt Service Deposit Agreement dated as of January 24, 2002 by and among Alabama State University, Southtrust Bank and Lehman Brothers Special Financing Inc.

8. DSDA by and between Southtrust Bank of Alabama, as Trustee, BFC Finance Corp., and Lehman Brothers Special Financing Inc dated as of March 29, 1996.

9. First Amendement to DSDA dated as of May 21, 2002 among Southwestern Ohio Seniors' Service, Inc., U.S. Bank National Association and LBSF.

10. FPA dated as of June 3, 2004 between U.S. Bank N.A. and LBSF (Centinela Valley UHSD).

11. FPA dated as of September 15, 2004 by and between U.S. Bank N.A. and LBSF (City of Chesire).

12. DSDA dated as of July 1, 1994 by and between the Fulton-DeKalb Hospital Authority and LBSF.

13. Second Amendment to Debt Service Deposit Agreement dated as of August 5, 2008 by and between the Idaho State Building Authority and LBSF and U.S. Bank N.A.

14. Float Forward Agreement dated as of June 15, 1999 among Suntrust Bank, Atlanta and LBSF.

15. Forward Purchase Agreement dated as of September 9, 2004 between U.S. Bank N.A. and LBSF (MWPAT Pool Program).

16. Forward Delivery Agreement dated June 12, 2002 by and between the State Board of Finance and State Treasurer of the State of Nevada, U.S. Bank as Trustee and LBSF.

17. DSDA dated as of October 25, 1997 by and among First Union National Bank, Clark Atlanta University and LBSF.

18. AHS/Orange County Health 2002 Trust Fund.

19. COHFA - Evangelical Lutheran Good Samaritan Series 2006.

20. Coventry, Connecticut Refunding Escrow dated February 3, 2004.

21. Las Vegas RDA Downtown Series 2003A and Series 1995B.

22. Puerto Rico Housing Finance Agency/Public Housing Administration Series 2003.

23. TUFF/YAMA Design Center Series 2001A.

24. Debt Service Reserve dated June 1, 2004 between LBSF and Fulton DeKalb Hospital.

When combined with other partial withdrawals, the entirety of Proof of Claim number 31037 has been withdrawn. No other claim of U.S. Bank National Association, in any capacity, shall be affected hereby.

Dated: September 15, 2017
       Chicago, Illinois

                                        Respectfully submitted,

                                      By: /s/ Franklin H. Top III

                                      Counsel to U.S. Bank National Association, as Trustee