WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:  (212) 382-3300
Facsimile:  (212) 382-0050
Paul R. DeFilippo, Esq.
Adam M. Bialek, Esq.
Mara R. Lieber, Esq.

*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――――x
In re:                                                            :     Chapter 11

                                                                       :     Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :

                            Debtors.                               :
―――――――――――――――――――――――――――x

**NOTICE OF WITHDRAWAL OF LEHMAN
BROTHERS HOLDINGS INC.'S MOTION TO
ESTIMATE PROOF OF CLAIM 29759 FOR PURPOSES OF ALLOWANCE**

**PLEASE TAKE NOTICE** that *Lehman Brothers Holdings Inc.'s Motion to Estimate Proof Of Claim 29759 for Purposes of Allowance* [**ECF No. 55345**] (the "Motion") is withdrawn with prejudice.

Dated: New York, New York
       September 18, 2017

                                          */s/ Adam M. Bialek*
                                          Paul R. DeFilippo
                                          Adam M. Bialek
                                          Mara R. Lieber

                                          WOLLMUTH MAHER & DEUTSCH LLP
                                          500 Fifth Avenue
                                          New York, New York 10110
                                          Telephone: (212) 382-3300
                                          Facsimile:  (212) 382-0050
                                          *Attorneys for Lehman Brothers Holdings Inc.*