CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
Franklin H. Top, III (admitted *pro hac vice*)

Attorneys for U.S. Bank National Association, as Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | CASE No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**WITHDRAWAL OF CERTAIN PROOF OF CLAIMS OF U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FILED AGAINST LEHMAN BROTHERS HOLDINGS INC.**

-----

**PLEAE TAKE NOTICE** that U.S. Bank National Association, not individually but as Trustee ("*U.S. Bank*"), by and through its counsel, Chapman and Cutler LLP, hereby withdraws Proof of Claim numbers 31047 and 31050 against Lehman Brothers Holdings Inc.

No other claim of U.S. Bank National Association, in any capacity, shall be affected hereby.

Dated: September 20, 2017
       Chicago, Illinois

                              Respectfully submitted,

                              By: /s/ Franklin H. Top III

                              Counsel to U.S. Bank National Association, as Trustee