**Swissquote**

Swissquote Bank SA
Head Office

Chemin de la Crétaux 33
Case postale 391
CH - 1196 Gland

T. 0848 25 88 88
F. +41 22 999 94 42

United States Bankruptcy Court for the southern
District of New York (the "Bankruptcy Court")
One Bowling Green New York
New York  10004
Attention:  Clerk of the Court
United States of America



Gland, 5 September 2017

# TRANSFER OF CLAIM

Dear all,

Please find attached the document duly completed and signed.

Thank you to proceed as requested, and confirm me once the transfer of claim is done :

Swissquote Bank SA
Back Office & Banking Applications
Ch.de la Crétaux 33
CH-1196 Gland
Switzerland

Tel  +41 (0) 22 525 93 86
Fax +41 (0) 22 999 94 42
 Aristote.Buetuzeyi@swissquote.ch

Swissquote Bank SA

Aristote Buetuzeyi
Settlement Agent

Regulated by the Swiss Financial Market Supervisory Authority (FINMA), Swissquote Bank Ltd is the Leading Online Bank in
Switzerland since 2000. More information available on www.swissquote.com

Sa-4108

**Evidence of Transfer**

RECEIVED
SEP 1 3 2017

## EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy
           Court")
           One Bowling Green
           New York, New York  10004
           Attention:  Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number:  *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates** <u>solely</u> **to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | AMOUNT |
|---|---|---|---|---|
| Cap.Prot. Cert. Lehman Bros BV 2007-5.11.10 | CH0027120861 | LBT BV | LBHI | USD 50'000.00 |

**The aggregate amount of the Transferred Claim is to Be Determined.  For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

**UBS AG** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**Swissquote Bank SA**
Chemin de la Cretaux 33
1196 Gland
Switzerland
+41 22 999 97 99
Attn: Corporate Actions Service
Corporate.actions@swissquote.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court

SQ - 41c

may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June 16, 2017.

**UBS AG**
Transferor

By: _____
Name:  Stephan Gfeller
Title:    Associate Director

By: _____
Name:  Hugo Koller
Title:    Director

ACKNOWLEDGED BY:

**Swissquote Bank SA**
Transferee

By: _____
Name:      David Sousa
Title: Responsible Settlement      05.09.17
       Swissquote Bank SA

By: _____
Name:
Title:
       Isabella Simões
       Swissquote Bank SA
       Authorized Officer

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:     Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule
3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**Swissquote Bank SA** | Name of Transferor:<br>**UBS AG** |
|---|---|
| Notices to Transferee should be sent to:<br>**Swissquote Bank SA**<br>Chemin de la Cretaux 33<br>1196 Gland<br>Switzerland<br>+41 22 999 97 99<br>Attn: Corporate Actions Service<br>Corporate.actions@swissquote.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments<br>should be sent to (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>CHF 50'000.00 (Face amount) | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM<br>ONLY --- SEE ATTACHED EVIDENCE OF<br>TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By: _____     Date: 05.09.2017

**Swissquote Bank SA**     David Sousa
Chemin de la Cretaux 33     Responsible Settlement
1196 Gland     Swissquote Bank SA
Switzerland

Isabella Simões
Swissquote Bank SA
Authorized Officer

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18
U.S.C. §§ 152 &3571.*As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the
fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).