UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC, *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears in this case as counsel of record for Claimant, Citibank, N.A.

Dated: September 21, 2017
New York, New York

By: _____

Christopher J. Houpt
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 506-2500
Fax: (212) 849-5380
choupt@mayerbrown.com