**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                           )
   In re                                      )   Case No. 08-13555 (SCC)
                                                           )
Lehman Brothers Holdings Inc., *et al.*,                   )   Chapter 11
                                                           )
       Debtors.                            )   Jointly Administered
                                                           )
---------------------------------------------------------- x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Leah M. Watson, to be admitted *pro hac vice*, to represent Lehman Brothers Holdings Inc. and certain of its affiliates, debtors in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the District of Columbia and the State of Maryland, and has been admitted to practice before the United States District Court for the District of Maryland, it is hereby

ORDERED, that Leah M. Watson, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent Lehman Brothers Holdings Inc. and certain of its affiliates, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 21, 2017
New York, New York

                                                            /S/ Shelley C. Chapman
                                                            HONORABLE SHELLEY C. CHAPMAN
                                                            UNITED STATES BANKRUPTCY JUDGE