UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

LEHMAN BROTHERS HOLDINGS, INC, *et al.*,

    Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears in this case as counsel of record for Claimant, Citibank, N.A.

Dated: September 21, 2017
    New York, New York

By: _____

Jarman D. Russell
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 506-2500
Fax: (212) 849-5854
jrussell@mayerbrown.com