# FALCON PRIVATE BANK
### SWISS PRIVATE BANKING

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York
NY 10004-1408

Zurich, August 30, 2017

**Transfer of Claim # 67326-13 and #67326-14**

Dear Sirs,

We have received your letter dd 08/18/2017 that confirmed the transfer of our claim #67326-13 in the amount of $139,938.43 allowed at $98,291.28 to Union Bancaire Privee, UBP SA Singapore Branch – Internal control No 55975.

Dated 08/23/2017 we have received yet another confirmation of the same transfer with the claim # 67326-14 to the same transferee – Internal control No 56001.

Since we only sent instructions to transfer the claim for **one time** SGD 200'000 XS0324983450 Cert LEH NL 2007-16.4.09 Variable Rate on Equity -In Default- we would like to make sure that the claim was indeed only transferred once.

Can you please check and let us know either by letter or e-mail to investigations@falconpb.com.

We appreciate your co-operation in this matter.

Sincerely yours,
Falcon Private Bank Ltd.

Andrea Peter
Associate Director
Middle Office

Aline Bartlett
Associate Director
Middle Office

RECEIVED SEP 11 2017

Falcon Private Bank Ltd. | Pelikanstrasse 37 | P.O. Box 1376 | 8021 Zurich, Switzerland
Phone +41 44 227 55 55 | Fax +41 44 211 55 11 | www.falconprivatebank.com