



| | |
|---|---|
| Kontakt | LOAA2 |
| Telefon | +41 44 292 98 92 |
| Fax | +41 44 292 86 64 |
| E-Mail | corporateactions@zkb.ch |
| Adresse | Postfach |
| | 8010 Zürich |

**Einschreiben**

US Bankruptcy Court
Southern District of New York
Re: Lehman Brothers Holdigngs, Inc
One Bowling Green
New York, NY 10004-1408
USA

Zürich, 19. September 2017

**Transfer of Claim "Lehman Brothers Holdings Inc."**

Dear Sir or Madam

Please find enclosed the originally signed "Notice Pursuant to Bankruptcy Rule 3001" and "Evidence of Transfer of Claim" released by the Transferor on September 13, 2017.

We kindly ask you to process the partial transfer of claim:

| | |
|---|---|
| ISIN: | CH0039308652 |
| Title: | 15 % Barrier Reverse Convertible Lehman Brothers 2008-4.6.09 (EXP.28.5.09) on a Basket of Shs -In Default- |
| Nominal / Units: | CHF 100,000 |
| Transferor: | Hedwig Vergnani-Brunner |
| Transferee: | Zürcher Kantonalbank |
| Initial Proof of Claim Number: | 59233 |

Please confirm us the receipt. We thank you in advance.

Yours sincerely

Zürcher Kantonalbank

i.V. *signature*          *signature*
Susanne Gallati         Elianne Stauffiger



Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.    Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
## PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Zürcher Kantonalbank | Name of Transferor:<br>Hedwig Vergnani-Brunner |
|---|---|
| Notices to Transferee should be sent to:<br>Zürcher Kantonalbank<br>Corporate Actions<br>Attn: LOAA2<br>P.O. Box<br>CH-8010 Zurich<br>Tel +41 44 292 98 92<br>Fax +41 44 292 86 64 | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>Hedwig Vergnani-Brunner<br>c/o Dr. Tiziana Vergnani<br>Weiherstrasse 20 b<br>8280 Kreuzlingen (Switzerland) |
| Amount of Claim Being Transferred:<br><br>CHF 100,000.00 (face amount of securities)<br>Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief. ELIANNE STAUEFIGER

By: _i.V. [signature]_ [signature]    Date: 19.09.2017
Zürcher Kantonalbank
Transferee

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*



# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"): CHF 100,000

This Evidence of Transfer of Claim relates to the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Securities NV 2008-20.03.09 | CH0039308652 | Lehman Brothers Treasury Bv | Lehman Bros Holding Inc. | CHF 100,000.00 |

**HEDWIG VERGNANI-BRUNNER**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Zürcher Kantonalbank
Corporate Actions
P.O. Box
CH-8010 Zürich

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

Pg 4 of 4

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September 13, 2017.

**Hedwig Vergnani-Brunner**
Transferor

By: _____
Name: Dr. Tiziana Vergnani