**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re:  LEHMAN BROTHERS HOLDINGS    Case No.: 08-13555- SCC
        INC., et al.,

                                    Chapter 11

                Debtor

-----------------------------------------------------------x

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE** that American Mortgage Law Group, P.C. pursuant to Local Rule 2090-1(e) hereby withdraws counsel Edward P. Allinson, Esq. as counsel of record for the following parties (collectively, the "Parties"), and requests that Mr. Allinson to be removed from all notices, including email notices, pleadings, and service lists given or filed in the above-captioned matter regarding FIRST MORTGAGE CORPORATION, REPUBLIC STATE MORTGAGE COMPANY, DIRECTORS MORTGAGE INC., OAKTREE FUNDING CORPORATION, GATEWAY BANK, APEX HOME LOANS, INC., and AMERICAN BANK.

**PLEASE TAKE FURTHER NOTICE** that this withdrawal is limited to Edward P. Allinson, Esq., and does not impact the representation of the Parties by other American Mortgage Group, P.C. attorneys in the above-captioned matter.

Dated: September 26, 2017                Respectfully Submitted,
Novato, California

                                         By: */S/ James W. Brody, Esq.*

                                         AMERICAN MORTGAGE LAW GROUP, PC
                                         James Brody, Esq75 Rowland Way, Suite 350
                                         Novato, California 94945
                                         Telephone: (415) 878-0030
                                         Facsimile: (415) 878-0035
                                         E-mail: jbrody@americanmlg.com