UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
)
In re                                                                          )       Case No. 08-13555 (SCC)
)
Lehman Brothers Holdings Inc., *et al.*,             )       Chapter 11
)
       Debtors.                                                 )       Jointly Administered
)
-----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Gorana Neskovic, to be admitted *pro hac vice*, to represent Lehman Brothers Holdings Inc. and certain of its affiliates, debtors in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the District of Columbia and the State of New York, it is hereby

ORDERED, that Gorana Neskovic, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent Lehman Brothers Holdings Inc. and certain of its affiliates, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 27, 2017
New York, New York

                                                 /S/ Shelley C. Chapman
                                                 HONORABLE SHELLEY C. CHAPMAN
                                                 UNITED STATES BANKRUPTCY JUDGE