UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re:                                                           :        Chapter 11
                                                                 :        Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., et al.,  :        Jointly Administered
                                                                 :
                                     Debtors.               :
-------------------------------------------------------------------x

# CERTIFICATE OF SERVICE

Christopher Clark, being duly sworn, deposes and says:

1. I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Quinn Emanuel Urquhart and Sullivan, LLP, counsel to the Official Committee of Unsecured Creditors in the above-captioned proceeding. On September 29, 2107, I caused a true and correct copy of the following pleadings to be served via electronic mail to the parties set forth in Schedule A:

- *Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Settlement Agreement Among Citibank, N.A., and Certain of Its Affiliates, and Lehman Brothers Holdings Inc., and Certain of Its Affiliates*

- *Declaration of Steven Mullaney*

2. Further, on September 29, 2107, Lindsay Weber, over the age of eighteen years, and not a party to or interested in the above-captioned case, caused a true and correct copy of the above pleadings to be left in the care and custody of the FedEx in a properly addressed envelope, express mail postage paid, to the parties set forth in Schedule B.

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated:  October 2, 2017
 New York, New York

/s/ Christopher Clark
CHRISTOPHER CLARK

# SCHEDULE A

jacqueline.marcus@weil.com;
alfredo.perez@weil.com;
robert.lemons@weil.com;
garrett.fail@weil.com;
giddens@hugheshubbard.com;
kiplok@hugheshubbard.com;
kobak@hugheshubbard.com;
margolin@hugheshubbard.com;
ddunne@milbank.com;
wfoster@milbank.com;
dodonnell@milbank.com;
efleck@milbank.com;
paronzon@milbank.com;
gbray@milbank.com;
robert.yalen@usdoj.gov;
sharbeck@sipc.org;
david.barnea@usdoj.gov;
joseph.cordaro@usdoj.gov;
newyork@sec.gov;
nyrobankruptcy@sec.gov;
jacobsonn@sec.gov;
jbromley@cgsh.com;
lschweitzer@cgsh.com;
lgranfield@cgsh.com;
mstamer@akingump.com;
pdublin@akingump.com;
mlahaie@akingump.com;
sschultz@akingump.com;
craigjustinalbert@gmail.com;
lisa.kraidin@allenovery.com;
ken.coleman@allenovery.com;
mgreger@allenmatkins.com;
krodriguez@allenmatkins.com;
karl.geercken@alston.com;
will.sugden@alston.com;
kit.weitnauer@alston.com;
thenderson@americanmlg.com;
jbrody@americanmlg.com;
rhorkovich@andersonkill.com;
rrussell@andrewskurth.com;

angelich.george@arentfox.com;
scousins@armstrongteasdale.com;
sehlers@armstrongteasdale.com;
benjamin.mintz@apks.com;
charles.malloy@apks.com;
anthony.boccanfuso@apks.com;
michael.solow@apks.com;
jg5786@att.com;
neal.mann@oag.state.ny.us;
dworkman@bakerlaw.com;
ian.ribald@bakerbotts.com;
peter@bankrupt.com;
michael.mccrory@btlaw.com;
david.powlen@btlaw.com;
ffm@bostonbusinesslaw.com;
csalomon@beckerglynn.com;
aostrow@beckerglynn.com;
sleo@bm.net;
davids@blbglaw.com;
sgraziano@blbglaw.com;
dbarber@bsblawyers.com;
nbinder@binderschwartz.com;
sabin.willett@bingham.com;
jeffrey.sabin@bingham.com;
robert.dombroff@bingham.com;
steven.wilamowsky@bingham.com;
ronald.silverman@bingham.com;
aeckstein@blankrome.com;
jalward@blankrome.com;
tsalter@blankrome.com;
jschiller@bsfllp.com;
jsherman@bsfllp.com;
amcmullen@boultcummings.com;
rjones@boultcummings.com;
kurt.mayr@bgllp.com;
emagnelli@bracheichler.com;
arainone@bracheichler.com;
mgordon@briggs.com;
monica.lawless@brookfieldproperties.com;
slevine@brownrudnick.com;

