**Hearing Date and Time: October 13, 2017 at 9:30 a.m.  (Prevailing Eastern Time)**
**Objection Date and Time: October 6, 2017 at 4:00 p.m.  (Prevailing Eastern Time)**

Peter J. Behmke
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 PARK AVENUE
NEW YORK, NEW YORK 10178
*Attorneys for Lehman Brothers Holdings Inc. and*
*Certain of Its Affiliates*

Andrew J. Rossman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 MADISON AVENUE
NEW YORK, NEW YORK 10010
*Attorneys for Official Committee of Unsecured Creditors of*
*Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                  :
**In re**                                         :   **Chapter 11**
                                                  :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**        :   **Case No. 08-13555 (SCC)**
                                                  :
**Debtors.**                                      :   **(Jointly Administered)**
                                                  :
                                                  :
---------------------------------------------------------------------x

**SUPPLEMENT TO MOTION PURSUANT TO RULE 9019 OF THE FEDERAL**
**RULES OF BANKRUPTCY PROCEDURE AND SECTION 105(a) OF THE**
**BANKRUPTCY CODE FOR APPROVAL OF SETTLEMENT AGREEMENT**
**AMONG CITIBANK, N.A., AND CERTAIN OF ITS AFFILIATES, AND**
**LEHMAN BROTHERS HOLDINGS INC., AND CERTAIN OF ITS AFFILIATES**

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

　　　　Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan

Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman*

*Brothers Holdings Inc. and Its Affiliated Debtors* (the "Plan"), on behalf of itself,

Lehman Brothers Special Financing Inc. ("LBSF") and the other Lehman Entities,[1] and the Official Committee of Unsecured Creditors (the "Creditors' Committee," and together with LBHI, the "Movants"), file this supplement (this "Supplement") to the Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Settlement Agreement Among Citibank, N.A. and Certain of Its Affiliates, and Lehman Brothers Holdings Inc., and Certain of Its Affiliates (the "Motion"),[2] and respectfully represent:

## Supplement

1. Attached hereto as Exhibit 1 is a copy of the Settlement Agreement referred to in the Motion.

2. The Order Modifying Certain Existing Claim Orders, dated July 18, 2012 [ECF No. 29505], provides the Plan Administrator broad discretion to settle and resolve Claims (as defined in the Plan), but specifies that the allowance of any Claim in excess of $200 million is subject to Court approval. Pursuant to the Settlement Agreement, Citibank will assign certain of the Relevant Claims to LBHI. Upon the assignment of the Relevant Claims to LBHI, the Lehman Entities will allow such claims in amounts to be determined solely by LBHI and the other Lehman Entities. The Lehman Entities have agreed that the Claim set forth in proof of claim number 67733 will, upon assignment to

---

[1] As used herein, the term "Lehman Entities" means LBHI, LBSF, Lehman Brothers Commercial Corp., Lehman Brothers Commodity Services Inc., and Lehman Brothers Financial Products Inc.

[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings set forth in the Motion.

2

LBHI, be reduced and allowed as a general unsecured claim against LBSF in the amount of $256.4 million, and request that this Court approve such reduction and allowance.

3. Proof of claim number 67733 is the only Relevant Claim assigned pursuant to the Settlement that the Lehman Entities intend to allow at an amount in excess of $200 million. With respect to the other Relevant Claims assigned pursuant to the Settlement, the Plan Administrator has published an FAQ entitled "Responses to Questions Regarding Allocations Related to the Settlement Agreement with Citibank" on the Epiq website maintained for the Company, www.lehman-docket.com, under the Key Documents tab and the Responses to Questions Submitted category.[3]

4. A revised proposed form of order approving the Motion and providing for the post-assignment reduction and allowance of the Claim set forth in proof of claim 67733, marked to show changes to the proposed order originally submitted with the Motion (as Exhibit A thereto), is annexed hereto as Exhibit 2.

*[signature page follows]*

---

[3] Citibank does not take a position on the allowed amount of any claim assigned to LBHI pursuant to the Settlement or Lehman's proposed allocation of value under the Settlement.

WHEREFORE the Movants respectfully request that the Court grant the relief requested herein and in the Motion, and such other and further relief as it deems just and proper.

Dated: October 3, 2017
New York, New York

                  Respectfully submitted,

                  CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

                  By: */s/ Peter J. Behmke*
                  Peter J. Behmke
                  *Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

                  QUINN EMANUEL URQUHART & SULLIVAN, LLP

                  By: */s/ Andrew J. Rossman*
                  Andrew J. Rossman
                  *Attorneys for the Official Committee of Unsecured Creditors*