WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza
Benjamin P. McCallen

WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
Telephone: (202) 303-1000
Facsimile: (202) 303-2000
Caleb M. Wimble (*pro hac vice pending*)

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 945-7468
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)

*Attorneys for Debtors Lehman Brothers Holdings Inc.
and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ x
                                                       )

  In re                                              )    Case No. 08-13555 (SCC)
                                                       )
  Lehman Brothers Holdings Inc., *et al.*,    )    Chapter 11
                                                       )
        Debtors.                              )    Jointly Administered
                                                        )
------------------------------------------------------ x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Caleb M. Wimble, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent Lehman Brothers Holdings Inc. and certain of its affiliates, debtors in the above-referenced cases.

I certify that I am a member in good standing of the bar of the State of Pennsylvania (No. 323419).

I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Dated: October 4, 2017
       Washington, DC

                              Caleb M. Wimble
                              WILLKIE FARR & GALLAGHER LLP
                              1875 K Street, N.W.
                              Washington, DC 20006
                              Telephone: (202) 303-1000
                              Facsimile: (202) 303-2000
                              cwimble@willkie.com

*Attorneys for Debtors Lehman Brothers Holdings Inc. and certain of its affiliates*



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Caleb Mark Wimble, Esq.*

**DATE OF ADMISSION**

*December 12, 2016*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 29, 2017

Patricia A. Johnson
Chief Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             )
In re                                                        )   Case No. 08-13555 (SCC)
                                                             )
Lehman Brothers Holdings Inc., *et al.*,                     )   Chapter 11
                                                             )
      Debtors.                  )   Jointly Administered
                                                             )
------------------------------------------------------------ x

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Caleb M. Wimble, to be admitted *pro hac vice*, to represent Lehman Brothers Holdings Inc. and certain of its affiliates, debtors in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Pennsylvania, it is hereby

ORDERED, that Caleb M. Wimble, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent Lehman Brothers Holdings Inc. and certain of its affiliates, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

                                                                _____
                                                                HONORABLE SHELLEY C. CHAPMAN
                                                               UNITED STATES BANKRUPTCY JUDGE