WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                 :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

**NOTICE OF CERTAIN AMOUNTS TO BE WITHHELD FROM**
**DISTRIBUTIONS ON THE THIRTEENTH DISTRIBUTION DATE**

PLEASE TAKE NOTICE:

        In accordance with sections 1.48 and 8.3 of the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, dated December 5, 2011 (ECF No. 22973) (the "Plan"),[1] and the *Order In Aid of Execution of the Modified Third Amended Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* dated January 31, 2013 (ECF No. 34348), the thirteenth Distribution Date is scheduled for October 5, 2017 (the "Thirteenth Distribution Date").

        On September 19, 2017, the Bankruptcy Court entered the *Order Pursuant to Sections 105(a) and 1142(b) of the Bankruptcy Code Establishing Procedures for Distributions on Account of Guarantee Claims Corresponding to Certain Primary Claims Against Lehman Brothers Treasury Co. B.V.* (ECF No. 56274) (the "Order") authorizing the Plan Administrator to withhold Distributions on account of certain ISIN Guarantee Claims (as such term is used in the Order) corresponding to Primary Claims against Lehman Brothers Treasury Co. B.V. ("LBT").

        Attached as Exhibit A hereto is a list of the ISINs, blocking numbers, and Guarantee Claims that the Plan Administrator estimates will be satisfied by the following

---

[1] Capitalized terms used but not defined shall have the meanings ascribed to them in the Plan.

distribution by LBT alone or the combination of that distribution and the next LBHI Distribution. In accordance with the Order, certain amounts will be withheld from Distributions on the Thirteenth Distribution Date on account of such Guarantee Claims.

Copies of the Order, the Plan, and related documents are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.  Copies are also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.lehman-docket.com.

Dated: October 4, 2017
       New York, New York

/s/ Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings
Inc. and Certain of its Affiliates

WEIL:\96301039\1\58399.0011

## Exhibit A

ISINs, Blocking Numbers, and Guarantee Claims Subject to Distribution Withholdings

| ISIN | Blocking Number | Guarantee Claim Number |
|------|-----------------|------------------------|
| XS0252816755 | CA30462 | 44616 |
| XS0252816755 | CA30465 | 44616 |
| XS0252816755 | CA30464 | 44616 |
| XS0311855729 | CA31387 | 44616 |
| XS0319724851 | 6031239 | 45880 |
| XS0336623516 | CA14636 | 39543 |