**Presentment Date and Time: October 25, 2017 at 12:00 p.m. (Prevailing Eastern Time)**
**Objection Date and Time: October 24, 2017 at 4:00 p.m. (Prevailing Eastern Time)**
**Hearing Date and Time: To be scheduled if an Objection is filed**

**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Avignon Capital Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | : |
|  | : **Chapter 11 Case No.** |
| **LEHMAN  BROTHERS  HOLDINGS INC.,** *et al.,* | : |
|  | : **08-13555 (SCC)** |
| **Debtors.** | : |
|  | : **Jointly Administered** |

**NOTICE OF PRESENTMENT OF CONSENT MOTION FOR**
**SUBSTITUTION OF COUNSEL FOR AVIGNON CAPITAL LTD.**

**PLEASE TAKE NOTICE** that Brown Rudnick LLP ("Brown Rudnick"), will present

the annexed Consent Motion for Substitution of Counsel for Avignon Capital Ltd. (the

"Motion") and proposed order (the "Proposed Order") to the Honorable Shelley C. Chapman,

United States Bankruptcy Judge, for signature on October 25, 2017 at 12:00 p.m. (Prevailing

Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Motion and

the Proposed Order, with proof of service, is served and filed with the Clerk of the Court and a

courtesy copy is delivered to the Bankruptcy Judge's chambers and: (i) the undersigned; (ii)

attorneys for LBHI, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York

10153 (Attn: Garret A. Fail, Esq.); and (iii) the Office of the United States Trustee for Region 2,

U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn:

Andrea B. Schwartz, Esq.) so as to be received by October 24, 2017 at 4:00 p.m. (Prevailing

Eastern Time), there will not be a hearing and the Proposed Order may be signed.  If a written

objection is timely served and filed, a hearing (the "Hearing") will be held to consider the

Motion and the Proposed Order at a date and time to be determined before the Honorable Shelley

C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Courtroom

623, One Bowling Green, New York, New York 10004.  Objecting parties are required to attend

the Hearing and failure to appear may result in relief being granted or denied upon default.

Dated: October 10, 2017
      New York, New York

**BROWN RUDNICK LLP**

By:  /s/ Bennett S. Silverberg
Bennett S. Silverberg
Gerard T. Cicero
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Avignon Capital Ltd.*

**Presentment Date and Time: October 25, 2017 at 12:00 p.m. (Prevailing Eastern Time)**
**Objection Date and Time: October 24, 2017 at 4:00 p.m. (Prevailing Eastern Time)**
**Hearing Date and Time: To be scheduled if an Objection is filed**

**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Avignon Capital Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | **08-13555 (SCC)** |
| **Debtors.** | **Jointly Administered** |

## CONSENT MOTION FOR SUBSTITUTION OF
## COUNSEL FOR AVIGNON CAPITAL LTD.

Pursuant to Rule 2090-1(e) of the Local Rules of the Bankruptcy Court for the Southern District of New York (the "Local Rules"), Brown Rudnick LLP ("Brown Rudnick") respectfully seeks to be substituted for and to replace Norton Rose Fulbright US LLP ("Norton Rose Fulbright") as counsel for Avignon Capital Ltd. (the "Client"), in the above-captioned bankruptcy proceeding and states as follows:

1.    The Client has requested and consents to the substitution of Brown Rudnick, for Norton Rose Fulbright, as its counsel and counsel of record in the above-captioned proceeding.

2.    Brown Rudnick and Norton Rose Fulbright consent to the substitution as described in paragraph 1.

3.    Based on the foregoing, good cause exists to permit Brown Rudnick to substitute for Norton Rose Fulbright as counsel of record under Local Rule 2090-1(e).

**WHERFORE**, Brown Rudnick respectfully requests that the Court enter an order in the

form attached hereto as Exhibit A.

Dated: October 10, 2017
      New York, New York

**BROWN RUDNICK LLP**

By:  /s/ Bennett S. Silverberg
Bennett S. Silverberg
Gerard T. Cicero
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile (212) 209-4801

*Counsel to Avignon Capital Ltd.*

CONSENTED TO:

**NORTON ROSE FULBRIGHT US LLP**

By:  /s/ Robert A. Schwinger
Robert A. Schwinger
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 318-3000
Facsimile:  (212) 318-3400

*Retiring Counsel to Avignon Capital Ltd.*

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **:** |
| | **:**   **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | **:**   **08-13555 (SCC)** |
| | **:** |
| **Debtors.** | **:**   **Jointly Administered** |

### ORDER GRANTING MOTION FOR SUBSTITUTION
### OF COUNSEL ON CONSENT FOR AVIGNON CAPITAL LTD.

Upon consideration of the Motion For Substitution of Counsel on Consent for Avignon

Capital Ltd. (the "Motion") filed by Brown Rudnick LLP pursuant to Rule 2090-1(e) of the

Local Rules of the Bankruptcy Court for the Southern District of New York; and due and proper

notice of the Motion having been provided in accordance with the procedures set forth in the

Second Amended Case Management Order entered June 17, 2010 governing case management

and administrative procedures [Docket No. 9653]; and no objection having been filed by the

objection deadline of October 24, 2017 at 4:00 p.m. (Prevailing Eastern Time); and after due

deliberation and sufficient cause appearing therefor, it is:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation and/or interpretation of this order.

Dated: _____, 2017
      New York, New York

 

HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

62882766 v3