B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.  Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.    Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

<u>TRC Master Fund, LLC</u>                              <u>Morgan Stanley Senior Funding, Inc.</u>
Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee           Court Claim # (if known): <u>45092</u>
should be sent:                                         Allowed Amount of Claim Transferred:
                                                        <u>15,000,000</u>
TRC Master Fund LLC                                     Date Claim Filed:  <u>October 23, 2009</u>
Attn: Terrel Ross                                       Debtor:  <u>Lehman Brothers Holdings Inc.</u>
TR Capital Management, LLC
100 Merrick Road, Suite 308E
Rockville Centre, NY 11570
T: 516.653.2471
F: 516.593.0927
e: tross@trcmllc.com

991438v.1 892/04849                    15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: __October 10, 2017_____
     Transferee/Transferee's Agent


By: _____     Date: _____
     Transferor/Transferor's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
      Transferee/Transferee's Agent

By: _____          Date: __October 10, 2017__
      Transferor/Transferor's Agent
          **John Ragusa**
        **Authorized Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.