**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Bellair Development Group S.A.,
Banesco Banco Universal S.A.C.A.,
Avignon Capital Ltd., Serta Capital LLC, and
Spring Star Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (SCC) |
| Debtors. | : Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

I, La Asia S. Canty, state as follows:

I am over 18 years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by Brown Rudnick LLP, located at 7 Times Square, New York, New York 10036.

On October 10, 2017, I caused to be served a true and accurate copy of the following documents (the "Motions"):

(i) Consent Motion for Substitution of Counsel for Avignon Capital Ltd. [Docket No. 56326]

(ii) Consent Motion for Substitution of Counsel for Banesco Banco Universal S.A.C.A. [Docket No. 56327]

(iii) Consent Motion for Substitution of Counsel for Bellair Development Group S.A. [Docket No. 56328]

(iv) Consent Motion for Substitution of Counsel for Serta Capital LLC [Docket No. 56329]

(v) Consent Motion for Substitution of Counsel for Spring Star Corp. [Docket No. 56330]

on the parties included on the service list attached hereto as Exhibit A by electronic mail.

On October 10, 2017, I also caused to be served a true and accurate copy of the Motions on the parties included on the service list attached hereto as Exhibit B by first class mail, postage prepaid.

_____
La Asia S. Canty

Subscribed and sworn to before me this
10th day of October, 2017.

_____
Notary Public

Amy J. Cunningham
Notary Public, State of New York
No. 01CU6004605
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 23, 20__

EXHIBIT A

jacqueline.marcus@weil.com;
alfredo.perez@weil.com;
robert.lemons@weil.com;
garrett.fail@weil.com;
giddens@hugheshubbard.com;
kiplok@hugheshubbard.com;
kobak@hugheshubbard.com;
margolin@hugheshubbard.com;
ddunne@milbank.com;
wfoster@milbank.com;
dodonnell@milbank.com;
efleck@milbank.com;
paronzon@milbank.com;
gbray@milbank.com;
robert.yalen@usdoj.gov;
sharbeck@sipc.org;
david.barnea@usdoj.gov;
joseph.cordaro@usdoj.gov;
newyork@sec.gov;
nyrobankruptcy@sec.gov;
jacobsonn@sec.gov;
jbromley@cgsh.com;
lschweitzer@cgsh.com;
lgranfield@cgsh.com;
mstamer@akingump.com;
pdublin@akingump.com;
mlahaie@akingump.com;
sschultz@akingump.com;
craigjustinalbert@gmail.com;
lisa.kraidin@allenovery.com;
ken.coleman@allenovery.com;
mgreger@allenmatkins.com;
krodriguez@allenmatkins.com;
karl.geercken@alston.com;
will.sugden@alston.com;
kit.weitnauer@alston.com;
thenderson@americanmlg.com;
jbrody@americanmlg.com;
rhorkovich@andersonkill.com;
rrussell@andrewskurth.com;

angelich.george@arentfox.com;
scousins@armstrongteasdale.com;
sehlers@armstrongteasdale.com;
benjamin.mintz@apks.com;
charles.malloy@apks.com;
anthony.boccanfuso@apks.com;
michael.solow@apks.com;
jg5786@att.com;
neal.mann@oag.state.ny.us;
dworkman@bakerlaw.com;
ian.ribald@bakerbotts.com;
peter@bankrupt.com;
michael.mccrory@btlaw.com;
david.powlen@btlaw.com;
ffm@bostonbusinesslaw.com;
csalomon@beckerglynn.com;
aostrow@beckerglynn.com;
sleo@bm.net;
davids@blbglaw.com;
sgraziano@blbglaw.com;
dbarber@bsblawyers.com;
nbinder@binderschwartz.com;
sabin.willett@bingham.com;
jeffrey.sabin@bingham.com;
robert.dombroff@bingham.com;
steven.wilamowsky@bingham.com;
ronald.silverman@bingham.com;
aeckstein@blankrome.com;
jalward@blankrome.com;
tsalter@blankrome.com;
jschiller@bsfllp.com;
jsherman@bsfllp.com;
amcmullen@boultcummings.com;
rjones@boultcummings.com;
kurt.mayr@bgllp.com;
emagnelli@bracheichler.com;
arainone@bracheichler.com;
mgordon@briggs.com;
monica.lawless@brookfieldproperties.com;
slevine@brownrudnick.com;

