**Hauptsitz**

Vorstadt 53
Postfach
8201 Schaffhausen

Telefon +41 52 635 22 22
Telefax +41 52 625 38 48
info@shkb.ch
www.shkb.ch

**Schaffhauser Kantonalbank**

**Einschreiben (R)**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green,
N.Y. 1004 New York
U.S.A.

RECEIVED OCT - 4 2017 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Datum: 28. September 2017 WSC/KOE
Kontaktperson: Markus Köhler
Direktwahl: +41 52 635 23 26
E-Mail: markus.koehler@shkb.ch
Kunden-Nr.:

**Sie erhalten anbei ohne Brief**

Evidence of transfer of Claim an Form 210A

| | | | |
|---|---|---|---|
| ☐ | Gemäss unserer Besprechung vom | ☐ | Für Ihre Akten |
| ☐ | Beilagen zu unserem Schreiben vom | ☐ | Zur Stellungnahme |
| ☐ | Gemäss Ihrer Anfrage | ☐ | Zur Unterschrift |
| ☐ | Mit bestem Dank zurück | ☐ | Bitte zurücksenden |
| ☐ | Zur Orientierung | ☐ | Irrtümlich an uns gelangt |
| ☒ | Please transfer the claim and confirm the completed transfer. | | |

Freundliche Grüsse

**Schaffhauser Kantonalbank**

Brief ohne Unterschrift



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>     Case <u>No. 08-13555 (JMP)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Schaffhauser Kantonalbank | Credit Suisse AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Schaffhauser Kantonalbank
WSC
Vorstadt 53
P.O. Box
CH-8201 Schaffhausen

Phone: +41526352326
Last Four Digits of Acct #: 8879

Court Claim # (if known): 55829
Date Claim Filed: 29.10.2009
Amount of Claim: CHF 5'000.00
Portion of Claim Transferred (see Schedule I): CHF 5'000.00

Phone: +41443328611
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Citibank N.A., New York SWIFT: CITIUS33XXX
FW021000089 Acc.No.: 10938879
in favour of: Acc.No.: 723.380-1 101

Phone: _____
Last Four Digits of Acct #: 8879

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SCHAFFHAUSER KANTONALBANK
By: _____     Date: 04.07.2017
   Transferee/Transferee's Agent
i.V. M. Köhler     pp Ch. Biedermann

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Schaffhauser Kantonalbank** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **June 20, 2017.**

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Sandro Hunziker
Title: AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0329633829 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | CHF 5'000 |