FILED / RECEIVED
AUG 28 2017
EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings In.            ,        Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Mirabaud & Cie Geneve | Bank Julius Baer & Co. Ltd |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Mr Fernandez  Mirabaud & Cie, Boulevard Georges-Favon 29 1204 Geneva

Court Claim # (if known):  58786.06
Amount of Claim:  $40,000.00
Date Claim Filed:  08/03/2010

Phone:  +41 58 816 22 23
Last Four Digits of Acct #: _____

Phone:  +41 58 887 43 21
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  **MIRABAUD & Cie SA**       Date: 08/25/2017
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Wey Renate
Directeur Adjoint

Fernando Fernandez
Senior Officer

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Mirabaud & Cie SA** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **58786.06**) in the **nominal amount of USD 40'000** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 23 day of November 2016.

**Bank Julius Baer & Co. Ltd.**

*/s/ F. Burckhardt*       */s/ Marc Blum*
Fabian Burckhardt          Marc Blum

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0186883798 NOTE LINKED TO BASKET OF GLOBAL SHARES | 58786.06 | 03 August 2010 | Lehman Brothers Treasury Co. BV | USD 40'000 |
| | | | | |

**EXPRESS WORLDWIDE** | DOX | DHL
IntraShip (7.3) / *17-1409*

From Mirabaud & Cie
Fernando FERNANDEZ +4158/816.22.23
Boulevard Georges-Favon 29
1204 Genève
CH SWITZERLAND

Origin
**GVA**

To  Epiq Bankruptcy Solutions LLC
Lehman Bro Holdings Claims Processing
Third Avenue 777
Attn: Lehman Brothers Claims
12th Floor
**10017 NEW YORK NEW YORK
US UNITED STATES OF AMERICA**

Phone:
866 879 0688

**JFKL   US-ZYP-TS3**

Day   Time

Ref code    FFE/FCA
Account No  150386010
Piece Weight: 0.1 kg
Pickup date: 2017-08-25
Piece 1/1

Content / Commerce Control Statement / RC
Documents
Incoterm      : DAP        Customs Value :  0.00 CHF
Imp/Exp Type  : permanent  IV            :  0.00 CHF

FILED / RECEIVED
AUG 28 2017
EPIQ SYSTEMS



WAYBILL 98 7525 8341



(2L)US10017+42000000



(J)JD01 4600 0046 9004 3776

