B 210A (Form 210A) (12/09)

FILED / RECEIVED

SEP 11 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re  Lehman Brothers Holdings, Inc.     Case No  08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Dreyfus Söhne & Cie AG, Banquiers                  Notenstein La Roche Privatbank AG
Name of Transferee                                 Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): 559233.83
should be sent:                                   Amount of Claim: Note: This is a Partial
                                                  Transfer of Claim. See
Dreyfus Söhne & Cie AG, Banquiers                 attached Evidence of
Aeschenvorstadt 16                                Transfer of Claim for
Postfach
4002 Basel                                        Details
Switzerland                                       Date Claim Filed: 08/28/2017

Phone: +41 61 286 62 81                           Phone: _____
Email: securities@dreyfusbank.ch
Last Four Digits of Acct #: n/a                   Last Four Digits of Acct. #: n/a

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_                   Date: 08/28/2017
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTORAND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Notenstein La Roche Privatbank AG ("Transferor") unconditionally and irrevocably transferred to Dreyfus Söhne & Cie AG ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 559233.83**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF. this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON August 25th, 2017.

Notenstein La Roche Privatbank AG

By: _____
Name: August Zingg
Title: Associate

By: _____
Name: Roger Knöpfel
Title: Associate

**Schedule 1**

**Lehman Programs Securities Related to Transferred Portion of Claim**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount of Claim Related to Security |
|---|---|---|---|---|
| XS0338495087 | 59233 | October 29, 2009 | Lehman Brothers Securities NV | EUR 30'000 |



Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc. Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
United States of America

Basel, 08-28-2017 TIT

**Lehman Brothers Claim No. 559233.83**

Dear Sir's

Enclosed please find one transfer of claim other than for security with attached evidences of claim. The mentioned Lehman Products are now deposited in our bank. Please process these transfers.

If you have any questions, do not hesitate to contact us under the phone number 0041 61 286 62 81

Yours sincerely,

Dreyfus Sons & Co Ltd, Banquiers

Eric Zurbuchen
Corporate Actions

Werner Knutti
Corporate Actions

Dreyfus Sons & Co Ltd, Banquiers
Aeschenvorstadt 16 | P.O. Box | 4002 Basel | Switzerland
Telephone +41 61 286 66 66 | Fax +41 61 272 24 38
contact@dreyfusbank.ch | www.dreyfusbank.ch

Your wealth, our responsibility.

31.08.17
CH-4002
Basel
2101633

3.80
PRIORITY
Stand 2
DIE POST

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc. Claims Processing
~~757~~ Third Avenue, 3rd Floor
New York, NY 10017
United States of America

FILED / RECEIVED
SEP 0 8 2017
EPIQ SYSTEMS