

B 210A (Form 210A) (12/09)

FILED / RECEIVED

SEP 14 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers, holdings Inc.    Case No. 081 3555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Frans Johan Barel
Name of Transferee

ERVEN BAREL.C AND C.BAREL van DER LINDEN
Name of Transferor

Name and Address where notices to transferee should be sent: GODETIA 19
3317 HJ DORDRECHT
NETHERLANDS

Phone: 0031 653 144 662
Last Four Digits of Acct #: _____

Court Claim # (if known): 52936
Amount of Claim: 101.272,68 $
Date Claim Filed: _____

Phone: 0031 653 144 662
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 12-09-2017
    Transferee/Transferee's Agent
    F.J. BAREL

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.