**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                    :
In re:                              :    Chapter 11 Case No.
                                    :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**   :    08-13555 (SCC)
                                    :
            Debtors.                :    (Jointly Administered)
                                    :
                                    :    Ref. Docket No. 56313
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 5, 2017, I caused to be served *a letter from Richard L. Levine of Weil, Gotshal & Manges LLP, to The Honorable Shelley C. Chapman regarding SRM Claim,* dated October 4, 2017 [Docket No. 56313], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   b. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit B, and

   c. delivered via electronic mail to those parties listed on the annexed Exhibit C.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
6th day of October, 2017
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**Overnight Additional Party**

WHITE & CASE  
COUNSEL TO SRM  
ATTN: GREGORY M. STARNER  
1221 AVENUE OF THE AMERICAS  
NEW YORK, 10020-1095

# EXHIBIT B

## LEHMAN BROTHERS HOLDINGS INC. – RETURNED EMAILS_FCM

| | |
|---|---|
| ANDERSON KILL & OLICK, P.C.<br>ATTN: ROBERT M HORKOVICH<br>(COUNSEL TO ESSEX EQUITY HOLDINGS USA, LLC)<br>1251 AVE OF THE AMERICAS<br>NEW YORK , NY 10020-1182 | INVESCO AIM MANAGEMENT GROUP, INC.<br>ATTN: SEBA KURIAN, ESQ.<br>(COUNSEL TO AIM FUNDS AND AIM ADVISORS)<br>11 GREENWAY PLAZA STE 100<br>HOUSTON, TX 77046-1173 |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC<br>ATTN: JAMES BIRD, ESQ.<br>(COUNSEL TO BATS HOLDINGS, INC.)<br>700 W 47TH ST STE 1000<br>KANSAS CITY, MO 64112 | STANDARD CHARTERED BANK<br>ATTN: MARC CHAIT<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| SUTHERLAND ASBILL & BRENNAN LLP<br>ATTN: J DWECK<br>(COUNSEL TO SHELL TRADING/SHELL ENERGY N. AMER.<br>& FDRL HOME LOAN BANK OF BOSTON) TWO HOUSTON CNTR.)<br>919 FANNIN  STE 2200<br>HOUSTON,  TX 77010 | |

# EXHIBIT C

**Email MSL List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | avenes@whitecase.com |
| aalfonso@willkie.com | bankruptcy@goodwin.com |
| abeaumont@fklaw.com | bankruptcy@morrisoncohen.com |
| abraunstein@riemerlaw.com | bankruptcy@ntexas-attorneys.com |
| acaton@kramerlevin.com | bankruptcymatters@us.nomura.com |
| adam.lanza@dlapiper.com | barbra.parlin@hklaw.com |
| adarwin@nixonpeabody.com | bbisignani@postschell.com |
| adiamond@diamondmccarthy.com | bcarlson@co.sanmateo.ca.us |
| adk@msf-law.com | bdemay@hsgllp.com |
| aeckstein@blankrome.com | bdk@schlamstone.com |
| aentwistle@entwistle-law.com | benjamin.mintz@apks.com |
| agbanknewyork@ag.tn.gov | bguiney@pbwt.com |
| aglenn@kasowitz.com | bmanne@tuckerlaw.com |
| agold@herrick.com | bmiller@mofo.com |
| aisenberg@saul.com | boneill@kramerlevin.com |
| akadish@dtlawgroup.com | brosenblum@jonesday.com |
| akolod@mosessinger.com | brotenberg@wolffsamson.com |
| allison.holubis@wilsonelser.com | broy@rltlawfirm.com |
| alum@ftportfolios.com | bruce.wright@sutherland.com |
| amarder@msek.com | bsellier@rlrpclaw.com |
| amartin@sheppardmullin.com | bstrickland@wtplaw.com |
| amcmullen@boultcummings.com | btrust@mayerbrown.com |
| amenard@tishmanspeyer.com | bturk@tishmanspeyer.com |
| amh@amhandlerlaw.com | bwolfe@sheppardmullin.com |
| andrew.brozman@cliffordchance.com | cahn@clm.com |
| andrew.lourie@kobrekim.com | canelas@pursuitpartners.com |
| andrewtenzer@paulhastings.com | cbelisle@wfw.com |
| angelich.george@arentfox.com | cbelmonte@ssbb.com |
| angie.owens@skadden.com | cdesiderio@nixonpeabody.com |
| anthony_boccanfuso@aporter.com | cfarley@mccarter.com |
| aostrow@beckerglynn.com | cgoldstein@stcwlaw.com |
| appleby@chapman.com | cgonzalez@diazreus.com |
| aquale@sidley.com | chad.husnick@kirkland.com |
| arainone@bracheichler.com | chammerman@paulweiss.com |
| arancier@offitkurman.com | charles@filardi-law.com |
| arheaume@riemerlaw.com | charles_malloy@aporter.com |
| arosenblatt@chadbourne.com | chemrick@thewalshfirm.com |
| arthur.rosenberg@hklaw.com | chipford@parkerpoe.com |
| arwolf@wlrk.com | chris.donoho@hoganlovells.com |
| aschwartz@homerbonner.com | christopher.greco@kirkland.com |
| aseuffert@lawpost-nyc.com | claude.montgomery@dentons.com |
| ashmead@sewkis.com | clynch@reedsmith.com |
| asnow@ssbb.com | cmestres@aclawllp.com |
| asomers@rctlegal.com | cohen@sewkis.com |
| aunger@sidley.com | cp@stevenslee.com |
| austin.bankruptcy@publicans.com | cpappas@dilworthlaw.com |

