EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number: 29354

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVF Lux Master S.A.R.L**
c/o Carval Investors UK Ltd.
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT
Telephone: +44(0)20 7292 7721
Email: David.Short@carval.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 29354, in the allowed amount of **$18,000,088.50** (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated  15/9/17 , 2017.

| DEUTSCHE BANK AG, LONDON BRANCH | CVF Lux Master S.A.R.L |
|---|---|
| | BY CARVAL INVESTORS GB LLP |
| By: _____ [signature] | By: _____ [signature] |
| Name: | Name: |
| Title: Michael Sutton, Managing Director | Title: DAVID SHORT, AUTHORISED SIGNATORY |
| By: _____ [signature] | |
| Name: | |
| Title: Alexander Kramer, Managing Director | |

DB3/ 201591382.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number: 29355

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

CVF Lux Master S.A.R.L
c/o Carval Investors UK Ltd.
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT
Telephone: +44(0)20 7292 7721
Email: David.Short@carval.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 29355, in the allowed amount of $13,687,613.50 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated  15/9/17 , 2017.

| DEUTSCHE BANK AG, LONDON BRANCH | CVF Lux Master S.A.R.L |
|---|---|
| | BY CARVAL INVESTORS GB LLP |
| By: _____ Name: Title: *Michael Sutton, Managing Director* | By: _____ Name: DAVID SHORT Title: AUTHORISED SIGNATORY |
| By: _____ Name: Title: *Alexander Kramer, Managing Director* | |

DB3/ 201591382.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
        Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 29356

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVF Lux Master S.A.R.L**
c/o Carval Investors UK Ltd.
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT
Telephone: +44(0)20 7292 7721
Email: David.Short@carval.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 29356, in the allowed amount of **$33,924,243.50** (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated  15/9/17 , 2017.

**DEUTSCHE BANK AG, LONDON BRANCH**            **CVF Lux Master S.A.R.L**

                                                BY CARVAL INVESTORS GB LLP

By: _____                   By: _____
    Name: Michael Sutton                            Name: DAVID SHORT
    Title: Managing Director                       Title: AUTHORISED SIGNATORY

By: _____
    Name: Alexander Kramer
    Title: Managing Director

DB3/ 201591382.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 29357

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVF Lux Master S.A.R.L**
c/o Carval Investors UK Ltd.
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT
Telephone: +44(0)20 7292 7721
Email: David.Short@carval.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 29357, in the allowed amount of **$1,061,401.50** (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated 5/9/17, 2017.

DEUTSCHE BANK AG, LONDON BRANCH             CVF Lux Master S.A.R.L

                                            BY CARVAL INVESTORS GB LLP

By: _____                 By: _____
    Name: Michael Sutton                        Name:
    Title: Managing Director                    Title: DAVID SHORT
                                                       AUTHORISED SIGNATORY

By: _____
    Name: Alexander Kramer
    Title: Managing Director

DB3/ 201591382.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number: 29358

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVF Lux Master S.A.R.L**
c/o Carval Investors UK Ltd.
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT
Telephone: +44(0)20 7292 7721
Email: David.Short@carval.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 29358, in the allowed amount of $9,888,297.50 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated 15/9/17, 2017.

DEUTSCHE BANK AG, LONDON BRANCH                CVF Lux Master S.A.R.L

                                                BY CARVAL INVESTORS GB LLP

By: _____ Michael Sutton           By: _____
    Name:               Managing Director          Name:
    Title:                                         Title:
                                                   DAVID SHORT
                                                   AUTHORISED SIGNATORY

By: _____ Alexander Kramer
    Name:             Managing Director
    Title:

DB3/ 201591382.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number: 29359

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

CVF Lux Master S.A.R.L
c/o Carval Investors UK Ltd.
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT
Telephone: +44(0)20 7292 7721
Email: David.Short@carval.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 29359, in the allowed amount of $1,216,462.50 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated 15/9/17, 2017.

