EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number: 27877

DEUTSCHE BANK AG, LONDON BRANCH, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

CVI GVF (Lux) Master S.A.R.L.
c/o Carval Investors UK Ltd.
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT
Telephone: +44(0)20 7292 7721
Email: David.Short@carval.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 27877, in the allowed amount of $7,157,163.35 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 15/9/17, 2017.

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name: Michael Sutton
Title: Managing Director

By: _____
Name: Alexander Kramer
Title: Managing Director

CVI GVF (Lux) Master S.A.R.L.

BY CARVAL INVESTORS GB LLP

By: _____
Name:
Title: DAVID SHORT
AUTHORISED SIGNATORY

DB3/ 201591382.1

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number: 27879

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVI GVF (Lux) Master S.A.R.L.**
c/o Carval Investors UK Ltd.
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT
Telephone: +44(0)20 7292 7721
Email: David.Short@carval.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 27879, in the allowed amount of **$34,745,005.13** (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated  15/9/17 , 2017.

DEUTSCHE BANK AG, LONDON BRANCH        CVI GVF (Lux) Master S.A.R.L.

                                        BY CARVAL INVESTORS GB LLP

By: _____             By: _____
  Name:  Michael Sutton                   Name:
  Title: Managing Director                Title: DAVID SHORT
                                                 AUTHORISED SIGNATORY

By: _____
  Name: Alexander Kramer
  Title: Managing Director

DB3/ 201591382.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number: 19472

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

CVI GVF (Lux) Master S.A.R.L
c/o Carval Investors UK Ltd.
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT
Telephone: +44(0)20 7292 7721
Email: David.Short@carval.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 19472, in the allowed amount of $13,651,985.76 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated  15/9/17 , 2017.

DEUTSCHE BANK AG, LONDON BRANCH        CVI GVF (Lux) Master S.A.R.L

                                        BY CARVAL INVESTORS GB LLP

By: _____             By: _____
Name: Michael Sutton                    Name:
Title: Managing Director                Title: DAVID SHORT
                                               AUTHORISED SIGNATORY

By: _____
Name: Alexander Kramer
Title: Managing Director

DB3/ 201591382.1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number: 23593

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVI GVF (Lux) Master S.A.R.L**
c/o Carval Investors UK Ltd.
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT
Telephone: +44(0)20 7292 7721
Email: David.Short@carval.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 23593, in the allowed amount of $5,063,215.50 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated  15/9/17 , 2017.

| DEUTSCHE BANK AG, LONDON BRANCH | CVI GVF (Lux) Master S.A.R.L |
|---|---|
| By: _____ Michael Sutton, Managing Director<br>Name:<br>Title: | BY CARVAL INVESTORS GB LLP<br>By: _____ DAVID SHORT<br>Name: AUTHORISED S.<br>Title: |
| By: _____ Alexander Kramer, Managing Director<br>Name:<br>Title: | |

DB3/ 201591382.1