UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re:                                              :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :    08-13555 (SCC)
                                                    :
            Debtors.                                :    (Jointly Administered)
                                                    :
                                                    :    Ref. Docket No. 56324
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 9, 2017, I caused to be served the "Notice of Presentment of Motion of Plan Administrator for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated October 9, 2017, to which was attached the "Motion of Plan Administrator for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated October 9, 2017 [Docket No. 56324], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    b. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit B, and

    c. delivered via electronic mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
10th day of October, 2017
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

TOGUT, SEGAL & SEGAL LLP

ATTENTION: NEIL BERGER, ESQ. STEPHANIE SKELLY, ESQ

(COUNSEL TO TRONOX INC, ET AL)

ONE PENN PLAZA, SUITE 3335

NEW YORK, NY 10019

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC. – RETURNED EMAILS_FCM

| | |
|---|---|
| ANDERSON KILL & OLICK, P.C.<br>ATTN: ROBERT M HORKOVICH<br>(COUNSEL TO ESSEX EQUITY HOLDINGS USA, LLC)<br>1251 AVE OF THE AMERICAS<br>NEW YORK , NY 10020-1182 | INVESCO AIM MANAGEMENT GROUP, INC.<br>ATTN: SEBA KURIAN, ESQ.<br>(COUNSEL TO AIM FUNDS AND AIM ADVISORS)<br>11 GREENWAY PLAZA STE 100<br>HOUSTON, TX 77046-1173 |
| LATHAM & WATKINS LLP<br>(COUNSEL TO FANNIE MAE)<br>ATTN: DAVID S. HELLER OR LEGAL DEPT<br>SEARS TOWER STE 5800<br>233 S WACKER DR<br>CHICAGO, IL 60606 | POLSINELLI SHALTON FLANIGAN SUELTHAUS PC<br>ATTN: JAMES BIRD, ESQ.<br>(COUNSEL TO BATS HOLDINGS, INC.)<br>700 W 47TH ST STE 1000<br>KANSAS CITY, MO 64112 |
| STANDARD CHARTERED BANK<br>ATTN: MARC CHAIT<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | SUTHERLAND ASBILL & BRENNAN LLP<br>ATTN: J DWECK<br>(COUNSEL TO SHELL TRADING/SHELL ENERGY N. AMER.<br>& FDRL HOME LOAN BANK OF BOSTON) TWO HOUSTON CNTR.)<br>919 FANNIN  STE 2200<br>HOUSTON,  TX 77010 |

# EXHIBIT C

Email MSL List

| | |
|---|---|
| aaaronson@dilworthlaw.com | angie.owens@skadden.com |
| aalfonso@willkie.com | anthony_boccanfuso@aporter.com |
| abeaumont@fklaw.com | aostrow@beckerglynn.com |
| abraunstein@riemerlaw.com | appleby@chapman.com |
| acaton@kramerlevin.com | aquale@sidley.com |
| adam.lanza@dlapiper.com | arainone@bracheichler.com |
| adarwin@nixonpeabody.com | arancier@offitkurman.com |
| adiamond@diamondmccarthy.com | arheaume@riemerlaw.com |
| adk@msf-law.com | arosenblatt@chadbourne.com |
| aeckstein@blankrome.com | arthur.rosenberg@hklaw.com |
| aentwistle@entwistle-law.com | arwolf@wlrk.com |
| agbanknewyork@ag.tn.gov | aschwartz@homerbonner.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashmead@sewkis.com |
| aisenberg@saul.com | asnow@ssbb.com |
| akadish@dtlawgroup.com | asomers@rctlegal.com |
| akolod@mosessinger.com | aunger@sidley.com |
| allison.holubis@wilsonelser.com | austin.bankruptcy@publicans.com |
| alum@ftportfolios.com | avenes@whitecase.com |
| amarder@msek.com | bankruptcy@goodwin.com |
| amartin@sheppardmullin.com | bankruptcy@morrisoncohen.com |
| amcmullen@boultcummings.com | bankruptcy@ntexas-attorneys.com |
| amenard@tishmanspeyer.com | bankruptcymatters@us.nomura.com |
| amh@amhandlerlaw.com | barbra.parlin@hklaw.com |
| andrew.brozman@cliffordchance.com | bbisignani@postschell.com |
| andrew.lourie@kobrekim.com | bcarlson@co.sanmateo.ca.us |
| andrewtenzer@paulhastings.com | bdemay@hsgllp.com |
| angelich.george@arentfox.com | bdk@schlamstone.com |

