B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Brothers Holdings Inc. | BISON NIESTANDARYZOWANY SEKURYTYZACYJNY FUNDUSZ INWESTYCYJNY ZAMKNIĘTY |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

277 Park Avenue, 46th floor, 10172 New York, the United States of America

Phone: _____

Last Four Digits of Acct #:   -   _____

Court Claim # (if known): 24654

Amount of Claim: $ 886,721.92

Date Claim Filed: 09/21/2009

Phone: _____

Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____

Last Four Digits of Acct #:   -   _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____   Date: 9 OCTOBER 2017
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

EVIDENCE OF TRANSFER OF CLAIM

TO: LEHMAN COMMERCIAL PAPER INC. AND THE BANKRUPTCY COURT

1. BISON NIESTANDARYZOWANY SEKURYTYZACYJNY FUNDUSZ INWESTYCYJNY ZAMKNIĘTY (the "Transferor") by and through Copernicus Capital Towarzystwo Funduszy Inwestycyjnych acting as a manager of the Transferor (the "Manager"), pursuant to the terms of the Assignment Agreement dated 9 OCTOBER 2017 and entered into by, among others, the Transferor and the Transferee (as defined below), does hereby certify that it has unconditionally and irrevocably transferred and assigned to Lehman Brothers Holdings Inc. (the "Transferee") all rights, title and interest in and to the claim in the Transferor's name against Lehman Commercial Paper Inc. ("LCPI"), an affiliated debtor in the proceedings for reorganization in the United States Bankruptcy Court for the Southern District of New York, administered under Case No. 08-13555 (JMP) (Jointly Administered) (the "Bankruptcy Case"), assigned claim number 24654 by the claim agent for LCPI and allowed in the Bankruptcy Case as a class 5C claim (Affiliate Claims other than those of participating Debtors) (the "Transferred Claim").

2. The Transferor hereby waives any objection to the transfer of the Transferred Claim to the Transferee to the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, title 11 of the United States Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of the Transferor with the Transferee for all purposes relating to the Transferred Claim, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. The Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to the Transferor transferring to the Transferee the Transferred Claim, recognizing the Transferee as the sole owner and holder of the Transferred Claim, and directing that all notices or payments or distributions of money or property in respect of the Transferred Claim be delivered or made to the Transferee.

3. The Manager has signed this Evidence of Transfer as agent for and on behalf of the Transferor and neither its firm, its firm's members, partners, directors, officers, employees nor any of their respective agents, advisers or representatives shall incur any personal liability whatsoever in respect of, or in relation to, this Evidence of Transfer. The exclusion of liability set out in this paragraph shall arise and continue notwithstanding the termination of the agency of the Manager and shall operate as a disclaimer of any claims in tort as well as under the laws of contract, and any claims otherwise at law or in equity. Though not parties to this Evidence of Transfer, the Manager, its firm, its firm's members, partners, directors, officers, employees and each of their respective agents, advisers or representatives shall be entitled to rely on this paragraph of this Evidence of Transfer as if they were a party to it.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 9 day of OCTOBER 2017.

| | |
|---|---|
| BISON NIESTANDARYZOWANY SEKURYTYZACYJNY FUNDUSZ INWESTYCYJNY ZAMKNIĘTY | Lehman Brothers Holdings Inc. |
| By: _____ | By: _____ |

| BISON NIESTANDARYZOWANY SEKURYTYZACYJNY FUNDUSZ INWESTYCYJNY ZAMKNIĘTY | Lehman Brothers Holdings Inc. |
|---|---|
| Name: Monika Jabłońska / Tomasz Bedla | Name: CHRISTOPHER MOSHER |
| Title: Członek Zarządu / Wiceprezes Zarządu | Title: S.V.P. |

Kancelaria Notarialna
Paweł Sawicki Notariusz
00-845 Warszawa, ul. Łucka 20 lok. 74
tel: 22 119 66 61
e-mail: sawicki@notariusze-wola.pl

**Repertorium A Nr** 10038/2017

Dnia dziewiątego października roku dwa tysiące siedemnastego (09.10.2017) **Paweł Sawicki Notariusz w Warszawie**, prowadzący Kancelarię Notarialną przy ulicy Łuckiej 20 lok. 74 w Warszawie, przybyły do lokalu biurowego w Warszawie przy ulicy Grójeckiej numer 5, poświadcza, że podpisy pod dokumentem w języku angielskim złożyli w jego obecności: ---------------------------------------------------------------------

**1. Tomasz Andrzej Bedla**, według oświadczenia zamieszkały: 25-607 Kielce, ulica Bolesława Chrobrego numer 57, legitymujący się dowodem CCK 435176, PESEL 86092308277, ---------------------------------------------------------------------

**2. Monika Anna Jabłońska**, według oświadczenia zamieszkała: 05-402 Otwock, ulica Piwna numer 4A, legitymująca się dowodem osobistym CFC 009211 ważnym do dnia 14 lipca 2027 roku, PESEL 81052601081,---------------------------------------------------------

