B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.              Case No. 08-13555 (SCC)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

**BKM HOLDINGS (CAYMAN) LTD.**              **GOLDMAN SACHS & CO.**
Name of Transferee                                  Name of Transferor

**BKM HOLDINGS (CAYMAN) LTD.**              Court Claim # (if known): See Schedule 1
c/o Davidson Kempner Capital Management      Amount of Claim Transferred: See Schedule 1
520 Madison Avenue, 30th Floor                  ISIN/CUSIP: See Schedule 1
New York, New York 10022
Telephone: 212 446 4018
Facsimile: 212 371 4318
Email: jdonovan@dkpartners.com
Attn: Jennifer Donovan
Name and address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**BKM HOLDINGS (CAYMAN) LTD.**
By Midtown Acquisitions L.P., its sole shareholder
By Midtown Acquisitions GP LLC, its general partner

By: _____              Date: _October 13, 2017_
Transferee/Transferee's Agent

KL2 3031460.1

Schedule 1

| | ISIN/CUSIP | Proof of Claim | Allowed Amount of Claim Transferred | Aggregate Amount of Claim Transferred |
|---|---|---|---|---|
| 1. | XS0276341418 | 49737.08 | $3,689,674.96 | |
| 2. | XS0276341418 | 49737.1 | $35,477.72 | $10,643,293.23 |
| 3. | XS0276341418 | 49737.15 | $4,257,317.31 | |
| 4. | XS0276341418 | 49737.48 | $2,660,823.24 | |
| 5. | XS0251195847 | 55811.03 | $305,526.08 | $305,526.08 |
| 6. | XS0251195847 | 55816.02 | $943,536.40 | $952,522.46 |
| 7. | XS0251195847 | 55816.05 | $8,986.06 | |
| 8. | XS0270828584 | 55829.32 | $2,798,109.52 | |
| 9. | XS0270828584 | 55829.33 | $9,359,918.43 | $14,228,976.13 |
| 10. | XS0270828584 | 55829.34 | $1,438,792.85 | |
| 11. | XS0270828584 | 55829.44 | $632,155.33 | |
| 12. | DE000A0MJHE1 | 58568.03 | $31,984,379.50 | $34,116,671.47 |
| 13. | DE000A0MJHE1 | 58568.04 | $2,132,291.97 | |
| 14. | XS0251195847 | 58792.15 | $14,719,167.84 | $14,719,167.84 |
| 15. | XS0298692434 | 59738 | $1,959,488.64 | $6,531,628.82 |
| 16. | XS0298692434 | 59738.01 | $4,572,140.18 | |
| 17. | XS0298692434 | 59739 | $3,448,700.04 | |
| 18. | XS0298692434 | 59739.01 | $2,586,525.01 | $8,621,750.05 |
| 19. | XS0298692434 | 59739.02 | $1,810,567.51 | |
| 20. | XS0298692434 | 59739.03 | $775,957.49 | |
| 21. | XS0305645375 | 61099 | $5,432,685.69 | $8,357,977.98 |
| 22. | XS0305645375 | 61099.01 | $2,925,292.29 | |
| 23. | XS0298692434 | 63653.01 | $130,632.55 | $1,045,060.61 |
| 24. | XS0298692434 | 63653.05 | $914,428.06 | |
| 25. | XS0298692434 | 63654.08 | $224,034.85 | $224,034.85 |
| 26. | XS0298692434 | 63661.01 | $690,393.04 | $789,020.77 |
| 27. | XS0298692434 | 63661.04 | $98,627.73 | |

<u>AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM</u>
<u>LEHMAN PROGRAM SECURITY</u>

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **GOLDMAN SACHS & CO. LLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **BKM HOLDINGS (CAYMAN) LTD.** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the allowed amounts specified in Schedule 1 attached hereto (collectively, the "Purchased Claim"), in Seller's right, title and interest in and to the Proofs of Claim related to the Purchased Claim as specified in Schedule 1 attached hereto filed by or on behalf of Seller's predecessors in interest (the "Proofs of Claim") against Lehman Brothers Holdings Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (SCC) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any predecessor in interest acquired the rights underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto, and (d) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"). For the avoidance of doubt, Purchaser does not assume and shall not be responsible for any obligations or liabilities of the Seller related to or in connection with the Transferred Claims or the Proceedings.

