UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- x
In re:
: Chapter 11
:
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.
: (Jointly Administered)
Debtors.
: Ref. Docket Nos. 56254, 56280,
: 56290, 56303 and 56304
--------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 10, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 10, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
11th day of October, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000123132598 ***      LBH TRFNTC (MERGE2, TXNUM2) 4000103073



CREDIT SUISSE
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

Please note that your claim # 5355829-46 in the above referenced case and in the amount of $0.00 allowed at $27,327.33 has been transferred (unless previously expunged by court order)

VENETO BANCA SPA
TRANSFEROR: CREDIT SUISSE
VIA FELT TRINA SUD 250
MONTEBELLUNA TV 31044
 ITALY

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER      56254      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/10/2017            Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           EPIQ BANKRUPTCY SOLUTIONS, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 10, 2017.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN   ITALY |
| BANCA IFIGEST SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: RAG. ENRICO ALGHIERI, PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |
| BANCA POPOLARE DI SPOLETO S.P.A. | ATTN: MR. VALERIO VOLPI, PIAZZA LUIGI PIANCIANI, 5, SPOLETO (PERUGIA) 06049 ITALY |
| BANCA POPOLARE DI SPOLETO S.P.A. | ATTN: MR. VALERIO VOLPI, PIAZZA LUIGI PIANCIANI, 5, SPOLETO (PERUGIA) 06049 ITALY |
| BANCA POPOLARE DI SPOLETO S.P.A. | ATTN: MR. VALERIO VOLPI, PIAZZA LUIGI PIANCIANI, 5, SPOLETO (PERUGIA) 06049 ITALY |
| CREDIT AGRICOLE CARIPARMA SPA | TRANSFEROR: BANCA POPOLARE DI SPOLETO S.P.A., VIA LANGHIRANO 51/A, PARMA 43124 ITALY |
| CREDIT AGRICOLE CARIPARMA SPA | TRANSFEROR: BANCA POPOLARE DI SPOLETO S.P.A., VIA LANGHIRANO 51/A, PARMA 43124 ITALY |
| CREDIT AGRICOLE CARIPARMA SPA | TRANSFEROR: BANCA POPOLARE DI SPOLETO S.P.A., VIA LANGHIRANO 51/A, PARMA 43124 ITALY |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE ITALY SPA | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE ITALY SPA | CRAVATH, SWAINE & MOORE LLP, WORLDWIDE PLAZA, ATTN: RICHARD LEVIN, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE ITALY SPA | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| UBS AG | TRANSFEROR: CREDIT SUISSE ITALY SPA, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| VENETO BANCA SPA | TRANSFEROR: CREDIT SUISSE, VIA FELT TRINA SUD 250, MONTEBELLUNA TV 31044 ITALY |

**Total Creditor Count 15**