**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.*,

              Debtors.
------------------------------------------------------------------- X

: Chapter 11
:
: Case No. 08-13555 (SCC)
:
: (Jointly Administered)
:
: Ref. Docket No. 56289

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 10, 2017, I caused to be served the "Notice of Defective Transfer," dated October 10, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                               */s/ Forrest Kuffer*
                                                                               Forrest Kuffer

Sworn to before me this
11th day of October, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

　　　　Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000123132611 ***　　　　LBH DEFTRFNTC (MERGE2, TXNUM2) 4000152820



CREDIT SUISSE ITALY SPA
TRANSFEROR: UBS AG
ATTN: MARIA LUZZI
VIA SANTA MARGHERITA, 3
MILANO 20121
 ITALY

UBS AG
ATTN: STEPHEN GFELLER
BAHNOFSTRASSE 45
CH-8001 ZURICH
 SWITZERLAND

**Your transfer of claim # 559233-96 is defective for the reason(s) checked below:**

Other THERE ARE NOT ENOUGH FUNDS LEFT IN THE CLAIM HELD BY CS

Docket Number　56289　　　　　Date:　09/20/2017

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE ITALY SPA | TRANSFEROR: UBS AG, ATTN: MARIA LUZZI, VIA SANTA MARGHERITA, 3, MILANO 20121 ITALY |
| UBS AG | ATTN: STEPHEN GFELLER, BAHNOFSTRASSE 45, CH-8001 ZURICH  SWITZERLAND |

**Total Creditor Count 2**