**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------ x
                                                                   :   Chapter 11
In re:                                                             :
                                                                   :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                             :
                                                                   :   (Jointly Administered)
                                        Debtors.                   :
                                                                   :   Ref. Docket Nos. 55965, 56218, 56229,
                                                                   :   56230, 56253, 56257, 56272, 56278,
                                                                   :   56281, 56283, 56292, 56293, 56315 –
                                                                   :   56317, 56319, 56321, and 56323
------------------------------------------------------------------ X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 11, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 11, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Forrest Kuffer
Forrest Kuffer

Sworn to before me this
12th day of October, 2017
/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000123151477 ***   LBH TRFNTC (MERGE2, TXNUM2) 4000179384



BANCO SANTANDER INTERNATIONAL
TRANSFEROR: CITIBANK, N.A.
ATTN: MARCO PRADO
1401 BRICKELL AVE, SUITE 1500
MIAMI, FL 33131

Please note that your claim # 55393-36 in the above referenced case and in the amount of $983,268.15 allowed at $208,468.51 has been transferred (unless previously expunged by court order)

CITIBANK, N.A.
ATTN: MARIA ELIZABETH COLL
601 LEXINGTON AVENUE, 17TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER   55965   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/11/2017     Vito Genna, Clerk of Court

/s/ Tony Persaud
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 11, 2017.

# EXHIBIT B

## SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN ITALY |
| BANCA IFIGEST SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: RAG. ENRICO ALGHIERI, PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |
| BANCA IFIGEST SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: MR DR. ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |
| BANCA MEDIOLANUM S.P.A. | TRANSFEROR: UBS AG, ATTN: HEAD OF OPERATION CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO (MI) 20080 ITALY |
| BANCA MEDIOLANUM SPA | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, ATTN MASSIMO DORIS, VIA F.SFORZA 15, 20080 BASIGLIO MILANO (MI) ITALY |
| BANCO SANTANDER INTERNATIONAL | TRANSFEROR: CITIBANK, N.A., ATTN: MARCO PRADO, 1401 BRICKELL AVE, SUITE 1500, MIAMI, FL 33131 |
| BANCO SANTANDER INTERNATIONAL | TRANSFEROR: CITIBANK, N.A., ATTN: MARCO PRADO, 1401 BRICKELL AVE., SUITE 1500, MIAMI, FL 33131 |
| BANK HAPAOLIM B.M. ISRAEL | TRANSFEROR: BANK HAPOALIM B.M., 50 ROTHSCHILD BOULEVARD, TEL AVIV ISRAEL |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | TRANSFEROR: UBS AG, ATTN: HAGIT MEIROVIZ, ADV., 63-65 YEHUDA HALEVI ST., TEL AVIV ISRAEL |
| BANK HAPOALIM B.M. | DAVID HERTZ AND HAROLD J. WEISSLER, BANK HAPOALIM B.M., 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK HAPOALIM B.M. | 50, ROTHSCHILD BLVD, 66883 TEL AVIV ISRAEL |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK HAPOALIM B.M. | 50, ROTHSCHILD BLVD, 66883 TEL AVIV ISRAEL |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CITIBANK, N.A., LONDON BRANCH, ATTN: PATRICK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH SWITZERLAND |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT-ATTN JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CITIBANK, N.A. | ATTN: MARIA ELIZABETH COLL, 601 LEXINGTON AVENUE, 17TH FLOOR, NEW YORK, NY 10022 |
| CITIBANK, N.A. | ATTN: MARIA ELIZABETH COLL, 601 LEXINGTON AVENUE, 17TH FLOOR, NEW YORK, NY 10022 |
| CITIBANK, N.A., LONDON BRANCH | ATTN: ROBERT STEMMONS, CITIGROUP CENTRE, 33 CANADA SQUARE, CANARY WHARF, LONDON E14 5LB UNITED KINGDOM |
| CITIBANK, N.A., LONDON BRANCH | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ANZ NOMINEES LTD., ATTN: SIMON GLENNIE, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| MORGAN STANLEY & CO. LLC | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E, ATTN: JOHN RAGUSA, 1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY & CO. LLC | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E, ATTN: JOHN RAGUSA, 1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY & CO. LLC | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E, ATTN: JOHN RAGUSA, 1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 100369 |
| MORGAN STANLEY & CO. LLC | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E, ATTN: JOHN RAGUSA, 1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY & CO. LLC | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E, ATTN: JOHN RAGUSA, 1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY & CO. LLC | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E, ATTN: JOHN RAGUSA, 1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY & CO. LLC | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E, ATTN: JOHN RAGUSA, 1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY & CO. LLC | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E, ATTN: JOHN RAGUSA, 1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY & CO. LLC | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E, ATTN: JOHN RAGUSA, 1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY & CO. LLC | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E, ATTN: JOHN RAGUSA, 1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY & CO. LLC | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E, ATTN: JOHN RAGUSA, 1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 100369 |
| MORGAN STANLEY & CO. LLC | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E, ATTN: JOHN RAGUSA, 1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY & CO. LLC | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E, ATTN: JOHN RAGUSA, 1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY & CO. LLC | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| ROTH IRA FBO MICHAEL ZLATIN PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., ATTN: MICHAEL ZLATIN, 552 CUMBERLAND STREET, ENGLEWOOD, NJ 07631 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., ATTN: RICHARD FELS, 227 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| ROYAL BANK OF SCOTLAND PLC, THE | C/O RBS SECURITIES INC., ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL, 600 WASHINGTON BOULEVARD, STAMFORD, CT 06901 |
| ROYAL BANK OF SCOTLAND PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK, PROSKAUER ROSE LLP, ELEVEN TIMES SQUARE, |

