B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors. Case No. 08-13555 (SCC)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Empyrean Investments, LLC | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

EMPYREAN INVESTMENTS, LLC
10250 Constellation Blvd., Ste. 2950
Los Angeles, CA 90067
Attn: Sterling Hathaway
Phone: (310) 843-3070
Fax: (310) 843-4915
E-mail: operations@empyrean.com

Court Claim # (if known): 12716
Amount of Claim Transferred: $15,474,044.90
Date Claim Filed:
Debtor: Lehman Brothers Holdings Inc.

Phone: _____
Last Four Digits of Acct #: _____

With a copy to :

Ann Batchelor Pace
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Phone : (212) 238-8694
Fax : (212) 732-3232
E-mail : pace@clm.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

EMPYREAN INVESTMENTS, LLC

By: _____    Date: October 10, 2017
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

8086448.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: [illegible] ...uptcy Court for the Southern District of New York ("Bankruptcy Court")
Att[n]

AND TO: ...ers Holdings Inc. ("Debtor")
[illegible] (SCC) (Jointly Administered)

Proof of Cla[im]: [illegible]

DEUTSCHE B[ANK] ..., LONDON BRANCH, its successors and assigns ("Seller"), for good and valuable consideration, the sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally sold, transferred and assigned unto:

EMPYREAN ... INVESTMENTS, LLC
c/o [illegible] ... Partners, LP
10250 C[onstellation] ... Ste 2950
Los Angel[es] ...
Attn: St[erling] ...
Email: [illegible]
Tel: (310) ...

its successo[rs and assigns] ("Buyer"), all rights, title and interest in and to Proof of Claim Number 137[?]16 in the allowed a[mount of $]3,044.90 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other cour[t] ... cover the bankruptcy proceedings of the Debtor.

Seller hereby [requests] ... direction to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor ... [Bankru]ptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to [hearing] as ... imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy [Code] ... [app]licable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby [stipulates], that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Assigned Claim [to Buyer] and recognizing the Buyer as the sole owner and holder of the Assigned [Claim].

You are her[eby directed] to make all future payments and distributions, and to give all notices and other communications ... to the Assigned Claim to Buyer.

IN WITNESS ... the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authoriz[ed representative] dated October 12, 2017.

DEUTSCHE B[ANK AG,] LONDON BRANCH        EMPYREAN INVESTMENTS, LLC

By: _____                            By: _____
  Name:                                      Name: Sterling Hathaway
  Title:                                     Title: Director of Operations

By: _____
  Name:
  Title:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United ... ...ruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: ...

AND TO: Lehm... ...ers Holdings Inc. ("Debtor")
Ca... ...555 (SCC) (Jointly Administered)

Proof of Claim ... 2716

DEUTSCHE ... ... LONDON BRANCH, its successors and assigns ("Seller"), for good and valuable consideration, ... ... ...nd sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally ... ... ...ably sold, transferred and assigned unto:

EMPYREA... ... ...MENTS, LLC
c/o Empyre ...  ...rtners, LP
10250 Const... ... ...vd., Ste. 2950
Los Angeles, C... ... ...
Attn: Sterl... ... ...
Email: ... ... ...rean.com
Tel: (310) 8... ...

its successors ... ... ...("Buyer"), all rights, title and interest in and to Proof of Claim Number 12716, in the allowed amou... ... ...8,044.90 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court w... ... ...over the bankruptcy proceedings of the Debtor.

Seller hereby ... ... ...jection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor an... ... ...tcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a he... ... ...be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy C... ... ...he local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby s... ... ...n order of the Bankruptcy Court may be entered without further notice to Seller transferring ... ... ...ssigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Clai...

You are here... ... ...o make all future payments and distributions, and to give all notices and other communicatio... ... ...f the Assigned Claim to Buyer.

IN WITNESS ... ... ... the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorize... ... ...ive dated October 12, 2017.

DEUTSCHE ... ... LONDON BRANCH          EMPYREAN INVESTMENTS, LLC

By: _____                 By: _____
    Name:                                     Name: Sterling Hathaway
    Title:                                    Title: Director of Operations

By: _____
    Name:
    Title: