FILED / RECEIVED

OCT 10 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _Lehman Brothers Holdings Inc._   Case No. _08-13555_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_David Cohen_
Name of Transferee

_Benyamin Golan_
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): _51803_
Amount of Claim: _157,278.39_
Date Claim Filed: _28.10.2009_

Phone: _0041796145501_
Last Four Digits of Acct #: _____

Phone: _00972544236202_
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _D. C_                               Date: _10.10.2017_
Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571

My Address
David Cohen
Rebenstrasse 64
8041 Zürich
Switzerland

My Email: david.cohen@gmail.com