WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    08-13555 (SCC)
                                          :
                        Debtors.          :    (Jointly Administered)
                                          :
------------------------------------------------------------x
```

**NOTICE OF CANCELLATION OF HEARING**
**SCHEDULED FOR OCTOBER 19, 2017 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing that was scheduled for

October 19, 2017, at 10:00 a.m. (Prevailing Eastern Time), before the Honorable Shelley C.

Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling

Green, New York, New York, 10004-1408 **has been cancelled**.

Dated:  October 17, 2017
        New York, New York

                                        /s/ Garrett A. Fail
                                        Garrett A. Fail

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

WEIL:\96315599\2\58399.0011