| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | MORGAN, LEWIS & BOCKIUS LLP |
| 767 Fifth Avenue | 101 Park Avenue |
| New York, New York 10153 | New York, New York 10178 |
| Telephone: (212) 310-8000 | Telephone: (212)309-6000 |
| Facsimile: (212) 310-8007 | Facsimile: (212) 309-6001 |
| Garrett A. Fail | Joshua Dorchak |
| | |
| Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates | Attorneys for Attestor Capital LLP and Attestor Value Master Fund LP |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                    :    Chapter 11 Case No.
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (SCC)
                                                         :
                      Debtors.                           :    (Jointly Administered)
------------------------------------------------------------------x

## JOINT NOTICE OF WITHDRAWAL

Reference is made to (i) the *Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes* (the "Motion") [Dkt. No. 49954] and (ii) the objection to the Motion [Dkt. No. 50602], and related joinder in objection [Dkt. No. 55088], and related declaration [Dkt. No. 55089] (together, the "Objection") filed by Attestor Capital LLP and Attestor Value Master Fund LP (together, "Attestor").

Please take notice that Lehman Brothers Holdings Inc., as Plan Administrator in the above-captioned cases, hereby withdraws without prejudice the Motion with respect to the claims subject to the Objection only and Attestor hereby withdraws without prejudice the Objection.

Dated: October 18, 2017
        New York, New York

| | |
|---|---|
| /s/ Garrett A. Fail | /s/ Joshua Dorchak |
| Garrett A. Fail | Joshua Dorchak |
| WEIL, GOTSHAL & MANGES LLP | MORGAN, LEWIS & BOCKIUS LLP |
| 767 Fifth Avenue | 101 Park Avenue |
| New York, New York 10153 | New York, New York 10178 |
| Telephone: (212) 310-8000 | Telephone: (212)309-6000 |
| Facsimile: (212) 310-8007 | Facsimile: (212) 309-6001 |
| | |
| Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates | Attorneys for Attestor Capital LLP and Attestor Value Master Fund LP |