| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile:  (212) 310-8007<br>Garrett A. Fail<br><br>Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates | MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212)309-6000<br>Facsimile: (212) 309-6001<br>Joshua Dorchak<br><br>Attorneys for Deutsche Bank AG and Affiliates |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                                     :    Chapter 11 Case No.
                                                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    08-13555 (SCC)
                                                                              :
                        Debtors.                                     :    (Jointly Administered)
------------------------------------------------------------------x

## JOINT NOTICE OF WITHDRAWAL

Please take notice that Lehman Brothers Holdings Inc., as Plan Administrator in the above-captioned cases, hereby withdraws without prejudice the *Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes* (the "Motion") [Dkt. No. 54904].

Please take further notice that Deutsche Bank AG and its affiliates (together, "Deutsche Bank") hereby withdraw without prejudice their objection to the Motion [Dkt. No. 55085] and related declaration [Dkt. No. 55087].

Dated:  October 18, 2017
            New York, New York

| | |
|---|---|
| /s/ Garrett A. Fail<br>Garrett A. Fail<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile:  (212) 310-8007<br><br>Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates | /s/ Joshua Dorchak<br>Joshua Dorchak<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212)309-6000<br>Facsimile: (212) 309-6001<br><br>Attorneys for Deutsche Bank AG and Affiliates |