# United States Bankruptcy Court

Southern District of New York

<u>In re:</u> **Lehman Brothers Holdings, Inc.**         <u>Case No.:</u> **08-13555**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| <u>**Hain Capital Investors, LLC**</u><br>Name of Transferee | Hain Capital Holdings, Ltd<br>Name of Transferor |
| Name and Address where notices to transferee should be sent<br>**Hain Capital Investors, LLC**<br>**301 Route 17, 7th Floor**<br>**Rutherford, NJ 07070**<br>**Attn: Amanda Rapoport**<br>Phone: **(201) 896 - 6100**<br>Last Four Digits of Acct #: _____ | Court Record Address of Transferor<br>(Court Use Only)<br><br><br><br><br>Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor<br><br>Hain Capital Holdings, Ltd<br>301 Route 17, 7th Floor<br>Rutherford, NJ 07070 |

Court Claim # (if known): 13207
Claim Amount:           $883,342.46
Date Claim Filed:       9/16/2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| **HAIN CAPITAL HOLDINGS, LTD**<br><br>By: _____<br>Name: Robert Koltai<br>Title: Manager<br><br>Date: <u>10/18/2017</u> | **HAIN CAPITAL INVESTORS, LLC**<br><br>By: _____<br>Name: Robert Koltai<br>Title: Manager<br><br>Date: <u>10/18/2017</u> |

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.