WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING**

        **PLEASE TAKE NOTICE** that the hearing to consider the *Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes*, dated June 10, 2015 [**ECF No. 49954**], which was scheduled for October 19, 2017 at 10:00 a.m. (Eastern Time), has been adjourned to **December 7, 2017 at 10:00 a.m. (Eastern Time)** or as soon thereafter as counsel may be heard, solely with respect to the claims or portions of claims held by the parties listed on **Exhibit A** hereto.

Dated:  October 18, 2017
        New York, New York

        /s/ Garrett A. Fail
        Garrett A. Fail
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Lehman Brothers Holdings Inc.
        and Certain of Its Affiliates

**Exhibit A**

WEIL:\96313486\1\58399.0011

**Exhibit A**

### MOTION TO ESTIMATE LBIE-BASED GUARANTEE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES

|   | NAME | CLAIM # | DEBTOR NAME | FILED DATE | TOTAL ASSERTED CLAIM AMOUNT | AMOUNT SUBJECT TO MOTION | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | HAIN CAPITAL HOLDINGS, LTD. | 13207 | Lehman Brothers Holdings Inc. | 09/16/2009 | $883,342.46 | $883,342.46 | $0.00 |
| 2 | RGM TRADING INTERNATIONAL LIMITED C/O RGM ADVISORS, LLC | 15035 | Lehman Brothers Holdings Inc. | 09/17/2009 | $1,235,934.44 | $1,235,934.44 | $0.00 |