**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : | (Jointly Administered) |
| Debtors. | : | Ref. Docket Nos. 56334 – 56344, 56347, 56349 – 56351, 56355 – 56370, 56374 and 56375 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 13, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 13, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
17th day of October, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |
|---|---|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000123153618 *** LBH TRFNTC (MERGE2, TXNUM2) 4000142705



SOLUS RECOVERY FUND LP
TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH
C/O BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE
ATTN: MARY PENA/ACT#: 711769
601 TRAVIS STREET, 17TH FLOOR
HOUSTON, TX 77002

Please note that your claim # 21893-21 in the above referenced case and in the amount of $1,161,563.44 allowed at $1,123,451.80 has been transferred (unless previously expunged by court order)

BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: SOLUS RECOVERY FUND LP
C/O BANC OF AMERICA MERRILL LYNCH
ATTN: RYAN WEDDLE / ANTE JAKIE
BANK OF AMERIA TOWER - 3RD FLOOR
ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 56335 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2017

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 13, 2017.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BANK AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDIE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O OF BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 2 LP, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF MAERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NWE YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 2 LP, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O BANK OF AMERICA MERRIL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: MATLINPATTERSON GLOBAL OPPORTUNITIES MASTER FUND, LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: MATLINPATTERSON GLOBAL OPPORTUNITIES MASTER FUND, LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: MATLINPATTERSON GLOBAL OPPORTUNITIES MASTER FUND, LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: MATLINPATTERSON GLOBAL OPPORTUNITIES MASTER FUND, LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLA LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLA LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |

| Claim Name | Address Information |
| --- | --- |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLA LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLA LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLA LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLA LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLA LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLA LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLA LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLA LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLA LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLA LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLA LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & |

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BANK OF AMERICA MERRILL LYNCH, ATNN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BANK OF AMERICA MERRIL LLYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 2 LP, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT |

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 2 LP, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 3 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICAN TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O BANC OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERIA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ULTRA MASTER LTD, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ULTRA MASTER LTD, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ULTRA MASTER LTD, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ULTRA MASTER LTD, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ULTRA MASTER LTD, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ULTRA MASTER LTD, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ULTRA MASTER LTD, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ULTRA MASTER LTD, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICAN CREDIT PRODUCTS, INC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 2 LP, C/O OF BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE /ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICAN CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O BANK OF AMERICAN MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANCF OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIE, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, ATTN: ANJA SONNLEITHNER - INVESTMENT SERVICES, BETHMANNSTRABE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, ATTN: ANJA SONNLEITHNER - INVESTMENT SERVICES, BETHMANNSTRABE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM |

| Claim Name | Address Information |
|---|---|
| BETHMANN BANK AG | MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, ATTN: ANJA SONNLEITHNER - INVESTMENT SERVICES, BETHMANNSTRABE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF MAP 89 SEGREGATED PORTFOLIO, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DREYFUS SOHNE & CIE AG, BANQUIERS | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, AESCHENVORSTADT 16, POSTFACH, BASEL 4002 SWITZERLAND |
| ERVEN BAREL, C. AND C. BAREL - VAN DER LINDEN | GODETIA 19, 3317 HJ DORDRECHT NETHERLANDS |
| FRANS JOHAN BAREL | TRANSFEROR: ERVEN BAREL, C. AND C. BAREL - VAN DER LINDEN, GODETIA 19, DORDRECHT 3317HJ NETHERLANDS |
| GLEITMAN, GUTA | TRANSFEROR: BETHMANN BANK AG, STERNWARTSTRASSE 17, 81679 MUNCHEN GERMANY |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND, LLC | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P., ATTN: WENDY YUN, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND, LLC | DAVID AMAN, ESQ, CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| HORBACH, HARALD | TRANSFEROR: BETHMANN BANK AG, BIERSTRASSE 90, 52134 HERZOGENRATH GERMANY |
| HORBACH, HARALD | TRANSFEROR: BETHMANN BANK AG, BIERSTRASSE 90, 52134 HERZOGENRATH GERMANY |
| HUBERTUS, KARL BORROMAUS LIPPOK | TRANSFEROR: BETHMANN BANK AG, AM HANG 4, 41517 GREVENBROICH GERMANY |
| KLEIN, GERHARD WALTER | TRANSFEROR: BETHMANN BANK AG, AN DER LEITEN 21, 94469 DEGGENDORF GERMANY |
| LIPPOK, HUBERTUS KARL BORROMAUS | TRANSFEROR: BETHMANN BANK AG, AM HANG 4, 41517 GREVENBROICH GERMANY |
| LMA SPC FOR AND ON BEHALF OF MAP 89 SEGREGATED PORTFOLIO | TRANSFEROR: GOLDMAN SACHS LIP CREDIT OPPORTUNITIES 2008 FUND L.P., ATTN: ROB SWAN, 3801 PGA BOULEVARD, SUITE 500, PALM BEACH GARDENS, FL 33410 |
| LMA SPC FOR AND ON BEHALF OF MAP 89 SEGREGATED PORTFOLIO | RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING CLERK, 200 LIBERTY STREET, NEW YORK, NY 10281 |
| LUZERNER KANTONALBANK AG | TRANSFEROR: VALIANT BANK AG, PILATUSSTRASSE 12, POSTFACH, LUZERN 6002 SWITZERLAND |
| MATLINPATTERSON GLOBAL OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P., ATTN: RAPH POSNER, 520 MADISON AVENUE, 35TH FLOOR, NEW YORK, NY 10022-4213 |
| MATLINPATTERSON GLOBAL OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: RAPH POSNER, C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P., 520 MADISON AVENUE, 35TH FLOOR, NEW YORK, NY 10022-4213 |
| MATLINPATTERSON GLOBAL OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P., ATTN: RAPH POSNER, 520 MADISON AVENUE, 35TH FLOOR, NEW YORK, NY 10022-4213 |
| MATLINPATTERSON GLOBAL OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: RAPH POSNER, C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P., 520 MADISON AVENUE, 35TH FLOOR, NEW YORK, NY 10022-4213 |
| MIRABAUD & CIE GENEVE | TRANSFEROR: BANK JULIUS BAER & CO. LTD., ATTN: MR. FERNANDEZ, GEORGES-FAVON 29, GENEVA 1204 SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: UBS AG, F/K/A LA ROCHE 1787, ATTN: CORPORATE ACTIONS, BOHL 17, |

