UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re: : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., et al., : 08-13555 (SCC)
: 
Debtors. : (Jointly Administered)
: 
: Ref. Docket Nos. 56387 and 56390
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 12, 2017, I caused to be served the:

   a. "Notice of Adjournment of Plan Administrator's Objections to Claim Number 22639 and 22775," dated October 12, 2017 [Docket No. 56387], (the "Citibank NOA"), and

   b. "Notice of Adjournment of Plan Administrator's Objections to Certain Proofs of Claim Filed by U.S. Bank, N.A.," dated October 12, 2017 [Docket No. 56390], (the "U.S. Bank NOA"),

   by causing true and correct copies of the:

   i. Citibank NOA and U.S. Bank NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   ii. Citibank NOA and U.S. Bank NOA, to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit B,

   iii. Citibank NOA and U.S. Bank NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit C,

-2-

    iv.    Citibank NOA, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the following party: *Citibank, N.A. in its Capacity as Trustee, Attn: Jennifer Doran Hinckley, Allen & Snyder, 28 State Street, Boston, MA 02109*, and

    v.    U.S. Bank NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Forrest Kuffer*
                                             Forrest Kuffer

Sworn to before me this
13th day of October, 2017
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

*OVERNIGHT MSL SERVICE LIST*:

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC. – RETURNED EMAILS_FCM

| | |
|---|---|
| LBH_DI 56387 & 56390_NOTICES_10-12-17<br><br>ANDERSON KILL & OLICK, P.C.<br>ATTN: ROBERT M HORKOVICH<br>(COUNSEL TO ESSEX EQUITY HOLDINGS USA, LLC)<br>1251 AVE OF THE AMERICAS<br>NEW YORK , NY 10020-1182 | LBH_DI 56387 & 56390_NOTICES_10-12-17<br><br>INVESCO AIM MANAGEMENT GROUP, INC.<br>ATTN: SEBA KURIAN, ESQ.<br>(COUNSEL TO AIM FUNDS AND AIM ADVISORS)<br>11 GREENWAY PLAZA STE 100<br>HOUSTON, TX 77046-1173 |
| LBH_DI 56387 & 56390_NOTICES_10-12-17<br><br>POLSINELLI SHALTON FLANIGAN SUELTHAUS PC<br>ATTN: JAMES BIRD, ESQ.<br>(COUNSEL TO BATS HOLDINGS, INC.)<br>700 W 47TH ST STE 1000<br>KANSAS CITY, MO 64112 | LBH_DI 56387 & 56390_NOTICES_10-12-17<br><br>STANDARD CHARTERED BANK<br>ATTN: MARC CHAIT<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK,  NY  10036 |
| LBH_DI 56387 & 56390_NOTICES_10-12-17<br><br>SUTHERLAND ASBILL & BRENNAN LLP<br>ATTN: J DWECK<br>(COUNSEL TO SHELL TRADING/SHELL ENERGY N. AMER.<br>& FDRL HOME LOAN BANK OF BOSTON) TWO HOUSTON CNTR.)<br>919 FANNIN  STE 2200<br>HOUSTON,  TX 77010 | LBH_DI 56387 & 56390_NOTICES_10-12-17<br><br>LATHAM & WATKINS LLP<br>ATTN.:  DAVID S. HELLER<br>(COUNSEL TO FANNIE MAE)<br>SEARS TOWER, SUITE 5800<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 |
| LBH_DI 56387 & 56390_NOTICES_10-12-17<br><br>SEWARD & KISSEL LLP<br>ATTN.: DANIEL E. GUZMAN, ESQ.<br>(COUNSEL TO LAW DEBENTURE TRUST CO. OF NEW YORK)<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | LBH_DI 56387 & 56390_NOTICES_10-12-17<br><br>ALLEN MATKINS LECK GAMBLE & MALLORY LLP<br>ATTN: KIM RODRIGUEZ<br>(COUNSEL TO CONSTELLATION PL, ADV PORTFOLIO TECH,<br>SUN GUARD, ET AL., INF SRVS, WALL ST CONCEPTS)<br>1900 MAIN STREET, 5TH FLOOR<br>IRVINE, CA  92614-7321 |

