**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | **Ref. Docket No. 56834** |

------------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 17, 2017, I caused to be served the "Notice of Cancellation of Hearing Scheduled for October 19, 2017 at 10:00 A.M.," dated October 17, 2017 [Docket No. 56834], by causing true and correct copies to be:

     i.     enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

     ii.    enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>, and

     iii.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
17th day of October, 2017
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

## LEHMAN BROTHERS HOLDINGS INC. – RETURNED EMAILS_FCM

ANDERSON KILL & OLICK, P.C.
ATTN: ROBERT M HORKOVICH
(COUNSEL TO ESSEX EQUITY HOLDINGS USA, LLC)
1251 AVE OF THE AMERICAS
NEW YORK , NY 10020-1182

INVESCO AIM MANAGEMENT GROUP, INC.
ATTN: SEBA KURIAN, ESQ.
(COUNSEL TO AIM FUNDS AND AIM ADVISORS)
11 GREENWAY PLAZA STE 100
HOUSTON, TX 77046-1173

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: JAMES BIRD, ESQ.
(COUNSEL TO BATS HOLDINGS, INC.)
700 W 47TH ST STE 1000
KANSAS CITY, MO 64112

STANDARD CHARTERED BANK
ATTN MARC CHAIT
1095 AVENUE OF THE AMERICAS
NEW YORK,  NY  10036

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: J DWECK
(COUNSEL TO SHELL TRADING/SHELL ENERGY N. AMER.
& FDRL HOME LOAN BANK OF BOSTON) TWO HOUSTON CNTR.)
919 FANNIN  STE 2200
HOUSTON,  TX 77010

**EXHIBIT C**

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

adam.lanza@dlapiper.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

adk@msf-law.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

aisenberg@saul.com

akadish@dtlawgroup.com

akolod@mosessinger.com

allison.holubis@wilsonelser.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

amh@amhandlerlaw.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

andrewtenzer@paulhastings.com

angelich.george@arentfox.com

angie.owens@skadden.com

anthony_boccanfuso@aporter.com

aostrow@beckerglynn.com

appleby@chapman.com

aquale@sidley.com

arainone@bracheichler.com

arancier@offitkurman.com

arheaume@riemerlaw.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aschwartz@homerbonner.com

aseuffert@lawpost-nyc.com

ashmead@sewkis.com

asnow@ssbb.com

asomers@rctlegal.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdemay@hsgllp.com

bdk@schlamstone.com

benjamin.mintz@apks.com

bguiney@pbwt.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brosenblum@jonesday.com

brotenberg@wolffsamson.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bsellier@rlrpclaw.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

cahn@clm.com

canelas@pursuitpartners.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cdesiderio@nixonpeabody.com

cfarley@mccarter.com

cgoldstein@stcwlaw.com

cgonzalez@diazreus.com

chad.husnick@kirkland.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chemrick@thewalshfirm.com

chipford@parkerpoe.com

chris.donoho@hoganlovells.com

christopher.greco@kirkland.com

claude.montgomery@dentons.com

clynch@reedsmith.com

cmestres@aclawllp.com

cohen@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

cparyse@contrariancapital.com

craig.goldblatt@wilmerhale.com

craigjustinalbert@gmail.com

crmomjian@attorneygeneral.gov

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

cszyfer@stroock.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.heller@lw.com

david.livshiz@freshfields.com

david.powlen@btlaw.com

david.tillem@wilsonelser.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dblack@hsgllp.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

dennis.tracey@hoganlovells.com

dfelder@orrick.com

dflanigan@polsinelli.com

dfliman@kasowitz.com

dgoldberg@hsgllp.com

dhayes@mcguirewoods.com

dhealy@hsgllp.com

dheffer@foley.com

dhurst@coleschotz.com

dhw@dhclegal.com

diconzam@gtlaw.com

djcarragher@daypitney.com

djoseph@stradley.com

dkessler@ktmc.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dmark@kasowitz.com

dmcguire@winston.com

dmiller@steinlubin.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dworkman@bakerlaw.com

easmith@venable.com

ebcalvo@pbfcm.com

ecohen@russellinvestments.com

edelucia@hsgllp.com

edward.flanders@pillsburylaw.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedmanspring.com

