## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

Lehman Brothers Holdings Inc. Debtor

Case No. 08-13555-scc

("the Debtors")

### NOTICE OF WITHDRAWAL OF DUPLICATE TRANSFER OF CLAIM NUMBER 51762

**PLEASE TAKE NOTICE** that, **HSBC private Bank Suisse SA** hereby withdraws the Transfer of Claim Number 51762 [Docket Number 56223] to VonWin Capital Management, LP as Transferee. Docket Number 56223 is a duplicate filing to the transfer previously filed under docket number 56139 on August 23, 2017

Respectfully submitted, this 24th day October 2017.

HSBC Private Bank SUISSE SA

Signature:_____
Name:
Title:

Amir Malek
Associate

Cyril FRESNAY