WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza
Joseph G. Davis (*pro hac vice*)
Benjamin P. McCallen

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 945-7468
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)

*Attorneys for Debtors Lehman Brothers Holdings Inc.
and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            )
In re                                                       )   Case No. 08-13555 (SCC)
                                                            )
Lehman Brothers Holdings Inc., *et al.*,                    )   Chapter 11
                                                            )
              Debtors.                                      )   Jointly Administered
                                                            )
------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF TRIAL DATES

**PLEASE TAKE NOTICE** that the Estimation Proceeding being conducted pursuant to that certain settlement agreement approved by order dated July 6, 2017 [Docket No. 55706] (the "**Estimation Proceeding**") previously scheduled to begin on **October 30, 2017 at 10:00 a.m.** (prevailing Eastern Time) has been adjourned and will now commence on **November 20, 2017 at 10:00 a.m.** (prevailing Eastern Time) before the Honorable Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, Courtroom 623, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that Estimation Proceeding will continue on the following dates:

- November 27, 2017 at 10:00 a.m. (prevailing Eastern Time);
- November 28, 2017 at 10:00 a.m. (prevailing Eastern Time); and
- November 29, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Estimation Proceeding is expected to continue to February 2018 and that additional trial date notices will be filed with the Court as necessary to set forth the remainder of the Estimation Proceeding schedule.

Dated: October 25, 2017
New York, New York

By: /s/ Todd G. Cosenza
Paul V. Shalhoub
Todd G. Cosenza
Joseph G. Davis (*pro hac vice*)
Benjamin P. McCallen
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202
Telephone: (303) 573-1600
Facsimile: (303) 573-8133

*Attorneys for Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation*

2