UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | Jointly Administered |

**ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL
ON CONSENT FOR BANESCO BANCO UNIVERSAL S.A.C.A.**

Upon consideration of the Motion For Substitution of Counsel on Consent for Banesco Banco Universal S.A.C.A. (the "Motion") filed by Brown Rudnick LLP pursuant to Rule 2090-1(e) of the Local Rules of the Bankruptcy Court for the Southern District of New York; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the Second Amended Case Management Order entered June 17, 2010 governing case management and administrative procedures [Docket No. 9653]; and no objection having been filed by the objection deadline of October 24, 2017 at 4:00 p.m. (Prevailing Eastern Time); and after due deliberation and sufficient cause appearing therefor, it is:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this order.

Dated: October 26, 2017
       New York, New York

                                      /S/ Shelley C. Chapman
                                      HONORABLE SHELLEY C. CHAPMAN
                                      UNITED STATES BANKRUPTCY JUDGE