**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------- x
                                                    :    Chapter 11
In re:                                              :
                                                    :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.              :
                                                    :    (Jointly Administered)
                     Debtors.                       :
                                                    :    Ref. Docket Nos. 56315, 56690 and
                                                    :    56691
---------------------------------------------------------------- X
```

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 23, 2017, I caused to be served the "Notice of Defective Transfer," dated October 23, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Catherine Henriquez*
                                        Catherine Henriquez

Sworn to before me this
24th day of October, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000123203786 ***          LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 12329



CITIBANK, N.A., LONDON BRANCH
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

CITIBANK, N.A., LONDON BRANCH
ATTN: ROBERT STEMMONS
CITIGROUP CENTRE
33 CANADA SQUARE
CANARY WHARF
LONDON E14 5LB
 UNITED KINGDOM

BANK JULIUS BAER & CO. LTD.
ATTN: PATRIK ROOS
BAHNOFSTRASSE 36
CH-8010 ZURICH
 SWITZERLAND

**Your transfer  of claim # 55397 is defective for the reason(s) checked below:**

Claim Number In Error

Docket Number   56315

Date:  10/06/2017

/s/ Lauren Rodriguez

_____

_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO. LTD. | ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH  SWITZERLAND |
| BKM HOLDINGS (CAYMAN) LTD. | C/O WALKERS CORPORATE LIMITED, CAYMAN CORPORATE CENTRE, 27 HOSPITAL ROAD, GEORGE TOWN, GRAND CAYMAN KY1-9008 CAYMAN ISLANDS |
| BKM HOLDINGS (CAYMAN) LTD. | C/O WALKERS CORPORATE LIMITED, CAYMAN CORPORATE CENTRE, 27 HOSPITAL ROAD, GEORGE TOWN, GRAND CAYMAN KY1-9008 CAYMAN ISLANDS |
| BKM HOLDINGS (CAYMAN) LTD. | C/O WALKERS CORPORATE LIMITED, CAYMAN CORPORATE CENTRE, 27 HOSPITAL ROAD, GEORGE TOWN, GRAND CAYMAN KY1-9008 CAYMAN ISLANDS |
| BKM HOLDINGS (CAYMAN) LTD. | C/O WALKERS CORPORATE LIMITED, CAYMAN CORPORATE CENTRE, 27 HOSPITAL ROAD, GEORGE TOWN, GRAND CAYMAN KY1-9008 CAYMAN ISLANDS |
| BKM HOLDINGS (CAYMAN) LTD. | C/O WALKERS CORPORATE LIMITED, CAYMAN CORPORATE CENTRE, 27 HOSPITAL ROAD, GEORGE TOWN, GRAND CAYMAN KY1-9008 CAYMAN ISLANDS |
| BKM HOLDINGS (CAYMAN) LTD. | C/O WALKERS CORPORATE LIMITED, CAYMAN CORPORATE CENTRE, 27 HOSPITAL ROAD, GEORGE TOWN, GRAND CAYMAN KY1-9008 CAYMAN ISLANDS |
| BKM HOLDINGS (CAYMAN) LTD. | C/O WALKERS CORPORATE LIMITED, CAYMAN CORPORATE CENTRE, 27 HOSPITAL ROAD, GEORGE TOWN, GRAND CAYMAN KY1-9008 CAYMAN ISLANDS |
| BKM HOLDINGS (CAYMAN) LTD. | C/O WALKERS CORPORATE LIMITED, CAYMAN CORPORATE CENTRE, 27 HOSPITAL ROAD, GEORGE TOWN, GRAND CAYMAN KY1-9008 CAYMAN ISLANDS |
| BKM HOLDINGS (CAYMAN) LTD. | C/O WALKERS CORPORATE LIMITED, CAYMAN CORPORATE CENTRE, 27 HOSPITAL ROAD, GEORGE TOWN, GRAND CAYMAN KY1-9008 CAYMAN ISLANDS |
| BKM HOLDINGS (CAYMAN) LTD. | C/O WALKERS CORPORATE LIMITED, CAYMAN CORPORATE CENTRE, 27 HOSPITAL ROAD, GEORGE TOWN, GRAND CAYMAN KY1-9008 CAYMAN ISLANDS |
| CITIBANK, N.A., LONDON BRANCH | ATTN: ROBERT STEMMONS, CITIGROUP CENTRE, 33 CANADA SQUARE, CANARY WHARF, LONDON E14 5LB UNITED KINGDOM |
| CITIBANK, N.A., LONDON BRANCH | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PYRELL FUND, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL WEIS RIFKIND WHARTON & GARRISON LLP, ATTN: KYLE KIMPLER, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PYRELL FUND, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL WEIS RIFKIND WHARTON & GARRISON LLP, ATTN: KYLE KIMPLER, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PYRELL FUND, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL WEIS RIFKIND WHARTON & GARRISON LLP, ATTN: KYLE KIMPLER, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PYRELL FUND, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL WEIS RIFKIND WHARTON & GARRISON LLP, ATTN: KYLE KIMPLER, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PYRELL FUND, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL WEIS RIFKIND WHARTON & GARRISON LLP, ATTN: KYLE KIMPLER, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PYRELL FUND, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL WEIS RIFKIND WHARTON & GARRISON LLP, ATTN: KYLE KIMPLER, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PYRELL FUND, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL WEIS RIFKIND WHARTON & GARRISON LLP, ATTN: KYLE KIMPLER, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PYRELL FUND, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL WEIS RIFKIND WHARTON & GARRISON LLP, ATTN: KYLE KIMPLER, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PYRELL FUND, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL WEIS RIFKIND WHARTON & GARRISON LLP, ATTN: KYLE KIMPLER, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PYRELL FUND, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL WEIS RIFKIND WHARTON & GARRISON LLP, ATTN: KYLE KIMPLER, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PYRELL FUND, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL WEIS RIFKIND WHARTON & GARRISON LLP, ATTN: KYLE KIMPLER, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |

**Total Creditor Count 36**