10/25/17

U.S BANKRUPTCY COURT
1 BOWLING GREEN
NEW YORK, N. Y. 10004

RE:  CASE # 08-13555 LEHMAN BROS.

PLEASE CHANGE MY ADDRESS FOR ANY ANNOUNCEMENTS REGARDING THE ABOVE.  MY CUSIP # IS: 52520B206.

MY NEW ADDRESS IS: 10542 WILLIAMSON PARKWAY, CARMEL, IN 46033.

THANK YOU!

SINCERELY,

*Joseph R. Fuller*

JOSEPH R. FULLER
PS IF YOU WOULD LIKE MY PHONE AND EMAIL ADDRESS, THEY ARE:
joe.fuller@prodigy.net.  My phone is 317 810 0012.

[RECEIVED OCT 30 2017 U.S. BANKRUPTCY COURT S.D.N.Y.]