**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
:
In re:                                                 :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC., et al.,**    :        **08-13555 (SCC)**
:
            **Debtors.**                               :        **(Jointly Administered)**
:
            :        **Ref. Docket No. 56906**
-------------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                           ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 30, 2017, I caused to be served the "September 2017 Post-Effective Operating Report," dated October 30, 2017 [Docket No. 56906], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    b.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, and

    c.  delivered via electronic mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
31st day of September, 2017
*/s/ Panagiota Manatakis*

Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

# EXHIBIT C

Email MSL List

| | |
|---|---|
| aaaronson@dilworthlaw.com | angie.owens@skadden.com |
| aalfonso@willkie.com | anthony_boccanfuso@aporter.com |
| abeaumont@fklaw.com | aostrow@beckerglynn.com |
| abraunstein@riemerlaw.com | appleby@chapman.com |
| acaton@kramerlevin.com | aquale@sidley.com |
| adam.lanza@dlapiper.com | arainone@bracheichler.com |
| adarwin@nixonpeabody.com | arancier@offitkurman.com |
| adiamond@diamondmccarthy.com | arheaume@riemerlaw.com |
| adk@msf-law.com | arosenblatt@chadbourne.com |
| aeckstein@blankrome.com | arthur.rosenberg@hklaw.com |
| aentwistle@entwistle-law.com | arwolf@wlrk.com |
| agbanknewyork@ag.tn.gov | aschwartz@homerbonner.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashmead@sewkis.com |
| aisenberg@saul.com | asnow@ssbb.com |
| akadish@dtlawgroup.com | asomers@rctlegal.com |
| akolod@mosessinger.com | aunger@sidley.com |
| allison.holubis@wilsonelser.com | austin.bankruptcy@publicans.com |
| alum@ftportfolios.com | avenes@whitecase.com |
| amarder@msek.com | bankruptcy@goodwin.com |
| amartin@sheppardmullin.com | bankruptcy@morrisoncohen.com |
| amcmullen@boultcummings.com | bankruptcy@ntexas-attorneys.com |
| amenard@tishmanspeyer.com | bankruptcymatters@us.nomura.com |
| amh@amhandlerlaw.com | barbra.parlin@hklaw.com |
| andrew.brozman@cliffordchance.com | bbisignani@postschell.com |
| andrew.lourie@kobrekim.com | bcarlson@co.sanmateo.ca.us |
| andrewtenzer@paulhastings.com | bdemay@hsgllp.com |
| angelich.george@arentfox.com | bdk@schlamstone.com |

1

Email MSL List

benjamin.mintz@apks.com

bguiney@pbwt.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brosenblum@jonesday.com

brotenberg@wolffsamson.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bsellier@rlrpclaw.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

cahn@clm.com

canelas@pursuitpartners.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cdesiderio@nixonpeabody.com

cfarley@mccarter.com

cgoldstein@stcwlaw.com

cgonzalez@diazreus.com

chad.husnick@kirkland.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chemrick@thewalshfirm.com

chipford@parkerpoe.com

chris.donoho@hoganlovells.com

christopher.greco@kirkland.com

claude.montgomery@dentons.com

clynch@reedsmith.com

cmestres@aclawllp.com

cohen@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

cparyse@contrariancapital.com

craig.goldblatt@wilmerhale.com

craigjustinalbert@gmail.com

crmomjian@attorneygeneral.gov

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

cszyfer@stroock.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.heller@lw.com

david.livshiz@freshfields.com

david.powlen@btlaw.com

david.tillem@wilsonelser.com

Email MSL List

| | |
|---|---|
| davids@blbglaw.com | dkessler@ktmc.com |
| davidwheeler@mvalaw.com | dkozusko@willkie.com |
| dbarber@bsblawyers.com | dlemay@chadbourne.com |
| dbaumstein@whitecase.com | dlipke@vedderprice.com |
| dbesikof@loeb.com | dmark@kasowitz.com |
| dblack@hsgllp.com | dmcguire@winston.com |
| dcimo@gjb-law.com | dmiller@steinlubin.com |
| dcoffino@cov.com | dmurray@jenner.com |
| dcrapo@gibbonslaw.com | dneier@winston.com |
| ddavis@paulweiss.com | dodonnell@milbank.com |
| ddrebsky@nixonpeabody.com | dpegno@dpklaw.com |
| ddunne@milbank.com | draelson@fisherbrothers.com |
| deggermann@kramerlevin.com | drosenzweig@fulbright.com |
| deggert@freebornpeters.com | drosner@goulstonstorrs.com |
| demetra.liggins@tklaw.com | drosner@kasowitz.com |
| dennis.tracey@hoganlovells.com | dshaffer@wtplaw.com |
| dfelder@orrick.com | dspelfogel@foley.com |
| dflanigan@polsinelli.com | dtatge@ebglaw.com |
| dfliman@kasowitz.com | dtheising@harrisonmoberly.com |
| dgoldberg@hsgllp.com | dwdykhouse@pbwt.com |
| dhayes@mcguirewoods.com | dworkman@bakerlaw.com |
| dhealy@hsgllp.com | easmith@venable.com |
| dheffer@foley.com | ebcalvo@pbfcm.com |
| dhurst@coleschotz.com | ecohen@russellinvestments.com |
| dhw@dhclegal.com | edelucia@hsgllp.com |
| diconzam@gtlaw.com | edward.flanders@pillsburylaw.com |
| djcarragher@daypitney.com | efleck@milbank.com |
| djoseph@stradley.com | efriedman@fklaw.com |

