

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Baloise Bank SoBa AG
Name of Transferee

Credit Suisse AG
Name of Transferor

Name and Address where notices to transferee should be sent:

Amthausplatz 4
att. Mr. Ulrich Ischi
4500 Solothurn
Switzerland

Phone: +41 58 285 38 52
Last Four Digits of Acct #: n.a.

Court Claim # (if known): 55829
Date Claim Filed: October 29, 2009
Amount of Claim: partial transfer of claim
Portion of Claim Transferred (see Schedule I): 50

Phone: _____
Last Four Digits of Acct. #: n.a.

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief. Baloise Bank SoBa AG

By: _____    Date: July 12, 2017
     Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Baloise Bank SoBa** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **June 20, 2017.**

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Sandro Hunziker
Title: AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| ANN5214A8303 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | Units 50 |

**Baloise Bank SoBa AG**
Amthausplatz 4, 4502 Solothurn
T 058 285 33 33, F 058 285 03 33
www.baloise.ch

**Baloise Bank SoBa**

**Ihr Kontakt**
Ulrich Ischi
Leiter Operations
T 058 285 38 52
F 058 285 03 45
ulrich.ischi@baloise.ch

U.S. Bankruptcy Cort for the
Southern District of N.Y.
One Bowling Green,
New York, N.Y. 1004
USA

23. Oktober 2017 / uis

**Kurzmitteilung**

| | |
|---|---|
| ☐ gemäss (tel.) Besprechung | ☐ zur Unterschrift/Visum |
| ☐ gemäss Ihrem Schreiben | ☐ zu Ihren Akten |
| ☒ gemäss Ihrem Wunsch | ☐ mit bestem Dank zurück |
| ☐ zur Kenntnis | ☐ bitte zurückgeben |
| ☐ zur Prüfung/Kontrolle | ☐ bitte Akten/Unterlagen einreichen |
| ☐ zur Stellungnahme | ☐ bitte besprechen |
| ☒ zur direkten Erledigung | ☐ bitte weiterleiten an |
| ☐ bitte anrufen auf Telefon | ☐ Beilagen: |

Enclosed please find a Form 210A as well as a "Evidence of Transfer of claim*

Kind Regards

Baloise Bank SoBa AG



Ulrich Ischi



**Wir machen Sie sicherer.**

1 / 1
3087 / BP-Nr.: S146094