B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re ___Lehman Brothers Holdings Inc.___,        Case No. ___08-13555___

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Girish Pancha & Pramod Pancha TIC | SVP Holdings Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

   10 Kent Pl
   Belle Mead NJ 08502

Phone: ___7324708145___
Last Four Digits of Acct #: _____

Court Claim # (if known): ___37180___
Amount of Claim: ___81744.33___
Date Claim Filed: ___Oct. 9 2009___

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments *should be sent* (if different from above):
   150 California Street 21st floor
   San Francisco CA 94104

Phone: ___4153952501___
Last Four Digits of Acct #:___4737___

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _~Pramod Pancha~_                Date: ___24 OCT 2017___
   Transferee/Transferee's Agent
     PRAMOD PANCHA

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED
OCT 30 2017
U.S. BANKRUPTCY COURT
SO. DISTRICT NEW YORK