Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:  Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: *58510* (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Issue of EUR 3'500'000 Index-Linked Notes due February 2012 relating to the Dow Jones Eurostoxx 50 Index | XS0286897219 | LBT Bv | LBH Inc. | EUR 200'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 13 and in paragraphs/lines 19 of the Addendum to the Proof of Claim.

WALLISER KANTONALBANK, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Olivier Lemal
Private Banking
ING Belgium SA/NV- Private Banking
Rue Georges Clémenceau 13   4000 Liège
GSM: 0496.10 54 77 / F: 04.220.76.20
Mailto: olivier.lemal@ing.be

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.          Case No.: 08-13555 (JMP
                                                Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> ING Belgium SA | Name of Transferor: <br> Walliser Kantonalbank |
|---|---|
| Notices to Transferee should be sent to: <br> Olivier Lemal <br> Private Banking <br> ING Belgium SA/NV- Private Banking <br> Rue Georges Clémenceau 13   4000 Liège <br> GSM: 0496.10 54 77 / F: 04.220.76.20 <br> EMAIL: olivier.lemal@ing.be | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments *should be* sent (if different from above): | Name and Current Address of Transferor <br> Walliser Kantonalbank <br> Rue des Cèdres 8 <br> 1951 Sion, Switzerland <br> Attn: Tavelli Grégoire <br> +41 58 324 6432 - gregoire.tavelli@bcvs.ch |
| Amount of Claim Being Transferred: <br><br> EUR 200'000 (face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 58510 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____     Date: 17/10/2017
ING BELGIUM SA
Olivier Lemal, authorized representative

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 15, 2014.

Walliser Kantonalbank
Transferor

By: _____
Name: Stéphane Travelletti
Title: Autorized Manager

By: _____
Name: Grégoire Tavelli
Title: Mandatory

ACKNOWLEDGED BY:

ING BELGIUM SA
Transferee

By: _____
Name: Olivier Lemal
Title: Authorized representative