B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc. et al.,          Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Nationstar Mortgage LLC
Name of Transferee

U.S. Bank, National Association, as Trustee
Name of Transferor

Name and Address where notices to transferee should be sent:

Nationstar Mortgage LLC
10350 Park Meadows Drive
Littleton, CO 80124
Attn: Michele Olds
Phone: (303) 515-8152
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Court Claim # (if known): 20515, 20516
Amount of Claim: Unliquidated
Date Claim Filed: September 21, 2009

**PARTIAL TRANSFER:**

Transferor has transferred all rights, title and interest in and to the claims of Seller, AS IS, WHERE IS, WITH ALL FAULTS, including all rights of stoppage, in transit, replevin and reclamation, of that portion of claim numbers 20515 and 20516 relating to the SASCO 2002-17 Transaction, **and solely to the extent such claim relates to the SASCO 2002-17 transaction.**

Phone: _____
Last Four Digits of Acct #: _____

Phone: (617) 603-6452
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michele Olds          Date: _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court, Southern District of New York ("Bankruptcy Court")
       Attn:   Clerk of the Court

AND TO:  Lehman Brothers Holdings, Inc., et al. ("Debtors")
          Case No. 08-13555

Claim Nos.: 20515, 20516

**U.S. BANK, NATIONAL ASSOCIATION, as Trustee for the Structured Asset Securities Corporation, Series 2002-17 transaction ("SASCO 2002-17")**, its successors and assigns ("Seller"), for good and valuable consideration, has unconditionally and irrevocably sold, transferred and assigned unto:

Nationstar Mortgage LLC
10350 Park Meadows Drive
Littleton, CO 80124
Attn: Michele Olds
Phone: (303) 515-8152

its successors and assigns ("Buyer"), all rights, title and interest in and to the claims of Seller, AS IS, WHERE IS, WITH ALL FAULTS, including all rights of stoppage in transit, replevin and reclamation, of that portion of claim numbers 20515 and 20516 (the "Claims") relating to the SASCO 2002-17 transaction, **and solely to the extent each such claim relates to the SASCO 2002-17 transaction**, against the Debtors in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing the Buyer as the sole owner and holder of the Claims.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claims to Buyer.

[Remainder of page intentionally left blank]

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December ___, 2014.

**U.S. BANK NATIONAL ASSOCIATION,**
as Trustee for the SASCO 2002-17 transaction

By: _____
Name: ~~Jodi L. Scully~~
Title: ~~Assistant Vice Presi~~dent

David Duclos
Vice President

**NATIONSTAR MORTGAGE LLC,**

By: _____
Name:  Michele Olds
Title:   Senior Vice President

3723672.01.01.doc

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December __, 2014.

**U.S. BANK NATIONAL ASSOCIATION,**
as Trustee for the SASCO 2002-17 transaction

By: _____
Name: Jodi L. Scully
Title:   Vice President

**NATIONSTAR MORTGAGE LLC,**

By: _*Michele Olds*_
Name: Michele Olds
Title:   Senior Vice President