**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No.: 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

**To:    Wilmington Trust Company, Assignor/Transferor**
1100 North Market Street
Rodney Square North
Wilmington, DE 19890

Your claims relating to the Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2002-13 ("SASCO 2002-13") included in claim numbers 22766 and 22773 (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise) (collectively, the "Claim") in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMP), or any other court with jurisdiction over such proceedings, has been transferred to Nationstar Mortgage LLC, Assignee/Transferee (but solely to the extent of the portion of the Claim relating to SASCO 2002-13).

No action is required if you do not object to the transfer of your Claim.  If you object to the transfer, within twenty-one (21) days of the date of this notice, you must file a written objection and provide written notice to the Assignee/Transferee:

**Nationstar Mortgage LLC, Assignee/Transferee**
10350 Park Meadows Drive
Littleton, CO 80124
Attention:  Michele Olds

## EVIDENCE OF TRANSFER

**Wilmington Trust Company**, its successors and assigns (collectively, "**Assignor**"), pursuant to that certain Assignment and Conveyance Agreement, dated May 27, 2014 (as may have been amended from time to time), has hereby absolutely and unconditionally sold, conveyed, transferred and assigned to **Nationstar Mortgage LLC**, its successors and assigns (collectively, "**Assignee**"), its claims (collectively, the "**Claim**") relating to the Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2002-13 ("SASCO 2002-13") included in claim numbers 22766 and 22773 (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise) (the "Claim") in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMP), or any other court with jurisdiction over such proceedings, has been transferred to Nationstar Mortgage LLC, Assignee/Transferee (but solely to the extent of the portion of the Claim relating to SASCO 2002-13.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly-authorized representatives this 27 th day of May, 2014.

**Wilmington Trust Company**                      **Nationstar Mortgage LLC**

By:_____                       By:_____
Name:____Adam B. Scozzafava____                   Name: Michele Olds
Title:_____Vice President_____                  Title:   Senior Vice President

## EVIDENCE OF TRANSFER

**Wilmington Trust Company**, its successors and assigns (collectively, "**Assignor**"), pursuant to that certain Assignment and Conveyance Agreement, dated May 27, 2014 (as may have been amended from time to time), has hereby absolutely and unconditionally sold, conveyed, transferred and assigned to **Nationstar Mortgage LLC**, its successors and assigns (collectively, "**Assignee**"), its claims (collectively, the "**Claim**") relating to the Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2002-13 ("SASCO 2002-13") included in claim numbers 22766 and 22773 (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise) (the "Claim") in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMP), or any other court with jurisdiction over such proceedings, has been transferred to Nationstar Mortgage LLC, Assignee/Transferee (but solely to the extent of the portion of the Claim relating to SASCO 2002-13.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly-authorized representatives this 27th day of May, 2014.

**Wilmington Trust Company**

By:_____
Name:_____
Title:_____

**Nationstar Mortgage LLC**

By: Michele Olds
Name: Michele Olds
Title:  Senior Vice President