B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,    Case No.    08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Vijaygeet Limited** | **The Hongkong and Shanghai Banking Corporation Limited, Singapore branch** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Attn: Vijaygeet Limited
Helvetia Court, South Esplanade, St. Peter Port
Guernsey, GY1 4EE

Phone: +44 1481 719157
Last Four Digits of Acct. #: 8695

Name and Address where transferee payments should be sent (if different from above):

Attn: Vijaygeet Limited
Credit Suisse AG,
Tackler 16/Barenhof
8001 Zurich ZH
Switzerland

Phone: +41 44 332 04 88
Last Four Digits of Acct. #: 8695

Court Claim # (if known): 56671

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Date Claim Filed: 29 October 2009

Phone: +852 3604 7640

Last Four Digits of Acct. #: 6253

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

For and on behalf of Vijaygeet Limited
By Primary Management Limited

By: _[signature]_ JTurotto Date: 10th August 2017.
MRS D LE DOUVEN     MISS J TUROTTO
AUTHORISED          AUTHORISED
SIGNATORY           SIGNATORY

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RESTRICTED

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, SINGAPORE BRANCH** ("**Transferor**"), does hereby certify that, as of 10th August 2017, it has unconditionally and irrevocably transferred and assigned to Vijaygeet Limited ("**Transferee**"), to the extent specified below (the "**Transferred Claim**"), Transferor's right, title and interest in and to Proof of Claim Number 56671 filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (JMP) in the United States Bankruptcy Court for the Southern District of New York, solely in following amounts (the "**Claim**").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|---|---|---|---|
| XS0229584296 | LEHMAN BROS CAP FUND V | LEHMAN BROTHERS HOLDINGS INC | [100,000] |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the 10th of August 2017

THE HONGKONG AND SHANGHAI
BANKING CORPORATION LIMITED

By: _____
Name: _____
Title: _____
Tel.: Ang Sok Leng
      Head of Credit Advisory, South East Asia
      HSBC Private Banking

For and on behalf of Vijaygeet Limited
By Primary Management Limited

By: _____   J Tirotto
Name: MRS D LE COUVEY DOWLING   MISS J TIROTTO
Title: AUTHORISED SIGNATORIES
Tel.: +44 1481       +44 1481
      719 110       719 196

RESTRICTED