UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>Debtors. | Chapter 11<br>Case No.: 08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

To:   Wilmington Trust Company, Assignor/Transferor
      1100 N Market Street
      Wilmington, DE 19890

      Attn: Adam Scozzafava

Your claim relating to Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2002-22H ("SASCO 2002-22H" or the "Trust") included in claim number 22773 (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise) (the "Claim") in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMP), or any other court with jurisdiction over such proceedings, has been transferred to Nationstar Mortgage LLC, Assignee/Transferee (but solely to the extent of the portion of the Claim relating to the Trust).

No action is required if you do not object to the transfer of your Claim. If you object to the transfer, within twenty-one (21) days of the date of this notice, you must file a written objection and provide written notice to the Assignee/Transferee:

**Nationstar Mortgage LLC, Assignee/Transferee**
8740 Lucent Boulevard, Suite 600
Highlands Ranch, Colorado 80129
Attention: Michele Olds

## EVIDENCE OF TRANSFER

**Wilmington Trust Company**, its successors and assigns (collectively, "**Assignor**"), pursuant to that certain Assignment and Conveyance Agreement, dated July 25, 2013 (as may have been amended from time to time), has hereby absolutely and unconditionally sold, conveyed, transferred and assigned to **Nationstar Mortgage LLC**, its successors and assigns (collectively, "**Assignee**"), its claim (the "**Claim**") relating to Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2002-22H ("SASCO 2002-22H") included in claim number 22773 (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise) in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMP), or any other court with jurisdiction over such proceedings (but solely to the extent of the portion of the Claim relating to the Trust).

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly-authorized representatives this 9th day of November, 2017.

**Wilmington Trust Company**
as trustee
By: _____
Name: Adam B. Scozzafava
Title: Vice President

**Nationstar Mortgage LLC**

By: _____
Name: Diane Moormann
Title: Vice President