B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re <u>Lehman Brothers Holdings, Inc. *et al.*</u>,    Case No. <u>08-13555</u>

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice to the extent the claim relates to the SASCO 2004-2AC transaction. Transferor is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

<u>Nationstar Mortgage LLC</u>
Name of Transferee

<u>U.S. Bank National Association, not individually but solely in its capacity as Trustee</u>
Name of Transferor

Name and Address where notices to transferee should be sent:
  Nationstar Mortgage LLC
  8740 Lucent Boulevard, Suite 600
  Highlands Ranch, Colorado 80129
  Attn: Michele Olds
Phone: <u>(303) 515-8152</u>
Last Four Digits of Acct #: <u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

Court Claim # (if known): <u>20516</u>
Amount of Claim: <u>Unliquidated</u>
Date Claim Filed: <u>September 21, 2009</u>

**PARTIAL TRANSFER:**

Transferor has transferred all rights, title and interest, AS IS, WHERE IS, WITH ALL FAULTS, including all rights of stoppage, in transit, replevin and reclamation, of that portion of claim number 20516 relating to the SASCO 2004-2AC transaction, **and solely to the extent such claim relates to the SASCO 2004-2AC transaction.**

Phone:
Last Four Digits of Acct #: <u>N/A</u>

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court, Southern District of New York ("Bankruptcy Court")
      Attn:   Clerk of the Court

AND TO: Lehman Brothers Holdings, Inc., *et al.* ("Debtors")
      Case No. 08-13555

Claim No.: 20516

**U.S. BANK NATIONAL ASSOCIATION, not individually but solely in its capacity as Trustee for the Structured Asset Securities Corporation, Series 2004-2AC transaction ("SASCO 2004-2AC")**, its successors and assigns ("Seller"), for good and valuable consideration, has absolutely, unconditionally, and irrevocably sold, conveyed, transferred, and assigned unto:

> **Nationstar Mortgage LLC**
> 8740 Lucent Boulevard, Suite 600
> Highlands Ranch, Colorado 80129
> Attn: Michele Olds
> Phone:  (303) 515-8152

its successors and assigns ("Buyer"), all rights, title and interest in and to the claims of Seller, AS IS, WHERE IS, WITH ALL FAULTS, including all rights of stoppage in transit, replevin and reclamation, of that portion of claim number 20516 (the "Claim") relating to the SASCO 2004-2AC transaction, **and solely to the extent each such claim relates to the SASCO 2004-2AC transaction**, against the Debtors in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtors.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

   IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated November 13, 2017.

[*Signatures on following page*]

| | |
|---|---|
| **U.S. Bank National Association,** not individually but solely in its capacity as Trustee | **Nationstar Mortgage LLC** |
| By:_____ <br> Name:_____ <br> Title:_____ | By: *Christine Baker* <br> Name: Christine Baker <br> Title:  Vice President |

**U.S. Bank National Association,**
not individually but solely in its capacity
as Trustee

By: /s/ Amy
Name: Amy Byrnes
Title: SVP

**Nationstar Mortgage LLC**

By:_____
Name: Diane Moormann
Title:   Vice President