# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No.: 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF PARTIAL TRANSFER OF CLAIM
## PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

**To:** U.S. Bank National Association, Assignor/Transferor
540 West Madison Street, Suite 1840
Chicago, Illinois 60661
Attention: Corporate Trust Services

Your claim relating to Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2003-32 ("**SASC 2003-32** or the "**Trust**") included in claim number 20516 (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise), (the "**Claim**") in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMP), or any other court with jurisdiction over such proceedings, has been transferred to Nationstar Mortgage LLC, Assignee/Transferee (but solely to the extent of the portion of the Claim relating to the Trust).

No action is required if you do not object to the partial transfer of your Claim. If you object to the partial transfer, within twenty-one (21) days of the date of this notice, you must file a written objection and provide written notice to the Assignee/Transferee:

**Nationstar Mortgage LLC, Assignee/Transferee**
8740 Lucent Boulevard, Suite 600
Highlands Ranch, Colorado 80129
Attention: Michele Olds

14576/9
11/16/2017 49221300.2

## EVIDENCE OF PARTIAL TRANSFER

**U.S. Bank National Association, not individually but solely in its capacity as Trustee**, its successors and assigns (collectively, "**Assignor**"), has hereby absolutely and unconditionally sold, conveyed, transferred and assigned to **Nationstar Mortgage LLC**, its successors and assigns (collectively, "**Assignee**"), its claim (the "**Claim**") relating to Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2003-32 ("**SASC 2003-32** or the "**Trust**") included in claim number 20516 (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise) in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMP), or any other court with jurisdiction over such proceedings (but solely to the extent of the portion of the Claim relating to the Trust).

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly-authorized representatives this 13th day of November, 2017.

(*Signatures on following page*)

**U.S. Bank National Association,**
not individually but solely in its capacity
as Trustee

By:_____
Name:_____
Title:_____

**Nationstar Mortgage LLC**

By: *Christine Baker* (signature)
Name: Christine Baker
Title:   Vice President

| | |
|---|---|
| **U.S. Bank National Association,**<br>not individually but solely in its capacity<br>as Trustee<br><br>By: _/s/ Amy_<br>Name: Amy Byrnes<br>Title: SVP | **Nationstar Mortgage LLC**<br><br><br><br>By: _____<br>Name: Diane Moormann<br>Title:   Vice President |