WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza
Benjamin P. McCallen

WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
Telephone: (202) 303-1000
Facsimile: (202) 303-2000
Joseph G. Davis (*pro hac vice*)
Ann Weber (*pro hac vice pending*)

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 945-7468
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)

*Attorneys for Debtors Lehman Brothers Holdings Inc.*
*and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             )
In re                                                        )   Case No. 08-13555 (SCC)
                                                             )
Lehman Brothers Holdings Inc., *et al.*,                     )   Chapter 11
                                                             )
         Debtors.                                            )   Jointly Administered
                                                             )
------------------------------------------------------------ x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Ann Weber, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent Lehman Brothers Holdings Inc. and certain of its affiliates, debtors in the above-referenced cases.

I certify that I am a member in good standing of the bars of the District of Columbia (No. 1014563) and the State of Texas (No. 24070819).

I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Dated: November 21, 2017
Washington, D.C.

/s/ Ann Weber
Ann Weber
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
Telephone: (202) 303-1000
Facsimile: (202) 303-2000
aweber@willkie.com

*Attorneys for Debtors Lehman Brothers Holdings Inc. and certain of its affiliates*

2



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## ANN MARIE WEBER

was on    JUNE 3, 2013    duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on NOVEMBER 20, 2017.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
)
In re ) Case No. 08-13555 (SCC)
)
Lehman Brothers Holdings Inc., *et al.*, ) Chapter 11
)
Debtors. ) Jointly Administered
)
---------------------------------------------------------- x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Ann Weber, to be admitted *pro hac vice*, to represent Lehman Brothers Holdings Inc. and certain of its affiliates, debtors in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the District of Columbia and the State of Texas, it is hereby

ORDERED, that Ann Weber, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent Lehman Brothers Holdings Inc. and certain of its affiliates, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE