UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
::
In re:: Chapter 11 Case No.
::
**LEHMAN BROTHERS HOLDINGS INC., et al.,**: 08-13555 (SCC)
::
Debtors.: (Jointly Administered)
::
: Ref. Docket Nos. 57039 and 57040
------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 22, 2017, I caused to be served the:

    a. "Notice of Hearing on the Plan Administrator's Five-Hundred Twenty-Second Omnibus Objection to Claims (Satisfied Guarantee Claims)," dated November 22, 2017 [Docket No. 57039], (the "522nd Omnibus Objection"), and

    b. "Notice of Hearing on the Plan Administrator's Five-Hundred Twenty-Third Omnibus Objection to Claims (Satisfied Guarantee Claims)," dated November 22, 2017 [Docket No. 57040], (the "523rd Omnibus Objection),

    by causing true and correct copies of the:

        i. 522nd Omnibus Objection and 523rd Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

        ii. 522nd Omnibus Objection and 523rd Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed Exhibit B,

        iii. 522nd Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, and

-2-

    iv.    523rd Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Catherine Henriquez*
                                                            Catherine Henriquez

Sworn to before me this
27th day of November, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC., - Chapter 11 Case No. 08-13555 (SCC)**
**Overnight Mail Master Service List**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.lanza@dlapiper.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com

avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cmestres@aclawllp.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com

**LEHMAN BROTHERS HOLDINGS INC., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dblack@hsgllp.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfliman@kasowitz.com
dgoldberg@hsgllp.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com

djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com
ecohen@russellinvestments.com
edelucia@hsgllp.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
farrington.yates@kobrekim.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com

2

**LEHMAN BROTHERS HOLDINGS INC., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| foont@foontlaw.com | jdwarner@warnerandscheuerman.com |
| fsosnick@shearman.com | jdyas@halperinlaw.net |
| gabriel.delvirginia@verizon.net | jean-david.barnea@usdoj.gov |
| gary.ravertpllc@gmail.com | jeanites@whiteandwilliams.com |
| gavin.alexander@ropesgray.com | jeannette.boot@wilmerhale.com |
| gbray@milbank.com | jeff.wittig@united.com |
| ggitomer@mkbattorneys.com | jeldredge@velaw.com |
| ggoodman@foley.com | jennifer.demarco@cliffordchance.com |
| giddens@hugheshubbard.com | jennifer.gore@shell.com |
| gkaden@goulstonstorrs.com | jfalgowski@reedsmith.com |
| glenn.siegel@morganlewis.com | jg5786@att.com |
| gmoss@riemerlaw.com | jgenovese@gjb-law.com |
| goldenberg@ssnylaw.com | jguy@orrick.com |
| gspilsbury@jsslaw.com | jhiggins@fdlaw.com |
| harrisjm@michigan.gov | jhorgan@phxa.com |
| harveystrickon@paulhastings.com | jhuggett@margolisedelstein.com |
| hbeltzer@chadbourne.com | jim@atkinslawfirm.com |
| heiser@chapman.com | jjureller@klestadt.com |
| hmagaliff@r3mlaw.com | jlamar@maynardcooper.com |
| holsen@stroock.com | jlawlor@wmd-law.com |
| hooper@sewkis.com | jlee@foley.com |
| howard.hawkins@cwt.com | jlevitin@cahill.com |
| hseife@chadbourne.com | jlscott@reedsmith.com |
| hsnovikoff@wlrk.com | jmaddock@mcguirewoods.com |
| hsteel@brownrudnick.com | jmazermarino@msek.com |
| irethy@stblaw.com | jmelko@gardere.com |
| israel.dahan@cwt.com | jmerva@fult.com |
| izaur@cgr-law.com | jmr@msf-law.com |
| j.zelloe@stahlzelloe.com | jnm@mccallaraymer.com |
| jacobsonn@sec.gov | john.beck@hoganlovells.com |
| jalward@blankrome.com | john.goodchild@morganlewis.com |
| james.berg@piblaw.com | john.monaghan@hklaw.com |
| james.mcclammy@dpw.com | john.mule@state.mn.us |
| james.moore@morganlewis.com | john.rapisardi@cwt.com |
| james.sprayregen@kirkland.com | jonathan.goldblatt@bnymellon.com |
| jamesboyajian@gmail.com | jonathan.henes@kirkland.com |
| jamestecce@quinnemanuel.com | jorbach@hahnhessen.com |
| jar@outtengolden.com | joseph.cordaro@usdoj.gov |
| jay.hurst@oag.state.tx.us | joshua.dorchak@morganlewis.com |
| jay@kleinsolomon.com | jowen769@yahoo.com |
| jbeemer@entwistle-law.com | joy.mathias@dubaiic.com |
| jbrody@americanmlg.com | jpintarelli@mofo.com |
| jbromley@cgsh.com | jporter@entwistle-law.com |
| jcarberry@cl-law.com | jprol@lowenstein.com |
| jchristian@tobinlaw.com | jrabinowitz@rltlawfirm.com |
| jdoran@haslaw.com | jrosenthal@mhlawcorp.com |

