**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re:                                                                        :    Chapter 11 Case No.
                                                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (SCC)
                                                                                   :
                           Debtors.                                     :    (Jointly Administered)
                                                                                   :
                                                                                   :    Ref. Docket Nos. 57036 and 57037
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                               ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 21, 2017, I caused to be served the:

    a. "Notice of Motion of the Plan Administrator for and Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated November 21, 2017, to which was attached the "Motion of the Plan Administrator for and Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated November 21, 2017 [Docket No. 57036], and

    b. "Declaration of Richard Katz in Support of Motion of the Plan Administrator for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated November 21, 2017 [Docket No. 57037],

    by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
21st day of November, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC., et al. – Case No. 08-13555**
**Overnight Mail Service List**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC., et al. – Case No. 08-13555**
**Electronic Mail Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | avenes@whitecase.com |
| aalfonso@willkie.com | bankruptcy@goodwin.com |
| abeaumont@fklaw.com | bankruptcy@morrisoncohen.com |
| abraunstein@riemerlaw.com | bankruptcy@ntexas-attorneys.com |
| acaton@kramerlevin.com | bankruptcymatters@us.nomura.com |
| adam.lanza@dlapiper.com | barbra.parlin@hklaw.com |
| adarwin@nixonpeabody.com | bbisignani@postschell.com |
| adiamond@diamondmccarthy.com | bcarlson@co.sanmateo.ca.us |
| adk@msf-law.com | bdemay@hsgllp.com |
| aeckstein@blankrome.com | bdk@schlamstone.com |
| aentwistle@entwistle-law.com | benjamin.mintz@apks.com |
| agbanknewyork@ag.tn.gov | bguiney@pbwt.com |
| aglenn@kasowitz.com | bmanne@tuckerlaw.com |
| agold@herrick.com | bmiller@mofo.com |
| aisenberg@saul.com | boneill@kramerlevin.com |
| akadish@dtlawgroup.com | brosenblum@jonesday.com |
| akolod@mosessinger.com | brotenberg@wolffsamson.com |
| allison.holubis@wilsonelser.com | broy@rltlawfirm.com |
| alum@ftportfolios.com | bruce.wright@sutherland.com |
| amarder@msek.com | bsellier@rlrpclaw.com |
| amartin@sheppardmullin.com | bstrickland@wtplaw.com |
| amcmullen@boultcummings.com | btrust@mayerbrown.com |
| amenard@tishmanspeyer.com | bturk@tishmanspeyer.com |
| amh@amhandlerlaw.com | bwolfe@sheppardmullin.com |
| andrew.brozman@cliffordchance.com | cahn@clm.com |
| andrew.lourie@kobrekim.com | canelas@pursuitpartners.com |
| andrewtenzer@paulhastings.com | cbelisle@wfw.com |
| angelich.george@arentfox.com | cbelmonte@ssbb.com |
| angie.owens@skadden.com | cdesiderio@nixonpeabody.com |
| anthony_boccanfuso@aporter.com | cfarley@mccarter.com |
| aostrow@beckerglynn.com | cgoldstein@stcwlaw.com |
| appleby@chapman.com | cgonzalez@diazreus.com |
| aquale@sidley.com | chad.husnick@kirkland.com |
| arainone@bracheichler.com | chammerman@paulweiss.com |
| arancier@offitkurman.com | charles@filardi-law.com |
| arheaume@riemerlaw.com | charles_malloy@aporter.com |
| arosenblatt@chadbourne.com | chemrick@thewalshfirm.com |
| arthur.rosenberg@hklaw.com | chipford@parkerpoe.com |
| arwolf@wlrk.com | chris.donoho@hoganlovells.com |
| aschwartz@homerbonner.com | christopher.greco@kirkland.com |
| aseuffert@lawpost-nyc.com | claude.montgomery@dentons.com |
| ashmead@sewkis.com | clynch@reedsmith.com |
| asnow@ssbb.com | cmestres@aclawllp.com |
| asomers@rctlegal.com | cohen@sewkis.com |
| aunger@sidley.com | cp@stevenslee.com |
| austin.bankruptcy@publicans.com | cpappas@dilworthlaw.com |

