**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             )
In re                                                        )   Case No. 08-13555 (SCC)
                                                             )
Lehman Brothers Holdings Inc., *et al.*,                     )   Chapter 11
                                                             )
      Debtors.                  )   Jointly Administered
                                                             )
------------------------------------------------------------ x

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Ann Weber, to be admitted *pro hac vice*, to represent Lehman Brothers Holdings Inc. and certain of its affiliates, debtors in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the District of Columbia and the State of Texas, it is hereby

ORDERED, that Ann Weber, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent Lehman Brothers Holdings Inc. and certain of its affiliates, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 28, 2017
New York, New York

                                        /S/ Shelley C. Chapman
                                        HONORABLE SHELLEY C. CHAPMAN
                                        UNITED STATES BANKRUPTCY JUDGE