WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza
Joseph G. Davis (*pro hac vice*)
Benjamin P. McCallen

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 945-7468
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)

*Attorneys for Debtors Lehman Brothers Holdings Inc.
and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
                                                          )
In re                                                     ) Case No. 08-13555 (SCC)
                                                          )
Lehman Brothers Holdings Inc., *et al.*,                  ) Chapter 11
                                                          )
            Debtors.                                      ) Jointly Administered
                                                          )
----------------------------------------------------------x

### CORRECTED[1] NOTICE OF SCHEDULED TRIAL DATES

**PLEASE TAKE NOTICE** that the Estimation Proceeding being conducted pursuant to that certain settlement agreement approved by order dated July 6, 2017 [Docket No. 55706] (the "**Estimation Proceeding**") is scheduled to take place before the Honorable Shelley C. Chapman,

---

[1] This notice has been corrected to fix a scrivener's error in the notice filed at Docket No. 57042. The only change to this notice is to add December 7, 2017 as an additional trial date for the Estimation Proceeding.

United States Bankruptcy Court, One Bowling Green, Courtroom 623, New York, New York 10004, on the following dates:

- December 4, 2017 at 10:00 a.m. (prevailing Eastern Time);
- December 5, 2017 at 10:00 a.m. (prevailing Eastern Time);
- December 6, 2017 at 10:00 a.m. (prevailing Eastern Time);
- December 7, 2017 at 10:00 a.m. (prevailing Eastern Time);
- December 11, 2017 at 10:00 a.m. (prevailing Eastern Time);
- December 12, 2017 at 10:00 a.m. (prevailing Eastern Time);
- December 13, 2017 at 10:00 a.m. (prevailing Eastern Time); and
- December 14, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Estimation Proceeding is expected to continue to February 2018 and that additional trial date notices will be filed with the Court as necessary to set forth the remainder of the Estimation Proceeding schedule.

Dated: November 28, 2017
       New York, New York

By:  /s/ Paul V. Shalhoub
Paul V. Shalhoub
Todd G. Cosenza
Joseph G. Davis (*pro hac vice*)
Benjamin P. McCallen
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202
Telephone: (303) 573-1600
Facsimile: (303) 573-8133

*Attorneys for Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation*