B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holding Inc. , *et al.,*    Case No. 08-13555 (SCC)

(Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| **Gruss Global Investors Master Fund (Enhanced) Ltd** | **Gruss Global Investors Master Fund Ltd** |

Name and Address where notices to transferee should be sent:

Gruss Global Investors Master
Fund (Enhanced) Ltd
c/o Gruss Capital Management LP
510 Madison Avenue
New York, NY 10022
Attn: Monica Bilciu/ Sung Yim
Tel: (212) 446-4261/ (212) 446-4259
Email#1: mb@grusscap.com
Email#2: sy@grusscap.com
Email#3: bankdebtops@grusscap.com

Court Claim # (if known): 67080
Amount of Claim: $4,450,000.00
Amount of Claim Transferred: $3,380,000.00
Date Claim Filed: September 20, 2010

Name and address where transferee payments
should be sent (if different than above):
[Same as above]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 11/29/17
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc., Debtor in Case No. 08-13555 (SCC) (Jointly Administered)

Claim Number: 67080
Transferred Claim Amount: $3,380,000.00

GRUSS GLOBAL INVESTORS MASTER FUND LTD ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

Gruss Global Investors Master Fund (Enhanced) Ltd
c/o Gruss Capital Management LP Ltd
510 Madison Ave
New York, NY 10022
Attention: Monica Bilciu/ Sung Yim
Telephone: (212) 446-4261/ (212) 446-4259
Email: MB@grusscap.com / SY@ grusscap.com/ bankdeptops@grusscap.com

and its successors and assigns ("Transferee"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC., et al., solely to the extent of the allowed amount of $3,380,000 docketed as Claim No. 67080 (the "Claim") in the above- referenced case.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Transferee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Transferee.

IN WITNESS WHEREOF, dated as set forth below.

GRUSS GLOBAL INVESTORS MASTER FUND LTD, AS TRANSFEROR
By: Gruss Capital Management LP, its Investment Manager
By: Gruss Management, LLC, its General Partner

By: _____
Name: MICHAEL CASSIDY
Title: AUTHORIZED SIGNATORY

Date: November 1, 2017

GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD,
AS TRANSFEREE

By: Gruss Capital Management LP, its Investment Manager
By: Gruss Management, LLC, its General Partner

By: _____
Name: MICHAEL CASSIDY
Title: AUTHORIZED SIGNATORY

Date: November 1, 2017