WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**           : 08-13555 (JMP)
                                                     :
                          Debtors.                   : (Jointly Administered)
----------------------------------------------------------------x

**NOTICE REGARDING FOURTEENTH DISTRIBUTION PURSUANT TO
THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF
LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

As previously disclosed, additional Distributions under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, dated December 5, 2011 [ECF No. 23023] (the "Plan"),[1] will commence on December 7, 2017 (the "Fourteenth Distribution Date").

Attached hereto as Exhibit A is a list that indicates the percentage recovery that will be distributed to holders of Allowed Claims (other than secured, administrative, priority or convenience claims) against each Debtor in each Class under the Plan as well as the cumulative percentage recovery.

Attached hereto as Exhibit B is a summary of the aggregate amount that will be distributed to holders of Allowed non-priority unsecured Claims on the Fourteenth Distribution Date.

Attached hereto as Exhibit C is a list that indicates the amount and percentage of the Minimum Cash Reserve and the Asset-to-Reserve Ratio that will be maintained by each Debtor that uses Non-Cash Assets in lieu of Available Cash as reserves for Disputed Claims.

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Plan or the *Order Authorizing Use of Non-Cash Assets In Lieu of Available Cash As Reserves for Disputed Claims Pursuant to Section 8.4 of the Debtors' Confirmed Joint Plan* [ECF No. 25641], as applicable.

Attached hereto as Exhibit D is a summary of the aggregate amount of Allowed Claims eligible for distributions from certain Debtors, listed by Plan Class.

The aggregate amount that will be distributed on the Fourteenth Distribution Date will total approximately $3.0 billion and will include approximately (i) $2.9 billion of Distributions identified in Exhibit B and (ii) $0.1 billion of Distributions to holders of recently Allowed Claims for amounts that would have been received had such Claims been Allowed at the time of previous Distributions.

Dated:  November 30, 2017
        New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**Exhibit A**

**Exhibit A**

## Distribution to Holders of Allowed Non-Priority Unsecured Claims

| | | | Distribution as a % of Allowed Claims | | |
|---|---|---|---|---|---|
| | | | Prior Distributions [1] | Fourteenth Distribution on 12/7/2017 [1] | Cumulative Distributions [1] |
| **Lehman Brothers Holdings Inc.** | | | | | |
| Class | 3 | Senior Unsecured | 42.671084% | 1.179150% | 43.850234% |
| Class | 4A | Senior Affiliate Claims | 34.431404% | 0.996633% | 35.428037% |
| Class | 4B | Senior Affiliate Guarantee | 33.592163% | 0.974549% | 34.566712% |
| Class | 5 | Senior Third-Party Guarantee | 26.878068% | 0.779639% | 27.657707% |
| Class | 6A | Convenience Claims | 26.000000% | N/A | 26.000000% |
| Class | 6B | Guarantee Convenience Claims | 17.000000% | N/A | 17.000000% |
| Class | 7 | General Unsecured | 39.945358% | 1.099038% | 41.044396% |
| Class | 8 | Affiliate Claims | 31.631646% | 0.916521% | 32.548167% |
| Class | 9A | Third Party Guarantee Claims other than of the RACERS Trusts | 25.302510% | 0.733217% | 26.035727% |
| Class | 9B | Third Party Guarantee Claims of the RACERS Trusts | 15.382322% | 0.445964% | 15.828286% |
| Class | 10A | Subordinated Class 10A Claims | N/A [2] | N/A [2] | N/A [2] |
| Class | 10B | Subordinated Class 10B Claims | N/A [2] | N/A [2] | N/A [2] |
| Class | 10C | Subordinated Class 10C Claims | N/A [2] | N/A [2] | N/A [2] |
| **Lehman Commercial Paper Inc.** | | | | | |
| Class | 3 | Convenience Claims | 60.000000% | N/A | 60.000000% |
| Class | 4A | General Unsecured Claims other than those of Designated Entities | 76.789410% | 0.330652% | 77.120062% |
| Class | 4B | General Unsecured Claims of Designated Entities | 65.424441% | 0.307583% | 65.732024% |
| Class | 5A | Affiliate Claims of LBHI [3] | 81.052357% | 0.384479% | 81.436836% |
| Class | 5B | Affiliate Claims of Participating Subsidiary Debtors | 65.424441% | 0.307583% | 65.732024% |
| Class | 5C | Affiliate Claims other than those of Participating Subsidiary Debtors | 70.331275% | 0.330652% | 70.661927% |
| **Lehman Brothers Special Financing Inc.** | | | | | |
| Class | 3 | Convenience Claims | 32.000000% | N/A | 32.000000% |
| Class | 4A | General Unsecured Claims other than those of Designated Entities | 37.457055% | 1.650964% | 39.108019% |
| Class | 4B | General Unsecured Claims of Designated Entities | 19.005429% | 0.825762% | 19.831191% |
| Class | 5A | Affiliate Claims of LBHI [3] | 37.950792% | 1.697062% | 39.647854% |
| Class | 5B | Affiliate Claims of Participating Subsidiary Debtors | 31.247164% | 1.357649% | 32.604813% |
| Class | 5C | Affiliate Claims other than those of Participating Subsidiary Debtors | 37.009034% | 1.616257% | 38.625291% |
| **Lehman Brothers Commodity Services Inc.** | | | | | |
| Class | 3 | Convenience Claims | 55.000000% | N/A | 55.000000% |
| Class | 4 | General Unsecured Claims | 79.964087% | 0.857408% | 80.821495% |
| Class | 5A | Affiliate Claims of LBHI [3] | 92.981495% | 0.996986% | 93.978481% |
| Class | 5B | Affiliate Claims of Participating Subsidiary Debtors | N/A | N/A | N/A |
| Class | 5C | Affiliate Claims other than those of Participating Subsidiary Debtors | 79.964087% | 0.857408% | 80.821495% |
| **Lehman Brothers OTC Derivatives Inc.** | | | | | |
| Class | 3 | Convenience Claims | 34.000000% | N/A | 34.000000% |
| Class | 4 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 5A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 5B | Affiliate Claims of Participating Subsidiary Debtors | 100.000000% | N/A | 100.000000% |
| Class | 5C | Affiliate Claims other than those of Participating Subsidiary Debtors | 100.000000% | N/A | 100.000000% |
| **Lehman Brothers Commercial Corporation** | | | | | |
| Class | 3 | Convenience Claims | 40.000000% | N/A | 40.000000% |
| Class | 4 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 5A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 5B | Affiliate Claims of Participating Subsidiary Debtors | 100.000000% | N/A | 100.000000% |
| Class | 5C | Affiliate Claims other than those of Participating Subsidiary Debtors | 100.000000% | N/A | 100.000000% |

