**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                      :    Chapter 11 Case No.
                                            :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**  :    08-13555 (SCC)
                                            :
            Debtors.                        :    (Jointly Administered)
                                            :
                                            :    Ref. Docket No. 57049
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 29, 2017, I caused to be served the "Quarterly Financial Report as of October 5, 2017 Balance Sheets and Post-Thirteenth Distribution Cash Flow Estimates," dated November 29, 2017 [Docket No. 57049], by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    ii.  delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: FEDERAL RESERVE BANK OF PHILADELPHIA, C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT, TEN INDEPENDENCE MALL, PHILADELPHIA, PA 19106-1574.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
29th day of November, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
## Overnight Mail – Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# LEHMAN BROTHERS HOLDINGS INC.
## Overnight Mail – Additional Parties

LATHAM & WATKINS LLP
ATTN: DAVID S. HELLER
COUNSEL TO FANNIE MAE
330 N WABASH AVE STE 2800
CHICAGO, IL 60611

PENNYMAC LOAN SERVICES, LLC
C/O ALRDRIDGE CONNORS LLP
ATTN: CIRO A. MESTRES, ESQ - BANKRUPTCY DEPT.
FIFTEEN PIEDMONT CENTER
3575 PIEDMONT ROAD, N.E., SUITE 500
ATLANTA, GA 30305

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
## Electronic Mail – Master Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.lanza@dlapiper.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com

ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| chemrick@thewalshfirm.com | ddunne@milbank.com |
| chipford@parkerpoe.com | deggermann@kramerlevin.com |
| chris.donoho@hoganlovells.com | deggert@freebornpeters.com |
| christopher.greco@kirkland.com | demetra.liggins@tklaw.com |
| claude.montgomery@dentons.com | dennis.tracey@hoganlovells.com |
| clynch@reedsmith.com | dfelder@orrick.com |
| cmestres@aclawllp.com | dflanigan@polsinelli.com |
| cohen@sewkis.com | dfliman@kasowitz.com |
| cp@stevenslee.com | dgoldberg@hsgllp.com |
| cpappas@dilworthlaw.com | dhayes@mcguirewoods.com |
| cparyse@contrariancapital.com | dhealy@hsgllp.com |
| craig.goldblatt@wilmerhale.com | dheffer@foley.com |
| craigjustinalbert@gmail.com | dhurst@coleschotz.com |
| crmomjian@attorneygeneral.gov | dhw@dhclegal.com |
| csalomon@beckerglynn.com | diconzam@gtlaw.com |
| cschreiber@winston.com | djcarragher@daypitney.com |
| cshore@whitecase.com | djoseph@stradley.com |
| cshulman@sheppardmullin.com | dkessler@ktmc.com |
| cszyfer@stroock.com | dkozusko@willkie.com |
| cwalsh@mayerbrown.com | dlemay@chadbourne.com |
| cward@polsinelli.com | dlipke@vedderprice.com |
| cweber@ebg-law.com | dmark@kasowitz.com |
| cweiss@ingramllp.com | dmcguire@winston.com |
| dallas.bankruptcy@publicans.com | dmiller@steinlubin.com |
| dave.davis@isgria.com | dmurray@jenner.com |
| david.bennett@tklaw.com | dneier@winston.com |
| david.heller@lw.com | dodonnell@milbank.com |
