CULLEN AND DYKMAN LLP
Michelle McMahon (MM8130)
44 Wall St.
New York, New York 10005
Telephone: 212-510-2296
Facsimile: 212-742-1219
Email: mmcmahon@cullenanddykman.com

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Lehman Brothers Holdings Inc., et al. | ) | Case No. 08-13555-scc |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### <u>NOTICE OF WITHDRAWAL OF ATTORNEY</u>

Please take notice that I, Michelle McMahon, hereby withdraw my appearance as counsel

Gotham Technology Group, LLC as a result of my resignation from Bryan Cave LLP and

acceptance of a position with Cullen and Dykman LLP effective November 20, 2017.  Please

remove me from all 2002 and ecf notice lists.

Respectfully,


/s/Michelle McMahon
CULLEN AND DYKMAN LLP
Michelle McMahon (MM8130)
44 Wall St.
New York, New York 10005
Telephone: 212-510-2296
Facsimile: 212-742-1219
Email: mmcmahon@cullenanddykman.com