FILED / RECEIVED

NOV 01 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re __Lehman Brothers Holdings Inc. et al__     Case No. __08-13555 (JMP)__
       __Debtors__                                          __(Jointly administered)__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__TIN JIA INVESTMENTS LIMITED__           __TIN JIA Co LTD__
Name of Transferee                          Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): __43838__
should be sent:                                   Amount of Claim: __USD 750,000__
6F. NO. 10 LANE 37 MING SHUI Road                 Date Claim Filed: __Oct 21 2009__
TAIPEI 104, TAIWAN (R.O.C)
Phone: __+886 926247586__                         Phone: __+886 926247586 / +886 2 85073868__
Last Four Digits of Acct #: __8171__              Last Four Digits of Acct. #: __1913__

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __田菁菁__                                    Date: __Oct 30 2017__
     Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.





CERTIFICATE OF INCUMBENCY

We, JTC (BVI) Limited, of 80 Main Street, P.O. Box 3200, Road Town, Tortola VG1110, British Virgin Islands, being the duly appointed Registered Agent of TIN JIA INVESTMENTS LIMITED (the "Company"), a Company incorporated in the British Virgin Islands on the 20th day of June, 2017 under Company No. 1948301, do hereby confirm the followings:-

(a)   the Company is in Good Standing in the British Virgin Islands;

(b)   that as far as can be determined from the documents retained at the Registered Office of the Company at 80 Main Street, P.O. Box 3200, Road Town, Tortola VG1110, British Virgin Islands:

(i)   the current director              Date of appointment
TIEN Ching-Ching 田菁菁            20 June 2017
TIEN Wen-Liang 田文良              20 June 2017
HUANG Chao-Ti 黃招悌               20 June 2017

(ii)  the principal shareholder        No. of shares held / % of Shares
TIEN Ching-Ching 田菁菁            50 share / 50%
TIEN Wen-Liang 田文良              50 share / 50%

(iii) the Company is authorized to issue a maximum of 50,000 Shares with a par value of USD1.00 each of a single class;

(iv)  we hereby confirm, to the best of our knowledge, that the Company has not created a charge over its assets, and as such, there are no entries made in the Register of Charges maintained at its Registered Office, pursuant to section 162 of the BVI Business Companies Act, 2004 (as amended);

(v)   we are not aware of any proceedings being taken or threaten against the Company; and

(vi)  we are not aware of any action being taken to wind-up the Company or to appoint a receiver over its assets.

Signed and dated this 30th day of June, 2017

for and on behalf of
JTC (BVI) Limited
Registered Agent

This Certificate of Incumbency has been prepared on receipt of a written request and is limited to the information that was requested in the written request. The information contained in this Certificate of Incumbency issued by us as Registered Agent of the Company is limited to the information held at the Registered Office of the Company.

JTC (BVI) Limited  80 Main Street  P.O. Box 3200  Road Town  Tortola VG1110  British Virgin Islands
Tel: +1 284 494 7295  Fax: +1 284 494 7296  Email: jtc@jtcgroup.com
www.jtcgroup.com

JTC (BVI) Limited is regulated by the British Virgin Islands Financial Services Commission
under the Banks and Trust Companies Act, 1990