FILED / RECEIVED

OCT 24 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc.,et al         Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **MIRABAUD & CIE SA** | **DBS BANK LTD** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 62901 |
| MIRABAUD & CIE SA | Amount of Claim: Refer to attached |
| 29 Boulevard Georges.Favon | Date Claim Filed: November 2,2009 |
| CH-1204 Geneva | |
| Contact : Fabio Cataldi | |
| T + 41 58 816 22 53 | |
| F + 41 58 816 35 16 | |
| Email: settlement@mirabaud.com | |
| | |
| Phone: +41 58 816 22 53 | Phone: +65 68784323 |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |

Name and Address where transferee payments should be sent (if different from above):

Phone:_____
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **MIRABAUD & Cie SA**        Date: 23RD october 2017
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Sophie Altman Delmotte
Vice President

Fernando Fernandez
Senior Officer

**DBS BANK LTD,** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

MIRABAUD & CIE SA
29 Boulevard Georges.Favon
CH-1204 Geneva
Contact : Fabio Cataldi
T + 41 58 816 22 53
F + 41 58 816 35 16
Email: settlement@mirabaud.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _____.

DBS BANK LTD
Transferor

By: _____
Name: Woon Li Tsan / Sim Geok Kim
Title:   Vice President / Vice President

ACKNOWLEDGED BY:

MIRABAUD & CIE SA

Transferee

By: _____
Name: Fernando Fernandez       Sophie Altman Delmotte
Title:  Senior Officer         Vice President

B 210A (Form 210A) (12/09)

**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:   Lehman Brothers Holdings Inc.          Case No.: 08-13555 (JMP)
                                                 Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>MIRABAUD & CIE SA | Name of Transferor:<br>DBS BANK LTD |
|---|---|
| Notices to Transferee should be sent to:<br>MIRABAUD & CIE SA<br>29 Boulevard Georges.Favon<br>CH-1204 Geneva<br>Contact : Fabio Cataldi<br>T + 41 58 816 22 53<br>F + 41 58 816 35 16<br>Email: settlement@mirabaud.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>DBS BANK LTD<br>2 Changi Business Park Crescent #07-05 Lobby B<br>DBS Asia Hub Singapore 486029<br>Attn : Head of Wealth Management Ops<br>Tel: +65 6878 4323 / +65 66820298<br>Email: PBOpsSecTransfer@dbs.com |
| Amount of Claim Being Transferred:<br><br>$_____<br><br>OR<br><br>See attached (face amount of securities) | |
| Court Claim No. (if known): 62901 | |
| Date Claim Filed: 2 Nov 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____          Date: _____

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: *62901* (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| ELN OTH, (Default) LEHMAN BROTHERS TREASURY CO. BV, Mat: 01-AUG-2012 | XS0312924334 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | SGD 4,000,000 |
| ELN OTH, (Default) LEHMAN BROTHERS TREASURY CO. BV, Mat: 01-AUG-2012 | XS0312938045 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | SGD 4,000,000 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

