21 November 2017

United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NY 10004-1408

U.S.A

Attention : United States Bankruptcy Court

Southern District of New York



Dear Sirs,

**LEHMAN PROGRAMS SECURITIES**

**PARTIAL TRANSFER OF CLAIM FROM DEUTCHE BANK AG SINGAPORE TO DBS BANK LTD**

Please find attached notice of claim Form and evidence of partial transfer of claim for your necessary action.

If you have any queries, please do not hesitate to contact the undersigned at telephone +65 6682 0298 / + 65 6878 4323.

Yours faithfully,

For and on behalf of DBS Bank Ltd

_____        _____
Woon Li Tsan                                    Sim Geok Kim
Vice-President                                  Vice-President

DBS Bank Ltd
T&O - Unit Trust Operations
Robinson P.O. Box 1235
Singapore 902435
Tel : 1800 111 1111
www.dbs.com
06-18-008 (06/2015) AW
Co. Reg. No. 196800306E

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

### EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: *57859* (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros | XS0307616937 | Lehman Brothers Treasury Co BV | LBHI | 500,000 |
| Lehman Bros | XS0326608519 | Lehman Brothers Treasury Co BV | LBHI | 200,000 |
| Lehman Bros | XS0328587679 | Lehman Brothers Treasury Co BV | LBHI | 300,000 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

DEUTSCHE BANK AG, SINGAPORE, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

DBS BANK LTD
2 Changi Business Park Crescent #09-05 Lobby B
DBS Asia Hub Singapore 486029
Attn : Head of Wealth Management Ops
Tel : +65 66820298 / +65 6878 4323
Email : pbops-regca@dbs.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

## Notice Pursuant to Bankruptcy Rule 3001

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.      Case No.: (JMP
                                                                            Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>DBS BANK LTD | Name of Transferor:<br>DEUTSCHE BANK AG, SINGAPORE |
|---|---|
| Notices to Transferee should be sent to:<br>DBS BANK LTD<br>2 Changi Business Park Crescent #09-05 Lobby B<br>DBS Asia Hub Singapore 486029<br>Attn : Head of Wealth Management Ops<br>Tel : +65 66820298 / +65 6878 4323<br>Email : pbops-regca@dbs.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>DEUTSCHE BANK AG, SINGAPORE<br>One Raffles Quay South Tower<br>#20-00<br>Singapore 048583 |
| Amount of Claim Being Transferred:<br><br>ISIN           NOMINAL<br>XS0307616937  USD500,000<br>XS0326608519  USD200,000<br>XS0328587679  USD300,000 | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY— SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 57859.01 | |
| Date Claim Filed: 30 Oct 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:     **Deutsche Bank AG Singapore**
         **One Raffles Quay South Tower**
         **#20-00**
         **Singapore 048583**

Date:    19 October 2017

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated **October 19, 2017**.

DEUTSCHE BANK AG, SINGAPORE
Transferor

By: _____
    Name: Collins Leong
    Title: Associate

By: _____
    Name: Joline Koh
    Title: Head of Corporate Action

ACKNOWLEDGED BY:

DBS BANK LTD
Transferee

By: _____
    Name: Woon Li Tsan
    Title: Vice President

By: _____
    Name: Sim Geok Kim
    Title: Vice President