UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.          Case No. 08-13555 (SCC)
                                                 Court ID (Court Use Only) _____

NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**DEUTSCHE BANK AG, SINGAPORE** | Name of Transferor:<br>**Deutsche Bank Luxembourg S.A.** |
|---|---|
| Notices to Transferee should be sent to:<br><br>DEUTSCHE BANK AG, SINGAPORE<br>One Raffles Quay, South Tower<br>#20-00<br>Singapore 048583<br><br>PHONE: 65-68199647 / 65-68199649<br>EMAIL: dbpwm.ca@list.db.com<br>ATTENTION: Collins Leong / Joline Koh | Court Record Address of the Transferor:<br>(Court use only)<br><br>DEUTSCHE BANK LUXEMBOURG S.A.<br>2, BOULEVARD KONRAD ADENAUER<br>LUXEMBOURG, L-1115<br>LUXEMBOURG<br>EMAIL: credit.BRC@db.com<br>ATTENTION: PWM LOAN & RISK MANAGEMENT |
| Last Four Digits of Acct.#:<br>Name and Address where transferee payments should be sent (if different from above): | Last Four Digits of Acct.: 0728<br>Name and Current Address of Transferor:<br>Same as above |
| Claim Amount Transferred:<br><br>ISIN XS0326608519 - SGD 350,000 nominal amount | *This is a partial transfer of claim.* |
| Court Claim No.:<br><br>Claim No. 46939 | |
| Date Claim Filed:<br><br>On or before November 2, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   Collins Leong / Joline Koh            Date:   2 Nov 2017
      Transferee's Authorized Signatory

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

DB3/200165455.1

RECEIVED
NOV 27 2017
U.S. BANKRUPTCY

## AGREEMENT AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attn: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor"), Case No. 08-13555 (SCC)

CLAIM NUMBER: 46939
TRANSFERRED AMOUNT: SGD 350,000 nominal amount of ISIN XS0326608519

**DEUTSCHE BANK LUXEMBOURG S.A.**, its successors and assigns (collectively, "Transferor"), for good and valuable consideration, hereby unconditionally and irrevocably sells, transfers and assigns to:

DEUTSCHE BANK AG, SINGAPORE
Address: One Raffles Quay, South Tower
Address: #20-00, Singapore 048583
Tel: 65-68199647 / 65-68199649
Email: dbpwm.ca@list.db.com
Attention: Collins Leong / Joline Koh

its successors and assigns ("Transferee") all of its rights, title and interest in and to Claim No. 46939, *solely to the extent of the nominal amount of SGD 350,000 of ISIN XS0326608519* (the "Claim"), against Lehman Brothers Holdings Inc., a Debtor in Case No. 08-13555 (SCC) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives to the fullest extent of the law any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement and Evidence of Partial Transfer of Claim by their respective duly authorized representatives, dated November 2, 2017.

DEUTSCHE BANK LUXEMBOURG S.A.            DEUTSCHE BANK AG, SINGAPORE

By: _____        By: _____
Name: Jochen Nau / Karin Backes            Name: Collins Leong / Joline Koh
Title: Director / Assistant Vice President  Title: Associate / Assistant Vice President

DB3/200165455.1

