WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                       :    **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                :    **08-13555 (SCC)**
                                                            :
               Debtors.                                     :    (Jointly Administered)
                                                            :
------------------------------------------------------------------x

# NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing to consider the *Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes, dated June 10, 2015 [ECF No. 49954]*, which was scheduled for December 7, 2017 at 10:00 a.m. (Eastern Time), **has been adjourned to January 23, 2018 at 10:00 a.m.**, solely with respect to the claim held by the parties listed on **Exhibit A** hereto.

Dated:  December 5, 2017
        New York, New York

                                        /s/ Garrett A. Fail
                                        Garrett A. Fail
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

WEIL:\96358070\2\58399.0011

**Exhibit A**

08-13555-mg    Doc 57087    Filed 12/05/17    Entered 12/05/17 16:04:27    Main Document
Pg 2 of 3

WEIL:\96358070\2\58399.0011

**Exhibit A**

**MOTION TO ESTIMATE LBIE-BASED GUARANTEE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES**

| | NAME | CLAIM # | DEBTOR NAME | FILED DATE | TOTAL ASSERTED CLAIM AMOUNT | AMOUNT SUBJECT TO MOTION | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | RGM TRADING INTERNATIONAL LIMITED C/O RGM ADVISORS, LLC | 15035 | Lehman Brothers Holdings Inc. | 09/17/2009 | $1,235,934.44 | $1,235,934.44 | $0.00 |