UNITED STATES BANKRUPTCY COURT
Southern District of New York
Attn : Clerk of Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408



IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
                                         )
In re:                                )        Chapter 11
                                         )
LEHMAN BROTHERS HOLDINGS, INC.   )        Case No. 08-13555 (JMP)
                                         )
                                         )
Debtor.                            )        (Jointly Administered)
----------------------------------------------------------x

NOTICE OF PARTIAL TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:                        UBS EUROPE SE ("Transferor")
                                       Succursale Italia
                                       Via Benigno Crespi, 24
                                       Milano, 20159
                                       Italy

2.    Please take notice of the transfer of an undivided interest in the amount of USD 291,215.99 (EUR 200,000.00), of your claim against LEHMAN BROTHERS HOLDINGS INC. Case No. 08-13555 (JMP) in the above-referenced consolidated proceedings, arising from and relating to the guaranty of certain underlying securities described in Claim No. 64043 (attached as Exhibit A hereto), to:

                                       BANCA POPOLARE DI SONDRIO S.c.p.A. ("Transferee")
                                       Servizio Finanza – Amministrazione Titoli
                                       Piazza Garibaldi, 16
                                       Sondrio, 23100
                                       Italy
                                       Attn   Gerry De Alberti

   An evidence of transfer of claim (including details as to the underlying securities) is attached hereto as Exhibit B. All notices regarding the transferred portion of the claim should be sent to the Transferee as the address attached in Exhibit C.

3.    No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

       ■   **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Court
Southern District of New York
Attn: Clerk of Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

- Refer to **INTERNAL CONTROL NO.** _____ in your objection and any further correspondence related to this transfer.

4. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING WITH RESPECT TO THE TRANSFERRED PORTION.**

CLERK

---

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on_____,
2011.

INTERNAL CONTROL NO. _____

Copy: (check) Claims Agent _____ Transferee _____ Debtor's Attorney _____

Deputy Clerk

---

| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000064043 |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | | THIS SPACE IS FOR COURT USE ONLY |

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br>SANTANDER PRIVATE BANKING SPA, AS AGENT<br>Attention: Ms. Serena Roveri<br>Via Senato 28<br>20121 – Milano, ITALY<br>Telephone number: (39) 02 724381 - (39) 02 724382 295 Email Address: sroveri@santanderpb.it | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>(*If known*)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br>Account number: IBAN IT70 G 0500 01600 BC0990003279<br>ISTITUTO CENTRALE BANCHE POPOLARI ITALIANE<br>Corso Europa 18<br>20122 - Milano, ITALY<br>Telephone number:                Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ Unliquidated - see attached Addendum to Proof of Claim    (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): See attached Addendum to Proof of Claim    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

See attached Addendum to Proof of Claim    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
See attached Addendum to Proof of Claim    (Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions | FOR COURT USE ONLY |
|---|---|
| Date.<br>October 21, 2009. | Signature: SERENA ROVERI *[signature]*<br>STEFANO BOCCADORO (General Manager) *[signature]* | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

| | | |
|---|---|---|
| XS0213899510 | CA58312 | 14347 |
| XS0213899510 | CA58311 | 14347 |
| XS0213899510 | CA58310 | 14347 |
| XS0224346592 | CA58313 | 14347 |
| XS0224346592 | CA58314 | 14347 |
| XS0162289663 | CA04328 | 14347 |
| XS0162289663 | CA04327 | 14347 |
| XS0162289663 | CA04326 | 14347 |
| XS0176153350 | CA04333 | 14347 |
| XS0176153350 | CA04332 | 14347 |
| XS0176153350 | CA04331 | 14347 |
| XS0181945972 | CA04334 | 14347 |
| XS0181945972 | CA04330 | 14347 |
| XS0181945972 | CA04329 | 14347 |
| XS0195431613 | CA04325 | 14347 |
| XS0195431613 | CA04324 | 14347 |
| XS0200284247 | CA04319 | 14347 |
| XS0200284247 | CA04320 | 14347 |
| XS0200284247 | CA04322 | 14347 |
| XS0200284247 | CA04323 | 14347 |
| XS0202417050 | CA04321 | 14347 |
| XS0202417050 | CA04318 | 14347 |
| XS0202417050 | CA04317 | 14347 |
| XS0202417050 | CA04316 | 14347 |
| XS0202417050 | CA04315 | 14347 |
| XS0202417050 | CA04314 | 14347 |
| XS0202417050 | CA04310 | 14347 |
| XS0202417050 | CA04311 | 14347 |
| XS0202417050 | CA04312 | 14347 |
| XS0202417050 | CA04309 | 14347 |
| XS0202417050 | CA04308 | 14347 |
| XS0202417050 | CA04307 | 14347 |
| XS0202417050 | CA04306 | 14347 |
| XS0210782552 | CA04313 | 14347 |
| XS0211093041 | CA04303 | 14347 |
| XS0211093041 | CA04305 | 14347 |
| XS0218304458 | CA04304 | 14347 |

Reservation of Rights

No judgment has been entered on any portion of the proof of claim.

The amounts of all payments on the claim have been credited and deducted for the purpose of making this proof of claim.

Claimant hereby reserves the right to assert further, additional and amended claims.

**Evidence of Transfer**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:     Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc.,* 08-13555

Proof of Claim Number: 64043.01 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT | ALLOWED AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROS TSY 27/10/14 step c. | XS0202417050 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc.. | 200,000.00 | $ 291,215.99 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

**UBS Europe SE**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Banca Popolare di Sondrio
Piazza Garibaldi 16
Sondrio Italy 23100
Telephone: 0039 0342 528927
Fax: 0039 0342 528370
Attn: De Alberti Gerry
EMAIL gerry.dealberti@popso.it

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. CA04321 in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.

B 210A (Form 210A) (12/09)

## Notice Pursuant to Bankruptcy Rule 3001

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.          Case No.: 08-13555
                                                Court ID (Court Use Only) CA04321

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: | Name of Transferor: |
|---|---|
| Banca Popolare di Sondrio Scpa | UBS Europe SE |
| Notices to Transferee should be sent to:<br>Banca Popolare di Sondrio<br>Piazza Garibaldi 16<br>Sondrio Italy 23100<br>Telephone: 0039 0342 528927<br>Fax: 0039 0342 528370<br>Attn: De Alberti Gerry<br>EMAIL gerry.dealberti@popso.it | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS Europe SE<br>Succursale Italia<br>Via Benigno Crespi, 24<br>20159 Milano Italy |
| Amount of Claim Being Transferred:<br><br>EUR 200,000.00<br>(face amount securities) | |
| Court Claim No. (if known): | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                        Date: November 2, 2017
      Transferee/Transferee's Agent
Name: Romano Forlin Lisignoli
Title: Head Office Bank Officer

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 2, 2017.

UBS Europe SE
Transferor

By: _____
Name: Petracca Ivo
Title: Head of Operation

By: _____
Name: Piadena Marialuisa
Title: Service Delivery Team Leader

ACKNOWLEDGED BY:

BANCA POPOLARE DI SONDRIO Scpa
Transferee

By: _____
Name:  Romano Forlin Lisignoli
Title:  Head Office Bank Officer

**Exhibit C**

Address for Notices:

BANCA POPOLARE DI SONDRIO S.c.p.A.
Piazza Garibaldi, 16
Sondrio, 23100
Italy

Attn: Gerry De Alberti – Servizio Finanza / Amministrazione Titoli