*Gibraltar, 11th October 2017*

**Form 210A (10/06)**

FILED / RECEIVED

OCT 3 0 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,      Case Nos. 08-13555 (JMP)
                                                  **(Jointly Administered)**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR
## SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by Credit Suisse AG (the "Transferor"), against Lehman Brothers Holdings Inc., which has been designated as Claim No. 55829 (the "Claim"). Transferee (as that term is defined below) hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. Rule 3001(e)(2), of the transfer, other than for security, of the Claim, in the nominal amount of EUR 48,000 (the "Transferred Portion"). For the avoidance of doubt, the Transferred Portion relates to ISIN XS0268033908. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

| Name of Transferee | Name of Transferor |
|---|---|
| Bank J. Safra Sarasin (Gibraltar) Ltd | Credit Suisse AG |
| **Name and Address where notices to Transferee should be sent:** | **Name and Address where notices to Transferor should be sent:** |

Attn: Marvin Cartwright
Bank J. Safra Sarasin (Gibraltar) Ltd
First Floor, Neptune House, Marina Bay,
PO Box 542, Gibraltar

Attn: Marija Petrovic
Credit Suisse AG
Uetlibergstr.231
8045 Zurich, Switzerland

Phone: + 350 2000 2550

Phone: + 41 44 334 54 30

Last Four Digits of Acct #: 1403

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Clearstream Banking Luxembourg
L-2967
Luxembourg
Acc BK J. Safra Sar.(Gibraltar)-CLTS A/C
Acc No: 11403

Court Claim # (if known): 55829
Date Claim Filed: October 29, 2009
Transferred Portion: EUR 48,000



I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: _____          Date:  11th  October 2017 _____

     Transferee

Name: Marvin Cartwright

Title: Chief Executive Officer


By: _____          Date:  11th  October 2017 _____

     Transferee

Name: Abigail Carroll

Title: Chief Operating Officer


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

**<u>Exhibit A</u>**



## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Bank J. Safra Sarasin (Gibraltar) Ltd** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **July 12, 2017.**

**Credit Suisse AG**

By: _____
Name: Rita von Wyl
Title:   AVP

By: _____
Name: Sandro Hunziker
Title:  AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0268033908 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | EUR 48'000 |



Epiq Bankruptcy Solutions , LLC
Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Gibraltar, 23 October 2017

**Transfer of Claim, Epiq Claims No: 55829**

Dear Sir,Madam,

Bank J. Safra Sarasin is sending you herewith the enclosed original copy of the completed 210A transfer forms, evidence of the claim and Schedule 1 (Epiq Claim number 55829) against Lehman Brothers Holdings Inc by the following transferor:

Credit Suisse AG
Uetlibergstr.231
8045 Zurich, Switzerland

Yours faithfully,

Abigail Carroll
Chief Operations Officer
Bank J. Safra Sarasin (Gibraltar) Ltd

Bank J. Safra Sarasin (Gibraltar) Ltd
First Floor, Neptune House, Marina Bay, P.O. Box 542, Gibraltar, GX11 1AA
T: +350 2000 2500, F: +350 2000 2501, www.jsafrasarasin.com.gi
Registered Office: 57/63 Line Wall Road, Gibraltar, Registered in Gibraltar No: 82334, Authorised by the
Gibraltar Financial Services Commission to conduct banking and investment services

1 | 1



EXPRESS WORLDWIDE    DOX    _DHL_

From    BANK J SAFRA SARASIN (GIBRALTAR) LT
1ST FLOOR
NEPTUNE HOUSE
GIBRALTAR
GIBRALTAR

Origin:
GIB

To :    EPIQ BANKRUPTCY SOLUTIONS LLC
777 3RD AVE.,11 AND 12TH FLOOR
NY NY
10017 NEW YORK
UNITED STATES OF AMERICA

Contact:
LEHMAN BROTHER HOLDINGS CLAIMS 41
+1 212 225 9200

US–ZYP–TS3

al Code BANKJSAFRASARASIN(GIBRALTAR)    Pce/Shpt Weight    Piece
0.120.0 KG    1/1

Content Description

DOCUMENTS

FILED / RECEIVED

OCT 30 2017

EPIQ SYSTEMS

Day    Time

WAYBILL 91 1795 3412

(2L)US10017 + 420000009A

Reference

(J) JD01 4600 0049 0146 0995

DOX |    _DHL_

ntes

Origin:
GIB

– TS3    ----

Day Time

te:    Pce/ Shpt Weight    Piece
0.50 / 0.50    1/1

Content
description

95 3412

2000000