FILED / RECEIVED

NOV 0 6 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re __LEHMAN BROTHERS HOLDINGS INC.__,   Case No. __08-13555 (SCC)__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BANCO SANTANDER INTERNATIONAL | BANCO SANTANDER (SUISSE) S.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Banco Santander International
  1401 Brickell Ave., Suite 1500
  Miami, FL 33131
Phone: __305-530-7213__
Last Four Digits of Acct #: __321-1; 322-1__
Attn: Marco Prado (marco.prado@bpi-gruposantander.com)

Court Claim # (if known): __51762__
Amount of Claim: __See Schedule 1__
Date Claim Filed: __10/28/2009__

Phone: __00 41 22 909 22 39__
Last Four Digits of Acct. #: __3555__

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Luis Alvarez_    Date: __8/9/2017__
    Transferee/Transferee's Agent
By: _/s/ Frank Puentes_   Date: __8/9/2017__
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

[*Lehman Brothers*]

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, BANCO SANTANDER (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transfers to BANCO SANTANDER INTERNATIONAL ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (SCC) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: 8/9/2017

Date: 8/9/2017

**Transferor**

**Transferee**

BANCO SANTANDER (SUISSE) S.A.

BANCO SANTANDER INTERNATIONAL

Rue Ami-Lévrier 5-7 / P.O. Box 1256

1401 Brickell Ave., Suite 1500

CH- 1211 Geneva 1

Miami, FL 33131

Signature: _____
Name: Eva Benito
Title: Vice President

Signature: _____
Name: Luis Alvarez
Title: Vice President

Signature: _____
Name: Valérie Solvez
Title: Assistant Vice President

Signature: _____
Name: Frank Puentes
Title: Vice President

<u>Schedule 1</u>

## <u>Lehman Programs Securities Related to Transferred Portion of Claim</u>:

| ISIN | Court Claim Number | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0326476693 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASUY BV | GBP 121'000.- |
| XS0271141565 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | GBP 150'000.- |
| XS0264674549 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | GBP 100'000.- |

**EXPRESS WORLDWIDE**
IntraShip (7.3) / *17-1409*
DOX — DHL

From Valerie Solvez
Valerie Solvez +4122 909 22 39
Rue de l'Arve 10
1201 Genève
CH SWITZERLAND

Origin
GVA

To: Epiq Bankruptcy Solutions, LLC
Phone: —

Third Avenue 777
12th Floor
Distribution Forms Processing
**10017 NEW YORK NEW YORK**
**US UNITED STATES OF AMERICA**

JFKL  US-ZYP-TS3

Day    Time

Ref code    V. Solvez
Account No  150486787
Piece Weight: 0.5 kg
Pickup date: 2017-11-03
Piece 1/1

Content / Commerce Control Statement / RC
Documents
Incoterm     : DAP       Customs Value : 0.00 CHF
Imp/Exp Type : permanent  IV            : 0.00 CHF



FILED / RECEIVED
NOV 0 6 2017
EPIQ SYSTEMS

WAYBILL 54 6229 4596


(2L)US10017+42000000


(J)JD01 4600 0046 9044 7848