FILED / RECEIVED

NOV 1 6 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Van Lanschot** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **5255829.73**) in the **units of 100** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 8 day of November 2017.

**Bank Julius Baer & Co. Ltd.**

_____
Fabian Burckhardt

_____
Marc Blum

RECEIVED

NOV 21 2017

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | units |
|---|---|---|---|---|
| XS0258947745 CERTIFICATE PLUS ON EUROSTOXX 50 | 5255829.73 | 29 October 2009 | Lehman Brothers Treasury Co. BV | 100 |
| | | | | |

**EXPRESS ENVELOPE** IntraShip (7.3) / *17-1409*   **XPD**   **DHL**

From  De Koerier
RENE BECK +31206010650
Tokyostraat 13-15
1175 RB AMSTERDAM
NL Netherlands, The

Origin
**AMS**

To  EPIQ BANKRUPTCY SOLUTION LLC
LEHMAN BROTHERS
777 THIRD AVENUE
12TH FLOOR
10017 NEW YORK New York
US United States of America

Phone:
001 2122259200

**US-ZYP-TS3**

Ref code  333727        Piece Weight: 0.1 kg     Piece
Account No  192645504   Pickup date: 2017-11-15   1/1
Content / Commerce Control Statement / RC
Documents


WAYBILL 53 5626 5541

FILED / RECEIVED
NOV 16 2017
EPIQ SYSTEMS


(2L)US10017+52000000


(J)JD01 4600 0049 0519 1106