FILED / RECEIVED

NOV 0 8 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)**
**Claim Number: 55824-32**

We would like to inform you that Bethmann Bank AG who is holder of the claim number 55824-32, filed on 09/28/2009, has assigned the rights arising out of this claim corresponding with the following securities

9 pcs. "Lehman Bros Treasury Co. B.V." (ISIN DE000A0SHLW6)
in the amount of a face value of **USD 12,526.85**

to

**Renate Hauck and Michael Hauck,**
Blumenstraße 7, 40212 Düsseldorf, Germany

The potentially remaining rights arising out of the claim Number 55824-32 remain entirely with Bethmann Bank AG.

Bethmann Bank AG and Renate Hauck as Michael Hauck have agreed to the partial assignment mentioned herein above. Both Bethmann Bank AG and Renate Hauck as Michael Hauck acknowledge and represent that due to the assignment mentioned herein above Renate Hauck as Michael Hauck have become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, May 17, 2017                    Düsseldorf, 31.5.17

Bethmann Bank AG
(Assignor)                                          (Assignee)

_Jochen Weber    Anja Sonnleithner_              _Renate Hauck    Michael Hauck_