**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al*, | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------x

### REQUEST FOR REMOVAL FROM ECF NOTIFICATIONS

James J. Vincequerra, an attorney with Alston & Bird LLP, requests that

he be removed from the ECF notification in the above captioned case.

Dated: New York, New York
      December 6, 2017

                                **ALSTON & BIRD LLP**

                          By: /s/ James J. Vincequerra
                              James J. Vincequerra, Esq.
                              90 Park Avenue
                              New York, NY 10016
                              Telephone: (212) 210-9400

LEGAL02/37737617v1