**WHITE & CASE**

December 6, 2017

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
**T** +1 212 819 8200

**whitecase.com**

Honorable Shelley C. Chapman
United States Bankruptcy Judge, Southern District of New York
One Bowling Green, Rm. 623
New York, NY 10004-1408
scc.chambers@nysb.uscourts.gov

**Re: In re Lehman Brothers Holdings Inc., Case No. 08-13555 (SCC); Claim Number 29606 (SRM)**

Dear Judge Chapman:

We submit this letter on behalf of SRM Global Master Fund Ltd Partnership ("SRM") in connection with the above-referenced claim (the "Claim").

As the Court will recall, following the October 23, 2017 status conference, the parties were directed to engage in further settlement discussions. We subsequently had several conversations with counsel for LBHI. Unfortunately, the parties have reached an impasse.

At this point, SRM respectfully requests that the Court rule on LBHI's objection [ECF No. 53215] (the "Objection") to the Claim. To the extent that there remain any open issues from the July 28, 2016 sufficiency hearing which the Court would like the parties to address, we are available at the Court's earliest convenience either in person or by telephone. We are also available to submit any supplemental briefing that the Court may wish to have to assist in ruling on the Objection.

We are available to answer any questions the Court may have.

Respectfully submitted,


*/s/ Gregory M. Starner*

Gregory M. Starner

cc:    Richard L. Levine, Esq. (via email and ECF)
       Garrett A. Fail, Esq. (via email and ECF)