**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
In re: : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC., et al.,** : 08-13555 (SCC)
: 
Debtors. : (Jointly Administered)
: 
: Ref. Docket No. 57068
------------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 30, 2017, I caused to be served the "October 2017 Post-Effective Operating Report," dated November 30, 2017 [Docket No. 57068], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    c. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
4th day of December, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
## Overnight Mail - Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail - Master Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | ashmead@sewkis.com |
| aalfonso@willkie.com | asnow@ssbb.com |
| abeaumont@fklaw.com | asomers@rctlegal.com |
| abraunstein@riemerlaw.com | aunger@sidley.com |
| acaton@kramerlevin.com | austin.bankruptcy@publicans.com |
| adam.lanza@dlapiper.com | avenes@whitecase.com |
| adarwin@nixonpeabody.com | bankruptcy@goodwin.com |
| adiamond@diamondmccarthy.com | bankruptcy@morrisoncohen.com |
| adk@msf-law.com | bankruptcy@ntexas-attorneys.com |
| aeckstein@blankrome.com | bankruptcymatters@us.nomura.com |
| aentwistle@entwistle-law.com | barbra.parlin@hklaw.com |
| agbanknewyork@ag.tn.gov | bbisignani@postschell.com |
| aglenn@kasowitz.com | bcarlson@co.sanmateo.ca.us |
| agold@herrick.com | bdemay@hsgllp.com |
| aisenberg@saul.com | bdk@schlamstone.com |
| akadish@dtlawgroup.com | benjamin.mintz@apks.com |
| akolod@mosessinger.com | bguiney@pbwt.com |
| allison.holubis@wilsonelser.com | bmanne@tuckerlaw.com |
| alum@ftportfolios.com | bmiller@mofo.com |
| amarder@msek.com | boneill@kramerlevin.com |
| amartin@sheppardmullin.com | brosenblum@jonesday.com |
| amcmullen@boultcummings.com | brotenberg@wolffsamson.com |
| amenard@tishmanspeyer.com | broy@rltlawfirm.com |
| amh@amhandlerlaw.com | bruce.wright@sutherland.com |
| andrew.brozman@cliffordchance.com | bsellier@rlrpclaw.com |
| andrew.lourie@kobrekim.com | bstrickland@wtplaw.com |
| andrewtenzer@paulhastings.com | btrust@mayerbrown.com |
| angelich.george@arentfox.com | bturk@tishmanspeyer.com |
| angie.owens@skadden.com | bwolfe@sheppardmullin.com |
| anthony_boccanfuso@aporter.com | cahn@clm.com |
| aostrow@beckerglynn.com | canelas@pursuitpartners.com |
| appleby@chapman.com | cbelisle@wfw.com |
| aquale@sidley.com | cbelmonte@ssbb.com |
| arainone@bracheichler.com | cdesiderio@nixonpeabody.com |
| arancier@offitkurman.com | cfarley@mccarter.com |
| arheaume@riemerlaw.com | cgoldstein@stcwlaw.com |
| arosenblatt@chadbourne.com | cgonzalez@diazreus.com |
| arthur.rosenberg@hklaw.com | chad.husnick@kirkland.com |
| arwolf@wlrk.com | chammerman@paulweiss.com |
| aschwartz@homerbonner.com | charles@filardi-law.com |
| aseuffert@lawpost-nyc.com | charles_malloy@aporter.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail - Master Service List**

