FILED / RECEIVED

NOV 2 0 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

Notice Pursuant to Bankruptcy Rule 3001

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>CFM Indosuez Wealth Monaco | Name of Transferor:<br>Banque Cantonale du Valais |
|---|---|
| Notices to Transferee should be sent to:<br>CFM Indosuez Wealth Monaco<br>Catherine SABRE<br>11 Boulevard Albert 1er<br>98000 Monaco<br><br>GSM: +37793102121   / F: +37793102351<br>EMAIL: cfmsoltitres@cfm-indosuez.mc | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br>CLEARSTREAM Luxembourg<br>Account 14222 | Name and Current Address of Transferor<br>Banque Cantonale du Valais<br>Rue des Cèdres 8<br>1951 Sion, Switzerland<br>Attn: Tavelli Grégoire<br>+41 58 324 6432 - gregoire.tavelli@bcvs.ch |
| Amount of Claim Being Transferred:<br><br>EUR 45'000  (face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 58508 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 14.11.2017
CFM Indoszez Wealth Monaco
Catherine SABRE, authorized representative

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 58508 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Issue of EUR 3'500'000 Index-Linked Notes due February 2012 relating to the Dow Jones Eurostoxx 50 Index | XS0286897219 | LBT Bv | LBH Inc. | EUR 45'000 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 13 and in paragraphs/lines 19 of the Addendum to the Proof of Claim.

BANQUE CANTONALE DU VALAIS, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

CFM Indosuez Wealth Monaco
Catherine SABRE
11 Boulevard Albert 1er
98000 Monaco
GSM: +37793102121 / F: +37793102351
EMAIL: cfmsoltitres@cfm-indosuez.mc

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 15, 2014.

Banque Cantonale du Valais
Transferor

By: _____
Name: Stéphane Travelletti
Title: Autorized Manager

By: _____
Name: Grégoire Tavelli
Title: Mandatory

ACKNOWLEDGED BY:

CFM Indosuez Wealth
Transferee

By: _____
Name: Catherine SABRE
Title: Authorized representative

**CFM INDOSUEZ**
**WEALTH MANAGEMENT**

M E M O

**Confidentiality level / Niveau de confidentialité**
C1 - Public

**From / Émetteur**
Franck GIOVANNETTI, Service Support Titres

**To / À l'attention de**
Lehman Brothers Inc, Distribution Forms Processing, c/o Epiq Bankruptcy Solutions, LLC

Date
11/15/2017

Page(s)
7

LEHMAN BROTHERS – TRANSFER OF CLAIMS

Dear Madam, Sir,

Enclosed two notices of transfer of claims.
Transferor – Banque Cantonale du Valais
Transferee – CFM Indosuez Wealth

EUR 45'000 of Lehman Brothers note – Isin XS0286897219 – Claim No. 58508
EUR 70'000 of Lehman Brothers note – Isin XS0286900708 – Claim No. 58552

For all future payments and distributions please credit CFM Indosuez Wealth account number's with Clearstream Luxembourg (CEDELULLXXX) 14222.

Regards,

Franck GIOVANNETTI
e-mail : cfmsoltitres@cfm-indosuez.mc

**CFM Indosuez Wealth**

Siège social :
11 boulevard Albert 1er
BP 499, MC 98012
Monaco cedex
Tél : +377 93 10 20 00
Fax : +377 93 10 23 50

Swift CFMOMCMX
CFM Indosuez Wealth
Banque Monégasque autorisée
par Ordonnance Souveraine
du 13 juillet 1922

Société anonyme monégasque
au capital de EUR 34.953.000
RCI 56S00341

