FILED / RECEIVED
NOV 27 2017
EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc.          ,          Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

DM Invest LTD.
Name of Transferee

Green Marlin Limited
Name of Transferor

Name and Address where notices to transferee should be sent:
#2 Western Road Lyford Financial Centre
Lyford Cay P.O Box N-7776 Nassau, BAH

Court Claim # (if known): 46467
Amount of Claim: $1,000,000.00
Date Claim Filed: 10/26/2009

Phone: +1 242 362-4353
Last Four Digits of Acct #: _____

Phone: +1 242 502-5400
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
See attached wire transfer instructions

Phone: _____
Last Four Digits of Acct #: 7006

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ signature                                      Date: 22 November 2017
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED
DEC - 4 2017
U.S. BANKRUPTCY COURT
S.D. OF NEW YORK