FILED / RECEIVED

OCT 30 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings Inc,　　　　Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Weterings Inicieerbeid Beheer B.V.
**Name of Transferee**

Lr. P.J.M. Weterings Pensioen B.V.
**Name of Transferor**

Name and Address where notices to transferee should be sent:
Mr. P.J.M. Weterings
Iependaun 16
5248 AK Rosmalen, The Netherlands

Phone:
Last Four Digits of Acct #: _____

Court Claim # (if known): 52507
Amount of Claim: $72,805
Date Claim Filed: 10/28/2009

Phone:
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____　　Date: 10/27/2017
　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.