```
FILED / RECEIVED
NOV 29 2017
EPIQ BANKRUPTCY SOLUTIONS, LLC
```

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings, Inc       ,         Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Prem Siroomal Mirpuri | Orient Ocean Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Morgan Stanley
Attn: Account Transfer Check Processing
1300 Thames Street, Wharf, 4th Floor
Baltimore, MD 21231

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): 6162
Amount of Claim: $200,000
Date Claim Filed: 07/27/2009

Phone: +65 6495 3109
Last Four Digits of Acct. #: _____

sulistiyono.wirawan@ubs.com
mind_of_reason@gmail.com

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____       Date:  21st November 2017
  Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.