UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to the below claims (each claim, a "Claim" and collectively, the "Claims") asserted against Lehman Brothers Holdings Inc. in the above captioned cases under title 11 of the United States Code proof of which was filed on the date and in the amount listed below. Each of Providence Equity Partners VI-A L.P. ("PEP VI-A"), PEP Credit Investor L.P. ("PEP Credit"), Providence TMT Special Situations Fund L.P. ("Providence TMT"), and Providence Equity Partners VI L.P. ("PEP VI") represents and warrants that as of the date hereof, it has not sold, assigned or transferred their respective Claim.

| Claim | Total Claim Amount | Amount Owned | Percentage Owned | Date Filed |
|---|---|---|---|---|
| 26331 | $2,185,114.12, plus certain contingent and unliquidated amounts | | | September 22, 2009 |
| 26386 | $90,095,282.36, plus certain contingent and unliquidated amounts | | | September 22, 2009 |
| 29249 | $20,384,889.22, plus certain contingent and unliquidated amounts | | | September 22, 2009 |
| 29409 | $6,363,980.84, plus certain contingent and unliquidated amounts | | | September 22, 2009 |

*[Remainder of Page Intentionally Left Blank]*

30006013

PLEASE TAKE NOTICE that, through its undersigned counsel, each of PEP VI-A, PEP Credit, Providence TMT, and PEP VI hereby withdraws with prejudice the Claims in their entirety and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. This withdrawal shall not affect any claim held by PEP VI-A, PEP Credit, Providence TMT, and PEP VI other than the respective Claim. Each of PEP VI-A, PEP Credit, Providence TMT, and PEP VI represents and warrants that the withdrawal of their respective Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated:      November 21, 2017

_____
Providence Equity Partners VI-A L.P.

_____
PEP Credit Investor L.P.

_____
Providence TMT Special Situations Fund L.P.

_____
Providence Equity Partners VI L.P.

30006013

PLEASE TAKE NOTICE that, through its undersigned counsel, each of PEP VI-A, PEP Credit, Providence TMT, and PEP VI hereby withdraws with prejudice the Claims in their entirety and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. This withdrawal shall not affect any claim held by PEP VI-A, PEP Credit, Providence TMT, and PEP VI other than the respective Claim. Each of PEP VI-A, PEP Credit, Providence TMT, and PEP VI represents and warrants that the withdrawal of their respective Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated:    November 21, 2017

_____
Providence Equity Partners VI-A L.P.


_____
PEP Credit Investor L.P.


_____
Providence TMT Special Situations Fund L.P.


_____
Providence Equity Partners VI L.P.

30006013