**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re:                                              :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :    08-13555 (SCC)
                                                    :
           Debtors.                                 :    (Jointly Administered)
                                                    :
                                                    :    Ref. Docket No. 57073
----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 1, 2017, I caused to be served the "Amended Notice of Certain Amounts to be Withheld from Distributions on the Fourteenth Distribution Date," dated December 1, 2017 [Docket No. 57073], by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    ii.  delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                              */s/ Forrest Kuffer*
                              Forrest Kuffer

Sworn to before me this
5th day of December, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555**
**Overnight Mail Master Service List**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555**
**Electronic Mail Master Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | avenes@whitecase.com |
| aalfonso@willkie.com | bankruptcy@goodwin.com |
| abeaumont@fklaw.com | bankruptcy@morrisoncohen.com |
| abraunstein@riemerlaw.com | bankruptcy@ntexas-attorneys.com |
| acaton@kramerlevin.com | bankruptcymatters@us.nomura.com |
| adam.lanza@dlapiper.com | barbra.parlin@hklaw.com |
| adarwin@nixonpeabody.com | bbisignani@postschell.com |
| adiamond@diamondmccarthy.com | bcarlson@co.sanmateo.ca.us |
| adk@msf-law.com | bdemay@hsgllp.com |
| aeckstein@blankrome.com | bdk@schlamstone.com |
| aentwistle@entwistle-law.com | benjamin.mintz@apks.com |
| agbanknewyork@ag.tn.gov | bguiney@pbwt.com |
| aglenn@kasowitz.com | bmanne@tuckerlaw.com |
| agold@herrick.com | bmiller@mofo.com |
| aisenberg@saul.com | boneill@kramerlevin.com |
| akadish@dtlawgroup.com | brosenblum@jonesday.com |
| akolod@mosessinger.com | brotenberg@wolffsamson.com |
| allison.holubis@wilsonelser.com | broy@rltlawfirm.com |
| alum@ftportfolios.com | bruce.wright@sutherland.com |
| amarder@msek.com | bsellier@rlrpclaw.com |
| amartin@sheppardmullin.com | bstrickland@wtplaw.com |
| amcmullen@boultcummings.com | btrust@mayerbrown.com |
| amenard@tishmanspeyer.com | bturk@tishmanspeyer.com |
| amh@amhandlerlaw.com | bwolfe@sheppardmullin.com |
| andrew.brozman@cliffordchance.com | cahn@clm.com |
| andrew.lourie@kobrekim.com | canelas@pursuitpartners.com |
| andrewtenzer@paulhastings.com | cbelisle@wfw.com |
| angelich.george@arentfox.com | cbelmonte@ssbb.com |
| angie.owens@skadden.com | cdesiderio@nixonpeabody.com |
| anthony_boccanfuso@aporter.com | cfarley@mccarter.com |
| aostrow@beckerglynn.com | cgoldstein@stcwlaw.com |
| appleby@chapman.com | cgonzalez@diazreus.com |
| aquale@sidley.com | chad.husnick@kirkland.com |
| arainone@bracheichler.com | chammerman@paulweiss.com |
| arancier@offitkurman.com | charles@filardi-law.com |
| arheaume@riemerlaw.com | charles_malloy@aporter.com |
| arosenblatt@chadbourne.com | chemrick@thewalshfirm.com |
| arthur.rosenberg@hklaw.com | chipford@parkerpoe.com |
| arwolf@wlrk.com | chris.donoho@hoganlovells.com |
| aschwartz@homerbonner.com | christopher.greco@kirkland.com |
| aseuffert@lawpost-nyc.com | claude.montgomery@dentons.com |
| ashmead@sewkis.com | clynch@reedsmith.com |
| asnow@ssbb.com | cmestres@aclawllp.com |
| asomers@rctlegal.com | cohen@sewkis.com |
| aunger@sidley.com | cp@stevenslee.com |
| austin.bankruptcy@publicans.com | cpappas@dilworthlaw.com |

