UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re:                                               :    Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., et al.,               :    08-13555 (SCC)
                                                     :
        Debtors.                                     :    (Jointly Administered)
                                                     :
                                                     :    Ref. Docket Nos. 57075 and 57076
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 1, 2017, I caused to be served the:

   a. "Notice of Adjournment of Plan Administrator's Objections to Claim Number 22639 and 22775," dated December 1, 2017 [Docket No. 57075], (the "Citibank NOA"), and

   b. "Notice of Adjournment of Plan Administrator's Objections to Certain Proofs of Claim Filed by U.S. Bank, N.A.," dated December 1, 2017 [Docket No. 57076], (the "U.S. Bank NOA"),

   by causing true and correct copies of the:

   i. Citibank NOA and U.S. Bank NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   ii. Citibank NOA and U.S. Bank NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit B,

   iii. Citibank NOA and U.S. Bank NOA, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the following party: *Pennymac Loan Services, LLC, c/o Alrridge Connors LLP, Attn: Ciro A. Miestres, Esq – Bankruptcy Dept., Fifteen Piedmont Center, 3575 Piedmont Road, NE, Suite 500, Atlantic, GA 30305*,

-2-

    iv.    Citibank NOA, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the following party: *Citibank, N.A., in its Capacity as Trustee, Attn: Jennifer Doran, Hinckley, Allen & Snyder, 28 State Street, Boston, MA 02109*, and

    v.    U.S. Bank NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Forrest Kuffer*
                                                    Forrest Kuffer

Sworn to before me this
5th day of December, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555**
**Overnight Mail Master Service List**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555**
**Electronic Mail Master Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | avenes@whitecase.com |
| aalfonso@willkie.com | bankruptcy@goodwin.com |
| abeaumont@fklaw.com | bankruptcy@morrisoncohen.com |
| abraunstein@riemerlaw.com | bankruptcy@ntexas-attorneys.com |
| acaton@kramerlevin.com | bankruptcymatters@us.nomura.com |
| adam.lanza@dlapiper.com | barbra.parlin@hklaw.com |
| adarwin@nixonpeabody.com | bbisignani@postschell.com |
| adiamond@diamondmccarthy.com | bcarlson@co.sanmateo.ca.us |
| adk@msf-law.com | bdemay@hsgllp.com |
| aeckstein@blankrome.com | bdk@schlamstone.com |
| aentwistle@entwistle-law.com | benjamin.mintz@apks.com |
| agbanknewyork@ag.tn.gov | bguiney@pbwt.com |
| aglenn@kasowitz.com | bmanne@tuckerlaw.com |
| agold@herrick.com | bmiller@mofo.com |
| aisenberg@saul.com | boneill@kramerlevin.com |
| akadish@dtlawgroup.com | brosenblum@jonesday.com |
| akolod@mosessinger.com | brotenberg@wolffsamson.com |
| allison.holubis@wilsonelser.com | broy@rltlawfirm.com |
| alum@ftportfolios.com | bruce.wright@sutherland.com |
| amarder@msek.com | bsellier@rlrpclaw.com |
| amartin@sheppardmullin.com | bstrickland@wtplaw.com |
| amcmullen@boultcummings.com | btrust@mayerbrown.com |
| amenard@tishmanspeyer.com | bturk@tishmanspeyer.com |
| amh@amhandlerlaw.com | bwolfe@sheppardmullin.com |
| andrew.brozman@cliffordchance.com | cahn@clm.com |
| andrew.lourie@kobrekim.com | canelas@pursuitpartners.com |
| andrewtenzer@paulhastings.com | cbelisle@wfw.com |
| angelich.george@arentfox.com | cbelmonte@ssbb.com |
| angie.owens@skadden.com | cdesiderio@nixonpeabody.com |
| anthony_boccanfuso@aporter.com | cfarley@mccarter.com |
| aostrow@beckerglynn.com | cgoldstein@stcwlaw.com |
| appleby@chapman.com | cgonzalez@diazreus.com |
| aquale@sidley.com | chad.husnick@kirkland.com |
| arainone@bracheichler.com | chammerman@paulweiss.com |
| arancier@offitkurman.com | charles@filardi-law.com |
| arheaume@riemerlaw.com | charles_malloy@aporter.com |
| arosenblatt@chadbourne.com | chemrick@thewalshfirm.com |
| arthur.rosenberg@hklaw.com | chipford@parkerpoe.com |
| arwolf@wlrk.com | chris.donoho@hoganlovells.com |
| aschwartz@homerbonner.com | christopher.greco@kirkland.com |
| aseuffert@lawpost-nyc.com | claude.montgomery@dentons.com |
| ashmead@sewkis.com | clynch@reedsmith.com |
| asnow@ssbb.com | cmestres@aclawllp.com |
| asomers@rctlegal.com | cohen@sewkis.com |
| aunger@sidley.com | cp@stevenslee.com |
| austin.bankruptcy@publicans.com | cpappas@dilworthlaw.com |

