B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al, Debtor Case No. 08-13555 (SCC)

## **TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
| --- | --- |
| TRC Master Fund LLC | Banc of America Credit Products, Inc. |
| Name and Address where notices to transferee should be sent:<br>TRC Master Fund LLC<br>100 Merrick Road<br>Rockville Centre, NY 11570<br>Attention: Terrel Ross<br>Telephone: (516) 653-2471<br>Email: tross@trcmllc.com | Court Claim # (if known): 22277<br>Amount of Claim Transferred: $9,991,271.16<br>Date Claim Filed: 09-21-09<br>Debtor: Lehman Brothers Special Financing Inc. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _(signature)_    Date: 12/11/17

Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

US_ACTIVE-137741845.2

EXHIBIT A

# EVIDENCE OF TRANSFER OF CLAIMS

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.**, with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller") pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has sold, transferred and assigned to **TRC Master Fund LLC**, its successors and assigns ("Buyer) a fixed principal amount representing the Transferred Claim Amounts (as set forth in the table below) in and to all rights, title and interest in and to the Claims of Seller against **Lehman Brothers Special Financing Inc.** having the Claim Numbers as set forth below (the "Assigned Rights") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| LBSF Claim # | Transferred Claim Amount | Notes: |
|---|---|---|
| 22277 | $9,991,271.16 | |
| 26241 | $5,008,728.84 | *This is a partial transfer Note Dkt Number 53206 for tracking purposes* |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an assignment and Buyer herein as the valid owner of the Assigned Rights to the extent of the Transferred Claim Amount. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Rights to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly authorized representatives as of the 11th day of December, 2017.

**Banc of America Credit Products, Inc.**                **TRC Master Fund LLC**

By: _____                            By: _____
Name: SETH DENSON                                        Name:
Title: DIRECTOR                                          Title:

A-1

125856329v2
128952234v3

EXHIBIT A

# EVIDENCE OF TRANSFER OF CLAIMS

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.**, with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller") pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has sold, transferred and assigned to **TRC Master Fund LLC**, its successors and assigns ("Buyer) a fixed principal amount representing the Transferred Claim Amounts (as set forth in the table below) in and to all rights, title and interest in and to the Claims of Seller against **Lehman Brothers Special Financing Inc.** having the Claim Numbers as set forth below (the "Assigned Rights") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| LBSF Claim # | Transferred Claim Amount | Notes: |
|---|---|---|
| 22277 | $9,991,271.16 | |
| 26241 | $5,008,728.84 | *This is a partial transfer* <br> *Note Dkt Number 53206 for tracking purposes* |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an assignment and Buyer herein as the valid owner of the Assigned Rights to the extent of the Transferred Claim Amount. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Rights to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly authorized representatives as of the 11th day of December, 2017.

**Banc of America Credit Products, Inc.**

By: _____
Name:
Title:

**TRC Master Fund LLC**

By: _____[signature]_____
Name: Terel Ross
Title: Managing Member

A-1

125856329v2
128952234v3