**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | **08-13555 (SCC)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |
|  | : | **Ref. Docket No. 57101** |

-------------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                                          ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On December 6, 2017, I caused to be served the "Twenty-Eighth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts," dated December 6, 2017 [Docket No. 57101], by causing true and correct copies to be:

   i.    enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

   ii.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

   iii.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
7th day of December, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

## LEHMAN BROTHERS HOLDINGS INC.
### Overnight Mail – Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

## LEHMAN BROTHERS HOLDINGS INC.
### Overnight Mail – Additional Party

FAEGRE BAKER DANIELS LLP
ATTN: MICHAEL M. KRAUSS
COUNSEL TO 'SANTA FE ENTITIES'
2200 WELLS FARGO CTR
90 S 7TH ST
MINNEAPOLIS, MN 55402-3901

**EXHIBIT B**

## LEHMAN BROTHERS HOLDINGS INC.
### Electronic Mail – Master Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.lanza@dlapiper.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com

aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com

## LEHMAN BROTHERS HOLDINGS INC.
### Electronic Mail – Master Service List

charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dblack@hsgllp.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com

ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfliman@kasowitz.com
dgoldberg@hsgllp.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com

## LEHMAN BROTHERS HOLDINGS INC.
### Electronic Mail – Master Service List

| | |
|---|---|
| ebcalvo@pbfcm.com | hmagaliff@r3mlaw.com |
| ecohen@russellinvestments.com | holsen@stroock.com |
| edelucia@hsgllp.com | hooper@sewkis.com |
| edward.flanders@pillsburylaw.com | howard.hawkins@cwt.com |
| efleck@milbank.com | hseife@chadbourne.com |
| efriedman@fklaw.com | hsnovikoff@wlrk.com |
| efriedman@friedmanspring.com | hsteel@brownrudnick.com |
| ekbergc@lanepowell.com | irethy@stblaw.com |
| eleicht@whitecase.com | israel.dahan@cwt.com |
| ellen.halstead@cwt.com | izaur@cgr-law.com |
| emagnelli@bracheichler.com | j.zelloe@stahlzelloe.com |
| emerberg@mayerbrown.com | jacobsonn@sec.gov |
| enkaplan@kaplanlandau.com | jalward@blankrome.com |
| eobrien@sbchlaw.com | james.berg@piblaw.com |
| etillinghast@sheppardmullin.com | james.mcclammy@dpw.com |
| eweinick@otterbourg.com | james.moore@morganlewis.com |
| ezujkowski@emmetmarvin.com | james.sprayregen@kirkland.com |
| farrington.yates@kobrekim.com | jamesboyajian@gmail.com |
| fcarruzzo@kramerlevin.com | jamestecce@quinnemanuel.com |
| ffm@bostonbusinesslaw.com | jar@outtengolden.com |
| fhenn@law.nyc.gov | jay.hurst@oag.state.tx.us |
| fhyman@mayerbrown.com | jay@kleinsolomon.com |
| foont@foontlaw.com | jbeemer@entwistle-law.com |
| fsosnick@shearman.com | jbrody@americanmlg.com |
| gabriel.delvirginia@verizon.net | jbromley@cgsh.com |
| gary.ravertpllc@gmail.com | jcarberry@cl-law.com |
| gavin.alexander@ropesgray.com | jchristian@tobinlaw.com |
| gbray@milbank.com | jdoran@haslaw.com |
| ggitomer@mkbattorneys.com | jdwarner@warnerandscheuerman.com |
| ggoodman@foley.com | jdyas@halperinlaw.net |
| giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| glenn.siegel@morganlewis.com | jeannette.boot@wilmerhale.com |
| gmoss@riemerlaw.com | jeff.wittig@united.com |
| goldenberg@ssnylaw.com | jeldredge@velaw.com |
| gspilsbury@jsslaw.com | jennifer.demarco@cliffordchance.com |
| harrisjm@michigan.gov | jennifer.gore@shell.com |
| harveystrickon@paulhastings.com | jg5786@att.com |
| hbeltzer@chadbourne.com | jgenovese@gjb-law.com |
| heiser@chapman.com | jguy@orrick.com |

## LEHMAN BROTHERS HOLDINGS INC.
### Electronic Mail – Master Service List

jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.goodchild@morganlewis.com
john.monaghan@hklaw.com
john.mule@state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com

jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
kek@crb-law.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@fensterstock.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com

