B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

Southern District Of New York

In re Lehman Brothers Holdings, Inc.,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bank Julius Baer & Co. Ltd. | UBS AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Patrik Roos
Bank Julius Baer & Co. Ltd.
Bahnofstrasse 36
CH-8010 Zurich, Switzerland

Phone: + 41 58 887 7336
Last Four Digits of Acct #:    n/a

Court Claim # (if known)    59233
Amount of Claim:    This is a partial transfer of claim. See attached Evidence of Transfer of Claim
Date Claim Filed:    10/30/2009

Phone:
Last Four Digits of Acct #:    n/a

Name and Address where transferee payments should be sent (if different from above):

(same as above)

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ James McClammy_    Date: December 12, 2017
Davis Polk & Wardwell LLP as counsel for Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG, Bahnhofstrasse 45, CH-8001 Zurich** ("Transferor") unconditionally and irrevocably transferred to **Bank Julius Baer & Co. Ltd, Zurich** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 06th day of December 2017.

UBS AG

By: _____
Name: Cristoforo Pavone
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

## SCHEDULE I

**Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:**

| ISIN | Court Claim Nr. | Date Claim Filed | Issuer | Principal Amount / Nominal Amount / Amount of Claim related to Security |
|---|---|---|---|---|
| XS0320322901 | 59233 | October 30, 2009 | Lehman Brothers Securities NV | CHF 5'000.00 out of CHF 17'798'000.00 |