Presentment Date and Time: January 2, 2018 at 12:00 p.m. (prevailing Eastern Time)
Objection Deadline: December 29, 2017 at 4:00 p.m. (prevailing Eastern Time)

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza
Joseph G. Davis (*pro hac vice*)
Benjamin P. McCallen

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 945-7468
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)

*Attorneys for Debtors Lehman Brothers Holdings Inc.
and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re | Case No. 08-13555 (SCC) |
| Lehman Brothers Holdings Inc., *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

---

**NOTICE OF PRESENTMENT OF MOTION
PURSUANT TO FED. R. BANKR. P. 9037(D) FOR PROTECTIVE ORDER**

**PLEASE TAKE NOTICE** that upon the annexed motion of Lehman Brothers Holdings Inc. (the "Motion"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, on behalf of itself and the other affiliated debtors in the above-captioned cases (collectively, the "**LBHI Debtors**"), the undersigned will present the proposed order annexed to the Motion as Exhibit A (the "**Proposed**

**Order**") for signature to the Honorable Shelley C. Chapman, United States Bankruptcy Judge, Courtroom 623 at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **January 2, 2018 at 12:00 noon (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be made in writing, state with particularity the grounds therefor, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, be filed electronically in text searchable portable document format (PDF) with the Court in accordance with General Order M-399 (General Order M-399 can be found at http://www.nysb.uscourts.gov, the official website for the Court), by registered users of the Court's case filing system and by all other parties in interest (with a hard copy delivered directly to the Judge's Chambers), and be served in accordance with General Order M-399, and upon: (i) the Chambers of the Honorable Shelley C. Chapman, One Bowling Green, New York, New York 10004, Courtroom 623; (ii) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019 (Attn: Todd G. Cosenza, Esq.) and Rollin Braswell Fisher LLC, 8350 East Crescent Parkway, Suite 100, Greenwood Village, Colorado 80111 (Attn: Michael A. Rollin, Esq. and Maritza D. Braswell, Esq.), attorneys for LBHI and certain of its affiliates; and (iii) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: William K. Harrington, Esq., Susan D. Golden, Esq., and Andrea B. Schwartz, Esq.), so as to be actually filed and received by no later than **December 29, 2017 at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses or objections are received by the Objection Deadline, the Proposed Order may be approved without further notice or a hearing. If an objection is filed, you may be notified of a hearing to consider the relief requested.

Dated: December 14, 2017
       New York, New York

By:  /s/ Benjamin P. McCallen
Benjamin P. McCallen
Paul V. Shalhoub
Todd G. Cosenza
Joseph G. Davis (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)
ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 945-7468

*Attorneys for Lehman Brothers Holdings Inc. and Certain of its Affiliates*

Presentment Date and Time: January 2, 2018 at 12:00 p.m. (prevailing Eastern Time)
Objection Deadline: December 29, 2017 at 4:00 p.m. (prevailing Eastern Time)

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza
Joseph G. Davis (*pro hac vice*)
Benjamin P. McCallen

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 945-7468
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            )
In re                                                       )   Case No. 08-13555 (SCC)
                                                            )
Lehman Brothers Holdings Inc., *et al.*,                    )   Chapter 11
                                                            )
          Debtors.                                          )   Jointly Administered
                                                            )
------------------------------------------------------------x

**MOTION PURSUANT TO FED. R. BANKR. P. 9037(D) FOR PROTECTIVE ORDER**

TO THE HONORABLE SHELLEY C. CHAPMAN,
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan

Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers*

*Holdings Inc. and Its Affiliated* Debtors (the "Plan"), on behalf of itself and the other affiliated

debtors in the above-captioned cases (collectively, the "LBHI Debtors"), files this motion (the

"Motion"), pursuant to Rule 9037(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), for entry of an order granting the relief sought herein and respectfully represents:

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the Plan Administrator believes that this Motion is a "core proceeding" arising in these cases. Venue before this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

2. By this Motion, the Plan Administrator seeks entry of an order, substantially in the form attached hereto as Exhibit A (the "Proposed Order"), entering a protective order requiring the redaction of "nonpublic personal information" within the meaning of the Gramm-Leach-Bliley Act, 15 U.S.C. § 6802, appearing in the official transcript of the proceedings held on December 6, 2017 at Tr. 1649:20, 1679:18, i18, and i32 and on December 7, 2017 at Tr. 1765:8, 1766:6, 1766:15, 1776:9, 1776:20, 1777:9, 1777:13, 1777:16, 1777:17-18, 1777:22, 1777:23, 1778:8, 1778:13-14, 1779:2, 1779:15, 1788:17, i4, i8, and i10 in the above referenced cases (the "NPI").

