

**BBVA (Suiza) SA**
Selnaustrasse 32/36, 4ª planta
CH-8021 Zürich, Suiza
Tel. +41 44 265 95 11
www.bbva.ch

United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holding Inc.
One Bowling Green
New York, NX 10004-1408

December 6, 2017

### Withdrawal of Transfer of Claim Docket No. 56959

Please take notice that BBVA Suiza SA withdraws its Evidence of Transfer of Claim (Claim 51140) field on November 13, 2017 (Docket No. 56959) from CAIXABANK S.A. in the amount of 47,000 nominal amount.

Yours very truly,

BBVA Suiza SA

Hannelore Maeso          Javier Arranz