

Swissquote Bank SA
Head Office

Chemin de la Crétaux 33
Case postale 391
CH - 1196 Gland

T. 0848 25 88 88
F. +41 22 999 94 42

United States Bankruptcy Court for the southern
District of New York (the "Bankruptcy Court")
One Bowling Green New York
New York 10004
Attention: Clerk of the Court
United States of America

Gland, 29 November 2017



# TRANSFER OF CLAIM

Dear all,

Please find attached the transfer of claim document duly completed and signed.

Thank you to proceed as requested, and confirm me once the transfer of claim is done :

David Sousa
Responsible Settlement

Swissquote Bank SA
Back Office & Banking Applications
Ch.de la Crétaux 33
CH-1196 Gland
Switzerland

Tel +41 (0) 22 525 93 67
Fax +41 (0) 22 999 94 42
david.sousa@swissquote.ch

Swissquote Bank SA

**David Sousa**
Responsible Settlement

Regulated by the Swiss Financial Market Supervisory Authority (FINMA), Swissquote Bank Ltd is the Leading Online Bank in Switzerland since 2000. More information available on www.swissquote.com

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PostFinance AG
**Name of Transferee**

St. Galler Kantonalbank AG
**Name of Transferor**

Name and Address where notices to transferee should be sent:

Swissquote Bank SA
Chemin de la Crétaux 33
1196 Gland
Switzerland

Court Claim # (if known): 39113.00
Date Claim Filed: 10/08/2009
Amount of Claim: USD 57'982.18
Portion of Claim Transferred (see Schedule I): USD 24'849.51 (unsecured CHF 30'000)

Phone: +41 22 525 93 67
Last Four Digits of Acct #: _____

Phone: +41 71 231 34 13
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

PostFinance AG

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _PostFinance AG_    Date: 30.06.17
Transferee/Transferee's Agent
Kontaktcenter E-Trading
Marc Spring
Mingerstrasse 12
3030 Bern

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Thierry Marti

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **St. Galler Kantonalbank AG,** ("Transferor") unconditionally and irrevocably transferred to **PostFinance AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **(Claim No. 39113)** of USD 24'849.51 in nominal value/units related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **March 8, 2017.**

St. Galler Kantonalbank AG

By: _____
Name: Jessica Allen
Title:   Authorised Signature

By: _____
Name: Pascal Schmid
Title:   Member of Management

PostFinance AG
Kontaktcenter E-Trading
Marc Spring
Mingerstrasse 12
3030 Bern

Thierry Marti

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|---|---|---|---|---|
| CH0043088621 | 39113 | 10/13/2009 | Lehman Brothers Treasury Co. BV | Allowed Amount of Claim transferred to Purchaser: USD 24'849.51 out of USD 57'982.18 |