**EXHIBIT A**

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al.,</u>    Case No. <u>08-13555 (SCC)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**[BUYER]**  The Diameter Master Fund LP              **Banc of America Credit Products, Inc**
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): 200024
should be sent:                                       Amount of Claim Transferred:
                                                      USD  $611,350,282.00
  24 W 40th Street, 5th FLoor                         Date Claim Filed: March 6, 2012
[  New York, NY 10018                    ]

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature: Christopher H. Sullivan]_____   By:   December 14, 2017              Date:
     Transferee/Transferee's Agent
     Christopher H. Sullivan
     Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

US_129672025v2

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **[BUYER]**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (Claim No.: **200024**) in the amount of **$611,350,282** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 14 day of December 2017.

| **Banc of America Credit Products, Inc.** | The Diameter Master Fund LP |
|---|---|
| By: _____ <br> Name: SETH DENSON <br> Title: DIRECTOR | By: _____ <br> Name: Christopher H. Sullivan <br> Title: Authorized Signatory |

US_129672025v2