

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse AG, Singapore Branch ("UNITY HOLDING INTERNATIONAL LTD") unconditionally and irrevocably transferred to [BANK OF SINGAPORE] ("KADIR WIDJAJA AND/OR MERY SOENOTO") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 545221.05**), [USD and 250,000] in nominal amount/units related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON [28 NOV 2017]

Credit Suisse AG, Singapore Branch

By: _____   LIM YOU RENG
Name:                            AVP
Title:                           CREDIT SUISSE

By: _____   A. GROUSE, VP
Name:
Title:

BANK OF SINGAPORE LIMITED

_____
Authorised Signatures

ANNA HUANG      KENNETH TAN
                Associate Director
                Transaction Services



## SCHEDULE I

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Currency and nominal amount |
|---|---|---|---|---|
| XS0342303400 | 545221.05 | Oct 29, 2009 | LEHMAN BROTHERS | USD 250000 |

Email: TSOps.Sectrf@BankofSingapore.com

secops-CA.SG@bankofsingapore.com

BANK OF SINGAPORE LIMITED

..................................................
Authorised Signatures

ANNA HUANG       KENNETH TAN
Associate Director
Transaction Services