UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re: : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., et al., : 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
: Ref. Docket Nos. 57158 and 57163
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 15, 2017, I caused to be served the:

   a. "Notice of Presentment of Motion Pursuant to Fed. R. Bankr. P. 9037(D) for Protective Order," dated December 14, 2017, to which was attached the "Motion Pursuant to Fed. R. Bankr. P. 9037(D) for Protective Order," dated December 14, 2017 [Docket No. 57158], (the "Protective Order NOP"), and

   b. "Notice of Additional Scheduled December Trial Dates," dated December 15, 2017 [Docket No. 57163], (the "Trial Dates Notice"),

   by causing true and correct copies of the:

   i. Protective Order NOP and Trial Dates Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   ii. Protective Order NOP and Trial Dates Notice, to be delivered via electronic mail to those parties listed on the annexed Exhibit B,

   iii. Protective Order NOP and Trial Dates Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

    iv.    Protective Order NOP, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the following party: *OFFICE OF THE U.S. ATTORNEY, SOUTHERN DISTRICT OF NEW YORK, ATTN: JOON KIM, ACTING U.S. ATTORNEY, ONE ST. ANDREW'S PLAZA, NEW YORK, NY 10007,* and

    i.    Protective Order NOP, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

    */s/ Forrest Kuffer*
    Forrest Kuffer

Sworn to before me this
18th day of December, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
## Overnight Mail – Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
## Electronic Mail – Master Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | ashmead@sewkis.com |
| aalfonso@willkie.com | asnow@ssbb.com |
| abeaumont@fklaw.com | asomers@rctlegal.com |
| abraunstein@riemerlaw.com | aunger@sidley.com |
| acaton@kramerlevin.com | austin.bankruptcy@publicans.com |
| adam.lanza@dlapiper.com | avenes@whitecase.com |
| adarwin@nixonpeabody.com | bankruptcy@goodwin.com |
| adiamond@diamondmccarthy.com | bankruptcy@morrisoncohen.com |
| adk@msf-law.com | bankruptcy@ntexas-attorneys.com |
| aeckstein@blankrome.com | bankruptcymatters@us.nomura.com |
| aentwistle@entwistle-law.com | barbra.parlin@hklaw.com |
| agbanknewyork@ag.tn.gov | bbisignani@postschell.com |
| aglenn@kasowitz.com | bcarlson@co.sanmateo.ca.us |
| agold@herrick.com | bdemay@hsgllp.com |
| aisenberg@saul.com | bdk@schlamstone.com |
| akadish@dtlawgroup.com | benjamin.mintz@apks.com |
| akolod@mosessinger.com | bguiney@pbwt.com |
| allison.holubis@wilsonelser.com | bmanne@tuckerlaw.com |
| alum@ftportfolios.com | bmiller@mofo.com |
| amarder@msek.com | boneill@kramerlevin.com |
| amartin@sheppardmullin.com | brosenblum@jonesday.com |
| amcmullen@boultcummings.com | brotenberg@wolffsamson.com |
| amenard@tishmanspeyer.com | broy@rltlawfirm.com |
| amh@amhandlerlaw.com | bruce.wright@sutherland.com |
| andrew.brozman@cliffordchance.com | bsellier@rlrpclaw.com |
| andrew.lourie@kobrekim.com | bstrickland@wtplaw.com |
| andrewtenzer@paulhastings.com | btrust@mayerbrown.com |
| angelich.george@arentfox.com | bturk@tishmanspeyer.com |
| angie.owens@skadden.com | bwolfe@sheppardmullin.com |
| anthony_boccanfuso@aporter.com | cahn@clm.com |
| aostrow@beckerglynn.com | canelas@pursuitpartners.com |
| appleby@chapman.com | cbelisle@wfw.com |
| aquale@sidley.com | cbelmonte@ssbb.com |
| arainone@bracheichler.com | cdesiderio@nixonpeabody.com |
| arancier@offitkurman.com | cfarley@mccarter.com |
| arheaume@riemerlaw.com | cgoldstein@stcwlaw.com |
| arosenblatt@chadbourne.com | chad.husnick@kirkland.com |
| arthur.rosenberg@hklaw.com | chammerman@paulweiss.com |
| arwolf@wlrk.com | charles@filardi-law.com |
| aschwartz@homerbonner.com | charles_malloy@aporter.com |
| aseuffert@lawpost-nyc.com | chemrick@thewalshfirm.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| chipford@parkerpoe.com | deggert@freebornpeters.com |
| chris.donoho@hoganlovells.com | demetra.liggins@tklaw.com |
| christopher.greco@kirkland.com | dennis.tracey@hoganlovells.com |
| claude.montgomery@dentons.com | dfelder@orrick.com |
| clynch@reedsmith.com | dflanigan@polsinelli.com |
| cohen@sewkis.com | dfliman@kasowitz.com |
| cp@stevenslee.com | dgoldberg@hsgllp.com |
| cpappas@dilworthlaw.com | dhayes@mcguirewoods.com |
| cparyse@contrariancapital.com | dhealy@hsgllp.com |
| craig.goldblatt@wilmerhale.com | dheffer@foley.com |
| craigjustinalbert@gmail.com | dhurst@coleschotz.com |
| crmomjian@attorneygeneral.gov | dhw@dhclegal.com |
| csalomon@beckerglynn.com | diconzam@gtlaw.com |
| cschreiber@winston.com | djcarragher@daypitney.com |
| cshore@whitecase.com | djoseph@stradley.com |
| cshulman@sheppardmullin.com | dkessler@ktmc.com |
| cszyfer@stroock.com | dkozusko@willkie.com |
| cwalsh@mayerbrown.com | dlemay@chadbourne.com |
| cward@polsinelli.com | dlipke@vedderprice.com |
| cweber@ebg-law.com | dmark@kasowitz.com |
| cweiss@ingramllp.com | dmcguire@winston.com |
| dallas.bankruptcy@publicans.com | dmiller@steinlubin.com |
| dave.davis@isgria.com | dmurray@jenner.com |
| david.bennett@tklaw.com | dneier@winston.com |
| david.heller@lw.com | dodonnell@milbank.com |
| david.livshiz@freshfields.com | dpegno@dpklaw.com |
| david.powlen@btlaw.com | draelson@fisherbrothers.com |
| david.tillem@wilsonelser.com | drosenzweig@fulbright.com |
| davids@blbglaw.com | drosner@goulstonstorrs.com |
| davidwheeler@mvalaw.com | drosner@kasowitz.com |
| dbarber@bsblawyers.com | dshaffer@wtplaw.com |
| dbaumstein@whitecase.com | dspelfogel@foley.com |
| dbesikof@loeb.com | dtatge@ebglaw.com |
| dblack@hsgllp.com | dtheising@harrisonmoberly.com |
| dcimo@gjb-law.com | dwdykhouse@pbwt.com |
| dcoffino@cov.com | dworkman@bakerlaw.com |
| dcrapo@gibbonslaw.com | easmith@venable.com |
| ddavis@paulweiss.com | ebcalvo@pbfcm.com |
| ddrebsky@nixonpeabody.com | ecohen@russellinvestments.com |
| ddunne@milbank.com | edelucia@hsgllp.com |
| deggermann@kramerlevin.com | edward.flanders@pillsburylaw.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| efleck@milbank.com | hsnovikoff@wlrk.com |
| efriedman@fklaw.com | hsteel@brownrudnick.com |
| efriedman@friedmanspring.com | irethy@stblaw.com |
| ekbergc@lanepowell.com | israel.dahan@cwt.com |
| eleicht@whitecase.com | izaur@cgr-law.com |
| ellen.halstead@cwt.com | j.zelloe@stahlzelloe.com |
| emagnelli@bracheichler.com | jacobsonn@sec.gov |
| emerberg@mayerbrown.com | jalward@blankrome.com |
| enkaplan@kaplanlandau.com | james.berg@piblaw.com |
| eobrien@sbchlaw.com | james.mcclammy@dpw.com |
| etillinghast@sheppardmullin.com | james.moore@morganlewis.com |
| eweinick@otterbourg.com | james.sprayregen@kirkland.com |
| ezujkowski@emmetmarvin.com | jamesboyajian@gmail.com |
| farrington.yates@kobrekim.com | jamestecce@quinnemanuel.com |
| fcarruzzo@kramerlevin.com | jar@outtengolden.com |
| ffm@bostonbusinesslaw.com | jay.hurst@oag.state.tx.us |
| fhenn@law.nyc.gov | jay@kleinsolomon.com |
| fhyman@mayerbrown.com | jbeemer@entwistle-law.com |
| foont@foontlaw.com | jbrody@americanmlg.com |
| fsosnick@shearman.com | jbromley@cgsh.com |
| gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| gary.ravertpllc@gmail.com | jchristian@tobinlaw.com |
| gavin.alexander@ropesgray.com | jdoran@haslaw.com |
| gbray@milbank.com | jdwarner@warnerandscheuerman.com |
| ggitomer@mkbattorneys.com | jdyas@halperinlaw.net |
| ggoodman@foley.com | jean-david.barnea@usdoj.gov |
| giddens@hugheshubbard.com | jeanites@whiteandwilliams.com |
| gkaden@goulstonstorrs.com | jeannette.boot@wilmerhale.com |
| glenn.siegel@morganlewis.com | jeff.wittig@united.com |
| gmoss@riemerlaw.com | jeldredge@velaw.com |
| goldenberg@ssnylaw.com | jennifer.demarco@cliffordchance.com |
| gspilsbury@jsslaw.com | jennifer.gore@shell.com |
| harrisjm@michigan.gov | jg5786@att.com |
| harveystrickon@paulhastings.com | jgenovese@gjb-law.com |
| hbeltzer@chadbourne.com | jguy@orrick.com |
| heiser@chapman.com | jhiggins@fdlaw.com |
| hmagaliff@r3mlaw.com | jhorgan@phxa.com |
| holsen@stroock.com | jhuggett@margolisedelstein.com |
| hooper@sewkis.com | jim@atkinslawfirm.com |
| howard.hawkins@cwt.com | jjureller@klestadt.com |
| hseife@chadbourne.com | jlamar@maynardcooper.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| jlawlor@wmd-law.com | jzulack@fzwz.com |
| jlee@foley.com | kanema@formanlaw.com |
| jlevitin@cahill.com | karen.wagner@dpw.com |
| jlscott@reedsmith.com | karl.geercken@alston.com |
| jmaddock@mcguirewoods.com | kdwbankruptcydepartment@kelleydrye.com |
| jmazermarino@msek.com | keckhardt@hunton.com |
| jmelko@gardere.com | keith.simon@lw.com |
| jmerva@fult.com | kek@crb-law.com |
| jmr@msf-law.com | ken.coleman@allenovery.com |
| jnm@mccallaraymer.com | kerry.moynihan@hro.com |
| john.beck@hoganlovells.com | kgwynne@reedsmith.com |
| john.goodchild@morganlewis.com | kiplok@hugheshubbard.com |
| john.monaghan@hklaw.com | kit.weitnauer@alston.com |
| john.mule@state.mn.us | kkelly@ebglaw.com |
| john.rapisardi@cwt.com | kkolbig@mosessinger.com |
| jonathan.goldblatt@bnymellon.com | klyman@irell.com |
| jonathan.henes@kirkland.com | klynch@formanlaw.com |
| jorbach@hahnhessen.com | kobak@hugheshubbard.com |
| joseph.cordaro@usdoj.gov | korr@orrick.com |
| joshua.dorchak@morganlewis.com | kovskyd@pepperlaw.com |
| jowen769@yahoo.com | kressk@pepperlaw.com |
| joy.mathias@dubaiic.com | kreynolds@mklawnyc.com |
| jpintarelli@mofo.com | krosen@lowenstein.com |
| jporter@entwistle-law.com | ksebaski@hsgllp.com |
| jprol@lowenstein.com | kurt.mayr@bgllp.com |
| jrabinowitz@rltlawfirm.com | kurt.rademacher@morganlewis.com |
| jrosenthal@mhlawcorp.com | ladler@fensterstock.com |
| jrsmith@hunton.com | landon@slollp.com |
| jschiller@bsfllp.com | lapeterson@foley.com |
| jschwartz@hahnhessen.com | lawallf@pepperlaw.com |
| jsheerin@mcguirewoods.com | lawrence.gelber@srz.com |
| jsherman@bsfllp.com | lberkoff@moritthock.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com |
| jsmairo@pbnlaw.com | lee.whidden@dentons.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com |
| jtimko@shutts.com | lhandelsman@stroock.com |
| judy.morse@crowedunlevy.com | lisa.solomon@att.net |
| jvail@ssrl.com | ljkotler@duanemorris.com |
| jwcohen@daypitney.com | lkatz@ltblaw.com |
| jwest@velaw.com | lkiss@klestadt.com |
| jwh@njlawfirm.com | lmarinuzzi@mofo.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Electronic Mail – Master Service List

lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanin@kasowitz.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.kraut@morganlewis.com

michael.mccrory@btlaw.com
michael.solow@apks.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mitchell.berger@squirepb.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpedreira@proskauer.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
mshuster@hsgllp.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neil.herman@morganlewis.com
neilberger@teamtogut.com
ngueron@cgr-law.com

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| nicholas.zalany@squirepb.com | rmatzat@hahnhessen.com |
| nissay_10259-0154@mhmjapan.com | rnetzer@willkie.com |
| nlepore@schnader.com | robert.honeywell@klgates.com |
| nlieberman@hsgllp.com | robert.malone@dbr.com |
| notice@bkcylaw.com | robert.yalen@usdoj.gov |
| nyrobankruptcy@sec.gov | robin.keller@lovells.com |
| otccorpactions@finra.org | roger@rnagioff.com |
| paronzon@milbank.com | ross.martin@ropesgray.com |
| pbattista@gjb-law.com | rpedone@nixonpeabody.com |
| pbosswick@ssbb.com | rrainer@wmd-law.com |
| pdublin@akingump.com | rroupinian@outtengolden.com |
| peisenberg@lockelord.com | rterenzi@stcwlaw.com |
| peter.gilhuly@lw.com | russj4478@aol.com |
| peter.macdonald@wilmerhale.com | ryaspan@yaspanlaw.com |
| peter.meisels@wilsonelser.com | sabin.willett@morganlewis.com |
| peter.simmons@friedfrank.com | sabramowitz@velaw.com |
| peter@bankrupt.com | sabvanrooy@hotmail.com |
| pfeldman@oshr.com | sally.henry@skadden.com |
| pfinkel@wilmingtontrust.com | samuel.cavior@pillsburylaw.com |
| phayden@mcguirewoods.com | sandyscafaria@eaton.com |
| pmaxcy@sonnenschein.com | scargill@lowenstein.com |
| ppascuzzi@ffwplaw.com | schager@ssnylaw.com |
| ppatterson@stradley.com | schannej@pepperlaw.com |
| psp@njlawfirm.com | schepis@pursuitpartners.com |
| ptrostle@jenner.com | schnabel.eric@dorsey.com |
| raj.madan@skadden.com | schristianson@buchalter.com |
| ramona.neal@hp.com | scott.golden@hoganlovells.com |
| rbeacher@pryorcashman.com | scottj@sullcrom.com |
| rbernard@foley.com | scottshelley@quinnemanuel.com |
| rbyman@jenner.com | scousins@armstrongteasdale.com |
| rdaversa@orrick.com | sdnyecf@dor.mo.gov |
| relgidely@gjb-law.com | sehlers@armstrongteasdale.com |
| rfriedman@silvermanacampora.com | sfalanga@thewalshfirm.com |
| rgmason@wlrk.com | sfelderstein@ffwplaw.com |
| rgoodman@moundcotton.com | sfineman@lchb.com |
| rgraham@whitecase.com | sfox@mcguirewoods.com |
| rhett.campbell@tklaw.com | sgordon@cahill.com |
| richard.lear@hklaw.com | sgraziano@blbglaw.com |
| richard@rwmaplc.com | sgubner@ebg-law.com |
| rick.murphy@sutherland.com | sharbeck@sipc.org |
| rleek@hodgsonruss.com | shari.leventhal@ny.frb.org |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

shgross5@yahoo.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com

tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yuwatoko@mofo.com

# LEHMAN BROTHERS HOLDINGS INC.
## Electronic Mail – Additional Parties

alfredo.perez@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
robert.lemons@weil.com

# EXHIBIT C

08-13555-mg    Doc 57259    Filed 12/21/17    Entered 12/21/17 16:21:45    Main Document
Pg 14 of 17

**LEHMAN BROTHERS HOLDINGS INC.**
**1st Class Mail – Additional Parties**

| | |
|---|---|
| FAEGRE BAKER DANIELS LLP<br>ATTN: MICHAEL M. KRAUSS<br>(COUNSEL TO 'SANTA FE ENTITIES')<br>2200 WELLS FARGO CENTER<br>90 SOUTH SEVENTH STREET<br>MINNEAPOLIS, MN 55402-3901 | LATHAM & WATKINS LLP<br>ATTN: DAVID S. HELLER<br>(COUNSEL TO FANNIE MAE)<br>330 N WABASH AVE STE 2800<br>CHICAGO, IL 60611 |

**EXHIBIT D**

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Additional Parties**

anna.goldenhersh@morganlewis.com
dgoldberg@hsgllp.com
dhealy@hsgllp.com
james.moore@morganlewis.com
Jason.Solomon@alston.com
kit.weitnauer@alston.com
lperlman@hsgllp.com
mkraut@morganlewis.com
mshuster@hsgllp.com
munno@sewkis.com
nlieberman@hsgllp.com
Sage.Sigler@alston.com
slewis@chapman.com
top@chapman.com