B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Citigroup Financial Products Inc. | TRC Master Fund LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Citigroup Financial Products Inc.
390 Greenwich Street, 4th floor
New York, New York 10013
Attn: Kenneth Keeley
Phone: 212-723-6501
Email: Kenneth.keeley@citi.com

Court Claim # (if known): 25976
Amount of Claim Transferred: $13,845,727.10
ISIN/CUSIP:
Blocking Number:

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn: Elanit A. Snow
Phone: 212-373-3000
Email: esnow@paulweiss.com

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Joelle Gavlick_ (DocuSigned)        Date: 12/19/2017
Transferee/Transferee's Agent

Joelle Gavlick - Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIMS
TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**TRC Master Fund LLC** ("Seller"), with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Bark, New York, New York 10036, pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Citigroup Financial Products Inc.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the Claim of Seller against **Lehman Brothers Special Financing Inc.** (Claim No.: **25976**) in the amount of **$13,845,727.10** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an assignment and Buyer herein as the valid owner of the Assigned Rights to the extent of the Transferred Claims Amount. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Rights to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly authorized representatives as of the ___19__th day of December, 2017.

| **TRC Master Fund LLC** | **Citigroup Financial Products Inc.** |
|---|---|
| By: _____ | By: _____ |
| Name: Terel Ross | Name: |
| Title: Managing Members | Title: |

EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIMS

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

**TRC Master Fund LLC** ("Seller"), with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Bark, New York, New York 10036, pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Citigroup Financial Products Inc.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the Claim of Seller against **Lehman Brothers Special Financing Inc.** (Claim No.: **25976**) in the amount of **$13,845,727.10** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an assignment and Buyer herein as the valid owner of the Assigned Rights to the extent of the Transferred Claims Amount. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Rights to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly authorized representatives as of the ____ 19 th day of December, 2017.

| **TRC Master Fund LLC** | **Citigroup Financial Products Inc.** |
|---|---|
| By: _____ | By: _____ |
| Name: | Name: *DocuSigned by: Joelle Gavlick / 240CDA98C9F64D3* |
| Title: | Title: |

Joelle Gavlick - Authorized Signatory