**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : Case No. 08-13555 (SCC) |
|  | : |
|  | : (Jointly Administered) |
| Debtors. | : |
|  | : Ref. Docket Nos. 56993, 57085, |
|  | : 57086, 57095, 57132, 57133, 57134, |
|  | : 57164 |
|  | : |

-------------------------------------------------------------------- X

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK    )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 20, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated December 20, 2017, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
21st day of December, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000123671417 ***           LBH TRFNTC (MERGE2, TXNUM2) 4000149353



BAUPOST GROUP SECURITIES, L.L.C.
TRANSFEROR: GOLDMAN, SACHS & CO.
C/O ROPES & GRAY LLP
ATTN: GAVIN ALEXANDER
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

Please note that your claim # 39042 in the above referenced case and in the amount of
$31,482.82 allowed at $24,453.92 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | CITIGROUP FINANCIAL PRODUCTS INC. |
| TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C. | ATTN: ELANIT SNOW |
| ATTN: KENNETH KEELEY | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON |
| 390 GREENWICH STREET, 4TH FLOOR | LLP |
| NEW YORK, NY 10013 | 1285 AVENUE OF THE AMERICAS |
| | NEW YORK, NY 10019 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        57133               in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/20/2017                          Vito Genna, Clerk of Court

                                           /s/ Tony Persaud
                                           _____

                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 20, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| ALLIANZ BANK FINANCIAL ADVISORS SPA | TRANSFEROR: CREDIT SUISSE ITALY SPA, ATTN: FRANCO BRICHETTI - FRANCESCA TREBBI, PIAZZALE LODI, 3, MILANO 20137 ITALY |
| ALLIANZ BANK FINANCIAL ADVISORS SPA | TRANSFEROR: CREDIT SUISSE ITALY SPA, ATTN: FRANCO BRICHETTI - FRANCESCA TREBBI, PIAZZALE LODI, 3, MILANO 20137 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN  ITALY |
| BANCA IFIGEST SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: MR. DR. ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, 50125 FIRENZE  ITALY |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |

| Claim Name | Address Information |
|---|---|
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BAUPOST GROUP SECURITIES, L.L.C. | PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ROPES & GRAY LLP, ATTN: GAVIN ALEXANDER, PRUDENTIAL TOWER, 800 BOYLSTON STREET, BOSTON, MA 02199-3600 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CREDIT SUISSE ITALY SPA | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE ITALY SPA | CRAVATH, SWAINE & MOORE LLP, WORLDWIDE PLAZA, ATTN: RICHARD LEVIN, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE ITALY SPA | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |

| Claim Name | Address Information |
| --- | --- |
| CREDIT SUISSE ITALY SPA | CRAVATH, SWAINE & MOORE LLP, WORLDWIDE PLAZA, ATTN: RICHARD LEVIN, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE ITALY SPA | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE ITALY SPA | CRAVATH, SWAINE & MOORE LLP, WORLDWIDE PLAZA, ATTN: RICHARD LEVIN, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE ITALY SPA | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE ITALY SPA | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE ITALY SPA | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD, ATTN: JEFFREY OLINSKY, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L., ATTN: JEFFREY OLINSKY, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD., ATTN: JEFFREY OLINSKY, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., ATTN: JEFFREY OLINSKY, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLF LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HALCYON LOAN TRADING FUND LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HALCYON LOAN TRADING FUND LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: JEFF OLINSKY, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HALCYON LOAN TRADING FUND LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: JEFF OLINSKY, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HALCYON LOAN TRADING FUND LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: JEFF OLINSKY, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HALCYON LOAN TRADING FUND LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: JEFF OLINSKY, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLF LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC; ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC; ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC; ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| UBS AG | TRANSFEROR: CREDIT SUISSE ITALY SPA, ATTN: STEPHAN GFELLER / CRISTOFONO PAVONE, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |

**Total Creditor Count 222**