**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
                       :          Chapter 11

In re:                   :

                       :          Case No. 08-13555 (SCC)

LEHMAN BROTHERS HOLDINGS, INC., *et al*.   :

                       :          (Jointly Administered)

          Debtors.      :

                       :          Ref. Docket Nos. 56839, 56969

---------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 19, 2017, I caused to be served the "Notice of Defective Transfer," dated December 19, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Forrest Kuffer*
                                                      Forrest Kuffer

Sworn to before me this
20th day of December, 2017
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000123664685 ***          LBH DEFTRFNTC (MERGE2, TXNUM2) 4000121165



HAIN CAPITAL HOLDINGS, LTD.
TRANSFEROR: BCP VOYAGER MASTER FUND SPC, LTD
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

HAIN CAPITAL INVESTORS, LLC
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

**Your transfer of claim # 13207 is defective for the reason(s) checked below:**

Other CANNOT BE PROCESSED - THE PRIOR CLAIM WAS WITHDRAWN

Docket Number   56839                    Date:   10/18/2017

/s/ Lauren Rodriguez

_____

_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK OF SINGAPORE | 9 RAFFLES PLACE #08-00 REPUBLIC PLAZA, SINGAPORE 0488619  SINGAPORE |
| HAIN CAPITAL HOLDINGS, LTD. | TRANSFEROR: BCP VOYAGER MASTER FUND SPC, LTD, ATTN: GANNA LIBERCHUK, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| HAIN CAPITAL INVESTORS, LLC | ATTN: AMANDA RAPOPORT, 301 ROUTE 17, 7TH FLOOR, RUTHERFORD, NJ 07070 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 5**

EPIQ BANKRUPTCY SOLUTIONS, LLC

**Page 1 OF 1**