# United States Bankruptcy Court

### Southern District of New York

In re:   Lehman Brothers Holdings Inc
**Case Number 08-13555**
**Entity Name Lehman Brothers Special Financing**
**Entity Case Number 08-13888**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Corre Opportunities Qualified Master Fund, LP** | **Corre Opportunities Fund, LP** |

Name and Address where notices to transferee should be sent:

**Corre Opportunities Qualified Master Fund, LP**
**12 East 49th St, Suite 4003**
**New York, NY 10017**
**Attn: Claims Processing (Bankruptcy)**

Phone:
646.863.7151

Last Four Digits of Account #:_____

Court Record Address of Transferor
(Court Use Only)

Last Four Digits of Account #:_____

Name and Address where transferee payments should be sent (if different from above)

Name and Current Address of Transferor
**Corre Opportunities Fund, LP**
**12 East 49th St, Suite 4003**
**New York, NY 10017**

**Phone:** *Same as Above*

**Transfer Amount: $1,095,569.64**
Phone:

Last Four Digits of Account #:_____

Last Four Digits of Account #:_____

Court Claim # (if known): **10340**
Date Claim Filed:   **09/04/2009**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:___/s/Ryan Quinn_____       Date:    **12/26/2017**
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____       _____
                                                                **CLERK OF THE COURT**