**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                      :   Chapter 11
:
LEHMAN BROTHERS HOLDINGS, INC., et al.,    :   Case No. 08-13555 (SCC)
:
               Debtors.                             :   (Jointly Administered)
:
---------------------------------------------------------------x

### ORDER FURTHER MODIFYING THE AMENDED ORDER
### PROVIDING FOR ALTERNATIVE DISPUTE RESOLUTION
### PROCEDURES FOR AFFIRMATIVE CLAIMS OF
### THE DEBTORS UNDER DERIVATIVES TRANSACTIONS
### WITH SPECIAL PURPOSE VEHICLE COUNTERPARTIES

The Court having entered the Amended Order Providing for Alternative Dispute Resolution Procedures for Affirmative Claims of the Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties [ECF No. 29507] (the "Amended SPV Derivatives ADR Order")[1] on July 21, 2012; and the Court having entered the *Order Modifying the Amended Order Providing for Alternative Dispute Resolution Procedures for Affirmative Claims of the Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties* [ECF No. 55342] (the "Order Modifying the Amended SPV Derivatives ADR Order") on May 11, 2017; and the Order Modifying the Amended SPV Derivatives ADR Order having amended paragraph 13 of the Amended SPV Derivatives Order to provide for semi-annual reporting requirements; and since the entry of the Order Modifying the Amended SPV Derivatives ADR Order, the volume of Disputed SPV Transactions having substantially decreased to the point where periodic reporting on derivatives ADR proceedings does not provide material information to the creditor

---

[1] All capitalized terms used but not defined herein shall the meaning ascribed to such terms in the Amended SPV Derivatives ADR Order.

body; and given that continued periodic reporting has the potential to prejudice the Plan Administrator's ability to maximize the value of the estate and imposes unnecessary costs on the Debtors' estates; and the periodic reporting of ADR proceedings having served its purpose and outlived its usefulness; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the periodic reporting required by the Order Modifying the Amended SPV Derivatives Order and the Amended SPV Derivatives ADR Order be eliminated effective as of December 1, 2017; and it is further

ORDERED that, except as provided herein, the Amended SPV Derivatives ADR Order shall remain in full force and effect.

Dated: New York, New York
       January 2, 2018

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge