**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*   :    Case No. 08-13555 (SCC)
                                                    :
                    Debtors.                        :    (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF REMOVAL FROM**
**ELECTRONIC NOTIFICATION SERVICE LIST**

PLEASE TAKE NOTICE that the following person should be removed from the service list, including the court's electronic notification list, in the above-captioned case:

Stephen J. Shimshak, Esq.
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
E-mail: sshimshak@paulweiss.com

Respectfully Submitted,

/s/ Stephen J. Shimshak
Stephen J. Shimshak
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
E-mail: sshimshak@paulweiss.com

*Attorneys for Citibank, N.A. and Its Affiliates*

Dated: January 3, 2018

Doc#: US1:11652685v1