UNITED STATES BANKRUPTCY COURT
Southern District of New York
Attn : Clerk of Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408



IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                           )
In re:                                                     )   Chapter 11
                                                           )
LEHMAN BROTHERS HOLDINGS, INC.                             )   Case No. 08-13555 (JMP)
                                                           )
                                                           )
Debtor.                                                    )   (Jointly Administered)
---------------------------------------------------------- x

NOTICE OF PARTIAL TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1. TO:                                                       BANK J.SAFRA (GIBRALTAR) LTD ("Transferor")
                                                                 Suite 971
                                                                  Europort
                                                                  PO Box 542 - GIBRALTAR

2. Please take notice of the transfer of an undivided interest in the amount of USD 71,215.00 (EUR 50,000.00), of your claim against LEHMAN BROTHERS HOLDINGS INC. Case No. 08-13555 (JMP) in the above-referenced consolidated proceedings, arising from and relating to the guaranty of certain underlying securities described in Claim No. 46104 (attached as Exhibit A hereto), to:

                                                                 BANCA POPOLARE DI SONDRIO S.c.p.A. ("Transferee")
                                                                 Servizio Finanza – Amministrazione Titoli
                                                                 Piazza Garibaldi, 16
                                                                 Sondrio, 23100
                                                                 Italy
                                                                 Attn    Gerry De Alberti

An evidence of transfer of claim (including details as to the underlying securities) is attached hereto as Exhibit B. All notices regarding the transferred portion of the claim should be sent to the Transferee as the address attached in Exhibit C.

3. No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

        ■  **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Court
Southern District of New York
Attn: Clerk of Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

- Refer to **INTERNAL CONTROL NO. _____** in your objection and any further correspondence related to this transfer.

4.  If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING WITH RESPECT TO THE TRANSFERRED PORTION.**

CLERK

---

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on_____, 2011.

INTERNAL CONTROL NO. _____

Copy: (check) Claims Agent \_\_\_\_\_ Transferee _____ Debtor's Attorney _____

Deputy Clerk

---

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.     Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

BANCA POPOLARE DI SONDRIO SPA
Name of Transferee

Bank J Safra Sarasin (Gibraltar) Ltd
Name of Transferor

Name and Address where notices to transferee should be sent:
BANCA POPOLARE DI SONDRIO
PIAZZA GARIBALDI 16
SONDRIO ITALY 23100

Phone: 0039 0342 528927
Last Four Digits of Acct #: N/A

Court Claim # (if known): 46104
Date Claim Filed: 26 October 2009
Amount of Claim: EUR 50,000
Portion of Claim Transferred (see Schedule I): EUR 50,000

Phone: +350 2000 2525
Last Four Digits of Acct. #: 1403

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: DECEMBER 5, 2017
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

`Print Form`

| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al<br>08-13555 (JMP)    0000046104 |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | | |

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br>BANK J.SAFRA (GIBRALTAR) LTD<br>Suite 971<br>Europort<br>PO Box 542 - GIBRALTAR | ☐ Check this box to indicate that this claim amends a previously filed claim.<br>Court Claim Number:_____<br>*(If known)*<br>Filed on: _____ |
|---|---|
| Telephone number: 350-2000-2511    Email Address: R.Clinton@jsafra.com | |
| Name and address where payment should be sent (if different from above) | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number:    Email Address: | |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ **Unliquidated, see attached**    (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): **XS0252834576**    ☑ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

**CA05993**    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
**Clearstream A/c 11403**    (Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY<br>**FILED / RECEIVED**<br>**OCT 26 2009**<br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date.<br>**23 OCT 2009** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

*[signature]*

## BANK J. SAFRA
*Private Banking*

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**
Attachment (see Section 1)

**Clearstream Blocking Number: CA05993**

| N° ISIN | Ccy | Nominal/Principal Amount held | Which corresponds to USD, using the exchange rate applicable on September 15, 2008: |
|---|---|---|---|
| XS0252834576 | EUR | 50'000.-- | 71'215.-- |

RM Clinton
CEO

K Neale
CFO

2 3 OCT 2009

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank J. Safra Sarasin (Gibraltar) Ltd** ("Transferor") unconditionally and irrevocably transferred to **Banca Popolare Di Sondrio SCPA** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No 46104**) relating to the securities with International Securities Identification Numbers listed on **Schedule I** hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the forgoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON 11 October, 2017.

**Bank J. Safra Sarasin (Gibraltar) Ltd**

By: _____
Name: Marvin Cartwright
Title: Chief Executive Officer

By: _____
Name: Abigail Carroll
Title: Chief Operating Officer

BANCA POPOLARE DI SONDRIO SCPA

By: _____
ROMANO FORLIN LISIGNALI
HEAD OFFICE BANK OFFICER

PIAZZA GARIBALDI 16
SONDRIO 23100, ITALY

ATT. GERRY DE ALBERTI
PHONE: 0039 0342528927
gerry.dealberti@popso.it

## SCHEDULE I

### Lehman Program Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0252834576 | 46104 | 26 October 2009 | Lehman Brothers Hold Inc 06-11 | EUR 50,000 |

BANK J. SAFRA SARASIN (GIBRALTAR) LTD

BANCA POPOLARE DI SONDRIO SCPA

**Exhibit C**

Address for Notices:

BANCA POPOLARE DI SONDRIO S.c.p.A.
Piazza Garibaldi, 16
Sondrio, 23100
Italy


Attn: Gerry De Alberti – Servizio Finanza / Amministrazione Titoli