**Covington & Burling LLP**
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1405
(212) 841-1000
Counsel for Wilmington Trust Company,
as Indenture Trustee

**Stroock & Stroock & Lavan LLP**
180 Maiden Lane
New York, NY  10038-4982
(212) 806-5400
Counsel for Mizuho Bank Ltd., formerly
known as Mizuho Corporate Bank, Ltd.

**Loeb & Loeb LLP**
345 Park Avenue
New York, NY  10154
(212) 407-4000
Counsel for Wilmington Trust Company,
as Indenture Trustee

**Sullivan & Worcester LLP**
One Post Office Square
Boston, MA  02109
(617) 338-2800
Counsel for U.S. Bank National Association,
as Indenture Trustee

**Sheppard Mullin Richter & Hampton LLP**
30 Rockefeller Place
New York, NY  10112
(212) 653-8700
Counsel for The Bank of New York Mellon,
as Indenture Trustee

**Kleinberg, Kaplan, Wolff & Cohen, P.C.**
551 Fifth Avenue, 18th Floor
(212) 986-6000
New York, NY  10176
Counsel for Elliott Management Corp.,

**Arent Fox LLP**
1675 Broadway
New York, NY  10019
(212) 484-3957
Counsel for The Vanguard Group Inc.,

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Case No.   08-13555 (SCC)<br><br>Chapter 11<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF ORIGINAL AND AMENDED OMNIBUS
APPLICATIONS OF CERTAIN INDIVIDUAL COMMITTEE MEMBERS
FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES AND
SUPPLEMENTAL APPLICATIONS FILED IN CONNECTION THEREWITH**

**PLEASE TAKE NOTICE** that The Bank of New York Mellon, as indenture trustee

("**BNY Mellon**"), Elliott Management Corp. ("**Elliott**"), Mizuho Bank, Ltd., formerly known as

Mizuho Corporate Bank, Ltd. ("**Mizuho**"), U.S. Bank National Association, as indenture trustee

("**U.S. Bank**"), The Vanguard Group Inc. ("**Vanguard**"), and Wilmington Trust Company, as indenture trustee ("**Wilmington**," and together with BNY Mellon, Elliot, Mizuho, U.S. Bank and Vanguard, "**Applicants**"), each of whom is a current or former member of the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. ("**Committee**"), and the other above-captioned debtors, hereby withdraw the following applications:

i. *Amended Omnibus Application of Certain Individual Committee Members for Payments of Fees and Reimbursement of Expenses* [Docket No. 51685] ("**Amended Application**"): and

ii. *Omnibus Application of (I) Individuals Members of Committee of Unsecured Creditors and (II) Indenture Trustees Pursuant to Section 1129(a)(4), or, Alternately, Sections 503(b)(3)(D) and 503(b)(4) of Bankruptcy Code for Payment of Fees and Reimbursement of Expenses* [Docket No. 24762]

**PLEASE TAKE FURTHER NOTICE** that Wilmington, Mizuho, BNY Mellon and U.S. Bank, respectively, withdraw each of the following supplemental applications filed in connection with the Amended Application:

i. *Supplemental Application of Wilmington Trust Company, as Co-Chair of the Committee and Indenture Trustee, for Payment of Fees and Reimbursement of Expenses* [Docket No. 51684];

ii. *Supplemental Application for Payment of Fees and Expenses of its Counsel as a Substantial Contribution Award Based on Mizuho's Contribution as (a) a Creditors' Committee Member, (b) Co-Chair of the Creditors' Committee and (c) Individual Creditor* [Docket No. 51686];

iii. *Supplemental Motion Of The Bank Of New York Mellon For Allowance Of General Unsecured Claim And Deemed Distribution On Unsecured Claim* [Docket No. 51687]; and

iv. *Supplemental Application of U.S. Bank National Association, as Trustee, for Allowance of General Unsecured Claim, Deemed Distribution and Credit of Unsecured Claim and Enforcement of Charging Lien* [Docket No. 51726];

Dated: New York, New York
January 3, 2018

**COVINGTON & BURLING LLP**

By: /s/ Dianne F. Coffino
   Dianne F. Coffino
   Martin E. Beeler

The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
Fax: (212) 841-1010
Counsel for Wilmington Trust Company, as
Indenture Trustee

**LOEB & LOEB LLP**

By: /s/ Walter H. Curchack
   Walter H. Curchack

345 Park Avenue
New York, NY 10154
Telephone: (212) 407-4000
Fax: (212) 504-8058
Counsel for Wilmington Trust Company, as
Indenture Trustee

**STROOCK & STROOCK & LAVAN LLP**

By: /s/ Mark A. Speiser
   Mark A. Speiser
   Sherry J. Millman

180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Fax: (212) 806-6006
Counsel for Mizuho Bank Ltd., formerly known as
Mizuho Corporate Bank, Ltd.

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

By: /s/ Michael H. Ahrens
    Michael H. Ahrens

Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111
Telephone: (415) 774-3243
Fax: (415) 434-3947
Counsel for The Bank of New York Mellon, as Indenture Trustee

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

By: /s/ Matthew J. Gold
    Matthew J. Gold
    David Parker

551 Fifth Avenue, 18th Floor
New York, New York 10176
Phone: (212) 986-6000
Fax: (212) 986-8866
Counsel for Elliott Management Corp.

**SULLIVAN & WORCESTER LLP**

By: /s/ Richard Hiersteiner
    Richard Hiersteiner
    Jeanne P. Darcey

One Post Office Square
Boston, MA 02109
Phone: (617) 338-2800
Fax: (617) 338-2880
Counsel for U.S. Bank National Association, as Indenture Trustee

**ARENT FOX LLP**

By: /s/ David Dubrow
    David Dubrow
    George Angelich

1675 Broadway
New York, NY 10019
Phone : (212) 484-3957
Fax: (212) 484-3990
Counsel for The Vanguard Group Inc.