FILED / RECEIVED

DEC 13 2017

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings, Inc              ,           Case No.  56302  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Priscila Maria Pereira Correa da Fonseca            ZITA LTD.
_____                           _____
Name of Transferee                                   Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known):  56302
should be sent:  Rua Cesar Vallejo 360 23            Amount of Claim:  196,597.99
Andar, Sao Paulo 05686-000, Brazil                   Date Claim Filed:  Oct 29, 2009

                                                     +1 345 943 6055
Phone:  +5511375842450                               Phone: _____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):
Rua Cesar Vallejo 360 23 Andar,
Sao Paulo 05686-000, Brazil

Phone:  +5511375842450
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Priscila                              Date:  27-11-2017
     Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U.S.C. §§ 152 & 3571.



RECEIVED
DEC 26 2017
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK