**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------- x
                                                                 :   Chapter 11
In re:                                                           :
                                                                 :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                           :
                                                                 :   (Jointly Administered)
                    Debtors.                                     :
                                                                 :   Ref. Docket No. 57282
                                                                 :
---------------------------------------------------------------- X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 2, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 2, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
2nd day of January, 2018
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

08-13555-mg Doc 57359 Filed 01/03/18 Entered 01/03/18 12:35:24 Main Document Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000123718486 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000162393



FARALLON CAPITAL (AM) INVESTORS, L.P.
TRANSFEROR: J.P. MORGAN SECURITIES LLC
C/O FARALLON CAPITAL MANAGEMENT, LLC
ATTN: MAX STRASBURG
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

Please note that your claim # 58881-06 in the above referenced case and in the amount of $206,250.00 allowed at $206,250.00 has been transferred (unless previously expunged by court order)

MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.
TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P.
ATTN: MEREDITH R. SMITH
214 NORTH TRYON STREET, 15TH FLOOR
CHARLOTTE, NC 28255

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    57282    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/02/2018                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 2, 2018.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAP MGT ATTN:MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAP MGT ATTN:MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |

**Total Creditor Count 12**