**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :   Chapter 11
In re:                                                           :
                                                                 :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                         :
                                                                 :   (Jointly Administered)
                                    Debtors.                     :
                                                                 :   Ref. Docket No. 56917
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 2, 2018, I caused to be served the "Notice of Defective Transfer," dated January 2, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Konstantina Haidopoulos*
                                                    Konstantina Haidopoulos

Sworn to before me this
2nd day of January, 2018
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

    Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

**NOTICE OF DEFECTIVE TRANSFER**

COMPAGNIE MONEGASQUE DE BANQUE
23, AVENUE DE LA COSTA
MONACO 98000
 MONACO

BAR(23) MAILID *** 000123718550 ***        LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1098

UNIONE DI BNACHE ITALIANE SPA
ATTN SILVANA PISANI
PIAZZA VITTORIO VENETO N.8
24122 BERGAMO
 ITALY

**Your transfer of claim # 55743-04 is defective for the reason(s) checked below:**

Expunged By Court Order

Docket Number   56917              Date:  10/25/2017

/s/ Lauren Rodriguez

_____

_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| UNIONE DI BNACHE ITALIANE SPA | ATTN SILVANA PISANI, PIAZZA VITTORIO VENETO N.8, 24122 BERGAMO   ITALY |

**Total Creditor Count 2**