**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            )
In re                                                       )   Case No. 08-13555 (SCC)
                                                            )
Lehman Brothers Holdings Inc., et al.,                      )   Chapter 11
                                                            )
            Debtors.                                        )   Jointly Administered
                                                            )
------------------------------------------------------------x
```

## ORDER APPROVING MOTION FOR PROTECTIVE ORDER

Upon the motion, dated December 14, 2017 (the "Motion"), of Lehman Brothers Holdings Inc. (the "Plan Administrator") as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* (the "Plan"), on behalf of itself and the other affiliated debtors in the above-captioned cases (collectively, the "LBHI Debtors"), pursuant to Rule 9037(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), for entry of a protective order; and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this proceeding on the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and notice of the Motion having been given in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Dkt. No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found that cause exists under Rule 9037(d) of the Bankruptcy Rules, it is

ORDERED that the Motion is granted; and it is further

ORDERED that pursuant to Bankruptcy Rule 9037(d), a protective order requiring the redaction of "nonpublic personal information" within the meaning of the Gramm-Leach-Bliley Act, 15 U.S.C. § 6802, appearing in the official transcript of the proceedings held on December 6, 2017 at Tr. 1649:20, 1679:18, i18, and i32 and on December 7, 2017 at Tr. 1765:8, 1766:6, 1766:15, 1776:9, 1776:20, 1777:9, 1777:13, 1777:16, 1777:17-18, 1777:22, 1777:23, 1778:8, 1778:13-14, 1779:2, 1779:15, 1788:17, i4, i8, and i10 is entered; and it is further

ORDERED that pursuant to Bankruptcy Rule 9037(d), this protective order shall apply to the redaction of "nonpublic personal information" in all transcripts relating to the Estimation Proceedings in the above-referenced case; and it is further

ORDERED that the terms of this Order shall be effective and enforceable immediately upon its entry; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated:  January 3, 2018
　　　　New York, New York

　　　　　　　　　　　　　　　　　　/S/ Shelley C. Chapman
　　　　　　　　　　　　　　　　　　THE HONORABLE SHELLEY C. CHAPMAN
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE