**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                           :   Case No. 08-13555 (SCC)
                                                                   :
                                                                   :   (Jointly Administered)
                        Debtors.                                   :
                                                                   :   Ref. Docket Nos. 55894, 56937,
                                                                   :   56938, 57054, 57103, 57106, 57113
------------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 28, 2017, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated December 28, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Catherine Henriquez*
                                                    Catherine Henriquez

Sworn to before me this
28th day of December, 2017
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000123681678 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000104967



BANQUE CANTONALE DU VALAIS
C/O BAKER & MCKENZIE LLP
ATTN: IRA A. REID
452 FIFTH AVENUE
NEW YORK, NY 10018

Please note that your claim # 58552 in the above referenced case and in the amount of $33,086.00 allowed at $62,442.98 has been transferred (unless previously expunged by court order)

CFM INDOSUEZ WEALTH MONACO
TRANSFEROR: BANQUE CANTONALE DU VALAIS
ATTN: CATHERINE SABRE
11 BOULEVARD ALBERT 1ER
MONACO 98000
 MONACO

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    57103    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/28/2017              Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 28, 2017.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANQUE CANTONALE DU VALAIS | C/O BAKER & MCKENZIE LLP, ATTN: IRA A. REID, 452 FIFTH AVENUE, NEW YORK, NY 10018 |
| BANQUE CANTONALE DU VALAIS | TRANSFEROR: EFG BANK AG, ATTN: SETTLEMENT DEPARTMENT, PLACE DES CEDRES 8, SION 1950 SWITZERLAND |
| CFM INDOSUEZ WEALTH MONACO | TRANSFEROR: BANQUE CANTONALE DU VALAIS, ATTN: CATHERINE SABRE, 11 BOULEVARD ALBERT 1ER, MONACO 98000 MONACO |
| DM INVEST LTD. | TRANSFEROR: GREEN MARLIN LIMITED, #2 WESTERN ROAD LYFORD FINANCIAL CENTRE, LYFORD CAY PO BOX N-7776, NASSAU   THE BAHAMAS |
| EFG BANK AG | BAHNHOFSTRASSE 16, ATTN: ISABEL FARAGALLI, P.O. BOX 2255, ZURICH 8022 SWITZERLAND |
| EFG BANK AG | GREENBERG  TRAURIG LLP, ATTN: MARIA DECONZA, 200 PARK AVENUE, NEW YORK, NY 10166 |
| GREEN MARLIN LIMITED | CENTRE OF COMMERCE, 2ND FLOOR, 1 BAY STREET, PO BOX SS 6289, NASSAU   BAHAMAS |
| GRUSS DV MASTER FUND, LTD. | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU; SUNG YIM, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS GLOBAL INVESTORS MASTER FUND, LTD. | C/O GRUSS ASSET MANAGEMENT LP, ATTN: MICHAEL MONTICCIOLO, 667 MADISON AVE, NEW YORK, NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND, LTD. | DEBORAH S. TUCHMAN & ANDREW M. THAU, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, 4 TIMES SQ., NEW YORK, NY 10036 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: U.S. BANK NATIONAL ASSOCIATION, ATTENTION: MICHELE OLDS, 10350 PARK MEADOWS DRIVE, LITTLETON, CO 80124 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTENTION: MICHELE OLDS, 10350 PARK MEADOWS DRIVE, LITTLETON, CO 80124 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTENTION: MICHELE OLDS, 10350 PARK MEADOWS DRIVE, LITTLETON, CO 80124 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTENTION: MICHELE OLDS, 10350 PARK MEADOWS DRIVE, LITTLETON, CO 80124 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES, ATTN: TIMOTHY PILLAR, VP, EP-MN-WS1D, 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP, ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III, 111 WEST MONROE STREET, 18TH FLOOR, CHICAGO, IL 60603 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ATTN: ADAM SCOZZAFAVA, RODNEY SQUARE NORTH, MAIL CODE 1605, 1100 NORTH MARKET STREET, WILMINGTON, DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | KIT WEITNAUER, ESQ., ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ATTN: ADAM SCOZZAFAVA, RODNEY SQUARE NORTH, MAIL CODE 1605, 1100 NORTH MARKET STREET, WILMINGTON, DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | KIT WEITNAUER, ESQ., ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ATTN: ADAM SCOZZAFAVA, RODNEY SQUARE NORTH, MAIL CODE 1605, 1100 NORTH MARKET STREET, WILMINGTON, DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | KIT WEITNAUER, ESQ., ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |

**Total Creditor Count 22**