# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc. et al    Case No._08-13555 (SCC)(Jointly Administered)_

Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>Solus Opportunities Fund 3 LP | Name of Transferor:<br>DEUTSCHE BANK AG, LONDON BRANCH |
| Notices to Transferee should be sent to:<br>Solus Opportunities Fund 3 LP<br>c/o Solus Alternative Asset Management LP<br>410 Park Avenue, 11th Floor<br>New York, NY  10022<br>Fax (212) 284-4300<br>Attn: Solus Compliance Officer<br>Intralinks Access: Compliance@soluslp.com | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.# | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above):<br>Solus Opportunities Fund 3 LP<br>C/O The Bank of New York Mellon Trust Company, N.A.<br>601 Travis Street, 16th Floor<br>Houston, TX 77002-8039 | Name and Current Address of Transferor:<br>ATTN: RICH VICHAIDITH<br>C/O DEUTSCHE BANK SECURITIES INC.<br>60 WALL ST.<br>NEW YORK, NY 10005 |
| Type of Claim:  LBSF Class 4A<br>Partial Claim Amount:  25,602.85<br><br>Type of Claim:  LBSF Class 5C<br>Partial Claim Amount:  175,203.81 | |
| Court Claim Nos. (if known):<br>21885, 32620, 32624, 58609, | |
| Date Claims Filed:<br>September  21, 2009; September  22, 2009;<br>October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    _____    Date:    _____1/5/2018_____

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 &3571.*

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
       Attn: Clerk

AND TO:  Lehman Brothers Special Financing Inc. ("Debtor")
         Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 58609

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**SOLUS OPPORTUNITIES FUND 3 LP**
c/o Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022
Tel: 212-284-4317
Email: notices@soluslp.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 58609, in the allowed amount of $175,203.81 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated January 5, 2018.        .

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
     Name:
     Title:

By: _____
     Name:
     Title:

**SOLUS OPPORTUNITIES FUND 3 LP**
**By: Solus Alternative Asset Management LP**
**Ist Investment Advisor**

By: _____
     Name:
     Title:

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO:   Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 58609

**DEUTSCHE BANK AG, LONDON BRANCH,** its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**SOLUS OPPORTUNITIES FUND 3 LP**
c/o Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022
Tel: 212-284-4317
Email: notices@soluslp.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 58609, in the allowed amount of $175,203.81 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated January 5, 2018.

**DEUTSCHE BANK AG, LONDON BRANCH**          **SOLUS OPPORTUNITIES FUND 3 LP**
**By: Solus Alternative Asset Management LP**
**Ist Investment Advisor**

By: _____          By: _____
     Name:                                 Name: Gordon J Yeager
     Title:                                Title: Executive Vice President

By: _____
     Name:
     Title:

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
        Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 21885

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**SOLUS OPPORTUNITIES FUND 3 LP**
c/o Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022
Tel: 212-284-4317
Email: notices@soluslp.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 21885, in the allowed amount of \$23,898.95 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated January 5, 2018.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

**SOLUS OPPORTUNITIES FUND 3 LP**
**By: Solus Alternative Asset Management LP**
**Ist Investment Advisor**

By: _____
    Name:
    Title:

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
        Attn: Clerk

AND TO:  Lehman Brothers Special Financing Inc. ("Debtor")
          Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 21885

**DEUTSCHE BANK AG, LONDON BRANCH,** its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

      **SOLUS OPPORTUNITIES FUND 3 LP**
      c/o Solus Alternative Asset Management LP
      410 Park Avenue, 11th Floor
      New York, NY 10022
      Tel: 212-284-4317
      Email: notices@soluslp.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 21885, in the allowed amount of $23,898.95 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated January 5, 2018.

| **DEUTSCHE BANK AG, LONDON BRANCH** | **SOLUS OPPORTUNITIES FUND 3 LP**<br>**By: Solus Alternative Asset Management LP**<br>**Ist Investment Advisor** |
|---|---|
| By: _____ | By: _____ |
|     Name: |     Name:  Gordon J. Yeager |
|     Title: |     Title:  Executive Vice President |
| By: _____ | |
|     Name: | |
|     Title: | |

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:    United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
       Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
        Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 32620

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable
consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has
unconditionally and irrevocably sold, transferred and assigned unto:

**SOLUS OPPORTUNITIES FUND 3 LP**
c/o Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022
Tel: 212-284-4317
Email: notices@soluslp.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 32620, in the
allowed amount of $1,429.68 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other
court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the
Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to
a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code,
applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates
that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the
Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other
communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its
duly authorized representative dated January 5, 2018.      .

**DEUTSCHE BANK AG, LONDON BRANCH**

**SOLUS OPPORTUNITIES FUND 3 LP**
**By: Solus Alternative Asset Management LP**
**1st Investment Advisor**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
         Attn: Clerk

AND TO:   Lehman Brothers Special Financing Inc. ("Debtor")
          Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 32620

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**SOLUS OPPORTUNITIES FUND 3 LP**
c/o Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022
Tel: 212-284-4317
Email: notices@soluslp.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 32620, in the allowed amount of $1,429.68 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated January 5, 2018.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
      Name:
      Title:


By: _____
      Name:
      Title:

**SOLUS OPPORTUNITIES FUND 3 LP**
**By: Solus Alternative Asset Management LP**
**Ist Investment Advisor**

By: _____
      Name:    Gordon J. Yeager
      Title:     Executive Vice President

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
        Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 32624

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**SOLUS OPPORTUNITIES FUND 3 LP**
c/o Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022
Tel: 212-284-4317
Email: notices@soluslp.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 32624, in the allowed amount of $274.22 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated  January 5, 2018.        .

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

**SOLUS OPPORTUNITIES FUND 3 LP**
**By:  Solus Alternative Asset Management LP**
**Ist Investment Advisor**

By: _____
    Name:
    Title:

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
           Attn: Clerk

AND TO:   Lehman Brothers Special Financing Inc. ("Debtor")
              Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 32624

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**SOLUS OPPORTUNITIES FUND 3 LP**
c/o Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022
Tel: 212-284-4317
Email: notices@soluslp.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 32624, in the allowed amount of $274.22 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated January 5, 2018.

**DEUTSCHE BANK AG, LONDON BRANCH**      **SOLUS OPPORTUNITIES FUND 3 LP**
                                           **By: Solus Alternative Asset Management LP**
                                           **Ist Investment Advisor**

By: _____    By: _____
     Name:                                    Name:  Gordon J. Yeager
     Title:                                     Title:    Executive Vice President

By: _____
     Name:
     Title: