B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc.　　　　　　　　Case No. 08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SMBC Nikko Securities Inc. | SMBC Friend Securities Co., Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  SMBC Nikko Securities Inc.
  3-1, Marunouchi 3-chome, Chiyoda-ku,
  Tokyo 100-8325, Japan
  Attn: Toshiki Yasuhara

Phone: 81-3-5644-3111
Last Four Digits of Acct #:

Court Claim # (if known): 45938
Amount of Claim: $ 90,010.50
Date Claim Filed: 10/26/2009

Phone: 81-3-5644-3111 (*)
Last Four Digits of Acct. #:

*starting 01/01/2018 after the merger between the transferor and the transferee became effective

Name and Address where transferee payments should be sent (if different from above):
  SMBC Nikko Securities Inc.
  3-1, Marunouchi 3-chome, Chiyoda-ku,
  Tokyo 100-8325, Japan
  Attn: Toshiki Yasuhara
Phone: 81-3-5644-3111
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ M. Kamazuka　　　　　　　　　Date: 01/04/2018
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.