B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**                Case No. 08-13555
      **Lehman Brothers Special Financing Inc.**       **(jointly administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Banc of America Credit Products, Inc.**          **SOLUS OPPORTUNITIES FUND 3 LP**
Name of Transferee                                Transferor

Name and Address where notices to transferee      Court Claim # (if known):  _See Attached_
should be sent:                                   Total Amount of Claim Transferred:
                                                  USD $ _see attached_

Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036
Attn: Ryan Weddle / Ante Jakic
Telephone: (646) 855-7450
Fax: (646) 834-9780 / (804) 264-1108
E-mail: ryan.weddle@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com


Name and Address where transferee payments
should be sent (if different from above):



I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/Seth Denson_                    Date: _____1/5/2018_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     Clerk, United States Bankruptcy Court, Southern District of New York

**SOLUS OPPORTUNITIES FUND 3 LP**, located at 410 Park Avenue - 11th Floor, New York, NY 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned unto:

> Banc of America Credit Products, Inc.
> c/o Bank of America Merrill Lynch
> Bank of America Tower – 3rd Floor
> One Bryant Park
> New York, NY 10036
> Attn: Ryan Weddle / Ante Jakic
> Telephone: (646) 855-7450
> Fax: (646) 834-9780 / (804) 264-1108
> E-mail: ryan.weddle@baml.com / ante.jakic@baml.com
> Email: bas.infomanager@bankofamerica.com

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.**, having the Claim Numbers in in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| LBSF Claim # | Transferred Claim Amount |
|---|---|
| 32624 | $274.22 |
| 18795 | $21,176,595.00 |
| 32620 | $1,429.68 |
| 21885 | $23,898.95 |
| 58609 | $175,203.81 |
| 17198 | $9,789,524.65 |
| 18835 | $18,398,392.00 |
| 67648 | $14,825,845.96 |
| 13309 | $2,008,333.34 |
| 32403 | $21,038,559.04 |
| 37431 | $25,000,000.00 |
| 15325 | $39,260,000.00 |
| *Total* | **$151,698,056.65** |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

*[Signature Page Follows]*

- 3 -

129999837v3

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated January 5 , 2018.

SOLUS OPPORTUNITIES FUND 3 LP          BANC OF AMERICA CREDIT PRODUCTS, INC
By:  Solus Alternative Asset Management LP
Its Investment Advisor

By: _____          By: _____
    Name: Gordon J. Yeager                  Name:
    Title:  Executive Vice President         Title:

- 4 -

129999837v2