**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.*

                Debtors.

------------------------------------------------------------------- X

: Chapter 11
:
: Case No. 08-13555 (SCC)
:
: (Jointly Administered)
:
: Ref. Docket Nos. 56930, 57064,
: 57066, 57067

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 3, 2018, I caused to be served the "Notice of Defective Transfer," dated January 3, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                          */s/ Konstantina Haidopoulos*
                                                                           Konstantina Haidopoulos

Sworn to before me this
3rd day of January, 2018
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: MERRILL LYNCH INTERNATIONAL
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: RICH VICHAIDITH; 60 WALL ST.
NEW YORK, NY 10005

BAR(23) MAILID *** 000123753778 ***        LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1104



CVI AA LUX MASTER S.A.R.L.
C/O CARVAL INVESTORS, LLC - ATTN: KARL KITTELSON
9320 EXCELSIOR BLVD, 7TH FLOOR
HOPKINS, MN 55343

**Your transfer of claim # 20121-99 is defective for the reason(s) checked below:**

Other TRANSFEROR DOES NOT HOLD ENOUGH POSITION FOR THIS TRANSFER

Docket Number   56930           Date:  11/06/2017

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| CVI AA LUX MASTER S.A.R.L. | C/O CARVAL INVESTORS, LLC - ATTN: KARL KITTELSON, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU/SUNG YIM, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD | C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU/SUNG YIM, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD | C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU/SUNG YIM, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU/SUNG YIM, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU/SUNG YIM, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD | C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU/SUNG YIM, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD | C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU/SUNG YIM, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU/SUNG YIM, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD | C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU/SUNG YIM, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU/SUNG YIM, 510 MADISON AVENUE, NEW YORK, NY 10022 |

**Total Creditor Count 12**