**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
                                                                    :         Chapter 11
                                                                    :
In re:                                                              :
                                                                    :         Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                            :
                                                                    :         (Jointly Administered)
                              Debtors.                              :
                                                                    :         Ref. Docket Nos. 56935, 56960,
                                                                    :         56964, 56965, 56966, 56967, 57104,
                                                                    :         57105, 57154, 57255, 57256, 57266,
                                                                    :         57267, 57268, 57282, 57283, 57292,
                                                                    :         57293, 57294
------------------------------------------------------------------ X

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 4, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 4, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Konstantina Haidopoulos*
                                                    Konstantina Haidopoulos

Sworn to before me this
5th day of January, 2018
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000123785843 ***              LBH TRFNTC (MERGE2, TXNUM2) 4000104783



BANQUE CANTONALE DU VALAIS
C/O BAKER & MCKENZIE LLP
ATTN: IRA A. REID
452 FIFTH AVENUE
NEW YORK, NY 10018

Please note that your claim # 58508 in the above referenced case and in the amount of
$38,905.00 allowed at $63,859.76 has been transferred (unless previously expunged by court order)

CFM INDOSUEZ WEALTH MONACO
TRANSFEROR: BANQUE CANTONALE DU VALAIS
ATTN: CATHERINE SABRE
11 BOULEVARD ALBERT 1ER
98000 MONACO
 MONACO

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        57105                in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/04/2018                    Vito Genna, Clerk of Court

                        /s/ Lauren Rodriguez

                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 4, 2018.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN  ITALY |
| BANQUE CANTONALE DU VALAIS | C/O BAKER & MCKENZIE LLP, ATTN: IRA A. REID, 452 FIFTH AVENUE, NEW YORK, NY 10018 |
| BANQUE CANTONALE DU VALAIS | C/O BAKER & MCKENZIE LLP, ATTN: IRA A. REID, 452 FIFTH AVENUE, NEW YORK, NY 10018 |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| CA INDOSUEZ WEALTH (EUROPE) | TRANSFEROR: BANCA AKROS SPA, ATTN: JEROME DA COSTA, 39 ALLEE SCHEFFER, L-2520 LUXEMBOURG  LUXEMBOURG |
| CFM INDOSUEZ WEALTH MONACO | TRANSFEROR: BANQUE CANTONALE DU VALAIS, ATTN: CATHERINE SABRE, 11 BOULEVARD ALBERT 1ER, 98000 MONACO  MONACO |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10013 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST.,3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAP MGT ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAP MGT ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAP MGT ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAP MGT ATTN:MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAP MGT ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAP MGT ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LC; ATTN:MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAP MGT ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAP MGT ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| ING BELGIUM SA | TRANSFEROR: BANQUE CANTONALE DU VALAIS, ATTN: OLIVIER LEMAL - PRIVATE BANKING, RUE GEORGES CLEMENCEAU 13, 4000 LIEGE  BELGIUM |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 |

| Claim Name | Address Information |
|---|---|
| INC. | NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |

| Claim Name | Address Information |
|---|---|
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: U.S. BANK NATIONAL ASSOCIATION, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: U.S. BANK NATIONAL ASSOCIATION, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: U.S. BANK NATIONAL ASSOCIATION, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: U.S. BANK NATIONAL ASSOCIATION, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: U.S. BANK NATIONAL ASSOCIATION, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| RENATE HAUCK AND MICHAEL HAUCK | TRANSFEROR: BETHMANN BANK AG, BLUMENSTRABE 7, 40212 DUSSELDORF  GERMANY |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| TRC MASTER FUND LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: TERREL ROSS, 100 MERRICK ROAD, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: TERREL ROSS, 100 MERRICK ROAD, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: TERREL ROSS, 100 MERRICK ROAD, ROCKVILLE CENTRE, NY 11570 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES, ATTN: TIMOTHY PILLAR, VP, EP-MN-WS1D, 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP, ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III, 111 WEST MONROE STREET, 18TH FLOOR, CHICAGO, IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES, ATTN: TIMOTHY PILLAR, VP, EP-MN-WS1D, 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP, ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III, 111 WEST MONROE STREET, 18TH FLOOR, CHICAGO, IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES, ATTN: TIMOTHY PILLAR, VP, EP-MN-WS1D, 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP, ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III, 111 WEST MONROE STREET, 18TH FLOOR, CHICAGO, IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES, ATTN: TIMOTHY PILLAR, VP, EP-MN-WS1D, 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP, ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III, 111 WEST MONROE STREET, 18TH FLOOR, CHICAGO, IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES, ATTN: TIMOTHY PILLAR, VP, EP-MN-WS1D, 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP, ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III, 111 WEST MONROE STREET, 18TH FLOOR, CHICAGO, IL 60603 |

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| **Claim Name** | **Address Information** |
| --- | --- |

**Total Creditor Count 158**