

Evidence of Transfer

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 8% Lehman Bros. Sec. NV 2007-24.09.2008 | XS0320322901 | LBS NV | LBH Inc. | CHF 15'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**Community of heirs Dr. med. Nino Schmid**
Ottostrasse 30
CH-7000 Chur, Switzerland

TOC 515
FOC     UBS0208 GKB 16K 3385154

**Notice Pursuant to Bankruptcy Rule 3001**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.     Case No.: 08-13555 (JMP)
                                           Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**Community of heirs Dr. med. Nino Schmid** | Name of Transferor:<br>UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br>**Community of heirs Dr. med. Nino Schmid**<br>Ottostrasse 30<br>CH-7000 Chur, Switzerland | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br>Graubündner Kantonalbank<br>Engadinstrasse 27<br>CH-7001 Chur, Switzerland | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>CHF 15'000.00<br>(face amount of securities) | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   __(signatures, see the next page)____        Date:   _____
      Community of heirs
      **Nino Schmid**
      Ottostrasse 30, CH-7000 Chur

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC 515
~~TOC 515~~ UBS0208 GKB LOK 3385154

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ~~July 20,~~ 2017. December 12th

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

**Community of heirs Dr. med. Nino Schmid**
Transferee

By: _____  Mia Schmid

_____  Pico Schmid

_____  Marionna Schmid

_____  Riccarda Schmid