**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**
**Attn: Mary Lopez**
**One Bowling Green, Room 615-1**

**NEW YORK, NY 10004-1408**

**Re: Lehman Brothers Holdings Inc. et al Debtors**
      **Chapter 11,Case N° 08.13555 (JPM) (Jointly Administrated)**

**TRANSFER OF CLAIM n. # 56041**
**ISIN : XS0176153350**

**Transferor:**  UBS (ITALIA) SPA

**Transferee:** BANCA AKROS SPA

Best regards.



                                     **BANCA AKROS SPA**

B 210A (Form 210A) (12/09)

**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:     Lehman Brothers Holdings Inc.

Case No.: <u>08-13555</u>
Court ID (Court Use Only) CA04333

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>Banca Akros SpA | Name of Transferor:<br>UBS Europe SE |
| Notices to Transferee should be sent to:<br>Banca Akros Spa<br>Viale Eginardo 29<br>Milano Italy<br>PHONE +39 02 4344 4007<br>Attn: Sandro Baccaini<br>EMAIL sandro.baccaini @bancaakros.it | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS Europe SE<br>Succursale Italia<br>Via Benigno Crespi 24<br>20159 Milano Italy |
| Amount of Claim Being Transferred:<br><br>EUR 100,000.00<br>(face amount securities) | |
| Court Claim No. (if known): | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date:     November 7, 2017
      Banca Akros Spa
      Mr Sandro Baccaini
      Nominee
      Viale Eginardo, 29
      20149 Milano
      Italy

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

JAN - 2 2018

**Evidence of Transfer**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy
Court")
One Bowling Green
New York, New York  10004
Attention: Clerk of the Court

AND TO:   Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number:  *In re Lehman Brothers Holdings Inc.,* 08-13555

Proof of Claim Number: 640431 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is
based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| LEHMAN 10/10/13 TV DEFAULT EUR | XS0176153350 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc.. | 100,000.00 |

The aggregate amount of the Transferred Claim is To Be Determined.  For the avoidance of
doubt, these Lehman Programs Securities are described on the Addendum to the Proof of
Claim.

**UBS EUROPE SE**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably
transferred and assigned to:

Banca Akros Spa
Viale Eginardo, 29
20149 Milano
Italy
*Telephone*: +39 02 4344 4007
Fax: + 39 02 4344 4304
Attention:  Mr Sandro Baccaini

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No.
CA04333 in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings
of the Debtor.

Transferor hereby waives *any* objection to the transfer of the Transferred Claim to Transferee on the
books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent
permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules
of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.

Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 7, 2017

UBS Europe SE
Transferor

By: _____
    Name: Petracca Ivo
    Title: Head of Operation

By: _____
    Name: Piadena Maria Luisa
    Title: Service Delivery Team Leader


ACKNOWLEDGED BY:

Banca Akros Spa
Transferee

By: _____
    Name:  Mr Sandro Baccaini
    Title: Nominee