**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>v.<br><br>1ST ADVANTAGE MORTGAGE, LLC *et al.*,<br><br>Defendants. | Central Adversary<br>Docket No. 16-01019 (SCC) |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that American Mortgage Law Group, P.C. pursuant to Local Rule 2090-1(e) hereby withdraws counsel James W. Brody, as counsel of record for the following parties (collectively, the "Parties"), and requests that Mr. Brody to be removed from all notices, including email notices, pleadings, and service lists given or filed in the above captioned matter. [1]

Approved Funding Corp. (16-01284-SCC); Arlington Capital Mortgage Corporation (16-01351-SCC); Broadview Mortgage Corporation (16-01286-SCC); BWC Mortgage Services f/k/a Commerce Home Mortgage, Inc. f/k/a Simonich Corp. (16-01376- SCC); CMG Mortgage, Inc. (16-01332-SCC); Congressional Bancshares, Inc. (16-01003-SCC); First California Mortgage Company (16-01313-SCC); First Mortgage Corporation (16-01290-SCC); Hartland Mortgage Centers, Inc. (16-01317-SCC); Gateway Funding Diversified Mortgage Services, L.P. (16-01351-SCC); Loan Simple, Inc. f/k/a Ascent Home Loans Inc. (16-01309-SCC); MC Advantage,

---

[1] Mr. James W. Brody has left American Mortgage Law Group, P.C.

LLC f/k/a Republic Mortgage Home Loans, LLC (16-01334-SCC); Mega Capital Funding, Inc. (16-01304-SCC); New Fed Mortgage Corp. (16-01299- SCC); Oaktree Funding Corp. (16-01298- SCC); Republic State Mortgage Co. (16-01365- SCC); Residential Home Funding Corp. (16-01361-SCC); Ross Mortgage Corporation (16-01324-SCC); Sterling National Mortgage Company, Inc. (16-01316-SCC); Sun American Mortgage Company (16-01296-SCC); Windsor Capital Mortgage Corporation (16-01333-SCC); and WR Starkey Mortgage, LLP (16-01326-SCC).

**PLEASE TAKE FURTHER NOTICE** that this withdrawal is limited to James W. Brody, Esq., and does not impact the representation of the Parties by other American Mortgage Group, P.C. attorneys in the above-captioned matter.

Dated: January 9, 2017
Petaluma, California

Respectfully Submitted,

By: */S/ Tracy L. Henderson, Esq.*

AMERICAN MORTGAGE LAW GROUP, PC
Tracy L. Henderson, Esq.
775 Baywood Drive, Suite 100,
Petaluma, CA 94954
Telephone: (415) 878-0030
Facsimile: (415) 878-0035
thenderson@americanmlg.com
*Counsel for Defendants*
*Approved Funding Corp.; Arlington Capital Mortgage Corporation; Broadview Mortgage Corporation; BWC Mortgage Services f/k/a Commerce Home Mortgage, Inc. f/k/a Simonich Corp; CMG Mortgage, Inc.; Congressional Bancshares, Inc.; First California Mortgage Company; First Mortgage Corporation; Hartland Mortgage Centers, Inc.; Gateway Funding Diversified Mortgage Services, L.P.; Loan Simple, Inc. f/k/a Ascent Home Loans Inc.; MC Advantage, LLC f/k/a Republic Mortgage Home Loans, LLC; Mega Capital Funding, Inc.; New Fed Mortgage Corp.; Oaktree Funding Corp.; Republic State Mortgage Co.; Residential Home Funding Corp.; Ross Mortgage Corporation; Sterling National Mortgage Company, Inc.; Sun American Mortgage Company; Windsor Capital Mortgage Corporation; and WR Starkey Mortgage, LLP*