**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al*, | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

## <u>REQUEST FOR REMOVAL FROM ECF NOTIFICATIONS</u>

Gerard C. Catalanello, an attorney with Alston & Bird LLP, requests that

he be removed from the ECF notification in the above captioned case.

Dated: New York, New York
　　　　January 10, 2018

**ALSTON & BIRD LLP**

By: /s/ Gerard C. Catalanello
　　　Gerard C. Catalanello, Esq.
　　　90 Park Avenue
　　　New York, NY 10016
　　　Telephone: (212) 210-9400