WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza
Joseph G. Davis (*pro hac vice*)
Benjamin P. McCallen

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 945-7468
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)

*Attorneys for Debtors Lehman Brothers Holdings Inc.*
*and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                            )
In re                                       )   Case No. 08-13555 (SCC)
                                            )
Lehman Brothers Holdings Inc., *et al.*,    )   Chapter 11
                                            )
        Debtors.                            )   Jointly Administered
                                            )
------------------------------------------------------------x

### NOTICE OF CANCELLATION OF CERTAIN SCHEDULED TRIAL DATES

**PLEASE TAKE NOTICE** that the following dates previously noticed in the Estimation Proceeding being conducted pursuant to that certain settlement agreement approved by order dated July 6, 2017 [Docket No. 55706] (the "**Estimation Proceeding**") will not take place:

- January 16, 2018;

- January 17, 2018; and

- January 23, 2018.

**PLEASE TAKE FURTHER NOTICE** that the Estimation Proceeding will continue, as previously noticed, on **January 18, 2018** at **9:30 a.m.** (prevailing Eastern Time) before the Honorable Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, Courtroom 623, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the Estimation Proceeding is also expected to continue on **February 5, 2018** and **February 6, 2018** at **10:00 a.m.** (prevailing Eastern Time) and an additional date to be noticed at a later time.

Dated:  January 12, 2018
        New York, New York

By:  /s/ Todd G. Cosenza
        Paul V. Shalhoub
        Todd G. Cosenza
        Joseph G. Davis (*pro hac vice*)
        Benjamin P. McCallen
        WILLKIE FARR & GALLAGHER LLP
        787 Seventh Avenue
        New York, New York 10019
        Telephone: (212) 728-8000
        Facsimile: (212) 728-8111

        Michael A. Rollin
        Maritza Dominguez Braswell (*pro hac vice*)
        JONES & KELLER, P.C.
        1999 Broadway, Suite 3150
        Denver, Colorado 80202
        Telephone: (303) 573-1600
        Facsimile: (303) 573-8133

        *Attorneys for Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation*

2