**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
In re                                              :   Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :   08-13555 (SCC)
                                                   :
                    Debtors.                       :   (Jointly Administered)
                                                   :
-----------------------------------------------------------------x   Ref. Docket No. 57472

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 12, 2018, I caused to be served the "Notice of Cancellation of Certain Scheduled Trial Dates," dated January 12, 2018 [Docket No. 57472], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A,

   b. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed Exhibit B, and

   c. delivered via electronic mail to those parties listed in the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
15th day of January, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
## Overnight Mail – Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al*. **– Case No. 08-13555**
**Additional First Class Mail Service List**

FAEGRE BAKER DANIELS LLP
ATTN: MICHAEL M. KRAUSS
(COUNSEL TO 'SANTA FE ENTITIES')
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN  55402-3901

LATHAM & WATKINS LLP
ATTN: DAVID S. HELLER
(COUNSEL TO FANNIE MAE)
330 N WABASH AVE STE 2800
CHICAGO, IL 60611

EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT DEPARTMENT
EATON CENTER
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114-2584

# EXHIBIT C

08-13555-mg    Doc 57479    Filed 01/16/18    Entered 01/16/18 12:21:44    Main Document
Pg 7 of 15

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555**
**Electronic Mail Master Service List**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.lanza@dlapiper.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com

avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cohen@sewkis.com
cp@stevenslee.com
cppappas@dilworthlaw.com
cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555**
**Electronic Mail Master Service List**

craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dblack@hsgllp.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfliman@kasowitz.com
dgoldberg@hsgllp.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com

dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com
ecohen@russellinvestments.com
edelucia@hsgllp.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
farrington.yates@kobrekim.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555**
**Electronic Mail Master Service List**

| | |
|---|---|
| gabriel.delvirginia@verizon.net | jean-david.barnea@usdoj.gov |
| gary.ravertpllc@gmail.com | jeanites@whiteandwilliams.com |
| gavin.alexander@ropesgray.com | jeannette.boot@wilmerhale.com |
| gbray@milbank.com | jeff.wittig@united.com |
| ggitomer@mkbattorneys.com | jeldredge@velaw.com |
| ggoodman@foley.com | jennifer.demarco@cliffordchance.com |
| giddens@hugheshubbard.com | jennifer.gore@shell.com |
| gkaden@goulstonstorrs.com | jg5786@att.com |
| glenn.siegel@morganlewis.com | jgenovese@gjb-law.com |
| gmoss@riemerlaw.com | jguy@orrick.com |
| goldenberg@ssnylaw.com | jhiggins@fdlaw.com |
| gspilsbury@jsslaw.com | jhorgan@phxa.com |
| harrisjm@michigan.gov | jhuggett@margolisedelstein.com |
| harveystrickon@paulhastings.com | jim@atkinslawfirm.com |
| hbeltzer@chadbourne.com | jjureller@klestadt.com |
| heiser@chapman.com | jlamar@maynardcooper.com |
| hmagaliff@r3mlaw.com | jlawlor@wmd-law.com |
| holsen@stroock.com | jlee@foley.com |
| hooper@sewkis.com | jlevitin@cahill.com |
| howard.hawkins@cwt.com | jlscott@reedsmith.com |
| hseife@chadbourne.com | jmaddock@mcguirewoods.com |
| hsnovikoff@wlrk.com | jmazermarino@msek.com |
| hsteel@brownrudnick.com | jmelko@gardere.com |
| irethy@stblaw.com | jmerva@fult.com |
| israel.dahan@cwt.com | jmr@msf-law.com |
| izaur@cgr-law.com | jnm@mccallaraymer.com |
| j.zelloe@stahlzelloe.com | john.beck@hoganlovells.com |
| jacobsonn@sec.gov | john.goodchild@morganlewis.com |
| jalward@blankrome.com | john.monaghan@hklaw.com |
| james.berg@piblaw.com | john.mule@state.mn.us |
| james.mcclammy@dpw.com | john.rapisardi@cwt.com |
| james.moore@morganlewis.com | jonathan.goldblatt@bnymellon.com |
| james.sprayregen@kirkland.com | jonathan.henes@kirkland.com |
| jamesboyajian@gmail.com | jorbach@hahnhessen.com |
| jamestecce@quinnemanuel.com | joseph.cordaro@usdoj.gov |
| jar@outtengolden.com | joshua.dorchak@morganlewis.com |
| jay.hurst@oag.state.tx.us | jowen769@yahoo.com |
| jay@kleinsolomon.com | joy.mathias@dubaiic.com |
| jbeemer@entwistle-law.com | jpintarelli@mofo.com |
| jbrody@americanmlg.com | jporter@entwistle-law.com |
| jbromley@cgsh.com | jprol@lowenstein.com |
| jcarberry@cl-law.com | jrabinowitz@rltlawfirm.com |
| jchristian@tobinlaw.com | jrosenthal@mhlawcorp.com |
| jdoran@haslaw.com | jrsmith@hunton.com |
| jdwarner@warnerandscheuerman.com | jschiller@bsfllp.com |
| jdyas@halperinlaw.net | jschwartz@hahnhessen.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555**
**Electronic Mail Master Service List**

jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
kek@crb-law.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@fensterstock.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
mcolomar@diazreus.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanin@kasowitz.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555**
**Electronic Mail Master Service List**

michael.krauss@faegrebd.com
michael.kraut@morganlewis.com
michael.mccrory@btlaw.com
michael.solow@apks.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mitchell.berger@squirepb.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpedreira@proskauer.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
mshuster@hsgllp.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neil.herman@morganlewis.com
neilberger@teamtogut.com
ngueron@cgr-law.com
nicholas.zalany@squirepb.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com

nlieberman@hsgllp.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com

**LEHMAN BROTHERS HOLDINGS INC.**, *et al*. – Case No. 08-13555
**Electronic Mail Master Service List**

| | |
|---|---|
| rpedone@nixonpeabody.com | sschultz@akingump.com |
| rrainer@wmd-law.com | sselbst@herrick.com |
| rroupinian@outtengolden.com | sshimshak@paulweiss.com |
| rterenzi@stcwlaw.com | sskelly@teamtogut.com |
| russj4478@aol.com | sstarr@starrandstarr.com |
| ryaspan@yaspanlaw.com | stephen.cowan@dlapiper.com |
| sabin.willett@morganlewis.com | stephen.hessler@kirkland.com |
| sabramowitz@velaw.com | steve.ginther@dor.mo.gov |
| sabvanrooy@hotmail.com | steven.usdin@flastergreenberg.com |
| sally.henry@skadden.com | streusand@slollp.com |
| samuel.cavior@pillsburylaw.com | susheelkirpalani@quinnemanuel.com |
| sandyscafaria@eaton.com | swolowitz@mayerbrown.com |
| scargill@lowenstein.com | szuber@csglaw.com |
| schager@ssnylaw.com | szuch@wiggin.com |
| schannej@pepperlaw.com | tannweiler@greerherz.com |
| schepis@pursuitpartners.com | tbrock@ssbb.com |
| schnabel.eric@dorsey.com | tdewey@dpklaw.com |
| schristianson@buchalter.com | tgoren@mofo.com |
| scott.golden@hoganlovells.com | thenderson@americanmlg.com |
| scottj@sullcrom.com | thomas.califano@dlapiper.com |
| scottshelley@quinnemanuel.com | timothy.harkness@freshfields.com |
| scousins@armstrongteasdale.com | tkiriakos@mayerbrown.com |
| sdnyecf@dor.mo.gov | tlauria@whitecase.com |
| sehlers@armstrongteasdale.com | tmacwright@whitecase.com |
| sfalanga@thewalshfirm.com | tmm@mullaw.org |
| sfelderstein@ffwplaw.com | tnixon@gklaw.com |
| sfineman@lchb.com | toby.r.rosenberg@irscounsel.treas.gov |
| sfox@mcguirewoods.com | tomwelsh@orrick.com |
| sgordon@cahill.com | tsalter@blankrome.com |
| sgraziano@blbglaw.com | tslome@msek.com |
| sgubner@ebg-law.com | tunrad@burnslev.com |
| sharbeck@sipc.org | uitkin@kasowitz.com |
| shari.leventhal@ny.frb.org | vguldi@zuckerman.com |
| shgross5@yahoo.com | villa@slollp.com |
| skatona@polsinelli.com | vmilione@nixonpeabody.com |
| sldreyfuss@hlgslaw.com | vrubinstein@loeb.com |
| sleo@bm.net | wanda.goodloe@cbre.com |
| slerman@ebglaw.com | wbenzija@halperinlaw.net |
| slerner@ssd.com | wcurchack@loeb.com |
| sloden@diamondmccarthy.com | wfoster@milbank.com |
| smillman@stroock.com | will.sugden@alston.com |
| smulligan@bsblawyers.com | wisotska@pepperlaw.com |
| snewman@katskykorins.com | wk@pwlawyers.com |
| sory@fdlaw.com | wmaher@wmd-law.com |
| squsba@stblaw.com | wmarcari@ebglaw.com |
| sree@lcbf.com | wmckenna@foley.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555**
**Electronic Mail Master Service List**

wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yuwatoko@mofo.com

**LEHMAN BROTHERS HOLDINGS INC.,** *et al***. – Case No. 08-13555**
**Additional Electronic Mail Service List**

alfredo.perez@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
lgomez@msek.com
maryann.gagliardi@wilmerhale.com
robert.lemons@weil.com