**Presentment Date: January 26, 2018, 12:00 noon**
**Objection Deadline: January 26, 2018, 11:30 a.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
**In re:**

**LEHMAN BROTHERS HOLDINGS INC., et al.**

          **Debtors.**
----------------------------------------------------------------x

**Chapter 11**
**Case No. 08-13555 (SCC)**

### NOTICE OF PRESENTMENT OF ORDER OF SUBSTITUTION

     **PLEASE TAKE NOTICE**, that Fondo de Proteccion Social de los Depositos Bancarios,

f/k/a Fondo de Proteccion Social de los Depositos Bancarios y Proteccion Bancaria

("FOGADE"), by their attorneys, White & Wolnerman, PLLC ("W&W") will present the

annexed Stipulation and [proposed] Order substituting W&W as counsel of record for FOGADE

and relieving Otterbourg, P.C. ("Otterbourg") and Homer Bonner Jacobs, P.A. ("HBJ") as

counsel of record for FOGADE, which Order will be presented before the Honorable Shelley C.

Chapman, United States Bankruptcy Judge in the United States Bankruptcy Court for the

Southern District of New York, at the courthouse located at One Bowling Green, New York,

N.Y. 10004 on January 26, 2017 at 12:00 noon

     **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order must

be made in writing and received in the Bankruptcy Judge's chambers and the undersigned, not later

than 11:30 a.m. on January 26, 2018. The ECF docket number to which the filing relates shall be

included in the upper right hand corner of the caption of all objections. Unless objections are

received by that time, the order may be signed.

Dated: New York, New York
      January 16, 2018

                         WHITE & WOLNERMAN, PLLC

                         By: /s/ Randolph E. White
                         *Attorneys for FOGADE*
                         950 Third Avenue, 11th Floor
                         New York, NY  10022
                         212-308-0667