Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Credit Suisse (Schweiz) AG | Credit Suisse Deuschland AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Cravath, Swaine & Moore LLP KWJS & S
Mr. Trevor Broad         Mrs. St. Sweeney
825 8th Avenue           200 West 41st Street
New York NY 10019        17th Floor
                         New York, NY 10036

Phone: _____
Last Four Digits of Acct #: -_____

Court Claim # (if known): 55824
Date Claim Filed: 10 / 29 / 2009
Amount of Claim: -
Portion of Claim Transferred (see Schedule I): see Evidence of Transfer of Claim Form

Phone: 0049 69 7538 5370
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____    Date: January 16, 2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse Deutschland AG** ("Transferor") unconditionally and irrevocably transferred to **Credit Suisse (Schweiz) AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55824**) related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 15th **January 2018.**

**CREDIT SUISSE (DEUTSCHLAND) AG**

Susanna Richardt
Handlungsvollmacht
Operations

Stephan Koch
Director
Operations

## SCHEDULE I

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units |
|---|---|---|---|---|
| XS0235227302 | 55824 | 10/29/2009 | Lehman Bros Treasury Co. B.V. | 120 |
| XS0268033908 | 55824 | 10/29/2009 | Lehman Bros Treasury Co. B.V. | Nom. 60.000 |
| DE000A0NXKZ9 | 55824 | 10/29/2009 | Lehman Bros Treasury Co. B.V. | 35 |
| DE000A0MJHE1 | 55824 | 10/29/2009 | Lehman Bros Treasury Co. B.V. | 100 |
| XS0290294742 | 55824 | 10/29/2009 | Lehman Bros Treasury Co. B.V. | 100 |
| DE000A0N6GH8 | 55824 | 10/29/2009 | Lehman Bros Treasury Co. B.V. | 201 |
| DE000A0N7XQ2 | 55824 | 10/29/2009 | Lehman Bros Treasury Co. B.V. | 10 |
| DE000A0MHXQ6 | 55824 | 10/29/2009 | Lehman Bros Treasury Co. B.V. | 36 |
| XS0292248977 | 55824 | 10/29/2009 | Lehman Bros Treasury Co. B.V. | Nom.184.500 |