Presentment Date: January 26, 2018, 12:00 noon
Objection Deadline: January 26, 2018, 11:30 a.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**In re:**

**LEHMAN BROTHERS HOLDINGS INC., et al.**

**Chapter 11**
**Case No. 08-13555 (SCC)**

**Debtors.**
-----------------------------------------------------------------x

## AMENDED NOTICE OF PRESENTMENT OF ORDER OF SUBSTITUTION

**PLEASE TAKE NOTICE**, that Fondo de Proteccion Social de los Depositos Bancarios, f/k/a Fondo de Proteccion Social de los Depositos Bancarios y Proteccion Bancaria ("FOGADE"), by their attorneys, White & Wolnerman, PLLC ("W&W") will present the annexed Stipulation and [proposed] Order substituting W&W as counsel of record for FOGADE and relieving Otterbourg, P.C. ("Otterbourg") and Homer Bonner Jacobs, P.A. ("HBJ") as counsel of record for FOGADE, which Order will be presented before the Honorable Shelley C. Chapman, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York, at the courthouse located at One Bowling Green, New York, N.Y. 10004 on January 26, 2018 at 12:00 noon.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order must be made in writing and received in the Bankruptcy Judge's chambers and the undersigned, not later than 11:30 a.m. on January 26, 2018. The ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections. Unless objections are

received by that time, the order may be signed.

Dated: New York, New York
       January 17, 2018                    WHITE & WOLNERMAN, PLLC

                                          By: /s/ Randolph E. White
                                          *Attorneys for FOGADE*
                                          950 Third Avenue, 11th Floor
                                          New York, NY 10022
                                          212-308-0667