WHITE & WOLNERMAN, PLLC
Attorneys for
FOGADE
950 Third Avenue, 11th Floor
New York, NY 10022
212-308-0667

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.<br><br>    Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |

------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

Randolph E. White hereby certifies that I am a member of the bar of the State of New York, admitted to practice before this Court and counsel for Fondo de Proteccion Social de los Depositos Bancarios, f/k/a Fondo de Proteccion Social de los Depositos Bancarios y Proteccion Bancaria ("FOGADE").

1.    I certify that on January 16, 2018 FOGADE's January 16, 2018 Notice of Presentment, with Supporting Application and Exhibits [Doc. No. 57482] and on January 17, 2018 FOGADE's Amended Notice of Presentment of Order of Substitution [Doc. No. 57485] was filed on this Court's Electronic Case Filing System with notice given to each registered user. In addition thereto, FOGADE's Notice of Presentment dated on January 16, 2018, with Supporting Application and Exhibits [Doc. No. 57482] and FOGADE's Amended Notice of Presentment of Order of Substitution dated on January 17, 2018 [Doc. No. 57485], was sent by email transmission

to the following interested parties: (i) Luis Delgado, Esq., Adam Schwartz, Esq., Homer Bonner Jacobs, P.C.; and (ii) Erik Weinick, Esq., Otterbourg, P.C.

Dated: New York, New York
January 17, 2018

      /s/ Randolph E. White\_\_\_\_
      Randolph E. White