**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 56912, 57463
:
---------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST FUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 12, 2018, I caused to be served the "Notice of Defective Transfer," dated January 12, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
15th day of January, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in the County of Queens
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000124176325 ***        LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 22279



BANK HAPOALIM B.M.                         BANK HAPOALIM B.M.
18851 NE 29TH AVE                          ATTN: DAVID HERTZ & HAROLD J. WEISSLER
MIAMI, FL 33180                            1177 AVENUE OF THE AMERICAS
                                           NEW YORK, NY 10019

SENTA SELIGMANN
11 BENJAMIN PLACE
CHESTNUT HILL, MA 02467

**Your transfer of claim # 55854-44 is defective for the reason(s) checked below:**

Other Not enough claim holding in the specified blocking number

Docket Number   56912              Date:  10/23/2017

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN   ITALY |
| BANCA AKROS SPA | ATTN: SANDRO BACCAINI, VIALE EGINARDO 29, MILANO   ITALY |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK HAPOALIM B.M. | 50, ROTHSCHILD BLVD, 66883 TEL AVIV   ISRAEL |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK HAPOALIM B.M. | 50, ROTHSCHILD BLVD, 66883 TEL AVIV   ISRAEL |
| SENTA SELIGMANN | 11 BENJAMIN PLACE, CHESTNUT HILL, MA 02467 |
| SENTA SELIGMANN | 11 BENJAMIN PLACE, CHESTNUT HILL, MA 02467 |

**Total Creditor Count 12**