# EXHIBIT K

**Lehman BrosLiquidity**

## Notice of Termination

RNS Number : 0431M
Lehman Brothers Liquidity Fund Plc
21 January 2009


Company Announcement


For Immediate Release                                                                 21 January 2009


Lehman Brothers Liquidity Funds Plc (the Company)
Lehman Brothers Sterling Liquidity Fund (the 'Fund')


Re: Notice of termination


The board of directors of the Company (the Directors) wish to announce their decision to terminate the Fund with effect from 29 January 2009 (the Termination Date) on the recommendation of Lehman Brothers Asset Management (Europe) Limited, which acts as investment manager to the Fund (the Investment Manager) and in accordance with the terms of the prospectus of the Company dated 31 July 2008 (the Prospectus) and the provisions of the Company's memorandum and articles of association. Capitalised terms that are used and not otherwise defined herein shall have the meaning ascribed to them in the Prospectus.

Dealings in the Fund remain suspended. However the Directors have now deemed it appropriate to terminate the Fund due to the continuing adverse economic and fiscal conditions affecting the Fund and the unlikely improvement in such conditions and on the advice of the Investment Manager. The Directors and the Investment Manager consider such action to be in the best interests of the shareholders in the Fund.

Under the terms of the termination, all outstanding shares in the Fund will be redeemed at the Net Asset Value per Share on the appropriate Dealing Day less such sums as the Company in its discretion may from time to time determine as an appropriate provision for Duties and Charges in relation to the redemption and cancellation of the shares to be redeemed. The Directors have decided to accrue a provision into the Net Asset Value per Share of the Fund for the purposes of paying expenses which may arise during the termination.

The redemptions proceeds will be paid as and when the assets of the Fund mature and accordingly it is intended that shareholders will receive approximately 97% of their redemption proceeds on or shortly after the Termination Date with the balance to be paid on or shortly after the date the final asset is either sold or matures which is expected to be no later than June 2009.

No shareholder meeting or vote is necessary in connection with these matters and therefore no action is required by shareholders.

Shareholders are advised to contact their professional adviser in connection with any questions concerning the matters described above.




Enquiries

A&L Listing Limited                                                   Contact: Christina Fahey
                                                                      Phone: +353 1 649 2738




Company Announcement


For Immediate Release                                                                 21 January 2009


Lehman Brothers Liquidity Funds Plc (the Company)
Lehman Brothers Euro Liquidity Fund (the 'Fund')


Re: Notice of termination


The board of directors of the Company (the Directors) wish to announce their decision to terminate the Fund with effect from 29 January 2009 (the Termination Date) on the recommendation of Lehman Brothers Asset Management (Europe) Limited, which acts as investment manager to the Fund (the Investment Manager) and in accordance with the terms of the prospectus of the Company dated 31 July 2008 (the Prospectus) and the provisions of the Company's memorandum and articles of association. Capitalised terms that are used and not otherwise defined herein shall have the meaning ascribed to them in the Prospectus.

Dealings in the Fund remain suspended. However the Directors have now deemed it appropriate to terminate the Fund due to the continuing adverse economic and fiscal conditions affecting the Fund and the unlikely improvement in such conditions and on the advice of the Investment Manager. The Directors and the Investment Manager consider such action to be in the best interests of the shareholders in the Fund.

Under the terms of the termination, all outstanding shares in the Fund will be redeemed at the Net Asset Value per Share on the appropriate Dealing Day less such sums as the Company in its discretion may from time to time determine as an appropriate provision for Duties and Charges in relation to the redemption and cancellation of the shares to be redeemed. The Directors have decided to accrue a provision into the Net Asset Value per Share of the Fund for the purposes of paying expenses which may arise during the termination.

The redemptions proceeds will be paid on or shortly after the Termination Date.

No shareholder meeting or vote is necessary in connection with these matters and therefore no action is required by shareholders.

Shareholders are advised to contact their professional adviser in connection with any questions concerning the matters described above.

Enquiries

A&L Listing Limited                                      Contact: Christina Fahey
                                                         Phone: +353 1 649 2738

This announcement has been issued through the Companies Announcement Service of
The Irish Stock Exchange

This information is provided by RNS
The company news service from the London Stock Exchange

END

ISEUAONRKWRAUAR

Data provided by FE. Care has been taken to ensure that the information is correct, but FE neither warrants, represents nor guarantees the contents of information, nor does it accept any responsibility for errors, inaccuracies, omissions or any inconsistencies herein. Past performance does not predict future performance, it should not be the main or sole reason for making an investment decision. The value of investments and any income from them can fall as well as rise.

© Trustnet Limited 2018. All Rights Reserved.
Please read our **Terms of Use / Disclaimer** and **Privacy and Cookie Policy**.
Data supplied in conjunction with Thomson Financial Limited, London Stock Exchange Plc, StructuredRetailProducts.com and ManorPark.com