United States Bankruptcy Court

For the Southern District of New York

One Bowling Green

Attention: Clerk of the Court

New York, New York 10004

USA



Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.          Case No.: 08-13555 (JMP)
                                                Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Commerzbank | Name of Transferor:<br>Banque Cantonale du Valais |
|---|---|
| Notices to Transferee should be sent to:<br>Commerzbank AG<br>Norbert Blöser<br>Louisenstraße 66, 61348 Bad Homburg<br><br>Telefon: +49 6172 804 168<br>Telefax: +49 6172 804 197<br>Email: norbert.bloeser@commerzbank.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>Banque Cantonale du Valais<br>Rue des Cèdres 8<br>1951 Sion, Switzerland<br>Attn: Tavelli Grégoire<br>+41 58 324 6432 - gregoire.tavelli@bcvs.ch |
| Amount of Claim Being Transferred:<br><br>EUR 30'000 (face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 58518 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____        Date: _____21.12.17_____
Commerzbank AG - Norbert Blöser
authorized representative

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence of Transfer

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: *58518* (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Issue of EUR 3'500'000 Index-Linked Notes due February 2012 relating to the Dow Jones Eurostoxx 50 Index | XS0286900708 | LBT Bv | LBH Inc. | EUR 30'000 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 13 and in paragraphs/lines 19 of the Addendum to the Proof of Claim.

BANQUE CANTONALE DU VALAIS, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Commerzbank AG
Norbert Blöser
Louisenstraße 66
61348 Bad Homburg

Telefon: +49 6172 804 168
Telefax: +49 6172 804 197
Email: norbert.bloeser@commerzbank.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court

may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 15, 2014.

Banque Cantonale du Valais
Transferor

By: _____
Name:  Stéphane Travelletti
Title:  Autorized Manager

By: _____
Name:  Grégoire Tavelli
Title:  Mandatory

ACKNOWLEDGED BY:

Commerzbank AG
Transferee

By: _____
Name:  Norbert Blöser
Title:  Authorized representative

Commerzbank AG
Geschäftskundenberatungszentrum
Bad Homburg v. d. Höhe
Louisenstrasse 66
61348 Bad Homburg v. d. Höhe