**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                                   :   Chapter 11
                                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :   No.: 08-13555 (SCC)
                                                                            :
        Debtors.                                          :
                                                                            :
------------------------------------------------------------x
LEHMAN BROTHERS HOLDINGS INC.,                :   Adversary Proceeding
                                                                            :
        Plaintiff,                                        :   No. 16-01019 (SCC)
                                                                            :
  - against -                                                 :
                                                                            :
1ST ADVANTAGE MORTGAGE, LLC, *et al.*,          :
                                                                            :
        Defendants.                                    :
------------------------------------------------------------x
LEHMAN BROTHERS HOLDINGS INC.,                :   Adversary Proceeding
                                                                            :
        Plaintiff,                                        :   No. 16-01325 (SCC)
                                                                            :
  - against -                                                 :   **STIPULATION AND ORDER**
                                                                            :   **OF SUBSTITUTION OF**
SECURITYNATIONAL MORTGAGE                    :   **COUNSEL AND NOTICE OF**
COMPANY,                                                        :   **APPEARANCE**
        Defendant.                                       :
------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to the United States Bankruptcy Court, Southern District of New York, Local Rule 2090-1, that the law firm of Fensterstock Adler LLP is hereby substituted in the place and stead of Fensterstock & Partners LLP as counsel of record for defendant SecurityNational Mortgage Company in the above-captioned action.

      PLEASE TAKE NOTICE that the law firm of Fensterstock & Partners LLP hereby withdraws its appearance as counsel for defendant SecurityNational Mortgage Company in the above-captioned matter.

PLEASE TAKE NOTICE that Evan S. Fensterstock of the law firm of Fensterstock Adler LLP hereby enters its appearance as counsel for defendant SecurityNational Mortgage Company in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that copies of all notices, pleadings, correspondence and other communications given or filed in the above-captioned matter should be given and served upon the following:

Evan S. Fensterstock<br>
Fensterstock Adler LLP<br>
100 Broadway, 8th Floor<br>
New York, New York 10005<br>
Tel: (212) 785-4100<br>
Fax: (212) 785-4040<br>
ESF@fensterstockadler.com

| | |
|---|---|
| Date:  New York, New York<br>January 19, 2018 | Date:  New York, New York<br>January 19, 2018 |
| FENSTERSTOCK & PARTNERS LLP | FENSTERSTOCK ADLER LLP |
| By: /s/ *Evan S. Fensterstock*<br>Evan S. Fensterstock<br>100 Broadway, 8th Floor<br>New York, New York 10005<br>efensterstock@fensterstock.com<br>Tel.: (212) 785-4100<br>Fax: (212) 785-4040 | By: /s/ *Evan S. Fensterstock*<br>Evan S. Fensterstock<br>100 Broadway, 8th Floor<br>New York, New York 10005<br>ESF@fensterstockadler.com<br>Tel.: (212) 785-4100<br>Fax: (212) 785-4040 |
| *Withdrawing Counsel for*<br>*SecurityNational Mortgage Company* | *Substituting Counsel for*<br>*SecurityNational Mortgage Company* |

SO ORDERED:

_____
The Honorable Shelley C. Chapman
United States Bankruptcy Judge

New York, New York
January __, 2018