WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza
Joseph G. Davis (*pro hac vice*)
Benjamin P. McCallen

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 945-7468
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)

*Attorneys for Debtors Lehman Brothers Holdings Inc.
and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                                      )
In re                                                              )   Case No. 08-13555 (SCC)
                                                                      )
Lehman Brothers Holdings Inc., *et al.*,      )   Chapter 11
                                                                      )
            Debtors.                                           )   Jointly Administered
                                                                      )
---------------------------------------------------------x

## NOTICE OF ADDITIONAL SCHEDULED TRIAL DATES

**PLEASE TAKE NOTICE** that the Estimation Proceeding being conducted pursuant to that certain settlement agreement approved by order dated July 6, 2017 [Docket No. 55706] (the "**Estimation Proceeding**") will continue on **January 22, 2018** at **12:30 p.m.** (prevailing Eastern Time) before the Honorable Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, Courtroom 623, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the Estimation Proceeding is also expected to continue, as previously noticed, on February 5, 2018 and February 6, 2018 at 10:00 a.m. (prevailing Eastern Time).

Dated: January 19, 2018
New York, New York

By: /s/ Benjamin P. McCallen
Paul V. Shalhoub
Todd G. Cosenza
Joseph G. Davis (*pro hac vice*)
Benjamin P. McCallen
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202
Telephone: (303) 573-1600
Facsimile: (303) 573-8133

*Attorneys for Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation*