**AUTHENTICATION OF SIGNATURE NUMBER 5119/2018**

**AUTHENTICATION OF SIGNATURE OF PERSON SIGNING ON BEHALF OF A BODY CORPORATE OR IN THE NAME OF ANOTHER PERSON**

I, the undersigned, Mario Zelechowski, notary at 42 Weizman St., Kfar Saba, Israel, hereby certify that on 03.01.18 there appeared before me at my office, **Michal Nir - Simchen**, whose identity was proved to me by Israeli ID No. 058748260 issued by Ministry of The Interior of Israel and **Karina Shlemovich**, whose identity was proved to me by Israeli ID No. 308603737 issued by Ministry of The Interior of Israel.

and signed of their own free will the attached document marked "A", on behalf of **BANK HAPOALIM B.M.** and I certify that, with a view to establishing the right of the above to sign on behalf of **BANK HAPOALIM B.M.** there has been produced to me a certification.

In witness whereof I hereby authenticate the signature of **Michal Nir - Simchen and Karina Shlemovich**, by my own signature and notary's seal today 03.01.18.

Fees paid: 294 NIS + VAT

אישור אימות חתימה 5119/2018

**אימות חתימתו של אדם בשם תאגיד**

אני הח"מ, מריו סלצ'ובסקי, נוטריון בכפר-סבא, ישראל, רח' ויצמן 42 בכפר סבא, מצהיר בזה כי ביום 03.01.18 ניצבו לפני גב' **מיכל ניר - שמחן** שזהותה הוכחה לי על ידי תעודת זהות ישראלית מס' 058748260 שניתנה מאת משרד הפנים במדינת ישראל וגב' **קרינה שלמוביץ** שזהותה הוכחה לי על ידי תעודת זהות ישראלית מספר 308603737 שניתנה מאת משרד הפנים במדינת ישראל.

וחתמו בשם **בנק הפועלים בע"מ** מרצונם החופשי על המסמך המצורף והמסומן באות "א". אני מאשר כי להוכחת רשותם הנ"ל לחתום בשם **בנק הפועלים בע"מ** הוצג בפני אישור.

לראיה הנני מאשר את חתימתם של גב' **מיכל ניר - שמחן** וגב' **קרינה שלמוביץ** בחתימת ידי ובחותמי.
היום 03.01.18.

שכ"ט נוטריון בסך 294 ש"ח + מע"מ.

| חתימת הנוטריון<br>Signature | חותם הנוטריון<br>Seal |
|---|---|
| Mario Zelechowski<br>Notary<br>42 Weizman Street<br>Kfar Saba - Israel<br>Tel: 972-9-7400667<br>Fax: 972-9-7460294 | מריו סלצ'ובסקי<br>נוטריון<br>רח' ויצמן 42<br>כפר סבא – ישראל<br>טל: 09-7400667<br>פקס: 09-7460294 |



## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Hapoalim B.M.** ("Transferor") unconditionally and irrevocably transferred to **CREDIT SUISSE (LUXEMBOURG) S.A. ZWEIGNIEDERLASSUNG ÖSTERREICH AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Number. 55854** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON __03/01/__, 2018

**Bank Hapoalim B.M.**

By: _____
Name: Michal Nir - Simchen
Title:   Senior Vice President

By: _____
Name: Karina Shlemovich
Title:  Vice President

[Notary seal: מריו סלצ'ובסקי / MARIO ZELECHOWSKI / NOTAIRE]

"A"   "א"
MARIO ZELECHOWSKI
NOTARY

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units Currency |
|---|---|---|---|---|
| XS0346461634 | 55854 | OCTOBER 29.2009 | LEHMAN BROTHERS TSRY CO B.V | N.V 400,000 IN USD |

"A"    "א"
MARIO ZELECHOWSKI
NOTARY

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,   Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Credit Suisse Lux S.A. Zweigniederlassung Österreich
**Name of Transferee**

Bank Hapoalim B.M.
**Name of Transferor**

Name and Address where notices to transferee should be sent:

Stephanie R. Sweeney
Klestadt Winters Jureller
Southard & Stevens, LLP
570 Seventh Avenue, 17th Floor
New York, New York 10018

Phone: (212) 972-3000 Direct: (646) 998-6047
Last Four Digits of Acct #: _____

Court Claim # (if known): 55854
Date Claim Filed: October 29, 2009
Amount of Claim: USD 400,000.00
Portion of Claim Transferred (see Schedule I): _____

Phone: +972 -3-6014189 (fax)
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: Luxembourg, January 15. 2018
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.