## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **LEHMAN BROTHERS INC.,** | ) | **Case No. 08-13555 (SCC)** |
| | ) | |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

## REQUEST FOR REMOVAL FROM ECF NOTIFICATIONS

Marvin E. Clements, Jr., an attorney with the Office of the Tennessee Attorney General on behalf of the Tennessee Department of Revenue, requests that he be removed from the ECF notification in the above captioned case.

Respectfully Submitted,

Herbert H. Slatery III
Attorney General & Reporter

/s/ Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR. BPR.016031
Senior Counsel
Bankruptcy Division
Office of the Tennessee Attorney General
PO Box 20207
Nashville, Tennessee 37202-0207
(615) 741-1935
 agbanknewyork@ag.tn.gov

Dated: January 22, 2018