

Singapore, 13 December 2017

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

FILED / RECEIVED

JAN 0 2 2018 cw

EPIQ BANKRUPTCY SOLUTIONS, LLC

In re Lehman Brothers Holdings Inc., et al.,

Case Nos. 08-13555 (JMP)
(Jointly Administered)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by Credit Suisse AG, Hong Kong Branch (the "Transferor"), against Lehman Brothers Holdings Inc., which has been designated as Claim No. 55829.74 (the "Claim"). Transferee (as that term is defined below) hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. Rule 3001(e)(2), of the transfer, other than for security, of the Claim, in USD and of the nominal amount of 250,000 (the "Transferred Portion"). For the avoidance of doubt, the Transferred Portion relates to ISIN XS0308274140. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

| Name of Transferee | Name of Transferor |
|---|---|
| Bank J. Safra Sarasin Ltd, Singapore Branch<br>**Name and Address where notices to Transferee should be sent:** | Credit Suisse AG, Hong Kong Branch<br>**Name and Address where notices to Transferor should be sent:** |
| 8 Marina View #25-01 Asia Square Tower 1<br>Singapore 018960<br>Attn: Alwyn Koh<br>Tel.: +65 6230 8355 | Credit Suisse AG, Hong Kong Branch<br>One Raffles Link #04-02<br>Singapore 039393<br>Attn: Anthony Lim<br>Tel.: +65 6212 8633 |
| Last Four Digits of Acct #: 0390 | Last Four Digits of Acct. #: 3041 |
| Name and Address where transferee payments should be sent (if different from above): | Court Claim # (if known): 55829.74<br>Date Claim Filed: 29 October 2009<br>Transferred Portion: USD 250,000 nominal amount |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: __13/12/2017__
   Transferee
Name: Matthieu Bricout
Title: COO, Singapore Branch

By: _____  Date: __13 Dec 2017__
   Transferee
Name: Wilson Wong
Title: Head of Legal, Asia

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

**Exhibit A**

3

**Exhibit A**

## EVIDENCE OF TRANSFER OF CLAIM

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse AG, Hong Kong Branch ("Transferor") unconditionally and irrevocably transferred to **Bank J. Safra Sarasin Ltd, Singapore Branch** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829.74**), **[USD and 250,000]** in nominal amount/units related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON 12 DECEMBER 2017

**Credit Suisse AG, Hong Kong Branch**

By: _[signature]_    LIM YOU RENG
Name:                AVP
Title:               CREDIT SUISSE

By: _[signature]_    Goey Chin Ung.
Name:
Title:

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Currency and nominal amount |
|---|---|---|---|---|
| XS0308274140 | 55829.74 | Oct 29, 2009 | LEHMAN BROTHERS | 250000 |

# J. SAFRA SARASIN
Sustainable Swiss Private Banking since 1841

By courier

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Singapore, 17 Dec 2017
Your contact: Wilson Wong, T.: +65 6230 8366

Transfer of Claim other than for Security, Epiq Claim No. 55829.74

Dear Madam, Dear Sir,

Bank J. Safra Sarasin Ltd, Singapore Branch is sending you herewith the enclosed 1 original copy of the completed 210A transfer form, including the copy of the evidence of transfer of claim regarding the transfer of claim (referring to claim no. 55829.74) against Lehman Brothers Holdings Inc. by the following transferor:

Credit Suisse AG, Hong Kong Branch
One Raffles Link
Units 04-02
Singapore 039393

Anthony Lim
PB Securities Transfers
+65 6212 8633

Yours sincerely
Bank J. Safra Sarasin Ltd, Singapore Branch

Matthieu Bricout
Coo, Singapore Branch

Wilson Wong
Head of Legal, Asia

Enclosure

Bank J. Safra Sarasin Ltd, Singapore Branch
8 Marina View #25-01 Asia Square Tower 1, Singapore 018960
Tel: +65 6536 6848    Fax: +65 64387256

1 | 1

