UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | | |
|---|---|---|
| Lehman Brothers Holdings Inc. ) | Chapter 11 | |
| Debtors ) | Case No. 08-13555 | |
| ) | (Jointly Administered) | |

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that SONAR CREDIT PARTNERS III, LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor and his representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims, and hereby request that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the new address set forth below, effective as of the date hereof.

Former Address
Sonar Credit Partners III, LLC
80 Business Park Drive
Suite 208
Armonk, NY, 10504



New Address
Sonar Credit Partners III, LLC
P.O. Box 727
Armonk, NY 10504
Attn: Michael Goldberg
Ph: (914) 730-1005
Email: michael@sonaram.com

Sonar Credit Partners III, LLC

By:     /s/ Michael I. Goldberg

Title:     President, Sonar Asset Management
           Group, Inc., its Managing Member

Date:     1/8/2018