UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x     Chapter 11
In re:
Lehman Brothers, Holding Inc.,                                   Case No. 08-13555 (SCC)
                                                                 Jointly Administered
                       Debtor.
-----------------------------------------------------------x

## NOTICE OF REQUEST TO CEASE ELECTRONIC NOTICE OF DOCKET FILINGS

      PLEASE TAKE NOTICE that the undersigned hereby request that the undersigned no longer receive electronic notices of any docket filings in this case.

  Law Offices of Martin Eisenberg

  50 Main Street Suite 1000

  White Plains New York 10606

  (o) (914) 682-2044

  (f) (914) 682-7784

  me@martineisenberglaw.com

Dated: White Plains, New York
      January 22, 2018

**LAW OFFICES OF MARTIN EISENBERG**

By:    /s/

Martin Eisenberg, Esq.
50 Main Street Suite 1000
White Plains, New York 10606
(914) 682- 2044
me@martineisenberglaw.com