

| | |
|---|---|
| SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK, NY 10019 (212) 839 5300 (212) 839 5599 FAX | BEIJING BOSTON BRUSSELS CHICAGO DALLAS GENEVA HONG KONG HOUSTON LONDON LOS ANGELES NEW YORK PALO ALTO SAN FRANCISCO SHANGHAI SINGAPORE SYDNEY TOKYO WASHINGTON, D.C. |
| emcdonnell@sidley.com (212) 839-5699 | FOUNDED 1866 |

January 24, 2018

Clerk of the Bankruptcy Court
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

     Re:    <u>Re: In re Lehman Brothers Holdings Inc., *et al.* Case No. 10-13555 (SCC)</u>

Dear Clerk:

     Sidley Austin LLP ("Sidley Austin") respectfully requests removal of the email address of Bryan Krakauer (<u>bkrakauer@sidley.com</u>) from the ECF service notification list on the Court's CM/ECF system for electronically filed items in the above referenced bankruptcy proceeding.

     Thank you for your assistance.

                                     Very truly yours,

                                     Eileen McDonnell
                                     Paralegal

emo

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.