

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004
Attention: clerk of the Court
USA



Zurich, January 12, 2018

## NOTICE OF TRANSFER OF CLAIMS

Dear Sirs,

Please find enclosed the official form in regard of the transfer of Lehman Program securities.

Kind regards,

Falcon Private Bank Ltd.

Melanie Kalt
Director, Legal Counsel

Karin Lorez
Director, Legal Counsel

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 555855.09 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Cert LEH NL 2008-15.2.11 on a Basket of Commodities -In Default- (3698913) | XS0339538448 | LBHI | LBHI | 200'000 |
| | | | | |
| | | | | |
| | | | | |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**FALCON PRIVATE BANK LTD.,** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Hyposwiss Private Bank Genève SA
Rue du Général-Dufour 3
1204 Geneva-Switzerland
Attn. Fabien Vidal
Tel: +41 22 716 35 74
E-Mail: fabien.vidal@gva.hyposwiss.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 16, 2017..

**Falcon Private Bank Ltd.**
Transferor                  Zürich, 12.1.18

By: _____
Name: Melanie Kalb
Title:   Director

By: _____
Name: Karin Lorez
Title:   Director

ACKNOWLEDGED BY:

**Hyposwiss Private Bank Genève SA**
Transferee

By: _____
Name: Fabien Vidal
Title:  Head of Operations

By: _____
Name: Alicia Joffre
Title:  Deputy Head of Operations