WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111
Todd G. Cosenza
Joseph G. Davis (*pro hac vice*)
Benjamin P. McCallen

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Tel: (303) 945-7415
Fax: (303) 974-7468
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)
*Attorneys for Debtors Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             )
In re                                                        )   Chapter 11 Case No.
                                                             )
Lehman Brothers Holdings Inc., et al.,                       )   08-13555 (SCC)
                                                             )
              Debtors.                                       )   Jointly Administered
                                                             )
------------------------------------------------------------ x

**DECLARATION OF ZACHARY TRUMPP IN SUPPORT OF**
**LEHMAN BROTHERS HOLDINGS INC.'S**
**CALCULATION OF DEFERRED AND FORGIVEN PRINCIPAL**

   I, Zachary Trumpp, under penalty of perjury, declare as follows:

   1. I am a Senior Vice President in the residential mortgage group of Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), one of the entities that is the subject of the above-captioned chapter 11 case. I have reviewed the underlying data and am authorized by the Plan Administrator to submit this declaration (the "Declaration") in support of the calculation reflected below.

2. Based on my experience in the industry, I am aware that in certain instances borrowers on the one hand, and servicers or lenders on the other, will enter into modifications of the original terms of a mortgage loan. As the seller of mortgage loans, LBHI is not involved in those discussions. It is my understanding that such modifications occurred on certain of the loans at issue in this case and those modification include, among other things, deferrals of unpaid principal balance or forgiveness of unpaid principal balance. In particular, as of April 2017 (the data used by the Trustees' experts Dr. Karl Snow and Dr. Richard Ellson in their initial reports was as of this date), there were 15,629 "non-liquidated" or "active" loans among those submitted by the Trustees into the Protocol as of the time of Professor Fischel's report. I submit this Declaration to provide information concerning the amount of principal modifications that had occurred on certain of those loans based on the information that was available to me during the Protocol, including the breakdown between forgiven and deferred principal modifications.

3. The vast majority of the 15,629 loans (15,507) were loans where Nationstar was the master servicer. During the pendency of the Protocol, the Plan Administrator received from the Trustees data provided to them by Nationstar concerning the loans at issue (both liquidated and non-liquidated). The information provided by Nationstar included data regarding the amount of losses as reported by Nationstar, the remaining principal balance of those loans, the status of payments by the borrower and modifications to those loans, among other things.

4. Nationstar did not provide such information directly to the Plan Administrator or otherwise make all of the information available to the public. However, the information was provided by Nationstar to the Trustees, who in turn provided it to the Plan Administrator pursuant to the Protocol Order. During the pendency of the Protocol, the Trustees

regularly provided updated information from Nationstar. Typically, the Trustees provided this data to the Plan Administrator every month.

5. The Plan Administrator used and relied upon this information provided by Nationstar (via the Trustees) for a variety of purposes as part of the Protocol. Among other things, the Plan Administrator used this information to evaluate the Trustees' Purchase Price calculations during the Protocol. It is my understanding that the Trustees provided the Nationstar data in order for the Plan Administrator to check the accuracy of the Trustees' Purchase Price calculation (presumably because the Trustees were relying on the same information themselves).

6. The most recent Nationstar data provided by the Trustees to the Plan Administrator occurred on February 8, 2017 and reflected information as of January 2017. (Attached to this Declaration as Exhibit A is a copy of the transmittal correspondence from the Trustees containing the data that I describe in this Declaration.)

7. PA 997 contains a true and correct copy of the Nationstar data provided by the Trustees to the Plan Administrator as of January 2017. In order to create this document, my team downloaded the files, entitled Orig_Request2_Active_Loanstbl.txt and New_Request2_Active_Loanstbl.txt, which were provided via FTP in the Trustees' transmission email. Both contained a "forgiven_principal" and "deferred_principal" column. We then converted those files from .txt to .xls files, combined the files into one file, and limited the Excel to include only the active loans with claims at issue as of the date of Professor Fischel's report. Next, we removed all loans except the 15,506 loans from the list of active loans where Nationstar was the master servicer.[1]

---

[1] Loan ▓▓▓▓ 1843 from SASCo 2006-S3 is not included because the data for that loan was not available in the Nationstar data from January 2017.

8. Column L of PA 997 shows the amount of forgiven principal for each loan, and Column M shows the amount of deferred principal for each loan. At the bottom of each column (in row 15509), I summed the amounts from each column. Those calculations indicate that of the $730,331,726 in total principal modifications that existed as of that time, $60,673,079 (8.31%) was forgiven principal, while $669,658,647 (91.69%) was deferred principal. As stated earlier, this data does not cover 123 of the 15,629 loans active at the time of Professor Fischel's report, because those loans were not master serviced by Nationstar.

9. It is my understanding that a copy of PA 997 will be provided to counsel for the Trustees and the Court electronically. Because that document is voluminous, for ease of reference attached to this Declaration as Exhibit B is an excerpt of a printout, PA 998, which shows the first and last two pages of PA 997.

10. I understand that the Trustees have asserted a different breakdown between forgiven and deferred principal amounts. I have not analyzed their methodology or had full access to the data underlying it, which involves the use of remittance reports. However, I note that remittance reports are derived from data provided by the master servicers, such as Nationstar.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: January 24, 2018
      New York, New York

By: /s/ Zachary Trumpp
      Zachary Trumpp

# **Exhibit A**

| | |
|---|---|
| **From:** | Saeed, Zain <Zain.Saeed@duffandphelps.com> |
| **Sent:** | Wednesday, February 08, 2017 2:09 PM |
| **To:** | Reed Skinner, Keri |
| **Cc:** | Trumpp, Zachary; Esses, Edmond; Williamson, Matthew; Pfeiffer, Allen |
| **Subject:** | January 2017- Exhibit B and C |
| **Attachments:** | Notice of Monthly Delivery January 2017_Appendix C.XLSX; Notice of Monthly Delivery January 2017_Appendix B.XLSX |

Keri,

Please find the January 31 2017 Exhibits B and C attached. The supporting files for the purchase price updates can be downloaded from here (https://files1.duffandphelps.com/fs/v.aspx?v=896f628c5c5fb17b6baa).

Regards,

Zain

**Zain Saeed**

Director, Disputes and Investigations

T  +1 973 775 0027
M  +1 973 338 2048
F  +1 973 419 6376

Duff & Phelps, LLC
300 Headquarters Plaza
East Tower, Floor 12
Morristown, NJ 07960

zain.saeed@duffandphelps.com
www.duffandphelps.com

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at http://www.duffandphelps.com/disclosure.

Attachments Not Included

# **Exhibit B**

| LOAN_NUMBER | DEAL_ID | ORIGINATION_DATE | ORIGINATOR | SERVICER_NAME | PRODUCT_TYPE | ORIGINAL_LOAN_BALANCE | LOAN_BALANCE | Delinquency_Status | MODIFICATION_REASON_CODE | LAST_MODIFICATION_DATE | FORGIVEN_PRINCIPAL | DEFERRED_PRINCIPAL | FICO_At_Origination |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7366 | SAS 2005-9XS | 8/21/1998 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 143100 | 121498.69 | Curr | H | 3/1/2015 0:00 | 0 | 0 | 741 |
| 7096 | LMT 2006-2 | 10/8/1999 0:00 | AURORA BANK FSB | CHASE | Fixed | 500000 | 537249.24 | Curr | H | 12/31/2012 0:00 | 0 | 152800 | 707 |
| 8945 | SAS 2003-30 | 1/28/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 1308750 | 1302754.01 | FC | | | | | 705 |
| 3764 | SAS 2003-39EX | 5/7/2002 0:00 | AURORA BANK FSB | OCWEN LOAN SERVICING LLC | Fixed | 141700 | 124512.13 | | 30 Y | 1/7/2010 0:00 | | | |
| 3788 | SAIL 2003-BC3 | 6/28/2002 0:00 | AURORA BANK FSB | OCWEN LOAN SERVICING LLC | Fixed | 220000 | 177506.34 | FC | | | | | 640 |
| 2635 | SAS 2003-39EX | 6/28/2002 0:00 | AURORA BANK FSB | OCWEN LOAN SERVICING LLC | Fixed | 69000 | 70363.74 | Curr | Y | 3/1/2011 0:00 | | | |
| 8756 | LMT 2006-2 | 9/30/2002 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 595000 | 610658.87 | Curr | H | 1/26/2015 0:00 | 0 | 50589.97 | 693 |
| 8962 | ARC 2002-BC8 | 8/29/2002 0:00 | AURORA BANK FSB | OCWEN LOAN SERVICING LLC | ARM | 116000 | 99596.53 | FC | | | | | 673 |
| 8505 | SAS 2003-39EX | 7/17/2002 0:00 | AURORA BANK FSB | OCWEN LOAN SERVICING LLC | Fixed | 67900 | 86352.02 | | 30 Y | 10/1/2011 0:00 | 0 | 0 | |
| 2336 | SAS 2003-36XS | 12/12/2002 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 440000 | 388655.46 | FC | | | | | 658 |
| 7167 | SAS 2003-3XS | 9/25/2002 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 480000 | 379279.87 | Curr | H | 12/26/2012 0:00 | 0 | 0 | 706 |
| 4112 | SAIL 2003-BC5 | 11/4/2002 0:00 | AURORA BANK FSB | OCWEN LOAN SERVICING LLC | Fixed | 60400 | 4950.97 | Curr | Y | 7/1/2011 0:00 | 24926.95 | | 707 |
| 9047 | SAS 2005-GEL4 | 3/3/2005 0:00 | AURORA LOAN SERVICES LLC | NATIONSTAR MORTGAGE LLC | Fixed | 154569.76 | 154303.97 | FC | Y | 10/10/2007 0:00 | | | 691 |
| 5657 | SAS 2003-15A | 12/19/2002 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | ARM | 138550 | 116752.11 | | 30 | | | | 686 |
| 1560 | SAS 2003-29 | 5/5/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 220000 | 217401.75 | BK | Y | 5/22/2012 0:00 | 0 | 56892.01 | 650 |
| 5275 | SAS 2003-39EX | 10/25/2002 0:00 | AURORA BANK FSB | OCWEN LOAN SERVICING LLC | Fixed | 92000 | 93401.73 | Curr | H | 7/18/2016 0:00 | 0 | 0 | |
| 7714 | SAS 2004-GEL1 | 11/7/2002 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 400000 | 381206.86 | | 30 H | 9/4/2012 0:00 | 0 | 58564.77 | 725 |
| 1870 | SAS 2003-26A | 7/8/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | ARM | 1750000 | 1722021.69 | REO | | | | | 688 |
| 2315 | SAS 2003-12XS | 1/3/2003 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 101600 | 81019.42 | BK | | | | | 620 |
| 8084 | SAIL 2003-BC1 | 11/8/2002 0:00 | AURORA BANK FSB | OCWEN LOAN SERVICING LLC | Fixed | 172500 | 149639.08 | Curr | A | 2/1/2012 0:00 | 0 | 54003.63 | 617 |
| 0748 | SAS 2003-15A | 2/5/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | ARM | 129600 | 109443.74 | Curr | | | | | 685 |
| 4198 | SAS 2006-GEL4 | 5/1/2005 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 152084.33 | 148738.67 | | 30 Y | 1/12/2013 0:00 | 0 | 0 | 660 |
| 8966 | SAS 2003-17A | 1/9/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | ARM | 187900 | 127583.55 | Curr | | | | | 700 |
| 6255 | SAS 2003-17A | 2/26/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | ARM | 423500 | 292918.61 | | 30 | | | | 685 |
| 2405 | SAS 2003-39EX | 12/23/2002 0:00 | AURORA BANK FSB | OCWEN LOAN SERVICING LLC | Fixed | 200000 | 178882.58 | Curr | A | 6/12/2014 0:00 | 0 | 146270.84 | |
| 3153 | SAS 2003-39EX | 1/27/2003 0:00 | AURORA BANK FSB | OCWEN LOAN SERVICING LLC | Fixed | 149758 | 137624.85 | Curr | H | 12/3/2015 0:00 | 0 | 38700 | |
| 1922 | SAS 2003-39EX | 1/16/2003 0:00 | AURORA BANK FSB | OCWEN LOAN SERVICING LLC | Fixed | 157605 | 161661.72 | Curr | H | 3/13/2013 0:00 | 5206.11 | 52800 | |
| 2009 | SAS 2006-GEL4 | 2/10/2003 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 139000 | 138838.99 | | 120 H | 11/1/2013 0:00 | 0 | 0 | 675 |
| 8606 | SAS 2003-15A | 2/10/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 335000 | 241426.51 | Curr | Y | 8/7/2009 0:00 | | | 695 |
| 7144 | SAIL 2003-BC5 | 2/4/2003 0:00 | AURORA BANK FSB | OCWEN LOAN SERVICING LLC | Fixed | 182700 | 145836.06 | | 30 Y | 10/15/2014 0:00 | 0 | 0 | 649 |
| 8703 | SAS 2006-GEL4 | 3/15/2005 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 218722.23 | 219215.88 | Curr | H | 9/1/2016 0:00 | 0 | 0 | 665 |
| 1840 | SAS 2004-4XS | 5/19/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 370000 | 312836.6 | Curr | H | 12/23/2013 0:00 | 0 | 0 | 638 |
| 3502 | SAS 2003-26A | 6/2/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | ARM | 500000 | 391957.93 | FC | | | | | 735 |
| 6091 | SAS 2003-28XS | 6/17/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 910000 | 909877.55 | Curr | Y | 11/23/2011 0:00 | 0 | 56709.93 | 634 |
| 9335 | SAS 2003-25XS | 6/20/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 104000 | 99770.14 | Curr | H | 11/11/2016 0:00 | 0 | 0 | 663 |
| 3113 | SAS 2003-35 | 6/4/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 980000 | 751583.89 | BK | | | | | 693 |
| 6199 | SAS 2003-39EX | 3/3/2003 0:00 | AURORA BANK FSB | OCWEN LOAN SERVICING LLC | Fixed | 158850 | 172535.29 | Curr | H | 10/1/2009 0:00 | | | |
| 5360 | SAS 2003-29 | 6/11/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 113750 | 79161.13 | FC | | | | | 643 |
| 9859 | LMT 2005-3 | 5/15/2003 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 235000 | 180760.37 | BK | | | | | 648 |
| 1251 | SAIL 2003-BC9 | 4/4/2003 0:00 | AURORA BANK FSB | OCWEN LOAN SERVICING LLC | Fixed | 300000 | 234128.35 | Curr | Y | 3/11/2010 0:00 | | | 633 |
| 9684 | SAS 2004-GEL1 | 4/11/2003 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 89400 | 76537.52 | | 30 H | 5/1/2015 0:00 | 0 | 0 | 680 |
| 1094 | SAIL 2003-BC8 | 3/20/2003 0:00 | AURORA BANK FSB | OCWEN LOAN SERVICING LLC | Fixed | 272000 | 260407.71 | Curr | H | 1/1/2012 0:00 | 0 | 30000 | 740 |
| 1645 | SAS 2003-34A | 8/5/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | ARM | 490570 | 424206.11 | Curr | | | | | 720 |
| 8285 | SAS 2003-30 | 8/20/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 1183000 | 922727.94 | BK | | | | | 655 |
| 5694 | SAS 2003-26A | 6/25/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 200000 | 153546.35 | Curr | H | 8/1/2010 0:00 | | 31469.05 | 670 |
| 4833 | SAS 2003-26A | 6/3/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | ARM | 700000 | 567729.27 | FC | | | | | 685 |
| 8768 | SAS 2003-35 | 8/20/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 515000 | 401770.96 | BK | | | | | 655 |
| 9063 | SAS 2003-28XS | 6/30/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 131000 | 106775.47 | Curr | H | 8/14/2012 0:00 | 0 | 31812.9 | 779 |
| 5110 | SAS 2003-34A | 7/19/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | ARM | 321000 | 210114.82 | Curr | | | | | 670 |
| 5422 | SAS 2004-2AC | 7/23/2003 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 172780 | 172712.11 | REO | | | | | 677 |
| 0280 | SAIL 2003-BC9 | 4/16/2003 0:00 | AURORA BANK FSB | OCWEN LOAN SERVICING LLC | Fixed | 108000 | 74425.06 | | 30 M | 9/1/2011 0:00 | 0 | 20515.76 | 653 |
| 1392 | SAS 2006-GEL4 | 3/31/2003 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 69000 | 58057.9 | | 60 | | | | 688 |
| 1313 | SAS 2003-30 | 5/27/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 486000 | 361827.75 | Curr | | | | | 752 |
| 3541 | SAS 2003-30 | 7/31/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 2000000 | 1711843.73 | REO | | | | | 758 |
| 7112 | SAS 2003-30 | 5/9/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 161900 | 164440.11 | Curr | H | 6/20/2014 0:00 | 0 | 0 | 696 |
| 7630 | SAIL 2003-BC8 | 5/14/2003 0:00 | AURORA BANK FSB | OCWEN LOAN SERVICING LLC | Fixed | 143000 | 191215.87 | Curr | H | 7/1/2012 0:00 | 0 | 53600 | 617 |
| 5895 | SAS 2003-34A | 8/7/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | ARM | 155000 | 134884.55 | | 30 | | | | 694 |
| 8469 | SAIL 2003-BC8 | 5/9/2003 0:00 | AURORA BANK FSB | OCWEN LOAN SERVICING LLC | Fixed | 281700 | 353282.72 | Curr | Y | 1/8/2015 0:00 | 0 | 0 | 711 |
| 7633 | SAS 2003-35 | 6/3/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 177500 | 131692.47 | | 90 Y | 7/1/2010 0:00 | | | 707 |
| 0306 | SAS 2003-30 | 7/18/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 700000 | 576642.54 | BK | | | | | 699 |
| 4702 | SAS 2003-29 | 4/14/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 377326 | 44850.36 | | 60 | | | | 723 |
| 6119 | SAS 2003-26A | 6/23/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 233100 | 189696.64 | Curr | H | 2/22/2012 0:00 | 0 | 22924.36 | 683 |
| 4543 | SAS 2003-26A | 6/26/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 189600 | 214753.06 | | 30 H | 6/27/2016 0:00 | 0 | 0 | 669 |
| 5143 | SAIL 2004-1 | 6/30/2003 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 350000 | 326943.22 | BK | | | | | 696 |
| 7150 | SAS 2003-35 | 9/4/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 123000 | 166969.77 | Curr | H | 5/19/2016 0:00 | 0 | 0 | 713 |
| 7819 | SAS 2003-26A | 7/8/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | ARM | 500000 | 433122.63 | Curr | | | | | 738 |
| 2776 | SAS 2004-GEL2 | 7/18/2003 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 142500 | 124502.43 | Curr | A | 12/1/2015 0:00 | 0 | 104464 | 663 |
| 3070 | SAS 2003-29 | 7/11/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 488000 | 528343.78 | Curr | A | 1/18/2013 0:00 | | | 671 |
| 8996 | SAS 2003-29 | 7/17/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 500000 | 335673.68 | FC | | | | | 696 |
| 6352 | SAS 2003-34A | 8/1/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | ARM | 148500 | 103080.89 | Curr | | | | | 693 |
| 7934 | SAS 2003-30 | 7/28/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 520000 | 433283.29 | | 60 H | 9/10/2015 0:00 | 0 | 0 | 665 |
| 0102 | SAS 2004-GEL2 | 8/27/2003 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 124450 | 95820.73 | Curr | H | 2/1/2013 0:00 | 0 | 0 | 703 |
| 9796 | SAS 2003-34A | 8/1/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | ARM | 396000 | 337592.46 | Curr | | | | | 752 |
| 4945 | SAS 2004-4XS | 9/10/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 568750 | 684002.88 | FC | Y | 7/1/2010 0:00 | | | 669 |
| 5675 | SAS 2004-2AC | 11/4/2003 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 146200 | 101198.12 | Curr | | | | | 670 |
| 5721 | SAS 2003-34A | 8/18/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 242000 | 203749.04 | Curr | H | 9/21/2011 0:00 | 0 | 0 | 688 |
| 5903 | SAS 2003-34A | 8/18/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 369000 | 326089.58 | Curr | Y | 7/1/2010 0:00 | | | 697 |

| # | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | 1974 | SAS 2003-34A | 8/18/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 322700 | 336211.78 | FC | Y | 5/1/2010 0:00 | | | 729 |
| 80 | 5959 | SAS 2003-34A | 9/5/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | ARM | 182400 | 154582.81 | Curr | | | | | 726 |
| 81 | 7952 | SAS 2003-36XS | 9/19/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 72800 | 57354.24 | Curr | | | | | 640 |
| 82 | 4453 | SAS 2004-2AC | 9/23/2003 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 313553 | 310934.52 | BK | | | | | 717 |
| 83 | 3413 | SAS 2004-2AC | 11/3/2003 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 260000 | 277759.52 | Curr | H | 8/1/2016 0:00 | 0 | 0 | 703 |
| 84 | 6319 | SAS 2003-25XS | 6/19/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 70000 | 57648.63 | | 120 | | | | 686 |
| 85 | 7928 | SAS 2003-S2 | 10/22/2003 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 75000 | 66912.25 | | 120 | | | | 724 |
| 86 | 3033 | SAS 2003-34A | 7/25/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | ARM | 71250 | 52532.68 | Curr | | | | | 671 |
| 87 | 6394 | SAS 2003-35 | 9/16/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 564000 | 544568.28 | FC | | | | | 732 |
| 88 | 7053 | SAS 2003-35 | 9/30/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 495000 | 522460.97 | Curr | Y | 5/11/2012 0:00 | 0 | 0 | 711 |
| 89 | 5494 | SAS 2003-34A | 9/10/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 221800 | 232507.13 | Curr | H | 3/31/2016 0:00 | 0 | 0 | 660 |
| 90 | 8928 | SAS 2003-35 | 10/3/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 276000 | 301616.08 | BK | H | 10/31/2014 0:00 | 0 | 0 | 653 |
| 91 | 3175 | SAS 2003-34A | 9/17/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | ARM | 80000 | 55190.35 | Curr | | | | | 685 |
| 92 | 9841 | SAS 2003-35 | 10/7/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 375250 | 352689.59 | REO | | | | | 650 |
| 93 | 3230 | SAS 2004-2AC | 11/24/2003 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 165600 | 135600 | BK | | | | | 743 |
| 94 | 7958 | SAS 2004-4XS | 12/22/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 500000 | 396631.98 | | 120 | | | | 713 |
| 95 | 7452 | SAS 2004-4XS | 11/5/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 140000 | 121700.16 | Curr | H | 7/31/2014 0:00 | | | 635 |
| 96 | 0610 | SAS 2004-S2 | 11/11/2003 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 38000 | 33112.51 | | 120 Y | 9/1/2015 0:00 | 0 | 0 | 682 |
| 97 | 6773 | SAS 2004-2AC | 12/2/2003 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 320000 | 277268.34 | | 60 | | | | 667 |
| 98 | 7144 | SAS 2004-2AC | 12/26/2003 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 154400 | 139687.69 | BK | | | | | 663 |
| 99 | 3555 | SAS 2004-4XS | 11/21/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 492000 | 426508.67 | Curr | H | 9/1/2010 0:00 | | 186990.71 | 677 |
| 100 | 1319 | SAS 2004-S2 | 11/10/2003 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 30000 | 23544.66 | Curr | H | 4/1/2015 0:00 | | | 698 |
| 101 | 0087 | SAS 2004-4XS | 12/8/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 200000 | 198318.06 | REO | | | | | 730 |
| 102 | 1167 | SAS 2004-4XS | 12/9/2003 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 618618 | 573315.19 | FC | | | | | 733 |
| 103 | 6109 | SAS 2004-2AC | 12/16/2003 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 322700 | 313887.66 | BK | H | 6/1/2016 0:00 | 0 | 0 | 806 |
| 104 | 7438 | SAS 2004-2AC | 12/29/2003 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 250752 | 221087.72 | | 120 | | | | 718 |
| 105 | 8368 | SAS 2004-7 | 2/2/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 221000 | 205120.4 | FC | | | | | 710 |
| 106 | 1979 | LABS 2004-1 | 2/5/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 356250 | 473558.26 | Curr | H | 4/5/2016 0:00 | 0 | 53906.91 | 726 |
| 107 | 8636 | SAIL 2004-3 | 2/5/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 650000 | 732172.11 | Curr | H | 2/1/2015 0:00 | 0 | 32210.3 | 627 |
| 108 | 8791 | SAS 2004-11XS | 4/7/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 1160000 | 856556.82 | | 60 Y | 5/1/2010 0:00 | | | 676 |
| 109 | 7305 | SAS 2004-7 | 2/25/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 81750 | 55542.62 | FC | C | 1/1/2011 0:00 | 69739.44 | 0 | 687 |
| 110 | 3434 | SARM 2004-18 | 3/30/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 377500 | 377718.62 | | 30 H | 9/1/2016 0:00 | 0 | 0 | 639 |
| 111 | 0231 | SARM 2004-5 | 3/17/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 199750 | 179096.72 | Curr | | | | | 676 |
| 112 | 6337 | SAS 2004-10 | 4/26/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 65600 | 45080.68 | BK | C | 5/29/2014 0:00 | 19619.61 | 0 | 660 |
| 113 | 8077 | SARM 2004-5 | 3/10/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 220500 | 232408.24 | Curr | Y | 2/1/2013 0:00 | 0 | 0 | 682 |
| 114 | 1766 | SAS 2004-7 | 2/13/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 277500 | 211256.76 | | 30 | | | | 702 |
| 115 | 1899 | SAS 2004-7 | 2/13/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 328000 | 249693.52 | | 90 | | | | 702 |
| 116 | 2228 | SAS 2004-7 | 3/26/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 307800 | 287623.97 | FC | | | | | 661 |
| 117 | 0445 | SAS 2004-9XS | 3/3/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 149500 | 138587.85 | FC | | | | | 689 |
| 118 | 0932 | SARM 2004-5 | 3/16/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 240000 | 235390.41 | Curr | H | 2/1/2016 0:00 | | | 663 |
| 119 | 1252 | LABS 2004-1 | 2/23/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 89820 | 70950.14 | | 30 | | | | 750 |
| 120 | 4231 | SAS 2004-7 | 3/15/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 77000 | 60068.64 | Curr | | | | | 684 |
| 121 | 6590 | SAS 2005-GEL4 | 2/19/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 164500 | 128806.7 | | 60 | | | | 720 |
| 122 | 5821 | SAS 2004-9XS | 2/19/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 336000 | 267712.98 | Curr | H | 12/26/2012 0:00 | 0 | 0 | 671 |
| 123 | 6506 | SARM 2004-5 | 3/4/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 515000 | 456071.68 | Curr | | | | | 677 |
| 124 | 9856 | SAS 2004-9XS | 3/5/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 384000 | 458443.8 | | 30 H | 4/19/2012 0:00 | 0 | 103921.95 | 650 |
| 125 | 3709 | SARM 2004-5 | 2/26/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 315000 | 269213.37 | | 120 | | | | 675 |
| 126 | 1198 | SARM 2004-5 | 3/10/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 248000 | 199848.47 | Curr | H | 10/1/2012 0:00 | | 55709.53 | 684 |
| 127 | 4127 | SAS 2004-7 | 3/22/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 192000 | 176568.13 | REO | | | | | 648 |
| 128 | 0777 | SARM 2004-5 | 3/12/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 129000 | 114718.04 | BK | | | | | 686 |
| 129 | 1379 | SARM 2004-5 | 3/8/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 132300 | 87431.9 | Curr | Y | 10/1/2012 0:00 | 0 | 0 | 714 |
| 130 | 4720 | SAS 2005-GEL4 | 3/10/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 148000 | 114070.62 | | 60 | | | | 720 |
| 131 | 5032 | SAS 2004-10 | 4/6/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 122400 | 153303.48 | Curr | Y | 7/10/2015 0:00 | 0 | 24738.46 | 657 |
| 132 | 5578 | SAS 2004-13 | 5/18/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 327990 | 258051.19 | | 30 | | | | 699 |
| 133 | 6154 | SARM 2004-5 | 3/26/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 434000 | 354059.56 | Curr | | | | | 689 |
| 134 | 6600 | SARM 2004-5 | 3/15/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 104000 | 95955.74 | BK | H | 8/1/2015 0:00 | 0 | 0 | 663 |
| 135 | 2889 | SAS 2004-9XS | 3/19/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 123500 | 85718.37 | Curr | H | 10/1/2010 0:00 | | | 684 |
| 136 | 3739 | SAS 2004-7 | 3/25/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 72750 | 57281.94 | FC | | | | | 662 |
| 137 | 5088 | SAS 2004-11XS | 4/6/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 152000 | 149801.68 | Curr | Y | 10/22/2009 0:00 | | | 682 |
| 138 | 6805 | SARM 2004-5 | 3/24/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 123750 | 103003.06 | | 30 | | | | 689 |
| 139 | 8728 | SAS 2004-7 | 3/23/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 232000 | 198966.29 | REO | | | | | 742 |
| 140 | 7356 | SAS 2004-11XS | 3/26/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 64080 | 50635.37 | | 30 | | | | 677 |
| 141 | 1710 | SARM 2004-5 | 3/19/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 257600 | 226968.02 | Curr | | | | | 705 |
| 142 | 5083 | SAS 2004-10 | 4/2/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 214000 | 157673.73 | Curr | | | | | 805 |
| 143 | 0349 | SAS 2004-7 | 3/31/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 78000 | 56576.8 | | 120 | | | | 634 |
| 144 | 3624 | SAS 2004-11XS | 4/8/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 70320 | 65536.64 | BK | H | 11/25/2013 0:00 | 0 | 0 | 717 |
| 145 | 9878 | SARM 2004-5 | 3/25/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 126000 | 112892.45 | BK | | | | | 716 |
| 146 | 5552 | SAS 2004-10 | 4/26/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 331500 | 243721.9 | | 30 Y | 6/1/2010 0:00 | | | 702 |
| 147 | 6006 | SAS 2004-7 | 3/31/2004 0:00 | AURORA BANK FSB | OCWEN LOAN SERVICING LLC | Fixed | 179200 | 150314.65 | BK | Y | 2/1/2012 0:00 | 0 | 0 | 683 |
| 148 | 6444 | SAS 2004-7 | 3/25/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 153000 | 127919.49 | BK | Y | 8/1/2009 0:00 | | | 747 |
| 149 | 6741 | SAS 2004-7 | 3/25/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 151300 | 123899.61 | BK | Y | 8/1/2010 0:00 | | | 747 |
| 150 | 2335 | SAS 2004-11XS | 4/7/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 168800 | 155958.42 | Curr | Y | 3/9/2012 0:00 | 0 | 0 | 659 |
| 151 | 8589 | SAS 2004-S2 | 4/9/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 72000 | 60125.92 | Curr | H | 2/1/2014 0:00 | 0 | 0 | 685 |
| 152 | 4405 | SAS 2004-10 | 4/16/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 204000 | 166495.76 | Curr | Y | 8/1/2010 0:00 | | | 700 |
| 153 | 7176 | SAS 2004-7 | 4/6/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 123200 | 127283.55 | FC | Y | 8/29/2011 0:00 | 0 | 0 | 715 |
| 154 | 0550 | SARM 2004-9XS | 5/20/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 1330000 | 1388180.71 | | 60 Y | 7/1/2015 0:00 | 0 | 0 | 661 |
| 155 | 4700 | SAS 2004-16XS | 6/15/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 104125 | 122073.48 | Curr | H | 1/30/2012 0:00 | 0 | 37881.22 | 660 |
| 156 | 5218 | SARM 2004-9XS | 5/3/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 1600000 | 1807998.68 | Curr | Y | 9/1/2012 0:00 | 0 | 0 | 633 |
| 157 | 3014 | SAS 2004-16XS | 5/14/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 500000 | 399972.98 | | 30 | | | | 688 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15405 | 6247 | SARM 2007-10 | 7/6/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 548000 | 524220.6 | Curr | | H | | 6/14/2011 0:00 | | | 770 |
| 15406 | 6361 | SARM 2007-10 | 6/22/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 1300000 | 1395855.16 | BK | | C | | 5/13/2010 0:00 | 0 | 438359.32 | 686 |
| 15407 | 6627 | SARM 2007-10 | 6/25/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 650000 | 669866.58 | Curr | | H | | 4/8/2011 0:00 | | 224553.11 | 718 |
| 15408 | 6783 | SARM 2007-10 | 6/27/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 560000 | 522282.59 | Curr | | H | | 1/27/2010 0:00 | | 107012.83 | 681 |
| 15409 | 6817 | LMT 2007-10 | 6/26/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 490800 | 450913.57 | Curr | | H | | 2/1/2016 0:00 | 0 | 6071.67 | 678 |
| 15410 | 6882 | SARM 2007-10 | 6/27/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 600000 | 578248.93 | Curr | | H | | 12/11/2009 0:00 | | 249849.76 | 781 |
| 15411 | 7062 | LMT 2007-10 | 6/27/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 925000 | 825699.53 | Curr | | Y | | 8/1/2015 0:00 | 0 | 0 | 677 |
| 15412 | 7278 | SARM 2007-10 | 6/27/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | ARM | 442500 | 441018.16 | | 30 | | | | | | 667 |
| 15413 | 7294 | SARM 2007-11 | 6/27/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | ARM | 421000 | 421000 | FC | | | | | | | 687 |
| 15414 | 7393 | SARM 2007-10 | 6/27/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | ARM | 585000 | 585000 | FC | | | | | | | 693 |
| 15415 | 7427 | SARM 2007-10 | 6/27/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 440000 | 394382.9 | | 30 | H | | 8/29/2011 0:00 | 0 | 142681.69 | 704 |
| 15416 | 7567 | SARM 2007-10 | 7/2/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | ARM | 426400 | 426111.95 | Curr | | | | | | | 789 |
| 15417 | 7641 | SARM 2007-10 | 7/2/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | ARM | 441097 | 441097 | REO | | | | | | | 698 |
| 15418 | 7682 | SARM 2007-10 | 6/29/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | ARM | 2145000 | 2144385.55 | | 120 | | | | | | 757 |
| 15419 | 7708 | SARM 2007-10 | 6/29/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 742000 | 770816.26 | Curr | | Y | | 3/26/2012 0:00 | 0 | 0 | 728 |
| 15420 | 8003 | SARM 2007-10 | 6/29/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 472000 | 423430.14 | Curr | | Y | | 12/27/2010 0:00 | | | 795 |
| 15421 | 8045 | SARM 2007-10 | 7/1/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 583200 | 607979.22 | Curr | | H | | 7/1/2013 0:00 | 0 | 2520.52 | 708 |
| 15422 | 8177 | LMT 2007-10 | 6/28/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 560000 | 540307.2 | Curr | | A | | 1/1/2014 0:00 | 0 | 162441 | 679 |
| 15423 | 8284 | LMT 2007-10 | 6/29/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 515000 | 485231.63 | Curr | | H | | 4/5/2011 0:00 | | 87814.38 | 803 |
| 15424 | 8300 | SARM 2007-11 | 6/29/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | ARM | 768750 | 768750 | Curr | | | | | | | 661 |
| 15425 | 8318 | LMT 2007-10 | 6/28/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 900000 | 767525.17 | Curr | | | | | | | 729 |
| 15426 | 8334 | SARM 2007-10 | 6/29/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 485600 | 466789.25 | Curr | | Y | | 12/6/2011 0:00 | | 147728.03 | 781 |
| 15427 | 8391 | LMT 2007-10 | 6/27/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 544000 | 659220.8 | Curr | | H | | 1/1/2015 0:00 | 0 | 0 | 641 |
| 15428 | 8581 | LMT 2007-10 | 6/29/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 1000000 | 800570.21 | Curr | | Y | | 2/1/2012 0:00 | 0 | 0 | 758 |
| 15429 | 9001 | SARM 2007-11 | 7/13/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 562500 | 598585.45 | Curr | | Y | | 7/5/2011 0:00 | | | 680 |
| 15430 | 9084 | SARM 2007-10 | 7/11/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | ARM | 1499990 | 1496482.11 | REO | | | | | | 189665.22 | 748 |
| 15431 | 9118 | SARM 2007-10 | 7/13/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 507200 | 495233.38 | Curr | | H | | 4/21/2011 0:00 | | | 702 |
| 15432 | 9324 | SARM 2007-10 | 7/13/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 508000 | 490428.21 | | 120 | H | | 2/12/2010 0:00 | | 99350.74 | 714 |
| 15433 | 9415 | LMT 2007-10 | 7/16/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 566900 | 546979.48 | FC | | | | | | | 805 |
| 15434 | 9548 | SARM 2007-11 | 7/16/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 540000 | 537144.93 | | 30 | H | | 7/1/2016 0:00 | 0 | 0 | 800 |
| 15435 | 9712 | SARM 2007-10 | 7/23/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 862500 | 859649.31 | Curr | | H | | 9/1/2016 0:00 | 0 | 143989.25 | 766 |
| 15436 | 9746 | SARM 2007-10 | 7/18/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | ARM | 999999 | 999999 | FC | | | | | | | 671 |
| 15437 | 9829 | SARM 2007-10 | 7/17/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 932000 | 1005419.37 | Curr | | Y | | 5/14/2009 0:00 | | | 769 |
| 15438 | 9837 | SARM 2007-10 | 7/18/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | ARM | 588000 | 587873.41 | Curr | | | | | | | 707 |
| 15439 | 0231 | LMT 2007-10 | 7/19/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 436500 | 427340.46 | FC | | | | | | | 722 |
| 15440 | 0256 | SARM 2007-11 | 6/25/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 636000 | 613519.64 | Curr | | H | | 9/1/2012 0:00 | 0 | 150938.04 | 713 |
| 15441 | 0579 | LMT 2007-10 | 7/2/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 592000 | 642463.4 | Curr | | A | | 8/1/2016 0:00 | 0 | 141739.2 | 716 |
| 15442 | 0587 | LMT 2007-10 | 5/18/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 620000 | 482049.37 | Curr | | | | | | | 716 |
| 15443 | 0942 | LMT 2007-10 | 7/10/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 460000 | 403079.49 | Curr | | H | | 3/1/2014 0:00 | 0 | 0 | 742 |
| 15444 | 1098 | SARM 2007-10 | 7/16/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | ARM | 584000 | 575741.14 | Curr | | | | | | | 768 |
| 15445 | 1148 | SARM 2007-10 | 6/28/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | ARM | 494400 | 494400 | Curr | | | | | | | 766 |
| 15446 | 1783 | LMT 2007-10 | 3/28/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 528000 | 617934.02 | Curr | | H | | 3/6/2012 0:00 | | 290637.7 | 695 |
| 15447 | 2104 | SARM 2007-10 | 6/29/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | ARM | 712500 | 710221.04 | Curr | | | | | | | 676 |
| 15448 | 2377 | LMT 2007-10 | 12/29/2006 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 424000 | 410503.27 | FC | | | | | | | 615 |
| 15449 | 2401 | LMT 2007-10 | 4/12/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 624000 | 624000 | FC | | | | | | | 746 |
| 15450 | 2534 | LMT 2007-10 | 2/15/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 880000 | 1017660.3 | | 30 | Y | | 8/21/2012 0:00 | 0 | 0 | 661 |
| 15451 | 2666 | LMT 2007-10 | 4/20/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 504560 | 647356.49 | | 120 | Y | | 3/1/2014 0:00 | 0 | 0 | 760 |
| 15452 | 2674 | LMT 2007-10 | 5/9/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 611078 | 502612.05 | Curr | | A | | 2/1/2013 0:00 | | 332513.54 | 731 |
| 15453 | 2682 | LMT 2007-10 | 3/1/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 462000 | 461946.1 | FC | | | | | | | 665 |
| 15454 | 2922 | SARM 2007-11 | 7/9/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | ARM | 466000 | 403626.68 | Curr | | | | | | | 698 |
| 15455 | 2963 | SARM 2007-10 | 6/25/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 500000 | 441108.67 | Curr | | H | | 5/7/2010 0:00 | | 19134.36 | 690 |
| 15456 | 3102 | SARM 2007-10 | 7/10/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 551200 | 493673.15 | Curr | | H | | 5/9/2011 0:00 | | | 713 |
| 15457 | 3193 | SARM 2007-11 | 6/26/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 750000 | 719039.35 | Curr | | Y | | 2/6/2012 0:00 | 0 | 226377.94 | 720 |
| 15458 | 3367 | LMT 2007-10 | 7/11/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 460000 | 490664.17 | Curr | | H | | 4/23/2012 0:00 | 0 | 0 | 704 |
| 15459 | 3425 | SARM 2007-10 | 7/16/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | ARM | 600000 | 600000 | FC | | | | | | | 704 |
| 15460 | 3458 | LMT 2007-10 | 7/13/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 748500 | 710331.12 | Curr | | H | | 8/1/2013 0:00 | | 107809.22 | 726 |
| 15461 | 3615 | SARM 2007-10 | 7/17/2007 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | ARM | 520000 | 511152.49 | Curr | | | | | | | 697 |
| 15462 | 4084 | SAS 2007-BC4 | 9/24/2007 0:00 | BNC | OCWEN LOAN SERVICING LLC | Fixed | 168000 | 136969.44 | | 30 | A | | 2/29/2012 0:00 | 0 | 43567.21 | 555 |
| 15463 | 4142 | SAS 2007-BC4 | 9/10/2007 0:00 | BNC | OCWEN LOAN SERVICING LLC | Fixed | 170000 | 151101.45 | Curr | | H | | 7/15/2011 0:00 | | | 625 |
| 15464 | 4191 | SAS 2007-BC4 | 9/21/2007 0:00 | BNC | OCWEN LOAN SERVICING LLC | Fixed | 640000 | 639465.31 | FC | | | | | | | 611 |
| 15465 | 4225 | SAS 2007-BC4 | 9/19/2007 0:00 | BNC | OCWEN LOAN SERVICING LLC | Fixed | 151000 | 110425.44 | Curr | | A | | 10/31/2011 0:00 | 0 | 12335.78 | 637 |
| 15466 | 0698 | LMT 2008-2 | 11/24/2006 0:00 | FLAGSTAR BANK | NATIONSTAR MORTGAGE LLC | Fixed | 533000 | 566358.53 | Curr | | H | | 1/1/2013 0:00 | 0 | 117939.99 | 789 |
| 15467 | 1019 | LMT 2008-2 | 1/10/2007 0:00 | FLAGSTAR BANK | NATIONSTAR MORTGAGE LLC | Fixed | 630000 | 531611.69 | Curr | | Y | | 4/19/2010 0:00 | | | 713 |
| 15468 | 1423 | LMT 2008-2 | 1/5/2007 0:00 | FLAGSTAR BANK | NATIONSTAR MORTGAGE LLC | Fixed | 505000 | 467638.81 | Curr | | Y | | 2/16/2012 0:00 | 0 | 147502.83 | 788 |
| 15469 | 3098 | LMT 2008-2 | 3/28/2007 0:00 | FLAGSTAR BANK | NATIONSTAR MORTGAGE LLC | Fixed | 644000 | 569711.47 | | 120 | H | | 2/1/2010 0:00 | | 23800 | 747 |
| 15470 | 7128 | RLT 2008-AH1 | 8/29/2006 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | Fixed | 344000 | 630316.32 | | 30 | H | | 10/1/2016 0:00 | | 189233.73 | 628 |
| 15471 | 8472 | RLT 2008-AH1 | 12/11/2006 0:00 | AMERICAN HOME MORTGAGE | NATIONSTAR MORTGAGE LLC | ARM | 980000 | 980000 | REO | | | | | | | 712 |
| 15472 | 4708 | SARM 2004-10 | 3/18/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 263500 | 232333.32 | Curr | | | | | | | 674 |
| 15473 | 9334 | SAS 2004-13 | 3/18/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 45600 | 41765.63 | FC | | | | | | | 674 |
| 15474 | 9516 | SARM 2004-16 | 4/27/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 307190 | 285417.96 | Curr | | H | | 8/1/2015 0:00 | | 0 | 717 |
| 15475 | 6461 | SARM 2004-16 | 3/22/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 295200 | 265704.05 | Curr | | | | | | | 692 |
| 15476 | 6529 | SARM 2004-10 | 4/13/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 207200 | 186196.75 | Curr | | | | | | | 686 |
| 15477 | 6031 | SAS 2004-13 | 3/15/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 92700 | 100966.34 | | 60 | Y | | 12/24/2013 0:00 | 0 | 40182.37 | 721 |
| 15478 | 2732 | SAIL 2004-6 | 4/21/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 392000 | 342591.13 | | 30 | | | | | | 738 |
| 15479 | 3755 | SARM 2004-10 | 4/16/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 136000 | 120183.1 | Curr | | | | | | | 694 |
| 15480 | 4398 | SAS 2004-16XS | 3/31/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 120000 | 104149.75 | | 120 | Y | | 8/17/2011 0:00 | 0 | 0 | 679 |
| 15481 | 4406 | SAS 2004-16XS | 3/31/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 108000 | 92628.11 | | 120 | Y | | 7/13/2011 0:00 | | | 679 |
| 15482 | 9917 | SAS 2004-13 | 4/12/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 270000 | 257251.56 | Curr | | Y | | 9/1/2010 0:00 | | | 685 |
| 15483 | 3164 | SARM 2004-9XS | 4/26/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 216800 | 241743.78 | Curr | | H | | 1/1/2016 0:00 | 0 | 0 | 740 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15484 | 5706 | SARM 2004-10 | 3/26/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 292000 | 313015.83 | 30 Y | | 3/1/2014 0:00 | 0 | 0 | 639 |
| 15485 | 6514 | SARM 2004-9XS | 5/6/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 320000 | 300276.11 | 120 | | | | | 707 |
| 15486 | 1019 | SARM 2004-10 | 6/7/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 333700 | 310573.41 | 30 Y | | 6/1/2013 0:00 | 0 | 0 | 667 |
| 15487 | 3049 | SARM 2004-9XS | 5/7/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 220000 | 208105.81 Curr | H | | 1/1/2015 0:00 | 0 | 0 | 0 |
| 15488 | 8518 | SAS 2004-13 | 5/5/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 333700 | 271025.95 Curr | H | | 1/29/2014 0:00 | 0 | 0 | 684 |
| 15489 | 8860 | SARM 2004-9XS | 5/7/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 224000 | 202063.4 Curr | | | | | | 674 |
| 15490 | 6482 | SARM 2004-10 | 6/9/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 474350 | 429437.05 Curr | | | | | | 718 |
| 15491 | 1688 | SARM 2004-10 | 6/2/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 456000 | 331000 Curr | | | | | | 708 |
| 15492 | 0085 | SARM 2004-10 | 6/4/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 122900 | 111012.27 | 30 | | | | | 719 |
| 15493 | 2958 | SAS 2004-16XS | 6/14/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 58500 | 54147.99 Curr | Y | | 10/25/2011 0:00 | 0 | 15055.7 | 767 |
| 15494 | 5521 | SARM 2004-10 | 6/18/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 330400 | 291366.19 Curr | | | | | | 745 |
| 15495 | 5661 | SARM 2004-10 | 6/22/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 284600 | 252406.84 BK | | | | | | 651 |
| 15496 | 7493 | SARM 2004-10 | 6/8/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 186400 | 145559.26 Curr | Y | | 5/11/2009 0:00 | | | 734 |
| 15497 | 2469 | SARM 2004-10 | 6/11/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 264000 | 250099.7 BK | H | | 7/1/2016 0:00 | 0 | 0 | 698 |
| 15498 | 2120 | SARM 2004-18 | 8/19/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 222359 | 199909.29 Curr | | | | | | 684 |
| 15499 | 6310 | SARM 2004-16 | 8/2/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 272000 | 251249.44 BK | | | | | | 647 |
| 15500 | 1699 | SARM 2004-16 | 7/14/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 329600 | 335222.32 Curr | H | | 1/3/2012 0:00 | 0 | 83708.51 | 707 |
| 15501 | 5013 | SARM 2004-16 | 8/6/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 146200 | 137225.96 Curr | H | | 12/1/2015 0:00 | 0 | 0 | 789 |
| 15502 | 6044 | SAIL 2004-10 | 7/16/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 148000 | 140503.31 | 30 Y | | 10/1/2012 0:00 | 0 | | 656 |
| 15503 | 4311 | SARM 2004-16 | 9/8/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 588800 | 557448.15 | 30 H | | 7/1/2015 0:00 | 0 | 0 | 770 |
| 15504 | 3633 | SARM 2004-16 | 8/13/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | ARM | 376000 | 343565.91 Curr | | | | | | 725 |
| 15505 | 6198 | SARM 2004-16 | 9/10/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 234400 | 231386.94 BK | H | | 7/1/2015 0:00 | 0 | 0 | 769 |
| 15506 | 8615 | SAS 2004-S4 | 8/26/2004 0:00 | AURORA BANK FSB | NATIONSTAR MORTGAGE LLC | Fixed | 46634 | 40198.16 Curr | Y | | 6/1/2011 0:00 | | | 704 |
| 15507 | 1054 | SAS 2005-1 | 9/28/2004 0:00 | AURORA BANK FSB | CITIMORTGAGE INC | Fixed | 350000 | 330176.83 Curr | Y | | 10/1/2010 0:00 | | 60000 | 723 |
| 15508 | | | | | | | | | | | | | | |
| 15509 | | | | | | | | | | | | 60,673,079 | 669,658,647 | |
| 15510 | | | | | | | | | | | | | | |
| 15511 | | 730,331,726 | | | | | | | | | Total Forgiven & Deferred: | | 730,331,726 | |