**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Ref. Docket Nos. 57289, 57290, |
| | : | 57311, 57346, 57422, 57424, 57427, |
| | : | 57429 |
| | : | |
| | : | |

---------------------------------------------------------------- X

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK          )
                                               ) ss.:
COUNTY OF NEW YORK    )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 15, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 15, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
16th day of January, 2018
*/s/ John Chau*

Notary Public, State of New York
No. 01CH6353383
Qualified in the County of Queens
Commission Expires January 23, 2021

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is
purchasing or otewise being assigned the claim.

To:      BAR(23) MAILID *** 000124205912 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000183121



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: SOLA LTD.
C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

Please note that your claim # 32618-05 in the above referenced case and in the amount of
$25,746,712.93 allowed at $24,357,292.04 has been transferred (unless previously expunged by court order)

EMPYREAN LHMN SPV, LP
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
ATTN: STERLING HATHAWAY
10250 CONSTELLATION BLVD., STE 2950
LOS ANGELES, CA 90067

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          57422                    in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS
AS THE CLAIMANT.**

Date:  01/15/2018                          Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez

                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 15, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLA LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLA LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLA LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLA LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: THE DIAMETER MASTER FUND LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: THE DIAMETER MASTER FUND LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: NOONDAY OFFSHORE, INC., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: NOONDAY OFFSHORE, INC., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: NOONDAY OFFSHORE, INC., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: NOONDAY OFFSHORE, INC., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: NOONDAY OFFSHORE, INC., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: NOONDAY OFFSHORE, INC., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: NOONDAY OFFSHORE, INC., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: NOONDAY OFFSHORE, INC., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: NOONDAY OFFSHORE, INC., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: NOONDAY OFFSHORE, INC., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| NOONDAY OFFSHORE, INC. | ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| THE DIAMETER MASTER FUND LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., 24 W 40TH STREET, 5TH FLOOR, NEW YORK, NY 10018 |
| THE DIAMETER MASTER FUND LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: CHRISTOPHER SULLIVAN, 24 W 40TH STREET, 5TH FLOOR, NEW YORK, NY 10018 |

**Total Creditor Count 38**