UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

LEHMAN BROTHERS HOLDINGS INC., et al.

                            Debtors.

-----------------------------------------------------------------x

                   Chapter 11
                   Case No. 08-13555 (SCC)

## <u>STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL</u>

IT IS HEREBY STIPULATED by and between the undersigned that (a) White & Wolnerman, PLLC shall be substituted as counsel of record on behalf of Fondo de Proteccion Social de los Depositos Bancarios, f/k/a Fondo de Proteccion Social de los Depositos Bancarios y Proteccion Bancaria ("FOGADE"), and Otterbourg, P.C. and Homer Bonner Jacobs, P.A. shall be relieved as counsel of record on behalf of FOGADE; (b) subject to filing the appropriate forms, Escritorio Juridico Financiero Soto & Asociados shall be substituted as agent for the receipt and distribution of disbursements on behalf of FOGADE; and (c) subject to the remittance of the distribution it is holding on behalf of FOGADE, Homer Bonner Jacobs, P.A., shall be relieved as agent for the receipt and distribution of disbursements on behalf of FOGADE.

(signature page follows)

**FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS**

**HOMER BONNER JACOBS, P.A.**

By: _____/s/ Gustavo Soto M._____
      Name: Gustavo Soto M.
      Title: Representative

By: ____/s/ Luis E. Delgado_____
      Name: Luis E. Delgado

**OTTERBOURG, P.C.**

**WHITE & WOLNERMAN, PLLC**

By: _____/s/ Erik B. Weinick_____
      Name: Erik B. Weinick

By: _____/s/ Randolph E. White_____
      Name: Randolph E. White

**ESCRITORIO JURIDICO FINANCIERO SOTO & ASOCIADOS**

By: _____/s/ Gustavo J. Soto_____
      Name: Gustavo J. Soto
      Title: President

SO ORDERED: January 26, 2018

/S/ Shelley C. Chapman
United States Bankruptcy Judge