# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al*.      Case No. 08-13555 (SCC) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **Diameter Master Fund LP** | **Deutsche Bank AG, London Branch** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Diameter Master Fund LP
c/o Diameter Capital Partners LP
24 W 40th Street, 5th Floor
New York, NY 10018
Attn:  John Zhang
Tel:  212-655-1400
Email: jzhang@diametercap.com

Last Four Digits of Acct. #:

Court Claim No.: 29557

Amount of Claim Transferred: $200,000,000.00, plus all interest, fees and other recoveries due.

Date Claim Filed: September 22, 2009

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**DIAMETER MASTER FUND LP**

By: _[signature: Christopher H. Sullivan]_          Date:  January 2, 2018
Name: Christopher H. Sullivan
Title:  Authorized Signatory

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

731-012/CERTS/5482209.1

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al*.                Case No. 08-13555 (SCC) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM No. 29557 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of the claim, the transferee filed a Transfer of Claims other than for Security in the Clerk's office of this court on            .

| **Deutsche Bank AG, London Branch**<br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br>c/o Deutsche Bank Securities Inc.<br>60 Wall Street, 3rd Floor<br>New York, New York 10005<br>Attn: Rich Vichaidith<br>Email: richard.vichaidith@db.com<br>Tel: 212-250-5760 | **Diameter Master Fund LP**<br>Name of Transferee<br><br>Address of Transferee<br>Diameter Master Fund LP<br>c/o Diameter Capital Partners LP<br>24 W 40th Street, 5th Floor<br>New York, NY 10018<br>Attn: John Zhang<br>Tel: 212-655-1400<br>Email: jzhang@diametercap.com |
|---|---|
|  |  |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: _____                               _____
                                                           CLERK OF THE COURT


731-012/CERTS/5482209.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc., Debtor in Case No. 08-13555 (SCC) (Jointly Administered) Claim Number:  29557

Transferred Claim Amount:  $200,000,000

DEUTSCHE BANK AG, LONDON BRANCH ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to DIAMETER MASTER FUND LP and its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC., et al., solely to the extent of the allowed amount of $200,000,000, docketed as Claim No. 29557 (the "Claim") in the above-referenced case.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated January 26, 2018.

| **DIAMETER MASTER FUND LP** | **DEUTSCHE BANK AG, LONDON BRANCH** |
|---|---|
| By: _/s/ Christopher H. Sullivan_____<br>Name: Christopher H. Sullivan<br>Title:  Authorized Signatory | By:_____<br>Name:<br>Title: |
| | By:_____<br>Name:<br>Title: |

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc., Debtor in Case No. 08-13555 (SCC) (Jointly Administered) Claim Number: 29557

Transferred Claim Amount: $200,000,000

    DEUTSCHE BANK AG, LONDON BRANCH ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to DIAMETER MASTER FUND LP and its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC., et al., solely to the extent of the allowed amount of $200,000,000, docketed as Claim No. 29557 (the "Claim") in the above-referenced case.

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated January 26, 2018.

| **DIAMETER MASTER FUND LP** | **DEUTSCHE BANK AG, LONDON BRANCH** |
|---|---|
| By: _____<br>  Name:<br>  Title: | By: _____<br>  Name:<br>  Title:<br><br>By: _____<br>  Name:<br>  Title: |