**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                      :      Chapter 11 Case No.
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,               :      08-13555 (SCC)
                                                           :
                           Debtors.                        :      (Jointly Administered)
                                                           :
---------------------------------------------------------------x      Ref. Docket No. 57528

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 23, 2018, I caused to be served the "Notice of Adjournment of Hearing," dated January 22, 2018 [Docket No. 57528], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed in the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
23rd day of January, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
## 1st Class Mail – Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**LEHMAN BROTHERS HOLDINGS INC.**
**1st Class Mail – Additional Party**

**LBH_NOA HEARING _(D.I. 57258)_1-23-18**

RGM TRADING INTERNATIONAL LIMITED

C/O HOGUET NEWMAN REGAL & KENNEY LLP

ATTN: JOSH RIEVMAN, ESQ.

10 EAST 4OTH STREET

NEW YORK, NY 10013

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.lanza@dlapiper.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com

# LEHMAN BROTHERS HOLDINGS INC.
## Electronic Mail – Master Service List

| | |
|---|---|
| chris.donoho@hoganlovells.com | dennis.tracey@hoganlovells.com |
| christopher.greco@kirkland.com | dfelder@orrick.com |
| claude.montgomery@dentons.com | dflanigan@polsinelli.com |
| clynch@reedsmith.com | dfliman@kasowitz.com |
| cohen@sewkis.com | dgoldberg@hsgllp.com |
| cp@stevenslee.com | dhayes@mcguirewoods.com |
| cpappas@dilworthlaw.com | dhealy@hsgllp.com |
| cparyse@contrariancapital.com | dheffer@foley.com |
| craig.goldblatt@wilmerhale.com | dhurst@coleschotz.com |
| craigjustinalbert@gmail.com | dhw@dhclegal.com |
| crmomjian@attorneygeneral.gov | diconzam@gtlaw.com |
| csalomon@beckerglynn.com | djcarragher@daypitney.com |
| cschreiber@winston.com | djoseph@stradley.com |
| cshore@whitecase.com | dkessler@ktmc.com |
| cshulman@sheppardmullin.com | dkozusko@willkie.com |
| cszyfer@stroock.com | dlemay@chadbourne.com |
| cwalsh@mayerbrown.com | dlipke@vedderprice.com |
| cward@polsinelli.com | dmark@kasowitz.com |
| cweber@ebg-law.com | dmcguire@winston.com |
| cweiss@ingramllp.com | dmiller@steinlubin.com |
| dallas.bankruptcy@publicans.com | dmurray@jenner.com |
| dave.davis@isgria.com | dneier@winston.com |
| david.bennett@tklaw.com | dodonnell@milbank.com |
| david.livshiz@freshfields.com | dpegno@dpklaw.com |
| david.powlen@btlaw.com | draelson@fisherbrothers.com |
| david.tillem@wilsonelser.com | drosenzweig@fulbright.com |
| davids@blbglaw.com | drosner@goulstonstorrs.com |
| davidwheeler@mvalaw.com | drosner@kasowitz.com |
| dbarber@bsblawyers.com | dshaffer@wtplaw.com |
| dbaumstein@whitecase.com | dspelfogel@foley.com |
| dbesikof@loeb.com | dtatge@ebglaw.com |
| dblack@hsgllp.com | dtheising@harrisonmoberly.com |
| dcimo@gjb-law.com | dwdykhouse@pbwt.com |
| dcoffino@cov.com | dworkman@bakerlaw.com |
| dcrapo@gibbonslaw.com | easmith@venable.com |
| ddavis@paulweiss.com | ebcalvo@pbfcm.com |
| ddrebsky@nixonpeabody.com | ecohen@russellinvestments.com |
| ddunne@milbank.com | edelucia@hsgllp.com |
| deggermann@kramerlevin.com | edward.flanders@pillsburylaw.com |
| deggert@freebornpeters.com | efleck@milbank.com |
| demetra.liggins@tklaw.com | efriedman@fklaw.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| efriedman@friedmanspring.com | irethy@stblaw.com |
| ekbergc@lanepowell.com | israel.dahan@cwt.com |
| eleicht@whitecase.com | izaur@cgr-law.com |
| ellen.halstead@cwt.com | j.zelloe@stahlzelloe.com |
| emagnelli@bracheichler.com | jacobsonn@sec.gov |
| emerberg@mayerbrown.com | jalward@blankrome.com |
| enkaplan@kaplanlandau.com | james.berg@piblaw.com |
| eobrien@sbchlaw.com | james.mcclammy@dpw.com |
| etillinghast@sheppardmullin.com | james.moore@morganlewis.com |
| eweinick@otterbourg.com | james.sprayregen@kirkland.com |
| ezujkowski@emmetmarvin.com | jamesboyajian@gmail.com |
| farrington.yates@kobrekim.com | jamestecce@quinnemanuel.com |
| fcarruzzo@kramerlevin.com | jar@outtengolden.com |
| ffm@bostonbusinesslaw.com | jay.hurst@oag.state.tx.us |
| fhenn@law.nyc.gov | jay@kleinsolomon.com |
| fhyman@mayerbrown.com | jbeemer@entwistle-law.com |
| foont@foontlaw.com | jbrody@americanmlg.com |
| fsosnick@shearman.com | jbromley@cgsh.com |
| gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| gary.ravertpllc@gmail.com | jchristian@tobinlaw.com |
| gavin.alexander@ropesgray.com | jdoran@haslaw.com |
| gbray@milbank.com | jdwarner@warnerandscheuerman.com |
| ggitomer@mkbattorneys.com | jdyas@halperinlaw.net |
| ggoodman@foley.com | jean-david.barnea@usdoj.gov |
| giddens@hugheshubbard.com | jeanites@whiteandwilliams.com |
| gkaden@goulstonstorrs.com | jeannette.boot@wilmerhale.com |
| glenn.siegel@morganlewis.com | jeff.wittig@united.com |
| gmoss@riemerlaw.com | jeldredge@velaw.com |
| goldenberg@ssnylaw.com | jennifer.demarco@cliffordchance.com |
| gspilsbury@jsslaw.com | jennifer.gore@shell.com |
| harrisjm@michigan.gov | jg5786@att.com |
| harveystrickon@paulhastings.com | jgenovese@gjb-law.com |
| hbeltzer@chadbourne.com | jguy@orrick.com |
| heiser@chapman.com | jhiggins@fdlaw.com |
| hmagaliff@r3mlaw.com | jhorgan@phxa.com |
| holsen@stroock.com | jhuggett@margolisedelstein.com |
| hooper@sewkis.com | jim@atkinslawfirm.com |
| howard.hawkins@cwt.com | jjureller@klestadt.com |
| hseife@chadbourne.com | jlamar@maynardcooper.com |
| hsnovikoff@wlrk.com | jlawlor@wmd-law.com |
| hsteel@brownrudnick.com | jlee@foley.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.goodchild@morganlewis.com
john.monaghan@hklaw.com
john.mule@state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com

karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
kek@crb-law.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@fensterstock.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgomez@msek.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com

08-13555-mg    Doc 57565    Filed 01/28/18    Entered 01/28/18 22:20:27    Main Document
Pg 11 of 14

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| lnashelsky@mofo.com | michael.kraut@morganlewis.com |
| loizides@loizides.com | michael.mccrory@btlaw.com |
| lperlman@hsgllp.com | michael.solow@apks.com |
| lschweitzer@cgsh.com | millee12@nationwide.com |
| lucdespins@paulhastings.com | miller@taftlaw.com |
| mabrams@willkie.com | mimi.m.wong@irscounsel.treas.gov |
| maofiling@cgsh.com | mitchell.ayer@tklaw.com |
| margolin@hugheshubbard.com | mitchell.berger@squirepb.com |
| mark.bane@ropesgray.com | mjedelman@vedderprice.com |
| mark.ellenberg@cwt.com | mjr1@westchestergov.com |
| mark.mckane@kirkland.com | mlahaie@akingump.com |
| mark.salzberg@squirepb.com | mlandman@lcbf.com |
| mark.sherrill@sutherland.com | mlichtenstein@crowell.com |
| maryann.gagliardi@wilmerhale.com | mlynch2@travelers.com |
| mcolomar@diazreus.com | mmorreale@us.mufg.jp |
| marvin.clements@ag.tn.gov | mneier@ibolaw.com |
| matt@willaw.com | monica.lawless@brookfieldproperties.com |
| matthew.klepper@dlapiper.com | mpage@kelleydrye.com |
| maustin@orrick.com | mparry@mosessinger.com |
| mbenner@tishmanspeyer.com | mpedreira@proskauer.com |
| mbienenstock@proskauer.com | mrosenthal@gibsondunn.com |
| mbloemsma@mhjur.com | mruetzel@whitecase.com |
| mbossi@thompsoncoburn.com | mschimel@sju.edu |
| mcademartori@sheppardmullin.com | msegarra@mayerbrown.com |
| mcarthurk@sullcrom.com | mshiner@tuckerlaw.com |
| mccarthyj@sullcrom.com | mshuster@hsgllp.com |
| mcordone@stradley.com | msolow@kayescholer.com |
| mcyganowski@oshr.com | mspeiser@stroock.com |
| mdorval@stradley.com | mstamer@akingump.com |
| melorod@gtlaw.com | munno@sewkis.com |
| meltzere@pepperlaw.com | mvenditto@reedsmith.com |
| metkin@lowenstein.com | mwarner@coleschotz.com |
| mfeldman@willkie.com | mwarren@mtb.com |
| mgordon@briggs.com | nathan.spatz@pillsburylaw.com |
| mgreger@allenmatkins.com | nbinder@binderschwartz.com |
| mh1@mccallaraymer.com | nbojar@fklaw.com |
| mhanin@kasowitz.com | ncoco@mwe.com |
| mhopkins@cov.com | neal.mann@oag.state.ny.us |
| michael.frege@cms-hs.com | ned.schodek@shearman.com |
| michael.kelly@monarchlp.com | neil.herman@morganlewis.com |
| michael.krauss@faegrebd.com | neilberger@teamtogut.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| ngueron@cgr-law.com | rmatzat@hahnhessen.com |
| nicholas.zalany@squirepb.com | rnetzer@willkie.com |
| nissay_10259-0154@mhmjapan.com | robert.honeywell@klgates.com |
| nlepore@schnader.com | robert.malone@dbr.com |
| nlieberman@hsgllp.com | robert.yalen@usdoj.gov |
| notice@bkcylaw.com | robin.keller@lovells.com |
| nyrobankruptcy@sec.gov | roger@rnagioff.com |
| otccorpactions@finra.org | ross.martin@ropesgray.com |
| paronzon@milbank.com | rpedone@nixonpeabody.com |
| pbattista@gjb-law.com | rrainer@wmd-law.com |
| pbosswick@ssbb.com | rroupinian@outtengolden.com |
| pdublin@akingump.com | rterenzi@stcwlaw.com |
| peisenberg@lockelord.com | russj4478@aol.com |
| peter.gilhuly@lw.com | ryaspan@yaspanlaw.com |
| peter.meisels@wilsonelser.com | sabin.willett@morganlewis.com |
| peter.simmons@friedfrank.com | sabramowitz@velaw.com |
| peter@bankrupt.com | sabvanrooy@hotmail.com |
| pfeldman@oshr.com | sally.henry@skadden.com |
| pfinkel@wilmingtontrust.com | samuel.cavior@pillsburylaw.com |
| phayden@mcguirewoods.com | sandyscafaria@eaton.com |
| pmaxcy@sonnenschein.com | scargill@lowenstein.com |
| ppascuzzi@ffwplaw.com | schager@ssnylaw.com |
| ppatterson@stradley.com | schannej@pepperlaw.com |
| psp@njlawfirm.com | schepis@pursuitpartners.com |
| ptrostle@jenner.com | schnabel.eric@dorsey.com |
| raj.madan@skadden.com | schristianson@buchalter.com |
| ramona.neal@hp.com | scott.golden@hoganlovells.com |
| rbeacher@pryorcashman.com | scottj@sullcrom.com |
| rbernard@foley.com | scottshelley@quinnemanuel.com |
| rbyman@jenner.com | scousins@armstrongteasdale.com |
| rdaversa@orrick.com | sdnyecf@dor.mo.gov |
| relgidely@gjb-law.com | sehlers@armstrongteasdale.com |
| rfriedman@silvermanacampora.com | sfalanga@thewalshfirm.com |
| rgmason@wlrk.com | sfelderstein@ffwplaw.com |
| rgoodman@moundcotton.com | sfineman@lchb.com |
| rgraham@whitecase.com | sfox@mcguirewoods.com |
| rhett.campbell@tklaw.com | sgordon@cahill.com |
| richard.lear@hklaw.com | sgraziano@blbglaw.com |
| richard@rwmaplc.com | sgubner@ebg-law.com |
| rick.murphy@sutherland.com | sharbeck@sipc.org |
| rleek@hodgsonruss.com | shari.leventhal@ny.frb.org |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

shgross5@yahoo.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com

tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yuwatoko@mofo.com

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Additional Party**

jrievman@hnrklaw.com