



United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004
Attention: clerk of the Court
USA

Zurich, January 09, 2018

### NOTICE OF TRANSFER OF CLAIMS

Dear Sirs,

Please find enclosed the official form in regard of the transfer of Lehman Program securities.

Kind regards,

Falcon Private Bank Ltd.

Melanie Kalb
Director, Legal Counsel

Karin Lorez
Director, Legal Counsel

Falcon Private Bank Ltd.  Pelikanstrasse 37  P.O. Box 1376  8021 Zurich  Switzerland  +41 44 227 55 55  falconprivatebank.com



Notice Pursuant to Bankruptcy Rule 3001

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: Lehman Brothers Holdings Inc.  Case No.: _(JMP_
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>Incore Bank AG | Name of Transferor:<br>Falcon Private Bank Ltd. |
| Notices to Transferee should be sent to:<br>Name: Incore Bank AG<br>Address: Stauffacherstrasse 41<br>Postfach<br>8036 Zürich<br>Attn. Christian Kummer<br>E-mail: christian.kummer@incorebank.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br>Deutsche Bank Trust Company Americas, New York<br>Account 04458406<br>SWIFT: BKTRUS33XXX<br>FW: 021001033<br>CHIPS: 0103<br>For further credit: Incore Bank AG | Name and Current Address of Transferor<br>Falcon Private Bank Ltd.<br>Pelikanstrasse 37, P.O. Box 1376, Zürich 8021, Switzerland<br>+41 44 227 55 55<br>Attn: Legal & Compliance department<br>Legal.ZH@falconpb.com / Compliance.ZH@falconpb.com |
| Amount of Claim Being Transferred:<br>250'000 units (ISIN: XS0339537804) | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| Court Claim No. (if known): **55829.76** | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: _____

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Page 1 of 3

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 55829.76 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Cert LEH NL 2008-9.2.09 (EXP.26.1.09) on Commodity Gold -In Default- | XS0339537804 | LBHI | LBHI | 250'000 |
| | | | | |
| | | | | |
| | | | | |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**FALCON PRIVATE BANK LTD.,** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Incore Bank AG
Stauffacherstrasse 41
8036 Zürich-Switzerland
Attn. Christian Kummer
Tel: +41 44 403 9362
E-Mail: christian.kummer@incorebank.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 16, 2017..

**Falcon Private Bank Ltd.**
Transferor

Zurich, 09.01.18

By: _____
Name: Melanie Kalb
Title: Director

By: _____
Name: Karin Lorez
Title: Director

ACKNOWLEDGED BY:

**Incore Bank AG**
Transferee

By: _____
Name:
Title: C. Kummer
Member of Management

By: _____
Name:
Title: J. Hürzeler
Assistant Vice President

Page 3 of 3