**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) | Case No. 08-13555 (SCC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

# MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Mark McKane, P.C., request admission *pro hac vice* in the above-referenced chapter 11 cases to represent Bruce Alexander Mackay and Matthew Robert Haw of RSM Restructuring Advisory LLP (the "***Joint Liquidators***"). I certify that I am a member in good standing of the bar of the State of California, State of Illinois (inactive), and District of Columbia. I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated: January 31, 2018               Respectfully submitted,

                                      */s/ Mark McKane P.C.*
                                      Mark McKane P.C.
                                      KIRKLAND & ELLIS LLP
                                      KIRKLAND & ELLIS INTERNATIONAL LLP
                                      555 California Street
                                      San Francisco, California 94104
                                      Telephone:    (415) 439-1400
                                      Facsimile:    (415) 439-1500
                                      Email:        mark.mckane@kirkland.com

                                      *Counsel to the Joint Liquidators*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) | Case No. 08-13555 (SCC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Mark McKane, P.C., to be admitted *pro hac vice* to represent the Joint Liquidators[1] and upon the movant's certification that he is a member in good standing of the bars of the State of California, State of Illinois (inactive), and District of Columbia, it is hereby

**ORDERED** that Mark McKane P.C. is admitted to practice *pro hac vice* in the above-referenced case to represent the Joint Liquidators in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2018          _____
         New York, New York                    United States Bankruptcy Judge

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.