**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) | Case No. 08-13555 (SCC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

    I, Joseph M. Graham, request admission *pro hac vice* in the above-referenced chapter 11 cases to represent Bruce Alexander Mackay and Matthew Robert Haw of RSM Restructuring Advisory LLP (the "***Joint Liquidators***").  I certify that I am a member in good standing of the bar of the State Illinois.  I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated:  January 31, 2018          Respectfully submitted,

                                          */s/ Joseph M. Graham*
                                          Joseph M. Graham
                                          KIRKLAND & ELLIS LLP
                                          KIRKLAND & ELLIS INTERNATIONAL LLP
                                          300 North LaSalle
                                          Chicago, Illinois 60654
                                          Telephone:    (312) 862-2000
                                          Facsimile:     (312) 862-2200
                                          Email:           joe.graham@kirkland.com

                                          *Counsel to the Joint Liquidators*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Case No. 08-13555 (SCC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Joseph M. Graham to be admitted *pro hac vice* to represent the Joint Liquidators[1] and upon the movant's certification that he is a member in good standing of the bars of the State of Illinois, it is hereby

**ORDERED** that Joseph M. Graham is admitted to practice *pro hac vice* in the above-referenced case to represent the Joint Liquidators in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2018         _____
       New York, New York                    United States Bankruptcy Judge

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.