**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Case No. 08-13555 (SCC) |
| Debtors. | ) (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Kevin K. Chang request admission *pro hac vice* in the above-referenced chapter 11 cases to represent Bruce Alexander Mackay and Matthew Robert Haw of RSM Restructuring Advisory LLP (the "***Joint Liquidators***"). I certify that I am a member in good standing of the bar of the State of California. I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated: January 31, 2018            Respectfully submitted,

                        */s/ Kevin K. Chang*
                        Kevin K. Chang
                        KIRKLAND & ELLIS LLP
                        KIRKLAND & ELLIS INTERNATIONAL LLP
                        555 California Street
                        San Francisco, California 94104
                        Telephone:    (415) 439-1400
                        Facsimile:    (415) 439-1500
                        Email:        kevin.chang@kirkland.com

                        *Counsel to the Joint Liquidators*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) | Case No. 08-13555 (SCC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Kevin K. Chang to be admitted *pro hac vice* to represent the Joint Liquidators[1] and upon the movant's certification that he is a member in good standing of the bars of the State of California, it is hereby

**ORDERED** that Kevin K. Chang is admitted to practice *pro hac vice* in the above-referenced case to represent the Joint Liquidators in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2018          _____
       New York, New York                    United States Bankruptcy Judge

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.