**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Case No. 08-13555 (SCC) |
| Debtors. | ) (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Mark McKane, P.C., to be admitted *pro hac vice* to represent the Joint Liquidators[1] and upon the movant's certification that he is a member in good standing of the bars of the State of California, State of Illinois (inactive), and District of Columbia, it is hereby

**ORDERED** that Mark McKane P.C. is admitted to practice *pro hac vice* in the above-referenced case to represent the Joint Liquidators in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: February 1, 2018         /S/ Shelley C. Chapman
New York, New York              United States Bankruptcy Judge

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.