**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Case No. 08-13555 (SCC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

_____

## ORDER GRANTING ADMISSION TO PRACTICE _PRO HAC VICE_

Upon the motion of Joseph M. Graham to be admitted _pro hac vice_ to represent the Joint Liquidators[1] and upon the movant's certification that he is a member in good standing of the bars of the State of Illinois, it is hereby

**ORDERED** that Joseph M. Graham is admitted to practice _pro hac vice_ in the above-referenced case to represent the Joint Liquidators in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: February 1, 2018        /S/ Shelley C. Chapman
      New York, New York      United States Bankruptcy Judge

_____

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.