**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Case No. 08-13555 (SCC) |
| Debtors. | ) (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Kevin K. Chang to be admitted *pro hac vice* to represent the Joint Liquidators[1] and upon the movant's certification that he is a member in good standing of the bars of the State of California, it is hereby

**ORDERED** that Kevin K. Chang is admitted to practice *pro hac vice* in the above-referenced case to represent the Joint Liquidators in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: February 1, 2018                     /S/ Shelley C. Chapman
New York, New York                           United States Bankruptcy Judge

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.