**ROBINS KAPLAN LLP**
David B. Shemano
dshemano@robinskaplan.com
2049 Century Park East
Suite 3400
Los Angeles, CA 90067
(310) 552-0130

Attorneys for Shinhan Investment Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------- X
In re:                                 :   Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,         :   Case No. 08-13555

    Debtor                             :

-------------------------------------- X

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR
REMOVAL FROM SERVICE LISTS**

       The undersigned attorney with the firm of ROBINS KAPLAN LLP, as counsel for Shinhan Investment Corp., hereby withdraws his appearance and requests removal from any and all service lists including the Court's CM/ECF notification list.

Dated: Los Angeles, CA
       February 1, 2018

Respectfully submitted,

**ROBINS KAPLAN LLP**

By:/s/ David B. Shemano
   David B. Shemano
   dshemano@robinskaplan.com
   2049 Century Park East
   Suite 3400
   Los Angeles, CA 90067
   (310) 552-0130
   Attorneys for
   Shinhan Investment Corp.

61411482.1

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the foregoing document was electronically filed with this Court on this 1st day of February, 2018 and served through the Court's CM/ECF system upon all registered electronic filers, or by mail upon anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ David B. Shemano
David B. Shemano

61411482.1