**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re:                                                : Chapter 11 Case No.
                                                      :
LEHMAN BROTHERS HOLDINGS INC., et al.,                : 08-13555 (SCC)
                                                      :
             Debtors.                                 : (Jointly Administered)
                                                      :
                                                      : Ref. Docket No. 57594
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 30, 2018, I caused to be served the "December 2017 Post-Effective Operating Report," dated January 30, 2018 [Docket No. 57594], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   b. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, and

   c. delivered via electronic mail to those parties listed on the annexed Exhibit C.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
1st day of February, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

08-13555-mg    Doc 57617    Filed 02/02/18    Entered 02/02/18 19:20:03    Main Document
Pg 3 of 17

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**Overnight Mail - Office of the US Trustee**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**First Class Mail – Additional Parties**

| | |
|---|---|
| FAEGRE BAKER DANIELS LLP<br>ATTN: MICHAEL M. KRAUSS<br>(COUNSEL TO 'SANTA FE ENTITIES')<br>2200 WELLS FARGO CENTER<br>90 SOUTH SEVENTH STREET<br>MINNEAPOLIS, MN 55402-3901 | EATON CORPORATION<br>ATTN: GLOBAL TRADE CREDIT DEPARTMENT<br>EATON CENTER<br>1111 SUPERIOR AVENUE<br>CLEVELAND  OH 44114-2584 |

# EXHIBIT C

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic mail – Master Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | aostrow@beckerglynn.com |
| aalfonso@willkie.com | appleby@chapman.com |
| abeaumont@fklaw.com | aquale@sidley.com |
| abraunstein@riemerlaw.com | arainone@bracheichler.com |
| acaton@kramerlevin.com | arancier@offitkurman.com |
| adam.lanza@dlapiper.com | arheaume@riemerlaw.com |
| adarwin@nixonpeabody.com | arosenblatt@chadbourne.com |
| adiamond@diamondmccarthy.com | arthur.rosenberg@hklaw.com |
| adk@msf-law.com | arwolf@wlrk.com |
| aeckstein@blankrome.com | aschwartz@homerbonner.com |
| aentwistle@entwistle-law.com | aseuffert@lawpost-nyc.com |
| aglenn@kasowitz.com | ashmead@sewkis.com |
| agold@herrick.com | asnow@ssbb.com |
| aisenberg@saul.com | asomers@rctlegal.com |
| akadish@dtlawgroup.com | aunger@sidley.com |
| akolod@mosessinger.com | austin.bankruptcy@publicans.com |
| allison.holubis@wilsonelser.com | avenes@whitecase.com |
| alum@ftportfolios.com | bankruptcy@goodwin.com |
| amartin@sheppardmullin.com | bankruptcy@morrisoncohen.com |
| amcmullen@boultcummings.com | bankruptcy@ntexas-attorneys.com |
| amenard@tishmanspeyer.com | bankruptcymatters@us.nomura.com |
| amh@amhandlerlaw.com | barbra.parlin@hklaw.com |
| andrew.brozman@cliffordchance.com | bbisignani@postschell.com |
| andrew.lourie@kobrekim.com | bcarlson@co.sanmateo.ca.us |
| andrewtenzer@paulhastings.com | bdemay@hsgllp.com |
| angelich.george@arentfox.com | bdk@schlamstone.com |
| angie.owens@skadden.com | benjamin.mintz@apks.com |
| anthony_boccanfuso@aporter.com | bguiney@pbwt.com |

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic mail – Master Service List**

| | |
|---|---|
| bmanne@tuckerlaw.com | clynch@reedsmith.com |
| bmiller@mofo.com | cohen@sewkis.com |
| boneill@kramerlevin.com | cp@stevenslee.com |
| brosenblum@jonesday.com | cpappas@dilworthlaw.com |
| brotenberg@wolffsamson.com | cparyse@contrariancapital.com |
| broy@rltlawfirm.com | craig.goldblatt@wilmerhale.com |
| bruce.wright@sutherland.com | craigjustinalbert@gmail.com |
| bsellier@rlrpclaw.com | crmomjian@attorneygeneral.gov |
| bstrickland@wtplaw.com | csalomon@beckerglynn.com |
| btrust@mayerbrown.com | cschreiber@winston.com |
| bturk@tishmanspeyer.com | cshore@whitecase.com |
| bwolfe@sheppardmullin.com | cshulman@sheppardmullin.com |
| cahn@clm.com | cszyfer@stroock.com |
| canelas@pursuitpartners.com | cwalsh@mayerbrown.com |
| cbelisle@wfw.com | cward@polsinelli.com |
| cbelmonte@ssbb.com | cweber@ebg-law.com |
| cdesiderio@nixonpeabody.com | cweiss@ingramllp.com |
| cfarley@mccarter.com | dallas.bankruptcy@publicans.com |
| cgoldstein@stcwlaw.com | dave.davis@isgria.com |
| chad.husnick@kirkland.com | david.bennett@tklaw.com |
| chammerman@paulweiss.com | david.livshiz@freshfields.com |
| charles@filardi-law.com | david.powlen@btlaw.com |
| charles_malloy@aporter.com | david.tillem@wilsonelser.com |
| chemrick@thewalshfirm.com | davids@blbglaw.com |
| chipford@parkerpoe.com | davidwheeler@mvalaw.com |
| chris.donoho@hoganlovells.com | dbarber@bsblawyers.com |
| christopher.greco@kirkland.com | dbaumstein@whitecase.com |
| claude.montgomery@dentons.com | dbesikof@loeb.com |

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic mail – Master Service List**

| | |
|---|---|
| dblack@hsgllp.com | dmcguire@winston.com |
| dcimo@gjb-law.com | dmiller@steinlubin.com |
| dcoffino@cov.com | dmurray@jenner.com |
| dcrapo@gibbonslaw.com | dneier@winston.com |
| ddavis@paulweiss.com | dodonnell@milbank.com |
| ddrebsky@nixonpeabody.com | dpegno@dpklaw.com |
| ddunne@milbank.com | draelson@fisherbrothers.com |
| deggermann@kramerlevin.com | drosenzweig@fulbright.com |
| deggert@freebornpeters.com | drosner@goulstonstorrs.com |
| demetra.liggins@tklaw.com | drosner@kasowitz.com |
| dennis.tracey@hoganlovells.com | dshaffer@wtplaw.com |
| dfelder@orrick.com | dspelfogel@foley.com |
| dflanigan@polsinelli.com | dtatge@ebglaw.com |
| dfliman@kasowitz.com | dtheising@harrisonmoberly.com |
| dgoldberg@hsgllp.com | dwdykhouse@pbwt.com |
| dhayes@mcguirewoods.com | dworkman@bakerlaw.com |
| dhealy@hsgllp.com | easmith@venable.com |
| dheffer@foley.com | ebcalvo@pbfcm.com |
| dhurst@coleschotz.com | ecohen@russellinvestments.com |
| dhw@dhclegal.com | edelucia@hsgllp.com |
| diconzam@gtlaw.com | edward.flanders@pillsburylaw.com |
| djcarragher@daypitney.com | efleck@milbank.com |
| djoseph@stradley.com | efriedman@fklaw.com |
| dkessler@ktmc.com | efriedman@friedmanspring.com |
| dkozusko@willkie.com | ekbergc@lanepowell.com |
| dlemay@chadbourne.com | eleicht@whitecase.com |
| dlipke@vedderprice.com | ellen.halstead@cwt.com |
| dmark@kasowitz.com | emagnelli@bracheichler.com |

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic mail – Master Service List**

| | |
|---|---|
| emerberg@mayerbrown.com | heiser@chapman.com |
| enkaplan@kaplanlandau.com | hmagaliff@r3mlaw.com |
| eobrien@sbchlaw.com | holsen@stroock.com |
| etillinghast@sheppardmullin.com | hooper@sewkis.com |
| eweinick@otterbourg.com | howard.hawkins@cwt.com |
| ezujkowski@emmetmarvin.com | hseife@chadbourne.com |
| farrington.yates@kobrekim.com | hsnovikoff@wlrk.com |
| fcarruzzo@kramerlevin.com | hsteel@brownrudnick.com |
| ffm@bostonbusinesslaw.com | irethy@stblaw.com |
| fhenn@law.nyc.gov | israel.dahan@cwt.com |
| fhyman@mayerbrown.com | izaur@cgr-law.com |
| foont@foontlaw.com | j.zelloe@stahlzelloe.com |
| fsosnick@shearman.com | jacobsonn@sec.gov |
| gabriel.delvirginia@verizon.net | jalward@blankrome.com |
| gary.ravertpllc@gmail.com | james.berg@piblaw.com |
| gavin.alexander@ropesgray.com | james.mcclammy@dpw.com |
| gbray@milbank.com | james.moore@morganlewis.com |
| ggitomer@mkbattorneys.com | james.sprayregen@kirkland.com |
| ggoodman@foley.com | jamesboyajian@gmail.com |
| giddens@hugheshubbard.com | jamestecce@quinnemanuel.com |
| gkaden@goulstonstorrs.com | jar@outtengolden.com |
| glenn.siegel@morganlewis.com | jay.hurst@oag.state.tx.us |
| gmoss@riemerlaw.com | jay@kleinsolomon.com |
| goldenberg@ssnylaw.com | jbeemer@entwistle-law.com |
| gspilsbury@jsslaw.com | jbrody@americanmlg.com |
| harrisjm@michigan.gov | jbromley@cgsh.com |
| harveystrickon@paulhastings.com | jcarberry@cl-law.com |
| hbeltzer@chadbourne.com | jchristian@tobinlaw.com |

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic mail – Master Service List**

| | |
|---|---|
| jdoran@haslaw.com | jnm@mccallaraymer.com |
| jdwarner@warnerandscheuerman.com | john.beck@hoganlovells.com |
| jdyas@halperinlaw.net | john.goodchild@morganlewis.com |
| jean-david.barnea@usdoj.gov | john.monaghan@hklaw.com |
| jeanites@whiteandwilliams.com | john.mule@state.mn.us |
| jeannette.boot@wilmerhale.com | john.rapisardi@cwt.com |
| jeff.wittig@united.com | jonathan.goldblatt@bnymellon.com |
| jeldredge@velaw.com | jonathan.henes@kirkland.com |
| jennifer.demarco@cliffordchance.com | jorbach@hahnhessen.com |
| jennifer.gore@shell.com | joseph.cordaro@usdoj.gov |
| jg5786@att.com | joshua.dorchak@morganlewis.com |
| jgenovese@gjb-law.com | jowen769@yahoo.com |
| jguy@orrick.com | joy.mathias@dubaiic.com |
| jhiggins@fdlaw.com | jpintarelli@mofo.com |
| jhorgan@phxa.com | jporter@entwistle-law.com |
| jhuggett@margolisedelstein.com | jprol@lowenstein.com |
| jim@atkinslawfirm.com | jrabinowitz@rltlawfirm.com |
| jjureller@klestadt.com | jrosenthal@mhlawcorp.com |
| jlamar@maynardcooper.com | jrsmith@hunton.com |
| jlawlor@wmd-law.com | jschiller@bsfllp.com |
| jlee@foley.com | jschwartz@hahnhessen.com |
| jlevitin@cahill.com | jsheerin@mcguirewoods.com |
| jlscott@reedsmith.com | jsherman@bsfllp.com |
| jmaddock@mcguirewoods.com | jshickich@riddellwilliams.com |
| jmazermarino@msek.com | jsmairo@pbnlaw.com |
| jmelko@gardere.com | jstoll@mayerbrown.com |
| jmerva@fult.com | jtimko@shutts.com |
| jmr@msf-law.com | judy.morse@crowedunlevy.com |

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic mail – Master Service List**

| | |
|---|---|
| jvail@ssrl.com | kurt.mayr@bgllp.com |
| jwcohen@daypitney.com | kurt.rademacher@morganlewis.com |
| jwest@velaw.com | ladler@fensterstock.com |
| jwh@njlawfirm.com | landon@slollp.com |
| jzulack@fzwz.com | lapeterson@foley.com |
| kanema@formanlaw.com | lawallf@pepperlaw.com |
| karen.wagner@dpw.com | lawrence.gelber@srz.com |
| karl.geercken@alston.com | lberkoff@moritthock.com |
| kdwbankruptcydepartment@kelleydrye.com | lee.stremba@troutmansanders.com |
| keckhardt@hunton.com | lee.whidden@dentons.com |
| keith.simon@lw.com | lgomez@msek.com |
| kek@crb-law.com | lgranfield@cgsh.com |
| ken.coleman@allenovery.com | lhandelsman@stroock.com |
| kerry.moynihan@hro.com | lisa.solomon@att.net |
| kgwynne@reedsmith.com | ljkotler@duanemorris.com |
| kiplok@hugheshubbard.com | lkatz@ltblaw.com |
| kit.weitnauer@alston.com | lkiss@klestadt.com |
| kkelly@ebglaw.com | lmarinuzzi@mofo.com |
| kkolbig@mosessinger.com | lmcgowen@orrick.com |
| klyman@irell.com | lnashelsky@mofo.com |
| klynch@formanlaw.com | loizides@loizides.com |
| kobak@hugheshubbard.com | lperlman@hsgllp.com |
| korr@orrick.com | lschweitzer@cgsh.com |
| kovskyd@pepperlaw.com | lucdespins@paulhastings.com |
| kressk@pepperlaw.com | mabrams@willkie.com |
| kreynolds@mklawnyc.com | maofiling@cgsh.com |
| krosen@lowenstein.com | margolin@hugheshubbard.com |
| ksebaski@hsgllp.com | mark.bane@ropesgray.com |

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic mail – Master Service List**

| | |
|---|---|
| mark.ellenberg@cwt.com | michael.frege@cms-hs.com |
| mark.mckane@kirkland.com | michael.kelly@monarchlp.com |
| mark.salzberg@squirepb.com | michael.krauss@faegrebd.com |
| mark.sherrill@sutherland.com | michael.kraut@morganlewis.com |
| maryann.gagliardi@wilmerhale.com | michael.mccrory@btlaw.com |
| matt@willaw.com | michael.solow@apks.com |
| matthew.klepper@dlapiper.com | millee12@nationwide.com |
| maustin@orrick.com | miller@taftlaw.com |
| mbenner@tishmanspeyer.com | mimi.m.wong@irscounsel.treas.gov |
| mbienenstock@proskauer.com | mitchell.ayer@tklaw.com |
| mbloemsma@mhjur.com | mitchell.berger@squirepb.com |
| mbossi@thompsoncoburn.com | mjedelman@vedderprice.com |
| mcademartori@sheppardmullin.com | mjr1@westchestergov.com |
| mcarthurk@sullcrom.com | mlahaie@akingump.com |
| mccarthyj@sullcrom.com | mlandman@lcbf.com |
| mcolomar@diazreus.com | mlichtenstein@crowell.com |
| mcordone@stradley.com | mlynch2@travelers.com |
| mcyganowski@oshr.com | mmorreale@us.mufg.jp |
| mdorval@stradley.com | mneier@ibolaw.com |
| melorod@gtlaw.com | monica.lawless@brookfieldproperties.com |
| meltzere@pepperlaw.com | mpage@kelleydrye.com |
| metkin@lowenstein.com | mparry@mosessinger.com |
| mfeldman@willkie.com | mpedreira@proskauer.com |
| mgordon@briggs.com | mrosenthal@gibsondunn.com |
| mgreger@allenmatkins.com | mruetzel@whitecase.com |
| mh1@mccallaraymer.com | mschimel@sju.edu |
| mhanin@kasowitz.com | msegarra@mayerbrown.com |
| mhopkins@cov.com | mshiner@tuckerlaw.com |

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic mail – Master Service List**

| | |
|---|---|
| mshuster@hsgllp.com | peisenberg@lockelord.com |
| msolow@kayescholer.com | peter.gilhuly@lw.com |
| mspeiser@stroock.com | peter.meisels@wilsonelser.com |
| mstamer@akingump.com | peter.simmons@friedfrank.com |
| munno@sewkis.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarner@coleschotz.com | pfinkel@wilmingtontrust.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| nathan.spatz@pillsburylaw.com | pmaxcy@sonnenschein.com |
| nbinder@binderschwartz.com | ppascuzzi@ffwplaw.com |
| nbojar@fklaw.com | ppatterson@stradley.com |
| ncoco@mwe.com | psp@njlawfirm.com |
| neal.mann@oag.state.ny.us | ptrostle@jenner.com |
| ned.schodek@shearman.com | raj.madan@skadden.com |
| neil.herman@morganlewis.com | ramona.neal@hp.com |
| neilberger@teamtogut.com | rbeacher@pryorcashman.com |
| ngueron@cgr-law.com | rbernard@foley.com |
| nicholas.zalany@squirepb.com | rbyman@jenner.com |
| nissay_10259-0154@mhmjapan.com | rdaversa@orrick.com |
| nlepore@schnader.com | relgidely@gjb-law.com |
| nlieberman@hsgllp.com | rfriedman@silvermanacampora.com |
| notice@bkcylaw.com | rgmason@wlrk.com |
| nyrobankruptcy@sec.gov | rgoodman@moundcotton.com |
| otccorpactions@finra.org | rgraham@whitecase.com |
| paronzon@milbank.com | rhett.campbell@tklaw.com |
| pbattista@gjb-law.com | richard.lear@hklaw.com |
| pbosswick@ssbb.com | richard@rwmaplc.com |
| pdublin@akingump.com | rick.murphy@sutherland.com |

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)
Electronic mail – Master Service List**

| | |
|---|---|
| rleek@hodgsonruss.com | scottj@sullcrom.com |
| rmatzat@hahnhessen.com | scottshelley@quinnemanuel.com |
| rnetzer@willkie.com | scousins@armstrongteasdale.com |
| robert.honeywell@klgates.com | sdnyecf@dor.mo.gov |
| robert.malone@dbr.com | sehlers@armstrongteasdale.com |
| robert.yalen@usdoj.gov | sfalanga@thewalshfirm.com |
| robin.keller@lovells.com | sfelderstein@ffwplaw.com |
| roger@rnagioff.com | sfineman@lchb.com |
| ross.martin@ropesgray.com | sfox@mcguirewoods.com |
| rpedone@nixonpeabody.com | sgordon@cahill.com |
| rrainer@wmd-law.com | sgraziano@blbglaw.com |
| rroupinian@outtengolden.com | sgubner@ebg-law.com |
| rterenzi@stcwlaw.com | sharbeck@sipc.org |
| russj4478@aol.com | shari.leventhal@ny.frb.org |
| ryaspan@yaspanlaw.com | shgross5@yahoo.com |
| sabin.willett@morganlewis.com | skatona@polsinelli.com |
| sabramowitz@velaw.com | sldreyfuss@hlgslaw.com |
| sabvanrooy@hotmail.com | sleo@bm.net |
| sally.henry@skadden.com | slerman@ebglaw.com |
| samuel.cavior@pillsburylaw.com | slerner@ssd.com |
| sandyscafaria@eaton.com | sloden@diamondmccarthy.com |
| scargill@lowenstein.com | smillman@stroock.com |
| schager@ssnylaw.com | smulligan@bsblawyers.com |
| schannej@pepperlaw.com | snewman@katskykorins.com |
| schepis@pursuitpartners.com | sory@fdlaw.com |
| schnabel.eric@dorsey.com | squsba@stblaw.com |
| schristianson@buchalter.com | sree@lcbf.com |
| scott.golden@hoganlovells.com | sschultz@akingump.com |

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic mail – Master Service List**

sselbst@herrick.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

streusand@slollp.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuber@csglaw.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tgoren@mofo.com

thenderson@americanmlg.com

thomas.califano@dlapiper.com

timothy.harkness@freshfields.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmm@mullaw.org

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

uitkin@kasowitz.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

yuwatoko@mofo.com