EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **ATTESTOR VALUE MASTER FUND LP** (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to **TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY** (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "**Debtor**"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11, Case No. 08-13555 (Jointly administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amount of $1,914,595.00 (the "**Claim**").

Claim No. 21891

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 18 day of January 2018.

Trinity Investments Designated Activity Company

By: _____
Name:   Friedrich Andreae
Title: Authorised Attorney


Attestor Value Master Fund LP

Acting by: Attestor Capital LLP

By: _____
Name:   Jerome Loustau
Title: Managing Member

## LBHI TRANSFER NOTICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.<br><br>Debtor | Case No. 08-13555<br><br>Chapter 11 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the following claim(s) of ATTESTOR VALUE MASTER FUND LP ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $1,914,595.00 | 21891 |

has / have been transferred and assigned to TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

| | |
|---|---|
| ASSIGNEE: TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY<br>Address: Fourth Floor, 3 George's Deck, IFSC, Dublin 1, Ireland<br>Signature:<br>Name:    Christopher Guth<br>Title:    Authorised Attorney<br>Date:    19 January 2018 | SELLER:    ATTESTOR VALUE MASTER FUND LP<br>Acting by: Attestor Capital LLP<br>Address: c/o Attestor Capital LLP, 20 Balderton Street, London W1K 6TL, United Kingdom<br>Signature:<br>Name:    Jerome Loustau<br>Title:    Managing Member<br>Date:    19 January 2018 |

1