B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.   Case No. 08-13555 (SCC)

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Banco Santander International, as nominee | BBVA (Suiza), as nominee |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee and payments should be sent:

Banco Santander International
1401 Brickell Ave., Suite 1500

Court Claim # (if known): 51160; 51170
Date Claim Filed: October 29, 2009

Amount of Claim Transferred: See Schedule 1
Securities transferred:   XS0303537574
                         XS0282866192

Marco Prado
Phone: 305-530-7213
Email: marco.prado@bpi-gruposantander.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Banco Santander International
Transferee
Name: MARCO PRADO
Title: COO

Date: 11 - December - 2017
BBVA (Suiza)
Transferor
Name: Hannelore Maeso
Title: Director

By: _____
Banco Santander International
Transferee
Name: John Morales
Title: VP

Date: 11 - December - 2017
BBVA (Suiza)
Transferor
Name:
Title: COO

RECEIVED
JAN 30 2018
U.S. BANKRUPTCY COURT
SD DIST OF NY

[Lehman Brothers]

EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **BBVA (Suiza) SA** hereby unconditionally and irrevocably transfers and assigns to **BANCO SANTANDER INTERNATIONAL**, as of the date hereof, all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **51160 and 51170** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.:08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2. Transferor hereby waives any objection to the transfer of the Transferred Claims to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Transferee agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Evidence of Transfer of Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor is not responsible for the collectability of the Transferred Claim.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this _11_ day of _December_, 2017.

| TRANSFEROR | TRANSFEREE |
|---|---|
| BBVA (Suiza) | Banco Santander International |
| Selnaustrasse 32/36 | 1401 Brickell Ave., Suite 1500 |
| Postfach | Miami, FL 33131 |
| CH-8021 Zürich | |
| Signature: Hannelore Maeso | Signature: |
| Name: Hannelore Maeso | Name: MARCO PRADO |
| Title: Director | Title: COO |
| Signature: | Signature: |
| Name: Francisco Javier Arranz | Name: John Morales |
| Title: COO | Title: VP |

Schedule 1: Transferred Claims

Lehman Program Securities to which Transfer Relates

| Description of Security | ISIN | Court Claim Number | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|---|
| Cert LEH NL 2007-29.6.10(EXP.15.6.10) on a Basket of Shs -In Default- (3134996) | XS0303537574 | 51160 | October 29, 2009 | Lehman Brothers Holdings, Inc. | 100,000 |

| Description of Security | ISIN | Court Claim Number | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|---|
| Cert LEH NL 2007-31.1.14 (EXP.28.1.14) on a Basket of Shs S5915- In Default- (2874445) | XS0282856192 | 51170 | October 29, 2009 | Lehman Brothers Holdings, Inc. | 50,000 |