WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza
Joseph G. Davis (*pro hac vice*)
Benjamin P. McCallen

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 945-7468
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)

*Attorneys for Debtors Lehman Brothers Holdings Inc.
and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            )
In re                                                       )  Case No. 08-13555 (SCC)
                                                            )
Lehman Brothers Holdings Inc., *et al.*,                    )  Chapter 11
                                                            )
            Debtors.                                        )  Jointly Administered
                                                            )
------------------------------------------------------------x

## NOTICE OF ADDITIONAL SCHEDULED TRIAL DATES

**PLEASE TAKE NOTICE** that the Estimation Proceeding being conducted pursuant to that certain settlement agreement approved by order dated July 6, 2017 [Docket No. 55706] (the "**Estimation Proceeding**") will continue with closing arguments of the Plan Administrator on **February 8, 2018** at **12:30 p.m.** (prevailing Eastern Time) and closing arguments of the RMBS Trustees on **February 9, 2018** at **9:00 a.m.** (prevailing Eastern Time) before the Honorable

Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, Courtroom 623, New York, New York 10004.

Dated: February 7, 2018
      New York, New York

By:  /s/ Todd G. Cosenza
Paul V. Shalhoub
Todd G. Cosenza
Joseph G. Davis (*pro hac vice*)
Benjamin P. McCallen
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202
Telephone: (303) 573-1600
Facsimile: (303) 573-8133

*Attorneys for Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation*