

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)**
**Claim Number: 50634**

We would like to inform you that Mr Detlef Volz who is the holder of the claim Number 50634, filed on 10/28/2009, has assigned the rights arising out of this claim corresponding with the following securities

50 pcs. "Lehman Bros Treasury Co. B.V." (ISIN DE000A0SUA81)
in the amount of a face value of **USD 36,291.88**

to

**Bethmann Bank AG,**
Bethmannstraße 7-9, 60311 Frankfurt am Main, Germany.

Bethmann Bank AG and Mr Detlef Volz have agreed to the assignment mentioned herein above. Both Bethmann Bank AG as well as Mr Detlef Volz acknowledge and represent that due to the assignment mentioned herein above Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, 09.11.2017            Neuss, 27.10.2017

Bethmann Bank AG
(Assignee)                                 (Assignor)

Jochen Weber   Oliver Körner               Detlef Volz



Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Investment Services
Anja Sonnleithner
Bethmannstrasse 7 – 9
60311 Frankfurt am Main
Germany

Frankfurt, 30.11.2017

Claim #55824 – 37 and #50634

Dear Sir or Madam,

as an attachement you will receive 2 transmission adverts.

Could you please process it accordingly and send a confirmation on it?

Thank you very much!

Kind regards,
Bethmann Bank

Anja Sonnleithner
Investment Services

Bethmann Bank AG
Bethmannstraße 7 - 9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177 - 0
Telefax +49 69 2177 - 3449

Vorsitzender des Aufsichtsrates:
Fred Bos
Vorstand: Hans Hanegraaf (Vors.),
Michael Arends, Johannes Baratta,
Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-ID:   DE 122786951

2017-07



