08-13555-mg   Doc 57645   Filed 01/22/18   Entered 02/07/18 16:09:42   Main Document
Pg 1 of 3

FILED / RECEIVED

JAN 22 2018

EPIQ BANKRUPTCY SOLUTIONS, LLC

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

RECEIVED

JAN 31 2018

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)**
**Claim Number: 55824-37**

We would like to inform you that Bethmann Bank AG who is holder of the claim number 55824-37, filed on 09/28/2009, has assigned the rights arising out of this claim corresponding with the following securities

10 pcs. "Lehman Bros Treasury Co. B.V." (ISIN XS0235227302)
in the amount of a face value of **USD 13,335.55**

to

**Sabine Pransky,**
~~Breitensteinstraße 33,~~ 83727 Schliersee, Germany
*DEKAN-MAIER-WEG 23*

The potentially remaining rights arising out of the claim Number 55824-37 remain entirely with Bethmann Bank AG.

Bethmann Bank AG and Sabine Pransky have agreed to the partial assignment mentioned herein above. Both Bethmann Bank AG and Sabine Pransky acknowledge and represent that due to the assignment mentioned herein above Sabine Pransky has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, May 4, 2017                    Schliersee, _3. Nov 2017_

Bethmann Bank AG
(Assignor)                                         (Assignee)

_____               _____
Jochen Weber    Anja Sonnleithner                 Sabine Pransky

**Bethmann Bank**
ABN AMRO

Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Investment Services
Anja Sonnleithner
Bethmannstrasse 7 – 9
60311 Frankfurt am Main
Germany

Frankfurt, 30.11.2017

Claim #55824 – 37 and #50634

Dear Sir or Madam,

as an attachement you will receive 2 transmission adverts.

Could you please process it accordingly and send a confirmation on it?

Thank you very much!

Kind regards,
Bethmann Bank

Anja Sonnleithner
Investment Services

Bethmann Bank AG
Bethmannstraße 7 - 9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177 - 0
Telefax +49 69 2177 - 3449

Vorsitzender des Aufsichtsrates:
Fred Bos
Vorstand: Hans Hanegraaf (Vors.),
Michael Arends, Johannes Baratta,
Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-ID:  DE 122786951



By Air Mail
Par Avion

UndeliverableI
RMNL
P.O Box 840
220 00 PRAHA 120
Czech Republic

