B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **Lehman Brothers Holdings Inc.**          Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**PREM SIROOMAL MIRPURI & SWETA P S MIRPURI**          **Morgan Stanley Wealth Management Beverly Hills Branch**

Name of Transferee          Name of Transferor

Name and Address where notices to transferee should be sent:
c/o Morgan Stanley
9665 Wilshire Blvd 6th Fl
Beverly Hills CA 90212
Phone: 310-285-6556
Last Four Digits of Acct #: _____

Court Claim # (if known): **5559233.02**
Amount of Claim: **$60,165.00**
Date Claim Filed: **Oct 28 2009**
ISIN **XS0342399325**  Q. **100,000**
Phone: **212 276 6632** Attn. **Malgorzata Jacak**
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sweta Mirpuri          Date: **Jan 23 2018**
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED JAN 31 2018 U.S. BANKRUPTCY COURT S.D.N.Y.

Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros. Treasury. | XS0342399325 | LBT BV | LBH Inc. | USD 100'000.00 |