**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
| In re: | : |  |
|  | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | Ref. Docket Nos. 57442, 57443, |
|  | : | 57444, 57445, 57446, 57494, 57495 |
|  | : |  |

---------------------------------------------------------------- x

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                                          ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 30, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 30, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Catherine Henriquez*
                                                            Catherine Henriquez

Sworn to before me this
1st day of February, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in the County of Queens
Commission Expires January 23, 2021

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000125284634 ***            LBH TRFNTC (MERGE2, TXNUM2) 4000182926



MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.
TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO
ATTN: MEREDITH R. SMITH
214 NORTH TRYON STREET, 15TH FLOOR
CHARLOTTE, NC 28255

Please note that your claim # 41195-14 in the above referenced case and in the amount of
$1,940,671.99 allowed at $1,938,604.80 has been transferred (unless previously expunged by court order)

BKM HOLDINGS (CAYMAN) LTD.
TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.
C/O DAVIDSON KEMPNER-J.DONOVAN
520 MADISON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        57494                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/30/2018                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez

                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 30, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 3 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 3 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 3 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 3 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| KNIGHTHEAD MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH, C/O KNIGHTHEAD CAPITAL MANAGEMENT, ATTN: LAURA TORRADO, ESQ., 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| KNIGHTHEAD MASTER FUND, LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| KNIGHTHEAD MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC, C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| KNIGHTHEAD MASTER FUND, LP | TRANSFEROR: MORGAN STANLEY, C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| KNIGHTHEAD MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC, C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| KNIGHTHEAD MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC, C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| KNIGHTHEAD MASTER FUND, LP | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| KNIGHTHEAD MASTER FUND, LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| KNIGHTHEAD MASTER FUND, LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| KNIGHTHEAD MASTER FUND, LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| KNIGHTHEAD MASTER FUND, LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| KNIGHTHEAD MASTER FUND, LP | TRANSFEROR: BANC OF AMERICA SECURITIES LLC, C/O KNIGHTHEAD CAPITAL MANAGEMENT, |

| Claim Name | Address Information |
|---|---|
| KNIGHTHEAD MASTER FUND, LP | LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH |

| Claim Name | Address Information |
|---|---|
| INC. | TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE COMPANY, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE COMPANY, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE COMPANY, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE COMPANY, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE COMPANY, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE COMPANY, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE COMPANY, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |

**Total Creditor Count 134**