**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                             :       Chapter 11

In re:                                    :

                                         :       Case No. 08-13555 (SCC)

LEHMAN BROTHERS HOLDINGS, INC., *et al*.    :

                                         :       (Jointly Administered)

                      Debtors.      :

                                         :       Ref. Docket Nos. 57430, 57432,
                                         :       57435, 57439, 57441, 57447, 57496-
                                         :       57500, 57534, 57542-57551, 57563,
                                         :       57564

---------------------------------------------------------------- X

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                               ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On January 31, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 31, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   */s/ Forrest Kuffer*
                                                   Forrest Kuffer

Sworn to before me this
1st day of February, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

**EXHIBIT A**

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000125288480 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000120117



KNIGHTHEAD MASTER FUND, LP
TRANSFEROR: BARCLAYS BANK PLC
C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC
ATTN: LAURA TORRADO
1140 AVENUE OF THE AMERICAS, 12TH FLOOR
NEW YORK, NY 10036

Please note that your claim # 63570-01 in the above referenced case and in the amount of
$8,121.77 has been transferred (unless previously expunged by court order)

MERRILL,LYNCH,PIERCE,FENNER & SMITH INC.
TRANSFEROR: KNIGHTHEAD MASTER FUND, LP
ATTN: MEREDITH R. SMITH
214 NORTH TRYON STREET, 15TH FLOOR
CHARLOTTE, NC 28255

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          57447                    in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/31/2018                          Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 31, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLA LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLA LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 3 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 5 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 3 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 5 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLA LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | LEHMAN BROTHERS HOLDINGS INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON |

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC - ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC - ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC - ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC - ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC - ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC - ATTN: KARL KITTLESON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC - ATTN: KARL KITTLESON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC - ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC - ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC - ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC - ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC - ATTN: TERI SALBERG KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC - ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC - ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC - ATTN: |

| Claim Name | Address Information |
|---|---|
| CVI CVF III LUX MASTER S.A.R.L. | KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC – ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC – ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC – ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC – ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OCM OPPORTUNITIES FUND VII DELAWARE, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OCM OPPORTUNITIES FUND VII DELAWARE, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: WILMOT YARDS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: WILMOT YARDS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |

| Claim Name | Address Information |
|---|---|
| DIAMETER MASTER FUND LP, THE | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O DIAMETER CAPITAL PARTNERS LP, ATTN: JOHN ZHANG, 24 W 40TH STREET, 5TH FLOOR, NEW YORK, NY 10018 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| FALCON PRIVATE BANK LTD. | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., LEGAL & COMPLIANCE, PELIKANSTRASSE 37, ZURICH CH-8001 SWITZERLAND |
| HYPOSWISS PRIVATE BANK GENEVE SA | TRANSFEROR: FALCON PRIVATE BANK LTD., ATTN: FABIEN VIDAL, RUE DU GENERAL-DUFOUR 3, GENEVA 1204 SWITZERLAND |
| KNIGHTHEAD MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC, C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD (NY) FUND, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD (NY) FUND, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH |

| Claim Name | Address Information |
|---|---|
| INC. | TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE COMPANY, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE COMPANY, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE COMPANY, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE COMPANY, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |

| Claim Name | Address Information |
|---|---|
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE COMPANY, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE COMPANY, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE COMPANY, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE COMPANY, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE COMPANY, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE COMPANY, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD MASTER FUND, L.P., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| INC. | 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD (NY) FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD (NY) FUND, LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| WILMOT YARDS, L.L.C. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., P.O. BOX 6280, NEW YORK, NY 10150 |
| WILMOT YARDS, L.L.C. | ATTN: PAUL HASKEL/TIM LIN, C/O RICHARDS KIBBE & ORBE LLP, 200 LIBERTY STREET, NEW YORK, NY 10281-1003 |

**Total Creditor Count 229**