**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 57352, 57520
:
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 1, 2018, I caused to be served the "Notice of Defective Transfer," dated February 1, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
5th day of February, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in the County of Queens
Commission Expires January 23, 2021

# EXHIBIT A

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

    Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000125290350 ***    LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 22279



BANK HAPOALIM B.M.
18851 NE 29TH AVE
MIAMI, FL 33180

BANK HAPOALIM B.M.
ATTN: DAVID HERTZ & HAROLD J. WEISSLER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

CREDIT SUISSE LUX S.A. ZWEIGNIEDERLASSUNG OSTERREICH
C/O SOUTHARD & STEVENS, LLP
STEPHANIE R. SWEENEY
KLESTADT WINTERS JURELLER
570 SEVENTH AVENUE, 17TH FLOOR
NEW YORK, NY 10018

**Your transfer of claim # 55854-44 is defective for the reason(s) checked below:**

Other TRANSFEROR DOESN'T HOLD ENOUGH POSITION FOR THIS TRANSFER

Docket Number  57520                Date: 01/22/2018

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA POPOLARE DI SONDRIO S.C.P.A. | SERVIZIO FINANZA - AMMINISTRAZIONE TITOLI, ATTN: GERRY DE ALBERTI, PIAZZA BARIBALDI, 16, SONDRIO 23100 ITALY |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK HAPOALIM B.M. | 50, ROTHSCHILD BLVD, 66883 TEL AVIV   ISRAEL |
| BANK J. SAFRA SARASIN (GIBRALTAR) LTD. | FIRST FLOOR, NEPTUNE HOUSE,, MARINA BAY, PO BOX 542, GIBRALTAR   GIBRALTAR |
| CREDIT SUISSE LUX S.A. ZWEIGNIEDERLASSUNG OSTERREICH | C/O SOUTHARD & STEVENS, LLP, STEPHANIE R. SWEENEY, KLESTADT WINTERS JURELLER, 570 SEVENTH AVENUE, 17TH FLOOR, NEW YORK, NY 10018 |

**Total Creditor Count 7**