**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
                                                                   :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                           :
                                                                   :   (Jointly Administered)
                    Debtors.                                       :
                                                                   :   Ref. Docket Nos. 57620-57622,
                                                                   :   57625-57631, 57634, 57636-57638
------------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 7, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 7, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
8th day of February, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:

BBVA (SUIZA) S.A.
ATTN: INIGO BERASALUCE / DIRECTOR
ZELTWEG 63
ZURICH CH-8021
 SWITZERLAND

BBVA (SUIZA) S.A.
BANCO BILBAO VIZCAYA ARGENTARIAS, S.A.
ATTN: ANA HIDALGO/ ELENA PRIETO
PASEO DE LA CASELLANA, 81 - FLOOR 21
MADRID 28046
 SPAIN

Please note that your claim # 51160-07 in the above referenced case and in the amount of $100,000.00 allowed at $85,078.69 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000125520065 ***      LBH TRFNTC (MERGE2, TXNUM2) 4000184897



BANCO SANTANDER INTERNATIONAL
TRANSFEROR: BBVA (SUIZA) S.A.
ATTN: MARCO PRADO
1401 BRICKELL AVE., SUITE 1500
MIAMI, FL 33131

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER     57638     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  02/07/2018                                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

 FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 7, 2018.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O ATTESTOR CAPITAL LLP, ATTN: ANKE HEYDENREICH, 20 BALDERTON STREET, LONDON W1K 6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ATTESTOR CAPITAL LLP, ATTN: ANKE HEYDENREICH, 20 BALDERTON STREET, LONDON WIK 6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: BRED BANQUE POPULAIRE, C/O ATTESTOR CAPITAL LLP, ATTN: ANKE HEYDENREICH, 20 BALDERTON STREET, LONDON W1K 6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O ATTESTOR CAPITOL LLP, ATTN: ANKE HEYDENREICH, 20 BALDERTON STREET, LONDON W1K-6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ATTESTOR CAPITAL LLP, ATTN: ANKE HEYDENREICH, 20 BALDERTON STREET, LONDON WIK 6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O ATTESTOR CAPITAL LLP, ATTN: ANKE HEYDENREICH, 20 BALDERTON STREET, LONDON W1K 6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P., C/O ATTESTOR CAPITAL LLP/I.WHITE, 20 BALDERTON STREET, LONDON W1K6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P., C/O ATTESTOR CAPITAL LLP/I.WHITE, 20 BALDERTON STREET, LONDON W1K6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ATTESTOR CAPITAL LLP, ATTN: ANKE HEYDENREICH, 20 BALDERTON STREET, LONDON WIK 6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: CHILTON NEW ERA PARTNER, L.P, ATTN: ISOBELLE WHITE, C/O ATTESTOR CAPITAL LLP, 20 BALDERTON STREET, LONDON W1K 6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: BARCLAYS BANK PLC, C/O ATTESTOR CAPITAL LLP, ATTN: ANKE HEYDENREICH, 20 BALDERTON STREET, LONDON W1K-6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: FIRSTRAND BANK LIMITED, C/O ATTESTOR CAPITAL LLP, ATTN: ISOBELLE WHITE, 20 BALDERTON STREET, LONDON W1K 6TL UNITED KINGDOM |
| BANCO SANTANDER INTERNATIONAL | TRANSFEROR: BBVA (SUIZA) S.A., ATTN: MARCO PRADO, 1401 BRICKELL AVE., SUITE 1500, MIAMI, FL 33131 |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE / DIRECTOR, ZELTWEG 63, ZURICH CH-8021 SWITZERLAND |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIAS, S.A., ATTN: ANA HIDALGO/ ELENA PRIETO, PASEO DE LA CASELLANA, 81 - FLOOR 21, MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDREW A. BERNSTEIN, ESQ., 12, RU DE TILSITT, PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: SETH GROSSHANDLER, ESQ., ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| SOUTHEY CAPITAL LTD. | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: ROBERT SOUTHEY, ENSIGN HOUSE, SUITE 17, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| TRINITY INVESTMENTS DESIGNATED ACITIVITY COMPANY | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP, ATTN: CHRISTOPHER GUTH, 3 GEORGE'S WAY, FOURTH FLOOR - IFSC, DUBLIN 1   IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP, ATTN: CHRISTOPHER GUTH, 3 GEORGE'S DECK, FOUTH FLOOR - IFSC, DUBLIN 1   IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP, ATTN: CHRISTOPHER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR, DUBLIN 1   IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP, ATTN: CHRISTOPHER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR - IFSC, DUBLIN 1   IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP, ATTN: CHRISTOPER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR - IFSC, DUBLIN 1   IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP, ATTN: CHRISTOPHER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR - IFSC, DUBLIN 1   IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP, ATTN: CHRISTOPHER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR - IFSC, DUBLIN 1   IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP, ATTN: CHRISTOPHER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR - IFSC, DUBLIN 1   IRELAND |

| Claim Name | Address Information |
|---|---|
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP, ATTN: CHRISTOPHER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR - IFSC, DUBLIN 1   IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP, ATTN: CHRISTOPHER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR - IFSC, DUBLIN 1   IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP, ATTN: CHRISTOPHER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR - IFSC, DUBLIN 1   IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP, ATTN: CHRISTOPHER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR - IFSC, DUBLIN 1   IRELAND |

**Total Creditor Count 31**