**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :
                                                    :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.            :
                                                    :   (Jointly Administered)
            Debtors.                                :
                                                    :   Ref. Docket Nos. 57454, 57557,
                                                    :   57558, 57559, 57643, 57646
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 9, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 9, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
9th day of February, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or otehwise being assigned the claim.

To:   BAR(23) MAILID *** 000125527187 ***      LBH TRFNTC (MERGE2, TXNUM2) 4000184219



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP
C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

Please note that your claim # 28103-51 in the above referenced case and in the amount of $4,329,492.05 allowed at $2,010,805.86 has been transferred (unless previously expunged by court order)

EMPYREAN INVESTMENTS, LLC
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
ATTN: STERLING HATHAWAY
10250 CONSTELLATION BLVD, SUITE 2950
LOS ANGELES, CA 90067

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    57454    in your objection. If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  02/09/2018                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 9, 2018.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CREDIT SUISSE AG, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH   SWITZERLAND |
| CARVAL GCF LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CARVAL GCF LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CREDIT SUISSE AG | TRANSFEROR: SAWLANI, AYESHA, PARADEPLATZ 8, ZURICH CH-8001 SWITZERLAND |
| CREDIT SUISSE AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CVI AA LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: KARL KITTELSON, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| MORGAN STANLEY WEALTH MANAGEMENT | TRANSFEROR: UBS AG, ATTN: AMMAR LUGHOD, 9665 WILSHIRE BOULEVARD, SUITE 600, BEVERLY HILLS, CA 90212 |
| PREM SIROOMAL MIRPURI & SWETA P S MIRPURI | TRANSFEROR: MORGAN STANLEY WEALTH MANAGEMENT, C/O MORGAN STANLEY, 9665 WILSHIRE BLVD., 6TH FL., BEVERLY HILLS, CA 90212 |

**Total Creditor Count 15**