**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re:
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,
           Debtors.
------------------------------------------------------------------ X

: Chapter 11
:
: Case No. 08-13555 (SCC)
:
: (Jointly Administered)
:
: Ref. Docket Nos. 57618, 57619,
: 57632, 57633, 57635

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

FORREST FUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 9, 2018, I caused to be served the "Notice of Defective Transfer," dated February 5, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       */s/ Forrest Kuffer*
                                                       Forrest Kuffer

Sworn to before me this
9th day of February, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in the County of Queens
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000125527197 ***          LBH DEFTRFNTC (MERGE2, TXNUM2) 4000057296



KELUSA MASTER FUND, LTD.
C/O SEWARD & KISSEL
ATTN: ARLENE R. ALVES, ESQ
ONE BATTERY PARK PLAZA
NEW YORK, NY 10017




TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY
ATTN: CHRISTOPHER GUTH
3 GEORGE'S DECK, FOURTH FLOOR, IFSC
DUBLIN 1
 IRELAND


**Your transfer  of claim # 10515 is defective for the reason(s) checked below:**

Other Transferor does not own the claim
 Other The contract is estimated at 0 and cannot be transferred.




Docket Number   57618          Date:  02/05/2018


/s/ Lauren Rodriguez

_____


_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

08-13555-mg    Doc 57661    Filed 02/13/18    Entered 02/13/18 17:58:00    Main Document
Pg 4 of 5

| Claim Name | Address Information |
|---|---|
| BANCO DO BRASIL S. A.- GRAND CAYMAN BRANCH | ATTN: IDEL ALBERTO BLAJFEDER, 80 SHEDDEN ROAD, ELIZABETHAN SQUARE- PHASE 3 BUILDING, 4TH FLOOR, P. O. BOX 1360, GRAND CAYMAN KY1- 1108 CAYMAN ISLANDS |
| BANCO DO BRASIL S. A.- GRAND CAYMAN BRANCH | ATTN: IDEL ALBERTO BLAJFEDER, 80 SHEDDEN ROAD, ELIZABETHAN SQUARE- PHASE 3 BUILDING, 4TH FLOOR, P. O. BOX 1360, GRAND CAYMAN KY1- 1108 CAYMAN ISLANDS |
| COMAC CAPITAL LLP | ATTN: MALCOLM BUTLER, REGENT GATE, 56-58 CIONDUIT STREET, LONDON W1S 2YZ UNITED KINGDOM |
| COMAC CAPITAL LLP | PO BOX 309 GT, UGLAND HOUSE, CHURCH STREET, GEORGE TOWN, GRAND CAYMAN  CAYMAN ISLANDS |
| KELUSA MASTER FUND, LTD. | C/O SEWARD & KISSEL, ATTN: ARLENE R. ALVES, ESQ, ONE BATTERY PARK PLAZA, NEW YORK, NY 10017 |
| MILLENNIUM PARTNERS, L.P. | ATTN: GENERAL COUNSEL, 666 FIFTH AVENUE, 8TH FLOOR, NEW YORK, NY 10103 |
| MILLENNIUM PARTNERS, L.P. | MARINA I. ZELINSKY, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| SCOTIABANK (IRELAND) LIMITED | ATTN: JOHN R. M. CAMPBELL, I.F.S.C. HOUSE, CUSTOM HOUSE QUAY, DUBLIN 1  IRELAND |
| SCOTIABANK (IRELAND) LIMITED | NATHAN F. COCO, MCDERMOTT WILL & EMERY LLP, 227 WEST MONROE STREET, SUITE 4700, CHICAGO, IL 60606-5096 |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | ATTN: CHRISTOPHER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR, IFSC, DUBLIN 1  IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | ATTN: CHRISTOPHER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR, IFSC, DUBLIN 1  IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | ATTN: CHRISTOPHER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR, IFSC, DUBLIN 1  IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | ATTN: CHRISTOPHER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR, IFSC, DUBLIN 1  IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | ATTN: CHRISTOPHER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR, IFSC, DUBLIN 1, Y  IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | ATTN: CHRISTOPHER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR, DUBLIN 1, Y  IRELAND |

**Total Creditor Count 15**