

UBS AG
Europastrasse 2
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
INFO MGMT/ HEDGE FUNDS/ DEFAULT

Stephan Gfeller
248
+41 44 235 62 83
+41 44 235 47 21
stephan.gfeller@ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com



# Message

January 17, 2018

**subject** Claim Transfer Agreement Lehman Program Securities

On behalf of        Attention: Clerk of the Court

you are receiving   Evidence of partial transfer of claim: Credit Suisse AG

☐ for your information     ☐ returned with thanks     ☐ please return
☒ for your records         ☐ please comment           ☒ please confirm receipt
☐ as agreed                ☐ please sign              ☒ please process
☐ please complete

Remarks
TOCE206   USD 50'000.00   XS0340735892
Transferor: Credit Suisse AG / Claim Number: 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Stephan Gfeller
Associate Director

61555 E        07.03.2012        N1                           17.01.2018        Page 1/1



## EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **UBS AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **December 20, 2017.**

Credit Suisse (Schweiz) AG

By: _____
Name: Sandro Hunziker
Title: AVP

By: _____
Name: Adrian Graf
Title: AVP

**UBS AG ZUERICH**

by: _____ (STEPHAN GFELLER)
Titel Associate Director

by: _____ (CRISTOFORO PAVONE)
Titel Associate Director

TOCE 206

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0340735892 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | USD 50'000 |

*TOCE 206*