WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
|  |  |
|---|---|
| **In re** | : |
|  | : **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : **08-13555 (JMP)** |
|  | : |
| **Debtors.** | : **(Jointly Administered)** |
|  | : |

-------------------------------------------------------------x

## NOTICE OF FILING OF UPDATED MASTER SERVICE LIST

    Pursuant to an order of this Court dated September 22, 2008, granting the

Debtors' motion for an order implementing certain notice and case management procedures

[Docket No. 285], as amended on February 13, 2009 [Docket No. 2837], and June 17, 2010

[Docket No. 9635], attached hereto is the Master Service List as of January 30, 2018.

Dated: February 15, 2018
      New York, New York

                    /s/ Garrett Fail
                    Jacqueline Marcus
                    Garrett A. Fail
                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153-0119
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Lehman Brothers Holdings Inc.
                    and Certain of Its Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE SHELLEY C. CHAPMAN
ONE BOWLING GREEN, COURTROOM 621
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
ATTN: JACQUELINE MARCUS, ALFREDO R. PEREZ,
ROBERT J. LEMONS & GARRETT A. FAIL
(COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY 10153
JACQUELINE.MARCUS@WEIL.COM; ALFREDO.PEREZ@WEIL.COM;
ROBERT.LEMONS@WEIL.COM; GARRETT.FAIL@WEIL.COM

OFFICE OF THE US TRUSTEE
WILLIAM K. HARRINGTON, ESQ; SUSAN GOLDEN, ESQ.
ANDREA B SCHWARTZ, ESQ
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, 1006
NEW YORK, NY 10014
FAX: 212-668-2255

HUGHES HUBBARD & REED LLP
ATTN: JAMES W. GIDDENS, JEFF MARGOLIN
JAMES B. KOBAK, JR., CHRISTOPHER K. KIPLOK
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482
FAX: 212-422-4726
GIDDENS@HUGHESHUBBARD.COM;KIPLOK@HUGHESHUBBARD.CO
M;KOBAK@HUGHESHUBBARD.COM;MARGOLIN@HUGHESHUBBARD.
COM

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
FAX: 212-530-5219
DDUNNE@MILBANK.COM; WFOSTER@MILBANK.COM;
DODONNELL@MILBANK.COM; EFLECK@MILBANK.COM

MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
601 SOUTH FIGUEROA STREET, 30TH FL
LOS ANGELES, CA 90017
FAX: 213-629-5063
PARONZON@MILBANK.COM; GBRAY@MILBANK.COM

ASSISTANT UNITED STATES ATTORNEY, SDNY
ATTN: ROBERT YALEN, ESQ.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
FAX: 212-637-2717, 212-637-2686
ROBERT.YALEN@USDOJ.GOV

FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR, BONNIE AUSTIN
290 BROADWAY
NEW YORK, NY 10007
FAX: 212-436-1931

SECURITIES INVESTOR PROTECTION CORPORATION
805 15TH STREET, N.W.
SUITE 800
WASHINGTON, DC 20005-2215
FAX: 202-371-6728
SHARBECK@SIPC.ORG

US DEPARTMENT OF JUSTICE
ATTN: JEAN-DAVID BARNEA, JOSEPH CODARO
JEAN-DAVID.BARNEA@USDOJ.GOV;
JOSEPH.CORDARO@USDOJ.GOV

US SECURITIES AND EXCHANGE COMMISSION
MARK SCHONFELD, REGIONAL DIRECTOR
DIVISION OF MARKET REGULATION
450 5TH STREET, NW
WASHINGTON, DC 20534
FAX: 212-336-1322
NYROBANKRUPTCY@SEC.GOV

US SECURITIES AND EXCHANGE COMMISSION
NEAL JACOBSON
DIVISION OF MARKET REGULATION
450 5TH STREET, NW
WASHINGTON, DC 20534
FAX: 212-336-1348
JACOBSONN@SEC.GOV

CLEARY GOTTLIEB LLP
JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006
FAX: 212-225-3999
JBROMLEY@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
LISA SCHWEITZER/LINDSEE GRANFIELD
ONE LIBERTY PLAZA
NEW YORK, NY 10006
FAX: 212-225-3999
LSCHWEITZER@CGSH.COM; LGRANFIELD@CGSH.COM

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: MICHAEL S. STAMER, PHILIP C. DUBLIN AND
MEREDITH A. LAHAIE
(COUNSEL TO INFORMAL NOTEHOLDER GROUP)
ONE BRYANT PARK
NEW YORK, NY 10036-6715
FAX: 212-872-1002
MSTAMER@AKINGUMP.COM; PDUBLIN@AKINGUMP.COM;
MLAHAIE@AKINGUMP.COM

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: MICHAEL S. STAMER
(COUNSEL TO SUNSHINE ENTERPRISES, L.P.)
ONE BRYANT PARK
NEW YORK, NY 10036
FAX: 212-872-1002
MSTAMER@AKINGUMP.COM

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: SARAH LINK SCHULTZ
(COUNSEL TO SUNSHINE ENTERPRISES L.P.)
1700 PACIFIC AVENUE, SUITE 4100
DALLAS, TX 75201
FAX: 214-969-4343
SSCHULTZ@AKINGUMP.COM

ALBERT PLLC
ATTN: CRAIG J. ALBERT, ESQ.
(COUNSEL TO EDWARD J. AGOSTINI & SYLVIA AGOSTINI
INDIVIDUALLY AND AS JOINT TENTANTS AS TRUSTEES)
733 THIRD AVE., 15TH FLOOR
NEW YORK, NY 10017-3293
CRAIGJUSTINALBERT@GMAIL.COM

ALLEN & OVERY LLP
ATTN: KEN COLEMAN
(COUNSEL TO FIRST COMMERCIAL BANK., LTD NY AGENCY
AND BANK OF TAIWAN)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
FAX: 212-610-6399
KEN.COLEMAN@ALLENOVERY.COM

ALLEN MATKINS LECK GAMBLE & MALLORY LLP
ATTN: MICHAEL S. GREGER
(COUNSEL TO CONSTELLATION PL, ADV PORTFOLIO TECH,
SUN GUARD, ET AL., INF SRVS, WALL ST CONCEPTS)
1900 MAIN STREET, 5TH FLOOR
IRVINE, CA 92614-7321
FAX: 949-553-8354
MGREGER@ALLENMATKINS.COM;

ALSTON & BIRD LLP
ATTN: KARL GEERCKEN
(COUNSEL TO AOZORA BANK, LTD.)
90 PARK AVENUE
NEW YORK, NY 10016-1387
FAX: 212-210-9444
KARL.GEERCKEN@ALSTON.COM

ALSTON & BIRD LLP
ATTN: WILLIAM S. SUGDEN, ESQ.
(COUNSEL TO AOZORA BANK)
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309
FAX: 404-881-7777
WILL.SUGDEN@ALSTON.COM

ALSTON & BIRD LLP
ATTN: JOHN C. WEITNAUER
(COUNSEL TO WILMINGTON TRUST COMPANY, AS TRUSTEE)
ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
FAX: 404-881-7777
KIT.WEITNAUER@ALSTON.COM

AMERICAN MORTGAGE LAW GROUP, P.C.
ATTN: TRACY LEE HENDERSON & JAMES W. BRODY
(COUNSEL TO ACADEMY MORTGAGE CORP., ET AL)
75 ROWLAND WAY, SUITE 350
NOVATO, CA 94945
FAX: 415-878-0035
THENDERSON@AMERICANMLG.COM;JBRODY@AMERICANMLG.COM

ANDERSON KILL & OLICK, P.C.
ATTN: ROBERT M HORKOVICH
(COUNSEL TO ESSEX EQUITY HOLDINGS USA, LLC)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1182
FAX: 212-278-1233
RHORKOVICH@ANDERSONKILL.COM

ARENT FOX LLP
ATTN: GEORGE P ANGELICH
(COUNSEL TO THE VANGUARD GROUP, INC.)
1675 BROADWAY
NEW YORK, NY 10019
FAX: 212-484-3990
ANGELICH.GEORGE@ARENTFOX.COM

ARMSTRONG TEASDALE LLP
ATTN: STEVEN COUSINS & SUSAN EHLERS
(COUNSEL TO AMEREN ET AL.)
ONE METROPOLITAN SQUARE, SUITE 2600
SAINT LOUIS, MO 63102-2740
FAX: 314-621-5065
SCOUSINS@ARMSTRONGTEASDALE.COM;SEHLERS@ARMSTRONGT
EASDALE.COM

ARNOLD PORTER KAYE SCHOLER LLP
ATTN: BENJAMIN MINTZ, SCOTT D TALMADGE
(COUNSEL TO WELLS FARGO BANK NA, WELLS FARGO & CO)
425 PARK AVENUE
NEW YORK, NY 10022
FAX: 212-836-6157
BENJAMIN.MINTZ@APKS.COM

ARNOLD PORTER KAYE SCHOLER LLP
ATTN: BENJAMIN MINTZ
(COUNSEL TO CAISSE DE DEPOT, TOTAL GAS&POWER LTD,
GALLIARD CAP, BANCO POPULAR, POPULAR GESTION)
425 PARK AVENUE
NEW YORK, NY 10022
FAX: 212-836-6157
BENJAMIN.MINTZ@APKS.COM

ARNOLD PORTER KAYE SCHOLER LLP
ATTN: CHARLES A. MALLOY
(COUNSEL TO DANSKE BANK A/S AND SAMPO BANK PLC)
555 12TH ST., NW
WASHINGTON, DC 20004
FAX: 202-942-5999
CHARLES.MALLOY@APKS.COM

ARNOLD PORTER KAYE SCHOLER LLP
ATTN: ANTHONY D. BOCCANFUSO
(COUNSEL TO DANSKE BANK A/S & SAMPO BANK PLC)
399 PARK AVENUE
NEW YORK, NY 10022-4690
FAX: 212-715-1399
ANTHONY.BOCCANFUSO@APKS.COM

ARNOLD PORTER KAYE SCHOLER LLP
ATTN: MICHAEL B. SOLOW
(COUNSEL TO STONE LION PORTFOLIO L.P. & PERMAL
STONE LION FUND LTD.)
425 PARK AVENUE
NEW YORK, NY 10022
FAX: 212-836-8689
MICHAEL.SOLOW @APKS.COM

AT&T SERVICES INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921
JG5786@ATT.COM

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL
120 BROADWAY, 24TH FLOOR
NEW YORK, NY 10271
FAX: 212-416-6009
NEAL.MANN@OAG.STATE.NY.US

BAKER & HOSTETLER LLP
ATTN: DONALD A. WORKMAN
(COUNSEL TO METAVANTE CORPORATION)
WASHINGTON SQUARE, SUITE 1100
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036-5304
FAX: 202-861-1783
DWORKMAN@BAKERLAW.COM

BAKER BOTTS L.L.P.
ATTN: LEGAL DEPARTMENT
(COUNSEL TO LINN ENERGY, LLC)
910 LOUISIANA STREET
HOUSTON, TX 77002-4995
FAX: 713-229-1522

BANKRUPTCY CREDITORS' SERVICE, INC.
ATTN: PETER A. CHAPMAN
572 FERNWOOD LANE
FAIRLESS HILLS, PA 19030
FAX: 215-945-7001
PETER@BANKRUPT.COM

BARNES & THORNBURG LLP
ATTN: MICHAEL K. MCCRORY
(COUNSEL TO NB COATINGS, INC.)
11 S. MERIDIAN STREET
INDIANAPOLIS, IN 46204
FAX: 317-231-7433
MICHAEL.MCCRORY@BTLAW.COM

BARNES & THORNBURG LLP
ATTN: DAVID M. POWLEN
(COUNSEL TO NB COATINGS, INC.)
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DE 19801
FAX: 302-888-0246
DAVID.POWLEN@BTLAW.COM

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN (MASS. BBO# 564729)
(COUNSEL TO IRON MOUNTAIN MANAGEMENT INC)
155 FEDERAL STREET 9TH FLOOR
BOSTON, MA 02110
FAX: 617-422-0383
FFM@BOSTONBUSINESSLAW.COM

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTN: CHESTER B. SALOMON
(COUNSEL TO 469 BERGMAN PROPERTIES LLC, SUMMIT
CAPITAL PARTNERS, IRA WERTENTIEL,RICHARD E WITTEN)
299 PARK AVENUE
NEW YORK, NY 10171
FAX: 212-888-0255
CSALOMON@BECKERGLYNN.COM

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTN: ALEC P. OSTROW
(COUNSEL TO ALPINE BANK)
299 PARK AVENUE
NEW YORK, NY 10171
FAX: 212-888-0255
AOSTROW@BECKERGLYNN.COM

BERGER & MONTAGUE, P.C.
ATTN: MERRILL DAVIDOFF, LAWRENCE LEDERER, ROBIN
SWITZENBAUM AND DAVID ANZISKA
(COUNSEL TO STATE OF NJ, DEPARTMENT OF TREASURY)
1622 LOCUST STREET
PHILADELPHIA, PA 19103
FAX: 215-875-4604
SLEO@BM.NET

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
ATTN: DAVID R. STICKNEY, ESQ.
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND
GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13)
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA 92130
FAX: 858-793-0323
DAVIDS@BLBGLAW.COM

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
ATTN: SALVATORE GRAZIANO, ESQ.
(COUNSEL TO ALMEDA CNTY, GOVT OF GUAM, N. IRELAND
GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13)
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
FAX: 212-554-1444
SGRAZIANO@BLBGLAW.COM

BIEGING SHAPIRO & BURNS LLP
ATTN: DUNCAN E. BARBER, STEVEN T. MULLIGAN
(COUNSEL TO PAYREEL, INC.)
4582 SOUTH ULSTER STREET PARKWAY
SUITE 1650
DENVER, CO 80237
FAX: 720-488-7711
DBARBER@BSBLAWYERS.COM

BINDER & SCHWARTZ LLP
ATTN: NEIL S. BINDER
(COUNSEL TO BKM HOLDINGS, BLUE ANGEL CLAIMS LLC &
HIGHTIP CAPITAL LLC)
28 WEST 44TH STREET, 7TH FLOOR
NEW YORK, NY 10036
FAX: 212-510-7299
NBINDER@BINDERSCHWARTZ.COM

BLANK ROME LLP
ATTN: ANDREW ECKSTEIN, ESQ.
(COUNSEL TO THOMSON REUTERS)
THE CHRYSLER BUILDING, 405 LEXINGTON AVE
NEW YORK, NY 10174
FAX: 917-332-3724
AECKSTEIN@BLANKROME.COM

BLANK ROME LLP
ATTN: TIMOTHY W. SALTER & JILL E. ALWARD
(COUNSEL TO STEARNS LENDING INC.)
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
FAX: 917-332-3090
JALWARD@BLANKROME.COM;TSALTER@BLANKROME.COM

BOIES, SCHILLER & FLEXNER LLP
ATTN: JONATHAN D. SCHILLER
(COUNSEL TO SANKATY ADVISORS LLC, SANKATY CREDIT
OPPORTUNITIES I LP, ET AL.)
575 LEXINGTON AVENUE, 7TH FLOOR
NEW YORK, NY 10022
FAX: 212-446-2350
JSCHILLER@BSFLLP.COM

BOIES, SCHILLER & FLEXNER LLP
ATTN: JONATHAN SHERMAN
(COUNSEL TO SANKATY ADVISORYS, LLC; SANKATY CREDIT
OPPORTUNITES I LP, ET AL.)
5301 WISCONSIN AVE NW, SUITE 800
WASHINGTON, DC 20015
FAX: 202-237-6131
JSHERMAN@BSFLLP.COM

BOULT, CUMMINGS, CONNERS & BERRY, PLC
ATTN: AUSTIN L. MCMULLEN
(COUNSEL TO FRANKLIN AMERICAN MORTGAGE COMPANY)
1600 DIVISION STREET, SUITE 700
P.O. BOX 340025
NASHVILLE, TN 37203
FAX: 615-252-6307
AMCMULLEN@BOULTCUMMINGS.COM

BRACEWELL & GIULIANI LLP
ATTN: KURT A. MAYR
(COUNSEL TO MR. ALAIN BACHELOT, THE PROVISIONAL
FRENCH ADMINISTRATOR OF BANQUE LEHMAN BROTHERS SA)
225 ASYLUM STREET, SUITE 2600
HARTFORD, CT 06103
FAX: 860-246-3201
KURT.MAYR@BGLLP.COM

BRACH EICHLER LLC
(COUNSEL TO THOMAS P. BLAKESLEE)
C/O ANTHONY M. RAINONE, ESQ. & ERIC MAGNELLI, ESQ.
101 EISENHOWER PARKWAY
ROSELAND, NJ 07068-1067
FAX: 973-228-7852
EMAGNELLI@BRACHEICHLER.COM;
ARAINONE@BRACHEICHLER.COM

BRIGGS & MORGAN, P.A.
ATTN: MICHAEL D. GORDON
(COUNSEL TO MEMBERS UNTD CORP FEDERAL CRDT UNION)
2200 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MN 55402
FAX: 612-977-8650
MGORDON@BRIGGS.COM

BROOKFIELD PROPERTIES ONE WFC CO. LLC
ATTN: MONICA LAWLESS
(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC)
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK, NY 10281-1021
FAX: 212-417-7195
MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM

BROWN RUDNICK LLP
ATTN: HOWARD S. STEEL, ESQ.
(COUNSEL TO ASR LEVENSVERZEKERING N.V., FALCON
LEVEN N.V., ET AL.)
SEVEN TIMES SQUARE
NEW YORK, NY 10036
FAX: 212-209-4801
HSTEEL@BROWNRUDNICK.COM

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M CHRISTIANSON, ESQ.
(COUNSEL TO ORACLE USA INC)
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105-3493
FAX: 415-227-0770
SCHRISTIANSON@BUCHALTER.COM

BURNS & LEVINSON LLP
ATTN: TAL M. UNRAD, ESQUIRE
(COUNSEL TO ZPR INTERNATIONAL, INC.)
125 SUMMER STREET
BOSTON, MA 02110
FAX: 617-345-3299
TUNRAD@BURNSLEV.COM

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTN: ROBERT SIDORSKY
(COUNSEL TO CAIXA GERAL DE DEPOSITOS, S.A.)
380 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017
FAX: 212-818-0494
SIDORSKY@BUTZEL.COM

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: JOHN RAPISARDI, ESQ,
AND GARY TICOLL, ESQ.
(COUNSEL TO CITIGROUP INC.)
200 LIBERTY STREET
NEW YORK, NY 10281
FAX: 212-504-6666
JOHN.RAPISARDI@CWT.COM;

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR., AND ELLEN HALSTEAD
(COUNSEL TO MORGAN STANLEY, CHILTON NEW ERA)
200 LIBERTY STREET
NEW YORK, NY 10281
FAX: 212-504-6666
HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: LITIGATION DEPARTMENT
(COUNSEL TO FXCM HOLDINGS LLC)
200 LIBERTY STREET
NEW YORK, NY 10281
FAX: 212-504-6666
ISRAEL.DAHAN@CWT.COM

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: MARK C. ELLENBERG
(COUNSEL TO FXCM HOLDINGS LLC, MORGAN STANLEY &
CO INC & AFFILIATES, ET AL. & JEREMY DAVIS)
700 SIXTH STREET, NW
WASHINGTON, DC 20001
FAX: 202-862-2400
MARK.ELLENBERG@CWT.COM

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, ELLEN HALSTEAD.
(COUNSEL TO CREDIT SUISSE)
200 LIBERTY STREET
NEW YORK, NY 10281
FAX: 212-504-6666
HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR. AND ELLEN M. HALSTEAD
(COUNSEL TO LEHMAN BROTHERS MLP OPPORTUNITY FUND
L.P. AND LEHMAN BROTHERS CDO OPPORTUNITY FUND LP)
200 LIBERTY STREET
NEW YORK, NY 10281
FAX: 212-504-6666
HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD R. HAWKINS, JR., ESQ.
(COUNSEL TO EXUM RIDGE CBO, SGS HY CRD FUND, AVIV
LCDO, AIRLIE LCDO, PEBBLE CREEK AND WHITE MARLIN)
200 LIBERTY STREET
NEW YORK, NY 10281
FAX: 212-504-6666
HOWARD.HAWKINS@CWT.COM

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: MARK C. ELLENBERG, ESQ. (PRO HAC VICE)
(COUNSEL TO TOM WOLF)
700 SIXTH STREET, NW
WASHINGTON, DC 20001
FAX: 202-862-2400
MARK.ELLENBERG@CWT.COM

CADWALDER, WICKERSHAM & TAFT, LLP
ATTN: HOWARD R. HAWKINS
ELLEN M. HALSTEAD, ESQ.
(COUNSEL TO WESTLB AG, NEW YORK BRANCH)
200 LIBERTY STREET
NEW YORK, NY 10281
FAX: 212-504-6666
HOWARD.HAWKINS@CWT.COM;ELLEN.HALSTEAD@CWT.COM

CAHILL GORDON & REINDEL LLP
ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON
(COUNSEL TO HYPO INVESTMENKBANK AG)
EIGHTY PINE STREET
NEW YORK, NY 10005
FAX: 212-269-5420
SGORDON@CAHILL.COM; JLEVITIN@CAHILL.COM

CARTER, LEDYARD & MILBURN LLP
ATTN: AARON R. CAHN
(COUNSEL TO PUNJAB NATIONAL BANK)
2 WALL STREET
NEW YORK, NY 10005
FAX: 212-732-3232
CAHN@CLM.COM

CB RICHARD ELLIS, INC
ATTN: WANDA N. GOODLOE, ESQ.
200 PARK AVENUE, 17TH FLOOR
NEW YORK, NY 10166
FAX: 212-984-6655
WANDA.GOODLOE@CBRE.COM

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE, DAVID M. LEMAY, & ANDREW
ROSENBLATT
(COUNSEL TO GLG PARTNERS LP)
1301 AVENUE OF THE AMERICAS, RM 23-068
NEW YORK, NY 10012
FAX: 212-541-5369
DLEMAY@CHADBOURNE.COM; HSEIFE@CHADBOURNE.COM;
AROSENBLATT@CHADBOURNE.COM

CHADBOURNE & PARKE LLP
ATTN: HOWARD S. BELTZER, ESQ.
(COUNSEL TO BNP PARIBAS AND ITS AFFILIATES)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6022
FAX: 212-541-5369
HBELTZER@CHADBOURNE.COM

CHAPMAN & CUTLER LLP
ATTN: LAURA APPLEBY
(COUNSEL TO FIRST TRUST STRATEGIC HIGH INCOME FUND
II)
111 WEST MONROE STREET
CHICAGO, IL 60603
APPLEBY@CHAPMAN.COM

CHAPMAN AND CUTLER LLP
ATTN: FRANKLIN TOP III, JAMES HEISER
(COUNSEL TO BANK OF MONTREAL; US BANK NATIONAL &
AUSTRALIA BANK LIMITED)
111 WEST MONROE STREET
CHICAGO, IL 60603
FAX: 312-701-2361
HEISER@CHAPMAN.COM

CHAPMAN AND CUTLER LLP
ATTN: JAMES HEISER
(COUNSEL TO GENERAL HELICOPTERS INTERNATIONAL LLC)
111 WEST MONROE STREET
CHICAGO, IL 60603
FAX: 312-701-2361
HEISER@CHAPMAN.COM

CHIESA SHAHINIAN & GIANTOMASI PC
ATTN: SCOTT A. ZUBER, ESQ.
(COUNSEL TO ARCH INSURANCE COMPANY)
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052
FAX: 973-530-2246
SZUBER@CSGLAW.COM

CLARICK GUERON REISBAUM LLP
ATTN: NICOLE GUERON & ISAAC B. ZAUR
(COUNSEL TO WHITEBOX ADVISORS, DEER PARK ROAD MGT,
TILDEN PARK CAPITAL MGT, PROPHET CAPTIAL, ET AL.)
220 FIFTH AVENUE, 14TH FLOOR
NEW YORK, NY 10001
FAX: 646-478-9484
NGUERON@CGR-LAW.COM; IZAUR@CGR-LAW.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: LINDSEE P. GRANFIELD AND LISA M. SCHWEITZER
(COUNSEL TO BARCLAYS CAPITAL, INC.)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
FAX: 212-225-3999
LGRANFIELD@CGSH.COM; LSCHWEITZER@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: THOMAS J. MALONEY, ESQ.
(COUNSEL TO D.E. SHAW COMPOSITE PORTFOLIOS, LLC
AND D.E. SHAW OCULUS PORTFOLIOS, LLC)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
FAX: 212-225-3999
MAOFILING@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES L. BROMLEY AND SEAN A. O'NEILL
(COUNSEL TO HELLMAN & FRIEDMAN LLC)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
FAX: 212-225-3999
MAOFILING@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: CARMINE D. BOCCUZI & DAVID LIVSHIV
(COUNSEL TO GOLDMAN SACHS CREDIT PARTNERS AND GS
EUROPEAN PERFORMANCE FUND LTD; ET AL.)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
FAX: 212-225-3999
MAOFILING@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JEFFREY A. ROSENTHAL
(COUNSEL TO WACHOVIA BANK, WACHOVIA SECURITIES LTD
AND EVERGREEN, ET AL.)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
FAX: 212-225-3999
MAOFILING@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: CARMINE D. BOCCUZZI AND THOMAS J. MOLONEY
(COUNSEL TO GOLDMAN, SACHS & CO., ET AL. AND
J. ARON & COMPANY)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
FAX: 212-225-3999
MAOFILING@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: DAVID Y. LIVSHIV, ESQ.
(COUNSEL TO IAN LOWITT)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
FAX: 212-225-3999
MAOFILING@CGSH.COM

CLIFFORD CHANCE US LLP
ATTN: JENNIFER C. DE MARCO
31 WEST 52ND STREET
NEW YORK, NY 10019
FAX: 212-878-8375
JENNIFER.DEMARCO@CLIFFORDCHANCE.COM

CLIFFORD CHANCE US LLP
ATTN: ANDREW BROZMAN
(COUNSEL TO CALYON AND CALYON SECURITIES)
31 WEST 52ND STREET
NEW YORK, NY 10019-6131
FAX: 212-878-8375
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;

CLIFFORD CHANCE US LLP
ATTN: ANDREW BROZMAN
(COUNSEL TO BANIF-BANCO, DEXIA LUXEMBURG, DEXIA
LOCAL, DEXIA DEUTSCHLAND AND DEXIA BELGIQUE)
31 WEST 52ND STREET
NEW YORK, NY 10019-6131
FAX: 212-878-8375
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;

COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP
ATTN: PETER PEARLMAN AND JEFFREY HERRMANN
(COUNSEL TO STATE OF NEW JERSEY, DEPARTMENT OF
TREASURY, DIVISION OF INVESTMENT)
PARK 80 PLAZA WEST-ONE
SADDLE BROOK, NJ 07663
FAX: 201-845-9423
PSP@NJLAWFIRM.COM; JWH@NJLAWFIRM.COM

COLE SCHOTZ P.C.
ATTN: MICHAEL D. WARNER
(COUNSEL TO 'THE HIGHLAND ENTITIES')
301 COMMERCE STREET, SUITE 1700
FORT WORTH, TX 76102
FAX: 817-810-5255
MWARNER@COLESCHOTZ.COM

COLE SCHOTZ P.C.
ATTN: DAVID HURST, ESQ.
(COUNSEL TO DARYANIS)
900 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022
FAX: 646-563-7952
DHURST@COLESCHOTZ.COM

CONLEY, ROSENBERG & BRENNEISE, LLP
ATTN: KELLY E. KLEIST
(COUNSEL TO HEALTH CARE SERVICE CORPORATION)
5080 SPECTRUM DRIVE - SUITE 850 E
ADDISON, TX 75001
FAX: 972-713-6480
KEK@CRB-LAW.COM

CONTINENTAL AIRLINES, INC.
ATTN: JEFF WITTIG
1600 SMITH
DEPT. HQ56G
HOUSTON, TX 77019
FAX: 713-324-5161
JEFF.WITTIG@UNITED.COM

CONTRARIAN CAPITAL MANAGEMENT, LLC
ATTN: CHRISTOPHER PARYSE
411 WEST PUTNAM AVENUE
SUITE 425
GREENWICH, CT 06830
CPARYSE@CONTRARIANCAPITAL.COM

COUNTY OF SAN MATEO
ATTN: B CARLSON, CO COUNSEL
(COUNSEL TO COUNTY OF SAN MATEO AND COUNTY OF
MONTEREY)
400 COUNTY CENTER
REDWOOD CITY, CA 94063-1662
FAX: 650-363-4034
BCARLSON@CO.SANMATEO.CA.US

COVINGTON & BURLING LLP
ATTN: M HOPKINS, D COFFINO
(COUNSEL TO WILMINGTON TRUST COMPANY)
THE NEW YORK TIMES BUILDING
NEW YORK, NY 10018
FAX: 212-841-1010
MHOPKINS@COV.COM; DCOFFINO@COV.COM

CROWE & DUNLEVY, P.C.
ATTN: JUDY HAMILTON MORSE
(COUNSEL TO OKLAHOMA MUNICIPAL POWER AUTHORITY)
20 NORTH BROADWAY, SUITE 1880
OKLAHOMA CITY, OK 73102
FAX: 405-239-6651
JUDY.MORSE@CROWEDUNLEVY.COM

CROWELL & MORING LLP
ATTN: MARK LICHTENSTEIN
(COUNSEL TO AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY)
590 MADISON AVENUE
NEW YORK, NY 10022
MLICHTENSTEIN@CROWELL.COM

CROWELL & MORING LLP
ATTN: MARK S. LICHTENSTEIN
(COUNSEL TO IRONBRIDGE PROPERTY OWNERS ASSOC. &
CITY EMPLOYEE WELFARE FUND LOCAL 3 IBEW)
590 MADISON AVENUE
NEW YORK, NY 10022
FAX: 212-895-4201
MLICHTENSTEIN@CROWELL.COM

CROWELL & MORING LLP
(COUNSEL TO: CITY EMPLOYEE WELFARE FUND LOCAL 3)
ATTN: MARK S. LICHTENSTEIN, ESQ.
590 MADISON AVENUE
NEW YORK, NY 10022
MLICHTENSTEIN@CROWELL.COM

CUMMINGS & LOCKWOOD LLC
ATTN: JOHN F. CARBERRY, ESQ.
(COUNSEL TO 8 SOUND SHORE ASSOCIATES LLC)
SIX LANDMARK SQUARE
STAMFORD, CT 06901
FAX: 203-708-3933
JCARBERRY@CL-LAW.COM

DAVIDOFF HUTCHER & CITRON LLP
ATTN: DAVID H. WANDER, ESQ.
(COUNSEL TO THE JOINT ADMINISTRATORS OF LB
HOLDINGS INTERMEDIATE 2 LTD.)
605 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10158
FAX: 212-286-1884
DHW@DHCLEGAL.COM

DAVIS POLK & WARDWELL
ATTN: KAREN E. WAGNER AND JAMES I. MCCLAMMY
(COUNSEL TO NATIXIS ENTITIES, ASSET BACKED MGMT
CORP., AND BANQUE PRIVEE SAINT DOMINIQUE)
450 LEXINGTON AVENUE
NEW YORK, NY 10017
FAX: 212-450-3800
KAREN.WAGNER@DPW.COM; JAMES.MCCLAMMY@DPW.COM

DAVIS POLK & WARDWELL
ATTN: JAMES I. MCCLAMMY
(COUNSEL TO BANK JULIUS BAER & CO. LTD., INTL BANK
RECONSTRUCTION & DEVELOPMENT, INTL FINANCE CORP)
450 LEXINGTON AVENUE
NEW YORK, NY 10017
FAX: 212-450-3800
JAMES.MCCLAMMY@DPW.COM

DAY PITNEY
ATTN: DANIEL J. CARRAGHER, ESQ.
(COUNSEL TO FABIO LIOTTI)
ONE INTERNATIONAL PLACE
BOSTON, MA 02110
FAX: 617-345-4745
DJCARRAGHER@DAYPITNEY.COM

DAY PITNEY LLP
ATTN: JOSHUA W. COHEN, ESQ.
(COUNSEL TO FIDELITY NATIONAL TITLE INSURANCE CO.)
ONE AUDUBON STREET
NEW HAVEN, CT 06510
FAX: 203-752-5001
JWCOHEN@DAYPITNEY.COM

DAY PITNEY LLP
ATTN: DANIEL J. CARRAGHER
(COUNSEL TO FABIO LIOTTI)
ONE JEFFERSON ROAD
PARSIPPANY, NJ 07054
FAX: 973-995-4588
DJCARRAGHER@DAYPITNEY.COM

DECHERT LLP
ATTN: IVA UROIC
(COUNSEL TO RUSSELL INVESTMENT GROUP, INC.)
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
FAX: 212-698-3599
IVA.UROIC@DECHERT.COM

DENTONS US LLP
ATTN: CLAUDE D. MONTGOMERY & LEE P. WHIDDEN
(COUNSEL TO SVENSKA, SWEDBANK, ARAB BANK, BANK
PEKAO, GL TRADE, BNY, EZE CASTLE & LIQUIDPOINT)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1089
FAX: 212-632-5555
CLAUDE.MONTGOMERY@DENTONS.COM;
LEE.WHIDDEN@DENTONS.COM

DEPARTMENT OF JUSTICE
(SOLICITOR - THE RESPONDENT CANADA REVENUE AGENCY)
ATTN: DIANE WINTERS, ONTARIO REGIONAL OFFICE
THE EXCHANGE TWR, 130 KING ST. W., STE 00, BOX 36
TORONTO, ON M5X 1K6
CANADA

DEWEY PEGNO & KRAMARSKY LLP
ATTN: THOMAS E. L. DEWEY, ESQ. DAVID S. PEGNO ESQ
(COUNSEL TO TRANQUILITY MASTER FUND LTD.)
(N/K/A SPECTRUM MASTER FUND LTD.)
777 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10017
FAX: (212) 943-4325
TDEWEY@DPKLAW.COM; DPEGNO@DPKLAW.COM

DIAMOND MCCARTHY LLP
ATTN: ALLAN D. DIAMOND AND STEPHEN T. LODEN
(COUNSEL TO THE KIYO BANK AND THE KYOEI FIRE &
MARINE INSURANCE COMPANY, LTD.)
909 FANNIN, SUITE 1500
HOUSTON, TX 77010
FAX: 713-333-5199
ADIAMOND@DIAMONDMCCARTHY.COM;
SLODEN@DIAMONDMCCARTHY.COM

DIAZ, REUS & TARG LLP
ATTN: MARTA COLOMAR
(COUNSEL TO BANCO CANARIAS DE VENEZUELA, C.A. &
FONDO DE PROTECCION SOCIAL & CREDICAN, C.A.)
100 SE 2ND STREET, SUITE 3400
MIAMI, FL 33131
FAX: 305-375-8050
MCOLOMAR@DIAZREUS.COM

DICONZA TRAURIG LLP
ATTN: ALLEN G. KADISH
(COUNSEL TO BAC FLORIDA BANK)
630 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY 10017
FAX: 212-682-4942
AKADISH@DTLAWGROUP.COM

DILWORTH PAXSON LLP
ATTN: ANNE M. AARONSON AND CATHERINE G. PAPPAS
(COUNSEL TO JEANES HOSP, TEMPLE HEALTH, TRANSPORT
TEAM, TEMPLE PHYS, TEMPLE U HOSP, TEMPLE U HEALTH)
1500 MARKET STREET, 3500E
PHILADELPHIA, PA 19102-2101
FAX: 215-575-7200
AAARONSON@DILWORTHLAW.COM;
CPAPPAS@DILWORTHLAW.COM

DLA PIPER (US)
ATTN: ADAM C. LANZA
(COUNSEL TO DRAPER & KRAMER MORTGAGE CORPORATION)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
FAX: 212-335-4501
ADAM.LANZA@DLAPIPER.COM

DLA PIPER LLP (US)
ATTN: MATTHEW T. KLEPPER
(COUNSEL TO RIVER CAPITAL ADVISORS, INC.)
203 NORTH LASALLE STREET, SUITE 1900
CHICAGO, IL 60601
FAX: 312-251-2170
MATTHEW.KLEPPER@DLAPIPER.COM

DLA PIPER LLP (US)
ATTN: THOMAS R. CALIFANO
(COUNSEL TO LAHDE CAP MGMT, WESTPORT CAP, HANK'S
LIVING TRUST, OSTERREICHISCHE AND ETIHAD AIRWAYS)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104
FAX: 212-335-4501; 212-884-8565
THOMAS.CALIFANO@DLAPIPER.COM

DLA PIPER LLP (US)
ATTN: STEPHEN COWAN
(COUNSEL TO LAHDE CAP MGMT, WESTPORT CAP, HANK'S
LIVING TRUST, OSTERREICHISCHE AND ETIHAD AIRWAYS)
550 SOUTH HOPE STREET, SUITE 2300
LOS ANGELES, CA 90071
FAX: 213-330-7701
STEPHEN.COWAN@DLAPIPER.COM

DORSEY & WHITNEY LLP
ATTN: ERIC LOPEZ SCHNABEL
(COUNSEL TO US BANK NATIONAL ASSOCIATION)
250 PARK AVENUE
NEW YORK, NY 10177
FAX: 212-953-7201
SCHNABEL.ERIC@DORSEY.COM

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE
(COUNSEL TO ALLIANZ GLOBAL INVESTORS AG AND
ITS SUBSIDIARIES)
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932-1047
FAX: 973-360-9831
ROBERT.MALONE@DBR.COM

DUANE MORRIS LLP
ATTN: LAWRENCE J. KOTLER, ESQUIRE
(COUNSEL TO FPB INTERNATIONAL BANK, INC. AND
NATIONAL AGRICULTURAL COOPERATIVE FEDERATION)
1540 BROADWAY
NEW YORK, NY 10036-4086
FAX: 212-689-2746
LJKOTLER@DUANEMORRIS.COM

DUFFY & ATKINS LLP
ATTN: JAMES E. ATKINS
(COUNSEL TO SOUTH MISSISSIPPI POWER ASSOCIATION
AND COAST ELECTRIC POWER ASSOCIATION)
SEVEN PENN PLAZA, SUITE 420
NEW YORK, NY 10001
FAX: 212-500-7972
JIM@ATKINSLAWFIRM.COM

EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT DEPARTMENT
EATON CENTER
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114-2584
FAX: 216-479-7086
SANDYSCAFARIA@EATON.COM

EMMET, MARVIN & MARTIN, LLP
ATTN: EDWARD P. ZUJKOWSKI, ESQ.
(COUNSEL TO AUSTRALIA AND NEW ZEALAND BANKING
GROUP LIMITED)
120 BROADWAY
NEW YORK, NY 10271
FAX: 212-238-3100
EZUJKOWSKI@EMMETMARVIN.COM

ENTWISTLE & CAPPUCCI LLP
ANDREW ENTWISTLE; J BEEMER; J PORTER
(COUNSEL TO THOMAS P. DINAPOLI, AS SOLE TRUSTEE OF
THE NY STATE COMMON RETIREMENT FUND)
280 PARK AVENUE, 26TH FLOOR WEST
NEW YORK, NY 10017
AENTWISTLE@ENTWISTLE-LAW.COM;  JBEEMER@ENTWISTLE-
LAW.COM; JPORTER@ENTWISTLE-LAW.COM

EPSTEIN BECKER & GREEN, P.C.
ATTN: KENNETH J. KELLEY, ESQ.
(COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.)
250 PARK AVENUE, 14TH FLOOR
NEW YORK, NY 10177-1211
KKELLY@EBGLAW.COM

EPSTEIN BECKER & GREEN, P.C.
ATTN: DAVID B. TATGE, ESQ.
(COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.)
1227 25TH STREET, N.W.
SUITE 700
WASHINGTON, DC 20037
DTATGE@EBGLAW.COM

EPSTEIN BECKER & GREEN, P.C.
ATTN: WENDY G. MARCARI & STEPHANIE LERMAN
(COUNSEL TO INFOSPACE, INC.,INTERSIL COMMUNICATION
XICOR, LLC, INTERSIL EUROPE SARL; ET AL.)
250 PARK AVENUE
NEW YORK, NY 10177
FAX: 212-878-8600
WMARCARI@EBGLAW.COM; SLERMAN@EBGLAW.COM

EZRA BRUTZKUS GUBNER LLP
ATTN: STEVEN T. GUBNER, ESQ AND COREY R. WEBER,ESQ
(COUNSEL TO THE CITY OF LONG BEACH)
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367
FAX: 818-827-9099
SGUBNER@EBG-LAW.COM; CWEBER@EBG-LAW.COM

FAEGRE BAKER DANIELS LLP
ATTN: MICHAEL M. KRAUSS
(COUNSEL TO 'SANTA FE ENTITIES')
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402-3901
FAX: 612-766-1600
MICHAEL.KRAUSS@FAEGREBD.COM

FEDERAL RESERVE BANK OF NEW YORK
ATTN: SHARI LEVENTHAL
ASSISTANT GENERAL COUNSEL AND SENIOR VICE PRES
33 LIBERTY STREET
NEW YORK, NY 10045-0001
FAX: 212-720-8709
SHARI.LEVENTHAL@NY.FRB.ORG

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUSSI LLP
ATTN: STEVEN FELDERSTEIN, PAUL PASCUZZI
(COUNSEL TO CALIFORNIA PUBLIC EMPLOYEES RETIREMENT
SYSTEM)
400 CAPITOL MALL, SUITE 1450
SACRAMENTO, CA 95814
FAX: 916-329-7435
SFELDERSTEIN@FFWPLAW.COM; PPASCUZZI@FFWPLAW.COM

FENSTERSTOCK & PARTNERS LLP
ATTN: LANI A. ADLER
(COUNSEL TO IFREEDOM DIRECT CORP. & SUBURBAN
MORTGAGE CORPORATION)
100 BROADWAY, 8TH FLOOR
NEW YORK, NY 10005
LADLER@FENSTERSTOCK.COM

FILARDI LAW OFFICES LLC
ATTN: CHARLES J. FILARDI JR.
(COUNSEL TO FEDERAL EXPRESS CORPORATION)
65 TRUMBULL STREET
NEW HAVEN, CT 06510
FAX: 866-849-2040
CHARLES@FILARDI-LAW.COM

FIRST TRUST PORTFOLIOS L.P.
ATTN: AMY LUM
(COUNSEL TO FIRST TRUST PORTFOLIOS LP, FIRST TRUST
ADVISORS LP AND BONDWAVE LLC)
120 E. LIBERTY DRIVE, SUITE 400
WHEATON, IL 60187-5455
FAX: 630-517-7246
ALUM@FTPORTFOLIOS.COM

FLASTER/GREENBERG PC
ATTN: STEVEN D. USDIN, ESQUIRE
(COUNSEL TO THE IRVINE COMPANY)
4 PENN CENTER, 2ND FLOOR
1600 J.F.K. BOULEVARD
PHILADELPHIA, PA 19103
FAX: 215-279-9394
STEVEN.USDIN@FLASTERGREENBERG.COM

FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
ATTN: JOHN F. ZULACK
(COUNSEL TO BANQUE PRIVEE EDMOND DE ROTHSCHILD SA)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
FAX: 212-964-9200
JZULACK@FZWZ.COM

FOLEY & LARDNER LLP
ATTN: DOUGLAS S. HEFFER
(COUNSEL TO TRADING TECHNOLOGIES INTERNATIONAL)
90 PARK AVENUE
NEW YORK, NY 10016
FAX: 212-682-2329
DHEFFER@FOLEY.COM

FOLEY & LARDNER LLP
ATTN: JOANNE LEE
(COUNSEL TO TRADING TECHNOLOGIES INTERNATIONAL)
321 N. CLARK STREET
SUITE 2800
CHICAGO, IL 60654
FAX: 312-832-4700
JLEE@FOLEY.COM

FOLEY & LARDNER LLP
ATTN: WILLIAM MCKENNA, ESQ.
(COUNSEL TO ARAB FOREIGN INVESTMENT CO.)
555 SOUTH FLOWER ST., SUITE 3500
LOS ANGELES, CA 90071-2411
FAX: 213-486-0065
WMCKENNA@FOLEY.COM

FOLEY & LARDNER LLP
ATTN: DOUGLAS E. SPELFOGEL, OLYA PETUKOVA
(COUNSEL TO LIBYAN ARAB FOREIGN INVESTMENT CO.)
90 PARK AVE., 20TH FLOOR
NEW YORK, NY 10016
FAX: 212-687-2329
DSPELFOGEL@FOLEY.COM

FOLEY & LARDNER LLP
ATTN: R. BERNARD
(COUNSEL TO ACCESS GROUP, INC.)
90 PARK AVENUE, 36TH FLOOR
NEW YORK, NY 10016-1314
FAX: 212-687-2329
RBERNARD@FOLEY.COM

FOLEY & LARDNER LLP
ATTN: GEOFFREY S. GOODMAN & LARS A. PETERSON
(COUNSEL TO ACCESS GROUP, INC.)
321 N. CLARK STREET, SUITE 2800
CHICAGO, IL 60654
FAX: 312-832-4700
GGOODMAN@FOLEY.COM;LAPETERSON@FOLEY.COM

FOLEY & LARDNER LLP
ATTN: RICHARD J. BERNARD
(COUNSEL TO INVESTEC BANK (SWITZERLAND) AG
90 PARK STREET
NEW YORK, NY 10016
FAX: 212-687-2329
RBERNARD@FOLEY.COM

FORMAN HOLT ELIADES & RAVIN LLC
ATTN: KIM R. LYNCH, ESQ.
(COUNSEL TO JOHN MAHONCHAK)
80 ROUTE 4 EAST, SUITE 290
PARAMUS, NJ 07652
KLYNCH@FORMANLAW.COM; KANEMA@FORMANLAW.COM

FREDERIC DORWART, LAWYERS
ATTN: SAMUEL S. ORY AND JAMES A. HIGGINS
(COUNSEL TO BANK OF OKLAHOMA, N.A.)
124 EAST FOURTH STREET
TULSA, OK 74103
FAX: 918-583-8251
SORY@FDLAW.COM; JHIGGINS@FDLAW.COM

FREEBORN & PETERS LLP
ATTN: DEVON J. EGGERT
(COUNSEL TO ACCENTURE LLP)
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677
FAX: 312-360-6520
DEGGERT@FREEBORNPETERS.COM

FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTN: PATRICK OH, ESQ.
(COUNSEL TO SLB LEASING-FONDS GMBH & CO HERAKLES
KG ET AL.)
520 MADISON AVENUE
NEW YORK, NY 10022
FAX: 212-277-4001
PATRICK.OH@FRESHFIELDS.COM

FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTN: TIMOTHY P. HARKNESS & DAVID LIVSHIZ,
(COUNSEL TO SHIELD SECURITIES LIMITED)
601 LEXINGTON AVENUE, 31ST FLOOR
NEW YORK, NY 10022
TIMOTHY.HARKNESS@FRESHFIELDS.COM;
DAVID.LIVSHIZ@FRESHFIELDS.COM;

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: PETER SIMMONS,
(COUNSEL TO FEDERAL HOME LOAN BANK OF ATLANTA &
COMMONWEALTH BANK OF AUSTRALIA)
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1980
FAX: 212-859-4000
PETER.SIMMONS@FRIEDFRANK.COM;

FRIEDMAN DUMAS & SPRINGWATER LLP
ATTN: ELLEN A. FRIEDMAN, ESQ.
(COUNSEL TO PACIFIC GAS & ELECTRIC COMPANY)
150 SPEAR STREET, SUITE 1600
SAN FRANCISCO, CA 94105
FAX: 415-834-1077
EFRIEDMAN@FRIEDMANSPRING.COM

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
(COUNSEL TO: BOULTBEE (HELSINKI) AB)
ATTN: WILLIAM WEINTRAUB & ANNE BEAUMONT
7 TIMES SQUARE
NEW YORK, NY 10036-6516
EFRIEDMAN@FKLAW.COM; ABEAUMONT@FKLAW.COM

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
ATTN: ANNE E. BEAUMONT
& NORA BOJAR
(COUNSEL TO BANK OF MONTREAL)
7 TIMES SQUARE
NEW YORK, NY 10036-6516
ABEAUMONT@FKLAW.COM; NBOJAR@FKLAW.COM

FULBRIGHT & JAWORSKI L.L.P.
ATTN: DAVID A. ROSENZWEIG
(COUNSEL TO AT&T INC.)
666 FIFTH AVENUE
NEW YORK, NY 10103
FAX: 212-318-3400
DROSENZWEIG@FULBRIGHT.COM

FULTON BANK
ATTN: JOHN R. MERVA, ESQ.
ASSOCIATE COUNSEL & VP
ONE PENN CENTER PO BOX 4887
LANCASTER, PA 17604
FAX: 717-295-9194
JMERVA@FULT.COM

GARDERE WYNNE SEWELL LLP
ATTN: JOHN P. MELKO
(COUNSEL TO PYRRHULOXIA, LP)
1000 LOUISIANA, SUITE 3400
HOUSTON, TX 77002-5011
FAX: 713-276-5555
JMELKO@GARDERE.COM

GAY MCCALL ISAACKS GORDON & ROBERTS, PC
(COUNSEL TO: COLLIN COUNTY TAX ASSESSOR/COLLECTOR)
ATTN: 777 EAST 15TH STREET
PLANO, TX 75074
BANKRUPTCY@NTEXAS-ATTORNEYS.COM

GENOVESE, JOBLOVE & BATTISTA, P.A.
ATTN: ROBERT F. ELGIDELY
(COUNSEL TO KA KIN WONG, SIU LUI CHING, CHUN IP,
JIN LIU, YIN YING LEUNG, LAI MEI CHAN, SING HEUNG)
BANK OF AMERICA TOWER, 100 S.E. 2ND ST, STE 4400
MIAMI, FL 33131
FAX: 305-349-2310
RELGIDELY@GJB-LAW.COM; JGENOVESE@GJB-LAW.COM;
PBATTISTA@GJB-LAW.COM; DCIMO@GJB-LAW.COM

GIBBONS P.C.
ATTN: DAVID N. CRAPO, ESQ.
(COUNSEL TO STANDARD & POOR'S & TABACCO SETTLEMENT
FINANCING CORP)
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310
FAX: 973-596-0545
DCRAPO@GIBBONSLAW.COM

GIBBONS P.C.
ATTN: DANIEL F. MARKHAM, ESQ.
(COUNSEL TO DHI MORTGAGE COMPANY, LTD.)
ONE PENNSYLVANIA PLAZA, 37TH FLOOR
NEW YORK, NY 10119-3701
FAX: 212-290-2018
DMARKHAM@GIBBONSLAW.COM

GIBSON DUNN & CRUTCHER LLP
ATTN: MICHAEL ROSENTHAL
(COUNSEL TO LEHMAN BROTHERS PRIVATE EQUITY FUND)
200 PARK AVENUE
NEW YORK, NY 10166-0193
FAX: 212-351-6258,212-351-5234
MROSENTHAL@GIBSONDUNN.COM

GILMARTIN, POSTER & SHAFTO LLP
ATTN: ANDREAS SEUFFERT, ESQ.
(COUNSEL TO PIETRO FERRERO, VERSORGUNGSWERK DER
APOTHEKERKAMMER NORDRHEIN)
845 THIRD AVENUE
NEW YORK, NY 10022
FAX: 212-425-3130
ASEUFFERT@LAWPOST-NYC.COM

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON
(COUNSEL TO MARSHALL FUNDS, INC. AND MARSHALL &
ILSLEY TRUST COMPANY, N.A.)
780 NORTH WATER STREET
MILWAUKEE, WI 53202
FAX: 414-273-5198
TNIXON@GKLAW.COM

GOULSTON & STORRS, P.C.
ATTN: DOUGLAS ROSNER AND GREG KADEN
(COUNSEL TO INTERACTIVE DATA CORP)
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333
FAX: 617-574-4112
DROSNER@GOULSTONSTORRS.COM;
GKADEN@GOULSTONSTORRS.COM

GREEN TREE SERVICING LLC
ATTN: BRIAN COREY, GENERAL COUNSEL
345 ST. PETER STREET
SAINT PAUL, MN 55102-1639
FAX: 651-293-5746
BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM

GREENBERG TRAURIG, LLP
ATTN: MARIA DICONZA, ESQ.
(COUNSEL TO NOMURA HOLDING AMERICA, INC AND ON
BEHALF OF NOMURA HOLDINGS, INC.)
200 PARK AVENUE
NEW YORK, NY 10166
FAX: 212-801-6400
DICONZAM@GTLAW.COM

GREENBERG TRAURIG, LLP
ATTN: DENNIS A MELORO, ESQ
(COUNSEL TO FLORIDA POWER & LIGHT, NEXTRA ENERGY)
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET, SUITE 1200
WILMINGTON, DE 19801
FAX: (302) 661-7360
MELOROD@GTLAW.COM

GREER, HERZ & ADAMS, LLP
ATTN: FREDERICK BLACK AND TARA B. ANNWEILER
(COUNSEL TO: AMERICAN NATIONAL INSURANCE COMPANY)
ONE MOODY PLAZA, 18TH FLOOR
GALVESTON, TX 77550
FAX: 409-766-6424
TANNWEILER@GREERHERZ.COM

GSEF AL NAWRAS (CAYMAN) LIMITED
C/O JOY MATHIAS
DUBAI INTERNATIONAL CAPITAL LLC
DIFC BUILDING 2, 4TH FLOOR
SHEIKH ZAYED ROAD, PO BOX 72888
DUBAI,
UNITED ARAB EMIRATES
JOY.MATHIAS@DUBAIIC.COM

HAHN & HESSEN LLP
ATTN: JEFFREY L. SCHWARTZ AND JOSEPH ORBACH
(COUNSEL TO COMMERZBANK A.G. AND DRESDNER BANK AG)
488 MADISON AVENUE
15TH FLOOR
NEW YORK, NY 10022
FAX: 212-478-7400
JSCHWARTZ@HAHNHESSEN.COM; JORBACH@HAHNHESSEN.COM

HAHN & HESSEN LLP
ATTN: ROSANNE THOMAS MATZAT, ESQ.
(COUNSEL TO AVISTA CORP., CASCADE INVESTMENT LLC,
AND POWEREX CORP.)
488 MADISON AVE
NEW YORK, NY 10022
FAX: 212-478-7400
RMATZAT@HAHNHESSEN.COM

HALPERIN BATTAGLIA RAICHT, LLP
ATTN: WALTER BENZIJA AND JULIE D DYAS
(COUNSEL TO HENEGAN CONSTRUCTION CO., INC.)
40 WALL STREET -37TH FLOOR
NEW YORK, NY 10005
FAX: 212-765-0964
WBENZIJA@HALPERINLAW.NET; JDYAS@HALPERINLAW.NET

HARRISON & MOBERLY, LLP
ATTN: DAVID J. THEISING
(COUNSEL TO BELL TRACE OBLIGATED GROUP)
10 WEST MARKET STREET, SUITE 700
INDIANAPOLIS, IN 46204
FAX: 317-639-9565
DTHEISING@HARRISONMOBERLY.COM

HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
ATTN: STEPHEN L. DREYFUSS
(COUNSEL TO VARIOUS CLAIMANTS)
ONE GATEWAY CENTER
NEWARK, NJ 07102
SLDREYFUSS@HLGSLAW.COM;

HERRICK, FEINSTEIN LLP
ATTN: ANDREW C. GOLD
(COUNSEL TO AEW CAPITAL MANAGEMENT, LP AND LYON
CAPITAL VENTURES)
2 PARK AVENUE
NEW YORK, NY 10016
FAX: 212-592-1500
AGOLD@HERRICK.COM

HERRICK, FEINSTEIN LLP
ATTN: STEPHEN B. SELBST
(COUNSEL TO COMPAGNIE FINANCIERE TRADITION SA)
2 PARK AVENUE
NEW YORK, NY 10016
FAX: 212-592-1500
SSELBST@HERRICK.COM

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD
MAILSTOP 314
GARDEN CITY, ID 83714-0021
FAX: 208-396-3958
RAMONA.NEAL@HP.COM

HINCKLEY, ALLEN & SNYDER LLP
ATTN: JENNIFER V. DORAN, ESQ.
(COUNSEL TO CITIBANK, N.A. AGENCY & TRUST,
WILMINGTON TRUST)
28 STATE STREET
BOSTON, MA 02109
FAX: 617-345-9020
JDORAN@HASLAW.COM

HODGSON RUSS LLP
ATTN: DEBORAH J. PIAZZA, RENEE LEEK
(COUNSEL TO GESCONSULT S.A. SG LLC & DEERE & CO.)
60 E. 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165
FAX: 212-972-1677
RLEEK@HODGSONRUSS.COM

HOGAN & HARTSON LLP
ATTN: SCOTT GOLDEN
(COUNSEL TO KRAFT FOODS, INC.)
875 THIRD AVENUE
NEW YORK, NY 10022
FAX: 212-918-3100
SCOTT.GOLDEN@HOGANLOVELLS.COM;

HOGAN LOVELLS US LLP
ATTN: CHRISTOPHER R. DONOHO, III
(COUNSEL TO STANDARD CHARTERED BANK, SEA PORT
GROUP SECURITIES, CENTERBRIDGE, LLOYDS TSB BANK)
875 THIRD AVENUE
NEW YORK, NY 10022
FAX: 212-918-3100
CHRIS.DONOHO@HOGANLOVELLS.COM

HOGAN LOVELLS US LLP
ATTN: ROBIN KELLER, DENNIS TRACEY, III, JOHN BECK
(COUNSEL TO QVT FUND LP, QUINTESSENCE FUND ET AL)
875 THIRD AVENUE
NEW YORK, NY 10022
FAX: 212-918-3100
ROBIN.KELLER@HOGANLOVELLS.COM;
DENNIS.TRACEY@HOGANLOVELLS.COM;
BEN.LEWIS@HOGANLOVELLS.COM;
JOHN.BECK@HOGANLOVELLS.COM

HOLLAND & KNIGHT LLP
BARBRA PARLIN ARTHUR ROSENBERG FRANCOIS JANSON
(COUNSEL TO MONUMENT REALTY; SINGAPORE AIRLINES
US BANK; HSBC REALTY CREDIT CARLTON WILLARD; SBA)
195 BROADWAY, 24TH FLOOR
NEW YORK, NY 10007-3189
FAX: 212-385-9010
BARBRA.PARLIN@HKLAW.COM; ARTHUR.ROSENBERG@HKLAW.COM

HOLLAND & KNIGHT LLP
RICHARD E. LEAR, ESQ.
(COUNSEL TO MONUMENT REALTY LLC)
2099 PENNSYLVANIA AVE, NW, SUITE 100
WASHINGTON, DC 20006
FAX: 202-955-5564
RICHARD.LEAR@HKLAW.COM

HOLLAND & KNIGHT LLP
ATTN: ARTHUR ROSENBERG
(COUNSEL TO CAISSE DE DEPOT ET PLACEMENT DU
QUEBEC)
195 BROADWAY
NEW YORK, NY 10007-3189
FAX: 212-385-9010
ARTHUR.ROSENBERG@HKLAW.COM

HOLLAND & KNIGHT LLP
ATTN: JOHN J. MONAGHAN, ESQ.
(COUNSEL TO SINGAPORE AIRLINES, US BANK NAT ASSOC,
HSBC REALTY CREDIT, CARLTON WILLARD AND SBA COMM.)
10 ST. JAMES AVENUE
BOSTON, MA 02116
JOHN.MONAGHAN@HKLAW.COM

HOLLAND & KNIGHT LLP
ATTN: BARBRA R. PARLIN, ESQ.
(COUNSEL TO PRICEWATERHOUSECOOPERS LLP)
195 BROADWAY, 24TH FLOOR
NEW YORK, NY 10007
FAX: 212-385-9010
BARBRA.PARLIN@HKLAW.COM

HOLMES ROBERTS & OWEN LLP
ATTN: KERRY MOYNIHAN
(COUNSEL TO MILLENIUM MARKETING &
MANAGEMENT PTY. LTD.)
800 W. OLYMPIC BOULEVARD, 4TH FLOOR
LOS ANGELES, CA 90015
FAX: 213-572-4400
KERRY.MOYNIHAN@HRO.COM

HOLWELL SHUSTER & GOLDBERG LLP
ATTN: MICHAEL SHUSTER,DWIGHT HEALY,DANIEL GOLDBERG
(COUNSEL TO WILMINGTON TRUST CO. & WILMINGTON
TRUST, N.A. SOLEY IN CAPACITY AS TRUSTEES)
750 SEVENTH AVENUE, 26TH FLOOR
NEW YORK, NY 10019
FAX: 646-837-5150
MSHUSTER@HSGLLP.COM; DHEALY@HSGLLP.COM;
DGOLDBERG@HSGLLP.COM

HOLWELL SHUSTER & GOLDBERG LLP
ATTN: NEIL LIEBERMAN , EILEEN DELUCIA; DORIT BLACK
(COUNSEL TO WILMINGTON TRUST COMPANY, WILMINGTON
TRUST, NATIONAL ASSOCIATION, US BANK ASSOC.)
750 SEVENTH AVENUE, 26TH FLOOR
NEW YORK, NY 10019
FAX: 646-837-5150
NLIEBERMAN@HSGLLP.COM;EDELUCIA@HSGLLP.COM;
DBLACK@HSGLLP.COM

HOLWELL SHUSTER & GOLDBERG LLP
ATTN: LANI PERLMAN, KAREN SEBASKI, BEN HEIDLAGE
(COUNSEL TO WILMINGTON TRUST CO., WILMINGTON TRUST
N.A., AND US BANK NATIONAL NA, AS TRUSTEE FOR MBS)
750 SEVENTH AVENUE, 26TH FLOOR
NEW YORK, NY 10019
FAX: 646-837-5150
LPERLMAN@HSGLLP.COM; KSEBASKI@HSGLLP.COM;
BHEIDLAGE@HSGLLP.COM

HOLWELL, SHUSTER & GOLDBERG LLP
ATTN: MICHAEL SHUSTER, DANIEL GOLDBERG,
DWIGHT HEALY, BRENDON DEMAY, NEIL LIEBERMAN
(COUNSEL TO U.S. BANK NATIONAL)
750 SEVENTH AVENUE, 26TH FLOOR
NEW YORK, NY 10019
FAX: 646-837-5150
MSHUSTER@HSGLLP.COM; DGOLDBERG@HSGLLP.COM;
DHEALY@HSGLLP.COM; BDEMAY@HSGLLP.COM;
NLIEBERMAN@HSGLLP.COM

HOMER BONNER JACOBS
ADAM L SCHWARTZ
(COUNSEL FOR CREDICAN CA, BANCO CANARIAS DE
VENEZULA & FONDO DE PROTECCION ET AL
1441 BRICKELL AVENUE
MIAMI, FL 33131
FAX: (305) 350-5100
ASCHWARTZ@HOMERBONNER.COM

HUNTON & WILLIAMS LLP
ATTN: KEVIN M. ECKHARDT
(COUNSEL TO CATALANA EMPLEO,PREVISION,RF1,FP,CATOC
VIDA, DEPSA, NORTEHISPANA, REASEGUROS, SEGUROS)
1111 BRICKELL AVENUE, SUITE 2500
MIAMI, FL 33131
FAX: 305-810-2460
KECKHARDT@HUNTON.COM

HUNTON & WILLIAMS, LLP
ATTN: J.R. SMITH
(COUNSEL: BANK OF AMERICA NA, GENWORTH FINANCIAL)
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074
JRSMITH@HUNTON.COM

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP
ATTN: CORY L. WEISS, ESQ.
(COUNSEL TO 50 BROADWAY REALTY CORP. LLC)
250 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10177
FAX: 212-907-9681
CWEISS@INGRAMLLP.COM

INSTITUTIONAL SERVICES GROUP, LLC
ATTN: HUGH L. DAVIS (DAVE) AND VICTOR E. BLAYLOCK
PO BOX 4654
JACKSON, MS 39296
DAVE.DAVIS@ISGRIA.COM

INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
ATTN: TOBY R. ROSENBERG
33 MAIDEN LANE, 14TH FLOOR
NEW YORK, NY 10038
TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV;
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV

INVESCO AIM MANAGEMENT GROUP, INC.
ATTN: SEBA KURIAN, ESQ.
(COUNSEL TO AIM FUNDS AND AIM ADVISORS)
11 GREENWAY PLAZA, SUITE 100
HOUSTON, TX 77046-1173
FAX: 713-993-9185
SEBA.KURIAN@INVESCO.COM

IRELL & MANELLA LLP
ATTN: KERRI LYMAN
(COUNSEL TO 'PARTY-IN-INTEREST')
840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660
FAX: 949-760-5200
KLYMAN@IRELL.COM

IVEY, BARNUM, AND O'MARA, LLC
ATTN: MELISSA ZELEN NEIER, ESQ.
(COUNSEL TO DUKE ENERGY OHIO, INC.)
170 MASON STREET
GREENWICH, CT 06830
FAX: 203-661-9462
MNEIER@IBOLAW.COM

JAY HURST, ASSISTANT ATTORNEY GENERAL
(COUNSEL TO THE COMPTROLLER OF PUBLIC ACCOUNTS OF
THE STATE OF TEXAS)
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548
JAY.HURST@OAG.STATE.TX.US

JENNER & BLOCK LLP
ATTN: PATRICK J. TROSTLE
(COUNSEL TO ANTON R. VALUKAS, THE EXAMINER)
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022-3908
FAX: 212-891-1699
PTROSTLE@JENNER.COM

JENNER & BLOCK LLP
ATTN: DANIEL R. MURRAY AND ROBERT L. BYMAN
(COUNSEL TO ANTON R. VALUKAS, THE EXAMINER)
353 N. CLARK ST.
CHICAGO, IL 60654-3456
FAX: 312-527-0484
DMURRAY@JENNER.COM; RBYMAN@JENNER.COM

JENNINGS, STROUSS & SALMON, P.L.C.
ATTN: GEORGE C. SPILSBURY
(COUNSEL TO LA LOMA SENIOR LIVING SERVICES, INC.)
THE COLLIER CENTER, 11TH FLOOR
201 EAST WASHINGTON STREET
PHOENIX, AZ 85004-2385
FAX: 602-495-2654
GSPILSBURY@JSSLAW.COM

JODY OWEN
JOWEN769@YAHOO.COM

JOSEPH N. CORDARO
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
FAX: 212-637-2686
JOSEPH.CORDARO@USDOJ.GOV

K&L GATES LLP
ATTN: ROBERT HONEYWELL
(COUNSEL TO FIRSTBANK PUERTO RICO)
DIRECT CORPORATION)
599 LEXINGTON AVENUE
NEW YORK, NY 10022
FAX: 212-536-3901
ROBERT.HONEYWELL@KLGATES.COM

KAPLAN LANDAU, LLP
ATTN: EUGENE NEAL KAPLAN
(COUNSEL TO RICHARD S. LEVINE)
1065 AVENUE OF THE AMERICAS, 27TH FLOOR
NEW YORK, NY 10018
ENKAPLAN@KAPLANLANDAU.COM

KASOWITZ BENSON TOREES LLP
ATTN: DAVID J. MARK, ESQ.
(COUNSEL TO THOMAS P. BLAKESLEE)
1633 BROADWAY
NEW YORK, NY 10019
FAX: 212-506-1800
DMARK@KASOWITZ.COM

KASOWITZ BENSON TORRES LLP
ATTN: DAVID S. ROSNER AND ANDREW K. GLENN
(COUNSEL TO BAY HARBOUR MAGMT, BAY HARBOUR MASTER,
TROPHY HUNTER, BHCO MASTER, MSS, INST BENCHMARKS)
1633 BROADWAY
NEW YORK, NY 10019
FAX: 212-506-1800
DROSNER@KASOWITZ.COM; AGLENN@KASOWITZ.COM

KASOWITZ BENSON TORRES LLP
ATTN: MICHAEL HANIN, DANIEL FLIMAN, URI ITKIN
(COUNSEL TO WHITEBOX ADVISORS LLC, DEER PARK RD
MGMT CO., LP & TILDEN PARK CAPITAL MANAGEMENT LP)
1633 BROADWAY
NEW YORK, NY 10019
FAX: 212-506-1800
MHANIN@KASOWITZ.COM; DFLIMAN@KASOWITZ.COM;
UITKIN@KASOWITZ.COM

KATSKY KORINS LLP
ATTN: STEVEN H. NEWMAN, ESQ.
(COUNSEL TO TUXEDO RESERVE OWNER LLC AND TUXEDO
TPA OWNER LLC)
605 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10158
SNEWMAN@KATSKYKORINS.COM

KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR, ESQ.,
BEN BLAUSTEIN, ESQ., JORDAN BERGMAN, ESQ.
(COUNSEL TO BP CORPORATION NA)
101 PARK AVENUE
NEW YORK, NY 10178
FAX: 212-808-7897
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM

KELLEY DRYE & WARREN LLP
ATTN: MARK W. PAGE, ESQ.
(COUNSEL TO BP N.AMERICA, BP ENERGY, BP CANADA AND
IGI RESOURCES)
333 WEST WACKER DRIVE, 26TH FLOOR
CHICAGO, IL 60606
FAX: (312) 857-7095
MPAGE@KELLEYDRYE.COM

KELLEY DRYE & WARREN LLP
ATTN: HOWARD S. STEEL, ESQ.
(COUNSEL TO TATA AMERICAN INTERNATIONAL CORP AND
TATA CONSULTANCY SERVICES LTD)
101 PARK AVENUE
NEW YORK, NY 10178-0002
FAX: 212-808-7897
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM

KELLEY DRYE & WARREN LLP
ATTN: BENJAMIN BLAUSTEIN, ESQ.
(COUNSEL TO THE JUILLIARD SCHOOL)
101 PARK AVENUE
NEW YORK, NY 10178
FAX: 212-808-7897
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM

KIRKLAND & ELLIS
ATTN: STEPHEN HESSLER & MARK MCKANE
(COUNSEL TO ELLIOT MANAGEMENT CORP. & KING STREET
CAPITAL MANAGEMENT, L.P.)
601 LEXINGTON AVENUE
NEW YORK, NY 10022
STEPHEN.HESSLER@KIRKLAND.COM;
MARK.MCKANE@KIRKLAND.COM

KIRKLAND & ELLIS LLP
ATTN: JAMES H. M. SPRAYREGEN
(COUNSEL TO LEHMAN RE, LTD & PULSAR RE, LTD)
601 LEXINGTON AVENUE
NEW YORK, NY 10022
FAX: 212-446-4900
JAMES.SPRAYREGEN@KIRKLAND.COM

KIRKLAND & ELLIS LLP
ATTN: JAMES H.M. SPRAYREGEN
(COUNSEL TO LIQUIDATORS OF LEHMAN BROTHERS
AUSTRALIA LIMITED)
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611
FAX: (212) 446-4900
JAMES.SPRAYREGEN@KIRKLAND.COM

KIRKLAND & ELLIS LLP
ATTN: JONATHAN S. HENES, CHAD J. HUSNICK
CHRISTOPHER T. GRECO
(COUNSEL TO LEHMAN BROTHERS HOLDINGS, INC.)
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611
FAX: (212) 446-4900
JONATHAN.HENES@KIRKLAND.COM;
CHAD.HUSNICK@KIRKLAND.COM;
CHRISTOPHER.GRECO@KIRKLAND.COM

KLEIN SOLOMON LLP
ATTN: JAY B. SOLOMON
(COUNSEL TO HOPE GREENFIELD & GREENFIELDS OTP LLC)
275 MADISON AVENUE, 11TH FLOOR
NEW YORK, NY 10016
JAY@KLEINSOLOMON.COM

KLESTADT & WINTERS, LLP
ATTN: JOHN E. JURELLER, JR.
(COUNSEL TO OVERSTOCK.COM & CREDIT SUISSE)
200 WEST 41ST STREET, 17TH FLOOR
NEW YORK, NY 10036
FAX: 212-972-2245
JJURELLER@KLESTADT.COM

KLESTADT & WINTERS, LLP
ATTN: LAUREN KISS
(COUNSEL TO EUROPEAN CREDIT MANAGEMENT LIMITED;
RELATIVE EUROPEAN VALUE S.A., ET. AL)
200 WEST 41ST STREET, 17TH FLOOR
NEW YORK, NY 10036
FAX: 212-972-2245
LKISS@KLESTADT.COM

KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
(COUNSEL TO CREDIT SUISSE)
ATTN: JOHN E. JURELLER, JR. & STEPHANIE SWEENEY
200 WEST 41ST STREET, 17TH FLOOR
NEW YORK, NY 10036
FAX: 212-972-2245
JJURELLER@KLESTADT.COM

KOBRE & KIM LLC
ATTN: ANDREW C LOURIE
(COUNSEL TO: ESSEX, 4KIDS ENT, NORTHGATE, ABM IND)
800 THIRD AVENUE
NEW YORK, NY 10022
FAX: 212-488-1220
ANDREW.LOURIE@KOBREKIM.COM

KOBRE & KIM LLP
ATTN: D. FARRINGTON YATES
(COUNSEL TO DR. MICHAEL C. FREGE, AS INSOLVENCY
ADMINISTRATOR AND FOREIGN REP. FOR LB BANKHAUS AG)
800 THIRD AVENUE
NEW YORK, NY 10022
FAX: 212-488-1220
FARRINGTON.YATES@KOBREKIM.COM

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: P. BRADLEY O'NEILL AND AMY CATON
(COUNSEL TO THE BANK OF NY MELLON TRUST CO., NA)
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
FAX: 212-715-8000
BONEILL@KRAMERLEVIN.COM; ACATON@KRAMERLEVIN.COM

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: DANIEL M. EGGERMAN
(COUNSEL TO RUTGER SCHIMMELPENNINCK)
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
FAX: 212-715-8000
DEGGERMANN@KRAMERLEVIN.COM

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: FABIEN CARRUZZO
(COUNSEL TO SERENGETI ASSET MANAGEMENT, L.P.)
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
FAX: 212-715-8000
FCARRUZZO@KRAMERLEVIN.COM

LANDMAN CORSI BALLAINE & FORD, P.C.
ATTN: MARK LANDMAN, SOPHIA REE
(COUNSEL TO FEDERAL HOME LOAN MORTGAGE CORP. IN
CONSERVATORSHIP)
120 BROADWAY, 27TH FLOOR
NEW YORK, NY 10271-0079
FAX: 212-238-4848
MLANDMAN@LCBF.COM;SREE@LCBF.COM;

LANE POWELL PC
ATTN: CHARLES R. EKBERG
(COUNSEL TO FRED HUTCHINSON CANCER RESEARCH CTR)
1420 FIFTH AVENUE SUITE 4100
SEATTLE, WA 98101-2338
FAX: 206-289-1544
EKBERGC@LANEPOWELL.COM

LATHAM & WATKINS LLP
ATTN: KEITH A. SIMON
(COUNSEL TO FANNIE MAE)
885 THIRD AVENUE
NEW YORK, NY 10022
FAX: 212-751-4864
KEITH.SIMON@LW.COM

LATHAM & WATKINS LLP
ATTN: PETER M. GILHULY
(COUNSEL TO NETAPP, INC.; ASURION CORPORATION)
355 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-1560
FAX: 213-891-8763
PETER.GILHULY@LW.COM

LAW OFFICE OF A. JAMES BOYAJIAN
ATTN: A. JAMES BOYAJIAN
(COUNSEL TO DARIAN J. COHEN)
355 S. GRAND AVE., STE. 2450
LOS ANGELES, CA 90071
FAX: 424-298-4377
JAMESBOYAJIAN@GMAIL.COM

LAW OFFICES OF A. JAMES BOYAJIAN
ATTN: JAMES BOYAJIAN
(COUNSEL TO LARS JACOBSON, MARY LANGEVIN, AMIT
SARKAR, CHRISTIAN STEVENS, ET AL.)
355 S. GRAND AVE., STE. 2450
LOS ANGELES, CA 90071
FAX: 424-298-4377
JAMESBOYAJIAN@GMAIL.COM

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTN: GABRIEL DEL VIRGINIA, ESQ.
(COUNSEL TO THE TAARP GROUP, LLP)
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY 10022
FAX: 212-371-0460
GABRIEL.DELVIRGINIA@VERIZON.NET

LAW OFFICES OF LISA M. SOLOMON
ATTN: LISA M. SOLOMON
(COUNSEL TO MADELYN ANTONCIC & MICHELE BAREGGI)
ONE GRAND CENTRAL PLACE
305 MADISON AVENUE, SUITE 4700
NEW YORK, NY 10165
FAX: 212-980-6965
LISA.SOLOMON@ATT.NET

LAW OFFICES OF ROBERT M. YASPAN
ROBERT M. YASPAN
(AMERICAN DREAM REALTY INC.)
21700 OXNARD STREET, SUITE 1750
WOODLAND HILLS, CA 91367
FAX: (818) 501-7711
RYASPAN@YASPANLAW.COM

LEACH TRAVELL BRITT PC
ATTN: LAWRENCE A. KATZ, ESQ.
(COUNSEL TO THE UNITED COMPANY)
8270 GREENSBORO DRIVE, SUITE 1050
MCLEAN, VA 22102
FAX: 703-584-8901
LKATZ@LTBLAW.COM

LEVI LUBARSKY & FEIGENBAUM LLP
ATTN: WALTER E. SWEARINGEN
(COUNSEL TO PETER J. AND MARY JANE DAPUZZO)
1185 AVENUE OF THE AMERICAS, 17TH FLOOR
NEW YORK, NY 10036
WSWEARINGEN@LLF-LAW.COM

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
ATTN: STEVEN E FINEMAN, ESQ
(COUNSEL TO CERTIFIED CLAS IN AUSTIN V CHISICK)
250 HUDSON STREET 8TH FLOOR
NEW YORK, NY 10013-1413
FAX: 212-355-9592
SFINEMAN@LCHB.COM

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P. DILLMAN
(COUNSEL TO HARRIS COUNTY)
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201
FAX: 469-221-5002
DALLAS.BANKRUPTCY@PUBLICANS.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
(COUNSEL TO HUNT & SMITH COUNTY)
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201
FAX: 469-221-5002
DALLAS.BANKRUPTCY@PUBLICANS.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: DIANE W. SANDERS
(COUNSEL TO MCLENNAN COUNTY)
1949 SOUTH I.H. 35
PO BOX 17428
AUSTIN, TX 78760
FAX: 512-443-5114
AUSTIN.BANKRUPTCY@PUBLICANS.COM

LOCKE LORD BISSELL & LIDDELL LLP
ATTN: PHILIP EISENBERG
(COUNSEL TO DYNERGY POWER MARKETING, INC.)
3400 JPMORGAN CHASE TOWER
600 TRAVIS TOWER
HOUSTON, TX 77002-3095
FAX: 713-223-3717
PEISENBERG@LOCKELORD.COM

LOEB & LOEB LLP
ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN &
DANIEL B. BESIKOF, ESQ.
(COUNSEL TO THOMAS COOK AG)
345 PARK AVENUE
NEW YORK, NY 10154
FAX: 212-407-4990
WCURCHACK@LOEB.COM; VRUBINSTEIN@LOEB.COM;
DBESIKOF@LOEB.COM

LOIZIDES, P.A.
ATTN: CHRISTOPHER D. LOIZIDES, ESQ.
(COUNSEL TO 72 INDIVIDUALS)
1225 KING STREET, SUITE 800
WILMINGTON, DE 19801
FAX: 302-654-0728
LOIZIDES@LOIZIDES.COM

LOVELLS LLP
ATTN: ROBIN E. KELLER
(COUNSEL TO QVT FINANCIAL LP & INSTITUTO
DE CREDITO OFICIAL)
590 MADISON AVE
NEW YORK, NY 10022
FAX: 212-909-0660
ROBIN.KELLER@LOVELLS.COM

LOVELLS LLP
ATTN: ROBIN E. KELLER, ESQ.
(COUNSEL TO BRE BANK S.A., CARLTON COMM. LTD AND
INSTITUTO CREDITO OFICIAL)
590 MADISON AVENUE
NEW YORK, NY 10022
FAX: 212-909-0660
ROBIN.KELLER@LOVELLS.COM

LOWENSTEIN SANDLER PC
ATTN: KENNETH ROSEN
(COUNSEL TO AVAYA INC.)
65 LIVINGSTON AVE.
ROSELAND, NJ 07068
FAX: 973-597-2400
KROSEN@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN,
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND
GOVT COMM, EDINBURGH COUNCIL, ET. AL)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020
FAX: 973-597-2400
METKIN@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN,
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND
GOVT COMM, EDINBURGH COUNCIL; ET AL.)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
FAX: 973-597-2400
METKIN@LOWENSTEIN.COM;

LOWENSTEIN SANDLER PC
ATTN: JEFFREY PROL, ESQ.
(COUNSEL TO FUBON SECURITIES CO., FUBON INSURANCE
CO.,LTD., TAIPEI FUBON COMMERCIAL BANK CO.)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
FAX: 973-597-2400
JPROL@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL ETKIN, SCOTT CARGILL
(COUNSEL TO LIBERTYVIEW CAPITAL MANAGEMENT LLC,
LIBERTYVIEW CREDIT OPPORTUNITIES FUND, ET AL)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
FAX: 973-597-2400
METKIN@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM

LOWENSTEIN SANDLER PC
ATTN: MICHAEL ETKIN, SCOTT CARGILL
(COUNSEL TO LIBERTYVIEW CAPITAL MANAGEMENT LLC,
LIBERTYVIEW CREDIT OPPORTUNITIES FUND, ET AL)
65 LIVINGSTON STREET
ROSELAND, NJ 07068
FAX: 973-597-2400
METKIN@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM

MANUFACTURERS AND TRADER TRUST COMPANY
ATTN: MARK W. WARREN, ESQ.
(COUNSEL TO M&T BANK)
ONE M&T PLAZA, 12TH FLOOR
BUFFALO, NY 14203
FAX: 716-842-5376
MWARREN@MTB.COM

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
WILMINGTON, DE 19801
FAX: 302-888-1119
JHUGGETT@MARGOLISEDELSTEIN.COM

MAYER BROWN
ATTN: CHRISTOPHER HOUPT
(COUNSEL TO CITIBANK, N.A.)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
FAX: 212-849-5380
CHOUPT@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: JARMAN D. RUSSELL
(COUNSEL TO CITIBANK, N.A.)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
FAX: 212-849-5854
JRUSSELL@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, ESQ., MARIA SEGARRA, ESQ
(COUNSEL TO CIBC)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1001
FAX: 212-262-1910
FHYMAN@MAYERBROWN.COM; MSEGARRA@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: BRIAN TRUST & MARIA SEGARRA
(COUNSEL TO SUMITOMO MITSUI BANK)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1001
FAX: 212-262-1910
BTRUST@MAYERBROWN.COM; MSEGARRA@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: BRIAN TRUST, FREDERICK D. HYMAN
COUNSEL TO NATL BANK OF CANADA, WASHINGTON MUTUAL
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1001
FAX: 212-262-1910
BTRUST@MAYERBROWN.COM; FHYMAN@MAYERBROWN.COM;

MAYER BROWN LLP
ATTN: EVAN MERBERG, ESQ
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1001
FAX: 212-262-1910
EMERBERG@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: THOMAS S KIRIAKOS
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
71 S. WACKER DRIVE
CHICAGO, IL 60606
FAX: 312-701-7711
TKIRIAKOS@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN,
(COUNSEL TO NATIONAL BANK OF CANADA ET AL.)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1101
FAX: 212-262-1910
BTRUST@MAYERBROWN.COM; FHYMAN@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: STEVEN WOLOWITZ AND BRIAN TRUST
(COUNSEL TO LIBRA CDO LTD AND SOCIETE GENERALE)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1001
FAX: 212-262-1910
SWOLOWITZ@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: J. ROBERT STOLL
(COUNSEL TO THE LEHMAN HONG KONG LIQUIDATORS)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1001
FAX: 212-262-1910
JSTOLL@MAYERBROWN.COM

MAYER BROWN LLP
ATTN: BRIAN TRUST, CHRISTINE WALSH
(COUNSEL TO CYPRESSTREE INVESTMENT MANAGEMENT, LLC
AS SUBADVISOR TO PRIMUS CLO I, LTD.)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1001
FAX: 212-262-1910
BTRUST@MAYERBROWN.COM; CWALSH@MAYERBROWN.COM

MAYNARD COOPER & GALE, PC
ATTN: JAYNA PARTAIN LAMAR
(COUNSEL TO REGIONS BANK)
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, AL 35203
FAX: 205-254-1999
JLAMAR@MAYNARDCOOPER.COM

MCBREEN & KOPKO
ATTN: KENNETH A. REYNOLDS, ESQ.
(COUNSEL TO EXECUTIVE FLITEWAYS, INC.)
500 NORTH BROADWAY, SUITE 129
JERICHO, NY 11753
FAX: 516-364-0612
KREYNOLDS@MKLAWNYC.COM

MCCALLA RAYMER, LLC
ATTN: A MICHELLE HART LUREECE LEWIS
(COUNSEL TO AMERICA'S SERVICING COMPANY)
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076-2102
FAX: 866-761-0279
MH1@MCCALLARAYMER.COM

MCCALLA RAYMER, LLC
ATTN: JEANNE MORTON, ESQ
(COUNSEL TO AMERICA'S SERVICING COMPANY)
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076-2102
FAX: 866-428-3135
JNM@MCCALLARAYMER.COM

MCCARTER & ENGLISH, LLP
ATTN: EDUARDO J. GLAS, ESQ.
(COUNSEL TO OCCIDENTAL ENERGY MARKETING INC.)
FOUR GATEWAY CENTER, 100 MULBERRY STREET
NEWARK, NJ 07102-4096
FAX: 973-624-7070
EGLAS@MCCARTER.COM

MCCARTER & ENGLISH, LLP
ATTN: WILLIAM F. TAYLOR, ESQ
(COUNSEL TO LANDAMERICA FINANCIAL GROUP, INC.)
405 NORTH KING STREET
RENAISSANCE CENTER, 8TH FLOOR
WILMINGTON, DE 19801
FAX: 302-984-6399
WTAYLOR@MCCARTER.COM

MCCAUSLAN, KEEN & BUCKLAND
ATTN: GLENN S. GITOMER, ESQ.
(COUNSEL TO DR. PETER BERMAN, JOYCE L. REHORST,
STEPHEN J. EDELMANN & JACQUELINE W. EDELMANN)
11 BROADWAY, SUITE 715
NEW YORK, NY 10004
FAX: 610-341-1099
GGITOMER@MKBATTORNEYS.COM

MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO
(COUNSEL TO MARIE PAPILLON)
227 WEST MONROE STREET, SUITE 4400
CHICAGO, IL 60606-5096
FAX: 312-984-7700
NCOCO@MWE.COM

MCDERMOTT WILL & EMERY LLP
ATTN: ISKENDER CATTO
(COUNSEL TO PACIFIC SUMMIT ENERGY LLC)
340 MADISON AVENUE
NEW YORK, NY 10173-1922
FAX: (212) 547-5444
ICATTO@MWE.COM

MCGUIREWOODS LLP
ATTN: PATRICK L. HAYDEN AND SHAWN R. FOX
(COUNSEL TO TORONTO-DOMINION BANK)
1345 AVENUE OF THE AMERICAS, 7TH FLOOR
NEW YORK, NY 10105
FAX: 212-548-2150
PHAYDEN@MCGUIREWOODS.COM; SFOX@MCGUIREWOODS.COM

MCGUIREWOODS LLP
ATTN: DION W. HAYES
(COUNSEL TO TORONTO-DOMINION BANK)
ONE JAMES CENTER, 901 EAST CARY STREET
RICHMOND, VA 23219
FAX: 804-775-1061
DHAYES@MCGUIREWOODS.COM

MCGUIREWOODS LLP
ATTN: JOHN H. MADDOCK III AND JOSEPH S. SHEERIN
(COUNSEL TO CSX TRANSPORTATION, INC.)
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219
FAX: 804-698-2186
JMADDOCK@MCGUIREWOODS.COM;
JSHEERIN@MCGUIREWOODS.COM

MEDLIN & HARGRAVE - A PROFESSIONAL CORPORATION
ATTN: JOSHUA A. ROSENTHAL
(COUNSEL TO COMSTOCK MORTGAGE, AMERICAN PACIFIC
MORTGAGE INC., PARKSIDE LENDING, LLC, ET. AL)
3562 ROUND BARN CIRCLE, SUITE 212
SANTA ROSA, CA 95403
FAX: 770-570-2201
JROSENTHAL@MHLAWCORP.COM

MEISTER SEELIG & FEIN LLP
ATTN: JAMES M. RINGER
(COUNSEL TO ROSSLYN INVESTORS I, LLC)
2 GRAND CENTRAL TOWER, 19TH FLOOR
140 EAST 45TH STREET
NEW YORK, NY 10017
FAX: 212-655-3535
JMR@MSF-LAW.COM;

MEISTER SEELIG & FEIN LLP
ATTN: AUSTIN D. KIM
(COUNSEL TO KFW (KREDITANSTALT FUR WIEDERAUFBAU)
125 PARK AVENUE, 7TH FLOOR
NEW YORK, NY 10017
FAX: 212-655-3535
ADK@MSF-LAW.COM

MENAKER & HERRMANN LLP
ATTN: MICHIEL BLOEMSMA & ALBENA PERRAKOV
(COUNSEL TO STIBBE N.V.)
10 EAST 40TH STREET
NEW YORK, NY 10016
FAX: 212-545-1656
MBLOEMSMA@MHJUR.COM

MEYER SUOZZI ENGLISH & KLEIN
ATTN: THOMAS R. SLOME, ESQ.
(COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC)
900 STEWART AVENUE, SUITE 300 PO BOX 9194
GARDEN CITY, NY 11530
FAX: 516-741-6706
TSLOME@MSEK.COM

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: JIL MAZER-MARINO, ESQS. ; L. GOMEZ
(COUNSEL TO CONSTELLATION PLACE, ADV. PORTFOLIO,
SUNGUARD, ET AL., INF. SRVS, WALL ST CONCEPTS)
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530
FAX: 516-741-6706
JMAZERMARINO@MSEK.COM; LGOMEZ@MSEK.COM

MICHAEL A. COX, ATTORNEY GENERAL
ATTN: JUANDISHA HARRIS, ASSISTANT ATTORNEY GENERAL
(COUNSEL TO STATE OF MICHIGAN, DEPT. OF TREASURY)
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI 48202
HARRISJM@MICHIGAN.GOV

MICHAEL C. FREGE
IN SEINER EIGENSCHAFT ALS INSOLVENZVERWALTER UBER
DAS VERMOGEN DER LEHMAN BROTHERS BANKHAUS
AKTIENGESELLSCHAFT
BARCKHAUSSTR. 12-16
60325 FRANKFURT AM MAIN,
GERMANY
FAX: +49 (0) 69/7 17 01 - 40410
MICHAEL.FREGE@CMS-HS.COM

MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
P.O. BOX 475
301 W HIGH STREET, ROOM 670
JEFFERSON CITY, MO 65105-0475
FAX: 573-751-7232
SDNYECF@DOR.MO.GOV; STEVE.GINTHER@DOR.MO.GOV

MONARCH ALTERNATIVE CAPITAL LP
MICHAEL J KELLY, ESQ
535 MADISON AVENUE
NEW YORK, NY 10022
MICHAEL.KELLY@MONARCHLP.COM

MOORE & VAN ALLEN PLLC
ATTN: DAVID B. WHEELER, ESQ.
(COUNSEL TO PUBLIC SERVICE OF NORTH CAROLINA)
40 CALHOUN STREET, SUITE 300
POST OFFICE BOX 22828
CHARLESTON, SC 29413-2828
FAX: 843-579-8727
DAVIDWHEELER@MVALAW.COM

MORGAN LEWIS & BOCKIUS LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO UBS FINANCIAL SERVICES, UBS INTL,
UBS FIN SRVS OF PR, DEUSTCHE BANK, HALBIS)
ONE FEDERAL ST.
BOSTON, MA 02110-1726
FAX: 617-345-5033
SABIN.WILLETT@MORGANLEWIS.COM

MORGAN LEWIS & BOCKIUS LLP
ATTN: JOSHUA DORCHAK
(COUNSEL TO METROPOLITAN LIFE INSURANCE COMPANY)
101 PARK AVENUE
NEW YORK, NY 10178
FAX: 212-702-3667
JOSHUA.DORCHAK@MORGANLEWIS.COM

MORGAN LEWIS & BOCKIUS LLP
ATTN: JEFFREY S. SABIN, AND
JOSHUA DORCHAK
(COUNSEL TO CURRENEX, STATE ST BANK & UBS SEC'S)
399 PARK AVENUE
NEW YORK, NY 10022-4689
FAX: 212-752-5378
JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM;
JOSHUA.DORCHAK@MORGANLEWIS.COM

MORGAN LEWIS & BOCKIUS LLP
ATTN: NEIL E. HERMAN, ESQ.
(COUNSEL TO COGNIZANT TECHNOLOGY SOLUTIONS)
101 PARK AVENUE
NEW YORK, NY 10178-0600
FAX: 212-309-6001
NHERMAN@MORGANLEWIS.COM

MORGAN LEWIS & BOCKIUS LLP
ATTN: JEFFREY S. SABIN AND JOSHUA DORCHAK
(COUNSEL TO PUTNAM INVESTMENTS, LLC & AFFILIATES)
399 PARK AVENUE
NEW YORK, NY 10022
FAX: 212-752-5378
JEFFREY.SABIN@BINGHAM.COM;
JOSHUA.DORCHAK@MORGANLEWIS.COM

MORGAN LEWIS & BOCKIUS LLP
ATTN: JOSHUA DORCHAK,
(COUNSEL TO WELLS FARGO BANK NORTHWEST, N.A)
101 PARK AVENUE
NEW YORK, NY 10178
FAX: (212) 752-5378
JOSHUA.DORCHAK@MORGANLEWIS.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTN: GLENN E. SIEGEL
(COUNSEL TO LINCOLN NATIONAL LIFE INSURANCE CO.)
101 PARK AVENUE
NEW YORK, NY 10178-0600
GLENN.SIEGEL@MORGANLEWIS.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOHN C. GOODCHILD, III
(COUNSEL TO LINCOLN NATIONAL LIFE INSURANCE CO.)
1701 MARKET STREET
PHILADELPHIA, PA 19103-2921
JOHN.GOODCHILD@MORGANLEWIS.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTN: MICHAEL S KRAUT, ESQ. & JAMES O MOORE, ESQ.
(BANK NATIONAL ASSOCIATION SOLEY IN ITS CAPACITY
AS TRUSTEE FOR CERTAIN RESIDENTION MBS TRUSTS)
101 PARK AVENUE
NEW YORK, NY 10178-0060
FAX: 212-390-6001
MICHAEL.KRAUT@MORGANLEWIS.COM;
JAMES.MOORE@MORGANLEWIS.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTN: KURT W. RADEMACHER, ESQ.
(COUNSEL TO US BANK NATIONAL ASSOCIATION SOLEY IN
ITS CAPACITY AS TRUSTEE FOR CERTAIN MBS TRUSTS)
1701 MARKET STREET
PHILADELPHIA, PA 19103-2921
FAX: 215-963-5001
KURT.RADEMACHER@MORGANLEWIS.COM

MORI HAMADA & MATSUMOTO
ATTN: KEN MIURA, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
MARUNOUCHI KITAGUCHI BUILDING
1-6-5 MARUNOUCHI, CHIYODA-KU
TOKYO 100-8222,
JAPAN
FAX: +81 3 6212 8216
NISSAY_10259-0154@MHMJAPAN.COM

MORITT HOCK HAMROFF & HOROWITZ LLP
ATTN: LESLIE A. BERKOFF
(COUNSEL TO THE HOTCHKISS SCHOOL)
400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
LBERKOFF@MORITTHOCK.COM

MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI AND LORENZO MARINUZZI
(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC)
250 WEST 55TH STREET
NEW YORK, NY 10019
FAX: 212-468-7900
JPINTARELLI@MOFO.COM;LMARINUZZI@MOFO.COM

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY & GMACM)
250 WEST 55TH STREET
NEW YORK, NY 10019
FAX: 212-468-7900
LMARINUZZI@MOFO.COM

MORRISON & FOERSTER LLP
ATTN: YUKITOSHI UWATOKO, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE)
SHIN-MARUNOUCHI BUILDING, 29TH FLOOR
5-1, MARUNOUCHI 1 -CHOME, CHIYODA-KU
TOKYO,  100-6529
JAPAN
FAX: +81 3 3214 6512
YUWATOKO@MOFO.COM

MORRISON & FOERSTER LLP
ATTN: TODD M. GOREN, ESQ.
(COUNSEL TO CB RICHARD ELLIS, INC.)
250 WEST 55TH STREET
NEW YORK, NY 10019
FAX: 212-468-7900
TGOREN@MOFO.COM

MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI,ESQ
(COUNSEL TO FONDIARIA, BIM, VITA, ASSICURAZIONI,
MILANO, POPOLARE, BANCA SAI, SYSTEMA AND NOVARA)
250 WEST 55TH STREET
NEW YORK, NY 10019
FAX: 212-468-7900
JPINTARELLI@MOFO.COM

MORRISON & FOERSTER LLP
ATTN: LARREN M. NASHELSKY
(COUNSEL TO PACIFIC COAST CAP. PARTNERS, LLC,
MITSUBISHI UGJ SEC CO., ING REAL ESTATE FINANCE)
250 WEST 55TH STREET
NEW YORK, NY 10019
FAX: 212-468-7900
LNASHELSKY@MOFO.COM

MORRISON & FOERSTER, LLP
ATTN: BRETT H. MILLER, ESQ
(COUNSEL TO OVERSEA-CHINESE BANKING CORP, INF GRP
OF TAIWAN FIN INST, FONDO LATINO AND AB BANKAS)
250 WEST 55TH STREET
NEW YORK, NY 10019
FAX: 212-468-7900
BMILLER@MOFO.COM

MORRISON COHEN LLP
ATTN: MICHAEL R. DAL LAGO, ESQ.
(COUNSEL TO CARMIGNAC GESTION)
909 THIRD AVENUE
NEW YORK, NY 10022
FAX: 212-735-8708
BANKRUPTCY@MORRISONCOHEN.COM

MOSES & SINGER LLP
ATTN: LEGAL DEPARTMENT
(COUNSEL TO CHINA DEVELOPMENT INDUSTRIAL BANK
& DOTSON INVESTMENTS LIMITED)
THE CHRYSLER BUILDING 405 LEXINGTON AVENUE
NEW YORK, NY 10174
FAX: (212) 554-7700

MOSES & SINGER LLP
ATTN: ALAN KOLOD, MARK PARRY & KENT KOLBIG
(COUNSEL TO DEUTSCHE BANK AG)
THE CHRYSLER BUILDING)
405 LEXINGTON AVENUE
NEW YORK, NY 10174
FAX: 212-554-7700
AKOLOD@MOSESSINGER.COM; MPARRY@MOSESSINGER.COM;
KKOLBIG@MOSESSINGER.COM

MOUND COTTON WOLLAN & GREENGRASS
ATTN: ROBERT S. GOODMAN
(COUNSEL TO SYMPHONY ASSET MANAGEMENT LLC ACTING
ON BEHALF OF FORTISSIMO FUND, ET AL.)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
FAX: 212-344-8066
RGOODMAN@MOUNDCOTTON.COM;

MRS. S.A.B. VAN ROOY, DVM AND LLM
SCHOONOUWENSEWEG 24
2821 NX STOLWIJK,
THE NETHERLANDS
FAX: +31 182 34 34 43
SABVANROOY@HOTMAIL.COM

NATIONWIDE FUND ADVISORS
ATTN: ERIC E MILLER, ESQ
SVP/GENERAL COUNSEL
1000 CONTINENTAL DR STE 400
KING OF PRUSSIA, PA 19406-2850
FAX: 484-530-1323
MILLEE12@NATIONWIDE.COM

NEW YORK CITY LAW DEPARTMENT
FRANCES HENN ASSISTANT CORPORATION COUNSEL
100 CHURCH STREET, ROOM 5-199
NEW YORK, NY 10077
FAX: 212-788-0937
FHENN@LAW.NYC.GOV

NIXON PEABODY LLP
ATTN: DENNIS J. DREBSKY
(COUNSEL TO SAN MATEO, MONTEREY, MITSUI-MOL)
437 MADISON AVENUE
NEW YORK, NY 10022
FAX: 212-940-3111
DDREBSKY@NIXONPEABODY.COM

NIXON PEABODY, LLP
ATTN: AMANDA DARWIN
(COUNSEL TO DEUTSCHE BANK TRUST CO. AMERICAS &
LONGSHORE CDO FUNDING 2007-3, LTD. & ZAIS INVST.)
100 SUMMER STREET
BOSTON, MA 02110
FAX: 617-345-1300
ADARWIN@NIXONPEABODY.COM

NIXON PEABODY, LLP
ATTN: VICTOR G. MILIONE
(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)
437 MADISON AVENUE
NEW YORK, NY 10022
FAX: 212-940-3111
VMILIONE@NIXONPEABODY.COM

NIXON PEABODY, LLP
ATTN: LEE HARRINGTON, ESQ.
(COUNSEL TO THE METROPOLITAN TRANSIT AUTHORITY &
WELLINGTON MGMT COMPANY, GEORGETOWN UNIVERSITY)
100 SUMMER STREET
BOSTON, MA 02110
FAX: 866-382-5868
LHARRINGTON@NIXONPEABODY.COM

NIXON PEABODY, LLP
ATTN: VICTOR G. MILIONE
(COUNSEL TO BRYANT UNIVERSITY)
100 SUMMER STREET
BOSTON, MA 02110
FAX: 212-940-3111
VMILIONE@NIXONPEABODY.COM

NIXON PEABODY, LLP
ATTN: MARK N. BERMAN & CHRISTOPHER M. DESIDERIO
(COUNSEL TO THE COMMONWEALTH OF PUERTO RICO,
PUERTO RICO SALES TAX FINANCING CORPORATION &
437 MADISON AVENUE
NEW YORK, NY 10022
MBERMAN@NIXONPEABODY.COM;
CDESIDERIO@NIXONPEABODY.COM

NIXON PEABODY, LLP
ATTN: RICHARD C. PEDONE
(COUNSEL TO LONGSHORE CDO FUNDING 2007-3, LTD. &
ZAIS INVESTMENT GRADE LIMITED II)
100 SUMMER STREET
BOSTON, MA 02110
FAX: 617-345-1300
RPEDONE@NIXONPEABODY.COM

NOMURA HOLDING AMERICA, INC
ATTN: PENNY TEHRANI
TWO WORLD FINANCIAL CENTER
BUILDING B, 22ND FLOOR
NEW YORK, NY 10281
FAX: 646-587-9505
BANKRUPTCYMATTERS@US.NOMURA.COM

OFFICE OF ATTORNEY GENERAL
ATTN: CHRISTOPHER R. MOMJIAN
(COUNSEL TO THE COMMONWEALTH OF PENNSYLVANIA
DEPT OF REVENUE, BUREAU OF ACCOUNTS SETTLEMENT)
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603
FAX: (215) 560-2202
CRMOMJIAN@ATTORNEYGENERAL.GOV

OFFICE OF CHARLENE M. INDELICATO
ATTN: MELISSA-JEAN ROTINI, ESQ.
(COUNSEL TO WESTCHESTER COUNTY)
WESTCHESTER COUNTY ATTORNEY
148 MARTINE AVENUE, 6TH FLOOR
WHITE PLAINS, NY 10601
FAX: 914-995-3132
MJR1@WESTCHESTERGOV.COM

OFFICE OF THE MINNESOTA ATTORNEY GENERAL
ATTN: JOHN MULE'
(COUNSEL TO MINNESOTA STATE BOARD OF INVESTMENT)
445 MINNESOTA STREET, SUITE 900
SAINT PAUL, MN 55101-2127
FAX: 651-297-8265
JOHN.MULE@STATE.MN.US

OFFIT KURMAN
ATTN: APRIL RANCIER
(COUNSEL TO SKYLINE FINANCIAL CORP.)
300 E. LOMBARD STREET
BALTIMORE, MD 21202
FAX: 410-209-6435
ARANCIER@OFFITKURMAN.COM

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA
(COUNSEL TO TELECOM ITALIA CAPITAL S.A. & DEPFA
BANK PLC)
51 WEST 52ND STREET
NEW YORK, NY 10019-6142
FAX: 212-506-5151
RDAVERSA@ORRICK.COM

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA, JR.
(COUNSEL TO THE BANK OF NOVA SCOTIA)
51 WEST 52ND STREET
NEW YORK, NY 10019-6142
FAX: 212-506-5151
RDAVERSA@ORRICK.COM

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, ESQ.
(COUNSEL TO THE BANK OF NOVA SCOTIA)
1152 15TH STREET, NW
WASHINGTON, DC 20005-1706
FAX: 202-339-8500
JGUY@ORRICK.COM

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, KATHLEEN A. ORR AND
DEBRA L. FELDER
(COUNSEL TO CALIFORNIA IND. SYSTEMS OPERATOR CORP)
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706
FAX: 202-339-8500
JGUY@ORRICK.COM; KORR@ORRICK.COM;
DFELDER@ORRICK.COM; MAUSTIN@ORRICK.COM

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY
DEBRA L. FELDER
(COUNSEL TO RIZAL COMMERCIAL BANKING CORPORATION)
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706
FAX: 202-339-8500
JGUY@ORRICK.COM; DFELDER@ORRICK.COM

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: LORRAINE S. MCGOWEN, RANIERO D'AVERSA, JR.
(COUNSEL TO RIZAL COMMERCIAL BANKING CORPORATION)
666 FIFTH AVENUE
NEW YORK, NY 10103-0001
FAX: 212-506-5151
LMCGOWEN@ORRICK.COM; RDAVERSA@ORRICK.COM

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: THOMAS J. WELSH, ESQ.
(COUNSEL TO DEPFA BANK PLC)
400 CAPITAL MALL
SUITE 3000
SACRAMENTO, CA 95814
FAX: 916-329-4900
TOMWELSH@ORRICK.COM

OTC CORPORATE ACTIONS
ATTN: SHAMIRA ASSURIAN
9509 KEY WEST AVENUE
ROCKVILLE, MD 20850
FAX: (202) 689-3533
OTCCORPACTIONS@FINRA.ORG

OTTERBOURG PC
ATTN: PETER FELDMAN, ERIK B WEINICK
(COUNSEL FOR CREDICAN CA, BANCO CANARIAS DE
VENEZUELA & FONDO DE PROTECCION ET AL)
230 PARK AVENUE
NEW YORK, NY 10169-0075
EWEINICK@OTTERBOURG.COM

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTN: WILLIAM M. SILVERMAN AND PETER FELDMAN, ESQ
(COUNSEL TO THE BANK OF TOKYO-MITSUBISHI UFJ, LTD
& FDIC AS RECEIVER OF WESTERNBANK PUERTO RICO)
230 PARK AVENUE
NEW YORK, NY 10169-0075
FAX: 212-682-6104
WSILVERM@OSHR.COM; PFELDMAN@OSHR.COM

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTN: MELANIE CYGANOWSKI ESQ. & PETER FELDMAN, ESQ
(COUNSEL TO THE FREEDOM FORUM, INC.)
230 PARK AVENUE
NEW YORK, NY 10169-0075
FAX: 212-682-6104
MCYGANOWSKI@OSHR.COM; PFELDMAN@OSHR.COM

OUTTEN & GOLDEN LLP
ATTN: JACK RAISNER AND RENE ROUPINIAN
(COUNSEL TO 72 INDIVIDUALS)
3 PARK AVENUE, 29TH FLOOR
NEW YORK, NY 10016
FAX: 212-977-4005
JAR@OUTTENGOLDEN.COM; RROUPINIAN@OUTTENGOLDEN.COM

PADUANO & WEINTRAUB LLP
ATTN: WILLARD KNOX
(COUNSEL TO JASON T TAYLOR & PHILLIP WALSH)
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NY 10020
FAX: 212-785-9099
WK@PWLAWYERS.COM

PARKER IBRAHIM & BERG LLC
ATTN: JAMES P. BERG, ESQ.
(COUNSEL TO SANTANDER BANK, N.A.)
270 DAVIDSON AVENUE
SOMERSET, NJ 08873
FAX: 908-333-6230
JAMES.BERG@PIBLAW.COM

PARKER POE ADAMS & BERNSTEIN LLP
ATTN: KIAH T. FORD IV
(COUNSEL TO DUKE ENERGY OHIO, INC.)
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202
CHIPFORD@PARKERPOE.COM

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: DAVID W. DYKHOUSE AND BRIAN P. GUINEY
(COUNSEL TO ASBURY ATLANTIC AND ASBURY-SOLOMONS)
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710
FAX: 212-336-2222
DWDYKHOUSE@PBWT.COM; BGUINEY@PBWT.COM

PAUL HASTINGS LLP
ATTN: HARVEY A. STRICKON (HS5210)
(COUNSEL TO GE CAPITAL CORP, EUROPEAN BANK FOR
RECONSTRUCTION)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205
FAX: 212-230-7689
HARVEYSTRICKON@PAULHASTINGS.COM

PAUL HASTINGS LLP
ATTN: MARTIN EDELMAN, ROBERT WERTHEIMBER
(COUNSEL TO 605 THIRD AVENUE FEE LLC)
75 EAST 55TH STREET
NEW YORK, NY 10022
DRAELSON@FISHERBROTHERS.COM

PAUL HASTINGS LLP
ATTN: LUC DESPINS, ANDREW TENZER
(COUNSEL TO CARVAL INVESTORS UK LIMITED & CERTAIN
OF ITS AFFILIATES)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205
FAX: 212-319-4090
LUCDESPINS@PAULHASTINGS.COM;
ANDREWTENZER@PAULHASTINGS.COM;

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS AND
CLAUDIA L. HAMMERMAN
(COUNSEL TO CITIGROUP, INC. & BANK HAPOALIM
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
FAX: 212-757-3990
DDAVIS@PAULWEISS.COM; CHAMMERMAN@PAULWEISS.COM

PENNYMAC LOAN SERVICES, LLC
C/O ALRDRIDGE CONNORS LLP
ATTN: CIRO A. MESTRES, ESQ - BANKRUPTCY DEPT.
FIFTEEN PIEDMONT CENTER
3575 PIEDMONT ROAD, N.E., SUITE 500
ATLANTA, GA 30305
FAX: 888-246-7307
jpetras@aldridgepite.com

PEPPER HAMILTON LLP
ATTN: KAY STANDRIDGE KRESS
DEBORAH KOVSKY-APAP
(COUNSEL TO ING BANK)
4000 TOWN CENTER, SUITE 1800
SOUTHFIELD, MI 48075
FAX: 248-359-7700
KRESSK@PEPPERLAW.COM; KOVSKYD@PEPPERLAW.COM

PEPPER HAMILTON LLP
ATTN: AUDREY D. WISOTSKY, ESQ.
(COUNSEL TO ING BANK)
301 CARNEGIE CENTER, SUITE 400
PRINCETON, NJ 08543-5276
FAX: 609-452-1147
WISOTSKA@PEPPERLAW.COM

PEPPER HAMILTON LLP
ATTN: FRANCIS J. LAWALL, ESQ NINA VARUGHESE, ESQ
(COUNSEL TO ENCANA CORP, ENCANA OIL & GAS)
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103-2799
FAX: 215-981-4750
LAWALLF@PEPPERLAW.COM

PEPPER HAMILTON LLP
ATTN: EVELYN J. MELTZER AND JOHN H. SCHANNE II
(COUNSEL TO ENCANA CORP. AND ENCANA OIL & GAS)
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709
FAX: 302-421-8390
MELTZERE@PEPPERLAW.COM; SCHANNEJ@PEPPERLAW.COM

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ATTN: ELIZABETH BANDA
(COUNSEL TO CITY OF FARMERS BRANCH ET AL)
P.O. BOX 13430
ARLINGTON, TX 76094-0430
FAX: 817-860-6509
EBCALVO@PBFCM.COM

PHOENIX AMERICAN FINANCIAL SERVICES, INC.
ATTN: JOSEPH HORGAN
2401 KERNER BLVD
SAN RAFAEL, CA 94901
FAX: 415-485-4546
JHORGAN@PHXA.COM

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: SAMUEL CAVIOR,ESQ. EDWARD FLANDERS,ESQ.
(COUNSEL TO UNION BANK OF CALIFORNIA, N.A.)
1540 BROADWAY
NEW YORK, NY 10036-4039
FAX: 212-858-1500
SAMUEL.CAVIOR@PILLSBURYLAW.COM;
EDWARD.FLANDERS@PILLSBURYLAW.COM

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: NATHAN SPATZ
(COUNSEL TO UNION BANK OF CALIFORNIA, N.A.)
725 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA 90017-5443
FAX: 213-629-1033
NATHAN.SPATZ@PILLSBURYLAW.COM

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: DANIEL J. FLANIGAN
(COUNSEL TO EHMD, LLC)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112
FAX: 816-753-1536
DFLANIGAN@POLSINELLI.COM

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: JAMES BIRD, ESQ.
(COUNSEL TO BATS HOLDINGS, INC.)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112
FAX: 816-572-5343
JBIRD@POLSINELLI.COM

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: CHRISTOPHER A WARD
(COUNSEL TO BATS HOLDINGS, INC.)
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801
FAX: 302-252-0921
CWARD@POLSINELLI.COM

PORZIO, BROMBERG & NEWMAN, P.C.
ATTN: JOHN S. MAIRO
(COUNSEL TO ALIANT BANK)
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962-1997
FAX: 973-538-5146
JSMAIRO@PBNLAW.COM

POST & SCHELL, P.C.
ATTN: BRIAN W. BISIGNANI, ESQ.
(COUNSEL TO AON CONSULTING)
17 NORTH 2ND STREET, 12TH FLOOR
HARRISBURG, PA 17101-1601
FAX: 717-731-1985
BBISIGNANI@POSTSCHELL.COM

PROSKAUER ROSE LLP
ATTN: LEGAL DEPARTMENT
(COUNSEL TO ROYAL BANK OF SCOTLAND PLC, ROYAL
BANK OF SCOTLAND, N.V., RBS SECURITIES INC, ET AL)
ELEVEN TIMES SQUARE
NEW YORK, NY 10036
FAX: 212-969-2900

PROSKAUER ROSE LLP
ATTN: MARTIN J. BIENENSTOCK
(COUNSEL TO THE WALT DISNEY COMPANY & THE WALT
DISNEY COMPANY MASTER RETIREMENT PLAN)
ELEVEN TIMES SQUARE
NEW YORK, NY 10036
FAX: 212-969-2900
MBIENENSTOCK@PROSKAUER.COM

PRYOR CASHMAN LLP
ATTN: RONALD S BEACHER, ESQ
(COUNSEL TO SPCP GROUP, BANK OF VALLETTA P.L.C &
APS BANK LTD.)
7 TIMES SQUARE
NEW YORK, NY 10036
FAX: 212-326-0806
RBEACHER@PRYORCASHMAN.COM

PURSUIT PARTNERS
ATTN: FRANK CANELAS, ANTHONY SCHEPIS,
333 LUDLOW STREET, NORTH TOWER, 4TH FLOOR
STAMFORD, CT 06902
FAX: 203-961-0039
CANELAS@PURSUITPARTNERS.COM;
SCHEPIS@PURSUITPARTNERS.COM

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE, SCOTT C.
SHELLEY
(COUNSEL TO OFFICIAL COMMITTEE OF UNS. CREDITORS)
51 MADISON AVE, 22ND FLOOR
NEW YORK, NY 10010
FAX: 212-849-7100
SUSHEELKIRPALANI@QUINNEMANUEL.COM;JAMESTECCE@QUINNE
MANUEL.COM;SCOTTSHELLEY@QUINNEMANUEL.COM

RABINOWITZ LUBETKIN & TULLY, LLC
ATTN: JONATHAN I. RABINOWITZ AND BARRY J. ROY
(COUNSEL TO SOMERSET PROPERTIES SPE, LLC)
293 EISENHOWER PARKWAY SUITE 100
LIVINGSTON, NJ 07039
FAX: 973-597-9119
JRABINOWITZ@RLTLAWFIRM.COM; BROY@RLTLAWFIRM.COM

RAVERT PLLC
ATTN: GARY O. RAVERT, ESQ.
(COUNSEL TO SCOTIA CAPITAL (USA) INC.)
116 WEST 23 STREET, FIFTH FLOOR
NEW YORK, NY 10011
FAX: 917-677-5419
GARY.RAVERTPLLC@GMAIL.COM

REED SMITH LLP
ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI
(COUNSEL TO GE CAPITAL INFORMATION TECH SOLUTION)
1201 N MARKET STREET SUITE 1500
WILMINGTON, DE 19801
FAX: 302-778-7575
KGWYNNE@REEDSMITH.COM; JFALGOWSKI@REEDSMITH.COM

REED SMITH LLP
ATTN: CHRIS LYNCH
(COUNSEL TO GE CAPITAL INFORMATION TECH SOLUTIONS;
QUEST & QWEST COMMUNICATIONS; IKON OFFICE)
599 LEXINGTON AVENUE 30TH FLOOR
NEW YORK, NY 10022
FAX: 212-521-5450
CLYNCH@REEDSMITH.COM

REED SMITH LLP
ATTN: MICHAEL J. VENDITTO
(COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LTD.)
599 LEXINGTON AVE.
NEW YORK, NY 10022
FAX: 212-521-5450
MVENDITTO@REEDSMITH.COM

REED SMITH LLP
ATTN: JOHN L. SCOTT
(COUNSEL TO YARPA INVESTMENTI S.G.R. S.P.A.-RP3)
599 LEXINGTON AVENUE
NEW YORK, NY 10022
FAX: 212-521-5450
JLSCOTT@REEDSMITH.COM; DGRIMES@REEDSMITH.COM;

REID COLLINS & TSAI LLP
ATTN: ANGELA J. SOMERS, ESQ.
(COUNSEL TO BLACK DIAMOND OFFSHORE LTD. & DOUBLE
BLACK DIAMOND OFFSHORE LTD.)
ONE PENN PLAZA, 49TH FLOOR
NEW YORK, NY 10119
FAX: 212-344-5299
ASOMERS@RCTLEGAL.COM

RICH MICHAELSON MAGALIFF MOSER, LLP
ATTN: HOWARD P. MAGALIFF, ESQ.
(COUNSEL TO ROGER SAKS)
340 MADISON AVENUE, 19TH FLOOR
NEW YORK, NY 10173
HMAGALIFF@R3MLAW.COM

RICHARD W. MARTINEZ, APLC
RICHARD W. MARTINEZ
(COUNSEL TO LOUISIANA SHERIFF'S PENSION & RELIEF
FUND)
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA 70130
FAX: (504) 525-6701
RICHARD@RWMAPLC.COM

RIDDELL WILLIAMS P.S.
ATTN: JOSPEH E. SHICKICH
(COUNSEL TO MICROSOFT CORP & LICENSING GP)
1001 4TH AVENUE SUITE 4500
SEATTLE, WA 98154-1192
FAX: 206-389-1708
JSHICKICH@RIDDELLWILLIAMS.COM

RIEMER & BRAUNSTEIN LLP
ATTN: GUY MOSS, ALAN BRAUNSTEIN AND ALEXANDER
RHEAUME
(COUNSEL TO SALEM FIVE CENTS SAVINGS BANK)
THREE CENTER PLAZA
BOSTON, MA 02108
FAX: 617-692-3466
GMOSS@RIEMERLAW.COM; ABRAUNSTEIN@RIEMERLAW.COM;
ARHEAUME@RIEMERLAW.COM

ROGER B. NAGIOFF
THE LEYS
BARNET LANE
ELSTREE
HERFORDSHIRE,  WD6 3RQ
UNITED KINGDOM
ROGER@RNAGIOFF.COM

ROPES & GRAY LLP
ATTN: MARK BANE
(COUNSEL TO SANKATY CREDIT OPPORTUNITIES III, L.P.
SANKATY SPECIAL SITUATIONS I, L.P., ET AL.)
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
FAX: 212-596-9090
MARK.BANE@ROPESGRAY.COM

ROPES & GRAY LLP
ATTN: D. ROSS MARTIN
(COUNSEL TO MASSACHUSETTS HOUSING FINANCE AGENCY)
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199
FAX: 617-951-7050
ROSS.MARTIN@ROPESGRAY.COM

ROPES & GRAY LLP
ATTN: GAVIN ALEXANDER
(COUNSEL TO SANKATY CREDIT OPPORTUNITIES III, LP &
SANKATY SPECIAL SITUATIONS I, LP)
800 BOYLSTON STREET
BOSTON, MA 02199
GAVIN.ALEXANDER@ROPESGRAY.COM

ROTTENBERG LIPMAN RICH, P.C.
ATTN: BERTRAND C. SELLIER
(COUNSEL TO QVT FUND LP & QUINTESSENCE FUND LP)
369 LEXINGTON AVENUE, 16TH FLOOR
NEW YORK, NY 10017
FAX: 646-203-0291
BSELLIER@RLRPCLAW.COM

RUSSELL INVESTMENTS
ATTN: ELOIT COHEN
909 A STREET
TACOMA, WA 98402-5120
FAX: 253-439-3284
ECOHEN@RUSSELLINVESTEMENTS.COM

RUSSELL R. JOHNSON III
(COUNSEL TO DUKE ENERGY OHIO, INC.)
2258 WHEATLANDS DRIVE
MANAKIN SABOT, VA 23103
FAX: 804-749-8862
RUSSJ4478@AOL.COM

SAINT JOSEPH'S UNIVERSITY
OFFICE OF THE GENERAL COUNSEL
ATTN: MARIANNE SCHIMELFENIQ, ESQ.
(COUNSEL TO SAINT JOSEPH'S UNIVERSITY)
5600 CITY AVENUE
PHILADELPHIA, PA 19131-1395
FAX: 610-660-3142
MSCHIMEL@SJU.EDU

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK
TIMOTHY T. BROCK, & ABIGAIL SNOW
(COUNSEL TO MOODY'S INVESTORS SERVICE & IBM)
230 PARK AVENUE
NEW YORK, NY 10169
FAX: 212-818-9606
CBELMONTE@SSBB.COM; TBROCK@SSBB.COM;
PBOSSWICK@SSBB.COM; ASNOW@SSBB.COM

SAUL EWING LLP
ATTN: ADAM H. ISENBERG, ESQ.
(COUNSEL TO THE PENN CONVENTION CENTER AUTHORITY)
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
FAX: 215-972-1853
AISENBERG@SAUL.COM

SCHIFF HARDIN LLP
ATTN: JASON TORF
(COUNSEL TO NORTHERN INDIANA PUBLIC SERVICE CO.
AND NISOURCE FINANCE CORP.)
6600 SEARS TOWER
CHICAGO, IL 60606
FAX: 312-258-5600
JTORF@SCHIFFHARDIN.COM

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
NKA BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
ATTN: JOHN A KEHOE, ESQ.
(COUNSEL TO ALAMEDA COUNTY, GOVT. OF GUAM, ET AL.)
280 KING OF PRUSSIA ROAD
WAYNE, PA 19087
FAX: 610-667-7056
DKESSLER@KTMC.COM

SCHLAM STONE & DOLAN LLP
ATTN: BENNETTE D. KRAMER
COUNSEL TO GLENCORE COMMODITIES LTD MOORE CAP MGT
ALPHADYNE INTERNATIONAL MASTER FUND
26 BROADWAY
NEW YORK, NY 10004
FAX: 212-344-7677
BDK@SCHLAMSTONE.COM

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTN: NICHALOS J. LEPORE, III, ESQ.
(COUNSEL TO PJM INTERCONNECTION, LLC)
1600 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103-7286
FAX: 215-751-2205
NLEPORE@SCHNADER.COM

SCHNEIDER, SMELTZ, RANNEY & LAFOND, PLL
ATTN: JAMES D. VAIL, ESQ.
(COUNSEL TO JUDSON)
1111 SUPERIOR AVENUE, SUITE 1000
CLEVLAND, OH 44114
FAX: 216-696-7303
JVAIL@SSRL.COM

SCHULTE ROTH & ZABEL LLP
ATTN: LAWRENCE V. GELBER
(COUNSEL TO STRUCTURED CREDIT OPPORTUNITIES FUND,
II,L.P. & MARINER-TRICADIA CREDIT STRATEGIES MSTR)
919 THIRD AVENUE
NEW YORK, NY 10022
FAX: 212-595-5955
LAWRENCE.GELBER@SRZ.COM

SEWARD & KISSEL LLP
ATTN: RONALD L. COHEN, ESQ.
(COUNSEL TO THE SUMITOMO TRUST & BANKING CO., LTD.
ET AL.)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
FAX: 212-480-8421
COHEN@SEWKIS.COM

SEWARD & KISSEL LLP
ATTN: JOHN R. ASHMEAD, ESQ.
(COUNSEL TO GLOBAL, PANTON, CFIP, CURA, TURNBERRY,
INVESTCORP ET AL, DIAMOND NOTCH AND TANG CAPITAL)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
FAX: 212-480-8421
ASHMEAD@SEWKIS.COM

SEWARD & KISSEL LLP
ATTN: M. WILLIAM MUNNO, ESQ.
(COUNSEL TO LAW DEBENTURE TRUST CO. OF NEW YORK)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
FAX: 212-480-8421
MUNNO@SEWKIS.COM

SEWARD & KISSEL LLP
ATTN: DANIEL E. GUZMAN, ESQ.
(COUNSEL TO LAW DEBENTURE TRUST CO. OF NEW YORK)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
FAX: 212-480-8421
GUZMAN@SEWKIS.COM

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK, ESQ.,
AND NED S. SCHODEK, ESQ.
(COUNSEL TO BANK OF AMERICA, N.A.)
599 LEXINGTON AVENUE
NEW YORK, NY 10022
FAX: 212-848-7179
FSOSNICK@SHEARMAN.COM; NED.SCHODEK@SHEARMAN.COM

SHELL OIL COMPANY
ATTN: JENNIFER M. GORE, ESQ.
1000 MAIN STREET, LEVEL 12
HOUSTON, TX 77002
FAX: 713-265-3070
JENNIFER.GORE@SHELL.COM

SHELL TRADING (US) COMPANY
ATTN: JENNIFER GORE
910 FANNIN, PLAZA LEVEL 1
HOUSTON, TX 77010
FAX: 713-265-3070
JENNIFER.GORE@SHELL.COM

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: CARREN SHULMAN
(COUNSEL TO THE BANK OF NEW YORK MELLON)
30 ROCKEFELLER PLAZA 24TH FLOOR
NEW YORK, NY 10112
FAX: 212-332-3888
CSHULMAN@SHEPPARDMULLIN.COM;

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: MALANI J. CADEMARTORI, ESQ.
(COUNSEL TO NORTON GOLD FIELDS LIMITED)
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112
FAX: 212-332-3888
MCADEMARTORI@SHEPPARDMULLIN.COM

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: EDWARD H TILLINGHAST, III & BLANKA WOLFE
(COUNSEL TO MAKOLA 2005 SL)
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112
FAX: 212-653-8701
ETILLINGHAST@SHEPPARDMULLIN.COM;BWOLFE@SHEPPARDMULLIN.COM

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: MALANI J. CADEMARTORI & BLANKA K. WOLFE
(COUNSEL TO AGRICULTURAL BANK OF TAIWAN)
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112
FAX: 212-653-8701
MCADEMARTORI@SHEPPARDMULLIN.COM;
BWOLFE@SHEPPARDMULLIN.COM

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: ALAN H. MARTIN, ESQ.
(COUNSEL TO AGRICULTURAL BANK OF TAIWAN)
650 TOWN CENTER DRIVE, FOURTH FLOOR
COSTA MESA, CA 92626
FAX: 714-513-5130
AMARTIN@SHEPPARDMULLIN.COM

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
ATTN: RUSSELL L. REID AND BLANKA K. WOLFE
(COUNSEL TO ISRAEL DISCOUNT BANK OF NEW YORK)
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112
FAX: 212-332-3888
BWOLFE@SHEPPARDMULLIN.COM

SHIPMAN & GOODWIN LLP
ATTN: JULIE A. MANNING, ESQ.
(COUNSEL TO GARTNER, INC., GARTNER UK, COMPUTER
FINANCIAL CONSULTANTS, TANGOE AND OPEN SOLUTIONS)
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919
FAX: 860-251-5218
BANKRUPTCY@GOODWIN.COM

SHUTTS & BOWEN LLP
ATTN: JAMES A. TIMKO
(COUNSEL TO THE 'SUNGARD ENTITIES)
300 SOUTH ORANGE AVE., SUITE 1000
ORLANDO, FL 32801
FAX: 407-425-8316
JTIMKO@SHUTTS.COM

SIDLEY AUSTIN LLP
ATTN: ANDREW C. QUALE, JR., ALAN M. UNGER
(COUNSEL TO AIRCRAFT FINANCE TRUST)
787 SEVENTH AVENUE
NEW YORK, NY 10019
FAX: 212-839-5599
AQUALE@SIDLEY.COM; AUNGER@SIDLEY.COM

SILVERMANACAMPORA LLP
ATTN: RONALD J. FRIEDMAN
(COUNSEL TO MARTHA CHILTON MUELLER)
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753
FAX: 516-470-6301
RFRIEDMAN@SILVERMANACAMPORA.COM

SIMPSON THACHER & BARTLETT LLP
ATTN: SANDEEP QUSBA
425 LEXINGTON AVENUE
NEW YORK, NY 10017
FAX: 212-455-2502
SQUSBA@STBLAW.COM

SIMPSON THACHER & BARTLETT LLP
ATTN: ISAAC RETHY
(COUNSEL TO MORTGAGEIT, INC.)
425 LEXINGTON AVENUE
NEW YORK, NY 10017
FAX: 212-455-2502
IRETHY@STBLAW.COM

SKADDEN, ARPS, MEAGHER AND FLOM LLP
(SPECIAL COUNSEL FOR THE DEBTORS IN POSSESSION)
ATTN: RAJIV MADAN AND ANGIE OWEN
1440 NEW YORK AVENUE
WASHINGTON, DC 20005-2111
RAJ.MADAN@SKADDEN.COM; ANGIE.OWENS@SKADDEN.COM

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SALLY MCDONALD HENRY
(COUNSEL TO REGION MARCHE, NASDAQ OMX, CHICAGO
MERCANTILE EX. AND BLACKROCK FINANCIAL MANAGEMENT)
FOUR TIMES SQUARE
NEW YORK, NY 10036
FAX: 212-735-2000
SALLY.HENRY@SKADDEN.COM

SONNENSCHEIN NATH & ROSENTHAL LLP
ATTN: PATRICK C. MAXCY, ESQUIRE
(COUNSEL TO DR. MICHAEL C. FREGE)
8000 SEARS TOWER
233 WACKER DRIVE
CHICAGO, IL 60606
FAX: 312-876-7934
PMAXCY@SONNENSCHEIN.COM

SQUIRE PATTON BOGGS (US) LLP
ATTN: NICHOLAS P. ZALANY
(COUNSEL TO BUCKEYE TOBACCO SETTLEMENT FINANCING
AUTHORITY)
2000 HUNTINGTON CENTER - 41 SOUTH HIGH STREET
COLUMBUS, OH 43215
FAX: 614-365-2499
NICHOLAS.ZALANY@SQUIREPB.COM

SQUIRE PATTON BOGGS (US) LLP
ATTN: MITCHELL R. BERGER
(COUNSEL TO BUCKEYE TOBACCO SETTLEMENT FINANCING
AUTHORITY)
2550 M STREET, NW
WASHINGTON, DC 20037
FAX: 202-457-6315
MITCHELL.BERGER@SQUIREPB.COM

SQUIRE PATTON BOGGS (US) LP
ATTN: MARK A. SALZBERG
(COUNSEL TO BUCKEYE TOBACCO SETTLEMENT FINANCING
AUTHORITY)
2550 M STREET, NW
WASHINGTON, DC 20037
FAX: 202-457-6315
MARK.SALZBERG@SQUIREPB.COM

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATTN: STEPHEN D. LERNER
(COUNSEL TO BROADRIDGE PROCESSING SOLUTIONS, INC.)
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH 45202
FAX: 513-361-1201
SLERNER@SSD.COM

STAGG, TERENZI, CONFUSIONE & WABNIK, LLP
ATTN: RONALD TERENZI; CARA GOLDSTEIN
(COUNSEL TO LAUREL COVE DEVELOPMENT)
401 FRANKLIN AVENUE
GARDEN CITY, NY 11530
FAX: 516-812-4600
CGOLDSTEIN@STCWLAW.COM

STAHL ZELLOE, P.C.
ATTN: JAMES ZELLOE
(COUNSEL TO THE TAARP GROUP, LLP)
11350 RANDOM HILLS ROAD, SUITE 700
FAIRFAX, VA 22030
FAX: 703-691-4942
J.ZELLOE@STAHLZELLOE.COM

STAMELL & SCHAGER, LLP
ATTN: RICHARD SCHAGER, JR. & ANDREW GOLDENBERG
(COUNSEL TO KAREN M. KRIEGER & GREGG SOMMA, ET AL)
555 FIFTH AVENUE, STE. 1400
NEW YORK, NY 10017
FAX: 212-566-4061
SCHAGER@SSNYLAW.COM; GOLDENBERG@SSNYLAW.COM

STANDARD CHARTERED BANK
ATTN: MARC CHAIT
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
FAX: 212-667-0797
KARAN.KAPOOR@SC.COM

STARR & STARR, PLLC
ATTN: STEPHEN Z. STARR, ESQ.
(COUNSEL TO JUDSON)
260 MADISON AVENUE, 17TH FLOOR
NEW YORK, NY 10016
FAX: 212-867-8139
SSTARR@STARRANDSTARR.COM

STEIN & LUBIN LLP
ATTN: DENNIS D. MILLER
(COUNSEL TO OVERSTOCK.COM)
600 MONTGOMERY STREET, 14TH FLOOR
SAN FRANCISCO, CA 94111
FAX: 415-981-4343
DMILLER@STEINLUBIN.COM

STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
ATTN: EDMOND P. O'BRIEN
(COUNSEL TO SLG 220 NEWS OWNER LLC)
675 THIRD AVENUE, 31ST FLOOR
NEW YORK, NY 10017
FAX: 212-681-4041
EOBRIEN@SBCHLAW.COM

STEPHEN H. GROSS, ESQ
(COUNSEL TO VIGNETTE EUROPE LTD & DELL MARKETING)
SHGROSS5@YAHOO.COM

STEVENS & LEE, P.C.
ATTN: CONSTANTINE POURAKIS
(COUNSEL TO 1301 PROPERTIES OWNER LP PARAMOUNT GP)
485 MADISON AVE, 20TH FLOOR
NEW YORK, NY 10022
FAX: 212-319-8505
CP@STEVENSLEE.COM

STEVENS & LEE, P.C.
ATTN: CONSTANTINE D. POURAKIS
(COUNSEL TO ROYAL BANK OF AMERICA)
485 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY 10022
FAX: 212-319-8505
CP@STEVENSLEE.COM

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: MICHAEL J. CORDONE, ESQ.
(COUNSEL TO SAINT JOSEPH'S UNIVERSITY)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098
FAX: 215-564-8120
MCORDONE@STRADLEY.COM

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: PAUL A PATTERSON AND MICHAEL J. CORDONE
(COUNSEL TO AIM FUNDS AND AIM ADVISORS)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098
FAX: 215-564-8120
PPATTERSON@STRADLEY.COM; MCORDONE@STRADLEY.COM

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: PAUL PATTERSON, MICHAEL CORDONE, MARK DORVAL
(COUNSEL TO FULTON BANK, ABERDEEN, NATIONWIDE FUND
DELAWARE MGMT HOLDINGS, TEMPLETON GLOBAL, ET AL.)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098
FAX: 215-564-8120
PPATTERSON@STRADLEY.COM; MCORDONE@STRADLEY.COM;
MDORVAL@STRADLEY.COM

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: M DORVAL, P PATTERSON, D JOSEPH
(COUNSEL TO CARLYLE MORTGAGE CAPITAL, LLC,
BNC 2007-4, LLC, SASC 2007-BC4 A4, ET. AL)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098
FAX: 215-564-8120
MDORVAL@STRADLEY.COM; PPATTERSON@STRADLEY.COM;
DJOSEPH@STRADLEY.COM

STREUSAND & LANDON LLP
ATTN: G JAMES LANDON, ESQ RICHARD D VILLA, ESQ.
(COUNSEL TO: VIGNETTE EUROPE LIMITED)
515 CONGRESS AVE STE 2525
AUSTIN, TX 78701-3508
FAX: 512-236-9904
LANDON@SLOLLP.COM; VILLA@SLOLLP.COM

STREUSAND & LANDON LLP
515 CONGRESS AVE STE 2525
AUSTIN, TX 78701-3508
FAX: 512-236-9904
STREUSAND@STREUSANDLANDON.COM

STROOCK & STROOCK & LAVAN LLP
ATTN: MARK A. SPEISER & SHERRY J. MILLMAN
(COUNSEL TO MIZUHO CORPORATE BANK & STRUCTURED
CREDIT AMERICA LTD., MIZUHO INTERNATIONAL PLC)
180 MAIDEN LANE
NEW YORK, NY 10038
FAX: 212-806-6006
MSPEISER@STROOCK.COM; SMILLMAN@STROOCK.COM

STROOCK & STROOCK & LAVAN LLP
ATTN: LAWRENCE M. HANDELSMAN AND DENISE K. WILDES
(COUNSEL TO STAMFORD ASSOCIATES L.P.)
180 MAIDEN LANE
NEW YORK, NY 10038
FAX: 212-806-6006
LHANDELSMAN@STROOCK.COM

STROOCK & STROOCK & LAVAN LLP
ATTN: HAROLD A. OLSEN
(COUNSEL TO MERCURIA ENERGY TR, DEUTSCHE ZENTRAL,
BASSO CAPITAL, MAGNETAR CAPTIAL AND MITSUI & CO.)
180 MAIDEN LANE
NEW YORK, NY 10038
FAX: 212-806-6006; 212-806-2627
HOLSEN@STROOCK.COM

STROOCK & STROOCK & LAVAN LLP
ATTN: CLAUDE G. SZYFER
(COUNSEL TO STRUCTURED CREDIT AMERICA LTD. &
MIZUHO INTERNATIONAL PLC)
180 MAIDEN LANE
NEW YORK, NY 10038
FAX: 212-806-6006
CSZYFER@STROOCK.COM

SULLIVAN & CROMWELL LLP
ATTN: JEFFREY T. SCOTT
(COUNSEL TO BARCLAYS BANK PLC & LONG ISLAND
INTERNATIONAL LIMITED)
125 BROAD STREET
NEW YORK, NY 10004-2498
FAX: 212-558-3588
SCOTTJ@SULLCROM.COM

SULLIVAN & CROMWELL LLP
ATTN: JOHN G. MCCARTHY
(COUNSEL TO CANARY WHARF MANAGEMENT LTD., HERON
QUAYS (HQ2) T1 LTD & HERON QUAYS (HQ2) T2 LTD)
125 BROAD STREET
NEW YORK, NY 10004
MCCARTHYJ@SULLCROM.COM

SULLIVAN & CROMWELL LLP
ATTN: KATHLEEN S. MCARTHUR
(COUNSEL TO BARCLAYS BANK PLC, BARCLAYS CAPITAL
INC. AND LONG ISLAND INTERNATIONAL LLC)
1700 NEW YORK AVE. N.W.
WASHINGTON, DC 20006
MCARTHURK@SULLCROM.COM

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: J DWECK
(COUNSEL TO SHELL TRADING/SHELL ENERGY N. AMER.
& FDRL HOME LOAN BANK OF BOSTON) TWO HOUSTON CNTR.
919 FANNIN, SUITE 2200
HOUSTON, TX 77010
FAX: 713-470-1301
JDWECK@SUTHERLAND.COM

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: RICHARD G. MURPHY, JR. MARK D SHERRILL
(COUNSEL TO SHELL, AGBANK. AVIVA, AGRIBANK, KRAFT,
PROFUNDS, AGFIRST, PHILIP MORRIS, VINING-SPARKS)
700 SIXTH STREET, NW, SUITE 700
WASHINGTON, DC 20001-3980
FAX: 202-637-3593
RICK.MURPHY@SUTHERLAND.COM;
MARK.SHERRILL@SUTHERLAND.COM

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: P. BRUCE WRIGHT, ESQ.
(COUNSEL TO CUSTOMER ASSET PROTECTION COMPANY)
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-7703
FAX: 212-389-5099
BRUCE.WRIGHT@SUTHERLAND.COM

TAFT STETTINIUS & HOLLISTER LLP
ATTN: W. TIMOTHY MILLER, ESQ.
(COUNSEL TO THE FEDERAL HOME LOAN BANK OF
CINCINNATI)
425 WALNUT STREET, STE. 1800
CINCINNATI, OH 45202
FAX: 513-381-0205
MILLER@TAFTLAW.COM

THE BANK OF NEW YORK MELLON
ATTN: JONATHAN GOLDBLATT
ONE WALL STREET, 11TH FLOOR
NEW YORK, NY 10286
FAX: 212-635-6590
JONATHAN.GOLDBLATT@BNYMELLON.COM

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.
ATTN: MONIQUE L. MORREALE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104
FAX: 212-782-6420
MMORREALE@US.MUFG.JP

THE FOONT LAW FIRM LLC
(COUNSEL TO AFCO CARGO PIT LLC)
ATTN: BRIAN E. FOONT, ESQ.
11909 REYNOLDS AVENUE
POTOMAC, MD 20854
FAX: 202-318-9195
FOONT@FOONTLAW.COM

THE LAW OFFICE OF THOMAS M. MULLANEY
ATTN: THOMAS M. MULLANEY
(COUNSEL TO JONATHAN HOFFMAN & 1EE LLC)
489 FIFTH AVENUE
NEW YORK, NY 10017
TMM@MULLAW.ORG

THE WILSON LAW FIRM PC
ATTN: L. MATT WILSON, ESQ.
(COUNSEL TO GREG GEORGAS & MARK GROCK)
950 EAST PACES FERRY ROAD
SUITE 3250 ATLANTA PLAZA
ATLANTA, GA 30326
FAX: 404-266-7459
MATT@WILAW.COM

THOMPSON & KNIGHT LLP
ATTN: DEMETRA L. LIGGINS
(COUNSEL TO CROSSROADS INVESTMENT ADVISORS, LP
DIRECT ENERGY BUSINESS LLC)
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY 10022-3915
FAX: 212-751-3113
DEMETRA.LIGGINS@TKLAW.COM

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL
(COUNSEL TO DIRECT ENERGY BUSINESS, LLC)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002-4499
FAX: 832-397-8260
RHETT.CAMPBELL@TKLAW.COM

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER
(COUNSEL TO CHEVRON NATURAL GAS)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002
FAX: 713-654-1799
RHETT.CAMPBELL@TKLAW.COM; MITCHELL.AYER@TKLAW.COM

THOMPSON & KNIGHT LLP
ATTN: DAVID M. BENNETT
(COUNSEL TO CROSSROADS INVESTMENT ADVISERS, LP)
1722 ROUTH STREET
SUITE 1500
DALLAS, TX 75201-2533
FAX: 214-880-3293
DAVID.BENNETT@TKLAW.COM

THOMPSON COBURN LLP
ATTN: MARK V. BOSSI
(COUNSEL TO ARG FUNDING CORP AND VANGUARD CAR
RENTAL USA HO)
ONE US BANK PLAZA
SAINT LOUIS, MO 63101
FAX: 314-552-7000
MBOSSI@THOMPSONCOBURN.COM

TISHMAN SPEYER PROPERTIES, LP
ATTN: MICHAEL BENNER, ANN MENARD, BRADLEY TURK
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111
FAX: 212-319-1745
AMENARD@TISHMANSPEYER.COM;
MBENNER@TISHMANSPEYER.COM; BTURK@TISHMANSPEYER.COM;

TOBIN & TOBIN
ATTN: JOHN P. CHRISTIAN, ESQ.
(COUNSEL TO JOHN ROSEKRANS)
500 SANSOME STREET, 8TH FLOOR
SAN FRANCISCO, CA 94111-3214
FAX: 415-433-3883
JCHRISTIAN@TOBINLAW.COM

TOGUT, SEGAL & SEGAL LLP
ATTENTION: NEIL BERGER, ESQ.
STEPHANIE SKELLY, ESQ.
(COUNSEL TO TRONOX, INCORPORATED, ET AL.)
ONE PENN PLAZA, SUITE 3335
NEW YORK, NY 10019
FAX: (212) 967-4258
NEILBERGER@TEAMTOGUT.COM; SSKELLY@TEAMTOGUT.COM

TRAVELERS
NATIONAL ACCOUNTS
ATTN: OLGA PRESS, ACCOUNT RESOLUTION
1 TOWER SQUARE - 5MN
HARTFORD, CT 06183-4044
FAX: 860-277-2158
MLYNCH2@TRAVELERS.COM

TROUTMAN SANDERS LLP
ATTN: LEE STREMBA
(COUNSEL TO PT BANK NEGARA INDONESIA
NEW SOUTH FED SAV BANK, RWE, AND ELECTRABEL)
405 LEXINGTON AVENUE
NEW YORK, NY 10174
FAX: 212-704-6288
LEE.STREMBA@TROUTMANSANDERS.COM

TROUTMAN SANDERS LLP
ATTN: LEE STREMBA, ESQ.
(COUNSEL TO JASON WALLACE)
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
FAX: 212-704-6288
LEE.STREMBA@TROUTMANSANDERS.COM

TUCKER ARENSBURG, P.C.
ATTN: BEVERLY WEISS MANNE AND
MICHAEL A. SHINER, ESQS.
(COUNSEL TO FEDERAL HOME LOAN BANK OF PITTSBURGH)
1500 ONE PPG PLACE
PITTSBURGH, PA 15222
FAX: 412-594-5619
BMANNE@TUCKERLAW.COM; MSHINER@TUCKERLAW.COM

VEDDER PRICE P.C.
ATTN: DOUGLAS J. LIPKE, ESQ.
(COUNSEL TO NEWEDGE USA, LLC)
222 N. LASALLE STREET
CHICAGO, IL 60601-1003
FAX: 312-609-5005
DLIPKE@VEDDERPRICE.COM

VEDDER PRICE PC
ATTN: MICHAEL J. EDELMAN
(COUNSEL TO PURSUIT CAPITAL & OPPORTUNITY FUND)
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019
FAX: 212-407-7799
MJEDELMAN@VEDDERPRICE.COM

VENABLE LLP
ATTN: EDWARD A. SMITH, ESQ.
(COUNSEL TO DELTA AIR LINES, INC.)
1270 AVENUE OF THE AMERICAS, 25TH FLOOR
NEW YORK, NY 10020
FAX: 212-307-5598
EASMITH@VENABLE.COM

VINSON & ELKINS L.L.P.
ATTN: STEVEN M. ABRAMOWITZ
(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED)
666 FIFTH AVENUE, 27TH FLOOR
NEW YORK, NY 10103
FAX: 212-237-0100
SABRAMOWITZ@VELAW.COM

VINSON & ELKINS L.L.P.
ATTN: JOHN E. WEST AND STEVEN M. ABRAMOWITZ
(COUNSEL TO CONTINENTAL AIRLINES, INC.)
1001 FANNIN STREET, SUITE 2500
HOUSTON, TX 77002-6760
FAX: 713-615-5841
JWEST@VELAW.COM

VINSON & ELKINS LLP
ATTN: STEVEN M. ABRAMOWITZ
(COUNSEL TO SHINSEI BANK LIMITED)
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103
FAX: 212-237-0100
SABRAMOWITZ@VELAW.COM

VINSON & ELKINS RLLP
ATTN: JEFFREY E. ELDREDGE
(COUNSEL TO GSEF AL NAWRAS (CAYMAN) LIMITED)
CITY POINT, 33RD FLOOR
ONE ROPEMAKED STREET
LONDON EC2Y 9UE,
UK
FAX: +1.713.615.5675
JELDREDGE@VELAW.COM

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: HAROLD S. NOVIKOFF,ESQ, RICHARD G. MASON,ESQ
(COUNSEL TO JP MORGAN CHASE BANK)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150
FAX: 212-403-2000
HSNOVIKOFF@WLRK.COM; RGMASON@WLRK.COM

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: AMY WOLF, ESQ.
(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150
FAX: 212-403-2245
ARWOLF@WLRK.COM

WALSH PIZZI O'REILLY FALANGA, LLP
ATNN: STEPHEN V. FALANGA & CHRISTOPHER M. HEMRICK
(COUNSEL TO EDWARD PARK)
ONE RIVERFRONT PLAZA
1037 RAYMOND BLVD., SUITE 600
NEWARK, NJ 07102
FAX: 973-757-1090
SFALANGA@WALSH.LAW;CHEMRICK@WALSH.LAW

WARNER & SCHEUERMAN
ATTN: JONATHAN D. WARNER, ESQ.
(COUNSEL TO MAXIMILIAN CORETH)
6 WEST 18TH STREET, 10TH FLOOR
NEW YORK, NY 10011
FAX: 212-924-6111
JDWARNER@WARNERANDSCHEUERMAN.COM

WATSON, FARLEY & WILLIAMS (NEW YORK) LLP
ATTN: CHRISTOPHER BELISLE
(COUNSEL TO ROGER B. NAGIOFF)
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
FAX: 212-922-1512
CBELISLE@WFW.COM

WHITE & CASE LLP
ATTN: RICHARD GRAHAM
(COUNSEL TO DNB NOR BANK ASA)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787
FAX: 212-354-8113
RGRAHAM@WHITECASE.COM

WHITE & CASE LLP
ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN VENES
(COUNSEL TO DNB NOR BANK ASA)
WACHOVIA FINANCIAL CENTER SUITE 4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL 33131
FAX: 305-358-5744
TMACWRIGHT@WHITECASE.COM; AVENES@WHITECASE.COM

WHITE & CASE LLP
ATTN: ERIC LEICHT
(COUNSEL TO TIGER ASIA FUND, L.P. AND TIGER ASIA
OVERSEAS FUND, LTD.)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
FAX: 212-354-8113
ELEICHT@WHITECASE.COM

WHITE & CASE LLP
ATTN: DOUGLAS BAUMSTEIN AND
RICHARD GRAHAM
(COUNSEL TO COMMERZBANK AG, NY & GRAND CAYMAN)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
FAX: 212-354-8113
ELEICHT@WHITECASE.COM DBAUMSTEIN@WHITECASE.COM;
RGRAHAM@WHITECASE.COM

WHITE & CASE LLP
ATTN: MICHAEL RUETZEL,
(COUNSEL TO GERMAN ASSOCIATION OF SAVINGS BANKS)
BOCKENHEIMER LANDSTRASSE 20
60323 FRANKFURT AM MAIN,
GERMANY
FAX: +49 69 29994 1444
MRUETZEL@WHITECASE.COM;

WHITE & CASE LLP
ATTN: THOMAS E. LAURIA
(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS)
WACHOVIA FINANCIAL CENTER, SUITE 4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL 33131
FAX: 305-358-5744
TLAURIA@WHITECASE.COM

WHITE & CASE LLP
ATTN: J. CHRISTOPHER SHORE
(COUNSEL TO AD HOC GROUP OF LEHMAN CREDITORS)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787
FAX: 212-354-8113
CSHORE@WHITECASE.COM

WHITE AND WILLIAMS LLP
SEDGWICK M. JEANITE, ESQ.
(COUNSEL TO ROBERT FRANZ)
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY 10119
FAX: (212) 868-4846
JEANITES@WHITEANDWILLIAMS.COM

WHITEFORD TAYLOR & PRESTON, LLP
BRENT STRICKLAND, ESQ. DENNIS SHAFFER, ESQ
(COUNSEL TO MONARCH ALTERNATIVE CAPITAL LP)
SEVEN SAINT PAUL STREET
BALTIMORE, MD 21202
BSTRICKLAND@WTPLAW.COM; DSHAFFER@WTPLAW.COM

WIGGIN AND DANA LLP
ATTN: SHARYN B. ZUCH
(COUNSEL TO HOTCHKISS SCHOOL)
185 ASYLUM STREET
HARTFORD, CT 06103-3402
SZUCH@WIGGIN.COM

WILLKIE FARR & GALLAGHER LLP
ATTN: MATTHEW A. FELDMAN & MARC ABRAMS
(COUNSEL TO GREEN TREE SERVICING INC.)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099
FAX: 212-728-8111
MABRAMS@WILLKIE.COM; MFELDMAN@WILLKIE.COM

WILLKIE FARR & GALLAGHER LLP
ATTN: ANA ALFONSO
(COUNSEL TO BANK OF AMERICA, N.A.)
787 SEVENTH AVENUE
NEW YORK, NY 10019
AALFONSO@WILLKIE.COM

WILLKIE FARR & GALLAGHER LLP
ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ.
(COUNSEL TO FIR TREE VALUE MASTER FUND, L.P. AND
FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099
FAX: 212-728-8111
RNETZER@WILLKIE.COM; DKOZUSKO@WILLKIE.COM

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS, ESQ.
(COUNSEL TO MARSHALL WACE LLP)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099
FAX: 212-728-8111
MABRAMS@WILLKIE.COM

WILMER CUTLER PICKING HALE & DORR LLP
ATTN: JEANNETTE K. BOOT & MARY ANN GAGLIARDI
(COUNSEL TO INTEL CORPORATION)
399 PARK AVENUE
NEW YORK, NY 10022
FAX: 212-230-8888
PETER.MACDONALD@WILMERHALE.COM;
JEANNETTE.BOOT@WILMERHALE.COM

WILMER CUTLER PICKING HALE & DORR LLP
ATTN: CRAIG GOLDBLATT
(COUNSEL TO INTEL CORPORATION)
1875 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20006
FAX: 202-663-6363
CRAIG.GOLDBLATT@WILMERHALE.COM;

WILMINGTON TRUST FSB
ATTN: P FINKEL
50 S 6TH ST STE 1290
MINNEAPOLIS, MN 55402-1544
FAX: 952-921-2175
PFINKEL@WILMINGTONTRUST.COM

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
ATTN: DAVID TILLEM, PETER MEISELS &
ALLISON M. HOLUBIS
(COUNSEL TO JOHN L. SCOTT, INC.)
1133 WESTCHESTER AVENUE
WHITE PLAINS, NY 10604-3407
FAX: 914-323-7001
DAVID. TILLEM@WILSONELSER.COM;
PETER.MEISELS@WILSONELSER.COM;
ALLISON.HOLUBIS@WILSONELSER.COM

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER
(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)
200 PARK AVENUE
NEW YORK, NY 10166-4193
FAX: 212-294-4700
CSCHREIBER@WINSTON.COM

WINSTON & STRAWN LLP
ATTN: DANIEL J. MCGUIRE
(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)
35 WEST WACKER DRIVE
CHICAGO, IL 60601
FAX: 312-558-5700
DMCGUIRE@WINSTON.COM

WINSTON & STRAWN LLP
ATTN: DAVID NEIER
(COUNSEL TO PENTWATER CAPITAL MANAGEMENT, LP AND
PIPER JAFFRAY & CO.)
200 PARK AVENUE
NEW YORK, NY 10166-4193
FAX: 212-294-4700
DNEIER@WINSTON.COM

WOLFF & SAMSON PC
ATTN: BETH ROTENBERG
(COUNSEL TO MACK-CALI REALTY LP)
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052
FAX: 973-530-1501
BROTENBERG@WOLFFSAMSON.COM

WOLLMUTH MAHER & DEUTSCH LLP
ATTN: JAMES N. LAWLOR, ESQ.
(COUNSEL TO SISTEMA UNIVERSITARIO ANA G. MENDEZ)
ONE GATEWAY CENTER, 9TH FLOOR
NEWARK, NJ 07102
FAX: 973-733-9292
JLAWLOR@WMD-LAW.COM

WOLLMUTH MAHER & DEUTSCH LLP
ATTN: JAMES N. LAWLOR, ESQ.
(COUNSEL TO SISTEMA UNIVERSITARIO ANA G. MENDEZ)
500 FIFTH AVENUE
NEW YORK, NY 10110
FAX: 973-733-9292
JLAWLOR@WMD-LAW.COM

WOLLMUTH MAHER & DEUTSCH LLP
ATTN: WILLIAM MAHER & RANDALL RAINER
(SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN
POSSESSION)
500 FIFTH AVENUE
NEW YORK, NY 10110
FAX: 212-382-0050
WMAHER@WMD-LAW.COM; RRAINER@WMD-LAW.COM

ZUCKERMAN SPAEDER LLP
ATTN: VIRGINIA WHITEHILL GULDI
(COUNSEL TO STATE OF NEW JERSEY, DEPT OF
TREASURY, DIV OF INVESTMENT)
919 MARKET ST, STE 990 - PO BOX 1028
WILMINGTON, DE 19899
FAX: 302-427-8242
VGULDI@ZUCKERMAN.COM