**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                          : Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   : 08-13555 (SCC)
                                                               :
          Debtors.                                             : (Jointly Administered)
                                                               :
---------------------------------------------------------------x Ref. Docket No. 57642

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                      ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 7, 2018, I caused to be served the "Notice of Additional Scheduled Trial Dates," dated February 7, 2018 [Docket No. 57642], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A,

   b. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed Exhibit B, and

   c. delivered via electronic mail to those parties listed in the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
8th day of February, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

08-13555-mg    Doc 57669    Filed 02/15/18    Entered 02/15/18 19:06:16    Main Document
Pg 3 of 19

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, **- Chapter 11 Case No. 08-13555 (SCC)**
**Additional First Class Mail Service List**

EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT DEPARTMENT
EATON CENTER
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114-2584

# EXHIBIT C

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, **- Chapter 11 Case No. 08-13555 (SCC)**

**Electronic Mail – Master Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | anthony_boccanfuso@aporter.com |
| aalfonso@willkie.com | aostrow@beckerglynn.com |
| abeaumont@fklaw.com | appleby@chapman.com |
| abraunstein@riemerlaw.com | aquale@sidley.com |
| acaton@kramerlevin.com | arainone@bracheichler.com |
| adam.lanza@dlapiper.com | arancier@offitkurman.com |
| adarwin@nixonpeabody.com | arheaume@riemerlaw.com |
| adiamond@diamondmccarthy.com | arosenblatt@chadbourne.com |
| adk@msf-law.com | arthur.rosenberg@hklaw.com |
| aeckstein@blankrome.com | arwolf@wlrk.com |
| aentwistle@entwistle-law.com | aschwartz@homerbonner.com |
| agbanknewyork@ag.tn.gov | aseuffert@lawpost-nyc.com |
| aglenn@kasowitz.com | ashmead@sewkis.com |
| agold@herrick.com | asnow@ssbb.com |
| aisenberg@saul.com | asomers@rctlegal.com |
| akadish@dtlawgroup.com | aunger@sidley.com |
| akolod@mosessinger.com | austin.bankruptcy@publicans.com |
| allison.holubis@wilsonelser.com | avenes@whitecase.com |
| alum@ftportfolios.com | bankruptcy@goodwin.com |
| amartin@sheppardmullin.com | bankruptcy@morrisoncohen.com |
| amcmullen@boultcummings.com | bankruptcy@ntexas-attorneys.com |
| amenard@tishmanspeyer.com | bankruptcymatters@us.nomura.com |
| amh@amhandlerlaw.com | barbra.parlin@hklaw.com |
| andrew.brozman@cliffordchance.com | bbisignani@postschell.com |
| andrew.lourie@kobrekim.com | bcarlson@co.sanmateo.ca.us |
| andrewtenzer@paulhastings.com | bdemay@hsgllp.com |
| angelich.george@arentfox.com | bdk@schlamstone.com |
| angie.owens@skadden.com | benjamin.mintz@apks.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***, - Chapter 11 Case No. 08-13555 (SCC)**

**Electronic Mail – Master Service List**

| | |
|---|---|
| bguiney@pbwt.com | claude.montgomery@dentons.com |
| bmanne@tuckerlaw.com | clynch@reedsmith.com |
| bmiller@mofo.com | cohen@sewkis.com |
| boneill@kramerlevin.com | cp@stevenslee.com |
| brosenblum@jonesday.com | cpappas@dilworthlaw.com |
| brotenberg@wolffsamson.com | cparyse@contrariancapital.com |
| broy@rltlawfirm.com | craig.goldblatt@wilmerhale.com |
| bruce.wright@sutherland.com | craigjustinalbert@gmail.com |
| bsellier@rlrpclaw.com | crmomjian@attorneygeneral.gov |
| bstrickland@wtplaw.com | csalomon@beckerglynn.com |
| btrust@mayerbrown.com | cschreiber@winston.com |
| bturk@tishmanspeyer.com | cshore@whitecase.com |
| bwolfe@sheppardmullin.com | cshulman@sheppardmullin.com |
| cahn@clm.com | cszyfer@stroock.com |
| canelas@pursuitpartners.com | cwalsh@mayerbrown.com |
| cbelisle@wfw.com | cward@polsinelli.com |
| cbelmonte@ssbb.com | cweber@ebg-law.com |
| cdesiderio@nixonpeabody.com | cweiss@ingramllp.com |
| cfarley@mccarter.com | dallas.bankruptcy@publicans.com |
| cgoldstein@stcwlaw.com | dave.davis@isgria.com |
| chad.husnick@kirkland.com | david.bennett@tklaw.com |
| chammerman@paulweiss.com | david.livshiz@freshfields.com |
| charles@filardi-law.com | david.powlen@btlaw.com |
| charles_malloy@aporter.com | david.tillem@wilsonelser.com |
| chemrick@thewalshfirm.com | davids@blbglaw.com |
| chipford@parkerpoe.com | davidwheeler@mvalaw.com |
| chris.donoho@hoganlovells.com | dbarber@bsblawyers.com |
| christopher.greco@kirkland.com | dbaumstein@whitecase.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***, - Chapter 11 Case No. 08-13555 (SCC)**

**Electronic Mail – Master Service List**

| | |
|---|---|
| dbesikof@loeb.com | dmark@kasowitz.com |
| dblack@hsgllp.com | dmcguire@winston.com |
| dcimo@gjb-law.com | dmiller@steinlubin.com |
| dcoffino@cov.com | dmurray@jenner.com |
| dcrapo@gibbonslaw.com | dneier@winston.com |
| ddavis@paulweiss.com | dodonnell@milbank.com |
| ddrebsky@nixonpeabody.com | dpegno@dpklaw.com |
| ddunne@milbank.com | draelson@fisherbrothers.com |
| deggermann@kramerlevin.com | drosenzweig@fulbright.com |
| deggert@freebornpeters.com | drosner@goulstonstorrs.com |
| demetra.liggins@tklaw.com | drosner@kasowitz.com |
| dennis.tracey@hoganlovells.com | dshaffer@wtplaw.com |
| dfelder@orrick.com | dspelfogel@foley.com |
| dflanigan@polsinelli.com | dtatge@ebglaw.com |
| dfliman@kasowitz.com | dtheising@harrisonmoberly.com |
| dgoldberg@hsgllp.com | dwdykhouse@pbwt.com |
| dhayes@mcguirewoods.com | dworkman@bakerlaw.com |
| dhealy@hsgllp.com | easmith@venable.com |
| dheffer@foley.com | ebcalvo@pbfcm.com |
| dhurst@coleschotz.com | ecohen@russellinvestments.com |
| dhw@dhclegal.com | edelucia@hsgllp.com |
| diconzam@gtlaw.com | edward.flanders@pillsburylaw.com |
| djcarragher@daypitney.com | efleck@milbank.com |
| djoseph@stradley.com | efriedman@fklaw.com |
| dkessler@ktmc.com | efriedman@friedmanspring.com |
| dkozusko@willkie.com | ekbergc@lanepowell.com |
| dlemay@chadbourne.com | eleicht@whitecase.com |
| dlipke@vedderprice.com | ellen.halstead@cwt.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***, - Chapter 11 Case No. 08-13555 (SCC)**

**Electronic Mail – Master Service List**

| | |
|---|---|
| emagnelli@bracheichler.com | hbeltzer@chadbourne.com |
| emerberg@mayerbrown.com | heiser@chapman.com |
| enkaplan@kaplanlandau.com | hmagaliff@r3mlaw.com |
| eobrien@sbchlaw.com | holsen@stroock.com |
| etillinghast@sheppardmullin.com | hooper@sewkis.com |
| eweinick@otterbourg.com | howard.hawkins@cwt.com |
| ezujkowski@emmetmarvin.com | hseife@chadbourne.com |
| farrington.yates@kobrekim.com | hsnovikoff@wlrk.com |
| fcarruzzo@kramerlevin.com | hsteel@brownrudnick.com |
| ffm@bostonbusinesslaw.com | irethy@stblaw.com |
| fhenn@law.nyc.gov | israel.dahan@cwt.com |
| fhyman@mayerbrown.com | izaur@cgr-law.com |
| foont@foontlaw.com | j.zelloe@stahlzelloe.com |
| fsosnick@shearman.com | jacobsonn@sec.gov |
| gabriel.delvirginia@verizon.net | jalward@blankrome.com |
| gary.ravertpllc@gmail.com | james.berg@piblaw.com |
| gavin.alexander@ropesgray.com | james.mcclammy@dpw.com |
| gbray@milbank.com | james.moore@morganlewis.com |
| ggitomer@mkbattorneys.com | james.sprayregen@kirkland.com |
| ggoodman@foley.com | jamesboyajian@gmail.com |
| giddens@hugheshubbard.com | jamestecce@quinnemanuel.com |
| gkaden@goulstonstorrs.com | jar@outtengolden.com |
| glenn.siegel@morganlewis.com | jay.hurst@oag.state.tx.us |
| gmoss@riemerlaw.com | jay@kleinsolomon.com |
| goldenberg@ssnylaw.com | jbeemer@entwistle-law.com |
| gspilsbury@jsslaw.com | jbrody@americanmlg.com |
| harrisjm@michigan.gov | jbromley@cgsh.com |
| harveystrickon@paulhastings.com | jcarberry@cl-law.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***, - Chapter 11 Case No. 08-13555 (SCC)**

**Electronic Mail – Master Service List**

| | |
|---|---|
| jchristian@tobinlaw.com | jmr@msf-law.com |
| jdoran@haslaw.com | jnm@mccallaraymer.com |
| jdwarner@warnerandscheuerman.com | john.beck@hoganlovells.com |
| jdyas@halperinlaw.net | john.goodchild@morganlewis.com |
| jean-david.barnea@usdoj.gov | john.monaghan@hklaw.com |
| jeanites@whiteandwilliams.com | john.mule@state.mn.us |
| jeannette.boot@wilmerhale.com | john.rapisardi@cwt.com |
| jeff.wittig@united.com | jonathan.goldblatt@bnymellon.com |
| jeldredge@velaw.com | jonathan.henes@kirkland.com |
| jennifer.demarco@cliffordchance.com | jorbach@hahnhessen.com |
| jennifer.gore@shell.com | joseph.cordaro@usdoj.gov |
| jg5786@att.com | joshua.dorchak@morganlewis.com |
| jgenovese@gjb-law.com | jowen769@yahoo.com |
| jguy@orrick.com | joy.mathias@dubaiic.com |
| jhiggins@fdlaw.com | jpintarelli@mofo.com |
| jhorgan@phxa.com | jporter@entwistle-law.com |
| jhuggett@margolisedelstein.com | jprol@lowenstein.com |
| jim@atkinslawfirm.com | jrabinowitz@rltlawfirm.com |
| jjureller@klestadt.com | jrosenthal@mhlawcorp.com |
| jlamar@maynardcooper.com | jrsmith@hunton.com |
| jlawlor@wmd-law.com | jschiller@bsfllp.com |
| jlee@foley.com | jschwartz@hahnhessen.com |
| jlevitin@cahill.com | jsheerin@mcguirewoods.com |
| jlscott@reedsmith.com | jsherman@bsfllp.com |
| jmaddock@mcguirewoods.com | jshickich@riddellwilliams.com |
| jmazermarino@msek.com | jsmairo@pbnlaw.com |
| jmelko@gardere.com | jstoll@mayerbrown.com |
| jmerva@fult.com | jtimko@shutts.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***, - Chapter 11 Case No. 08-13555 (SCC)**

**Electronic Mail – Master Service List**

| | |
|---|---|
| judy.morse@crowedunlevy.com | ksebaski@hsgllp.com |
| jvail@ssrl.com | kurt.mayr@bgllp.com |
| jwcohen@daypitney.com | kurt.rademacher@morganlewis.com |
| jwest@velaw.com | ladler@fensterstock.com |
| jwh@njlawfirm.com | landon@slollp.com |
| jzulack@fzwz.com | lapeterson@foley.com |
| kanema@formanlaw.com | lawallf@pepperlaw.com |
| karen.wagner@dpw.com | lawrence.gelber@srz.com |
| karl.geercken@alston.com | lberkoff@moritthock.com |
| kdwbankruptcydepartment@kelleydrye.com | lee.stremba@troutmansanders.com |
| keckhardt@hunton.com | lee.whidden@dentons.com |
| keith.simon@lw.com | lgomez@msek.com |
| kek@crb-law.com | lgranfield@cgsh.com |
| ken.coleman@allenovery.com | lhandelsman@stroock.com |
| kerry.moynihan@hro.com | lisa.solomon@att.net |
| kgwynne@reedsmith.com | ljkotler@duanemorris.com |
| kiplok@hugheshubbard.com | lkatz@ltblaw.com |
| kit.weitnauer@alston.com | lkiss@klestadt.com |
| kkelly@ebglaw.com | lmarinuzzi@mofo.com |
| kkolbig@mosessinger.com | lmcgowen@orrick.com |
| klyman@irell.com | lnashelsky@mofo.com |
| klynch@formanlaw.com | loizides@loizides.com |
| kobak@hugheshubbard.com | lperlman@hsgllp.com |
| korr@orrick.com | lschweitzer@cgsh.com |
| kovskyd@pepperlaw.com | lucdespins@paulhastings.com |
| kressk@pepperlaw.com | mabrams@willkie.com |
| kreynolds@mklawnyc.com | maofiling@cgsh.com |
| krosen@lowenstein.com | margolin@hugheshubbard.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, **- Chapter 11 Case No. 08-13555 (SCC)**

**Electronic Mail – Master Service List**

| | |
|---|---|
| mark.bane@ropesgray.com | mhanin@kasowitz.com |
| mark.ellenberg@cwt.com | mhopkins@cov.com |
| mark.mckane@kirkland.com | michael.frege@cms-hs.com |
| mark.salzberg@squirepb.com | michael.kelly@monarchlp.com |
| mark.sherrill@sutherland.com | michael.krauss@faegrebd.com |
| marvin.clements@ag.tn.gov | michael.kraut@morganlewis.com |
| maryann.gagliardi@wilmerhale.com | michael.mccrory@btlaw.com |
| matt@willaw.com | michael.solow@apks.com |
| matthew.klepper@dlapiper.com | millee12@nationwide.com |
| maustin@orrick.com | miller@taftlaw.com |
| mbenner@tishmanspeyer.com | mimi.m.wong@irscounsel.treas.gov |
| mbienenstock@proskauer.com | mitchell.ayer@tklaw.com |
| mbloemsma@mhjur.com | mitchell.berger@squirepb.com |
| mbossi@thompsoncoburn.com | mjedelman@vedderprice.com |
| mcademartori@sheppardmullin.com | mjr1@westchestergov.com |
| mcarthurk@sullcrom.com | mlahaie@akingump.com |
| mccarthyj@sullcrom.com | mlandman@lcbf.com |
| mcolomar@diazreus.com | mlichtenstein@crowell.com |
| mcordone@stradley.com | mlynch2@travelers.com |
| mcyganowski@oshr.com | mmorreale@us.mufg.jp |
| mdorval@stradley.com | mneier@ibolaw.com |
| melorod@gtlaw.com | monica.lawless@brookfieldproperties.com |
| meltzere@pepperlaw.com | mpage@kelleydrye.com |
| metkin@lowenstein.com | mparry@mosessinger.com |
| mfeldman@willkie.com | mpedreira@proskauer.com |
| mgordon@briggs.com | mrosenthal@gibsondunn.com |
| mgreger@allenmatkins.com | mruetzel@whitecase.com |
| mh1@mccallaraymer.com | mschimel@sju.edu |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***, - Chapter 11 Case No. 08-13555 (SCC)**

**Electronic Mail – Master Service List**

| | |
|---|---|
| msegarra@mayerbrown.com | pbosswick@ssbb.com |
| mshiner@tuckerlaw.com | pdublin@akingump.com |
| mshuster@hsgllp.com | peisenberg@lockelord.com |
| msolow@kayescholer.com | peter.gilhuly@lw.com |
| mspeiser@stroock.com | peter.meisels@wilsonelser.com |
| mstamer@akingump.com | peter.simmons@friedfrank.com |
| munno@sewkis.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarner@coleschotz.com | pfinkel@wilmingtontrust.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| nathan.spatz@pillsburylaw.com | pmaxcy@sonnenschein.com |
| nbinder@binderschwartz.com | ppascuzzi@ffwplaw.com |
| nbojar@fklaw.com | ppatterson@stradley.com |
| ncoco@mwe.com | psp@njlawfirm.com |
| neal.mann@oag.state.ny.us | ptrostle@jenner.com |
| ned.schodek@shearman.com | raj.madan@skadden.com |
| neil.herman@morganlewis.com | ramona.neal@hp.com |
| neilberger@teamtogut.com | rbeacher@pryorcashman.com |
| ngueron@cgr-law.com | rbernard@foley.com |
| nicholas.zalany@squirepb.com | rbyman@jenner.com |
| nissay_10259-0154@mhmjapan.com | rdaversa@orrick.com |
| nlepore@schnader.com | relgidely@gjb-law.com |
| nlieberman@hsgllp.com | rfriedman@silvermanacampora.com |
| notice@bkcylaw.com | rgmason@wlrk.com |
| nyrobankruptcy@sec.gov | rgoodman@moundcotton.com |
| otccorpactions@finra.org | rgraham@whitecase.com |
| paronzon@milbank.com | rhett.campbell@tklaw.com |
| pbattista@gjb-law.com | richard.lear@hklaw.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***, - Chapter 11 Case No. 08-13555 (SCC)**

**Electronic Mail – Master Service List**

richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rterenzi@stcwlaw.com
russj4478@aol.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com

schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***, - Chapter 11 Case No. 08-13555 (SCC)**

**Electronic Mail – Master Service List**

- sree@lcbf.com
- sschultz@akingump.com
- sselbst@herrick.com
- sshimshak@paulweiss.com
- sskelly@teamtogut.com
- sstarr@starrandstarr.com
- stephen.cowan@dlapiper.com
- stephen.hessler@kirkland.com
- steve.ginther@dor.mo.gov
- steven.usdin@flastergreenberg.com
- streusand@slollp.com
- susheelkirpalani@quinnemanuel.com
- swolowitz@mayerbrown.com
- szuber@csglaw.com
- szuch@wiggin.com
- tannweiler@greerherz.com
- tbrock@ssbb.com
- tdewey@dpklaw.com
- tgoren@mofo.com
- thenderson@americanmlg.com
- thomas.califano@dlapiper.com
- timothy.harkness@freshfields.com
- tkiriakos@mayerbrown.com
- tlauria@whitecase.com
- tmacwright@whitecase.com
- tmm@mullaw.org
- tnixon@gklaw.com
- toby.r.rosenberg@irscounsel.treas.gov
- tomwelsh@orrick.com
- tsalter@blankrome.com
- tslome@msek.com
- tunrad@burnslev.com
- uitkin@kasowitz.com
- vguldi@zuckerman.com
- villa@slollp.com
- vmilione@nixonpeabody.com
- vrubinstein@loeb.com
- wanda.goodloe@cbre.com
- wbenzija@halperinlaw.net
- wcurchack@loeb.com
- wfoster@milbank.com
- will.sugden@alston.com
- wisotska@pepperlaw.com
- wk@pwlawyers.com
- wmaher@wmd-law.com
- wmarcari@ebglaw.com
- wmckenna@foley.com
- wsilverm@oshr.com
- wswearingen@llf-law.com
- wtaylor@mccarter.com
- yuwatoko@mofo.com

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***, - Chapter 11 Case No. 08-13555 (SCC)**

**Electronic Mail – Additional Parties**

alfredo.perez@weil.com

garrett.fail@weil.com

jacqueline.marcus@weil.com

robert.lemons@weil.com

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***, - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic Mail – Additional Parties**

mike.doty@faegrebd.com