B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re **Lehman Brothers Holdings Inc.** | Case No. **08-13555** |
| **Lehman Brothers Special Financing Inc.** | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **SDU LIMITED** | **ATRIUM III** |
|---|---|
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 22826 |
| | Amount of Claim Transferred: |
| SDU LIMITED | $89,000.00 |
| c/o Estera Trust (Cayman) Limited | |
| Clifton House, 75 Fort Street | Date Claim Filed: 9/21/2009 |
| P.O. Box 1350 | |
| Grand Cayman KY1-1108 | **and** |
| Cayman Islands | Court Claim # (if known): 22825 |
| Telephone: 1-345-640-0521 | Amount of Claim Transferred: |
| Email: sf@estera.com | $89,000.00 |
| | Date Claim Filed: 9/21/2009 |
| Name and Address where transferee payments should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Nicholas Swartz_____    Date: _2/15/2018_
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT B**

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn:    Clerk

AND TO:    Lehman Brothers Special Financing Inc ("LBSF") (08-13888)
and Lehman Brothers Holdings Inc (08-13555) ("LBHI" together with LBSF, the "Debtors")
in *Lehman Brothers Holdings Inc., et al.*
Case No. 08-13555 (JMP) (Jointly Administered)

Claim Nos: **22826** lodged against Lehman Brothers Special Financing Inc. (08-13888) and **22825** lodged against Lehman Brothers Holdings Inc. (08-13555)

**ATRIUM III**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SDU LIMITED**
c/o Estera Trust (Cayman) Limited
Clifton House, 75 Fort Street
P.O. Box 1350
Grand Cayman KY1-1108
Cayman Islands
Telephone: 1-345-640-0521
E-mail: sf@estera.com

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the original principal amount of **$93,739.91**, which upon agreement with the Debtors has been reduced and settled for the principal amount **$89,000.00** haircut on the original ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 15, 2018.

| ATRIUM III | SDU LIMITED |
|---|---|
| By: _____ | By: _____ |
| Name: Ilan Friedman | Name: Nicholas Swartz |
| Title: Authorized Signatory | Title: Director |