UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:

                              Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al.   Case No. 08-13555 (SCC)

                  Debtors.
----------------------------------------------------------------x

## ORDER DIRECTING THE RELEASE OF DOCUMENTS

UPON Creditor Fondo de Proteccion Social de los Depositos Bancarios, f/k/a Fondo de Proteccion Social de los Depositos Bancarios y Proteccion Bancaria's ("FOGADE['s]") Motion for an Order Directing that the Debtors, their agents, servants and employees, including the Plan Administrator, Debtors' counsel and Epiq Systems, Inc. release all settlement agreements and any related documents pertaining to the allowed claims 62722 and 62726 to FOGADE and FOGADE's counsel, White & Wolnerman, PLLC; and upon review of the Motion of FOGADE's counsel dated February 15, 2018, the supporting Declaration of Gustave Soto M., FOGADE's International Representative and the Exhibits in support of the Motion; and it having been determined that this Court has Jurisdiction over this matter, that Venue is proper, that due, proper and sufficient notice has been provided and that no further notice needs to be provided, and the Court having found that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, and sufficient cause appearing therefore, it is

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the Debtors, their agents, servants and employees, including the Plan Administrator, Debtors' counsel and Epiq Systems, Inc. upon the entry of this Order release all settlement agreements and any related documents pertaining to the allowed claims 62722 and 62726 to FOGADE and FOGADE's counsel, White & Wolnerman, PLLC.

Dated: New York, New York

_____, 2018

_____
Honorable Shelly C. Chapman
United States Bankruptcy Judge