08-13555-mg    Doc 57673-4    Filed 02/16/18    Entered 02/16/18 14:12:41    Exhibit A to
Soto Declaration-October 29, 2014 Order    Pg 1 of 3

08-01420-scc    Doc 10700    Filed 10/28/14    Entered 10/28/14 00:30:20    Main Document
Pg 1 of 3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS INC., <br><br> Debtor. | Case No.: 08-01420 (SCC) SIPA |
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (SCC) <br> (Jointly Administered) |

**ORDER GRANTING FOGADE'S MOTIONS TO DESIGNATE**
**DIAZ REUS & TARG, LLP AS AGENT FOR RECEIPT OF ALL DISTRIBUTIONS AND**
**HONOR CHANGE OF ADDRESS IN THE LBI AND LBHI PROCEEDINGS**

Upon the motions dated August 26, 2014 and August 27, 2014 (the "Motions," LBI ECF No. 9723; LBHI ECF No. 46173) of Fondo de Protección Social de los Depositos Bancarios ("FOGADE"), as liquidator of Banco Canarias C.A. and Credican C.A., seeking entry of an order, among other things, (i) recognizing Diaz Reus & Targ, LLP ("DRT") as FOGADE's attorneys and agents; (ii) directing Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator") and James W. Giddens (the "LBI Trustee"), as trustee for the SIPA liquidation of the business of Lehman Brothers Inc. ("LBI"), to direct all distributions in connection with (a) the claims numbered 62726, 62722, and 64729 in the LBHI proceeding (the "LBHI Claims"), and (b) the customer claim numbered 900003945 in the LBI proceeding (the "LBI Claim"), respectively, to DRT; and (iii) honoring FOGADE's change of address for purposes of distributions and notices, as more fully set forth in the Motions; and the Court having jurisdiction in the LBHI proceeding to consider the Motions and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated

08-13555-mg Doc 57673-4 Filed 02/16/18 Entered 02/16/18 14:12:41 Exhibit A to
Soto Declaration-October 28, 2014 Order Pg 2 of 3

08-01890-scc Doc 10700-3 Filed 10/28/14 Entered 10/28/14 06:30:20 Main Document
Pg 2 of 3

January 31, 2012 (Preska, C.J.); and consideration of the Motions and the relief requested therein in the LBHI proceeding being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue as to the LBHI proceeding being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having jurisdiction to consider the Motions and the relief requested therein in the LBI proceeding in accordance with SIPA § 78eee(b)(4); and venue as to the LBI proceeding being proper before this Court pursuant to SIPA § 78eee(a)(3) and § 78aa; and due, proper, and sufficient notice of the Motions having been provided; and it appearing that no other or further notice need be provided; and the opposition to the Motions filed by Smith Rocke Ltd. having been withdrawn (LBI ECF No. 10075; LBHI ECF No. 46453); and the Court having found and determined that the legal and factual bases set forth in the Motions establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is:

ORDERED that the Motions are GRANTED as provided herein; and it is further

ORDERED that the duly appointed claims agent is authorized and directed to cause the respective claims registers to be updated to reflect that DRT is the agent for the LBI Claim and the LBHI Claims; and it is further

ORDERED that the LBI Trustee and the Plan Administrator are authorized to distribute all amounts due in connection with the LBI Claim and the LBHI Claims, respectively, to DRT, as agent to FOGADE (the "Distributee"), or to any subsequent record holder of such claims transferred in accordance with Bankruptcy Rule 3001(e), at such times as the LBI Trustee and the Plan Administrator makes distributions to similarly situated claimants, provided that the Distributee or subsequent record holder completes and returns any tax forms and other documentation required to be received by the LBI Trustee or the Plan Administrator prior to the effectuation of such payment; and it is further

2

08-13555-mg Doc 57673-4 Filed 02/16/18 Entered 02/16/18 14:12:41 Exhibit A to
Soto Declaration-October 28, 2014 Order Pg 3 of 3

08-01420-scc Doc 10700-3 Filed 10/28/14 Entered 10/28/14 00:30:20 Main Document
Pg 3 of 3

ORDERED that the LBI Trustee, the LBI estate, the Plan Administrator, and any parties claiming thereunder, and all professionals and employees of the LBI Trustee and the Plan Administrator are relieved and discharged from any and all liability with respect to the LBI Claim and LBHI Claims, respectively, or any of the money or assets that form the basis for the LBI Claim and LBHI Claims, respectively, to any other persons who claim or may claim an interest, beneficial or legal, in the LBI Claim, the LBHI Claims or any of the money or assets that form the basis for those claims for any distributions subsequent to the date of the entry of this order; and it is further

ORDERED that this Order shall be effective and enforceable immediately upon entry and shall constitute a final order within the meaning of 28 U.S.C. § 158(a). To the extent applicable, Bankruptcy Rule 6004(h) is hereby waived; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
       October 28, 2014

                                        /S/ Shelley C. Chapman
                                        HONORABLE SHELLEY C. CHAPMAN
                                        UNITED STATES BANKRUPTCY JUDGE

3