LEHMAN BROTHERS HOLDINGS INC., *ET. AL.*
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
PO BOX 4199
PORTLAND OR 97208-4199



DEBTOR: LEHMAN BROTHERS HOLDINGS INC.

780102388631

000 0000666 00000000 001 002 00322 INS: 0 0
HOMER BONNER JACOBS
AS AGENT TO FOGADE
ATTN: LUIS DELGADO & ADAM L. SCHWARTZ
1200 FOUR SEASONS TOWER
1441 BRICKELL AVENUE
MIAMI, FL 33131

Aggregation Number: ▮▮▮▮

Wire Amount: $▮▮▮▮
Wire Date: December 7, 2017

You have received a wire payment for the enclosed distribution related to the allowed claim(s) set forth on the attached schedule in connection with the jointly administered Chapter 11 bankruptcy cases of Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors").

The disbursement(s) set forth on the attached schedule are made in accordance with the relevant terms of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors as confirmed by the Bankruptcy Court on December 6, 2011. Please note that the total distribution amount reflects the deduction of a $20 wire transfer fee. The Plan Administrator reserves the right to recover any portion of a distribution that was made in error. If you have any questions, please contact Epiq Bankruptcy Solutions, LLC at 866-879-0688 (non-US: +1 503-597-7691).

PAYMENT TRANSACTION NUMBER: 101455

PAYEE: HOMER BONNER JACOBS
DEBTOR: LEHMAN BROTHERS HOLDINGS INC.

Wire Payment
Wire Date: December 7, 2017

AGGREGATION NUMBER: ▮

| Claim/ Schedule No. | ISIN/CUSIP (if applicable) | Blocking No. (if applicable) | Claim Class per Plan | Allowed Amount | Payout Percentage | Principal Amount | Interest [A] | Disbursement Amount [B] |
|---|---|---|---|---|---|---|---|---|
| 62722.00 | ▮ | ▮ | 05 SENIOR THIRD-PARTY GUARANTEE | $ ▮ | ▮ | $ ▮ | ▮ | $ ▮ |
| 62726.01 | ▮ | ▮ | 05 SENIOR THIRD-PARTY GUARANTEE | $ ▮ | ▮ | $ ▮ | ▮ | $ ▮ |
| 62726.02 | ▮ | | 05 SENIOR THIRD-PARTY GUARANTEE | $ ▮ | ▮ | $ ▮ | ▮ | $ ▮ |
| | | | Wire Transaction Fee - Domestic Bank Account | | | | | $ ▮ |
| | | | | | | | Aggregated total: | $ ▮ |

The Plan Administrator reserves the right to recover any portion of a distribution that was made in error.
[A] Interest is payable only on previously disputed claims pursuant to the Plan.
[B] Disbursement Amount calculated by multiplying Allowed Amount by Payout Percentage, rounded down to the nearest penny, plus any interest, if applicable.