

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)
Claim Number: 55824-37**

We would like to inform you that Bethmann Bank AG who is holder of the claim number 55824-37, filed on 09/28/2009, has assigned the rights arising out of this claim corresponding with the following securities

50 pcs. "Lehman Bros Treasury Co. B.V." (ISIN XS0235227302)
in the amount of a face value of **USD 66,677.76**

to

**Dr. Dorothee Eick,**
Gotthelfstraße 113, 81677 München, Germany

The potentially remaining rights arising out of the claim Number 55824-37 remain entirely with Bethmann Bank AG.

Bethmann Bank AG and Dr. Dorothee Eick have agreed to the partial assignment mentioned herein above. Both Bethmann Bank AG and Dr. Dorothee Eick acknowledge and represent that due to the assignment mentioned herein above Dr. Dorothee Eick has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, May 4, 2017                München, 1. 12. 17

Bethmann Bank AG
(Assignor)                                    (Assignee)


ppa. Jochen Weber    ppa. Anja Sonnleithner        Dr. Dorothee Eick

Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Investment Services
Anja Sonnleithner
Bethmannstrasse 7 – 9
60311 Frankfurt am Main
Germany

Frankfurt, 20.12.2017

Dear Sir or Madam,

please note that claim # 55824-37 has been transferred to Dr. Dorothee Eick (see attachment).

Could you please process it accordingly?

Thank you very much!

Kind regards,
Bethmann Bank

Anja Sonnleithner
Investment Services



Bethmann Bank AG
Bethmannstraße 7 - 9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177 - 0
Telefax +49 69 2177 - 3449

Vorsitzender des Aufsichtsrates:
Fred Bos
Vorstand: Hans Hanegraaf (Vors.),
Michael Arends, Johannes Baratta,
Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-ID:   DE 122786951

2017-07



| If undeliverable please return to: H-1005,Budapest Hungary | TAXE PERCUE PRIORITAIRE RMN BUDAPEST 1005 |
|---|---|

FILED / RECEIVED
JAN 29 2018
EPIQ BANKRUPTCY SOLUTIONS, LLC