WHITE & WOLNERMAN, PLLC
Attorneys for
FOGADE
950 Third Avenue, 11th Floor
New York, NY 10022
212-308-0667

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:

LEHMAN BROTHERS HOLDINGS INC., et al.

Debtors.

Chapter 11
Case No. 08-13555 (SCC)

-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

Randolph E. White hereby certifies that:

1.     I am a member of the bar of the State of New York, admitted to practice before this Court and counsel for Fondo de Proteccion Social de los Depositos Bancarios, f/k/a Fondo de Proteccion Social de los Depositos Bancarios y Proteccion Bancaria ("FOGADE").

2.     On February 16, 2018 FOGADE's February 15, 2018 Notice of Motion for Order Directing the Release of Documents, with the accompanying Motion and Exhibits [Doc. No. 57673] was filed on this Court's Electronic Case Filing System with notice given to each registered user. In addition thereto, on February 16, 2018 I transmitted by email and on February 20, 2018 I caused a copy of FOGADE's Notice of Motion for Order Directing the Release of Documents dated on February 15, 2018 with the accompanying Motion and Exhibits [Doc. No.57673] to be served

by depositing same in an official delivery box of the United States Postal Service, postage prepaid addressed to the following interested parties: (i) Garrett Fail, Esq., Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153; and (ii) Gregory Winter, Epiq Systems, Inc., 777 Third Avenue 11th and 12th Floors, New York, NY 10017.

Dated: New York, New York
February 20, 2018

_____
Randolph E. White