IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS INC.<br>EIN: 13-3216325<br>　　　　　　　　　　　Debtor(s). | In Proceedings Under<br>Chapter 11<br><br>Case No. 08-13555-SCC |

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE**:

DEBTOR(s): ☐    CREDITOR: ☒

NAME:　　　　　　　　　　　State of Arizona *ex rel.* Arizona State Treasurer

OLD MAILING ADDRESS:　　　1275 West Washington Street
　　　　　　　　　　　　　　Phoenix, Arizona 85007-2926

NEW MAILING ADDRESS:　　　2005 North Central Avenue
　　　　　　　　　　　　　　Phoenix, Arizona 85004-1592

DATED: February 20, 2018.

　　　　　　　　　　　　　　　　　　MARK BRNOVICH
　　　　　　　　　　　　　　　　　　Arizona Attorney General

　　　　　　　　　　　　　　　　　　/s/ AJT No. 020720
　　　　　　　　　　　　　　　　　　APRIL J. THEIS
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Telephone: (602) 542-8387
　　　　　　　　　　　　　　　　　　Facsimile: (602) 542-4273
　　　　　　　　　　　　　　　　　　Email: april.theis@azag.gov
　　　　　　　　　　　　　　　　　　Attorney for the State of Arizona
　　　　　　　　　　　　　　　　　　*ex rel.* Arizona State Treasurer

**All future notices shall be sent to the new mailing address.**