

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC-PVC
C/A Special Transaction / Default MGMT

Cristoforo Pavone

+41 44 236 07 78

cristoforo.pavone@ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com

# Message

January 29, 2018

subject  **Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of          Attention: Clerk of the Court

you are receiving     Evidence of partial transfer of claim: UBS Europe SE, Milan, Italy

☐ for your information      ☐ returned with thanks       ☐ please return
☒ for your records          ☐ please comment             ☒ please confirm receipt
☐ as agreed                 ☐ please sign                ☒ please process
☐ please complete           ☐

Remarks
EUR 5'000.00 Lehman Brothers Treasury BV, XS0208459023
Transferor: UBS Europe SE, Milan, Italy, Proof of Claim Number: 46908.01
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Cristoforo Pavone
Associate Director

FEB - 9 2018

61555 E        07.03.2012        N1                              29.01.2018        Page 1/1

B 210A (Form 210A) (12/09)

## Notice Pursuant to Bankruptcy Rule 3001

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.        Case No.: 08-13555
                                               Court ID (Court Use Only) CA17202

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

Name of Transferee:
UBS AG
Notices to Transferee should be sent to
UBS AG
Bahnhofstrasse 45
CH-8001 Zürich, Switzerland
Attn. Mr. Hugo Koller
Phone +41 44 235 37 36
Email hugo.koller@ubs.com
Name and Address where transferee payments should be sent (if different from above):

Name of Transferor:
UBS Europe SE
Court Record Address of the Transferor:
(Court use only)

Name and Current Address of Transferor
UBS Europe SE
Succursale Italia
Via Benigno Crespi 24
20159 Milano Italy

EUR 5,000.00
(face amount securities)

: October 30, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signatures]            Date:   January 4, 2018
Cristoforo Pavone    Stephan Gfellerr
Associate Director    Associate Director

UBS AG
Bahnhofstrasse 45
CH-8001 Zurich, Switzerland

[Received stamp: FEB -9 2018]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

**Evidence of Transfer**

**EVIDENCE OF TRANSFER OF CLAIM**

TO        United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc.,* 08-13555

Proof of Claim Number: 46908.01 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "        "):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| LEHMAN BROS TSY 30/12/16 TV EUR | XS0208459023 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc.. | 5,000.00 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

UBS Europe SE, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

    UBS AG
    Bahnhofstrasse 45
    CH-8001 Zürich, Switzerland
    Attn.: Mr. Hugo Koller
    Phone +41 44 235 37 36-
    Email hugo.koller@ubs.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No CA17202 in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.

Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 4, 2018

UBS Europe SE
Transferor

By: _____
Name: Petracca Ivo
Title: Head of Operation

By: _____
Name: Piadena Maria Luisa
Title: Service Delivery Team Leader

ACKNOWLEDGED BY:

UBS AG
Transferee

By: _____
Name: Cristoforo Pavone
Title:   Associate Director

By: _____
Name: Stephan Gfeller
Title:   Associate Director