B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re ___LEHMAN BROTHERS HOLDINGS INC___ ,          Case No. ___08-13555___

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| UBI BANCA S.PA. | BANCA POP DELL'ETRURIA E DEL LAZIO SOC COP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): _____
Amount of Claim: __USD 559,782.77__
Date Claim Filed: __OCT 29 2009__

Phone: __0039 02 75465177__
Last Four Digits of Acct #: __0020__

Phone: __0039 0575 337219__
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

in nome e per conto di
BANCA TIRRENICA S.p.A.
Banca Federico Del Vecchio
Servizio Amministrazione Strumenti Finanziari
Il responsabile

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:___UNIONE DI BANCHE ITALIANE S.p.A.___          Date: __02/07/2018.__
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED
FEB 1 3 2018
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

**SCHEDULE - LISTS ALL OF THE CLAIMS AND AMOUNTS BEING TRANSFERRED**

Court claim number  56940  amount of Claim USD 399,349.24

Court claim number  62892.69  amount of Claim USD 146,242.47

Court claim number  5156130.22 amount of Claim USD 14,191.06

**Total amount USD 559,782.77**

**UBI BANCA S.P.A.**

Piazza Vittorio Veneto n. 8 – 24122  Bergamo

Legal Department – Nicoletta Ravasio  e-mail: nicoletta.ravasio@ubibanca.it

Securities Department  -  Silvana Pisani e-mail operazioni.societarie.estero@ubiss.it