B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re   LEHMAN BROTHERS HOLDINGS INC   ,   Case No.   08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| UBI BANCA S.PA. | BANCA DELLE MARCHE S.P.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): _____
Amount of Claim:   USD 6,339,379.06
Date Claim Filed:   OCT 29 2009

Phone:   0039 02 75465177
Last Four Digits of Acct #:   0020

Phone:   0039 0721 6961
Last Four Digits of Acct. #:   2001

BANCA DELLE MARCHE
HEAD OF BACK OFFICE FINANCE
*[signature]*

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *[signature]*   Date:   02/07/2018
UNIONE DI BANCHE ITALIANE S.p.A.

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*RECEIVED FEB 13 2018*

**SCHEDULE - LISTS ALL OF THE CLAIMS AND AMOUNTS BEING TRANSFERRED**

Court claim number 55550 amount of Claim USD 547,815.77

Court claim number 55552 amount of Claim USD 560,415.79

Court claim number 55554.02 amount of Claim USD 3,228,672.81

Court claim number 55555 amount of Claim USD 2,002,474.69

**Total amount USD 6,339,379.06**

**UBI BANCA S.P.A.**

Piazza Vittorio Veneto n. 8 – 24122 Bergamo

Legal Department – Nicoletta Ravasio  e-mail: nicoletta.ravasio@ubibanca.it

Securities Department - Silvana Pisani e-mail operazioni.societarie.estero@ubiss.it