B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors   Case No. 08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
| --- | --- |
| Barclays Bank PLC | Tricadia Distressed and Special Situations Master Fund, Ltd. |
| Name and address where notices to transferee should be sent: | |
| Barclays Bank PLC<br>700 Prides Crossing<br>Newark, DE 19713<br>Attn: Salvatore Russo, Distressed Loan Closing<br>Email: distressedclosers@barclays.com | Court Claim # (if known): 23751<br><br>Amount of Claim as Allowed: $900,000.00<br>Amount of Claim Transferred: $900,000.00<br><br>Date Claim Filed: September 21, 2009 |
| With a copy to: | Debtor: Lehman Brothers Special Financing Inc. |
| Barclays Bank PLC<br>745 Seventh Avenue, 2nd Floor<br>New York, NY 10019<br>Attn: Daniel Miranda<br>Email: daniel.miranda@barclays.com | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Salvatore Russo_   Date: February 22, 2018
Name: Salvatore Russo
Title: Authorized Signatory

Digitally signed by Salvatore Russo
DN: cn=Salvatore Russo, o, ou, email=Salvatore.Russo@Barclays.com, c=US
Date: 2018.02.15 10:10:35 -05'00'

Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

US_ACTIVE-138951977

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Tricadia Distressed and Special Situations Master Fund, Ltd.** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Barclays Bank PLC** ("Buyer") all rights, title and interest in and to the claims of Seller referenced as proof of claim number **23751** in the principal amount of **$900,000.00** plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Special Financing Inc., Case No. 08-13888.

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.  Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the  21st  day of February, 2018.

| SELLER: | BUYER: |
|---|---|
| **TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND, LTD.** **By: Tricadia Capital Management LLC, its investment manager** *(signed)* | **BARCLAYS BANK PLC** |
| Name: Ian Cohen | Name: |
| Title: Chief Financial Officer | Title: |

US_ACTIVE-138984615

**EVIDENCE OF TRANSFER OF CLAIM**

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Tricadia Distressed and Special Situations Master Fund, Ltd.** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Barclays Bank PLC** ("Buyer") all rights, title and interest in and to the claims of Seller referenced as proof of claim number **23751** in the principal amount of **$900,000.00** plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Special Financing Inc., Case No. 08-13888.

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.  Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 21st day of February, 2018.

| SELLER: | BUYER: |
|---|---|
| **TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND, LTD.**<br>**By: Tricadia Capital Management LLC, its investment manager** | **BARCLAYS BANK PLC** |
| Name: | Name: Salvatore Russo<br>Digitally signed by Salvatore Russo<br>DN: cn=Salvatore Russo, o, ou, email=Salvatore.Russo@Barclays.com, c=US<br>Date: 2018.02.15 10:07:21 -05'00' |
| Title: | Title: Authorized Signatory |

US_ACTIVE-138984615