B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors

Case No. 08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Barclays Bank PLC

Name and address where notices to transferee should be sent:

Barclays Bank PLC
700 Prides Crossing
Newark, DE 19713
Attn: Salvatore Russo, Distressed Loan Closing
Email: distressedclosers@barclays.com

With a copy to:

Barclays Bank PLC
745 Seventh Avenue, 2nd Floor
New York, NY 10019
Attn: Daniel Miranda
Email: daniel.miranda@barclays.com

Name of Transferor

Tricadia Credit Strategies Master Fund, Ltd.
(formerly known as Mariner-Tricadia Credit Strategies Master Fund, Ltd.)

Court Claim # (if known): 23756

Amount of Claim as Allowed: $10,100,000.00
Amount of Claim Transferred: $10,100,000.00

Date Claim Filed: September 21, 2009

Debtor: Lehman Brothers Holdings Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Salvatore Russo
Name: Salvatore Russo
Title: Authorized Signatory

Digitally signed by Salvatore Russo
DN: cn=Salvatore Russo, o, ou, email=Salvatore.Russo@Barclays.com, c=US
Date: 2018.02.15 10:03:18 -05'00'

Date: February 22, 2018

Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

US_ACTIVE-138951923

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Tricadia Credit Strategies Master Fund, Ltd. (f/k/a Mariner-Tricadia Credit Strategies Master Fund, Ltd.)** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Barclays Bank PLC** ("Buyer") all rights, title and interest in and to the claims of Seller referenced as proof of claim number **23756** in the principal amount of **$10,100,000.00** plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the  21st  day of February, 2018.

| SELLER: | BUYER: |
|---|---|
| **TRICADIA CREDIT STRATEGIES MASTER FUND, LTD.**<br>**By: Tricadia Capital Management LLC, its investment manager**<br><br>*/s/ Ian Cohen*<br><br>Name: Ian Cohen<br>Title: Chief Financial Officer | **BARCLAYS BANK PLC**<br><br><br><br><br>Name:<br>Title: |

US_ACTIVE-138984747

**EVIDENCE OF TRANSFER OF CLAIM**

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Tricadia Credit Strategies Master Fund, Ltd. (f/k/a Mariner-Tricadia Credit Strategies Master Fund, Ltd.)** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Barclays Bank PLC** ("Buyer") all rights, title and interest in and to the claims of Seller referenced as proof of claim number **23756** in the principal amount of **$10,100,000.00** plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.  Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 21st day of February, 2018.

| SELLER: | BUYER: |
|---|---|
| **TRICADIA CREDIT STRATEGIES MASTER FUND, LTD.**<br>**By: Tricadia Capital Management LLC, its investment manager** | **BARCLAYS BANK PLC** |
| Name:<br>Title: | Name: Salvatore Russo<br>Title: Authorized Signatory<br><br>Digitally signed by Salvatore Russo<br>DN: cn=Salvatore Russo, o, ou, email=Salvatore.Russo@Barclays.com, c=US<br>Date: 2018.02.15 09:58:36 -05'00' |

US_ACTIVE-138984747