USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

LEHMAN BROTHERS SPECIAL FINANCING, INC.,

Appellant,

- *against* -

BANK OF AMERICA NATIONAL ASSOCIATION, *et al.*,

Appellees.

ORDER

Case No. 17 Civ. 1224 (LGS)

### ORDER OF DISMISSAL WITH PREJUDICE AS TO PRINCIPAL LIFE INSURANCE COMPANY PURSUANT TO FED R. BANKR P. 8023

In accordance with the agreement of Lehman Brothers Special Financing, Inc. ("Appellant") and Principal Life Insurance Company ("Principal") in the above-captioned appeal (the "Appeal"), the Appeal is hereby dismissed as to Principal pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, with each party to bear its own costs.

cc:   Counsel for Appellant
      Counsel for Principal

Dated: February 20, 2018
       New York, New York

SO ORDERED

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

ACTIVE 229244540v.1