## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No.: 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

**To:**    **Wilmington Trust Company, Assignor/Transferor**
            1100 N Market Street
            Wilmington, DE 19890
            Attn: Adam Scozzafava

Your claim relating to Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2003-30 ("**SASCO 2003-30**") and Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2003-12XS ("**SASCO 2003-12XS**" and together with SASCO 2003-30, the "**Trusts**" and each a "**Trust**") included in claim number 22773 (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise), (the "**Claim**") in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMP), or any other court with jurisdiction over such proceedings, has been transferred to Nationstar Mortgage LLC, Assignee/Transferee (but solely to the extent of the portion of the Claim relating to the Trusts).

No action is required if you do not object to the transfer of your Claim. If you object to the transfer, within twenty-one (21) days of the date of this notice, you must file a written objection and provide written notice to the Assignee/Transferee:

**Nationstar Mortgage LLC, Assignee/Transferee**
8740 Lucent Boulevard, Suite 600
Highlands Ranch, Colorado 80129
Attention: Michele Olds

## **EVIDENCE OF TRANSFER**

**Wilmington Trust Company**, as trustee, its successors and assigns (collectively, "**Assignor**"), has hereby absolutely and unconditionally sold, conveyed, transferred and assigned to **Nationstar Mortgage LLC**, its successors and assigns (collectively, "**Assignee**"), its claim (the "**Claim**") relating to Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2003-30 ("**SASCO 2003-30**") and Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2003-12XS ("**SASCO 2003-12XS**" and together with SASCO 2003-30, the "**Trusts**" and each a "**Trust**") included in claim number 22773 (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise) in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMP), or any other court with jurisdiction over such proceedings (but solely to the extent of the portion of the Claim relating to the Trusts).

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly-authorized representatives this 23 day of February, 2018.

*(Signatures on following page)*

**Wilmington Trust Company,**
as trustee

By:_____
Name:  Adam Scozzafava
Title:   Vice President


**Nationstar Mortgage LLC**

By:_____
Name: Diane Moormann
Title:   Vice President