Nicole Gueron (ngueron@cgr-law.com)
Isaac B. Zaur (izaur@cgr-law.com)
CLARICK GUERON REISBAUM LLP
220 Fifth Avenue, 14th Floor
New York, New York 10001
Telephone: (212) 633-4310
Facsimile: (646) 478-9484

*Counsel for Whitebox Advisors LLC, Deer Park Road Management Company, LP, Tilden Park Capital Management LP, Prophet Capital Asset Management, Tricadia Capital Management LLC, BlueMountain Capital Management LLC, Poet Advisors, FFI Fund Ltd., FYI Ltd., Olifant Fund, Ltd., and Strongbow Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (SCC) |
| Debtors. | Jointly Administered |

**NOTICE OF REMOVAL FROM**
**ELECTRONIC NOTIFICATION SERVICE LIST**

PLEASE TAKE NOTICE that the following person should be removed from the service list, including the court's electronic notification list, in the above-captioned case:

Isaac B. Zaur
Clarick Gueron Reisbaum LLP
220 Fifth Avenue, 14th Floor
New York, New York 10001
Telephone: (212) 633-4310
Facsimile: (646) 478-9484
Email: izaur@cgr-law.com

Dated: February 26, 2018
      New York, New York

CLARICK GUERON REISBAUM LLP

By: /s/Isaac B. Zaur
Nicole Gueron (ngueron@cgr-law.com)
Isaac B. Zaur (izaur@cgr-law.com)
220 Fifth Avenue, 14th Floor
New York, New York 10001
Telephone: (212) 633-4310
Facsimile: (646) 478-9484

*Counsel for Whitebox Advisors LLC, Deer Park Road Management Company, LP, Tilden Park Capital Management LP, Prophet Capital Asset Management, Tricadia Capital Management LLC, BlueMountain Capital Management LLC, Poet Advisors, FFI Fund Ltd., FYI Ltd., Olifant Fund, Ltd., and Strongbow Fund Ltd.*