WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza
Joseph G. Davis (*pro hac vice*)
Benjamin P. McCallen

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 945-7468
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)

*Attorneys for Debtors Lehman Brothers Holdings Inc.*
*and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            )
In re                                                       )    Case No. 08-13555 (SCC)
                                                            )
Lehman Brothers Holdings Inc., *et al.*,                    )    Chapter 11
                                                            )
        Debtors.                                            )    Jointly Administered
                                                            )
------------------------------------------------------------x

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Estimation Proceeding being conducted pursuant to that certain settlement agreement approved by order dated July 6, 2017 [Docket No. 55706] will continue with the Honorable Shelley C. Chapman rendering her decision on **Thursday, March 8, 2018 at 10:00 a.m. (Eastern Time)** (the "**Hearing**") at the United States Bankruptcy Court, One Bowling Green, Courtroom 623, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that interested parties are not required to attend the Hearing in person and may participate on a listen-only basis, without further permission of the Court, by registering for the Hearing with http://www.court-solutions.com.

Dated: February 28, 2018
       New York, New York

By:  /s/ Todd G. Cosenza
    Todd G. Cosenza
    Paul V. Shalhoub
    Joseph G. Davis (*pro hac vice*)
    Benjamin P. McCallen
    WILLKIE FARR & GALLAGHER LLP
    787 Seventh Avenue
    New York, New York 10019
    Telephone: (212) 728-8000
    Facsimile: (212) 728-8111

    Michael A. Rollin
    Maritza Dominguez Braswell (*pro hac vice*)
    JONES & KELLER, P.C.
    1999 Broadway, Suite 3150
    Denver, Colorado 80202
    Telephone: (303) 573-1600
    Facsimile: (303) 573-8133

    *Attorneys for Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation*