FILED / RECEIVED

FEB 20 2018

EPIQ BANKRUPTCY SOLUTIONS, LLC

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Rothschild Bank AG
Name of Transferee

Bank Hapoalim (Switzerland) Ltd.
Name of Transferor

Name and Address where notices to transferee should be sent:

Rothschild Bank AG
Zollikerstrasse 181
CH 8034 Zürich

Court Claim # (if known): 55855
Date Claim Filed: October 29, 2009
Amount of Claim: USD 2'271'734.00
Portion of Claim Transferred (see Schedule I): Nominal USD 300'000

Phone: +41 44 384 76 57
Last Four Digits of Acct #: 2510

Phone: +41 44 283 82 46
Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

RECEIVED FEB 26 2018 U.S. BANKRUPTCY COURT S.D. DIST OF NEW YORK

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Rothschild Bank AG
Transferee/Transferee's Agent

Date: February 8, 2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Paola Arena
Executive

Vanessa Nöst-Brink
Associate

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Hapoalim (Switzerland) Ltd., Zurich, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Rothschild Bank AG, Zurich** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **55855**) in the **nominal amount of USD 300'000.00** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 22 day of January 2018.

**Bank Hapoalim (Switzerland) Ltd.**
**Stockerstrasse 33**
**CH-8027 Zurich**
**Switzerland**

_/s/ Stefan Stotzer_                    _/s/ Igor Dahinden_
Stefan Stotzer                           Igor Dahinden
Deputy Manager                       Assistant Manager

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0346466781 USD SIMPLE STEP UP NOTE | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 100'000 |
| Blocking number | 6052959 | | | |
| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
| XS0364167006 USD SIMPLE STEP UP NOTE | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 200'000 |
| Blocking number | 6052968 | | | |



12 February 2018

**Registered**
**Strictly Private and Confidential**

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions LLC
FDR Station, P. O. Box 5076
New York, NY 10150-5076

United States of America

Our reference:    HMI

**Claim Transfer**

Dear Sirs

We are about to transfer two positions from Bank Hapoalim (Switzerland) Ltd. and would like to re-register the claim to our nominee. Please find the signed supporting Form 210a and the Evidence of Transfer of Claim attached.

Please send your confirmation and docket number to the email address mentioned below.

Please don't hesitate to contact me should you have any questions.

Yours sincerely

Yours sincerely

Michael Harrer
Team Head Securities Corporate Actions

Vanessa Noest-Brink
Securities Administration Senior Specialist

Rothschild

Rothschild Bank AG
Zollikerstrasse 181
8034 Zurich, Switzerland

Tel +41 (0) 44 384 7111
Fax +41 (0) 44 384 7222
rothschild.com

R    RM 528 600 992 CH

12.02.18
CH - 8010
Frankieren Post
2090063
30001286

9.80
PRIORITY
Stand 2
DIE POST


