# EXHIBIT 4



Wilmington Trust, N.A.
Rodney Square North
1100 North Market Street
Wilmington, DE 19890-0001

June 22, 2017

VIA EMAIL

Institutional Investors
c/o Kathy Patrick
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, TX 77002

The LBHI Investors
c/o Paul Shalhoub
c/o Todd Cosenza
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

and

c/o Michael Rollin
c/o Maritza Dominguez Braswell
Rollin Braswell Fisher LLC
8350 E. Crescent Parkway, Suite 100
Greenwood Village, CO 80111

  Re: Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-S4 ("SASCO 2006-S4" or the "Trust")

Ladies and Gentlemen:

  Reference is made to (i) the Trust Agreement, dated as of December 1, 2006 (the "Trust Agreement"), among Structured Asset Securities Corporation, as depositor, Aurora Loan Services Inc., as master servicer, Clayton Fixed Income Services Inc., as credit risk manager and Wilmington Trust, National Association, successor to Citibank, N.A., as trustee (the "Trustee"), relating to the Trust and (ii) the RMBS Trust Settlement Agreement, entered into as of November 30, 2016 and modified as of March 17, 2017 (the "Settlement Agreement"), among Lehman Brothers Holdings Inc. (the "Plan Administrator"), the other debtors in the bankruptcy proceeding (collectively, the "LBHI Debtors"), the authorized investment advisors and investors (the "Institutional Investors"), and the Accepting Trustees, including the Trustee. Defined terms used but not defined herein have the meetings provided in the Settlement Agreement.

  Pursuant to Section 2.03(c) of the Settlement Agreement, the Trustee hereby terminates the Settlement Agreement as it relates to SASCO 2006-S4 due to receipt by

June 22, 2017
Page 2

the Trustee of acceptable direction from holders of the securities issued by SASCO 2006-S4.

If you have any questions regarding the foregoing, please contact Jason Solomon or Kit Weitnauer of Alston & Bird LLP.

    Very truly yours,
    WILMINGTON TRUST,
    NATIONAL ASSOCIATION, solely
    as Trustee of SASCO 2006-S4

    By: *[signature]*
    Name:    Drew Davis
    Title:    Vice President

cc: Jason J. Solomon, Alston & Bird LLP
Kit Weitnauer, Esq., Alston & Bird LLP