UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### ORDER ESTIMATING CLAIMS FOR RESERVE PURPOSES AND GRANTING RELIEF FROM PROTOCOL ORDER

Upon the cross-motion of Wilmington Trust, National Association, solely in its capacity as Trustee (the "**Trustee**") of the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-S4 Trust (the "**Trust**") for entry of an order (1) estimating its claims for reserve purposes at the full value of those claims and (2) relieving the Trustee and Lehman Brothers Holdings Inc. ("**LBHI**") from Steps 3 and 4 of the Protocol Order and setting a date for adjudication of the Trustee's claims on the merits, dated February 28, 2018 (the "**Cross-Motion**"); and the Court having jurisdiction to consider the Cross-Motion; and venue being proper before this Court; and due and proper notice of the Cross-Motion having been provided to the parties identified in the Cross-Motion; and it appearing that the relief sought in the Cross-Motion is in the best interests of the efficient administration of estate assets; and after due deliberation and sufficient cause appearing therefore, it is:

ORDERED that the Cross-Motion is granted as provided herein; and it is further

ORDERED that the Trust's claims shall be estimated at their full value for reserve purposes; and it is further

ORDERED that the Trustee and LBHI are hereby relieved from Steps 3 and 4 of the Protocol Order; and it is further

ORDERED that within thirty days from the date of entry of this Order the Trustee and

4834-4640-0606, v. 1

LBHI will meet and confer to negotiate in good faith the terms of a joint scheduling order that provides sufficient time for fact and expert discovery in advance of a binding adjudication of the Trustee's RMBS Claims on the merits either by this Court or by a mutually agreed-upon third-party neutral; and it is further

ORDERED that within thirty days from the date of entry of this Order, the Trustee and LBHI shall submit a proposed joint scheduling order to this Court, including an identification of any terms on which the parties have been unable to reach an agreement; thereafter, this Court shall notice a scheduling conference to hear and determine all matters relating to the proposed joint scheduling order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       [_____], 2018

                                                  _____
                                                  Honorable Shelley C. Chapman
                                                  United States Bankruptcy Judge