UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION BY WILMINGTON TRUST, NATIONAL ASSOCIATION FOR AUTHORITY TO FILE UNDER SEAL PERSONALLY IDENTIFYING INFORMATION FROM DOCUMENTS PURSUANT TO (I) BANKRUPTCY CODE SECTION 107(C)(1) AND (II) BANKRUPTCY RULE 9037**

Upon the motion (the "Motion to Seal")[1] filed February 28, 2018 by Wilmington Trust, National Association, solely in its capacity as Trustee (the "Trustee") of the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-S4 Trust (the "Trust"), pursuant to (i) Section 107(c)(1) of Title 11 of the United States Code (the "Bankruptcy Code") and (ii) Rule 9037 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), seeking entry of an order authorizing the Trustee to file under seal (a) the document annexed as Exhibit 1 to the declaration of James H. Aronoff (the "Aronoff SASCO Declaration"), (b) the documents annexed as Exhibits 1 through 5 to the declaration of Edmond Esses (the "Esses SASCO Declaration"), (c) the documents annexed as Exhibits 1 and 2 to the declaration of Karl N. Snow (the "Snow SASCO Declaration") and the document annexed as Exhibit 5 to the declaration of Neil R. Lieberman (the "Lieberman Declaration"), filed in support of *Objection of Wilmington Trust, National Association, as Trustee for Structured Assets Securities Corporation Mortgage Pass-Through Certificates, Series 2006-S4, to Lehman Brothers Holdings Inc.'s Motion to Estimate RMBS Claims for SASCO 2006-S4 for Reserve Purposes Pursuant to 11 U.S.C. § 501(c), and Cross-Motion to*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Seal.

1

*Estimate RMBS Claims for SASCO 2006-S4 for Reserve Purposes and for Relief from the Protocol Order* (the "Reserve Motions"); and the Court having jurisdiction to consider the Motion to Seal and the relief requested therein; and the Court having found and determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED THAT:**

1. The Motion to Seal is granted.

2. Pursuant to Section 107(c)(1) of the Bankruptcy Code and Rule 9037 of the Bankruptcy Rules, the Trustee is authorized to file the Confidential Exhibit with the Clerk of this Court under seal in an envelope clearly indicating that the same has been filed under seal by Order of the Court and may not be unsealed until and unless permitted by further order of the Court.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

4. This order is without prejudice to the rights of any party to seek to unseal the Confidential Exhibit or any part of them.

Dated: New York, New York
_____, 2018

_____
Honorable Shelley C. Chapman
United States Bankruptcy Judge