**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br><br>Debtor. | Chapter 11<br><br>Case No.: 08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE OF REMOVAL FROM ELECTRONIC SERVICE LIST

PLEASE TAKE NOTICE that the following persons should be removed from all service lists, including the court's electronic notification list, in the above-captioned case:

Kirk Watkins
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
312.360.6000
kwatkins@freeborn.com

Jeffrey A. Rossman
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
312.360.6000
jrossman@freeborn.com

Respectfully submitted,

s/ Kirk Watkins
Kirk Watkins
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
312.360.6000
kwatkins@freeborn.com

*Counsel for Mirabella*

Dated: March 1, 2018