**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------  x
                                                 :           Chapter 11

In re:                                          :

                                          :           Case No. 08-13555 (SCC)

LEHMAN BROTHERS HOLDINGS, INC., *et al*.     :

                                          :           (Jointly Administered)

                            Debtors.       :

                                          :           Ref. Docket Nos. 57644, 57645,
                                          :           57647

                                          :

-------------------------------------------------------------------  x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                  ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 12, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 12, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Konstantina Haidopoulos*
                                         Konstantina Haidopoulos

Sworn to before me this
12th day of February, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in the County of Queens
Commission Expires January 23, 2021

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otewise being assigned the claim.

To:      BAR(23) MAILID *** 000125547695 ***           LBH TRFNTC (MERGE2, TXNUM2) 4000108711



ROSENLEW, CAROLUS
MYNTGATAN 3 B
HELSINGFORS 00160
 FINLAND

ROSENLEW, CAROLUS
WHITE & CASE LLP
ETELARANTA 14
HELSINKI 00130
 FINLAND

Please note that your claim # 60666 in the above referenced case and in the amount of
$1,415,100.00 allowed at $1,419,105.77 has been transferred (unless previously expunged by court order)

SOUTHEY CAPITAL LTD.
TRANSFEROR: ROSENLEW, CAROLUS
ATTN: ROBERT SOUTHEY
ENSIGN HOUSE, SUITE 17
2 ADMIRALS WAY
LONDON E14 9XQ
 UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However      **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        57647                in your objection.  If you file an objection, a hearing will be scheduled.      **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  02/12/2018                               Vito Genna, Clerk of Court

                                                /s/ Lauren Rodriguez
                                                _____

                                                EPIQ BANKRUPTCY SOLUTIONS, LLC

                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 12, 2018.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BETHMANN BANK AG | TRANSFEROR: VOLZ, DETLEF, BETHMANNSTRASSE 7-9, 60311 FRANKFURT AM MAIN GERMANY |
| PRANSKY, SABINE | TRANSFEROR: BETHMANN BANK AG, DEKAN-MAIER-WEG, 28, 83727 SCHLIERSEE  GERMANY |
| ROSENLEW, CAROLUS | MYNTGATAN 3 B, HELSINGFORS 00160 FINLAND |
| ROSENLEW, CAROLUS | WHITE & CASE LLP, ETELARANTA 14, HELSINKI 00130 FINLAND |
| SOUTHEY CAPITAL LTD. | TRANSFEROR: ROSENLEW, CAROLUS, ATTN: ROBERT SOUTHEY, ENSIGN HOUSE, SUITE 17, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| VOLZ, DETLEF | WOLDSTR. 41, NEUSS 41470 GERMANY |

**Total Creditor Count 7**