**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                  :

In re:                           :

LEHMAN BROTHERS HOLDINGS, INC., *et al*.   :

             Debtors.        :

---------------------------------------------------------------- X

Chapter 11

Case No. 08-13555 (SCC)

(Jointly Administered)

Ref. Docket No. 57648

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 13, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 13, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
15th day of February, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or otehwise being assigned the claim.

To:

UBS AG
TRANSFEROR: BANK JULIUS BAER & CO. LTD.
ATTN: MATTHIAS MOHOS
BAHNHOFSTRASSE 45
ZURICH 8001
 SWITZERLAND

Please note that your claim # 5559233-21 in the above referenced case and in the amount of $100,000.00 allowed at $36,855.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000125580969 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000184911



UNION BANCAIRE PRIVEE, UBP SA SINGAPORE BRANCH
TRANSFEROR: UBS AG
ATTN: UBP ASIA MIDDLE OFFICE
LEVEL 38, ONE RAFFLES QUAY, NORTH TOWER
SINGAPORE 048583
 SINGAPORE

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER        57648         in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  02/13/2018                                  Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

  FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 13, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| UBS AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., ATTN: MATTHIAS MOHOS, BAHNHOFSTRASSE 45, ZURICH 8001 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA SINGAPORE BRANCH | TRANSFEROR: UBS AG, ATTN: UBP ASIA MIDDLE OFFICE, LEVEL 38, ONE RAFFLES QUAY, NORTH TOWER, SINGAPORE 048583   SINGAPORE |

**Total Creditor Count 2**