**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------ x
                                                                   :   Chapter 11
In re:                                                             :
                                                                   :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                             :
                                                                   :   (Jointly Administered)
                        Debtors.                                   :
                                                                   :   Ref. Docket No. 57478
                                                                   :
------------------------------------------------------------------ X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 19, 2018, I caused to be served the "Notice of Defective Transfer," dated January 10, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
20th day of February, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in the County of Queens
Commission Expires January 23, 2021

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

    Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000126300261 ***    LBH DEFTRFNTC (MERGE2, TXNUM2) 4000104817



BANQUE CANTONALE DU VALAIS
C/O BAKER & MCKENZIE LLP
ATTN: IRA A. REID
452 FIFTH AVENUE
NEW YORK, NY 10018

COMMERZBANK AG
ATTN: NORBERT BLOSER
LOUISENSTRASSE 66
61348 BAD HOMBURG
 GERMANY

**Your transfer of claim # 58518 is defective for the reason(s) checked below:**

Other THIS ISIN DOES NOT HOLD ENOUGH FUNDS FOR EUR 30,000 TRANSFER

Docket Number   57478    Date:  01/10/2018

/s/ Lauren Rodriguez

___

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANQUE CANTONALE DU VALAIS | C/O BAKER & MCKENZIE LLP, ATTN: IRA A. REID, 452 FIFTH AVENUE, NEW YORK, NY 10018 |
| COMMERZBANK AG | ATTN: NORBERT BLOSER, LOUISENSTRASSE 66, 61348 BAD HOMBURG  GERMANY |

**Total Creditor Count 2**