**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : | Case No. 08-13555 (SCC) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : | Ref. Docket Nos. 57588, 57624, |
|  | : | 57663, 57664, 57666, 57670, 57671 |

---------------------------------------------------------------- X

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                                              ) ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 20, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 20, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    */s/ Forrest Kuffer*
                                                                    Forrest Kuffer

Sworn to before me this
21st day of February, 2018
*/s/ John Chau*
_____
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    BAR(23) MAILID *** 000126301168 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000068880



ATRIUM III
ATTN: PAUL GILMORE
ELEVEN MADISON AVE, 9TH FLOOR
NEW YORK, NY 10010

ATRIUM III
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

Please note that your claim # 22825 in the above referenced case and in the amount of $93,739.91 allowed at $89,000.00 has been transferred (unless previously expunged by court order)

SDU LIMITED
TRANSFEROR: ATRIUM III
C/O ESTERA TRUST (CAYMAN) LIMITED
CLIFTON HOUSE, 75 FORT STREET
P.O. BOX 1350
GRAND CAYMAN KY1-1108
 CAYMAN ISLANDS

No action is required if you do not object to the transfer of your claim. However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        57670            in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  02/20/2018                Vito Genna, Clerk of Court

                        /s/ Lauren Rodriguez

                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 20, 2018.

**EXHIBIT B**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | TRANSFEROR: HELANTO KAPTEIN INVEST AG, ATTN: ALEX VAN LEYEN, LEVEL 2, VISION EXCHANGE BUILDING, TERRITORIALS STREET, MRIEHEL BKR 3000  MALTA |
| ATRIUM III | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, 9TH FLOOR, NEW YORK, NY 10010 |
| ATRIUM III | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 8TH AVE, NEW YORK, NY 10019 |
| ATRIUM III | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, 9TH FLOOR, NEW YORK, NY 10010 |
| ATRIUM III | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| ATRIUM III | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| ATRIUM III | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: LYXOR ASSET MANAGEMENT S.A.,, ATTN: ISOBELLE WHITE, C/O ATTESTOR CAPITAL LLP, 20 BALDERTON STREET, LONDON W1K 6TL UNITED KINGDOM |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BAUPOST GROUP SECURITIES, L.L.C., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: EFG BANK AG, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: MR. TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | C/O KWJS & S, MRS. ST SWEENEY, 200 WEST 41ST STREET, 17TH FLOOR, NEW YORK, NY 10036 |
| EFG BANK AG | BAHNHOFSTRASSE 16, ATTN: ISABEL FARAGALLI, P.O. BOX 2255, ZURICH 8022 SWITZERLAND |
| EFG BANK AG | GREENBERG  TRAURIG LLP, ATTN: MARIA DECONZA, 200 PARK AVENUE, NEW YORK, NY 10166 |
| HELANTO KAPTEIN INVEST AG | TRANSFEROR: TRENCH CAPITAL PARTNERS LLP, OBERDORFSTRASSE 21, LACHEN 8853 SWITZERLAND |
| LANDOLT ET CIE SA | TRANSFEROR: UBS AG, ATTN: GAETAN CHABBEY, CASE POSTALE 6739, LAUSANNE 1002 SWITZERLAND |
| SDU LIMITED | TRANSFEROR: ATRIUM III, C/O ESTERA TRUST (CAYMAN) LIMITED, CLIFTON HOUSE, 75 FORT STREET, P.O. BOX 1350, GRAND CAYMAN KY1-1108  CAYMAN ISLANDS |
| SDU LIMITED | TRANSFEROR: ATRIUM III, C/O ESTERA TRUST (CAYMAN) LIMITED, CLIFTON HOUSE, 75 FORT STREET, P.O. BOX 1350, GRAND CAYMAN KY1-1108  CAYMAN ISLANDS |
| SWISSQUOTE BANK SA | TRANSFEROR: UBS AG, ATTN: SETTLEMENT SERVICE, CHEMIN DE LA CRETAUX 33, 1196 GLAND  SWITZERLAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP, ATTN: CHRISTOPER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR, IFSC, DUBLIN 1  IRELAND |
| UBS AG | TRANSFEROR: SWISSQUOTE BANK SA, ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, ZURICH 8001 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 24**