**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                           :   Case No. 08-13555 (SCC)
                                                                   :
                                          Debtors.                 :   (Jointly Administered)
                                                                   :
                                                                   :   Ref. Docket Nos. 57675, 57681,
                                                                   :   57683, 57685, 57686, 57688, 57689,
                                                                   :   57960
------------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 21, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 21, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
22nd day of February, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

08-13555-mg    Doc 57762    Filed 03/01/18    Entered 03/01/18 19:14:40    Main Document
Pg 2 of 5

# EXHIBIT A

08-13555-mg    Doc 57762    Filed 03/01/18    Entered 03/01/18 19:14:40    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000126313165 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 32575



CREDIT SUISSE AG
ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA
CRAVATH SWAINE & MOORE LLP
825 8TH AVENUE
NEW YORK, NY 10019

CREDIT SUISSE AG
PARADEPLATZ 8
ZURICH CH-8001
SWITZERLAND

Please note that your claim # 55813-96 in the above referenced case and in the amount of $0.00 allowed at $715,544.10 has been transferred (unless previously expunged by court order)

HELMUTH TSCHUTSCHER
TRANSFEROR: CREDIT SUISSE AG
IN DER SPECKI 12
SCHAAN FL-9494
LIECHTENSTEIN

No action is required if you do not object to the transfer of your claim. However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    57689    in your objection. If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  02/21/2018                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 21, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| CREDIT SUISSE AG | PARADEPLATZ 8, ZURICH CH-8001 SWITZERLAND |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| HELMUTH TSCHUTSCHER | TRANSFEROR: CREDIT SUISSE AG, IN DER SPECKI 12, SCHAAN FL-9494 LIECHTENSTEIN |
| HESTIA INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY, ATTN: PIERRE BOUR, 3 GEORGE'S DECK, FOURTH FLOOR, IFSC, DUBLIN 1   IRELAND |
| HESTIA INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY, ATTN: PIERRE BOUR, 3 GEORGE'S DECK, FOURTH FLOOR, IFSC, DUBLIN 1   IRELAND |
| HESTIA INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY, ATTN: PIERRE BOUR, 3 GEORGE'S DECK, FOURTH FLOOR, IFSC, DUBLIN 1   IRELAND |
| ILLIQUIDX LIMITED | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LIMITED | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: MS. GALINA ALABATCHKA, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| SOUTHEY CAPITAL LTD. | TRANSFEROR: ROSENLEW, CAROLUS, ATTN: ROBERT SOUTHEY, ENSIGN HOUSE, SUITE 17, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP, ATTN: CHRISTOPER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR, IFSC, DUBLIN 1   IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP, ATTN: CHRISTOPHER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR - IFSC, DUBLIN 1   IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP, ATTN: CHRISTOPHER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR - IFSC, DUBLIN 1   IRELAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| URS FAH | TRANSFEROR: UBS AG, BAHNDAMMSTRASSE 1, WIESENDANGEN CH-8542 SWITZERLAND |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: SOUTHEY CAPITAL LTD., CHARMAINE WILSON, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 10016 |

**Total Creditor Count 21**