**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re:
LEHMAN BROTHERS HOLDINGS, INC., *et al.*
                 Debtors.
------------------------------------------------------------------ X

: Chapter 11
: Case No. 08-13555 (SCC)
: (Jointly Administered)
: Ref. Docket Nos. 57672, 57674,
: 57694, 57696, 57697, 57698, 57699,
: 57700, 57702, 57703, 57704

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF NEW YORK )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 23, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 23, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                 */s/ Forrest Kuffer*
                                                 Forrest Kuffer

Sworn to before me this
26th day of February, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND LTD
C/O MARINER INVESTMENT GROUP, INC.
ATTN: JOHN KELTY
500 MAMARONECK AVENUE, SUITE 101
HARRISON, NY 10528

TRICADIA DISTRESSED AND SPECIAL SITUATIONS
MASTER FUND LTD
C/O TRICADIA CAPITAL MANAGEMENT LLC
ATTN: JAMES E. MCKEE
780 THIRD AVENUE, 29TH FLOOR
NEW YORK, NY 10017

Please note that your claim # 23751 in the above referenced case and in the amount of
$2,856,351.75 allowed at $900,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000126321698 ***           LBH TRFNTC (ADDRESS2, ADRKEYID3) 34055



BARCLAYS BANK PLC
DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

BARCLAYS BANK PLC
TRANSFEROR: TRICADIA DISTRESSED AND SPECIAL
SITUATIONS MASTER FUND LTD
ATTN: SALVATORE RUSSO, DISTRESSED LOAN
CLOSING
700 PRIDES CROSSING
NEWARK, DE 19713

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER       57700       in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  02/23/2018                     Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 23, 2018.

# EXHIBIT B

| Claim Name | Address Information |
| --- | --- |
| BANCA DELLE MARCHE S.P.A. | ATTN: MR. ENZO TELLONI, VIA GHISLIERI 6, JESI (AN) 60035 ITALY |
| BANCA DELLE MARCHE S.P.A. | VIA GHISLIERI, 6, JESI (AN) 60035 ITALY |
| BANCA DELLE MARCHE S.P.A. | ATTENTION: ENZO TELLONI, 6 VIA GHISLIERI, JESI (AN) 60035 ITALY |
| BANCA DELLE MARCHE S.P.A. | VIA GHISLIERI, 6, JESI (AN) 60035 ITALY |
| BANCA DELLE MARCHE S.P.A. | ATTENTION: ENZO TELLONI, 6 VIA GHISLIERI, JESI (AN) 60035 ITALY |
| BANCA DELLE MARCHE S.P.A. | VIA GHISLIERI, 6, JESI (AN) 60035 ITALY |
| BANCA DELLE MARCHE S.P.A. | ATTENTION ENZO TELLONI, 6 VIA GHISLIERI, JESI (AN) 60035 ITALY |
| BANCA POPOLARE DELL'ETRURIA E DEL LAZIO SOCIETA COOPERATIVA | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., SERVIZIO AMM. STRUMENTI FINANZIARI, ATTN: MR. PIERO PIETRINI, VIA CALAMANDREI, 255, AREZZO I-52100 ITALY |
| BANCA POPOLARE DELL'ETRURIA E DEL LAZIO SOCIETA' COOPERATIVA | TRANSFEROR: CREDITO EMILIANO SPA, ATTN: MR. PIERO PIETRINI, SERVIZIO AMM. STRUMENTI FINANZIARI, VIA CALAMANDREI, 255, AREZZO I-52100 ITALY |
| BANCA POPOLARE DELL'ETRURIA E DEL LAZIO-SOCIETA COOPERATIVA | ATTN: PIERO PIETRINI, 255, VIA CALAMANDREI, I-52100 AREZZO ITALY |
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD.,, ATTN. PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | CLEARLY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDRE A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| BARCLAYS BANK PLC | TRANSFEROR: MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND, LTD, ATTN: SALVATORE RUSSO, DISTRESSED LOAN CLOSING, 700 PRIDES CROSSING, NEWARK, DE 19713 |
| BARCLAYS BANK PLC | DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND, LTD, ATTN: SALVATORE RUSSO, DISTRESSED LOAN CLOSING, 700 PRIDES CROSSING, NEWARK, DE 19713 |
| BARCLAYS BANK PLC | DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND LTD, ATTN: SALVATORE RUSSO, DISTRESSED LOAN CLOSING, 700 PRIDES CROSSING, NEWARK, DE 19713 |
| BARCLAYS BANK PLC | DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND LTD, ATTN: SALVATORE RUSSO, DISTRESSED LOAN CLOSING, 700 PRIDES CROSSING, NEWARK, DE 19713 |
| BARCLAYS BANK PLC | DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND, LTD | C/O MARINER INVESTMENT GROUP, LLC, ATTN: JOHN KELTY, 500 MAMARONECK AVENUE, HARRISON, NY 10528 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND, LTD | JAMES E. MCKEE, C/O TRICADIA CAPITAL MANAGEMENT, LLC, 780 THIRD AVENUE, 29TH FLOOR, NEW YORK, NY 10017 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND, LTD | C/O MARINER INVESTMENT GROUP, LLC, ATTN: JOHN KELTY, 500 MAMARONECK AVENUE, HARRISON, NY 10528 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND, LTD | JAMES E. MCKEE, C/O TRICADIA CAPITAL MANAGEMENT, LLC, 780 THIRD AVENUE, 29TH FLOOR, NEW YORK, NY 10017 |
| SOUTHEY CAPITAL LTD. | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: ROBERT SOUTHEY, ENSIGN HOUSE, SUITE 17, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| SOUTHEY CAPITAL LTD. | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, ATTN: ROBERT SOUTHEY, ENSIGN HOUSE, SUITE 17, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND LTD | C/O LEHMAN BRVESTMENT GROUP, INC., ATTN: JOHN KELTY, 500 MAMARONECK AVENUE, SUITE 101, HARRISON, NY 10528 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND LTD | C/O TRICADIA CAPITAL MANAGEMENT LLC, ATTN: JAMES E. MCKEE, 780 THIRD AVENUE, 29TH FLOOR, NEW YORK, NY 10017 |
| TRICADIA DISTRESSED AND SPECIAL | C/O MARINER INVESTMENT GROUP, INC., ATTN: JOHN KELTY, 500 MAMARONECK AVENUE, |

| Claim Name | Address Information |
|---|---|
| SITUATIONS MASTER FUND LTD | SUITE 101, HARRISON, NY 10528 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND LTD | C/O TRICADIA CAPITAL MANAGEMENT LLC, ATTN: JAMES E. MCKEE, 780 THIRD AVENUE, 29TH FLOOR, NEW YORK, NY 10017 |
| UBI BANCA S.P.A. | TRANSFEROR: BANCA DELLE MARCHE S.P.A., ATTN: NICOLETTA RAVASIO / SILVANA PISANI, PIAZZA VITTORIO VENETO N. 8, 24122 BERGAMO   ITALY |
| UBI BANCA S.P.A. | TRANSFEROR: BANCA DELLE MARCHE S.P.A., ATTN: NICOLETTA RAVASIO / SILVANA PISANI, PIAZZA VITTORIO VENETO N. 8, 24122 BERGAMO   ITALY |
| UBI BANCA S.P.A. | TRANSFEROR: BANCA DELLE MARCHE S.P.A., ATTN: NICOLETTA RAVASIO / SILVANA PISANI, PIAZZA VITTORIO VENETO N. 8, 24122 BERGAMO   ITALY |
| UBI BANCA S.P.A. | TRANSFEROR: BANCA DELLE MARCHE S.P.A., ATTN: NICOLETTA RAVASIO / SILVANA PISANI, PIAZZA VITTORIO VENETO N. 8, 24122 BERGAMO   ITALY |
| UBI BANCA S.P.A. | TRANSFEROR: BANCA POPOLARE DELL'ETRURIA E DEL LAZIO SOCIETA COOPERATIV, ATTN: NICOLETTA RAVASIO / SILVANA PISANI, PIAZZA VITTORIO VENETO N. 8, 24122 BERGAMO   ITALY |
| UBI BANCA S.P.A. | TRANSFEROR: BANCA POPOLARE DELL'ETRURIA E DEL LAZIO SOCIETA' COOPERATI, ATTN: NICOLETTA RAVASIO / SILVANA PISANI, PIAZZA VITTORIO VENETO N. 8, 24122 BERGAMO   ITALY |
| UBI BANCA S.P.A. | TRANSFEROR: BANCA POPOLARE DELL'ETRURIA E DEL LAZIO-SOCIETA COOPERATIV, ATTN: NICOLETTA RAVASIO / SILVANA PISANI, PIAZZA VITTORIO VENETO N. 8, 24122 BERGAMO   ITALY |
| UBS AG | TRANSFEROR: UBS EUROPE SE, ATTN: MR. HUGO KOLLER, BAHNOFSTRASSE 45, CH-8001 ZURICH   SWITZERLAND |
| UBS AG | TRANSFEROR: UBS EUROPE SE, ATTN: MR. HUGO KOLLER, BAHNOFSTRASSE 45, CH-8001 ZURICH   SWITZERLAND |
| UBS AG | TRANSFEROR: BANK J. SAFRA SARASIN LTD., BAHNOFSTRASSE 45, CH-8001 ZURICH   SWITZERLAND |
| UBS EUROPE SE | F/K/A UBS (ITALIA) SPA, ATTN: VALENTINA NEMBRI, VIA BENIGNO CRESPI 24, MILANO 20159 ITALY |
| UBS EUROPE SE | F/K/A UBS (ITALIA) SPA, ATTN: VALENTINA NEMBRI, VIA BENIGNO CRESPI 24, MILANO 20159 ITALY |
| VAN DER WERF, K.W | TRANSFEROR: SOUTHEY CAPITAL LTD., ROLDERDIEPHOF 120, 3521 DB UTRECHT NETHERLANDS |

**Total Creditor Count 44**