**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------- x
                                                                     :   Chapter 11
In re:                                                               :
                                                                     :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                             :
                                                                     :   (Jointly Administered)
                                 Debtors.                            :
                                                                     :   Ref. Docket Nos. 57638, 57664,
                                                                     :   57696, 57718, 57719, 57720, 57722,
                                                                     :   57723, 57724, 57726, 57729, 57730,
                                                                     :   57731, 57732
--------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 28, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 28, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Forrest Kuffer*
                                                    Forrest Kuffer

Sworn to before me this
1st day of March, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

BBVA (SUIZA) S.A.
ATTN: INIGO BERASALUCE / DIRECTOR
ZELTWEG 63
ZURICH CH-8021
SWITZERLAND

BBVA (SUIZA) S.A.
BANCO BILBAO VIZCAYA ARGENTARIAS, S.A.
ATTN: ANA HIDALGO/ ELENA PRIETO
PASEO DE LA CASELLANA, 81 - FLOOR 21
MADRID 28046
SPAIN

Please note that your claim # 51170-09 in the above referenced case and in the amount of $50,000.00 allowed at $30,245.80 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000126332111 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000184983



BANCO SANTANDER INTERNATIONAL
TRANSFEROR: BBVA (SUIZA) S.A.
ATTN: MARCO PRADO
1401 BRICKELL AVE., SUITE 1500
MIAMI, FL 33131

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    57638    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/28/2018                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 28, 2018.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANCA IFIGEST S.P.A. | TRANSFEROR: UNIONE DI BANCHE ITALIANE SPA, ATTN: ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, 50123 FIRENZE   ITALY |
| BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. (NOW BPER BANCA S.P.A.) | TRANSFEROR: CASSA DI RISPARMIO DI PARMA E PIACENZA S.P.A., ATTN: PAOLO MAZZA, VIA SAN CARLO 8/20, 41121 MODENA   ITALY |
| BANCO SANTANDER INTERNATIONAL | TRANSFEROR: BBVA (SUIZA) S.A., ATTN: MARCO PRADO, 1401 BRICKELL AVE., SUITE 1500, MIAMI, FL 33131 |
| BANK HAPOALIM (SWITZERLAND), LTD. | TRANSFEROR: BANK HAPOALIM B.M., STOCKERSTRASSE 33, ZURICH CH-8027 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | TRANSFEROR: BANK HAPOALIM B.M., STOCKERSTRASSE 33, ZURICH CH-8027 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD.,, ATTN. PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | CLEARLY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDRE A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD.,, ATTN. PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD.,, ATTN. PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | CLEARLY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDRE A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE / DIRECTOR, ZELTWEG 63, ZURICH CH-8021 SWITZERLAND |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIAS, S.A., ATTN: ANA HIDALGO/ ELENA PRIETO, PASEO DE LA CASELLANA, 81 - FLOOR 21, MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDREW A. BERNSTEIN, ESQ., 12, RU DE TILSITT, PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: SETH GROSSHANDLER, ESQ., ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| BPER BANCA S.P.A. | TRANSFEROR: CASSA DI RISPARMIO DI PARMA E PIACENZA S.P.A., ATTN: PAOLO MAZZA, VIA SAN CARLO, 8/20, MODENA 41121 ITALY |
| BPER BANCA S.P.A. | TRANSFEROR: INTESA SANPAOLO S.P.A., ATTN: PAOLO MAZZA, VIA SAN CARLO, 8/20, MODENA 41121 ITALY |
| CASSA DI RISPARMIO DI PARMA E PIACENZA S.P.A. | ATTN: PAOLO CAVAZZINI, VIA UNIVERSITA, 1, PARMA 43121 ITALY |
| CASSA DI RISPARMIO DI PARMA E PIACENZA S.P.A. | ATTN: PAOLO CAVAZZINI, VIA UNIVERSITA, 1, PARMA 43121 ITALY |
| CREDIT SUISSE AG | TRANSFEROR: RBS COUTTS BANK AG, PARADEPLATZ 8, ZURICH CH-8001 SWITZERLAND |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE ITALY SPA | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE ITALY SPA | CRAVATH, SWAINE & MOORE LLP, WORLDWIDE PLAZA, ATTN: RICHARD LEVIN, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE ITALY SPA | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| INTESA SANPAOLO S.P.A. | TRANSFEROR: CREDIT SUISSE ITALY SPA, ATTN: ELISA BILLI, VIA VERDI 8, 20121 MILAN   ITALY |

| Claim Name | Address Information |
|---|---|
| INTESA SANPAOLO S.P.A. | ATTN: LUIGI FIORI CARONES, LEGAL DEPARTMENT, VIA VERDI 8, MILANO 20121 ITALY |
| LANDOLT & CIE SA | TRANSFEROR: UBS AG, ATTN: GAETAN CHABBEY, CASE POSTALE 6739, 1002 LAUSANNE SWITZERLAND |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| SAFRA NATIONAL BANK OF NEW YORK | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: ARCELI VARGAS, 546 FIFTH AVENUE, NEW YORK, NY 10036 |
| SAFRA NATIONAL BANK OF NEW YORK | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: ARCELI VARGAS, 546 FIFTH AVENUE, NEW YORK, NY 10036 |
| SAFRA NATIONAL BANK OF NEW YORK | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: ARCELI VARGAS, 546 FIFTH AVENUE, NEW YORK, NY 10036 |
| SAFRA NATIONAL BANK OF NEW YORK | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: ARCELI VARGAS, 546 FIFTH AVENUE, NEW YORK, NY 10036 |
| SAFRA NATIONAL BANK OF NEW YORK | TRANSFEROR: CREDIT SUISSE AG, ATTN: ARCELI VARGAS, 546 FIFTH AVENUE, NEW YORK, NY 10036 |
| UBS AG | TRANSFEROR: BANK J. SAFRA SARASIN LTD., BAHNHOFSTRASSE 45, CH-8001 ZURICH SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UNIONE DI BANCHE ITALIANE SPA | ATTENTION: LUCA BONZANINI, AREA AFFARI LEGALI E CONTENZIOSO, PIAZZA V. VENETO N. 8, BERGAMO 24121 ITALY |
| UNIONE DI BANCHE ITALIANE SPA | ALLEN & OVERY, ATTN: CRAIG BYRNE, VIA MANZONI, 41-43, MILANO 20121 ITALY |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ATTN: ADAM SCOZZAFAVA, RODNEY SQUARE NORTH, MAIL CODE 1605, 1100 NORTH MARKET STREET, WILMINGTON, DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | KIT WEITNAUER, ESQ., ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |

**Total Creditor Count 44**