**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 57623, 57687
:
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 28, 2018, I caused to be served the "Notice of Defective Transfer," dated February 20, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
1st day of March, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in the County of Queens
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000126332239 ***          LBH DEFTRFNTC (MERGE2, TXNUM2) 4000073175



BANCO DO BRASIL S. A.- GRAND CAYMAN BRANCH
ATTN: IDEL ALBERTO BLAJFEDER
80 SHEDDEN ROAD, ELIZABETHAN SQUARE- PHASE 3 BUILDING, 4TH FLOOR
P. O. BOX 1360
GRAND CAYMAN KY1- 1108
 CAYMAN ISLANDS

HESTIA INVESTMENTS DESIGNATED ACTIVITY COMPANY
ATTN: CHRISTOPHER GUTH
3 GEORGE'S DECK, FOURTH FLOOR, IFSC
DUBLIN 1, Y
 IRELAND

**Your transfer  of claim # 27837 is defective for the reason(s) checked below:**

Other Claim is ES0
 Other Transferer does not own claim

Docket Number   57687                    Date:  02/20/2018

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: BRED BANQUE POPULAIRE, C/O ATTESTOR CAPITAL LLP, ATTN: ANKE HEYDENREICH, 20 BALDERTON STREET, LONDON W1K 7PY UNITED KINGDOM |
| BANCO DO BRASIL S. A.- GRAND CAYMAN BRANCH | ATTN: IDEL ALBERTO BLAJFEDER, 80 SHEDDEN ROAD, ELIZABETHAN SQUARE- PHASE 3 BUILDING, 4TH FLOOR, P. O. BOX 1360, GRAND CAYMAN KY1- 1108 CAYMAN ISLANDS |
| HESTIA INVESTMENTS DESIGNATED ACTIVITY COMPANY | ATTN: CHRISTOPHER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR, IFSC, DUBLIN 1, Y IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | ATTN: CHRISTOPHER GUTH, 3 GEORGE'S DECK, FOURTH FLOOR, IFSC, DUBLIN 1  IRELAND |

**Total Creditor Count 4**