**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
 : 
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : 08-13555 (SCC)
 : 
Debtors. : (Jointly Administered)
 : 
------------------------------------------------------------------------x   Ref. Docket Nos. 57737 and 57740

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 28, 2018, I caused to be served the:

   a. "Notice of Hearing," dated February 28, 2018 [Docket No. 57737], and

   b. "Fortieth Notice of Establishment of Combined Omnibus and Claims Hearing Dates Pursuant to Second Amended Case Management Order Implementing Certain Notice and Case Management Procedures," dated February 28, 2018 [Docket No. 57740],

   by causing true and correct copies to be:

   i.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A,

   ii.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed Exhibit B, and

   iii. delivered via electronic mail to those parties listed in the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Catherine Henriquez*
                                             Catherine Henriquez

Sworn to before me this
1st day of March, 2018
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

**EXHIBIT A**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,**- Chapter 11 Case No. 08-13555 (SCC)**
**Overnight Mail – Master Service List**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

| | |
|---|---|
| **LBH_D.I. 57737 and 57740_RETEMAIL_FCM**<br><br>EATON CORPORATION<br>ATTN: GLOBAL TRADE CREDIT DEPARTMENT<br>EATON CENTER<br>1111 SUPERIOR AVENUE<br>CLEVELAND. OH 44114-2584 | **LBH_D.I. 57737 and 57740_RETEMAIL_FCM**<br><br>FAEGRE BAKER DANIELS LLP<br>ATTN: MICHAEL M. KRAUSS<br>(COUNSEL TO 'SANTA FE ENTITIES')<br>2200 WELLS FARGO CENTER<br>90 SOUTH SEVENTH STREET<br>MINNEAPOLIS MN 55402-3901 |
| **LBH_D.I. 57737 and 57740_RETEMAIL_FCM**<br><br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>ATTN: CARREN SHULMAN<br>(COUNSEL TO THE BANK OF NEW YORK MELLON)<br>30 ROCKEFELLER PLAZA 24TH FLOOR<br>NEW YORK, NY  10112 | **LBH_D.I. 57737 and 57740_RETEMAIL_FCM**<br><br>FENSTERSTOCK & PARTNERS LLP<br>ATTN: LANI A. ADLER<br>(COUNSEL TO IFREEDOM DIRECT CROP. &<br>SUBURBAN MORTGAGE CORPORATION)<br>100 BROADWAY, 8TH FLOOR<br>NEW YORK, NY  10005 |

# EXHIBIT C

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic Mail – Master Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | aostrow@beckerglynn.com |
| aalfonso@willkie.com | appleby@chapman.com |
| abeaumont@fklaw.com | aquale@sidley.com |
| abraunstein@riemerlaw.com | arainone@bracheichler.com |
| acaton@kramerlevin.com | arancier@offitkurman.com |
| adam.lanza@dlapiper.com | arheaume@riemerlaw.com |
| adarwin@nixonpeabody.com | arosenblatt@chadbourne.com |
| adiamond@diamondmccarthy.com | arthur.rosenberg@hklaw.com |
| adk@msf-law.com | arwolf@wlrk.com |
| aeckstein@blankrome.com | aschwartz@homerbonner.com |
| aentwistle@entwistle-law.com | aseuffert@lawpost-nyc.com |
| aglenn@kasowitz.com | ashmead@sewkis.com |
| agold@herrick.com | asnow@ssbb.com |
| aisenberg@saul.com | asomers@rctlegal.com |
| akadish@dtlawgroup.com | aunger@sidley.com |
| akolod@mosessinger.com | austin.bankruptcy@publicans.com |
| allison.holubis@wilsonelser.com | avenes@whitecase.com |
| alum@ftportfolios.com | bankruptcy@goodwin.com |
| amartin@sheppardmullin.com | bankruptcy@morrisoncohen.com |
| amcMullen@boultcummings.com | bankruptcy@ntexas-attorneys.com |
| amenard@tishmanspeyer.com | bankruptcymatters@us.nomura.com |
| amh@amhandlerlaw.com | barbra.parlin@hklaw.com |
| andrew.brozman@cliffordchance.com | bbisignani@postschell.com |
| andrew.lourie@kobrekim.com | bcarlson@co.sanmateo.ca.us |
| andrewtenzer@paulhastings.com | bdemay@hsgllp.com |
| angelich.george@arentfox.com | bdk@schlamstone.com |
| angie.owens@skadden.com | benjamin.mintz@apks.com |
| anthony_boccanfuso@aporter.com | bguiney@pbwt.com |

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic Mail – Master Service List**

| | |
|---|---|
| bmanne@tuckerlaw.com | clynch@reedsmith.com |
| bmiller@mofo.com | cohen@sewkis.com |
| boneill@kramerlevin.com | cp@stevenslee.com |
| brosenblum@jonesday.com | cpappas@dilworthlaw.com |
| brotenberg@wolffsamson.com | cparyse@contrariancapital.com |
| broy@rltlawfirm.com | craig.goldblatt@wilmerhale.com |
| bruce.wright@sutherland.com | craigjustinalbert@gmail.com |
| bsellier@rlrpclaw.com | crmomjian@attorneygeneral.gov |
| bstrickland@wtplaw.com | csalomon@beckerglynn.com |
| btrust@mayerbrown.com | cschreiber@winston.com |
| bturk@tishmanspeyer.com | cshore@whitecase.com |
| bwolfe@sheppardmullin.com | cshulman@sheppardmullin.com |
| cahn@clm.com | cszyfer@stroock.com |
| canelas@pursuitpartners.com | cwalsh@mayerbrown.com |
| cbelisle@wfw.com | cward@polsinelli.com |
| cbelmonte@ssbb.com | cweber@ebg-law.com |
| cdesiderio@nixonpeabody.com | cweiss@ingramllp.com |
| cfarley@mccarter.com | dallas.bankruptcy@publicans.com |
| cgoldstein@stcwlaw.com | dave.davis@isgria.com |
| chad.husnick@kirkland.com | david.bennett@tklaw.com |
| chammerman@paulweiss.com | david.livshiz@freshfields.com |
| charles@filardi-law.com | david.powlen@btlaw.com |
| charles_malloy@aporter.com | david.tillem@wilsonelser.com |
| chemrick@thewalshfirm.com | davids@blbglaw.com |
| chipford@parkerpoe.com | davidwheeler@mvalaw.com |
| chris.donoho@hoganlovells.com | dbarber@bsblawyers.com |
| christopher.greco@kirkland.com | dbaumstein@whitecase.com |
| claude.montgomery@dentons.com | dbesikof@loeb.com |

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic Mail – Master Service List**

| | |
|---|---|
| dblack@hsgllp.com | dmcguire@winston.com |
| dcimo@gjb-law.com | dmiller@steinlubin.com |
| dcoffino@cov.com | dmurray@jenner.com |
| dcrapo@gibbonslaw.com | dneier@winston.com |
| ddavis@paulweiss.com | dodonnell@milbank.com |
| ddrebsky@nixonpeabody.com | dpegno@dpklaw.com |
| ddunne@milbank.com | draelson@fisherbrothers.com |
| deggermann@kramerlevin.com | drosenzweig@fulbright.com |
| deggert@freebornpeters.com | drosner@goulstonstorrs.com |
| demetra.liggins@tklaw.com | drosner@kasowitz.com |
| dennis.tracey@hoganlovells.com | dshaffer@wtplaw.com |
| dfelder@orrick.com | dspelfogel@foley.com |
| dflanigan@polsinelli.com | dtatge@ebglaw.com |
| dfliman@kasowitz.com | dtheising@harrisonmoberly.com |
| dgoldberg@hsgllp.com | dwdykhouse@pbwt.com |
| dhayes@mcguirewoods.com | dworkman@bakerlaw.com |
| dhealy@hsgllp.com | easmith@venable.com |
| dheffer@foley.com | ebcalvo@pbfcm.com |
| dhurst@coleschotz.com | ecohen@russellinvestments.com |
| dhw@dhclegal.com | edelucia@hsgllp.com |
| diconzam@gtlaw.com | edward.flanders@pillsburylaw.com |
| djcarragher@daypitney.com | efleck@milbank.com |
| djoseph@stradley.com | efriedman@fklaw.com |
| dkessler@ktmc.com | efriedman@friedmanspring.com |
| dkozusko@willkie.com | ekbergc@lanepowell.com |
| dlemay@chadbourne.com | eleicht@whitecase.com |
| dlipke@vedderprice.com | ellen.halstead@cwt.com |
| dmark@kasowitz.com | emagnelli@bracheichler.com |

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic Mail – Master Service List**

| | |
|---|---|
| emerberg@mayerbrown.com | heiser@chapman.com |
| enkaplan@kaplanlandau.com | hmagaliff@r3mlaw.com |
| eobrien@sbchlaw.com | holsen@stroock.com |
| etillinghast@sheppardmullin.com | hooper@sewkis.com |
| eweinick@otterbourg.com | howard.hawkins@cwt.com |
| ezujkowski@emmetmarvin.com | hseife@chadbourne.com |
| farrington.yates@kobrekim.com | hsnovikoff@wlrk.com |
| fcarruzzo@kramerlevin.com | hsteel@brownrudnick.com |
| ffm@bostonbusinesslaw.com | irethy@stblaw.com |
| fhenn@law.nyc.gov | israel.dahan@cwt.com |
| fhyman@mayerbrown.com | izaur@cgr-law.com |
| foont@foontlaw.com | j.zelloe@stahlzelloe.com |
| fsosnick@shearman.com | jacobsonn@sec.gov |
| gabriel.delvirginia@verizon.net | jalward@blankrome.com |
| gary.ravertpllc@gmail.com | james.berg@piblaw.com |
| gavin.alexander@ropesgray.com | james.mcclammy@dpw.com |
| gbray@milbank.com | james.moore@morganlewis.com |
| ggitomer@mkbattorneys.com | james.sprayregen@kirkland.com |
| ggoodman@foley.com | jamesboyajian@gmail.com |
| giddens@hugheshubbard.com | jamestecce@quinnemanuel.com |
| gkaden@goulstonstorrs.com | jar@outtengolden.com |
| glenn.siegel@morganlewis.com | jay.hurst@oag.state.tx.us |
| gmoss@riemerlaw.com | jay@kleinsolomon.com |
| goldenberg@ssnylaw.com | jbeemer@entwistle-law.com |
| gspilsbury@jsslaw.com | jbrody@americanmlg.com |
| harrisjm@michigan.gov | jbromley@cgsh.com |
| harveystrickon@paulhastings.com | jcarberry@cl-law.com |
| hbeltzer@chadbourne.com | jchristian@tobinlaw.com |

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic Mail – Master Service List**

| | |
|---|---|
| jdoran@haslaw.com | jnm@mccallaraymer.com |
| jdwarner@warnerandscheuerman.com | john.beck@hoganlovells.com |
| jdyas@halperinlaw.net | john.goodchild@morganlewis.com |
| jean-david.barnea@usdoj.gov | john.monaghan@hklaw.com |
| jeanites@whiteandwilliams.com | john.mule@state.mn.us |
| jeannette.boot@wilmerhale.com | john.rapisardi@cwt.com |
| jeff.wittig@united.com | jonathan.goldblatt@bnymellon.com |
| jeldredge@velaw.com | jonathan.henes@kirkland.com |
| jennifer.demarco@cliffordchance.com | jorbach@hahnhessen.com |
| jennifer.gore@shell.com | joseph.cordaro@usdoj.gov |
| jg5786@att.com | joshua.dorchak@morganlewis.com |
| jgenovese@gjb-law.com | jowen769@yahoo.com |
| jguy@orrick.com | joy.mathias@dubaiic.com |
| jhiggins@fdlaw.com | jpintarelli@mofo.com |
| jhorgan@phxa.com | jporter@entwistle-law.com |
| jhuggett@margolisedelstein.com | jprol@lowenstein.com |
| jim@atkinslawfirm.com | jrabinowitz@rltlawfirm.com |
| jjureller@klestadt.com | jrosenthal@mhlawcorp.com |
| jlamar@maynardcooper.com | jrsmith@hunton.com |
| jlawlor@wmd-law.com | jschiller@bsfllp.com |
| jlee@foley.com | jschwartz@hahnhessen.com |
| jlevitin@cahill.com | jsheerin@mcguirewoods.com |
| jlscott@reedsmith.com | jsherman@bsfllp.com |
| jmaddock@mcguirewoods.com | jshickich@riddellwilliams.com |
| jmazermarino@msek.com | jsmairo@pbnlaw.com |
| jmelko@gardere.com | jstoll@mayerbrown.com |
| jmerva@fult.com | jtimko@shutts.com |
| jmr@msf-law.com | judy.morse@crowedunlevy.com |

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic Mail – Master Service List**

| | |
|---|---|
| jvail@ssrl.com | kurt.mayr@bgllp.com |
| jwcohen@daypitney.com | kurt.rademacher@morganlewis.com |
| jwest@velaw.com | ladler@fensterstock.com |
| jwh@njlawfirm.com | landon@slollp.com |
| jzulack@fzwz.com | lapeterson@foley.com |
| kanema@formanlaw.com | lawallf@pepperlaw.com |
| karen.wagner@dpw.com | lawrence.gelber@srz.com |
| karl.geercken@alston.com | lberkoff@moritthock.com |
| kdwbankruptcydepartment@kelleydrye.com | lee.stremba@troutmansanders.com |
| keckhardt@hunton.com | lee.whidden@dentons.com |
| keith.simon@lw.com | lgomez@msek.com |
| kek@crb-law.com | lgranfield@cgsh.com |
| ken.coleman@allenovery.com | lhandelsman@stroock.com |
| kerry.moynihan@hro.com | lisa.solomon@att.net |
| kgwynne@reedsmith.com | ljkotler@duanemorris.com |
| kiplok@hugheshubbard.com | lkatz@ltblaw.com |
| kit.weitnauer@alston.com | lkiss@klestadt.com |
| kkelly@ebglaw.com | lmarinuzzi@mofo.com |
| kkolbig@mosessinger.com | lmcgowen@orrick.com |
| klyman@irell.com | lnashelsky@mofo.com |
| klynch@formanlaw.com | loizides@loizides.com |
| kobak@hugheshubbard.com | lperlman@hsgllp.com |
| korr@orrick.com | lschweitzer@cgsh.com |
| kovskyd@pepperlaw.com | lucdespins@paulhastings.com |
| kressk@pepperlaw.com | mabrams@willkie.com |
| kreynolds@mklawnyc.com | maofiling@cgsh.com |
| krosen@lowenstein.com | margolin@hugheshubbard.com |
| ksebaski@hsgllp.com | mark.bane@ropesgray.com |

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic Mail – Master Service List**

mark.ellenberg@cwt.com

mark.mckane@kirkland.com

mark.salzberg@squirepb.com

mark.sherrill@sutherland.com

maryann.gagliardi@wilmerhale.com

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

mbenner@tishmanspeyer.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcarthurk@sullcrom.com

mccarthyj@sullcrom.com

mcolomar@diazreus.com

mcordone@stradley.com

mcyganowski@oshr.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhanin@kasowitz.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.krauss@faegrebd.com

michael.kraut@morganlewis.com

michael.mccrory@btlaw.com

michael.solow@apks.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mitchell.berger@squirepb.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mpedreira@proskauer.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic Mail – Master Service List**

| | |
|---|---|
| mshuster@hsgllp.com | peisenberg@lockelord.com |
| msolow@kayescholer.com | peter.gilhuly@lw.com |
| mspeiser@stroock.com | peter.meisels@wilsonelser.com |
| mstamer@akingump.com | peter.simmons@friedfrank.com |
| munno@sewkis.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarner@coleschotz.com | pfinkel@wilmingtontrust.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| nathan.spatz@pillsburylaw.com | pmaxcy@sonnenschein.com |
| nbinder@binderschwartz.com | ppascuzzi@ffwplaw.com |
| nbojar@fklaw.com | ppatterson@stradley.com |
| ncoco@mwe.com | psp@njlawfirm.com |
| neal.mann@oag.state.ny.us | ptrostle@jenner.com |
| ned.schodek@shearman.com | raj.madan@skadden.com |
| neil.herman@morganlewis.com | ramona.neal@hp.com |
| neilberger@teamtogut.com | rbeacher@pryorcashman.com |
| ngueron@cgr-law.com | rbernard@foley.com |
| nicholas.zalany@squirepb.com | rbyman@jenner.com |
| nissay_10259-0154@mhmjapan.com | rdaversa@orrick.com |
| nlepore@schnader.com | relgidely@gjb-law.com |
| nlieberman@hsgllp.com | rfriedman@silvermanacampora.com |
| notice@bkcylaw.com | rgmason@wlrk.com |
| nyrobankruptcy@sec.gov | rgoodman@moundcotton.com |
| otccorpactions@finra.org | rgraham@whitecase.com |
| paronzon@milbank.com | rhett.campbell@tklaw.com |
| pbattista@gjb-law.com | richard.lear@hklaw.com |
| pbosswick@ssbb.com | richard@rwmaplc.com |
| pdublin@akingump.com | rick.murphy@sutherland.com |

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)
Electronic Mail – Master Service List**

| | |
|---|---|
| rleek@hodgsonruss.com | scottj@sullcrom.com |
| rmatzat@hahnhessen.com | scottshelley@quinnemanuel.com |
| rnetzer@willkie.com | scousins@armstrongteasdale.com |
| robert.honeywell@klgates.com | sdnyecf@dor.mo.gov |
| robert.malone@dbr.com | sehlers@armstrongteasdale.com |
| robert.yalen@usdoj.gov | sfalanga@thewalshfirm.com |
| robin.keller@lovells.com | sfelderstein@ffwplaw.com |
| roger@rnagioff.com | sfineman@lchb.com |
| ross.martin@ropesgray.com | sfox@mcguirewoods.com |
| rpedone@nixonpeabody.com | sgordon@cahill.com |
| rrainer@wmd-law.com | sgraziano@blbglaw.com |
| rroupinian@outtengolden.com | sgubner@ebg-law.com |
| rterenzi@stcwlaw.com | sharbeck@sipc.org |
| russj4478@aol.com | shari.leventhal@ny.frb.org |
| ryaspan@yaspanlaw.com | shgross5@yahoo.com |
| sabin.willett@morganlewis.com | skatona@polsinelli.com |
| sabramowitz@velaw.com | sldreyfuss@hlgslaw.com |
| sabvanrooy@hotmail.com | sleo@bm.net |
| sally.henry@skadden.com | slerman@ebglaw.com |
| samuel.cavior@pillsburylaw.com | slerner@ssd.com |
| sandyscafaria@eaton.com | sloden@diamondmccarthy.com |
| scargill@lowenstein.com | smillman@stroock.com |
| schager@ssnylaw.com | smulligan@bsblawyers.com |
| schannej@pepperlaw.com | snewman@katskykorins.com |
| schepis@pursuitpartners.com | sory@fdlaw.com |
| schnabel.eric@dorsey.com | squsba@stblaw.com |
| schristianson@buchalter.com | sree@lcbf.com |
| scott.golden@hoganlovells.com | sschultz@akingump.com |

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic Mail – Master Service List**

| | |
|---|---|
| sselbst@herrick.com | tunrad@burnslev.com |
| sskelly@teamtogut.com | uitkin@kasowitz.com |
| sstarr@starrandstarr.com | vguldi@zuckerman.com |
| stephen.cowan@dlapiper.com | villa@slollp.com |
| stephen.hessler@kirkland.com | vmilione@nixonpeabody.com |
| steve.ginther@dor.mo.gov | vrubinstein@loeb.com |
| steven.usdin@flastergreenberg.com | wanda.goodloe@cbre.com |
| streusand@slollp.com | wbenzija@halperinlaw.net |
| susheelkirpalani@quinnemanuel.com | wcurchack@loeb.com |
| swolowitz@mayerbrown.com | wfoster@milbank.com |
| szuber@csglaw.com | will.sugden@alston.com |
| szuch@wiggin.com | wisotska@pepperlaw.com |
| tannweiler@greerherz.com | wk@pwlawyers.com |
| tbrock@ssbb.com | wmaher@wmd-law.com |
| tdewey@dpklaw.com | wmarcari@ebglaw.com |
| tgoren@mofo.com | wmckenna@foley.com |
| thenderson@americanmlg.com | wsilverm@oshr.com |
| thomas.califano@dlapiper.com | wswearingen@llf-law.com |
| timothy.harkness@freshfields.com | wtaylor@mccarter.com |
| tkiriakos@mayerbrown.com | yuwatoko@mofo.com |
| tlauria@whitecase.com | |
| tmacwright@whitecase.com | |
| tmm@mullaw.org | |
| tnixon@gklaw.com | |
| toby.r.rosenberg@irscounsel.treas.gov | |
| tomwelsh@orrick.com | |
| tsalter@blankrome.com | |
| tslome@msek.com | |

**LEHMAN BROTHERS HOLDINGS INC., et al., - Chapter 11 Case No. 08-13555 (SCC)**
**Electronic Mail – Additional Parties**

alfredo.perez@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
robert.lemons@weil.com