WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Tel: (303) 945-7415
Fax: (303) 974-7468
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)

*Attorneys for Debtors Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                         )
In re                                                    )   Chapter 11 Case No.
                                                         )
Lehman Brothers Holdings Inc., et al.,                   )   08-13555 (SCC)
                                                         )
        Debtors.                                         )   Jointly Administered
                                                         )
---------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MARCH 7, 2018 AT 11:00 A.M.[1] (EASTERN TIME)**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, Room 623, One Bowling Green, New York, NY 10004

---

[1] The time of the Hearing has been changed to 11:00 A.M. (EST), with permission of the Court.

## I. CONTESTED MATTER GOING FORWARD:

1. Lehman Brothers Holdings Inc.'s Motion to Estimate RMBS Claims of SASCO 2006-S4 for Reserve Purposes Pursuant to 11 U.S.C. § 502(c) [Docket No. 57682].

    <u>Response Deadline</u>:    February 28, 2018 at 5:00 p.m. (ET).

    <u>Responses Received</u>:

    A. Objection of Wilmington Trust, National Association, as Trustee for Structured Assets Securities Corporation Mortgage Pass-Through Certificates, Series 2006-S4 (the "**Trustee**"), to Lehman Brothers Holdings Inc.'s Motion to Estimate RMBS Claims of SASCO 2006-S4 for Reserve Purposes Pursuant to 11 U.S.C. § 502(c), and Cross-Motion to Estimate RMBS Claims for SASCO 2006-S4 for Reserve Purposes and for Relief from the Protocol Order [Docket No. 57745].

    <u>Related Documents</u>:

    B. Declaration of Neil Lieberman [Docket No. 57743].

    C. Declaration of James H. Aronoff [Docket No. 57744].

    D. Declaration of Edmond Esses [Docket No. 57746].

    E. Declaration of Karl N. Snow [Docket No. 57747].

    F. Motion by Wilmington Trust, National Association for Authority to File under Seal Personally Identifying Information from Documents Pursuant to (I) Bankruptcy Code Section 507(c)(1) and (II) Bankruptcy Rule 9037 [Docket No. 57748].

    G. Lehman Brothers Holdings Inc.'s Reply in Support of Motion to Estimate RMBS Claims of SASCO 2006-S4 for Reserve Purposes Pursuant to 11 U.S.C. § 502(c) [Docket No. 57770].

    **Status**: Only the Trustee's Objection will be going forward at the Hearing. The Trustee's Cross-Motion will not be going forward at the Hearing and will be noticed for a hearing at a later date.

Dated: March 5, 2018
      New York, New York

/s/ Paul V. Shalhoub
Paul V. Shalhoub
Todd G. Cosenza
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)
ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Tel: (303) 945-7415
Fax: (303) 974-7468

*Attorneys for Debtors Lehman Brothers Holdings Inc. and Certain of Its Affiliates*