B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re: Lehman Brothers Holdings Inc., et al.        Case No. 08-13555-scc

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Self-Sufficient Holdings, Ltd.
**Name of Transferee**

The Locator Services Group Ltd.
**Name of Transferor**

Name and Address where notices and payments to transferee should be sent:

Self-Sufficient Holdings, Ltd., PO Box 171492, Boston, MA 02117

Court Claim # (if known): 42121-01

Amount of Claim: $10,301,686.68

Amount of claim allowed at: $7,267,500.00 i.e. 17% of original allowed claim of $42,750,000.00

Date Claim Filed: 10/19/2009

Phone: 617-549-0064

Phone: 617-859-0600 ext 419

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 2-16-18
Transferee/Transferee's Agent
Self-Sufficient Holdings, Ltd.
Kim Sawyer, President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

[RECEIVED MAR -1 2018 U.S. BANKRUPTCY COURT S. DIST. OF NEW YORK]