WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza
Joseph G. Davis (*pro hac vice*)
Benjamin P. McCallen

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 945-7468
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)

*Attorneys for Debtors Lehman Brothers Holdings Inc.*
*and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                         )
In re                                                    )    Case No. 08-13555 (SCC)
                                                         )
Lehman Brothers Holdings Inc., *et al.*,                 )    Chapter 11
                                                         )
            Debtors.                                     )    Jointly Administered
                                                         )
---------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing originally scheduled for March 7, 2018 at 11:00 a.m. (EST) on *Lehman Brothers Holdings Inc.'s Motion to Estimate RMBS Claims of SASCO 2006-S4 for Reserve Purposes Pursuant to 11 U.S.C. § 502(c)* [Docket No. 57682] (the "**Reserve Motion**") has been rescheduled to **Thursday, March 8, 2018 at 10:00 a.m. (Eastern Time)** (the "**Hearing**") before the Honorable Shelley C. Chapman at the United States

Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 623, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the Court may further adjourn the Hearing on the Reserve Motion from time to time in its discretion.

Dated: March 7, 2018
New York, New York

By: /s/ Paul V. Shalhoub
Todd G. Cosenza
Paul V. Shalhoub
Joseph G. Davis (*pro hac vice*)
Benjamin P. McCallen
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202
Telephone: (303) 573-1600
Facsimile: (303) 573-8133

*Attorneys for Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation*