Schedule 1

Purchased Claim
Total Allowed Purchased Claim USD 28,382.12 of USD 158,075,099.50 (i.e. the Total Proposed Allowed Claim Amount).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Accrued Amount (as of Proof of Claim Filing Date) | Allowed Amount (USD) |
|---|---|---|---|---|---|---|
| Eur 4 LEHMAN BROTHERS TREASURY BV 2007-2011 | XS0305646696 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 5,000.00 (equivalent to USD 7,075.50) | EUR 5,,000.00 (equivalent to USD 7,075,50) | 7,095.53 |
| Eur 4 LEHMAN BROTHERS TREASURY BV 2007-2012 | XS0302634059 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 15,000.00 (equivalent to USD 21,226.50 ) | EUR 15,000.00 (Equivalent to USD 21,226.50) | 21,286.59 |

BANCA MONTE DEI PASCHI DI SIENA SPA

UNIONE DI BANCHE ITALIANE SPA