UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (SCC)
                                                                  :
                              Debtors.                            :   (Jointly Administered)
                                                                  :
------------------------------------------------------------------x   Ref. Docket No. 57768

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 1, 2018, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Global Release Agreement with the Bank of New York Mellon and Certain Affiliates," dated March 1, 2018 [Docket No. 57768], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed in the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
5th day of March, 2018
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

**Lehman Brothers Holding Inc., *et al*. – 08-13555 (SCC)**
**Overnight Mail Master Service List**

**OFFICE OF THE US TRUSTEE**
**U.S. FEDERAL OFFICE BUILDING**
**ATTN: WILLIAM K. HARRINGTON, ESQ.,**
**SUSAN D. GOLDEN, ESQ.**
**ANDREA B. SCHWARTZ, ESQ.**
**201 VARICK STREET, ROOM 1006**
**NEW YORK, NY 10014**

**OFFICE OF THE UNITED STATES TRUSTEE**
**ATTN: JOSEPH T. NADKARNI, CFA**
**SENIOR BANKRUPTCY ANALYST**
**201 VARICK STREET – SUITE 1006**
**NEW YORK, NEW YORK 10014**

# EXHIBIT B

**Lehman Brothers Holding Inc., *et al*. – 08-13555 (SCC)**
**Electronic Mail Additional Parties List**

ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com
gbray@milbank.com
paronzon@milbank.com
wfoster@milbank.com