**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x    Ref. Docket No. 57777

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 7, 2018, I caused to be served the "Notice of Adjournment of Hearing," *regarding rescheduled hearing to March 8, 2018 at 10:00 A.M.*, dated March 7, 2018 [Docket No. 57777], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed in the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
8th day of March, 2018
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

Lehman Brothers Holdings Inc.
Overnight Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | aostrow@beckerglynn.com |
| aalfonso@willkie.com | appleby@chapman.com |
| abeaumont@fklaw.com | aquale@sidley.com |
| abraunstein@riemerlaw.com | arainone@bracheichler.com |
| acaton@kramerlevin.com | arancier@offitkurman.com |
| adam.lanza@dlapiper.com | arheaume@riemerlaw.com |
| adarwin@nixonpeabody.com | arosenblatt@chadbourne.com |
| adiamond@diamondmccarthy.com | arthur.rosenberg@hklaw.com |
| adk@msf-law.com | arwolf@wlrk.com |
| aeckstein@blankrome.com | aschwartz@homerbonner.com |
| aentwistle@entwistle-law.com | aseuffert@lawpost-nyc.com |
| aglenn@kasowitz.com | ashmead@sewkis.com |
| agold@herrick.com | asnow@ssbb.com |
| aisenberg@saul.com | asomers@rctlegal.com |
| akadish@dtlawgroup.com | aunger@sidley.com |
| akolod@mosessinger.com | austin.bankruptcy@publicans.com |
| allison.holubis@wilsonelser.com | avenes@whitecase.com |
| alum@ftportfolios.com | bankruptcy@goodwin.com |
| amartin@sheppardmullin.com | bankruptcy@morrisoncohen.com |
| amcmullen@boultcummings.com | bankruptcy@ntexas-attorneys.com |
| amenard@tishmanspeyer.com | bankruptcymatters@us.nomura.com |
| amh@amhandlerlaw.com | barbra.parlin@hklaw.com |
| andrew.brozman@cliffordchance.com | bbisignani@postschell.com |
| andrew.lourie@kobrekim.com | bcarlson@co.sanmateo.ca.us |
| andrewtenzer@paulhastings.com | bdemay@hsgllp.com |
| angelich.george@arentfox.com | bdk@schlamstone.com |
| angie.owens@skadden.com | benjamin.mintz@apks.com |
| anthony_boccanfuso@aporter.com | bguiney@pbwt.com |

1

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| bmanne@tuckerlaw.com | clynch@reedsmith.com |
| bmiller@mofo.com | cohen@sewkis.com |
| boneill@kramerlevin.com | cp@stevenslee.com |
| brosenblum@jonesday.com | cpappas@dilworthlaw.com |
| brotenberg@wolffsamson.com | cparyse@contrariancapital.com |
| broy@rltlawfirm.com | craig.goldblatt@wilmerhale.com |
| bruce.wright@sutherland.com | craigjustinalbert@gmail.com |
| bsellier@rlrpclaw.com | crmomjian@attorneygeneral.gov |
| bstrickland@wtplaw.com | csalomon@beckerglynn.com |
| btrust@mayerbrown.com | cschreiber@winston.com |
| bturk@tishmanspeyer.com | cshore@whitecase.com |
| bwolfe@sheppardmullin.com | cshulman@sheppardmullin.com |
| cahn@clm.com | cszyfer@stroock.com |
| canelas@pursuitpartners.com | cwalsh@mayerbrown.com |
| cbelisle@wfw.com | cward@polsinelli.com |
| cbelmonte@ssbb.com | cweber@ebg-law.com |
| cdesiderio@nixonpeabody.com | cweiss@ingramllp.com |
| cfarley@mccarter.com | dallas.bankruptcy@publicans.com |
| cgoldstein@stcwlaw.com | dave.davis@isgria.com |
| chad.husnick@kirkland.com | david.bennett@tklaw.com |
| chammerman@paulweiss.com | david.livshiz@freshfields.com |
| charles@filardi-law.com | david.powlen@btlaw.com |
| charles_malloy@aporter.com | david.tillem@wilsonelser.com |
| chemrick@thewalshfirm.com | davids@blbglaw.com |
| chipford@parkerpoe.com | davidwheeler@mvalaw.com |
| chris.donoho@hoganlovells.com | dbarber@bsblawyers.com |
| christopher.greco@kirkland.com | dbaumstein@whitecase.com |
| claude.montgomery@dentons.com | dbesikof@loeb.com |

2

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| dblack@hsgllp.com | dmcguire@winston.com |
| dcimo@gjb-law.com | dmiller@steinlubin.com |
| dcoffino@cov.com | dmurray@jenner.com |
| dcrapo@gibbonslaw.com | dneier@winston.com |
| ddavis@paulweiss.com | dodonnell@milbank.com |
| ddrebsky@nixonpeabody.com | dpegno@dpklaw.com |
| ddunne@milbank.com | draelson@fisherbrothers.com |
| deggermann@kramerlevin.com | drosenzweig@fulbright.com |
| deggert@freebornpeters.com | drosner@goulstonstorrs.com |
| demetra.liggins@tklaw.com | drosner@kasowitz.com |
| dennis.tracey@hoganlovells.com | dshaffer@wtplaw.com |
| dfelder@orrick.com | dspelfogel@foley.com |
| dflanigan@polsinelli.com | dsullivan@hsgllp.com |
| dfliman@kasowitz.com | dtatge@ebglaw.com |
| dgoldberg@hsgllp.com | dtheising@harrisonmoberly.com |
| dhayes@mcguirewoods.com | dwdykhouse@pbwt.com |
| dhealy@hsgllp.com | dworkman@bakerlaw.com |
| dheffer@foley.com | easmith@venable.com |
| dhurst@coleschotz.com | ebcalvo@pbfcm.com |
| dhw@dhclegal.com | ecohen@russellinvestments.com |
| diconzam@gtlaw.com | edelucia@hsgllp.com |
| djcarragher@daypitney.com | edward.flanders@pillsburylaw.com |
| djoseph@stradley.com | efleck@milbank.com |
| dkessler@ktmc.com | efriedman@fklaw.com |
| dkozusko@willkie.com | efriedman@friedmanspring.com |
| dlemay@chadbourne.com | ekbergc@lanepowell.com |
| dlipke@vedderprice.com | eleicht@whitecase.com |
| dmark@kasowitz.com | ellen.halstead@cwt.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| emagnelli@bracheichler.com | hbeltzer@chadbourne.com |
| emerberg@mayerbrown.com | heiser@chapman.com |
| enkaplan@kaplanlandau.com | hmagaliff@r3mlaw.com |
| eobrien@sbchlaw.com | holsen@stroock.com |
| etillinghast@sheppardmullin.com | hooper@sewkis.com |
| eweinick@otterbourg.com | howard.hawkins@cwt.com |
| ezujkowski@emmetmarvin.com | hseife@chadbourne.com |
| farrington.yates@kobrekim.com | hsnovikoff@wlrk.com |
| fcarruzzo@kramerlevin.com | hsteel@brownrudnick.com |
| ffm@bostonbusinesslaw.com | irethy@stblaw.com |
| fhenn@law.nyc.gov | israel.dahan@cwt.com |
| fhyman@mayerbrown.com | j.zelloe@stahlzelloe.com |
| foont@foontlaw.com | jacobsonn@sec.gov |
| fsosnick@shearman.com | jalward@blankrome.com |
| gabriel.delvirginia@verizon.net | james.berg@piblaw.com |
| gary.ravertpllc@gmail.com | james.mcclammy@dpw.com |
| gavin.alexander@ropesgray.com | james.moore@morganlewis.com |
| gbray@milbank.com | james.sprayregen@kirkland.com |
| ggitomer@mkbattorneys.com | jamesboyajian@gmail.com |
| ggoodman@foley.com | jamestecce@quinnemanuel.com |
| giddens@hugheshubbard.com | jar@outtengolden.com |
| gkaden@goulstonstorrs.com | jay.hurst@oag.state.tx.us |
| glenn.siegel@morganlewis.com | jay@kleinsolomon.com |
| gmoss@riemerlaw.com | jbeemer@entwistle-law.com |
| goldenberg@ssnylaw.com | jbrody@americanmlg.com |
| gspilsbury@jsslaw.com | jbromley@cgsh.com |
| harrisjm@michigan.gov | jcarberry@cl-law.com |
| harveystrickon@paulhastings.com | jchristian@tobinlaw.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| jdoran@haslaw.com | jnm@mccallaraymer.com |
| jdwarner@warnerandscheuerman.com | john.beck@hoganlovells.com |
| jdyas@halperinlaw.net | john.goodchild@morganlewis.com |
| jean-david.barnea@usdoj.gov | john.monaghan@hklaw.com |
| jeanites@whiteandwilliams.com | john.mule@state.mn.us |
| jeannette.boot@wilmerhale.com | john.rapisardi@cwt.com |
| jeff.wittig@united.com | jonathan.goldblatt@bnymellon.com |
| jeldredge@velaw.com | jonathan.henes@kirkland.com |
| jennifer.demarco@cliffordchance.com | jorbach@hahnhessen.com |
| jennifer.gore@shell.com | joseph.cordaro@usdoj.gov |
| jg5786@att.com | joshua.dorchak@morganlewis.com |
| jgenovese@gjb-law.com | jowen769@yahoo.com |
| jguy@orrick.com | joy.mathias@dubaiic.com |
| jhiggins@fdlaw.com | jpintarelli@mofo.com |
| jhorgan@phxa.com | jporter@entwistle-law.com |
| jhuggett@margolisedelstein.com | jprol@lowenstein.com |
| jim@atkinslawfirm.com | jrabinowitz@rltlawfirm.com |
| jjureller@klestadt.com | jrosenthal@mhlawcorp.com |
| jlamar@maynardcooper.com | jrsmith@hunton.com |
| jlawlor@wmd-law.com | jschiller@bsfllp.com |
| jlee@foley.com | jschwartz@hahnhessen.com |
| jlevitin@cahill.com | jsheerin@mcguirewoods.com |
| jlscott@reedsmith.com | jsherman@bsfllp.com |
| jmaddock@mcguirewoods.com | jshickich@riddellwilliams.com |
| jmazermarino@msek.com | jsmairo@pbnlaw.com |
| jmelko@gardere.com | jstoll@mayerbrown.com |
| jmerva@fult.com | jtimko@shutts.com |
| jmr@msf-law.com | judy.morse@crowedunlevy.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| jvail@ssrl.com | kurt.mayr@bgllp.com |
| jwcohen@daypitney.com | kurt.rademacher@morganlewis.com |
| jwest@velaw.com | ladler@fensterstock.com |
| jwh@njlawfirm.com | landon@slollp.com |
| jzulack@fzwz.com | lapeterson@foley.com |
| kanema@formanlaw.com | lawallf@pepperlaw.com |
| karen.wagner@dpw.com | lawrence.gelber@srz.com |
| karl.geercken@alston.com | lberkoff@moritthock.com |
| kdwbankruptcydepartment@kelleydrye.com | lee.stremba@troutmansanders.com |
| keckhardt@hunton.com | lee.whidden@dentons.com |
| keith.simon@lw.com | lgomez@msek.com |
| kek@crb-law.com | lgranfield@cgsh.com |
| ken.coleman@allenovery.com | lhandelsman@stroock.com |
| kerry.moynihan@hro.com | lisa.solomon@att.net |
| kgwynne@reedsmith.com | ljkotler@duanemorris.com |
| kiplok@hugheshubbard.com | lkatz@ltblaw.com |
| kit.weitnauer@alston.com | lkiss@klestadt.com |
| kkelly@ebglaw.com | lmarinuzzi@mofo.com |
| kkolbig@mosessinger.com | lmcgowen@orrick.com |
| klyman@irell.com | lnashelsky@mofo.com |
| klynch@formanlaw.com | loizides@loizides.com |
| kobak@hugheshubbard.com | lperlman@hsgllp.com |
| korr@orrick.com | lschweitzer@cgsh.com |
| kovskyd@pepperlaw.com | lucdespins@paulhastings.com |
| kressk@pepperlaw.com | mabrams@willkie.com |
| kreynolds@mklawnyc.com | maofiling@cgsh.com |
| krosen@lowenstein.com | marc.roitman@ropesgray.com |
| ksebaski@hsgllp.com | margolin@hugheshubbard.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| mark.bane@ropesgray.com | mhopkins@cov.com |
| mark.ellenberg@cwt.com | michael.frege@cms-hs.com |
| mark.mckane@kirkland.com | michael.kelly@monarchlp.com |
| mark.salzberg@squirepb.com | michael.krauss@faegrebd.com |
| mark.sherrill@sutherland.com | michael.kraut@morganlewis.com |
| maryann.gagliardi@wilmerhale.com | michael.mccrory@btlaw.com |
| matt@willaw.com | michael.solow@apks.com |
| matthew.klepper@dlapiper.com | millee12@nationwide.com |
| maustin@orrick.com | miller@taftlaw.com |
| mbenner@tishmanspeyer.com | mimi.m.wong@irscounsel.treas.gov |
| mbienenstock@proskauer.com | mitchell.ayer@tklaw.com |
| mbloemsma@mhjur.com | mitchell.berger@squirepb.com |
| mbossi@thompsoncoburn.com | mjedelman@vedderprice.com |
| mcademartori@sheppardmullin.com | mjr1@westchestergov.com |
| mcarthurk@sullcrom.com | mlahaie@akingump.com |
| mccarthyj@sullcrom.com | mlandman@lcbf.com |
| mcolomar@diazreus.com | mlichtenstein@crowell.com |
| mcordone@stradley.com | mlynch2@travelers.com |
| mcyganowski@oshr.com | mmorreale@us.mufg.jp |
| mdorval@stradley.com | mneier@ibolaw.com |
| melorod@gtlaw.com | monica.lawless@brookfieldproperties.com |
| meltzere@pepperlaw.com | mpage@kelleydrye.com |
| metkin@lowenstein.com | mparry@mosessinger.com |
| mfeldman@willkie.com | mpedreira@proskauer.com |
| mgordon@briggs.com | mrosenthal@gibsondunn.com |
| mgreger@allenmatkins.com | mruetzel@whitecase.com |
| mh1@mccallaraymer.com | mschimel@sju.edu |
| mhanin@kasowitz.com | msegarra@mayerbrown.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| mshiner@tuckerlaw.com | pdublin@akingump.com |
| mshuster@hsgllp.com | peisenberg@lockelord.com |
| msolow@kayescholer.com | peter.gilhuly@lw.com |
| mspeiser@stroock.com | peter.meisels@wilsonelser.com |
| mstamer@akingump.com | peter.simmons@friedfrank.com |
| munno@sewkis.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarner@coleschotz.com | pfinkel@wilmingtontrust.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| nathan.spatz@pillsburylaw.com | pmaxcy@sonnenschein.com |
| nbinder@binderschwartz.com | ppascuzzi@ffwplaw.com |
| nbojar@fklaw.com | ppatterson@stradley.com |
| ncoco@mwe.com | psp@njlawfirm.com |
| neal.mann@oag.state.ny.us | ptrostle@jenner.com |
| ned.schodek@shearman.com | raj.madan@skadden.com |
| neil.herman@morganlewis.com | ramona.neal@hp.com |
| neilberger@teamtogut.com | rbeacher@pryorcashman.com |
| ngueron@cgr-law.com | rbernard@foley.com |
| nicholas.zalany@squirepb.com | rbyman@jenner.com |
| nissay_10259-0154@mhmjapan.com | rdaversa@orrick.com |
| nlepore@schnader.com | relgidely@gjb-law.com |
| nlieberman@hsgllp.com | rfriedman@silvermanacampora.com |
| notice@bkcylaw.com | rgmason@wlrk.com |
| nyrobankruptcy@sec.gov | rgoodman@moundcotton.com |
| otccorpactions@finra.org | rgraham@whitecase.com |
| paronzon@milbank.com | rhett.campbell@tklaw.com |
| pbattista@gjb-law.com | richard.lear@hklaw.com |
| pbosswick@ssbb.com | richard@rwmaplc.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| rick.murphy@sutherland.com | scott.golden@hoganlovells.com |
| rleek@hodgsonruss.com | scottj@sullcrom.com |
| rmatzat@hahnhessen.com | scottshelley@quinnemanuel.com |
| rnetzer@willkie.com | scousins@armstrongteasdale.com |
| robert.honeywell@klgates.com | sdnyecf@dor.mo.gov |
| robert.malone@dbr.com | sehlers@armstrongteasdale.com |
| robert.yalen@usdoj.gov | sfalanga@thewalshfirm.com |
| robin.keller@lovells.com | sfelderstein@ffwplaw.com |
| roger@rnagioff.com | sfineman@lchb.com |
| ross.martin@ropesgray.com | sfox@mcguirewoods.com |
| rpedone@nixonpeabody.com | sgordon@cahill.com |
| rrainer@wmd-law.com | sgraziano@blbglaw.com |
| rroupinian@outtengolden.com | sgubner@ebg-law.com |
| rterenzi@stcwlaw.com | sharbeck@sipc.org |
| russj4478@aol.com | shari.leventhal@ny.frb.org |
| ryaspan@yaspanlaw.com | shgross5@yahoo.com |
| sabin.willett@morganlewis.com | skatona@polsinelli.com |
| sabramowitz@velaw.com | sldreyfuss@hlgslaw.com |
| sabvanrooy@hotmail.com | sleo@bm.net |
| sally.henry@skadden.com | slerman@ebglaw.com |
| samuel.cavior@pillsburylaw.com | slerner@ssd.com |
| sandyscafaria@eaton.com | sloden@diamondmccarthy.com |
| scargill@lowenstein.com | smillman@stroock.com |
| schager@ssnylaw.com | smulligan@bsblawyers.com |
| schannej@pepperlaw.com | snewman@katskykorins.com |
| schepis@pursuitpartners.com | sory@fdlaw.com |
| schnabel.eric@dorsey.com | squsba@stblaw.com |
| schristianson@buchalter.com | sree@lcbf.com |

Lehman Brothers Holdings Inc.
Email Service List

sschultz@akingump.com

sselbst@herrick.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

streusand@slollp.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuber@csglaw.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tgoren@mofo.com

tgrinsell@hsgllp.com

thenderson@americanmlg.com

thomas.califano@dlapiper.com

timothy.harkness@freshfields.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmm@mullaw.org

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

uitkin@kasowitz.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

yuwatoko@mofo.com

Lehman Brothers Holdings Inc.
Email Service List

**Additional Emails**

alfredo.perez@weil.com

bheidlage@hsgllp.com

dblack@hsgllp.com

garrett.fail@weil.com

jacqueline.marcus@weil.com

kit.weitnauer@alston.com

mshuster@hsgllp.com

nlieberman@hsgllp.com

robert.lemons@weil.com