**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                                                 )
  In re                                                    )     Case No. 08-13555 (SCC)
                                                            )
  Lehman Brothers Holdings Inc., et al.,      )     Chapter 11
                                                            )
                             Debtors.        )     Jointly Administered
                                                            )
------------------------------------------------------------ x

**ORDER ESTIMATING FOR RESERVE PURPOSES**
**THE SASCO 2006-S4 CLAIMS**

Upon consideration of the motion (the "Motion")[1] of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* (the "Plan"), on behalf of itself and the other affiliated debtors in the above-captioned cases (collectively, the "LBHI Debtors"), to estimate the SASCO 2006-S4 Claims for reserve purposes, pursuant to section 502(c) of title 11 of the United States Code (the "Bankruptcy Code"), all as more fully described in the Motion; and upon consideration of the *Objection Of Wilmington Trust, National Association, As Trustee For Structured Assets Securities Corporation Mortgage Pass-Through Certificates, Series 2006-S4, To Lehman Brothers Holdings Inc.'s Motion To Estimate RMBS Claims Of SASCO 2006-S4 For Reserve Purposes Pursuant To 11 U.S.C. § 502(C), And Cross-Motion To Estimate RMBS Claims For SASCO 2006-S4 For Reserve Purposes And For Relief From The Protocol Order* [Docket No. 57745] (the "Objection"); and this Court having considered the briefing and argument of the parties concerning the Motion and Objection at a hearing conducted on March 8, 2018 (the "Hearing"),

---

[1]     Capitalized terms not defined herein have the same meanings ascribed to them in the Motion.

during which time all interested parties were offered an opportunity to be heard with respect to the Motion and the Objection; and the Court having determined that SASCO 2006-S4 Claims should be estimated for reserve purposes at an amount equal to what would have been the SASCO 2006-S4 Trust's Allocable Share (as defined in the RMBS Settlement Agreement) of $4.75 billion, which sum is equal to $69,587,500; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.), Article XIV of the Plan and paragraph 77 of the order confirming the Plan; and it appearing that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this proceeding on the Motion is a core proceeding pursuant to 28 U.S.C. §157(b); and notice of the Motion having been provided in the manner described in the Motion; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The SASCO 2006-S4 Claims shall be estimated, for reserve purposes only, at $69,587,500.

2. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

3. All objections to the Motion or the relief requested therein that have not been withdrawn, waived, or settled, and all reservations of rights included therein, are overruled on the merits.

4. The Plan Administrator is authorized to take all action necessary to the relief granted in this Order.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: March 15, 2018
      New York, New York

    /S/ Shelley C. Chapman
    THE HONORABLE SHELLEY C. CHAPMAN
    UNITED STATES BANKRUPTCY JUDGE

08-13555-mg    Doc 57786    Filed 03/15/18    Entered 03/15/18 13:22:32    Main Document
Pg 3 of 3