REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
Eric A. Schaffer (ES-6415)
Michael J. Venditto (MV-6715)

*Counsel to The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited, in their representative capacities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13555 (JMP)**<br>**(Jointly Administered)**<br><br>Refers to Dkt. Nos.<br>22010, 22766 and 22970 |

**WITHDRAWAL OF THE OBJECTION OF THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AND BNY MELLON CORPORATE TRUSTEE SERVICES LIMITED TO ASSUMPTION OF DERIVATIVE CONTRACTS PURSUANT TO THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS INC. AND ITS AFFILIATED DEBTORS**

The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., and any affiliate thereof, through its Corporate Trust Department, and BNY Corporate Trustee Services Limited, each as trustee, indenture trustee, agent, or in its other representative capacity (collectively, the "Trustee") for the holders (the "Holders") of certain notes, certificates, bonds, or other interests issued pursuant to structures created by the Debtors or their affiliates that have entered into derivative contracts with one or more Debtors, by their undersigned counsel, hereby withdraws, with prejudice, the Objection of The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited to

Assumption of Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors[ECF No. 22010], filed on November 11, 2011, as amended on November 29, 2011 [ECF No. 22766], and December 5, 2011 [ECF 22970].

Dated: March 16, 2018
      New York, New York

Respectfully Submitted,

REED SMITH LLP

By:   *Michael J. Venditto*
Eric A. Schaffer (ES-6415)
Michael J. Venditto (MV-6715)
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450

*Counsel to The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A. and BNY Mellon Corporate Trustee Services Limited, in their representative capacities*