Attn. Mr. William J. Fox
LEHMAN BROTHERS HOLDINGS INC.
1271 Avenue of The Americas 35 th FLOOR
New York, NY 10020
United States of America

K. Norimatsu
2-4-306, Nakazato-Cho,
2-Chome, Kitaku, Kobe-City
Hyogo-Pref., 651-1103
Japan
TEL 0+11( your National No.) +81
−90−1594−6136

February 22, 2018

Ref. LEHMAN BROTHERS HOLDINGS INC., et al.

Dear sirs,
Would you kindly please remit the money to investors listed yours record as bellows ? ;

10% of invested account times pasted years to customers in dispute soonest possible.

Please keep the money invested to the end of the company.

Please do these plocedure to customers year by year after settlement of accounts in the course of due.

How about set a new section or division of new contract and remittance ?

How about the new contract will be necessary over 10,000 dollars as the money of investment at initial ?

1

RECEIVED FEB 2 8 2018 U.S BANKRUPTCY COURT SD DIST OF NEW YORK

So far please keep 10% allotment of amount invested/

Secondly please put Messrs. or another title of honor front of the name at any time in documents.

Thirdly please leave the money of the budget calculated from my allotment so as to avoid remittance from here as much as possible.

Your kind attention will be highly appreciated.

                                                    Yours sincerely,
K. Norimatsu

*K. Norimatsu* _____ signature