HSBC Private Bank (Suisse) SA

9-17 Quai des Bergues

PO Box 2888 – Geneva 1

Switzerland



United States Bankruptcy Court

Southern District of New York

Attn: Lehman Brothers Holdings INC

One Bowling Green, New York, NY 10004-1408

**Subject: Confirmation of duplicate filing, docket 57694**

Dear Mary,

Please kindly use this letter as a written confirmation that the transfer documents filed in on February 6, 2018 (Docket Number 57694) are the exact same duplicate of the transfer filed on January 25, 2018 sent by Southey Capital LTD under docket number 57625.

Could you please kindly reject the duplicate Docket Number 57694?

We would be very grateful for your assistance!

Geneva, 13.03.2018

Cyril FRESNAY

Jérôme Rüttimann
Associate Director

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 08-13555-scc



In re:

Lehman Brothers Holdings Inc. Debtor

("the Debtors")

NOTICE OF WITHDRAWAL OF DUPLICATE TRANSFER OF CLAIM NUMBER 51762

**PLEASE TAKE NOTICE** that, **HSBC Private Bank (Suisse) SA** hereby withdraws the Transfer of Claim Number 51762 (Docket Number 57694) to Southey Capital LTD, as Transferee. Docket number 57694 is a duplicate filing to the transfer previously filed under docket number 57625 filed on January 25, 2018.

Respectfully submitted, this 13th day March 2018.

HSBC Private Bank (Suisse) SA

Cyril FRESNAY

Jérôme Rüttimann
Associate Director

UNITED STATES BANKRUPTCY COURT
Southern District of New York

0 5 MARS 2018

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   transferor   refers to the claimant who is selling or otherwise assigning its claim. While   transferee   refers to the party who is purchasing or otherwise being assigned the claim.

To:   BAR(23) MAILID *** 000126321668 ***       LBH TRFNTC (MERGE2, TXNUM2) 4000127469



HSBC PRIVATE BANK SUISSE SA
ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER
QUAI GENERAL-GUISAN 2
GENEVA 3 1211
SWITZERLAND

Please note that your claim # 51762-64 in the above referenced case and in the amount of $200,000.00 allowed at $75,754.20 has been transferred (unless previously expunged by court order)

SOUTHEY CAPITAL LTD.
TRANSFEROR: HSBC PRIVATE BANK SUISSE SA
ATTN: ROBERT SOUTHEY
ENSIGN HOUSE, SUITE 17
2 ADMIRALS WAY
LONDON E14 9XQ
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However   IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

*Please reject*

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER   57694   in your objection. If you file an objection, a hearing will be scheduled.   IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

Date: 02/23/2018       Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 23, 2018.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



LBH TRFNTC (MERGE2, TXNUM2) 4000127469

To: BAR(23) MAILID *** 000126321668 ***



HSBC PRIVATE BANK SUISSE SA
ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER
QUAI GENERAL-GUISAN 2
GENEVA 3 1211
SWITZERLAND

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK