

# LANDOLT
## &CIE SA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Attn: Lehman Brother Holdings Inc.
One Bowling Green
New York, NY 10004-1408
USA

Geneva, March 8 2018
Our ref: ECU



<u>Re</u>:    **Lehman Brothers Holding Inc., et al., Debtors
Chapter 11, Case No. 08.13555(JMP) (Jointly Administred)
TRANSFER OF CLAIM**

Dear Sirs,

Acting as authorised representatives of Landolt & Cie SA, we are pleased to request the transfer of a portion of the claim number 55837.04 filled in the name of Banque Pictet & Cie SA (Transferor) to Landolt & Cie SA (Transferee).

In order to support our transfer request, please find enclosed herewith the following documents duly completed and signed by Transferor and/or the Transferee.

-   Form 210 A duly signed by the Transferee;
-   Evidence of Transfer of Claim duly signed by the Transferor;
-   Schedule 1 the Evidence of Transfer of Claim

We would be much appreciative if you could acknowledge receipt of the present request and confirm the transfer, either by email (lanbackoff@landoltetcie.ch), fax (+41.21.321.33.59), telephone (+41.21.321.33.86.) or post mail to the attention of Mr. Gaëtan Chabbey.
Should you neeed any further information, please do not hesitate to contact the above-named.

Yours sincerely,

Landolt & Cie SA

Gaëtan Chabbey
Assistant Vice-President

Christos Bertalan
Authorized Officer

**BANQUIERS DEPUIS 1780**

LANDOLT & CIE SA  .  CHEMIN DE ROSENECK 6  .  CH 1006 LAUSANNE  .  SUISSE  .  T +41 21 320 33 11  .  F +41 21 321 33 00
WWW.LANDOLTETCIE.CH  .  CHE-105.925.897 TVA

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Banque Pictet & Cie SA ("Transferor")** unconditionally and irrevocably transferred to **Landolt & Cie SA ("Transferee")** all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55837.04**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administrated), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

      Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON FEBRUARY 15, 2018

**Banque Pictet & Cie SA**

By: ...............................

Name: David Aeschlimann

Title: Vice President

By: ...............................

Name: Mélanie Pichonnaz

Title: Officer

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim :

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0328922645 | 55837.04 | October 29, 2009 | Lehman Brothers Treasury BV | USD 200'000 |
| | | | | |

**Allowed Claim Amount = USD 200'000.00**