UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

LEHMAN BROTHERS HOLDINGS INC., et al.

Debtors.
---------------------------------------------------------------x

Chapter 11
Case No. 08-13555 (SCC)

## ORDER DIRECTING THE RELEASE OF DOCUMENTS

UPON Creditor Fondo de Proteccion Social de los Depositos Bancarios, f/k/a Fondo de Proteccion Social de los Depositos Bancarios y Proteccion Bancaria's ("FOGADE['s]") Motion for an Order Directing that the Debtors, their agents, servants and employees, including the Plan Administrator, Debtors' counsel and Epiq Systems, Inc. release all settlement agreements and any related documents pertaining to the allowed claims 62722 and 62726 to FOGADE and FOGADE's counsel, White & Wolnerman, PLLC; and upon review of the Motion of FOGADE's counsel dated February 15, 2018, the supporting Declaration of Gustavo Soto M., FOGADE's International Representative and the Exhibits in support of the Motion; and the Motion having been noticed for a hearing on March 27, 2018 at 10:00 a.m. with objections to be filed no later than March 20, 2018 at 5:00 p.m.; and the objection deadline having passed and no objections to the motion having been filed; and the Court in the absence of any timely objections and upon review of the Motion having determined that a hearing is not necessary and having cancelled the same; andit having been determined that this Court has Jurisdiction over this matter, that Venue is proper, that due, proper and sufficient notice has been provided and that no further notice needs to be provided; and the Court having found that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, and sufficient cause appearing therefore, it is

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the Debtors, their agents, servants and employees, including the Plan Administrator, Debtors' counsel and Epiq Systems, Inc. upon the entry of this Order release true and complete copies of all settlement agreements pertaining to the allowed claims 62722 and 62726 to FOGADE through FOGADE's counsel, White & Wolnerman, PLLC; and it is further

ORDERED that the foregoing is with a full reservation of FOGADE's right to seek additional documents and the Debtors, their agents, servants and employees, including the Plan Administrator, Debtors' counsel and Epiq Systems, Inc.'s right to object to the same.

Dated: New York, New York

March 30, 2018

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge