2018-01-09-17:22   ID: +49 69 71701 40524    CMS Hasche Sigle, Frankfurt                                          5/5

FILED / RECEIVED

MAR 1 9 2018

EPIQ BANKRUPTCY SOLUTIONS, LLC

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)**
**Claim Number: 36196**

We would like to inform you that Dr Peter Mies and Sylvia Mies who jointly hold the claim
Number **36196**, filed on 10/05/2009, have assigned the rights arising out of this claim corresponding with the following securities

50 pcs. "Lehman Bros Treasury Co. B.V." (ISIN DE000A0TVK2)
in the amount of a face value of **USD 71,002.46**

to

**Bethmann Bank AG,**
Bethmannstraße 7-9, 60311 Frankfurt am Main, Germany.

Bethmann Bank AG and Dr Peter Mies and Sylvia Mies have agreed to the assignment
mentioned herein above. Both Bethmann Bank AG as well as Dr Peter Mies and Sylvia
Mies acknowledge and represent that due to the assignment mentioned herein above
Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm the receipt of this letter.

Yours sincerely,

Frankfurt am Main, _25.01.2018_       Zahlung, _16.1.2018_

Bethmann Bank AG                              (Assignor)
(Assignee)



Jochen Weber    Oliver Körner



Dr Peter Mies    Sylvia Mies

RECEIVED
MAR 2 2 2018
U.S. BANKRUPTCY COURT
S. DIST. OF NEW YORK

RECEIVED
MAR 2 2 2018

Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Investment Services
Anja Sonnleithner
Bethmannstrasse 7 – 9
60311 Frankfurt am Main
Germany

Frankfurt, 31.01.2018

Claim #36196

Dear Sir or Madam,

as an attachement you will receive the transmission advert for claim #36196.

Could you please process it accordingly and send a confirmation on it?

Thank you very much!

Kind regards,
Bethmann Bank

Anja Sonnleithner
Investment Services





Peel off

Peel off / first