**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                   :    Chapter 11
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :    No.: 08-13555 (SCC)
                                                        :
           Debtors.                                     :
                                                        :
---------------------------------------------------------------x
LEHMAN BROTHERS HOLDINGS INC.,                          :    Adversary Proceeding
                                                        :
           Plaintiff,                                   :    No. 16-01019 (SCC)
                                                        :
    - against -                                         :
                                                        :
1ST ADVANTAGE MORTGAGE, LLC, *et al.*,                  :
                                                        :
           Defendants.                                  :
---------------------------------------------------------------x
LEHMAN BROTHERS HOLDINGS INC.,                          :    Adversary Proceeding
                                                        :
           Plaintiff,                                   :    No. 16-01325 (SCC)
                                                        :
    - against -                                         :
                                                        :
SECURITYNATIONAL MORTGAGE                               :
COMPANY,                                                :
           Defendant.                                   :
---------------------------------------------------------------x

## ORDER APPROVING WITHDRAWAL AND REMOVAL FROM ECF SERVICE

THIS CAUSE, having come before the Court on the Notice of Withdrawal of Appearance and Request for Removal From ECF Service, having reviewed the same and being fully advised in the premises, it is:

ORDERED AND ADJUDGED:

Evan S. Fensterstock of the law firm Fensterstock Adler LLP, 100 Broadway, 8th Floor, New York, New York 10005, is hereby relieved as counsel to SecurityNational Mortgage Company and shall have no further responsibility regarding SecurityNational Mortgage Company,

and all further pleadings and papers shall be served upon the other counsel of record, who shall remain counsel to SecurityNational Mortgage Company. This withdrawal order does not impact the continuing representation of SecurityNational Mortgage Company, including but not limited to representation by Howard P. Magaliff of Rich Michaelson Magaliff, LLP, having an office located at 335 Madison Avenue, 9th Floor, New York, NY 10017, Tel.: 646-453-7851, hmagaliff@r3mlaw.com.

Dated: April 4, 2018
New York, New York

/S/ Shelley C. Chapman
Hon. Shelley C. Chapman
U.S. Bankruptcy Court Judge SDNY