United States Bankruptcy Court

Southern District of New York

In re Lehman Brothers Holdings Inc., et. al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

Empyrean Investments, LLC
**Name of Transferee**

Citigroup Financial Products Inc.
**Name of Transferor**

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 28792, as subsequently amended by Claim #66822

Empyrean Investments, LLC
Attn: Sterling Hathaway
10250 Constellation Blvd, Ste 2950
Los Angeles, CA 90067

Amount of Claim Transferred: $20,000,000.00
Date Claim Filed: September 22, 2009, as subsequently amended on June 10, 2010
Debtor: Lehman Brothers Holdings, Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_
Transferee/Transferee's Agent

Date: 4/9/18

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

Acknowledged and Agreed:

By: _____
Transferor/Transferor's Agent

Date: _____

United States Bankruptcy Court

Southern District of New York

In re Lehman Brothers Holdings Inc., et. al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

Empyrean Investments, LLC
**Name of Transferee**

Citigroup Financial Products Inc.
**Name of Transferor**

Name and Address where notices to transferee should be sent:

Empyrean Investments, LLC
Attn: Sterling Hathaway
10250 Constellation Blvd. Ste 2950
Los Angeles, CA 90067

Court Claim # (if known): 28792, as subsequently amended by Claim #66822

Amount of Claim Transferred: $20,000,000.00
Date Claim Filed: September 22, 2009, as subsequently amended on June 10, 2010
Debtor: Lehman Brothers Holdings, Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Acknowledged and Agreed:

By: _[DocuSigned: Joelle Gavlick]_    Date: 4/5/2018
    Transferor/Transferor's Agent

Joelle Gavlick - Authorized Signatory