**RECEIVED**

MAR 2 9 2018

U.S. BANKRUPTCY COURT
S. DIST OF NEW YORK

**Notice Pursuant to Bankruptcy Rule 3001**

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.          Case No.:   (JMP
                                                 Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>**DEUTSCHE BANK AG, SINGAPORE** | Name of Transferor:<br>**DEUTSCHE BANK AG, HONG KONG** |
| Notices to Transferee should be sent to:<br>**One Raffles Quay South Tower**<br>**#20-00**<br>**Singapore 048583** | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>**52/F Cheung Kong Center,**<br>**2 Queen's Road, Central,**<br>**Hong Kong** |
| Amount of Claim Being Transferred:<br><br>**ISIN: XS0312723603 - USD 2,500,000 NOMINAL** | *NOTE:  THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): **57858.00** | |
| Date Claim Filed: **30 Oct 2009** | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    Deutsche Bank AG Hong Kong

Date:      26 March 2018

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Page 1 of 3

For internal use only

**EVIDENCE OF TRANSFER OF CLAIM**

TO:        United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: *57858* (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros | XS0312723603 | Lehman Brothers Treasury Co BV | LBHI | 2,500,000 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

DEUTSCHE BANK AG, HONG KONG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

DEUTSCHE BANK AG, SINGAPORE
Address: One Raffles Quay, South Tower
Address: #20-00, Singapore 048583
Tel: 65-68199647 / 65-68199649
Email: dbpwm.ca@list.db.com
Attention: Collins Leong / Joline Koh

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

For internal use only

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated **26 March, 2018**.

DEUTSCHE BANK AG, HONG KONG
Transferor

By: _____
     Name:  Collins Leong
     Title:  Associate

By: _____
     Name:  Joline Koh
     Title:  Head of Corporate Action


ACKNOWLEDGED BY:

DEUTSCHE BANK AG, SINGAPORE
Transferee


By: _____
     Name: Collins Leong
     Title:  Associate

By: _____
     Name: Joline Koh
     Title:  Head of Corporate Action

For internal use only