**ALSTON & BIRD LLP**
Alexander S. Lorenzo
William Hao
90 Park Avenue
New York, New York 10016
(212) 210-9400

**ALSTON & BIRD LLP**
David A. Wender (*pro hac pending*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

*Counsel for Wilmington Trust Company and Wilmington Trust National Association, each solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
|                                              :
In re:                                         :  **Chapter 11**
                                               :
**LEHMAN BROTHERS HOLDINGS, INC.,**            :  **Case No. 08-13555 (SCC)**
*et al.*                                       :
                                               :  **(Jointly Administered)**
     Debtors.                                  :
-------------------------------------------------------------x

**NOTICE OF APPEARANCE OF COUNSEL AND REQUEST**
**FOR SERVICE OF NOTICES, PLEADINGS AND OTHER DOCUMENTS**

PLEASE TAKE NOTICE that the law firm of Alston & Bird LLP hereby enter his appearance as counsel to Wilmington Trust Company and Wilmington Trust National Association, each solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts in the above-styled Chapter 11 bankruptcy proceeding, pursuant to Rules 9010(b) and 2002(i) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

Pursuant to Rules 1009, 2002, 3013, 3017, 4001, 6004, 9007, 9019, and 9022, and other applicable Bankruptcy Rules, the foregoing party requests that all notices given or required to be given in this case, and all pleadings, papers or other documents filed, served, or required to be served in this case, be given to and served upon the following:

Alexander S. Lorenzo
William Hao
Alston & Bird LLP
90 Park Avenue
New York, New York 10019
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: Alexander.lorenzo@alston.com
William.hao@alston.com

David A. Wender
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: David.wender@alston.com

In addition thereto, the foregoing party requests that all applications, complaints, demands, motions, petitions, requests, statements, schedules, stipulations, orders, disclosure statements, plans of reorganization, and other pleadings, and any notices, which affect or seek to affect in any way any of the rights or interests of any creditor or parties in interest in this case, including, but not limited to, the foregoing party, with respect to the debtor, any property of the debtor, or of the debtor's estate, be given to and served upon counsel at the address set forth above.

Nothing herein or otherwise, including, but without limitation, any later appearance, pleading, claim, or action, is intended or shall be deemed to be a waiver, release, or modification by the foregoing party of its (a) right to have final orders in non-core matters entered after de novo review by a District Judge; (b) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (c) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) other rights, remedies, claims, actions, defenses, setoffs, or recoupments to which the foregoing party is or may be entitled, all of which are hereby expressly reserved.

Dated this 10th day of April, 2018.

**ALSTON & BIRD LLP**

By: /s/ William Hao
William Hao
Alexander S. Lorenzo
90 Park Avenue
New York, New York 10016
Tel: (212) 210-9400

- and –

David A. Wender (*pro hac pending*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000

*Counsel to Wilmington Trust Company and Wilmington Trust National Association, each solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts*