**ALSTON & BIRD LLP**
Alexander S. Lorenzo
William Hao
90 Park Avenue
New York, New York 10016
(212) 210-9400

**ALSTON & BIRD LLP**
David A. Wender (*pro hac pending*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

*Counsel for Wilmington Trust Company and Wilmington Trust National Association, each solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.* | Case No. 08-13555 (SCC) |
| | (Jointly Administered) |
| Debtors. | |

-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, David A. Wender, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent *Wilmington Trust Company and Wilmington Trust National Association, each solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts*, in the above-referenced cases.

I certify that I am a member in good standing of the bar in the State of Georgia, and the bars of the U.S. District Court for the Middle District of Georgia and the U.S. District Court for the Northern District of Georgia.

LEGAL02/38021357v1

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 10, 2018
Atlanta, Georgia

/s/ David A. Wender
David A. Wender
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Email: David.Wender@alston.com
Telephone: (404) 881-7000

*Counsel for Wilmington Trust Company and Wilmington Trust National Association, each solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                           : **Chapter 11**
:
**LEHMAN BROTHERS HOLDINGS, INC.,**               : **Case No. 08-13555 (SCC)**
*et al.*                                         :
                                                 : **(Jointly Administered)**
         Debtors.                                :
---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of David A. Wender to be admitted, *pro hac vice*, to represent *Wilmington Trust Company and Wilmington Trust National Association, each solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts* (the "Clients"), a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Georgia, and the bars of the U.S. District Court for the Middle District of Georgia and the U.S. District Court for the Northern District of Georgia, it is hereby

ORDERED, that David A. Wender, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case(s) to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

LEGAL02/38021357v1