B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

In re   Lehman Brothers Holdings Inc. ,   Case No.   08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**ROSEBROOK OPPORTUNITIES FUND, LP**
Name of Transferee

**GABRIEL CAPITAL, L.P.**
Name of Transferor

Name and Address where notices to transfee should be sent:
**ROSEBROOK CAPITAL PARTNERS LLC
1 EAST 52ND STREET
3RD FLOOR
NEW YORK, NY 10022**

Case # of Debtor: 08-13888
Claim/Schedule No.: 15126.00
Amount of Claim: $8,542,177
Allowed Claim: $7,661,925
Date Claim Filed: 2009

Phone: 646 753-5713
Last Four Digits of Acct: #

Phone: 212 838-7200
Last Four Digits of Acct: #

Name and Address where notices to transfee should be sent (if different from above):

Phone:
Last Four Digits of Acct: #

I declare under penalty of perjry that the information provided in this notice is true and correct to the best of my knowldege and belief.

By: _____ Date: 3/28/2018
Transferee/Transferee's agent

Penalty for making a false statement: Fine of up to $500,00 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 & 3571