

UNITED STATES BANKRUPTCY COURT.
SOUTHERN DISTRICT OF NEW YORK
ATTN: LEHMAN BROTHERS HOLDINGS INC
ONE BOWLING GREEN
NEW YORK, NY 10004-1408
USA

| Reference | Contact | Telephone | Date |
|---|---|---|---|
| | Norbert Hilbig | +352 4272 2603 | 01.03.2018 |

Transfer of Claim Lehman Brothers Holdings Inc.

Dear Sirs,

Please find attached the transfer agreement for our claim Lehman Brothers.

Please confirm the receipt of this agreement (norbert.hilbig@unicredit.lu).

Best regards,

Norbert Hilbig    Anja Wirtz

UniCredit Luxembourg S.A.
8-10, rue Jean Monnet
L-2180 Luxembourg
Boîte postale 453
L-2099 Luxembourg
Phone  +352 4272 1
Fax     +352 4272 4500
www.unicreditbank.lu
R.C.S. Luxembourg B9989

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _Lehman Broth Holding, Inc._    Case No. _08-13555_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Hubertus R. KAYSER_
Name of Transferee

_UniCredit Luxembourg S.A._
Name of Transferor

Name and Address where notices to transferee should be sent:
_Gratianstr. 16_
_D-54294 TRIER_
_GERMANY_
Phone: _+49 651 1706895_
Last Four Digits of Acct #: _____

Court Claim # (if known): _56 556.00_
Amount of Claim: _$ 96 495,49 Isin XS0230607524_
Date Claim Filed: _10-07-2009_

Phone: _+352 4272 2603_
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

_Amount to be transferred:_
_US$ 86.048,64 / XS 0230607524_

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By _[signature]_    Date: _23. Nov. 2017_
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.