**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
In re:
:   Chapter 11
:
:   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*
:
:   (Jointly Administered)
Debtors.
:
:   Ref. Docket Nos. 57721, 57738,
:   57754, 57773, 57774, 57775, 57776,
:   57780, 57783, 57802, 57803, 57804,
:   57806, 57814, 57817, 57818, 57820,
:   57822, 57824
---------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                         ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 10, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 10, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
12th day of April, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,     **transferor**    refers to the claimant who is selling or otherwise assigning its claim. While     **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:        BAR(23) MAILID *** 000127047828 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 22479



BANK HAPOALIM (SWITZERLAND), LTD.
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER
STOCKERSTRASSE 33
ZURICH CH-8002
SWITZERLAND

Please note that your claim # 555855-45 in the above referenced case and in the amount of $100,000.00 allowed at $100,000.00 has been transferred (unless previously expunged by court order)

CARTER HOLDINGS INC.
TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD.

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        57776            in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/10/2018        Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 10, 2018.

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALLIANZ BANK FINANCIAL ADVISORS S.P.A. | PIAZZALE LODI, 3, MILANO (MI) 20137 ITALY |
| ALLIANZ BANK S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: FRANCO BRICHETTI - FRANCESCA TREBBI, PIAZZALE LODI, 3, 20137 MILAN   ITALY |
| BANCA MEDIOLANUM S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: HEAD OF OPERATION CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO (MI) 20080 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, ATTN: STEFANO DI GENNARO, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: VALERIA VIGANO, VIA ROSELLINI 16, MILANO 20124 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA, ATTN: FRAGNELLI, DORIANA, PIAZZA SALIMBERTI, 3, SIENA, 53100   ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | VIGANO, VALERIA, VIA ROSELLINI 16, 20124 MILANO   ITALY |
| BANCO DI DESIO E DELLA BRIANZA SPA | VIA ROVAGNATI, 1, DESIO (MB) 20033 ITALY |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: DEUTSCHE BANK AG, SINGAPORE, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH   SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: UBS AG, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH SWITZERLAND |
| BANQUE PICTET & CIE SA | TRANSFEROR: CREDIT SUISSE AG, ATTN: DAVID AESCHLIMANN, ROUTE DES ACACIAS 60, GENEVA 73 1211 SWITZERLAND |
| CARTER HOLDINGS INC. | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| DEUTSCHE BANK AG, SINGAPORE | ONE RAFFLES QUAY #20-00, SOUTH TOWER, SINGAPORE 048583 SINGAPORE |
| FALCON PRIVATE BANK LTD, AS AGENT FOR ITS CUSTOMERS | PELIKANSTRASSE 37, PO BOX 1376, ZURICH 8021 SWITZERLAND |
| FALCON PRIVATE BANK LTD, AS AGENT FOR ITS CUSTOMERS | SCHELLENBERG WITTMER, ATTENTION: PHILIPPE BORENS, ESQ., AND BENNO STRUB, ESQ., LOWENSTRASSE 19, P.O. BOX 1876, ZURICH 8021 SWITZERLAND |
| GOLDMAN SACHS & CO. PROFIT | C/O OZ MANAGEMENT LP, ATTN: CASEY LANKENAU, 9 WEST 57TH STREET, 13TH FLOOR, NEW YORK, NY 10019 |
| GOLDMAN SACHS & CO. PROFIT | MARINA I. ZELINSKY, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GUOYUAN SECURITIES BROKERAGE (HONG KONG) LIMITED | TRANSFEROR: FALCON PRIVATE BANK LTD, AS AGENT FOR ITS CUSTOMERS, ATTN: MR. KERSON WAN, 22/F, CCB TOWER, 3 CONNAUGHT ROAD CENTRAL, HONG KONG   HONG KONG |
| ICCREA BANCA S.P.A. | TRANSFEROR: ALLIANZ BANK FINANCIAL ADVISORS S.P.A., ATTN: MARIANNA VENTRE, VIA |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ICCREA BANCA S.P.A. | LUCREZIA ROMANA 41/47, 00178 ROMA   ITALY |
| ICCREA BANCA S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MARIANNA VENTRE, VIA LUCREZIA ROMANA 41/47, ROMA 00178   ITALY |
| ICCREA BANCA S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MARIANNA VENTRE, VIA LUCREZIA ROMANA 41/47, ROMA 00178   ITALY |
| ICCREA BANCA S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MARIANNA VENTRE, VIA LUCREZIA ROMANA 41/47, ROMA 00178   ITALY |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ILLIQUIDX LIMITED | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: MS. GALINA ALABATCHKA, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| LANDOLT & CIE SA | TRANSFEROR: BANQUE PICTET & CIE SA, ATTN: GAETAN CHABBEY, CHEMIN DE ROSENECK 6, CH-1006 LAUSANNE   SWITZERLAND |
| LOCATOR SERVICES GROUP LTD., THE | TRANSFEROR: GLOBAL CORPORATE ACTIONS, ATTN: KIM SAWYER, 1073 HANCOCK STREET, SUITE 102, QUINCY, MA 02169 |
| MR. JOCHEN KOLB | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, HERMANN-BASTEN-STR. 4, 47551 BEDBURG-HAU.   GERMANY |
| MR. MANFRED SCHOETZ | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, MONHEIMER STR. 14, 51371 LEVERKUSEN   GERMANY |
| OZ SPECIAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS & CO. PROFIT, C/O OCH-ZIFF CAP. MGMT GROUP/C WONG, 9 WEST 57TH STREET, 13TH FLOOR, NEW YORK, NY 10019 |
| SELF-SUFFICIENT HOLDINGS, LTD. | TRANSFEROR: LOCATOR SERVICES GROUP LTD., THE, PO BOX 171492, BOSTON, MA 02117 |
| UBS AG | TRANSFEROR: CREDIT SUISSE, BAHNHOFSTRASSE 45, CH-8001 ZURICH   SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UNIONE DI BANCHE ITALIANE S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., |

**Total Creditor Count 50**