**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |
|  | Ref. Docket Nos. 57830, 57831, 57833 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                           ) ss.:
COUNTY OF NEW YORK  )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 11, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 11, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
13th day of April, 2018
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000127131658 ***       LBH TRFNTC (MERGE2, TXNUM2) 4000177780



LEHMAN BROTHERS COMMERCIAL CORPORATION
C/O KRISTINE DICKSON
LEHMAN BROTHERS HOLDINGS INC.
277 PARK AVENUE, 46TH FLOOR
NEW YORK, NY 10172

Please note that your claim # 400327-01 in the above referenced case and in the amount of $9,055,370.63 allowed at $9,055,370.63 has been transferred (unless previously expunged by court order)

LEHMAN BROTHERS HOLDINGS INC.
TRANSFEROR: LEHMAN BROTHERS COMMERCIAL CORPORATION
ATTN: KRISTINE DICKSON
277 PARK AVENUE, 46TH FLOOR
NEW YORK, NY 10172

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    99999    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/11/2018                    Vito Genna, Clerk of Court

/s/ Marc Orfitelli
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 11, 2018.

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA MEDIOLANUM S.P.A. | ATTN: HEAD OF OPERATIONS CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO ( MILANO ) 20080 ITALY |
| BETHMANN BANK AG | TRANSFEROR: MIES, PETER AND SYLVIA, BETHMANNSTRASSE 7-9, 60311 FRANKFURT AM MAIN   GERMANY |
| CASSA DI RISPARMIO DEL VENETO S.P.A. | TRANSFEROR: BANCA MEDIOLANUM S.P.A., ATTN: DANIELA TOFFANO, SEGRETERIA GENERALE, VIA TRIESTE 57/59, PADOVA 35121   ITALY |
| CREDITO VALTELLINESE S.C. | ATTENTION: CINZIA GERNA, PIAZZA QUADRIVIO, 8, SONDRIO 23100 ITALY |
| ICCREA BANCA S.P.A. | TRANSFEROR: CREDITO VALTELLINESE S.C., ATTN: MARIANNA VENTRE, VIA LUCREZIA ROMANA 41/47, ROMA 00178   ITALY |
| LEHMAN BROTHERS COMMERCIAL CORPORATION | C/O KRISTINE DICKSON, LEHMAN BROTHERS HOLDINGS INC., 277 PARK AVENUE, 46TH FLOOR, NEW YORK, NY 10172 |
| LEHMAN BROTHERS COMMERCIAL CORPORATION | C/O KRISTINE DICKSON, LEHMAN BROTHERS HOLDINGS INC., 277 PARK AVENUE, 46TH FLOOR, NEW YORK, NY 10172 |
| LEHMAN BROTHERS COMMODITY SERVICES INC | TRANSFEROR: JPMORGAN CHASE BANK, N.A., LEHMAN BROTHERS HOLDINGS INC/KRISTINE DICKSON, 277 PARK AVENUE, 46TH FLOOR, NEW YORK, NY 10172 |
| LEHMAN BROTHERS COMMODITY SERVICES INC. | C/O KRISTINE DICKSON, LEHMAN BROTHERS HOLDINGS INC., 277 PARK AVENUE, 46TH FLOOR, NEW YORK, NY 10172 |
| LEHMAN BROTHERS FINANCIAL PRODUCTS INC. | C/O KRISTINE DICKSON, LEHMAN BROTHERS HOLDINGS INC., 277 PARK AVENUE, 46TH FLOOR, NEW YORK, NY 10172 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: LEHMAN BROTHERS COMMERCIAL CORPORATION, ATTN: KRISTINE DICKSON, 277 PARK AVENUE, 46TH FLOOR, NEW YORK, NY 10172 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: LEHMAN BROTHERS COMMERCIAL CORPORATION, ATTN: KRISTINE DICKSON, 277 PARK AVENUE, 46TH FLOOR, NEW YORK, NY 10172 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: LEHMAN BROTHERS COMMODITY SERVICES INC, ATTN: KRISTINE DICKSON, 277 PARK AVENUE, 46TH FLOOR, NEW YORK, NY 10172 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: LEHMAN BROTHERS COMMODITY SERVICES INC., ATTN: KRISTINE DICKSON, 277 PARK AVENUE, 46TH FLOOR, NEW YORK, NY 10172 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: LEHMAN BROTHERS FINANCIAL PRODUCTS INC., ATTN: KRISTINE DICKSON, 277 PARK AVENUE, 46TH FLOOR, NEW YORK, NY 10172 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: LEHMAN COMMERCIAL PAPER, INC., ATTN: KRISTINE DICKSON, 277 PARK AVENUE, 46TH FLOOR, NEW YORK, NY 10172 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: LEHMAN COMMERCIAL PAPER, INC., ATTN: KRISTINE DICKSON, 277 PARK AVENUE, 46TH FLOOR, NEW YORK, NY 10172 |
| LEHMAN COMMERCIAL PAPER, INC. | C/O KRISTINE DICKSON, 277 PARK AVENUE, 46TH FLOOR, NEW YORK, NY 10172 |
| LEHMAN COMMERCIAL PAPER, INC. | TRANSFEROR: LEHMAN INVESTMENTS INC., LEHMAN BROTHERS HOLDINGS INC/KRISTINE DICKSON, 277 PARK AVENUE, 46TH FLOOR, NEW YORK, NY 10172 |
| MIES, PETER AND SYLVIA | BOBISBERGGASSE 20, ZAHLING 7562 AUSTRIA |

**Total Creditor Count 20**