**HAHN & HESSEN LLP**
488 Madison Avenue
New York, New York 10022
Telephone: 212-478-7200
Facsimile: 212-478-7400
Zachary G. Newman
Stephen J. Grable
Brigitte R. Rose

**FAEGRE BAKER DANIELS LLP**
2200 Wells Fargo Center
90 South Seventeenth Street
Minneapolis, Minnesota 55402
Telephone: 612-766-7000
Facsimile: 612-766-1600
Robert L. Schnell, Jr. (*pro hac vice* pending)

*Attorneys for Wells Fargo Bank, National Association*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **Lehman Brothers Holdings, Inc.**, *et. al.*, | Case Number 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert L. Schnell, Jr., request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent *Wells Fargo Bank, National Association* in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Minnesota, and the U.S. Supreme Court, U.S. Court of Appeals for the Eighth Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Federal Claims, and U.S. District Court for Minnesota.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Minneapolis, Minnesota
      April 17, 2018

                                          /s/ Robert L. Schnell
Robert L. Schnell, Jr.
Faegre Baker Daniels LLP
220 Wells Fargo Center
90 South Seventeenth Street
Minneapolis, Minnesota 55402
Telephone: 612-766-7000
Facsimile: 612-766-1600
Email: Robert.Schnell@FaegreBD.com

*Counsel for Wells Fargo Bank, National Association*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : Chapter 11 |
| Lehman Brothers Holdings, Inc., *et. al.*, | : Case Number 08-13555 (SCC) |
| Debtors. | : (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Robert L. Schnell, Jr. to be admitted, *pro hac vice*, to represent *Wells Fargo Bank, National Association* ( "Wells Fargo"), and upon the movant's certification that the movant is a member in good standing of the bar of the State of Minnesota, and the bars of the U.S. Supreme Court, U.S. Court of Appeals for the Eighth Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Federal Claims, and U.S. District Court for Minnesota, it is hereby

ORDERED, that Robert L. Schnell, Jr., Esq. is admitted to practice, *pro hac vice*, in the above-referenced case to represent Wells Fargo, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
April __, 2018

UNITED STATES BANKRUPTCY JUDGE