HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Telephone: 212-478-7200
Facsimile: 212-478-7400
Zachary G. Newman
Stephen J. Grable
Brigitte R. Rose

FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventeenth Street
Minneapolis, Minnesota 55402
Telephone: 612-766-7000
Facsimile: 612-766-1600
Robert L. Schnell, Jr. (*pro hac vice* pending)
Ryan G. Milligan (*pro hac vice* pending)

*Attorneys for Wells Fargo Bank, National Association*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | :: Chapter 11 |
| Lehman Brothers Holdings, Inc., *et. al.*, | : Case Number 08-13555 (SCC) |
| Debtors. | : (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Ryan G. Milligan, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent *Wells Fargo Bank, National Association* in the above-referenced case.

I certify that I am a member in good standing of the bars in the States of Michigan, Illinois and Indiana.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Chicago, Illinois
April 17, 2018

                                                  /s/ Ryan G. Milligan
Ryan G. Milligan
Faegre Baker Daniels LLP
311 South Wacker Drive
Suite 4300
Chicago, Illinois
Telephone: 312-212-6500
Facsimile: 312-212-6501
Email: Ryan.Milligan@FaegreBD.com

*Counsel for Wells Fargo Bank, National Association*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : Chapter 11 |
| Lehman Brothers Holdings, Inc., *et. al.*, | : Case Number 08-13555 (SCC) |
| Debtors. | : (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Ryan G. Milligan to be admitted, *pro hac vice*, to represent *Wells Fargo Bank, National Association* ("Wells Fargo"), and upon the movant's certification that the movant is a member in good standing of the bars of the States of Michigan, Illinois and Indiana, it is hereby

ORDERED, that Ryan G. Milligan is admitted to practice, *pro hac vice*, in the above-referenced case to represent Wells Fargo, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:   New York, New York
         April __, 2018

_____
UNITED STATES BANKRUPTCY JUDGE