B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                     Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| SOUTHEY CAPITAL LTD | HSBC PRIVATE BANK MONACO SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Southey Capital Ltd
Suite 17
Ensign House, Admirals Way
London, E14 9XQ

Court Claim # :56649

**Total Amount of Claim Filed with respect to isin:**
- XS0143892023
10'000 USD equivalent to 10'000 USD + indeterminate amount of interests
- XS0144646386
10'000 USD equivalent to 10'000 USD + indeterminate amount of interests
- XS0264674549
297'000 GBP equivalent to 297'000 GBP + indeterminate amount of interests
- XS0271141565
226'000 GBP equivalent to 226'000 GBP + indeterminate amount of interests
- XS0326476693
390'000 GBP equivalent to 390'000 GBP + indeterminate amount of interests

## Amount of Claim Transferred:

**ISIN/CUSIP: XS0143892023**
Blocking Number: 56649
Date Claim Filed: October 29, 2009

10'000 USD equivalent to 10'000 USD + indeterminate amount of interests

**ISIN/CUSIP: XS0144646386**
Blocking Number: 56649
Date Claim Filed: October 29, 2009

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

10'000 USD equivalent to 10'000 USD + indeterminate amount of interests
**ISIN/CUSIP: XS0264674549**
Blocking Number: 56649
Date Claim Filed: October 29, 2009

297'000 GBP equivalent to 297'000 GBP + indeterminate amount of interests
**ISIN/CUSIP: XS0271141565**
Blocking Number: 56649
Date Claim Filed: October 29, 2009

226'000 GBP equivalent to 226'000 GBP + indeterminate amount of interests
**ISIN/CUSIP: XS0326476693**
Blocking Number: 56649
Date Claim Filed: October 29, 2009

390'000 GBP equivalent to 390'000 GBP + indeterminate amount of interests

Name and address where transferee payments should be sent (if different from above):

**XXXXXX**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **SOUTHEY CAPITAL LTD**     Date: 4 April 2018
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                Case No. 08-13555

## NOTICE OF PARTIAL TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 56649 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on October [3], 2012.

| HSBC PRIVATE BANK MONACO S.A. | SOUTHEY CAPITAL LTD |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| 17 AVENUE D'OSTENDE<br>MC 98000 MONACO | Suite 17<br>Ensign House, Admirals Way<br>London, E14 9XQ |
| Attn: Gérome VICENTE<br>Phone: +377 93 15 24 23 | Attn: Robert SOUTHEY<br>Phone : +44 (0) 203 745 7941 |
| Email: Gerome.VICENTE@hsbcpb.com | Email : rs@southeycapital.com |

~ DEADLINE TO OBJECT TO TRANSFER ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____         _____
                                       CLERK OF THE COURT

Lehman Brothers Holdings Claim Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station
PO Box 5076
New York NY
10150-5076
USA




BY AIR MAIL
par avion
Royal Mail®