B210A (Form 210A) (12/09)

FILED / RECEIVED
APR 12 2018
EPIQ

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| SOUTHEY CAPITAL LTD | HSBC PRIVATE BANK MONACO SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Southey Capital Ltd
Suite 17
Ensign House, Admirals Way
London, E14 9XQ

Court Claim # :56651

**Total Amount of Claim Filed with respect to isin:**

- XS0247679573
150'000 USD equivalent to 150'000 USD + indeterminate amount of interests

**Amount of Claim Transferred:**

ISIN/CUSIP: XS0247679573
Blocking Number: 56651
Date Claim Filed: October 29, 2009

150'000 USD equivalent to 150'000 USD + indeterminate amount of interests

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

Name and address where transferee payments
should be sent (if different from above):

**XXXXXX**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **SOUTHEY CAPITAL LTD**                    Date: 4 April 2018
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

### NOTICE OF PARTIAL TRANSFER OF CLAIM
### OTHER THAN FOR SECURITY

Claim No. 56649 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on October [3], 2012.

| HSBC PRIVATE BANK MONACO S.A. | SOUTHEY CAPITAL LTD |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| 17 AVENUE D'OSTENDE<br>MC 98000 MONACO | Suite 17<br>Ensign House, Admirals Way<br>London, E14 9XQ |
| Attn: Gérome VICENTE<br>Phone: +377 93 15 24 23 | Attn: Robert SOUTHEY<br>Phone : +44 (0) 203 745 7941 |
| Email: Gerome.VICENTE@hsbcpb.com | Email : rs@southeycapital.com |

~ DEADLINE TO OBJECT TO TRANSFER ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____       _____
                                              CLERK OF THE COURT



Lehman Brothers Holdings Claim Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station
PO BOX 5076
New York NY
10150-5076

USA