UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **Lehman Brothers Holdings, Inc.,** *et. al.*, | Case Number 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Robert L. Schnell, Jr. to be admitted, *pro hac vice*, to represent *Wells Fargo Bank, National Association* ("Wells Fargo"), and upon the movant's certification that the movant is a member in good standing of the bar of the State of Minnesota, and the bars of the U.S. Supreme Court, U.S. Court of Appeals for the Eighth Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Federal Claims, and U.S. District Court for Minnesota, it is hereby

ORDERED, that Robert L. Schnell, Jr., Esq. is admitted to practice, *pro hac vice*, in the above-referenced case to represent Wells Fargo, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:    New York, New York
April 19, 2018

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE