UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings, Inc., *et. al.*, | Case Number 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Ryan G. Milligan to be admitted, *pro hac vice*, to represent *Wells Fargo Bank, National Association* ("Wells Fargo"), and upon the movant's certification that the movant is a member in good standing of the bars of the States of Michigan, Illinois and Indiana, it is hereby

ORDERED, that Ryan G. Milligan is admitted to practice, *pro hac vice*, in the above-referenced case to represent Wells Fargo, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:   New York, New York
         April 19, 2018

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE