**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                           :    Chapter 11
                                                                 :
                                                                 :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*                         :
                                                                 :    (Jointly Administered)
                    Debtors.                                     :
                                                                 :    Ref. Docket Nos. 57851,
                                                                 :    57856-57862
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 18, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 18, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Forrest Kuffer*
                                                          Forrest Kuffer

Sworn to before me this
19th day of April, 2018
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000127185109 *** LBH TRFNTC (ADDRESS2, ADRKEYID3) 24841



CITIBANK PRIVATKUNDEN AG & CO. KGAA
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

CITIBANK PRIVATKUNDEN AG & CO. KGAA
C/O TARGOBANK AG & CO, KGAA
ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG
KASERNENSTRASSE 10
40213 DUESSELDORF
GERMANY

Please note that your claim # 555404-89 in the above referenced case and in the amount of $17,041.20 allowed at $15,519.44 has been transferred (unless previously expunged by court order)

MRS. NICOLE HANNELORE HILDEBRANDT
TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA
IMMENHOFWEG 27
27612 LOXSTEDT
GERMANY

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 57856 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/18/2018                Vito Genna, Clerk of Court

/s/ Marc Orfitelli
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 18, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN   ITALY |
| BANCA IFIGEST SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: RAG. ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |
| BANCO DI DESIO E DELLA BRIANZA S.P.A. | TRANSFEROR: UBI BANCA SCPA, ATTN: MAURIZIO MENGANA, VIA ROVAGNATI, 1, 20832 DESIO   ITALY |
| BANCO DI DESIO E DELLA BRIANZA S.P.A. | TRANSFEROR: UNIONE DI BANCHE ITALIANE SPA, ATTN: MAURIZIO MENGANA, VIA ROVAGNATI, 1, 20832 DESIO   ITALY |
| BANCO DI DESIO E DELLA BRIANZA SPA | VIA ROVAGNATI, 1, DESIO (MB) 20033 ITALY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| MR. LARS SCHROEDER | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, THUMER WEG 62, 52385 NIDEGGEN   GERMANY |
| MRS. NICOLE HANNELORE HILDEBRANDT | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, IMMENHOFWEG 27, 27612 LOXSTEDT   GERMANY |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: SASCO 2001-2 LOWER, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: SASCO 2001-2 LOWER, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: SASCO 2001-2 LOWER, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: SASCO MORTGAGE LOAN TRUST 2004-GEL1, REMIC 1, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: SASCO MORTGAGE LOAN TRUST 2004-GEL1, REMIC 1, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION,, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION,, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION,, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION,, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION,, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION,, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION,, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION,, ATTN: MICHELE OLDS, 8740 |

| Claim Name | Address Information |
|---|---|
| NATIONSTAR MORTGAGE LLC | LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| SASCO 2001-2 LOWER | ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| SASCO 2001-2 LOWER | ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| SASCO 2001-2 LOWER | ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| SASCO MORTGAGE LOAN TRUST 2004-GEL1, REMIC 1 | ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| SASCO MORTGAGE LOAN TRUST 2004-GEL1, REMIC 1 | ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET SECURITIES CORPORATION | MPT CERTIFICATES, SERIES 2004-7, REMIC I, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET SECURITIES CORPORATION | MPT CERTIFICATES, SERIES 2004-7, REMIC I, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET SECURITIES CORPORATION | MPT CERTIFICATES, SERIES 2004-7, REMIC I, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET SECURITIES CORPORATION, | MPT CERTIFICATES, SERIES 2004-7, REMIC I, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET SECURITIES CORPORATION, | MPT CERTIFICATES, SERIES 2004-7, REMIC I, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET SECURITIES CORPORATION, | MPT CERTIFICATES, SERIES 2004-7, REMIC I, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET SECURITIES CORPORATION, | MPT CERTIFICATES, SERIES 2004-20, REMIC I, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET SECURITIES CORPORATION, | MPT CERTIFICATES, SERIES 2004-20, REMIC I, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET SECURITIES CORPORATION, | MPT CERTIFICATES, SERIES 2004-20, REMIC I, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET SECURITIES CORPORATION, | MPT CERTIFICATES, SERIES 2004-20, REMIC I, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET SECURITIES CORPORATION, | MPT CERTIFICATES, SERIES 2004-20, REMIC I, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET SECURITIES CORPORATION, | MPT CERTIFICATES, SERIES 2004-20, REMIC I, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| UBI BANCA SCPA | TRANSFEROR: GRUPPO BANCA LEONARO SPA, C/O UBISS AMM. TITOLI ESTERI, ATTN: FABIO BOSCHIAN, VIA CAVRIANA, 20, MILANO 20121 ITALY |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UNIONE DI BANCHE ITALIANE S.P.A. | TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA, ATTN: SILVANA PISANI, PIAZZA VITTORIO VENETO, 8, 24121 BERGAMO ITALY |
| UNIONE DI BANCHE ITALIANE S.P.A. | ROBERTA BOSOTTI, VIA CAVRIANA N. 20, 20134 MILANO ITALY |
| UNIONE DI BANCHE ITALIANE SPA | ATTENTION: LUCA BONZANINI, AREA AFFARI LEGALI E CONTENZIOSO, PIAZZA V. VENETO N. 8, BERGAMO 24121 ITALY |
| UNIONE DI BANCHE ITALIANE SPA | ALLEN & OVERY, ATTN: CRAIG BYRNE, VIA MANZONI, 41-43, MILANO 20121 ITALY |
| UNIONE DI BANCHE ITALIANE SPA | TRANSFEROR: UBS AG, ATTN: SILVANA PISANI, PIAZZA VITTORIO VENETO N. 8, 24122 BERGAMO ITALY |

**Total Creditor Count 53**