**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                           :    Chapter 11
                                                                 :
                                                                 :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                         :
                                                                 :    (Jointly Administered)
                         Debtors.                                :
                                                                 :    Ref. Docket Nos. 57834-57837,
                                                                 :    57841- 57844, 57846, 57848, 57849,
                                                                 :    57852, 57855
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 13, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 13, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
16th day of April, 2018
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000127143432 ***    LBH TRFNTC (ADDRESS2, ADRKEYID3) 16101



BBVA (SUIZA) S.A.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: SETH GROSSHANDLER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

BBVA (SUIZA) S.A.
ATTN: INIGO BERASALUCE / DIRECTOR
ZELTWEG 63
ZURICH CH-8021
SWITZERLAND

Please note that your claim # 51147-12 in the above referenced case and in the amount of $500,000.00 allowed at $202,510.08 has been transferred (unless previously expunged by court order)

MORGAN STANLEY
TRANSFEROR: BBVA (SUIZA) S.A.
1 NY PLAZA, 39TH FL.
NEW YORK, NY 10004

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER   57849   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/13/2018              Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 13, 2018.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN   ITALY |
| BANCA IFIGEST S.P.A. | TRANSFEROR: BANCA AKROS SPA, ATTN: RAG. ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, 50125 FIRENZE   ITALY |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE / DIRECTOR, ZELTWEG 63, ZURICH CH-8021 SWITZERLAND |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIAS, S.A., ATTN: ANA HIDALGO/ ELENA PRIETO, PASEO DE LA CASELLANA, 81 - FLOOR 21, MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDREW A. BERNSTEIN, ESQ., 12, RU DE TILSITT, PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: SETH GROSSHANDLER, ESQ., ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| CA INDOSUEZ WEALTH MANAGEMENT | TRANSFEROR: SAFRA NATIONAL BANK OF NEW YORK, 600 BRICKELL AVENUE, 37TH FLOOR, MIAMI, FL 33131 |
| CASSA DI RISPARMIO DI PARMA E PIACENZA S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A., SERV. CONSULENZA LEGALE, ATTN: ALESSANDRO SBALBI, VIA LA SPEZIA, 138/A, 43126 PARMA   ITALY |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EUROSAIL-UK 2007-3BL PLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EUROSAIL-UK 2007-3BL PLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| DEUTSCHE BANK AG, HONG KONG | 52/F CHEUNG KONG CENTER, 2 QUEEN'S ROAD, CENTRAL   HONG KONG |
| DEUTSCHE BANK AG, HONG KONG | TRANSFEROR: DEUTSCHE BANK AG, SINGAPORE, ATTN: COLLINS LEONG / JOLINE KOH, 52/F CHEUNG KONG CENTER, 2 QUEEN'S ROAD, CENTRAL, HONG KONG   HONG KONG |
| DEUTSCHE BANK AG, SINGAPORE | TRANSFEROR: DEUTSCHE BANK AG, HONG KONG, ATTN: COLLINS LEONG / JOLINE KOH, ONE RAFFLES QUAY, SOUTH TOWER, #20-00, SINGAPORE 048583   SINGAPORE |
| DEUTSCHE BANK AG, SINGAPORE | ONE RAFFLES QUAY #20-00, SOUTH TOWER, SINGAPORE 048583 SINGAPORE |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| GABRIEL CAPITAL, L.P. | ATTN: J. EZRA MERKIN, GENERAL PARTNER, 445 PARK AVE STE 1702, NEW YORK, NY 10022-8621 |
| HUBERTUS R. KAYSER | TRANSFEROR: UNICREDIT LUXEMBOURG SA, GRATIANSTR. 16, D-54294 TRIER   GERMANY |
| HYPOTHEKARBANK LENZBURG AG | TRANSFEROR: UBS AG, ATTN: VERARBEITUNG ANLEGEN, BAHNHOFSTRASSE 2, 5600 LENZBURG   SWITZERLAND |
| MORGAN STANLEY | TRANSFEROR: BBVA (SUIZA) S.A., 1 NY PLAZA, 39TH FL., NEW YORK, NY 10004 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |

| Claim Name | Address Information |
|---|---|
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| PERSHING LLC | TRANSFEROR: SAFRA NATIONAL BANK OF NEW YORK, ATTN: CORPORATE ACTIONS, 7TH FL., ONE PERSHING PLAZA, 95 CHRISTOPHER COLUMBUS DR., JERSEY CITY, NJ 07302 |
| ROSEBROOK OPPORTUNITIES FUND, LP | TRANSFEROR: GABRIEL CAPITAL, L.P., C/O ROSEBROOK CAPITAL PARTNERS LLC, 1 EAST 52ND STREET, 3RD FLOOR, NEW YORK, NY 10022 |
| SAFRA NATIONAL BANK OF NEW YORK | TRANSFEROR: BANK HAPOALIM B.M., ATTN: SECURITIES OPERATIONS, 546 FIFTH AVENUE, NEW YORK, NY 10036 |
| SAFRA NATIONAL BANK OF NEW YORK | TRANSFEROR: BANK HAPOALIM B.M., ATTN: SECURITIES OPERATIONS, 546 FIFTH AVENUE, NEW YORK, NY 10036 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UNICREDIT LUXEMBOURG SA | ATTN: MR. GIOVANNI DE MICHELE, 4 RUE ALPHONSE WEICKER, LUXEMBOURG 2099 LUXEMBOURG |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-29, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-29, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-29, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-29, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-29, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-29, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-29, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-22, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-22, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-12H, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-12H, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |

**Claim Name** | **Address Information**
---|---

Total Creditor Count 51