**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
                                                                   :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*                           :
                                                                   :   (Jointly Administered)
                                        Debtors.                   :
                                                                   :   Ref. Docket No. 57798, 57800,
                                                                   :   57813, 57815, 57816, 57819, 57821,
                                                                   :   57823, 57829, 57893-57895
------------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 24, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 24, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Forrest Kuffer*
                                                            Forrest Kuffer

Sworn to before me this
24th day of April, 2018
*/s/ Elli Krempa*
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2019

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000127239201 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 24841



CITIBANK PRIVATKUNDEN AG & CO. KGAA
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

CITIBANK PRIVATKUNDEN AG & CO. KGAA
C/O TARGOBANK AG & CO, KGAA
ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG
KASERNENSTRASSE 10
40213 DUESSELDORF
GERMANY

Please note that your claim # 555404-91 in the above referenced case and in the amount of $9,940.70 allowed at $8,836.52 has been transferred (unless previously expunged by court order)

LANGE, RALF GEORG
TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA
HOECHERBERGSTR. 75
66450 BEXBACH
GERMANY

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    57798    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/24/2018                Vito Genna, Clerk of Court

/s/ Marc Orfitelli
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 24, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BOERSCH, CHRISTOPH | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, AM BIENENSTOCK 14 B, 60388 FRANKFURT   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| GRUSS DV MASTER FUND, LTD. | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU / SUNG YIN, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD. | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU / SUNG YIN, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD. | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU / SUNG YIN, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD. | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU / SUNG YIN, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD. | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU / SUNG YIN, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD. | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU / SUNG YIN, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS GLOBAL INVESTORS MASTER FUND, LTD. | TRANSFEROR: UBS AG, C/O GRUSS ASSET MANAGEMENT LP, ATTN: MICHAEL MONTICCIOLO, 667 MADISON AVE, NEW YORK, NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND, LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O GRUSS ASSET MANAGEMENT LP, ATTN: MICHAEL MONTICCIOLO, 667 MADISON AVE, NEW YORK, NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND, LTD. | TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC, C/O GRUSS ASSET MANAGEMENT LP, ATTN: MICHAEL MONTICCIOLO, 667 MADISON AVE, NEW YORK, NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH, C/O GRUSS ASSET MANAGEMENT LP, ATTN: MICHAEL MONTICCIOLO, 667 MADISON AVE, NEW YORK, NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND, LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O GRUSS ASSET MANAGEMENT LP, ATTN: MICHAEL MONTICCIOLO, 667 MADISON AVE, NEW YORK, NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND, LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O GRUSS ASSET MANAGEMENT LP, ATTN: MICHAEL MONTICCIOLO, 667 MADISON AVE, NEW YORK, NY 10065 |
| LANGE, RALF GEORG | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, HOECHERBERGSTR. 75, 66450 BEXBACH   GERMANY |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SMITH BREEDEN ALPHA STRATEGIES MASTER LTD, ATTN: JOHN RAGUSA, 1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O RICHARDS, KIBBE & ORBE LLP, ATTN: MANAGING CLERK (BANKRUPTCY), ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SCHILLER PARK CLO LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O RICHARDS, KIBBE & ORBE LLP, ATTN: MANAGING CLERK (BANKRUPTCY), ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: HSBC BANK PLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | ATTN: MANAGING LAW CLERK, C/O RICHARDS KIBBE & ORBE LLP, 200 LIBERTY STREET, NEW YORK, NY 10281-1003 |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., TR CAPITAL MANAGEMENT, LLC, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., TR CAPITAL MANAGEMENT, LLC, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., TR CAPITAL MANAGEMENT, LLC, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| WERNWAG, MARTIN & FLORIAN | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, MUNCHENER STR. 16, 85748 GARCHING   GERMANY |

**Total Creditor Count 30**