**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:
:
LEHMAN BROTHERS HOLDINGS, INC., *et al.*
:
Debtors.
:
---------------------------------------------------------------- X

Chapter 11

Case No. 08-13555 (SCC)

(Jointly Administered)

Ref. Docket Nos. 57831, 57913, 57914

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 26, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 26, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
27th day of April, 2018
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

CANYON-GRF MASTER FUND II, L.P.
TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP.
C/O CANYON CAPITAL ADVISORS LLC/GEN CNSL
2000 AVENUE OF THE STARS,11TH FLOOR
LOS ANGELES, CA 90067

Please note that your claim # 29557-16 in the above referenced case and in the amount of $326,884,567.56 allowed at $37,111,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000127295639 ***           LBH TRFNTC (ADDRESS2, ADRKEYID3) 34070



BARCLAYS BANK PLC
DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

BARCLAYS BANK PLC
TRANSFEROR: CANYON-GRF MASTER FUND II, L.P.
ATTN: SALVATORE RUSSO, DISTRESSED LOAN CLOSING
700 PRIDES CROSSING
NEWARK, DE 19713

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 57913 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/26/2018                    Vito Genna, Clerk of Court

/s/ Marc Orfitelli
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 26, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN   ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: CANYON-GRF MASTER FUND II, L.P., ATTN: SALVATORE RUSSO, DISTRESSED LOAN CLOSING, 700 PRIDES CROSSING, NEWARK, DE 19713 |
| BARCLAYS BANK PLC | DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BETHMANN BANK AG | TRANSFEROR: MIES, PETER AND SYLVIA, BETHMANNSTRASSE 7-9, 60311 FRANKFURT AM MAIN   GERMANY |
| CANYON-GRF MASTER FUND II, L.P. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O CANYON CAPITAL ADVISORS LLC/GEN CNSL, 2000 AVENUE OF THE STARS,11TH FLOOR, LOS ANGELES, CA 90067 |
| MIES, PETER AND SYLVIA | BOBISBERGGASSE 20, ZAHLING 7562 AUSTRIA |
| MIES, PETER AND SYLVIA | BOBISBERGGASSE 20, ZAHLING 7562 AUSTRIA |
| MIES, PETER AND SYLVIA | BOBISBERGGASSE 20, ZAHLING 7562 AUSTRIA |
| UBS AG | TRANSFEROR: BANCA AKROS SPA, ATTN: MR. HUGO KOLLER, BAHNOFSTRASSE 45, 8001 ZURICH   SWITZERLAND |

**Total Creditor Count 9**