**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 57904
:
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 27, 2018, I caused to be served the "Notice of Defective Transfer," dated April 12, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Forrest Kuffer*
                                                            Forrest Kuffer

Sworn to before me this
30th day of April, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in the County of Queens
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

HSBC PRIVATE BANK MONACO S.A.
ATTN: GAELLE MIGANI, HEAD OF SECURITIES DEPARTMENT
17 AVENUE D'OSTENDE
MONACO 98000
 MONACO

BAR(23) MAILID *** 000127296829 ***    LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1121



SOUTHEY CAPITAL LTD
SUITE 17
ENSIGN HOUSE, ADMIRALS WAY
LONDON E14 9XQ

**Your transfer of claim # 56651 is defective for the reason(s) checked below:**

Other TRANSFER IS DEFECTIVE DUE TO CONTACT BEING AN LPS CLAIM

Docket Number   57904        Date:  04/12/2018

/s/ Marc Orfitelli

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

08-13555-mg    Doc 58005    Filed 05/01/18    Entered 05/01/18 17:26:49    Main Document
Pg 4 of 5

| Claim Name | Address Information |
|---|---|
| HSBC PRIVATE BANK MONACO S.A. | ATTN: GAELLE MIGANI, HEAD OF SECURITIES DEPARTMENT, 17 AVENUE D'OSTENDE, MONACO 98000 MONACO |
| SOUTHEY CAPITAL LTD | SUITE 17, ENSIGN HOUSE, ADMIRALS WAY, LONDON E14 9XQ |

**Total Creditor Count 2**