**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
|  | : | Chapter 11 |

In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al*.

Debtors.

: Case No. 08-13555 (SCC)

: (Jointly Administered)

: Ref. Docket Nos. 57797, 57920,
57921, 57922, 57923, 57955, 57956,
57957, 57958, 57959

---------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                        ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 30, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 30, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
1st day of May, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in the County of Queens
Commission Expires January 23, 2021

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

UBS AG
BAHNHOFSTR. 45
ATTN: HUGO KOLLER
ZURICH 8001
 SWITZERLAND

UBS AG
ATTN: HUGO KOLLER, OQ9C/O5GC
P.O. BOX
ZURICH 8098
 SWITZERLAND

Please note that your claim # 5559233-31 in the above referenced case and in the amount of
$0.00 allowed at $42,645.84 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000127307120 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 34071



CREDIT SUISSE AG
C/O KWJS & S
ATTN: MRS. ST. SWEENEY
200 WEST 41ST STREET, 17TH FLOOR
NEW YORK, NY 10036

CREDIT SUISSE AG
TRANSFEROR: UBS AG
C/O CRAVATH, SWAINE & MOORE LLP
ATTN: MR. TREVOR BROAD
825 8TH AVENUE
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        57921        in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/30/2018                     Vito Genna, Clerk of Court

                                      /s/ Marc Orfitelli

                                      EPIQ BANKRUPTCY SOLUTIONS, LLC

                                      as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 30, 2018.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST
Pg 5 of 7

| Claim Name | Address Information |
|---|---|
| BANQUE PICTET & CIE SA | 60 ROUTE DES ACACIAS, GENEVA 73 CH-1211 SWITZERLAND |
| CREDIT SUISSE AG | TRANSFEROR: BANQUE PICTET & CIE SA, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: MR. TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | C/O KWJS & S, ATTN: MRS. ST. SWEENEY, 200 WEST 41ST STREET, 17TH FLOOR, NEW YORK, NY 10036 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: MR. TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | C/O KWJS & S, ATTN: MRS. ST. SWEENEY, 200 WEST 41ST STREET, 17TH FLOOR, NEW YORK, NY 10036 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P.; DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD., C/O SILVER POINT CAPITAL, L.P.; ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | ATTN: ERIC RUIZ, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD. | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P., C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWHICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD. | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SILVER POINT CAPITAL FUND, LP | POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SOUTHEY CAPITAL LTD. | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: ROBERT SOUTHEY, ENSIGN HOUSE, SUITE 17, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 63**