**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 57854
:
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 25, 2018, I caused to be served the "Notice of Defective Transfer," dated April 25, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
27th day of April, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in the County of Queens
Commission Expires January 23, 2021

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  
LEHMAN BROTHERS HOLDINGS, INC., et al.

Debtors.

Chapter 11

Case No. 08-13555 (SCC)

(Jointly Administered)

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   Edmond de Rothschild (Suisse) SA
              18 rue de Hesse
              1204 Genève
              Switzerland

Transferee:   Banque Cantonale de Fribourg
              ATTN: Mr. Sébastian Jost
              Bd de Pérolles 1
              CH-1700 Fribourg
              Switzerland

**Your transfer as presented is defective for the reason(s) checked below:**

( ) case closed on:
( ) address missing: (transferor) (transferee)
( ) signature of transferor missing
( ) claim number in error
(●) claim number not stated
( ) amount of transfer missing in Transfer Agreement
( ) not FRBP 3001(e)(2) OR (4); claim **NOT** on file
( ) not FRBP 3001(e)(1) OR (3); claim **ON** file
( ) notice amount does not match transfer agreement
( ) cannot docket transfer-claim #
  [ ] expunged by court order
  [ ] previously transferred
        By document #
() other
    (specify):

**Docket Number: 57854**

/s/ Lauren Rodriguez
Epiq Bankruptcy Solutions LLC
as Claims Agent for the Debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 25th, 2018

08-13555-mg    Doc 58008    Filed 05/01/18    Entered 05/01/18 17:50:39    Main Document
Pg 4 of 5

**EXHIBIT B**

LBH_DEFECT TRANSFER NTC_04-25-18              LBH_DEFECT TRANSFER NTC_04-25-18

Edmond de Rothschild (Suisse) SA              Banque Cantonale de Fribourg
18 rue de Hesse                               ATTN: Mr. Sébastian Jost
1204 Genève                                   Bd de Pérolles 1
Switzerland                                   CH-1700 Fribourg
                                              Switzerland