**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
                                                                   :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*                           :
                                                                   :   (Jointly Administered)
                Debtors.                                           :
                                                                   :   Ref. Docket Nos. 57896, 57898
                                                                   :
                                                                   :
------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 25, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 25, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   */s/ Catherine Henriquez*
                                                   Catherine Henriquez

Sworn to before me this
27th day of April, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in the County of Queens
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
| --- | --- |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000127243059 ***    LBH TRFNTC (ADDRESS2, ADRKEYID3) 27140



AMUNDI ABSOLUTE RETURN CANYON FUND PLC
ROBERT SCHEININGER
SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019

AMUNDI ABSOLUTE RETURN CANYON FUND PLC
TRANSFEROR: GOLDMAN SACHS & CO.
F/K/A AAI CANYON FUND PLC
C/O CANYON CAPITAL ADVISORS LLC/ ATTN: CORPORATE ACTIONS
2000 AVENUE OF THE STARS, 11TH FLOOR
LOS ANGELES, CA 90067

Please note that your claim # 67871-08 in the above referenced case and in the amount of $953,514.12 has been transferred (unless previously expunged by court order)

BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: AMUNDI ABSOLUTE RETURN CANYON FUND PLC
C/O BANK OF AMERICA MERRILL LYNCH/ATTN RYAN WEDDLE/ANTE JAKIC
BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    57896    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/25/2018    Vito Genna, Clerk of Court

/s/ Marc Orfitelli
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 25, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AMUNDI ABSOLUTE RETURN CANYON FUND PLC | TRANSFEROR: GOLDMAN SACHS & CO., F/K/A AAI CANYON FUND PLC, C/O CANYON CAPITAL ADVISORS LLC/ ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| AMUNDI ABSOLUTE RETURN CANYON FUND PLC | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| AMUNDI ABSOLUTE RETURN CANYON FUND PLC | TRANSFEROR: GOLDMAN SACHS & CO., F/K/A AAI CANYON FUND PLC, C/O CANYON CAPITAL ADVISORS LLC/ ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| AMUNDI ABSOLUTE RETURN CANYON FUND PLC | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BANC OF AMERICA CREDIT PRODUCTS, INC | TRANSFEROR: AMUNDI ABSOLUTE RETURN CANYON FUND PLC, C/O BANK OF AMERICA MERRILL LYNCH/ATTN RYAN WEDDLE/ANTE JAKIC, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: AMUNDI ABSOLUTE RETURN CANYON FUND PLC, C/O BANK OF AMERICA MERRILL LYNCH/ATTN RYAN WEDDLE/ANTE JAKIC, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANK JULIUS BAER & CO. LTD | TRANSFEROR: DEUTSCHE BANK AG, HONG KONG, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| DEUTSCHE BANK AG, HONG KONG | 52/F CHEUNG KONG CENTER, 2 QUEEN'S ROAD, CENTRAL   HONG KONG |

**Total Creditor Count 8**