

UBS AG
Europastrasse 2
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
INFO MGMT/ HEDGE FUNDS/ DEFAULT

Stephan Gfeller
248
+41 44 235 62 83
+41 44 235 47 21
stephan.gfeller@ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com



# Message

April 26, 2018

**subject**  Claim Transfer Agreement Lehman Program Securities

On behalf of       Attention: Clerk of the Court

you are receiving  Evidence of partial transfer of claim: Credit Suisse AG

☐ for your information   ☐ returned with thanks   ☐ please return
☒ for your records       ☐ please comment         ☒ please confirm receipt
☐ as agreed              ☐ please sign            ☒ please process
☐ please complete

Remarks
TOCE212   UNITS -20-   ANN5214A1035

Transferor: Credit Suisse AG / Claim Number: 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Stephan Gfeller
Associate Director

## EVIDENCE OF TRANSFER OF CLAIM



TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged **Credit Suisse (Schweiz) AG** ("Transferor") unconditionally and irrevocably transferred to **UBS AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **April 24, 2018.**

Credit Suisse (Schweiz) AG

By: _____
Name: Sandro Hunziker
Title:  AVP

By: _____
Name: Adrian Graf
Title:  AVP

TOC E 212

## SCHEDULE I

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| ANN5214A1035 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | Units 20 |

*TOCE212*