RECEIVED
MAY - 8 2018
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

*Final Form 11/20/09*

EVIDENCE OF TRANSFER OF CLAIM LEHMAN PROGRAM SECURITY
TO: THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **BBVA (Suiza) SA** hereby unconditionally and irrevocably transfers and assigns to **BANCO INVERSIS S.A. ESPAÑA**, as of the date hereof, all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **51148.03 and 51165.00** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman *Brothers* Holdings, Inc. (the "Debtor"), Chapter 11 Case No.:08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

2. Transferor hereby waives any objection to the transfer of the Transferred Claims to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Transferee agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Evidence of Transfer of Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor is not responsible for the collectability of the Transferred Claim.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 16 day of October 2017.

[TRANSFEROR]
By:BBVA (Suiza) Name:
Hannelore Maeso Title:Director
Name: Francisco Javier Arranz
Title: COO
Selnaustrasse 32/36 Postfach
CH-8021 Zürich

Hannelore Maeso
Fco. Javier Arranz

[TRANSFEREE]
By:Banco Inversis
Name: Galo Vallejo
Title: Director
Avenida de la Hispanidad, 6
Madrid, 28031, Spain

Schedule 1

Transferred Claims

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Date Claim Filed | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|---|
| Cert LEH NL 2007-30.10.14(EXP.16.10.14) on a Basket of Shs -In Default- (3481017) | XS0326730313 | Lehman Brothers Holdings Inc. | Lehman Brothers Joint & several guarantees for the total | 51148.03 | 142,000 |
| Cert LEH NL 2006-29.09.09- (EXP.24.09.09) on CECEEUR Index-In Default- (2690794) | XS0267059755 | Lehman Brothers Holdings Inc. | Lehman Brothers Joint & several guarantees for the total | 51165.00 | 66,000 |

Schedule 1-1

Schedule 1

Transferred Claims

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Date Claim Filed | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|---|
| Cert LEH NL 2007-30.10.14(EXP.16.10.14) on a Basket of Shs -In Default- (3481017) | XS0326730313 | Lehman Brothers Holdings Inc. | Lehman Brothers Joint & several guarantees for the total | 51148.03 | 142,000 |
| Cert LEH NL 2006-29.09.09-(EXP.24.09.09) on CECEEUR Index-In Default- (2690794) | XS0267059755 | Lehman Brothers Holdings Inc. | Lehman Brothers Joint & several guarantees for the total | 51165.00 | 66,000 |

Schedule 1-1