**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | Ref. Docket Nos. 57738, 57915, |
|  | : | 57931, 57932, 57972-57979 |

---------------------------------------------------------------- X

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                   ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 1, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 1, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
1st day of May, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000127307869 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 24841



CITIBANK PRIVATKUNDEN AG & CO. KGAA
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

CITIBANK PRIVATKUNDEN AG & CO. KGAA
C/O TARGOBANK AG & CO, KGAA
ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG
KASERNENSTRASSE 10
40213 DUESSELDORF
 GERMANY

Please note that your claim # 555404-96 in the above referenced case and in the amount of
$36,922.60 allowed at $37,160.08 has been transferred (unless previously expunged by court order)

SCHOETZ, MANFRED
TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA
MONHEIMER STR. 14
51371 LEVERKUSEN
 GERMANY

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          57738                    in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/01/2018                          Vito Genna, Clerk of Court

                                           /s/ Marc Orfitelli
                                           _____
                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 1, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANQUE PICTET & CIE SA | TRANSFEROR: CREDIT SUISSE AG, ATTN: DAVID AESCHLIMANN, ROUTE DES ACACIAS 60, GENEVA 73 1211 SWITZERLAND |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF  GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF  GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF  GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND L.P., C/O DEUTSCHE BANK |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| LANDOLT & CIE SA | TRANSFEROR: BANQUE PICTET & CIE SA, ATTN: GAETAN CHABBEY, CHEMIN DE ROSENECK 6, CH-1006 LAUSANNE  SWITZERLAND |
| SCHOETZ, MANFRED | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, MONHEIMER STR. 14, 51371 LEVERKUSEN  GERMANY |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID STEINMETZ, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., TWO GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SILVER POINT CAPITAL FUND, LP | C/O DAVIS POLK & WARDWELL LLP, ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | C/O DAVIS POLK & WARDWELL, LLP, ATTN: ADAM VANWAGNER, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | C/O DAVIS POLK & WARDWELL LLP, ATTN: ADAM VANWAGNER, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | ATTN: ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | ATTN: ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | ATTN: ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | C/O DAVIS POLK & WARDWELL LLP, ATTN: ADAM VANWAGNER, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ERSEL SIM SPA, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | ATTN: ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | C/O DAVIS POLK & WARDWELL LLP, ATTN: ADAM VANWAGNER, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | ATTN: ADAM VANWAGNER, C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | ATTN: ADAM VANWAGNER, C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SILVER POINT CAPITAL FUND, LP | YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | ATTN: ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND L.P. | C/O DAVIS POLK & WARDWELL LLP, ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND L.P. | C/O DAVIS POLK & WARDWELL LLP, ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P | TRANSFEROR: ILLIQUIDX LLP, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P | ATTN: ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, ATTN: AREH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | ATTN: ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | ATTN: ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID STEINMETZ, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID STEINMETZ, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | ATTN: ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | ATTN: ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | ATTN: ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | ATTN: ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | ATTN: ADAM VANWAGNER, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |

**Total Creditor Count 118**