**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 58000
:
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 9, 2018, I caused to be served the "Notice of Defective Transfer," dated April 30, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
9th day of May, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in the County of Queens
Commission Expires January 23, 2021

# EXHIBIT A

08-13555-mg    Doc 58068    Filed 05/11/18    Entered 05/11/18 16:43:16    Main Document
Pg 2 of 5

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | |
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>    Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID \*\*\* 000127408733 \*\*\*        LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 22380



EFG BANK AG
GREENBERG  TRAURIG LLP
ATTN: MARIA DECONZA
200 PARK AVENUE
NEW YORK, NY 10166

EFG BANK AG
BAHNHOFSTRASSE 16
ATTN: ISABEL FARAGALLI
P.O. BOX 2255
ZURICH 8022
 SWITZERLAND

    CA INDOSUEZ WEALTH (EUROPE)
    IFO LB-BOL TITRES DEPARTMENT
    39 ALLEE SCHEFFER
    L-2520 LUXEMBOURG
     LUXEMBOURG

**Your transfer  of claim # 55837-56 is defective for the reason(s) checked below:**

Other ISIN ONLY CONTAINS EUR 200,000.00 IN NOMINAL AMOUNT

Docket Number    58000            Date:   04/30/2018

/s/ Marc Orfitelli

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CA INDOSUEZ WEALTH (EUROPE) | IFO LB-BOL TITRES DEPARTMENT, 39 ALLEE SCHEFFER, L-2520 LUXEMBOURG   LUXEMBOURG |
| EFG BANK AG | BAHNHOFSTRASSE 16, ATTN: ISABEL FARAGALLI, P.O. BOX 2255, ZURICH 8022 SWITZERLAND |
| EFG BANK AG | GREENBERG  TRAURIG LLP, ATTN: MARIA DECONZA, 200 PARK AVENUE, NEW YORK, NY 10166 |

**Total Creditor Count 3**