WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------------x
                                              :
In re                                         :        Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :        08-13555 (SCC)
                                              :
                          Debtors.            :        (Jointly Administered)
                                              :
-----------------------------------------------------------------------x
```

**NOTICE OF CANCELLATION OF HEARING**
**SCHEDULED FOR MAY 15, 2018 AT 10:00 A.M.**

    **PLEASE TAKE NOTICE** that the hearing that was scheduled for May 15, 2018

at 10:00 a.m. (Prevailing Eastern Time), before the Honorable Shelley C. Chapman, United

States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

New York, 10004-1408 **has been cancelled.**

Dated:  May 11, 2018
        New York, New York

                              /s/ Garrett A. Fail_____
                              Garrett A. Fail

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Lehman Brothers Holdings Inc.
                              and Certain of Its Affiliates