**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.* :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 57928, 58011 -
: 58027
:
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 7, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 7, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
8th day of May, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in the County of Queens
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

| | |
|---|---|
| OFFSHORE ASSET HOLDING VEHICLE A, LTD<br>TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD.<br>C/O SILVER POINT CAPITAL, L.P.<br>ATTN: DAVID F. STEINMETZ<br>2 GREENWICH PLAZA, FIRST FLOOR<br>GREENWICH, CT 06830 | OFFSHORE ASSET HOLDING VEHICLE A, LTD<br>ATTN: ERIC RUIZ<br>DAVIS POLK & WARDWELL LLP<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017-3904 |

Please note that your claim # 58792-31 in the above referenced case and in the amount of $0.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000127339736 ***         LBH TRFNTC (ADDRESS2, ADRKEYID3) 34074



| | |
|---|---|
| GOLDMAN SACHS & CO. LLC<br>MELISSA BROWN<br>200 WEST STREET<br>NEW YORK, NY 10282-2198 | GOLDMAN SACHS & CO. LLC<br>TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD<br>ATTN: THIERRY C. LE JOUAN<br>30 HUDSON STREET, 4TH FLOOR<br>JERSEY CITY, NJ 07302 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        58013         in your objection. If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2018                    Vito Genna, Clerk of Court

/s/ Marc Orfitelli
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferer, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 7, 2018.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN   ITALY |
| CREDIT SUISSE (ITALY) S.P.A. | TRANSFEROR: BANCA AKROS SPA, ATTN: UFF. MASTER DATA, VIA S. MARGHERITA 3, MILANO 20121 ITALY |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. LLC | HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD., C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | ATTN: ERIC RUIZ, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD., C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | ATTN: ERIC RUIZ, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD., C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | ATTN: ERIC RUIZ, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD., C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | ATTN: ERIC RUIZ, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD., C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | ATTN: ERIC RUIZ, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD., C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | ATTN: ERIC RUIZ, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD., C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |

| Claim Name | Address Information |
|---|---|
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | ATTN: ERIC RUIZ, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD., C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | ATTN: ERIC RUIZ, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD., C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | ATTN: ERIC RUIZ, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD., C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | ATTN: ERIC RUIZ, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD., C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | ATTN: ERIC RUIZ, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID STEINMETZ, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |

| Claim Name | Address Information |
|---|---|
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVQ POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |

| Claim Name | Address Information |
|---|---|
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES LLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | C/O DAVIS POLK & WARDWELL LLP, ATTN: ADAM VANWAGNER, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |

| Claim Name | Address Information |
|---|---|
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ILLIQUIDX LLP, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | C/O DAVIS POLK & WARDWELL, ATTN: ADAM VANWAGNER, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |

**Total Creditor Count 224**