**ABN·AMRO**

Operations NL
Operations Securities
Correspondence address
Kemelstede 2
4817 ST Breda,
The Netherlands

United States Bankruptcy Court
Southern District of New York
Attn. Lehman Brothers Inc
One Bowling Green
New York, NY 10004-1408
United States of America

RECEIVED MAY - 9 2018 U.S BANKRUPTCY COURT SD DIST OF NEW YORK

*Department*
Operations Securities - Network Management

*Telephone*
+31 6 10337131

*Fax*
-

*Date*
07-05-2018

Dear Sir, Madam,

Please find enclosed the signed transfer of claim other than for security.

Please do not hesitate to contact me for any further requirements.

Kind Regards,

ABN AMRO Bank N.V.
Operations Securities
Mario Sanchez Bos
Network Management

ABN AMRO Bank N.V., gevestigd te Amsterdam
Handelsregister K.v.K. Amsterdam, nr 34334259
BTW nr NL820646660B01



*RECEIVED MAY - 9 2018 U.S. BANKRUPTCY COURT S.D. OF NEW YORK*

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **Lehmans Brothers Holdings Inc**, Case No. **08-13555 (JMP)**
**Debtor**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**ABN AMRO Bank NV. (Netherlands)**              **ABN Amro (Channel Islands) Limited**
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): **47318**
should be sent:                                   Amount of Claim: **$58,143.92**
                                                  Date Claim Filed: **10/26/2009**

Phone: **+31 6 10337131**                         Phone: **00 44 1481 751614**
Last Four Digits of Acct #: **6781**              Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: **+31 6 10337131**
Last Four Digits of Acct #: **6781**

Address: **Kemelstede 2, 4817 ST Breda**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/___                                     Date: **1st May 2018**
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.