

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **Lehman Brothers Holdings, Inc**    Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Sabrecrucial Ltd**
Name of Transferee

**Gillian Company Ltd**
Name of Transferor

Name and Address where notices to transferee should be sent: **Sabrecrucial Ltd**
**Attn: Haung Chun Chien**
**5D Seacliff Mansion, 19 Repulse Bay Road**
**Repulse Bay, Hong Kong**
Phone: **852-28129808**
Last Four Digits of Acct #: _____

Court Claim # (if known): **39760**
Amount of Claim: **$195,067.08**
Date Claim Filed: **10/13/2009**
email address:
i) **jacqueline.lam@asia.bnpparibas.com**
ii) **serina.lau@asia.bnpparibas.com**
Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: **2018/4/30**
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.