B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**  Case No. 08-13555 (SCC)
**(jointly administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Banc of America Credit Products, Inc.**         **Aleiter Holdings LLC**
Name of Transferee                                 Transferor

Name and Address where notices to transferee       Court Claim # (if known): __see attached__
should be sent:                                    Total Amount of Claim Transferred:
                                                   USD $ _see attached_

Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036
Attn: Ryan Weddle / Ante Jakic
Telephone: (646) 855-7450
Fax: (646) 834-9780 / (804) 264-1108
E-mail: ryan.weddle@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/Seth Denson__                 Date: ____5/23/2018____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Aleiter Holdings LLC** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Banc of America Credit Products, Inc.**, its successors and assigns ("Buyer"), an undivided interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc.** (Claim No.: **58352**) in the aggregate amount of **$50,000,000** (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC) as set forth below:

| Claim Number | Amount |
|---|---|
| 58352 | $ 1,693,000.00 |
| 58352 | $ 2,483,000.00 |
| 58352 | $ 6,524,000.00 |
| 58352 | $ 12,819,000.00 |
| 58352 | $ 26,481,000.00 |
| *Aggregate:* | **$ 50,000,000.00** |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim to Buyer.

*[signature page follows]*

133010586v6

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 23 day of May, 2018.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name: SETH DENSON
Title: DIRECTOR

ALEITER HOLDINGS LLC
By: Davidson Kempner Long-Term Distressed Opportunities GP LLC, its Manager

By: _____
Name:
Title: Managing Member

133010586v6

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 23 day of May, 2018.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title:

ALEITER HOLDINGS LLC
By: Davidson Kempner Long-Term Distressed Opportunities GP LLC, its Manager

By: _____
Name: Anthony Yoseloff
Title: ~~Managing Member~~
Co-Executive Managing Member

133010586v6