B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**    Case No. 08-13555 (SCC)
**(jointly administered)**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Banc of America Credit Products, Inc.**    **Altuned Holdings LLC**
Name of Transferee    Transferor

Name and Address where notices to transferee    Court Claim # (if known): __58649__
should be sent:    Total Amount of Claim Transferred:
    USD $ 26,257,287.58

Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036
Attn: Ryan Weddle / Ante Jakic
Telephone: (646) 855-7450
Fax: (646) 834-9780 / (804) 264-1108
E-mail: ryan.weddle@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/Seth Denson__    Date: __5/23/2018__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("**Bankruptcy Court**")

AND TO: Lehman Brothers Holdings Inc. (the "**Debtor**")
Chapter 11, Case No. 08-13555 (SCC) (jointly administered)

**Altuned Holdings LLC** ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Banc of America Credit Products, Inc.**
One Bryan Park, 3rd Floor
New York, New York 10036
Telephone: (646) 855-7450
Email: Ante.Jakic@baml.com / Ryan.Weddle@baml.com
Attn: Ante Jakic / Ryan Weddle

its successors and assigns ("Assignee"), its rights, title and interest in and to Proof of Claim number 58649, solely to the extent of $26,257,287.58 (the "Assigned Claim").

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, title 11 of the United States Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Assignor by Assignee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Assigned Claim. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim, recognizing Assignee as the sole owner and holder of the Assigned Claim, and directing that all notices or payments or distributions of money or property in respect of the Assigned Claim be delivered or made to Assignee.

**[Signature Page Follows]**

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this day of May 23, 2018.

Assignor:

**ALTUNED HOLDINGS LLC**

By: _____
Name:
Title:

Assignee:

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: _____
Name:
Title:

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this day of May 23, 2018.

| Assignor: | Assignee: |
|---|---|
| **ALTUNED HOLDINGS LLC** | **BANC OF AMERICA CREDIT PRODUCTS, INC.** |
| By:_____ | By:_____ |
| Name: | Name: |
| Title: | Title: SETH DENSON, DIRECTOR |