**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | Ref. Docket Nos. 58077, |
|  | : | 58078, 58080, 58090 |

-------------------------------------------------------------------- X

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 22, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 22, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
22nd day of May, 2018
*/s/ Elli Krempa*
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2019

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000127457642 ***       LBH TRFNTC (MERGE2, TXNUM2) 4000085774



GILLIAN COMPANY LIMITED
FLAT 5D, SEACLIFF MANSION
19 REPULSE BAY ROAD
REPULSE BAY
 HONG KONG

Please note that your claim # 39760 in the above referenced case and in the amount of
$500,000.00 allowed at $195,067.08 has been transferred (unless previously expunged by court order)

SABRECRUCIAL LTD
TRANSFEROR: GILLIAN COMPANY LIMITED
ATTN: HAUNG CHUN CHIEN
5D SEACLIFF MANSION
19 REPULSE BAY ROAD
REPULSE BAY
 HONG KONG

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER     58080     in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/22/2018          Vito Genna, Clerk of Court

         /s/ Marc Orfitelli

         EPIQ BANKRUPTCY SOLUTIONS, LLC

         as claims agent for the debtor(s).

FOR EBS USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 22, 2018.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: DEUTSCHE BANK AG, SINGAPORE, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH  SWITZERLAND |
| DEUTSCHE BANK AG, SINGAPORE | ONE RAFFLES QUAY #20-00, SOUTH TOWER, SINGAPORE 048583 SINGAPORE |
| GILLIAN COMPANY LIMITED | FLAT 5D, SEACLIFF MANSION, 19 REPULSE BAY ROAD, REPULSE BAY  HONG KONG |
| ILLIQUIDX LIMITED | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LIMITED | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| INTESA SAN PAOLO SPA | TRANSFEROR: UBS EUROPE SE, VIA VERDI 8, 20121 MILAN  ITALY |
| SABRECRUCIAL LTD | TRANSFEROR: GILLIAN COMPANY LIMITED, ATTN: HAUNG CHUN CHIEN, 5D SEACLIFF MANSION, 19 REPULSE BAY ROAD, REPULSE BAY  HONG KONG |
| UBS EUROPE SE | F/K/A UBS (ITALIA) SPA, ATTN: VALENTINA NEMBRI, VIA BENIGNO CRESPI 24, MILANO 20159 ITALY |

**Total Creditor Count 10**