**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                    :      Chapter 11

In re:                                           :
                                                    :      Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.  :
                                                      :      (Jointly Administered)
                 Debtors.            :
                                                     :      Ref. Docket No. 57854
                                                     :
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 23, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 23, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                */s/ Forrest Kuffer*
                                                                                Forrest Kuffer

Sworn to before me this
23rd day of May, 2018
*/s/ Elli Krempa*

Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2019

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

BANQUE PRIVEE
EDMOND DE ROTHSCHILD S.A.
18, RUE DE HESSE
GENEVE 1204
 SWITZERLAND

Please note that your claim # 46890-08 in the above referenced case and in the amount of $143,524.00 allowed at $126,612.14 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000127458962 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000187582



BANQUE CANTONALE DE FRIBOURG
TRANSFEROR: BANQUE PRIVEE
ATTN: SEBASTIEN JOST
BD DE PEROLLES 1
1700 FRIBOURG
 SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER     57854     in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/23/2018                        Vito Genna, Clerk of Court

/s/ Marc Orfitelli
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 23, 2018.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANQUE CANTONALE DE FRIBOURG | TRANSFEROR: BANQUE PRIVEE, ATTN: SEBASTIEN JOST, BD DE PEROLLES 1, 1700 FRIBOURG   SWITZERLAND |
| BANQUE PRIVEE | EDMOND DE ROTHSCHILD S.A., 18, RUE DE HESSE, GENEVE 1204 SWITZERLAND |

**Total Creditor Count 2**