**BAUMANN & CIE**
BANQUIERS



## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| Security | ISIN | Face amount | Allowed amount |
|---|---|---|---|
| 0% Lehman Brothers Treasury BV 2008 – 2012 | CH0036891148 | CHF 30'000 | USD 26'761.28 |

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Baumann & Cie** („Transferor") unconditionally and irrevocably transferred to **Swissquote Bank SA, Chemin de la Crétaux 33, CH-1196 Gland, Switzerland** („Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 555829.76**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the „Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the „Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

Basel +41(0)61 279 41 41 · Olten +41(0)62 287 41 41 · Zürich +41(0)44 563 64 65
info@baumann-banquiers.ch · www.baumann-banquiers.ch

**BAUMANN & CIE**
BANQUIERS

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON MAI 4, 2018.

Baumann & Cie

By: _____
Name: André Stucki

By: _____
Name: René Uttinger

_____
David Sousa
Responsible Settlement
Swissquote Bank SA

_____
Fanny Pagnani
Authorized Officer
Swissquote Bank SA

Basel +41 (0)61 279 41 41 · Olten +41 (0)62 287 41 41 · Zürich +41 (0)44 563 64 65
info@baumann-banquiers.ch · www.baumann-banquiers.ch