**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                                  :
In re                                             :   Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :   08-13555 (SCC)
                                                  :
                Debtors.                          :   (Jointly Administered)
                                                  :
-------------------------------------------------------------x   Ref. Docket No. 58100
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 24, 2018, I caused to be served the "Reply in Support of Motion of the Plan Administrator for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated May 24, 2018 [Docket No. 58100], by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A, and

    ii.  delivered via electronic mail to those parties listed in the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
24th day of May, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
## Overnight Mail – Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# LEHMAN BROTHERS HOLDINGS INC.
## Overnight Mail – Additional Parties

**LBH_D.I. 58100 05.24.18**

MORGAN, LEWIS & BOCKIUS LLP
Joshua Dorchak
101 Park Avenue
New York, New York 10178

**LBH_D.I. 58100 05.24.18**

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
Luke A. Barefoot
One Liberty Plaza
New York, NY 10006

**LBH_D.I. 58100 05.24.18**

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Kyle J. Kimpler and Dan Youngblut
1285 Avenue of the Americas
New York, New York 10019-6064

**LBH_D.I. 58100 05.24.18**

WACHTELL LIPTON, ROSEN &
KATZ
Emil A. Kleinhaus
51 West 52nd Street
New York, New York 10019

**LBH_D.I. 58100 05.24.18**

PAUL HASTINGS LLP
Luc A. Despins, Esq.  and
James T. Grogan, Esq.
200 Park Avenue, 26th Floor
New York, NY 10166

**LBH_D.I. 58100 05.24.18**

David R. Seligman, P.C.
Joseph M. Graham
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS
INTERNATIONAL LLP
300 North LaSalle
Chicago, Illinois 60654

**LBH_D.I. 58100 05.24.18**

Mark McKane, P.C.
Kevin Chang
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
555 California Street
San Francisco, California 94104

# LEHMAN BROTHERS HOLDINGS INC.
## Overnight Mail – Additional Parties

**LBH_D.I. 58100 05.24.18**

EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT DEPARTMENT
EATON CENTER
1111 SUPERIOR AVENUE
CLEVELAND. OH 44114-2584

**LBH_D.I. 58100 05.24.18**

FAEGRE BAKER DANIELS LLP
ATTN: MICHAEL M. KRAUSS
(COUNSEL TO 'SANTA FE ENTITIES')
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS MN 55402-3901

**LBH_D.I. 58100 05.24.18**

VENABLE LLP
ATTN: EDWARD A. SMITH, ESQ.
(COUNSEL TO DELTA AIR LINES, INC.)
1270 AVENUE OF THE AMERICAS, 25TH FLOOR
NEW YORK, NY 10020

**LBH_D.I. 58100 05.24.18**

FENSTERSTOCK & PARTNERS LLP
ATTN: LANI A. ADLER
(COUNSEL TO IFREEDOM DIRECT CROP. &
SUBURBAN MORTGAGE CORPORATION)
100 BROADWAY, 8TH FLOOR
NEW YORK, NY  10005

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
## Electronic Mail – Master Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.lanza@dlapiper.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alexander.lorenzo@alston.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| christopher.greco@kirkland.com | dennis.tracey@hoganlovells.com |
| claude.montgomery@dentons.com | dfelder@orrick.com |
| clynch@reedsmith.com | dflanigan@polsinelli.com |
| cohen@sewkis.com | dgoldberg@hsgllp.com |
| cp@stevenslee.com | dhayes@mcguirewoods.com |
| cpappas@dilworthlaw.com | dhealy@hsgllp.com |
| cparyse@contrariancapital.com | dheffer@foley.com |
| craig.goldblatt@wilmerhale.com | dhurst@coleschotz.com |
| craigjustinalbert@gmail.com | dhw@dhclegal.com |
| crmomjian@attorneygeneral.gov | diconzam@gtlaw.com |
| csalomon@beckerglynn.com | djcarragher@daypitney.com |
| cschreiber@winston.com | djoseph@stradley.com |
| cshore@whitecase.com | dkessler@ktmc.com |
| cshulman@sheppardmullin.com | dkozusko@willkie.com |
| cszyfer@stroock.com | dlemay@chadbourne.com |
| cwalsh@mayerbrown.com | dlipke@vedderprice.com |
| cward@polsinelli.com | dmark@kasowitz.com |
| cweber@ebg-law.com | dmcguire@winston.com |
| cweiss@ingramllp.com | dmiller@steinlubin.com |
| dallas.bankruptcy@publicans.com | dmurray@jenner.com |
| dave.davis@isgria.com | dneier@winston.com |
| david.bennett@tklaw.com | dodonnell@milbank.com |
| david.livshiz@freshfields.com | dpegno@dpklaw.com |
| david.powlen@btlaw.com | draelson@fisherbrothers.com |
| david.tillem@wilsonelser.com | drosenzweig@fulbright.com |
| david.wender@alston.com | drosner@goulstonstorrs.com |
| davids@blbglaw.com | drosner@kasowitz.com |
| davidwheeler@mvalaw.com | dshaffer@wtplaw.com |
| dbarber@bsblawyers.com | dspelfogel@foley.com |
| dbaumstein@whitecase.com | dsullivan@hsgllp.com |
| dbesikof@loeb.com | dtatge@ebglaw.com |
| dblack@hsgllp.com | dtheising@harrisonmoberly.com |
| dcimo@gjb-law.com | dwdykhouse@pbwt.com |
| dcoffino@cov.com | dworkman@bakerlaw.com |
| dcrapo@gibbonslaw.com | easmith@venable.com |
| ddavis@paulweiss.com | ebcalvo@pbfcm.com |
| ddrebsky@nixonpeabody.com | ecohen@russellinvestments.com |
| ddunne@milbank.com | edelucia@hsgllp.com |
| deggermann@kramerlevin.com | edward.flanders@pillsburylaw.com |
| deggert@freebornpeters.com | efleck@milbank.com |
| demetra.liggins@tklaw.com | efriedman@fklaw.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| efriedman@friedmanspring.com | irethy@stblaw.com |
| ekbergc@lanepowell.com | israel.dahan@cwt.com |
| eleicht@whitecase.com | j.zelloe@stahlzelloe.com |
| ellen.halstead@cwt.com | jacobsonn@sec.gov |
| emagnelli@bracheichler.com | jalward@blankrome.com |
| emerberg@mayerbrown.com | james.berg@piblaw.com |
| enkaplan@kaplanlandau.com | james.mcclammy@dpw.com |
| eobrien@sbchlaw.com | james.moore@morganlewis.com |
| etillinghast@sheppardmullin.com | james.sprayregen@kirkland.com |
| eweinick@otterbourg.com | jamesboyajian@gmail.com |
| ezujkowski@emmetmarvin.com | jamestecce@quinnemanuel.com |
| farrington.yates@kobrekim.com | jar@outtengolden.com |
| fcarruzzo@kramerlevin.com | jay.hurst@oag.state.tx.us |
| ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| fhenn@law.nyc.gov | jbeemer@entwistle-law.com |
| fhyman@mayerbrown.com | jbrody@americanmlg.com |
| foont@foontlaw.com | jbromley@cgsh.com |
| fsosnick@shearman.com | jcarberry@cl-law.com |
| gabriel.delvirginia@verizon.net | jchristian@tobinlaw.com |
| gary.ravertpllc@gmail.com | jdoran@haslaw.com |
| gavin.alexander@ropesgray.com | jdwarner@warnerandscheuerman.com |
| gbray@milbank.com | jdyas@halperinlaw.net |
| ggitomer@mkbattorneys.com | jean-david.barnea@usdoj.gov |
| ggoodman@foley.com | jeanites@whiteandwilliams.com |
| giddens@hugheshubbard.com | jeannette.boot@wilmerhale.com |
| gkaden@goulstonstorrs.com | jeff.wittig@united.com |
| glenn.siegel@morganlewis.com | jeldredge@velaw.com |
| gmoss@riemerlaw.com | jennifer.demarco@cliffordchance.com |
| goldenberg@ssnylaw.com | jennifer.gore@shell.com |
| gspilsbury@jsslaw.com | jg5786@att.com |
| harrisjm@michigan.gov | jgenovese@gjb-law.com |
| harveystrickon@paulhastings.com | jguy@orrick.com |
| hbeltzer@chadbourne.com | jhiggins@fdlaw.com |
| heiser@chapman.com | jhorgan@phxa.com |
| hmagaliff@r3mlaw.com | jhuggett@margolisedelstein.com |
| holsen@stroock.com | jim@atkinslawfirm.com |
| hooper@sewkis.com | jjureller@klestadt.com |
| howard.hawkins@cwt.com | jlamar@maynardcooper.com |
| hseife@chadbourne.com | jlawlor@wmd-law.com |
| hsnovikoff@wlrk.com | jlee@foley.com |
| hsteel@brownrudnick.com | jlevitin@cahill.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Electronic Mail – Master Service List

| | |
|---|---|
| jlscott@reedsmith.com | karl.geercken@alston.com |
| jmaddock@mcguirewoods.com | kdwbankruptcydepartment@kelleydrye.com |
| jmazermarino@msek.com | keckhardt@hunton.com |
| jmelko@gardere.com | keith.simon@lw.com |
| jmerva@fult.com | kek@crb-law.com |
| jmr@msf-law.com | ken.coleman@allenovery.com |
| jnm@mccallaraymer.com | kerry.moynihan@hro.com |
| john.beck@hoganlovells.com | kgwynne@reedsmith.com |
| john.goodchild@morganlewis.com | kiplok@hugheshubbard.com |
| john.monaghan@hklaw.com | kit.weitnauer@alston.com |
| john.mule@state.mn.us | kkelly@ebglaw.com |
| jonathan.goldblatt@bnymellon.com | kkolbig@mosessinger.com |
| jonathan.henes@kirkland.com | klyman@irell.com |
| jorbach@hahnhessen.com | klynch@formanlaw.com |
| joseph.cordaro@usdoj.gov | kobak@hugheshubbard.com |
| joshua.dorchak@morganlewis.com | korr@orrick.com |
| jowen769@yahoo.com | kovskyd@pepperlaw.com |
| joy.mathias@dubaiic.com | kressk@pepperlaw.com |
| jpintarelli@mofo.com | kreynolds@mklawnyc.com |
| jporter@entwistle-law.com | krosen@lowenstein.com |
| jprol@lowenstein.com | ksebaski@hsgllp.com |
| jrabinowitz@rltlawfirm.com | kurt.mayr@bgllp.com |
| jrapisardi@omm.com | kurt.rademacher@morganlewis.com |
| jrosenthal@mhlawcorp.com | ladler@fensterstock.com |
| jrsmith@hunton.com | landon@slollp.com |
| jschiller@bsfllp.com | lapeterson@foley.com |
| jschwartz@hahnhessen.com | lawallf@pepperlaw.com |
| jsheerin@mcguirewoods.com | lawrence.gelber@srz.com |
| jsherman@bsfllp.com | lberkoff@moritthock.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com |
| jsmairo@pbnlaw.com | lee.whidden@dentons.com |
| jstoll@mayerbrown.com | lgomez@msek.com |
| jtimko@shutts.com | lgranfield@cgsh.com |
| judy.morse@crowedunlevy.com | lhandelsman@stroock.com |
| jvail@ssrl.com | lisa.solomon@att.net |
| jwcohen@daypitney.com | ljkotler@duanemorris.com |
| jwest@velaw.com | lkatz@ltblaw.com |
| jwh@njlawfirm.com | lkiss@klestadt.com |
| jzulack@fzwz.com | lmarinuzzi@mofo.com |
| kanema@formanlaw.com | lmcgowen@orrick.com |
| karen.wagner@dpw.com | lnashelsky@mofo.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.roitman@ropesgray.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
maryann.gagliardi@wilmerhale.com
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcolomar@diazreus.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanin@kasowitz.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.kraut@morganlewis.com

michael.mccrory@btlaw.com
michael.solow@apks.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mitchell.berger@squirepb.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
mshuster@hsgllp.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neil.herman@morganlewis.com
neilberger@teamtogut.com
ngueron@cgr-law.com
nicholas.zalany@squirepb.com

# LEHMAN BROTHERS HOLDINGS INC.
## Electronic Mail – Master Service List

| | |
|---|---|
| nissay_10259-0154@mhmjapan.com | robert.malone@dbr.com |
| nlepore@schnader.com | robert.yalen@usdoj.gov |
| nlieberman@hsgllp.com | robin.keller@lovells.com |
| notice@bkcylaw.com | roger@rnagioff.com |
| nyrobankruptcy@sec.gov | ross.martin@ropesgray.com |
| otccorpactions@finra.org | rpedone@nixonpeabody.com |
| paronzon@milbank.com | rrainer@wmd-law.com |
| pbattista@gjb-law.com | rroupinian@outtengolden.com |
| pbosswick@ssbb.com | rterenzi@stcwlaw.com |
| pdublin@akingump.com | russj4478@aol.com |
| peisenberg@lockelord.com | ryaspan@yaspanlaw.com |
| peter.gilhuly@lw.com | sabin.willett@morganlewis.com |
| peter.meisels@wilsonelser.com | sabramowitz@velaw.com |
| peter.simmons@friedfrank.com | sabvanrooy@hotmail.com |
| peter@bankrupt.com | sally.henry@skadden.com |
| pfeldman@oshr.com | samuel.cavior@pillsburylaw.com |
| pfinkel@wilmingtontrust.com | sandyscafaria@eaton.com |
| phayden@mcguirewoods.com | scargill@lowenstein.com |
| pmaxcy@sonnenschein.com | schager@ssnylaw.com |
| ppascuzzi@ffwplaw.com | schannej@pepperlaw.com |
| psp@njlawfirm.com | schepis@pursuitpartners.com |
| ptrostle@jenner.com | schnabel.eric@dorsey.com |
| raj.madan@skadden.com | schristianson@buchalter.com |
| ramona.neal@hp.com | scott.golden@hoganlovells.com |
| rbeacher@pryorcashman.com | scottj@sullcrom.com |
| rbernard@foley.com | scottshelley@quinnemanuel.com |
| rbyman@jenner.com | scousins@armstrongteasdale.com |
| rdaversa@orrick.com | sdnyecf@dor.mo.gov |
| relgidely@gjb-law.com | sehlers@armstrongteasdale.com |
| rfriedman@silvermanacampora.com | sfalanga@thewalshfirm.com |
| rgmason@wlrk.com | sfelderstein@ffwplaw.com |
| rgoodman@moundcotton.com | sfineman@lchb.com |
| rgraham@whitecase.com | sfox@mcguirewoods.com |
| rhett.campbell@tklaw.com | sgordon@cahill.com |
| richard.lear@hklaw.com | sgraziano@blbglaw.com |
| richard@rwmaplc.com | sgubner@ebg-law.com |
| rick.murphy@sutherland.com | sharbeck@sipc.org |
| rleek@hodgsonruss.com | shari.leventhal@ny.frb.org |
| rmatzat@hahnhessen.com | shgross5@yahoo.com |
| rnetzer@willkie.com | skatona@polsinelli.com |
| robert.honeywell@klgates.com | sldreyfuss@hlgslaw.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com

uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yuwatoko@mofo.com

# LEHMAN BROTHERS HOLDINGS INC.
## Electronic Mail – Additional Parties

david.seligman@kirkland.com
eakleinhaus@wlrk.com
jamesgrogan@paulhastings.com
joe.graham@kirkland.com
joshua.dorchak@morganlewis.com
kevin.chang@kirkland.com
kkimpler@paulweiss.com
lbarefoot@cgsh.com
lucdespins@paulhastings.com
mark.mckane@kirkland.com