Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Credit Suisse (Schweiz) AG | Bank Julius Baer & Co. Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Cravath, Swaine & Moore LLP KWJS & S
Mr. Trevor Broad          Mrs. St. Sweeney
825 8th Avenue            200 Wst 41st Street
New York NY 10019         17th Floor
                          New York, NY 10036

Phone: -
Last Four Digits of Acct #: -

Court Claim # (if known): 58786-06
Date Claim Filed: 29 October 2009
Amount of Claim: -
Portion of Claim Transferred (see Schedule I): see Evidence of Transfer of Claim

Phone: -
Last Four Digits of Acct. #: -

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____    Date: May 30, 2018
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Credit Suisse AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **58786-06**) in the **nominal amount of USD 200'000** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 16 day of May 2018.

**Bank Julius Baer & Co. Ltd.**

_(signatures)_

Fabian Burckhardt          Marc Blum

Schedule I

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | nominal |
|---|---|---|---|---|
| XS0204933997 PENDULUM ELN NOTE | 58786-06 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 200'000 |