# CREDIT SUISSE

CREDIT SUISSE (Schweiz) AG

Uetlibergstrasse 231  Phone  044 332 86 11
P.O. Box 900
CH-8070 Zürich
Switzerland

Corporate Actions
Marija Petrovic, MOAA 12
marija.petrovic@credit-suisse.com

U.S. Bankruptcy Court
for the Southern
District of N.Y.
One Bowling Green,
New York, N.Y. 1004
USA

May 30, 2018

## Withdrawal of Transfer of Claim Docket No. 57098

Please take notice that Credit Suisse AG withdraws its Evidence of Transfer of Claim (Claim 55829) filed on October 30, 2017 (Docket No. **57098**) from Bank J. Safra Sarasin (Gibraltar) Ltd. in the amount of EUR 48'000.

Freundliche Grüsse   Vos dévoués
Distinti saluti   Yours very truly

Credit Suisse (Schweiz) AG

Sandro Hunziker           Adrian Graf