# CREDIT SUISSE

CREDIT SUISSE (Schweiz) AG

Uetlibergstrasse 231  Phone  044 332 86 11
P.O. Box 900
CH-8070 Zürich
Switzerland

Corporate Actions
Marija Petrovic, MOAA 12
marija.petrovic@credit-suisse.com

U.S. Bankruptcy Court
for the Southern
District of N.Y.
One Bowling Green,
New York, N.Y. 1004
USA

May 30, 2018

## Withdrawal of Transfer of Claim Docket No. 57718

Please take notice that Credit Suisse AG withdraws its Evidence of Transfer of Claim (Claim 45221.21) filed on February 20, 2018 (Docket No. **57718**) from Safra National Bank of New York in the amount of USD 50'000.

Freundliche Grüsse   Vos dévoués
Distinti saluti   Yours very truly

Credit Suisse (Schweiz) AG

Sandro Hunziker        Adrian Graf