B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,  Case No. <u>08-13555</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | BANC OF AMERICA CREDIT PRODUCTS, INC. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  HBK Master Fund L.P.
  c/o HBK Services LLC
  2101 Cedar Springs Road, Suite 700
  Dallas, TX 75201

Court Claim # (if known): <u>Claim No. 58649</u>

Amount of Claim Transferred: <u>$13,570,550.86</u>
Date Claim Filed: <u>October 30, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>(214) 758-6107</u>   Phone:
Last Four Digits of Acct #:<u>N/A</u>   Last Four Digits of Acct #:<u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:<u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J.R. Smith</u>   Date: <u>May 30, 2018</u>
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

**TO:** United States Bankruptcy Court for the
Southern District of New York ("<u>Bankruptcy Court</u>")

**AND TO:** Lehman Brothers Holdings Inc. (the "<u>Debtor</u>")
Chapter 11, Case No. 08-13555 (SCC) (jointly administered)

  **Banc of America Credit Products, Inc.** ("<u>Assignor</u>"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

  **HBK Master Fund L.P.**
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201
Telephone: (214) 758-6107
Facsimile: (214) 758-1207
Attention: General Counsel
Email: legal@hbk.com

its successors and assigns ("<u>Assignee</u>"), its rights, title and interest in and to Proof of Claim number 58649, solely to the extent of $13,570,550.86 (the "<u>Assigned Claim</u>").

  Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, title 11 of the United States Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Assignor by Assignee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Assigned Claim. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim, recognizing Assignee as the sole owner and holder of the Assigned Claim, and directing that all notices or payments or distributions of money or property in respect of the Assigned Claim be delivered or made to Assignee.

*[Signature Page Follows]*

133089996v2

    IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this day of May 23, 2018.

**Assignor:**

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: _____
Name:
Title:

SETH DENSON
DIRECTOR

**Assignee:**

**HBK MASTER FUND L.P.**

By:   HBK Services LLC
      Investment Advisor

By: _____
Name:
Title:  Authorized Signatory

133089996v2

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this day of May 23, 2018.

Assignor:

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By:_____
Name:
Title:

Assignee:

**HBK MASTER FUND L.P.**

By:   HBK Services LLC
      Investment Advisor

By:_____
Name: Jon L. Mosle III
Title: Authorized Signatory

133089996v2