**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                :
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :   08-13555 (SCC)
                                                :
                    Debtors.                    :   (Jointly Administered)
                                                :
-------------------------------------------------------------------x   Ref. Docket No. 58121
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 30, 2018, I caused to be served the "April 2018 Post-Effective Operating Report," *for the period April 6, 2018 – April 30, 2018*, dated May 30, 2018 [Docket No. 58121], by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A,

    ii.  delivered via electronic mail to those parties listed in the annexed Exhibit B, and

    iii. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: *FEDERAL RESERVE BANK OF PHILADELPHIA, C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT, TEN INDEPENDENCE MALL, PHILADELPHIA, PA 19106-1574.*

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
30th day of May, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
## Overnight Mail – Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# LEHMAN BROTHERS HOLDINGS INC.
## Overnight Mail – Additional Parties

| | |
|---|---|
| **LBH_D.I. 58121 05.30.18** | **LBH_D.I. 58121 05.30.18** |
| EATON CORPORATION<br>ATTN: GLOBAL TRADE CREDIT DEPARTMENT<br>EATON CENTER<br>1111 SUPERIOR AVENUE<br>CLEVELAND. OH 44114-2584 | FAEGRE BAKER DANIELS LLP<br>ATTN: MICHAEL M. KRAUSS<br>(COUNSEL TO 'SANTA FE ENTITIES')<br>2200 WELLS FARGO CENTER<br>90 SOUTH SEVENTH STREET<br>MINNEAPOLIS MN 55402-3901 |
| **LBH_D.I. 58121 05.30.18** | **LBH_D.I. 58121 05.30.18** |
| VENABLE LLP<br>ATTN: EDWARD A. SMITH, ESQ.<br>(COUNSEL TO DELTA AIR LINES, INC.)<br>1270 AVENUE OF THE AMERICAS, 25TH FLOOR<br>NEW YORK, NY 10020 | FENSTERSTOCK & PARTNERS LLP<br>ATTN: LANI A. ADLER<br>(COUNSEL TO IFREEDOM DIRECT CROP. &<br>SUBURBAN MORTGAGE CORPORATION)<br>100 BROADWAY, 8TH FLOOR<br>NEW YORK, NY 10005 |

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
## Electronic Mail – Master Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.lanza@dlapiper.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alexander.lorenzo@alston.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail –Master Service List**

| | |
|---|---|
| christopher.greco@kirkland.com | dennis.tracey@hoganlovells.com |
| claude.montgomery@dentons.com | dfelder@orrick.com |
| clynch@reedsmith.com | dflanigan@polsinelli.com |
| cohen@sewkis.com | dgoldberg@hsgllp.com |
| cp@stevenslee.com | dhayes@mcguirewoods.com |
| cpappas@dilworthlaw.com | dhealy@hsgllp.com |
| cparyse@contrariancapital.com | dheffer@foley.com |
| craig.goldblatt@wilmerhale.com | dhurst@coleschotz.com |
| craigjustinalbert@gmail.com | dhw@dhclegal.com |
| crmomjian@attorneygeneral.gov | diconzam@gtlaw.com |
| csalomon@beckerglynn.com | djcarragher@daypitney.com |
| cschreiber@winston.com | djoseph@stradley.com |
| cshore@whitecase.com | dkessler@ktmc.com |
| cshulman@sheppardmullin.com | dkozusko@willkie.com |
| cszyfer@stroock.com | dlemay@chadbourne.com |
| cwalsh@mayerbrown.com | dlipke@vedderprice.com |
| cward@polsinelli.com | dmark@kasowitz.com |
| cweber@ebg-law.com | dmcguire@winston.com |
| cweiss@ingramllp.com | dmiller@steinlubin.com |
| dallas.bankruptcy@publicans.com | dmurray@jenner.com |
| dave.davis@isgria.com | dneier@winston.com |
| david.bennett@tklaw.com | dodonnell@milbank.com |
| david.livshiz@freshfields.com | dpegno@dpklaw.com |
| david.powlen@btlaw.com | draelson@fisherbrothers.com |
| david.tillem@wilsonelser.com | drosenzweig@fulbright.com |
| david.wender@alston.com | drosner@goulstonstorrs.com |
| davids@blbglaw.com | drosner@kasowitz.com |
| davidwheeler@mvalaw.com | dshaffer@wtplaw.com |
| dbarber@bsblawyers.com | dspelfogel@foley.com |
| dbaumstein@whitecase.com | dsullivan@hsgllp.com |
| dbesikof@loeb.com | dtatge@ebglaw.com |
| dblack@hsgllp.com | dtheising@harrisonmoberly.com |
| dcimo@gjb-law.com | dwdykhouse@pbwt.com |
| dcoffino@cov.com | dworkman@bakerlaw.com |
| dcrapo@gibbonslaw.com | easmith@venable.com |
| ddavis@paulweiss.com | ebcalvo@pbfcm.com |
| ddrebsky@nixonpeabody.com | ecohen@russellinvestments.com |
| ddunne@milbank.com | edelucia@hsgllp.com |
| deggermann@kramerlevin.com | edward.flanders@pillsburylaw.com |
| deggert@freebornpeters.com | efleck@milbank.com |
| demetra.liggins@tklaw.com | efriedman@fklaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Electronic Mail –Master Service List

| | |
|---|---|
| efriedman@friedmanspring.com | irethy@stblaw.com |
| ekbergc@lanepowell.com | israel.dahan@cwt.com |
| eleicht@whitecase.com | j.zelloe@stahlzelloe.com |
| ellen.halstead@cwt.com | jacobsonn@sec.gov |
| emagnelli@bracheichler.com | jalward@blankrome.com |
| emerberg@mayerbrown.com | james.berg@piblaw.com |
| enkaplan@kaplanlandau.com | james.mcclammy@dpw.com |
| eobrien@sbchlaw.com | james.moore@morganlewis.com |
| etillinghast@sheppardmullin.com | james.sprayregen@kirkland.com |
| eweinick@otterbourg.com | jamesboyajian@gmail.com |
| ezujkowski@emmetmarvin.com | jamestecce@quinnemanuel.com |
| farrington.yates@kobrekim.com | jar@outtengolden.com |
| fcarruzzo@kramerlevin.com | jay.hurst@oag.state.tx.us |
| ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| fhenn@law.nyc.gov | jbeemer@entwistle-law.com |
| fhyman@mayerbrown.com | jbrody@americanmlg.com |
| foont@foontlaw.com | jbromley@cgsh.com |
| fsosnick@shearman.com | jcarberry@cl-law.com |
| gabriel.delvirginia@verizon.net | jchristian@tobinlaw.com |
| gary.ravertpllc@gmail.com | jdoran@haslaw.com |
| gavin.alexander@ropesgray.com | jdwarner@warnerandscheuerman.com |
| gbray@milbank.com | jdyas@halperinlaw.net |
| ggitomer@mkbattorneys.com | jean-david.barnea@usdoj.gov |
| ggoodman@foley.com | jeanites@whiteandwilliams.com |
| giddens@hugheshubbard.com | jeannette.boot@wilmerhale.com |
| gkaden@goulstonstorrs.com | jeff.wittig@united.com |
| glenn.siegel@morganlewis.com | jeldredge@velaw.com |
| gmoss@riemerlaw.com | jennifer.demarco@cliffordchance.com |
| goldenberg@ssnylaw.com | jennifer.gore@shell.com |
| gspilsbury@jsslaw.com | jg5786@att.com |
| harrisjm@michigan.gov | jgenovese@gjb-law.com |
| harveystrickon@paulhastings.com | jguy@orrick.com |
| hbeltzer@chadbourne.com | jhiggins@fdlaw.com |
| heiser@chapman.com | jhorgan@phxa.com |
| hmagaliff@r3mlaw.com | jhuggett@margolisedelstein.com |
| holsen@stroock.com | jim@atkinslawfirm.com |
| hooper@sewkis.com | jjureller@klestadt.com |
| howard.hawkins@cwt.com | jlamar@maynardcooper.com |
| hseife@chadbourne.com | jlawlor@wmd-law.com |
| hsnovikoff@wlrk.com | jlee@foley.com |
| hsteel@brownrudnick.com | jlevitin@cahill.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Electronic Mail –Master Service List

jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.goodchild@morganlewis.com
john.monaghan@hklaw.com
john.mule@state.mn.us
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrapisardi@omm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
kek@crb-law.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@fensterstock.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgomez@msek.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail –Master Service List**

| | |
|---|---|
| loizides@loizides.com | michael.mccrory@btlaw.com |
| lperlman@hsgllp.com | michael.solow@apks.com |
| lschweitzer@cgsh.com | millee12@nationwide.com |
| lucdespins@paulhastings.com | miller@taftlaw.com |
| mabrams@willkie.com | mimi.m.wong@irscounsel.treas.gov |
| maofiling@cgsh.com | mitchell.ayer@tklaw.com |
| marc.roitman@ropesgray.com | mitchell.berger@squirepb.com |
| margolin@hugheshubbard.com | mjedelman@vedderprice.com |
| mark.bane@ropesgray.com | mjr1@westchestergov.com |
| mark.ellenberg@cwt.com | mlahaie@akingump.com |
| mark.mckane@kirkland.com | mlandman@lcbf.com |
| mark.salzberg@squirepb.com | mlichtenstein@crowell.com |
| mark.sherrill@sutherland.com | mlynch2@travelers.com |
| maryann.gagliardi@wilmerhale.com | mmorreale@us.mufg.jp |
| matt@willaw.com | mneier@ibolaw.com |
| matthew.klepper@dlapiper.com | monica.lawless@brookfieldproperties.com |
| maustin@orrick.com | mpage@kelleydrye.com |
| mbenner@tishmanspeyer.com | mparry@mosessinger.com |
| mbienenstock@proskauer.com | mrosenthal@gibsondunn.com |
| mbloemsma@mhjur.com | mruetzel@whitecase.com |
| mbossi@thompsoncoburn.com | mschimel@sju.edu |
| mcademartori@sheppardmullin.com | msegarra@mayerbrown.com |
| mcarthurk@sullcrom.com | mshiner@tuckerlaw.com |
| mccarthyj@sullcrom.com | mshuster@hsgllp.com |
| mcolomar@diazreus.com | msolow@kayescholer.com |
| mcordone@stradley.com | mspeiser@stroock.com |
| mcyganowski@oshr.com | mstamer@akingump.com |
| mdorval@stradley.com | munno@sewkis.com |
| melorod@gtlaw.com | mvenditto@reedsmith.com |
| meltzere@pepperlaw.com | mwarner@coleschotz.com |
| metkin@lowenstein.com | mwarren@mtb.com |
| mfeldman@willkie.com | nathan.spatz@pillsburylaw.com |
| mgordon@briggs.com | nbinder@binderschwartz.com |
| mgreger@allenmatkins.com | nbojar@fklaw.com |
| mh1@mccallaraymer.com | ncoco@mwe.com |
| mhanin@kasowitz.com | neal.mann@oag.state.ny.us |
| mhopkins@cov.com | ned.schodek@shearman.com |
| michael.frege@cms-hs.com | neil.herman@morganlewis.com |
| michael.kelly@monarchlp.com | neilberger@teamtogut.com |
| michael.krauss@faegrebd.com | ngueron@cgr-law.com |
| michael.kraut@morganlewis.com | nicholas.zalany@squirepb.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail –Master Service List**

nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
nlieberman@hsgllp.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rterenzi@stcwlaw.com
russj4478@aol.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail –Master Service List**

sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com

uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yuwatoko@mofo.com