Notice Pursuant to Bankruptcy Rule 3001

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: VonWin Capital Management, L.P. | Name of Transferor: SOUTHEY CAPITAL LTD |
|---|---|
| Notices to Transferee should be sent to: VonWin Capital Management, L.P. 261 Fifth Avenue, 22nd Floor New York, NY 11016 (212) 889-1601 Attn: Charmaine Wilson cw@vonwincapital.com | Court Record Address of the Transferor: (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor SOUTHEY CAPITAL LTD Ensign House, Suite 17 2 Admirals Way, London E14 9XQ, United Kingdom |
| Amount of Claim Being Transferred: $100,000.00 USD | |
| Court Claim No. (if known): 45221 | |
| Date Claim Filed: October 23, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____         Date: 5/31/18
Roger Von Spiegel, managing member of
VonWin Capital, LLC, the general partner
of VonWin Capital Management, L.P.
VonWin Capital Management, L.P.
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

RESTRICTED

Evidence of Transfer

### EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:   Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)

Proof of Claim Number: 45221 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| ISIN/CUSIP | Claim No. | Claimholder | Address | Allowed Claim Amt. |
|---|---|---|---|---|
| XS0257807874 | 45221 | Southey Capital LTD | Ensign House, Suite 17<br>2 Admirals Way, London, E14 9XQ, United Kingdom | $100,000.00 USD |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

**SOUTHEY CAPITAL LTD**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

VonWin Capital Management, L.P.
261 Fifth Avenue, 22nd Floor
Telephone: (212) 889-1601
Fax: (212) 889-2232
Attention: Charmaine Wilson

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of

Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated MAY 31, 2018

SOUTHEY CAPITAL LTD
Transferor

By: _____
Name: Robert Southey
Title: Director

ACKNOWLEDGED BY:

VonWin Capital Management, L.P.
Transferee

By: _____
Name: Roger Von Spiegel
Title: Managing member of VonWin Capital, LLC, the general Partner of VonWin Capital Management, L.P.

7