**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.*

                Debtors.

------------------------------------------------------------------- X

    :     Chapter 11
    :
    :     Case No. 08-13555 (SCC)
    :
    :     (Jointly Administered)
    :
    :     Ref. Docket No. 57835, 58058,
    :     58059, 58060

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 24, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 24, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                   */s/ Forrest Kuffer*
                                   Forrest Kuffer

Sworn to before me this
24th day of May, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

**EXHIBIT A**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000127459905 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000150777



YORK EUROPEAN OPPORTUNITIES INVESTMENTS MASTER FUND, L.P.
TRANSFEROR: YORK EUROPEAN OPPORTUNITIES MASTER FUND, L.P.
YORK CAPITAL MANAGEMENT
ATTN: LAUREN SEARING YUN
767 5TH AVENUE, 17TH FLOOR
NEW YORK, NY 10153

Please note that your claim # 50055-26 in the above referenced case and in the amount of $1,103,734.02 allowed at $993,360.05 has been transferred (unless previously expunged by court order)

YORK EUROPEAN STRATEGIC METRIC MASTER, L.P.
TRANSFEROR: YORK EUROPEAN OPPORTUNITIES INVESTMENTS MASTER FUND, L.P.
767 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NY 10153

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          58060          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/24/2018                    Vito Genna, Clerk of Court

                                     /s/ Marc Orfitelli

                                     EPIQ BANKRUPTCY SOLUTIONS, LLC

                                     as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 24, 2018.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALLIANZ BANK FINANCIAL ADVISORS S.P.A. | TRANSFEROR: BANCA MEDIOLANUM S.P.A., ATTN: FRANCO BRICHETTI – FRANCESCA TREBBI, PIAZZALE LODI, 3, MILANO 20137 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN  ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN  ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN  ITALY |
| BANCA IFIGEST S.P.A. | TRANSFEROR: BANCA AKROS SPA, ATTN: RAG. ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, 50125 FIRENZE  ITALY |
| BANCA MEDIOLANUM S.P.A. | ATTN: HEAD OF OPERATIONS CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO ( MILANO ) 20080 ITALY |
| BANCO INVERSIS S.A. ESPANA | TRANSFEROR: BBVA (SUIZA) S.A., ATTN: GALO VALLEJO, AVENIDA DE LA HISPANIDADA, 6, MADRID 28031 SPAIN |
| BBVA (SUIZA) S.A. | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: INIGO BERASALUCE/DIRECTOR, ZELTWEG 63, ZURICH CH-8021 SWITZERLAND |
| YORK EUROPEAN OPPORTUNITIES INVESTMENTS MASTER FUND, L.P. | TRANSFEROR: YORK EUROPEAN OPPORTUNITIES MASTER FUND, L.P., YORK CAPITAL MANAGEMENT, ATTN: LAUREN SEARING YUN, 767 5TH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK EUROPEAN STRATEGIC METRIC MASTER, L.P. | TRANSFEROR: YORK EUROPEAN OPPORTUNITIES INVESTMENTS MASTER FUND, L.P., 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |

**Total Creditor Count 10**