**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
|  | : Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |
|  | : (Jointly Administered) |
| Debtors. | : |
|  | : Ref. Docket Nos. 58058, |
|  | : 58093- 58099 |

---------------------------------------------------------------- X

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                                           ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 25, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 25, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
29th day of May, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim.  While  **transferee**  refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000127504690 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000160521



ALEITER HOLDINGS LLC
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
C/O CHAPMAN AND CUTLER LLP
1270 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK, NY 10020-1708

Please note that your claim # 58352-24 in the above referenced case and in the amount of
$30,566,282.19 allowed at $30,000,000.00 has been transferred (unless previously expunged by court order)

BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: ALEITER HOLDINGS LLC
C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          58097                        in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/25/2018                          Vito Genna, Clerk of Court

/s/ Marc Orfitelli

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 25, 2018.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALEITER HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., ATTN: JENNIFER DONOVAN, 65 E 55TH STREET, 19TH FLOOR, NEW YORK, NY 10022 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CHAPMAN AND CUTLER LLP, ATTN: LARRY HALPERIN, 1270 AVENUE OF THE AMERICAS, 30TH FL., NEW YORK, NY 10020 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ALEITER HOLDINGS LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ALEITER HOLDINGS LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ALEITER HOLDINGS LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ALEITER HOLDINGS LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ALEITER HOLDINGS LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ALEITER HOLDINGS LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ALTUNED HOLDINGS LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ALTUNED HOLDINGS LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LATAJ GROUP LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LATAJ GROUP LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LATAJ GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LATAJ GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LATAJ GROUP, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANCO INVERSIS S.A. ESPANA | TRANSFEROR: BBVA (SUIZA) S.A., ATTN: GALO VALLEJO, AVENIDA DE LA HISPANIDAD, 6, MADRID 28031 SPAIN |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE / DIRECTOR, ZELTWEG 63, ZURICH CH-8021 SWITZERLAND |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIAS, S.A., ATTN: ANA HIDALGO/ ELENA PRIETO, PASEO DE LA CASELLANA, 81 - FLOOR 21, MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDREW A. BERNSTEIN, ESQ., 12, RU DE TILSITT, PARIS 75008 FRANCE |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: SETH GROSSHANDLER, ESQ., ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| LATAJ GROUP LLC | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., ATTN: JENNIFER DONOVAN, 65 E 55TH STREET, 19TH FLOOR, NEW YORK, NY 10022 |
| LATAJ GROUP LLC | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, 20TH FLOOR, NEW YORK, NY 10022 |
| LATAJ GROUP, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O CHAPMAN AND CUTLER LLP, ATTN: LARRY HALPERIN, 1270 AVENUE OF THE AMERICAS, 30TH FL., NEW YORK, NY 10020 |
| LATAJ GROUP, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O CHAPMAN AND CUTLER LLP, ATTN: LARRY HALPERIN, 1270 AVENUE OF THE AMERICAS, 30TH FL., NEW YORK, NY 10020 |
| LATAJ GROUP, LLC | TRANSFEROR: J.P. MORGAN SECURITIES LTD., C/O CHAPMAN AND CUTLER LLP, ATTN: LARRY HALPERIN, 1270 AVENUE OF THE AMERICAS, 30TH FL., NEW YORK, NY 10020 |

**Total Creditor Count 33**