B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Empyrean Investments, LLC | Citigroup Financial Products Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Attn: Sterling Hathaway
10250 Constellation Blvd. Suite 2950
Los Angeles, CA 90067
T: 310-843-3070
F: 310-843-4915
e: operations@empyrean.com

Name and address where transferee payments should be sent (if different from above):

Court Claim # (if known): 20120
Amount of Claim Transferred: $2,000,000.00
ISIN/CUSIP:
Blocking Number:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                Date: May 31, 2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.
Doc#: US1:12054750v5

EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIMS
TO:  Clerk, United States Bankruptcy Court, Southern District of New York

**Citigroup Financial Products Inc.** ("Seller"), pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Empyrean Investments, LLC**, its successors and assigns ("Buyer"), all rights, title and interest in and to the Claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: **20120**) in the amount of **$2,000,000.00** (the "Claim") in the United States Bankruptcy Court, Southern District of New York. Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an assignment and Buyer herein as the valid owner of the Assigned Rights to the extent of the Transferred Claims Amount. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Rights to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly authorized representatives as of the 31st day of May, 2018.

**Empyrean Investments, LLC**

By: _____
Name: Sterling Hathaway
Title: Director of Operations

**Citigroup Financial Products Inc.**
By: _____
Name:
Title:

Doc#: US1:12054750v5

EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIMS

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Citigroup Financial Products Inc.** ("Seller"), pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Empyrean Investments, LLC**, its successors and assigns ("Buyer"), all rights, title and interest in and to the Claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: **20120**) in the amount of **$2,000,000.00** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an assignment and Buyer herein as the valid owner of the Assigned Rights to the extent of the Transferred Claims Amount. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Rights to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly authorized representatives as of the 31st day of May, 2018.

**Empyrean Investments, LLC**

By: _____
Name: Sterling Hathaway
Title: Director of Operations

**Citigroup Financial Products Inc.**

By: _____
Name:
Title:

— DocuSigned by:
Joelle Gavlick
— 240CDA98C9F64D3...

Joelle Gavlick - Authorized Signatory

Doc# US1:12054750v5