B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.          Case No. 08-13555 (SCC)
                                                     (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**                               **Name of Transferor**

Empyrean Investments, LLC                            Banc of America Credit Products, Inc.

10250 Constellation Blvd., Ste. 2950                 Court Claim # (if known): 20137
Los Angeles, CA 90067                                Transferred Claim Amount: $66,500,000.00
Fax: 310-843-4915                                    Last Four Digits of Acct #: N/A
Attn: Sterling Hathaway
Last Four Digits of Acct #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                        Date:   June 4, 2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

8285947.1

EXHIBIT A

# EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.**, located at Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Empyrean Investments, LLC**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.**, having the Claim Numbers in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| # | LBSF Claim # | Transferred Claim Amount |
|---|---|---|
| 1 | 22963 | $71,526.00 |
| 2 | 20137 | $21,500,000.00 |
| 3 | 20137 | $20,000,000.00 |
| 4 | 20149 | $11,017,000.00 |
| 5 | 66460 | $22,500,000.00 |
| 6 | 20137 | $18,486,150.00 |
| 7 | 20137 | $6,513,850.00 |
| 8 | 21310 | $32,581,512.24 |
| 9 | 28924 | $13,590,082.21 |
| 10 | 32624 | $80,178.84 |
| 11 | 21885 | $6,987,662.08 |
| 12 | 32624 | $1,113.53 |
| 13 | 21885 | $97,045.34 |
| 14 | 32624 | $274.22 |
| 15 | 21885 | $23,898.95 |
| 16 | 32624 | $4,165.42 |
| 17 | 21885 | $363,020.63 |
| 18 | 27839 | $22,500,000.00 |
| 19 | 27839 | $22,500,000.00 |
| 20 | 32620 | $418,014.12 |
| 21 | 32620 | $5,805.42 |
| 22 | 32620 | $1,429.68 |
| 23 | 32620 | $21,716.53 |
| | **Total** | **$199,264,445.21** |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

133744097v2

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of June 5, 2018.

| Banc of America Credit Products, Inc. | Empyrean Investments, LLC |
|---|---|
| By: _____ <br> Name: SETH DENSON <br> Title: DIRECTOR | By: _____ <br> Name: Sterling Hathaway <br> Title: Director of Operations |

133744097v2

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of June 5, 2018.

**Banc of America Credit Products, Inc.**

By: _____
Name:
Title:

**Empyrean Investments, LLC**

By: _____
Name:  Sterling Hathaway
Title:    Director of Operations

133744097v2