WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :        08-13555 (SCC)
                                        :
                           Debtors.     :        (Jointly Administered)
                                        :
-------------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JUNE 7, 2018 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

I.    **CONTESTED MATTER:**

1.    Motion of the Plan Administrator for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors [**ECF No. 57036**]

Response Deadline:   January 17, 2018 at 4:00 p.m.

Responses Received:

A.    Objection of Deutsche Bank AG, London Branch to Motion of the Plan Administrator for an Order In Aid of Execution of the Plan [**ECF No. 57490**]

B.    Objection of Barclays Bank PLC to Motion of the Plan Administrator for an Order in Aid of Execution of the Plan and

Joinder in the Objection of Deutsche Bank AG, London Branch [**ECF No. 57595**]

C.      Joinder of Citigroup Global Markets Inc. to Objection of Deutsche Bank AG, London Branch to Motion of the Plan Administrator for an Order in Aid of Execution of the Plan [**ECF No. 57596**]

D.      Objection of Merrill Lynch, Pierce, Fenner & Smith Inc. and Merrill Lynch International to Motion of the Plan Administrator for an Order in Aid of Execution of the Plan [**ECF No. 57600**]

E.      CarVal's Joinder to Objection of Deutsche Bank to Plan Administrator's Motion for Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors [**ECF No. 57601**]

F.      Limited Objection of the Joint Liquidators to the Motion of the Plan Administrator for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holding Inc. and Its Affiliated Debtors [**ECF No. 57603**]

Related Documents:

G.      Declaration of Richard Katz in Support of Motion of the Plan Administrator for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors [**ECF No. 57037**]

H.      Declaration of Michael Sutton in Support of Objection of Deutsche Bank AG, London Branch to Motion of the Plan Administrator for an order in aid of execution of the Plan [**ECF No. 57493**]

I.      Declaration of Mark McKane in Support of the Limited Objection of the Joint Liquidators to the Motion of the Plan Administrator for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (ECF 57603) [**ECF No. 57605**]

J.      Notice of Adjournment of Hearing [**ECF No. 57753**]

WEIL:\96573535\1\58399.0011

K.      Reply in Support of Motion of the Plan Administrator for an Order
        in Aid of Execution of the Modified Third Amended Joint Chapter
        11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated
        Debtors [**ECF No. 58100**]

Status:  This matter is going forward on a contested basis.


Dated:  June 6, 2018
        New York, New York

                                        /s/ Garrett A. Fail
                                        Garrett A. Fail

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

WEIL:\96573535\1\58399.0011