**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,<br><br>Debtors. | ) <br> ) <br> ) **Chapter 11** <br> ) <br> ) **Case No. 08-13555 (SCC)** <br> ) <br> ) **(Jointly Administered)** <br> ) <br> ) **NOTICE OF** <br> ) **WITHDRAWAL** <br> ) <br> ) |

To: the Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I am the counsel for the interested party Family Mortgage, Inc. Family Mortgage, Inc. has reached a settlement with Lehman Brothers Holdings Inc. on January 24, 2017. Please remove my email address (ktung@kktlawfirm.com) from the list of recipients of email notification. Thanks.

Dated: Queens, New York
        June 6, 2018

                                        KEVIN KERVENG TUNG, P.C.
                                        Attorneys for Family Mortgage, Inc.


                                        /s/ *Kevin K. Tung*
                                        By: Kevin K. Tung, Esq.
                                        136-20 38th Avenue, Suite 3D
                                        Flushing, New York 11354
                                        (718)939-4633