# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No.: 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF OMNIBUS TRANSFER OF CLAIMS
## PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

**To:**  U.S. Bank National Association, Assignor/Transferor
540 West Madison Street, Suite 1840
Chicago, Illinois 60661
Attention: Corporate Trust Services

Your claims relating to (i) Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2004-13 ("**SASCO 2004-13**"), and (ii) Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates Series 2003-BC13 ("**SAIL 2003-BC13**," and together with SASCO 2004-13, the "**Trusts**" and each a "**Trust**") as set forth in claim numbers (i) 700078.01, 700078.02, 710061.01, 710061.02 and (ii) 700108.1, 700108.2, 700108.03, 710018.01 710018.02 and 710018.03, respectively (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise) (the "**Claims**"), in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMP), or any other court with jurisdiction over such proceedings, have been transferred to Nationstar Mortgage LLC, Assignee/Transferee (but solely to the extent of the portion of the Claims relating to the Trusts).

No action is required if you do not object to the transfer of your Claims. If you object to the transfer, within twenty-one (21) days of the date of this notice, you must file a written objection and provide written notice to the Assignee/Transferee:

**Nationstar Mortgage LLC, Assignee/Transferee**
8740 Lucent Boulevard, Suite 600
Highlands Ranch, Colorado 80129
Attention:  Michele Olds

**EVIDENCE OF TRANSFER**

**U.S. Bank National Association, not individually but solely in its capacity as Trustee**, its successors and assigns (collectively, "**Assignor**"), has hereby absolutely and unconditionally sold, conveyed, transferred and assigned to **Nationstar Mortgage LLC**, its successors and assigns (collectively, "**Assignee**"), its claims relating to (i) Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2004-13 ("**SASCO 2004-13**"), and (ii) Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates Series 2003-BC13 ("**SAIL 2003-BC13**," and together with SASCO 2004-13, the "**Trusts**" and each a "**Trust**") as set forth in claim numbers (i) 700078.01, 700078.02, 710061.01, 710061.02 and (ii) 700108.1, 700108.2, 700108.03, 710018.01 710018.02 and 710018.03, respectively (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise) (the "**Claims**"), in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (JMP), or any other court with jurisdiction over such proceedings (but solely to the extent of the portion of the Claims relating to the Trusts).

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claims as an unconditional assignment and Assignee as the valid owner of the Claims.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly-authorized representatives this 30th day of May, 2018.

(*Signatures on following page*)

| U.S. Bank National Association,<br>not individually but solely in its capacity<br>as Trustee | Nationstar Mortgage LLC |
|---|---|
| By: *[signature]* | By: _____ |
| Name: **Beth A. Nally** | Name: _____ |
| Title: Assistant Vice President | Title: _____ |

| | |
|---|---|
| **U.S. Bank National Association,** not individually but solely in its capacity as Trustee | **Nationstar Mortgage LLC** |
| By:_____ | By: *Chris Baker* (signature) |
| Name:_____ | Name: Chris Baker |
| Title:_____ | Title: Vice President |