**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                             :

In re                          :       **Chapter 11 Case No.**

                             :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :       **08-13555 (SCC)**

                             :

           **Debtors.**          :       **(Jointly Administered)**

                             :

-------------------------------------------------------------------x   **Ref. Docket No. 58174**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                         ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.   I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On June 5, 2018, I caused to be served "The Plan Administrator's Five-Hundred Twenty-Sixth Omnibus Objection to Claims (Satisfied Guarantee Claims)," dated June 5, 2018 [Docket No. 58174], by causing true and correct copies to be:

    a.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed <u>Exhibit A</u>,

    b.   enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed <u>Exhibit B</u>, and

    c.   delivered via electronic mail to those parties listed in the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
7th day of June, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

-2-

**EXHIBIT A**

**LEHMAN BROTHERS HOLDINGS INC.**
**Overnight Mail – Master Service List**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER-J.DONOVAN 520 MADISON AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| CAPITAL PARTNERS SECURITIES CO., LTD | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: MUTSUGU SAITO 1-13-17 UCHIKANDA CHIYODA-KU TOKYO 101-0047 JAPAN |
| HBK MASTER FUND, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. ATTN: JEFFREY L. PANZO 4 NEW YORK PLAZA, FLOOR 15 NEW YORK NY 10004-2413 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: TURNPIKE LIMITED ATTN: JEFFREY L. PANZO 4 NEW YORK PLAZA, FLOOR 15 NEW YORK NY 10004-2413 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MIZUHO SECURITIES CO., LTD. | F/K/A MIZUHO INVESTORS SECURITIES CO., LTD. ATTN: KUNIKO TAKIZAWA MITA NN BLDG. 4-1-23 SHIBA, MINATO-KU TOKYO JAPAN |
| MIZUHO SECURITIES CO., LTD. | TRANSFEROR: MIZUHO SECURITIES CO., LTD F/K/A MIZUHO INVESTORS SECURITIES CO., LTD. ATTN: KUNIKO TAKIZAWA MITA NN BLDG. 4-1-23 SHIBA, MINATO-KU TOKYO 108-0014 JAPAN |

**Total Creditor count  8**

**EXHIBIT C**

## LEHMAN BROTHERS HOLDINGS INC.
### Electronic Mail – Master Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.lanza@dlapiper.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alexander.lorenzo@alston.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com

asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| christopher.greco@kirkland.com | dennis.tracey@hoganlovells.com |
| claude.montgomery@dentons.com | dfelder@orrick.com |
| clynch@reedsmith.com | dflanigan@polsinelli.com |
| cohen@sewkis.com | dgoldberg@hsgllp.com |
| cp@stevenslee.com | dhayes@mcguirewoods.com |
| cpappas@dilworthlaw.com | dhealy@hsgllp.com |
| cparyse@contrariancapital.com | dheffer@foley.com |
| craig.goldblatt@wilmerhale.com | dhurst@coleschotz.com |
| craigjustinalbert@gmail.com | dhw@dhclegal.com |
| crmomjian@attorneygeneral.gov | diconzam@gtlaw.com |
| csalomon@beckerglynn.com | djcarragher@daypitney.com |
| cschreiber@winston.com | djoseph@stradley.com |
| cshore@whitecase.com | dkessler@ktmc.com |
| cshulman@sheppardmullin.com | dkozusko@willkie.com |
| cszyfer@stroock.com | dlemay@chadbourne.com |
| cwalsh@mayerbrown.com | dlipke@vedderprice.com |
| cward@polsinelli.com | dmark@kasowitz.com |
| cweber@ebg-law.com | dmcguire@winston.com |
| cweiss@ingramllp.com | dmiller@steinlubin.com |
| dallas.bankruptcy@publicans.com | dmurray@jenner.com |
| dave.davis@isgria.com | dneier@winston.com |
| david.bennett@tklaw.com | dodonnell@milbank.com |
| david.livshiz@freshfields.com | dpegno@dpklaw.com |
| david.powlen@btlaw.com | draelson@fisherbrothers.com |
| david.tillem@wilsonelser.com | drosenzweig@fulbright.com |
| david.wender@alston.com | drosner@goulstonstorrs.com |
| davids@blbglaw.com | drosner@kasowitz.com |
| davidwheeler@mvalaw.com | dshaffer@wtplaw.com |
| dbarber@bsblawyers.com | dspelfogel@foley.com |
| dbaumstein@whitecase.com | dsullivan@hsgllp.com |
| dbesikof@loeb.com | dtatge@ebglaw.com |
| dblack@hsgllp.com | dtheising@harrisonmoberly.com |
| dcimo@gjb-law.com | dwdykhouse@pbwt.com |
| dcoffino@cov.com | dworkman@bakerlaw.com |
| dcrapo@gibbonslaw.com | easmith@venable.com |
| ddavis@paulweiss.com | ebcalvo@pbfcm.com |
| ddrebsky@nixonpeabody.com | ecohen@russellinvestments.com |
| ddunne@milbank.com | edelucia@hsgllp.com |
| deggermann@kramerlevin.com | edward.flanders@pillsburylaw.com |
| deggert@freebornpeters.com | efleck@milbank.com |
| demetra.liggins@tklaw.com | efriedman@fklaw.com |

## LEHMAN BROTHERS HOLDINGS INC.
### Electronic Mail – Master Service List

efriedman@friedmanspring.com

ekbergc@lanepowell.com

eleicht@whitecase.com

ellen.halstead@cwt.com

emagnelli@bracheichler.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

etillinghast@sheppardmullin.com

eweinick@otterbourg.com

ezujkowski@emmetmarvin.com

farrington.yates@kobrekim.com

fcarruzzo@kramerlevin.com

ffm@bostonbusinesslaw.com

fhenn@law.nyc.gov

fhyman@mayerbrown.com

foont@foontlaw.com

fsosnick@shearman.com

gabriel.delvirginia@verizon.net

gary.ravertpllc@gmail.com

gavin.alexander@ropesgray.com

gbray@milbank.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@morganlewis.com

gmoss@riemerlaw.com

goldenberg@ssnylaw.com

gspilsbury@jsslaw.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@chadbourne.com

heiser@chapman.com

hmagaliff@r3mlaw.com

holsen@stroock.com

hooper@sewkis.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

irethy@stblaw.com

israel.dahan@cwt.com

j.zelloe@stahlzelloe.com

jacobsonn@sec.gov

jalward@blankrome.com

james.berg@piblaw.com

james.mcclammy@dpw.com

james.moore@morganlewis.com

james.sprayregen@kirkland.com

jamesboyajian@gmail.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbeemer@entwistle-law.com

jbrody@americanmlg.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jdoran@haslaw.com

jdwarner@warnerandscheuerman.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@united.com

jeldredge@velaw.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| jlscott@reedsmith.com | karl.geercken@alston.com |
| jmaddock@mcguirewoods.com | kdwbankruptcydepartment@kelleydrye.com |
| jmazermarino@msek.com | keckhardt@hunton.com |
| jmelko@gardere.com | keith.simon@lw.com |
| jmerva@fult.com | kek@crb-law.com |
| jmr@msf-law.com | ken.coleman@allenovery.com |
| jnm@mccallaraymer.com | kerry.moynihan@hro.com |
| john.beck@hoganlovells.com | kgwynne@reedsmith.com |
| john.goodchild@morganlewis.com | kiplok@hugheshubbard.com |
| john.monaghan@hklaw.com | kit.weitnauer@alston.com |
| john.mule@state.mn.us | kkelly@ebglaw.com |
| jonathan.goldblatt@bnymellon.com | kkolbig@mosessinger.com |
| jonathan.henes@kirkland.com | klyman@irell.com |
| jorbach@hahnhessen.com | klynch@formanlaw.com |
| joseph.cordaro@usdoj.gov | kobak@hugheshubbard.com |
| joshua.dorchak@morganlewis.com | korr@orrick.com |
| jowen769@yahoo.com | kovskyd@pepperlaw.com |
| joy.mathias@dubaiic.com | kressk@pepperlaw.com |
| jpintarelli@mofo.com | kreynolds@mklawnyc.com |
| jporter@entwistle-law.com | krosen@lowenstein.com |
| jprol@lowenstein.com | ksebaski@hsgllp.com |
| jrabinowitz@rltlawfirm.com | kurt.mayr@bgllp.com |
| jrapisardi@omm.com | kurt.rademacher@morganlewis.com |
| jrosenthal@mhlawcorp.com | ladler@fensterstock.com |
| jrsmith@hunton.com | landon@slollp.com |
| jschiller@bsfllp.com | lapeterson@foley.com |
| jschwartz@hahnhessen.com | lawallf@pepperlaw.com |
| jsheerin@mcguirewoods.com | lawrence.gelber@srz.com |
| jsherman@bsfllp.com | lberkoff@moritthock.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com |
| jsmairo@pbnlaw.com | lee.whidden@dentons.com |
| jstoll@mayerbrown.com | lgomez@msek.com |
| jtimko@shutts.com | lgranfield@cgsh.com |
| judy.morse@crowedunlevy.com | lhandelsman@stroock.com |
| jvail@ssrl.com | lisa.solomon@att.net |
| jwcohen@daypitney.com | ljkotler@duanemorris.com |
| jwest@velaw.com | lkatz@ltblaw.com |
| jwh@njlawfirm.com | lkiss@klestadt.com |
| jzulack@fzwz.com | lmarinuzzi@mofo.com |
| kanema@formanlaw.com | lmcgowen@orrick.com |
| karen.wagner@dpw.com | lnashelsky@mofo.com |

## LEHMAN BROTHERS HOLDINGS INC.
### Electronic Mail – Master Service List

loizides@loizides.com

lperlman@hsgllp.com

lschweitzer@cgsh.com

lucdespins@paulhastings.com

mabrams@willkie.com

maofiling@cgsh.com

marc.roitman@ropesgray.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.ellenberg@cwt.com

mark.mckane@kirkland.com

mark.salzberg@squirepb.com

mark.sherrill@sutherland.com

maryann.gagliardi@wilmerhale.com

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

mbenner@tishmanspeyer.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcarthurk@sullcrom.com

mccarthyj@sullcrom.com

mcolomar@diazreus.com

mcordone@stradley.com

mcyganowski@oshr.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhanin@kasowitz.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.krauss@faegrebd.com

michael.kraut@morganlewis.com

michael.mccrory@btlaw.com

michael.solow@apks.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mitchell.berger@squirepb.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

mshuster@hsgllp.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

munno@sewkis.com

mvenditto@reedsmith.com

mwarner@coleschotz.com

mwarren@mtb.com

nathan.spatz@pillsburylaw.com

nbinder@binderschwartz.com

nbojar@fklaw.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neil.herman@morganlewis.com

neilberger@teamtogut.com

ngueron@cgr-law.com

nicholas.zalany@squirepb.com

## LEHMAN BROTHERS HOLDINGS INC.
### Electronic Mail – Master Service List

| | |
|---|---|
| nissay_10259-0154@mhmjapan.com | robert.malone@dbr.com |
| nlepore@schnader.com | robert.yalen@usdoj.gov |
| nlieberman@hsgllp.com | robin.keller@lovells.com |
| notice@bkcylaw.com | roger@rnagioff.com |
| nyrobankruptcy@sec.gov | ross.martin@ropesgray.com |
| otccorpactions@finra.org | rpedone@nixonpeabody.com |
| paronzon@milbank.com | rrainer@wmd-law.com |
| pbattista@gjb-law.com | rroupinian@outtengolden.com |
| pbosswick@ssbb.com | rterenzi@stcwlaw.com |
| pdublin@akingump.com | russj4478@aol.com |
| peisenberg@lockelord.com | ryaspan@yaspanlaw.com |
| peter.gilhuly@lw.com | sabin.willett@morganlewis.com |
| peter.meisels@wilsonelser.com | sabramowitz@velaw.com |
| peter.simmons@friedfrank.com | sabvanrooy@hotmail.com |
| peter@bankrupt.com | sally.henry@skadden.com |
| pfeldman@oshr.com | samuel.cavior@pillsburylaw.com |
| pfinkel@wilmingtontrust.com | sandyscafaria@eaton.com |
| phayden@mcguirewoods.com | scargill@lowenstein.com |
| pmaxcy@sonnenschein.com | schager@ssnylaw.com |
| ppascuzzi@ffwplaw.com | schannej@pepperlaw.com |
| psp@njlawfirm.com | schepis@pursuitpartners.com |
| ptrostle@jenner.com | schnabel.eric@dorsey.com |
| raj.madan@skadden.com | schristianson@buchalter.com |
| ramona.neal@hp.com | scott.golden@hoganlovells.com |
| rbeacher@pryorcashman.com | scottj@sullcrom.com |
| rbernard@foley.com | scottshelley@quinnemanuel.com |
| rbyman@jenner.com | scousins@armstrongteasdale.com |
| rdaversa@orrick.com | sdnyecf@dor.mo.gov |
| relgidely@gjb-law.com | sehlers@armstrongteasdale.com |
| rfriedman@silvermanacampora.com | sfalanga@thewalshfirm.com |
| rgmason@wlrk.com | sfelderstein@ffwplaw.com |
| rgoodman@moundcotton.com | sfineman@lchb.com |
| rgraham@whitecase.com | sfox@mcguirewoods.com |
| rhett.campbell@tklaw.com | sgordon@cahill.com |
| richard.lear@hklaw.com | sgraziano@blbglaw.com |
| richard@rwmaplc.com | sgubner@ebg-law.com |
| rick.murphy@sutherland.com | sharbeck@sipc.org |
| rleek@hodgsonruss.com | shari.leventhal@ny.frb.org |
| rmatzat@hahnhessen.com | shgross5@yahoo.com |
| rnetzer@willkie.com | skatona@polsinelli.com |
| robert.honeywell@klgates.com | sldreyfuss@hlgslaw.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com

uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yuwatoko@mofo.com