**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
                                                                    :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                            :
                                                                    :   (Jointly Administered)
                        Debtors.                                    :
                                                                    :   Ref. Docket Nos. 58055-58057,
                                                                    :   58076, 58077, 58089, 58106, 58107
------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 31, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 31, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
1st day of June, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000127519835 ***    LBH TRFNTC (ADDRESS2, ADRKEYID3) 16079



BBVA (SUIZA) S.A.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: SETH GROSSHANDLER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

BBVA (SUIZA) S.A.
ATTN: INIGO BERASALUCE / DIRECTOR
ZELTWEG 63
ZURICH CH-8021
SWITZERLAND

Please note that your claim # 51140-06 in the above referenced case and in the amount of $10,000.00 allowed at $6,942.14 has been transferred (unless previously expunged by court order)

BBVA SPAIN
TRANSFEROR: BBVA (SUIZA) S.A.
ATTN: ANGEL TELLEZ JURADO
PASEO DE LA CASTELLANA, 81 - 21ST FLOOR
MADRID 28046
 SPAIN

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER     58057     in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/31/2018            Vito Genna, Clerk of Court

/s/ Marc Orfitelli
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 31, 2018.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: BBVA (SUIZA) S.A., ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, CH-8010 ZURICH   SWITZERLAND |
| BAUMANN & CIE | TRANSFEROR: CREDIT SUISSE, ST. JAKOBS-STRASSE 46, POSTFACH 2282, BASEL CH-4002 SWITZERLAND |
| BAUMANN & CIE | BELLEVUEPLATZ 5, POSTFACH 715, ZURICH CH-8024 SWITZERLAND |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE / DIRECTOR, ZELTWEG 63, ZURICH CH-8021 SWITZERLAND |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIAS, S.A., ATTN: ANA HIDALGO/ ELENA PRIETO, PASEO DE LA CASELLANA, 81 - FLOOR 21, MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE / DIRECTOR, ZELTWEG 63, ZURICH CH-8021 SWITZERLAND |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIAS, S.A., ATTN: ANA HIDALGO/ ELENA PRIETO, PASEO DE LA CASELLANA, 81 - FLOOR 21, MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDREW A. BERNSTEIN, ESQ., 12, RU DE TILSITT, PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: SETH GROSSHANDLER, ESQ., ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDREW A. BERNSTEIN, ESQ., 12, RU DE TILSITT, PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: SETH GROSSHANDLER, ESQ., ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| BBVA SPAIN | TRANSFEROR: BBVA (SUIZA) S.A., ATTN: ANGEL TELLEZ JURADO, PASEO DE LA CASTELLANA, 81 - 21ST FLOOR, MADRID 28046 SPAIN |
| BPER BANCA SPA | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., F/K/A BANCA POPOLARE DELL'EMILIA ROMAGNA S.C., ATTN: PAOLO MAZZA, VIA SAN CARLO 8/20, 41121 MODENA ITALY |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| ILLIQUIDX LIMITED | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL   UNITED KINGDOM |
| INTESA SAN PAOLO S.P.A. | TRANSFEROR: UBS EUROPE SE, ATTN: ELISA BILLI, VIA VERDI 8, 20121 MILAN   ITALY |
| INTESA SANPAOLO S.P.A. | TRANSFEROR: UBS AG, SWITZERLAND, ATTN: ELISA BILLI, VIA VERDI 8, I-20121 MILANO   ITALY |
| SWISSQUOTE BANK SA | TRANSFEROR: BAUMANN & CIE, CHEMIN DE LA CRETAUX 33, CH-1196 GLAND   SWITZERLAND |
| UBS AG | TRANSFEROR: CREDIT SUISSE, BAHNHOFSTRASSE 45, CH-8001 ZURICH   SWITZERLAND |
| UBS AG, SWITZERLAND | TRANSFEROR: HSBC PRIVATE BANK MONACO S.A., ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| UBS EUROPE SE | F/K/A UBS (ITALIA) SPA, ATTN: VALENTINA NEMBRI, VIA BENIGNO CRESPI 24, MILANO 20159 ITALY |
| UBS EUROPE SE | F/K/A UBS (ITALIA) SPA, ATTN: VALENTINA NEMBRI, VIA BENIGNO CRESPI 24, MILANO 20159 ITALY |
| UBS EUROPE SE | F/K/A UBS (ITALIA) SPA, ATTN: VALENTINA NEMBRI, VIA BENIGNO CRESPI 24, MILANO 20159 ITALY |

**Total Creditor Count 28**