UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:                                                                                      Chapter 11

Lehman Brothers Holdings Inc., et al.,                           Case No. 08-13555 (SCC)

      Debtors.                                                            (Jointly Administered)

----------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF ATTORNEY

Please take notice that I, Michael Kwon, hereby withdraw my appearance as counsel for CCP Credit Acquisition Holdings, LLC, Centerbridge Special Credit Partners II, L.P. and Recovery Partners Holdings I, LLC as a result of my resignation from Schulte Roth & Zabel LLP and acceptance of a position with Oved & Oved LLP effective October 1, 2017.  Please remove me from all 2002 and ECF notice lists.

Dated:       New York, New York
             June 12, 2018

                                            Respectfully Submitted,

                                            /s/ Michael Kwon
                                            OVED & OVED LLP
                                            Michael Kwon, Esq.
                                            401 Greenwich Street
                                            New York, NY 10013
                                            Tel: 212.226.2376
                                            Email: mkwon@ovedlaw.com