UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (SCC)
                                          :
                    Debtors.              :    (Jointly Administered)
                                          :
------------------------------------------------------------------------x    Ref. Docket Nos. 58260 and 58261

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 14, 2018, I caused to be served the:

    a. "Notice of Hearing on the Plan Administrator's Five Hundred Twenty Seventh Omnibus Objection to Claims (No Liability Claims)," dated June 14, 2018, to which was attached "The Plan Administrator's Five Hundred Twenty Seventh Omnibus Objection to Claims (No Liability Claims)," dated June 14, 2018 [Docket No. 58260], (the "NOH"), and

    b. "Forty-First Notice of Establishment of Combined Omnibus and Claims Hearing Dates Pursuant to Second Amended Case Management Order Implementing Certain Notice and Case Management Procedures," dated June 14, 2018 [Docket No. 58261], (the "41st Establishment Notice"),

    by causing true and correct copies of the:

    i. NOH and 41st Establishment Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A,

    ii. NOH and 41st Establishment Notice, to be delivered via electronic mail to those parties listed in the annexed Exhibit B, and

-2-

    iii.    NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                          */s/ Forrest Kuffer*
                                                                                         Forrest Kuffer

Sworn to before me this
14th day of June, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**LBH DI 58260-58261 OVN 6-14-2018**

EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT DEPARTMENT
EATON CENTER
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114-2584

**LBH DI 58260-58261 OVN 6-14-2018**

TOGUT, SEGAL & SEGAL LLP
ATTENTION: NEIL BERGER, ESQ.
STEPHANIE SKELLY, ESQ.
(COUNSEL TO TRONOX, INCORPORATED, ET AL.)
ONE PENN PLAZA, SUITE 3335
NEW YORK, NY 10019

**LBH DI 58260-58261 OVN 6-14-2018**

FAEGRE BAKER DANIELS LLP
ATTN: MICHAEL M. KRAUSS
(COUNSEL TO 'SANTA FE ENTITIES')
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402-3901

**LBH DI 58260-58261 OVN 6-14-2018**

VENABLE LLP
ATTN: EDWARD A. SMITH, ESQ.
(COUNSEL TO DELTA AIR LINES, INC.)
1270 AVENUE OF THE AMERICAS, 25TH FLOOR
NEW YORK, NY 10020

**LBH DI 58260-58261 OVN 6-14-2018**

WHITE & CASE LLP
ATTN: MICHAEL RUETZEL,
(COUNSEL TO GERMAN ASSOCIATION OF SAVINGS BANKS)
BOCKENHEIMER LANDSTRASSE 20
60323 FRANKFURT AM MAIN,
GERMANY

**LBH DI 58260-58261 OVN 6-14-2018**

FENSTERSTOCK & PARTNERS LLP
ATTN: LANI A. ADLER
(COUNSEL TO IFREEDOM DIRECT CORP. & SUBURBAN MORTGAGE CORPORATION)
100 BROADWAY, 8TH FLOOR
NEW YORK, NY 10005

**LBH DI 58260-58261 OVN 6-14-2018**

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: LITIGATION DEPARTMENT
(COUNSEL TO FXCM HOLDINGS LLC)
200 LIBERTY STREET
NEW YORK, NY 10281

MCCALLA RAYMER, LLC
ATTN: JEANNE MORTON, ESQ
(COUNSEL TO AMERICA'S SERVICING COMPANY)
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076-2102

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
## Electronic Mail – Master Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.lanza@dlapiper.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alexander.lorenzo@alston.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com

asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| christopher.greco@kirkland.com | dflanigan@polsinelli.com |
| claude.montgomery@dentons.com | dgoldberg@hsgllp.com |
| clynch@reedsmith.com | dhayes@mcguirewoods.com |
| cohen@sewkis.com | dhealy@hsgllp.com |
| cp@stevenslee.com | dheffer@foley.com |
| cpappas@dilworthlaw.com | dhurst@coleschotz.com |
| cparyse@contrariancapital.com | dhw@dhclegal.com |
| craig.goldblatt@wilmerhale.com | diconzam@gtlaw.com |
| craigjustinalbert@gmail.com | djcarragher@daypitney.com |
| crmomjian@attorneygeneral.gov | djoseph@stradley.com |
| csalomon@beckerglynn.com | dkessler@ktmc.com |
| cschreiber@winston.com | dkozusko@willkie.com |
| cshore@whitecase.com | dlemay@chadbourne.com |
| cszyfer@stroock.com | dlipke@vedderprice.com |
| cwalsh@mayerbrown.com | dmark@kasowitz.com |
| cward@polsinelli.com | dmcguire@winston.com |
| cweber@ebg-law.com | dmiller@steinlubin.com |
| cweiss@ingramllp.com | dmurray@jenner.com |
| dallas.bankruptcy@publicans.com | dneier@winston.com |
| dave.davis@isgria.com | dodonnell@milbank.com |
| david.bennett@tklaw.com | dpegno@dpklaw.com |
| david.livshiz@freshfields.com | draelson@fisherbrothers.com |
| david.powlen@btlaw.com | drosenzweig@fulbright.com |
| david.tillem@wilsonelser.com | drosner@goulstonstorrs.com |
| david.wender@alston.com | drosner@kasowitz.com |
| davids@blbglaw.com | dshaffer@wtplaw.com |
| davidwheeler@mvalaw.com | dspelfogel@foley.com |
| dbarber@bsblawyers.com | dsullivan@hsgllp.com |
| dbaumstein@whitecase.com | dtatge@ebglaw.com |
| dbesikof@loeb.com | dtheising@harrisonmoberly.com |
| dblack@hsgllp.com | dwdykhouse@pbwt.com |
| dcimo@gjb-law.com | dworkman@bakerlaw.com |
| dcoffino@cov.com | easmith@venable.com |
| dcrapo@gibbonslaw.com | ebcalvo@pbfcm.com |
| ddavis@paulweiss.com | ecohen@russellinvestments.com |
| ddunne@milbank.com | edelucia@hsgllp.com |
| deggermann@kramerlevin.com | edward.flanders@pillsburylaw.com |
| deggert@freebornpeters.com | efleck@milbank.com |
| demetra.liggins@tklaw.com | efriedman@fklaw.com |
| dennis.tracey@hoganlovells.com | efriedman@friedmanspring.com |
| dfelder@orrick.com | ekbergc@lanepowell.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| eleicht@whitecase.com | j.zelloe@stahlzelloe.com |
| ellen.halstead@cwt.com | jacobsonn@sec.gov |
| emagnelli@bracheichler.com | jalward@blankrome.com |
| emerberg@mayerbrown.com | james.berg@piblaw.com |
| enkaplan@kaplanlandau.com | james.mcclammy@dpw.com |
| eobrien@sbchlaw.com | james.moore@morganlewis.com |
| etillinghast@sheppardmullin.com | james.sprayregen@kirkland.com |
| eweinick@otterbourg.com | jamesboyajian@gmail.com |
| ezujkowski@emmetmarvin.com | jamestecce@quinnemanuel.com |
| farrington.yates@kobrekim.com | jar@outtengolden.com |
| fcarruzzo@kramerlevin.com | jay.hurst@oag.state.tx.us |
| ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| fhenn@law.nyc.gov | jbeemer@entwistle-law.com |
| fhyman@mayerbrown.com | jbrody@americanmlg.com |
| foont@foontlaw.com | jbromley@cgsh.com |
| fsosnick@shearman.com | jcarberry@cl-law.com |
| gabriel.delvirginia@verizon.net | jchristian@tobinlaw.com |
| gary.ravertpllc@gmail.com | jdoran@haslaw.com |
| gavin.alexander@ropesgray.com | jdwarner@warnerandscheuerman.com |
| gbray@milbank.com | jdyas@halperinlaw.net |
| ggitomer@mkbattorneys.com | jean-david.barnea@usdoj.gov |
| ggoodman@foley.com | jeanites@whiteandwilliams.com |
| giddens@hugheshubbard.com | jeannette.boot@wilmerhale.com |
| gkaden@goulstonstorrs.com | jeff.wittig@united.com |
| glenn.siegel@morganlewis.com | jeldredge@velaw.com |
| gmoss@riemerlaw.com | jennifer.demarco@cliffordchance.com |
| goldenberg@ssnylaw.com | jennifer.gore@shell.com |
| gspilsbury@jsslaw.com | jg5786@att.com |
| harrisjm@michigan.gov | jgenovese@gjb-law.com |
| harveystrickon@paulhastings.com | jguy@orrick.com |
| hbeltzer@chadbourne.com | jhiggins@fdlaw.com |
| heiser@chapman.com | jhorgan@phxa.com |
| hmagaliff@r3mlaw.com | jhuggett@margolisedelstein.com |
| holsen@stroock.com | jim@atkinslawfirm.com |
| hooper@sewkis.com | jjureller@klestadt.com |
| howard.hawkins@cwt.com | jlamar@maynardcooper.com |
| hseife@chadbourne.com | jlawlor@wmd-law.com |
| hsnovikoff@wlrk.com | jlee@foley.com |
| hsteel@brownrudnick.com | jlevitin@cahill.com |
| irethy@stblaw.com | jlscott@reedsmith.com |
| israel.dahan@cwt.com | jmaddock@mcguirewoods.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| jmazermarino@msek.com | keckhardt@hunton.com |
| jmelko@gardere.com | keith.simon@lw.com |
| jmerva@fult.com | kek@crb-law.com |
| jmr@msf-law.com | ken.coleman@allenovery.com |
| jnm@mccallaraymer.com | kerry.moynihan@hro.com |
| john.beck@hoganlovells.com | kgwynne@reedsmith.com |
| john.goodchild@morganlewis.com | kiplok@hugheshubbard.com |
| john.monaghan@hklaw.com | kit.weitnauer@alston.com |
| john.mule@state.mn.us | kkelly@ebglaw.com |
| jonathan.goldblatt@bnymellon.com | kkolbig@mosessinger.com |
| jonathan.henes@kirkland.com | klyman@irell.com |
| jorbach@hahnhessen.com | klynch@formanlaw.com |
| joseph.cordaro@usdoj.gov | kobak@hugheshubbard.com |
| joshua.dorchak@morganlewis.com | korr@orrick.com |
| jowen769@yahoo.com | kovskyd@pepperlaw.com |
| joy.mathias@dubaiic.com | kressk@pepperlaw.com |
| jpintarelli@mofo.com | kreynolds@mklawnyc.com |
| jporter@entwistle-law.com | krosen@lowenstein.com |
| jprol@lowenstein.com | ksebaski@hsgllp.com |
| jrabinowitz@rltlawfirm.com | kurt.mayr@bgllp.com |
| jrapisardi@omm.com | kurt.rademacher@morganlewis.com |
| jrosenthal@mhlawcorp.com | ladler@fensterstock.com |
| jrsmith@hunton.com | landon@slollp.com |
| jschiller@bsfllp.com | lapeterson@foley.com |
| jschwartz@hahnhessen.com | lawallf@pepperlaw.com |
| jsheerin@mcguirewoods.com | lawrence.gelber@srz.com |
| jsherman@bsfllp.com | lberkoff@moritthock.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com |
| jsmairo@pbnlaw.com | lee.whidden@dentons.com |
| jstoll@mayerbrown.com | lgomez@msek.com |
| jtimko@shutts.com | lgranfield@cgsh.com |
| judy.morse@crowedunlevy.com | lhandelsman@stroock.com |
| jvail@ssrl.com | lisa.solomon@att.net |
| jwcohen@daypitney.com | ljkotler@duanemorris.com |
| jwest@velaw.com | lkatz@ltblaw.com |
| jwh@njlawfirm.com | lkiss@klestadt.com |
| jzulack@fzwz.com | lmarinuzzi@mofo.com |
| kanema@formanlaw.com | lmcgowen@orrick.com |
| karen.wagner@dpw.com | lnashelsky@mofo.com |
| karl.geercken@alston.com | loizides@loizides.com |
| kdwbankruptcydepartment@kelleydrye.com | lperlman@hsgllp.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| lschweitzer@cgsh.com | millee12@nationwide.com |
| lucdespins@paulhastings.com | miller@taftlaw.com |
| mabrams@willkie.com | mimi.m.wong@irscounsel.treas.gov |
| maofiling@cgsh.com | mitchell.ayer@tklaw.com |
| marc.roitman@ropesgray.com | mitchell.berger@squirepb.com |
| margolin@hugheshubbard.com | mjedelman@vedderprice.com |
| mark.bane@ropesgray.com | mjr1@westchestergov.com |
| mark.ellenberg@cwt.com | mlahaie@akingump.com |
| mark.mckane@kirkland.com | mlandman@lcbf.com |
| mark.salzberg@squirepb.com | mlichtenstein@crowell.com |
| mark.sherrill@sutherland.com | mlynch2@travelers.com |
| maryann.gagliardi@wilmerhale.com | mmorreale@us.mufg.jp |
| matt@willaw.com | mneier@ibolaw.com |
| matthew.klepper@dlapiper.com | monica.lawless@brookfieldproperties.com |
| maustin@orrick.com | mpage@kelleydrye.com |
| mbenner@tishmanspeyer.com | mparry@mosessinger.com |
| mbienenstock@proskauer.com | mrosenthal@gibsondunn.com |
| mbloemsma@mhjur.com | mruetzel@whitecase.com |
| mbossi@thompsoncoburn.com | mschimel@sju.edu |
| mcademartori@sheppardmullin.com | msegarra@mayerbrown.com |
| mcarthurk@sullcrom.com | mshiner@tuckerlaw.com |
| mccarthyj@sullcrom.com | mshuster@hsgllp.com |
| mcolomar@diazreus.com | msolow@kayescholer.com |
| mcordone@stradley.com | mspeiser@stroock.com |
| mcyganowski@oshr.com | mstamer@akingump.com |
| mdorval@stradley.com | munno@sewkis.com |
| melorod@gtlaw.com | mvenditto@reedsmith.com |
| meltzere@pepperlaw.com | mwarner@coleschotz.com |
| metkin@lowenstein.com | mwarren@mtb.com |
| mfeldman@willkie.com | nathan.spatz@pillsburylaw.com |
| mgordon@briggs.com | nbinder@binderschwartz.com |
| mgreger@allenmatkins.com | nbojar@fklaw.com |
| mh1@mccallaraymer.com | ncoco@mwe.com |
| mhanin@kasowitz.com | neal.mann@oag.state.ny.us |
| mhopkins@cov.com | ned.schodek@shearman.com |
| michael.frege@cms-hs.com | neil.herman@morganlewis.com |
| michael.kelly@monarchlp.com | neilberger@teamtogut.com |
| michael.krauss@faegrebd.com | ngueron@cgr-law.com |
| michael.kraut@morganlewis.com | nicholas.zalany@squirepb.com |
| michael.mccrory@btlaw.com | nissay_10259-0154@mhmjapan.com |
| michael.solow@apks.com | nlepore@schnader.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

nlieberman@hsgllp.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov

robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rterenzi@stcwlaw.com
russj4478@aol.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com

- 6 -

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com

villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yuwatoko@mofo.com

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| FULLERTON DRIVE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 4B) NEW YORK NY 10022 |
| FULLERTON DRIVE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| KINGS RIVER LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| KINGS RIVER LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 8A) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 8B) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 19) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | FOR THE ACCOUNT OF THE SERIS 2004-4 SEGREGATE PORTFOLIO C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| TAVARES SQUARE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 9A) NEW YORK NY 10022 |
| TAVARES SQUARE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 9B) NEW YORK NY 10022 |
| TAVARES SQUARE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINSTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| VOX PLACE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 12A) NEW YORK NY 10022 |
| VOX PLACE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 12B) NEW YORK NY 10022 |
| VOX PLACE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 12B) NEW YORK NY 10022 |
| VOX PLACE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINSTRATION GROUP 101 BARCLAY STREET, 21ST FLOOR ATTN: DAVID M. KERR NEW YORK NY 10286 |
| VOX PLACE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP ATTN: DAVID M. KERR 101 BARCLAY STREET, 21ST FLOOR NEW YORK NY 10286 |

**Total Creditor count  17**