B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,               Case No. <u>08-13555</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | BANC OF AMERICA CREDIT PRODUCTS, INC. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
   HBK Master Fund L.P.
   c/o HBK Services LLC
   2101 Cedar Springs Road, Suite 700
   Dallas, TX 75201

Court Claim # (if known): <u>Claim No. 29557.02</u>

Amount of Claim Transferred: <u>$2,292,749.42</u>
Date Claim Filed: <u>September 22, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>(214) 758-6107</u>
Last Four Digits of Acct #:<u>N/A</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:<u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J.R. Smith</u>               Date: <u>June 19, 2018</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc., Debtor in Case No. 08-13555 (SCC) (Jointly Administered)

Claim Number: 29557.02
Transferred Claim Amount: $2,292,749.42

BANC OF AMERICA CREDIT PRODUCTS, INC. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to

> HBK Master Fund L.P.
> c/o HBK Services LLC
> 2101 Cedar Springs Road, Suite 700
> Dallas, Texas 75201
> Telephone: (214) 758-6107
> Facsimile: (214) 758-1207
> Attention: General Counsel
> Email: legal@hbk.com

and its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC., et al., solely to the extent of the allowed amount of $2,292,749.42, docketed as Claim No. 29557.02 (the "Claim") in the above-referenced case.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

133916766v3

IN WITNESS WHEREOF, dated as set forth below.

| BANC OF AMERICA CREDIT PRODUCTS, INC. | HBK MASTER FUND L.P. |
|---|---|

By: ____[signature]_____
(Signature of authorized signatory)

Name: __SETH DENSON_____

Title: __DIRECTOR_____

Date: __June 18, 2018_____

By: _____
(Signature of authorized signatory)

Name: _____

Title: _____

Date: _____

IN WITNESS WHEREOF, dated as set forth below.

| BANC OF AMERICA CREDIT PRODUCTS, INC. | HBK MASTER FUND L.P. |
|---|---|
| | By: HBK Services LLC<br>Investment Advisor |
| By:_____<br>(Signature of authorized signatory) | By:_____<br>(Signature of authorized signatory) |
| Name:_____ | Name:____**Beauregard A. Fournet**____<br>**Authorized Signatory** |
| Title:_____ | Title:_____ |
| Date:_____ | Date:__6/15/2018_____ |

11

133916766v3