**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                           :    Chapter 11
                                                 :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*         :    Case No. 08-13555 (SCC)
                                                 :
                       Debtors.                  :    (Jointly Administered)
                                                 :
                                                 :    Ref. Docket Nos. 57796, 58119,
                                                 :    58120, 58179, 58180, 58181, 58182,
                                                 :    58183, 58184, 58185, 58186, 58232
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 11, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 11, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
11th day of June, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000127781877 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000180855



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: DRAWBRIDGE LONG DATED VALUE FUND (B) LP
C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

Please note that your claim # 27003 in the above referenced case and in the amount of $888,247.00 allowed at $858,084.29 has been transferred (unless previously expunged by court order)

EMPYREAN INVESTMENTS, LLC
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
ATTN: STERLING HATHAWAY
10250 CONSTELLATION BLVD, SUITE 2950
LOS ANGELES, CA 90067

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    58180    in your objection. If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/01/1201            Vito Genna, Clerk of Court

/s/ Marc Orfitelli
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 1, 1201.

# EXHIBIT B

08-13555-mg    Doc 58298    Filed 06/19/18    Entered 06/19/18 17:14:46    Main Document
Pg 4 of 6

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: DRAWBRIDGE LONG DATED VALUE FUND LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: DRAWBRIDGE LONG DATED VALUE FUND (B) LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LDVF1 FIP SARL, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LDVF1 MAIN FIP SARL, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: FIFTH STREET STATION LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: FIFTH STREET STATION LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: MATLINPATTERSON GLOBAL OPPORTUNITIES MASTER FUND, LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: MATLINPATTERSON GLOBAL OPPORTUNITIES MASTER FUND, LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANK J. SAFRA SARASIN (GIBRALTAR) LTD. | TRANSFEROR: CREDIT SUISSE, FIRST FLOOR, NEPTUNE HOUSE,, MARINA BAY, P.O. BOX 542, GIBRALTAR   GIBRALTAR |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: ST. GALLER KANTONALBANK, PATRIK ROOS, BAHNHOFSTRASSE 36, 8010 ZURICH   SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: ST. GALLER KANTONALBANK, PATRIK ROOS, BAHNHOFSTRASSE 36, 8010 ZURICH   SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: ST. GALLER KANTONALBANK, PATRIK ROOS, BAHNHOFSTRASSE 36, 8010 ZURICH   SWITZERLAND |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | TRANSFEROR: SAFRA NATIONAL BANK OF NEW YORK, PARADEPLATZ 8, ZURICH CH-8001 SWITZERLAND |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET INVESTMENT LOAN TRUST MTG P/T CERT, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET INVESTMENT LOAN TRUST MTG P/T CERT, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET INVESTMENT LOAN TRUST MTG P/T CERT, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET INVESTMENT LOAN TRUST MTG P/T CERT, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |

| Claim Name | Address Information |
|---|---|
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET INVESTMENT LOAN TRUST MTG P/T CERT, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET INVESTMENT LOAN TRUST MTG P/T CERT, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| SAFRA NATIONAL BANK OF NEW YORK | TRANSFEROR: CREDIT SUISSE AG, ATTN: ARCELI VARGAS, 546 FIFTH AVENUE, NEW YORK, NY 10036 |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., ATTN: SFCA, ST. LEONHARDSTRASSE 25, 9001 ST. GALLEN  SWITZERLAND |
| STRUCTURED ASSET INVESTMENT LOAN TRUST MTG P/T CERT | SERIES 2003-BC13 REMIC 1, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST MTG P/T CERT | SERIES 2003-BC13 REMIC 1, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST MTG P/T CERT | SERIES 2003-BC13 REMIC 1, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST MTG P/T CERT | SERIES 2003-BC13 REMIC 1, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST MTG P/T CERT | SERIES 2003-BC13 REMIC 1, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET INVESTMENT LOAN TRUST MTG P/T CERT | SERIES 2003-BC13 REMIC 1, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET SECURITIES CORPORATION | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-13, REMIC I, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET SECURITIES CORPORATION | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-13, REMIC I, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET SECURITIES CORPORATION | MORTGAGE PASS-THROUGH CERTIFICATES,, SERIES 2004-13, REMIC I, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STRUCTURED ASSET SECURITIES CORPORATION | MORTGAGE PASS-THROUGH CERTIFICATES,, SERIES 2004-13, REMIC I, ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |

**Total Creditor Count 44**