**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

              Debtors.

------------------------------------------------------------------------x

LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS SPECIAL FINANCING INC., LEHMAN BROTHERS COMMODITY SERVICES INC., and LEHMAN BROTHERS COMMERCIAL CORP.

              Plaintiffs,

      -against-

CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, CREDIT SUISSE ENERGY LLC, CREDIT SUISSE SECURITIES (EUROPE) LTD. and CREDIT SUISSE LOAN FUNDING LLC.

             Defendants.

------------------------------------------------------------------------x

Chapter 11

Case No. 08-13555 (SCC)

(Jointly Administered)

Adversary Proceeding

Adv. Proc. No. 13-01676 (SCC)

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND OTHER DOCUMENTS**

    PLEASE TAKE NOTICE that the undersigned appears as attorney for CarVal Entities[1]

and Empyrean Capital Partners, LP and, pursuant to Rules 2002 and 9010 of the Bankruptcy

---

[1] The CarVal Entities are CVI AA Lux Master S.à.r.l.; CVI AA Lux Securities S.à.r.l.; CVI AV Lux Master S.à.r.l.; CVI AV Lux Securities S.à.r.l.; CVF Lux Master S.à.r.l.; CVF Lux Securities Trading S.à.r.l.; CVF Lux Finco, LLC; CVF II Lux Finco, LLC; CVI CVF II Lux Master S.à.r.l.; CVI CVF II Lux Securities Trading S.à.r.l.; CVI CVF III Lux Master S.à.r.l.; CVI CVF III Lux Securities S.à.r.l.; CVIC Lux Master S.à.r.l.; CVIC Lux Securities Trading S.à.r.l.; CVIC II Lux Master S.à.r.l.; CVIC II Lux Securities Trading S.à.r.l.; CarVal GCF Lux Master S.à.r.l. ;CarVal GCF Lux Securities S.à.r.l.; CVI GVF (Lux) Master S.à.r.l.; CVI GVF Lux 12 S.à.r.l.; CVI HH Investments LP; CVI CHVF Lux Master S.à.r.l.; and CVI CHVF Lux Securities S.à.r.l.

Rules and Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon:

**BINDER & SCHWARTZ LLP**
Eric B. Fisher
366 Madison Avenue, 6th Floor
New York, New York 10017
Phone: 212-933-4551
Facsimile: 212-510-7299
E-mail: efisher@binderschwartz.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated:   June 20, 2018
        New York, New York

                                       **BINDER & SCHWARTZ LLP**

                                       By: /s/ Eric B. Fisher
                                           Eric B. Fisher
                                           366 Madison Avenue, 6th Floor
                                           New York, New York 10017
                                           Telephone: (212) 933-4551
                                           Facsimile: (212) 510-7299
                                           Email:  efisher@binderschwartz.com

                                           *Attorneys for CarVal Entities and Empyrean Capital Partners, LP*