**BINDER & SCHWARTZ LLP**
Eric B. Fisher
Neil S. Binder
366 Madison Avenue, 6th Floor
New York, New York 10017
Tel: (212) 510-7008
Facsimile: (212) 510-7299

*Attorneys for CarVal Entities and
Empyrean Capital Partners, LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS SPECIAL FINANCING INC., LEHMAN BROTHERS COMMODITY SERVICES INC., and LEHMAN BROTHERS COMMERCIAL CORP.<br><br>Plaintiffs,<br><br>-against-<br><br>CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, CREDIT SUISSE ENERGY LLC, CREDIT SUISSE SECURITIES (EUROPE) LTD. and CREDIT SUISSE LOAN FUNDING LLC.<br><br>Defendants. | Adversary Proceeding<br><br>Adv. Proc. No. 13-01676 (SCC) |

**VERIFIED STATEMENT OF BINDER & SCHWARTZ LLP PURSUANT
TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Binder & Schwartz LLP ("Binder & Schwartz"), makes this verified statement (the "Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure as follows:

1. Binder & Schwartz, a law firm maintaining its offices at 366 Madison Avenue, 6th Floor, New York, New York, 10017, currently represents the following creditors ("Creditors") in connection with the above-captioned bankruptcy cases (the "Cases"):

   a. CVI AA Lux Master S.à.r.l., CVI AA Lux Securities S.à.r.l., CVI AV Lux Master S.à.r.l., CVI AV Lux Securities S.à.r.l., CVF Lux Master S.à.r.l., CVF Lux Securities Trading S.à.r.l., CVF Lux Finco, LLC, CVF II Lux Finco, LLC, CVI CVF II Lux Master S.à.r.l., CVI CVF II Lux Securities Trading S.à.r.l., CVI CVF III Lux Master S.à.r.l., CVI CVF III Lux Securities S.à.r.l., CVIC Lux Master S.à.r.l., CVIC Lux Securities Trading S.à.r.l., CVIC II Lux Master S.à.r.l., CVIC II Lux Securities Trading S.à.r.l., CarVal GCF Lux Master S.à.r.l., CarVal GCF Lux Securities S.à.r.l., CVI GVF (Lux) Master S.à.r.l., CVI GVF Lux 12 S.à.r.l., CVI HH Investments LP, CVI CHVF Lux Master S.à.r.l. CVI CHVF Lux Securities S.à.r.l. (the "CarVal Entities")
   c/o CarVal Investors
   9320 Excelsior Blvd.
   Hopkins, MN 55343

   b. Empyrean Capital Partners, LP
   10250 Constellation Blvd
   Los Angeles, CA 90067

2. Each of the Creditors holds, directly or indirectly, one or more claims against Lehman Brothers Holdings Inc. and/or its affiliated debtors (collectively, the "Debtors"). As of the date of this filing, the CarVal Entities own in excess of $5.7 billion in claims against Lehman Brothers Special Financing, Inc. ("LBSF"), and Empyrean owns in excess of $2.5 billion in claims against LBSF.

3. Each of the Creditors separately requested that Binder & Schwartz represent it in connection with the Cases.

4. As of the date hereof, Binder & Schwartz holds no ownership interests in the claims of the Creditors.

2

5.  As of the date hereof, Binder & Schwartz holds no claim against, or interest in, any of the Debtors.

6.  Binder & Schwartz reserves the right to revise, amend and/or supplement this Statement as necessary.

7.  This Statement is submitted without prejudice to any right, remedy and/or claim of the Creditors, whether collectively or individually. All such rights, remedies and/or claims are expressly preserved.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 20, 2018
        New York, New York

**BINDER & SCHWARTZ LLP**

/s/ Eric B. Fisher
Eric B. Fisher
Neil S. Binder
366 Madison Avenue, 6th Floor
New York, New York 10017
Tel: (212) 510-7008
Facsimile: (212) 510-7299
Email: efisher@binderschwartz.com

*Attorneys for CarVal Entities and Empyrean Capital Partners, LP*