**BINDER & SCHWARTZ LLP**
Eric B. Fisher
Neil S. Binder
366 Madison Avenue, 6th Floor
New York, New York 10017
Tel: (212) 510-7008
Facsimile: (212) 510-7299

*Attorneys for CarVal Entities and*
*Empyrean Capital Partners, LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS SPECIAL FINANCING INC., LEHMAN BROTHERS COMMODITY SERVICES INC., and LEHMAN BROTHERS COMMERCIAL CORP.<br><br>Plaintiffs,<br><br>-against-<br><br>CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, CREDIT SUISSE ENERGY LLC, CREDIT SUISSE SECURITIES (EUROPE) LTD. and CREDIT SUISSE LOAN FUNDING LLC.<br><br>Defendants. | Adversary Proceeding<br><br>Adv. Proc. No. 13-01676 (SCC) |

**CERTIFICATE OF SERVICE**

I, Eric B. Fisher, hereby certify that on June 20, 2018, I caused true and correct copies of

the *Objection of CarVal Entities And Empyrean Capital Partners, LP To Lehman Brothers*

*Holdings Inc's Motion Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure*

*And Section 105(a) Of The Bankruptcy Code For Approval Of Settlement Agreement Among Credit Suisse AG, And Certain Of Its Affiliates, And Lehman Brothers Holdings Inc., And Certain Of Its Affiliates* to be served upon the parties set forth below:

**Via Hand Delivery**

The Honorable Shelley C. Chapman
Courtroom 623
One Bowling Green
New York, New York 10004

**Via Hand Delivery**

Office of the United States Trustee
for Region 2
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

Attn: William K Harrington, Esq.
      Susan Golden, Esq.
      Andrea B. Schwartz, Esq.

**Via E-mail & Hand Delivery**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Attn:  Jacqueline Marcus, Esq.
       Alfredo R. Perez, Esq.
       Robert J. Lemons, Esq.
       Garrett A. Fail, Esq.

**Via E-mail & Hand Delivery**

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Attn:  Dennis F. Dunne, Esq.
       Dennis O'Donnell, Esq.
       Wilbur Foster, Jr.., Esq.
       Evan Fleck, Esq.

**Via E-mail & Hand Delivery**

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York
10010

Attn:  Andrew J. Rossman, Esq.

**Via E-mail & Hand Delivery**

Cravath, Swaine & Moore LLP
825 8th Avenue
New York, New York 10019

Attn:  Darin McAtee, Esq.
       Nathan Denning, Esq.

Notice of filings of the documents referenced above was provided by operation of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the

2

Southern District of New York (the "**CM/ECF System**") upon registered users of the CM/ECF System.

Dated: June 20, 2018
      New York, New York

                                           /s/ Eric. B. Fisher
                                            Eric B. Fisher