**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------ x | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Ref. Docket No. 58162 |
| | : | |
| ------------------------------------------------------------------ X | | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 18, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 18, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
19th day of June, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

CREDITO EMILIANO S.P.A.
ATTN: MR. LUCA MARIANI & EFISIO BERTRAND
VIA EMILIA S. PIETRO, 4
REGGIO EMILIA 42100
ITALY

CREDITO EMILIANO S.P.A.
ATTN: EFISIO BERTRAND
VIA EMILIA SAN PIETRO, N. 4
REGGIO EMILIA 42121
ITALY

Please note that your claim # 562892-94 in the above referenced case and in the amount of $14,490.90 allowed at $14,525.63 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000127972585 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000188102



ILLIQUIDX LIMITED
TRANSFEROR: CREDITO EMILIANO S.P.A.

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    58162    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/18/2018                Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 18, 2018.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| ILLIQUIDX LIMITED | TRANSFEROR: CREDITO EMILIANO S.P.A., |

**Total Creditor Count 3**

EPIQ BANKRUPTCY SOLUTIONS, LLC                                                                                                    **Page 1 OF 1**