B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.,</u> Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Fifth Street Station LLC</u>                                  <u>Banc of America Credit Products, Inc.</u>
Name of Transferee                                              Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): <u>37431</u>
should be sent:                                                        Amount of Claim Transferred: <u>As set forth on the Evidence of Transfer of Claim</u>
                                                                              Date Claim Filed: <u>October 13, 2009</u>
Fifth Street Station LLC                                          Debtor: <u>Lehman Brothers Special Financing Inc.</u>
505 5th Avenue South
Seattle, WA 98104
Tel: (206) 342-2476
Fax: (206) 342-3476
Attn: Benjamin Kolpa
E-mail: benk@vulcan.com

Name and Address where transferee payments
should be sent (if different from above): N/A

EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.**, located at 410 Park Avenue - 11th Floor, New York, NY 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Fifth Street Station LLC**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.**, having the Claim Numbers in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| # | LBSF Claim # | Transferred Claim Amount |
|---|---|---|
| 1 | 37431 | $6,140,000.00 |
| 2 | 37431 | $18,860,000.00 |
| 3 | 37431 | $25,000,000.00 |
|   | **Total** | **$50,000,000.00** |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of June 18, 2018.

**Banc of America Credit Products, Inc.**                **Fifth Street Station LLC**

By: _____                              By: _____
Name:                                                    Name:
Title:  SETH DENSON                                      Title:
        DIRECTOR

130524145v4

EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.**, located at 410 Park Avenue - 11th Floor, New York, NY 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Fifth Street Station LLC**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.**, having the Claim Numbers in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| #     | LBSF Claim # | Transferred Claim Amount |
|-------|--------------|--------------------------|
| 1     | 37431        | $6,140,000.00            |
| 2     | 37431        | $18,860,000.00           |
| 3     | 37431        | $25,000,000.00           |
|       | **Total**    | **$50,000,000.00**       |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of June 18, 2018.

**Banc of America Credit Products, Inc.**

By: _____
Name:
Title:

**Fifth Street Station LLC**

By: _____
Name:
Title: Ben Kolpa
       Managing Director

JUN 15 2018

130524145v4