Private Banking

EFG Bank AG
Hong Kong Branch
18th Floor
International Commerce Centre
1 Austin Road West
Kowloon, Hong Kong

Phone +852 2298 3000
Fax +852 2298 3300
www.efgbank.com



JUN 15 2018

12 June 2018

United States Bankruptcy Court
Southern District Of New York
One Bowling Green
New York, NY 10004-1408

Attention: LEHMAN BROTHERS HOLDINGS INC

Dear Sirs,

Re : Transfer of Claim – XS0272915116

We would be grateful if you would arrange to transfer and assign all right, title and interest in the principal amount of Nominal USD100,000 in respect of structured security having ISIN number XS0272915116 (Claim No 41773) from Bank of Singapore Limited (Transferor) to EFG Bank AG (Transferee). Enclose herewith the following for this parcel.

| x | Evidence of Transfer of Claim |
|---|---|

If you have any queries, please do not hesitate to contact us and contact point as below.

18/F, International Commerce Centre
1 Austin Road West, Kowloon, Hong Kong
ATTN: Jerry So / Tiffany Lai
Tel: +852 2298 3049 / +852 2298 3055
Email address: hksecsett.trf@efgbank.com

*For and on behalf of*
EFG Bank AG, Hong Kong Branch

Two authorized signatories

RECEIVED
JUN 15 2018
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

# EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank of Singapore Limited, 9 Raffles Place #21-01 Republic Plaza, Singapore 048619** ("Transferor") unconditionally and irrevocably transferred to **EFG BANK AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with that portion of the Transferor's claim (as such term is defined in Section 101(5) of the Bankruptcy Code) (Claim No. 41773) identified on Schedule I hereto (the "Transferred Claim") against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the Transferred Claim and recognizing the Transferee as the sole owner and holder of such Transferred Claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS

______________________________

**Bank of Singapore Limited**

By: KENNETH TAN
Name: Associate Director
Title: Transaction Services

By: ________________
Name:
Title: IBRAHIM ISHAK
Associate Director
Transaction Services

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0272915116 | 41773 | 19 Oct 2009 | Lehman Brothers Securities | 100,000 |

EFG BANK AG

*For and on behalf of*
**EFG Bank AG, Hong Kong Branch**
.................................................
*Two Authorised Signatories*

Please note our noticing address as below

EFG BANK AG
Hong Kong Branch
18th Floor
International Commerce Centre
1 Austin Road West, Kowloon
Hong Kong(Attention: Jerry So / Tiffany Lai)