

**J. SAFRA SARASIN**
Sustainable Swiss Private Banking since 1841

FILED / RECEIVED
JUN 0 7 2018
EPIQ

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank J. Safra Sarasin Ltd** ("Transferor") unconditionally and irrevocably transferred to **Banco Santander S.A., Madrid, Spain** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 60426) in the amount of 380'000 pieces/units related to the securities with International Securities Identification Numbers listed on Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED this November ___23___, 2017.

Bank J. Safra Sarasin Ltd

*[signature]*                              *[signature]*
Patrick Gribi                              Frank Link
Managing Director                          Director

Bank J. Safra Sarasin AG
Elisabethenstrasse 62, Postfach, CH-4002 Basel
T: +41 (0)58 317 44 44, F: +41 (0)58 317 44 00, www.jsafrasarasin.com

1 | 2



2 | 2

## SCHEDULE 1

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim | Date Claim Filed | Issuer | Nominal Amount/Quantity of Claim related to Security to be transferred |
|---|---|---|---|---|
| XS0247028391 | 60426 | October 29, 2009 | Lehman Brothers Treasury Co. B.V. | 380'000 out of 3'000'000 |

2 | 2

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  ES052 0049 1262 2623 1004 5455    ,    Case No.   08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banco Santander, S.A., Madrid, Spain | Bank J. Safra Sarasin Ltd |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Parque Empresarial La Finca - Edif. 4 - P1
Paseo Club Deportivo, s/n.
28223 Pozuelo de Alarcón - Spain

Court Claim # (if known):  60426
Amount of Claim:  380000
Date Claim Filed:  10/29/2009

Phone:  +34 912892235
Last Four Digits of Acct #:  5455

Phone:  +58 317 44 44
Last Four Digits of Acct. #:  1270

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    Banco Santander, S.A.    Date:    05/24/2018
       Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXPRESS WORLDWIDE**  
IntraShip (7.4) / *17-1409*

Origin
**MAD**

From SANTANDER OPERACIONES ESP.
- +34911756157
Pº CLUB DEPORTIVO 1
EDIFICIO 4, 1º PLANTA
ESTAFETA
**28223 POZUELO DE ALARCON**
ES Spain

To  EPIC BANKRUPTCY SOLUTIONS, LLC
LEHMAN BROTHERS HOLDINGS CLAIN
757 THIRD AVENUE , 3rd FLOOR
-
**10017 NEW YORK New York
US United States of America**

Phone:

## US-ZYP-TSS

Day    Time

Ref code  SOE-98101          Piece Weight: **0.3 kg**     Piece
Account No 301575948      Pickup date: 2018-06-05     **1/1**

Content / Commerce Control Statement / RC
DOCUMENTACION



WAYBILL 73 3326 2241

FILED / RECEIVED
JUN 0 6 2018
EPIQ



(2L)US10017+42000000



(J)JD01 4600 0056 0330 2128

