FILED / RECEIVED
JUN 1 2 2018
EPIQ

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)
Claim Number: 55824-37**

We would like to inform you that Bethmann Bank AG who is holder of the claim number 55824-37, filed on 09/28/2009, has assigned the rights arising out of this claim corresponding with the following securities

10 pcs. "Lehman Bros Treasury Co. B.V." (ISIN XS0235227302)
in the amount of a face value of **USD 13,335.55**

to

**Peter Alberter,**
Tannenstraße 6, 93152 Nittendorf/Undorf, Germany

The potentially remaining rights arising out of the claim Number 55824-37 remain entirely with Bethmann Bank AG.

Bethmann Bank AG and Peter Alberter have agreed to the partial assignment mentioned herein above. Both Bethmann Bank AG and Peter Alberter acknowledge and represent that due to the assignment mentioned herein above Peter Alberter has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, May 4, 2017                    Nittendorf/Undorf, August 2017

Bethmann Bank AG
(Assignor)                                                          (Assignee)

Jochen Weber    Anja Sonnleithner                      Peter Alberter

Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Investment Services
Anja Sonnleithner
Bethmannstrasse 7 – 9
60311 Frankfurt am Main
Germany

Frankfurt, 03.05.2018

Claim #55824 – 37

Dear Sir or Madam,

as an attachement you will receive a transmission advert for claim #55824-37.

Could you please process it accordingly and send a confirmation on it?

Thank you very much!

Kind regards,
Bethmann Bank

Anja Sonnleithner
Investment Services