B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re **Lehman Brothers Holdings Inc.** | Case No. 08-13555 (SCC) |
| **Lehman Brothers Special Financing Inc.** | **(jointly administered)** |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Banc of America Credit Products, Inc.**             **TRC Master Fund LLC**
Name of Transferee                                     Transferor

Name and Address where notices to transferee          Court Claim # (if known): __22277__
should be sent:                                        Total Amount of Claim Transferred:
                                                       USD $ 9,991,271.16
Banc of America Credit Products, Inc.                  Date Claim Filed: September 21, 2009
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park                                        Court Claim # (if known): __26241__
New York, NY 10036                                     Total Amount of Claim Transferred:
Attn: Ryan Weddle / Ante Jakic                         USD $ 5,008,728.84
Telephone: (646) 855-7450                              Date Claim Filed: September 21, 2009
Fax: (646) 834-9780 / (804) 264-1108
E-mail: ryan.weddle@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com


Name and Address where transferee payments
should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  __/s/Seth Denson__                Date:  __6/25/2018__
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIMS

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**TRC Master Fund LLC**, with offices at c/o TR Capital Management, LLC, 100 Merrick Road, Suite 308E, Rockville Centre, New York 11570 ("Seller") pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has sold, transferred and assigned to **Banc of America Credit Products, Inc.**, its successors and assigns ("Buyer) a fixed principal amount representing the Transferred Claim Amounts (as set forth in the table below) in and to all rights, title and interest in and to the Claims of Seller against **Lehman Brothers Special Financing Inc.** having the Claim Numbers as set forth below (the "Assigned Rights") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| LBSF Claim # | Transferred Claim Amount |
|---|---|
| 22277 | $9,991,271.16 |
| 26241 | $5,008,728.84 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an assignment and Buyer herein as the valid owner of the Assigned Rights to the extent of the Transferred Claim Amount. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Rights to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly authorized representatives as of the  25  day of June, 2018.

| **Banc of America Credit Products, Inc.** | **TRC Master Fund LLC** |
|---|---|
| By: _____ | By: _____ |
| Name: SETH DENSON | Name: |
| Title: DIRECTOR | Title: |

125856329v2
134064817v2

A-1

EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIMS

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**TRC Master Fund LLC**, with offices at c/o TR Capital Management, LLC, 100 Merrick Road, Suite 308E. Rockville Centre, New York 11570 ("Seller") pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has sold, transferred and assigned to **Banc of America Credit Products, Inc.**, its successors and assigns ("Buyer) a fixed principal amount representing the Transferred Claim Amounts (as set forth in the table below) in and to all rights, title and interest in and to the Claims of Seller against **Lehman Brothers Special Financing Inc.** having the Claim Numbers as set forth below (the "Assigned Rights") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| LBSF Claim # | Transferred Claim Amount |
|---|---|
| 22277 | $9,991,271.16 |
| 26241 | $5,008,728.84 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an assignment and Buyer herein as the valid owner of the Assigned Rights to the extent of the Transferred Claim Amount. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Rights to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly authorized representatives as of the 25 day of June, 2018.

**Banc of America Credit Products, Inc.**

By: _____
Name:
Title:

**TRC Master Fund LLC**

By: _____
Name: Terrel Ross
Title: Managing Member

A-1

125856329v2
134064817v2