B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**                    Case No. 08-13555 (SCC)
                                                           **(jointly administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Banc of America Credit Products, Inc.**         **TRC Master Fund LLC**
Name of Transferee                                Transferor

Name and Address where notices to transferee      Court Claim # (if known):  _67282_
should be sent:                                    Total Amount of Claim Transferred:
                                                   USD $ 9,991,271.16
Banc of America Credit Products, Inc.              Date Claim Filed: December 28, 2010
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park                                    Court Claim # (if known):  _26221_
New York, NY 10036                                 Total Amount of Claim Transferred:
Attn: Ryan Weddle / Ante Jakic                     USD $ 5,008,728.84
Telephone: (646) 855-7450                          Date Claim Filed: September 21, 2009
Fax: (646) 834-9780 / (804) 264-1108
E-mail: ryan.weddle@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/Seth Denson_                     Date: _____6/25/2018_____
          Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIMS

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**TRC Master Fund LLC**, with offices at c/o TR Capital Management, LLC, 100 Merrick Road, Suite 308E. Rockville Centre, New York 11570 ("Seller") pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has sold, transferred and assigned to **Banc of America Credit Products, Inc.**, its successors and assigns ("Buyer") a fixed principal amount representing the Transferred Claim Amounts (as set forth in the table below) in and to all rights, title and interest in and to the Claims of Seller against **Lehman Brothers Holdings Inc.** having the Claim Numbers as set forth below (the "Assigned Rights") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| LBHI Claim # | Transferred Claim Amount |
|---|---|
| 67282 | $9,991,271.16 |
| 26221 | $5,008,728.84 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an assignment and Buyer herein as the valid owner of the Assigned Rights to the extent of the Transferred Claim Amount. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Rights to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly authorized representatives as of the __25__ day of June, 2018.

**Banc of America Credit Products, Inc.**

By: _____
Name:    SETH DENSON
Title:    DIRECTOR

**TRC Master Fund LLC**

By: _____
Name:
Title:

125856329v2
134064817v2

EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIMS

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**TRC Master Fund LLC**, with offices at c/o TR Capital Management, LLC, 100 Merrick Road, Suite 308E. Rockville Centre, New York 11570 ("Seller") pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has sold, transferred and assigned to **Banc of America Credit Products, Inc.**, its successors and assigns ("Buyer") a fixed principal amount representing the Transferred Claim Amounts (as set forth in the table below) in and to all rights, title and interest in and to the Claims of Seller against **Lehman Brothers Holdings Inc**. having the Claim Numbers as set forth below (the "Assigned Rights") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| LBHI Claim # | Transferred Claim Amount |
|---|---|
| 67282 | $9,991,271.16 |
| 26221 | $5,008,728.84 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an assignment and Buyer herein as the valid owner of the Assigned Rights to the extent of the Transferred Claim Amount. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Rights to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly authorized representatives as of the _25_ day of June, 2018.

**Banc of America Credit Products, Inc.**          **TRC Master Fund LLC**

By: _____          By: _____
Name:                                  Name: Terrel Ross
Title:                                 Title: Managing Member