Andrew J. Rossman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 MADISON AVENUE
NEW YORK, NEW YORK 10010
*Attorneys for Lehman Brothers Holdings Inc. and*
*Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**  :  **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC., et al.,** : **08-13555 (SCC)**
:
**Debtors.** : **(Jointly Administered)**
:
:
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND SECTION 105(a) OF THE BANKRUPTCY CODE FOR APPROVAL OF SETTLEMENT AGREEMENT AMONG CREDIT SUISSE AG, AND CERTAIN OF ITS AFFILIATES, AND LEHMAN BROTHERS HOLDINGS INC., AND CERTAIN OF ITS AFFILIATES**

PLEASE TAKE NOTICE that the hearing on the Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Settlement Agreement Among Credit Suisse AG, and Certain of its Affiliates, and Lehman Brothers Holdings Inc., and Certain of its Affiliates, dated June 12, 2018 (Dkt. # 115), (the "Motion"), filed in the above-captioned proceeding, which originally was scheduled for **June 27, 2018 at 2:00 p.m.** (prevailing Eastern Time) before the Honorable Shelley C. Chapman of the United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, Courtroom 623, New York, New York 10004, has been adjourned to a date to be determined.

Dated:   June 27, 2018
         New York, New York

        Respectfully submitted,

        QUINN EMANUEL URQUHART &
        SULLIVAN, LLP

        By:  */s/ Andrew J. Rossman*
        Andrew J. Rossman
        Diane Cafferata
        Daniel P. Cunningham
        Christopher D. Kercher
        *Attorneys for Lehman Brothers Holdings*
        *Inc. and Certain of Its Affiliates*