# Julius Bär

United States Bankruptcy Court for the
Southern District of New York
One Bowling Green New York
New York 10004
USA

Attention: Clerk of the Court

Kiel, 7 June 2018

**Evidence of transfer of claim**

Dear Sir or Madam,

enclosed we send you the evidence of transfer of claim for the claim no. 55829. We ask you to register this change and send us the confirmation and the docket number.

Thanks in advance,

Yours sincerely,
Bank Julius Bär Europe AG

Michael Schütz
Generalbevollmächtigter

Julia Künkels
Associate Manager

Bank Julius Bär Europe AG, Kiel office
Postal address: P.O. Box 14 07, 24013 Kiel, Germany
Visiting address: Schwedenkai 1, 24103 Kiel
T +49 (0) 431 88722-400, F +49 (0) 431 88722-499
www.juliusbaer.de



Chairman of the Supervisory Board: Christian E. Dubler, Zurich; Executive Board: Heiko Schlag (CEO), Ursula Egli
Registered: Frankfurt am Main, No. HR B 31022 Tax no.: 04722012150, USt-IdNr.: DE114103792

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged **Credit Suisse (Schweiz) AG** ("Transferor") unconditionally and irrevocably transferred to **Bank Julius Baer Europe AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **June 6, 2018.**

**Credit Suisse (Schweiz) AG**

By: _____
Name: Sandro Hunziker
Title:  AVP

By: _____
Name: Adrian Graf
Title:  AVP

JUN 1 8 2018

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0226380334 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | CHF 150'000 |