**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| ------------------------------------------------------------------ x |  |  |
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | Ref. Docket No. 58171 |
|  | : |  |
| ------------------------------------------------------------------ X |  |  |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 22, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 22, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
25th day of June, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000128167316 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000156795



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: HALCYON LOAN TRADING FUND LLC
C/O BANK OF AMERICA MERRILL LYNCH
ATTN: ANTE JAKIC/GARY S. COHEN/RYAN WEDDLE
BANK OF AMERICA TOWER, 3RD FLOOR
ONE BRYANT PARK
NEW YORK, NY 10036

Please note that your claim # 20137-01 in the above referenced case and in the amount of
$152,805,094.52 allowed at $21,500,000.00 has been transferred (unless previously expunged by court order)

EMPYREAN INVESTMENTS, LLC
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
ATTN: STERLING HATHAWAY
10250 CONSTELLATION BLVD, SUITE 2950
LOS ANGELES, CA 90067

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      58171      in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/22/2018                              Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 22, 2018.

# EXHIBIT B

08-13555-mg    Doc 58348    Filed 06/27/18    Entered 06/27/18 16:51:11    Main Document
Pg 4 of 5

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: HALCYON LOAN TRADING FUND LLC, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: ANTE JAKIC/GARY S. COHEN/RYAN WEDDLE, BANK OF AMERICA TOWER, 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: HLF LP, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: ANTE JAKIC, GARY S. COHEN/RYAN WEDDLE, BANK OF AMERICA TOWER, 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O BANK OF AMERICA MERRILL LYNCH;ANET JAKIC & RYAN WEDDLE, BANK OF AMERICA TOWER, 3 RD FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |

**Total Creditor Count 6**