**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                           :      Chapter 11

In re:                                      :

                                             :      Case No. 08-13555 (SCC)

LEHMAN BROTHERS HOLDINGS, INC., *et al*.    :

                                             :      (Jointly Administered)

                   Debtors.             :

                                             :      Ref. Docket Nos. 58133, 58189,
                                             :      58271, 58284, 58285, 58294, 58295,
                                             :      58296, 58305
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                   ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 26, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 26, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Konstantina Haidopoulos*
                                          Konstantina Haidopoulos

Sworn to before me this
28th day of June, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

**EXHIBIT A**


UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000128208407 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000166763



ALEITER HOLDINGS LLC
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)
C/O CHAPMAN AND CUTLER LLP
1270 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK, NY 10020-1708

Please note that your claim # 59098-27 in the above referenced case and in the amount of $71,215.00 allowed at $70,955.29 has been transferred (unless previously expunged by court order)

WHITEFORT CAPITAL MASTER FUND, LP
TRANSFEROR: ALEITER HOLDINGS LLC
C/O WHITEFORT CAP. MGMT/ATT D SALANIC
780 THIRD AVENUE, 26TH FLOOR
NEW YORK, NY 10017

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    58271    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/26/2018                    Vito Genna, Clerk of Court

                               /s/ Betina Wheelon

                               EPIQ BANKRUPTCY SOLUTIONS, LLC

                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 26, 2018.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER |

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Claim Name | Address Information |
|---|---|
| ALEITER HOLDINGS LLC | LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BLACKWELL PARTNERS, LLC - SERIES A, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ULTRA NB LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS MAGA TRUST, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ULTRA NB LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: ALTUNED HOLDINGS LLC, C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CALOGY ASSOCIATES LLC | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, 65 EAST 55TH STREET, 20TH FLOOR, NEW YORK, NY 10022 |
| CALOGY ASSOCIATES, LLC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, C/O CHAPMAN AND CUTLER LLP, ATTN: LARRY HALPERIN, 1270 AVENUE OF THE AMERICAS, 30TH FL., NEW YORK, NY 10020 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| LATAJ GROUP, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O CHAPMAN AND CUTLER LLP, ATTN: LARRY HALPERIN, 1270 AVENUE OF THE AMERICAS, 30TH FL., NEW YORK, NY 10020 |
| LATAJ GROUP, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O CHAPMAN AND CUTLER LLP, ATTN: LARRY HALPERIN, 1270 AVENUE OF THE AMERICAS, 30TH FL., NEW YORK, NY 10020 |
| LATAJ GROUP, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O CHAPMAN AND CUTLER LLP, ATTN: LARRY HALPERIN, 1270 AVENUE OF THE AMERICAS, 30TH FL., NEW YORK, NY 10020 |
| LATAJ GROUP, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O CHAPMAN AND CUTLER LLP, ATTN: LARRY HALPERIN, 1270 AVENUE OF THE AMERICAS, 30TH FL., NEW YORK, NY 10020 |
| SOLUS MAGA TRUST | TRANSFEROR: SOLA LTD., ATTN: STEPHANIE JANZ, C/O WELLS FARGO BANK, N.A., 12200 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SOLUS MAGA TRUST | NORTHWEST FREEWAY, SUITE 500, HOUSTON, TX 77092 |
| SOLUS MAGA TRUST | SOLUS OPERATIONS ADMINISTRATION, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE - 11TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., C/O STONEHILL CAPITAL MANAGEMENT LLC - ATTN: OPS DEPT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: LATAJ GROUP, LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC - ATTN: OPS DEPT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: LATAJ GROUP, LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC - ATTN: OPS DEP, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: LATAJ GROUP, LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC - ATTN: OPS DEPT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: LATAJ GROUP, LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC - ATTN: OPS DEPT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| ULTRA NB LLC | TRANSFEROR: ULTRA MASTER LTD., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS OPERATIONS ADMINISTRATION, 410 PARK AVENUE - 11TH FLOOR, NEW YORK, NY 10022 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| WHITEFORT CAPITAL MASTER FUND, LP | THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: CALOGY ASSOCIATES LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: CALOGY ASSOCIATES, LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |

**Total Creditor Count 97**