**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
In re:                                                              :  Chapter 11
                                                                    :
                                                                    :  Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*                            :
                                                                    :  (Jointly Administered)
                            Debtors.                                :
                                                                    :  Ref. Docket Nos. 58259, 58262,
                                                                    :  58263, 58264, 58306, 58312, 58313,
                                                                    :  58314, 58315, 58316, 58317
------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 27, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 27, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
28th day of June, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000128211185 ***       LBH TRFNTC (MERGE2, TXNUM2) 4000139878



ALTUNED HOLDINGS LLC
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
C/O CHAPMAN AND CUTLER LLP
ATTN: LARRY HALPERIN
1270 AVENUE OF THE AMERICAS, 30TH FL.
NEW YORK, NY 10020

Please note that your claim # 5062783-27 in the above referenced case and in the amount of $28,480,563.00 allowed at $25,745,567.77 has been transferred (unless previously expunged by court order)

WHITEFORT CAPITAL MASTER FUND, LP
TRANSFEROR: ALTUNED HOLDINGS LLC
C/O WHITEFORT CAP. MGMT/ATT D SALANIC
780 THIRD AVENUE, 26TH FLOOR
NEW YORK, NY 10017

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    58259    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/27/2018                Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 27, 2018.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| ACREVIS BANK AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, C/O FINANZ-LOGISTIK AG, ROSENBERGSTRASSE 16, POSTFACH 661, ST. GALLEN 9007 SWITZERLAND |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CHAPMAN AND CUTLER LLP, ATTN: LARRY HALPERIN, 1270 AVENUE OF THE AMERICAS, 30TH FL., NEW YORK, NY 10020 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 3 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANCA FINNAT EURAMERICA SPA | TRANSFEROR: UBS EUROPE SE, ATTN: MRS. NATTINO MARIA SOLE, PIAZZA DEL GESU, 49, 00186 ROME   ITALY |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD., ATTN. PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | CLEARLY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDRE A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| BANK THALWIL AG | TRANSFEROR: ACREVIS BANK AG, C/O FINANZ-LOGISTIK AG / ATTN: MARCEL LEDERGERBER, ROSENBERGSTRASSE 16, 9004 ST. GALLEN   SWITZERLAND |
| BANQUE PICTET & CIE SA | TRANSFEROR: BANK J. SAFRA SARASIN LTD., ATTN: DAVID AESCHLIMANN, ROUTE DES ACACIAS 60, 1211 GENEVA 73   SWITZERLAND |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: BENHAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| UBS EUROPE SE | F/K/A UBS (ITALIA) SPA, ATTN: VALENTINA NEMBRI, VIA BENIGNO CRESPI 24, MILANO 20159 ITALY |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALTUNED HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |

**Total Creditor Count 33**