Basel, 07.06.2018

B 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
## Southern District Of New York

FILED / RECEIVED

JUN 13 2018

EPIQ

In re Lehman Brothers Holdings Inc., et al.,   Case Nos. 08-13555 (JMP)
(Jointly Administered)

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by Bank Hapoalim (Switzerland) Ltd., Zurich, Switzerland (the "Transferor"), against Lehman Brothers Holdings Inc., which has been designated as Claim No. 55855 (the "Claim"). Transferee (as that term is defined below) hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. Rule 3001(e)(2), of the transfer, other than for security, of a ratable portion of the Claim, in the nominal amount of USD 700,000 (the "Transferred Portion"). For the avoidance of doubt, the Transferred Portion relates to ISIN XS0340222750 only. Transferor is retaining the remaining portion of the Claim. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

| Name of Transferee | Name of Transferor |
|---|---|
| Bank J. Safra Sarasin Ltd | Bank Hapoalim (Switzerland) Ltd.. |
| **Name and Address where notices to Transferee should be sent:** | **Name and Address where notices to Transferor should be sent:** |

Bär & Karrer AG
Brandschenkestrasse 90
CH-8027 Zurich
Switzerland
Attn: Peter Hsu
Tel.: +41 58 261 50 00

- with a copy to -
Bank J. Safra Sarasin Ltd
Elisabethenstrasse 62,
P.O. Box
CH-4002 Basel
Switzerland
Attn: Frank Link, Senior Legal Counsel, Legal Supervision & Corporate
Tel.:+41 (0) 58 317 45 83
Patrick Gribi, Head Legal
Tel.: +41 (0) 58 317 40 67

Bank Hapoalim (Switzerland) Ltd.
Stockerstrasse 33
CH-8027 Zurich
Attn: Stefan Stotzer

Tel.: +41 44 283 82 46



RECEIVED
JUN 25 2018
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

| | |
|---|---|
| Last Four Digits of Acct #: 4002 | Last Four Digits of Acct. #: N/A |
| Name and Address where transferee payments should be sent (if different from above):<br>Bank J. Safra Sarasin Ltd<br>Elisabethenstrasse 62,<br>P.O. Box<br>CH-4002 Basel<br>Switzerland<br>Attn: Frank Link, Senior Legal Counsel, Legal Supervision & Corporate<br>Tel.:+41 (0) 58 317 45 83<br>Patrick Gribi, Head Legal<br>Tel.: +41 (0) 58 317 40 67 | Court Claim # (if known): 55855<br>Date Claim Filed: October 29, 2009<br>Transferred Portion: USD 700,000<br>(nominal amount) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 07.06.2018
    Transferee
Name: Frank Link
Title: Executive Director

By: _____    Date: 08.06.2018
    Transferee
Name: Patrick Gribi
Title: Managing Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

2

**Exhibit A**

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Hapoalim (Switzerland) Ltd., Zurich, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Bank J. Safra Sarasin Ltd., Basel** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **55855**) in the **nominal amount of USD 700'000.00** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 20 day of December 2017.

**Bank Hapoalim (Switzerland) Ltd.**
**Stockerstrasse 33**
**CH-8027 Zurich**
**Switzerland**

Stefan Stotzer
Deputy Manager

Igor Dahinden
Assistant Manager

JUN 25 2018

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0340222750 CALLABLE RANGE ACCRUAL NOTE | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 700'000 |
| Blocking number | 6052954 | | | |

**J. SAFRA SARASIN**

Sustainable Swiss Private Banking since 1841

**By courier**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims
Processing
757 Third Avenue, 3. Floor
New York, NY 10017
USA

Basel, 01 June 2018
Your contact: Frank Link, T: +41 58 317 45 83

**Transfers of Claims other than for Security, Epiq Claims No. 55855**

Dear Madam, dear Sir,

Bank J. Safra Sarasin Ltd is sending you herewith the enclosed 4 original copies of the completed 210A/2100AB transfer forms, including copies of the evidence of transfer of claim regarding the transfer of claims (referring to partials of claim no. 55855) against Lehman Brothers Holdings Inc. by the following transferor:

Bank Hapoalim (Switzerland) Ltd, Stockerstrasse 33, CH-8027 Zurich, Switzerland

Yours sincerely
Bank J. Safra Sarasin AG

Patrick Gribi
Managing Director

Frank Link
Executive Director

Enclosures

Bank J. Safra Sarasin AG
Elisabethenstrasse 62, Postfach, CH-4002 Basel

1 | 1

FedEx shipping label addressed to:
ATTN: LEHMAN BROTHERS HOLDINGS
EPIQ BANKRUPTCY SOLUTIONS, LLC
CLAIMS PROCESSING
757 THIRD AVENUE, 3RD FLOOR
NEW YORK NY 10017

Ship Date: 11JUN18
Actual Weight: 0.50 KG
TRK# 7724 4005 5525
INTL PRIORITY
FILED / RECEIVED JUN 13 2018 EPIQ
Stamp: S 229