FILED / RECEIVED
JUN 13 2018
EPIQ

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc, Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Alfredo Formosa
Name of Transferee

Name and Address where notices to transferee should be sent:
c/o Union Bancaire Privée,UBP SA;96-98
rue du Rhône,1211 Geneva,Switzerland

Phone: 0039335261804
Last Four Digits of Acct #: ______

Name and Address where transferee payments should be sent (if different from above):

Phone: ______
Last Four Digits of Acct #: ______

Bank Julius Baer & Co Ltd
Name of Transferor

Court Claim # (if known): 66929-05
Amount of Claim: ______
Date Claim Filed: 10/29/2009

Phone: ______
Last Four Digits of Acct. #: ______

Please pay funds as follows :
To JP Morgan Chase, New York swift CHASUS33
In favour of Union Bancaire Privée, Geneva swift UBPGCHGG
For further credit to Union Bancaire Privée, Monaco swift UBPGMCMX
Final beneficiary : Alfredo Formosa, Monaco, IBAN MC58 1664 8000 1400 0030 2630 966

JUN 25 2018

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature]
Transferee/Transferee's Agent

Date: 06/04/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **ALFREDO FORMOSA, 74 BLD D Italie, 98000 MONACO** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **66929-05**) in the **nominal amount of EUR 130'000** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 19 day of March 2018.

**Bank Julius Baer & Co. Ltd.**

Fabian Burckhardt

Marc Blum

Schedule I

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0210433206<br><br>10Y NC3M CALLABLE DUAL RANGE ACCRUAL NOTE | 66929-05 | 29 October 2009 | Lehman Brothers Treasury Co. BV | EUR 130'000 |
| | | | | |

Extremely Urgent
www.ups.com
Place UPS shipping documentation here.
SHIP TO:
NEW YORK NY 10017
UNITED STATES
FILED / RECEIVED
UPS SAVER
TRACKING #: 1Z 8A6 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 0359
1P
BILLING: P/P
DESC: DOCUMENTS
EDI-DOC
Shipper's Signature:
Date:


