

**Fax : +41 (22) 918 73 71**
E-mail: marie-charlotte.christol@efgbank.com

**Message from Marie-Charlotte Christol**
EFG BANK
Transfer Division (free of payment)
Quai du Seujet 24
P.O: Box 2391
1211 Genève 2, Switzerland

|  |  |
|---|---|
| Company : | UNITED STATES BANKRUPTCY COURT |
| Date : | 19.06.2018 |
| Pages : | 1 |

JUN 25 2018

Ref: Transfer free of payment – Our ref. MCRI-18MI116

Dear All,

Please find in attached an Evidence of Transfer of Claim:

| **50'000** | **CALLABLE RANGE ACCRUAL NOTE** | XS0207502781 | USD |

Many thanks in advance for your assistance.

Best regards,

**Marie-Charlotte Christol**

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Hapoalim (Switzerland) Ltd., Zurich, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **EFG, Geneva** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **55855**) in the **nominal amount of USD 50'000.00** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 11 day of June 2018.

**Bank Hapoalim (Switzerland) Ltd.**
Stockerstrasse 33
CH-8027 Zurich

Stefan Stotzer
Deputy Manager

Igor Dahinden
Assistant Manager

**EFG Bank**
24, quai du Seujet
CP 2391 1211 Genève 2
SUISSE

Karinne Balzarini-Gautier
Vice President

Jean-Régis DUTOIT
Assistant Vice President

Schedule I

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0207502781 CALLABLE RANGE ACCRUAL NOTE | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 50'000 |
| Blocking number | 6052924 | | | |