B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings, Inc.                Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman Sachs International
Name of Transferee

Ruby Finance plc
Name of Transferor

Name and Address where notices to transferee should be sent:

Goldman Sachs International
131 Fleet Street
London, United Kingdom
EC4A 2BB
Email: gs-sbd-admin-contacts@ny.email.gs.com

Court Claim # (if known): 25822
Amount of Claim Transferred: $290,731.25
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing Inc.

Name and Address where transferee payments should be sent (if different from above): N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___[signature]___                                Date: 28/06/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Exhibit A**

EVIDENCE OF TRANSFER OF CLAIM

To:     United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New York
One Bowling Green
New York, NY 10004

- and –

In re Lehman Brothers Holdings Inc. et a.., Chapter 11 Case 08-13555 (jointly administered) (SCC) filed September 15, 2008 in the Bankruptcy Court.

**Claim Numbers:**     Claim No.25821 and Claim No.25822

**Amount of Claim:**     US$290,731.25

Ruby Finance plc, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably transfer and assign unto Goldman Sachs International its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, Claim No. 25822 against Lehman Brothers Special Financing Inc. ("LBSF") and Claim No. 25821 against Lehman Brothers Holdings Inc. ("LBHI") in the allowed aggregate amount of US$290,731.25 ("Claim") against LBSF and LBHI (each a "Debtor" and together the "Debtors") in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtors.

    Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

    You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

    IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative on the 8th day of June 20 18.

| Goldman Sachs International | Ruby Finance plc |
|---|---|
| By: _____ | By: A. Wrafter |
| Title: _____ | Title: Director |
| Name: _____ | Name: Adrian Wrafter |

# Exhibit A

## EVIDENCE OF TRANSFER OF CLAIM

**To:**  United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New York
One Bowling Green
New York, NY 10004

– and –

In re Lehman Brothers Holdings Inc. et a.., Chapter 11 Case 08-13555 (jointly administered) (SCC) filed September 15, 2008 in the Bankruptcy Court.

**Claim Numbers:**  Claim No.25821 and Claim No.25822

**Amount of Claim:**  US$290,731.25

Ruby Finance plc, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably transfer and assign unto Goldman Sachs International its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, Claim No. 25822 against Lehman Brothers Special Financing Inc. ("LBSF") and Claim No. 25821 against Lehman Brothers Holdings Inc. ("LBHI") in the allowed aggregate amount of US$290,731.25 ("Claim") against LBSF and LBHI (each a "Debtor" and together the "Debtors") in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtors.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative on the 8th day of June 2018.

| Goldman Sachs International | Ruby Finance plc |
|---|---|
| By: _____ | By: _____ |
| Title: MANAGING DIRECTOR | Title: _____ |
| Name: YUGANDHAR KARNA | Name: _____ |

YUGANDHAR KARNA
\NAGING DIREC···