# EXHIBIT A

| | |
|---|---|
| **From:** | Incontro, Steven <steven.incontro@lehmanholdings.com> |
| **Sent:** | Thursday, June 30, 2011 2:02 PM |
| **To:** | charles.bender@credit-suisse.com |
| **Cc:** | Duke,Bebe |
| **Subject:** | CONFIDENTIAL SETTLEMENT COMMUNICATION - SUBJECT TO THE SETTLEMENT NEGOTIATIONS AGREEMENT & FRE 408 |
| **Attachments:** | CS Framework Value 0627-11.pdf |

Please see the revised Framework for Credit Suisse with adjustments.

Regards,

**Steven T. Incontro**
LAMCO LLC
*Legacy Asset Management Company*
*a subsidiary of Lehman Brothers Holdings Inc.*
1271 Avenue of the Americas, 40th Floor
New York, NY 10020
Telephone:  (646) 285 9731
Mobile: (646) 641 6839
steven.incontro@lamcollc.com

# Framework Value as Determined by Debtors as of June 27, 2011

**Credit Suisse Group**

**All Amounts in Millions**

|   | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (A) | (B) | (A) + (B) = (C) | | |
| | | Debtor Legal | Contract | | Counterparty Asserted Claim | May 27th Proposed Framework | Adjustment to Proposed Framework | Revised Proposed Framework | | Final Proposed |
| | Contract | Entity | Date | Counterparty | Amount | Value | Value | Value | 11.25% True Up | Framework Value |
| 1 | 79280CSFLLBSF | LBSF | 9/12/2008 | Credit Suisse International | (932.9) | (295.4) | (56.1) | (351.5) | (39.5) | (391.0) |
| 2 | 071597QCSFLBSF | LBSF | 8/20/2004 | Credit Suisse | (138.7) | (72.7) | (12.0) | (84.7) | (9.5) | (94.3) |
| 3 | 051697CFBELBSF | LBSF | 6/6/1997 | Credit Suisse Securities (Europe) Limited | (9.7) | (0.7) | - | (0.7) | (0.1) | (0.8) |
| 4 | 051706CREDLBCS | LBCS | 5/17/2006 | Credit Suisse Energy LLC | (71.6) | (28.8) | - | (28.8) | (3.2) | (32.0) |
| 5 | 79280CSFLLBCC | LBCC | 12/18/1995 | Credit Suisse International | (6.7) | (5.3) | - | (5.3) | (0.6) | (5.9) |
| 6 | 071597QCSFLBCC | LBCC | 8/20/2004 | Credit Suisse | (21.8) | (11.6) | - | (11.6) | (1.3) | (12.9) |
| 7 | 051697CFBELBCC | LBCC | 9/28/1998 | Credit Suisse Securities (Europe) Limited | (6.9) | (6.9) | - | (6.9) | - | (6.9) |
| | | | | | (1,188.3) | (421.2) | (68.2) | (489.4) | (54.3) | (543.6) |
| 8 | 79280CSFLLBCS | LBCS | 3/23/2008 | Credit Suisse International | (0.2) | 0.4 | | | - | 0.4 |
| | | | | | (0.2) | 0.4 | | | - | 0.4 |

NB: All values are displayed from the Debtors' perspective. Negative values represent amounts owed by the Debtors.