# EXHIBIT G

# CRAVATH, SWAINE & MOORE LLP

| | | | |
|---|---|---|---|
| JOHN W. WHITE | RICHARD J. STARK | DAMIEN R. ZOUBEK | AARON M. GRUBER |
| EVAN R. CHESLER | THOMAS E. DUNN | LAUREN ANGELILLI | O. KEITH HALLAM, III |
| RICHARD W. CLARY | MARK I. GREENE | TATIANA LAPUSHCHIK | OMID H. NASAB |
| STEPHEN L. GORDON | DAVID R. MARRIOTT | ALYSSA K. CAPLES | DAMARIS HERNÁNDEZ |
| DANIEL L. MOSLEY | MICHAEL A. PASKIN | JENNIFER S. CONWAY | JONATHAN J. KATZ |
| ROBERT H. BARON | ANDREW J. PITTS | MINH VAN NGO | MARGARET SEGALL D'AMICO |
| DAVID MERCADO | MICHAEL T. REYNOLDS | KEVIN J. ORSINI | RORY A. LERARIS |
| CHRISTINE A. VARNEY | ANTONY L. RYAN | MATTHEW MORREALE | KARA L. MUNGOVAN |
| PETER T. BARBUR | GEORGE E. ZOBITZ | JOHN D. BURETTA | NICHOLAS A. DORSEY |
| THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS | J. WESLEY EARNHARDT | ANDREW C. ELKEN |
| MICHAEL S. GOLDMAN | DARIN P. MCATEE | YONATAN EVEN | JENNY HOCHENBERG |
| RICHARD HALL | GARY A. BORNSTEIN | BENJAMIN GRUENSTEIN | VANESSA A. LAVELY |
| JULIE A. NORTH | TIMOTHY G. CAMERON | JOSEPH D. ZAVAGLIA | G.J. LIGELIS JR. |
| ANDREW W. NEEDHAM | KARIN A. DEMASI | STEPHEN M. KESSING | MICHAEL E. MARIANI |
| STEPHEN L. BURNS | LIZABETHANN R. EISEN | LAUREN A. MOSKOWITZ | |
| KEITH R. HUMMEL | DAVID S. FINKELSTEIN | DAVID J. PERKINS | |
| DAVID J. KAPPOS | DAVID GREENWALD | JOHNNY G. SKUMPIJA | |
| DANIEL SLIFKIN | RACHEL G. SKAISTIS | J. LEONARD TETI, II | SPECIAL COUNSEL |
| ROBERT I. TOWNSEND, III | PAUL H. ZUMBRO | D. SCOTT BENNETT | SAMUEL C. BUTLER |
| WILLIAM J. WHELAN, III | ERIC W. HILFERS | TING S. CHEN | |
| PHILIP J. BOECKMAN | GEORGE F. SCHOEN | CHRISTOPHER K. FARGO | |
| WILLIAM V. FOGG | ERIK R. TAVZEL | KENNETH C. HALCOM | OF COUNSEL |
| FAIZA J. SAEED | CRAIG F. ARCELLA | DAVID M. STUART | MICHAEL L. SCHLER |

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1480

WRITER'S EMAIL ADDRESS
dmcatee@cravath.com

April 18, 2018

<u>Lehman Brothers Holdings Inc., et al., v. Credit Suisse, et al.,
Adv. Proc. No. 13-01676 (SCC)</u>

Dear Diane:

      I write on behalf of the Credit Suisse Defendants ("Credit Suisse") in the above-referenced adversary proceeding. Enclosed please find Exhibits A-D.

      Exhibit A identifies documents that Credit Suisse believes contain information relied upon by traders to determine close-out values for their Lehman-facing rates trades, including rates trades within the EMG business. Exhibit A also identifies the trader or traders Credit Suisse believes were responsible for closing out these positions.

      Exhibit B identifies documents that Credit Suisse believes contain information relied upon by traders to determine close-out values for their Lehman-facing trades specific to the Structured Products Group. Exhibit B also identifies the trader or traders Credit Suisse believes were responsible for closing out these positions.

      Exhibit C identifies documents that Credit Suisse believes contain information relied upon by traders to determine close-out values for their Lehman-facing commodities trades. Exhibit C also identifies the trader or traders Credit Suisse believes were responsible for closing out these positions.

      Exhibit D identifies documents that Credit Suisse believes contain information relied upon by traders to determine close-out values for their Lehman-facing FX trades, including FX trades within the EMG business. Exhibit D also identifies the trader or traders Credit Suisse believes were responsible for closing out these positions.

       In addition to the documents cited in Exhibits A-D, Credit Suisse traders relied upon information reflected in the Microsoft Access Database (CS00372280) and the trade-level information reflected in the documents provided to Lehman on January 9 and January 14. (Jan. 9, 2018 Email from N. Denning to D. Cafferata; Jan. 14, 2018 Ltr. from N. Denning to D. Cafferata.)

Sincerely,

Darin P. McAtee /JMM

Diane L. Cafferata
   Quinn Emanuel Urquhart & Sullivan, LLP
     865 South Figueroa Street, 10th Floor
       Los Angeles, CA 90017

BY EMAIL

Encls.