# EXHIBIT H

# CRAVATH, SWAINE & MOORE LLP

| | | | |
|---|---|---|---|
| JOHN W. WHITE | RICHARD J. STARK | DAMIEN R. ZOUBEK | AARON M. GRUBER |
| EVAN R. CHESLER | THOMAS E. DUNN | LAUREN ANGELILLI | O. KEITH HALLAM, III |
| RICHARD W. CLARY | MARK I. GREENE | TATIANA LAPUSHCHIK | OMID H. NASAB |
| STEPHEN L. GORDON | DAVID R. MARRIOTT | ALYSSA K. CAPLES | DAMARIS HERNÁNDEZ |
| DANIEL L. MOSLEY | MICHAEL A. PASKIN | JENNIFER S. CONWAY | JONATHAN J. KATZ |
| ROBERT H. BARON | ANDREW J. PITTS | MINH VAN NGO | MARGARET SEGALL D'AMICO |
| DAVID MERCADO | MICHAEL T. REYNOLDS | KEVIN J. ORSINI | RORY A. LERARIS |
| CHRISTINE A. VARNEY | ANTONY L. RYAN | MATTHEW MORREALE | KARA L. MUNGOVAN |
| PETER T. BARBUR | GEORGE E. ZOBITZ | JOHN D. BURETTA | NICHOLAS A. DORSEY |
| THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS | J. WESLEY EARNHARDT | ANDREW C. ELKEN |
| MICHAEL S. GOLDMAN | DARIN P. MCATEE | YONATAN EVEN | JENNY HOCHENBERG |
| RICHARD HALL | GARY A. BORNSTEIN | BENJAMIN GRUENSTEIN | VANESSA A. LAVELY |
| JULIE A. NORTH | TIMOTHY G. CAMERON | JOSEPH D. ZAVAGLIA | G.J. LIGELIS JR. |
| ANDREW W. NEEDHAM | KARIN A. DEMASI | STEPHEN M. KESSING | MICHAEL E. MARIANI |
| STEPHEN L. BURNS | LIZABETHANN R. EISEN | LAUREN A. MOSKOWITZ | |
| KEITH R. HUMMEL | DAVID S. FINKELSTEIN | DAVID J. PERKINS | |
| DAVID J. KAPPOS | DAVID GREENWALD | JOHNNY G. SKUMPIJA | SPECIAL COUNSEL |
| DANIEL SLIFKIN | RACHEL G. SKAISTIS | J. LEONARD TETI, II | SAMUEL C. BUTLER |
| ROBERT I. TOWNSEND, III | PAUL H. ZUMBRO | D. SCOTT BENNETT | |
| WILLIAM J. WHELAN, III | ERIC W. HILFERS | TING S. CHEN | |
| PHILIP J. BOECKMAN | GEORGE F. SCHOEN | CHRISTOPHER K. FARGO | |
| WILLIAM V. FOGG | ERIK R. TAVZEL | KENNETH C. HALCOM | OF COUNSEL |
| FAIZA J. SAEED | CRAIG F. ARCELLA | DAVID M. STUART | MICHAEL L. SCHLER |

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1480

WRITER'S EMAIL ADDRESS
dmcatee@cravath.com

April 23, 2018

<u>Lehman Brothers Holdings Inc., et al., v. Credit Suisse, et al.,
Adv. Proc. No. 13-01676 (SCC)</u>

Dear Diane:

      I write to provide Lehman with the information Credit Suisse believes its Credit traders relied upon in valuing their Lehman-facing positions, including credit positions within the EMG business. Enclosed please find two spreadsheets mapping such support. Exhibit A arranges the reliance materials by trader and by book. Because the close-out marks were set by individual traders for the credit names owned by their respective books, this mapping best reflects how the material was relied upon by traders. Because you have sought a TCN-level, or trade-level mapping, we have also provided a version of the spreadsheet, in Exhibit B, that assigns the backup to individual trades by mapping the tickers of the underlying reference entities to trades.

      In addition to the documents cited in Exhibits A and B, Credit traders relied upon their trading activity (reflected in the DTD (CS21286325, CS25014651, CS21286323)), MDS data (CS11188611) and the PV and risk information already compiled for Lehman by Bates number and provided on January 9 and January 14. (Jan. 9, 2018 Email from N. Denning to D. Cafferata; Jan. 14, 2018 Ltr. from N. Denning to D. Cafferata.)

      Please let us know if you have any questions.

Sincerely,

*Darin McAtee /SMS*

Darin P. McAtee

Diane Cafferata
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

BY EMAIL

Encl.