**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | Ref. Docket Nos. 58286, 58287, |
|  | : | 58342, 58343, 58344, 58345, 58346 |

------------------------------------------------------------------ X

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 29, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 29, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
29th day of June, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otewise being assigned the claim.

To: BAR(23) MAILID *** 000128291143 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000166054



ALEITER HOLDINGS LLC
TRANSFEROR: BARCLAYS BANK PLC
C/O CHAPMAN AND CUTLER LLP
1270 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK, NY 10020-1708

Please note that your claim # 545214-09 in the above referenced case and in the amount of $1,467,798.16 allowed at $1,466,770.54 has been transferred (unless previously expunged by court order)

STONEHILL INSTITUTIONAL PARTNERS, LP
TRANSFEROR: ALEITER HOLDINGS LLC
885 THIRD AVENUE, 30TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 58286 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/29/2018          Vito Genna, Clerk of Court

/s/ Betina Wheelon

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 29, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: GOLDMAN, SACHS & CO., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: BARCLAYS BANK PLC, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: BARCLAYS BANK PLC, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: BARCLAYS BANK PLC, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: BARCLAYS BANK PLC, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: JPMORGAN SECURITIES LLC, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: BARCLAYS BANK PLC, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: BARCLAYS BANK PLC, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: BARCLAYS BANK PLC, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE |

| Claim Name | Address Information |
|---|---|
| ALEITER HOLDINGS LLC | AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: GOLDMAN SACHS & CO., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALLIANZ BANK FINANCIAL ADVISOR S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: FRANCO BRICHETTI - FRANCESCA TREBBI, PIAZZA TRE TORRI, 3, MILANO 20145 ITALY |
| BANCA MEDIOLANUM S.P.A. | TRANSFEROR: INTESA SANPAOLO S.P.A., ATTN: STEFANO GRECO, VIA F. SFORZA, 15, BASIGLIO (MI) 20080 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: BANK OF SINGAPORE LIMITED, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER EUROPE AG | TRANSFEROR: CREDIT SUISSE, ATTN: MICHALE SCHUTZ/ JULIA KUNKELS, P.O. BOX 1407, KIEL 24013 GERMANY |
| BANK OF SINGAPORE LIMITED | ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS, ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL, 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA, SINGAPORE 048619 SINGAPORE |
| BANK OF SINGAPORE LIMITED | CLIFFORD CHANCE US LLP, ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ, 31 WEST 52ND STREET, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| INTESA SANPAOLO S.P.A. | ATTN: LUIGI FIORI CARONES, LEGAL DEPARTMENT, VIA VERDI 8, MILANO 20121 ITALY |
| SCHMID, MIA | TRANSFEROR: UBS AG, SIGNINASTRASSE 5, CHUR CH-7000 SWITZERLAND |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| STONEHILL INSTITUTIONAL PARTNERS, LP | 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 145**