**From:** Randolph White
**Sent:** Tuesday, April 24, 2018 4:33 PM
**To:** 'f.verhoeven@houthoff.com'
**Subject:** Lehman Brothers Treasury Co. B.V. -Fondo de Proteccion Social de los Depositos Bancarios, f/k/a Fondo de Proteccion Social de los Depositos Bancarios y Proteccion Bancaria ("FOGADE") Allowed Claims
**Importance:** High

Dear Mr. Verhoeven:

We represent Fondo de Proteccion Social de los Depositos Bancarios, f/k/a Fondo de Proteccion Social de los Depositos Bancarios y Proteccion Bancaria ("FOGADE"). FOGADE is the Venezuelan authority responsible for the liquidation of failed financial institutions and in that capacity was appointed liquidator of Banco Canarias de Venezuela, C.A. ("Banco Canarias") and Banco Canarias' affiliate Credican, S.A. ("Credican"). It, as a result, is the owner of certain allowed claims in the Lehman Brothers Holdings Inc. ("LBH") case filed in the United States Bankruptcy Court Southern District of New York under Case # 08-13555 and in the Lehman Brothers, Inc. ("LBI") SIPA case filed in the United States Bankruptcy Court Southern District of New York under Case # 08-01420. Those claims involved certain structured notes owned by the failed institutions. My Client has received regular distributions, in varying amounts, on account of its allowed Claims.

In that context we recently learned that Lehman Brothers Treasury Co. B.V. has been making distributions in substantial amounts with respect to the same underlying securities that underlie FOGADE's allowed Claims in the LBH case. My Client needs to understand, without limitation, why this is taking place and how it may impact the amounts being distributed on the Claims.

Please advise me on receipt of this email whether you are the appropriate person to communicate with concerning this matter so that I may follow up with greater specificity.

Best regards,

Randolph E. White
White & Wolnerman, PLLC
950 Third Avenue, 11'th Floor
New York, New York 10022
T: (212)308-0604
C: (347) 449-2713
wwlawgroup.com

*****************************************************************************************
The information contained in this Email message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly

prohibited. If you have received this communication in error, please notify us immediately by Email, and delete the original message.

**************************************************************************************