**From:** Randolph White [mailto:rwhite@wwlawgroup.com]
**Sent:** donderdag 26 april 2018 21:15
**To:** Breeman, Martijn
**Cc:** Huurdeman, Niels; 310000574 _ Lehman Brothers Treasury _ Vereffening Crediteuren _Noteholders _ UBOs_
**Subject:** RE: Lehman Brothers Treasury Co. B.V. -Fondo de Proteccion Social de los Depositos Bancarios, f/k/a Fondo de Proteccion Social de los Depositos Bancarios y Proteccion Bancaria ("FOGADE") Allowed Claims

Dear Mr. Martijn,

Thank you for your prompt response.

For point of reference, we are talking about three securities: 1.  ISIN XS0258731909; 2.  ISIN XS0295087042; and 3.  ISIN XS0295087125.
As to each could you please advise us as follows:

1.  To which of these clearing institutions have Treasury's distributions been made?

2.  Which, if any, of the clearing institutions is acting as a direct custodian of the securities and which, if any, is acting as an indirect custodian?

While we believe these are the only Credican notes that are subject to ongoing distributions, we would appreciate it if you can confirm that this is the case.

Your attention to this matter is appreciated.

Sincerely,

Randy White

Randolph E. White
White & Wolnerman, PLLC
950 Third Avenue, 11'th Floor
New York, New York 10022
T: (212)308-0604
C: (347) 449-2713
wwlawgroup.com

*********************************************************************************
The information contained in this Email message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by Email, and delete the original message.
*********************************************************************************