**wwadmin**

---

| | |
|---|---|
| **From:** | Breeman, Martijn <m.breeman@houthoff.com> |
| **Sent:** | Tuesday, June 05, 2018 3:05 AM |
| **To:** | Randolph White |
| **Cc:** | Huurdeman, Niels; 310000574 _ Lehman Brothers Treasury _ Vereffening Crediteuren _Noteholders _ UBOs_ |
| **Subject:** | RE: Lehman Brothers Treasury Co. B.V. -Fondo de Proteccion Social de los Depositos Bancarios, f/k/a Fondo de Proteccion Social de los Depositos Bancarios y Proteccion Bancaria ("FOGADE") Allowed Claims |

Dear Mr White,

I contacted Euroclear. They informed me that they do not know who is below in the custody chain. They only see the direct participant who holds an account with Euroclear regarding the respective ISINs in their systems. They do not know for which entities the direct participants hold the notes and whether Banco Canarias de Venezuela, C.A. and Banco Canarias' affiliate Credican, S.A. is one of them.

Do you have any information on which custodian Banco Canarias de Venezuela, C.A. and Banco Canarias' affiliate Credican, S.A. use regarding the ISINs you mention and which amounts they hold? This information should be available in the two entities' books and records.

Kind regards,

Martijn Breeman

# HOUTHOFF

**MARTIJN BREEMAN**
ADVOCAAT | SENIOR ASSOCIATE

T  +31 (0)20 605 6978
T  +31 (0)20 605 6305 (assistant)
M +31 (0)6 43 55 01 23
E  m.breeman@houthoff.com

www.houthoff.com

---

**From:** Randolph White <rwhite@wwlawgroup.com>
**Sent:** woensdag 16 mei 2018 15:51
**To:** Breeman, Martijn <m.breeman@houthoff.com>
**Cc:** Huurdeman, Niels <n.huurdeman@houthoff.com>; 310000574 _ Lehman Brothers Treasury _ Vereffening Crediteuren _Noteholders _ UBOs_ <{F748716}.LEGAL_A@dms.houthoff.com>
**Subject:** RE: Lehman Brothers Treasury Co. B.V. -Fondo de Proteccion Social de los Depositos Bancarios, f/k/a Fondo de Proteccion Social de los Depositos Bancarios y Proteccion Bancaria ("FOGADE") Allowed Claims

Dear Mr. Breeman,

Please advise me as to whether you have obtained the contact information requested.

Best regards,

Randy White