**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------- x
                                                :     Chapter 11

In re:                                  :

                                          :     Case No. 08-13555 (SCC)

LEHMAN BROTHERS HOLDINGS, INC., *et al*.  :

                                          :     (Jointly Administered)

                      Debtors.       :

                                          :     Ref. Docket Nos. 58288, 58289,
                                          :     58290, 58291, 58292, 58293, 58310,
                                          :     58311, 58337, 58338, 58339, 58340,
                                          :     58351, 58352, 58354, 58355, 58356,
                                          :     58357, 58358, 58359, 58360
--------------------------------------------------------------------- X

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                            ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 2, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 2, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Konstantina Haidopoulos*
                                                       Konstantina Haidopoulos

Sworn to before me this
3rd day of July, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000128295692 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000155731



ALEITER HOLDINGS LLC
TRANSFEROR: BARCLAYS BANK PLC
C/O CHAPMAN AND CUTLER LLP
1270 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK, NY 10020-1708

Please note that your claim # 66884 in the above referenced case and in the amount of $8,516,646.43 allowed at $8,387,957.99 has been transferred (unless previously expunged by court order)

STONEHILL INSTITUTIONAL PARTNERS, LP
TRANSFEROR: ALEITER HOLDINGS LLC
885 THIRD AVENUE, 30TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      58289      in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/02/2018                          Vito Genna, Clerk of Court

                                              /s/ Betina Wheelon

                                              EPIQ BANKRUPTCY SOLUTIONS, LLC

                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 2, 2018.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALEITER HOLDINGS LLC | TRANSFEROR: GOLDMAN, SACHS & CO., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: GOLDMAN, SACHS & CO., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: BARCLAYS BANK PLC, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: BARCLAYS BANK PLC, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: BARCLAYS BANK PLC, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: BARCLAYS BANK PLC, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: BARCLAYS BANK PLC, C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALEITER HOLDINGS LLC | AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALLIANZ BANK FINANCIAL ADVISORS S.P.A. | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A., ATTN: FRANCO BRICHETTI - FRANCESCA TREBBI, PIAZZA TRE TORRI, 3, MILANO 20145 ITALY |
| ALLIANZ BANK FINANCIAL ADVISORS SPA | TRANSFEROR: CASSA DI RISPARMIO DI CENTO SPA, ATTN: FRANCO BRICHETTI - FRANCESCA TREBBI, PIAZZA TRE TORRI, 3, MILANO 20145 ITALY |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS MAGA TRUST, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 3 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 5 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ULTRA MASTER LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 3 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANCA MEDIOLANUM S.P.A. | ATTN: HEAD OF OPERATIONS CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO ( MILANO ) 20080 ITALY |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK J. SAFRA SARASIN LTD | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., C/O BAR & KARRER AG - ATTN: PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD | ATTN: FRANK LINK, SENIOR LEGAL COUNSEL, LEGAL SUPER VISION & CORPORATE, ELISABETHENSTRASSE 62, P.O. BOX, BASEL CH-4002 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., C/O BAR & KARRER AG - ATTN: PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK J. SAFRA SARASIN LTD | ATTN: FRANK LINK, SENIOR LEGAL COUNSEL, LEGAL SUPER VISION & CORPORATE, ELISABETHENSTRASSE 62, P.O. BOX, BASEL CH-4002 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., C/O BAR & KARRER AG – ATTN: PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD | ATTN: FRANK LINK, SENIOR LEGAL COUNSEL, LEGAL SUPER VISION & CORPORATE, ELISABETHENSTRASSE 62, P.O. BOX, BASEL CH-4002 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., C/O BAR & KARRER AG / ATTN: PETER HSU, BRANDSCHENKESTRASSE 90, CH-8027 ZURICH  SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| CASSA DI RISPARMIO DI CENTO SPA | VIA MATTEOTTI 8/B, CENTO (FE) 44042 ITALY |
| EFG, GENEVA | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., 24, QUAI DU SEUJET, CP 2391, 1211 GENEVE 2  SWITZERLAND |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FORMOSA, ALFREDO | TRANSFEROR: BANK JULIUS BAER & CO. LTD., C/O UNION BANCAIRE PRIVEE, UBP SA, 96-98 RUE DU RHONE, GENEVA 1211 SWITZERLAND |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT), VIA HOEPLI, 10, MILANO 20121 ITALY |
| INTESA SANPAOLO S.P.A. | TRANSFEROR: BANCA MEDIOLANUM S.P.A., ATTN: ELISA BILLI, VIA VERDI 8, MILAN 20121  ITALY |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O TR CAPITAL MANAGEMENT, LLC, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O TR CAPITAL MANAGEMENT, LLC, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., TR CAPITAL MANAGEMENT, LLC, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., TR CAPITAL MANAGEMENT, LLC, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |

**Total Creditor Count 100**