Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CREDIT SUISSE AG, HONG KONG BRANCH
Name of Transferee

CREDIT SUISSE AG
Name of Transferor

Name and Address where notices
to transferee should be sent:

C/O Klestadt Winters Jureller Southard & Stevens, LLP
Attn: Stephanie Sweeney, Esq
200 West 41st St, 17th Floor, New York, New York 10036

Court Claim # (if known): 55829
Date Claim Filed: Oct 29, 2009
Amount of Claim: USD 1,650,000
Portion of Claim Transferred (see Schedule I): _____

Phone: (212) 972-3000
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: LIM CHU TRENG
    Transferee/Transferee's Agent

Date: 27 Jun 2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby
acknowledged  **Credit Suisse (Schweiz) AG**  ("Transferor") unconditionally and irrevocably
transferred to **Credit Suisse AG, Hong Kong Branch** ("Transferee") all of its right, title,
interest, claims and causes of action in and to or arising under or in connection with the portion
of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification
Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"),
Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court
for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the
books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest
extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the
Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules
or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an
order of the Bankruptcy Court may be entered without further notice to Transferor regarding the
transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of
the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested
parties that all further notices relating to the claim, and all payments or distributions of money or
property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS
EXECUTED ON **May 8, 2018.**

**Credit Suisse (Schweiz) AG**

By:_____
Name: Sandro Hunziker
Title:   AVP

By:_____
Name: Adrian Graf
Title:   AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|------|---------------|------------------|--------|-----------------------------------------------|
| XS0301337225 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | USD 150'000 |
| XS0305631151 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | USD 1'500'000 |