**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | |

## <u>NOTICE OF CHANGE OF ATTORNEY INFORMATION</u>

**TO THE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE THAT** effective June 25, 2018, Rollin Braswell Fisher LLC

has merged with Fox Rothschild LLP.

New contact information is as follows:

Michael A. Rollin
Maritza Dominguez Braswell
Caleb Durling
Fox Rothschild LLP
1225 17th Street, Ste. 2200
Denver, CO 80202
Telephone: (303) 292-1200
Facsimile: (303) 292-1300

Fox Rothschild LLP
101 Park Avenue, Ste. 1700
New York, NY 10178
Telephone (212) 878-7900
Facsimile: (212) 692-0940

Email Addresses:

mrollin@foxrothschild.com
mbraswell@foxrothschild.com
cdurling@foxrothschild.com

DATED: July 9, 2018

Respectfully submitted,

By: /s/ *Michael A. Rollin*

Michael A. Rollin
Maritza Dominguez Braswell
Caleb Durling

FOX ROTHSCHILD LLP
1225 17th Street, Ste. 2200
Denver, CO 80202
Telephone: (303) 292-1200
Facsimile: (303) 292-1300

FOX ROTHSCHILD LLP
101 Park Avenue, Ste. 1700
New York, NY 10178
Telephone (212) 878-7900
Facsimile: (212) 692-0940

- and –

William A. Maher
Paul R. DeFilippo
James N. Lawlor
Adam M. Bialek
Mara R. Lieber
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, NY 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

*Counsel for Plaintiff Lehman Brothers
Holdings Inc.*