Notice Pursuant to Bankruptcy Rule 3001

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re:   Lehman Brothers Holdings Inc.              Case No.: 08-13555 (JMP)
                                                    Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: | Name of Transferor:<br>HSBC HONG KONG -- PRIVATE BANKING DIVISION |
|---|---|
| Notices to Transferee should be sent to: | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br>**HSBC Private Bank (Suisse) SA**<br>Quai des Bergues 9-17 - PO Box 2888<br>1211 Geneva 1 Switzerland | Name and Current Address of Transferor<br>THE HONGKONG AND SHANGHAI BANKING CORPORATION BANKING LIMITED HONG KONG BRANCH -- PRIVATE BANKING DIVISION<br>Level 13 and 14<br>1 Queen's Road Central<br>Hong Kong |
| Amount of Claim Being Transferred:<br>EUR/HKD/USD  See Schedule 1<br>(face amount of securities) | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 56669 & 56670 | |
| Date Claim Filed: October 28, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: 29 June 2018
    Cyril FRESNAY    Jérôme Rüttimann
                     Associate Director

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

Schedule 1

RESTRICTED

Schedule 1

Transferred Claims

Transferred Claims

| ISIN/CUSIP | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amounts or Units |
|---|---|---|---|---|
| XS0381438919 | 56669 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | HKD 3,000,000 |
| XS0331505395 | 56669 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | USD 1,000,000 |
| XS0229584296 | 56669 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | EUR 100,000 |
| XS0276139341 | 56669 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | USD 750,000 |
| XS0380275908 | 56669 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | HKD 3,000,000 |
| XS0229269856 | 56670 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | EUR 200,000 |

RESTRICTED

Evidence of Transfer

### EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:  Lehman Brothers Holdings Inc. (the "Debtor")

*Case Name and Number:* In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)

*Proof of Claim Number:* 56669 and 56670 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| ISIN/CUSIP | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amounts or Units |
|---|---|---|---|---|
| XS0381438919 | 56669 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | HKD 3,000,000 |
| XS0331505395 | 56669 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | USD 1,000,000 |
| XS0229584296 | 56669 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | EUR 100,000 |
| XS0276139341 | 56669 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | USD 750,000 |
| XS0229269856 | 56670 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | EUR 200,000 |
| XS0380275908 | 56669 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | HKD 3,000,000 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED HONG KONG BRANCH - PRIVATE BANKING DIVISION, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

HSBC Private Bank Suisse SA
Quai des Bergues 9-17
PO Box 2888
1211 Geneva, Switzerland

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.

RESTRICTED

Transferred Claims

Transferred Claims

| ISIN/CUSIP | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amounts or Units |
|---|---|---|---|---|
| XS0381438919 | 56669 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | HKD 3,000,000 |
| XS0331505395 | 56669 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | USD 1,000,000 |
| XS0229584296 | 56669 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | EUR 100,000 |
| XS0276139341 | 56669 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | USD 750,000 |
| XS0229269856 | 56670 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | EUR 200,000 |
| XS0380275908 | 56669 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | HKD 3,000,000 |

Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated __31 May__, 2018

For and on behalf of
HSBC HONG KONG – PRIVATE BANK DIVISION
Transferor

By: _____
Name: Terry T F Lam
Title: Head of Private Banking Operations

ACKNOWLEDGED BY:

HSBC Private Bank (Suisse) SA
Transferee

By: _____
Name:
Title:
        Cyril FRESNAY            Jérôme Rüttimann
                                  Associate Director