**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
| | |
|:--|:--|
| | :     Chapter 11 |
| In re: | : |
| | :     Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |
| | :     (Jointly Administered) |
| Debtors. | : |
| | :     Ref. Docket No. 58279 |
| | : |
| | : |
| | : |

------------------------------------------------------------------ X

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                           ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 9, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 9, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                               */s/ Forrest Kuffer*
                                               Forrest Kuffer

Sworn to before me this
9th day of July, 2018
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim.  While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:

WARNCKE HANS HEIRS
REPRES. BY FRED SCHULZ
SCHLOTTENBUELSTRASSE 34
GOSSAU 8625
 SWITZERLAND

WARNCKE HANS HEIRS
CLIENTIS ZURCHER REGIONALBANK
MRS. KARIN LEIMGRUBER
BAHNHOFSTRASSE 3
WETZIKON 8620
 SWITZERLAND

Please note that your claim # 57585 in the above referenced case and in the amount of
$180,172.98 allowed at $212,865.93 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000128335832 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000188545



MULTIPLICITY PARTNERS LTD.
TRANSFEROR: WARNCKE HANS HEIRS
BODMERSTRASSE 5
8002 ZURICH
 SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          58279          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/09/2018                          Vito Genna, Clerk of Court

                                          /s/ Betina Wheelon

                                          _____

                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 9, 2018.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| MULTIPLICITY PARTNERS LTD. | TRANSFEROR: WARNCKE HANS HEIRS, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS LTD. | TRANSFEROR: WARNCKE HANS HEIRS, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| WARNCKE HANS HEIRS | REPRES. BY FRED SCHULZ, SCHLOTTENBUELSTRASSE 34, GOSSAU 8625 SWITZERLAND |
| WARNCKE HANS HEIRS | CLIENTIS ZURCHER REGIONALBANK, MRS. KARIN LEIMGRUBER, BAHNHOFSTRASSE 3, WETZIKON 8620 SWITZERLAND |
| WARNCKE HANS HEIRS | REPRES. BY FRED SCHULZ, SCHLOTTENBUELSTRASSE 34, GOSSAU 8625 SWITZERLAND |
| WARNCKE HANS HEIRS | CLIENTIS ZURCHER REGIONALBANK, ATTN: KARIN LEIMGRUBER, BAHNHOFSTRASSE 3, WETZIKON 8620 SWITZERLAND |

**Total Creditor Count 6**

EPIQ BANKRUPTCY SOLUTIONS, LLC