**BINDER & SCHWARTZ LLP**
Eric B. Fisher
Neil S. Binder
366 Madison Avenue, 6th Floor
New York, New York 10017
Tel: (212) 510-7008
Facsimile: (212) 510-7299

*Attorneys for CarVal Entities and
Empyrean Capital Partners, LP*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS SPECIAL FINANCING INC., LEHMAN BROTHERS COMMODITY SERVICES INC., and LEHMAN BROTHERS COMMERCIAL CORP.<br><br>Plaintiffs,<br><br>-against-<br><br>CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, CREDIT SUISSE ENERGY LLC, CREDIT SUISSE SECURITIES (EUROPE) LTD. and CREDIT SUISSE LOAN FUNDING LLC.<br><br>Defendants. | Adversary Proceeding<br><br>Adv. Proc. No. 13-01676 (SCC) |

**NOTICE OF WITHDRAWAL OF OBJECTION**

PLEASE TAKE NOTICE THAT the CarVal Entities[1] and Empyrean Capital Partners, LP, by and through their undersigned counsel, hereby withdraw with prejudice the *Objection of CarVal Entities And Empyrean Capital Partners, LP To Lehman Brothers Holdings Inc.'s Motion Pursuant To Rule 9019 Of The Federal Rules Of Bankruptcy Procedure And Section 105(a) Of The Bankruptcy Code For Approval Of Settlement Agreement Among Credit Suisse AG, And Certain Of Its Affiliates, And Lehman Brothers Holdings Inc., And Certain Of Its Affiliates*, filed on June 20, 2018 [Doc. No. 58302].

Dated: July 12, 2018
New York, New York

**BINDER & SCHWARTZ LLP**

 /s/ Eric B. Fisher
Eric B. Fisher
Neil S. Binder
366 Madison Avenue, 6th Floor
New York, New York 10017
Tel: (212) 510-7008
Facsimile: (212) 510-7299
Email: efisher@binderschwartz.com
Email: nbinder@binderschwartz.com

*Attorneys for the CarVal Entities and Empyrean Capital Partners, LP*

---

[1] The CarVal Entities are CVI AA Lux Master S.à.r.l.; CVI AA Lux Securities S.à.r.l.; CVI AV Lux Master S.à.r.l.; CVI AV Lux Securities S.à.r.l.; CVF Lux Master S.à.r.l.; CVF Lux Securities Trading S.à.r.l.; CVF Lux Finco, LLC; CVF II Lux Finco, LLC; CVI CVF II Lux Master S.à.r.l.; CVI CVF II Lux Securities Trading S.à.r.l.; CVI CVF III Lux Master S.à.r.l.; CVI CVF III Lux Securities S.à.r.l.; CVIC Lux Master S.à.r.l.; CVIC Lux Securities Trading S.à.r.l.; CVIC II Lux Master S.à.r.l.; CVIC II Lux Securities Trading S.à.r.l.; CarVal GCF Lux Master S.à.r.l.; CarVal GCF Lux Securities S.à.r.l.; CVI GVF (Lux) Master S.à.r.l.; CVI GVF Lux 12 S.à.r.l.; CVI HH Investments LP; CVI CHVF Lux Master S.à.r.l.; and CVI CHVF Lux Securities S.à.r.l.