**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :        **08-13555 (SCC)**
                                                    :
                            **Debtors.**            :        **(Jointly Administered)**
                                                    :
-------------------------------------------------------------------------x   **Ref. Docket Nos. 58380 and 58381**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 10, 2018, I caused to be served the:

    a.  "Notice of Cancellation of Hearing Scheduled for July 12, 2018 at 10:00 A.M.," dated July 10, 2018 [Docket No. 58380], (the "Notice"), and

    b.  "Motion of the Plan Administrator for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors," dated July 10, 2018 [Docket No. 58381], (the "Motion"),

    by causing true and correct copies of the:

    i.   Notice and Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed <u>Exhibit A</u>,

    ii.  Notice and Motion, to be delivered via electronic mail to those parties listed in the annexed <u>Exhibit B</u>,

    iii. Notice and Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed <u>Exhibit C</u>,

    iv.  Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed <u>Exhibit D</u>, and

v.    Motion, to be delivered via electronic mail to the following party: *Joshua.Dorchak@morganlewis.com*.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
11th day of July, 2018
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2018

**EXHIBIT A**

**LEHMAN BROTHERS HOLDINGS INC.**
**Overnight Mail – Master Service List**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

## LEHMAN BROTHERS HOLDINGS INC.
### Electronic Mail – Master Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.lanza@dlapiper.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alexander.lorenzo@alston.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com

asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
david.wender@alston.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dblack@hsgllp.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com

dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgoldberg@hsgllp.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dsullivan@hsgllp.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com
ecohen@russellinvestments.com
edelucia@hsgllp.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com

# LEHMAN BROTHERS HOLDINGS INC.
## Electronic Mail – Master Service List

efriedman@friedmanspring.com

ekbergc@lanepowell.com

eleicht@whitecase.com

ellen.halstead@cwt.com

emagnelli@bracheichler.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

etillinghast@sheppardmullin.com

eweinick@otterbourg.com

ezujkowski@emmetmarvin.com

farrington.yates@kobrekim.com

fcarruzzo@kramerlevin.com

ffm@bostonbusinesslaw.com

fhenn@law.nyc.gov

fhyman@mayerbrown.com

foont@foontlaw.com

fsosnick@shearman.com

gabriel.delvirginia@verizon.net

gary.ravertpllc@gmail.com

gavin.alexander@ropesgray.com

gbray@milbank.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@morganlewis.com

gmoss@riemerlaw.com

goldenberg@ssnylaw.com

gspilsbury@jsslaw.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@chadbourne.com

heiser@chapman.com

hmagaliff@r3mlaw.com

holsen@stroock.com

hooper@sewkis.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

irethy@stblaw.com

israel.dahan@cwt.com

j.zelloe@stahlzelloe.com

jacobsonn@sec.gov

jalward@blankrome.com

james.berg@piblaw.com

james.mcclammy@dpw.com

james.moore@morganlewis.com

james.sprayregen@kirkland.com

jamesboyajian@gmail.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbeemer@entwistle-law.com

jbrody@americanmlg.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jdoran@haslaw.com

jdwarner@warnerandscheuerman.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@united.com

jeldredge@velaw.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

## LEHMAN BROTHERS HOLDINGS INC.
### Electronic Mail – Master Service List

jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.goodchild@morganlewis.com
john.monaghan@hklaw.com
john.mule@state.mn.us
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrapisardi@omm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com

karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
kek@crb-law.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@fensterstock.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgomez@msek.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com

## LEHMAN BROTHERS HOLDINGS INC.
### Electronic Mail – Master Service List

loizides@loizides.com

lperlman@hsgllp.com

lschweitzer@cgsh.com

lucdespins@paulhastings.com

mabrams@willkie.com

maofiling@cgsh.com

marc.roitman@ropesgray.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.ellenberg@cwt.com

mark.mckane@kirkland.com

mark.salzberg@squirepb.com

mark.sherrill@sutherland.com

maryann.gagliardi@wilmerhale.com

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

mbenner@tishmanspeyer.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcarthurk@sullcrom.com

mccarthyj@sullcrom.com

mcolomar@diazreus.com

mcordone@stradley.com

mcyganowski@oshr.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhanin@kasowitz.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.krauss@faegrebd.com

michael.kraut@morganlewis.com

michael.mccrory@btlaw.com

michael.solow@apks.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mitchell.berger@squirepb.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

mshuster@hsgllp.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

munno@sewkis.com

mvenditto@reedsmith.com

mwarner@coleschotz.com

mwarren@mtb.com

nathan.spatz@pillsburylaw.com

nbinder@binderschwartz.com

nbojar@fklaw.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neil.herman@morganlewis.com

neilberger@teamtogut.com

ngueron@cgr-law.com

nicholas.zalany@squirepb.com

## LEHMAN BROTHERS HOLDINGS INC.
### Electronic Mail – Master Service List

nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
nlieberman@hsgllp.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.honeywell@klgates.com

robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rterenzi@stcwlaw.com
russj4478@aol.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com

uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yuwatoko@mofo.com

**EXHIBIT C**

**LBH DI 58380 FCM 7-10-2018**

FENSTERSTOCK & PARTNERS LLP
ATTN: LANI A. ADLER
(COUNSEL TO IFREEDOM DIRECT CORP. &
SUBURBAN
MORTGAGE CORPORATION)
100 BROADWAY, 8TH FLOOR
NEW YORK, NY 10005

**LBH DI 58380 FCM 7-10-2018**

VENABLE LLP
ATTN: EDWARD A. SMITH, ESQ.
(COUNSEL TO DELTA AIR LINES, INC.)
1270 AVENUE OF THE AMERICAS, 25TH FLOOR
NEW YORK, NY 10020

**LBH DI 58380 FCM 7-10-2018**

FAEGRE BAKER DANIELS LLP
ATTN: MICHAEL M. KRAUSS
(COUNSEL TO 'SANTA FE ENTITIES')
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402-3901

**LBH DI 58380 FCM 7-10-2018**

WHITE & CASE LLP
ATTN: MICHAEL RUETZEL,
(COUNSEL TO GERMAN ASSOCIATION OF SAVINGS
BANKS)
BOCKENHEIMER LANDSTRASSE 20
60323 FRANKFURT AM MAIN,
GERMANY

**LBH DI 58380 FCM 7-10-2018**

EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT DEPARTMENT
EATON CENTER
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114-2584

**LBH DI 58380 FCM 7-10-2018**

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: LITIGATION DEPARTMENT
(COUNSEL TO FXCM HOLDINGS LLC)
200 LIBERTY STREET
NEW YORK, NY 10281

**LBH DI 58380 FCM 7-10-2018**

TOGUT, SEGAL & SEGAL LLP
ATTENTION: NEIL BERGER, ESQ.
STEPHANIE SKELLY, ESQ.
(COUNSEL TO TRONOX, INCORPORATED, ET AL.)
ONE PENN PLAZA, SUITE 3335
NEW YORK, NY 10019

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**First Class Mail Additional Service List**

MCCALLA RAYMER, LLC
ATTN: JEANNE MORTON, ESQ
(COUNSEL TO AMERICA'S SERVICING COMPANY)
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076-2102

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: BRED BANQUE POPULAIRE C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH 20 BALDERTON STREET LONDON W1K 7PY UNITED KINGDOM |
| CHILTON NEW ERA PARTNER, L.P | C/O CHILTON INVESTMENT COMPANY LLC ATTN: JAMES STEINTHAL – GENERAL COUNSEL ATTN: ALEXANDER FRANK – CFO 1266 EAST MAIN STREET, 7TH FLOOR STAMFORD CT 06902 |
| CHILTON NEW ERA PARTNER, L.P | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. MARK ELLENBERG, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| DEUTSCHE BANK AG BRUSSELS BRANCH | TRANSFEROR: DEUTSCHE BANK EUROPE GMBH BELGIUM BRANCH ATTN: CECILE COUNET AVENUE MARNIX/ MARNIXLAAN 17 BRUSSELS 1000 BELGIUM |
| DEUTSCHE BANK AG, LONDON (HK) | TRANSFEROR: BANCO DE ORO UNIBANK, INC. DEUTSCHE BANK AG, HONG KONG BRANCH ATTN: JACK TSAI 60/F INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SL TRADE CLAIM I LLC ATTN: ALEX DARBYSHIRE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATION 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | WINCHESTER HOUSE ATTN: ALEXANDER M. KRAEMER AND MICHAEL SUTTON 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: MICHAEL SUTTON AND ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS TRUSTEE OF S ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SWISS RE FINANCIAL PRODUCTS CORPORATION ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: 3I GROUP PLC ATTN: MICHAEL SUTTON/PHILIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DRAKE LOW VOLATILITY MASTER FUND, LTD., THE ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DRAKE OFFSHORE MASTER FUND, LTD., THE ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ALCATEL–LUCENT ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CLIKEO 3 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CLIKEO ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DRAKKAR 30.04.2012 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DRAKKAR JUILLET 2011 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: FILTREO CLIC ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: PROTEIN 2 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: PULSIA 2 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VENDOME QUINTUPLE OPPORTUNITE VI ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VENDOME QUINTUPLE OPPORTUNITE VIII ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: PRACTIS 09.09 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SEMERIA MONDE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CREDIT FONCIER DE FRANCE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST, THE PRINCIPAL GLOBAL INVESTORS, LLC CURRENCY ACCOUNT 087839 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BAWAG PSK BANK FUR ARBEIT UND WIRTSCHAFT UND OSTERREICHISCHE POSTSPARKASSE AKTIENGESELLSCHAFT ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAB MARKET CYCLES (MASTER) FUND LIMITED ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AREA – SOCIETE DES AUTOROUTES RHONE ALPES ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CVF LUX MASTER SARL ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CLAREN ROAD CREDIT MASTER FUND, LTD. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: WINDERMERE XII FCT, A FRENCH FONDS COMMUN DE TITRISATION ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BGL BNP PARIBAS SA (FKA FORTIS BANQUE LUXEMBOURG SA, FKA BANQUE GENERALE DU LUXEMBOURG S.A.) ATTN: ALEX DARBYSHIRE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: GOLDMAN SACHS GLOBAL EQUITY OPPORTUNITIES FUND PLC ATTN: JAMIE LIEW WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATION 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDON |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | MORGAN, LEWIS & BOCKIUS LLP ATTN: JOSHUA DORCHAK 101 PARK AVENUE NEW YORK NY 10178 |
| HESTIA INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY ATTN: PIERRE BOUR 3 GEORGE'S DECK, FOURTH FLOOR, IFSC DUBLIN 1 IRELAND |
| MORGAN LEWIS & BOCKIUS LLP | ATTN: JOSHUA DORCHAK 101 PARK AVENUE NEW YORK NY 10178-0060 |
| TRINITY INVESTMENTS DESIGNATED ACITIVITY COMPANY | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP ATTN: CHRISTOPHER GUTH 3 GEORGE'S DECK, FOURTH FLOOR – IFSC DUBLIN 1 IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP ATTN: CHRISTOPHER GUTH 3 GEORGE'S DECK, FOUTH FLOOR – IFSC DUBLIN 1 IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP ATTN: CHRISTOPHER GUTH 3 GEORGE'S DECK, FOURTH FLOOR – IFSC DUBLIN 1 IRELAND |
| TRINITY INVESTMENTS DESIGNATED ACTIVITY COMPANY | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP ATTN: CHRISTOPER GUTH 3 GEORGE'S DECK, FOURTH FLOOR – IFSC DUBLIN 1 IRELAND |

**Total Creditor count  47**