**BINDER & SCHWARTZ LLP**
Eric B. Fisher
Neil S. Binder
366 Madison Avenue, 6th Floor
New York, New York 10017
Tel: (212) 510-7008
Facsimile: (212) 510-7299

*Attorneys for CarVal Entities and*
*Empyrean Capital Partners, LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS SPECIAL FINANCING INC., LEHMAN BROTHERS COMMODITY SERVICES INC., and LEHMAN BROTHERS COMMERCIAL CORP.<br><br>Plaintiffs,<br><br>-against-<br><br>CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, CREDIT SUISSE ENERGY LLC, CREDIT SUISSE SECURITIES (EUROPE) LTD. and CREDIT SUISSE LOAN FUNDING LLC.<br><br>Defendants. | Adversary Proceeding<br><br>Adv. Proc. No. 13-01676 (SCC) |

**CERTIFICATE OF SERVICE**

I, Eric B. Fisher, hereby certify that on July 12, 2018, I caused true and correct copies of

the *Notice of Withdrawal of Objection* to be served upon the parties set forth below:

| **Via Hand Delivery** | **Via Hand Delivery** |
|---|---|
| The Honorable Shelley C. Chapman<br>Courtroom 623<br>One Bowling Green<br>New York, New York 10004 | Office of the United States Trustee<br>for Region 2<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br><br>Attn: William K. Harrington, Esq.<br>      Susan Golden, Esq.<br>      Andrea B. Schwartz, Esq. |
| **Via E-mail & Hand Delivery** | **Via E-mail & Hand Delivery** |
| Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br><br>Attn:  Jacqueline Marcus, Esq.<br>       Alfredo R. Perez, Esq.<br>       Robert J. Lemons, Esq.<br>       Garrett A. Fail, Esq. | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br><br>Attn:  Dennis F. Dunne, Esq.<br>       Dennis O'Donnell, Esq.<br>       Wilbur Foster, Jr.., Esq.<br>       Evan Fleck, Esq. |
| **Via E-mail & Hand Delivery** | **Via E-mail & Hand Delivery** |
| Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br><br>Attn:  Diane Cafferata, Esq.<br>       Nathan Goralnik, Esq.<br>       Andrew J. Rossman, Esq. | Cravath, Swaine & Moore LLP<br>825 8th Avenue<br>New York, New York 10019<br><br>Attn:  Richard W. Clary, Esq.<br>       Nathan Denning, Esq.<br>       Darin McAtee, Esq. |

Notice of filings of the documents referenced above was provided by operation of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York (the "**CM/ECF System**") upon registered users of the CM/ECF System.

Dated: July 13, 2018
       New York, New York

                                            /s/ Eric B. Fisher
                                            Eric B. Fisher