Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Aurora International Holdings Limited
**Name of Transferee**

HSBC Private Bank Suisse SA
**Name of Transferor**

Name and Address where notices to transferee should be sent:

C/O Paget - Brown & Company
Boundary Hall - Cricket Square, PO BOX 1111
KY1- 1102 George Town, Grand Cayman - Cayman Islands

Court Claim # (if known): 51762
Date Claim Filed: 10/28/2009
Amount of Claim: see attached
Portion of Claim Transferred (see Schedule I): _____

Phone: +55 11 99440 0556
Last Four Digits of Acct #: N/A

Phone: +41 58 705 47 36
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

As per attached document

Phone: +41 44 214 1592
Last Four Digits of Acct #: 9600

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____    Date: July 4th, 2018
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

July, 04th, 2018.

Attachment of the: "Transfer of Claim Other Than for Security"
United States Bankruptcy Court – Southern District Of New York

As indicated in your form 210A (10/06): Transferee's Bank Transfer Information.

**Bank Name:** Lombard Odier & Co Ltd
**Bank Address:** Utosthloss-Utoquai 29/31 – 8008 Zurich, Switzerland
**ABA or Chips Number:** IBAN CH39 0876 0000 0529 2960 0
**Swift:** LOCYCHGG Clearing: 8760
**Account Name:** Aurora International Holdings Ltd.
**Account Number:** 529296 00

*[signature]*

July, 04th, 2018.