**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.* :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 58269, 58286,
: 58372, 58373, 58374, 58375
---------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 18, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 18, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
18th day of July, 2018
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000128532687 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000165099



ALEITER HOLDINGS LLC
TRANSFEROR: GOLDMAN, SACHS & CO.
C/O CHAPMAN AND CUTLER LLP
1270 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK, NY 10020-1708

Please note that your claim # 42415-06 in the above referenced case and in the amount of $1,824,029.79 allowed at $1,822,394.71 has been transferred (unless previously expunged by court order)

WHITEFORT CAPITAL MASTER FUND, LP
TRANSFEROR: ALEITER HOLDINGS LLC
C/O WHITEFORT CAP. MGMT/ATT D SALANIC
780 THIRD AVENUE, 26TH FLOOR
NEW YORK, NY 10017

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    58269    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/18/2018                Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 18, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ALEITER HOLDINGS LLC | TRANSFEROR: GOLDMAN, SACHS & CO., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: GOLDMAN, SACHS & CO., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: GOLDMAN, SACHS & CO., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: GOLDMAN, SACHS & CO., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: GOLDMAN, SACHS & CO., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALEITER HOLDINGS LLC | TRANSFEROR: GOLDMAN, SACHS & CO., C/O CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| BANCA ALBERTINI SYZ E C. S.P.A. | TRANSFEROR: BPER BANCA SPA, ATTN: ERNESTO MARELLI, VIA BORGONUOVO 14, 20121 MILANO   ITALY |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: UBS AG, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH 8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | BANK JULIUS BAER & CO. LTD., P.O. BOX, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: UBS AG, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH 8010 SWITZERLAND |
| BPER BANCA SPA | F/K/A BANCA POPOLARE DELL'EMILIA ROMAGNA S.C., ATTN: PAOLO MAZZA, VIA SAN CARLO 8/20, 41121 MODENA   ITALY |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG, HONG KONG BRANCH | TRANSFEROR: CREDIT SUISSE, C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP, ATTN: STEPHANIE SWEENEY, ESQ., 200 WEST 41ST ST., 17TH FLOOR, NEW YORK, NY 10036 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: ALEITER HOLDINGS LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| VALIANT BANK AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., BUNDESPLATZ 4, POSTFACH, 3001 BERN SWITZERLAND |
| VALIANT BANK AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., BUNDESPLATZ 4, POSTFACH, 3001 BERN SWITZERLAND |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: ALEITER HOLDINGS LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |

**Total Creditor Count 18**