**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Ref. Docket Nos. 58263, 58378, |
| | : | 58379, 58383-58394, 58399-58401, |
| | : | 58405, 58406, 58408-58410 |
-------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                       ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 19, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 19, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
19th day of July, 2018
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim.  While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

TCP CAPITAL PARTNERS V CAYMAN AIV I L.P.
F/K/A LBMB CAPITAL PARTNERS V CAYMAN AIV I L.P.
C/O TRILANTIC CAPITAL MANAGEMENT LLC
ATTN: MAX ALMODOVAR
375 PARK AVENUE, 30TH FLOOR
NEW YORK, NY 10152

TCP CAPITAL PARTNERS V CAYMAN AIV I L.P.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: JEFFREY S. SAFERSTEIN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

Please note that your claim # 27657 in the above referenced case and in the amount of
$66,161.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000128535658 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000188576



CHEROKEE DEBT ACQUISITION, LLC
TRANSFEROR: TCP CAPITAL PARTNERS V CAYMAN AIV I L.P.
ATTN: VLADIMIR JELISAVCIC
1325 AVENUE OF THE AMERICAS, 28TH FLOOR
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          58400          in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/19/2018                              Vito Genna, Clerk of Court

                                              /s/ Betina Wheelon
                                              _____
                                              EPIQ BANKRUPTCY SOLUTIONS, LLC

                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 19, 2018.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AURORA INTERNATIONAL HOLDINGS LIMITED | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, C/O PAGET-BROWN & COMPANY, BOUNDARY HALL - CRICKET SQUARE, P.O. BOX 1111, GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| AURORA INTERNATIONAL HOLDINGS LIMITED | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, C/O PAGET-BROWN & COMPANY, BOUNDARY HALL - CRICKET SQUARE, P.O. BOX 1111, GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD., ATTN. PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | CLEARLY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDRE A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD., ATTN. PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD., ATTN. PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | CLEARLY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDRE A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: LUZERNER KANTONALBANK AG, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH  SWITZERLAND |
| BANQUE PICTET & CIE SA | TRANSFEROR: BANK J. SAFRA SARASIN LTD., ATTN: DAVID AESCHLIMANN, ROUTE DES ACACIAS 60, 1211 GENEVA 73  SWITZERLAND |
| CHEROKEE DEBT ACQUISITION, LLC | TRANSFEROR: TCP CAPITAL PARTNERS V CAYMAN AIV I L.P., ATTN: VLADIMIR JELISAVCIC, 1325 AVENUE OF THE AMERICAS, 28TH FLOOR, NEW YORK, NY 10019 |
| CHEROKEE DEBT ACQUISITION, LLC | TRANSFEROR: TRILANTIC CAPITAL PARTNERS CAYMAN AIV I L.P., ATTN: VLADIMIR JELISAVCIC, 1325 AVENUE OF THE AMERICAS, 28TH FLOOR, NEW YORK, NY 10019 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF  GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF  GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: SEAN LOBO, 505 5TH AVENUE, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: SEAN LOBO, 505 5TH AVENUE, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: BENHAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: BENJAMIN KOLPA, 505 |

| Claim Name | Address Information |
|---|---|
| FIFTH STREET STATION LLC | 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., ATTN: SEAN LOBO/BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., ATTN: BENJAMIN KOLPA/SEAN LOBO, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: SEAN LOBO, 505 5TH AVENUE, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: SEAN LOBO, 505 5TH AVENUE, SEATTLE, WA 98104 |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HSBC PRIVATE BANK (SUISSE) SA | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, QUAI DES BERGUES 9-17- PO BOX 2888, GENEVA 1 1211 SWITZERLAND |
| HSBC PRIVATE BANK (SUISSE) SA | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE, QUAI DES BERGUES 9-17- PO BOX 2888, GENEVA 1 1211 SWITZERLAND |
| HSBC PRIVATE BANK (SUISSE) SA | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, QUAI DES BERGUES 9-17- PO BOX 2888, GENEVA 1 1211 SWITZERLAND |
| HSBC PRIVATE BANK (SUISSE) SA | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE, QUAI DES BERGUES 9-17- PO BOX 2888, GENEVA 1 1211 SWITZERLAND |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| LEX, GERTRUD | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, LIMESSTR. 15, 35510 BUTZBACH GERMANY |
| LUZERNER KANTONALBANK AG | TRANSFEROR: BANK J. SAFRA SARASIN LTD., RECHTSDIENST & COMPLIANCE, ATTN: PETER FELDER & JORG GUBLER, PILATUSSTRASSE 12, LUZERN 6002 SWITZERLAND |
| MANTEUFFEL, GABRIELE | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, SCHORFHEIDESTR. 6, 12689 BERLIN  BERLIN GERMANY |
| TCP CAPITAL PARTNERS V CAYMAN AIV I L.P. | F/K/A LBMB CAPITAL PARTNERS V CAYMAN AIV I L.P., C/O TRILANTIC CAPITAL MANAGEMENT LLC, ATTN: MAX ALMODOVAR, 375 PARK AVENUE, 30TH FLOOR, NEW YORK, NY 10152 |
| TCP CAPITAL PARTNERS V CAYMAN AIV I L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: JEFFREY S. SAFERSTEIN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| TRILANTIC CAPITAL PARTNERS CAYMAN AIV I L.P. | F/K/A LBMB PARTNERS CAYMAN AIV I L.P., C/O TRILANTIC CAPITAL MANAGEMENT LLC, ATTN: MAX ALMODOVAR, 375 PARK AVENUE, 30TH FLOOR, NEW YORK, NY 10152 |
| TRILANTIC CAPITAL PARTNERS CAYMAN AIV I L.P. | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP, ATTN: JEFFREY D. SAFERSTEIN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| UBS AG | TRANSFEROR: CREDIT SUISSE, BAHNOFSTRASSE 45, CH-8001 ZURICH  SWITZERLAND |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, ATTN: CHARMAINE WILSON, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 10016 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, ATTN: CHARMAINE WILSON, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 10016 |

| Claim Name | Address Information |
| --- | --- |

**Total Creditor Count 77**