# UNITED STATES BANKRUPTCY COURT

In re **Lehman Brothers Holding, Inc**    Case No **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Nancy Hechinger**
Name of Transferee

**Ivan R. Hechinger**
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): **8185**
Amount of Claim: **159,136.85**
Date Claim Filed: **9-18-2009**

Phone: **917-684-0969**
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

**Nancy Hechinger
380 W. 12th St. #6F
NYC NY 10014**

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **Nancy Hechinger**    Date: **7/2/18**
    Transferee/Transferee's Agent

Transfer #1 - Total amount of claim $159,136.86. Amount to transfer $38,784.21 to Nancy Hechinger.

Nancy Hechinger