JUL 12 2018

UNITED STATES BANKRUPTCY COURT

In re Lehman Brother Holding, In        Case No 08-13555

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Sally Hechinger Ruday**
Name of Transferee

**June R Hechinger**
Name of Transferor

Name and Address where notices to transferee should be sent

Court Claim # (if known): 181 85
Amount of Claim: 159,136.25
Date Claim Filed: 7.15.2009

x   Phone: 212 260 1007
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

v   Name and Address where transferee payments should be sent (if different from above):
173 Macdougal Street, #2E
New York, NY 10011
Phone: 212 260 1007
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee/Transferee's Agent        Date: 6/20/18

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

Transfer #4: total amount of claim $159,136.86/amount
to be transferred $39,784.21 to
Sally Hechinger Ruday

Scan by Easy Scanner