# UNITED STATES BANKRUPTCY COURT

In re: Lehman Brothers Holdings, Inc.    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**S. Ross Hechinger**
Name of Transferee

**James R Hechinger**
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): _____
Amount of Claim: $159,136.85
Date Claim Filed: 7/18/2009

Phone: 202-441-3750
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

1177 22nd St. NW, Apt 7G
Washington, DC 20037
Phone:
Last Four Digits of Acct #:

TRANsfer #3: Total Amount of Claim $159,136.86 / Amount to Transfer $39,784.21
TO: S. Ross Hechinger

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ S. Ross Hechinger    Date: 6/27/2018
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.