B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re __Lehman Brother Holding, IN__     Case No. __08-13555__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__John W Hechinger, Jr__          __June R. Hechinger__
Name of Transferee                  Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): __18182__
should be sent: __6605 N. Lower Cascade__        Amount of Claim: __159,136.85__
__Jackson, WY, 83001__                            Date Claim Filed: __9.18.2009__

X  Phone: __202-258-7440__                        Phone: _____
~~Last Four Digits of Acct #:~~ _____       Last Four Digits of Acct. #: _____

¥  Name and Address where transferee payments
   should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __John Hech__                        Date: __6-27-2018__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

__TRANSFER # 2: TOTAL AMOUNT OF CLAIM $159,136.85/ AMOUNT TO BE TRANSFERRED $39,784.21 TO JOHN W Hechinger, Jr__