Andrew J. Rossman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 MADISON AVENUE
NEW YORK, NEW YORK 10010
*Attorneys for Lehman Brothers Holdings Inc. and*
*Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                   :
**In re**                                                          :  **Chapter 11 Case No.**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**                         :  **08-13555 (SCC)**
                                                                   :
**Debtors.**                                                       :  **(Jointly Administered)**
                                                                   :
                                                                   :
-------------------------------------------------------------------x

### AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that the hearing on the Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Settlement Agreement Among Credit Suisse AG, and Certain of its Affiliates, and Lehman Brothers Holdings Inc., and Certain of its Affiliates, dated June 12, 2018 (Dkt. # 115), filed in the above-captioned proceeding, previously scheduled for July 24, 2018 at 9:30 a.m. (prevailing Eastern Time) before the Honorable Shelley C. Chapman of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 623, New York, New York 10004, will now be held on **July 24, 2018 at 10:00 a.m.** (prevailing Eastern Time).

Dated: July 23, 2018
New York, New York

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/*  Andrew J. Rossman
Andrew J. Rossman

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*