**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
                                                             :   Chapter 11
In re:                                                       :
                                                             :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                       :
                                                             :   (Jointly Administered)
                               Debtors.                      :
                                                             :   Ref. Docket Nos. 58411, 58412
------------------------------------------------------------ X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 23, 2018, I caused to be served the "Notice of Defective Transfer," dated July 17 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
23rd day of July, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

LUZERNER KANTONALBANK AG
TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V.
RECHTSDIENST & COMPLIANCE
PETER FELDER
PILATUSSTRASSE 42
LUZERN CH-6002
 SWITZERLAND

BAR(23) MAILID *** 000128605912 ***      LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1125



BANK JULIUS BAER & CO. LTD.
ATTN: PATRIK ROOS
BAHNOFSTRASSE 36
CH-8010 ZURICH
 SWITZERLAND

**Your transfer of claim # 58649-59 is defective for the reason(s) checked below:**

Other ISIN LISTED IS NOT ASSOCIATED WITH THIS CLAIM NUMBER
Other ISIN LISTED IS NOT ASSOCIATED WITH THIS CLAIM NUMBER

Docket Number   58412         Date:  07/17/2018

/s/Betina Wheelon

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO. LTD. | ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH  SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH  SWITZERLAND |
| LUZERNER KANTONALBANK AG | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., RECHTSDIENST & COMPLIANCE, PETER FELDER, PILATUSSTRASSE 42, LUZERN CH-6002 SWITZERLAND |
| LUZERNER KANTONALBANK AG | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., RECHTSDIENST & COMPLIANCE, PETER FELDER, PILATUSSTRASSE 42, LUZERN CH-6002 SWITZERLAND |

**Total Creditor Count 4**