**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:    Chapter 11
In re:    :
:    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.    :
:    (Jointly Administered)
Debtors.    :
:    Ref. Docket Nos. 58402, 58403,
:    58404, 58413
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 24, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 24, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
24th day of July, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

| | |
|---|---|
| TRILANTIC CAPITAL PARTNERS FUND (B) CAYMAN AIV I L.P.<br>F/K/A LBMB FUND (B) CAYMAN AIV I L.P.<br>C/O TRILANTIC CAPITAL MANAGEMENT LLC<br>ATTN: MAX ALMODOVAR<br>375 PARK AVENUE, 30TH FLOOR<br>NEW YORK, NY 10152 | TRILANTIC CAPITAL PARTNERS FUND (B) CAYMAN AIV I L.P.<br>PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP<br>ATTN: JEFFREY D. SAFERSTEIN<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |

Please note that your claim # 27650 in the above referenced case and in the amount of $362,409.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000128608750 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000188592



CHEROKEE DEBT ACQUISITION, LLC
TRANSFEROR: TRILANTIC CAPITAL PARTNERS FUND (B) CAYMAN AIV I L.P.
C/O BOWERY INVESTMENT MANAGEMENT, LLC
1325 AVENUE OF THE AMERICAS, 28TH FLOOR
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER        58402        in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/24/2018                Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 24, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: LUZERNER KANTONALBANK AG, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH   SWITZERLAND |
| CHEROKEE DEBT ACQUISITION, LLC | TRANSFEROR: TRILANTIC CAPITAL PARTNERS FUND (B) CAYMAN AIV I L.P., C/O BOWERY INVESTMENT MANAGEMENT, LLC, 1325 AVENUE OF THE AMERICAS, 28TH FLOOR, NEW YORK, NY 10019 |
| CHEROKEE DEBT ACQUISITION, LLC | TRANSFEROR: TRILANTIC CAPITAL PARTNERS FUND CAYMAN AIV I L.P., C/O BOWERY INVESTMENT MANAGEMENT, LLC, 1325 AVENUE OF THE AMERICAS, 28TH FLOOR, NEW YORK, NY 10019 |
| CHEROKEE DEBT ACQUISITION, LLC | TRANSFEROR: TRILANTIC CAPITAL PARTNERS FUND III CAYMAN ROLLOVER L.P., C/O BOWERY INVESTMENT MANAGEMENT, LLC, 1325 AVENUE OF THE AMERICAS, 28TH FLOOR, NEW YORK, NY 10019 |
| LUZERNER KANTONALBANK AG | TRANSFEROR: BANK J. SAFRA SARASIN LTD., RECHTSDIENST & COMPLIANCE, ATTN: PETER FELDER & JORG GUBLER, PILATUSSTRASSE 12, LUZERN 6002 SWITZERLAND |
| TRILANTIC CAPITAL PARTNERS FUND (B) CAYMAN AIV I L.P. | F/K/A LBMB FUND (B) CAYMAN AIV I L.P., C/O TRILANTIC CAPITAL MANAGEMENT LLC, ATTN: MAX ALMODOVAR, 375 PARK AVENUE, 30TH FLOOR, NEW YORK, NY 10152 |
| TRILANTIC CAPITAL PARTNERS FUND (B) CAYMAN AIV I L.P. | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP, ATTN: JEFFREY D. SAFERSTEIN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| TRILANTIC CAPITAL PARTNERS FUND CAYMAN AIV I L.P. | F/K/A LBMB FUND CAYMAN AIV I L.P., C/O TRILANTIC CAPITAL MANAGEMENT LLC, ATTN: MAX ALMODOVAR, 375 PARK AVENUE, 30TH FLOOR, NEW YORK, NY 10152 |
| TRILANTIC CAPITAL PARTNERS FUND CAYMAN AIV I L.P. | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP, ATTN: JEFFREY D. SAFERSTEIN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| TRILANTIC CAPITAL PARTNERS FUND III CAYMAN ROLLOVER L.P. | C/O TRILANTIC CAPITAL MANAGEMENT LLC, ATTN: MAX ALMODOVAR, 375 PARK AVENUE, 30TH FLOOR, NEW YORK, NY 10152 |
| TRILANTIC CAPITAL PARTNERS FUND III CAYMAN ROLLOVER L.P. | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP, ATTN: JEFFREY D. SAFERSTEIN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |

**Total Creditor Count 11**