# BKS Bank

BKS Bank AG
Private Banking und Wertpapiergeschäft
WP-Service
Sabine Trojer
9020 Klagenfurt
St. Veiter Ring 43

Phone 0043/463/5858/855
Fax 0043/463/5858/853

Email: sabine.trojer@bks.at

www.bks.at

U.S. Bankruptcy Cort for the
Southern District of N.Y.
One Bowling Green,
New York, N.Y. 1004
USA

Unser Zeichen: ZPK/tr    Sachbearbeiter: Sabine Trojer    Ihr Zeichen:    Klagenfurt, 10 July 2018

Re: **Transfer of Claim**
**Lehman Brothers Treasury, XS0325550555, EUR 90.000,--**

Dear Sirs,

Enclosed please find the documents – fulfilled by us, regarding the transfer of Claim for Lehman Brothers Treasury, XS0325550555, nominal amount EUR 90.000,--.

The transfer will be made from Credit Suisse (Schweiz) AG to BKS Bank AG.

We ask you to send the confirmation and the "Docket number" directly to my Email-address: sabine.trojer@bks.at. After this we will inform Credit Suisse to make the transfer to us.

We thank you in advance.

Best Regards
BKS Bank AG
Private Banking und Wertpapiergeschäft
WP-Service

ppa. Kurt Wolte    Manfred Patterer

**Enclosures**
Evidence of Transfer of Claim
Form 210A (10/06)

Firmenname: BKS Bank AG, Firmensitz: 9020 Klagenfurt, St. Veiter Ring 43, Firmenbuchgericht: Landesgericht Klagenfurt, FN: 91810s; UID-Nr.: ATU25231503, DVR: 0063703
Wenn keine Verpflichtung für die Bank begründet wird, ist dieses Schreiben mit nur einer Unterschrift gültig.

BKS 120



## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged **Credit Suisse (Schweiz) AG** ("Transferor") unconditionally and irrevocably transferred to **BKS Bank AG, Wien** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **July 3, 2018**.

Credit Suisse (Schweiz) AG

By: _____
Name: Sandro Hunziker
Title: AVP

By: _____
Name: Adrian Graf
Title: AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0325550555 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | EUR 90'000 |

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

BKS Bank AG
Name of Transferee

Credit Suisse (Schweiz) AG
Name of Transferor

Name and Address where notices to transferee should be sent:

BKS Bank AG,
WP-Service,
St. Veiter Ring 43,
A-9020 Klagenfurt
Email: sabine.trojer@bks.at

Phone: 0043 463 5858 855
Last Four Digits of Acct #: _____

Court Claim # (if known): 55829
Date Claim Filed: 29 October 2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): see Evidence of Transfer of Claim Form

Phone: 0041 44 332 8611 Marija Petrovic/Credit Suisse
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Caceis Bank (Deutschland) GmbH
D-80939 Munich, Lilienthalallee 36
cs-corporateaction@caceis.com

Phone: 0049 89 5400 1043
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *BKS Bank AG* [signature]    Date: 10 July 2018
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.