**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | Ref. Docket Nos. 58320, 58411, |
| | : | 58412, 58420, 58421, 58422, 58423, |
| | : | 58424, 58426, 58427, 58428, 58429, |
| | : | 58430 |
| ------------------------------------------------------------------ x | | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 25, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 25, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
26th day of July, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000128611010 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 22276



BANK OF SINGAPORE LIMITED  
CLIFFORD CHANCE US LLP  
ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ  
31 WEST 52ND STREET  
NEW YORK, NY 10019

BANK OF SINGAPORE LIMITED  
ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS  
ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL  
9 RAFFLES PLACE #08-01, REPUBLIC PLAZA  
SINGAPORE 048619  
 SINGAPORE

Please note that your claim # 41773-28 in the above referenced case and in the amount of $100,000.00 allowed at $94,369.38 has been transferred (unless previously expunged by court order)

EFG BANK AG  
TRANSFEROR: BANK OF SINGAPORE LIMITED  
HONG KONG BRANCH / ATTN: JERRY SO / TIFFANY LAI  
18TH FLOOR, INTERNATIONAL COMMERCE CENTRE  
1 AUSTIN ROAD WEST  
KOWLOON  
 HONG KONG

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT  
Southern District of New York  
One Bowling Green  
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    58320    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/25/2018        Vito Genna, Clerk of Court

/s/ Betina Wheelon  
_____  
EPIQ BANKRUPTCY SOLUTIONS, LLC  
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 25, 2018.

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN   ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN   ITALY |
| BANCA AKROS SPA | TRANSFEROR: BANCA POPOLARE DI SONDRIO SOC. COOP. P.A., ATTN: SANDRO BACCAINI, VIALE EGINARDO 29, MILANO 20149 ITALY |
| BANCA FINNAT | TRANSFEROR: BANCA AKROS SPA, ATTN: SILVIA RENIE, SERGI SABRINA, PIAZZA DEL GESU, 49, 00186 ROME   ITALY |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: LUZERNER KANTONALBANK AG, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH   SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: LUZERNER KANTONALBANK AG, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH   SWITZERLAND |
| BANK OF SINGAPORE LIMITED | ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS, ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL, 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA, SINGAPORE 048619 SINGAPORE |
| BANK OF SINGAPORE LIMITED | CLIFFORD CHANCE US LLP, ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ, 31 WEST 52ND STREET, NEW YORK, NY 10019 |
| BANK OF SINGAPORE LIMITED | ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS, ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL, 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA, SINGAPORE 048619 SINGAPORE |
| BANK OF SINGAPORE LIMITED | ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS, ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL, 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA, SINGAPORE 048619 SINGAPORE |
| BANK OF SINGAPORE LIMITED | CLIFFORD CHANCE US LLP, ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ, 31 WEST 52ND STREET, NEW YORK, NY 10019 |
| CASSA LOMBARDA SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: STEFANO BARCELLA, VIA MANZONI, 12, MILANO 20121 ITALY |
| CASSA LOMBARDA SPA | TRANSFEROR: BANCA AKROS SPA, ATTN STEFANO BARCELLA, VIA MANZONI, 12, MILANO 20121 ITALY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| EFG BANK AG | TRANSFEROR: BANK OF SINGAPORE LIMITED, HONG KONG BRANCH / ATTN: JERRY SO / TIFFANY LAI, 18TH FLOOR, INTERNATIONAL COMMERCE CENTRE, 1 AUSTIN ROAD WEST, KOWLOON   HONG KONG |
| HECHINGER JR., JOHN W. | TRANSFEROR: HECHINGER, JUNE, 6605 N. LOWER CASCADE, JACKSON, WY 83001 |
| HECHINGER, JUNE | 2838 CHAIN BRIDGE ROAD, WASHINGTON, DC 20016 |
| HECHINGER, JUNE | MINTZ LEVIN, ATTN: JACQUELYN A. CANNATA, ONE FINANCIAL CENTER, BOSTON, MA 02111 |
| HECHINGER, JUNE | 2838 CHAIN BRIDGE ROAD, WASHINGTON, DC 20016 |
| HECHINGER, JUNE | MINTZ LEVIN, ATTN: JACQUELYN A. CANNATA, ONE FINANCIAL CENTER, BOSTON, MA 02111 |
| HECHINGER, JUNE | 2838 CHAIN BRIDGE ROAD, WASHINGTON, DC 20016 |
| HECHINGER, JUNE | MINTZ LEVIN, ATTN: JACQUELYN A. CANNATA, ONE FINANCIAL CENTER, BOSTON, MA 02111 |
| HECHINGER, JUNE | 2838 CHAIN BRIDGE ROAD, WASHINGTON, DC 20016 |
| HECHINGER, JUNE | MINTZ LEVIN, ATTN: JACQUELYN A. CANNATA, ONE FINANCIAL CENTER, BOSTON, MA 02111 |
| HECHINGER, NANCY | TRANSFEROR: HECHINGER, JUNE, 380 W. 12TH ST., #6F, NEW YORK, NY 10014 |
| HECHINGER, S. ROSS | TRANSFEROR: HECHINGER, JUNE, 1177 22ND ST. NW, APT. 7G, WASHINGTON, DC 20037 |

| Claim Name | Address Information |
|---|---|
| LUZERNER KANTONALBANK | TRANSFEROR: UBS AG, PILATUSSTRASSE 12, LUZERN CH-6002 SWITZERLAND |
| LUZERNER KANTONALBANK AG | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., RECHTSDIENST & COMPLIANCE, PETER FELDER, PILATUSSTRASSE 42, LUZERN CH-6002 SWITZERLAND |
| LUZERNER KANTONALBANK AG | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., RECHTSDIENST & COMPLIANCE, PETER FELDER, PILATUSSTRASSE 42, LUZERN CH-6002 SWITZERLAND |
| RUDAY, SALLY HECHINGER | TRANSFEROR: HECHINGER, JUNE, 173 MACDOUGAL STREET, #2E, NEW YORK, NY 10011 |
| SANDHOF, CHRISTEL | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, ROSALIE ADLER SENIORENHEIM, DR. C. OTTO STR. 168, 44879 BOCHUM GERMANY |
| SOS KINDERDORFER MRS. ADV. JULIA NUCKER | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, RIDLER STR. 55, 80339 MUNCHEN GERMANY |
| UBS AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., BAHNHOFSTRASSE 45, CH-8001 ZURICH SWITZERLAND |

**Total Creditor Count 36**