

## Safra National Bank of New York

JUL 27 2018

July 26, 2018

United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc
One Bowling Green
New York, NY 10004-1408

RE:  Lehman Programs Securities Related to Transferred Portion of Claim
     ISIN XS0206245234
      Court Claim #51763
      300,000 nominal amount

Dear Sir or Madam:

Enclosed please find signed Agreement and Evidence of Transfer of Claim for the above captioned security (ISIN XS0206245234).

Kindly advise us upon completion.

Your assistance and attention to this matter are greatly appreciated

Very truly yours,

Arceli Vargas
Associate Securities Operations

546 Fifth Avenue              New York, NY  10036              (212) 704-5500



# Safra National Bank
## of New York

JUL 27 2018

July 26, 2018

United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc
One Bowling Green
New York, NY 10004-1408

RE: Lehman Programs Securities Related to Transferred Portion of Claim
 ISIN XS0206245234
  Court Claim #51763
  300,000 nominal amount

Dear Sir or Madam:

Enclosed please find signed Agreement and Evidence of Transfer of Claim for the above captioned security (ISIN XS0206245234).

Kindly advise us upon completion.

Your assistance and attention to this matter are greatly appreciated

Very truly yours,

Arceli Vargas
Associate Securities Operations

546 Fifth Avenue       New York, NY  10036       (212) 704-5500

[*Lehman Brothers*]

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

JUL 2 7 2018

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transfers to SAFRA NATIONAL BANK OF NEW-YORK ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51763), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: 25-07-2018                                Date: 7-25-2018

**Transferor**                                   **Transferee**

HSBC PRIVATE BANK (SUISSE) S.A.                  SAFRA NATIONAL BANK OF NEW YORK

Quai des Bergues 9 – 17 / P.O. Box 2888          546 5th Ave,

CH- 1211 Geneva 1, Switzerland                   New York, NY 10036

Signature: Jérôme Rüttimann, Associate Director   Signature: VP - Operations

Signature: C. Hervet, Associate                   Signature:

                                                 Thomas Oswald
                                                 First Vice President
                                                 Safra National Bank

<u>Schedule 1</u>

**<u>Lehman Programs Securities Related to Transferred Portion of Claim</u>:**

| ISIN/CUSIP | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amounts or Units |
|---|---|---|---|---|
| XS0206245234 | 51763 | 10/28/2009 | LEHMAN BROTHERS HOLDINGS INC. | USD 300'000.00 |