**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 58420
:
------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 27, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 27, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
30th day of July, 2018
*/s/John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
| --- | --- |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000128629704 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000064856



HECHINGER, JUNE
2838 CHAIN BRIDGE ROAD
WASHINGTON, DC 20016

HECHINGER, JUNE
MINTZ LEVIN
ATTN: JACQUELYN A. CANNATA
ONE FINANCIAL CENTER
BOSTON, MA 02111

Please note that your claim # 18182 in the above referenced case and in the amount of $45,396.64 allowed at $39,784.22 has been transferred (unless previously expunged by court order)

HECHINGER, NANCY
TRANSFEROR: HECHINGER, JUNE
380 W. 12TH ST., #6F
NEW YORK, NY 10014

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    58420    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/27/2018                                Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 27, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| HECHINGER, JUNE | 2838 CHAIN BRIDGE ROAD, WASHINGTON, DC 20016 |
| HECHINGER, JUNE | MINTZ LEVIN, ATTN: JACQUELYN A. CANNATA, ONE FINANCIAL CENTER, BOSTON, MA 02111 |
| HECHINGER, JUNE | 2838 CHAIN BRIDGE ROAD, WASHINGTON, DC 20016 |
| HECHINGER, JUNE | 2838 CHAIN BRIDGE ROAD, WASHINGTON, DC 20016 |
| HECHINGER, JUNE | MINTZ LEVIN, ATTN: JACQUELYN A. CANNATA, ONE FINANCIAL CENTER, BOSTON, MA 02111 |
| HECHINGER, NANCY | TRANSFEROR: HECHINGER, JUNE, 380 W. 12TH ST., #6F, NEW YORK, NY 10014 |

**Total Creditor Count 6**