WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746**
**REGARDING PLAN ADMINISTRATOR'S FIVE HUNDRED TWENTY**
**SEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

TO THE HONORABLE SHELLEY C. CHAPMAN,
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures [ECF No. 9635] (the "Case Management Order"), the undersigned hereby certifies as follows:

1. Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan Administrator"), filed *The Plan Administrator's Five-Hundred Twenty-Seventh Omnibus Objection to Claims (No Liability Claims)* [ECF No. 58260] (the "Omnibus Objection") with the Court on June 14, 2018.

2. In accordance with the Case Management Order, the Plan Administrator established a deadline for parties to object or file responses to the Omnibus Objection (the "Response Deadline").

3. Pursuant to paragraph 37 of the Case Management Order, pleadings may be granted without a hearing if, among other things, no objections or other responsive documents have been filed on or prior to the applicable Response Deadline.

4. The Response Deadline has passed more than 48 hours ago.

5. To the best of my knowledge, no responses to the Omnibus Objection have been filed with the Court on the docket of these cases in accordance with the Case Management Order or served on counsel to the Plan Administrator.

6. Accordingly, the Debtors and the Plan Administrator respectfully request that the proposed order granting the Omnibus Objection annexed hereto as Exhibit A, which is substantively unmodified since the filing of the Objections, be entered in accordance with the procedures described in the Case Management Order.

Dated: August 2, 2018
New York, New York

/s/ Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

WEIL:\96670009\1\58399.0011

## EXHIBIT A
**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re                                          :     Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :     08-13555 (SCC)
                                               :
                    Debtors.                   :     (Jointly Administered)
------------------------------------------------------------x
```

### ORDER GRANTING FIVE HUNDRED TWENTY SEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the five hundred twenty seventh omnibus objection to claims, dated June 14, 2018 (the "Five Hundred Twenty Seventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, seeking to disallow and expunge the No Liability Claims listed on Exhibit 1 annexed hereto pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], all as more fully described in the Five Hundred Twenty Seventh Omnibus Objection to Claims; and due and proper notice of the Five Hundred Twenty Seventh Omnibus Objection to Claims having been provided as stated therein, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Five Hundred Twenty Seventh Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Five Hundred Twenty Seventh Omnibus

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Five Hundred Twenty Seventh Omnibus Objection to Claims.

Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Five Hundred Twenty Seventh Omnibus Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the No Liability Claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2018
      New York, New York

 

UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1
## No Liability Claims

WEIL:\96670009\1\58399.0011

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

OMNIBUS OBJECTION 527: NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | BANK OF NEW YORK MELLON ON BEHALF OF KINGS RIVER LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15765 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 2 | BANK OF NEW YORK MELLON ON BEHALF OF KINGS RIVER LIMITED | 08-13555 (SCC) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 15768 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 3 | BANK OF NEW YORK MELLON ON BEHALF OF SUNSET PARK CDO LIMITED SPC | 08-13555 (SCC) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 15775 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 4 | BANK OF NEW YORK MELLON ON BEHALF OF SUNSET PARK CDO LIMITED SPC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15776 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 5 | BANK OF NEW YORK MELLON ON BEHALF OF SUNSET PARK CDO LIMITED SPC | 08-13555 (SCC) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 15777 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 6 | BANK OF NEW YORK MELLON ON BEHALF OF SUNSET PARK CDO LIMITED SPC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15778 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 7 | BANK OF NEW YORK MELLON ON BEHALF OF TAVARES SQUARE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Special Financing Inc. | 09/15/2009 | 15779 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 8 | BANK OF NEW YORK MELLON ON BEHALF OF TAVARES SQUARE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15780 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 9 | BANK OF NEW YORK MELLON ON BEHALF OF TAVARES SQUARE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 15781 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 10 | BANK OF NEW YORK MELLON ON BEHALF OF TAVARES SQUARE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15782 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 11 | BANK OF NEW YORK MELLON ON BEHALF OF VOX PLACE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 15785 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 12 | BANK OF NEW YORK MELLON ON BEHALF OF VOX PLACE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15786 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 13 | BANK OF NEW YORK MELLON ON BEHALF OF VOX PLACE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 15787 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 14 | BANK OF NEW YORK MELLON ON BEHALF OF VOX PLACE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15788 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 15 | BANK OF NEW YORK MELLON ON BEHALF OF SUNSET PARK CDO LIMITED SPC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 46927 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 16 | BANK OF NEW YORK MELLON ON BEHALF OF SUNSET PARK CDO LIMITED SPC | 08-13555 (SCC) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 46928 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 17 | BANK OF NEW YORK MELLON ON BEHALF OF FULLERTON DRIVE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 46929 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 18 | BANK OF NEW YORK MELLON ON BEHALF OF FULLERTON DRIVE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 46930 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 19 | BANK OF NEW YORK MELLON ON BEHALF OF FULLERTON DRIVE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 46931 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 20 | BANK OF NEW YORK MELLON ON BEHALF OF FULLERTON DRIVE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 46932 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |