Alex R. Rovira
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Attestor Capital LLP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                            :
In re:                                      :   Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,   :   Case No. 08-13555 (SCC)
                                            :
                    Debtors.                :   Jointly Administered
                                            :
                                            :
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK           )
                            )   s.s.:
COUNTY OF NEW YORK          )

      1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

      2. On July 31, 2018 I caused to be served true and correct copy of the

**OBJECTION OF ATTESTOR CAPITAL LLP TO MOTION OF PLAN ADMINISTRATOR FOR AN ORDER IN AID OF EXECUTION OF THE PLAN**

(dkt 58449) by email and by Federal Express upon: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Garrett A. Fail, Esq. (garrett.fail@weil.com); and (ii) Office of the U.S. Trustee, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Andrea

Schwartz, Esq. (andrea.b.schwartz@usdoj.gov) and Andy Velez-Rivera, Esq. (andy.velez-rivera@usdoj.gov).

                                              /s/ Eileen A. McDonnell
                                              EILEEN A. MCDONNELL

Sworn to before me this
2nd day of August, 2018

/s/ Ricardo A. Murray
Notary Public, State of New York
No. 01MU4995024
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 13, 2022

ACTIVE 234515684