UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                          :     Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     08-13555 (SCC)
                                                               :
                          Debtors.                     :     (Jointly Administered)
------------------------------------------------------------------x

## ORDER GRANTING FIVE HUNDRED TWENTY SEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the five hundred twenty seventh omnibus objection to claims, dated June 14, 2018 (the "Five Hundred Twenty Seventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, seeking to disallow and expunge the No Liability Claims listed on Exhibit 1 annexed hereto pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], all as more fully described in the Five Hundred Twenty Seventh Omnibus Objection to Claims; and due and proper notice of the Five Hundred Twenty Seventh Omnibus Objection to Claims having been provided as stated therein, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Five Hundred Twenty Seventh Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Five Hundred Twenty Seventh Omnibus Objection to Claims establish just

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Five Hundred Twenty Seventh Omnibus Objection to Claims.

cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Five Hundred Twenty Seventh Omnibus Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the No Liability Claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: August 6, 2018
      New York, New York

                                           /S/ Shelley C. Chapman
                                           UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1
## No Liability Claims

WEIL:\96670009\1\58399.0011

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

OMNIBUS OBJECTION 527: NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | BANK OF NEW YORK MELLON ON BEHALF OF KINGS RIVER LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15765 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 2 | BANK OF NEW YORK MELLON ON BEHALF OF KINGS RIVER LIMITED | 08-13555 (SCC) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 15768 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 3 | BANK OF NEW YORK MELLON ON BEHALF OF SUNSET PARK CDO LIMITED SPC | 08-13555 (SCC) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 15775 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 4 | BANK OF NEW YORK MELLON ON BEHALF OF SUNSET PARK CDO LIMITED SPC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15776 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 5 | BANK OF NEW YORK MELLON ON BEHALF OF SUNSET PARK CDO LIMITED SPC | 08-13555 (SCC) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 15777 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 6 | BANK OF NEW YORK MELLON ON BEHALF OF SUNSET PARK CDO LIMITED SPC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15778 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 7 | BANK OF NEW YORK MELLON ON BEHALF OF TAVARES SQUARE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Special Financing Inc. | 09/15/2009 | 15779 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 8 | BANK OF NEW YORK MELLON ON BEHALF OF TAVARES SQUARE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15780 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 9 | BANK OF NEW YORK MELLON ON BEHALF OF TAVARES SQUARE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 15781 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 10 | BANK OF NEW YORK MELLON ON BEHALF OF TAVARES SQUARE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15782 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 11 | BANK OF NEW YORK MELLON ON BEHALF OF VOX PLACE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 15785 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 12 | BANK OF NEW YORK MELLON ON BEHALF OF VOX PLACE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15786 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 13 | BANK OF NEW YORK MELLON ON BEHALF OF VOX PLACE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 15787 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 14 | BANK OF NEW YORK MELLON ON BEHALF OF VOX PLACE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15788 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 15 | BANK OF NEW YORK MELLON ON BEHALF OF SUNSET PARK CDO LIMITED SPC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 46927 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 16 | BANK OF NEW YORK MELLON ON BEHALF OF SUNSET PARK CDO LIMITED SPC | 08-13555 (SCC) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 46928 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 17 | BANK OF NEW YORK MELLON ON BEHALF OF FULLERTON DRIVE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 46929 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 18 | BANK OF NEW YORK MELLON ON BEHALF OF FULLERTON DRIVE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 46930 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 19 | BANK OF NEW YORK MELLON ON BEHALF OF FULLERTON DRIVE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 46931 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |
| 20 | BANK OF NEW YORK MELLON ON BEHALF OF FULLERTON DRIVE CDO LIMITED | 08-13555 (SCC) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 46932 | Contingent and Unliquidated | Contingent and Unliquidated | No Liability / Insufficient Documentation |