UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

**LEHMAN BROTHERS HOLDINGS INC., et al.**

Debtors.

---------------------------------------------------------------x

**Chapter 11**
**Case No. 08-13555 (SCC)**

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the Presentment/Hearing date for Fondo de Proteccion Social de los Depositos Bancarios, f/k/a Fondo de Proteccion Social de los Depositos Bancarios y Proteccion Bancaria's ("FOGADE") Application for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Directing Examination and Production of Certain Documents (the "Application") [Doc. Nos. 58368 (1-19)] has been adjourned to October 11, 2018 at 11:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be served by September 27, 2018 at 5:00 p.m. with a courtesy copy to Chambers.

Dated: New York, New York
August 6, 2018

**WHITE & WOLNERMAN, PLLC**

By: /s/ Randolph E. White
    Randolph E. White
    950 Third Avenue, 11th Floor
    New York, New York 10022
    *Counsel to FOGADE*

TO:   Garrett Fail, Esq.
      *Debtor's Counsel*
      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      (via ECF and E-mail)

Daniel M. Eggermann
*Counsel to Lehman Brothers Treasury*
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(via ECF and E-Mail)

All other parties in interest (via ECF)