**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 58414
:
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 2, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 1, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
2nd day of August, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000128801883 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000127417



DEUTSCHE BANK AG, SINGAPORE
ONE RAFFLES QUAY #20-00, SOUTH TOWER
SINGAPORE 048583
 SINGAPORE

Please note that your claim # 57859-12 in the above referenced case and in the amount of $200,000.00 allowed at $154,076.16 has been transferred (unless previously expunged by court order)

BANK JULIUS BAER & CO. LTD
TRANSFEROR: DEUTSCHE BANK AG, SINGAPORE
ATTN: PATRIK ROOS
BAHNOFSTRASSE 36
CH-8010 ZURICH
 SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      58414      in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/02/2018                                        Vito Genna, Clerk of Court

/s/ Marc Orfitelli
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 2, 2018.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO. LTD | TRANSFEROR: DEUTSCHE BANK AG, SINGAPORE, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH   SWITZERLAND |
| BANK JULIUS BAER & CO. LTD | TRANSFEROR: DEUTSCHE BANK AG, SINGAPORE, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH   SWITZERLAND |
| DEUTSCHE BANK AG, SINGAPORE | ONE RAFFLES QUAY #20-00, SOUTH TOWER, SINGAPORE 048583 SINGAPORE |
| DEUTSCHE BANK AG, SINGAPORE | ONE RAFFLES QUAY #20-00, SOUTH TOWER, SINGAPORE 048583 SINGAPORE |

**Total Creditor Count 4**