B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                                    Case No. 08-13555

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Citigroup Financial Products Inc. | HLF LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 21893
Amount of Claim Transferred: $263,146.00

Citigroup Financial Products Inc.
390 Greenwich Street, 4th floor
New York, New York 10013
Attn:  Kenneth Keeley
Phone:  212-723-6501
Email:  Kenneth.keeley@citi.com

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn:  Elanit A. Snow
Phone: 212-373-3000
Email:  esnow@paulweiss.com

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Joelle Gavlick_ (DocuSigned)       Date: 8/3/2018
Transferee/Transferee's Agent

Joelle Gavlick – Authorized Signatory

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court Southern District of New York
      Attn: Clerk

AND TO:   LEHMAN BROTHERS HOLDINGS, INC. ("Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Claim # 21893

**HLF LP** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

### CITIGROUP FINANCIAL PRODUCTS INC.

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 21893, solely to the extent of $263,146.00, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated August 2, 2018.

| HLF LP | CITIGROUP FINANCIAL PRODUCTS INC. |
|---|---|
| By: Halcyon Capital Management LP, Its Investment Manager | |
| By: _[signature]_ | By: _____ |
| Name: David Martino | Name: |
| Title: Controller | Title: |
| By: _[signature]_ | |
| Name: | |
| Title: John Freese Authorized Signatory | |

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:   United States Bankruptcy Court Southern District of New York
      Attn: Clerk

AND TO:   LEHMAN BROTHERS HOLDINGS, INC. ("Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Claim # 21893

**HLF LP** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CITIGROUP FINANCIAL PRODUCTS INC.**

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 21893, solely to the extent of $263,146.00, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated August 2, 2018.

| HLF LP | CITIGROUP FINANCIAL PRODUCTS INC. |
|---|---|
| By: Halcyon Capital Management LP, Its Investment Manager | |
| By:_____ | By: _Joelle Gavlick_ (DocuSigned by: 240CDA98C9F64D3...) |
| Name: | Name: |
| Title: | Title: Joelle Gavlick - Authorized Signatory |
| By:_____ | |
| Name: | |
| Title: | |