B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors</u>.          Case No. <u>08-13555 (JMP)</u>
                                                                    (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Citigroup Financial Products Inc.</u>           <u>HLTS Fund II LP</u>
Name of Transferee                               Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): <u>17423</u>
should be sent:                                  Amount of Claim Transferred: <u>$3,861,000.00</u>
                                                 Date Claim Filed: <u>September 18, 2009</u>
Citigroup Financial Products Inc.                Debtor: <u>Lehman Brothers Special Financing, Inc.</u>
390 Greenwich Street, 4th Floor
New York, NY  10013
Attn: Kenneth Keeley
E-mail Kenneth.keeley@citi.com


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Citigroup Financial Products Inc.

By: /s/ Nikki Seegmuller                               Date: 8/2/2018
    Transferee/Transferee's Agent
    Nikki Seegmuller-Authorized Signatory

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: HLTS Fund II LP

**HLTS Fund II LP**, with offices at 477 Madison Avenue, New York, New York 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Citigroup Financial Products Inc.**, with offices at 390 Greenwich Street, 4th Floor, New York, New York 10013, ATTN: Kenneth Keeley ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $3,861,000.00 of Claim No. 17423 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as the date set forth below.

| **CITIGROUP FINANCIAL PRODUCTS INC.** | **HLTS FUND II LP** |
|---|---|
| | **By: Halcyon Special Situations Management LP, its Investment Manager** |
| DocuSigned by: *Nikki Seegmuller* (Signature) | By: _____ (Signature of authorized corporate officer) |
| Name: Nikki Seegmuller<br>Title: Nikki Seegmuller-Authorized Signatory<br>(Print name and title of witness) | By: _____<br>Name _____<br>Title: _____<br>Date: _____ |

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: HLTS Fund II LP

**HLTS Fund II LP**, with offices at 477 Madison Avenue, New York, New York 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Citigroup Financial Products Inc.**, with offices at 390 Greenwich Street, 4th Floor, New York, New York 10013, ATTN: Kenneth Keeley ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $3,861,000.00 of Claim No. 17423 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as the date set forth below.

| **CITIGROUP FINANCIAL PRODUCTS INC.** | **HLTS FUND II LP** |
|---|---|
| | By: Halcyon Special Situations Management LP, its Investment Manager |
| _____ (Signature) | By: _____ (Signature of authorized corporate officer) David Martino Controller |
| Name: _____ Title: _____ (Print name and title of witness) | By: _____ John Freese Name Authorized Signatory Title: _____ Date: _____ |