WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                         :   **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :   **08-13555 (SCC)**
                                                              :
Debtors.                                           :   **(Jointly Administered)**
                                                              :
------------------------------------------------------------------x

**NOTICE OF REAPPOINTMENT OF MEMBERS OF BOARD OF DIRECTORS**
**OF LEHMAN BROTHERS HOLDINGS INC.**

PLEASE TAKE NOTICE:

In accordance with the *Modified Third Amended Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* dated January 31, 2013 (ECF No. 34348) (the "Plan") and the Amended and Restated Certificate of Incorporation of Lehman Brothers Holdings Inc. ("LBHI"), on August 2, 2018, the Lehman Brothers Holdings Inc. Plan Trust re-elected the following directors of LBHI (collectively, the "LBHI Directors"):

    Frederick Arnold
    Robert Gifford
    Thomas Knott
    Sean Mahoney
    David Pauker
    Ronald Tanemura
    Owen Thomas

The term of the LBHI Directors shall expire on December 31, 2020, subject to prior death, disability, resignation, retirement, disqualification, or removal from office.

Copies of the Plan and related documents are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom

House, One Bowling Green, New York, New York 10004.  Copies are also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.lehman-docket.com.

Dated: August 8, 2018
      New York, New York

/s/ Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc. and Certain of its Affiliates

2