B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors</u>.  Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Citigroup Financial Products Inc.</u> | <u>HLTS Fund II LP</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Citigroup Financial Products Inc.
390 Greenwich Street, 4th Floor
New York, NY  10013
Attn: Kenneth Keeley
E-mail Kenneth.keeley@citi.com

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn:  Elanit A. Snow
Phone:  212-373-3000
Email:  esnow@paulweiss.com

Court Claim # (if known): <u>25610</u>
Amount of Claim Transferred: <u>$196,054.91</u>
Date Claim Filed:         <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Special Financing, Inc.</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Citigroup Financial Products Inc.

By: /s/ Nikki Seegmuller    Date:  8/2/2018
Transferee/Transferee's Agent
Nikki Seegmuller-Authorized Signatory

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

12

Doc#: US1:12065693v6

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: HLTS Fund II LP

**HLTS Fund II LP**, with offices at 477 Madison Avenue, New York, New York 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Citigroup Financial Products Inc.**, with offices at 390 Greenwich Street, 4th Floor, New York, New York 10013, ATTN: Kenneth Keeley ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $196,054.91 of Claim No. 25610 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as the date set forth below.

| **CITIGROUP FINANCIAL PRODUCTS INC.** | **HLTS FUND II LP** |
|---|---|
| | By: Halcyon Special Situations Management LP, Its Investment Manager |
| WITNESS: | |
| *Nikki Seegmuller* (DocuSigned by) (Signature) | By: _____ Name: _____ Title: _____ Date: _____ |
| Name: Nikki Seegmuller Title: Nikki Seegmuller-Authorized Signatory (Print name and title of witness) | By: _____ Name: _____ Title: _____ Date: _____ |

13

Doc#: US1:12065693v6

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: HLTS Fund II LP

**HLTS Fund II LP**, with offices at 477 Madison Avenue, New York, New York 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Citigroup Financial Products Inc.**, with offices at 390 Greenwich Street, 4th Floor, New York, New York 10013, ATTN: Kenneth Keeley ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $196,054.91 of Claim No. 25610 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as the date set forth below.

| **CITIGROUP FINANCIAL PRODUCTS INC.** | **HLTS FUND II LP** |
|---|---|
| | By: Halcyon Special Situations Management LP, Its Investment Manager |
| WITNESS: | By: _(signature)_ |
| _____ | Name: David Martino |
| (Signature) | Title: Controller |
| | Date: _____ |
| | By: _(signature)_ |
| Name: _____ | Name: John Freese |
| Title: _____ | Title: Authorized Signatory |
| (Print name and title of witness) | Date: _____ |

13

Doc#: US1:12065693v6