

**U.S. Department of Justice**

*Office of the United States Trustee*
*Southern District of New York*

_____

*201 Varick Street, Suite 1006*
*New York, New York 10014*
*Telephone Number 212-510-0500*
*Facsimile Number 212-668-2255*

August 9, 2018

Clerk of Court
United States Bankruptcy Court
Alexander Hamilton U.S. Courthouse
One Bowling Green
New York, NY  10004

**Re:  In re Lehman Brothers Holdings Inc., Case No. 08-13555 (SCC)**
       **U.S. Bankruptcy Court, Southern District of New York**

# Request for Removal from ECF Notice List

To Clerk of Bankruptcy Court:

The undersigned requests that his email account be removed from the list of accounts receiving electronic notice of filings in the above-referenced chapter 11 case through the Court's CM/ECF system.  The email account to be removed on CM/ECF is:

andy.velez-rivera@usdoj.gov.

Thank you.

                                                        Very truly yours,

                                                        WILLIAM K. HARRINGTON
                                                        UNITED STATES TRUSTEE

                                          **By:**    **/s/ Andrew D. Velez-Rivera**
                                                        Trial Attorney

1