B2100A (Form 2100A) (12/15)

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555 (SCC)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claims referenced in this evidence and notice.

| **CITIGROUP FINANCIAL PRODUCTS INC.** | **HLTS FUND II LP** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Citigroup Financial Products Inc.**
390 Greenwich Street, 4th Floor
New York, New York 10013
Kenneth.Keeley@citi.com
ATTN: Kenneth Keeley

Court Claim # (if known): 67506
Amount of Claim Transferred: $1,253,746.72
ISIN/CUSIP:
Blocking Number:
Date Claim Filed:

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
ATTN: Elanit Snow
Phone: 212-373-3000
Email: esnow@paulweiss.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _DocuSigned by: Joelle Gavlick / 240CDA98C9F64D3..._    Date: August 2, 2018
        Transferee/Transferee's Agent

Joelle Gavlick – Authorized Signatory

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Citigroup Financial Products Inc.

**HLTS FUND II LP**, a limited partnership with offices at 477 Madison Avenue – 8th Floor, New York, New York 10022, ATTN: Matt Seltzer ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Citigroup Financial Products Inc. ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $1,253,746.72, docketed as Claim No. 67506 (which amended original Claim No. 32602) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 2nd day of August 2018.

**HLTS FUND II LP**

By: Halcyon Special Situations Management LP,
Its Investment Manager

By: _____
Name: David Martino
Title: Controller

By: _____
Name: John Freese
Title: Authorized Signatory

**CITIGROUP FINANCIAL PRODUCTS INC.**

By:_____
Name:
Title:

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Citigroup Financial Products Inc.

**HLTS FUND II LP**, a limited partnership with offices at 477 Madison Avenue – 8th Floor, New York, New York 10022, ATTN: Matt Seltzer ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Citigroup Financial Products Inc. ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $1,253,746.72, docketed as Claim No. 67506 (which amended original Claim No. 32602) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 2nd day of August 2018.

**HLTS FUND II LP**

By: Halcyon Special Situations Management LP,
    Its Investment Manager


By: _____
Name:
Title:


By: _____
Name:
Title:


**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____
Name:           DocuSigned by: Joelle Gavlick
Title:          240CDA98C9F64D3...

Joelle Gavlick - Authorized Signatory