**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | Ref. Docket No. 58471 |

------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 8, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 8, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
8th day of August, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

LBVN HOLDINGS, L.L.C.
TRANSFEROR: GOLDMAN SACHS & CO.
P.O. BOX 1641
NEW YORK, NY 10150

LBVN HOLDINGS, L.L.C.
ANDREW N. ROSENBERG
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

Please note that your claim # 46900-05 in the above referenced case and in the amount of $9,560,681.47 allowed at $9,224,187.51 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000128855278 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000188738



DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: LBVN HOLDINGS, L.L.C.
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: RICH VICHAIDITH; 60 WALL ST.
NEW YORK, NY 10005

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER          58471          in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/08/2018                    Vito Genna, Clerk of Court

                                   /s/ Betina Wheelon
                                   _____

                                   EPIQ BANKRUPTCY SOLUTIONS, LLC

                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 8, 2018.

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | ANDREW N. ROSENBERG, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: CANTOR FITZGERALD & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC, P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | ANDREW N. ROSENBERG, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., PO BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | ANDREW N ROSENBERG, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |

Total Creditor Count 27