WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Christopher K. Kiplok
Jeffrey S. Margolin
Erin E. Diers

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | **08-13555 (SCC)** |
| Debtors. | **(Jointly Administered)** |
| **In re** | **Case No.** |
| **LEHMAN BROTHERS INC.,** | **08-01420 (SCC) (SIPA)** |
| Debtor. | |

# NOTICE OF AGENDA OF MATTERS SCHEDULED
# FOR THE HEARING ON AUGUST 14, 2018 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS INC. PROCEEDING

### I.   UNCONTESTED MATTERS:

1.  Twenty-Sixth Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from January 1, 2018 Through April 30, 2018  [**LBI ECF No. 14646**]

    Response Deadline:   August 7, 2018 at 4:00 p.m. (Eastern Time)

    Response Received:

    A.  Recommendation of the Securities Investor Protection Corporation in Support of the Twenty-Sixth Application [**LBI ECF No. 14654**]

    Related Documents:

    B.   Notice of Hearing on Application [**LBI ECF No. 14647**]

    Status: This matter is going forward on an uncontested basis.

2.  Trustee's Motion for an Order Authorizing the Abandonment of Certain Discovery Databases [**LBI ECF No. 14645**]

    Response Deadline:   August 7, 2018 at 4:00 p.m. (Eastern Time)

    Response Received:   None.

    Related Documents:   None.

    Status: This matter is going forward on an uncontested basis.

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

**II.    CONTESTED MATTERS:**

3.   Motion of the Plan Administrator for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors [**ECF No. 58381**]

Response Deadline:   July 31, 2018 at 4:00 p.m. (Eastern Time).

Responses Filed:

A.   Objection by Attestor Capital LLP to Motion of the Plan Administrator for an Order in Aid of Execution of the Plan **[ECF No. 58449]**

B.   Objection to Motion and Joinder by Deutsche Bank AG and Affiliates to the Objection of Attestor Capital LLP To Motion of Plan Administrator For An Order In Aid of Execution of the Plan **[ECF No. 58450]**

Related Documents:

C.   Reply in Support of Motion of the Plan Administrator for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors **[ECF No. 58487]**

Status:   This matter is going forward on a contested basis.

Dated: August [ ], 2018
      New York, New York

/s/ Garrett A. Fail
Jacqueline Marcus
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: August [ ], 2018
      New York, New York

/s/ Jeffrey S. Margolin
Christopher K. Kiplok
Jeffrey S. Margolin
Erin E. Diers

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.