**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | Ref. Docket Nos. 58414, 58472, |
|  | : | 58473, 58474, 58475, 58476, 58477, |
|  | : | 58478, 58479, 58499, 58500, 58501, |
|  | : | 58502, 58503, 58504, 58505, 58506, |
|  | : | 58507, 58508, 58509, 58510, 58511, |
|  | : | 58512, 58513, 58514, 58515, 58516, |
|  | : | 58517, 58518, 58519, 58520, 58521, |
|  | : | 58522, 58523, 58524, 58525, 58527, |
|  | : | 58528, 58529, 58531, 58532, 58535, |
|  | : | 58536, 58537, 58538, 58539, 58540, |
|  | : | 58541 |

------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 10, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 10, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
14th day of August, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

HLTS FUND II LP
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
C/O HALCYON ASSET MANAGEMENT LP
ATTN: MATT SELTZER
477 MADISON AVENUE - 8TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 28104-36 in the above referenced case and in the amount of $5,292,243.00 allowed at $4,377,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000129004036 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 34266



| | |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | CITIGROUP FINANCIAL PRODUCTS INC. |
| ELANIT A. SNOW | TRANSFEROR: HLTS FUND II LP |
| C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: KENNETH KEELEY |
| 1285 AVENUE OF THE AMERICAS | 390 GREENWICH STREET, 4TH FLOOR |
| NEW YORK, NY 10019 | NEW YORK, NY 10013 |

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        58509                in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/10/2018          Vito Genna, Clerk of Court

/s/ Betina Wheelon

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 10, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO LTD | TRANSFEROR: DEUTSCHE BANK AG, SINGAPORE, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH  SWITZERLAND |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE |

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LBVN HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, SINGAPORE | ONE RAFFLES QUAY #20-00, SOUTH TOWER, SINGAPORE 048583 SINGAPORE |
| DEUTSCHE BANK AG, SINGAPORE | ONE RAFFLES QUAY #20-00, SOUTH TOWER, SINGAPORE 048583 SINGAPORE |
| DEUTSCHE BANK AG, SINGAPORE | ONE RAFFLES QUAY #20-00, SOUTH TOWER, SINGAPORE 048583 SINGAPORE |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT – M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT – M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT LLC – MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT LLC – MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC, HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT LLC – MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT LLC – MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT LLC – MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT – M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT – M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT – M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT – M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O HALCYON ASSET MANAGEMENT LP; ATTN: MATT SELTZER, 477 MADISON AVENUE – 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O HALCYON ASSET MANAGEMENT LP; ATTN: MATT SELTZER, 477 MADISON AVENUE – 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT LLC – MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT LLC – MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT LLC – MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT LLC – MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT – M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O HALCYON ASSET MANAGEMENT LP, ATTN: MATT SELTZER, 477 MADISON AVENUE – 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O HALCYON ASSET MANAGEMENT LP – MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS LLC, C/O HALCYON ASSET MANAGEMENT LP, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| HLTS FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS LLC, C/O HALCYON ASSET MANAGEMENT LP, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK N.A., C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK N.A., C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O HALCYON ASSET MANAGEMENT LP, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O HALCYON ASSET MANAGEMENT LP, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O HALCYON ASSET MANAGEMENT LP, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O HALCYON ASSET MANAGEMENT LP, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O HALCYON ASSET MANAGEMENT LLC, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | ANDREW N. ROSENBERG, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC, P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC, P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: RBS SECURITIES INC., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | ANDREW N. ROSENBERG, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: RBS SECURITIES INC., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: RBS SECURITIES INC., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: RBS SECURITIES INC., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 |

| Claim Name | Address Information |
|---|---|
| LBVN HOLDINGS, L.L.C. | AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX  1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | ANDREW N. ROSENBERG, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISION LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | ANDREW N. ROSENBERG, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | ANDREW N. ROSENBERG, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED, P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WAHRTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG & |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LBVN HOLDINGS, L.L.C. | BRIAN S. HERMANN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH,INC, P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED, P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED, P.O. BOX 1641, NEW YORK, NY 10150 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |

**Total Creditor Count 262**