**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.*

                      Debtors.
------------------------------------------------------------------ x

: Chapter 11
:
: Case No. 08-13555 (SCC)
:
: (Jointly Administered)
:
: Ref. Docket Nos. 58489, 58490,
: 58492, 58493, 58494, 58495, 58496,
: 58497, 58498, 58542, 58543, 58544,
: 58545, 58547, 58548, 58549, 58550,
: 58551, 58552, 58553, 58554, 58555,
: 58556, 58557

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 13, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 13, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
14th day of August, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000129005397 ***     LBH TRFNTC (ADDRESS2, ADRKEYID3) 24841



CITIBANK PRIVATKUNDEN AG & CO. KGAA
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

CITIBANK PRIVATKUNDEN AG & CO. KGAA
C/O TARGOBANK AG & CO, KGAA
ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG
KASERNENSTRASSE 10
40213 DUESSELDORF
GERMANY

Please note that your claim # 5055404-12 in the above referenced case and in the amount of $4,260.30 allowed at $3,644.57 has been transferred (unless previously expunged by court order)

KEIDEL, ERIKA
TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA
SCHULWEG 1
39030 LUTTACH/SUEDTIROL
ITALY

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 58494 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/13/2018                    Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 13, 2018.

08-13555-mg    Doc 58573    Filed 08/15/18    Entered 08/15/18 17:55:30    Main Document
    Pg 5 of 8

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| ALLIANZ BANK S.P.A. | TRANSFEROR: DEUTSCHE BANK S.P.A., ATTN: BRUNO CASALINI / FRANCO BRICHETTI, PIAZZA TRE TORRI, 3, 20145 MILANO   ITALY |
| BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. | TRANSFEROR: BANCA FIDEURAM S.P.A., ATTN: MR. MARIO MUSSO, VIA CAVOUR, N. 4, 12051 ALBA (CUNEO)   ITALY |
| BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. | TRANSFEROR: BANCA FIDEURAM S.P.A., ATTN: MR. MARIO MUSSO, VIA CAVOUR, N. 4, 12051 ALBA (CUNEO)   ITALY |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| DEUTSCHE BANK S.P.A. | ATTN: MR. ANDREA MOIOLI, PIAZZA DEL CALENDARIO, 3, MILANO 20126 ITALY |
| HLF LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HALCYON ASSET MANAGEMENT LLC - MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HALCYON ASSET MANAGEMENT LLC - MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT - M |

| Claim Name | Address Information |
|---|---|
| HLF LP | SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, ATTN: MATT SELTZER, C/O HALCYON ASSET MANAGEMENT LLC, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O HALCYON ASSET MANAGEMENT LP, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O HALCYON ASSET MANAGEMENT LP, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O HALCYON ASSET MANAGEMENT LP, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O HALCYON ASSET MANAGEMENT LP, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| KEIDEL, ERIKA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, SCHULWEG 1, 39030 LUTTACH/SUEDTIROL   ITALY |
| LUZERNER KANTONALBANK AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., PILATUSSTRASSE 12, CH-6002 LUZERN SWITZERLAND |

**Total Creditor Count 68**