Alex R. Rovira
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5959

*Attorneys for Attestor Capital LLP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEAL

Notice is hereby given that pursuant to Federal Rules of Bankruptcy Procedure 8002, 8003 and 28 U.S.C. § 158 Attestor Capital LLP, on behalf of funds under its management that hold Primary Claims and Guarantee Claims (collectively, "Appellants"), hereby appeal to the United States District Court, Southern District of New York from the *Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* (the "Order") of the United States Bankruptcy Court for the Southern District of New York entered on August 15, 2018 [Docket No. 58572] (attached as Exhibit A), which granted the *Motion of the Plan Administrator for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* [Docket No. 58381] to the extent set forth in the Order.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are set forth below:

Appellant:
Attestor Capital LLP

Appellant's Counsel:
Alex R. Rovira
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
212.839.5300

Co-Appellant:
Deutsche Bank AG and affiliates

Co-Appellant's Counsel:
Joshua Dorchak
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
212.309.6000

Appellee:
Lehman Brothers Holdings Inc.

Appellee's Counsel:
Garrett A. Fail
Richard L. Levine
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
212.310.8000

Dated: New York, New York
August 20, 2018

**SIDLEY AUSTIN LLP**

/s/ *Alex R. Rovira*
Alex R. Rovira
(arovira@sidley.com)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Attestor Capital LLP*