**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | No.: 08-13555 (SCC) |
| | : | |
| Debtors. | : | |
| | : | |

---------------------------------------------------------------x
| | | |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | : | Adversary Proceeding |
| | : | |
| Plaintiff, | : | No. 16-01019 (SCC) |
| | : | |
| - against - | : | |
| | : | |
| 1ST ADVANTAGE MORTGAGE, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------x
| | | |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | : | Adversary Proceeding |
| | : | |
| Plaintiff, | : | No. 16-01295 (SCC) |
| | : | |
| - against - | : | **STIPULATION AND ORDER** |
| | : | **OF SUBSTITUTION OF** |
| SUBURBAN MORTGAGE, INC., | : | **COUNSEL AND NOTICE OF** |
| | : | **APPEARANCE** |
| Defendant. | : | |

---------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to the United States Bankruptcy Court, Southern District of New York, Local Rule 2090-1, that the law firm of Lani Adler Partners LLC is hereby substituted in the place and stead of Fensterstock Adler LLP as counsel of record for defendant Suburban Mortgage, Inc. in the above-captioned action.

PLEASE TAKE NOTICE that the law firm of Fensterstock Adler LLP hereby withdraws its appearance as counsel for defendant Suburban Mortgage, Inc. in the above-captioned matter.

PLEASE TAKE NOTICE that Lani A. Adler of the law firm of Lani Adler Partners LLC hereby enters her appearance, and that of the firm of Lani Adler Partners LLC as counsel for defendant Suburban Mortgage, Inc. in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that copies of all notices, pleadings, correspondence and other communications given or filed in the above-captioned matter should be given and served upon the following:

Lani A. Adler
Lani Adler Partners LLC
275 West 96th Street,
Suite 15G
New York, New York 10025
Tel:(646)732 3260
Ladler@LaniAdlerPartner.com

Dated:  New York, New York
       August 20, 2018

| FENSTERSTOCK ADLER LLP | LANI ADLER PARTNERS LLC |
|---|---|
| By: /s/ *Lani A. Adler* | By: /s/ *Lani A.* Adler |
| Lani A. Adler | Lani A. Adler |
| 100 Broadway, 8th Floor | 275 West 96th Street, Suite 15G |
| New York, New York 10005 | New York, New York 10025 |
| ladler@fensterstockadler.com | Ladler@LaniAdlerPartners.com |
| Tel. (212) 785 4100 | Tel.: (646) 732-3260 |
| *Withdrawing Counsel for Suburban Mortgage, Inc.* | *Substituting Counsel for Suburban Mortgage, Inc.* |

SO ORDERED:

_____
The Honorable Shelley C. Chapman
United States Bankruptcy Judge

New York, New York
August _____, 2018

2