Joshua Dorchak
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
212.309.6000

Attorneys for Appellant
Deutsche Bank AG and Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>Jointly Administered |

## NOTICE OF APPEAL

Notice is hereby given that pursuant to Federal Rule of Bankruptcy Procedure 8003 and 28 U.S.C. § 158 claimants Deutsche Bank AG and its affiliates (collectively, "Appellant") hereby appeal to the United States District Court, Southern District of New York from the *Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* (the "Order") of the United States Bankruptcy Court for the Southern District of New York entered on August 15, 2018 [Docket No. 58572] (attached as Exhibit A), which granted the *Motion of the Plan Administrator for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* [Docket No. 58381] to the extent set forth in the Order.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are set forth below:

DB3/ 202111523.1

<u>Appellant</u>:
Deutsche Bank AG and affiliates

<u>Appellant's Counsel</u>:
Joshua Dorchak
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York  10178
212.309.6000

<u>Co-Appellant</u>:
Attestor Capital LLP

<u>Co-Appellant's Counsel</u>:
Alex R. Rovira
Sidley Austin LLP
787 Seventh Avenue
New York, New York  10019
212.839.5300

<u>Appellee</u>:
Lehman Brothers Holdings Inc.

<u>Appellee's Counsel</u>:
Garrett A. Fail
Richard L. Levine
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
212.310.8000

Dated: New York, New York
August 20, 2018

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ *Joshua Dorchak*
    Joshua Dorchak
    101 Park Avenue
    New York, New York  10178
    212.309.6000
    joshua.dorchak@morganlewis.com

    Attorneys for Appellant
    Deutsche Bank AG and Affiliates