**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                           :    **Chapter 11 Case No.**
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (SCC)**
                                                                :
             Debtors.                                    :    **(Jointly Administered)**
                                                                :
------------------------------------------------------------------x

**ORDER IN AID OF EXECUTION OF**
**THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN**
**OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

Upon the motion [ECF No. 58381 (the "Motion")],[1] dated July 10, 2018, of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), for approval, pursuant to sections 105(a) and 1142(b) of title 11 of the United States Code, for an order in aid of execution of the Plan, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) the record holders of the Remaining Claims; and (vi) all other parties entitled to notice in accordance with the procedures set forth in the second amended order

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

08-13555-mg Doc 58587-1 Filed 08/20/18 Entered 08/20/18 15:15:33 Exhibit A
Order In Aid Of Execution Of The Modified Third Amended Joint Chapte Pg 2 of 2

08-13555-scc Doc 58572 Filed 08/15/18 Entered 08/15/18 14:19:50 Main Document
Pg 2 of 2

entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF No. 9635]; and it appearing that no other or further notice need be provided; and a hearing having been held on August 14, 2018 (the "Hearing") to consider the relief requested in the Motion and the objections to the Motion [ECF Nos. 58449 and 58450 (the "Objections")]; and the Court having considered the Objections, and the Court having found and determined that the relief sought in the Motion is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor and for the reasons stated by the Court on the record at the Hearing, it is

      ORDERED that the Subsequent LBIE Distribution is "other consideration provided on the corresponding Primary Claim" within the meaning of section 8.13(a) of the Plan; and it is further

      ORDERED that the Objections are overruled; and it is further

      ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       August 15, 2018

                                      /S/ Shelley C. Chapman
                                      Honorable Shelley C. Chapman
                                      United States Bankruptcy Judge

WEIL:\96688604\2\58399.0011