Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CREDIT SUISSE AG, HONG KONG BRANCH | VP BANK (LUXEMBOURG) SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

C/O Klestadt Winters Jureller Southard & Stevens, LLP
Attn: Stephanie Sweeney, Esq
200 West 41st St, 17th Floor, New York, New York 10036

Phone: +65 6306 0199
Last Four Digits of Acct #: _____

Court Claim # (if known): 50469
Date Claim Filed: 28 OCT 2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): 200000

Phone: +352 404 770 446
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 24 JULY 2018
    LIM YOU BENG
    Transferee/Transferee's Agent
    AVP
    CREDIT SUISSE

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

BOEY KIA UNG

VP Bank (Luxembourg) SA
26, Avenue de la Liberté · L-1930 Luxembourg · Luxembourg · T +352 404 770-1 · F +352 481 117
info.lu@vpbank.com · www.vpbank.com · N° RCS B29509



## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, VP Bank (Luxembourg) SA ("Transferor") unconditionally and irrevocably transferred to Credit Suisse AG Hong Kong branch all of its right, title, interest claims and causes of action in and or arising under or in connection with the portion of its claim (Claim No. 50469) related to the security with International Securities Identification Number listed on Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case NO. 0813555 (VP Bank SA) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and herby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEROF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 23rd July 2018.


VP Bank (Luxembourg) SA

By: _____
Name: Eckhard Lang
Title First Vice President

By: _____
Name: Glodt Carole
Title: Authorized Officer

Schedule 1

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Security Description | Currency | Nominal Amount |
|---|---|---|---|---|---|
| XS0335080346 | 50469 | 10/28/2009 | 3 1 1/2% LEHMAN BROTHERS CALL NOTE | USD | 200000 |