

Swissquote Bank SA
Head Office

Chemin de la Crétaux 33
Case postale 391
CH - 1196 Gland

T. 0848 25 88 88
F. +41 22 999 94 42

United States Bankruptcy Court for the southern
District of New York (the "Bankruptcy Court")
One Bowling Green New York
New York  10004
Attention:  Clerk of the Court
United States of America

Gland, 1 August 2018

# TRANSFER OF CLAIM

Dear all,

Please find attached the transfer of claim document duly completed and signed.

Thank you to proceed as requested, and confirm me once the transfer of claim is done :

David Sousa
Responsible Settlement

Swissquote Bank SA
Back Office & Banking Applications
Ch.de la Crétaux 33
CH-1196 Gland
Switzerland

Tel  +41 (0) 22 525 93 67
Fax +41 (0) 22 999 94 42
david.sousa@swissquote.ch

Swissquote Bank SA

*David Sousa*
**David Sousa**
**Responsible Settlement**

Regulated by the Swiss Financial Market Supervisory Authority (FINMA), Swissquote Bank Ltd is the Leading Online Bank in
Switzerland since 2000. More information available on www.swissquote.com

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UNION BANCAIRE PRIVEE, UBP SA** ("Transferor") unconditionally and irrevocably transferred to **Swissquote Bank SA,** with residence at Chemin de la Crétaux 33, 1196 Gland, Switzerland all of its right, title, interest claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **5259233.68**) **equal to an allowed claim of USD 82'308.13** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 31st July 2018.

UNION BANCAIRE PRIVEE, UBP SA

Securities department
Director

Securities department
Associate

Swissquote Bank
Case Postale 319
Chemin de la Crétaux 33
CH-1196 Gland

Mathieu Bruneau

David Sousa
Responsible Settlement
Swissquote Bank SA

Schedule I

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN / Description | Court Claim | Date Claim Filed | Issuer | Claim Unsecured | Allowed Unsecured |
|---|---|---|---|---|---|
| ISIN XS0307992676<br><br>Lehman Brothers Treasury due 02.08.2012 | 5259233.68 | 29th October 2009 | Lehman Brothers Treasury | USD 82'308.13 | USD 82'308.13 |