# EVIDENCE OF TRANSFER OF CLAIM

FILED / RECEIVED

AUG 0 9 2018

EPIQ

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Coutts & Co AG, 8045 Zurich, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Evesfield Group Management Ltd, 8 Temasek Boulevard, Suntex Tower, Singapore 038988** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221.36**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 01 August 2018

RBS Coutts Bank AG

By: _____
Name: Erich Vogel
Title: Senior Vice President

By: _____
Name: Hans-Peter Schmid
Title: Director

# SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0342303400 | 45221.36 | October 23, 2009 | Lehman Brothers Treasury BV | USD   500'000.00 |

Post 2

03.08.2018   16:25

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings, Inc.,                     Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee: **Evesfield Group Management**    Name of Transferor:   **Coutts & Co AG**
                                                                           Zurich, Switzerland

Court Claim #:        n/a                    Court Claim #:           45221.36
Date Claim Filed:     n/a                    Date Claim Filed:        10/23/2009

Name and Address where notices to            Amount of Claim: Note: This is a partial
transferee should be sent:                    transfer of claim. See attached Evidence of
                                              Transfer of Claim for Details

Evesfield Group Management Ltd
c/o Orbis Advisory Pte Ltd
8 Temasek Boulevard
Hex 32-01 Suntex Tower Three
Singapore 038988

Phone: +65 6423 9358                         Phone: n/a
Email: inka@orbisadvisory.net                Email: n/a
Last Four Digits of Acct #:   n/a            Last Four Digits of Acct. #:   n/a

Name and Address where transferee payments
should be sent (if different from above):

Phone:                Beneficiary Bank : Standard Chartered Bank, Singapore
Email:                Swift Code : SCBLSGSG
Last Four Digits of Acct #:   Account with (Field 57A) : The Standard Chartered Private Bank, Singapore
                      Swift Code : SCBLSGSGZPB
                      Beneficiary Name : Evesfield Group Management Ltd
                      Beneficiary Account No : 109023
                      Payment Details : Attn: Raine Tay

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ARCAS HOLDING LTD.   /signature/            Date:  27 JUL 2018
    Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXPRESS WORLDWIDE**  DOX
IntraShip (7.4) / *17-1409*

From RBS Services (Schweiz) AG
A. Jeannet +41432455050
Lerchenstrasse 18
8045 ZURICH
CH SWITZERLAND

To
Epiq Bankrupcty Solutions LLC
LB Holdings Claims Processing
Third Avenue 777
12th Floor
**10017 NEW YORK NEW YORK
US UNITED STATES OF AMERICA**

**LEJ2  US-ZYP-TSS**

Day  Time

Ref code  scm/XOE          Piece Weight: 0.1 kg     Piece
Account No  214049972      Pickup date: 2018-08-08   1/1
Content / Commerce Control Statement / RC
Documents

**EXPRESS WORLDWIDE**  |DOX|  DHL

**10017 NEW YORK, United States**    Origin: ZRH
LEJ2  **US-ZYP-TSS**

Day  Time

Account No. 214049972   Date:   Pcs / Shpt Weight  Piece
Ref code                         0.10 / 0.10 KG    1/1


WAYBILL46 8920 4704

FIL D / RECE
Content
description:
AUG 09 2018
EPIQ


(2L)US10017 + 42000000


(J)JD01 4600 0052 5233 0660

Colocar guia completada
Por favor asegurarse que toda la documentación necesaria esté completa y el contenido está debidamente empacado, de forma segura.