J.P. Morgan (Suisse) SA                                              **J.P.Morgan**

AUG - 9 2018

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Hodings Inc., et al., Debtors,     Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| J.P. MORGAN SUISSE SA | J.P. MORGAN CHASE BANK, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim # (if known):: 59849
Name and Address where notices to transferee should be sent:
   ATTN:CORPORATE ACTION DEPT
   1, CHEMIN DE LA VOIE CREUSE
   GENEVA 1202
   SWITZERLAND

Court Claim # (if known): 59851
Amount of Claim: $ 84,700.20
Date Claim Filed: 29/10/2009

Phone: +42 227 441 141

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Philip Bourne, Vice President_  /s/       Date: 30/07/2018
   Transferee/Transferee's Agent

Oliver Fernandes
Executive Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

J.P. Morgan (Suisse) SA                                                    J.P.Morgan

## SCHEDULE 1

**Lehman Programs Securities Related to Transferred Portion of Claim :**

| ISIN | Court Claim | Date Claim Filed | Issuer | Blocking number | Nominal Amount / Quantity of Claim related to Security to be transferred |
|---|---|---|---|---|---|
| ANN5214R4782 | 59851 | October 29, 2009 | Lehman Brothers Holdings Inc. | 9534728 | 84,700.20$ out of 931,702.20$ |

**Wire transfer details for future distribution**

J.P. MORGAN (SUISSE) S.A., GENEVA
STANDARD CASH SETTLEMENT INSTRUCTIONS
BENEFICIARY : J.P. MORGAN (SUISSE) S.A., GENEVA
BIC CODE : MGTCCHGG

| Interbank Payment (MT200 or MT202) | Field 58 | | Field 57 | |
|---|---|---|---|---|
| Ccy | Beneficiary's Account Number | Beneficiary's Account Number IBAN Format | Beneficiary's Bank | BIC Code of Beneficiary's Bank |
| USD | 001-1-008182 | N/A | JPMORGAN CHASE BANK, N.A., New York (Aba 021000021) | CHASUS33 |

Please see our details form an operational perspective if you have any questions in regards to the transfer of claim:

Philip Bourne      | Tel : (41) 22 744 1141      | philip.bourne@jpmorgan.com
Oliver Fernandes  | Tel : (41) 22 744 9648      | oliver.fernandes@jpmorgan.com