J.P. Morgan (Suisse) SA

J.P.Morgan

AUG - 9 2018

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Hodings Inc., et al., Debtors,

Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **J.P. MORGAN INTERNATIONAL BANK** | **J.P. MORGAN SUISSE SA** |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim # (if known): 59848
Name and Address where notices to transferee should be sent:
  ATTN: LEGAL DPT
  125 London Wall, London EC2Y5AJ,
  UK

Court Claim # (if known): 59849
Amount of Claim:  $ 37,877.10
Date Claim Filed:  29/10/2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____    Date: 30/07/2018 _____
    **Philip Bourne**
    Vice President
    Transferee/Transferee's Agent

Oliver Fernandes
Executive Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

J.P.Morgan

J.P. Morgan (Suisse) SA

**SCHEDULE 1**

**Lehman Programs Securities Related to Transferred Portion of Claim** :

| ISIN | Court Claim | Date Claim Filed | Issuer | Blocking number | Nominal Amount / Quantity of Claim related to Security to be transferred |
|---|---|---|---|---|---|
| XS0296595910 | 59849 | October 29, 2009 | Lehman Brothers Holdings Inc. | 9534719 | 37,877.10$ out of 37,877.10$ |

**Wire transfer details for future distribution**

J.P. MORGAN INTERNATIONAL BANK, BRUSSELS BRANCH
STANDARD CASH SETTLEMENT INSTRUCTIONS
BENEFICIARY : J.P. MORGAN INTERNATIONAL BANK, BRUSSELS BRANCH
BIC CODE : JPMGBEBB

| Interbank Payment (MT200 or MT202) | Field 58 | | Field 57A | | Interbank Payment (MT200 or MT202) |
|---|---|---|---|---|---|
| Currency | Beneficiary's Account Number | Beneficiary's Account Number IBAN Format | BIC Code of Beneficiary's Bank | Beneficiary's Bank | Ccy |
| USD | 400-928582 | N/A | JPMORGAN CHASE BANK, N.A., | CHASUS33 | USD |

Please see our details form an operational perspective if you have any questions in regards to the transfer of claim:

Philip Bourne    l Tel : (41) 22 744 1141        l  philip.bourne@jpmorgan.com
Oliver Fernandes  l Tel : (41) 22 744 9648        l  oliver.fernandes@jpmorgan.com