# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al.*    Case No. 08-13555 (SCC) (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **RSCC ASSETS LLC** | **Quantum Partners LP** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

RSCC Assets LLC
C/O Soros Capital Management LLC
250 West 55th Street
New York, NY 10019
Attention: Zachary Baskind
Phone: 212-320-5794
Email: Zachary.Baskind@soros.com
Email: SFMBD@viteos.com

Court Claim No.: 31595

Amount of Claim Transferred: $621,784.00

Phone: N/A
Last Four Digits of Acct. #: N/A

Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**RSCC ASSETS LLC**

By: *Gitanjali Workman* (signature)    Date: 8/21/18
Name: Gitanjali Workman
Title: Attorney-in-Fact

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

134-2013/AGR/5619481.1

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

QUANTUM PARTNERS LP ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to RSCC ASSETS LLC ("**Buyer**"), $621,784.00 of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. 31595 (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 21 day of August, 2018.

SELLER:

**QUANTUM PARTNERS LP**
**By: QP GP LLC, its general partner**

By: _____
Name: Jodye Anzalotta
Title: Attorney-in-Fact

BUYER:

**RSCC ASSETS LLC**

By: _____
Name: Gitanjali Workman
Title: Attorney-in-Fact

134-2013/AGR/5619481.1