B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Empyrean LHMN SPV, LP | Citigroup Financial Products Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Empyrean LHMN SPV, LP
10250 Constellation Blvd.
Suite 2950
Los Angeles, CA 90067
Attn: Sterling Hathaway
Phone: 310-843-3070
Fax: 310-843-4915
E-mail: operations@empyrean.com

Court Claim # (if known): 66799
Amount of Claim Transferred: $1,435,213.66
ISIN/CUSIP:
Blocking Number:

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: August 21, 2018
    Transferee/Transferee's Agent

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

    **Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Empyrean LHMN SPV, LP** (the "Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $1,435,213.66, docketed as Claim No. 66799 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the 21st day of August, 2018.

**EMPYREAN LHMN SPV, LP**

By: _____
Name: Sterling Hathaway
Title: Authorized Signatory

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Empyrean LHMN SPV, LP** (the "Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $1,435,213.66, docketed as Claim No. 66799 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 21st day of August, 2018.

**EMPYREAN LHMN SPV, LP**

By: _____
Name:
Title:

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____
  DocuSigned by: Joelle Gavlick
  240CDA98C9F64D3...
Name:
Title: Joelle Gavlick – Authorized Signatory