B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                                   Case No. 08-13555

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Empyrean Investments, LLC | Citigroup Financial Products Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Empyrean Investments, LLC
10250 Constellation Blvd.
Suite 2950
Los Angeles, CA 90067
Attn: Sterling Hathaway
Phone: 310-843-3070
Email: operations@empyrean.com

Court Claim # (if known): 17205
Amount of Claim Transferred: $15,000,000
ISIN/CUSIP:
Blocking Number:

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Sterling Hathaway_                                   Date: August 21, 2018
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

### EXHIBIT 1-A

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **Citigroup Financial Products Inc.**, with offices located at 390 Greenwich Street, 4th Floor, New York, New York 10013, Attn: Kenneth Keeley ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Empyrean Investments, LLC**, with offices located at 10250 Constellation Blvd. Suite 2950, Los Angeles, CA 90067 ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17205, in the amount of $15,000,000 (the "Claim") against **Lehman Brothers Special Financing Inc.** (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as set forth below.

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: *[DocuSigned by: Joelle Gavlick]*
Name:
Title: 240CDA98C9F64D3
Date: 8/21/2018

Joelle Gavlick – Authorized Signatory

**EMPYREAN INVESTMENTS, LLC**

By:
Name:
Title:
Date: 8/21/2018

### EXHIBIT 1-A

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **Citigroup Financial Products Inc.**, with offices located at 390 Greenwich Street, 4th Floor, New York, New York 10013, Attn: Kenneth Keeley ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Empyrean Investments, LLC**, with offices located at 10250 Constellation Blvd. Suite 2950, Los Angeles, CA 90067 ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17205, in the amount of $15,000,000 (the "Claim") against **Lehman Brothers Special Financing Inc.** (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as set forth below.

**CITIGROUP FINANCIAL PRODUCTS INC.**

By : _____
Name: _____
Title: _____
Date: _____8/21/2018_____

**EMPYREAN INVESTMENTS, LLC**

By : _/s/ Sterling Hathaway_____
Name: Sterling Hathaway
Title: Authorized Signatory
Date: _____8/21/2018_____