B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.        Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

Empyrean Investments, LLC          Citigroup Financial Products, Inc.
Name of Transferee                 Name of Transferor

Empyrean Investments, LLC          Court Claim # (if known): 17168
Attn: Sterling Hathaway            Amount of Claim Transferred: $316,243.67
10250 Constellation Blvd.
Suite 2950
Los Angeles, CA 90067
T: 310-843-3070
F: 310-843-4915
E: operations@empyrean.com

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/ Sterling Hathaway_____        Date: August 21, 2018
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

Doc# US1.12204562v5

# EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Citigroup Financial Products, Inc.,** with offices located at 390 Greenwich Street, 4th floor, New York, New York 10013, ATTN: Kenneth Keeley ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto Empyrean Investments, LLC, with offices located at 10250 Constellation Blvd., Suite 2950, Los Angeles, CA 90067, Attn: Sterling Hathaway ("Assignee") all rights, title and interest in and to the claims of Assignor referenced as proof of claim number 17168 up to the principal amount of $316,243.67 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In Re: Lehman Brothers Holdings Inc., et al. Debtors, Case No. 08-13555 et seq. (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

Doc# US1 12204562v5

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative as of the date set forth below.

| ASSIGNEE: | ASSIGNOR: |
|---|---|
| EMPYREAN INVESTMENTS, LLC | CITIGROUP FINANCIAL PRODUCTS, INC. |

By: *[signature]*

Name: Sterling Hathaway

Title: Authorized Signatory

Date: August 21, 2018

By: _____

Name: _____

Title: _____

Date: _____

Doc# US1 12204562\5

Pg 4 of 4

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative as of the date set forth below.

| ASSIGNEE: | ASSIGNOR: |
|---|---|
| **EMPYREAN INVESTMENTS, LLC** | **CITIGROUP FINANCIAL PRODUCTS, INC.** |
| By: _____ | By: _____ (DocuSigned by: Joelle Gavlick, 240CDA98C9F64D3) |
| Name: _____ | Name: Joelle Gavlick – Authorized Signatory |
| Title: _____ | Title: _____ |
| Date: _____ | Date: August 21, 2018 |

Doc# US1:12204562v5