United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,
Debtors.

Case No. 08-13555 (SCC)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

Empyrean Investments, LLC
Name of Transferee

Citigroup Financial Products Inc.
Name of Transferor

Name and Address where notices to transferee should be sent:

Empyrean Investments, LLC
Attention: Sterling Hathaway
10250 Constellation Blvd
Suite 2950
Los Angeles, CA 90067
Telephone: 310-843-3070
Fax: 310-843-4915
operations@empyrean.com

Court Claim # (if known): 17532
Amount of Claim Transferred: $768,853.90
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: August 21, 2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Doc#: US1:12251086v5

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 17532

**CITIGROUP FINANCIAL PRODUCTS INC.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**EMPYREAN INVESTMENTS, LLC**
Attention: Sterling Hathaway
10250 Constellation Blvd
Suite 2950
Los Angeles, CA 90067
Telephone: 310-843-3070
Fax: 310-843-4915
operations@empyrean.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 17532, solely to the extent of $768,853.90, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated August 21, 2018.

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____
    Name:
    Title:

**EMPYREAN INVESTMENTS, LLC**

By: _____
    Name: Sterling Hathaway
    Title: Authorized Signatory

Doc#: US1:12251086v5

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 17532

CITIGROUP FINANCIAL PRODUCTS INC. and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

EMPYREAN INVESTMENTS, LLC
Attention: Sterling Hathaway
10250 Constellation Blvd
Suite 2950
Los Angeles, CA 90067
Telephone: 310-843-3070
Fax: 310-843-4915
operations@empyrean.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 17532, solely to the extent of $768,853.90, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated August 21, 2018.

CITIGROUP FINANCIAL PRODUCTS INC.

By: _____
DocuSigned by: Joelle Gavlick
240CDA98C9F64D3
Name:
Title: Joelle Gavlick - Authorized Signatory

EMPYREAN INVESTMENTS, LLC

By: _____
Name:
Title:

Doc#: US1:12251086v5