EXECUTION VERSION

## EXHIBIT A

B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.        Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Empyrean Investments, LLC | Citigroup Financial Products Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Empyrean Investments, LLC
Attn: Sterling Hathaway
10250 Constellation Blvd.
Suite 2950
Los Angeles, CA 90067
T: 310-843-3070
F: 310-843-4915
E: operations@empyrean.com

Court Claim # (if known): 17720
Amount of Claim Transferred: $4,476,000.00

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Sterling Hathaway_
Transferee/Transferee's Agent

Date: August 21, 2018

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO:   LEHMAN BROTHERS SPECIAL FINANCING, INC. ("Debtor")
Case No. 08-13555 (the "Case")

Claim # 17720

**CITIGROUP FINANCIAL PRODUCTS INC.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**EMPYREAN INVESTMENTS, LLC**
10250 Constellation Blvd.
Suite 2950
Los Angeles, CA 90067

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 17720, solely to the extent of $4,476,000.00, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated August 21, 2018.

**EMPYREAN INVESTMENTS, LLC**                **CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____                    By: _____
Name: Sterling Hathaway                        Name:
Title: Authorized Signatory                    Title:

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO: LEHMAN BROTHERS SPECIAL FINANCING, INC. ("Debtor")
Case No. 08-13555 (the "Case")

Claim # 17720

CITIGROUP FINANCIAL PRODUCTS INC. ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> EMPYREAN INVESTMENTS, LLC
> 10250 Constellation Blvd.
> Suite 2950
> Los Angeles, CA 90067

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 17720, solely to the extent of $4,476,000.00, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated August 21, 2018.

| EMPYREAN INVESTMENTS, LLC | CITIGROUP FINANCIAL PRODUCTS INC. |
|---|---|
| By: _____ | By: *Joelle Gavlick* (DocuSigned) |
| Name: | Name: 240CDA98C9F64D3 |
| Title: | Title: Joelle Gavlick - Authorized Signatory |

B210A (Form 210A) (12/09)