**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

|  |  |
|---|---|
| In re: | :   Chapter 11 |
|  | : |
|  | :   Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |
|  | :   (Jointly Administered) |
| Debtors. | : |
|  | :   Ref. Docket Nos. 58577, 58578, |
|  | :   58579, 58582, 58583, 58584, 58586, |
|  | :   58588, 58605, 58606, 58607, 58608, |
|  | :   58609, 58610, 58611, 58612, 58613, |
|  | :   58614, 58615, 58617, 58618, 58619, |
|  | :   58621, 58623, 58624, 58626, 58627, |
|  | :   58628, 58629, 58630, 58631, 58632, |
|  | :   58633 |

------------------------------------------------------------------ X

## <u>AFFIDAVIT OF SERVICE</u>

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | )   ss.: |
| COUNTY OF NEW YORK | ) |

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 23, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 23, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
23rd day of August, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

**EXHIBIT A**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim.  While  **transferee**  refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000129070072 ***             LBH TRFNTC (ADDRESS2, ADRKEYID3) 24841



CITIBANK PRIVATKUNDEN AG & CO. KGAA
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

CITIBANK PRIVATKUNDEN AG & CO. KGAA
C/O TARGOBANK AG & CO, KGAA
ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG
KASERNENSTRASSE 10
40213 DUESSELDORF
 GERMANY

Please note that your claim # 5055404-13 in the above referenced case and in the amount of
$9,940.70 allowed at $8,055.55 has been transferred (unless previously expunged by court order)

SOBEL, MARION
TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA
ERLENWEG 13
67134 BIRKENHEIDE
 GERMANY

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER         58582                     in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/23/2018                     Vito Genna, Clerk of Court

                                        /s/ Betina Wheelon

                                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 23, 2018.

# EXHIBIT B

| Claim Name | Address Information |
| --- | --- |
| BANCA DI BOLOGNA | SEDE LEGALE E DIREZIONE GENERALE, PIAZZA GALVANI, N. 4, BOLOGNA 40124 ITALY |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF  GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF  GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| COUTTS & CO AG | F/K/A RBS COUTTS BANK AG, LERCHENSTRASSE 18, 8045 ZURICH  SWITZERLAND |
| CREDIT SUISSE AG, HONG KONG BRANCH | TRANSFEROR: VP BANK (LUXEMBOURG) SA, ATTN: STEPHANIE SWEENEY, ESQ., C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP, 200 WEST 41ST ST., 17TH FLOOR, NEW YORK, NY 10036 |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: BANCA DI BOLOGNA, ATTN: LUCIO ZANON DI VALGIURATA, VIA EMILIA SAN PIETRO N. 4, 40121 REGGIO EMILIA  ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A., ATTN: BERTRAND EFISIO, VIA EMILIA S. PIETRO 4, 42121 REGGIO EMILIA  ITALY |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: UBS EUROPE SE, ATTN: STEFANIA CATELLANI, VIA GANDHI 2/C, 42123 REGGIO EMILIA  ITALY |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: UBS EUROPE SE, ATTN: STEFANIA CATELLANI, VIA GANDHI 2/C, 42123 REGGIO EMILIA  ITALY |
| EVESFIELD GROUP MANAGEMENT LTD | TRANSFEROR: COUTTS & CO AG, C/O ORBIS ADVISORY PTE LTD, 8 TEMASEK BOULEVARD, HEX 32-01 SUNTEX TOWER THREE, SINGAPORE 038988 SINGAPORE |
| FINECOBANK S.P.A. | TRANSFEROR: BANCA FIDEURAM S.P.A., ATTN: MR. RONNY SCIRE, PIAZZA DURANTE, 11, 20131 MILANO  ITALY |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT), VIA HOEPLI, 10, MILANO 20121 ITALY |
| J.P. MORGAN INTERNATIONAL BANK | TRANSFEROR: J.P. MORGAN SUISSE SA, ATTN: LEGAL DPT, 125 LONDON WALL, LONDON EC2Y5AJ UK |
| J.P. MORGAN INTERNATIONAL BANK | TRANSFEROR: J.P. MORGAN SUISSE SA, ATTN: LEGAL DPT, 125 LONDON WALL, LONDON EC2Y5AJ UK |
| J.P. MORGAN INTERNATIONAL BANK | TRANSFEROR: J.P. MORGAN SUISSE SA, ATTN: LEGAL DPT, 125 LONDON WALL, LONDON EC2Y5AJ UK |
| J.P. MORGAN SUISSE SA | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: CORPORATE ACTION DEPT, 1 CHEMIN DE LA VOIE CREUSE, GENEVA 1202 SWITZERLAND |
| J.P. MORGAN SUISSE SA | ATTN: CORPORATE ACTION DEPARTMENT, RUE DE LA CONFEDERATION 8, GENEVA 1204 SWITZERLAND |
| J.P. MORGAN SUISSE SA | WACHTELL, LIPTON, ROSEN & KATZ, ATTN: HAROLD S. NOVIKOFF, ESQ. & KATHRYN GETTLES-ATWA, ESQ., 51 WEST 52ND STREET, NEW YORK, NY 10019 |
| J.P. MORGAN SUISSE SA | ATTN: CORPORATE ACTION DEPARTMENT, RUE DE LA CONFEDERATION 8, GENEVA 1204 SWITZERLAND |
| J.P. MORGAN SUISSE SA | WACHTELL, LIPTON, ROSEN & KATZ, ATTN: HAROLD S. NOVIKOFF, ESQ. & KATHRYN GETTLES-ATWA, ESQ., 51 WEST 52ND STREET, NEW YORK, NY 10019 |
| J.P. MORGAN SUISSE SA | ATTN: CORPORATE ACTION DEPARTMENT, RUE DE LA CONFEDERATION 8, GENEVA 1204 SWITZERLAND |
| J.P. MORGAN SUISSE SA | WACHTELL, LIPTON, ROSEN & KATZ, ATTN: HAROLD S. NOVIKOFF, ESQ. & KATHRYN GETTLES-ATWA, ESQ., 51 WEST 52ND STREET, NEW YORK, NY 10019 |
| JPMORGAN CHASE BANK, N.A. | PRIVATE BANKING DIVISION, ATTN: LESLEY E GOLDBERG ESQ, LEGAL DEPARTMENT, 270 PARK AVENUE, 9TH FLOOR, MAIL CODE NY1-K252, NEW YORK, NY 10017 |
| JPMORGAN CHASE BANK, N.A. | WACHTELL, LIPTON, ROSEN & KATZ, ATTN: HAROLD S. NOVIKOFF, ESQ. & KATHRYN |

| Claim Name | Address Information |
|---|---|
| JPMORGAN CHASE BANK, N.A. | GETTLES-ATWA, ESQ., 51 WEST 52ND STREET, NEW YORK, NY 10019 |
| JSCC HOLDINGS LLC | TRANSFEROR: QPTF LLC, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVE, FLOOR 40, NEW YORK, NY 10106 |
| JSCC HOLDINGS LLC | TRANSFEROR: QPTF LLC, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVE, FLOOR 40, NEW YORK, NY 10106 |
| JSCC HOLDINGS LLC | TRANSFEROR: QPTF LLC, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVE, FLOOR 40, NEW YORK, NY 10106 |
| JSCC HOLDINGS LLC | TRANSFEROR: QPTF LLC, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVE, FLOOR 40, NEW YORK, NY 10106 |
| JSCC HOLDINGS LLC | TRANSFEROR: QPTF LLC, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVE, FLOOR 40, NEW YORK, NY 10106 |
| JSCC HOLDINGS LLC | TRANSFEROR: QPTF LLC, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVE, FLOOR 40, NEW YORK, NY 10106 |
| JSCC HOLDINGS LLC | TRANSFEROR: QPTF LLC, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVE, FLOOR 40, NEW YORK, NY 10106 |
| JSCC HOLDINGS LLC | TRANSFEROR: QPTF LLC, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVE, FLOOR 40, NEW YORK, NY 10106 |
| JSCC HOLDINGS LLC | TRANSFEROR: QUANTUM PARTNERS LP, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVENUE, FLOOR 40, NEW YORK, NY 10106 |
| JSCC HOLDINGS LLC | TRANSFEROR: QUANTUM PARTNERS LP, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVENUE, FLOOR 40, NEW YORK, NY 10106 |
| JSCC HOLDINGS LLC | TRANSFEROR: QUANTUM PARTNERS LP, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVENUE, FLOOR 40, NEW YORK, NY 10106 |
| JSCC HOLDINGS LLC | TRANSFEROR: QUANTUM PARTNERS LP, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVENUE, FLOOR 40, NEW YORK, NY 10106 |
| JSCC HOLDINGS LLC | TRANSFEROR: QUANTUM PARTNERS LP, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVENUE, FLOOR 40, NEW YORK, NY 10106 |
| JSCC HOLDINGS LLC | TRANSFEROR: QUANTUM PARTNERS LP, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVENUE, FLOOR 40, NEW YORK, NY 10106 |
| JSCC HOLDINGS LLC | TRANSFEROR: QUANTUM PARTNERS LP, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVENUE, FLOOR 40, NEW YORK, NY 10106 |
| JSCC HOLDINGS LLC | TRANSFEROR: QUANTUM PARTNERS LP, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVENUE, FLOOR 40, NEW YORK, NY 10106 |
| JSCC HOLDINGS LLC | TRANSFEROR: QUANTUM PARTNERS LP, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVENUE, FLOOR 40, NEW YORK, NY 10106 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | MANAGING LAW CLERK, C/O RICHARDS KIBBE & ORBE LLP, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | MANAGING LAW CLERK, C/O RICHARDS KIBBE & ORBE LLP, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH |

| Claim Name | Address Information |
|---|---|
| PALINDROME MASTER FUND LP | STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QUANTUM PARTNERS LP, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QUANTUM PARTNERS LP, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QUANTUM PARTNERS LP, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QUANTUM PARTNERS LP, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QUANTUM PARTNERS LP, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QUANTUM PARTNERS LP, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QUANTUM PARTNERS LP, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QUANTUM PARTNERS LP, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QUANTUM PARTNERS LP, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY |

| Claim Name | Address Information |
|---|---|
| QPTF LLC | 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| QPTF LLC | STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| QPTF LLC | 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: JAY SCHOENFARBER, C/O SORORS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: UBS AG, C/O SOROS FUND MANAGEMENT LLPC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL, C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10106 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVNUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL, C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | JESSICA ETRA, ESQ. & RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | JESSICA ETRA, ESQ. & RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: JAY SCHOENFARBER, C/O SORORS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: UBS AG, C/O SOROS FUND MANAGEMENT LLPC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL, C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10106 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVNUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL, C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | JESSICA ETRA, ESQ. & RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | JESSICA ETRA, ESQ. & RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK9, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 1001908218 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| RSCC ASSETS LLC | BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC – ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC – ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC – ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC – ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC – ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC – ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC – ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC – ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC – ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC – ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC – ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC – ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC – ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC – ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC – ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| SOBEL, MARION | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, ERLENWEG 13, 67134 BIRKENHEIDE  GERMANY |
| SOBEL, MARION | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, ERLENWEG 13, 67134 BIRKENHEIDE  GERMANY |
| SWISSQUOTE BANK SA | TRANSFEROR: UNION BANCAIRE PRIVEE, UBP SA, ATTN: DAVID SOUSA, CH. DE LA CRETAUX 33, CH-1196 GLAND  SWITZERLAND |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O TR CAPITAL MANAGEMENT, LLC, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., TR CAPITAL MANAGEMENT, LLC, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| UBS AG | TRANSFEROR: GRUPPO BANCA LEONARDO S.P.A., ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, ZURICH 8001 SWITZERLAND |
| UBS EUROPE SE | F/K/A UBS (ITALIA) SPA, ATTN: VALENTINA NEMBRI, VIA BENIGNO CRESPI 24, MILANO 20159 ITALY |
| UBS EUROPE SE | F/K/A UBS (ITALIA) SPA, ATTN: VALENTINA NEMBRI, VIA BENIGNO CRESPI 24, MILANO 20159 ITALY |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: UBS AG, RUE DU RHONE 96-98, P.O. BOX 1320, GENEVA 1 CH-1211 SWITZERLAND |
| UNIONE DI BANCHE ITALIANE S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: SILVANA PISANI, PIAZZA VITTORIO VENETO, 8, 24121 BERGAMO  ITALY |
| UNIONE DI BANCHE ITALIANE SPA | TRANSFEROR: UBS AG, ATTN: SILVANA PISANI, PIAZZA VITTORIO VENETO N. 8, 24122 BERGAMO  ITALY |

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| VP BANK (LUXEMBOURG) SA | TRANSFEROR: HSBC TRINKAUS & BURKHARDT INTERNATIONAL SA, AVENUE DE LA LIBERTE 26, L-1930 LUXEMBOURG   LUXEMBOURG |

**Total Creditor Count 321**