UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                            :  Chapter 11
                                                  :
                                                  :  Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.           :
                                                  :  (Jointly Administered)
                  Debtors.                        :
                                                  :  Ref. Docket Nos. 58589, 58590,
                                                  :  58591, 58592, 58593, 58594, 58595,
                                                  :  58596, 58597, 58598, 58599, 58600,
                                                  :  58601, 58602
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 22, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 22, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
23rd day of August, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

TRC MASTER FUND LLC
TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC.
ATTN: TERREL ROSS
100 MERRICK ROAD, SUITE 308E
ROCKVILLE CENTRE, NY 11570

Please note that your claim # 45092-02 in the above referenced case and in the amount of $19,148,163.84 allowed at $15,000,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000129069651 ***      LBH TRFNTC (ADDRESS2, ADRKEYID3) 34318



MORGAN STANLEY SENIOR FUNDING, INC.
ATTN: MANAGING LAW CLERK
C/O RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281-1003

MORGAN STANLEY SENIOR FUNDING, INC.
TRANSFEROR: TRC MASTER FUND LLC
ATTN: JOHN RAGUSA
1585 BROADWAY - 2ND FLOOR
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    58598    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/22/2018                    Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 22, 2018.

# EXHIBIT B

08-13555-mg    Doc 58695    Filed 08/23/18    Entered 08/23/18 18:56:06    Main Document
Pg 4 of 6

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGA STANLEY SENIOR FUNDING, INC. | ATTN: MANAGING LAW CLERK, C/O RICHARDS KIBBE & ORBE LLP, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | ATTN: MANAGING LAW CLERK, C/O RICHARDS KIBBE & ORBE LLP, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | ATTN: MANAGING LAW CLERK, C/O RICHARDS KIBBE & ORBE LLP, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | ATTN: MANAGING LAW CLERK, C/O RICHARDS KIBBE & ORBE LLP, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | ATTN: MANAGING LAW CLERK, C/O RICHARDS KIBBE & ORBE LLP, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | ATTN: MANAGING LAW CLERK, C/O RICHARDS KIBBE & ORBE LLP, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: TRC MASTER FUND LLC, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O TR CAPITAL MANAGEMENT, LLC, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O TR CAPITAL MANAGEMENT, LLC, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O TR CAPITAL MANAGEMENT, LLC, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O TR CAPITAL MANAGEMENT, LLC, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: VINING-SPARKS IBG, LIMITED PARTNERSHIP, ATTN: TERREL ROSS, PO BOX |

| Claim Name | Address Information |
|---|---|
| TRC MASTER FUND LLC | 633, WOODMERE, NY 11598 |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O TR CAPITAL MANAGEMENT, LLC, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O TR CAPITAL MANAGEMENT, LLC, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O TR CAPITAL MANAGEMENT, LLC, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O TR CAPITAL MANAGEMENT, LLC, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O TR CAPITAL MANAGEMENT, LLC, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: VINING-SPARKS IBG, LIMITED PARTNERSHIP, ATTN: TERREL ROSS, PO BOX 633, WOODMERE, NY 11598 |
| TRC MASTER FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O TR CAPITAL MANAGEMENT, LLC, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |

**Total Creditor Count 34**