**United States Bankruptcy Court**
**Southern District of New York**

In re: Lehman Brothers Holdings Inc., *et al.*                Case No. 08-13555 (SCC) (Jointly Administered)

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| **Taconic Opportunity Master Fund, L.P.** | **Credit Suisse AG** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

TACONIC OPPORTUNITY MASTER FUND, L.P.
c/o Taconic Capital Advisors LP
450 Park Avenue, 8th Floor
NY, NY 10022
Attention : Robin Rothstein
Phone: 212 209-3150 or 202 530-5006
Fax: 212 209-3180
e-mail: rrothstein@taconiccap.com

Last Four Digits of Acct. #:

Court Claim No.: 22854

Amount of Claim Transferred: $4,766,149.79

Date Claim Filed: September 21, 2009

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**TACONIC OPPORTUNITY MASTER FUND, L.P.**
**BY: TACONIC CAPITAL ADVISORS LP, AS INVESTMENT ADVISOR**

By: _____        Date: August 23, 2018
Name: Peyton McNutt
Title: Deputy General Counsel

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 & 3571.

038-20023/AGR/5654960.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Credit Suisse AG** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a participation of claim agreement, Seller hereby unconditionally and irrevocably sells, transfers and assigns to **TACONIC OPPORTUNITY MASTER FUND, L.P.**, its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Special Financing, Inc. (designated as Claim No. 22854) in the amount of **$4,766,149.79** in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC), which Claim is subject to, and governed by, that certain Settlement Agreement, dated as of June 12, 2018, by and among Seller, Lehman Brothers Holdings Inc., Lehman Brothers Special Financing, Inc., and the other parties set forth therein [Docket No. 58254] and approved by that certain order, dated July 25, 2018, approving the Settlement Agreement [Docket No. 58434].

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of August 24, 2018.

**CREDIT SUISSE AG**
BY: CAYMAN ISLANDS BRANCH

By: _____
Name: Douglas DiDella
Title: Authorized Signatory

By: _____
Name:
Title:

**TACONIC OPPORTUNITY MASTER FUND, L.P.**
By: Taconic Capital Advisors LP, as Investment Advisor

By: _____
Name:
Title: Peyton McNutt
       Deputy General Counsel

038-20023/AGR/5654960.1