# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al.*        Case No. 08-13555 (SCC) (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

**York Capital Management, L.P.**                **CREDIT SUISSE AG**
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee should be sent:

Lauren Searing
York Capital Management, L.P.
767 5th Ave, 17th Fl
New York, NY 10153
Ph 212-710-6549
Fax 212-710-6590
bankdebt@yorkcapital.com

Court Claim No.: 22854

Amount of Claim Transferred: $1,591,307.04

Date Claim Filed: September 21, 2009

Phone:
Last Four Digits of Acct. #:

Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**YORK CAPITAL MANAGEMENT, L.P.**

By: _____        Date: 8/24/2018
Name: John J. Fosina
Title: CFO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

038-20023/AGR/5653749.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**CREDIT SUISSE AG** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a participation of claim agreement, Seller hereby unconditionally and irrevocably sells, transfers and assigns to **York Capital Management, L.P.**, its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Special Financing, Inc. (designated as Claim No. 22854) in the amount of **$1,591,307.04** ("Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC), which Claim is subject to, and governed by, that certain Settlement Agreement, dated as of June 12, 2018, by and among Seller, Lehman Brothers Holdings Inc., Lehman Brothers Special Financing, Inc., and the other parties set forth therein [Docket No. 58254] and approved by that certain order, dated July 25, 2018, approving the Settlement Agreement [Docket No. 58434].

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of August 24, 2018.

**CREDIT SUISSE AG**
BY: CAYMAN ISLAND BRANCH

By: _____
Name:
Title:

By: _____
Name:
Title:

**YORK CAPITAL MANAGEMENT, L.P.**

By: _____
Name: John J. Fosina
Title: CFO

038-20023/AGR/5653749.1