Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK



In re:   Lehman Brothers Holdings Inc.            Case No.: 08-13555 (JMP
                                                  Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>UBS AG | Name of Transferor:<br>ZÜRCHER KANTONALBANK |
|---|---|
| Notices to Transferee should be sent to:<br><br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich (Switzerland)<br>Attn: Mr. Hugo Koller<br>Phone: +41 44 235 37 36<br>Email: hugo.koller@ubs.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>ZÜRCHER KANTONALBANK<br>Neue Hard 3<br>8005 Zürich<br>Attn: Mr. Oguzhan Demirel<br>Phone: +41 44 292 82 81<br>Email: oguzhan.demirel@zkb.ch |
| Amount of Claim Being Transferred:<br><br>CHF 2'000<br>(face amount of securities) | NOTE:  THIS IS A TRANSFER OF CLAIM --- SEE<br>ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 62843 | |
| Date Claim Filed: November 2, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

ZÜRCHER KANTONALBANK
Transferor

By: _i.V. S. Gallati_    _/s/ signature_    Date: _August 22, 2018_
    Name: Susanne Gallati       Name: Oguzhan Demirel
    Title: Authorised Officer   Title: Member of Management

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO:	United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, NY 10004-1408
Attention: Clerk of the Court

AND TO:	Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 62843 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros.Treasury BV | CH0039308652 | LBT BV | LBH Inc. | CHF 2'000 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

**ZÜRCHER KANTONALBANK,** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

UBS AG
Bahnhofstrasse 45
8001 Zurich (Switzerland)
Attn: Mr. Hugo Koller
Phone: +41 44 235 37 36
Email: hugo.koller@ubs.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August 22, 2018

ZÜRCHER KANTONALBANK
Transferor

By: _____    _____
Name: Susanne Gallati            Name: Oguzhan Demirel
Title: Authorised Officer        Title: Member of Management