UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:
Lehman Brothers, Holding Inc.,                                           Case No. 08-13555 (SCC)

                             Debtor.
-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL AND REQUEST TO CEASE ELECTRONIC NOTICE OF DOCKET FILINGS

PLEASE TAKE NOTICE that the undersigned hereby (i) withdraws as counsel for Grace Brothers, Ltd., as the matter has concluded in 2014 (Dkt. Nos, 7967 and 8435-8436) and (ii) hereby requests the undersigned no longer receive electronic notices of any docket filings in this case.

      Law Offices of Martin Eisenberg

      50 Main Street Suite 1000

      White Plains New York 10606

      (o) (914) 682-2044

      (f) (914) 682-7784

      me@martineisenberglaw.com

Dated: White Plains, New York
       August 24, 2018

**LAW OFFICES OF MARTIN EISENBERG**

By:  _____/s/_____

Martin Eisenberg, Esq.
50 Main Street Suite 1000
White Plains, New York 10606
(914) 682- 2044
me@martineisenberglaw.com

*Former Attorneys for Grace Brothers, Inc.*