**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                :    Chapter 11

In re:                            :
                                :    Case No. 08-13555 (SCC)

LEHMAN BROTHERS HOLDINGS, INC., *et al*.   :
                                :    (Jointly Administered)

               Debtors.         :
                                :    Ref. Docket Nos. 58634, 58635,
                                :    58636, 58640, 58678, 58679, 58680,
                                :    58681, 58682, 58683, 58684, 58685,
                                :    58686, 58687, 58688, 58689, 58690,
                                :    58691, 58692
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                        ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 24, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 24, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Forrest Kuffer*
                                          Forrest Kuffer

Sworn to before me this
24th day of August, 2018
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:      BAR(23) MAILID *** 000129160892 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 24841



CITIBANK PRIVATKUNDEN AG & CO. KGAA
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

CITIBANK PRIVATKUNDEN AG & CO. KGAA
C/O TARGOBANK AG & CO, KGAA
ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG
KASERNENSTRASSE 10
40213 DUESSELDORF
GERMANY

Please note that your claim # 5055404-15 in the above referenced case and in the amount of
$28,402.00 allowed at $26,710.42 has been transferred (unless previously expunged by court order)

RABE, MARGRET
TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA
APFELALLEE 26
28355 BREMEN
GERMANY

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          58640                    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/24/2018                              Vito Genna, Clerk of Court

                                   /s/ Betina Wheelon

                                   EPIQ BANKRUPTCY SOLUTIONS, LLC

                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 24, 2018.

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK HAPOALIM (SWITZERLAND), LTD. | TRANSFEROR: BANK HAPOALIM B.M., LUXEMBOURG BRANCH, 18 BOULEVARD ROYAL, B.P. 703, LUXEMBOURG L-2017 LUXEMBOURG |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, PAUL, WEIS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, PAUL, WEIS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, PAUL, WEIS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, PAUL, WEIS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, PAUL, WEIS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, PAUL, WEIS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ATTN: ELANIT A. SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLF LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: HLTS FUND II LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| LUZERNER KANTONALBANK AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., PILATUSSTRASSE 12, CH-6002 LUZERN SWITZERLAND |
| QUANTUM PARTNERS LP | C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | JESSICA ETRA, ESQ. & RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | JESSICA ETRA, ESQ. & RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: JAY SCHOENFARBER, C/O SORORS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: UBS AG, C/O SOROS FUND MANAGEMENT LLPC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL, C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10106 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVNUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL, C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| RABE, MARGRET | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, APFELALLEE 26, 28355 BREMEN GERMANY |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| RSCC ASSETS LLC | ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN: ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |

**Total Creditor Count 84**