RICH MICHAELSON MAGALIFF, LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
Howard P. Magaliff
*Counsel for SecurityNational Mortgage Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :   Case No. 08-13555 (SCC)
                                                              :
                       Debtors.                               :
------------------------------------------------------------- x
LEHMAN BROTHERS HOLDINGS INC.,                                :
                                                              :
                       Plaintiff,                             :   Adv. Pro. No. 16-01019 (SCC)
                                                              :
       – against –                                            :
                                                              :
1ST ADVANTAGE MORTGAGE, L.L.C., *et al.*,                     :
                                                              :
                       Defendants.                            :
------------------------------------------------------------- x

## NOTICE OF DISTRICT COURT FILING

**PLEASE TAKE NOTICE** that on August 27, 2019, certain defendants in the above-captioned adversary proceedings filed the *Notice of Motion of the Parties Set Forth in Exhibit A to Treat the Bankruptcy Court's Decision Dated August 13, 2018 as Findings of Fact and Conclusions of Law and for a De Novo Review, Including Objections, as to Subject Matter Jurisdiction* attached as <u>Exhibit 1</u>, together with the supporting *Memorandum of Law* and *Declaration of Lani A. Adler* with exhibits in the United States District Court for the Southern District of New York, captioned *SecurityNational Mortgage Company, et al. v. Lehman Brothers Holdings Inc.*, Case No.18-mc-00392 (VEC).

{00021069v1 }

Copies of the declaration with exhibits and memorandum of law are available upon request.

Dated: New York, New York
August 29, 2018

RICH MICHAELSON MAGALIFF, LLP
Attorneys for SecurityNational Mortgage Company
By:

/s/ Howard P. Magaliff
HOWARD P. MAGALIFF
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
*hmagaliff@r3mlaw.com*

# **EXHIBIT 1**

{00021069v1 }

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
SECURITY NATIONAL MORTGAGE  :
COMPANY, *et al.*,  :
                                       :   Civ. No. 18-MC-
             Movants,  :
     – against –  :
LEHMAN BROTHERS HOLDINGS INC.,  :
             Respondent.  :
------------------------------------------------------------------ x

## NOTICE OF MOTION OF THE PARTIES SET FORTH IN EXHIBIT A TO TREAT THE BANKRUPTCY COURT'S DECISION DATED AUGUST 13, 2018 AS FINDINGS OF FACT AND CONCLUSION OF LAW AND FOR A *DE NOVO* REVIEW, INCLUDING OBJECTIONS, AS TO SUBJECT MATTER JURISDICTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and the Declaration of Lani A. Adler with exhibits thereto, the undersigned counsel representing the parties as set forth herein, respectfully move the Court to treat the Bankruptcy Court's decision dated August 13, 2018 (16-01019-SCC, Doc. 606) as findings of fact and conclusions of law and for a *de novo* review, including objections as to subject matter jurisdiction.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1(b), any opposing papers shall be served upon the undersigned counsel on or before September 11, 2018.

**[Signatures on next page]**

{00021055v1 }

Dated: New York, New York
August 27, 2018

RICH MICHAELSON MAGALIFF, LLP
Attorneys for SecurityNational Mortgage Company
By:

/s/ Howard P. Magaliff
HOWARD P. MAGALIFF
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
*hmagaliff@r3mlaw.com*

LANI ADLER PARTNERS LLC
Attorneys for Suburban Mortgage, Inc.
By:

/s/ Lani A. Adler
LANI A. ADLER (LAA-8166)
275 West 96th Street, Suite 15G
New York, New York 10025
(646) 732 3260
*Ladler@LaniAdlerPartners.com*

AMERICAN MORTGAGE LAW GROUP, PC

By: /s/ Jack V. Valinoti
JACK V. VALINOTI, ESQ.
775 Baywood Drive, Suite 100,
Petaluma, CA 94954
Telephone (415) 878-0030
Facsimile (415) 878-0035

*Counsel for Defendants Approved Funding Corp.; Arlington Capital Mortgage Corporation; Broadview Mortgage Corporation; BWC Mortgage Services f/k/a Commerce Home Mortgage, Inc. f/k/a Simonich Corp.; CMG Mortgage, Inc.; Congressional Bancshares, Inc.; First California Mortgage Company; First Mortgage Corporation; Hartland Mortgage Centers, Inc.; Gateway Funding Diversified Mortgage Services, L.P.; Loan Simple, Inc. f/k/a Ascent Home Loans Inc.; MC Advantage, LLC f/k/a Republic Mortgage Home Loans, LLC ; Mega Capital Funding, Inc.; New Fed Mortgage Corp.; Oaktree Funding Corp. ; Republic State Mortgage Co.; Residential Home Funding Corp.; Ross Mortgage Corporation;  Sterling National Mortgage Company, Inc.; Sun American Mortgage Company; Windsor Capital Mortgage Corporation; WR Starkey Mortgage, LLP*

{00021055v1 }                                         2

## EXHIBIT A

## SCHEDULE OF MOVANTS

| First National Bank of Omaha | Adam L. Hirsch<br>Kutak Rock LLP<br>1801 California Street, Suite 3000<br>Denver, CO 80202-2652<br>T: (303) 297-2400<br>F: (303) 292-7799<br>adam.hirsch@kutakrock.com |
|---|---|
| imortgage.com | Gregory A. Davis<br>Squire Patton Boggs (US) LLP<br>1 E. Washington St., Suite 2700<br>Phoenix, Arizona 85004<br>T +1 602 528 4033<br>F +1 602 253 8129<br>gregory.davis@squirepb.com |
| loanDepot.com, LLC | Christopher A. LaVoy<br>Seventh Floor Camelback Esplanade II<br>2525 E. Camelback Road<br>Phoenix, Arizona 85016<br>Telephone: (602) 255-6000<br>cal@tblaw.com |
| Response Mortgage Services, Inc. | Allison Michelle Holubis<br>David L. Tillem<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>1133 Westchester Avenue<br>White Plains, NY 10604<br>914.323.7000 (Main)<br>914.323.7001 (Fax)<br>allison.holubis@wilsonelser.com |
| Guaranteed Rate, Inc. | Christopher J. Houpt<br>Matthew Ingber<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10028<br>T: (212) 506-2373<br>F: (212) 262-1910<br>CComstock@mayerbrown.com |

{00021044v1 }

| Circle One Mortgage Company | James M. Sulentic<br>John Passarelli<br>Kutak Rock LLP<br>1650 Farnam Street, Omaha, NE 68102<br>Tel: 402-231-8906<br>Fax: 402-346-1148<br>james.sulentic@kutakrock.com |
|---|---|
| Guild Mortgage Company | Ehrich Lenz, Esq.<br>1947 Camino Vida Roble, Suite 230<br>Carlsbad, CA 92008<br>Ph. (858) 259-2220<br>Fax (858) 259-3131<br>Ehrich@incorlaw.com |
| MegaStar Financial Corp. | Lori Shaw<br>MegaStar Holdings, LLC<br>MegaStar Financial Corp.<br>1080 Cherokee St<br>Denver, CO, 80204-4039<br>Tel: 720-932-4749<br>lshaw@megastarholdings.com |
| Suburban Mortgage, Inc. | Lani Aloha Adler<br>Lani Adler Partners<br>275 West 96th Street, suite 15G<br>New York, New York 10025<br>Telephone: (646) 732 3260<br>ladler@laniadlerpartners.com |
| Approved Funding Corp.<br>Arlington Capital Mortgage Corporation;<br>Broadview Mortgage Corporation;<br>BWC Mortgage Services f/k/a Commerce Home Mortgage, Inc. f/k/a Simonich Corp.;<br>CMG Mortgage, Inc.;<br>Congressional Bancshares, Inc.;<br>First California Mortgage Company;<br>First Mortgage Corporation;<br>Hartland Mortgage Centers, Inc.;<br>Gateway Funding Diversified Mortgage Services, L.P.;<br>Loan Simple, Inc. f/k/a Ascent Home Loans Inc.; | Jack Valinoti, Esq.<br>American Mortgage Law Group, PC<br>775 Baywood Drive, Suite 100,<br>Petaluma, CA 94954<br>Telephone (415) 878-0030<br>Facsimile (415) 878-0035<br>jvalinoti@americanmlg.com |

{00021044v1 }

| | |
|---|---|
| MC Advantage, LLC f/k/a Republic Mortgage Home Loans, LLC ;<br>Mega Capital Funding, Inc.;<br>New Fed Mortgage Corp.;<br>Oaktree Funding Corp. ;<br>Republic State Mortgage Co.;<br>Residential Home Funding Corp.;<br>Ross Mortgage Corporation;<br>Sterling National Mortgage Company, Inc.;<br>Sun American Mortgage Company;<br>Windsor Capital Mortgage Corporation;<br>WR Starkey Mortgage, LLP | |

{00021044v1 }

| SecurityNational Mortgage Company | Howard P. Magaliff<br>Rich Michaelson Magaliff, LLP<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br>(646) 453-7851<br>hmagaliff@r3mlaw.com |
|---|---|