# **<u>EXHIBIT A</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al*.,

                  Debtors.

Case No. 08-13555-SCC

Chapter 11

----------------------------------------------------------------X

LEHMAN BROTHERS HOLDINGS INC.,

                  Plaintiff,

- against -

FIRST CALIFORNIA MORTGAGE COMPANY,

                  Defendant.

Adversary Proceeding

No. 16-01313-scc

----------------------------------------------------------------X

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR FIRST CALIFORNIA MORTGAGE COMPANY**

Upon the Motion to Withdraw filed by American Mortgage Law Group, P.C. and Blank Rome LLP pursuant to Local Bankruptcy Rule 2090-1(e) and for good cause shown,

IT IS HEREBY ORDERED that Tracy L. Henderson and Jack V. Valinoti of American Mortgage Law Group, P.C., and Timothy W. Salter of Blank Rome LLP. are withdrawn as attorneys of record for defendant First California Mortgage Company; and

IT IS FURTHER ORDERED that Tracy L. Henderson, Jack V. Valinoti, and Timothy W. Salter, Esq. shall no longer receive electronic notices from the Court's CM/ECF system in this proceeding.

Dated: _____, 2018
      New York, New York

                                                _____
                                                **HONORABLE SHELLEY E. CHAPMAN**