## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the Notice of Motion to Withdraw as Counsel, Memorandum of Law in Support of Motion to Withdraw as Counsel, and Declaration of Tracy L. Henderson, Esq In Support of Motion to Withdraw as Counsel to be served by First-Class mail and electronic mail this 30th day of August 2018:

| | |
|---|---|
| Christopher K. Hart<br>First California Mortgage Company<br>1435 N. McDowell Blvd., Ste. 300<br>Petaluma, CA 94954<br>ckhart20@gmail.com | Michael St-James<br>ST. JAMES LAW, P.C.<br>22 Battery St #888<br>San Francisco, CA 94111<br>Michael@stjames-law.com |
| Michael A. Rollin<br>Maritza Dominguez Braswell<br>FOX ROTHSCHILD LLP<br>101 Park Avenue, 17th Floor<br>New York, New York 10178<br>mrollin@foxrothschild.com | Adam Bialek<br>William Maher<br>WOLLMUTH MAHER & DEUTSCH LLP<br>500 Fifth Avenue<br>New York, New York 10110<br>abialek@wmd-law.com |

/s/ Vlad Kolev