**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 (SCC) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION TO WITHDRAW KENNETH M. RAISLER AS AN ATTORNEY OF RECORD FOR BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., AND LONG ISLAND INTERNATIONAL LLC

Pursuant to Rule 2090-1(e) of the Local Rules for the Bankruptcy Court of the Southern District of New York, this motion respectfully seeks an order from the Court granting leave for Kenneth M. Raisler, Esq. of Sullivan & Cromwell LLP to withdraw as counsel of record for Barclays Bank PLC, Barclays Capital Inc., and Long Island International LLC ("Barclays") in the above-captioned case. This motion further requests that Kenneth M. Raisler be deleted from the CM/ECF electronic notification service, official mailing matrix, and other service lists maintained in the above-captioned case. Notwithstanding this motion, Sullivan & Cromwell LLP will continue to serve as counsel for Barclays in the above-captioned case.

I, Kathleen S. McArthur, Esq., am an attorney at Sullivan & Cromwell LLP who has previously appeared as an attorney of record in the above-captioned case on behalf of Barclays. Because I will continue to serve as an attorney of record in the above-captioned case, the Court's approval of this motion will not impact Sullivan & Cromwell LLP's representation of Barclays, and will not result in prejudice or delay to any party. Copies of all notices given and

Pg 2 of 2

all papers (including, but not limited to, pleadings, motions, applications, orders and reports) served or filed in this case should continue to be served on the following:

>Kathleen S. McArthur
>SULLIVAN & CROMWELL LLP
>125 Broad Street
>New York, New York  10004
>(212) 558-4000
>mcarthurk@sullcrom.com

WHEREFORE, for the reasons set forth herein, I respectfully request that the Court grant this motion and order that Kenneth M. Raisler, Esq. is withdrawn as an attorney of record and, thus, will no longer receive service or electronic notifications in the above-captioned case.  A proposed form of order grant the relief requested herein is annexed hereto as <u>Exhibit A</u>.

Dated:  September 4, 2018
        New York, New York

Respectfully submitted,

*/s/ Kathleen S. McArthur*
Kathleen S. McArthur
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000
mcarthurk@sullcrom.com

*Attorney for Barclays Bank PLC, Barclays Capital Inc. and Long Island International LLC*