**PROPOSED ORDER**

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtor. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER GRANTING MOTION TO WITHDRAW KENNETH M. RAISLER AS AN ATTORNEY OF RECORD PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

Upon the *Motion to Withdraw Kenneth M. Raisler as an Attorney of Record for Barclays Bank Plc, Barclays Capital Inc., and Long Island International LLC* filed by Kathleen S. McArthur, Esq. of Sullivan & Cromwell LLP, and for good cause shown therein,

IT IS HEREBY ORDERED that Kenneth M. Raisler, Esq. is withdrawn as an attorney of record on behalf of the following parties to the above-captioned case: Barclays Bank Plc, Barclays Capital Inc., and Long Island International LLC.

IT IS FURTHER ORDERED that Kenneth M. Raisler, Esq. shall no longer receive electronic notice from the Court's CM/ECF system in this proceeding.

It is SO ORDERED.

Dated: _____, 2018
       New York, New York

_____
Hon. Shelley C. Chapman
U.S. Bankruptcy Court Judge SDNY