**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                                           :    Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                    :    08-13555 (SCC)
                                                                :
                                  Debtors.                      :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x    Ref. Docket No. 58771

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 30, 2018, I caused to be served the "July 2018 Post-Effective Operating Report," dated August 30, 2018 [Docket No. 58771], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A,

    b. delivered via electronic mail to those parties listed in the annexed Exhibit B, and

    c. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed Exhibit C.

T:\Clients\LBH\Affidavits\July 2018 MOR_DI 58771_AFF_8-30-18.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
30th day of August, 2018
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

T:\Clients\LBH\Affidavits\July 2018 MOR_DI 58771_AFF_8-30-18.doc

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
## Overnight Mail – Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

**Lehman Brothers Holding Inc.,** *et al***. – 08-13555 (SCC)**
**Electronic Mail Master Service List**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.lanza@dlapiper.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alexander.lorenzo@alston.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Master Service List**

csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
david.wender@alston.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dblack@hsgllp.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgoldberg@hsgllp.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com

dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dsullivan@hsgllp.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com
ecohen@russellinvestments.com
edelucia@hsgllp.com
edward.flanders@pillsburylaw.com
efisher@binderschwartz.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
farrington.yates@kobrekim.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Master Service List**

gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnylaw.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@chadbourne.com
heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
irethy@stblaw.com
j.zelloe@stahlzelloe.com
jacobsonn@sec.gov
jalward@blankrome.com
james.berg@piblaw.com
james.mcclammy@dpw.com
james.moore@morganlewis.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbrody@americanmlg.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@united.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.goodchild@morganlewis.com
john.monaghan@hklaw.com
john.mule@state.mn.us
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrapisardi@omm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| jtimko@shutts.com | lmcgowen@orrick.com |
| judy.morse@crowedunlevy.com | lnashelsky@mofo.com |
| jvail@ssrl.com | loizides@loizides.com |
| jwcohen@daypitney.com | lperlman@hsgllp.com |
| jwest@velaw.com | lschweitzer@cgsh.com |
| jwh@njlawfirm.com | lucdespins@paulhastings.com |
| jzulack@fzwz.com | mabrams@willkie.com |
| kanema@formanlaw.com | maofiling@cgsh.com |
| karen.wagner@dpw.com | marc.roitman@ropesgray.com |
| karl.geercken@alston.com | margolin@hugheshubbard.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.bane@ropesgray.com |
| keckhardt@hunton.com | mark.ellenberg@cwt.com |
| keith.simon@lw.com | mark.mckane@kirkland.com |
| kek@crb-law.com | mark.salzberg@squirepb.com |
| ken.coleman@allenovery.com | mark.sherrill@sutherland.com |
| kerry.moynihan@hro.com | maryann.gagliardi@wilmerhale.com |
| kgwynne@reedsmith.com | matt@willaw.com |
| kiplok@hugheshubbard.com | matthew.klepper@dlapiper.com |
| kkelly@ebglaw.com | maustin@orrick.com |
| kkolbig@mosessinger.com | mbenner@tishmanspeyer.com |
| klyman@irell.com | mbienenstock@proskauer.com |
| klynch@formanlaw.com | mbloemsma@mhjur.com |
| kobak@hugheshubbard.com | mbossi@thompsoncoburn.com |
| korr@orrick.com | mcademartori@sheppardmullin.com |
| kovskyd@pepperlaw.com | mcarthurk@sullcrom.com |
| kressk@pepperlaw.com | mccarthyj@sullcrom.com |
| kreynolds@mklawnyc.com | mcolomar@diazreus.com |
| krosen@lowenstein.com | mcordone@stradley.com |
| ksebaski@hsgllp.com | mcyganowski@oshr.com |
| kurt.mayr@bgllp.com | mdorval@stradley.com |
| kurt.rademacher@morganlewis.com | meek@eaton.com |
| landon@slollp.com | melorod@gtlaw.com |
| lapeterson@foley.com | meltzere@pepperlaw.com |
| lawallf@pepperlaw.com | metkin@lowenstein.com |
| lawrence.gelber@srz.com | mfeldman@willkie.com |
| lberkoff@moritthock.com | mgordon@briggs.com |
| lee.stremba@troutmansanders.com | mgreger@allenmatkins.com |
| lee.whidden@dentons.com | mh1@mccallaraymer.com |
| lgomez@msek.com | mhanin@kasowitz.com |
| lgranfield@cgsh.com | mhopkins@cov.com |
| lhandelsman@stroock.com | michael.frege@cms-hs.com |
| lisa.solomon@att.net | michael.kelly@monarchlp.com |
| ljkotler@duanemorris.com | michael.krauss@faegrebd.com |
| lkatz@ltblaw.com | michael.kraut@morganlewis.com |
| lkiss@klestadt.com | michael.mccrory@btlaw.com |
| lmarinuzzi@mofo.com | michael.solow@apks.com |

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| millee12@nationwide.com | pbattista@gjb-law.com |
| miller@taftlaw.com | pbosswick@ssbb.com |
| mimi.m.wong@irscounsel.treas.gov | pdublin@akingump.com |
| mitchell.ayer@tklaw.com | peisenberg@lockelord.com |
| mitchell.berger@squirepb.com | peter.gilhuly@lw.com |
| mjedelman@vedderprice.com | peter.meisels@wilsonelser.com |
| mjr1@westchestergov.com | peter.simmons@friedfrank.com |
| mlahaie@akingump.com | peter@bankrupt.com |
| mlandman@lcbf.com | pfeldman@oshr.com |
| mlichtenstein@crowell.com | pfinkel@wilmingtontrust.com |
| mlynch2@travelers.com | phayden@mcguirewoods.com |
| mmorreale@us.mufg.jp | pmaxcy@sonnenschein.com |
| mneier@ibolaw.com | ppascuzzi@ffwplaw.com |
| monica.lawless@brookfieldproperties.com | psp@njlawfirm.com |
| mpage@kelleydrye.com | ptrostle@jenner.com |
| mparry@mosessinger.com | raj.madan@skadden.com |
| mrosenthal@gibsondunn.com | ramona.neal@hp.com |
| mruetzel@whitecase.com | rbeacher@pryorcashman.com |
| mschimel@sju.edu | rbernard@foley.com |
| msegarra@mayerbrown.com | rbyman@jenner.com |
| mshiner@tuckerlaw.com | rdaversa@orrick.com |
| mshuster@hsgllp.com | relgidely@gjb-law.com |
| msolow@kayescholer.com | rfriedman@silvermanacampora.com |
| mspeiser@stroock.com | rgmason@wlrk.com |
| mstamer@akingump.com | rgoodman@moundcotton.com |
| munno@sewkis.com | rgraham@whitecase.com |
| mvenditto@reedsmith.com | rhett.campbell@tklaw.com |
| mwarner@coleschotz.com | richard.lear@hklaw.com |
| mwarren@mtb.com | richard@rwmaplc.com |
| nathan.spatz@pillsburylaw.com | rick.murphy@sutherland.com |
| nbinder@binderschwartz.com | rleek@hodgsonruss.com |
| nbojar@fklaw.com | rmatzat@hahnhessen.com |
| ncoco@mwe.com | rnetzer@willkie.com |
| neal.mann@oag.state.ny.us | robert.honeywell@klgates.com |
| ned.schodek@shearman.com | robert.malone@dbr.com |
| neil.herman@morganlewis.com | robert.yalen@usdoj.gov |
| neilberger@teamtogut.com | robin.keller@lovells.com |
| ngueron@cgr-law.com | roger@rnagioff.com |
| nicholas.zalany@squirepb.com | ross.martin@ropesgray.com |
| nissay_10259-0154@mhmjapan.com | rpedone@nixonpeabody.com |
| nlepore@schnader.com | rrainer@wmd-law.com |
| nlieberman@hsgllp.com | rroupinian@outtengolden.com |
| notice@bkcylaw.com | rterenzi@stcwlaw.com |
| nyrobankruptcy@sec.gov | russj4478@aol.com |
| otccorpactions@finra.org | ryaspan@yaspanlaw.com |
| paronzon@milbank.com | sabin.willett@morganlewis.com |

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Master Service List**

sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com

streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
yuwatoko@mofo.com

**Lehman Brothers Holding Inc.,** *et al*. **– 08-13555 (SCC)**
**Electronic Mail Additional Service List**

zzainal@foley.com
Stephen.moeller-sally@ropesgray.com

# EXHIBIT C

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**First Class Mail Service List**

FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

VENABLE LLP
(COUNSEL TO DELTA AIR LINES, INC.)
ATTN: EDWARD A. SMITH, ESQ.
1270 AVENUE OF THE AMERICAS, 25TH FLOOR
NEW YORK, NY 10020

FAEGRE BAKER DANIELS LLP
(COUNSEL TO 'SANTA FE ENTITIES')
ATTN: MICHAEL M. KRAUSS
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402-3901

EATON CORPORATION
ATTN: MEEKO CHISOLM
1000 EATON BLVD
CLEVELAND, OH 44122

WHITE & CASE LLP
(COUNSEL TO GERMAN ASSOC OF SAVINGS BANKS)
ATTN: MICHAEL RUETZEL,
BOCKENHEIMER LANDSTRASSE 20
60323 FRANKFURT AM MAIN,
GERMANY