

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings Inc.  ,   Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Juan Enrique Jerardino y Etcheverry
Name of Transferee

Jan Kollmorgen
Name of Transferor

Name and Address where notices to transferee should be sent:

Rúa Alcalde Fernández 27, 3C
15155 Fisterra (A Coruña), Spain

Phone:  0034622522507
Last Four Digits of Acct #:  ....8096

Court Claim # (if known): 40967
Amount of Claim: 15,992.19 $
Date Claim Filed: Oct 19 2009

Phone: 0034666163221
Last Four Digits of Acct. #: ....9979

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: Aug 24 2018
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.