**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
                                                                    :    Chapter 11
In re:                                                              :
                                                                    :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                            :
                                                                    :    (Jointly Administered)
                        Debtors.                                    :
                                                                    :    Ref. Docket Nos. 58361, 58630,
                                                                    :    58631, 58632, 58633, 58634, 58635,
                                                                    :    58636
                                                                    :
                                                                    :
---------------------------------------------------------------------- X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located
    at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and
    am not a party to the above-captioned action.

2.  On August 31, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant
    to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 31, 2018, a sample
    of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed
    securely in separate postage pre-paid envelopes and delivered via first class mail to those
    parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                         */s/ Konstantina Haidopoulos*
                                                         Konstantina Haidopoulos

Sworn to before me this
5th day of September, 2018
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in the County of the Bronx
Commission Expires September 24, 2021

**EXHIBIT A**

Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000129317666 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 32408



QPTF LLC
RICHARD CHOI
WILLKIE FARR & GALLAGHER LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019

QPTF LLC
TRANSFEROR: QUANTUM PARTNERS LP
C/O SOROS FUND MANAGEMENT LLC
250 WEST 55TH STREET
NEW YORK, NY 10019

Please note that your claim # 28105-67 in the above referenced case and in the amount of $1,242,500.00 allowed at $1,027,621.46 has been transferred (unless previously expunged by court order)

RSCC ASSETS LLC
TRANSFEROR: QPTF LLC
C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND
250 WEST 55TH STREET
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      58632      in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/31/2018                    Vito Genna, Clerk of Court

/s/ Betina Wheelon

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 31, 2018.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH |

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| QPTF LLC | STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| QPTF LLC | STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH |

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| QPTF LLC | STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | JESSICA ETRA, ESQ. & RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | JESSICA ETRA, ESQ. & RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: JAY SCHOENFARBER, C/O SORORS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: UBS AG, C/O SOROS FUND MANAGEMENT LLPC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL, C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10106 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVNUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL, C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | JESSICA ETRA, ESQ. & RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | JESSICA ETRA, ESQ. & RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: JAY SCHOENFARBER, C/O SORORS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: JAY SCHOENFARBER, C/O SORORS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: UBS AG, C/O SOROS FUND MANAGEMENT LLPC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: UBS AG, C/O SOROS FUND MANAGEMENT LLPC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL, C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL, C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10106 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVNUE, NEW YORK, |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| QUANTUM PARTNERS LP | NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL, C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL, C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS & CO., C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |

**Total Creditor Count 231**