UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings Inc., et al          Case No. 08-13555 (SCC)

NOTICE AND EVIDENCE OF PARTIAL
TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

MHP Revocable Trust                             Citibank N A.
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 55393
should be sent.                                 Claim Amount Filed: $28,512,622.14
                                                Security transferred: XS0348100362
Maria Paez de Hernandez                         Allowed Amount transferred: $200,000.00
3879 E Coquina Way                              Date claim filed: 10/29/2009
Weston, FL 33332
Phone: 954-816-6337

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature]                                 Date: 08/01/18
Transferee: MHP Revocable Trust
Name: Maria Paez de Hernandez

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571