Schedule 1

Claim # 14092
Value $3,000,000.00
Creditor BOULDER DAM CREDIT HUB FUND LTD.
Filed Sep 16 2009
Debtor 08-13555   Lehman Brothers Holdings Inc.
Filed Sep 16 2009 Value $3,000,000.00

Claim # 14093
Value $3,000,000.00
Creditor BOULDER DAM CREDIT HUB FUND LTD.
Filed Sep 16 2009
Debtor 08-13888   Lehman Brothers Special Financing Inc.
Filed Sep 17 2009 Value $544,000.00

Claim # 14796
Value $544,000.00
Creditor BOULDER DAM CREDIT HUB FUND LTD.
Filed Sep 17 2009
Debtor 08-13901   Lehman Brothers Commercial Corporation
Filed Sep 17 2009 Value $544,000.00

Claim # 14797
Value $544,000.00
Creditor BOULDER DAM CREDIT HUB FUND LTD.
Filed Sep 17 2009
Debtor 08-13555   Lehman Brothers Holdings Inc.