**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.,**<br><br>Debtor. | **Chapter 11 Case**<br>**No. 08-13555 (SCC)**<br><br>**(Jointly Administered)** |

### AGREED ORDER DISCHARGING SUPERSEDEAS BOND

WHEREAS on January 30, 2017, Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* for certain entities in the above-referenced chapter 11 cases, on behalf of Lehman Brothers Special Financing Inc. ("LBSF"), filed a motion [ECF No. 54675] (the "Motion")[1] to (i) to enforce a settlement and release agreement among LBSF and Shinhan Bank ("Shinhan"); and (ii) grant the Plan Administrator attorneys' and mediator's fees and costs; and

WHEREAS, on March 29, 2017, the Court granted the Motion to the extent set forth in its order dated March 29, 2017 [ECF No. 55126] (the "Order"); and

WHEREAS, on April 12, 2017, the Court entered an agreed order  [ECF No. 55163] (the "Bond Order") staying enforcement of the Order and approving a supersedeas bond bearing bond number 106527184 (the "Bond") executed by Travelers Casualty and Surety Company of America (the "Surety"), a signed and redacted copy of which is attached to the Bond Order as Exhibit A; and

---

[1] Capitalized terms used but not defined herein shall have the meaning set forth in the Motion.

WHEREAS, on August 2, 2017, the United States District Court for the Southern District of New York affirmed the Order; and

WHEREAS, on July 18, 2018, the United States Court of Appeals for the Second Circuit further affirmed the Order; and

WHEREAS, on August 8, 2018, the United States Court of Appeals for the Second Circuit issued its mandate pursuant to Federal Rule of Appellate Procedure 41; and

WHEREAS, the parties have agreed on the amount required to be paid by Shinhan to LBSF to satisfy the Order (the "Settlement Amount"); and

WHEREAS, Shinhan has remitted the full Settlement Amount to LBSF; and

WHEREAS, Shinhan and LBHI agree that the Bond is no longer required and should be released and discharged pursuant to the Bond Order.

NOW THEREFORE, it is ORDERED that the Bond is hereby discharged and the Surety is hereby released from all liability arising under the Bond; and it is

ORDERED that upon entry of this order by the Clerk of the Court, the Plan Administrator shall return the original executed Bond to the Surety, and upon such receipt of the original Bond and receipt of a copy of this order (file-stamped with its date of entry by the Clerk of the Court), the Surety shall immediately cancel the Bond, and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:  September 13, 2018
        New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE

Agreed as to the form of this order:


K&L GATES LLP

By: /s/ Robert T. Honeywell
       John A. Bicks
       Robert T. Honeywell
       Priya Chadha
       599 Lexington Ave.
       New York, NY 10022
       (212) 536-3900

       Brian D. Koosed
       1601 K Street, NW
       Washington, DC 20006
       Telephone: (202) 778-9000


*Attorneys for Shinhan Bank*


WEIL, GOTSHAL & MANGES LLP

By:/s/ Christopher J. Cox
       Christopher J. Cox
       201 Redwood Shores Parkway
       Redwood Shores, CA 94065
       Telephone: (650) 802-3000
       Facsimile: (650) 802-3100

       Jacqueline Marcus
       767 Fifth Avenue
       New York, NY 10153
       Telephone: (212) 310-8000
       Facsimile: (212) 310-8007


*Attorneys for the Plan Administrator*