

UBS AG
Europastrasse 2
8152 Opfikon
Switzerland

OQ9C / O5GC-248
INFO MGMT / HEDGE FUNDS / DEFAULT
Stephan Gfeller

BY REGISTERED MAIL
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

+41 44 235 62 83
stephan.gfeller@ubs.com

www.ubs.com

# Message

September 03, 2018

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

| | |
|---|---|
| On behalf of | Attention: Clerk of the Court |
| you are receiving | Evidence of partial transfer of claim: Credit Suisse AG, Singapore Branch |

- ☐ for your information
- ☒ for your records
- ☐ as agreed
- ☐ please complete
- ☐ returned with thanks
- ☐ please comment
- ☐ please sign
- ☐
- ☐ please return
- ☒ please confirm receipt
- ☒ please process

Remarks
TOCE218   USD 100'000.00   XS0276149738
Transferor: Credit Suisse AG, Singapore Branch / Claim Number: 55825
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Stephan Gfeller
Associate Director

*RECEIVED SEP 10 2018 U.S. BANKRUPTCY COURT SD DIST OF NY*

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse AG, Singapore Branch ("Transferor") unconditionally and irrevocably transferred to UBS AG, Zurich ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55825**), **USD 100,000 for XS0276149738** in nominal amount/units related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON 28 AUGUST 2018

Credit Suisse AG, Singapore Branch

By: _____
Name: BOEY KIM YNG
Title: VP

By: _____
Name:         AVP
Title:    CREDIT SUISSE

RECEIVED SEP 10 2018
US BANKRUPTCY COURT
SO DIST OF NEW YORK

TOCE 218

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Currency and nominal amount |
|---|---|---|---|---|
| XS0276149738 | 55825 | Oct 29, 2009 | LEHMAN BROTHERS | 100,000 |

*TOCE278*