[*Lehman Brothers*]

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transfers to HYPOSWISS PRIVATE BANK GENEVE SA ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51605); the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: 07.09.2018

**Transferor**

HSBC PRIVATE BANK (SUISSE) S.A.

Quai des Bergues 9 – 17 / P.O. Box 2888

CH- 1211 Geneva 1, Switzerland

Signature: _____ Cyril FRESNAY

Signature: _____ Giorgio Gagliani
Associate Director

Date: 11.09.2018

**Transferee**

HYPOSWISS PRIVATE BANK GENEVE SA

Rue du Général – Dufour 3

CH – 1204 Genéva, Switzerland

Signature: _____ Fabien Vidal

Signature: _____ Véronique Di Mario

RECEIVED SEP 1 4 2018 U.S BANKRUPTCY COURT SO DIST OF NEW YORK

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN/CUSIP | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amounts or Units |
|---|---|---|---|---|
| XS0336020143 | 51605 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | EUR 600'000.00 |
| XS0336019996 | 51605 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | EUR 1'050'000.00 |
| XS0290837383 | 51605 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | CHF 1'800'000.00 |