**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (SCC)
                                                               :
                    Debtors.                                   :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x   Ref. Docket No. 58830

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 14, 2018, I caused to be served the "Certificate of No Objection under 28 U.S.C. § 1746 Regarding Motion of Lehman Brothers Holdings Inc. for Extension of the Period to File Objections to and Requests to Estimate Claims," dated September 14, 2018 [Docket No. 58830], by causing true and correct copies to be delivered via electronic mail to those parties listed in the annexed Exhibit A.

                                            */s/ Forrest Kuffer*
                                            Forrest Kuffer

Sworn to before me this
17th day of September, 2018
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2018

# EXHIBIT A

**Lehman Brothers Holding Inc.,** *et al***. – 08-13555 (SCC)**
**Electronic Mail Additional Service List**

ddunne@milbank.com
wfoster@milbank.com
dodonnell@milbank.com
efleck@milbank.com
paronzon@milbank.com
gbray@milbank.com