**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : | Case No. 08-13555 (SCC) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | Ref. Docket No. 58722 |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |

---------------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                             ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 17, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated September 17, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
18th day of September, 2018
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in the County of the Bronx
Commission Expires September 24, 2021

# EXHIBIT A

Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

     Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000129487012 ***     LBH TRFNTC (ADDRESS2, ADRKEYID3) 21423



CREDIT SUISSE AG
RICHARD LEVIN, ESQ.
CRAVATH, SWAINE & MOORE LLP
825 8TH AVENUE
NEW YORK, NY 10019

CREDIT SUISSE AG
TRANSFEROR: CREDIT SUISSE INTERNATIONAL
ATTN: GIL GOLAN
11 MADISON AVENUE, 5TH FLOOR
NEW YORK, NY 10010

Please note that your claim # 22852-07 in the above referenced case and in the amount of
$3,040,762.62 allowed at $1,588,716.60 has been transferred (unless previously expunged by court order)

TACONIC MASTER FUND 1.5 LP
TRANSFEROR: CREDIT SUISSE AG
TACONIC CAPITAL ADVISORS-R. ROTHSTEIN
450 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim. However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER     58722     in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  09/17/2018     Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 17, 2018.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC

**SERVICE LIST**

```
CREDIT SUISSE AG
TRANSFEROR CREDIT SUISSE INTERNATIONAL,
ATTN: GIL GOLAN,
11 MADISON AVENUE,
5TH FLOOR, NEW YORK, NY 10010

CREDIT SUISSE AG
RICHARD LEVIN, ESQ.
CRAVATH, SWAINE & MOORE LLP
825 8TH AVENUE, NEW YORK, NY 10019

CREDIT SUISSE AG
TRANSFEROR CREDIT SUISSE INTERNATIONAL
ATTN: GIL GOLAN,
11 MADISON AVENUE
5TH FLOOR, NEW YORK, NY 10010

CREDIT SUISSE AG
TRANSFEROR: CREDIT SUISSE INTERNATIONAL
ATTN: GIL GOLAN
11 MADISON AVENUE 5TH FLOOR, NEW YORK, NY 10010


CREDIT SUISSE AG
RICHARD LEVIN, ESQ.
CRAVATH, SWAINE & MOORE LLP
825 8TH AVENUE, NEW YORK, NY 10019


TACONIC MASTER FUND 1.5 LP
TRANSFEROR: CREDIT SUISSE AG
TACONIC CAPITAL ADVISORS
R. ROTHSTEIN
450 PARK AVENUE, 8TH FLOOR
NEW YORK, NY 1002


Total Creditor Count 6
```