# Notice Recipients

District/Off: 0208−1     User: arouzeau     Date Created: 9/26/2018
Case: 08−13555−scc     Form ID: tranapl     Total: 3

**Recipients of Notice of Electronic Filing:**
aty     Alex R. Rovira     arovira@sidley.com
aty     Alex R. Rovira     arovira@sidley.com
aty     Garrett A. Fail     garrett.fail@weil.com

TOTAL: 3