**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

---

IN RE: Lehman Brothers Holdings Inc.　　　　　　　CASE NO.: 08−13555−scc

Social Security/Taxpayer ID/Employer ID/Other Nos.:　　CHAPTER: 11
13−3216325

---

## NOTICE OF TRANSMITTAL OF
## RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on August 20, 2018, document number 58587, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 18−cv−7804 assigned to the Honorable Katherine Polk Failla.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: September 26, 2018　　　　　　　　　　　　　　Vito Genna
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court