# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: arouzeau | Date Created: 9/26/2018 |
| Case: 08−13555−scc | Form ID: tranapl | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Garrett A. Fail     garrett.fail@weil.com
aty     Joshua Dorchak     joshua.dorchak@morganlewis.com

TOTAL: 2