Bank Vontobel AG
Gotthardstrasse 43
8022 Zurich
T +41 58 283 50 56
F +41 58 283 5160
roger.fivat@vontobel.com

CHE-116.300.767 MWST (VAT)

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
United States

1/1    Zurich, September 18, 2018

# Evidence of Transfer of Claim

Dear Sir or Madam

Enclosed please find one form "Evidence of Transfer of Claim" with 37 positions.
Please note, that the mentioned Lehman Products are deposited in our bank.
Our claim number is: 67373
*If you have any questions, don't hesitate to contact us.*

Best regards

**Bank Vontobel AG**

Roger Fivat

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,          Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Bank Vontobel AG, Zurich / Switzerland
**Name of Transferee**

Notenstein La Roche Privatbank AG
**Name of Transferor**

Name and Address where notices to transferee should be sent:

Bank Vontobel AG
Gotthardstrasse 43
Corporate Actions
Postfach
CH-8022 Zurich / Switzerland

Phone: 0041 58 283 50 56
Last Four Digits of Acct #: _____

Court Claim # (if known): _____
Date Claim Filed: not known
Amount of Claim: to be determined
Portion of Claim Transferred (see Schedule I): USD 1'000'000.00

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: September 18, 2018
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Bank Vontobel AG
Gotthardstrasse 43
CH-8022 Zürich

[signatures]

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Notenstein La Roche Privatbank AG ("Transferor") unconditionally and irrevocably transferred to Vontobel AG ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claims in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON September 14th, 2018.

Notenstein La Roche Privatbank AG

By: _____
Name: August Zingg
Title: Associate

By: _____
Name: Roger Knöpfel
Title: Associate

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim**

| ISIN | Claim/Schedule No. | Date Claim Filed | Issuer | Units/Amount of Claim Related to Security |
|---|---|---|---|---|
| CH0036891361 | 44593-12 | October 29, 2009 | Lehman Brothers Securities NV | USD 18000 |
| CH0029197156 | 49651-03 | October 29, 2009 | Lehman Brothers Securities NV | CHF 10'000.-- |
| CH0034774536 | 49651-03 | October 29, 2009 | Lehman Brothers Securities NV | USD 70000 |
| DE000A0MJHE1 | 49651-03 | October 29, 2009 | Lehman Brothers Securities NV | 35 x EUR 1'000.-- |
| XS0251909635 | 49651-03 | October 29, 2009 | Lehman Brothers Securities NV | 300 x CHF 59.95 |
| XS0302351266 | 49651-03 | October 29, 2009 | Lehman Brothers Securities NV | CHF 20'000.-- |
| XS0309835139 | 49651-03 | October 29, 2009 | Lehman Brothers Securities NV | 100 x CHF 477.-- |
| XS0320322901 | 49651-03 | October 29, 2009 | Lehman Brothers Securities NV | CHF 100'000 |
| XS0324890440 | 49651-03 | October 29, 2009 | Lehman Brothers Securities NV | CHF 100'000 |
| XS0324890440 | 49651-03 | October 29, 2009 | Lehman Brothers Securities NV | CHF 25'000 |
| XS0324890440 | 49651-03 | October 29, 2009 | Lehman Brothers Securities NV | CHF 100'000 |
| XS0345288459 | 49651-03 | October 29, 2009 | Lehman Brothers Securities NV | USD 10000 |
| XS0329633829 | 55813-28 | October 29, 2009 | Lehman Brothers Securities NV | USD 15'000.-- |
| XS0274443422 | 55813-62 | October 29, 2009 | Lehman Brothers Securities NV | EUR 37000 |
| XS0322794578 | 55814-39 | October 29, 2009 | Lehman Brothers Securities NV | USD 6'000.-- |
| XS0323108265 | 55837-68 | October 29, 2009 | Lehman Brothers Securities NV | USD 50'000.-- |
| XS0225326858 | 59233-59 | October 29, 2009 | Lehman Brothers Securities NV | CHF 50'000.-- |
| XS0326427480 | 59233-59 | October 29, 2009 | Lehman Brothers Securities NV | CHF 75'000 |
| XS0213416141 | 64055-07 | October 29, 2009 | Lehman Brothers Securities NV | EUR 50'000.-- |
| XS0186243118 | 555829-80 | October 29, 2009 | Lehman Brothers Securities NV | CHF 30'000.-- |
| XS0200265709 | 555829-80 | October 29, 2009 | Lehman Brothers Securities NV | CHF 40'000.-- |
| XS0251180906 | 555829-80 | October 29, 2009 | Lehman Brothers Securities NV | CHF 30'000.-- |
| XS0267329307 | 555829-80 | October 29, 2009 | Lehman Brothers Securities NV | 50 x CHF 1'000.-- |
| XS0319862818 | 555829-80 | October 29, 2009 | Lehman Brothers Securities NV | CHF 50'000.-- |
| XS0322153270 | 555829-80 | October 29, 2009 | Lehman Brothers Securities NV | CHF 50'000.-- |
| XS0324890440 | 559233-01 | October 29, 2009 | Lehman Brothers Securities NV | CHF 10'000.-- |
| XS0200265709 | 559233-22 | October 29, 2009 | Lehman Brothers Securities NV | CHF 5'000 |
| XS0279424310 | 559233-24 | October 29, 2009 | Lehman Brothers Securities NV | CHF 900 |
| XS0337337710 | 5155829-04 | October 29, 2009 | Lehman Brothers Securities NV | CHF 30'000.-- |
| XS0204933997 | 5155829-57 | October 29, 2009 | Lehman Brothers Securities NV | USD 500'000.-- |
| CH0034774536 | 5159233-17 | October 29, 2009 | Lehman Brothers Securities NV | CHF 30'000.-- |
| XS0326427480 | 5159233-34 | October 29, 2009 | Lehman Brothers Securities NV | CHF 25'000 |
| XS0320322901 | 5159233-96 | October 29, 2009 | Lehman Brothers Securities NV | CHF 10'000.-- |
| XS0324890440 | 5159233-96 | October 29, 2009 | Lehman Brothers Securities NV | CHF 40'000 |
| XS0323535418 | 5255829-51 | October 29, 2009 | Lehman Brothers Securities NV | 5 x USD 1'000 |
| XS0326427480 | 5259233-55 | October 29, 2009 | Lehman Brothers Securities NV | CHF 20'000 |
| XS0346007320 | 5459233-78 | October 29, 2009 | Lehman Brothers Securities NV | EUR 100'000 |