Form 210A (10/06)

FILED / RECEIVED

SEP 14 2018

EPIQ

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case Nos. 08-13555 (JMP)
                                               (Jointly Administered)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by Bank of Singapore Limited, Singapore Branch (the "Transferor"), against Lehman Brothers Holdings Inc., which has been designated as Claim No. W0012798 (the "Claim"). Transferee (as that term is defined below) hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. Rule 3001(e)(2), of the transfer, other than for security, of the Claim, in the nominal amount of USD100,000 (the "Transferred Portion"). For the avoidance of doubt, the Transferred Portion relates to ISIN XS0300349882. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

| Name of Transferee | Name of Transferor |
|---|---|
| Bank J. Safra Sarasin Ltd, Singapore Branch | Bank of Singapore Limited |
| **Name and Address where notices to Transferee should be sent:** | **Name and Address where notices to Transferor should be sent:** |
| 8 Marina View #25-01 Asia Square Tower 1<br>Singapore 018960<br>Attn: Regina Tan<br>Tel.: +65 62308305 | 9 Raffles Place #08-01 Republic Plaza<br>Singapore 048619<br>Attn: Kenneth Tan<br>Tel: +65 65598000 |
| Last Four Digits of Acct #: 0390 | Last Four Digits of Acct. #: N/A |
| Name and Address where transferee payments should be sent (if different from above): | Court Claim # (if known): W0012798<br>Date Claim Filed: 19 October 2009<br>Transferred Portion: USD 100,000 nominal amount |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: __11/09/2018__
Transferee
Name: Matthieu Bricout
Title: COO, Singapore Branch

By: _____    Date: __11 sept 2018__
Transferee
Name: Wilson Wong
Title: Head of Legal, Asia

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

2

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank of Singapore Limited,** 9 Raffles Place #08-01 Republic Plaza, Singapore 048619 ("Transferor") unconditionally and irrevocably transferred to Bank J. Safra Sarasin Ltd, Singapore Branch. ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with that portion of the Transferor's claim (as such term is defined in Section 101(5) of the Bankruptcy Code) (Claim No. W0012798) identified on Schedule I hereto (the "Transferred Claim") against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the Transferred Claim and recognizing the Transferee as the sole owner and holder of such Transferred Claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 3 August 2018.

**Bank of Singapore Limited**

By: _[signature]_

Name: **KENNETH TAN**
Title: **Associate Director**
**Transaction Services**

By: _[signature]_

Name: IBRAHIM ISHAK
Title: Associate Director
Transaction Services

Schedule I

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0320744724 | W0012798 | 19 Oct 2009 | LB (BNP PARIBAS/RBS) DACELN 210909 | 200,000 |
| XS0300349882 | W0012798 | 19 Oct 2009 | LB (CAPLD/KEPLD/CITY D)ELN 180509US | 100,000 |



**J. SAFRA SARASIN**
Sustainable Swiss Private Banking since 1841

By courier
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Singapore, 13 September 2018
Your contact: Wilson Wong, T: +65 6230 8366

**Transfers of Claim other than for Security, Epiq Claim No. W0012798**

Dear Madam, Dear Sir,

Bank J. Safra Sarasin Ltd, Singapore Branch is sending you herewith the enclosed 1 original copy of the completed 210A transfer form, including the copy of the evidence of transfer of claim regarding the transfer of claim (referring to claim no. W0012798 against Lehman Brothers Holdings Inc. by the following transferor:

Bank of Singapore Limited, 9 Raffles Place #08-01 Republic Plaza, Singapore 048619

Yours sincerely
Bank J. Safra Sarasin Ltd, Singapore Branch

Wilson Wong
Head Legal, Asia        Matthieu Bricout

Enclosure

Bank J. Safra Sarasin Ltd, Singapore Branch
8 Marina View, #25-01 Asia Square Tower 1, Singapore 018960
T: +65 6536 6848, F: +65 6536 3866, www.jsafrasarasin.sg
Postal address: Robinson Road P.O. Box 1628, Singapore 903228, Co. Registration No.: T11FC0012E, GST Registration No.: M90366804J

1 | 1

**EXPRESS WORLDWIDE** **DOX** DHL

2018-09-12 DHL EmailShip 04.02.00 / *16-1407*

From : Bank J. Safra Sarasin Ltd
REGINA TAN
8 Marina View #25-01
Asia Square Tower 1
018960 Singapore
Singapore

Origin: **SIN**

Contact: Ph: +6562308305

To : EQIP BANKRUPTCY SOLUTIONS, LLC
LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING
757 THIRD AVENUE, 3RD FLOOR
NEW YORK, NY 10017
USA

Contact Name:
eMail:
Ph: +16462822400

**NEW YORK NY 10017**
**United States Of America**

# US-ZYP-TSS

Day Time

Ref: CUSTODIAN AND NOMINEE
S

Pce/Shpt Weight **0.5 kg** Piece **1 / 1**

FILED / RECEIVED
SEP 14 2018
EPIQ

Contents: DOCS

WAYBILL 99 7747 9002

(2L)US10017+42000000

(J) JD01 4600 0000 0570 9452

FILED / RECEIVED
SEP 14 2018
EPIQ

dhl.com

