B 210A (Form 210A) (12/09)

FILED / RECEIVED
SEP 21 2018
EPIQ

# UNITED STATES BANKRUPTCY COURT

In re _Lehman Brothers Housing Inc_    Case No. _08-13555_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Monsieur Guy Bottin et Madame Pompe Gerard_                _ING Belgium SA_
Name of Transferee                                           Name of Transferor

Name and Address where notices to transferee should be sent:
Monsieur et Madame Bottin - Gerard
Rue Pont de Chessainne, 1
4550 Villers-le-Temple, Belgium
Phone: +32 475 28 05 62
Last Four Digits of Acct #: _____

Court Claim # (if known): _58510_
Amount of Claim: _200 000,00 €_
Date Claim Filed: _10/30/2008_

Phone: _____
Last Four Digits of Acct #: _____

OIBSECBEPCOAORDINARYOPS@ING.BE

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: _13 September 2018_
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.