FILED / RECEIVED

SEP 2 1 2018

EPIQ

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  LEHMAN BROTHERS HOLDINGS. INC     Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Monsieur Gui BOTTIN et Madame Monique GERARD
Name of Transferee

ING BELGIUM SA
Name of Transferor

Name and Address where notices to transferee should be sent: Monsieur et Madame BOTTIN - GERARD
Rue Pont de Chessainne, 1
4550 Villers-le-Temple, Belgium
Phone: +32.475.28.05.62
Last Four Digits of Acct #: _____

Court Claim # (if known): 58538
Amount of Claim: 400 000,00 CHF
Date Claim Filed: 10/30/2008

Phone: _____
Last Four Digits of Acct. #: _____

OBSSECDEPCOA ORDINARYOPS @ ING.BE

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 13 September 2018
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.