**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x   Ref. Docket No. 58853

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 28, 2018, I caused to be served the "August 2018 Post-Effective Operating Report," dated September 28, 2018 [Docket No. 58853], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A,

   b. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the party listed in the annexed Exhibit B, and

   c. delivered via electronic mail to those parties listed in the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
2nd day of October, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

Federal Reserve Bank of Philadelphia
Ten Independence Mall
Philadelphia, PA 19106-1574

| | |
|---|---|
| WHITE & CASE LLP<br>ATTN: MICHAEL RUETZEL,<br>(COUNSEL TO GERMAN ASSOCIATION OF SAVINGS BANKS)<br>BOCKENHEIMER LANDSTRASSE 20<br>60323 FRANKFURT AM MAIN,<br>GERMANY | EATON CORPORATION<br>ATTN: MEEKO CHISOLM<br>1000 EATON BLVD<br>CLEVELAND, OH 44122 |
| PAUL HASTINGS LLP<br>ATTN: MARTIN EDELMAN, ROBERT WERTHEIMBER<br>(COUNSEL TO 605 THIRD AVENUE FEE LLC)<br>75 EAST 55TH STREET<br>NEW YORK, NY 10022 | MCCALLA RAYMER, LLC<br>ATTN: JEANNE MORTON, ESQ<br>(COUNSEL TO AMERICA'S SERVICING COMPANY)<br>1544 OLD ALABAMA ROAD<br>ROSWELL, GA 30076-2102 |
| VENABLE LLP<br>ATTN: EDWARD A. SMITH, ESQ.<br>(COUNSEL TO DELTA AIR LINES, INC.)<br>1270 AVENUE OF THE AMERICAS, 25TH FLOOR<br>NEW YORK, NY 10020 | FAEGRE BAKER DANIELS LLP<br>ATTN: MICHAEL M. KRAUSS<br>(COUNSEL TO 'SANTA FE ENTITIES')<br>2200 WELLS FARGO CENTER<br>90 SOUTH SEVENTH STREET<br>MINNEAPOLIS, MN 55402-3901 |

**EXHIBIT C**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.lanza@dlapiper.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alexander.lorenzo@alston.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com

aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com

bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com

clynch@reedsmith.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.s.cartee@delta.com
david.tillem@wilsonelser.com
david.wender@alston.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com

2

dbesikof@loeb.com

dblack@hsgllp.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

dennis.tracey@hoganlovells.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgoldberg@hsgllp.com

dhayes@mcguirewoods.com

dhealy@hsgllp.com

dheffer@foley.com

dhurst@coleschotz.com

dhw@dhclegal.com

diconzam@gtlaw.com

djcarragher@daypitney.com

djoseph@stradley.com

dkessler@ktmc.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dmark@kasowitz.com

dmcguire@winston.com

dmiller@steinlubin.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dspelfogel@foley.com

dsullivan@hsgllp.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dworkman@bakerlaw.com

easmith@venable.com

ebcalvo@pbfcm.com

ecohen@russellinvestments.com

edelucia@hsgllp.com

edward.flanders@pillsburylaw.com

efisher@binderschwartz.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedmanspring.com

ekbergc@lanepowell.com

eleicht@whitecase.com

ellen.halstead@cwt.com

emagnelli@bracheichler.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

etillinghast@sheppardmullin.com

eweinick@otterbourg.com

ezujkowski@emmetmarvin.com

farrington.yates@kobrekim.com

fcarruzzo@kramerlevin.com

ffm@bostonbusinesslaw.com

fhenn@law.nyc.gov

fhyman@mayerbrown.com

foont@foontlaw.com

fsosnick@shearman.com

gabriel.delvirginia@verizon.net

gary.ravertpllc@gmail.com

gavin.alexander@ropesgray.com

gbray@milbank.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@morganlewis.com

gmoss@riemerlaw.com

goldenberg@ssnylaw.com

gspilsbury@jsslaw.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@chadbourne.com

heiser@chapman.com

hmagaliff@r3mlaw.com

holsen@stroock.com

hooper@sewkis.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

irethy@stblaw.com

j.zelloe@stahlzelloe.com

jacobsonn@sec.gov

jalward@blankrome.com

james.berg@piblaw.com

james.mcclammy@dpw.com

james.moore@morganlewis.com

james.sprayregen@kirkland.com

jamesboyajian@gmail.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbeemer@entwistle-law.com

jbrody@americanmlg.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jdoran@haslaw.com

jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@united.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
jnm@mccallaraymer.com

john.beck@hoganlovells.com
john.goodchild@morganlewis.com
john.monaghan@hklaw.com
john.mule@state.mn.us
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrapisardi@omm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com

jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
kek@crb-law.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com

ladler@laniadlerpartners.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgomez@msek.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.roitman@ropesgray.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com

mark.mckane@kirkland.com

mark.salzberg@squirepb.com

mark.sherrill@sutherland.com

maryann.gagliardi@wilmerhale.com

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

mbenner@tishmanspeyer.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcarthurk@sullcrom.com

mccarthyj@sullcrom.com

mcolomar@diazreus.com

mcordone@stradley.com

mcyganowski@oshr.com

mdorval@stradley.com

meek@eaton.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhanin@kasowitz.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.krauss@faegrebd.com

michael.kraut@morganlewis.com

michael.mccrory@btlaw.com

michael.solow@apks.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mitchell.berger@squirepb.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

mshuster@hsgllp.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

munno@sewkis.com

mvenditto@reedsmith.com

mwarner@coleschotz.com

mwarren@mtb.com

nathan.spatz@pillsburylaw.com

nbinder@binderschwartz.com

nbojar@fklaw.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neil.herman@morganlewis.com

neilberger@teamtogut.com

ngueron@cgr-law.com

nicholas.zalany@squirepb.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

nlieberman@hsgllp.com

notice@bkcylaw.com

nyrobankruptcy@sec.gov

otccorpactions@finra.org

paronzon@milbank.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.meisels@wilsonelser.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

pfinkel@wilmingtontrust.com

phayden@mcguirewoods.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

psp@njlawfirm.com

ptrostle@jenner.com

raj.madan@skadden.com

ramona.neal@hp.com

rbeacher@pryorcashman.com

rbernard@foley.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgoodman@moundcotton.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.lear@hklaw.com

richard@rwmaplc.com

rick.murphy@sutherland.com

rleek@hodgsonruss.com

rmatzat@hahnhessen.com

8

rnetzer@willkie.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rterenzi@stcwlaw.com
russj4478@aol.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sstarr@starrandstarr.com

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

streusand@slollp.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuber@csglaw.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tgoren@mofo.com

tgrinsell@hsgllp.com

thenderson@americanmlg.com

thomas.califano@dlapiper.com

timothy.harkness@freshfields.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmm@mullaw.org

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

uitkin@kasowitz.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

william.hao@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

yuwatoko@mofo.com

**Additional Email**

stephen.moeller-sally@ropesgray.com

zzainal@foley.com