B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,　　　　　　　　　Case No. <u>08-13555</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | BANC OF AMERICA CREDIT PRODUCTS, INC. |
|---|---|
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent:<br>　HBK Master Fund L.P.<br>　c/o HBK Services LLC<br>　2101 Cedar Springs Road, Suite 700<br>　Dallas, TX 75201 | Court Claim # (if known): <u>Claim No. 58352</u><br><br>Amount of Claim Transferred: <u>$50,000,000.00</u><br>Date Claim Filed: <u>October 30, 2009</u><br>Debtor: <u>Lehman Brothers Holdings Inc.</u> |
| Phone: <u>(214) 758-6107</u><br>Last Four Digits of Acct #:<u>N/A</u> | Phone:<br>Last Four Digits of Acct #:<u>N/A</u> |
| Name and Address where transferee payments should be sent (if different from above): | Court Claim # (if known): <u>Claim No. 58352</u><br><br>Amount of Claim Transferred: <u>$30,000,000.00</u><br>Date Claim Filed: <u>October 30, 2009</u><br>Debtor: <u>Lehman Brothers Holdings Inc.</u> |
| Phone:<br>Last Four Digits of Acct #:<u>N/A</u> | Phone:<br>Last Four Digits of Acct #:<u>N/A</u> |
| | Court Claim # (if known): <u>Claim No. 58352</u><br><br>Amount of Claim Transferred: <u>$15,000,000.00</u><br>Date Claim Filed: <u>October 30, 2009</u><br>Debtor: <u>Lehman Brothers Holdings Inc.</u><br><br>Phone:<br>Last Four Digits of Acct #:<u>N/A</u> |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J.R. Smith                              Date: October 5, 2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns ("Buyer"), an undivided interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc**. (Claim No.: **58352**) in the aggregate amount of **$50,000,000** (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC) as set forth below:

| Claim Number | Amount |
|---|---|
| 58352 | $ 1,693,000.00 |
| 58352 | $ 2,483,000.00 |
| 58352 | $ 6,524,000.00 |
| 58352 | $ 12,819,000.00 |
| 58352 | $ 26,481,000.00 |
| *Aggregate:* | **$ 50,000,000.00** |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Transferred Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim to Buyer.

*[signature page follows]*

133019093v3

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the <u>23</u> day of May, 2018.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name: SETH DENSON
Title: DIRECTOR

HBK MASTER FUND L.P.

By:   HBK Services LLC
      Investment Advisor

      By:_____
      Name:
      Title:  Authorized Signatory

133019093v3

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 23 day of May, 2018.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title:

HBK MASTER FUND L.P.

By:   HBK Services LLC
      Investment Advisor

By: _____
Name: Jon L. Mosle III
Title: Authorized Signatory

EXHIBIT A

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

      **Banc of America Credit Products, Inc.**, with offices at One Bryant Park, 3rd Floor, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P.**, its successors and assigns ("Buyer"), an undivided pro rata share to the extent of a 4.8355% interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc.** (Claim No.: **58352**) in the pre-divided amount of $620,406,164.00 (the "Claim Amount"), which pro rata share represents **$30,000,000** of the Claim Amount (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC)

      Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

      IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the __23__ day of May, 2018.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name: SETH DENSON
Title: DIRECTOR

HBK MASTER FUND L.P.

By:   HBK Services LLC
      Investment Advisor

     By: _____
     Name:
     Title:  Authorized Signatory

133018977v3

EXHIBIT A

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.,** with offices at One Bryant Park, 3rd Floor, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P.**, its successors and assigns ("Buyer"), an undivided pro rata share to the extent of a 4.8355% interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc**. (Claim No.: **58352**) in the pre-divided amount of $620,406,164.00 (the "Claim Amount"), which pro rata share represents **$30,000,000** of the Claim Amount (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC)

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 23 day of May, 2018.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title:

HBK MASTER FUND L.P.

By:   HBK Services LLC
      Investment Advisor

By: _____
Name: Jon L. Mosle III
Title: Authorized Signatory

133018977v3

EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P.**, its successors and assigns ("Buyer"), a 100% undivided interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc.** (Claim No.: **58352**) in the aggregate amount of **$15,000,000** (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 23 day of May, 2018.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name: SETH DENSON
Title: DIRECTOR

HBK MASTER FUND L.P.

By:   HBK Services LLC
      Investment Advisor

      By:_____
      Name:
      Title:   Authorized Signatory

133019079v3

EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P.**, its successors and assigns ("Buyer"), a 100% undivided interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc**. (Claim No.: **58352**) in the aggregate amount of **$15,000,000** (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC)

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Transferred Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 23 day of May, 2018.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title:

HBK MASTER FUND L.P.

By:   HBK Services LLC
      Investment Advisor

By: _____
Name: Jon L. Mosle III
Title: Authorized Signatory

133019079v3