WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
::
In re                                                           :    Chapter 11 Case No.
::
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :    08-13555 (SCC)
::
Debtors.                                            :    (Jointly Administered)
::
------------------------------------------------------------------x

**NOTICE OF CANCELLATION OF HEARING**
**SCHEDULED FOR OCTOBER 11, 2018 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing that was scheduled for October 11, 2018 at 10:00 a.m. (Prevailing Eastern Time), before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004-1408 **has been cancelled.**

Dated:  October 9, 2018
        New York, New York

                                        */s/ Garrett A. Fail*
                                        Garrett A. Fail

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

WEIL:\96751302\1\58399.0011