Michael P. Richman
Steinhilber Swanson LLP
122 West Washington Avenue
Suite 850
Madison, WI 53703-2732
(608) 709-5998
mrichman@steinhilberswanson.com

*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*,, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST IN THESE CASES

**PLEASE TAKE NOTICE** that Michael P. Richman, formerly associated with the law firm of Hunton Andrews Kurth LLP f/k/a Hunton & Williams LLP, hereby withdraws his appearance as counsel in the above-captioned proceedings for Lehman Brothers Holdings Inc. (the "Parties").  Other attorneys of Hunton Andrews Kurth LLP continue to represent the Parties.

**PLEASE TAKE FURTHER NOTICE** that Michael P. Richman requests that he be removed from any and all mailing matrices and service lists in the above-captioned proceedings for the Parties.

This notice and request is precipitated by Mr. Richman's departure from the firm of Hunton Andrews Kurth LLP f/k/a Hunton & Williams LLP effective April 14, 2018.

Dated: October 9, 2018
      Madison, Wisconsin

*/s/ Michael P. Richman*
Michael P. Richman
Steinhilber Swanson LLP
122 West Washington Avenue
Suite 850
Madison, WI 53703-2732
(608) 709-5998
mrichman@steinhilberswanson.com