# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>Lehman Brothers Holdings Inc.</u>     Case No. <u>08-13555</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>MARBLE RIDGE SPECIAL SITUATIONS FUND LP</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | Court Claim # (if known):  20250<br>Amount of Claim:  <u>USD$1,000,000.00</u><br>(Allowed in the Amount of USD$1,000,000.00)<br>Date Claim Filed: <u>09/21/2009</u><br><br>Phone: <u>(800) 829-0321</u><br>Last four digits of Acct.#  <u>N/A</u><br><br>Name and Current Address of Transferor: |
| Phone: <u>516-255-1801</u><br>Last four digits of Acct#:  <u>N/A</u> | MARBLE RIDGE SPECIAL SITUATIONS FUND LP<br>Transferor: Drusilla LLC<br>f/k/a Gaius Special Situations Fund LP<br>111 West 33rd Street, Suite 2116<br>New York, NY 10120 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#:  <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                                                        Date: <u>October 11, 2018</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   In re: Lehman Brothers Special Financing, Inc.;
and The Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, Marble Ridge Special Situations Fund LP ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to TRC Master Fund LLC (the "Buyer"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing, Inc. (the "Debtor"), a debtor-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case Number 08-13555 (SCC) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of US $1,000,000.00 (the "Claim") and docketed as claim number 20250.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 11th day of October, 2018.

| SELLER: | BUYER: |
|---|---|
| **MARBLE RIDGE SPECIAL SITUATIONS FUND LP** | **TRC MASTER FUND LLC** |
| By: _____ DAVID HAMPSON | By: _____ |

## EVIDENCE OF TRANSFER OF CLAIM

TO: In re: Lehman Brothers Special Financing, Inc.;
and The Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, Marble Ridge Special Situations Fund LP ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to TRC Master Fund LLC (the "Buyer"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing, Inc. (the "Debtor"), a debtor-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case Number 08-13555 (SCC) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of US $1,000,000.00 (the "Claim") and docketed as claim number 20250.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 11th day of October, 2018.

| SELLER: | BUYER: |
|---|---|
| MARBLE RIDGE SPECIAL SITUATIONS FUND LP | TRC MASTER FUND LLC |
| By: _____ | By: _____ Terrel Ross Managing Member |

Schedule I

65567921.1



# Lehman Brothers Holdings Inc. (Chapter 11)
Case # 08-13888

| Claim # 20250 | Schedule # 888024240 |
|---|---|
| **Filed** | Sep 21 2009 |
| **Value** | $1,000,000.00 |
| **Debtor** | Lehman Brothers Special Financing Inc. |
| **Creditor** | MARBLE RIDGE SPECIAL SITUATIONS FUND LP |
| **Address** | TRANSFEROR: DRUSILLA LLC |
| | F/K/A GAIUS SPECIAL SITUATIONS FUND LP |
| | 111 WEST 33RD STREET, SUITE 2116 |
| **Amounts** | Claimed Unsecured Amount — $3,485,908.80 |
| | Allowed Unsecured Balances — $1,000,000.00 |
| **Remarks** | THIS CLAIM IS ALLOWED Tax Form ReceivedOFAC Received |