

B 210A (Form 210A) (12/09)

FILED / RECEIVED
SEP 28 2018
EPIQ

# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDINGS INC    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRIPLE A GLOBAL LIMITED
Name of Transferee

Sc. WILLIAMBYOS BANK (CHANNEL ISLANDS) Ltd
PO BOX 6
ST PETER PORT
GUERNSEY, CHANNEL ISLANDS
GY1 3AE
Name of Transferor

Name and Address where notices to transferee should be sent:
C/O RADIANT MANAGEMENT SFO DMCC
OFFICE NO: 39-J, ALMAS TOWER, JLT,
P.O. Box: 625847, DUBAI-UAE.
Phone: +971 50 456 2998
Last Four Digits of Acct #: _____

Court Claim # (if known): 36824
Amount of Claim: $15,000,000.00
Date Claim Filed: 5TH OCTOBER 2009

Phone: 0044 1481 704317
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ramesh Kumar Grenka            Date: 28th September 2018
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.