B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHERS HOLDINGS INC.  ,    Case No.  08-13555 (JPM)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banque Bonhôte & Cie SA | Banque Cantonale Neuchâteloise |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Banque Bonhôte & Cie SA
2, quai Ostervald, CH-2001 Neuchâtel

Court Claim # (if known):  55829
Amount of Claim: EUR 30'000
Date Claim Filed: _____

Phone:  + 41 32 722 10 00
Last Four Digits of Acct #: _____

Phone:  + 41 32 723 63 58
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Banque BONHÔTE & CIE SA_    Date:  14/09/2018
    _CH - 2001 NEUCHÂTEL_
    Transferee/Transferee's Agent

    [signatures]
    CIO.

Assistant
Vice President

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

concern : Isin XS0339537390

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Banque Cantonale Neuchâteloise ("Transferor") unconditionally and irrevocably transferred to Banque Bonhôte et Cie SA ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No.** 55829 ) in the nominal amounts specified in schedule I related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 14.09.2018

BANQUE CANTONALE NEUCHATELOISE

By: _____
Name: Christian Debrot
Title: Fondé de Pouvoir

By: _____
Name: Fabien Salzmann
Title: Mandataire Commercial

Page 1 of 2

21.09.18        8.00
CH - 2001       PRIORITY
Neuchâtel 1     Stand 2

2045009         LA POSTE

United States Bankruptcy C.
Southern District of New York
Lehmann Brothers Holdings
Claims Center
c/o Epiq Bankruptcy Solutions
FTR Station, P.O. Box 5076
10150-5076 New York
United States of America