B 210A (Form 210A) (12/09)

RECEIVED OCT - 9 2018 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

07:40 31 AUG '18

FILED / RECEIVED SEP 2 8 2018 EPIQ

## UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc        ,                         Case No.  08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| David Paul | Union Bancaire Privée, UBP SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Widdersbergerstrasse 44
82346 Andechs-Frieding, Germany

Court Claim # (if known):  55813.32
Amount of Claim:  $53,391.84
Date Claim Filed:  2009/10/29

Phone:  0049 8152 33 10
Last Four Digits of Acct #: _____

Phone:  +41 58 819 3533
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
David Paul, HypoVereinsbank, IBAN:
DE60700202703 BIC:HYVEDEMMXXX

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: David Paul /s/                                    Date: 27.08.2018
      Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficency of which are hereby acknowledged, **UNION BANCAIRE PRIVEE, UBP SA** ("Transferor") unconditionally and irrevocably transferred to **David Paul,** with residence at Widdersbergerstrasse 44, 82346 Andechs-Frieding, Germany all of its right, title, interest claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **55813.32**) **equal to an allowed claim of USD 53'391.84** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 31st July 2018.

**UNION BANCAIRE PRIVEE, UBP SA**

Securities department
Director

Securities department
Associate

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim | Date Claim Filed | Issuer | Claim Unsecured | Allowed Unsecured |
|---|---|---|---|---|---|
| ISIN XS0325369725<br><br>Lehman Brothers Treasury due 31.10.2008 | 55813.32 | 29th October 2009 | Lehman Brothers Treasury | USD 53'391.84 | USD 53'391.84 |



- The UPS EXPRESS ENVELOPE is to be used for document shipments only.
- Der UPS EXPRESS ENVELOPE ist nur für den Versand von Dokumenten bestimmt.
- La UPS EXPRESS ENVELOPE va usata unicamente per spedire documenti.
- El uso del UPS EXPRESS ENVELOPE está exclusivamente destinado para el envío de documentos.
- L'utilisation de l'UPS EXPRESS ENVELOPE...
- Cash and nego...
- Der Versand v...
- Vietato inviar...
- El dinero en e...
- Les envois d'e...
- Niedozwolone...
- Koperta UPS EX...

SHIP TO:
+41228192290
UBP
(646) 282-2500
RUE DU RHONE 96 98
1204 GENEVE
SWITZERLAND

SHIP TO:
LEHMAN BROTHERS HOLDINGS CLAIMS
EPIQ BANKRUPTCY SOLUTIONS, LLC
NEW ADD
777 3RD AVE
FL 12
NEW YORK NY 10017 4020

UPS SAVER
TRACKING #: 1Z 8A6 040 04 4219 1075

NY 100 9-44  1P
1Z8A6040044219107S

ENV   1 OF 1
SHP#: 8A60 40GC-4DG
DATE: 21 SEP 2018

BILLING: P/P
DESC: DOCUMENTS

EDI-DOC

24/Sep/2018 20:46 1007

N° de facture: 4605

FILED / RECEIVED
SEP 25 2018
EPIQ

Document de secours - Veuillez le placer sur le colis
Adhiera la documentación de envío
Place UPS shipping documentation
Bitte bringen Sie die UPS Versandd...
La documentazione di spedizione U...

TR#: 1Z 8A6 040 04 4219 1075    SHP#: 8A60 40GC 4DG

Shipper's Signature:

Date:

01872118   02/17   PSD   United F