RECEIVED OCT - 9 2018

FILED / RECEIVED
SEP 28 2018
EPIQ

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **LEHMAN BROTHERS HOLDINGS INC**    Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**TRIPLE A GLOBAL LIMITED**
Name of Transferee

**SG HAMBROS BANK (CHANNEL ISLANDS) LT PO BOX 6 ST PETER PORT GUERNSEY, CHANNEL ISLANDS GY1 3AE**
Name of Transferor

Name and Address where notices to transferee should be sent:
C/O RADIANT MANAGEMENT SFO DMCC
OFFICE NO: 39-J, ALMAS TOWER, JLT,
P.O. BOX: 625847, DUBAI - UAE.
Phone: +971 50 456 2998
Last Four Digits of Acct #: _____

Court Claim # (if known): **36823**
Amount of Claim: **$10,000,000.00**
Date Claim Filed: **5TH OCTOBER 2009**

Phone: 0044 1481 704317
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Ramesh Keemar Grerla*    Date: 28th September 2018
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571