**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.<br>08-13555 (SCC) |

**STIPULATION AND ORDER EXTENDING TIME FOR
CERTAIN MORTGAGE LOAN SELLERS TO OBJECT TO
PLAN ADMINISTRATOR'S MOTION FOR LEAVE TO
AMEND AND EXTEND THE SCOPE OF THE ADR
PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS**

WHEREAS, on October 1, 2018, Lehman Brothers Holdings Inc., as Plan Administrator (the "Plan Administrator"), filed a Motion For Leave to Amend and Extend the Scope of the ADR Procedures Orders for Indemnification Claims of the Debtors Against Mortgage Loan Sellers (Case No. 08-13555)[Dkt. No. 58858] (the "Motion to Amend");

WHEREAS, Defendants that were served with the Motion to Amend were required to object or otherwise respond to the Motion to Amend on or by October 15, 2018 at 4:00 PM (ET);

WHEREAS, on October 1, 2018, Defendants Bank of England, Capital Bank Corp., Crestline Funding Corp., CTX Mortgage Company LLC, DHI Mortgage Company, Ltd., Eagle Home Mortgage, LLC, First Equity Mortgage Bankers, Inc., Freedom Mortgage Corporation, Gateway Mortgage Group LLC, Mountain West Financial, Inc., Paramount Residential Mortgage Group, Inc., Shea Mortgage Inc., Standard Pacific Mortgage, Inc., and Universal American Mortgage Company, LLC (collectively, "Certain Mortgage Loan Sellers") were served with the Motion to Amend;

WHEREAS, in the interest of efficiency, the Plan Administrator and Certain Mortgage Loan Sellers have conferred regarding the time to object or otherwise respond;

IT IS HEREBY STIPULATED AND AGREED, by and between the Plan Administrator and Certain Mortgage Loan Sellers, by their undersigned counsel, that Certain Defendants' time to object or otherwise respond to the Motion to Amend is hereby extended to October 24, 2018 at 4:00 PM (ET).

Dated:   New York, New York
         October 15, 2018

| **WOLLMUTH MAHER & DEUTSCH LLP** | **BILZIN SUMBERG BAENA PRICE & AXELROD LLP** |
|---|---|
| By: */s/ Adam M. Bialek* | By: /s/ *Philip R. Stein* |
| William A. Maher<br>James N. Lawlor<br>Adam M. Bialek<br>Mara R. Lieber<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>wmaher@wmd-law.com<br>jlawlor@wmd-law.com<br>abialek@wmd-law.com<br>mlieber@wmd-law.com<br><br>*Counsel for Lehman Brothers Holdings Inc.* | Philip R. Stein<br>Enza Boderone<br>Kenneth Duvall<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>1450 Brickell Avenue, 23rd Floor<br>Miami, Florida 33131<br>Telephone: (305) 350-2422<br>Facsimile: (305) 351-2193<br>Pstein@bilzin.com<br>EBoderone@bilzin.com<br>kduvall@bilzin.com<br><br>*Counsel for Mortgage Sellers Bank of England, Capital Bank Corp., Crestline Funding Corp., CTX Mortgage Company LLC, DHI Mortgage Company, Ltd., Eagle Home Mortgage, LLC, First Equity Mortgage Bankers, Inc., Freedom Mortgage Corporation, Gateway Mortgage Group LLC, Mountain West Financial, Inc., Paramount Residential Mortgage Group, Inc., Shea Mortgage Inc., Standard Pacific Mortgage, Inc., and Universal American Mortgage Company, LLC* |

**IT IS SO ORDERED:**

New York, New York
October 15, 2018

<u>/S/ Shelley C. Chapman</u>
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE
