**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------- x
                                                                 :   Chapter 11
In re:                                                           :
                                                                 :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                           :
                                                                 :   (Jointly Administered)
                                  Debtors.                       :
                                                                 :   Ref. Docket Nos. 58779, 58780,
                                                                 :   58781, 58792, 58793, 58813, 58815,
                                                                 :   58816, 58823, 58827, 58828, 58834,
                                                                 :   58840, 58878, 58879, 58880, 58882
                                                                 :
---------------------------------------------------------------- X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 11, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 11, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
12th day of October, 2018
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in the County of the Bronx
Commission Expires September 24, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

CREDIT SUISSE AG
TRANSFEROR: CREDIT SUISSE INTERNATIONAL
ATTN: GIL GOLAN
11 MADISON AVENUE, 5TH FLOOR
NEW YORK, NY 10010

CREDIT SUISSE AG
RICHARD LEVIN, ESQ.
CRAVATH, SWAINE & MOORE LLP
825 8TH AVENUE
NEW YORK, NY 10019

Please note that your claim # 22813-07 in the above referenced case and in the amount of $50,291,372.46 allowed at $13,579,141.91 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000130007732 ***     LBH TRFNTC (MERGE2, TXNUM2) 4000189456



BOTTICELLI, LLC
TRANSFEROR: CREDIT SUISSE AG
C/O ANGELO, GORDON & CO.: M MCNAMARA
245 PARK AVE, 26TH FLOOR
NEW YORK, NY 10167

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     58878     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/11/2018          Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 11, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA DI BOLOGNA | SEDE LEGALE E DIREZIONE GENERALE, PIAZZA GALVANI, N. 4, BOLOGNA 40124 ITALY |
| BANK ITAU (SUISSE) SA | TRANSFEROR: ST. GALLER KANTONALBANK AG, BLEICHERWEG 30, 8002 ZURICH SWITZERLAND |
| BOTTICELLI, LLC | TRANSFEROR: CREDIT SUISSE AG, C/O ANGELO, GORDON & CO.: M MCNAMARA, 245 PARK AVE, 26TH FLOOR, NEW YORK, NY 10167 |
| BOTTICELLI, LLC | TRANSFEROR: CREDIT SUISSE AG, C/O ANGELO, GORDON & CO.: M MCNAMARA, 245 PARK AVE, 26TH FLOOR, NEW YORK, NY 10167 |
| BOTTICELLI, LLC | TRANSFEROR: CREDIT SUISSE AG, C/O ANGELO, GORDON & CO.: M MCNAMARA, 245 PARK AVE, 26TH FLOOR, NEW YORK, NY 10167 |
| BOTTICELLI, LLC | TRANSFEROR: CREDIT SUISSE AG, C/O ANGELO, GORDON & CO.: M MCNAMARA, 245 PARK AVE, 26TH FLOOR, NEW YORK, NY 10167 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| INTESA SANPAOLO SPA | TRANSFEROR: BANCA DI BOLOGNA, VIA VERDI 8, MILANO 20121 ITALY |
| KLEMM, MARLIES | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, BOETTCHERSTR. 12, 48324 SENDENHORST   GERMANY |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: HYPOSWISS PRIVATBANK AG, ST. LEONHARDSTRASSE 25, ST. GALLEN 9000 SWITZERLAND |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: CREDIT SUISSE AG, 885 THIRD AVENUE, 30TH FLOOR, ATTN: THOMAS VARKETY AND MICHAEL STERN, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CREDIT SUISSE AG, C/O YORK CAPITAL MANAGEMENT, LP, ATTN: LAUREN SEARING, 767 5TH AVE, 17TH FL, NEW YORK, NY 10053 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CREDIT SUISSE AG, C/O STONEHILL CAPITAL MGMT - THOMAS VARKETY, MICHAEL STERN, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| TACONIC MASTER FUND 1.5 LP | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC MASTER FUND 1.5 LP | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC MASTER FUND 1.5 LP | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC MASTER FUND 1.5 LP | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC MASTER FUND 1.5 LP | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |

**Total Creditor Count 50**