**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                :

In re                                :        **Chapter 11 Case No.**
                :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (SCC)**
                :

               **Debtors.**         :        **(Jointly Administered)**
                :

------------------------------------------------------------------------x    **Ref. Docket Nos. 58767, 58774,**
                                                  **58775, 58782, 58786, 58787, 58789-**
                                                  **58791, 58797-58806, 58821, 58822,**
                                                  **58837, 58851, 58859, 58869-58871**
                                                  **and 99999**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                       ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 10, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 10, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
11th day of October, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

T:\Clients\LBH\Affidavits\Transfer Ntcs re 58767, 58774, 58775, 58782, 58786, 58787, 58789-58791, 58797-58806, 58821, 58822, 58837, 58851, 58859, 58869-58871 and 99999_AFF _10-10-18.docx

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000129994297 ***            LBH TRFNTC (ADDRESS2, ADRKEYID3) 24841



CITIBANK PRIVATKUNDEN AG & CO. KGAA                    CITIBANK PRIVATKUNDEN AG & CO. KGAA
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP              C/O TARGOBANK AG & CO, KGAA
ATTN: DOUGLAS R. DAVIS                                 ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG
1285 AVENUE OF THE AMERICAS                            KASERNENSTRASSE 10
NEW YORK, NY 10019-6064                                40213 DUESSELDORF
                                                        GERMANY

Please note that your claim # 5055404-16 in the above referenced case and in the amount of
$11,360.80 allowed at $9,718.86 has been transferred (unless previously expunged by court order)


BOLTEN, SVENJA
TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA
LIPPERODER STR. 14
59555 LIPPSTADT
 GERMANY


No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        58791                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/10/2018                        Vito Genna, Clerk of Court

                                        /s/ Betina Wheelon
                                        _____
                                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 10, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AERZTE OHNE GRENZEN MR. FLORIAN WESTPHAL | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, AM KOELLNISCHEN PARK 1, BERLIN 10179 GERMANY |
| BANK HAPOALIM (SWITZERLAND) LTD | TRANSFEROR: BANK HAPOALIM B.M., ATTN: MARK LAVENDER, STOCKERSTRASSE 33, ZURICH 8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD, SINGAPORE BRANCH | TRANSFEROR: BANK SARASIN-RABO (ASIA) LIMITED, ATTN: LEGAL DEPARTMENT, 77 ROBINSON ROAD # 31-00, SINGAPORE 068896 SINGAPORE |
| BANK J. SAFRA SARASIN LTD, SINGAPORE BRANCH | BAR & KARRER AG, ATTN: DR. PETER HSU/DR. DANIEL FLUHMANN, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD, SINGAPORE BRANCH | TRANSFEROR: BANK SARASIN-RABO (ASIA) LIMITED, ATTN: LEGAL DEPARTMENT, 77 ROBINSON ROAD # 31-00, SINGAPORE 068896 SINGAPORE |
| BANK J. SAFRA SARASIN LTD, SINGAPORE BRANCH | BAR & KARRER AG, ATTN: DR. PETER HSU/DR. DANIEL FLUHMANN, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CREDIT SUISSE AG, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH  SWITZERLAND |
| BANK JULIUS BAER & CO. LTD., SINGAPORE BRANCH | TRANSFEROR: BANK J. SAFRA SARASIN LTD, SINGAPORE BRANCH, ATTN: PATRIK ROOS, C/O BANK JULIUS BAER & CO. LTD., BAHNOFSTRASSE 36, CH-8010 ZURICH  SWITZERLAND |
| BANK JULIUS BAER & CO. LTD., SINGAPORE BRANCH | TRANSFEROR: BANK J. SAFRA SARASIN LTD, SINGAPORE BRANCH, ATTN: PATRIK ROOS, C/O BANK JULIUS BAER & CO. LTD., BAHNOFSTRASSE 36, CH-8010 ZURICH  SWITZERLAND |
| BANQUE PICTET & CIE SA | 60 ROUTE DES ACACIAS, GENEVA 73 CH-1211 SWITZERLAND |
| BASLER KANTONALBANK | TRANSFEROR: CREDIT SUISSE, ATTN: MR. WERNER KRATTLI, POSTFACH, CH-4002 BASEL SWITZERLAND |
| BOLTEN, SVENJA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, LIPPERODER STR. 14, 59555 LIPPSTADT  GERMANY |
| CASSA RISPARMIO SALUZZO S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: SILVANO CONTE, CORSO ITALIA, 86, 12037 SALUZZO  ITALY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK, N.A. | ATTN: MARIA ELIZABETH COLL, 601 LEXINGTON AVENUE, 17TH FLOOR, NEW YORK, NY 10022 |
| CITIBANK, N.A. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK, N.A. | ATTN: KEN SUMMERS, 390 GREENWICH ST 5TH FL, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SCOGGIN WORLDWIDE FUND LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SCOGGIN WORLDWIDE FUND LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SCOGGIN WORLDWIDE FUND LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CREDIT AGRICOLE FRIULADRIA SPA | TRANSFEROR: CREDITO EMILIANO S.P.A., C/O CREDIT AGRICOLE CARIPARMA SPA, SERV. CONSULENZA LEGALE, VIA LA SPEZIA 138/A, 43126 PARMA   ITALY |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (SCHWEIZ) AG | TRANSFEROR: BANQUE PICTET & CIE SA, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: MR. TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| MRS. CREDIT SUISSE (SCHWEIZ) AG | MRS. ST. SWEENEY, C/O KWJS & S, 200 WEST 41ST STREET, 17TH FLOOR, NEW YORK, NY 10036 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: RBS COUTTS BANK AG, PARADEPLATZ 8, ZURICH CH-8001 SWITZERLAND |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| CVI HH INVESTMENTS, LP | TRANSFEROR: CREDIT SUISSE AG, C/O CARVAL INVESTORS LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI HH INVESTMENTS, LP | TRANSFEROR: CREDIT SUISSE AG, C/O CARVAL INVESTORS LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI HH INVESTMENTS, LP | TRANSFEROR: CREDIT SUISSE AG, C/O CARVAL INVESTORS LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI HH INVESTMENTS, LP | TRANSFEROR: CREDIT SUISSE AG, C/O CARVAL INVESTORS LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JAVANO MANAGEMENT, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| JAVANO MANAGEMENT, L.L.C. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, P.O. BOX 6934, NEW YORK, NY 10150 |
| JAVANO MANAGEMENT, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: ANDREW N. ROSENBERG, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| JERARDINO Y ETCHEVERRY, JUAN ENRIQUE | TRANSFEROR: KOLLMORGEN, JAN, RUA ALCALDE FERNANDEZ 27, 3C, FISTERRA (A CORUNA) 15155 SPAIN |
| KELLER, ROLF | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, KRANKENHAUSSTR. 8, VOHRENBACH 78147 GERMANY |
| KOLLMORGEN, JAN | LUGAR ESCASELAS 56, 15154 FISTERRA (A CORUNA)  SPAIN |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: LEHMAN COMMERCIAL MORTGAGE CONDUIT LTD, ATTN: WILLIAM A. OLSHAN, ESQ., 277 PARK AVENUE, 46TH FLOOR, NEW YORK, NY 10172 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: LEHMAN COMMERCIAL MORTGAGE CONDUIT LTD, ATTN: WILLIAM A. OLSHAN, ESQ., 277 PARK AVENUE, 46TH FLOOR, NEW YORK, NY 10172 |
| LEHMAN COMMERCIAL MORTGAGE CONDUIT LTD | ATTN: DEREK A. HOWELL, LEVEL 23, 25 CANADA SQUARE, LONDON E14 5LQ UNITED KINGDOM |
| LEHMAN COMMERCIAL MORTGAGE CONDUIT LTD | DAVIS POLK & WARDWELL LLP, ATTN: MARSHALL S. HUEBNER AND BRIAN M. RESNICK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| LEHMAN COMMERCIAL MORTGAGE CONDUIT LTD | ATTN: DEREK A. HOWELL, LEVEL 23, 25 CANADA SQUARE, LONDON E14 5LQ UNITED KINGDOM |
| LEHMAN COMMERCIAL MORTGAGE CONDUIT LTD | DAVIS POLK & WARDWELL LLP, ATTN: MARSHALL S. HUEBNER AND BRIAN M. RESNICK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| LEHMAN COMMERCIAL MORTGAGE CONDUIT LTD | LINKLATERS LLP, ATTN: RICHARD HODGSON AND PAUL HESSLER, ONE SILK STREET, LONDON EC2Y 8HQ UNITED KINGDOM |
| LEHMAN COMMERCIAL MORTGAGE CONDUIT LTD | LINKLATERS LLP, ATTN: RICHARD HODGSON AND PAUL HESSLER, ONE SILK STREET, LONDON EC2Y 8HQ UNITED KINGDOM |
| LUZERNER KANTONALBANK AG | LEGAL & COMPLIANCE DEPARTMENT, PILATUSSTRASSE 12, LUZERN CH-6002 SWITZERLAND |
| LUZERNER KANTONALBANK AG | IRA A. REID, BAKER & MCKENZIE LLP, 452 FIFTH AVENUE, NEW YORK, NY 10018 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LUZERNER KANTONALBANK AG | LEGAL & COMPLIANCE DEPARTMENT, PILATUSSTRASSE 12, LUZERN CH-6002 SWITZERLAND |
| LUZERNER KANTONALBANK AG | BAKER & MCKENZIE LLP, ATT. IRA A. REID, 452 FIFTH AVENUE, NEW YORK, NY 10018 |
| MHP REVOCABLE TRUST | TRANSFEROR: CITIBANK, N.A., ATTN: MARIA PAEZ DE HERNANDEZ, 3879 E COQUINA WAY, WESTON, FL 33332 |
| MULLER, MELANIE | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, RUSTENBURGERSTRAAT 386 A, 1072 HG AMSTERDAM  NETHERLAND |
| SAFRA NATIONAL BANK OF NEW YORK | TRANSFEROR: BANK HAPOALIM (SWITZERLAND) LTD, ATTN: ARCOLI VARGAS, 546 FIFTH AVENUE, NEW YORK, NY 10036 |
| SCOGGIN WORLDWIDE FUND LTD | TRANSFEROR: BARCLAYS BANK PLC, ATTN: NICOLE KRAMER, 660 MADISON AVENUE, 20TH FLOOR, NEW YORK, NY 10065 |
| SCOGGIN WORLDWIDE FUND LTD | TRANSFEROR: BARCLAYS BANK PLC, ATTN: NICOLE KRAMER, 660 MADISON AVENUE, 20TH FLOOR, NEW YORK, NY 10065 |
| SCOGGIN WORLDWIDE FUND LTD | TRANSFEROR: YORVIK PARTNERS LLP, ATTN: NICOLE KRAMER, 660 MADISON AVENUE, 20TH FLOOR, NEW YORK, NY 10065 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: CREDIT SUISSE AG, C/O YORK CAPITAL MANAGEMENT, L.P. - ATTN: LAUREN SEARING, 767 5TH AVE, 17TH FL, NEW YORK, NY 10153 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| TACONIC OPPORTUNITY MASTER FUND LP | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC OPPORTUNITY MASTER FUND LP | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC OPPORTUNITY MASTER FUND LP | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC OPPORTUNITY MASTER FUND LP | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC OPPORTUNITY MASTER FUND LP | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC OPPORTUNITY MASTER FUND LP | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC OPPORTUNITY MASTER FUND LP | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC OPPORTUNITY MASTER FUND LP | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC OPPORTUNITY MASTER FUND LP | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| UBS AG | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, CH-8001 ZURICH  SWITZERLAND |
| UBS AG | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, CH-8001 ZURICH  SWITZERLAND |
| UBS AG | TRANSFEROR: LUZERNER KANTONALBANK AG, BAHNOFSTRASSE 45, CH-8001 ZURICH SWITZERLAND |
| UBS AG | TRANSFEROR: LUZERNER KANTONALBANK AG, BAHNOFSTRASSE 45, CH-8001 ZURICH SWITZERLAND |

**Total Creditor Count 107**