UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x Ref. Docket Nos. 58779, 58780,
58781, 58782, 58856 and 58857

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 12, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 12, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
15th day of October, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000130029569 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 21422



CREDIT SUISSE AG
RICHARD LEVIN, ESQ.
CRAVATH, SWAINE & MOORE LLP
825 8TH AVENUE
NEW YORK, NY 10019

CREDIT SUISSE AG
TRANSFEROR: CREDIT SUISSE INTERNATIONAL
ATTN: GIL GOLAN
11 MADISON AVENUE, 5TH FLOOR
NEW YORK, NY 10010

Please note that your claim # 22843-08 in the above referenced case and in the amount of $10,241,845.56 allowed at $2,765,394.29 has been transferred (unless previously expunged by court order)

STONEHILL INSTITUTIONAL PARTNERS, LP
TRANSFEROR: CREDIT SUISSE AG
C/O STONEHILL CAPITAL MANAGEMENT, LLC
ATTN: THOMAS VARKETY AND MICHAEL STERN
885 THIRD AVENUE, 30TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    58779    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/12/2018                              Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 12, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BOTTIN, GUI AND MONIQUE GERRARD | TRANSFEROR: ING BELGIUM SA, AVE PONT DE CHESSAINNE, 1, 4550 VILLERS LE-TEMPLE BELGIUM |
| BOTTIN, GUI AND MONIQUE GERRARD | TRANSFEROR: ING BELGIUM SA, AVE PONT DE CHESSAINNE, 1, 4550 VILLERS LE-TEMPLE BELGIUM |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| ING BELGIUM SA | TRANSFEROR: BANQUE CANTONALE DU VALAIS, ATTN: OLIVIER LEMAL - PRIVATE BANKING, RUE GEORGES CLEMENCEAU 13, 4000 LIEGE BELGIUM |
| ING BELGIUM SA | TRANSFEROR: BANQUE CANTONALE DU VALAIS, ATTN: OLIVIER LEMAL - PRIVATE BANKING, RUE GEORGES CLEMENCEAU 13, 4000 LIEGE BELGIUM |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: CREDIT SUISSE AG, C/O STONEHILL CAPITAL MANAGEMENT, LLC, ATTN: THOMAS VARKETY AND MICHAEL STERN, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: CREDIT SUISSE AG, C/O STONEHILL CAPITAL MANAGEMENT, LLC, ATTN: THOMAS VARKETY AND MICHAEL STERN, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CREDIT SUISSE AG, C/O STONEHILL CAPITAL MANAGEMENT, LLC, ATTN: THOMAS VARKETY AND MICHAEL STERN, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CREDIT SUISSE AG, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: THOMAS VARKETY AND MICHAEL STERN, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |

**Total Creditor Count 16**