**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
In re                                          :   Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :   08-13555 (SCC)
                                               :
            Debtors.                           :   (Jointly Administered)
                                               :
------------------------------------------------------------------------x   Ref. Docket Nos. 58795, 58807,
                                                   58810, 58814, 58817, 58885, 58886,
                                                   58888

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 15, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 15, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       */s/ Konstantina Haidopoulos*
                                                       Konstantina Haidopoulos

Sworn to before me this
15th day of October, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000130035049 ***       LBH TRFNTC (ADDRESS2, ADRKEYID3) 22479



BANK HAPOALIM (SWITZERLAND), LTD.
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER
STOCKERSTRASSE 33
ZURICH CH-8002
SWITZERLAND

Please note that your claim # 555855-85 in the above referenced case and in the amount of $450,000.00 allowed at $450,000.00 has been transferred (unless previously expunged by court order)

SAFRA NATIONAL BANK OF NEW YORK
TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD.
ARCALI VARGAS
546 FIFTH AVENUE
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER       58810       in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/15/2018                              Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 15, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BOULDER DAM CREDIT FUND LLC | TRANSFEROR: BOULDER DAM CREDIT HUB FUND LTD., 21 EAST 87TH STR, APT 4D, NEW YORK, NY 10128 |
| BOULDER DAM CREDIT FUND LLC | TRANSFEROR: BOULDER DAM CREDIT HUB FUND LTD., 21 EAST 87TH STR, APT 4D, NEW YORK, NY 10128 |
| BOULDER DAM CREDIT FUND LLC | TRANSFEROR: BOULDER DAM CREDIT HUB FUND LTD., 21 EAST 87TH STR, APT 4D, NEW YORK, NY 10128 |
| BOULDER DAM CREDIT FUND LLC | TRANSFEROR: BOULDER DAM CREDIT HUB FUND LTD., 21 EAST 87TH STR, APT 4D, NEW YORK, NY 10128 |
| BOULDER DAM CREDIT HUB FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O GLG ORE HILL LLC, ATTN: CLAUDE BAUM, 650 FIFTH AVENUE, 9TH FLOOR, NEW YORK, NY 10019 |
| BOULDER DAM CREDIT HUB FUND LTD. | C/O GLG ONE HILL LLC, 452 FIFTH AVE, 25TH FLOOR, NEW YORK, NY 10018 |
| BOULDER DAM CREDIT HUB FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: CLAUDE BAUM, C/O GLG ORE HILL LLC, 650 FIFTH AVENUE, 9TH FLOOR, NEW YORK, NY 10019 |
| BOULDER DAM CREDIT HUB FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O GLG ORE HILL LLC, ATTN: RACHEL CARR-HARRIS, HSBC TOWER, 452 5TH AVE., 27TH FLOOR, NEW YORK, NY 10018 |
| BOULDER DAM CREDIT HUB FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O GLG ORE HILL LLC, ATTN: RACHEL CARR-HARRIS, HSBC TOWER, 452 5TH AVE., 27TH FLOOR, NEW YORK, NY 10018 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CREDIT SUISSE AG, C/O HBK SERVICES LLC ATTN: KIM ROZMAN, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CREDIT SUISSE AG, C/O HBK SERVICES LLC ATTN: KIM ROZMAN, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |

| Claim Name | Address Information |
|---|---|
| HBK MASTER FUND, L.P. | TRANSFEROR: CREDIT SUISSE AG, C/O HBK SERVICES LLC ATTN: KIM ROZMAN, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CREDIT SUISSE AG, C/O HBK SERVICES LLC ATTN: KIM ROZMAN, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| MARBLE RIDGE SPECIAL SITUATIONS FUND LP | TRANSFEROR: DRUSILLA LLC, F/K/A GAIUS SPECIAL SITUATIONS FUND LP, 111 WEST 33RD STREET, SUITE 2116, NEW YORK, NY 10120 |
| MARBLE RIDGE SPECIAL SITUATIONS FUND LP | ARNOLD & PORTER KAYE SCHOLER, ATTN: MICHAEL GREENBLATT, 250 W 55TH ST, NEW YORK, NY 10019-9710 |
| SAFRA NATIONAL BANK OF NEW YORK | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ARCALI VARGAS, 546 FIFTH AVENUE, NEW YORK, NY 10036 |
| SAFRA NATIONAL BANK OF NEW YORK | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ARCALI VARGAS, 546 FIFTH AVENUE, NEW YORK, NY 10036 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| TACONIC MASTER FUND 1.5 LP | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC MASTER FUND 1.5 LP | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TRC MASTER FUND LLC | TRANSFEROR: MARBLE RIDGE SPECIAL SITUATIONS FUND LP, ATTN: TERREL ROSS, PO BOX 633, WOODMERE, NY 11598 |

**Total Creditor Count 38**