¶ UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>           Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>1ST ADVANTAGE MORTGAGE, LLC *et al*.,<br><br>           Defendants. | Central Adversary<br>Docket No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>FIRST BANK,<br><br>           Defendant. | Individual Adversary<br>Docket No. 16-01289 (SCC) |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Sharon R. Markowitz, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent First Bank, a Defendant in the above-referenced case adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Minnesota and the bar of the U.S. District Court for the District of Minnesota.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 16, 2018                                    Respectfully submitted,


                                                           /s/ *Sharon R. Markowitz*
                                                           Sharon R. Markowitz
                                                           STINSON LEONARD STREET LLP
                                                           50 South Sixth Street, Suite 2600
                                                           Minneapolis, MN  55402
                                                           (612) 335-1500
                                                           sharon.markowitz@stinson.com

                                                           *Counsel for Defendant First Bank*