UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>v.<br><br>1ST ADVANTAGE MORTGAGE, LLC *et al*.,<br><br>Defendants. | Central Adversary<br>Docket No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>v.<br><br>FIRST BANK,<br><br>Defendant. | Individual Adversary<br>Docket No. 16-01289 (SCC) |

## **MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE**

I, William D. Thomson, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent First Bank, a Defendant in the above-referenced case adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Minnesota and the bar of the U.S. District Court for the District of Minnesota.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 16, 2018                          Respectfully submitted,

                                                 /s/ *William D. Thomson*
                                                 William D. Thomson
                                                 STINSON LEONARD STREET LLP
                                                 50 South Sixth Street, Suite 2600
                                                 Minneapolis, MN  55402
                                                 (612) 335-1500
                                                 william.thomson@stinson.com
                                                 *Counsel for Defendant First Bank*

2