UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>1ST ADVANTAGE MORTGAGE, LLC *et al*.,<br><br>　　　　　　　　　　Defendants. | Central Adversary<br>Docket No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>FIRST BANK,<br><br>　　　　　　　　　　Defendant. | Individual Adversary<br>Docket No. 16-01289 (SCC) |

## **ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of William D. Thomson, to be admitted, ***pro hac vice***, to represent First Bank, (the "Client") a Defendant in the above-referenced adversary proceeding, and upon the movant's certification and that the movant is a member in good standing of the bar in the State of Minnesota and, the bar of the U.S. District court for the District of Minnesota, it is hereby

**ORDERED**, that William D. Thomson, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____
_____, New York    /s/_____
                                UNITED STATES BANKRUPTCY JUDGE

CORE/0804625.0021/144413942.1