

Bundesplatz 8
3011 Bern

Phone     031 666 11 33
E-Mail     samuel.stucki@bekb.ch
Website    bekb.ch

United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, New York 10004
USA

Berner Kantonalbank AG / Banque Cantonale Bernoise SA
ISO 9001 & 14001 Swiss Certification

**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:      Lehman Brothers Holdings Inc.          Case No.: 08-13555 (JMP)
                                                    Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>Berner Kantonalbank AG | Name of Transferor:<br>UBS AG |
| Notices to Transferee should be sent to:<br>Berner Kantonalbank AG<br>Postfach<br>CH 3001 Bern<br>PHONE +41 31 666 11 33<br>Attn:  Samuel Stucki<br>EMAIL samuel.stucki@bekb.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>CHF 40'000.00 | ***NOTE:  THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS*** |
| Court Claim No. (if known):59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____          Date: *4. October 2018*
        Samuel Stucki, authorized representative

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 &3571.As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

**Evidence of Transfer**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:         United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York  10004
Attention:  Clerk of the Court

AND TO*:*    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: *59233*  (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 8 % BRC Lehman Bros Securities NV | XS0320322901 | LBS NV | LBH Inc. | CHF 40'000.00 |

**The aggregate amount of the Transferred Claim is To Be Determined.  For the avoidance of doubt, these Lehman Programs Securities are described on pages 13 and in paragraphs/lines 19 of the Addendum to the Proof of Claim.**

UBS AG ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**Berner Kantonalbank AG**
Postfach
CH 3001 Bern
PHONE ++41 31 666 11 33
Attn:  Samuel Stucki
EMAIL samuel.stucki@bekb.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 02, 2018.

UBS AG
Transferor

By: _____
    Name: Stephan Gfeller
    Title: Associate Director

By: _____
    Name: Cristoforo Pavone
    Title: Associate Director


ACKNOWLEDGED BY:

Berner Kantonalbank AG
Transferee

By: _____
    Name: Samuel Stucki
    Title:  Authorized representative