FORM 210A

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.            Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| **MEDIOBANCA S.P.A.** | **HSBC PRIVATE BANK MONACO SA** |
|---|---|
| Name of Transferee | Name of Transferor |
| Mediobanca S.p.A.<br>Via Filodrammatici, 3<br>20121 Milano<br>Italy<br><br>Attn: Gabriele Lanzi<br>E-mail: Gabriele.lanzi@mediobanca.com<br><br>Phone: +39 0226814582 | Court Claim # :56651<br><br>**Total Amount of Claim Filed with respect to isin:**<br>XS0252834576<br>97'000 EUR equivalent to 113'878 USD + indeterminate amount of interests<br><br>**Amount of Claim Transferred:**<br><br>ISIN/CUSIP: XS0252834576<br>Blocking Number: 6060760<br>Date Claim Filed: October 29, 2009<br><br>97'000 EUR equivalent to 113'878 USD + indeterminate amount of interests |

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature]            Date: 9 - 10 - 2018
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                             Case No. 08-13555

## NOTICE OF PARTIAL TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 56651 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on October [3], 2012.

| HSBC PRIVATE BANK MONACO S.A. | MEDIOBANCA SPA |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Adressed of transferee : |
| 17 AVENUE D'OSTENDE<br>MC 98000 MONACO | Mediobanca SpA<br>Via Filodrammatici 3<br>20121 Milano – ITALY -<br>Attn: Gabriele Lanzi<br>Phone : +39 - 0226814582 |
| Attn: Gérome VICENTE<br>Phone: +377 93 15 24 23 | |
| Email: Gerome.VICENTE@hsbcpb.com | Email : Gabriele.lanzi@mediobanca.com |

### ~ DEADLINE TO OBJECT TO TRANSFER ~
The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____

                                        **CLERK OF THE COURT**