UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  
LEHMAN BROTHERS HOLDINGS INC., *et al.*,

        Debtors.

Chapter 11  
Case No. 08-13555 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

        Plaintiff,

v.

1ST ADVANTAGE MORTGAGE, LLC *et al.*,

        Defendants.

Central Adversary  
Docket No. 16-01019 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

        Plaintiff,

v.

FIRST BANK,

        Defendant.

Individual Adversary  
Docket No. 16-01289 (SCC)

---

## **ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

    Upon the motion of Sharon R. Markowitz, to be admitted, ***pro hac vice***, to represent First Bank, (the "Client") a Defendant in the above-referenced adversary proceeding, and upon the movant's certification and that the movant is a member in good standing of the bar in the State of Minnesota and, the bar of the U.S. District court for the District of Minnesota, it is hereby

**ORDERED**, that Sharon R. Markowitz, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 18, 2018  
New York, New York

                                      /S/ Shelley C. Chapman  
                                      UNITED STATES BANKRUPTCY JUDGE