**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
                                                    :
In re                                               :   Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :   08-13555 (SCC)
                                                    :
                     Debtors.                       :   (Jointly Administered)
                                                    :
----------------------------------------------------------------x   Ref. Docket Nos. 58818, 58820,
                                                        58831, 58832, 58889-58892, 58894-
                                                        58898 and 58993
```

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 16, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 16, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
16th day of October, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:


UBS AG
BAHNHOFSTR. 45
ATTN: HUGO KOLLER
ZURICH 8001
 SWITZERLAND

UBS AG
ATTN: HUGO KOLLER, OQ9C/O5GC
P.O. BOX
ZURICH 8098
 SWITZERLAND


Please note that your claim # 5659233-02 in the above referenced case and in the amount of
$0.00 allowed at $3,000,000.00 has been transferred (unless previously expunged by court order)


BAR(23) MAILID *** 000130040582 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000189519



CREDIT SUISSE (SCHWEIZ) AG
TRANSFEROR: UBS AG
C/O CRAVATH, SWAINE & MOORE LLP
ATTN: TREVOR BROAD, 825 8TH AVENUE
NEW YORK, NY 10019


No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408


Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        58831              in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/16/2018                          Vito Genna, Clerk of Court


/s/ Betina Wheelon
_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 16, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE (SCHWEIZ) AG | TRANSFEROR: UBS AG, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE SINGAPORE BRANCH | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE SINGAPORE BRANCH | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE SINGAPORE BRANCH | 1 RAFFLES LINK, #05-02, SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE SINGAPORE BRANCH | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ., 60 WALL STREET, NEW YORK, NY 10005-2858 |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ., 60 WALL STREET, NEW YORK, NY 10005-2858 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: FRONT POINT RELATIVE VALUE OPPORTUNITIES FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: FRONTPOINT RELATIVE VALUE OPPORTUNITIES FUND LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANQUE POPULAIRE - CASSIE D'EPARGNE, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BPCE, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HALCYON LOAN TRADING FUND LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLTS FUND II LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLTS FUND II LP, C/O DEUTSCHE BANK SECURITIES INC; ATTN: RICH VICHAIDITH, 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLTS FUND II LP, ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HALCYON LOAN TRADING FUND LLC, ATTN: RICH VICHAIDITH, C/O DEUTSCHE BANK SECURITIES INC., 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLTS FUND II LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLTS FUND II LP, C/O DEUTSCHE BANK SECURITIES INC; ATTN: RICH VICHAIDITH, 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLTS FUND II LP, C/O DEUTSCHE BANK SECURITIES INC; ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION |

| Claim Name | Address Information |
|---|---|
| EMPYREAN INVESTMENTS, LLC | BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |

| Claim Name | Address Information |
|---|---|
| EMPYREAN INVESTMENTS, LLC | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| UBS AG | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 74**