UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                              :   Chapter 11 Case No.
                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (SCC)
                                                                         :
                                        Debtors.                 :   (Jointly Administered)
                                                                         :
---------------------------------------------------------------x   Ref. Docket Nos. 58911, 58912,
                                                                          58913, 58914, 58915, 58920

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                            ) ss.:
COUNTY OF NEW YORK )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 17, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 17, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
18th day of October, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

SILVER POINT CAPITAL FUND, LP
TRANSFEROR: JPMORGAN SECURITIES PLC
ATTN: DAVID F. STEINMETZ
C/O SILVER POINT CAPITAL, L.P.
2 GREENWICH PLAZA, FIRST FLOOR
GREENWICH, CT 06830

SILVER POINT CAPITAL FUND, LP
DAVIS POLK & WARDWELL LLP
ATTN: ERIC RUIZ
450 LEXINGTON AVENUE
NEW YORK, NY 10017-3904

Please note that your claim # 42244 in the above referenced case and in the amount of $96,738.84 allowed at $140,491.47 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000130043636 ***    LBH TRFNTC (ADDRESS2, ADRKEYID3) 34375



BARCLAYS BANK PLC
SALVATORE RUSSO, DISTRESSED LOAN CLOSING
125 S. WEST ST.
WILMINGTON, DE 19801

BARCLAYS BANK PLC
TRANSFEROR: SILVER POINT CAPITAL FUND, LP
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    58920    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/17/2018    Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 17, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: DORIANA FRAGNELLI / VALERIA VIGANO, PIAZZA SALIMBENI 3, 53100 SIENA   ITALY |
| BANQUE BONHOTE & CIE SA | TRANSFEROR: BANQUE CANTONALE NEUCHATELOISE, 2, QUAI OSTERVALD, CH-2001 NEUCHATEL   SWITZERLAND |
| BANQUE CANTONALE NEUCHATELOISE | TRANSFEROR: CREDIT SUISSE, AVENUE DE LA GARE 12, CH-2013 COLOMBIER SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | SALVATORE RUSSO, DISTRESSED LOAN CLOSING, 125 S. WEST ST., WILMINGTON, DE 19801 |
| BARCLAYS BANK PLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | SALVATORE RUSSO, DISTRESSED LOAN CLOSING, 125 S. WEST ST., WILMINGTON, DE 19801 |
| BARCLAYS BANK PLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | SALVATORE RUSSO, DISTRESSED LOAN CLOSING, 125 S. WEST ST., WILMINGTON, DE 19801 |
| BARCLAYS BANK PLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | SALVATORE RUSSO, DISTRESSED LOAN CLOSING, 125 S. WEST ST., WILMINGTON, DE 19801 |
| BARCLAYS BANK PLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | SALVATORE RUSSO, DISTRESSED LOAN CLOSING, 125 S. WEST ST., WILMINGTON, DE 19801 |
| BARCLAYS BANK PLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | SALVATORE RUSSO, DISTRESSED LOAN CLOSING, 125 S. WEST ST., WILMINGTON, DE 19801 |
| BARCLAYS BANK PLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | SALVATORE RUSSO, DISTRESSED LOAN CLOSING, 125 S. WEST ST., WILMINGTON, DE 19801 |
| BARCLAYS BANK PLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | SALVATORE RUSSO, DISTRESSED LOAN CLOSING, 125 S. WEST ST., WILMINGTON, DE 19801 |
| BARCLAYS BANK PLC | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | SALVATORE RUSSO, DISTRESSED LOAN CLOSING, 125 S. WEST ST., WILMINGTON, DE 19801 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| PAUL, DAVID | TRANSFEROR: UNION BANCAIRE PRIVEE, UBP SA, WIDDERSBERGERSTRASSE 44, 82346 ANDECHS-FRIEDING   GERMANY |
| SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED | PO BOX 6, ST PETER PORT, GUERNSEY GY1 3AE CHANNEL ISLANDS |
| SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED | PO BOX 6, ST PETER PORT, GUERNSEY GY1 3AE CHANNEL ISLANDS |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |

| Claim Name | Address Information |
|---|---|
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: DAVID F. STEINMETZ, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ERIC RUIZ, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| TRIPLE A GLOBAL LIMITED | TRANSFEROR: SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED, C/O RADIANT MANAGEMENT SFO DMCC, 39-J, ALMAS TOWER, JLT, P.O. BOX 625847, DUBAI   UNITED ARAB EMIRATES |
| TRIPLE A GLOBAL LIMITED | TRANSFEROR: SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED, C/O RADIANT MANAGEMENT SFO DMCC, 39-J, ALMAS TOWER, JLT, P.O. BOX 625847, DUBAI   UNITED ARAB EMIRATES |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: COUTTS & CO AG, RUDE DU RHONE 96-98, PO BOX 1320, GENEVA 1 CH-1211 SWITZERLAND |

**Total Creditor Count 43**