United States Bankruptcy Court
Southern District of New York
Attn: Clerk of Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

B 210A (Form 210A) (12/09)

## Notice Pursuant to Bankruptcy Rule 3001

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.    Case No.: 08-13555
Court ID (Court Use Only) CA17211

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Banca Mediolanum S.P.A | Name of Transferor:<br>UBS Europe SE |
|---|---|
| Notices to Transferee should be sent to:<br>BANCA MEDIOLANUM S.P.A<br>Via F. Sforza, 15<br>Basiglio (MI)<br>20080, Italy<br>Attn: Head of operation control unit<br>+39 02 90492737<br>E-mail: LehmanTeam@mediolanum.it | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS Europe SE<br>Succursale Italia<br>Via Benigno Crespi 24<br>20159 Milano Italy |
| Amount of Claim Being Transferred:<br><br>EUR 13,000.00<br>(face amount securities) | |
| Court Claim No. (if known): | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date:    October 8, 2018
Massimo Doris,
Chief Executive Officer

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: In re Lehman Brothers Holdings Inc., 08-13555

Proof of Claim Number: 46908.01 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| LEHMAN BROS TSY 27/10/14 step c.EUR | XS0202417050 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc.. | 13'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**UBS SE**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

BANCA MEDIOLANUM S.P.A
Via F.Sforza, 15
Basiglio (MI)
20080, Italy
Attn: Head of operation control unit
+39 02 90492737
E-mail: LehmanTeam@mediolanum.it

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. CA17211 in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.

Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 8, 2018.

UBS Europe SE
Transferor

By: _____
Name: Petracca Ivo
Title: Executive Director

By: _____
Name: Piadena Marialuisa
Title: Associate Director


ACKNOWLEDGED BY:

BANCA MEDIOLANUM S.P.A
Transferee


By: _____
Name: Massimo Doris
Title: Chief Executive Officer