Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
Fax: (212) 885-50001

*Attorneys for Avenue Mortgage, Inc., First Savings Mortgage Corporation,
Group 2000 Real Estate Services, Inc., and Southern Fidelity Mortgage Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

                                        Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*

                                        Case No. 08-13555 (SCC)
                                        (Jointly Administered)

                       Debtors.
------------------------------------------------------------X

**JOINDER OF AVENUE MORTGAGE, INC., FIRST SAVINGS MORTGAGE
CORPORATION, GROUP 2000 REAL ESTATE SERVICES, INC., AND
SOUTHERN FIDELITY MORTGAGE CORPORATION TO OBJECTION TO MOTION
TO AMEND AND EXTEND THE SCOPE OF THE ALTERNATIVE DISPUTE
RESOLUTION PROCEDURES ORDERS FOR INDEMNIFICATION CLAIMS OF THE
<u>DEBTORS AGAINST MORTGAGE LOAN SELLERS</u>**

Avenue Mortgage, Inc., First Savings Mortgage Corporation, Group 2000 Real Estate Services, Inc., and Southern Fidelity Mortgage Corporation (collectively the "Lenders"), by and through their undersigned counsel, hereby join in Sections "A" and "B" of the Limited Objection of iFreedom Direct Corporation's Objection [Docket #58916] to the Debtors' Motion to Amend and Extend the Scope of the Alternative Dispute Resolution Procedures Orders for Indemnification Claims of the Debtors against Mortgage Loan Sellers (the "Objection").

Lenders expressly join, adopt, and incorporate by reference the arguments set forth in Sections "A" and "B" of the Objection specifying why the Proposed Order filed by Lehman Brothers Holdings, Inc. [Docket #58858-1] should not be entered by the Court as drafted.

Dated: New York, New York
October 23, 2018

**BLANK ROME LLP**

By:  /s/ Timothy W. Salter
Timothy W. Salter
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
Fax: (212) 885-50001
*Attorneys for Avenue Mortgage, Inc.,
First Savings Mortgage
Corporation, Group 2000 Real
Estate Services, Inc., and Southern
Fidelity Mortgage Corporation*

TO: William A. Maher
James N. Lawlor
Paul R. DeFilippo
Adam M. Bialek
Mara R. Lieber
WOLLMUTH MAHER & DEUTSCH LLP
Attorneys for Lehman Brothers Holdings, Inc.
500 Fifth Avenue
New York, New York 10110

Michael A. Robbin
Maritza Dominquez Braswell
FOX ROTHCHILD LLP
Attorney for Lehman Brothers Holdings, Inc.
101 Park Avenue, 17th Floor
New York, New York 10178

Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
Fax: (212) 885-50001

*Attorneys for Avenue Mortgage, Inc., First Savings Mortgage Corporation, Group 2000 Real Estate Services, Inc., and Southern Fidelity Mortgage Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*

                                                    Case No. 08-13555 (SCC)
                                                    (Jointly Administered)

                        Debtors.
-----------------------------------------------------------X
STATE OF NEW YORK   )
                          ) ss.:
COUNTY OF NEW YORK  )

        Nicola Ross, being duly sworn, deposes and says:

        I am over 18 years of age, not a party to this action and am employed at Blank Rome, LLP, 405 Lexington Avenue, New York, NY 10174.

        On October 23, 2018, I served a true copy of **JOINDER OF AVENUE MORTGAGE, INC., FIRST SAVINGS MORTGAGE CORPORATION, GROUP 2000 REAL ESTATE SERVICES, INC., AND SOUTHERN FIDELITY MORTGAGE CORPORATION TO OBJECTION TO MOTION TO AMEND AND EXTEND THE SCOPE OF THE ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDERS FOR INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST MORTGAGE LOAN SELLERS** by mail using a postage-paid envelope for that purpose and depositing same with the United States Postal Service upon the following person(s):

| | |
|---|---|
| William A. Maher | Michael A. Robbin |
| James N. Lawlor | Maritza Dominquez Braswell |
| Paul R. DeFilippo | FOX ROTHCHILD LLP |
| Adam M. Bialek | *Attorney for Lehman Brothers Holdings, Inc.* |
| Mara R. Lieber | 101 Park Avenue, 17th Floor |
| WOLLMUTH MAHER & DEUTSCH LLP | New York, New York 10178 |
| *Attorneys for Lehman Brothers Holdings, Inc.* | |
| 500 Fifth Avenue | |
| New York, New York 10110 | |

                                                                                                        _____
                                                                                                          Nicola Ross

Sworn to before me this
23rd day of October, 2018

_____
Notary Public

```
MICHELE GRANITO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01GR6202734
Qualified in RICHMOND County
Commission Expires March 23, 2021
```