WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (SCC)
                                              :
                    Debtors.                  :    (Jointly Administered)
-------------------------------------------------------------------x
```

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING**
**THE PLAN ADMINISTRATOR'S OBJECTION TO CLAIM NUMBER 15035**

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures [**ECF No. 9635**] (the "Second Amended Case Management Order"), the undersigned hereby certifies as follows:

1. On September 20, 2018, Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors*, filed the *Plan Administrator's*

*Objection to the Portion of Claim Number 15035* [**ECF No. 58841**] (the "Objection") with the

Court.[1]

2.      In accordance with the Second Amended Case Management Order, the

Plan Administrator established a deadline (the "Response Deadline") for parties to object or file

responses to the Objection.  The Response Deadline was set for October 17, 2018 at 4:00 p.m.

(Eastern Time).  The Second Amended Case Management Order provides that pleadings may be

granted without a hearing, provided that no objections or other responsive pleadings have been

filed on or prior to the relevant response deadline and the attorney for the entity who filed the

pleading complies with the relevant procedural and notice requirements.

3.      The Response Deadline has now passed.  To the best of my knowledge, no

responsive pleadings have been (a) filed with the Court on the docket of the above-referenced

chapter 11 cases in accordance with the procedures set forth in the Second Amended Case

Management Order, or (b) served on counsel to the Plan Administrator.  Accordingly, the Plan

Administrator respectfully requests that the proposed order granting the Objection, annexed

hereto as Exhibit A, be entered in accordance with the procedures described in the Second

Amended Case Management Order.

---

[1] The Objection was directed solely at claim number 15035 and not any other claim, but incorrectly stated that claim number 15035 is the only claim against which a separate motion to estimate claims is currently pending.  *See Objection* fn. 3.  The Estimation Motion (as defined in the Objection) remains pending against claims number 29235 and 26372.

WEIL:\96027677\1\58399.0011

I declare that the foregoing is true and correct.

Dated:    October 23, 2018
          New York, New York

                                    /s/ Garrett A. Fail
                                    Garrett A. Fail

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    *Attorneys for Lehman Brothers Holdings Inc.*
                                    *and Certain of Its Affiliates*

WEIL:\96027677\1\58399.0011

**<u>Exhibit A</u>**

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (SCC)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
-------------------------------------------------------------------x

## ORDER GRANTING PLAN
## ADMINISTRATOR'S OBJECTION TO CLAIM NUMBER 15035

Upon the objection, dated September 20, 2018 (the "Objection"),[1] of Lehman

Brothers Holdings Inc., as Plan Administrator under the *Modified Third Amended Joint Chapter*

*11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* for certain entities in the

above-referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section

105(a) and 1142 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the

Federal Rules of Bankruptcy Procedure, seeking to expunge proof of claim number 15035, all as

more fully described in the Objection; and due and proper notice of the Objection having been

provided; and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the Objection is in the best interests of the Chapter

11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth

in the Objection establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

ORDERED that, claim number 15035 is disallowed and expunged in its entirety

in accordance with the Plan; and it is further

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the Objection.

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: _____, 2018
       New York, New York



                                 _____
                                 UNITED STATES BANKRUPTCY JUDGE