UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC., et al.

Debtors.

Chapter 11.

Case No. 08-13555 (SCC)

**NOTICE OF APPEARANCE**

Please take notice that Lani Adler of Lani Adler Partners LLC is an attorney admitted to practice in this Court and hereby appears as counsel in the above-captioned proceeding for interested party Hometrust Mortgage Company and requests service of all notices, orders, correspondence and other papers filed in connection with this action.

Dated: New York, New York
       October 23, 2018

LANI ADLER PARTNERS LLC

By: /s/ Lani A. Adler
    Lani A. Adler
275 West 96th Street, Suite 15G
New York, NY 10025
646-732-3260
ladler@laniadlerpartners.com

*Counsel for Hometrust Mortgage Company*