Lani Adler Partners LLC
275 West 96th Street, Suite 15G
New York, New York 10025
Telephone: (646) 732 3260
Ladler@LaniAdlerPartners.com

*Attorneys for Hometrust Mortgage Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――X

In re:                                                     Chapter 11


LEHMAN BROTHERS HOLDINGS INC., *et al.*,

                                                           Case No. 08-13555 (SCC)
                                                           (Jointly Administered)


                                   Debtors.

―――――――――――――――――――――――――X

### JOINDER OF HOMETRUST MORTGAGE COMPANY TO (1) LIMITED OBJECTION AND RESERVATION OF RIGHTS TO MOTION OF LEHMAN BROTHERS HOLDINGS INC. FOR LEAVE TO AMEND AND EXTEND THE SCOPE OF THE   ALTERNATIVE ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDERS FOR INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST MORTGAGE SELLERS AND (2) MEMORANDUM OF LAW OF SUBURBAN MORTGAGE , INC. IN OPPOSITION TO OMNIBUS MOTION OF LEHMAN BROTHERS HOLDINGS INC. FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

Hometrust Mortgage Company hereby joins in the Limited Objection and Reservation of

Rights to Motion of Lehman Brothers Holdings Inc. for Leave to Amend and Extend the Scope

of the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the

Debtors Against Mortgage Loan Sellers filed by Suburban Mortgage, Inc. [Adversary

Proceeding Case No. 16-01295 (SCC), Docket No. 42] and certain other defendants whose

adversary proceedings are docketed in No. 16-01019, filed October 23, 2018 ("the Limited

Objection"), and expressly joins, adopts and incorporates by reference the arguments set forth in the Limited Objection.

    Hometrust Mortgage Company also joins in the Memorandum of Law of Suburban Mortgage, Inc. in Opposition to Omnibus Motion of Lehman Brothers Holdings Inc. for Leave to File Third Amended Complaint, filed October 23, 2018 [Adversary Proceeding Case No. 16-01295, Docket No.43; and Case No. 16-01019, Docket No. 670] ("SMI Opposition Memorandum"), and expressly joins, adopts and incorporates by reference the arguments set forth in the SMI Opposition Memorandum.

Dated: New York, New York
      October 23, 3018

                          **LANI ADLER PARTNERS LLC**

                          By: /s/Lani A. Alder
——                            Lani A. Alder
                          275 West 96th Street, Suite 15G
                          New York, New York 10025
                          Telephone: (646) 732-3260
                          Ladler@LaniAdlerPartners.com

                          *Attorneys for Hometrust Mortgage Company*

To: William A. Maher
    James Lawlor
    Adam Bialek
    Mara Leiber

    Michael A. Rollin
    Maritza Braswell