MORITT HOCK & HAMROFF LLP
Bruce A. Schoenberg, Esq,
1407 Broadway
New York, New York 10018
Tel: (212) 239-2000
Fax: (212) 239-2722

*Local Counsel to Merrimack Mortgage Company, Inc., Access National Mortgage Corporation, Perl Mortgage, Inc., GMFS LLC, American Capital Corporation, Advisors Mortgage Group, LLC, The Mortgage Link, Inc., Mason McDuffie Mortgage Corporation, First Option Mortgage, Jersey Mortgage Company of New Jersey, Inc., and Nova Financial & Investment Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*            Case No. 08-13555 (SCC)

                                         Debtors.                   (Jointly Administered)
------------------------------------------------------------X

## JOINDER TO OBJECTION
## TO MOTION TO AMEND AND EXTEND THE SCOPE OF THE ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDERS FOR INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST MORTGAGE LOAN SELLERS

Merrimack Mortgage Company, Inc., Access National Mortgage Corporation, Perl Mortgage, Inc., GMFS LLC, American Capital Corporation, Advisors Mortgage Group, LLC, The Mortgage Link, Inc., Mason McDuffie Mortgage Corporation, First Option Mortgage, Jersey Mortgage Company of New Jersey, Inc., and Nova Financial & Investment Corporation (collectively the "Objectors"), by and through their undersigned counsel, hereby join in the Limited Objection filed by Wintrust Mortgage Corporation as successor by merger to SGB Corp., and Cherry Creek Mortgage Co., Inc. (the "Wintrust/Cherry Creek Objection") [Docket #58955] filed in opposition to the Debtors' Motion to Amend and Extend the Scope of the

Alternative Dispute Resolution Procedures Orders for Indemnification Claims of the Debtors against Mortgage Loan Sellers [Docket #58858-1].

The Objectors join, adopt, and incorporate by reference each of the objections set forth in the Wintrust/Cherry Creek Objection as to why the Proposed Order filed by Lehman Brothers Holdings, Inc. should not be entered in its current form.

Dated: New York, New York
October 23, 2018

**MORITT HOCK & HAMROFF LLP**

By: /s/ Bruce A. Schoenberg
Bruce A. Schoenberg, Esq,
1407 Broadway
New York, New York 10018
Tel: (212) 239-2000
Fax: (212) 239-2722

*Local Counsel to Merrimack Mortgage Company, Inc., Access National Mortgage Corporation, Perl Mortgage, Inc., GMFS LLC, American Capital Corporation, Advisors Mortgage Group, LLC, The Mortgage Link, Inc., Mason McDuffie Mortgage Corporation, First Option Mortgage, Jersey Mortgage Company of New Jersey, Inc., and Nova Financial & Investment Corporation*

MORITT HOCK & HAMROFF LLP
Bruce A. Schoenberg, Esq,
1407 Broadway
New York, New York 10018
Tel: (212) 239-2000
Fax: (212) 239-2722
*Local Counsel to Merrimack Mortgage Company, Inc., Access National Mortgage Corporation, Perl Mortgage, Inc., GMFS LLC, American Capital Corporation, Advisors Mortgage Group, LLC, The Mortgage Link, Inc., Mason McDuffie Mortgage Corporation, First Option Mortgage, Jersey Mortgage Company of New Jersey, Inc., and Nova Financial & Investment Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*                  Case No. 08-13555 (SCC)
                                                            Debtors.            (Jointly Administered)
-----------------------------------------------------------X

**STATE OF NEW YORK** )
                                            ) ss.:
**COUNTY OF NEW YORK** )

   Doreen C. Keil being duly sworn, deposes and says:

   I am over 18 years of age, not a party to this action and am employed at Moritt Hock & Hamroff LLP 1407 Broadway, Suite 3900, New York, NY 10018.

   On October 23, 2018 I served a true copy of the Joinder of Merrimack Mortgage Company, Inc., Access National Mortgage Corporation, Perl Mortgage, Inc., GMFS LLC, American Capital Corporation, Advisors Mortgage Group, LLC, The Mortgage Link, Inc., Mason McDuffie Mortgage Corporation, First Option Mortgage, Jersey Mortgage Company of New Jersey, Inc., and Nova Financial & Investment Corporation (collectively the "Objectors"), to Objection to Motion to Amend and Extend the Scope of the Alternative Dispute Resolution Procedures Orders for Indemnification Claims of the Debtors Against Mortgage Loan Sellers by mail using a postage-paid envelope for that purposes and depositing same with the United States Postal Service upon the following person(s):

| | |
|---|---|
| William A. Maher | Michael A. Robbin |
| James N. Lawlor | Maritza Dominquez Braswell |
| Paul R. DeFilippo | Fox Rothschild LLP |
| Adam M. Bialek | *Attorneys for Lehman Brothers Holdings, Inc.* |
| Mara R. Lieber | 101 Park Avenue, 17th Floor |
| Wollmuth Maher & Deutsche LLP | New York, New York 10178 |
| *Attorneys for Lehman Brothers Holdings, Inc.* | |
| 500 Fifth Avenue | |
| New York, New York 10110 | |

                     Doreen C. Keil

Sworn to before me this
23 day of October, 2018

Notary Public

BRUCE A. SCHOENBERG
Notary Public, State of New York
No. 02SC6169323
Qualified in Westchester County
Commission Expires June 25, 2019