MORITT HOCK & HAMROFF LLP
Bruce A. Schoenberg, Esq,
1407 Broadway
New York, New York 10018
Tel: (212) 239-2000
Fax: (212) 239-2722

*Local Counsel to North American Savings Bank*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------X

## JOINDER TO OBJECTION
## TO MOTION TO AMEND AND EXTEND THE SCOPE OF THE ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDERS FOR INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST MORTGAGE LOAN SELLERS

North American Savings Bank ("Objector"), by and through their undersigned counsel, hereby joins in the Limited Objection filed by Wintrust Mortgage Corporation as successor by merger to SGB Corp., and Cherry Creek Mortgage Co., Inc. (the "Wintrust/Cherry Creek Objection") [Docket #58955] filed in opposition to the Debtors' Motion to Amend and Extend the Scope of the Alternative Dispute Resolution Procedures Orders for Indemnification Claims of the Debtors against Mortgage Loan Sellers [Docket #58858-1].

The Objector joins, adopt, and incorporate by reference each of the objections set forth in the Wintrust/Cherry Creek Objection as to why the Proposed Order filed by Lehman Brothers Holdings, Inc. should not be entered in its current form.

Dated: New York, New York
October 23, 2018

                              **MORITT HOCK & HAMROFF LLP**

                        By:    /s/ Bruce A. Schoenberg
                               Bruce A. Schoenberg, Esq,
                               1407 Broadway
                               New York, New York 10018
                               Tel: (212) 239-2000
                               Fax: (212) 239-2722

                               *Local Counsel to North American Savings Bank*

MORITT HOCK & HAMROFF LLP
Bruce A. Schoenberg, Esq,
1407 Broadway
New York, New York 10018
Tel: (212) 239-2000
Fax: (212) 239-2722
*Local Counsel to North American Savings Bank*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                              Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*              Case No. 08-13555 (SCC)
                               Debtors.              (Jointly Administered)
-------------------------------------------------------------X

**STATE OF NEW YORK**     )
                          ) ss.:
**COUNTY OF NEW YORK**    )

Rena Goldstein being duly sworn, deposes and says:

I am over 18 years of age, not a party to this action and am employed at Moritt Hock & Hamroff LLP 1407 Broadway, Suite 3900, New York, NY 10018.

On October 24, 2018 I served a true copy of the Joinder of North American Savings Bank to the Objection to Motion to Amend and Extend the Scope of the Alternative Dispute Resolution Procedures Orders for Indemnification Claims of the Debtors Against Mortgage Loan Sellers by mail using a postage-paid envelope for that purposes and depositing same with the United States Postal Service upon the following person(s):

| | |
|---|---|
| William A. Maher | Michael A. Robbin |
| James N. Lawlor | Maritza Dominquez Braswell |
| Paul R. DeFilippo | Fox Rothschild LLP |
| Adam M. Bialek | *Attorneys for Lehman Brothers Holdings, Inc.* |
| Mara R. Lieber | 101 Park Avenue, 17th Floor |
| Wollmuth Maher & Deutsche LLP | New York, New York 10178 |
| *Attorneys for Lehman Brothers Holdings, Inc.* | |
| 500 Fifth Avenue | |
| New York, New York 10110 | |

_____
Rena Goldstein

Sworn to before me this
____ day of October, 2018
_____
Notary Public

DOREEN C. KEIL
Notary Public, State of New York
No. 5000920
Qualified in Suffolk County
Commission Expires August 24, 20__

1557320v1