**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :   08-13555 (SCC)
                                                             :
                    Debtors.                                 :   (Jointly Administered)
                                                             :
-------------------------------------------------------------x   Ref. Docket No. 58921
```

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 18, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 18, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i>/s/ Konstantina Haidopoulos</i><br>
Konstantina Haidopoulos

Sworn to before me this
18th day of October, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

OFFSHORE ASSET HOLDING VEHICLE A, LTD
TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP
C/O SILVER POINT CAPITAL, L.P.
2 GREENWICH PLAZA, FIRST FLOOR
GREENWICH, CT 06830

Please note that your claim # 42244-01 in the above referenced case and in the amount of $196,409.16 allowed at $285,240.26 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000130055401 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 34383



BARCLAYS BANK PLC
SALVATORE RUSSO, DISTRESSED LOAN CLOSING
125 S. WEST ST.
WILMINGTON, DE 19801

BARCLAYS BANK PLC
TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    58921    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/18/2018                Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 18, 2018.

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | SALVATORE RUSSO, DISTRESSED LOAN CLOSING, 125 S. WEST ST., WILMINGTON, DE 19801 |
| BARCLAYS BANK PLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | SALVATORE RUSSO, DISTRESSED LOAN CLOSING, 125 S. WEST ST., WILMINGTON, DE 19801 |
| BARCLAYS BANK PLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | SALVATORE RUSSO, DISTRESSED LOAN CLOSING, 125 S. WEST ST., WILMINGTON, DE 19801 |
| BARCLAYS BANK PLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | SALVATORE RUSSO, DISTRESSED LOAN CLOSING, 125 S. WEST ST., WILMINGTON, DE 19801 |
| BARCLAYS BANK PLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | SALVATORE RUSSO, DISTRESSED LOAN CLOSING, 125 S. WEST ST., WILMINGTON, DE 19801 |
| BARCLAYS BANK PLC | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | SALVATORE RUSSO, DISTRESSED LOAN CLOSING, 125 S. WEST ST., WILMINGTON, DE 19801 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD., C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | ATTN: ERIC RUIZ, DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P, C/O SILVER POINT CAPITAL, L.P., 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |

**Total Creditor Count 19**