**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------------x Ref. Docket No. 58936

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 18, 2018, I caused to be served the "I caused to be served the "Notice of Hearing on the Plan Administrator's Five Hundred Twenty Eighth Omnibus Objection to Claims (No Liability Claims)," dated October 18, 2018 [Docket No. 58936], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A,

   b. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed Exhibit B, and

   c. delivered via electronic mail to those parties listed in the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
19th day of October, 2018
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

**EXHIBIT A**

**LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555**
**Master Service List**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555**
**Additional Parties**

| | |
|---|---|
| SUNSET PARK CDO LIMITED SPC<br>FOR THE ACCOUNT OF THE SERIS 2004-1<br>SEGREGATE PORTFOLIO<br>C/O THE BANK OF NEW YORK MELLON<br>DEFAULT ADMINISTRATION GROUP<br>101 BARCLAY STREET<br>NEW YORK, NY 10286 | REED SMITH LLP<br>ATTN: MICHAEL J. VENDITTO, ESQ.<br>599 LEXINGTON AVENUE<br>(CONTROL NO. GLOBAL 7A)<br>NEW YORK, NY 10022 |

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555**
Additional Parties

MCCALLA RAYMER, LLC
ATTN: JEANNE MORTON, ESQ
(COUNSEL TO AMERICA'S SERVICING COMPANY)
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

PAUL HASTINGS LLP
ATTN: MARTIN EDELMAN, ROBERT WERTHEIMBER
(COUNSEL TO 605 THIRD AVENUE FEE LLC)
75 EAST 55TH STREET
NEW YORK NY 10022

MORGAN, LEWIS & BOCKIUS LLP
ATTN: MICHAEL S KRAUT, ESQ. & JAMES O MOORE, ESQ.
(BANK NATIONAL ASSOCIATION SOLEY IN ITS CAPACITY
AS TRUSTEE FOR CERTAIN RESIDENTION MBS TRUSTS)
101 PARK AVENUE
NEW YORK NY 10178-0060

EATON CORPORATION
ATTN: MEEKO CHISOLM
1000 EATON BLVD
CLEVELAND OH 44122

WHITE & CASE LLP
ATTN: MICHAEL RUETZEL,
(COUNSEL TO GERMAN ASSOCIATION OF SAVINGS BANKS)
BOCKENHEIMER LANDSTRASSE 20
60323 FRANKFURT AM MAIN
GERMANY

FAEGRE BAKER DANIELS LLP
ATTN: MICHAEL M. KRAUSS
(COUNSEL TO 'SANTA FE ENTITIES')
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS ,N 55402-3901

# EXHIBIT C

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555
Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | asomers@rctlegal.com |
| aalfonso@willkie.com | aunger@sidley.com |
| abeaumont@fklaw.com | austin.bankruptcy@publicans.com |
| abraunstein@riemerlaw.com | avenes@whitecase.com |
| acaton@kramerlevin.com | bankruptcy@goodwin.com |
| adam.lanza@dlapiper.com | bankruptcy@morrisoncohen.com |
| adarwin@nixonpeabody.com | bankruptcy@ntexas-attorneys.com |
| adiamond@diamondmccarthy.com | bankruptcymatters@us.nomura.com |
| adk@msf-law.com | barbra.parlin@hklaw.com |
| aeckstein@blankrome.com | bbisignani@postschell.com |
| aentwistle@entwistle-law.com | bcarlson@co.sanmateo.ca.us |
| aglenn@kasowitz.com | bdemay@hsgllp.com |
| agold@herrick.com | bdk@schlamstone.com |
| aisenberg@saul.com | benjamin.mintz@apks.com |
| akadish@dtlawgroup.com | bguiney@pbwt.com |
| akolod@mosessinger.com | bmanne@tuckerlaw.com |
| alexander.lorenzo@alston.com | bmiller@mofo.com |
| allison.holubis@wilsonelser.com | boneill@kramerlevin.com |
| alum@ftportfolios.com | brosenblum@jonesday.com |
| amartin@sheppardmullin.com | brotenberg@wolffsamson.com |
| amcmullen@boultcummings.com | broy@rltlawfirm.com |
| amh@amhandlerlaw.com | bruce.wright@sutherland.com |
| andrew.brozman@cliffordchance.com | bsellier@rlrpclaw.com |
| andrew.lourie@kobrekim.com | bstrickland@wtplaw.com |
| andrewtenzer@paulhastings.com | btrust@mayerbrown.com |
| angelich.george@arentfox.com | bturk@tishmanspeyer.com |
| angie.owens@skadden.com | bwolfe@sheppardmullin.com |
| anthony_boccanfuso@aporter.com | cahn@clm.com |
| aostrow@beckerglynn.com | canelas@pursuitpartners.com |
| appleby@chapman.com | cbelisle@wfw.com |
| aquale@sidley.com | cbelmonte@ssbb.com |
| arainone@bracheichler.com | cdesiderio@nixonpeabody.com |
| arancier@offitkurman.com | cfarley@mccarter.com |
| arheaume@riemerlaw.com | cgoldstein@stcwlaw.com |
| arosenblatt@chadbourne.com | chad.husnick@kirkland.com |
| arthur.rosenberg@hklaw.com | chammerman@paulweiss.com |
| arwolf@wlrk.com | charles@filardi-law.com |
| aschwartz@homerbonner.com | charles_malloy@aporter.com |
| aseuffert@lawpost-nyc.com | chemrick@thewalshfirm.com |
| ashmead@sewkis.com | chipford@parkerpoe.com |
| asnow@ssbb.com | chris.donoho@hoganlovells.com |

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555
Email Service List

| | |
|---|---|
| christopher.greco@kirkland.com | dfelder@orrick.com |
| claude.montgomery@dentons.com | dflanigan@polsinelli.com |
| clynch@reedsmith.com | dgoldberg@hsgllp.com |
| cohen@sewkis.com | dhayes@mcguirewoods.com |
| cp@stevenslee.com | dhealy@hsgllp.com |
| cpappas@dilworthlaw.com | dheffer@foley.com |
| cparyse@contrariancapital.com | dhurst@coleschotz.com |
| craig.goldblatt@wilmerhale.com | dhw@dhclegal.com |
| craigjustinalbert@gmail.com | diconzam@gtlaw.com |
| crmomjian@attorneygeneral.gov | djcarragher@daypitney.com |
| csalomon@beckerglynn.com | djoseph@stradley.com |
| cschreiber@winston.com | dkessler@ktmc.com |
| cshore@whitecase.com | dkozusko@willkie.com |
| cszyfer@stroock.com | dlemay@chadbourne.com |
| cwalsh@mayerbrown.com | dlipke@vedderprice.com |
| cward@polsinelli.com | dmark@kasowitz.com |
| cweber@ebg-law.com | dmcguire@winston.com |
| cweiss@ingramllp.com | dmiller@steinlubin.com |
| dallas.bankruptcy@publicans.com | dmurray@jenner.com |
| dave.davis@isgria.com | dneier@winston.com |
| david.bennett@tklaw.com | dodonnell@milbank.com |
| david.livshiz@freshfields.com | dpegno@dpklaw.com |
| david.powlen@btlaw.com | draelson@fisherbrothers.com |
| david.s.cartee@delta.com | drosenzweig@fulbright.com |
| david.tillem@wilsonelser.com | drosner@goulstonstorrs.com |
| david.wender@alston.com | drosner@kasowitz.com |
| davids@blbglaw.com | dshaffer@wtplaw.com |
| davidwheeler@mvalaw.com | dspelfogel@foley.com |
| dbarber@bsblawyers.com | dsullivan@hsgllp.com |
| dbaumstein@whitecase.com | dtatge@ebglaw.com |
| dbesikof@loeb.com | dtheising@harrisonmoberly.com |
| dblack@hsgllp.com | dwdykhouse@pbwt.com |
| dcimo@gjb-law.com | dworkman@bakerlaw.com |
| dcoffino@cov.com | easmith@venable.com |
| dcrapo@gibbonslaw.com | ebcalvo@pbfcm.com |
| ddavis@paulweiss.com | ecohen@russellinvestments.com |
| ddunne@milbank.com | edelucia@hsgllp.com |
| deggermann@kramerlevin.com | edward.flanders@pillsburylaw.com |
| deggert@freebornpeters.com | efisher@binderschwartz.com |
| demetra.liggins@tklaw.com | efleck@milbank.com |
| dennis.tracey@hoganlovells.com | efriedman@fklaw.com |

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555
Email Service List

| | |
|---|---|
| efriedman@friedmanspring.com | irethy@stblaw.com |
| ekbergc@lanepowell.com | j.zelloe@stahlzelloe.com |
| eleicht@whitecase.com | jacobsonn@sec.gov |
| ellen.halstead@cwt.com | jalward@blankrome.com |
| emagnelli@bracheichler.com | james.berg@piblaw.com |
| emerberg@mayerbrown.com | james.mcclammy@dpw.com |
| enkaplan@kaplanlandau.com | james.moore@morganlewis.com |
| eobrien@sbchlaw.com | james.sprayregen@kirkland.com |
| etillinghast@sheppardmullin.com | jamesboyajian@gmail.com |
| eweinick@otterbourg.com | jamestecce@quinnemanuel.com |
| ezujkowski@emmetmarvin.com | jar@outtengolden.com |
| farrington.yates@kobrekim.com | jay.hurst@oag.state.tx.us |
| fcarruzzo@kramerlevin.com | jay@kleinsolomon.com |
| ffm@bostonbusinesslaw.com | jbeemer@entwistle-law.com |
| fhenn@law.nyc.gov | jbrody@americanmlg.com |
| fhyman@mayerbrown.com | jbromley@cgsh.com |
| foont@foontlaw.com | jcarberry@cl-law.com |
| fsosnick@shearman.com | jchristian@tobinlaw.com |
| gabriel.delvirginia@verizon.net | jdoran@haslaw.com |
| gary.ravertpllc@gmail.com | jdwarner@warnerandscheuerman.com |
| gavin.alexander@ropesgray.com | jdyas@halperinlaw.net |
| gbray@milbank.com | jean-david.barnea@usdoj.gov |
| ggitomer@mkbattorneys.com | jeanites@whiteandwilliams.com |
| ggoodman@foley.com | jeannette.boot@wilmerhale.com |
| giddens@hugheshubbard.com | jeff.wittig@united.com |
| gkaden@goulstonstorrs.com | jeldredge@velaw.com |
| glenn.siegel@morganlewis.com | jennifer.demarco@cliffordchance.com |
| gmoss@riemerlaw.com | jennifer.gore@shell.com |
| goldenberg@ssnylaw.com | jg5786@att.com |
| gspilsbury@jsslaw.com | jgenovese@gjb-law.com |
| harrisjm@michigan.gov | jguy@orrick.com |
| harveystrickon@paulhastings.com | jhiggins@fdlaw.com |
| hbeltzer@chadbourne.com | jhorgan@phxa.com |
| heiser@chapman.com | jhuggett@margolisedelstein.com |
| hmagaliff@r3mlaw.com | jim@atkinslawfirm.com |
| holsen@stroock.com | jjureller@klestadt.com |
| hooper@sewkis.com | jlamar@maynardcooper.com |
| howard.hawkins@cwt.com | jlawlor@wmd-law.com |
| hseife@chadbourne.com | jlee@foley.com |
| hsnovikoff@wlrk.com | jlevitin@cahill.com |
| hsteel@brownrudnick.com | jlscott@reedsmith.com |

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555
Email Service List

| | |
|---|---|
| jmaddock@mcguirewoods.com | kdwbankruptcydepartment@kelleydrye.com |
| jmazermarino@msek.com | keckhardt@hunton.com |
| jmelko@gardere.com | keith.simon@lw.com |
| jmerva@fult.com | kek@crb-law.com |
| jmr@msf-law.com | ken.coleman@allenovery.com |
| jnm@mccallaraymer.com | kerry.moynihan@hro.com |
| john.beck@hoganlovells.com | kgwynne@reedsmith.com |
| john.goodchild@morganlewis.com | kiplok@hugheshubbard.com |
| john.monaghan@hklaw.com | kkelly@ebglaw.com |
| john.mule@state.mn.us | kkolbig@mosessinger.com |
| jonathan.goldblatt@bnymellon.com | klyman@irell.com |
| jonathan.henes@kirkland.com | klynch@formanlaw.com |
| jorbach@hahnhessen.com | kobak@hugheshubbard.com |
| joseph.cordaro@usdoj.gov | korr@orrick.com |
| joshua.dorchak@morganlewis.com | kovskyd@pepperlaw.com |
| jowen769@yahoo.com | kressk@pepperlaw.com |
| joy.mathias@dubaiic.com | kreynolds@mklawnyc.com |
| jpintarelli@mofo.com | krosen@lowenstein.com |
| jporter@entwistle-law.com | ksebaski@hsgllp.com |
| jprol@lowenstein.com | kurt.mayr@bgllp.com |
| jrabinowitz@rltlawfirm.com | kurt.rademacher@morganlewis.com |
| jrapisardi@omm.com | ladler@laniadlerpartners.com |
| jrosenthal@mhlawcorp.com | landon@slollp.com |
| jrsmith@hunton.com | lapeterson@foley.com |
| jschiller@bsfllp.com | lawallf@pepperlaw.com |
| jschwartz@hahnhessen.com | lawrence.gelber@srz.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com |
| jsherman@bsfllp.com | lee.stremba@troutmansanders.com |
| jshickich@riddellwilliams.com | lee.whidden@dentons.com |
| jsmairo@pbnlaw.com | lgomez@msek.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com |
| jtimko@shutts.com | lhandelsman@stroock.com |
| judy.morse@crowedunlevy.com | lisa.solomon@att.net |
| jvail@ssrl.com | ljkotler@duanemorris.com |
| jwcohen@daypitney.com | lkatz@ltblaw.com |
| jwest@velaw.com | lkiss@klestadt.com |
| jwh@njlawfirm.com | lmarinuzzi@mofo.com |
| jzulack@fzwz.com | lmcgowen@orrick.com |
| kanema@formanlaw.com | lnashelsky@mofo.com |
| karen.wagner@dpw.com | loizides@loizides.com |
| karl.geercken@alston.com | lperlman@hsgllp.com |

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555
Email Service List

| | |
|---|---|
| lschweitzer@cgsh.com | michael.solow@apks.com |
| lucdespins@paulhastings.com | millee12@nationwide.com |
| mabrams@willkie.com | miller@taftlaw.com |
| maofiling@cgsh.com | mimi.m.wong@irscounsel.treas.gov |
| marc.roitman@ropesgray.com | mitchell.ayer@tklaw.com |
| margolin@hugheshubbard.com | mitchell.berger@squirepb.com |
| mark.bane@ropesgray.com | mjedelman@vedderprice.com |
| mark.ellenberg@cwt.com | mjr1@westchestergov.com |
| mark.mckane@kirkland.com | mlahaie@akingump.com |
| mark.salzberg@squirepb.com | mlandman@lcbf.com |
| mark.sherrill@sutherland.com | mlichtenstein@crowell.com |
| maryann.gagliardi@wilmerhale.com | mlynch2@travelers.com |
| matt@willaw.com | mmorreale@us.mufg.jp |
| matthew.klepper@dlapiper.com | mneier@ibolaw.com |
| maustin@orrick.com | monica.lawless@brookfieldproperties.com |
| mbenner@tishmanspeyer.com | mpage@kelleydrye.com |
| mbienenstock@proskauer.com | mparry@mosessinger.com |
| mbloemsma@mhjur.com | mrosenthal@gibsondunn.com |
| mbossi@thompsoncoburn.com | mruetzel@whitecase.com |
| mcademartori@sheppardmullin.com | mschimel@sju.edu |
| mcarthurk@sullcrom.com | msegarra@mayerbrown.com |
| mccarthyj@sullcrom.com | mshiner@tuckerlaw.com |
| mcolomar@diazreus.com | mshuster@hsgllp.com |
| mcordone@stradley.com | msolow@kayescholer.com |
| mcyganowski@oshr.com | mspeiser@stroock.com |
| mdorval@stradley.com | mstamer@akingump.com |
| meek@eaton.com | munno@sewkis.com |
| melorod@gtlaw.com | mvenditto@reedsmith.com |
| meltzere@pepperlaw.com | mwarner@coleschotz.com |
| metkin@lowenstein.com | mwarren@mtb.com |
| mfeldman@willkie.com | nathan.spatz@pillsburylaw.com |
| mgordon@briggs.com | nbinder@binderschwartz.com |
| mgreger@allenmatkins.com | nbojar@fklaw.com |
| mh1@mccallaraymer.com | ncoco@mwe.com |
| mhanin@kasowitz.com | neal.mann@oag.state.ny.us |
| mhopkins@cov.com | ned.schodek@shearman.com |
| michael.frege@cms-hs.com | neil.herman@morganlewis.com |
| michael.kelly@monarchlp.com | neilberger@teamtogut.com |
| michael.krauss@faegrebd.com | ngueron@cgr-law.com |
| michael.kraut@morganlewis.com | nicholas.zalany@squirepb.com |
| michael.mccrory@btlaw.com | nissay_10259-0154@mhmjapan.com |

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555
Email Service List

| | |
|---|---|
| nlepore@schnader.com | robert.yalen@usdoj.gov |
| nlieberman@hsgllp.com | robin.keller@lovells.com |
| notice@bkcylaw.com | roger@rnagioff.com |
| nyrobankruptcy@sec.gov | ross.martin@ropesgray.com |
| otccorpactions@finra.org | rpedone@nixonpeabody.com |
| paronzon@milbank.com | rrainer@wmd-law.com |
| pbattista@gjb-law.com | rroupinian@outtengolden.com |
| pbosswick@ssbb.com | rterenzi@stcwlaw.com |
| pdublin@akingump.com | russj4478@aol.com |
| peisenberg@lockelord.com | ryaspan@yaspanlaw.com |
| peter.gilhuly@lw.com | sabin.willett@morganlewis.com |
| peter.meisels@wilsonelser.com | sabramowitz@velaw.com |
| peter.simmons@friedfrank.com | sabvanrooy@hotmail.com |
| peter@bankrupt.com | sally.henry@skadden.com |
| pfeldman@oshr.com | samuel.cavior@pillsburylaw.com |
| pfinkel@wilmingtontrust.com | sandyscafaria@eaton.com |
| phayden@mcguirewoods.com | scargill@lowenstein.com |
| pmaxcy@sonnenschein.com | schager@ssnylaw.com |
| ppascuzzi@ffwplaw.com | schannej@pepperlaw.com |
| psp@njlawfirm.com | schepis@pursuitpartners.com |
| ptrostle@jenner.com | schnabel.eric@dorsey.com |
| raj.madan@skadden.com | schristianson@buchalter.com |
| ramona.neal@hp.com | scott.golden@hoganlovells.com |
| rbeacher@pryorcashman.com | scottj@sullcrom.com |
| rbernard@foley.com | scottshelley@quinnemanuel.com |
| rbyman@jenner.com | scousins@armstrongteasdale.com |
| rdaversa@orrick.com | sdnyecf@dor.mo.gov |
| relgidely@gjb-law.com | sehlers@armstrongteasdale.com |
| rfriedman@silvermanacampora.com | sfalanga@thewalshfirm.com |
| rgmason@wlrk.com | sfelderstein@ffwplaw.com |
| rgoodman@moundcotton.com | sfineman@lchb.com |
| rgraham@whitecase.com | sfox@mcguirewoods.com |
| rhett.campbell@tklaw.com | sgordon@cahill.com |
| richard.lear@hklaw.com | sgraziano@blbglaw.com |
| richard@rwmaplc.com | sgubner@ebg-law.com |
| rick.murphy@sutherland.com | sharbeck@sipc.org |
| rleek@hodgsonruss.com | shari.leventhal@ny.frb.org |
| rmatzat@hahnhessen.com | shgross5@yahoo.com |
| rnetzer@willkie.com | skatona@polsinelli.com |
| robert.honeywell@klgates.com | sldreyfuss@hlgslaw.com |
| robert.malone@dbr.com | sleo@bm.net |

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555
Email Service List

slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com

tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@beckerglynn.com
wtaylor@mccarter.com
yuwatoko@mofo.com

7