UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : Case No. 08-13555 (SCC) |
| | : |
| Reorganized Debtors. | : (Jointly Administered) |
| | : |

-------------------------------------------------------------------x

**NOTICE OF SUBPOENA ISSUED PURSUANT TO ORDER
GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS
FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE
<u>EXAMINATION OF PERSONS AND ENTITIES</u>**

**PLEASE TAKE NOTICE** that pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, entered on November 23, 2009 (the "Order")[1], the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

As required by the Order, the Debtors hereby file this notice of subpoena issued by the Debtors pursuant to the Order. The date the subpoena was served, the name of the entity and the

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

date, time and place for the production of documents are set forth on "Exhibit A" attached hereto.

Dated: October 24, 2018
       New York, New York

/s/ Cindi M. Giglio
Cindi M. Giglio
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue,
New York, NY 10022,
cindi.giglio@kattenlaw.com
(212) 940-3828

*Counsel to Lehman Brothers Holdings Inc.*

# EXHIBIT A

NOTICE OF SUBPOENA

| **Name of Witness:** | Overton Ravine, L.L.C. |
|---|---|
| **Date of Service of Subpoena:** | October 22, 2018 |
| **Subject of Subpoena:** | The production of documents pursuant to Fed. R. Bankr. P. 2004 |
| **Date, Time and Place of any Examination:** | Documents to be furnished by November 21, 2018 at 10:00 a.m. (EST) at Katten Muchin Rosenman LLP, 575 Madison Avenue, New York, New York 10022 |