**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.<br>08-13555 (SCC) |

**STIPULATION AND ORDER EXTENDING TIME FOR**
**CERTAIN MORTGAGE LOAN SELLERS TO OBJECT, OR**
**OTHERWISE RESPOND, TO**
**PLAN ADMINISTRATOR'S MOTION FOR LEAVE TO**
**AMEND AND EXTEND THE SCOPE OF THE ADR**
**PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS**

WHEREAS, on October 1, 2018, Lehman Brothers Holdings Inc., as Plan Administrator (the "Plan Administrator"), filed a Motion For Leave to Amend and Extend the Scope of the ADR Procedures Orders for Indemnification Claims of the Debtors Against Mortgage Loan Sellers (Case No. 08-13555)[Dkt. No. 58858] (the "Motion to Amend");

WHEREAS, on October 1, 2018, Defendants Bank of England, Capital Bank Corp., Crestline Funding Corp., CTX Mortgage Company LLC, DHI Mortgage Company, Ltd., Eagle Home Mortgage, LLC, First Equity Mortgage Bankers, Inc., Freedom Mortgage Corporation, Gateway Mortgage Group LLC, Mountain West Financial, Inc., Paramount Residential Mortgage Group, Inc., Shea Mortgage Inc., Standard Pacific Mortgage, Inc., and Universal American Mortgage Company, LLC (collectively, "Certain Mortgage Loan Sellers") were served with the Motion to Amend;

WHEREAS, Defendants that were served with the Motion to Amend were required to object or otherwise respond to the Motion to Amend on or by October 24, 2018 at 4:00 PM (ET);

WHEREAS, the Plan Administrator and Certain Mortgage Loan Sellers have reached an agreement on modified terms to the ADR procedures proposed by the Plan Administrator in its Motion to Amend;

WHEREAS, the Plan Administrator and Certain Mortgage Sellers need additional time to agree on a proposed ADR Order to present to the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between the Plan Administrator and Certain Mortgage Loan Sellers, that Certain Mortgage Loan Sellers' time to object, or otherwise respond, to the Motion to Amend, to the extent the parties are unable to agree on the form of the proposed ADR Order, is hereby extended to October 26, 2018 at 4:00 PM (ET).

Dated:    New York, New York
          October 24, 2018

| **WOLLMUTH MAHER & DEUTSCH LLP** | **BILZIN SUMBERG BAENA PRICE & AXELROD LLP** |
|---|---|
| By: *Adam M. Bialek* | By: *Enza G. Boderone* |
| William A. Maher<br>James N. Lawlor<br>Adam M. Bialek<br>Mara R. Lieber<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>wmaher@wmd-law.com<br>jlawlor@wmd-law.com<br>abialek@wmd-law.com<br>mlieber@wmd-law.com | Philip R. Stein<br>Enza Boderone<br>Kenneth Duvall<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>1450 Brickell Avenue, 23rd Floor<br>Miami, Florida 33131<br>Telephone: (305) 350-2422<br>Facsimile: (305) 351-2193<br>pstein@bilzin.com<br>eboderone@bilzin.com<br>kduvall@bilzin.com |
| *Counsel for Lehman Brothers Holdings Inc.* | *Counsel for Mortgage Sellers Bank of England, Capital Bank Corp., Crestline Funding Corp., CTX Mortgage Company LLC, DHI Mortgage Company, Ltd., Eagle Home Mortgage, LLC, First Equity Mortgage Bankers, Inc., Freedom Mortgage Corporation, Gateway Mortgage Group LLC,* |

*Mountain West Financial, Inc., Paramount Residential Mortgage Group, Inc., Shea Mortgage Inc., Standard Pacific Mortgage, Inc., and Universal American Mortgage Company, LLC*

**IT IS SO ORDERED:**

New York, New York
October __, 2018

_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

MIAMI 6071328.1 79264/48543