**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                        :        Chapter 11 Case No.
                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :        08-13555 (SCC)
                                             :
                  Debtors.                   :        (Jointly Administered)
------------------------------------------------------------------x

**ORDER GRANTING PLAN**
**ADMINISTRATOR'S OBJECTION TO CLAIM NUMBER 15035**

Upon the objection, dated September 20, 2018 (the "Objection"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* for certain entities in the above-referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section 105(a) and 1142 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure, seeking to expunge proof of claim number 15035, all as more fully described in the Objection; and due and proper notice of the Objection having been provided; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

ORDERED that, claim number 15035 is disallowed and expunged in its entirety in accordance with the Plan; and it is further

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the Objection.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: October 25, 2018
      New York, New York

                                 /S/ Shelley C. Chapman
                                 UNITED STATES BANKRUPTCY JUDGE