# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**1st 2nd Mortgage Company of N.J., Inc. (a/k/a Consumer Home Lending, LLC)**

Loan Purchase Agreement, dated November 18, 2004