# EXHIBIT B

# EXHIBIT B

1st 2nd Mortgage Company of N.J., Inc. (a/k/a Consumer Home Lending, LLC)

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0030601694 | 30601694 | MISREP - DEBTS | | | $ 227,378.00 |
| 0030601769 | 30601769 | MISREP - DEBTS | | | $ 192,317.60 |
| 0030934749 | 30934749 | MISREP - INCOME/EMPLOY | | | $ 129,083.90 |
| 0030979611 | 30979611 | DOCUMENTATION | | | $ 49,327.66 |
| 0031476112 | 31476112 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 231,637.00 |
| 0031476179 | 31476179 | DOCUMENTATION | | | $ 109,854.00 |
| 0031497555 | 31497555 | DOCUMENTATION | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ 66,197.14 |
| 0031607898 | 31607898 | MISREP - DEBTS | | | $ 62,122.51 |
| 0031990690 | 31990690 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 79,154.03 |
| 0032038085 | 32038085 | DOCUMENTATION | | | $ 13,913.91 |
| 0032377459 | 32377459 | UW - OTHER | | | $ 122,522.40 |
| 0032517666 | 32517666 | UW - OTHER | DOCUMENTATION | | $ 229,520.00 |
| 0032756132 | 32756132 | DOCUMENTATION | | | $ 16,839.74 |
| 0033021452 | 33021452 | MISREP - DEBTS | | | $ 188,998.70 |
| 0033175696 | 33175696 | MISREP - INCOME/EMPLOY | | | $ 136,767.20 |
| 0033175811 | 33175811 | DOCUMENTATION | | | $ 43,921.50 |
| 0033514555 | 33514555 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ 304,672.40 |
| 0033583949 | 33583949 | UW - OTHER | UW - OTHER | MISREP - INCOME/EMPLOY | $ 377,573.40 |
| 0033704784 | 33704784 | MISREP - INCOME/EMPLOY | | | $ 485,135.70 |
| 0040297632 | 40297632 | UW - OTHER | | | $ 338,675.20 |
| 0040360125 | 40360125 | MISREP - INCOME/EMPLOY | | | $ 277,190.60 |
| 0040415846 | 40415846 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 115,542.00 |
| 0040498784 | 40498784 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 291,152.60 |
| 0040580490 | 40580490 | UW - OTHER | UW - OTHER | | $ 413,612.30 |
| 0040618944 | 40618944 | MISREP - DEBTS | | | $ 52,785.40 |
| 0040663494 | 40663494 | MISREP - INCOME/EMPLOY | | | $ 153,545.00 |
| 0040696205 | 40696205 | MISREP - OCCUPANCY | | | $ 395,682.60 |

EXHIBIT B

**EXHIBIT B**

1st 2nd Mortgage Company of N.J., Inc. (a/k/a Consumer Home Lending, LLC)

| | | | | | |
|---|---|---|---|---|---|
| 0040754533 | 40754533 | MISREP - INCOME/EMPLOY | | | $ 594,351.80 |
| 0040838237 | 40838237 | MISREP - INCOME/EMPLOY | | | $ 235,327.60 |
| 0040858490 | 40858490 | MISREP - INCOME/EMPLOY | | | $ 262,703.80 |
| | | | | **TOTAL** | **$ 6,197,505.69** |

**EXHIBIT B**