# EXHIBIT A

**EXHIBIT A
AGREEMENTS
All Home Lending, Inc.**

Loan Purchase Agreement, dated August 3, 2006