# EXHIBIT B

**EXHIBIT B**

All Home Lending, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0033303876 | 33303876 | MISREP - DEBTS | | | $ 65,599.14 |
| 0033437294 | 33437294 | UW - OTHER | MISREP - OCCUPANCY | | $ 85,939.64 |
| 0033679051 | 33679051 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 49,509.48 |
| 0040024929 | 40024929 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 283,643.40 |
| 0040274003 | 40274003 | MISREP - INCOME/EMPLOY | | | $ 553,001.40 |
| 0040452971 | 40452971 | MISREP - INCOME/EMPLOY | | | $ 198,056.60 |
| 0040528838 | 40528838 | UW - OTHER | | | $ 174,064.40 |
| 0040643934 | 40643934 | MISREP - INCOME/EMPLOY | | | $ 427,440.00 |
| 0040678039 | 40678039 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 204,238.50 |
| 0040705410 | 40705410 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 460,768.40 |

**TOTAL**  $ 2,502,260.96

**EXHIBIT B**