# EXHIBIT A

## EXHIBIT A
## AGREEMENTS
**American Capital Mortgage, Inc. f/k/a American Capital Mortgage Bankers, Ltd.**

Loan Purchase Agreement, dated April 8, 2004