# EXHIBIT B

**EXHIBIT B**

American Capital Mortgage Bankers, LTD

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0032765299 | 32765299 | MISREP - INCOME/EMPLOY | | | $ 386,691.50 |
| 0032765463 | 32765463 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ 88,810.01 |
| 0040120982 | 40120982 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - DEBTS | $ 1,159,624.00 |
| 0040319865 | 40319865 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 755,719.00 |
| | | | | **TOTAL** | **$ 2,390,844.51** |

**EXHIBIT B**