# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**American Interbanc Mortgage, LLC**

Loan Purchase Agreement, dated June 16, 2005