# EXHIBIT B

**EXHIBIT B**

American Interbanc Mortgage, LLC

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040456337 | 40456337 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - DEBTS | $ 325,190.70 |
| 0040704728 | 40704728 | MISREP - DEBTS | | | $ 261,871.50 |

TOTAL  $ 587,062.20

EXHIBIT B