**EXHIBIT A**
**AGREEMENTS**
**Colonial Savings, F.A.**


Loan Purchase Agreement, dated March 7, 2002

Loan Purchase Agreement, dated April 29, 2002