hsteel@brownrudnick.com;
schristianson@buchalter.com;
tunrad@burnslev.com;
sidorsky@butzel.com;
john.rapisardi@cwt.com;
howard.hawkins@cwt.com;
ellen.halstead@cwt.com;
israel.dahan@cwt.com;
mark.ellenberg@cwt.com;
jason.jurgens@cwt.com;
sgordon@cahill.com;
jlevitin@cahill.com;
cahn@clm.com;
wanda.goodloe@cbre.com;
dlemay@chadbourne.com;
hseife@chadbourne.com;
arosenblatt@chadbourne.com;
hbeltzer@chadbourne.com;
jschreib@chapman.com;
appleby@chapman.com;
heiser@chapman.com;
szuber@csglaw.com;
maofiling@cgsh.com;
jennifer.demarco@cliffordchance.com;
andrew.brozman@cliffordchance.com;
psp@njlawfirm.com;
jwh@njlawfirm.com;
mwarner@coleschotz.com;
dhurst@coleschotz.com;
mmendez@crb-law.com;
sfalanga@connellfoley.com;
chemrick@connellfoley.com;
jeff.wittig@united.com;
cparyse@contrariancapital.com;
bcarlson@co.sanmateo.ca.us;
jbeiers@co.sanmateo.ca.us;
lathompson@co.sanmateo.ca.us;
mhopkins@cov.com;
dcoffino@cov.com;
judy.morse@crowedunlevy.com;
mlichtenstein@crowell.com;
jcarberry@cl-law.com;
dhw@dhclegal.com;
karen.wagner@dpw.com;
james.mcclammy@dpw.com;
djcarragher@daypitney.com;
jwcohen@daypitney.com;
jsperling@daypitney.com;
mcto@debevoise.com;
glenn.siegel@dechert.com;

iva.uroic@dechert.com;
claude.montgomery@dentons.com;
lee.whidden@dentons.com;
tdewey@dpklaw.com;
dpegno@dpklaw.com;
adiamond@diamondmccarthy.com;
sloden@diamondmccarthy.com;
cgonzalez@diazreus.com;
akadish@dtlawgroup.com;
aaaronson@dilworthlaw.com;
cpappas@dilworthlaw.com;
adam.lanza@dlapiper.com;
matthew.klepper@dlapiper.com;
thomas.califano@dlapiper.com;
stephen.cowan@dlapiper.com;
schnabel.eric@dorsey.com;
steven.troyer@commerzbank.com;
robert.malone@dbr.com;
ljkotler@duanemorris.com;
tduffy@andersonkill.com;
jim@atkinslawfirm.com;
sandyscafaria@eaton.com;
ezujkowski@emmetmarvin.com;
aentwistle@entwistle-law.com;
jbeemer@entwistle-law.com;
jporter@entwistle-law.com;
kkelly@ebglaw.com;
dtatge@ebglaw.com;
wmarcari@ebglaw.com;
slerman@ebglaw.com;
sgubner@ebg-law.com;
cweber@ebg-law.com;
michael.krauss@faegrebd.com;
shari.leventhal@ny.frb.org;
sfelderstein@ffwplaw.com;
ppascuzzi@ffwplaw.com;
ladler@fensterstock.com;
charles@filardi-law.com;
alum@ftportfolios.com;
rflanagan@flanassoc.com;
steven.usdin@flastergreenberg.com;
jzulack@fzwz.com;
dheffer@foley.com;
jlee@foley.com;
wmckenna@foley.com;
dspelfogel@foley.com;
rbernard@foley.com;
ggoodman@foley.com;
lapeterson@foley.com;
klynch@formanlaw.com;

kanema@formanlaw.com;
sory@fdlaw.com;
jhiggins@fdlaw.com;
deggert@freebornpeters.com;
patrick.oh@freshfields.com;
timothy.harkness@freshfields.com;
david.livshiz@freshfields.com;
peter.simmons@friedfrank.com;
richard.tisdale@friedfrank.com;
efriedman@friedmanspring.com;
efriedman@fklaw.com;
abeaumont@fklaw.com;
nbojar@fklaw.com;
drosenzweig@fulbright.com;
jmerva@fult.com;
jmelko@gardere.com;
bankruptcy@ntexas-attorneys.com;
relgidely@gjb-law.com;
jgenovese@gjb-law.com;
pbattista@gjb-law.com;
dcimo@gjb-law.com;
dcrapo@gibbonslaw.com;
dmarkham@gibbonslaw.com;
mrosenthal@gibsondunn.com;
jweiss@gibsondunn.com;
aseuffert@lawpost-nyc.com;
tnixon@gklaw.com;
drosner@goulstonstorrs.com;
gkaden@goulstonstorrs.com;
brian.corey@greentreecreditsolutions.com;
diconzam@gtlaw.com;
melorod@gtlaw.com;
tannweiler@greerherz.com;
joy.mathias@dubaiic.com;
jschwartz@hahnhessen.com;
jorbach@hahnhessen.com;
rmatzat@hahnhessen.com;
wbenzija@halperinlaw.net;
jdyas@halperinlaw.net;
dtheising@harrisonmoberly.com;
sldreyfuss@hlgslaw.com;
mmoloshok@hlgslaw.com;
agold@herrick.com;
sselbst@herrick.com;
ramona.neal@hp.com;
ken.higman@hp.com;
jdoran@haslaw.com;
rleek@hodgsonruss.com;
scott.golden@hoganlovells.com;
chris.donoho@hoganlovells.com;
robin.keller@hoganlovells.com;
dennis.tracey@hoganlovells.com;
ben.lewis@hoganlovells.com;
john.beck@hoganlovells.com;
khang.tran@hoganlovells.com;
barbra.parlin@hklaw.com;
arthur.rosenberg@hklaw.com;
richard.lear@hklaw.com;
john.monaghan@hklaw.com;
kerry.moynihan@hro.com;
adam.brezine@hro.com;
mshuster@hsgllp.com;
dhealy@hsgllp.com;
nlieberman@hsgllp.com;
dgoldberg@hsgllp.com;
bdemay@hsgllp.com;
aschwartz@homerbonner.com;
keckhardt@hunton.com;
jrsmith@hunton.com;
cweiss@ingramllp.com;
dave.davis@isgria.com;
toby.r.rosenberg@irscounsel.treas.gov;
mimi.m.wong@irscounsel.treas.gov;
seba.kurian@invesco.com;
klyman@irell.com;
mneier@ibolaw.com;
jay.hurst@oag.state.tx.us;
ptrostle@jenner.com;
dmurray@jenner.com;
rbyman@jenner.com;
gspilsbury@jsslaw.com;
jowen769@yahoo.com;
michaels@jstriallaw.com;
robert.honeywell@klgates.com;
enkaplan@kaplanlandau.com;
dmark@kasowitz.com;
mhanin@kasowitz.com;
dfliman@kasowitz.com;
uitkin@kasowitz.com;
drosner@kasowitz.com;
aglenn@kasowitz.com;
snewman@katskykorins.com;
kdwbankruptcydepartment@kelleydrye.com;
mpage@kelleydrye.com;
stephen.hessler@kirkland.com;
mark.mckane@kirkland.com;
james.sprayregen@kirkland.com;
jonathan.henes@kirkland.com;
joseph.serino@kirkland.com;
chad.husnick@kirkland.com;

christopher.greco@kirkland.com;
jay@kleinsolomon.com;
jjureller@klestadt.com;
lkiss@klestadt.com;
andrew.lourie@kobrekim.com;
boneill@kramerlevin.com;
acaton@kramerlevin.com;
deggermann@kramerlevin.com;
fcarruzzo@kramerlevin.com;
gplotko@kramerlevin.com;
mlandman@lcbf.com;
wballaine@lcbf.com;
sree@lcbf.com;
ekbergc@lanepowell.com;
keith.simon@lw.com;
david.heller@lw.com;
peter.gilhuly@lw.com;
james.heaney@lawdeb.com;
jamesboyajian@gmail.com;
gabriel.delvirginia@verizon.net;
lisa.solomon@att.net;
ryaspan@yaspanlaw.com;
lkatz@ltblaw.com;
wswearingen@llf-law.com;
sfineman@lchb.com;
dallas.bankruptcy@publicans.com;
austin.bankruptcy@publicans.com;
peisenberg@lockelord.com;
wcurchack@loeb.com;
vrubinstein@loeb.com;
dbesikof@loeb.com;
loizides@loizides.com;
robin.keller@lovells.com;
ilevee@lowenstein.com;
krosen@lowenstein.com;
metkin@lowenstein.com;
jprol@lowenstein.com;
scargill@lowenstein.com;
steele@lowenstein.com;
mwarren@mtb.com;
jhuggett@margolisedelstein.com;
fhyman@mayerbrown.com;
msegarra@mayerbrown.com;
btrust@mayerbrown.com;
emerberg@mayerbrown.com;
tkiriakos@mayerbrown.com;
swolowitz@mayerbrown.com;
jstoll@mayerbrown.com;
cwalsh@mayerbrown.com;
jlamar@maynardcooper.com;
kreynolds@mklawnyc.com;
mh1@mccallaraymer.com;
jnm@mccallaraymer.com;
eglas@mccarter.com;
wtaylor@mccarter.com;
ggitomer@mkbattorneys.com;
ncoco@mwe.com;
icatto@mwe.com;
phayden@mcguirewoods.com;
sfox@mcguirewoods.com;
dhayes@mcguirewoods.com;
jmaddock@mcguirewoods.com;
jsheerin@mcguirewoods.com;
jrosenthal@mhlawcorp.com;
adk@msf-law.com;
jmr@msf-law.com;
mbloemsma@mhjur.com;
tslome@msek.com;
amarder@msek.com;
jmazermarino@msek.com;
harrisjm@michigan.gov;
michael.frege@cms-hs.com;
sdnyecf@dor.mo.gov;
steve.ginther@dor.mo.gov;
michael.kelly@monarchlp.com;
davidwheeler@mvalaw.com;
joshua.dorchak@morganlewis.com;
joshua.dorchak@bingham.com;
nherman@morganlewis.com;
glenn.siegel@morganlewis.com;
jgoodchild@morganlewis.com;
michael.kraut@morganlewis.com;
james.moore@morganlewis.com;
kurt.rademacher@morganlewis.com;
nissay_10259-0154@mhmjapan.com;
lberkoff@moritthock.com;
jpintarelli@mofo.com;
lmarinuzzi@mofo.com;
yuwatoko@mofo.com;
tgoren@mofo.com;
lnashelsky@mofo.com;
mrothchild@mofo.com;
bmiller@mofo.com;
bankruptcy@morrisoncohen.com;
akolod@mosessinger.com;
mparry@mosessinger.com;
kkolbig@mosessinger.com;
rgoodman@moundcotton.com;
amh@amhandlerlaw.com;
sabvanrooy@hotmail.com;

millee12@nationwide.com;
fhenn@law.nyc.gov;
richard.fingard@newedge.com;
ddrebsky@nixonpeabody.com;
adarwin@nixonpeabody.com;
vmilione@nixonpeabody.com;
mberman@nixonpeabody.com;
cdesiderio@nixonpeabody.com;
rpedone@nixonpeabody.com;
bankruptcymatters@us.nomura.com;
crmomjian@attorneygeneral.gov;
mjr1@westchestergov.com;
john.mule@ag.state.mn.us;
arancier@offitkurman.com;
rdaversa@orrick.com;
jguy@orrick.com;
korr@orrick.com;
dfelder@orrick.com;
maustin@orrick.com;
lmcgowen@orrick.com;
tomwelsh@orrick.com;
otccorpactions@finra.org;
eweinick@otterbourg.com;
wsilverm@oshr.com;
pfeldman@oshr.com;
mcyganowski@oshr.com;
jar@outtengolden.com;
rroupinian@outtengolden.com;
wk@pwlawyers.com;
james.berg@piblaw.com;
chipford@parkerpoe.com;
dwdykhouse@pbwt.com;
bguiney@pbwt.com;
harveystrickon@paulhastings.com;
draelson@fisherbrothers.com;
lucdespins@paulhastings.com;
andrewtenzer@paulhastings.com;
johnramirez@paulhastings.com;
sshimshak@paulweiss.com;
ddavis@paulweiss.com;
chammerman@paulweiss.com;
cmestres@aclawllp.com;
kressk@pepperlaw.com;
kovskyd@pepperlaw.com;
wisotska@pepperlaw.com;
lawallf@pepperlaw.com;
meltzere@pepperlaw.com;
schannej@pepperlaw.com;
ebcalvo@pbfcm.com;
jhorgan@phxa.com;
samuel.cavior@pillsburylaw.com;
edward.flanders@pillsburylaw.com;
nathan.spatz@pillsburylaw.com;
dflanigan@polsinelli.com;
jbird@polsinelli.com;
cward@polsinelli.com;
jsmairo@pbnlaw.com;
bbisignani@postschell.com;
igoldstein@proskauer.com;
mbienenstock@proskauer.com;
jchubak@proskauer.com;
rbeacher@pryorcashman.com;
canelas@pursuitpartners.com;
schepis@pursuitpartners.com;
susheelkirpalani@quinnemanuel.com;
jamestecce@quinnemanuel.com;
scottshelley@quinnemanuel.com;
jrabinowitz@rltlawfirm.com;
broy@rltlawfirm.com;
gary.ravertpllc@gmail.com;
lhill@reedsmith.com;
kgwynne@reedsmith.com;
jfalgowski@reedsmith.com;
clynch@reedsmith.com;
mvenditto@reedsmith.com;
jlscott@reedsmith.com;
dgrimes@reedsmith.com;
asomers@rctlegal.com;
hmagaliff@r3mlaw.com;
richard@rwmaplc.com;
jshickich@riddellwilliams.com;
gmoss@riemerlaw.com;
abraunstein@riemerlaw.com;
arheaume@riemerlaw.com;
roger@rnagioff.com;
mark.bane@ropesgray.com;
ross.martin@ropesgray.com;
gavin.alexander@ropesgray.com;
bsellier@rlrpclaw.com;
ecohen@russellinvestements.com;
russj4478@aol.com;
mschimel@sju.edu;
cbelmonte@ssbb.com;
tbrock@ssbb.com;
pbosswick@ssbb.com;
asnow@ssbb.com;
aisenberg@saul.com;
jtorf@schiffhardin.com;
dkessler@ktmc.com;
bdk@schlamstone.com;

nlepore@schnader.com;
jvail@ssrl.com;
lawrence.gelber@srz.com;
cohen@sewkis.com;
ashmead@sewkis.com;
munno@sewkis.com;
guzman@sewkis.com;
fsosnick@shearman.com;
ned.schodek@shearman.com;
ann.reynaud@shell.com;
jennifer.gore@shell.com;
cshulman@sheppardmullin.com;
mcademartori@sheppardmullin.com;
etillinghast@sheppardmullin.com;
bwolfe@sheppardmullin.com;
amartin@sheppardmullin.com;
rreid@sheppardmullin.com;
bankruptcy@goodwin.com;
jtimko@shutts.com;
aquale@sidley.com;
aunger@sidley.com;
rfriedman@silvermanacampora.com;
squsba@stblaw.com;
irethy@stblaw.com;
raj.madan@skadden.com;
angie.owen@skadden.com;
sally.henry@skadden.com;
fyates@sonnenschein.com;
pmaxcy@sonnenschein.com;
nicholas.zalany@squirepb.com;
mitchell.berger@squirepb.com;
mark.salzberg@squirepb.com;
slerner@ssd.com;
rterenzi@stcwlaw.com;
cgoldstein@stcwlaw.com;
j.zelloe@stahlzelloe.com;
schager@ssnylaw.com;
goldenberg@ssnylaw.com;
marc.chait@sc.com;
sstarr@starrandstarr.com;
dmiller@steinlubin.com;
eobrien@sbchlaw.com;
shgross5@yahoo.com;
cp@stevenslee.com;
mcordone@stradley.com;
ppatterson@stradley.com;
mdorval@stradley.com;
djoseph@stradley.com;
jmmurphy@stradley.com;
landon@slollp.com;

villa@slollp.com;
streusand@streusandlandon.com;
mspeiser@stroock.com;
smillman@stroock.com;
lhandelsman@stroock.com;
holsen@stroock.com;
cszyfer@stroock.com;
scottj@sullcrom.com;
mccarthyj@sullcrom.com;
mcarthurk@sullcrom.com;
jdweck@sutherland.com;
rick.murphy@sutherland.com;
mark.sherrill@sutherland.com;
bruce.wright@sutherland.com;
miller@taftlaw.com;
agbanknewyork@ag.tn.gov;
marvin.clements@ag.tn.gov;
jonathan.goldblatt@bnymellon.com;
mmorreale@us.mufg.jp;
foont@foontlaw.com;
tmm@mullaw.org;
yamashiro@sumitomotrust.co.jp;
matt@willaw.com;
demetra.liggins@tklaw.com;
rhett.campbell@tklaw.com;
mitchell.ayer@tklaw.com;
david.bennett@tklaw.com;
mbossi@thompsoncoburn.com;
amenard@tishmanspeyer.com;
mbenner@tishmanspeyer.com;
bturk@tishmanspeyer.com;
jchristian@tobinlaw.com;
wchen@tnsj-law.com;
agoldstein@tnsj-law.com;
jmakower@tnsj-law.com;
neilberger@teamtogut.com;
sskelly@teamtogut.com;
mlynch2@travelers.com;
lee.stremba@troutmansanders.com;
bmanne@tuckerlaw.com;
mshiner@tuckerlaw.com;
linda.boyle@twtelecom.com;
dlipke@vedderprice.com;
mjedelman@vedderprice.com;
easmith@venable.com;
sabramowitz@velaw.com;
jwest@velaw.com;
jeldredge@velaw.com;
hsnovikoff@wlrk.com;
rgmason@wlrk.com;

arwolf@wlrk.com;
jdwarner@warnerandscheuerman.com;
cbelisle@wfw.com;
rgraham@whitecase.com;
tmacwright@whitecase.com;
avenes@whitecase.com;
eleicht@whitecase.com;
eleicht@whitecase.com
dbaumstein@whitecase.com;
mruetzel@whitecase.com;
tlauria@whitecase.com;
cshore@whitecase.com;
jeanites@whiteandwilliams.com;
bstrickland@wtplaw.com;
dshaffer@wtplaw.com;
szuch@wiggin.com;
mabrams@willkie.com;
mfeldman@willkie.com;
aalfonso@willkie.com;

rnetzer@willkie.com;
dkozusko@willkie.com;
peter.macdonald@wilmerhale.com;
jeannette.boot@wilmerhale.com;
craig.goldblatt@wilmerhale.com;
pfinkel@wilmingtontrust.com;
david.tillem@wilsonelser.com;
peter.meisels@wilsonelser.com;
allison.holubis@wilsonelser.com;
cschreiber@winston.com;
dmcguire@winston.com;
mkjaer@winston.com;
dneier@winston.com;
brotenberg@wolffsamson.com;
jlawlor@wmd-law.com;
wmaher@wmd-law.com;
rrainer@wmd-law.com;
vguldi@zuckerman.com;

# **SCHEDULE B**

Office Of The US Trustee
William K. Harrington, Esq;
U.S. Federal Office Building
201 Varick Street, 1006
New York, NY 10014

Federal Reserve Bank Of Philadelphia
c/o William T. Wisser,
Assistant Vice President
Ten Independence Mall
Philadelphia, Pa 19106-1574

Internal Revenue Service
Special Procedures Branch
Attn: District Director, Bonnie Austin
290 Broadway
New York, NY 10007

Moses & Singer LLP
Attn: Legal Department
(Counsel To China Development
Industrial Bank
& Dotson Investments Limited)
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Department f Justice
(Solicitor - The Respondent Canada
Revenue Agency)
Attn: Diane Winters,
Ontario Regional Office
The Exchange Twr, 130 King St. W.,
Ste 00, Box 36
Toronto, ON M5N 1K6
Canada