hsteel@brownrudnick.com;
schristianson@buchalter.com;
tunrad@burnslev.com;
sidorsky@butzel.com;
john.rapisardi@cwt.com;
howard.hawkins@cwt.com;
ellen.halstead@cwt.com;
israel.dahan@cwt.com;
mark.ellenberg@cwt.com;
jason.jurgens@cwt.com;
sgordon@cahill.com;
jlevitin@cahill.com;
cahn@clm.com;
wanda.goodloe@cbre.com;
dlemay@chadbourne.com;
hseife@chadbourne.com;
arosenblatt@chadbourne.com;
hbeltzer@chadbourne.com;
jschreib@chapman.com;
appleby@chapman.com;
heiser@chapman.com;
szuber@csglaw.com;
maofiling@cgsh.com;
jennifer.demarco@cliffordchance.com;
andrew.brozman@cliffordchance.com;
psp@njlawfirm.com;
jwh@njlawfirm.com;
mwarner@coleschotz.com;
dhurst@coleschotz.com;
mmendez@crb-law.com;
sfalanga@connellfoley.com;
chemrick@connellfoley.com;
jeff.wittig@united.com;
cparyse@contrariancapital.com;
bcarlson@co.sanmateo.ca.us;
jbeiers@co.sanmateo.ca.us;
lathompson@co.sanmateo.ca.us;
mhopkins@cov.com;
dcoffino@cov.com;
judy.morse@crowedunlevy.com;
mlichtenstein@crowell.com;
jcarberry@cl-law.com;
dhw@dhclegal.com;
karen.wagner@dpw.com;
james.mcclammy@dpw.com;
djcarragher@daypitney.com;
jwcohen@daypitney.com;
jsperling@daypitney.com;
mcto@debevoise.com;
glenn.siegel@dechert.com;

iva.uroic@dechert.com;
claude.montgomery@dentons.com;
lee.whidden@dentons.com;
tdewey@dpklaw.com;
dpegno@dpklaw.com;
adiamond@diamondmccarthy.com;
sloden@diamondmccarthy.com;
cgonzalez@diazreus.com;
akadish@dtlawgroup.com;
aaaronson@dilworthlaw.com;
cpappas@dilworthlaw.com;
adam.lanza@dlapiper.com;
matthew.klepper@dlapiper.com;
thomas.califano@dlapiper.com;
stephen.cowan@dlapiper.com;
schnabel.eric@dorsey.com;
steven.troyer@commerzbank.com;
robert.malone@dbr.com;
ljkotler@duanemorris.com;
tduffy@andersonkill.com;
jim@atkinslawfirm.com;
sandyscafaria@eaton.com;
ezujkowski@emmetmarvin.com;
aentwistle@entwistle-law.com;
jbeemer@entwistle-law.com;
jporter@entwistle-law.com;
kkelly@ebglaw.com;
dtatge@ebglaw.com;
wmarcari@ebglaw.com;
slerman@ebglaw.com;
sgubner@ebg-law.com;
cweber@ebg-law.com;
michael.krauss@faegrebd.com;
shari.leventhal@ny.frb.org;
sfelderstein@ffwplaw.com;
ppascuzzi@ffwplaw.com;
ladler@fensterstock.com;
charles@filardi-law.com;
alum@ftportfolios.com;
rflanagan@flanassoc.com;
steven.usdin@flastergreenberg.com;
jzulack@fzwz.com;
dheffer@foley.com;
jlee@foley.com;
wmckenna@foley.com;
dspelfogel@foley.com;
rbernard@foley.com;
ggoodman@foley.com;
lapeterson@foley.com;
klynch@formanlaw.com;

kanema@formanlaw.com;
sory@fdlaw.com;
jhiggins@fdlaw.com;
deggert@freebornpeters.com;
patrick.oh@freshfields.com;
timothy.harkness@freshfields.com;
david.livshiz@freshfields.com;
peter.simmons@friedfrank.com;
richard.tisdale@friedfrank.com;
efriedman@friedmanspring.com;
efriedman@fklaw.com;
abeaumont@fklaw.com;
nbojar@fklaw.com;
drosenzweig@fulbright.com;
jmerva@fult.com;
jmelko@gardere.com;
bankruptcy@ntexas-attorneys.com;
relgidely@gjb-law.com;
jgenovese@gjb-law.com;
pbattista@gjb-law.com;
dcimo@gjb-law.com;
dcrapo@gibbonslaw.com;
dmarkham@gibbonslaw.com;
mrosenthal@gibsondunn.com;
jweiss@gibsondunn.com;
aseuffert@lawpost-nyc.com;
tnixon@gklaw.com;
drosner@goulstonstorrs.com;
gkaden@goulstonstorrs.com;
brian.corey@greentreecreditsolutions.com;
diconzam@gtlaw.com;
melorod@gtlaw.com;
tannweiler@greerherz.com;
joy.mathias@dubaiic.com;
jschwartz@hahnhessen.com;
jorbach@hahnhessen.com;
rmatzat@hahnhessen.com;
wbenzija@halperinlaw.net;
jdyas@halperinlaw.net;
dtheising@harrisonmoberly.com;
sldreyfuss@hlgslaw.com;
mmoloshok@hlgslaw.com;
agold@herrick.com;
sselbst@herrick.com;
ramona.neal@hp.com;
ken.higman@hp.com;
jdoran@haslaw.com;
rleek@hodgsonruss.com;
scott.golden@hoganlovells.com;
chris.donoho@hoganlovells.com;
robin.keller@hoganlovells.com;
dennis.tracey@hoganlovells.com;
ben.lewis@hoganlovells.com;
john.beck@hoganlovells.com;
khang.tran@hoganlovells.com;
barbra.parlin@hklaw.com;
arthur.rosenberg@hklaw.com;
richard.lear@hklaw.com;
john.monaghan@hklaw.com;
kerry.moynihan@hro.com;
adam.brezine@hro.com;
mshuster@hsgllp.com;
dhealy@hsgllp.com;
nlieberman@hsgllp.com;
dgoldberg@hsgllp.com;
bdemay@hsgllp.com;
aschwartz@homerbonner.com;
keckhardt@hunton.com;
jrsmith@hunton.com;
cweiss@ingramllp.com;
dave.davis@isgria.com;
toby.r.rosenberg@irscounsel.treas.gov;
mimi.m.wong@irscounsel.treas.gov;
seba.kurian@invesco.com;
klyman@irell.com;
mneier@ibolaw.com;
jay.hurst@oag.state.tx.us;
ptrostle@jenner.com;
dmurray@jenner.com;
rbyman@jenner.com;
gspilsbury@jsslaw.com;
jowen769@yahoo.com;
michaels@jstriallaw.com;
robert.honeywell@klgates.com;
enkaplan@kaplanlandau.com;
dmark@kasowitz.com;
mhanin@kasowitz.com;
dfliman@kasowitz.com;
uitkin@kasowitz.com;
drosner@kasowitz.com;
aglenn@kasowitz.com;
snewman@katskykorins.com;
kdwbankruptcydepartment@kelleydrye.com;
mpage@kelleydrye.com;
stephen.hessler@kirkland.com;
mark.mckane@kirkland.com;
james.sprayregen@kirkland.com;
jonathan.henes@kirkland.com;
joseph.serino@kirkland.com;
chad.husnick@kirkland.com;

christopher.greco@kirkland.com;
jay@kleinsolomon.com;
jjureller@klestadt.com;
lkiss@klestadt.com;
andrew.lourie@kobrekim.com;
boneill@kramerlevin.com;
acaton@kramerlevin.com;
deggermann@kramerlevin.com;
fcarruzzo@kramerlevin.com;
gplotko@kramerlevin.com;
mlandman@lcbf.com;
wballaine@lcbf.com;
sree@lcbf.com;
ekbergc@lanepowell.com;
keith.simon@lw.com;
david.heller@lw.com;
peter.gilhuly@lw.com;
james.heaney@lawdeb.com;
jamesboyajian@gmail.com;
gabriel.delvirginia@verizon.net;
lisa.solomon@att.net;
ryaspan@yaspanlaw.com;
lkatz@ltblaw.com;
wswearingen@llf-law.com;
sfineman@lchb.com;
dallas.bankruptcy@publicans.com;
austin.bankruptcy@publicans.com;
peisenberg@lockelord.com;
wcurchack@loeb.com;
vrubinstein@loeb.com;
dbesikof@loeb.com;
loizides@loizides.com;
robin.keller@lovells.com;
ilevee@lowenstein.com;
krosen@lowenstein.com;
metkin@lowenstein.com;
jprol@lowenstein.com;
scargill@lowenstein.com;
steele@lowenstein.com;
mwarren@mtb.com;
jhuggett@margolisedelstein.com;
fhyman@mayerbrown.com;
msegarra@mayerbrown.com;
btrust@mayerbrown.com;
emerberg@mayerbrown.com;
tkiriakos@mayerbrown.com;
swolowitz@mayerbrown.com;
jstoll@mayerbrown.com;
cwalsh@mayerbrown.com;
jlamar@maynardcooper.com;

kreynolds@mklawnyc.com;
mh1@mccallaraymer.com;
jnm@mccallaraymer.com;
eglas@mccarter.com;
wtaylor@mccarter.com;
ggitomer@mkbattorneys.com;
ncoco@mwe.com;
icatto@mwe.com;
phayden@mcguirewoods.com;
sfox@mcguirewoods.com;
dhayes@mcguirewoods.com;
jmaddock@mcguirewoods.com;
jsheerin@mcguirewoods.com;
jrosenthal@mhlawcorp.com;
adk@msf-law.com;
jmr@msf-law.com;
mbloemsma@mhjur.com;
tslome@msek.com;
amarder@msek.com;
jmazermarino@msek.com;
harrisjm@michigan.gov;
michael.frege@cms-hs.com;
sdnyecf@dor.mo.gov;
steve.ginther@dor.mo.gov;
michael.kelly@monarchlp.com;
davidwheeler@mvalaw.com;
joshua.dorchak@morganlewis.com;
joshua.dorchak@bingham.com;
nherman@morganlewis.com;
glenn.siegel@morganlewis.com;
jgoodchild@morganlewis.com;
michael.kraut@morganlewis.com;
james.moore@morganlewis.com;
kurt.rademacher@morganlewis.com;
nissay_10259-0154@mhmjapan.com;
lberkoff@moritthock.com;
jpintarelli@mofo.com;
lmarinuzzi@mofo.com;
yuwatoko@mofo.com;
tgoren@mofo.com;
lnashelsky@mofo.com;
mrothchild@mofo.com;
bmiller@mofo.com;
bankruptcy@morrisoncohen.com;
akolod@mosessinger.com;
mparry@mosessinger.com;
kkolbig@mosessinger.com;
rgoodman@moundcotton.com;
amh@amhandlerlaw.com;
sabvanrooy@hotmail.com;

millee12@nationwide.com;
fhenn@law.nyc.gov;
richard.fingard@newedge.com;
ddrebsky@nixonpeabody.com;
adarwin@nixonpeabody.com;
vmilione@nixonpeabody.com;
mberman@nixonpeabody.com;
cdesiderio@nixonpeabody.com;
rpedone@nixonpeabody.com;
bankruptcymatters@us.nomura.com;
crmomjian@attorneygeneral.gov;
mjr1@westchestergov.com;
john.mule@ag.state.mn.us;
arancier@offitkurman.com;
rdaversa@orrick.com;
jguy@orrick.com;
korr@orrick.com;
dfelder@orrick.com;
maustin@orrick.com;
lmcgowen@orrick.com;
tomwelsh@orrick.com;
otccorpactions@finra.org;
eweinick@otterbourg.com;
wsilverm@oshr.com;
pfeldman@oshr.com;
mcyganowski@oshr.com;
jar@outtengolden.com;
rroupinian@outtengolden.com;
wk@pwlawyers.com;
james.berg@piblaw.com;
chipford@parkerpoe.com;
dwdykhouse@pbwt.com;
bguiney@pbwt.com;
harveystrickon@paulhastings.com;
draelson@fisherbrothers.com;
lucdespins@paulhastings.com;
andrewtenzer@paulhastings.com;
johnramirez@paulhastings.com;
sshimshak@paulweiss.com;
ddavis@paulweiss.com;
chammerman@paulweiss.com;
cmestres@aclawllp.com;
kressk@pepperlaw.com;
kovskyd@pepperlaw.com;
wisotska@pepperlaw.com;
lawallf@pepperlaw.com;
meltzere@pepperlaw.com;
schannej@pepperlaw.com;
ebcalvo@pbfcm.com;
jhorgan@phxa.com;

samuel.cavior@pillsburylaw.com;
edward.flanders@pillsburylaw.com;
nathan.spatz@pillsburylaw.com;
dflanigan@polsinelli.com;
jbird@polsinelli.com;
cward@polsinelli.com;
jsmairo@pbnlaw.com;
bbisignani@postschell.com;
igoldstein@proskauer.com;
mbienenstock@proskauer.com;
jchubak@proskauer.com;
rbeacher@pryorcashman.com;
canelas@pursuitpartners.com;
schepis@pursuitpartners.com;
susheelkirpalani@quinnemanuel.com;
jamestecce@quinnemanuel.com;
scottshelley@quinnemanuel.com;
jrabinowitz@rltlawfirm.com;
broy@rltlawfirm.com;
gary.ravertpllc@gmail.com;
lhill@reedsmith.com;
kgwynne@reedsmith.com;
jfalgowski@reedsmith.com;
clynch@reedsmith.com;
mvenditto@reedsmith.com;
jlscott@reedsmith.com;
dgrimes@reedsmith.com;
asomers@rctlegal.com;
hmagaliff@r3mlaw.com;
richard@rwmaplc.com;
jshickich@riddellwilliams.com;
gmoss@riemerlaw.com;
abraunstein@riemerlaw.com;
arheaume@riemerlaw.com;
roger@rnagioff.com;
mark.bane@ropesgray.com;
ross.martin@ropesgray.com;
gavin.alexander@ropesgray.com;
bsellier@rlrpclaw.com;
ecohen@russellinvestements.com;
russj4478@aol.com;
mschimel@sju.edu;
cbelmonte@ssbb.com;
tbrock@ssbb.com;
pbosswick@ssbb.com;
asnow@ssbb.com;
aisenberg@saul.com;
jtorf@schiffhardin.com;
dkessler@ktmc.com;
bdk@schlamstone.com;

nlepore@schnader.com;
jvail@ssrl.com;
lawrence.gelber@srz.com;
cohen@sewkis.com;
ashmead@sewkis.com;
munno@sewkis.com;
guzman@sewkis.com;
fsosnick@shearman.com;
ned.schodek@shearman.com;
ann.reynaud@shell.com;
jennifer.gore@shell.com;
cshulman@sheppardmullin.com;
mcademartori@sheppardmullin.com;
etillinghast@sheppardmullin.com;
bwolfe@sheppardmullin.com;
amartin@sheppardmullin.com;
rreid@sheppardmullin.com;
bankruptcy@goodwin.com;
jtimko@shutts.com;
aquale@sidley.com;
aunger@sidley.com;
rfriedman@silvermanacampora.com;
squsba@stblaw.com;
irethy@stblaw.com;
raj.madan@skadden.com;
angie.owen@skadden.com;
sally.henry@skadden.com;
fyates@sonnenschein.com;
pmaxcy@sonnenschein.com;
nicholas.zalany@squirepb.com;
mitchell.berger@squirepb.com;
mark.salzberg@squirepb.com;
slerner@ssd.com;
rterenzi@stcwlaw.com;
cgoldstein@stcwlaw.com;
j.zelloe@stahlzelloe.com;
schager@ssnylaw.com;
goldenberg@ssnylaw.com;
marc.chait@sc.com;
sstarr@starrandstarr.com;
dmiller@steinlubin.com;
eobrien@sbchlaw.com;
shgross5@yahoo.com;
cp@stevenslee.com;
mcordone@stradley.com;
ppatterson@stradley.com;
mdorval@stradley.com;
djoseph@stradley.com;
jmmurphy@stradley.com;
landon@slollp.com;

villa@slollp.com;
streusand@streusandlandon.com;
mspeiser@stroock.com;
smillman@stroock.com;
lhandelsman@stroock.com;
holsen@stroock.com;
cszyfer@stroock.com;
scottj@sullcrom.com;
mccarthyj@sullcrom.com;
mcarthurk@sullcrom.com;
jdweck@sutherland.com;
rick.murphy@sutherland.com;
mark.sherrill@sutherland.com;
bruce.wright@sutherland.com;
miller@taftlaw.com;
agbanknewyork@ag.tn.gov;
marvin.clements@ag.tn.gov;
jonathan.goldblatt@bnymellon.com;
mmorreale@us.mufg.jp;
foont@foontlaw.com;
tmm@mullaw.org;
yamashiro@sumitomotrust.co.jp;
matt@willaw.com;
demetra.liggins@tklaw.com;
rhett.campbell@tklaw.com;
mitchell.ayer@tklaw.com;
david.bennett@tklaw.com;
mbossi@thompsoncoburn.com;
amenard@tishmanspeyer.com;
mbenner@tishmanspeyer.com;
bturk@tishmanspeyer.com;
jchristian@tobinlaw.com;
wchen@tnsj-law.com;
agoldstein@tnsj-law.com;
jmakower@tnsj-law.com;
neilberger@teamtogut.com;
sskelly@teamtogut.com;
mlynch2@travelers.com;
lee.stremba@troutmansanders.com;
bmanne@tuckerlaw.com;
mshiner@tuckerlaw.com;
linda.boyle@twtelecom.com;
dlipke@vedderprice.com;
mjedelman@vedderprice.com;
easmith@venable.com;
sabramowitz@velaw.com;
jwest@velaw.com;
jeldredge@velaw.com;
hsnovikoff@wlrk.com;
rgmason@wlrk.com;

arwolf@wlrk.com;
jdwarner@warnerandscheuerman.com;
cbelisle@wfw.com;
rgraham@whitecase.com;
tmacwright@whitecase.com;
avenes@whitecase.com;
eleicht@whitecase.com;
eleicht@whitecase.com
dbaumstein@whitecase.com;
mruetzel@whitecase.com;
tlauria@whitecase.com;
cshore@whitecase.com;
jeanites@whiteandwilliams.com;
bstrickland@wtplaw.com;
dshaffer@wtplaw.com;
szuch@wiggin.com;
mabrams@willkie.com;
mfeldman@willkie.com;
aalfonso@willkie.com;

rnetzer@willkie.com;
dkozusko@willkie.com;
peter.macdonald@wilmerhale.com;
jeannette.boot@wilmerhale.com;
craig.goldblatt@wilmerhale.com;
pfinkel@wilmingtontrust.com;
david.tillem@wilsonelser.com;
peter.meisels@wilsonelser.com;
allison.holubis@wilsonelser.com;
cschreiber@winston.com;
dmcguire@winston.com;
mkjaer@winston.com;
dneier@winston.com;
brotenberg@wolffsamson.com;
jlawlor@wmd-law.com;
wmaher@wmd-law.com;
rrainer@wmd-law.com;
vguldi@zuckerman.com;

**EXHIBIT B**

Office of the US Trustee
William K. Harrington, Esq.
U.S. Federal Office Building
201 Varick Street, 1006
New York, NY 10014

Federal Reserve Bank of Philadelphia
c/o William T. Wisser,
Assistant Vice President
Ten Independence Mall
Philadelphia, Pa 19106-1574

Internal Revenue Service
Special Procedures Branch
Attn: District Director, Bonnie Austin
290 Broadway
New York, NY 10007

Moses & Singer LLP
Attn: Legal Department
(Counsel to China Development
Industrial Bank
& Dotson Investments Limited)
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Department of Justice
(Solicitor - The Respondent Canada
Revenue Agency)
Attn: Diane Winters,
Ontario Regional Office
The Exchange Twr, 130 King St. W.,
Ste 00, Box 36
Toronto, ON M5N 1K6
Canada