**Email MSL List**

cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dblack@hsgllp.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfliman@kasowitz.com
dgoldberg@hsgllp.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com

djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com
ecohen@russellinvestments.com
edelucia@hsgllp.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
farrington.yates@kobrekim.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com

**Email MSL List**

| | |
|---|---|
| foont@foontlaw.com | jchristian@tobinlaw.com |
| fsosnick@shearman.com | jdoran@haslaw.com |
| gabriel.delvirginia@verizon.net | jdwarner@warnerandscheuerman.com |
| gary.ravertpllc@gmail.com | jdweck@sutherland.com |
| gavin.alexander@ropesgray.com | jdyas@halperinlaw.net |
| gbray@milbank.com | jean-david.barnea@usdoj.gov |
| ggitomer@mkbattorneys.com | jeanites@whiteandwilliams.com |
| ggoodman@foley.com | jeannette.boot@wilmerhale.com |
| giddens@hugheshubbard.com | jeff.wittig@united.com |
| gkaden@goulstonstorrs.com | jeldredge@velaw.com |
| glenn.siegel@morganlewis.com | jennifer.demarco@cliffordchance.com |
| gmoss@riemerlaw.com | jennifer.gore@shell.com |
| goldenberg@ssnylaw.com | jfalgowski@reedsmith.com |
| gspilsbury@jsslaw.com | jg5786@att.com |
| guzman@sewkis.com | jgenovese@gjb-law.com |
| harrisjm@michigan.gov | jguy@orrick.com |
| harveystrickon@paulhastings.com | jhiggins@fdlaw.com |
| hbeltzer@chadbourne.com | jhorgan@phxa.com |
| heiser@chapman.com | jhuggett@margolisedelstein.com |
| hmagaliff@r3mlaw.com | jim@atkinslawfirm.com |
| holsen@stroock.com | jjureller@klestadt.com |
| hooper@sewkis.com | jlamar@maynardcooper.com |
| howard.hawkins@cwt.com | jlawlor@wmd-law.com |
| hseife@chadbourne.com | jlee@foley.com |
| hsnovikoff@wlrk.com | jlevitin@cahill.com |
| hsteel@brownrudnick.com | jlscott@reedsmith.com |
| irethy@stblaw.com | jmaddock@mcguirewoods.com |
| israel.dahan@cwt.com | jmazermarino@msek.com |
| izaur@cgr-law.com | jmelko@gardere.com |
| j.zelloe@stahlzelloe.com | jmerva@fult.com |
| jacobsonn@sec.gov | jmr@msf-law.com |
| jalward@blankrome.com | jnm@mccallaraymer.com |
| james.berg@piblaw.com | john.beck@hoganlovells.com |
| james.mcclammy@dpw.com | john.goodchild@morganlewis.com |
| james.moore@morganlewis.com | john.monaghan@hklaw.com |
| james.sprayregen@kirkland.com | john.mule@state.mn.us |
| jamesboyajian@gmail.com | john.rapisardi@cwt.com |
| jamestecce@quinnemanuel.com | jonathan.goldblatt@bnymellon.com |
| jar@outtengolden.com | jonathan.henes@kirkland.com |
| jay.hurst@oag.state.tx.us | jorbach@hahnhessen.com |
| jay@kleinsolomon.com | joseph.cordaro@usdoj.gov |
| jbeemer@entwistle-law.com | joshua.dorchak@morganlewis.com |
| jbird@polsinelli.com | jowen769@yahoo.com |
| jbrody@americanmlg.com | joy.mathias@dubaiic.com |
| jbromley@cgsh.com | jpintarelli@mofo.com |
| jcarberry@cl-law.com | jporter@entwistle-law.com |

**Email MSL List**

jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.kapoor@sc.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
kek@crb-law.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@fensterstock.com

landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com

**Email MSL List**

| | |
|---|---|
| mgordon@briggs.com | ned.schodek@shearman.com |
| mgreger@allenmatkins.com | neil.herman@morganlewis.com |
| mh1@mccallaraymer.com | neilberger@teamtogut.com |
| mhanin@kasowitz.com | ngueron@cgr-law.com |
| mhopkins@cov.com | nicholas.zalany@squirepb.com |
| michael.frege@cms-hs.com | nissay_10259-0154@mhmjapan.com |
| michael.kelly@monarchlp.com | nlepore@schnader.com |
| michael.krauss@faegrebd.com | nlieberman@hsgllp.com |
| michael.kraut@morganlewis.com | notice@bkcylaw.com |
| michael.mccrory@btlaw.com | nyrobankruptcy@sec.gov |
| michael.solow@apks.com | otccorpactions@finra.org |
| millee12@nationwide.com | paronzon@milbank.com |
| miller@taftlaw.com | pbattista@gjb-law.com |
| mimi.m.wong@irscounsel.treas.gov | pbosswick@ssbb.com |
| mitchell.ayer@tklaw.com | pdublin@akingump.com |
| mitchell.berger@squirepb.com | peisenberg@lockelord.com |
| mjedelman@vedderprice.com | peter.gilhuly@lw.com |
| mjr1@westchestergov.com | peter.macdonald@wilmerhale.com |
| mlahaie@akingump.com | peter.meisels@wilsonelser.com |
| mlandman@lcbf.com | peter.simmons@friedfrank.com |
| mlichtenstein@crowell.com | peter@bankrupt.com |
| mlynch2@travelers.com | pfeldman@oshr.com |
| mmorreale@us.mufg.jp | pfinkel@wilmingtontrust.com |
| mneier@ibolaw.com | phayden@mcguirewoods.com |
| monica.lawless@brookfieldproperties.com | pmaxcy@sonnenschein.com |
| mpage@kelleydrye.com | ppascuzzi@ffwplaw.com |
| mparry@mosessinger.com | ppatterson@stradley.com |
| mpedreira@proskauer.com | psp@njlawfirm.com |
| mrosenthal@gibsondunn.com | ptrostle@jenner.com |
| mruetzel@whitecase.com | raj.madan@skadden.com |
| mschimel@sju.edu | ramona.neal@hp.com |
| msegarra@mayerbrown.com | rbeacher@pryorcashman.com |
| mshiner@tuckerlaw.com | rbernard@foley.com |
| mshuster@hsgllp.com | rbyman@jenner.com |
| msolow@kayescholer.com | rdaversa@orrick.com |
| mspeiser@stroock.com | relgidely@gjb-law.com |
| mstamer@akingump.com | rfriedman@silvermanacampora.com |
| munno@sewkis.com | rgmason@wlrk.com |
| mvenditto@reedsmith.com | rgoodman@moundcotton.com |
| mwarner@coleschotz.com | rgraham@whitecase.com |
| mwarren@mtb.com | rhett.campbell@tklaw.com |
| nathan.spatz@pillsburylaw.com | rhorkovich@andersonkill.com |
| nbinder@binderschwartz.com | richard.lear@hklaw.com |
| nbojar@fklaw.com | richard@rwmaplc.com |
| ncoco@mwe.com | rick.murphy@sutherland.com |
| neal.mann@oag.state.ny.us | rleek@hodgsonruss.com |

**Email MSL List**

| | |
|---|---|
| rmatzat@hahnhessen.com | slerman@ebglaw.com |
| rnetzer@willkie.com | slerner@ssd.com |
| robert.honeywell@klgates.com | slevine@brownrudnick.com |
| robert.malone@dbr.com | sloden@diamondmccarthy.com |
| robert.yalen@usdoj.gov | smillman@stroock.com |
| robin.keller@lovells.com | smulligan@bsblawyers.com |
| roger@rnagioff.com | snewman@katskykorins.com |
| ross.martin@ropesgray.com | sory@fdlaw.com |
| rpedone@nixonpeabody.com | squsba@stblaw.com |
| rrainer@wmd-law.com | sree@lcbf.com |
| rroupinian@outtengolden.com | sschultz@akingump.com |
| rterenzi@stcwlaw.com | sselbst@herrick.com |
| russj4478@aol.com | sshimshak@paulweiss.com |
| ryaspan@yaspanlaw.com | sskelly@teamtogut.com |
| sabin.willett@morganlewis.com | sstarr@starrandstarr.com |
| sabramowitz@velaw.com | stephen.cowan@dlapiper.com |
| sabvanrooy@hotmail.com | stephen.hessler@kirkland.com |
| sally.henry@skadden.com | steve.ginther@dor.mo.gov |
| samuel.cavior@pillsburylaw.com | steven.usdin@flastergreenberg.com |
| sandyscafaria@eaton.com | streusand@slollp.com |
| scargill@lowenstein.com | susheelkirpalani@quinnemanuel.com |
| schager@ssnylaw.com | swolowitz@mayerbrown.com |
| schannej@pepperlaw.com | szuber@csglaw.com |
| schepis@pursuitpartners.com | szuch@wiggin.com |
| schnabel.eric@dorsey.com | tannweiler@greerherz.com |
| schristianson@buchalter.com | tbrock@ssbb.com |
| scott.golden@hoganlovells.com | tdewey@dpklaw.com |
| scottj@sullcrom.com | tgoren@mofo.com |
| scottshelley@quinnemanuel.com | thenderson@americanmlg.com |
| scousins@armstrongteasdale.com | thomas.califano@dlapiper.com |
| sdnyecf@dor.mo.gov | timothy.harkness@freshfields.com |
| seba.kurian@invesco.com | tkiriakos@mayerbrown.com |
| sehlers@armstrongteasdale.com | tlauria@whitecase.com |
| sfalanga@thewalshfirm.com | tmacwright@whitecase.com |
| sfelderstein@ffwplaw.com | tmm@mullaw.org |
| sfineman@lchb.com | tnixon@gklaw.com |
| sfox@mcguirewoods.com | toby.r.rosenberg@irscounsel.treas.gov |
| sgordon@cahill.com | tomwelsh@orrick.com |
| sgraziano@blbglaw.com | tsalter@blankrome.com |
| sgubner@ebg-law.com | tslome@msek.com |
| sharbeck@sipc.org | tunrad@burnslev.com |
| shari.leventhal@ny.frb.org | uitkin@kasowitz.com |
| shgross5@yahoo.com | vguldi@zuckerman.com |
| skatona@polsinelli.com | villa@slollp.com |
| sldreyfuss@hlgslaw.com | vmilione@nixonpeabody.com |
| sleo@bm.net | vrubinstein@loeb.com |

**Email MSL List**

wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yuwatoko@mofo.com

**Email Adds List**

gstarner@whitecase.com