DEUTSCHE BANK AG, LONDON BRANCH            CVF Lux Master S.A.R.L

By: _____             BY CARVAL INVESTORS GB LLP
   Name: Michael Sutton                     By: _____
   Title: Managing Director                    Name:
                                                Title:
By: _____                        DAVID SHORT
   Name: Alexander Kramer                      AUTHORISED SIGNATORY
   Title: Managing Director

DB3/ 201591382.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number: 29360

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVF Lux Master S.A.R.L**
c/o Carval Investors UK Ltd.
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT
Telephone: +44(0)20 7292 7721
Email: David.Short@carval.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 29360, in the allowed amount of $1,403,385.00 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated  15/9/17 , 2017.

| DEUTSCHE BANK AG, LONDON BRANCH | CVF Lux Master S.A.R.L |
|---|---|
| | BY CARVAL INVESTORS GB LLP |
| By: _____ Michael Sutton, Managing Director Name: Title: | By: _____ Name: DAVID SHORT Title: AUTHORISED SIGNATORY |
| By: _____ Alexander Kramer, Managing Director Name: Title: | |

DB3/ 201591382.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number: 29361

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVF Lux Master S.A.R.L**
c/o Carval Investors UK Ltd.
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT
Telephone: +44(0)20 7292 7721
Email: David.Short@carval.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 29361, in the allowed amount of **$1,850,669.00** (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated 15/9/17, 2017.

DEUTSCHE BANK AG, LONDON BRANCH         CVF Lux Master S.A.R.L

                                        BY CARVAL INVESTORS GB LLP

By: _____           By: _____
    Name: Michael Sutton                    Name: DAVID SHORT
    Title: Managing Director                Title: AUTHORISED SIGNATORY

By: _____
    Name: Alexander Kramer
    Title: Managing Director

DB3/ 201591382.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number: 29362

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVF Lux Master S.A.R.L**
c/o Carval Investors UK Ltd.
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT
Telephone: +44(0)20 7292 7721
Email: David.Short@carval.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 29362, in the allowed amount of $2,227,577.00 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated   15/9/17  , 2017.

| DEUTSCHE BANK AG, LONDON BRANCH | CVF Lux Master S.A.R.L |
|---|---|
| By: _____ <br> Name: Michael Sutton <br> Title: Managing Director | BY CARVAL INVESTORS GB LLP <br> By: _____ <br> Name: DAVID SHORT <br> Title: AUTHORISED SIGNATORY |
| By: _____ <br> Name: Alexander Kramer <br> Title: Managing Director | |

DB3/ 201591382.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
        Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number: 29363

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVF Lux Master S.A.R.L**
c/o Carval Investors UK Ltd.
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT
Telephone: +44(0)20 7292 7721
Email: David.Short@carval.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 29363, in the allowed amount of $3,771,865.00 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated  15/9/17  , 2017.

**DEUTSCHE BANK AG, LONDON BRANCH**          **CVF Lux Master S.A.R.L**
                                              BY CARVAL INVESTORS GB LLP

By: _____                By: _____
    Name:  Michael Sutton                         Name:
    Title: Managing Director                      Title: DAVID SHORT
                                                         AUTHORISED

By: _____
    Name:  Alexander Kramer
    Title: Managing Director

DB3/ 201591382.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number: 29364

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVF Lux Master S.A.R.L**
c/o Carval Investors UK Ltd.
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT
Telephone: +44(0)20 7292 7721
Email: David.Short@carval.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 29364, in the allowed amount of **$5,655,389.00** (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated  15/9/17 , 2017.

| DEUTSCHE BANK AG, LONDON BRANCH | CVF Lux Master S.A.R.L |
|---|---|
| | BY CARVAL INVESTORS GB LLP |
| By: _____ (Michael Sutton, Managing Director) | By: _____ |
| Name: | Name: DAVID SHORT |
| Title: | Title: AUTHORISED SIG... |
| By: _____ (Alexander Krämer, Managing Director) | |
| Name: | |
| Title: | |

DB3/ 201591382.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number: 29353

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVF Lux Master S.A.R.L**
c/o Carval Investors UK Ltd.
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT
Telephone: +44(0)20 7292 7721
Email: David.Short@carval.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 29353, in the allowed amount of **$20,227,665.50** (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated 5/9/17, 2017.

DEUTSCHE BANK AG, LONDON BRANCH                CVF Lux Master S.A.R.L

By: _____                     BY CARVAL INVESTORS GB LLC
    Name: Michael Sutton                        By: _____
    Title: Managing Director                        Name: DAVID SHORT
                                                    Title: AUTHORISED SIGNATORY

By: _____
    Name: Alexander Kramer
    Title: Managing Director

DB3/ 201591382.1