Email MSL List

| | |
|---|---|
| benjamin.mintz@apks.com | chris.donoho@hoganlovells.com |
| bguiney@pbwt.com | christopher.greco@kirkland.com |
| bmanne@tuckerlaw.com | claude.montgomery@dentons.com |
| bmiller@mofo.com | clynch@reedsmith.com |
| boneill@kramerlevin.com | cmestres@aclawllp.com |
| brosenblum@jonesday.com | cohen@sewkis.com |
| brotenberg@wolffsamson.com | cp@stevenslee.com |
| broy@rltlawfirm.com | cpappas@dilworthlaw.com |
| bruce.wright@sutherland.com | cparyse@contrariancapital.com |
| bsellier@rlrpclaw.com | craig.goldblatt@wilmerhale.com |
| bstrickland@wtplaw.com | craigjustinalbert@gmail.com |
| btrust@mayerbrown.com | crmomjian@attorneygeneral.gov |
| bturk@tishmanspeyer.com | csalomon@beckerglynn.com |
| bwolfe@sheppardmullin.com | cschreiber@winston.com |
| cahn@clm.com | cshore@whitecase.com |
| canelas@pursuitpartners.com | cshulman@sheppardmullin.com |
| cbelisle@wfw.com | cszyfer@stroock.com |
| cbelmonte@ssbb.com | cwalsh@mayerbrown.com |
| cdesiderio@nixonpeabody.com | cward@polsinelli.com |
| cfarley@mccarter.com | cweber@ebg-law.com |
| cgoldstein@stcwlaw.com | cweiss@ingramllp.com |
| cgonzalez@diazreus.com | dallas.bankruptcy@publicans.com |
| chad.husnick@kirkland.com | dave.davis@isgria.com |
| chammerman@paulweiss.com | david.bennett@tklaw.com |
| charles@filardi-law.com | david.heller@lw.com |
| charles_malloy@aporter.com | david.livshiz@freshfields.com |
| chemrick@thewalshfirm.com | david.powlen@btlaw.com |
| chipford@parkerpoe.com | david.tillem@wilsonelser.com |

2

Email MSL List

davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dblack@hsgllp.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfliman@kasowitz.com
dgoldberg@hsgllp.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com

dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com
ecohen@russellinvestments.com
edelucia@hsgllp.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com

Email MSL List

| | |
|---|---|
| efriedman@friedmanspring.com | goldenberg@ssnylaw.com |
| ekbergc@lanepowell.com | gspilsbury@jsslaw.com |
| eleicht@whitecase.com | guzman@sewkis.com |
| ellen.halstead@cwt.com | harrisjm@michigan.gov |
| emagnelli@bracheichler.com | harveystrickon@paulhastings.com |
| emerberg@mayerbrown.com | hbeltzer@chadbourne.com |
| enkaplan@kaplanlandau.com | heiser@chapman.com |
| eobrien@sbchlaw.com | hmagaliff@r3mlaw.com |
| etillinghast@sheppardmullin.com | holsen@stroock.com |
| eweinick@otterbourg.com | hooper@sewkis.com |
| ezujkowski@emmetmarvin.com | howard.hawkins@cwt.com |
| farrington.yates@kobrekim.com | hseife@chadbourne.com |
| fcarruzzo@kramerlevin.com | hsnovikoff@wlrk.com |
| ffm@bostonbusinesslaw.com | hsteel@brownrudnick.com |
| fhenn@law.nyc.gov | irethy@stblaw.com |
| fhyman@mayerbrown.com | israel.dahan@cwt.com |
| foont@foontlaw.com | izaur@cgr-law.com |
| fsosnick@shearman.com | j.zelloe@stahlzelloe.com |
| gabriel.delvirginia@verizon.net | jacobsonn@sec.gov |
| gary.ravertpllc@gmail.com | jalward@blankrome.com |
| gavin.alexander@ropesgray.com | james.berg@piblaw.com |
| gbray@milbank.com | james.mcclammy@dpw.com |
| ggitomer@mkbattorneys.com | james.moore@morganlewis.com |
| ggoodman@foley.com | james.sprayregen@kirkland.com |
| giddens@hugheshubbard.com | jamesboyajian@gmail.com |
| gkaden@goulstonstorrs.com | jamestecce@quinnemanuel.com |
| glenn.siegel@morganlewis.com | jar@outtengolden.com |
| gmoss@riemerlaw.com | jay.hurst@oag.state.tx.us |

Email MSL List

jay@kleinsolomon.com

jbeemer@entwistle-law.com

jbird@polsinelli.com

jbrody@americanmlg.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jdoran@haslaw.com

jdwarner@warnerandscheuerman.com

jdweck@sutherland.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@united.com

jeldredge@velaw.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jfalgowski@reedsmith.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmr@msf-law.com

jnm@mccallaraymer.com

john.beck@hoganlovells.com

john.goodchild@morganlewis.com

john.monaghan@hklaw.com

john.mule@state.mn.us

john.rapisardi@cwt.com

jonathan.goldblatt@bnymellon.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joshua.dorchak@morganlewis.com

jowen769@yahoo.com

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrosenthal@mhlawcorp.com

jrsmith@hunton.com

Email MSL List

jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.kapoor@sc.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
kek@crb-law.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com

kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@fensterstock.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com

Email MSL List

lmcgowen@orrick.com

lnashelsky@mofo.com

loizides@loizides.com

lperlman@hsgllp.com

lschweitzer@cgsh.com

lucdespins@paulhastings.com

mabrams@willkie.com

maofiling@cgsh.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.ellenberg@cwt.com

mark.mckane@kirkland.com

mark.salzberg@squirepb.com

mark.sherrill@sutherland.com

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

mbenner@tishmanspeyer.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcarthurk@sullcrom.com

mccarthyj@sullcrom.com

mcordone@stradley.com

mcyganowski@oshr.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhanin@kasowitz.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.krauss@faegrebd.com

michael.kraut@morganlewis.com

michael.mccrory@btlaw.com

michael.solow@apks.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mitchell.berger@squirepb.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

Email MSL List

| | |
|---|---|
| monica.lawless@brookfieldproperties.com | nlepore@schnader.com |
| mpage@kelleydrye.com | nlieberman@hsgllp.com |
| mparry@mosessinger.com | notice@bkcylaw.com |
| mpedreira@proskauer.com | nyrobankruptcy@sec.gov |
| mrosenthal@gibsondunn.com | otccorpactions@finra.org |
| mruetzel@whitecase.com | paronzon@milbank.com |
| mschimel@sju.edu | pbattista@gjb-law.com |
| msegarra@mayerbrown.com | pbosswick@ssbb.com |
| mshiner@tuckerlaw.com | pdublin@akingump.com |
| mshuster@hsgllp.com | peisenberg@lockelord.com |
| msolow@kayescholer.com | peter.gilhuly@lw.com |
| mspeiser@stroock.com | peter.macdonald@wilmerhale.com |
| mstamer@akingump.com | peter.meisels@wilsonelser.com |
| munno@sewkis.com | peter.simmons@friedfrank.com |
| mvenditto@reedsmith.com | peter@bankrupt.com |
| mwarner@coleschotz.com | pfeldman@oshr.com |
| mwarren@mtb.com | pfinkel@wilmingtontrust.com |
| nathan.spatz@pillsburylaw.com | phayden@mcguirewoods.com |
| nbinder@binderschwartz.com | pmaxcy@sonnenschein.com |
| nbojar@fklaw.com | ppascuzzi@ffwplaw.com |
| ncoco@mwe.com | ppatterson@stradley.com |
| neal.mann@oag.state.ny.us | psp@njlawfirm.com |
| ned.schodek@shearman.com | ptrostle@jenner.com |
| neil.herman@morganlewis.com | raj.madan@skadden.com |
| neilberger@teamtogut.com | ramona.neal@hp.com |
| ngueron@cgr-law.com | rbeacher@pryorcashman.com |
| nicholas.zalany@squirepb.com | rbernard@foley.com |
| nissay_10259-0154@mhmjapan.com | rbyman@jenner.com |

Email MSL List

rdaversa@orrick.com

relgidely@gjb-law.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgoodman@moundcotton.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

rhorkovich@andersonkill.com

richard.lear@hklaw.com

richard@rwmaplc.com

rick.murphy@sutherland.com

rleek@hodgsonruss.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.honeywell@klgates.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ross.martin@ropesgray.com

rpedone@nixonpeabody.com

rrainer@wmd-law.com

rroupinian@outtengolden.com

rterenzi@stcwlaw.com

russj4478@aol.com

ryaspan@yaspanlaw.com

sabin.willett@morganlewis.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com

scargill@lowenstein.com

schager@ssnylaw.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

scott.golden@hoganlovells.com

scottj@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

seba.kurian@invesco.com

sehlers@armstrongteasdale.com

sfalanga@thewalshfirm.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgraziano@blbglaw.com

sgubner@ebg-law.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

skatona@polsinelli.com

Email MSL List

| | |
|---|---|
| sldreyfuss@hlgslaw.com | tdewey@dpklaw.com |
| sleo@bm.net | tgoren@mofo.com |
| slerman@ebglaw.com | thenderson@americanmlg.com |
| slerner@ssd.com | thomas.califano@dlapiper.com |
| slevine@brownrudnick.com | timothy.harkness@freshfields.com |
| sloden@diamondmccarthy.com | tkiriakos@mayerbrown.com |
| smillman@stroock.com | tlauria@whitecase.com |
| smulligan@bsblawyers.com | tmacwright@whitecase.com |
| snewman@katskykorins.com | tmm@mullaw.org |
| sory@fdlaw.com | tnixon@gklaw.com |
| squsba@stblaw.com | toby.r.rosenberg@irscounsel.treas.gov |
| sree@lcbf.com | tomwelsh@orrick.com |
| sschultz@akingump.com | tsalter@blankrome.com |
| sselbst@herrick.com | tslome@msek.com |
| sshimshak@paulweiss.com | tunrad@burnslev.com |
| sskelly@teamtogut.com | uitkin@kasowitz.com |
| sstarr@starrandstarr.com | vguldi@zuckerman.com |
| stephen.cowan@dlapiper.com | villa@slollp.com |
| stephen.hessler@kirkland.com | vmilione@nixonpeabody.com |
| steve.ginther@dor.mo.gov | vrubinstein@loeb.com |
| steven.usdin@flastergreenberg.com | wanda.goodloe@cbre.com |
| streusand@slollp.com | wbenzija@halperinlaw.net |
| susheelkirpalani@quinnemanuel.com | wcurchack@loeb.com |
| swolowitz@mayerbrown.com | wfoster@milbank.com |
| szuber@csglaw.com | will.sugden@alston.com |
| szuch@wiggin.com | wisotska@pepperlaw.com |
| tannweiler@greerherz.com | wk@pwlawyers.com |
| tbrock@ssbb.com | wmaher@wmd-law.com |

Email MSL List

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

yuwatoko@mofo.com

11

Email Adds List

david.heller@retiredpartner.lw.com