- łącznie reprezentujący spółkę pod firmą: **Copernicus Capital Towarzystwo Funduszy Inwestycyjnych Spółka Akcyjna z siedzibą w Warszawie** (adres: 02-019 Warszawa, ulica Grójecka numer 5, REGON: 015748600, NIP: 1070000939), wpisaną do rejestru przedsiębiorców Krajowego Rejestru Sądowego prowadzonego przez Sąd Rejonowy dla m.st. Warszawy w Warszawie, XII Wydział Gospodarczy Krajowego Rejestru Sądowego pod numerem KRS 0000206615, składający podpis pod Ad. 1 jako Wiceprezes Zarządu, składająca podpis pod Ad. 2 jako Członek Zarządu powyższej spółki, ujawnieni w tym charakterze w rejestrze przedsiębiorców, uprawnieni do łącznej reprezentacji powyższej spółki, co wynika z okazanej informacji odpowiadającej odpisowi aktualnemu z Rejestru Przedsiębiorców pobranej w dniu 09 października 2017 roku z Centralnej Informacji Krajowego Rejestru Sądowego na podstawie art. 4 ust. 4aa ustawy z dnia 20 sierpnia 1997 roku o Krajowym Rejestrze Sądowym (Dz. U. z 2017 r., poz. 700 z późn. zm.) – identyfikator wydruku: RP/206615/47/20171009093120, która to spółka pod firmą:

Copernicus Capital Towarzystwo Funduszy Inwestycyjnych Spółka Akcyjna z siedzibą w Warszawie reprezentuje fundusz inwestycyjny **BISON Niestandaryzowany Sekurytyzacyjny Fundusz Inwestycyjny Zamknięty z siedzibą w Warszawie** (adres: 02-019 Warszawa, ul. Grójecka 5, REGON: 140673510, NIP: 1070005109), wpisany do rejestru funduszy inwestycyjnych, prowadzonego przez Sąd Okręgowy w Warszawie, VII Wydział Cywilny Rejestrowy pod numerem RFi 245, co wynika z wyciągu z rejestru funduszy inwestycyjnych prowadzonego przez Sąd Okręgowy w Warszawie VII Wydział Cywilny Rejestrowy z dnia 08 marca 2017 roku; według oświadczenia Składających podpisy nie zachodzą żadne okoliczności, wyłączające lub ograniczające ich uprawnienia do łącznego reprezentowania spółki pod firmą Copernicus Capital Towarzystwo Funduszy Inwestycyjnych Spółka Akcyjna z siedzibą w Warszawie. ------------------------

Tożsamość Składających podpisy Notariusz stwierdził na podstawie okazanych i powołanych powyżej dokumentów tożsamości. ------------------------------------------------

*Opłaty wynoszą:* ------------------------------------------------------------------------------
*- wynagrodzenie notariusza na podstawie §13 oraz §17 rozporządzenia Ministra Sprawiedliwości z dnia 28 czerwca 2004 roku w sprawie maksymalnych stawek taksy notarialnej (Dz. U. z 2013 roku, poz. 237 ze zm.) -------------------------------------- 200 zł,*
*-podatek od towarów i usług według stawki 23% na podstawie art. 146a pkt. 1) ustawy z dnia 11 marca 2004 roku o podatku od towarów i usług (tekst jednolity: Dz. U. z 2017 roku, poz. 1221 z późn. zm.) ----------------------------------------------------------------- 46 zł.*

Paweł Sawicki
Notariusz

2

Niniejszym poświadczam autentyczność podpisu **Pawła Sawickiego** – notariusza i pieczęci urzędowej notariusza **Pawła Sawickiego**

Pobrano opłatę skarbową w kwocie 26,00 zł

Warszawa, dnia 10 października 2017 r.

................................................................................
(podpis osoby uwierzytelniającej i jej tytuł służbowy)

(pieczęć urzędowa

**APOSTILLE**
(Convention de La Haye du 5 octobre 1961)

1. Państwo / Country: **Rzeczpospolita Polska**
Niniejszy dokument urzędowy / This public document
2. podpisany został przez
has been signed by **Ewa Talarczyk**
3. działającego w charakterze
acting in the capacity of **Prezes**

4. zaopatrzony jest w pieczęć/stempel
bears the seal/stamp of **Sąd Okręgowy w Warszawie**

Poświadczony / Certified
5. w / at Warszawa       6. dnia / the    **2017-10-10**
7. przez / by Ministerstwo Spraw Zagranicznych
8. Nr / N°: **36876/2017**
9. Pieczęć/stempel         10. Podpis:
Seal/stamp:                Signature:


Urszula Raznowiecka
I Radca

TRANSLATED FROM POLISH

**Notarial Office,**
**Paweł Sawicki, Notary**
**00-845 Warszawa, ul. Łucka 20 lok. 7**
**Tel: 22 119 66 61**
**e-mail: sawicki@notariusze-wola.pl**

**Repertory A No. 10039/2017**

On this ninth of October in the year of two thousand and seventeen (09.10.2017), **Paweł Sawicki, Notary in Warsaw,** of Notarial Office at ulica Łucka 20 lok. 74 in Warsaw, who came to the offices in Warsaw at ulica Górecka No. 5, hereby certifies that the signatures under the document in English were made in his presence by: ------

**1. Tomasz Andrzej Bedla,** according to his statement residing at the following address: 25-607 Kielce, ulica Bolesława Chrobrego No. 57, holder of identity card CCK 435176, PESEL 86092308277, ------

**2. Monika Anna Jabłońska,** according to her statement residing at the following address: 05-402 Otwock, ulica Piwna No. 4A, holder of identity card CFC 009211, expiring on 14 July 2027, PESEL 81052601081, ------

- who jointly represent the company styled: **Copernicus Capital Towarzystwo Funduszy Inwestycyjnych Spółka Akcyjna with its registered seat in Warsaw** (address: 02-019 Warsaw, ulica Grójecka No. 5, REGON: 015748600, NIP: 1070000939), entered in the Register of Business Entities of the National Court Register maintained by the District Court for the Capital City of Warsaw in Warsaw, XII Commercial Division of the National Court Register, under KRS No. 0000206615, and who signed in the capacity of – Ad.1 – the Vice President of the Management Board and Ad.2 – a Member of the Management Board of the above-referenced company, both disclosed as such in the Register of Business Entities and as the persons authorised to jointly represent the above-mentioned company which has been established on the basis of the information corresponding to the current extract from the Register of Business Entities downloaded on 9 October 2017 from the Central Information of the National Court Register pursuant to Article 4, section 4aa of the Act of 20 August 1997 on the National Court Register (Journal of Laws of 2017, item 700, as amended), print-out ID RP/206615/47/20171009093120. The above mentioned company styled Copernicus Capital Towarzystwo Funduszy Inwestycyjnych Spółka Akcyjna with its registered seat in Warsaw represents the non-standard closed securitisation investment fund styled **BISON Niestandaryzowany Sekurytyzacyjny Fundusz Inwestycyjny Zamknięty with its registered seat in Warsaw** (address: 02-019 Warsaw, ul. Grójecka 5, REGON: 140673510, NIP: 1070005109), entered in the Register of Investment Funds maintained by the Regional Court in Warsaw, VII Civil and Registry Division, under No. RFi 245, as evidenced by the copy of an extract from the Register of Investment Funds maintained by the Regional Court in Warsaw, VII Civil and Registry Division of 8 March 2017; based on a statement made by the Signatories, no circumstances exist that would exclude or limit their power of joint representation of the company styled Copernicus Capital Towarzystwo Funduszy Inwestycyjnych Spółka Akcyjna with its registered seat in Warsaw. ------

The identity of the Signatories was established by the Notary on the basis of the above mentioned identification documents which were presented herewith. ------

*The fees are as follows:* ------

- the fee of the notary due pursuant to §13 and §17 of the regulation of the Minister of Justice of 28 June 2004 on maximum notarial fees (Journal of Laws of 2013, item 237, as amended) --------PLN 200

- goods and services tax (VAT) at the rate of 23% pursuant to Article 146a(1) of the act of 11 March 2004 on goods and services tax (VAT) (consolidated text: Journal of Laws of 2017, item 1221, as amended) ------ PLN 46

|  State Seal: | Stamped and signed: |
|---|---|
| "Paweł Sawicki, Notary in Warsaw" | "Paweł Sawicki, Notary" |



*On a sheet of paper attached to the above notarial deed, sewn together and sealed with the seal of the Regional Court in Warsaw – 12"*

I hereby certify the authenticity of the signature of **Paweł Sawicki** – notary and of the official seal of **Paweł Sawicki**, notary

Collected stamp duty of PLN 26.00

Warsaw, 10 October 2017

Stamped and signed (*signature of the person authenticating the signature and the official title of such person*): *"For the President of the Regional Court in Warsaw, Inspecting Judge for Civil Matters, Regional Court Judge, Ewa Talarczyk"*

*State Seal: "Regional Court in Warsaw – 12"*

*Overleaf:*

## APOSTILLE
### (Convention de La Haye du 5 octobre 1961)

1. Country: Republic of Poland
   This public document
2. has been signed by **Ewa Talarczyk**
3. Acting in the capacity of **President**
4. bears the seal/stamp of **the Regional Court in Warsaw**

   Certified
5. at Warsaw          6. the 10 October 2017
7. by The Ministry of Foreign Affairs
8. No. **36876/2017**
9. Seal/stamp:           10. Signature:
   *"Ministry of Foreign Affairs"*   *"Urszula Raznowiecka,
                                    Ist Counsellor"*

*On the top right corner of the label on which the above apostille was affixed on the document there is a small round, silver label with the inscription "RP" thereon.*

---

*I, Hanna Husak, duly commissioned sworn translator of English, registered on the list of sworn translators maintained by the Minister of Justice under number TP/718/05, do hereby certify that the above is a true and correct translation of the document in Polish presented to me on 11 October 2017. Rep. No. 79a/2017.*