2.    Seller hereby represents and warrants to Purchaser that: (a) the Proofs of Claim were duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proofs of Claim relate to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer of Claim; (e) the Proofs of Claim include the Purchased Claim specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that, with respect to the Transferred Claims, will give rise to any setoff, defense or counterclaim or will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other general unsecured creditors of the same class and type as the Purchased Claim; (g) Seller has delivered to Purchaser true and correct copies of distribution notices on account of the Transferred Claims, to the extent provided to Seller by Seller's predecessors in interest (and, to Seller's knowledge, there have been no supplements, amendments or revisions thereto); (h) Seller has delivered to Purchaser true and correct copies of the distribution notices (but subject to certain redactions of information not pertinent to the Transferred Claims) received by it from the Debtor relating to the sixth distribution on or about October 2, 2014, the seventh distribution on or about April 2, 2015, the eighth distribution on or about October 1, 2015, the ninth distribution on or about March 31, 2016, the tenth distribution on or about June 16, 2016, the eleventh distribution on or about October 6, 2016, the twelfth distribution on or about April 6, 2017, and the thirteenth distribution on or about October 5, 2017 (which have not been supplemented, amended or revised) that set forth the distributions paid by the Debtor to Seller on account of the Transferred Claims (collectively, the "LBHI Statements"); (i) Seller has received the distributions paid by the Debtor in respect of the

971416v.9 3091/00705

Transferred Claims (collectively, the "LBHI Distributions") in the amounts set forth in the LBHI Statements and reflected in Schedule 2 attached hereto (collectively, the "LBHI Distributions"); (j) Seller has received the distributions paid by Lehman Brothers Treasury Co. B.V. ("Lehman BV") in respect of the Transferred Claims (collectively, the "BV Distributions") reflected in Schedule 3 attached hereto; and (k) other than the LBHI Distributions and BV Distributions, Seller has not received any payments or distributions, whether directly or indirectly, on account of the Transferred Claims.

3.      Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Following the date of this Agreement, Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller on or after the trade date of February 7, 2017. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer of Claim, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

*[Remainder of page intentionally blank]*

971416v.9 3091/00705

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 13ʳᵈ day of October, 2017.

**GOLDMAN SACHS & CO. LLC**

By: _____
Name: Adam Savarese
Title: Managing Director

Address:
200 West Street
New York, NY 10282-2198
Fax:     (646) 769-7700
Attn:   Melissa Brown
E-mail: melissa.v.brown@gs.com
With copies to:
E-mail: ficc-ny-closers@gs.com
        gsd.link@gs.com
        gs-sbd-admin-contacts@ny.email.gs.com

**BKM HOLDINGS (CAYMAN) LTD.**
By: Midtown Acquisitions L.P., its sole shareholder
By: Midtown Acquisitions GP LLC, its general partner

By: _____
Name:
Title:

Address:
c/o Walkers Corporate Limited,
Cayman Corporate Centre,
27 Hospital Road
George Town, Grand Cayman KY1-9008
Cayman Islands

With a copy to:
c/o Davidson Kempner Capital Management,
520 Madison Avenue, 30ᵗʰ Floor,
New York, NY 10022

Tel: 212 446 4018
Fax: 212 371 4318
Email: jdonovan@dkpartners.com
Attn: Jennifer Donovan

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 13th day of October, 2017.

**GOLDMAN SACHS & CO. LLC**

By: _____
Name:
Title:

Address:
200 West Street
New York, NY 10282-2198
Fax:     (646) 769-7700
Attn:    Melissa Brown
E-mail: melissa.v.brown@gs.com
With copies to:
E-mail: ficc-ny-closers@gs.com
            gsd.link@gs.com
            gs-sbd-admin-contacts@ny.email.gs.com

**BKM HOLDINGS (CAYMAN) LTD.**
By: Midtown Acquisitions L.P., its sole shareholder
By: Midtown Acquisitions GP LLC, its general partner

By: _____
Name: Avram Friedman
Title: Manager

Address:
c/o Walkers Corporate Limited,
Cayman Corporate Centre,
27 Hospital Road
George Town, Grand Cayman KY1-9008
Cayman Islands

With a copy to:
c/o Davidson Kempner Capital Management,
520 Madison Avenue, 30th Floor,
New York, NY 10022

Tel: 212 446 4018
Fax: 212 371 4318
Email: jdonovan@dkpartners.com
Attn: Jennifer Donovan

971416v.9 3091/00705

Schedule 1

## Transferred Claims

Purchased Claim

The Purchased Claim consists of the Allowed Amounts in U.S. Dollars of the Securities under the Proofs of Claim set forth below.

Lehman Programs Securities to which Transfer Relates

|     | ISIN/CUSIP | Issuer | Guarantor | Proof of Claim Number | Principal / Notional Amount of Security Purchased | Allowed Amount in USD Being Transferred Hereunder |
| --- | --- | --- | --- | --- | --- | --- |
| 1. | DE000A0MJHE1 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 58568.03 | EUR 30,000,000 | $31,984,379.50 |
| 2. | DE000A0MJHE1 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 58568.04 | EUR 2,000,000 | $2,132,291.97 |
| 3. | XS0298692434 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 59738 | HKD 15,000,000 | $1,959,488.64 |
| 4. | XS0298692434 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 59738.01 | HKD 35,000,000 | $4,572,140.18 |
| 5. | XS0298692434 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 59739.01 | HKD 19,800,000 | $2,586,525.01 |
| 6. | XS0298692434 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 59739.02 | HKD 13,860,000 | $1,810,567.51 |
| 7. | XS0298692434 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 59739 | HKD 26,400,000 | $3,448,700.04 |
| 8. | XS0298692434 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 59739.03 | HKD 5,940,000 | $775,957.49 |
| 9. | XS0298692434 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 63653.05 | HKD 7,108,855 | $914,428.06 |
| 10. | XS0298692434 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 63653.01 | HKD 1,015,550 | $130,632.55 |
| 11. | XS0298692434 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 63654.08 | HKD 1,741,669 | $224,034.85 |
| 12. | XS0298692434 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 63661.04 | HKD 766,742 | $98,627.73 |
| 13. | XS0298692434 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 63661.01 | HKD 5,367,184 | $690,393.04 |
| 14. | XS0270828584 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55829.44 | CHF 692,000 | $632,155.33 |
| 15. | XS0270828584 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55829.34 | CHF 1,575,000 | $1,438,792.85 |
| 16. | XS0270828584 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55829.32 | CHF 3,063,000 | $2,798,109.52 |
| 17. | XS0270828584 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55829.33 | CHF 10,246,000 | $9,359,918.43 |
| 18. | XS0251195847 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55811.03 | GBP 170,000 | $305,526.08 |
| 19. | XS0251195847 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55816.02 | GBP 525,000 | $943,536.40 |
| 20. | XS0251195847 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55816.05 | GBP 5,000 | $8,986.06 |
| 21. | XS0251195847 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 58792.15 | GBP 8,190,000 | $14,719,167.84 |
| 22. | XS0305645375 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 61099 | EUR 5,200,000 | $5,432,685.69 |
| 23. | XS0305645375 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 61099.01 | EUR 2,800,000 | $2,925,292.29 |

| 24. | XS0276341418 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 49737.48 | EUR 1,875,000 | $2,660,823.24 |
| 25. | XS0276341418 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 49737.08 | EUR 2,600,000 | $3,689,674.96 |
| 26. | XS0276341418 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 49737.1 | EUR 25,000 | $35,477.72 |
| 27. | XS0276341418 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 49737.15 | EUR 3,000,000 | $4,257,317.31 |

Schedule 2

LBHI Distributions

| ISIN | POC # | Allowed Amount | October 2, 2014 | April 2, 2015 | October 1, 2015 | March 31, 2016 | June 16, 2016 | October 6, 2016 | April 6, 2017 | October 5, 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| DE000A0MJHE1 | 58568.03 | $31,984,379.50 | $951,009.15 | $649,006.87 | $495,009.76 | $137,366.19 | $204,556.09 | $359,629.80 | $273,904.31 | 175,226.10 |
| DE000A0MJHE1 | 58568.04 | $2,132,291.97 | $63,400.61 | $43,267.12 | $33,000.65 | $9,157.74 | $13,637.07 | $23,975.32 | $18,260.28 | 11,681.74 |
| XS0298692434 | 59738 | $1,959,488.64 | $58,262.55 | $39,760.70 | $30,326.24 | $8,415.59 | $12,531.90 | $22,032.33 | $16,780.45 | 10,735.04 |
| XS0298692434 | 59738.01 | $4,572,140.18 | $135,945.96 | $92,774.98 | $70,761.23 | $19,636.38 | $29,241.12 | $51,408.77 | $39,154.39 | 25,048.42 |
| XS0298692434 | 59739.01 | $2,586,525.01 | $76,906.57 | $52,484.13 | $40,030.63 | $11,108.58 | $16,542.12 | $29,082.68 | $22,150.19 | 14,170.25 |
| XS0298692434 | 59739.02 | $1,810,567.51 | $53,834.60 | $36,738.89 | $28,021.44 | $7,776.00 | $11,579.48 | $20,357.87 | $15,505.13 | 9,919.18 |
| XS0298692434 | 59739 | $3,448,700.04 | $102,542.10 | $69,978.84 | $53,374.18 | $14,811.44 | $22,056.16 | $38,776.90 | $29,533.59 | 18,893.67 |
| XS0298692434 | 59739.03 | $775,957.49 | $23,071.97 | $15,745.24 | $12,009.19 | $3,332.57 | $4,962.63 | $8,724.80 | $6,645.05 | 4,251.08 |
| XS0298692434 | 63653.05 | $914,428.06 | $27,189.19 | $18,554.99 | $14,152.24 | $3,927.27 | $5,848.22 | $10,281.75 | $7,830.87 | 5,009.68 |
| XS0298692434 | 63653.01 | $130,632.55 | $3,884.17 | $2,650.71 | $2,021.74 | $561.03 | $835.46 | $1,468.82 | $1,118.69 | 715.67 |
| XS0298692434 | 63654.08 | $224,034.85 | $6,661.35 | $4,545.97 | $3,467.29 | $962.18 | $1,432.81 | $2,519.02 | $1,918.56 | 1,227.37 |
| XS0298692434 | 63661.04 | $98,627.73 | $2,932.55 | $2,001.29 | $1,526.42 | $423.58 | $630.77 | $1,108.96 | $844.61 | 540.33 |
| XS0298692434 | 63661.01 | $690,393.04 | $20,527.84 | $14,009.02 | $10,684.94 | $2,965.09 | $4,415.40 | $7,762.72 | $5,912.31 | 3,782.31 |
| XS0270828584 | 55829.44 | $632,155.33 | $18,796.22 | $12,827.29 | $9,783.62 | $2,714.97 | $4,042.94 | $7,107.90 | $5,413.58 | 3,463.26 |
| XS0270828584 | 55829.34 | $1,438,792.85 | $42,780.42 | $29,195.07 | $22,267.63 | $6,179.31 | $9,201.79 | $16,177.67 | $12,321.37 | 7,882.41 |
| XS0270828584 | 55829.32 | $2,798,109.52 | $83,197.73 | $56,777.47 | $43,305.24 | $12,017.29 | $17,895.30 | $31,461.71 | $23,962.14 | 15,329.42 |
| XS0270828584 | 55829.33 | $9,359,918.43 | $278,303.60 | $189,925.56 | $144,859.80 | $40,198.88 | $59,861.35 | $105,242.17 | $80,155.43 | 51,278.22 |
| XS0251195847 | 55811.03 | $305,526.08 | $9,084.37 | $6,199.54 | $4,728.50 | $1,312.17 | $1,953.99 | $3,435.31 | $2,616.43 | 1,673.82 |
| XS0251195847 | 55816.02 | $943,536.40 | $28,054.69 | $19,145.64 | $14,602.74 | $4,052.29 | $6,034.38 | $10,609.04 | $8,080.15 | 5,169.15 |
| XS0251195847 | 55816.05 | $8,986.06 | $267.19 | $182.33 | $139.07 | $38.59 | $57.47 | $101.03 | $76.95 | 49.23 |
| XS0251195847 | 58792.15 | $14,719,167.84 | $437,653.11 | $298,672.08 | $227,802.82 | $63,215.73 | $94,136.43 | $165,501.14 | $126,050.39 | 80,638.81 |
| XS0305645375 | 61099 | $5,432,685.69 | $161,533.03 | $110,236.63 | $84,079.55 | $23,332.24 | $34,744.74 | $61,084.68 | $46,523.83 | 29,762.91 |
| XS0305645375 | 61099.01 | $2,925,292.29 | $86,979.32 | $59,358.18 | $45,273.60 | $12,563.51 | $18,708.70 | $32,891.75 | $25,051.29 | 16,026.18 |
| XS0276341418 | 49737.48 | $2,660,823.24 | $79,115.72 | $53,991.74 | $41,180.52 | $11,427.67 | $17,017.29 | $29,918.08 | $22,786.46 | 14,577.29 |
| XS0276341418 | 49737.08 | $3,689,674.96 | $109,707.13 | $74,868.55 | $57,103.66 | $15,846.37 | $23,597.31 | $41,486.41 | $31,597.23 | 20,213.85 |
| XS0276341418 | 49737.1 | $35,477.72 | $1,054.88 | $719.89 | $549.07 | $152.36 | $226.89 | $398.90 | $303.82 | 194.36 |
| XS0276341418 | 49737.15 | $4,257,317.31 | $126,585.16 | $86,386.80 | $65,888.83 | $18,284.28 | $27,227.67 | $47,868.93 | $36,458.34 | 23,323.67 |

Schedule 3

Lehman BV Distributions

| ISIN/CUSIP | Principal / Notional Amount | October 28, 2014 | April 27, 2015 | October 29, 2015 | April 28, 2016 | July 14, 2016 | November 29, 2016 | May 4, 2017 |
|---|---|---|---|---|---|---|---|---|
| DE000A0MJHE1 | EUR 32,000,000 | EUR 804,736.83 | EUR 644,712.89 | EUR 469,090.26 | EUR 131,301.98 | EUR 196,626.59 | EUR 361,750.59 | EUR 267,001.31 |
| XS0298692434 | HKD 132,000,000 | HKD 5,573,121.86 | HKD 3,748,841.22 | HKD 2,883,301.03 | HKD 806,252.13 | HKD 1,179,796.76 | HKD 2,081,726.95 | HKD 1,585,283.27 |
| XS0270828584 | CHF 15,576,000 | CHF 439,720.89 | CHF 299,340.78 | CHF 230,807.36 | CHF 65,081.89 | CHF 96,401.08 | CHF 175,638.51 | CHF 131,251.66 |
| XS0251195847 | GBP 8,890,000 | GBP 392,806.27 | GBP 285,774.98 | GBP 212,245.58 | GBP 63,653.26 | GBP 104,112.66 | GBP 189,772.59 | GBP 140,132.31 |
| XS0305645375 | EUR 8,000,000 | EUR 243,302.58 | EUR 194,921.25 | EUR 141,823.85 | EUR 39,697.59 | EUR 59,447.70 | EUR 109,370.98 | EUR 80,724.66 |
| XS0276341418 | EUR 7,500,000 | EUR 244,925.95 | EUR 196,221.81 | EUR 142,770.13 | EUR 39,962.46 | EUR 59,844.35 | EUR 110,100.73 | EUR 81,263.28 |