| Claim Name | Address Information |
|---|---|
| ROYAL BANK OF SCOTLAND PLC, THE | NEW YORK, NY 10036 |
| ROYAL BANK OF SCOTLAND PLC, THE | C/O RBS SECURITIES INC., ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL, 600 WASHINGTON BOULEVARD, STAMFORD, CT 06901 |
| ROYAL BANK OF SCOTLAND PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK, PROSKAUER ROSE LLP, ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| ROYAL BANK OF SCOTLAND PLC, THE | C/O RBS SECURITIES INC., ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL, 600 WASHINGTON BOULEVARD, STAMFORD, CT 06901 |
| ROYAL BANK OF SCOTLAND PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK, PROSKAUER ROSE LLP, ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| ROYAL BANK OF SCOTLAND PLC, THE | C/O RBS SECURITIES INC., ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL, 600 WASHINGTON BOULEVARD, STAMFORD, CT 06901 |
| ROYAL BANK OF SCOTLAND PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK, PROSKAUER ROSE LLP, ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| ROYAL BANK OF SCOTLAND PLC, THE | C/O RBS SECURITIES INC., ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL, 600 WASHINGTON BOULEVARD, STAMFORD, CT 06901 |
| ROYAL BANK OF SCOTLAND PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK, PROSKAUER ROSE LLP, ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| ROYAL BANK OF SCOTLAND PLC, THE | TRANSFEROR: EFG BANK AG, ATTN: ANDREW SCOTLAND/OONAGH HOYLAND, 135 BISHOPSGATE, LONDON EC2M 3UR UNITED KINGDOM |
| ROYAL BANK OF SCOTLAND PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK, PROSKAUER ROSE LLP, ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| ROYAL BANK OF SCOTLAND PLC, THE | TRANSFEROR: NOMURA SECURITIES CO., LTD., ATTN: JOHN KATSIKOUMBAS, 135 BISHOPSGATE, LONDON EC2M 3UR UNITED KINGDOM |
| ROYAL BANK OF SCOTLAND PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK, PROSKAUER ROSE LLP, ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| ROYAL BANK OF SCOTLAND PLC, THE | TRANSFEROR: QUANTUM PARTNERS LTD, C/O RBS GLOBAL BANKING & MARKETS, SPECIAL SITUATIONS GROUP, ATTN: SAM GRIFFITHS, 135 BISHOPSGATE, LONDON EC2M 3UR UNITED KINGDOM |
| ROYAL BANK OF SCOTLAND PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK, PROSKAUER ROSE LLP, ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| ROYAL BANK OF SCOTLAND PLC, THE | TRANSFEROR: QUANTUM PARTNERS LTD, C/O RBS GLOBAL BANKING & MARKETS, SPECIAL SITUATIONS GROUP, ATTN: SAM GRIFFITHS, 135 BISHOPSGATE, LONDON EC2M 3UR UNITED KINGDOM |
| ROYAL BANK OF SCOTLAND PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK, PROSKAUER ROSE LLP, ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| ROYAL BANK OF SCOTLAND PLC, THE | TRANSFEROR: QUANTUM PARTNERS LTD, C/O RBS GLOBAL BANKING & MARKETS, SPECIAL SITUATIONS GROUP, ATTN: SAN GRIFFITHS, 135 BISHOPSGATE, LONDON EC2M 3UR UNITED KINGDOM |
| ROYAL BANK OF SCOTLAND PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK, PROSKAUER ROSE LLP, ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| SERENGETI MULTI-SERIES MASTER LLC, SERIES HH | TRANSFEROR: MORGAN STANLEY & CO. LLC, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: JIM JOHNSTON, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E | TRANSFEROR: SERENGETI LYCAON MM LP, C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E | TRANSFEROR: SERENGETI LYCAON MM LP, C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E | TRANSFEROR: SERENGETI LYCAON MM LP, C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E | TRANSFEROR: SERENGETI LYCAON MM LP, C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E | TRANSFEROR: SERENGETI LYCAON MM L.P., C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E | TRANSFEROR: SERENGETI LYCAON MM L.P., C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |

| Claim Name | Address Information |
|---|---|
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E | TRANSFEROR: SERENGETI LYCAON MM L.P., C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES HH | TRANSFEROR: MORGAN STANLEY & CO. LLC, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: JIM JOHNSTON, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES HH | TRANSFEROR: MORGAN STANLEY & CO. LLC, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: JIM JOHNSTON, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES HH | TRANSFEROR: MORGAN STANLEY & CO. LLC, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: JIM JOHNSTON, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES HH | TRANSFEROR: MORGAN STANLEY & CO. LLC, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: JIM JOHNSTON, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES HH | TRANSFEROR: MORGAN STANLEY & CO. LLC, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: JIM JOHNSTON, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP, C/O SERENGETI ASSET MANAGEMENT LP; ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FL, NEW YORK, NY 10012 |
| SWISSQUOTE BANK SA | TRANSFEROR: UBS AG, ATTN: CORPORATE ACTIONS SERVICE, CHEMIN DE LA CRETAUX 33, 1196 GLAND   SWITZERLAND |
| TARGOBANK AG U. CO.KGAA | TRANSFEROR: UBS BANK AG, C/O SECURITY DEPARTMENT, ATTN: THEO PETERS/ANDREA KLUGE, HARRY_EPSTEIN-PLATZ 5, D-47051 DUISBERG   GERMANY |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| VERGNANI-BRUNNER, HEDWIG | TRANSFEROR: UBS AG, C/O DR. TIZIANA VERGNANI, WEIHERSTRASSE 20 B, KREUZLINGEN 8280 SWITZERLAND |
| ZURCHER KANTONALBANK | TRANSFEROR: VERGNANI-BRUNNER, HEDWIG, C/O CORPORATE ACTIONS, ATTN: LOAA2, P.O. BOX, CH-8010 ZURICH   SWITZERLAND |

**Total Creditor Count 98**