| Claim Name | Address Information |
|---|---|
| NOTENSTEIN LA ROCHE PRIVATBANK AG | 9004 ST. GALLEN SWITZERLAND |
| OTT, PROF. DR. ALBRECHT WERNER M. | TRANSFEROR: BETHMANN BANK AG, IM FLURCHEN 57, 66133 SAARBRUCKEN GERMANY |
| RAMELOW-GORGIEVA, URSULA | TRANSFEROR: BETHMANN BANK AG, PETUNIENWEG 125, 12357 BERLIN GERMANY |
| REISSMULLER FAMILIENSTIFTUNG AND GMBH & CO. KG | TRANSFEROR: BETHMANN BANK AG, STAUFFENBERGSTRASSE 2A, 85051 INGOLSTADT GERMANY |
| SCHAFFHAUSER KANTONALBANK | TRANSFEROR: CREDIT SUISSE, WSC, VORSTADT 53, P.O. BOX, CH-8201 SCHAFFHAUSEN SWITZERLAND |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JON ZINMAN, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JON ZINMAN, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JON ZINMAN, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JON ZINMAN, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., ATTN: JON ZINMAN, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JON ZINMAN, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JON ZINMAN, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JON ZINMAN, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: JON ZINMAN, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLA LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: BANK OF AMERICA, N.A., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH, C/O THE BANK OF NEW YORK TRUST COMPANY, N.A. - HOUSTON, TX, ATTN: MARY PENA, GLOBAL CORPORATE TRUST, 601 TRAVIS STREET, 17TH FLOOR, HOUSTON, TX 77002-8039 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: COMPLIANCE DEPT., 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: COMPLIANCE DEPT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: COMPLIANCE DEPT., 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: BARCLAYS BANK PLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: BARCLAYS BANK PLC, SOLUS ALTERNATIVE ASSET MANAGEMENT, ATTN: NICHOLAS SIGNORILE, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLA LTD., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLA LTD., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLA LTD., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLA LTD., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLA LTD., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLA LTD., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLA LTD., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: BARCLAYS BANK PLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLA LTD., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, C/O SOLUS ALTERNATIVE |

| Claim Name | Address Information |
|---|---|
| SOLUS OPPORTUNITIES FUND 1 LP | ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: BARCLAYS BANK PLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE - 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: COMPLIANCE DEPT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: BANK OF AMERICA, N.A., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: BANK OF AMERICA, N.A., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: BANK OF AMERICA, N.A., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH, ATTN: SOLUS COMPLIANCE, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH, C/O BANK OF NEW YORK MELLON TRUST |

| Claim Name | Address Information |
|---|---|
| SOLUS RECOVERY FUND LP | COMPANY, NA, THE, ATTN: MARY PENA/ACT#: 711769, 601 TRAVIS STREET, 17TH FLOOR, HOUSTON, TX 77002 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: COMPLIANCE DEPT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOUTHEY CAPITAL LTD | TRANSFEROR: SWISS INVEST CORP, LTD, ATTN: ROBERT SOUTHEY, SUITE 17, ENSIGN HOUSE, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| ULTRA MASTER LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE - 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE - 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE - 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE- 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE- 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE- 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE- 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE- 11TH FLOOR, NEW YORK, NY 10022 |
| VALIANT BANK AG | F/K/A VALIANT PRIVATBANK AG, BUNDESPLATZ 4, PO BOX, BERN 3001 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: MATT MACH, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: MATT MACH, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: SOUTHEY CAPITAL LTD, ATTN: ROGER VON SPIEGEL, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 10016 |

**Total Creditor Count 211**