# EXHIBIT C

# EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | barbra.parlin@hklaw.com |
| aalfonso@willkie.com | bbisignani@postschell.com |
| abeaumont@fklaw.com | bcarlson@co.sanmateo.ca.us |
| abraunstein@riemerlaw.com | bdemay@hsgllp.com |
| acaton@kramerlevin.com | bdk@schlamstone.com |
| adam.lanza@dlapiper.com | benjamin.mintz@apks.com |
| adarwin@nixonpeabody.com | bguiney@pbwt.com |
| adiamond@diamondmccarthy.com | bmanne@tuckerlaw.com |
| adk@msf-law.com | bmiller@mofo.com |
| aeckstein@blankrome.com | boneill@kramerlevin.com |
| aentwistle@entwistle-law.com | brosenblum@jonesday.com |
| agbanknewyork@ag.tn.gov | brotenberg@wolffsamson.com |
| aglenn@kasowitz.com | broy@rltlawfirm.com |
| agold@herrick.com | bruce.wright@sutherland.com |
| aisenberg@saul.com | bsellier@rlrpclaw.com |
| akadish@dtlawgroup.com | bstrickland@wtplaw.com |
| akolod@mosessinger.com | btrust@mayerbrown.com |
| allison.holubis@wilsonelser.com | bturk@tishmanspeyer.com |
| alum@ftportfolios.com | bwolfe@sheppardmullin.com |
| amarder@msek.com | cahn@clm.com |
| amartin@sheppardmullin.com | canelas@pursuitpartners.com |
| amcmullen@boultcummings.com | cbelisle@wfw.com |
| amenard@tishmanspeyer.com | cbelmonte@ssbb.com |
| amh@amhandlerlaw.com | cdesiderio@nixonpeabody.com |
| andrew.brozman@cliffordchance.com | cfarley@mccarter.com |
| andrew.lourie@kobrekim.com | cgoldstein@stcwlaw.com |
| andrewtenzer@paulhastings.com | cgonzalez@diazreus.com |
| angelich.george@arentfox.com | chad.husnick@kirkland.com |
| angie.owens@skadden.com | chammerman@paulweiss.com |
| anthony_boccanfuso@aporter.com | charles@filardi-law.com |
| aostrow@beckerglynn.com | charles_malloy@aporter.com |
| appleby@chapman.com | chemrick@thewalshfirm.com |
| aquale@sidley.com | chipford@parkerpoe.com |
| arainone@bracheichler.com | chris.donoho@hoganlovells.com |
| arancier@offitkurman.com | christopher.greco@kirkland.com |
| arheaume@riemerlaw.com | claude.montgomery@dentons.com |
| arosenblatt@chadbourne.com | clynch@reedsmith.com |
| arthur.rosenberg@hklaw.com | cmestres@aclawllp.com |
| arwolf@wlrk.com | cohen@sewkis.com |
| aschwartz@homerbonner.com | cp@stevenslee.com |
| aseuffert@lawpost-nyc.com | cpappas@dilworthlaw.com |
| ashmead@sewkis.com | cparyse@contrariancapital.com |
| asnow@ssbb.com | craig.goldblatt@wilmerhale.com |
| asomers@rctlegal.com | craigjustinalbert@gmail.com |
| aunger@sidley.com | crmomjian@attorneygeneral.gov |
| austin.bankruptcy@publicans.com | csalomon@beckerglynn.com |
| avenes@whitecase.com | cschreiber@winston.com |
| bankruptcy@goodwin.com | cshore@whitecase.com |
| bankruptcy@morrisoncohen.com | cshulman@sheppardmullin.com |
| bankruptcy@ntexas-attorneys.com | cszyfer@stroock.com |
| bankruptcymatters@us.nomura.com | cwalsh@mayerbrown.com |

# EMAIL SERVICE LIST

cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dblack@hsgllp.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfliman@kasowitz.com
dgoldberg@hsgllp.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com

drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com
ecohen@russellinvestments.com
edelucia@hsgllp.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
farrington.yates@kobrekim.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnylaw.com
gspilsbury@jsslaw.com
guzman@sewkis.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@chadbourne.com
heiser@chapman.com
hmagaliff@r3mlaw.com

# EMAIL SERVICE LIST

holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
irethy@stblaw.com
israel.dahan@cwt.com
izaur@cgr-law.com
j.zelloe@stahlzelloe.com
jacobsonn@sec.gov
jalward@blankrome.com
james.berg@piblaw.com
james.mcclammy@dpw.com
james.moore@morganlewis.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbrody@americanmlg.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@united.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com

jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.goodchild@morganlewis.com
john.monaghan@hklaw.com
john.mule@state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.kapoor@sc.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
kek@crb-law.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com

# EMAIL SERVICE LIST

kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@fensterstock.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanin@kasowitz.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.kraut@morganlewis.com
michael.mccrory@btlaw.com
michael.solow@apks.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mitchell.berger@squirepb.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpedreira@proskauer.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
mshuster@hsgllp.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com

# EMAIL SERVICE LIST

| | |
|---|---|
| mwarren@mtb.com | rleek@hodgsonruss.com |
| nathan.spatz@pillsburylaw.com | rmatzat@hahnhessen.com |
| nbinder@binderschwartz.com | rnetzer@willkie.com |
| nbojar@fklaw.com | robert.honeywell@klgates.com |
| ncoco@mwe.com | robert.malone@dbr.com |
| neal.mann@oag.state.ny.us | robert.yalen@usdoj.gov |
| ned.schodek@shearman.com | robin.keller@lovells.com |
| neil.herman@morganlewis.com | roger@rnagioff.com |
| neilberger@teamtogut.com | ross.martin@ropesgray.com |
| ngueron@cgr-law.com | rpedone@nixonpeabody.com |
| nicholas.zalany@squirepb.com | rrainer@wmd-law.com |
| nissay_10259-0154@mhmjapan.com | rroupinian@outtengolden.com |
| nlepore@schnader.com | rterenzi@stcwlaw.com |
| nlieberman@hsgllp.com | russj4478@aol.com |
| notice@bkcylaw.com | ryaspan@yaspanlaw.com |
| nyrobankruptcy@sec.gov | sabin.willett@morganlewis.com |
| otccorpactions@finra.org | sabramowitz@velaw.com |
| paronzon@milbank.com | sabvanrooy@hotmail.com |
| pbattista@gjb-law.com | sally.henry@skadden.com |
| pbosswick@ssbb.com | samuel.cavior@pillsburylaw.com |
| pdublin@akingump.com | sandyscafaria@eaton.com |
| peisenberg@lockelord.com | scargill@lowenstein.com |
| peter.gilhuly@lw.com | schager@ssnylaw.com |
| peter.macdonald@wilmerhale.com | schannej@pepperlaw.com |
| peter.meisels@wilsonelser.com | schepis@pursuitpartners.com |
| peter.simmons@friedfrank.com | schnabel.eric@dorsey.com |
| peter@bankrupt.com | schristianson@buchalter.com |
| pfeldman@oshr.com | scott.golden@hoganlovells.com |
| pfinkel@wilmingtontrust.com | scottj@sullcrom.com |
| phayden@mcguirewoods.com | scottshelley@quinnemanuel.com |
| pmaxcy@sonnenschein.com | scousins@armstrongteasdale.com |
| ppascuzzi@ffwplaw.com | sdnyecf@dor.mo.gov |
| ppatterson@stradley.com | seba.kurian@invesco.com |
| psp@njlawfirm.com | sehlers@armstrongteasdale.com |
| ptrostle@jenner.com | sfalanga@thewalshfirm.com |
| raj.madan@skadden.com | sfelderstein@ffwplaw.com |
| ramona.neal@hp.com | sfineman@lchb.com |
| rbeacher@pryorcashman.com | sfox@mcguirewoods.com |
| rbernard@foley.com | sgordon@cahill.com |
| rbyman@jenner.com | sgraziano@blbglaw.com |
| rdaversa@orrick.com | sgubner@ebg-law.com |
| relgidely@gjb-law.com | sharbeck@sipc.org |
| rfriedman@silvermanacampora.com | shari.leventhal@ny.frb.org |
| rgmason@wlrk.com | shgross5@yahoo.com |
| rgoodman@moundcotton.com | skatona@polsinelli.com |
| rgraham@whitecase.com | sldreyfuss@hlgslaw.com |
| rhett.campbell@tklaw.com | sleo@bm.net |
| rhorkovich@andersonkill.com | slerman@ebglaw.com |
| richard.lear@hklaw.com | slerner@ssd.com |
| richard@rwmaplc.com | slevine@brownrudnick.com |
| rick.murphy@sutherland.com | sloden@diamondmccarthy.com |

# EMAIL SERVICE LIST

smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com

wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yuwatoko@mofo.com

***ADDITIONAL EMAIL SERVICE LIST*:**

alfredo.perez@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
robert.lemons@weil.com

# EXHIBIT D

*ADDS OVN: (DOCKET 56390)*

CHAPMAN AND CUTLER LLP
ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III
111 WEST MONROE STREET, 18TH FLOOR
CHICAGO, IL 60603

U.S. BANK NATIONAL ASSOCIATION
CORPORATE TRUST SERVICES
ATTN: TIMOTHY PILLAR, VP; PAMELA WIEDER, VP
EP-MN-WS1D, 60 LIVINGSTON AVENUE
ST. PAUL, MN 55107-2292