ekbergc@lanepowell.com

eleicht@whitecase.com

ellen.halstead@cwt.com

emagnelli@bracheichler.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

etillinghast@sheppardmullin.com

eweinick@otterbourg.com

ezujkowski@emmetmarvin.com

farrington.yates@kobrekim.com

fcarruzzo@kramerlevin.com

ffm@bostonbusinesslaw.com

fhenn@law.nyc.gov

fhyman@mayerbrown.com

foont@foontlaw.com

fsosnick@shearman.com

gabriel.delvirginia@verizon.net

gary.ravertpllc@gmail.com

gavin.alexander@ropesgray.com

gbray@milbank.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@morganlewis.com

gmoss@riemerlaw.com

goldenberg@ssnylaw.com

gspilsbury@jsslaw.com

guzman@sewkis.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@chadbourne.com

heiser@chapman.com

hmagaliff@r3mlaw.com

holsen@stroock.com

hooper@sewkis.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

irethy@stblaw.com

israel.dahan@cwt.com

izaur@cgr-law.com

j.zelloe@stahlzelloe.com

jacobsonn@sec.gov

jalward@blankrome.com

james.berg@piblaw.com

james.mcclammy@dpw.com

james.moore@morganlewis.com

james.sprayregen@kirkland.com

jamesboyajian@gmail.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbeemer@entwistle-law.com

jbird@polsinelli.com

jbrody@americanmlg.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jdoran@haslaw.com

jdwarner@warnerandscheuerman.com

jdweck@sutherland.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@united.com

jeldredge@velaw.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jfalgowski@reedsmith.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmr@msf-law.com

jnm@mccallaraymer.com

john.beck@hoganlovells.com

john.goodchild@morganlewis.com

john.monaghan@hklaw.com

john.mule@state.mn.us

john.rapisardi@cwt.com

jonathan.goldblatt@bnymellon.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joshua.dorchak@morganlewis.com

jowen769@yahoo.com

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrosenthal@mhlawcorp.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jtimko@shutts.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwcohen@daypitney.com

jwest@velaw.com

jwh@njlawfirm.com

jzulack@fzwz.com

kanema@formanlaw.com

karen.kapoor@sc.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

kek@crb-law.com

ken.coleman@allenovery.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kit.weitnauer@alston.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krodriguez@allenmatkins.com

krosen@lowenstein.com

ksebaski@hsgllp.com

kurt.mayr@bgllp.com

kurt.rademacher@morganlewis.com

ladler@fensterstock.com

landon@slollp.com

lapeterson@foley.com

lawallf@pepperlaw.com

lawrence.gelber@srz.com

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lee.whidden@dentons.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com

mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanin@kasowitz.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.kraut@morganlewis.com
michael.mccrory@btlaw.com
michael.solow@apks.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mitchell.berger@squirepb.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpedreira@proskauer.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
mshuster@hsgllp.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com

nbinder@binderschwartz.com

nbojar@fklaw.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neil.herman@morganlewis.com

neilberger@teamtogut.com

ngueron@cgr-law.com

nicholas.zalany@squirepb.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

nlieberman@hsgllp.com

notice@bkcylaw.com

nyrobankruptcy@sec.gov

otccorpactions@finra.org

paronzon@milbank.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.meisels@wilsonelser.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

pfinkel@wilmingtontrust.com

phayden@mcguirewoods.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrostle@jenner.com

raj.madan@skadden.com

ramona.neal@hp.com

rbeacher@pryorcashman.com

rbernard@foley.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgoodman@moundcotton.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

rhorkovich@andersonkill.com

richard.lear@hklaw.com

richard@rwmaplc.com

rick.murphy@sutherland.com

rleek@hodgsonruss.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.honeywell@klgates.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ross.martin@ropesgray.com

rpedone@nixonpeabody.com

rrainer@wmd-law.com

rroupinian@outtengolden.com

rterenzi@stcwlaw.com

russj4478@aol.com

ryaspan@yaspanlaw.com

sabin.willett@morganlewis.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com

scargill@lowenstein.com

schager@ssnylaw.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

scott.golden@hoganlovells.com

scottj@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

seba.kurian@invesco.com

sehlers@armstrongteasdale.com

sfalanga@thewalshfirm.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgraziano@blbglaw.com

sgubner@ebg-law.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

skatona@polsinelli.com

sldreyfuss@hlgslaw.com

sleo@bm.net

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

squsba@stblaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

streusand@slollp.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuber@csglaw.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tgoren@mofo.com

thenderson@americanmlg.com

thomas.califano@dlapiper.com

timothy.harkness@freshfields.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmm@mullaw.org

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

uitkin@kasowitz.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

yuwatoko@mofo.com