3

Email MSL List

| | |
|---|---|
| efriedman@friedmanspring.com | goldenberg@ssnylaw.com |
| ekbergc@lanepowell.com | gspilsbury@jsslaw.com |
| eleicht@whitecase.com | guzman@sewkis.com |
| ellen.halstead@cwt.com | harrisjm@michigan.gov |
| emagnelli@bracheichler.com | harveystrickon@paulhastings.com |
| emerberg@mayerbrown.com | hbeltzer@chadbourne.com |
| enkaplan@kaplanlandau.com | heiser@chapman.com |
| eobrien@sbchlaw.com | hmagaliff@r3mlaw.com |
| etillinghast@sheppardmullin.com | holsen@stroock.com |
| eweinick@otterbourg.com | hooper@sewkis.com |
| ezujkowski@emmetmarvin.com | howard.hawkins@cwt.com |
| farrington.yates@kobrekim.com | hseife@chadbourne.com |
| fcarruzzo@kramerlevin.com | hsnovikoff@wlrk.com |
| ffm@bostonbusinesslaw.com | hsteel@brownrudnick.com |
| fhenn@law.nyc.gov | irethy@stblaw.com |
| fhyman@mayerbrown.com | israel.dahan@cwt.com |
| foont@foontlaw.com | izaur@cgr-law.com |
| fsosnick@shearman.com | j.zelloe@stahlzelloe.com |
| gabriel.delvirginia@verizon.net | jacobsonn@sec.gov |
| gary.ravertpllc@gmail.com | jalward@blankrome.com |
| gavin.alexander@ropesgray.com | james.berg@piblaw.com |
| gbray@milbank.com | james.mcclammy@dpw.com |
| ggitomer@mkbattorneys.com | james.moore@morganlewis.com |
| ggoodman@foley.com | james.sprayregen@kirkland.com |
| giddens@hugheshubbard.com | jamesboyajian@gmail.com |
| gkaden@goulstonstorrs.com | jamestecce@quinnemanuel.com |
| glenn.siegel@morganlewis.com | jar@outtengolden.com |
| gmoss@riemerlaw.com | jay.hurst@oag.state.tx.us |

4

Email MSL List

| | |
|---|---|
| jay@kleinsolomon.com | jlawlor@wmd-law.com |
| jbeemer@entwistle-law.com | jlee@foley.com |
| jbird@polsinelli.com | jlevitin@cahill.com |
| jbrody@americanmlg.com | jlscott@reedsmith.com |
| jbromley@cgsh.com | jmaddock@mcguirewoods.com |
| jcarberry@cl-law.com | jmazermarino@msek.com |
| jchristian@tobinlaw.com | jmelko@gardere.com |
| jdoran@haslaw.com | jmerva@fult.com |
| jdwarner@warnerandscheuerman.com | jmr@msf-law.com |
| jdweck@sutherland.com | jnm@mccallaraymer.com |
| jdyas@halperinlaw.net | john.beck@hoganlovells.com |
| jean-david.barnea@usdoj.gov | john.goodchild@morganlewis.com |
| jeanites@whiteandwilliams.com | john.monaghan@hklaw.com |
| jeannette.boot@wilmerhale.com | john.mule@state.mn.us |
| jeff.wittig@united.com | john.rapisardi@cwt.com |
| jeldredge@velaw.com | jonathan.goldblatt@bnymellon.com |
| jennifer.demarco@cliffordchance.com | jonathan.henes@kirkland.com |
| jennifer.gore@shell.com | jorbach@hahnhessen.com |
| jfalgowski@reedsmith.com | joseph.cordaro@usdoj.gov |
| jg5786@att.com | joshua.dorchak@morganlewis.com |
| jgenovese@gjb-law.com | jowen769@yahoo.com |
| jguy@orrick.com | joy.mathias@dubaiic.com |
| jhiggins@fdlaw.com | jpintarelli@mofo.com |
| jhorgan@phxa.com | jporter@entwistle-law.com |
| jhuggett@margolisedelstein.com | jprol@lowenstein.com |
| jim@atkinslawfirm.com | jrabinowitz@rltlawfirm.com |
| jjureller@klestadt.com | jrosenthal@mhlawcorp.com |
| jlamar@maynardcooper.com | jrsmith@hunton.com |

Email MSL List

| | |
|---|---|
| jschiller@bsfllp.com | kkolbig@mosessinger.com |
| jschwartz@hahnhessen.com | klyman@irell.com |
| jsheerin@mcguirewoods.com | klynch@formanlaw.com |
| jsherman@bsfllp.com | kobak@hugheshubbard.com |
| jshickich@riddellwilliams.com | korr@orrick.com |
| jsmairo@pbnlaw.com | kovskyd@pepperlaw.com |
| jstoll@mayerbrown.com | kressk@pepperlaw.com |
| jtimko@shutts.com | kreynolds@mklawnyc.com |
| judy.morse@crowedunlevy.com | krodriguez@allenmatkins.com |
| jvail@ssrl.com | krosen@lowenstein.com |
| jwcohen@daypitney.com | ksebaski@hsgllp.com |
| jwest@velaw.com | kurt.mayr@bgllp.com |
| jwh@njlawfirm.com | kurt.rademacher@morganlewis.com |
| jzulack@fzwz.com | ladler@fensterstock.com |
| kanema@formanlaw.com | landon@slollp.com |
| karen.kapoor@sc.com | lapeterson@foley.com |
| karen.wagner@dpw.com | lawallf@pepperlaw.com |
| karl.geercken@alston.com | lawrence.gelber@srz.com |
| kdwbankruptcydepartment@kelleydrye.com | lberkoff@moritthock.com |
| keckhardt@hunton.com | lee.stremba@troutmansanders.com |
| keith.simon@lw.com | lee.whidden@dentons.com |
| kek@crb-law.com | lgranfield@cgsh.com |
| ken.coleman@allenovery.com | lhandelsman@stroock.com |
| kerry.moynihan@hro.com | lisa.solomon@att.net |
| kgwynne@reedsmith.com | ljkotler@duanemorris.com |
| kiplok@hugheshubbard.com | lkatz@ltblaw.com |
| kit.weitnauer@alston.com | lkiss@klestadt.com |
| kkelly@ebglaw.com | lmarinuzzi@mofo.com |

6

Email MSL List

lmcgowen@orrick.com

lnashelsky@mofo.com

loizides@loizides.com

lperlman@hsgllp.com

lschweitzer@cgsh.com

lucdespins@paulhastings.com

mabrams@willkie.com

maofiling@cgsh.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.ellenberg@cwt.com

mark.mckane@kirkland.com

mark.salzberg@squirepb.com

mark.sherrill@sutherland.com

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

mbenner@tishmanspeyer.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcarthurk@sullcrom.com

mccarthyj@sullcrom.com

mcordone@stradley.com

mcyganowski@oshr.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhanin@kasowitz.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.krauss@faegrebd.com

michael.kraut@morganlewis.com

michael.mccrory@btlaw.com

michael.solow@apks.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mitchell.berger@squirepb.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

Email MSL List

| | |
|---|---|
| monica.lawless@brookfieldproperties.com | nlepore@schnader.com |
| mpage@kelleydrye.com | nlieberman@hsgllp.com |
| mparry@mosessinger.com | notice@bkcylaw.com |
| mpedreira@proskauer.com | nyrobankruptcy@sec.gov |
| mrosenthal@gibsondunn.com | otccorpactions@finra.org |
| mruetzel@whitecase.com | paronzon@milbank.com |
| mschimel@sju.edu | pbattista@gjb-law.com |
| msegarra@mayerbrown.com | pbosswick@ssbb.com |
| mshiner@tuckerlaw.com | pdublin@akingump.com |
| mshuster@hsgllp.com | peisenberg@lockelord.com |
| msolow@kayescholer.com | peter.gilhuly@lw.com |
| mspeiser@stroock.com | peter.macdonald@wilmerhale.com |
| mstamer@akingump.com | peter.meisels@wilsonelser.com |
| munno@sewkis.com | peter.simmons@friedfrank.com |
| mvenditto@reedsmith.com | peter@bankrupt.com |
| mwarner@coleschotz.com | pfeldman@oshr.com |
| mwarren@mtb.com | pfinkel@wilmingtontrust.com |
| nathan.spatz@pillsburylaw.com | phayden@mcguirewoods.com |
| nbinder@binderschwartz.com | pmaxcy@sonnenschein.com |
| nbojar@fklaw.com | ppascuzzi@ffwplaw.com |
| ncoco@mwe.com | ppatterson@stradley.com |
| neal.mann@oag.state.ny.us | psp@njlawfirm.com |
| ned.schodek@shearman.com | ptrostle@jenner.com |
| neil.herman@morganlewis.com | raj.madan@skadden.com |
| neilberger@teamtogut.com | ramona.neal@hp.com |
| ngueron@cgr-law.com | rbeacher@pryorcashman.com |
| nicholas.zalany@squirepb.com | rbernard@foley.com |
| nissay_10259-0154@mhmjapan.com | rbyman@jenner.com |

Email MSL List

| | |
|---|---|
| rdaversa@orrick.com | sabvanrooy@hotmail.com |
| relgidely@gjb-law.com | sally.henry@skadden.com |
| rfriedman@silvermanacampora.com | samuel.cavior@pillsburylaw.com |
| rgmason@wlrk.com | sandyscafaria@eaton.com |
| rgoodman@moundcotton.com | scargill@lowenstein.com |
| rgraham@whitecase.com | schager@ssnylaw.com |
| rhett.campbell@tklaw.com | schannej@pepperlaw.com |
| rhorkovich@andersonkill.com | schepis@pursuitpartners.com |
| richard.lear@hklaw.com | schnabel.eric@dorsey.com |
| richard@rwmaplc.com | schristianson@buchalter.com |
| rick.murphy@sutherland.com | scott.golden@hoganlovells.com |
| rleek@hodgsonruss.com | scottj@sullcrom.com |
| rmatzat@hahnhessen.com | scottshelley@quinnemanuel.com |
| rnetzer@willkie.com | scousins@armstrongteasdale.com |
| robert.honeywell@klgates.com | sdnyecf@dor.mo.gov |
| robert.malone@dbr.com | seba.kurian@invesco.com |
| robert.yalen@usdoj.gov | sehlers@armstrongteasdale.com |
| robin.keller@lovells.com | sfalanga@thewalshfirm.com |
| roger@rnagioff.com | sfelderstein@ffwplaw.com |
| ross.martin@ropesgray.com | sfineman@lchb.com |
| rpedone@nixonpeabody.com | sfox@mcguirewoods.com |
| rrainer@wmd-law.com | sgordon@cahill.com |
| rroupinian@outtengolden.com | sgraziano@blbglaw.com |
| rterenzi@stcwlaw.com | sgubner@ebg-law.com |
| russj4478@aol.com | sharbeck@sipc.org |
| ryaspan@yaspanlaw.com | shari.leventhal@ny.frb.org |
| sabin.willett@morganlewis.com | shgross5@yahoo.com |
| sabramowitz@velaw.com | skatona@polsinelli.com |

9

Email MSL List

| | |
|---|---|
| sldreyfuss@hlgslaw.com | tdewey@dpklaw.com |
| sleo@bm.net | tgoren@mofo.com |
| slerman@ebglaw.com | thenderson@americanmlg.com |
| slerner@ssd.com | thomas.califano@dlapiper.com |
| slevine@brownrudnick.com | timothy.harkness@freshfields.com |
| sloden@diamondmccarthy.com | tkiriakos@mayerbrown.com |
| smillman@stroock.com | tlauria@whitecase.com |
| smulligan@bsblawyers.com | tmacwright@whitecase.com |
| snewman@katskykorins.com | tmm@mullaw.org |
| sory@fdlaw.com | tnixon@gklaw.com |
| squsba@stblaw.com | toby.r.rosenberg@irscounsel.treas.gov |
| sree@lcbf.com | tomwelsh@orrick.com |
| sschultz@akingump.com | tsalter@blankrome.com |
| sselbst@herrick.com | tslome@msek.com |
| sshimshak@paulweiss.com | tunrad@burnslev.com |
| sskelly@teamtogut.com | uitkin@kasowitz.com |
| sstarr@starrandstarr.com | vguldi@zuckerman.com |
| stephen.cowan@dlapiper.com | villa@slollp.com |
| stephen.hessler@kirkland.com | vmilione@nixonpeabody.com |
| steve.ginther@dor.mo.gov | vrubinstein@loeb.com |
| steven.usdin@flastergreenberg.com | wanda.goodloe@cbre.com |
| streusand@slollp.com | wbenzija@halperinlaw.net |
| susheelkirpalani@quinnemanuel.com | wcurchack@loeb.com |
| swolowitz@mayerbrown.com | wfoster@milbank.com |
| szuber@csglaw.com | will.sugden@alston.com |
| szuch@wiggin.com | wisotska@pepperlaw.com |
| tannweiler@greerherz.com | wk@pwlawyers.com |
| tbrock@ssbb.com | wmaher@wmd-law.com |

Email MSL List

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

yuwatoko@mofo.com