**LEHMAN BROTHERS HOLDINGS INC., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
kek@crb-law.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@fensterstock.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanin@kasowitz.com
mhopkins@cov.com

**LEHMAN BROTHERS HOLDINGS INC., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.kraut@morganlewis.com
michael.mccrory@btlaw.com
michael.solow@apks.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mitchell.berger@squirepb.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpedreira@proskauer.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
mshuster@hsgllp.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neil.herman@morganlewis.com
neilberger@teamtogut.com
ngueron@cgr-law.com
nicholas.zalany@squirepb.com

nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
nlieberman@hsgllp.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com

**LEHMAN BROTHERS HOLDINGS INC., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rterenzi@stcwlaw.com
russj4478@aol.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com

squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com

**LEHMAN BROTHERS HOLDINGS INC., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yuwatoko@mofo.com

7

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| MIZUHO SECURITIES CO LTD | ATTENTION: CREDIT TRADING & DERIVATIVE PRODUCTS DEPARTMENT; K. TANAKA OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI CHIYODA-KU, TOKYO 100-0004 JAPAN |
| MIZUHO SECURITIES CO LTD | STROOCK & STROOCK & LAVAN LLP ATTENTION: SHERRY MILLMAN ESQ. 180 MAIDEN LANE NEW YORK NY 10038 |
| SMBC NIKKO SECURITIES INC. | TRANSFEROR: NIKKO CORDIAL SECURITIES INC. ATTN: MASATO KAMATSUKA 3-1 MARUNOUCHI 3-CHOME, CHIYODA-KU TOKYO 100-8325 JAPAN |
| SMBC NIKKO SECURITIES INC. | IRA A. REID BAKER & MCKENZIE 452 FIFTH AVENUE NEW YORK NY 10018 |
| TOSHIHISA HATANAKA | FINANCIAL PRODUCTS TRADING, DEPT. COSMO SECURITIES CO., LTD. 1-13-4 UCHIKANDA CHIYODA-KU TOKYO 101-8742 JAPAN |
| TOSHIHISA HATANAKA | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| TOSHIHISA HATANAKA | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPANY AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| TOSHIHISA HATANAKA | 11-6 SHIBATSUJI-CHO 2 CHOME NARA-SHI NARA 630-8114 JAPAN |

**Total Creditor count  8**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| BANK VONTOBEL AG | FAO: MRS. DR. HEIDE SUDEROW GROB GOTTHARDSTRASSE 43 ZURICH 8002 SWITZERLAND |
| BREWIN NOMINEES LTD | TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE NE1 4SR UNITED KINGDOM |
| CREDIT SUISSE | ATTN: PAUL GILMORE ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | ATTN: PAUL GILMORE ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG, SINGAPORE BRANCH | TRANSFEROR: CREDIT SUISSE ONE RAFFLES LINK # 05-02, SOUTH LOBBY SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE SINGAPORE BRANCH | 1 RAFFLES LINK #05-02 SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE SINGAPORE BRANCH | ATTN: PAUL GILMORE ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE SINGAPORE BRANCH | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SINGAPORE BRANCH | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: PANGERC, SCHELLENBERG & PARTNERS ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: H. GRAAP ASSET MANAGEMENT AG ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| NEUE AARGAUER BANK AG | ATTN: PAUL GILMORE ELEVEN MADISON AVE NEW YORK NY 10010 |
| SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED | PO BOX 6 ST PETER PORT GUERNSEY GY1 3AE CHANNEL ISLANDS |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UNION BANCAIRE PRIVEE | TRANSFEROR: LLOYDS TSB BANK PLC (GENEVA BRANCH), ON BEHALF OF: ATTN: MR. JEAN-BAPTISTE ERATH 96 RUE DU RHONE GENEVE 1204 SWITZERLAND |
| VP BANK AG | TRANSFEROR: CREDIT SUISSE F/K/A CENTRUM BANK AG ATTN: CORPORATE ACTIONS AEULESTRASSE 6 9490 VADUZ LIECHTENSTEIN |

**Total Creditor count  23**