**LEHMAN BROTHERS HOLDINGS INC., et al. – Case No. 08-13555**
**Electronic Mail Service List**

| | |
|---|---|
| cparyse@contrariancapital.com | djcarragher@daypitney.com |
| craig.goldblatt@wilmerhale.com | djoseph@stradley.com |
| craigjustinalbert@gmail.com | dkessler@ktmc.com |
| crmomjian@attorneygeneral.gov | dkozusko@willkie.com |
| csalomon@beckerglynn.com | dlemay@chadbourne.com |
| cschreiber@winston.com | dlipke@vedderprice.com |
| cshore@whitecase.com | dmark@kasowitz.com |
| cshulman@sheppardmullin.com | dmcguire@winston.com |
| cszyfer@stroock.com | dmiller@steinlubin.com |
| cwalsh@mayerbrown.com | dmurray@jenner.com |
| cward@polsinelli.com | dneier@winston.com |
| cweber@ebg-law.com | dodonnell@milbank.com |
| cweiss@ingramllp.com | dpegno@dpklaw.com |
| dallas.bankruptcy@publicans.com | draelson@fisherbrothers.com |
| dave.davis@isgria.com | drosenzweig@fulbright.com |
| david.bennett@tklaw.com | drosner@goulstonstorrs.com |
| david.heller@lw.com | drosner@kasowitz.com |
| david.livshiz@freshfields.com | dshaffer@wtplaw.com |
| david.powlen@btlaw.com | dspelfogel@foley.com |
| david.tillem@wilsonelser.com | dtatge@ebglaw.com |
| davids@blbglaw.com | dtheising@harrisonmoberly.com |
| davidwheeler@mvalaw.com | dwdykhouse@pbwt.com |
| dbarber@bsblawyers.com | dworkman@bakerlaw.com |
| dbaumstein@whitecase.com | easmith@venable.com |
| dbesikof@loeb.com | ebcalvo@pbfcm.com |
| dblack@hsgllp.com | ecohen@russellinvestments.com |
| dcimo@gjb-law.com | edelucia@hsgllp.com |
| dcoffino@cov.com | edward.flanders@pillsburylaw.com |
| dcrapo@gibbonslaw.com | efleck@milbank.com |
| ddavis@paulweiss.com | efriedman@fklaw.com |
| ddrebsky@nixonpeabody.com | efriedman@friedmanspring.com |
| ddunne@milbank.com | ekbergc@lanepowell.com |
| deggermann@kramerlevin.com | eleicht@whitecase.com |
| deggert@freebornpeters.com | ellen.halstead@cwt.com |
| demetra.liggins@tklaw.com | emagnelli@bracheichler.com |
| dennis.tracey@hoganlovells.com | emerberg@mayerbrown.com |
| dfelder@orrick.com | enkaplan@kaplanlandau.com |
| dflanigan@polsinelli.com | eobrien@sbchlaw.com |
| dfliman@kasowitz.com | etillinghast@sheppardmullin.com |
| dgoldberg@hsgllp.com | eweinick@otterbourg.com |
| dhayes@mcguirewoods.com | ezujkowski@emmetmarvin.com |
| dhealy@hsgllp.com | farrington.yates@kobrekim.com |
| dheffer@foley.com | fcarruzzo@kramerlevin.com |
| dhurst@coleschotz.com | ffm@bostonbusinesslaw.com |
| dhw@dhclegal.com | fhenn@law.nyc.gov |
| diconzam@gtlaw.com | fhyman@mayerbrown.com |

**LEHMAN BROTHERS HOLDINGS INC., et al. – Case No. 08-13555**
**Electronic Mail Service List**

foont@foontlaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnylaw.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@chadbourne.com
heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
irethy@stblaw.com
israel.dahan@cwt.com
izaur@cgr-law.com
j.zelloe@stahlzelloe.com
jacobsonn@sec.gov
jalward@blankrome.com
james.berg@piblaw.com
james.mcclammy@dpw.com
james.moore@morganlewis.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbrody@americanmlg.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@united.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.goodchild@morganlewis.com
john.monaghan@hklaw.com
john.mule@state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrosenthal@mhlawcorp.com

**LEHMAN BROTHERS HOLDINGS INC., et al. – Case No. 08-13555**
**Electronic Mail Service List**

jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
kek@crb-law.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@fensterstock.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanin@kasowitz.com
mhopkins@cov.com

**LEHMAN BROTHERS HOLDINGS INC., et al. – Case No. 08-13555**
**Electronic Mail Service List**

| | |
|---|---|
| michael.frege@cms-hs.com | nissay_10259-0154@mhmjapan.com |
| michael.kelly@monarchlp.com | nlepore@schnader.com |
| michael.krauss@faegrebd.com | nlieberman@hsgllp.com |
| michael.kraut@morganlewis.com | notice@bkcylaw.com |
| michael.mccrory@btlaw.com | nyrobankruptcy@sec.gov |
| michael.solow@apks.com | otccorpactions@finra.org |
| millee12@nationwide.com | paronzon@milbank.com |
| miller@taftlaw.com | pbattista@gjb-law.com |
| mimi.m.wong@irscounsel.treas.gov | pbosswick@ssbb.com |
| mitchell.ayer@tklaw.com | pdublin@akingump.com |
| mitchell.berger@squirepb.com | peisenberg@lockelord.com |
| mjedelman@vedderprice.com | peter.gilhuly@lw.com |
| mjr1@westchestergov.com | peter.macdonald@wilmerhale.com |
| mlahaie@akingump.com | peter.meisels@wilsonelser.com |
| mlandman@lcbf.com | peter.simmons@friedfrank.com |
| mlichtenstein@crowell.com | peter@bankrupt.com |
| mlynch2@travelers.com | pfeldman@oshr.com |
| mmorreale@us.mufg.jp | pfinkel@wilmingtontrust.com |
| mneier@ibolaw.com | phayden@mcguirewoods.com |
| monica.lawless@brookfieldproperties.com | pmaxcy@sonnenschein.com |
| mpage@kelleydrye.com | ppascuzzi@ffwplaw.com |
| mparry@mosessinger.com | ppatterson@stradley.com |
| mpedreira@proskauer.com | psp@njlawfirm.com |
| mrosenthal@gibsondunn.com | ptrostle@jenner.com |
| mruetzel@whitecase.com | raj.madan@skadden.com |
| mschimel@sju.edu | ramona.neal@hp.com |
| msegarra@mayerbrown.com | rbeacher@pryorcashman.com |
| mshiner@tuckerlaw.com | rbernard@foley.com |
| mshuster@hsgllp.com | rbyman@jenner.com |
| msolow@kayescholer.com | rdaversa@orrick.com |
| mspeiser@stroock.com | relgidely@gjb-law.com |
| mstamer@akingump.com | rfriedman@silvermanacampora.com |
| munno@sewkis.com | rgmason@wlrk.com |
| mvenditto@reedsmith.com | rgoodman@moundcotton.com |
| mwarner@coleschotz.com | rgraham@whitecase.com |
| mwarren@mtb.com | rhett.campbell@tklaw.com |
| nathan.spatz@pillsburylaw.com | richard.lear@hklaw.com |
| nbinder@binderschwartz.com | richard@rwmaplc.com |
| nbojar@fklaw.com | rick.murphy@sutherland.com |
| ncoco@mwe.com | rleek@hodgsonruss.com |
| neal.mann@oag.state.ny.us | rmatzat@hahnhessen.com |
| ned.schodek@shearman.com | rnetzer@willkie.com |
| neil.herman@morganlewis.com | robert.honeywell@klgates.com |
| neilberger@teamtogut.com | robert.malone@dbr.com |
| ngueron@cgr-law.com | robert.yalen@usdoj.gov |
| nicholas.zalany@squirepb.com | robin.keller@lovells.com |

**LEHMAN BROTHERS HOLDINGS INC., et al. – Case No. 08-13555**
**Electronic Mail Service List**

| | |
|---|---|
| roger@rnagioff.com | squsba@stblaw.com |
| ross.martin@ropesgray.com | sree@lcbf.com |
| rpedone@nixonpeabody.com | sschultz@akingump.com |
| rrainer@wmd-law.com | sselbst@herrick.com |
| rroupinian@outtengolden.com | sshimshak@paulweiss.com |
| rterenzi@stcwlaw.com | sskelly@teamtogut.com |
| russj4478@aol.com | sstarr@starrandstarr.com |
| ryaspan@yaspanlaw.com | stephen.cowan@dlapiper.com |
| sabin.willett@morganlewis.com | stephen.hessler@kirkland.com |
| sabramowitz@velaw.com | steve.ginther@dor.mo.gov |
| sabvanrooy@hotmail.com | steven.usdin@flastergreenberg.com |
| sally.henry@skadden.com | streusand@slollp.com |
| samuel.cavior@pillsburylaw.com | susheelkirpalani@quinnemanuel.com |
| sandyscafaria@eaton.com | swolowitz@mayerbrown.com |
| scargill@lowenstein.com | szuber@csglaw.com |
| schager@ssnylaw.com | szuch@wiggin.com |
| schannej@pepperlaw.com | tannweiler@greerherz.com |
| schepis@pursuitpartners.com | tbrock@ssbb.com |
| schnabel.eric@dorsey.com | tdewey@dpklaw.com |
| schristianson@buchalter.com | tgoren@mofo.com |
| scott.golden@hoganlovells.com | thenderson@americanmlg.com |
| scottj@sullcrom.com | thomas.califano@dlapiper.com |
| scottshelley@quinnemanuel.com | timothy.harkness@freshfields.com |
| scousins@armstrongteasdale.com | tkiriakos@mayerbrown.com |
| sdnyecf@dor.mo.gov | tlauria@whitecase.com |
| sehlers@armstrongteasdale.com | tmacwright@whitecase.com |
| sfalanga@thewalshfirm.com | tmm@mullaw.org |
| sfelderstein@ffwplaw.com | tnixon@gklaw.com |
| sfineman@lchb.com | toby.r.rosenberg@irscounsel.treas.gov |
| sfox@mcguirewoods.com | tomwelsh@orrick.com |
| sgordon@cahill.com | tsalter@blankrome.com |
| sgraziano@blbglaw.com | tslome@msek.com |
| sgubner@ebg-law.com | tunrad@burnslev.com |
| sharbeck@sipc.org | uitkin@kasowitz.com |
| shari.leventhal@ny.frb.org | vguldi@zuckerman.com |
| shgross5@yahoo.com | villa@slollp.com |
| skatona@polsinelli.com | vmilione@nixonpeabody.com |
| sldreyfuss@hlgslaw.com | vrubinstein@loeb.com |
| sleo@bm.net | wanda.goodloe@cbre.com |
| slerman@ebglaw.com | wbenzija@halperinlaw.net |
| slerner@ssd.com | wcurchack@loeb.com |
| sloden@diamondmccarthy.com | wfoster@milbank.com |
| smillman@stroock.com | will.sugden@alston.com |
| smulligan@bsblawyers.com | wisotska@pepperlaw.com |
| snewman@katskykorins.com | wk@pwlawyers.com |
| sory@fdlaw.com | wmaher@wmd-law.com |

**LEHMAN BROTHERS HOLDINGS INC., et al. – Case No. 08-13555**
**Electronic Mail Service List**

wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yuwatoko@mofo.com