**Exhibit A**
# Distribution to Holders of Allowed Non-Priority Unsecured Claims

| | | | Distribution as a % of Allowed Claims | | |
|---|---|---|---|---|---|
| | | | Prior Distributions [1] | Fourteenth Distribution on 12/7/2017 [1] | Cumulative Distributions [1] |
| **Lehman Brothers Derivative Products Inc.** | | | | | |
| Class | 3 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | 100.000000% | N/A | 100.000000% |
| **Lehman Brothers Financial Products Inc.** | | | | | |
| Class | 3 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate Claims other than those of LBHI | 100.000000% | N/A | 100.000000% |
| **Lehman Scottish Finance LP** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |
| **Structured Asset Securities Corporation** | | | | | |
| Class | 3 | General Unsecured Claims | 86.027064% | 0.402150% | 86.429214% |
| Class | 4A | Affiliate Claims of LBHI [3] | 86.027064% | 0.402150% | 86.429214% |
| Class | 4B | Affiliate Claims other than those of LBHI | 86.027064% | 0.402150% | 86.429214% |
| **BNC Mortgage LLC [5]** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |
| **LB Rose Ranch LLC** | | | | | |
| Class | 3 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |
| **Luxembourg Residential Properties Loan Finance S.a.r.l. [4]** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | 71.169788% | N/A | 71.169788% |
| **Merit LLC [4]** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | 33.822175% | N/A | 33.822175% |
| **East Dover Limited [4]** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |
| **LB 745 LLC [4]** | | | | | |
| Class | 3 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |

Exhibit A
## Distribution to Holders of Allowed Non-Priority Unsecured Claims

|  |  |  | Distribution as a % of Allowed Claims | | |
|---|---|---|---|---|---|
|  |  |  | Prior Distributions [1] | Fourteenth Distribution on 12/7/2017 [1] | Cumulative Distributions [1] |
| **PAMI Statler Arms LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | 47.254213% | N/A | 47.254213% |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |
| **CES Aviation LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate Claims other than those of LBHI | 100.000000% | N/A | 100.000000% |
| **CES Aviation V LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | 36.302126% | N/A | 36.302126% |
| Class | 4A | Affiliate Claims of LBHI [3] | 36.302126% | N/A | 36.302126% |
| Class | 4B | Affiliate Claims other than those of LBHI | 36.302126% | N/A | 36.302126% |
| **CES Aviation IX LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | 64.323989% | N/A | 64.323989% |
| Class | 4A | Affiliate Claims of LBHI [3] | 64.323989% | N/A | 64.323989% |
| Class | 4B | Affiliate Claims other than those of LBHI | 64.323989% | N/A | 64.323989% |
| **LB 2080 Kalakaua Owners LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |
| **LB Somerset LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |
| **LB Preferred Somerset LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |

*Notes:*

[1] "N/A" indicates either $0 Available Cash for Distributions, $0 in Allowed Claims within the specific class or classes that were satisfied in the previous Distributions.

[2] Distributions reallocated in accordance with Section 6.4 of the Plan.

[3] In accordance with sections 6.5 (b) and 6.5 (c) of the Plan, LBHI is participating in Distributions in the amount and to the extent set forth on Page 4 of the Debtor's Claims Schedule, as amended.

[4] These Debtors' Chapter 11 cases were closed pursuant to final decrees entered by the Bankruptcy Court (Docket No. 51920 & No. 54163).

[5] There are significant unliquidated claims against BNC which, if liquidated and allowed, would have a material impact on the recoveries to creditors of BNC. Pending resolution of these claims, the Plan Administrator has determined to suspend Plan Distributions with respect to claims against BNC.

**Exhibit B**

**Exhibit B**

**Summary of Fourteenth Distribution to Non-Priority Unsecured Claims (December 7, 2017)**

*$ in millions*

| Debtors [1] | Initial Cash Available for Distribution | Cash Available from Distributions among Debtors and Certain Controlled / Non-Controlled Entities [2] | Plan Adjustment Redistribution [3] | Plan Adjustment [4] | Cash Released from / (Added to) Claims Reserves | Catch-Up and Interest on Newly Allowed | Payment to Allowed Creditors | Allowed [6] | Disputed [7] | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Lehman Brothers Holdings Inc. | $ 1,353.1 | $ 742.4 | $ 0.3 | $ 59.3 | $ (27.5) | $ (0.0) | $ 2,127.6 [8] | $ 226,579.3 | $ 7,122.4 | $ 233,701.7 |
| Lehman Commercial Paper Inc. | $ 48.5 | $ 50.0 | $ - | $ (7.6) | $ - | $ (0.0) | $ 91.0 | $ 25,638.5 | $ - | $ 25,638.5 |
| Lehman Brothers Special Financing Inc. | $ 37.8 | $ 19.2 | $ 11.2 | $ (40.3) | $ 722.6 | $ (121.1) | $ 629.5 | $ 38,804.6 | $ 1,084.8 | $ 39,889.3 |
| Lehman Brothers Commodity Services Inc. | $ 16.5 | $ 6.4 | $ - | $ (2.9) | $ 7.4 | $ (0.1) | $ 27.2 | $ 3,025.1 | $ 71.8 | $ 3,096.9 |
| Structured Asset Securities Corporation | $ - | $ 2.0 | $ - | $ - | $ (0.1) | $ (0.0) | $ 2.0 | $ 488.5 | $ 10.5 | $ 499.0 |
| | | | | | | | $ 2,877.2 | | | |

*Notes:*

[1] Includes all Debtors making a Distribution on the Fourteenth Distribution Date. Other Debtors not listed will not be making Distributions to non-priority unsecured creditors on this date.

[2] Includes receipts from Debtors, Debtor Controlled Entities and Lehman Brothers Treasury Co B.V., as well as receipts on claims a Debtor holds against itself by way of assignment or purchase.

[3] Represents Plan Adjustment that was reserved at the previous Distribution that is now available for Distribution as Disputed Claims have been reduced, withdrawn or allowed at amounts less than previously reserved.

[4] Plan Adjustment is calculated based on payment of Allowed Claims including Distributions on newly Allowed Claims. It is not calculated on the Disputed Claims Reserve.

[5] Does not include Convenience Claims.

[6] In accordance with sections 6.5 (b) and 6.5 (c) of the Plan, LBHI is participating in Distributions in the amount and to the extent set forth on Page 4 of the Debtor's Claims Schedule, as amended. Allowed Claims satisfied in full in accordance with section 8.13(a) of the Plan are not included.

[7] Estimate of Disputed Claims for reserve purposes only. Certain Claims have been estimated at less than filed amounts as agreed to through a stipulation or settlement agreement or pursuant to Court order. Does not include estimates for unliquidated Claims.

[8] Includes $22 million of prior Distributions recovered by way of subrogation on account of Guarantee Claims corresponding to Primary Claims against Lehman Brothers Commodity Services Inc. and Lehman Commercial Paper Inc. As such amount was reported in cumulative distributions to date, it is excluded from the reported amount of Distributions made on the Fourteenth Distribution Date.

**Exhibit C**

**Minimum Cash Reserve and Asset-to-Reserve Ratios for Fourteenth Distribution (December 7, 2017)**

*$ in millions*

| Description | Lehman Brothers Holdings Inc. | Lehman Brothers Special Financing Inc. |
|---|---:|---:|
| **Assets** | | |
| Financial Inventory as of 10/5/17 [1] | $ 6 | $ 56 |
| Subsequent Collections [2] | - | (2) |
| Receivables & Other Assets [3] | 223 | 7 |
| Investment in Affiliates [4] | 981 | - |
| Receivables from Controlled Affiliates [5] | 660 | 66 |
| Receivables from Non - Controlled Affiliates [6] | 1,339 | 16 |
| Pledged Assets [7] | (685) | (53) |
| **Total Assets** | $ 2,523 | $ 90 |
| **Required Claims Reserve** | | |
| % of Cash Reserves for Disputed Claims | 57% | 93% |
| Reserve for Disputed Claims | $ 2,722 | $ 451 |
| Less: Plan Adjustments & Plan Settlement Reserves [8] | (399) | (9) |
| Reserve Available to All Classes | 2,322 | 442 |
| Less: Minimum Cash Reserves [9] | (1,313) | (412) |
| **Net Asset Requirement** | $ 1,009 | $ 30 |
| **Total Asset-to-Reserve Ratio** | 2.5x | 3.0x |

*Notes:*

[1] As reflected in the October 5, 2017 Quarterly Financial Report filed with the Bankruptcy Court on November 29, 2017 (ECF No. 57049).

[2] Reflects significant cash receipts related to the monetization of financial inventory through November 10, 2017.

[3] Reflects amounts included in the Quarterly Financial Report - Balance Sheets as third party receivables in the caption "Receivables from Controlled Affiliates and Other Assets" as of October 5, 2017 adjusted for significant cash activity through November 10, 2017.

[4] Includes estimated recoveries from Investments in Affiliates reflected in the October 5, 2017 Quarterly Financial Report - Post-Thirteenth Distribution Cash Flow Estimates adjusted for significant cash activity through November 10, 2017.

[5] Includes estimated recoveries (i) from pre-petition intercompany receivables as presented in the October 5, 2017 Quarterly Financial Report - Post-Thirteenth Distribution Cash Flow Estimates reduced for (a) cash activity through November 10, 2017, and (b) estimated distributions from Debtors, and (ii) post-petition intercompany receivables as presented in the October 5, 2017 Quarterly Financial Report - Balance Sheets in the caption "Receivables from Controlled Affiliates and Other Assets" adjusted for cash activity through November 10, 2017.

[6] Includes estimated recoveries from Non-Controlled Affiliates per the October 5, 2017 Quarterly Financial Report - Post Thirteenth Distribution Cash Flow Estimates reduced for (i) collections through November 10, 2017 and (ii) estimated recoveries where LBHI has offsetting or partially offsetting payables and receivables from certain Non-Controlled Affiliates (Lehman Brothers Treasury Co B.V.).

[7] Certain assets have been pledged as collateral for intercompany loans and therefore are not used in the calculation of Asset to Reserve Ratios (LBHI borrowing from LOTC for $488 million, LBHI borrowing from LBCC for $128 million, LBHI borrowing from Aurora for $69 million, and LBSF borrowing from LBCC of $53 million).

[8] Includes only portion of Plan Adjustments and Plan Settlement amounts reserved for Disputed Claims.

[9] The Company has entered into various agreements with certain holders of disputed guarantee claims to either reduce the reserve amount and / or substitute non-cash assets for cash reserved on account of such claims pursuant to the Order Authorizing Use of Non-Cash Assets in Lieu of Available Cash as Reserves for Disputed Claims Pursuant to Section 8.4 of the Debtors' Confirmed Joint Chapter 11 Plan [ECF No. 25641].

*This schedule is not meant to be relied upon as a complete description of the Company, its business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. This report was produced for the sole purpose of calculating the Minimum Cash Reserve and Asset-to-Reserve Ratio's for the Fourteenth Distribution. The report should be read in conjunction with previously filed reports by the Company, including the October 5, 2017 Quarterly Financial Report - Post Thirteenth Distribution Cash Flow Estimate, Form 8-K reports, the Plan and related Disclosure Statement.*

**Exhibit D**

**Exhibit D**
**Allowed Claims Eligible for Fourteenth Distribution (December 7, 2017)**

*$ in millions*

| Debtor | Class | Designation | Allowed Claims Eligible for Distributions at D13 [1] | Newly Allowed Claims [2] | Claims Satisfied in Full & Other [3] | Allowed Claims Eligible for Distributions at D14 [1] |
|---|---|---|---|---|---|---|
| **Lehman Brothers Holdings Inc.** | | | | | | |
| | 3 | Senior Unsecured | $ 83,744.0 | $ - | $ - | $ 83,744.0 |
| | 4A | Senior Affiliate Claims | 58,816.1 | - | - | 58,816.1 |
| | 4B | Senior Affiliate Guarantee | 10,990.7 | - | - | 10,990.7 |
| | 5 | Senior Third-Party Guarantee | 32,786.8 | - | (0.0) | 32,786.7 |
| | 7 | General Unsecured | 3,417.9 | - | 0.1 | 3,418.0 |
| | 8 | Affiliate Claims | 502.5 | - | - | 502.5 |
| | 9A | Third Party Guarantee Claims other than of the RACERS Trusts | 19,151.1 | - | - | 19,151.1 |
| | 9B | Third Party Guarantee Claims of the RACERS Trusts | 1,947.7 | - | - | 1,947.7 |
| | 10A | Subordinated Class 10A Claims | 3,399.1 | - | - | 3,399.1 |
| | 10B | Subordinated Class 10B Claims | 10,330.4 | - | - | 10,330.4 |
| | 10C | Subordinated Class 10C Claims | 1,492.9 | - | - | 1,492.9 |
| | | Total | $ 226,579.2 | $ - | $ 0.0 | $ 226,579.3 [4] |
| **Lehman Commercial Paper Inc.** | | | | | | |
| | 4A | General Unsecured Claims other than those of Designated Entities | $ 1,538.5 | $ - | $ - | $ 1,538.5 |
| | 4B | General Unsecured Claims of Designated Entities | 5,230.0 | - | - | 5,230.0 |
| | 5A | Affiliate Claims of LBHI | 13,737.9 | - | - | 13,737.9 |
| | 5B | Affiliate Claims of Participating Subsidiary Debtors | 5.5 | - | - | 5.5 |
| | 5C | Affiliate Claims other than those of Participating Subsidiary Debtors | 5,126.6 | - | - | 5,126.6 |
| | | Total | $ 25,638.5 | $ - | $ - | $ 25,638.5 |
| **Lehman Brothers Special Financing Inc.** | | | | | | |
| | 4A | General Unsecured Claims other than those of Designated Entities | $ 19,169.8 | $ 303.9 | $ - | $ 19,473.8 |
| | 4B | General Unsecured Claims of Designated Entities | 1,947.7 | - | - | 1,947.7 |
| | 5A | Affiliate Claims of LBHI | 15,172.6 | - | - | 15,172.6 |
| | 5B | Affiliate Claims of Participating Subsidiary Debtors | 521.5 | - | - | 521.5 |
| | 5C | Affiliate Claims other than those of Participating Subsidiary Debtors | 1,689.0 | - | - | 1,689.0 |
| | | Total | $ 38,500.6 | $ 303.9 | $ - | $ 38,804.6 |
| **Lehman Brothers Commodity Services Inc.** | | | | | | |
| | 4 | General Unsecured Claims | $ 2,078.0 | $ 8.9 | $ (0.0) | $ 2,086.9 |
| | 5A | Affiliate Claims of LBHI | 918.1 | - | - | 918.1 |
| | 5B | Affiliate Claims of Participating Subsidiary Debtors | - | - | - | - |
| | 5C | Affiliate Claims other than those of Participating Subsidiary Debtors | 20.0 | - | - | 20.0 |
| | | Total | $ 3,016.1 | $ 8.9 | $ (0.0) | $ 3,025.1 |

*Notes:*

[1] "Allowed" claims as reported in aggregate on Exhibit B of the Thirteenth and Fourteenth Distribution Notice filed on September 28, 2017 and hereto, respectively.

[2] Claims allowed subsquent to the Thirteenth Distribution.

[3] Represents allowed claims that were satisfied in full primarily through the combination of the primary obligor and guarantee distributions from LBHI.
    Also includes previously allowed claims that have been reclassified or withdrawn subsequent to the Thirteenth Distribution.

[4] LBHI is the holder of Allowed Claims against itself of approximately $20.6 billion, including: $1.2 billion of Class 3 Claims, $15.6 billion of Class 4A Claims,
    $0.2 billion of Class 4B Claims, $0.6 billion of Class 7 Claims, $1.0 billion of Class 9A Claims, and $1.9 billion of Class 9B Claims.