| david.livshiz@freshfields.com | dpegno@dpklaw.com |
| david.powlen@btlaw.com | draelson@fisherbrothers.com |
| david.tillem@wilsonelser.com | drosenzweig@fulbright.com |
| davids@blbglaw.com | drosner@goulstonstorrs.com |
| davidwheeler@mvalaw.com | drosner@kasowitz.com |
| dbarber@bsblawyers.com | dshaffer@wtplaw.com |
| dbaumstein@whitecase.com | dspelfogel@foley.com |
| dbesikof@loeb.com | dtatge@ebglaw.com |
| dblack@hsgllp.com | dtheising@harrisonmoberly.com |
| dcimo@gjb-law.com | dwdykhouse@pbwt.com |
| dcoffino@cov.com | dworkman@bakerlaw.com |
| dcrapo@gibbonslaw.com | easmith@venable.com |
| ddavis@paulweiss.com | ebcalvo@pbfcm.com |
| ddrebsky@nixonpeabody.com | ecohen@russellinvestments.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| edelucia@hsgllp.com | howard.hawkins@cwt.com |
| edward.flanders@pillsburylaw.com | hseife@chadbourne.com |
| efleck@milbank.com | hsnovikoff@wlrk.com |
| efriedman@fklaw.com | hsteel@brownrudnick.com |
| efriedman@friedmanspring.com | irethy@stblaw.com |
| ekbergc@lanepowell.com | israel.dahan@cwt.com |
| eleicht@whitecase.com | izaur@cgr-law.com |
| ellen.halstead@cwt.com | j.zelloe@stahlzelloe.com |
| emagnelli@bracheichler.com | jacobsonn@sec.gov |
| emerberg@mayerbrown.com | jalward@blankrome.com |
| enkaplan@kaplanlandau.com | james.berg@piblaw.com |
| eobrien@sbchlaw.com | james.mcclammy@dpw.com |
| etillinghast@sheppardmullin.com | james.moore@morganlewis.com |
| eweinick@otterbourg.com | james.sprayregen@kirkland.com |
| ezujkowski@emmetmarvin.com | jamesboyajian@gmail.com |
| farrington.yates@kobrekim.com | jamestecce@quinnemanuel.com |
| fcarruzzo@kramerlevin.com | jar@outtengolden.com |
| ffm@bostonbusinesslaw.com | jay.hurst@oag.state.tx.us |
| fhenn@law.nyc.gov | jay@kleinsolomon.com |
| fhyman@mayerbrown.com | jbeemer@entwistle-law.com |
| foont@foontlaw.com | jbrody@americanmlg.com |
| fsosnick@shearman.com | jbromley@cgsh.com |
| gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| gary.ravertpllc@gmail.com | jchristian@tobinlaw.com |
| gavin.alexander@ropesgray.com | jdoran@haslaw.com |
| gbray@milbank.com | jdwarner@warnerandscheuerman.com |
| ggitomer@mkbattorneys.com | jdyas@halperinlaw.net |
| ggoodman@foley.com | jean-david.barnea@usdoj.gov |
| giddens@hugheshubbard.com | jeanites@whiteandwilliams.com |
| gkaden@goulstonstorrs.com | jeannette.boot@wilmerhale.com |
| glenn.siegel@morganlewis.com | jeff.wittig@united.com |
| gmoss@riemerlaw.com | jeldredge@velaw.com |
| goldenberg@ssnylaw.com | jennifer.demarco@cliffordchance.com |
| gspilsbury@jsslaw.com | jennifer.gore@shell.com |
| harrisjm@michigan.gov | jg5786@att.com |
| harveystrickon@paulhastings.com | jgenovese@gjb-law.com |
| hbeltzer@chadbourne.com | jguy@orrick.com |
| heiser@chapman.com | jhiggins@fdlaw.com |
| hmagaliff@r3mlaw.com | jhorgan@phxa.com |
| holsen@stroock.com | jhuggett@margolisedelstein.com |
| hooper@sewkis.com | jim@atkinslawfirm.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| jjureller@klestadt.com | jwest@velaw.com |
| jlamar@maynardcooper.com | jwh@njlawfirm.com |
| jlawlor@wmd-law.com | jzulack@fzwz.com |
| jlee@foley.com | kanema@formanlaw.com |
| jlevitin@cahill.com | karen.wagner@dpw.com |
| jlscott@reedsmith.com | karl.geercken@alston.com |
| jmaddock@mcguirewoods.com | kdwbankruptcydepartment@kelleydrye.com |
| jmazermarino@msek.com | keckhardt@hunton.com |
| jmelko@gardere.com | keith.simon@lw.com |
| jmerva@fult.com | kek@crb-law.com |
| jmr@msf-law.com | ken.coleman@allenovery.com |
| jnm@mccallaraymer.com | kerry.moynihan@hro.com |
| john.beck@hoganlovells.com | kgwynne@reedsmith.com |
| john.goodchild@morganlewis.com | kiplok@hugheshubbard.com |
| john.monaghan@hklaw.com | kit.weitnauer@alston.com |
| john.mule@state.mn.us | kkelly@ebglaw.com |
| john.rapisardi@cwt.com | kkolbig@mosessinger.com |
| jonathan.goldblatt@bnymellon.com | klyman@irell.com |
| jonathan.henes@kirkland.com | klynch@formanlaw.com |
| jorbach@hahnhessen.com | kobak@hugheshubbard.com |
| joseph.cordaro@usdoj.gov | korr@orrick.com |
| joshua.dorchak@morganlewis.com | kovskyd@pepperlaw.com |
| jowen769@yahoo.com | kressk@pepperlaw.com |
| joy.mathias@dubaiic.com | kreynolds@mklawnyc.com |
| jpintarelli@mofo.com | krosen@lowenstein.com |
| jporter@entwistle-law.com | ksebaski@hsgllp.com |
| jprol@lowenstein.com | kurt.mayr@bgllp.com |
| jrabinowitz@rltlawfirm.com | kurt.rademacher@morganlewis.com |
| jrosenthal@mhlawcorp.com | ladler@fensterstock.com |
| jrsmith@hunton.com | landon@slollp.com |
| jschiller@bsfllp.com | lapeterson@foley.com |
| jschwartz@hahnhessen.com | lawallf@pepperlaw.com |
| jsheerin@mcguirewoods.com | lawrence.gelber@srz.com |
| jsherman@bsfllp.com | lberkoff@moritthock.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com |
| jsmairo@pbnlaw.com | lee.whidden@dentons.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com |
| jtimko@shutts.com | lhandelsman@stroock.com |
| judy.morse@crowedunlevy.com | lisa.solomon@att.net |
| jvail@ssrl.com | ljkotler@duanemorris.com |
| jwcohen@daypitney.com | lkatz@ltblaw.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| lkiss@klestadt.com | michael.krauss@faegrebd.com |
| lmarinuzzi@mofo.com | michael.kraut@morganlewis.com |
| lmcgowen@orrick.com | michael.mccrory@btlaw.com |
| lnashelsky@mofo.com | michael.solow@apks.com |
| loizides@loizides.com | millee12@nationwide.com |
| lperlman@hsgllp.com | miller@taftlaw.com |
| lschweitzer@cgsh.com | mimi.m.wong@irscounsel.treas.gov |
| lucdespins@paulhastings.com | mitchell.ayer@tklaw.com |
| mabrams@willkie.com | mitchell.berger@squirepb.com |
| maofiling@cgsh.com | mjedelman@vedderprice.com |
| margolin@hugheshubbard.com | mjr1@westchestergov.com |
| mark.bane@ropesgray.com | mlahaie@akingump.com |
| mark.ellenberg@cwt.com | mlandman@lcbf.com |
| mark.mckane@kirkland.com | mlichtenstein@crowell.com |
| mark.salzberg@squirepb.com | mlynch2@travelers.com |
| mark.sherrill@sutherland.com | mmorreale@us.mufg.jp |
| marvin.clements@ag.tn.gov | mneier@ibolaw.com |
| matt@willaw.com | monica.lawless@brookfieldproperties.com |
| matthew.klepper@dlapiper.com | mpage@kelleydrye.com |
| maustin@orrick.com | mparry@mosessinger.com |
| mbenner@tishmanspeyer.com | mpedreira@proskauer.com |
| mbienenstock@proskauer.com | mrosenthal@gibsondunn.com |
| mbloemsma@mhjur.com | mruetzel@whitecase.com |
| mbossi@thompsoncoburn.com | mschimel@sju.edu |
| mcademartori@sheppardmullin.com | msegarra@mayerbrown.com |
| mcarthurk@sullcrom.com | mshiner@tuckerlaw.com |
| mccarthyj@sullcrom.com | mshuster@hsgllp.com |
| mcordone@stradley.com | msolow@kayescholer.com |
| mcyganowski@oshr.com | mspeiser@stroock.com |
| mdorval@stradley.com | mstamer@akingump.com |
| melorod@gtlaw.com | munno@sewkis.com |
| meltzere@pepperlaw.com | mvenditto@reedsmith.com |
| metkin@lowenstein.com | mwarner@coleschotz.com |
| mfeldman@willkie.com | mwarren@mtb.com |
| mgordon@briggs.com | nathan.spatz@pillsburylaw.com |
| mgreger@allenmatkins.com | nbinder@binderschwartz.com |
| mh1@mccallaraymer.com | nbojar@fklaw.com |
| mhanin@kasowitz.com | ncoco@mwe.com |
| mhopkins@cov.com | neal.mann@oag.state.ny.us |
| michael.frege@cms-hs.com | ned.schodek@shearman.com |
| michael.kelly@monarchlp.com | neil.herman@morganlewis.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| neilberger@teamtogut.com | rick.murphy@sutherland.com |
| ngueron@cgr-law.com | rleek@hodgsonruss.com |
| nicholas.zalany@squirepb.com | rmatzat@hahnhessen.com |
| nissay_10259-0154@mhmjapan.com | rnetzer@willkie.com |
| nlepore@schnader.com | robert.honeywell@klgates.com |
| nlieberman@hsgllp.com | robert.malone@dbr.com |
| notice@bkcylaw.com | robert.yalen@usdoj.gov |
| nyrobankruptcy@sec.gov | robin.keller@lovells.com |
| otccorpactions@finra.org | roger@rnagioff.com |
| paronzon@milbank.com | ross.martin@ropesgray.com |
| pbattista@gjb-law.com | rpedone@nixonpeabody.com |
| pbosswick@ssbb.com | rrainer@wmd-law.com |
| pdublin@akingump.com | rroupinian@outtengolden.com |
| peisenberg@lockelord.com | rterenzi@stcwlaw.com |
| peter.gilhuly@lw.com | russj4478@aol.com |
| peter.macdonald@wilmerhale.com | ryaspan@yaspanlaw.com |
| peter.meisels@wilsonelser.com | sabin.willett@morganlewis.com |
| peter.simmons@friedfrank.com | sabramowitz@velaw.com |
| peter@bankrupt.com | sabvanrooy@hotmail.com |
| pfeldman@oshr.com | sally.henry@skadden.com |
| pfinkel@wilmingtontrust.com | samuel.cavior@pillsburylaw.com |
| phayden@mcguirewoods.com | sandyscafaria@eaton.com |
| pmaxcy@sonnenschein.com | scargill@lowenstein.com |
| ppascuzzi@ffwplaw.com | schager@ssnylaw.com |
| ppatterson@stradley.com | schannej@pepperlaw.com |
| psp@njlawfirm.com | schepis@pursuitpartners.com |
| ptrostle@jenner.com | schnabel.eric@dorsey.com |
| raj.madan@skadden.com | schristianson@buchalter.com |
| ramona.neal@hp.com | scott.golden@hoganlovells.com |
| rbeacher@pryorcashman.com | scottj@sullcrom.com |
| rbernard@foley.com | scottshelley@quinnemanuel.com |
| rbyman@jenner.com | scousins@armstrongteasdale.com |
| rdaversa@orrick.com | sdnyecf@dor.mo.gov |
| relgidely@gjb-law.com | sehlers@armstrongteasdale.com |
| rfriedman@silvermanacampora.com | sfalanga@thewalshfirm.com |
| rgmason@wlrk.com | sfelderstein@ffwplaw.com |
| rgoodman@moundcotton.com | sfineman@lchb.com |
| rgraham@whitecase.com | sfox@mcguirewoods.com |
| rhett.campbell@tklaw.com | sgordon@cahill.com |
| richard.lear@hklaw.com | sgraziano@blbglaw.com |
| richard@rwmaplc.com | sgubner@ebg-law.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yuwatoko@mofo.com