| | |
|---|---|
| chemrick@thewalshfirm.com | ddunne@milbank.com |
| chipford@parkerpoe.com | deggermann@kramerlevin.com |
| chris.donoho@hoganlovells.com | deggert@freebornpeters.com |
| christopher.greco@kirkland.com | demetra.liggins@tklaw.com |
| claude.montgomery@dentons.com | dennis.tracey@hoganlovells.com |
| clynch@reedsmith.com | dfelder@orrick.com |
| cmestres@aclawllp.com | dflanigan@polsinelli.com |
| cohen@sewkis.com | dfliman@kasowitz.com |
| cp@stevenslee.com | dgoldberg@hsgllp.com |
| cpappas@dilworthlaw.com | dhayes@mcguirewoods.com |
| cparyse@contrariancapital.com | dhealy@hsgllp.com |
| craig.goldblatt@wilmerhale.com | dheffer@foley.com |
| craigjustinalbert@gmail.com | dhurst@coleschotz.com |
| crmomjian@attorneygeneral.gov | dhw@dhclegal.com |
| csalomon@beckerglynn.com | diconzam@gtlaw.com |
| cschreiber@winston.com | djcarragher@daypitney.com |
| cshore@whitecase.com | djoseph@stradley.com |
| cshulman@sheppardmullin.com | dkessler@ktmc.com |
| cszyfer@stroock.com | dkozusko@willkie.com |
| cwalsh@mayerbrown.com | dlemay@chadbourne.com |
| cward@polsinelli.com | dlipke@vedderprice.com |
| cweber@ebg-law.com | dmark@kasowitz.com |
| cweiss@ingramllp.com | dmcguire@winston.com |
| dallas.bankruptcy@publicans.com | dmiller@steinlubin.com |
| dave.davis@isgria.com | dmurray@jenner.com |
| david.bennett@tklaw.com | dneier@winston.com |
| david.heller@lw.com | dodonnell@milbank.com |
| david.livshiz@freshfields.com | dpegno@dpklaw.com |
| david.powlen@btlaw.com | draelson@fisherbrothers.com |
| david.tillem@wilsonelser.com | drosenzweig@fulbright.com |
| davids@blbglaw.com | drosner@goulstonstorrs.com |
| davidwheeler@mvalaw.com | drosner@kasowitz.com |
| dbarber@bsblawyers.com | dshaffer@wtplaw.com |
| dbaumstein@whitecase.com | dspelfogel@foley.com |
| dbesikof@loeb.com | dtatge@ebglaw.com |
| dblack@hsgllp.com | dtheising@harrisonmoberly.com |
| dcimo@gjb-law.com | dwdykhouse@pbwt.com |
| dcoffino@cov.com | dworkman@bakerlaw.com |
| dcrapo@gibbonslaw.com | easmith@venable.com |
| ddavis@paulweiss.com | ebcalvo@pbfcm.com |
| ddrebsky@nixonpeabody.com | ecohen@russellinvestments.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Electronic Mail - Master Service List

| | |
|---|---|
| edelucia@hsgllp.com | howard.hawkins@cwt.com |
| edward.flanders@pillsburylaw.com | hseife@chadbourne.com |
| efleck@milbank.com | hsnovikoff@wlrk.com |
| efriedman@fklaw.com | hsteel@brownrudnick.com |
| efriedman@friedmanspring.com | irethy@stblaw.com |
| ekbergc@lanepowell.com | israel.dahan@cwt.com |
| eleicht@whitecase.com | izaur@cgr-law.com |
| ellen.halstead@cwt.com | j.zelloe@stahlzelloe.com |
| emagnelli@bracheichler.com | jacobsonn@sec.gov |
| emerberg@mayerbrown.com | jalward@blankrome.com |
| enkaplan@kaplanlandau.com | james.berg@piblaw.com |
| eobrien@sbchlaw.com | james.mcclammy@dpw.com |
| etillinghast@sheppardmullin.com | james.moore@morganlewis.com |
| eweinick@otterbourg.com | james.sprayregen@kirkland.com |
| ezujkowski@emmetmarvin.com | jamesboyajian@gmail.com |
| farrington.yates@kobrekim.com | jamestecce@quinnemanuel.com |
| fcarruzzo@kramerlevin.com | jar@outtengolden.com |
| ffm@bostonbusinesslaw.com | jay.hurst@oag.state.tx.us |
| fhenn@law.nyc.gov | jay@kleinsolomon.com |
| fhyman@mayerbrown.com | jbeemer@entwistle-law.com |
| foont@foontlaw.com | jbrody@americanmlg.com |
| fsosnick@shearman.com | jbromley@cgsh.com |
| gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| gary.ravertpllc@gmail.com | jchristian@tobinlaw.com |
| gavin.alexander@ropesgray.com | jdoran@haslaw.com |
| gbray@milbank.com | jdwarner@warnerandscheuerman.com |
| ggitomer@mkbattorneys.com | jdyas@halperinlaw.net |
| ggoodman@foley.com | jean-david.barnea@usdoj.gov |
| giddens@hugheshubbard.com | jeanites@whiteandwilliams.com |
| gkaden@goulstonstorrs.com | jeannette.boot@wilmerhale.com |
| glenn.siegel@morganlewis.com | jeff.wittig@united.com |
| gmoss@riemerlaw.com | jeldredge@velaw.com |
| goldenberg@ssnylaw.com | jennifer.demarco@cliffordchance.com |
| gspilsbury@jsslaw.com | jennifer.gore@shell.com |
| harrisjm@michigan.gov | jg5786@att.com |
| harveystrickon@paulhastings.com | jgenovese@gjb-law.com |
| hbeltzer@chadbourne.com | jguy@orrick.com |
| heiser@chapman.com | jhiggins@fdlaw.com |
| hmagaliff@r3mlaw.com | jhorgan@phxa.com |
| holsen@stroock.com | jhuggett@margolisedelstein.com |
| hooper@sewkis.com | jim@atkinslawfirm.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail - Master Service List**

| | |
|---|---|
| jjureller@klestadt.com | jwest@velaw.com |
| jlamar@maynardcooper.com | jwh@njlawfirm.com |
| jlawlor@wmd-law.com | jzulack@fzwz.com |
| jlee@foley.com | kanema@formanlaw.com |
| jlevitin@cahill.com | karen.wagner@dpw.com |
| jlscott@reedsmith.com | karl.geercken@alston.com |
| jmaddock@mcguirewoods.com | kdwbankruptcydepartment@kelleydrye.com |
| jmazermarino@msek.com | keckhardt@hunton.com |
| jmelko@gardere.com | keith.simon@lw.com |
| jmerva@fult.com | kek@crb-law.com |
| jmr@msf-law.com | ken.coleman@allenovery.com |
| jnm@mccallaraymer.com | kerry.moynihan@hro.com |
| john.beck@hoganlovells.com | kgwynne@reedsmith.com |
| john.goodchild@morganlewis.com | kiplok@hugheshubbard.com |
| john.monaghan@hklaw.com | kit.weitnauer@alston.com |
| john.mule@state.mn.us | kkelly@ebglaw.com |
| john.rapisardi@cwt.com | kkolbig@mosessinger.com |
| jonathan.goldblatt@bnymellon.com | klyman@irell.com |
| jonathan.henes@kirkland.com | klynch@formanlaw.com |
| jorbach@hahnhessen.com | kobak@hugheshubbard.com |
| joseph.cordaro@usdoj.gov | korr@orrick.com |
| joshua.dorchak@morganlewis.com | kovskyd@pepperlaw.com |
| jowen769@yahoo.com | kressk@pepperlaw.com |
| joy.mathias@dubaiic.com | kreynolds@mklawnyc.com |
| jpintarelli@mofo.com | krosen@lowenstein.com |
| jporter@entwistle-law.com | ksebaski@hsgllp.com |
| jprol@lowenstein.com | kurt.mayr@bgllp.com |
| jrabinowitz@rltlawfirm.com | kurt.rademacher@morganlewis.com |
| jrosenthal@mhlawcorp.com | ladler@fensterstock.com |
| jrsmith@hunton.com | landon@slollp.com |
| jschiller@bsfllp.com | lapeterson@foley.com |
| jschwartz@hahnhessen.com | lawallf@pepperlaw.com |
| jsheerin@mcguirewoods.com | lawrence.gelber@srz.com |
| jsherman@bsfllp.com | lberkoff@moritthock.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com |
| jsmairo@pbnlaw.com | lee.whidden@dentons.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com |
| jtimko@shutts.com | lhandelsman@stroock.com |
| judy.morse@crowedunlevy.com | lisa.solomon@att.net |
| jvail@ssrl.com | ljkotler@duanemorris.com |
| jwcohen@daypitney.com | lkatz@ltblaw.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail - Master Service List**

| | |
|---|---|
| lkiss@klestadt.com | michael.krauss@faegrebd.com |
| lmarinuzzi@mofo.com | michael.kraut@morganlewis.com |
| lmcgowen@orrick.com | michael.mccrory@btlaw.com |
| lnashelsky@mofo.com | michael.solow@apks.com |
| loizides@loizides.com | millee12@nationwide.com |
| lperlman@hsgllp.com | miller@taftlaw.com |
| lschweitzer@cgsh.com | mimi.m.wong@irscounsel.treas.gov |
| lucdespins@paulhastings.com | mitchell.ayer@tklaw.com |
| mabrams@willkie.com | mitchell.berger@squirepb.com |
| maofiling@cgsh.com | mjedelman@vedderprice.com |
| margolin@hugheshubbard.com | mjr1@westchestergov.com |
| mark.bane@ropesgray.com | mlahaie@akingump.com |
| mark.ellenberg@cwt.com | mlandman@lcbf.com |
| mark.mckane@kirkland.com | mlichtenstein@crowell.com |
| mark.salzberg@squirepb.com | mlynch2@travelers.com |
| mark.sherrill@sutherland.com | mmorreale@us.mufg.jp |
| marvin.clements@ag.tn.gov | mneier@ibolaw.com |
| matt@willaw.com | monica.lawless@brookfieldproperties.com |
| matthew.klepper@dlapiper.com | mpage@kelleydrye.com |
| maustin@orrick.com | mparry@mosessinger.com |
| mbenner@tishmanspeyer.com | mpedreira@proskauer.com |
| mbienenstock@proskauer.com | mrosenthal@gibsondunn.com |
| mbloemsma@mhjur.com | mruetzel@whitecase.com |
| mbossi@thompsoncoburn.com | mschimel@sju.edu |
| mcademartori@sheppardmullin.com | msegarra@mayerbrown.com |
| mcarthurk@sullcrom.com | mshiner@tuckerlaw.com |
| mccarthyj@sullcrom.com | mshuster@hsgllp.com |
| mcordone@stradley.com | msolow@kayescholer.com |
| mcyganowski@oshr.com | mspeiser@stroock.com |
| mdorval@stradley.com | mstamer@akingump.com |
| melorod@gtlaw.com | munno@sewkis.com |
| meltzere@pepperlaw.com | mvenditto@reedsmith.com |
| metkin@lowenstein.com | mwarner@coleschotz.com |
| mfeldman@willkie.com | mwarren@mtb.com |
| mgordon@briggs.com | nathan.spatz@pillsburylaw.com |
| mgreger@allenmatkins.com | nbinder@binderschwartz.com |
| mh1@mccallaraymer.com | nbojar@fklaw.com |
| mhanin@kasowitz.com | ncoco@mwe.com |
| mhopkins@cov.com | neal.mann@oag.state.ny.us |
| michael.frege@cms-hs.com | ned.schodek@shearman.com |
| michael.kelly@monarchlp.com | neil.herman@morganlewis.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail - Master Service List**

| | |
|---|---|
| neilberger@teamtogut.com | rick.murphy@sutherland.com |
| ngueron@cgr-law.com | rleek@hodgsonruss.com |
| nicholas.zalany@squirepb.com | rmatzat@hahnhessen.com |
| nissay_10259-0154@mhmjapan.com | rnetzer@willkie.com |
| nlepore@schnader.com | robert.honeywell@klgates.com |
| nlieberman@hsgllp.com | robert.malone@dbr.com |
| notice@bkcylaw.com | robert.yalen@usdoj.gov |
| nyrobankruptcy@sec.gov | robin.keller@lovells.com |
| otccorpactions@finra.org | roger@rnagioff.com |
| paronzon@milbank.com | ross.martin@ropesgray.com |
| pbattista@gjb-law.com | rpedone@nixonpeabody.com |
| pbosswick@ssbb.com | rrainer@wmd-law.com |
| pdublin@akingump.com | rroupinian@outtengolden.com |
| peisenberg@lockelord.com | rterenzi@stcwlaw.com |
| peter.gilhuly@lw.com | russj4478@aol.com |
| peter.macdonald@wilmerhale.com | ryaspan@yaspanlaw.com |
| peter.meisels@wilsonelser.com | sabin.willett@morganlewis.com |
| peter.simmons@friedfrank.com | sabramowitz@velaw.com |
| peter@bankrupt.com | sabvanrooy@hotmail.com |
| pfeldman@oshr.com | sally.henry@skadden.com |
| pfinkel@wilmingtontrust.com | samuel.cavior@pillsburylaw.com |
| phayden@mcguirewoods.com | sandyscafaria@eaton.com |
| pmaxcy@sonnenschein.com | scargill@lowenstein.com |
| ppascuzzi@ffwplaw.com | schager@ssnylaw.com |
| ppatterson@stradley.com | schannej@pepperlaw.com |
| psp@njlawfirm.com | schepis@pursuitpartners.com |
| ptrostle@jenner.com | schnabel.eric@dorsey.com |
| raj.madan@skadden.com | schristianson@buchalter.com |
| ramona.neal@hp.com | scott.golden@hoganlovells.com |
| rbeacher@pryorcashman.com | scottj@sullcrom.com |
| rbernard@foley.com | scottshelley@quinnemanuel.com |
| rbyman@jenner.com | scousins@armstrongteasdale.com |
| rdaversa@orrick.com | sdnyecf@dor.mo.gov |
| relgidely@gjb-law.com | sehlers@armstrongteasdale.com |
| rfriedman@silvermanacampora.com | sfalanga@thewalshfirm.com |
| rgmason@wlrk.com | sfelderstein@ffwplaw.com |
| rgoodman@moundcotton.com | sfineman@lchb.com |
| rgraham@whitecase.com | sfox@mcguirewoods.com |
| rhett.campbell@tklaw.com | sgordon@cahill.com |
| richard.lear@hklaw.com | sgraziano@blbglaw.com |
| richard@rwmaplc.com | sgubner@ebg-law.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail - Master Service List**

sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yuwatoko@mofo.com

**EXHIBIT C**

# LEHMAN BROTHERS HOLDINGS INC.
## 1st Class Mail - Additional Parties

FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER
ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

PENNYMAC LOAN SERVICES, LLC
C/O ALRDRIDGE CONNORS LLP
ATTN: CIRO A. MIESTRES, ESQ – BANKRUPTCY DEPT.
FIFTEEN PIEDMONT CENTER
3575 PIEDMONT ROAD, NE.
SUITE 500
ATLANTA, GA 30305