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555**
**Electronic Mail Master Service List**

cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dblack@hsgllp.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfliman@kasowitz.com
dgoldberg@hsgllp.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com
ecohen@russellinvestments.com
edelucia@hsgllp.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
farrington.yates@kobrekim.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555**
**Electronic Mail Master Service List**

foont@foontlaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnylaw.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@chadbourne.com
heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
irethy@stblaw.com
israel.dahan@cwt.com
izaur@cgr-law.com
j.zelloe@stahlzelloe.com
jacobsonn@sec.gov
jalward@blankrome.com
james.berg@piblaw.com
james.mcclammy@dpw.com
james.moore@morganlewis.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbrody@americanmlg.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@united.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.goodchild@morganlewis.com
john.monaghan@hklaw.com
john.mule@state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555**
**Electronic Mail Master Service List**

jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
kek@crb-law.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@fensterstock.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanin@kasowitz.com
mhopkins@cov.com
michael.frege@cms-hs.com

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555**
**Electronic Mail Master Service List**

| | |
|---|---|
| michael.kelly@monarchlp.com | nlepore@schnader.com |
| michael.krauss@faegrebd.com | nlieberman@hsgllp.com |
| michael.kraut@morganlewis.com | notice@bkcylaw.com |
| michael.mccrory@btlaw.com | nyrobankruptcy@sec.gov |
| michael.solow@apks.com | otccorpactions@finra.org |
| millee12@nationwide.com | paronzon@milbank.com |
| miller@taftlaw.com | pbattista@gjb-law.com |
| mimi.m.wong@irscounsel.treas.gov | pbosswick@ssbb.com |
| mitchell.ayer@tklaw.com | pdublin@akingump.com |
| mitchell.berger@squirepb.com | peisenberg@lockelord.com |
| mjedelman@vedderprice.com | peter.gilhuly@lw.com |
| mjr1@westchestergov.com | peter.macdonald@wilmerhale.com |
| mlahaie@akingump.com | peter.meisels@wilsonelser.com |
| mlandman@lcbf.com | peter.simmons@friedfrank.com |
| mlichtenstein@crowell.com | peter@bankrupt.com |
| mlynch2@travelers.com | pfeldman@oshr.com |
| mmorreale@us.mufg.jp | pfinkel@wilmingtontrust.com |
| mneier@ibolaw.com | phayden@mcguirewoods.com |
| monica.lawless@brookfieldproperties.com | pmaxcy@sonnenschein.com |
| mpage@kelleydrye.com | ppascuzzi@ffwplaw.com |
| mparry@mosessinger.com | ppatterson@stradley.com |
| mpedreira@proskauer.com | psp@njlawfirm.com |
| mrosenthal@gibsondunn.com | ptrostle@jenner.com |
| mruetzel@whitecase.com | raj.madan@skadden.com |
| mschimel@sju.edu | ramona.neal@hp.com |
| msegarra@mayerbrown.com | rbeacher@pryorcashman.com |
| mshiner@tuckerlaw.com | rbernard@foley.com |
| mshuster@hsgllp.com | rbyman@jenner.com |
| msolow@kayescholer.com | rdaversa@orrick.com |
| mspeiser@stroock.com | relgidely@gjb-law.com |
| mstamer@akingump.com | rfriedman@silvermanacampora.com |
| munno@sewkis.com | rgmason@wlrk.com |
| mvenditto@reedsmith.com | rgoodman@moundcotton.com |
| mwarner@coleschotz.com | rgraham@whitecase.com |
| mwarren@mtb.com | rhett.campbell@tklaw.com |
| nathan.spatz@pillsburylaw.com | richard.lear@hklaw.com |
| nbinder@binderschwartz.com | richard@rwmaplc.com |
| nbojar@fklaw.com | rick.murphy@sutherland.com |
| ncoco@mwe.com | rleek@hodgsonruss.com |
| neal.mann@oag.state.ny.us | rmatzat@hahnhessen.com |
| ned.schodek@shearman.com | rnetzer@willkie.com |
| neil.herman@morganlewis.com | robert.honeywell@klgates.com |
| neilberger@teamtogut.com | robert.malone@dbr.com |
| ngueron@cgr-law.com | robert.yalen@usdoj.gov |
| nicholas.zalany@squirepb.com | robin.keller@lovells.com |
| nissay_10259-0154@mhmjapan.com | roger@rnagioff.com |

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555**
**Electronic Mail Master Service List**

| | |
|---|---|
| ross.martin@ropesgray.com | sree@lcbf.com |
| rpedone@nixonpeabody.com | sschultz@akingump.com |
| rrainer@wmd-law.com | sselbst@herrick.com |
| rroupinian@outtengolden.com | sshimshak@paulweiss.com |
| rterenzi@stcwlaw.com | sskelly@teamtogut.com |
| russj4478@aol.com | sstarr@starrandstarr.com |
| ryaspan@yaspanlaw.com | stephen.cowan@dlapiper.com |
| sabin.willett@morganlewis.com | stephen.hessler@kirkland.com |
| sabramowitz@velaw.com | steve.ginther@dor.mo.gov |
| sabvanrooy@hotmail.com | steven.usdin@flastergreenberg.com |
| sally.henry@skadden.com | streusand@slollp.com |
| samuel.cavior@pillsburylaw.com | susheelkirpalani@quinnemanuel.com |
| sandyscafaria@eaton.com | swolowitz@mayerbrown.com |
| scargill@lowenstein.com | szuber@csglaw.com |
| schager@ssnylaw.com | szuch@wiggin.com |
| schannej@pepperlaw.com | tannweiler@greerherz.com |
| schepis@pursuitpartners.com | tbrock@ssbb.com |
| schnabel.eric@dorsey.com | tdewey@dpklaw.com |
| schristianson@buchalter.com | tgoren@mofo.com |
| scott.golden@hoganlovells.com | thenderson@americanmlg.com |
| scottj@sullcrom.com | thomas.califano@dlapiper.com |
| scottshelley@quinnemanuel.com | timothy.harkness@freshfields.com |
| scousins@armstrongteasdale.com | tkiriakos@mayerbrown.com |
| sdnyecf@dor.mo.gov | tlauria@whitecase.com |
| sehlers@armstrongteasdale.com | tmacwright@whitecase.com |
| sfalanga@thewalshfirm.com | tmm@mullaw.org |
| sfelderstein@ffwplaw.com | tnixon@gklaw.com |
| sfineman@lchb.com | toby.r.rosenberg@irscounsel.treas.gov |
| sfox@mcguirewoods.com | tomwelsh@orrick.com |
| sgordon@cahill.com | tsalter@blankrome.com |
| sgraziano@blbglaw.com | tslome@msek.com |
| sgubner@ebg-law.com | tunrad@burnslev.com |
| sharbeck@sipc.org | uitkin@kasowitz.com |
| shari.leventhal@ny.frb.org | vguldi@zuckerman.com |
| shgross5@yahoo.com | villa@slollp.com |
| skatona@polsinelli.com | vmilione@nixonpeabody.com |
| sldreyfuss@hlgslaw.com | vrubinstein@loeb.com |
| sleo@bm.net | wanda.goodloe@cbre.com |
| slerman@ebglaw.com | wbenzija@halperinlaw.net |
| slerner@ssd.com | wcurchack@loeb.com |
| sloden@diamondmccarthy.com | wfoster@milbank.com |
| smillman@stroock.com | will.sugden@alston.com |
| smulligan@bsblawyers.com | wisotska@pepperlaw.com |
| snewman@katskykorins.com | wk@pwlawyers.com |
| sory@fdlaw.com | wmaher@wmd-law.com |
| squsba@stblaw.com | wmarcari@ebglaw.com |

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555**
**Electronic Mail Master Service List**

wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yuwatoko@mofo.com

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER-J.DONOVAN 520 MADISON AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| CANFORD ENTERPRISES LIMITED | PO BOX 210, 3RD FLOOR 24 SAND STREET ST. HELIER, JERSEY CHANNEL ISLANDS JE2 3QF UNITED KINGDOM |
| MIZUHO SECURITIES CO LTD | ATTENTION: CREDIT TRADING & DERIVATIVE PRODUCTS DEPARTMENT; K. TANAKA OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI CHIYODA-KU, TOKYO 100-0004 JAPAN |
| MIZUHO SECURITIES CO., LTD | F/K/A MIZUHO INVESTORS SECURITIES CO., LTD ATTN: KUNIKO TAKIZAWA MITA NN BLDG. 4-1-23, SHIBA, MINATO-KU TOKYO 108-0014 JAPAN |
| SMBC NIKKO SECURITIES INC. | TRANSFEROR: MASATO KAMATSUKA ATTN: HIDEYUKI SHINIKE 3-1 MARUNOUCHI 3-CHOME, CHIYODA-KU TOKYO 100-8325 JAPAN |
| SMBC NIKKO SECURITIES INC. | IRA A. REID BAKER & MCKENZIE LLP 452 FIFTH AVENUE NEW YORK NY 10018 |

**Total Creditor count  6**