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555**
**Electronic Mail Master Service List**

| | |
|---|---|
| cparyse@contrariancapital.com | djcarragher@daypitney.com |
| craig.goldblatt@wilmerhale.com | djoseph@stradley.com |
| craigjustinalbert@gmail.com | dkessler@ktmc.com |
| crmomjian@attorneygeneral.gov | dkozusko@willkie.com |
| csalomon@beckerglynn.com | dlemay@chadbourne.com |
| cschreiber@winston.com | dlipke@vedderprice.com |
| cshore@whitecase.com | dmark@kasowitz.com |
| cshulman@sheppardmullin.com | dmcguire@winston.com |
| cszyfer@stroock.com | dmiller@steinlubin.com |
| cwalsh@mayerbrown.com | dmurray@jenner.com |
| cward@polsinelli.com | dneier@winston.com |
| cweber@ebg-law.com | dodonnell@milbank.com |
| cweiss@ingramllp.com | dpegno@dpklaw.com |
| dallas.bankruptcy@publicans.com | draelson@fisherbrothers.com |
| dave.davis@isgria.com | drosenzweig@fulbright.com |
| david.bennett@tklaw.com | drosner@goulstonstorrs.com |
| david.heller@lw.com | drosner@kasowitz.com |
| david.livshiz@freshfields.com | dshaffer@wtplaw.com |
| david.powlen@btlaw.com | dspelfogel@foley.com |
| david.tillem@wilsonelser.com | dtatge@ebglaw.com |
| davids@blbglaw.com | dtheising@harrisonmoberly.com |
| davidwheeler@mvalaw.com | dwdykhouse@pbwt.com |
| dbarber@bsblawyers.com | dworkman@bakerlaw.com |
| dbaumstein@whitecase.com | easmith@venable.com |
| dbesikof@loeb.com | ebcalvo@pbfcm.com |
| dblack@hsgllp.com | ecohen@russellinvestments.com |
| dcimo@gjb-law.com | edelucia@hsgllp.com |
| dcoffino@cov.com | edward.flanders@pillsburylaw.com |
| dcrapo@gibbonslaw.com | efleck@milbank.com |
| ddavis@paulweiss.com | efriedman@fklaw.com |
| ddrebsky@nixonpeabody.com | efriedman@friedmanspring.com |
| ddunne@milbank.com | ekbergc@lanepowell.com |
| deggermann@kramerlevin.com | eleicht@whitecase.com |
| deggert@freebornpeters.com | ellen.halstead@cwt.com |
| demetra.liggins@tklaw.com | emagnelli@bracheichler.com |
| dennis.tracey@hoganlovells.com | emerberg@mayerbrown.com |
| dfelder@orrick.com | enkaplan@kaplanlandau.com |
| dflanigan@polsinelli.com | eobrien@sbchlaw.com |
| dfliman@kasowitz.com | etillinghast@sheppardmullin.com |
| dgoldberg@hsgllp.com | eweinick@otterbourg.com |
| dhayes@mcguirewoods.com | ezujkowski@emmetmarvin.com |
| dhealy@hsgllp.com | farrington.yates@kobrekim.com |
| dheffer@foley.com | fcarruzzo@kramerlevin.com |
| dhurst@coleschotz.com | ffm@bostonbusinesslaw.com |
| dhw@dhclegal.com | fhenn@law.nyc.gov |
| diconzam@gtlaw.com | fhyman@mayerbrown.com |

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555**
**Electronic Mail Master Service List**

| | |
|---|---|
| foont@foontlaw.com | jdwarner@warnerandscheuerman.com |
| fsosnick@shearman.com | jdyas@halperinlaw.net |
| gabriel.delvirginia@verizon.net | jean-david.barnea@usdoj.gov |
| gary.ravertpllc@gmail.com | jeanites@whiteandwilliams.com |
| gavin.alexander@ropesgray.com | jeannette.boot@wilmerhale.com |
| gbray@milbank.com | jeff.wittig@united.com |
| ggitomer@mkbattorneys.com | jeldredge@velaw.com |
| ggoodman@foley.com | jennifer.demarco@cliffordchance.com |
| giddens@hugheshubbard.com | jennifer.gore@shell.com |
| gkaden@goulstonstorrs.com | jg5786@att.com |
| glenn.siegel@morganlewis.com | jgenovese@gjb-law.com |
| gmoss@riemerlaw.com | jguy@orrick.com |
| goldenberg@ssnylaw.com | jhiggins@fdlaw.com |
| gspilsbury@jsslaw.com | jhorgan@phxa.com |
| harrisjm@michigan.gov | jhuggett@margolisedelstein.com |
| harveystrickon@paulhastings.com | jim@atkinslawfirm.com |
| hbeltzer@chadbourne.com | jjureller@klestadt.com |
| heiser@chapman.com | jlamar@maynardcooper.com |
| hmagaliff@r3mlaw.com | jlawlor@wmd-law.com |
| holsen@stroock.com | jlee@foley.com |
| hooper@sewkis.com | jlevitin@cahill.com |
| howard.hawkins@cwt.com | jlscott@reedsmith.com |
| hseife@chadbourne.com | jmaddock@mcguirewoods.com |
| hsnovikoff@wlrk.com | jmazermarino@msek.com |
| hsteel@brownrudnick.com | jmelko@gardere.com |
| irethy@stblaw.com | jmerva@fult.com |
| israel.dahan@cwt.com | jmr@msf-law.com |
| izaur@cgr-law.com | jnm@mccallaraymer.com |
| j.zelloe@stahlzelloe.com | john.beck@hoganlovells.com |
| jacobsonn@sec.gov | john.goodchild@morganlewis.com |
| jalward@blankrome.com | john.monaghan@hklaw.com |
| james.berg@piblaw.com | john.mule@state.mn.us |
| james.mcclammy@dpw.com | john.rapisardi@cwt.com |
| james.moore@morganlewis.com | jonathan.goldblatt@bnymellon.com |
| james.sprayregen@kirkland.com | jonathan.henes@kirkland.com |
| jamesboyajian@gmail.com | jorbach@hahnhessen.com |
| jamestecce@quinnemanuel.com | joseph.cordaro@usdoj.gov |
| jar@outtengolden.com | joshua.dorchak@morganlewis.com |
| jay.hurst@oag.state.tx.us | jowen769@yahoo.com |
| jay@kleinsolomon.com | joy.mathias@dubaiic.com |
| jbeemer@entwistle-law.com | jpintarelli@mofo.com |
| jbrody@americanmlg.com | jporter@entwistle-law.com |
| jbromley@cgsh.com | jprol@lowenstein.com |
| jcarberry@cl-law.com | jrabinowitz@rltlawfirm.com |
| jchristian@tobinlaw.com | jrosenthal@mhlawcorp.com |
| jdoran@haslaw.com | jrsmith@hunton.com |

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555**
**Electronic Mail Master Service List**

| | |
|---|---|
| jschiller@bsfllp.com | lee.whidden@dentons.com |
| jschwartz@hahnhessen.com | lgranfield@cgsh.com |
| jsheerin@mcguirewoods.com | lhandelsman@stroock.com |
| jsherman@bsfllp.com | lisa.solomon@att.net |
| jshickich@riddellwilliams.com | ljkotler@duanemorris.com |
| jsmairo@pbnlaw.com | lkatz@ltblaw.com |
| jstoll@mayerbrown.com | lkiss@klestadt.com |
| jtimko@shutts.com | lmarinuzzi@mofo.com |
| judy.morse@crowedunlevy.com | lmcgowen@orrick.com |
| jvail@ssrl.com | lnashelsky@mofo.com |
| jwcohen@daypitney.com | loizides@loizides.com |
| jwest@velaw.com | lperlman@hsgllp.com |
| jwh@njlawfirm.com | lschweitzer@cgsh.com |
| jzulack@fzwz.com | lucdespins@paulhastings.com |
| kanema@formanlaw.com | mabrams@willkie.com |
| karen.wagner@dpw.com | maofiling@cgsh.com |
| karl.geercken@alston.com | margolin@hugheshubbard.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.bane@ropesgray.com |
| keckhardt@hunton.com | mark.ellenberg@cwt.com |
| keith.simon@lw.com | mark.mckane@kirkland.com |
| kek@crb-law.com | mark.salzberg@squirepb.com |
| ken.coleman@allenovery.com | mark.sherrill@sutherland.com |
| kerry.moynihan@hro.com | marvin.clements@ag.tn.gov |
| kgwynne@reedsmith.com | matt@willaw.com |
| kiplok@hugheshubbard.com | matthew.klepper@dlapiper.com |
| kit.weitnauer@alston.com | maustin@orrick.com |
| kkelly@ebglaw.com | mbenner@tishmanspeyer.com |
| kkolbig@mosessinger.com | mbienenstock@proskauer.com |
| klyman@irell.com | mbloemsma@mhjur.com |
| klynch@formanlaw.com | mbossi@thompsoncoburn.com |
| kobak@hugheshubbard.com | mcademartori@sheppardmullin.com |
| korr@orrick.com | mcarthurk@sullcrom.com |
| kovskyd@pepperlaw.com | mccarthyj@sullcrom.com |
| kressk@pepperlaw.com | mcordone@stradley.com |
| kreynolds@mklawnyc.com | mcyganowski@oshr.com |
| krosen@lowenstein.com | mdorval@stradley.com |
| ksebaski@hsgllp.com | melorod@gtlaw.com |
| kurt.mayr@bgllp.com | meltzere@pepperlaw.com |
| kurt.rademacher@morganlewis.com | metkin@lowenstein.com |
| ladler@fensterstock.com | mfeldman@willkie.com |
| landon@slollp.com | mgordon@briggs.com |
| lapeterson@foley.com | mgreger@allenmatkins.com |
| lawallf@pepperlaw.com | mh1@mccallaraymer.com |
| lawrence.gelber@srz.com | mhanin@kasowitz.com |
| lberkoff@moritthock.com | mhopkins@cov.com |
| lee.stremba@troutmansanders.com | michael.frege@cms-hs.com |

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555**
**Electronic Mail Master Service List**

| | |
|---|---|
| michael.kelly@monarchlp.com | nlepore@schnader.com |
| michael.krauss@faegrebd.com | nlieberman@hsgllp.com |
| michael.kraut@morganlewis.com | notice@bkcylaw.com |
| michael.mccrory@btlaw.com | nyrobankruptcy@sec.gov |
| michael.solow@apks.com | otccorpactions@finra.org |
| millee12@nationwide.com | paronzon@milbank.com |
| miller@taftlaw.com | pbattista@gjb-law.com |
| mimi.m.wong@irscounsel.treas.gov | pbosswick@ssbb.com |
| mitchell.ayer@tklaw.com | pdublin@akingump.com |
| mitchell.berger@squirepb.com | peisenberg@lockelord.com |
| mjedelman@vedderprice.com | peter.gilhuly@lw.com |
| mjr1@westchestergov.com | peter.macdonald@wilmerhale.com |
| mlahaie@akingump.com | peter.meisels@wilsonelser.com |
| mlandman@lcbf.com | peter.simmons@friedfrank.com |
| mlichtenstein@crowell.com | peter@bankrupt.com |
| mlynch2@travelers.com | pfeldman@oshr.com |
| mmorreale@us.mufg.jp | pfinkel@wilmingtontrust.com |
| mneier@ibolaw.com | phayden@mcguirewoods.com |
| monica.lawless@brookfieldproperties.com | pmaxcy@sonnenschein.com |
| mpage@kelleydrye.com | ppascuzzi@ffwplaw.com |
| mparry@mosessinger.com | ppatterson@stradley.com |
| mpedreira@proskauer.com | psp@njlawfirm.com |
| mrosenthal@gibsondunn.com | ptrostle@jenner.com |
| mruetzel@whitecase.com | raj.madan@skadden.com |
| mschimel@sju.edu | ramona.neal@hp.com |
| msegarra@mayerbrown.com | rbeacher@pryorcashman.com |
| mshiner@tuckerlaw.com | rbernard@foley.com |
| mshuster@hsgllp.com | rbyman@jenner.com |
| msolow@kayescholer.com | rdaversa@orrick.com |
| mspeiser@stroock.com | relgidely@gjb-law.com |
| mstamer@akingump.com | rfriedman@silvermanacampora.com |
| munno@sewkis.com | rgmason@wlrk.com |
| mvenditto@reedsmith.com | rgoodman@moundcotton.com |
| mwarner@coleschotz.com | rgraham@whitecase.com |
| mwarren@mtb.com | rhett.campbell@tklaw.com |
| nathan.spatz@pillsburylaw.com | richard.lear@hklaw.com |
| nbinder@binderschwartz.com | richard@rwmaplc.com |
| nbojar@fklaw.com | rick.murphy@sutherland.com |
| ncoco@mwe.com | rleek@hodgsonruss.com |
| neal.mann@oag.state.ny.us | rmatzat@hahnhessen.com |
| ned.schodek@shearman.com | rnetzer@willkie.com |
| neil.herman@morganlewis.com | robert.honeywell@klgates.com |
| neilberger@teamtogut.com | robert.malone@dbr.com |
| ngueron@cgr-law.com | robert.yalen@usdoj.gov |
| nicholas.zalany@squirepb.com | robin.keller@lovells.com |
| nissay_10259-0154@mhmjapan.com | roger@rnagioff.com |

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555**
**Electronic Mail Master Service List**

ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rterenzi@stcwlaw.com
russj4478@aol.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555**
**Electronic Mail Master Service List**

wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yuwatoko@mofo.com

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555**
**Electronic Mail Additional Service List**

alfredo.perez@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
robert.lemons@weil.com

# EXHIBIT C

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555**
**Overnight Mail Additional Service List**

CHAPMAN AND CUTLER LLP
(COUNSEL TO US BANK)
ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III
111 WEST MONROE STREET, 18TH FLOOR
CHICAGO, IL 60603

U.S. BANK NATIONAL ASSOCIATION
CORPORATE TRUST SERVICES
ATTN: TIMOTHY PILLAR, VP; PAMELA WIEDER, VP
EP-MN-WS1D, 60 LIVINGSTON AVENUE
ST. PAUL, MN 55107-2292