## LEHMAN BROTHERS HOLDINGS INC.
### Electronic Mail – Master Service List

| | |
|---|---|
| lee.whidden@dentons.com | mgordon@briggs.com |
| lgranfield@cgsh.com | mgreger@allenmatkins.com |
| lhandelsman@stroock.com | mh1@mccallaraymer.com |
| lisa.solomon@att.net | mhanin@kasowitz.com |
| ljkotler@duanemorris.com | mhopkins@cov.com |
| lkatz@ltblaw.com | michael.frege@cms-hs.com |
| lkiss@klestadt.com | michael.kelly@monarchlp.com |
| lmarinuzzi@mofo.com | michael.krauss@faegrebd.com |
| lmcgowen@orrick.com | michael.kraut@morganlewis.com |
| lnashelsky@mofo.com | michael.mccrory@btlaw.com |
| loizides@loizides.com | michael.solow@apks.com |
| lperlman@hsgllp.com | millee12@nationwide.com |
| lschweitzer@cgsh.com | miller@taftlaw.com |
| lucdespins@paulhastings.com | mimi.m.wong@irscounsel.treas.gov |
| mabrams@willkie.com | mitchell.ayer@tklaw.com |
| maofiling@cgsh.com | mitchell.berger@squirepb.com |
| margolin@hugheshubbard.com | mjedelman@vedderprice.com |
| mark.bane@ropesgray.com | mjr1@westchestergov.com |
| mark.ellenberg@cwt.com | mlahaie@akingump.com |
| mark.mckane@kirkland.com | mlandman@lcbf.com |
| mark.salzberg@squirepb.com | mlichtenstein@crowell.com |
| mark.sherrill@sutherland.com | mlynch2@travelers.com |
| marvin.clements@ag.tn.gov | mmorreale@us.mufg.jp |
| matt@willaw.com | mneier@ibolaw.com |
| matthew.klepper@dlapiper.com | monica.lawless@brookfieldproperties.com |
| maustin@orrick.com | mpage@kelleydrye.com |
| mbenner@tishmanspeyer.com | mparry@mosessinger.com |
| mbienenstock@proskauer.com | mpedreira@proskauer.com |
| mbloemsma@mhjur.com | mrosenthal@gibsondunn.com |
| mbossi@thompsoncoburn.com | mruetzel@whitecase.com |
| mcademartori@sheppardmullin.com | mschimel@sju.edu |
| mcarthurk@sullcrom.com | msegarra@mayerbrown.com |
| mccarthyj@sullcrom.com | mshiner@tuckerlaw.com |
| mcordone@stradley.com | mshuster@hsgllp.com |
| mcyganowski@oshr.com | msolow@kayescholer.com |
| mdorval@stradley.com | mspeiser@stroock.com |
| melorod@gtlaw.com | mstamer@akingump.com |
| meltzere@pepperlaw.com | munno@sewkis.com |
| metkin@lowenstein.com | mvenditto@reedsmith.com |
| mfeldman@willkie.com | mwarner@coleschotz.com |

## LEHMAN BROTHERS HOLDINGS INC.
### Electronic Mail – Master Service List

mwarren@mtb.com

nathan.spatz@pillsburylaw.com

nbinder@binderschwartz.com

nbojar@fklaw.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neil.herman@morganlewis.com

neilberger@teamtogut.com

ngueron@cgr-law.com

nicholas.zalany@squirepb.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

nlieberman@hsgllp.com

notice@bkcylaw.com

nyrobankruptcy@sec.gov

otccorpactions@finra.org

paronzon@milbank.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.meisels@wilsonelser.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

pfinkel@wilmingtontrust.com

phayden@mcguirewoods.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrostle@jenner.com

raj.madan@skadden.com

ramona.neal@hp.com

rbeacher@pryorcashman.com

rbernard@foley.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgoodman@moundcotton.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.lear@hklaw.com

richard@rwmaplc.com

rick.murphy@sutherland.com

rleek@hodgsonruss.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.honeywell@klgates.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ross.martin@ropesgray.com

rpedone@nixonpeabody.com

rrainer@wmd-law.com

rroupinian@outtengolden.com

rterenzi@stcwlaw.com

russj4478@aol.com

ryaspan@yaspanlaw.com

sabin.willett@morganlewis.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com

scargill@lowenstein.com

schager@ssnylaw.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

scott.golden@hoganlovells.com

scottj@sullcrom.com

scottshelley@quinnemanuel.com

## LEHMAN BROTHERS HOLDINGS INC.
### Electronic Mail – Master Service List

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

sehlers@armstrongteasdale.com

sfalanga@thewalshfirm.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgraziano@blbglaw.com

sgubner@ebg-law.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

skatona@polsinelli.com

sldreyfuss@hlgslaw.com

sleo@bm.net

slerman@ebglaw.com

slerner@ssd.com

sloden@diamondmccarthy.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

squsba@stblaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

streusand@slollp.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuber@csglaw.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tgoren@mofo.com

thenderson@americanmlg.com

thomas.califano@dlapiper.com

timothy.harkness@freshfields.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmm@mullaw.org

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

uitkin@kasowitz.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

yuwatoko@mofo.com

# EXHIBIT C

# LEHMAN BROTHERS HOLDINGS INC.
## 1st Class Mail – Additional Parties

**LBH_D.I. 57101_NOWCONT_12-6-17**

ANTHRACITE INVESTMENTS (IRELAND)
PLC
STRATHVALE HOUSE
NORTH CHURCH STREET
ATTN: THE DIRECTORS
PO BOX 1109 GT
GRAND CAYMAN, CAYMAN
ISLANDS

**LBH_D.I. 57101_NOWCONT_12-6-17**

ANTHRACITE INVESTMENTS (IRELAND)
PLC
NORTH CHURCH STREET
PO BOX 1109 GT
GRAND CAYMAN, CAYMAN
ISLANDS

**LBH_D.I. 57101_NOWCONT_12-6-17**

CNP
C/O CLIFFORD CHANCE US LLP
ATTN: JENNIFER DEMARCO
SARAH N. CAMPBELL
31 WEST 52ND STREET,
NEW YORK, NY 10019

**LBH_D.I. 57101_NOWCONT_12-6-17**

GMAC MORTGAGE, LLC
ATTN: TRICIA DENNIS
200 RENAISSANCE DRIVE
DETROIT, MI 48265

**LBH_D.I. 57101_NOWCONT_12-6-17**

ANTHRACITE INVESTMENTS (IRELAND)
PLC
AIB INTERNATIONAL CENTRE
ATTN: THE DIRECTORS
IFSC DUBLIN 1
IRELAND

**LBH_D.I. 57101_NOWCONT_12-6-17**

ANTHRACITE BALANCE
COMPANY (DIS 1) LTD.
AIB INTERNATIONAL CENTRE I.F.S.C
ATTN: THE DIRECTORS
DUBLIN, 1
IRELAND

**LBH_D.I. 57101_NOWCONT_12-6-17**

GMAC MORTGAGE, LLC
ATTENTION: CURTIS SCHARES
3451 HAMMOND AVE
WATERLOO, IA 50702