3. The Plan Administrator further seeks that, pursuant to Bankruptcy Rule 9037(d), this protective order shall apply to the redaction of "nonpublic personal information" in future transcripts relating to the Estimation Proceedings in the above-referenced case.

## BASIS FOR RELIEF

4. Rule 9037(d) provides, in part, that "[f]or cause, the court may by order in a case under the Code (1) require redaction of additional information" other than the categories of

2

information listed in Rule 9037(a).  *See* Fed. R. Bankr. P. 9037(d).[1]  Here cause exists because the information the Plan Administrator seeks to redact is "nonpublic personal information" within the meaning of the Gramm-Leach-Bliley Act, 15 U.S.C. § 6802.

### **NOTICE**

5.    No trustee has been appointed in these cases.  The Plan Administrator has served notice of this Motion on: (i) the United States Trustee for Region 2; (ii); the United States Attorney for the Southern District of New York; and (iii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases (ECF No. 9635). The Plan Administrator submits that no other or further notice need be provided.  No previous request for the relief sought herein has been made to this Court or any other court.

6.    This Motion sets forth the legal authorities upon which the Motion is based.  Accordingly, the Plan Administrator respectfully submits that the Motion itself satisfies the requirements of the local bankruptcy rules that a separate memorandum of law be submitted herewith.

7.    No prior motion for the relief set forth herein has been made to this or any other court.

---

[1] The Plan Administrator also respectfully seeks redaction of the NPI pursuant to Fed. R. Bankr. P. 9037(a) to the extent that any such information falls under that provision.

3

## CONCLUSION

**WHEREFORE**, the Plan Administrator respectfully requests the entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and proper.

Dated: December 14, 2017
New York, New York

Respectfully Submitted,

By: /s/ Benjamin P. McCallen
Benjamin P. McCallen
Paul V. Shalhoub
Todd G. Cosenza
Joseph G. Davis (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)
ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 945-7468

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

# EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                                           )
   In re                                                   )    Case No. 08-13555 (SCC)
                                                           )
   Lehman Brothers Holdings Inc., et al.,                  )    Chapter 11
                                                           )
                     Debtors.                              )    Jointly Administered
                                                           )
-----------------------------------------------------------x
```

## ORDER APPROVING MOTION FOR PROTECTIVE ORDER

Upon the motion, dated December 14, 2017 (the "Motion"), of Lehman Brothers Holdings Inc. (the "Plan Administrator") as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* (the "Plan"), on behalf of itself and the other affiliated debtors in the above-captioned cases (collectively, the "LBHI Debtors"), pursuant to Rule 9037(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), for entry of a protective order; and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this proceeding on the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and notice of the Motion having been given in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Dkt. No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found that cause exists under Rule 9037(d) of the Bankruptcy Rules, it is

ORDERED that the Motion is granted; and it is further

ORDERED that pursuant to Bankruptcy Rule 9037(d), a protective order requiring the redaction of "nonpublic personal information" within the meaning of the Gramm-Leach-Bliley Act, 15 U.S.C. § 6802, appearing in the official transcript of the proceedings held on December 6, 2017 at Tr. 1649:20, 1679:18, i18, and i32 and on December 7, 2017 at Tr. 1765:8, 1766:6, 1766:15, 1776:9, 1776:20, 1777:9, 1777:13, 1777:16, 1777:17-18, 1777:22, 1777:23, 1778:8, 1778:13-14, 1779:2, 1779:15, 1788:17, i4, i8, and i10 is entered; and it is further

ORDERED that pursuant to Bankruptcy Rule 9037(d), this protective order shall apply to the redaction of "nonpublic personal information" in future transcripts relating to the Estimation Proceedings in the above-referenced case; and it is further

ORDERED that the terms of this Order shall be effective and enforceable immediately upon its entry; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: _____, 2018
       New York, New York

 

_____
THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE