# EXHIBIT B

**EXHIBIT B**

Colonial Savings, F.A.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0015916877 | 15916877 | DOCUMENTATION | | | $ 29.41 |
| 0017102542 | 17102542 | DOCUMENTATION | | | $ 67,043.56 |
| 0017122821 | 17122821 | DOCUMENTATION | | | $ 113,564.10 |
| 0017286923 | 17286923 | DOCUMENTATION | | | $ 59,741.61 |
| 0017295478 | 17295478 | DOCUMENTATION | | | $ 62,440.62 |
| 0017411935 | 17411935 | DOCUMENTATION | | | $ 158,453.30 |
| 0017511122 | 17511122 | DOCUMENTATION | | | $ 66,153.25 |
| 0017515644 | 17515644 | DOCUMENTATION | | | $ 27,444.68 |
| 0017524018 | 17524018 | DOCUMENTATION | | | $ 22,494.01 |
| 0017572918 | 17572918 | DOCUMENTATION | | | $ 11,474.50 |
| 0017669060 | 17669060 | DOCUMENTATION | | | $ 50,494.31 |
| 0017764184 | 17764184 | MISREP - DEBTS | | | $ 52,221.54 |
| 0017830886 | 17830886 | DOCUMENTATION | | | $ 130,702.00 |
| 0017871906 | 17871906 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 112,795.70 |
| 0017876483 | 17876483 | DOCUMENTATION | | | $ 18,251.90 |
| 0017942731 | 17942731 | DOCUMENTATION | | | $ 52,736.80 |
| 0017985276 | 17985276 | DOCUMENTATION | | | $ 11,362.83 |
| 0018122952 | 18122952 | DOCUMENTATION | | | $ 133,146.10 |
| 0018125633 | 18125633 | DOCUMENTATION | | | $ 42,698.86 |
| 0018160309 | 18160309 | DOCUMENTATION | | | $ 91,722.83 |
| 0018160358 | 18160358 | DOCUMENTATION | | | $ 176,126.70 |
| 0018173252 | 18173252 | MISREP - INCOME/EMPLOY | | | $ 113,060.20 |
| 0018176867 | 18176867 | UW - OTHER | | | $ 85,087.16 |
| 0018203851 | 18203851 | DOCUMENTATION | | | $ 34,394.22 |
| 0018218750 | 18218750 | DOCUMENTATION | | | $ 182,550.00 |
| 0018235119 | 18235119 | DOCUMENTATION | | | $ 221,719.50 |
| 0018277129 | 18277129 | DOCUMENTATION | | | $ 66,122.49 |

EXHIBIT B

Colonial Savings, F.A.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0018277723 | 18277723 | DOCUMENTATION | | | $ | 635,045.10 |
| 0018285825 | 18285825 | DOCUMENTATION | | | $ | 11,781.23 |
| 0018285932 | 18285932 | DOCUMENTATION | | | $ | 6,464.54 |
| 0018297465 | 18297465 | DOCUMENTATION | | | $ | 159,896.90 |
| 0018323246 | 18323246 | DOCUMENTATION | | | $ | 43,129.83 |
| 0018323527 | 18323527 | DOCUMENTATION | | | $ | 102,145.00 |
| 0018364299 | 18364299 | DOCUMENTATION | | | $ | 44,320.16 |
| 0018366997 | 18366997 | DOCUMENTATION | | | $ | 51,371.03 |
| 0018410241 | 18410241 | DOCUMENTATION | | | $ | 58,293.29 |
| 0018443168 | 18443168 | DOCUMENTATION | | | $ | 17,639.30 |
| 0018447862 | 18447862 | UW - OTHER | | | $ | 68,568.47 |
| 0018447961 | 18447961 | MISREP - INCOME/EMPLOY | | | $ | 29,177.73 |
| 0018448043 | 18448043 | MISREP - INCOME/EMPLOY | | | $ | 72,714.31 |
| 0018454017 | 18454017 | DOCUMENTATION | | | $ | 22,514.07 |
| 0018458869 | 18458869 | DOCUMENTATION | | | $ | 82,903.73 |
| 0018470484 | 18470484 | DOCUMENTATION | | | $ | 103,717.90 |
| 0018489203 | 18489203 | DOCUMENTATION | | | $ | 387,569.60 |
| 0018540112 | 18540112 | DOCUMENTATION | | | $ | 55,566.41 |
| 0018545962 | 18545962 | DOCUMENTATION | | | $ | 32,803.93 |
| 0018555326 | 18555326 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 36,183.57 |
| 0018567719 | 18567719 | DOCUMENTATION | | | $ | 41,377.12 |
| 0018578310 | 18578310 | DOCUMENTATION | | | $ | 174,320.90 |
| 0018582635 | 18582635 | DOCUMENTATION | | | $ | 50,102.09 |
| 0018594853 | 18594853 | UW - OTHER | | | $ | 35,446.43 |
| 0018598896 | 18598896 | DOCUMENTATION | | | $ | 72,990.85 |
| 0018600023 | 18600023 | DOCUMENTATION | | | $ | 25,559.28 |
| 0018641225 | 18641225 | DOCUMENTATION | | | $ | 40,195.55 |
| 0018807222 | 18807222 | DOCUMENTATION | | | $ | 302,303.20 |

**EXHIBIT B**

**EXHIBIT B**
Colonial Savings, F.A.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0018851931 | 18851931 | DOCUMENTATION | | | $ | 90,517.25 |
| 0018861765 | 18861765 | DOCUMENTATION | | | $ | 36,965.15 |
| 0030007504 | 30007504 | DOCUMENTATION | | | $ | 72,638.73 |
| 0030052898 | 30052898 | DOCUMENTATION | | | $ | 60,414.26 |
| 0030063507 | 30063507 | DOCUMENTATION | | | $ | 54,937.74 |
| 0030065940 | 30065940 | DOCUMENTATION | | | $ | 40,905.40 |
| 0030144810 | 30144810 | DOCUMENTATION | | | $ | 15,136.13 |
| 0030203673 | 30203673 | DOCUMENTATION | | | $ | 4,180.23 |
| 0030224265 | 30224265 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 43,914.76 |
| 0030257893 | 30257893 | DOCUMENTATION | | | $ | 98,015.18 |
| 0030268601 | 30268601 | DOCUMENTATION | | | $ | 121,226.40 |
| 0030308050 | 30308050 | DOCUMENTATION | | | $ | 92,981.50 |
| 0030364160 | 30364160 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 72,465.19 |
| 0030364194 | 30364194 | DOCUMENTATION | | | $ | 79,434.89 |
| 0030381602 | 30381602 | DOCUMENTATION | | | $ | 38,525.68 |
| 0030384325 | 30384325 | DOCUMENTATION | | | $ | 14,178.43 |
| 0030401566 | 30401566 | DOCUMENTATION | | | $ | 143,892.50 |
| 0030415830 | 30415830 | DOCUMENTATION | | | $ | 1,324.30 |
| 0030457618 | 30457618 | DOCUMENTATION | | | $ | 56,507.63 |
| 0030461404 | 30461404 | DOCUMENTATION | | | $ | 66,567.79 |
| 0030462154 | 30462154 | DOCUMENTATION | | | $ | 104,489.30 |
| 0030462253 | 30462253 | DOCUMENTATION | | | $ | 16,402.58 |
| 0030466163 | 30466163 | DOCUMENTATION | | | $ | 72,301.44 |
| 0030470181 | 30470181 | DOCUMENTATION | | | $ | 582.67 |
| 0030470470 | 30470470 | DOCUMENTATION | | | $ | 154,517.90 |
| 0030485254 | 30485254 | DOCUMENTATION | | | $ | 59,891.37 |
| 0030535983 | 30535983 | DOCUMENTATION | | | $ | 99,214.75 |
| 0030580377 | 30580377 | DOCUMENTATION | | | $ | 39,204.53 |

**EXHIBIT B**

**EXHIBIT B**

Colonial Savings, F.A.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0030659254 | 30659254 | DOCUMENTATION | | | $ | 10,005.20 |
| 0030682132 | 30682132 | DOCUMENTATION | | | $ | 103,534.80 |
| 0030682413 | 30682413 | DOCUMENTATION | | | $ | 39,782.83 |
| 0030682744 | 30682744 | DOCUMENTATION | | | $ | 134,217.40 |
| 0030703896 | 30703896 | DOCUMENTATION | | | $ | 88,415.59 |
| 0030703946 | 30703946 | MISREP - OCCUPANCY | | | $ | 14,368.00 |
| 0030721161 | 30721161 | DOCUMENTATION | | | $ | 136,015.60 |
| 0030767503 | 30767503 | DOCUMENTATION | | | $ | 14,529.09 |
| 0030803035 | 30803035 | DOCUMENTATION | | | $ | 58,796.71 |
| 0030837298 | 30837298 | DOCUMENTATION | | | $ | 16,973.16 |
| 0030845887 | 30845887 | DOCUMENTATION | | | $ | 142,315.30 |
| 0030890040 | 30890040 | DOCUMENTATION | | | $ | 15,893.49 |
| 0030890131 | 30890131 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 24,930.28 |
| 0030893804 | 30893804 | DOCUMENTATION | | | $ | 77,609.21 |
| 0030923940 | 30923940 | DOCUMENTATION | | | $ | 33,867.37 |
| 0030933600 | 30933600 | DOCUMENTATION | | | $ | 148,977.50 |
| 0030934681 | 30934681 | DOCUMENTATION | | | $ | 132,601.80 |
| 0030941819 | 30941819 | DOCUMENTATION | | | $ | 92,673.21 |
| 0030951784 | 30951784 | DOCUMENTATION | | | $ | 86,928.32 |
| 0030961015 | 30961015 | DOCUMENTATION | | | $ | 162,950.60 |
| 0030974794 | 30974794 | DOCUMENTATION | | | $ | 3,273.88 |
| 0031025315 | 31025315 | DOCUMENTATION | | | $ | 110,339.20 |
| 0031077779 | 31077779 | DOCUMENTATION | | | $ | 45,327.73 |
| 0031106727 | 31106727 | DOCUMENTATION | | | $ | 90,977.74 |
| 0031108624 | 31108624 | DOCUMENTATION | | | $ | 439.13 |
| 0031120553 | 31120553 | DOCUMENTATION | | | $ | 67,087.34 |
| 0031124753 | 31124753 | DOCUMENTATION | | | $ | 816.91 |
| 0031171309 | 31171309 | DOCUMENTATION | | | $ | 161,899.20 |

**EXHIBIT B**

**EXHIBIT B**

Colonial Savings, F.A.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031171317 | 31171317 | DOCUMENTATION | | | $ | 85,823.52 |
| 0031171325 | 31171325 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 175,319.40 |
| 0031171333 | 31171333 | DOCUMENTATION | | | $ | 128,045.50 |
| 0031229487 | 31229487 | DOCUMENTATION | | | $ | 59,485.05 |
| 0031261019 | 31261019 | DOCUMENTATION | | | $ | 78,915.54 |
| 0031286743 | 31286743 | DOCUMENTATION | | | $ | 6,130.68 |
| 0031305592 | 31305592 | DOCUMENTATION | | | $ | 79,007.64 |
| 0031321821 | 31321821 | DOCUMENTATION | | | $ | 171,461.60 |
| 0031321912 | 31321912 | DOCUMENTATION | | | $ | 127,908.20 |
| 0031383169 | 31383169 | DOCUMENTATION | | | $ | 330,529.90 |
| 0031383318 | 31383318 | MISREP - OCCUPANCY | | | $ | 66,752.49 |
| 0031394836 | 31394836 | DOCUMENTATION | | | $ | 360,325.90 |
| 0031417173 | 31417173 | DOCUMENTATION | | | $ | 30,496.00 |
| 0031417330 | 31417330 | DOCUMENTATION | | | $ | 72,267.46 |
| 0031417645 | 31417645 | DOCUMENTATION | | | $ | 4,820.31 |
| 0031455744 | 31455744 | DOCUMENTATION | | | $ | 31,716.70 |
| 0031508666 | 31508666 | DOCUMENTATION | | | $ | 20,175.75 |
| 0031532435 | 31532435 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 39,798.28 |
| 0031596570 | 31596570 | DOCUMENTATION | | | $ | 76,684.37 |
| 0031596885 | 31596885 | DOCUMENTATION | | | $ | 28,819.33 |
| 0031615792 | 31615792 | DOCUMENTATION | | | $ | 21,043.19 |
| 0031733025 | 31733025 | DOCUMENTATION | | | $ | 96,702.93 |
| 0031733140 | 31733140 | DOCUMENTATION | | | $ | 42,531.89 |
| 0031782303 | 31782303 | DOCUMENTATION | | | $ | 93,304.21 |
| 0031817059 | 31817059 | DOCUMENTATION | | | $ | 104,146.10 |
| 0031819162 | 31819162 | DOCUMENTATION | | | $ | 126,453.40 |
| 0031889173 | 31889173 | DOCUMENTATION | | | $ | 137,314.60 |
| 0031916737 | 31916737 | UW - OTHER | | | $ | 35,379.53 |

**EXHIBIT B**

**EXHIBIT B**

Colonial Savings, F.A.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031994122 | 31994122 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | - |
| 0032007841 | 32007841 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 196,875.80 |
| 0032007916 | 32007916 | DOCUMENTATION | | | $ | 53,093.62 |
| 0032020554 | 32020554 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 54,291.07 |
| 0032025413 | 32025413 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 253,797.10 |
| 0032029423 | 32029423 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 10,742.48 |
| 0032033094 | 32033094 | DOCUMENTATION | | | $ | 105,663.80 |
| 0032067209 | 32067209 | MISREP - DEBTS | | | $ | 20,406.58 |
| 0032068660 | 32068660 | DOCUMENTATION | | | $ | 117,505.70 |
| 0032068694 | 32068694 | DOCUMENTATION | | | $ | 44,704.12 |
| 0032092223 | 32092223 | DOCUMENTATION | | | $ | 36,850.86 |
| 0032127714 | 32127714 | DOCUMENTATION | | | $ | 126,154.30 |
| 0032130221 | 32130221 | DOCUMENTATION | | | $ | 23,905.67 |
| 0032134918 | 32134918 | DOCUMENTATION | | | $ | 257,447.50 |
| 0032134934 | 32134934 | DOCUMENTATION | | | $ | 75,580.57 |
| 0032140170 | 32140170 | DOCUMENTATION | | | $ | 73,892.19 |
| 0032140287 | 32140287 | DOCUMENTATION | | | $ | 61,509.37 |
| 0032160202 | 32160202 | DOCUMENTATION | | | $ | 83,171.93 |
| 0032171696 | 32171696 | DOCUMENTATION | | | $ | 41,785.04 |
| 0032204083 | 32204083 | DOCUMENTATION | | | $ | 223,711.70 |
| 0032234775 | 32234775 | DOCUMENTATION | | | $ | 68,029.33 |
| 0032319808 | 32319808 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 78,074.62 |
| 0032336547 | 32336547 | DOCUMENTATION | | | $ | 132,622.10 |
| 0032370637 | 32370637 | DOCUMENTATION | | | $ | 16,313.11 |
| 0032397770 | 32397770 | DOCUMENTATION | | | $ | 190,799.20 |
| 0032422834 | 32422834 | DOCUMENTATION | | | $ | 92,940.70 |
| 0032436610 | 32436610 | DOCUMENTATION | | | $ | 55,382.54 |
| 0032439135 | 32439135 | DOCUMENTATION | | | $ | 50,448.58 |

**EXHIBIT B**

**EXHIBIT B**
Colonial Savings, F.A.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032449225 | 32449225 | DOCUMENTATION | | | $ | 78,859.94 |
| 0032469876 | 32469876 | DOCUMENTATION | | | $ | 90,776.08 |
| 0032489130 | 32489130 | DOCUMENTATION | | | $ | 37,755.49 |
| 0032494478 | 32494478 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 187,594.60 |
| 0032570657 | 32570657 | DOCUMENTATION | | | $ | 71,780.25 |
| 0032590507 | 32590507 | DOCUMENTATION | | | $ | 203,499.20 |
| 0032599250 | 32599250 | DOCUMENTATION | | | $ | 25,362.82 |
| 0032629669 | 32629669 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 178,053.10 |
| 0032655292 | 32655292 | DOCUMENTATION | | | $ | - |
| 0032655342 | 32655342 | DOCUMENTATION | | | $ | 33,718.68 |
| 0032660573 | 32660573 | DOCUMENTATION | | | $ | 249,071.20 |
| 0032676256 | 32676256 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 32,231.36 |
| 0032747594 | 32747594 | DOCUMENTATION | | | $ | 64,480.56 |
| 0032747990 | 32747990 | DOCUMENTATION | | | $ | 151,538.70 |
| 0032783094 | 32783094 | DOCUMENTATION | | | $ | 33,323.41 |
| 0032813651 | 32813651 | MISREP - DEBTS | | | $ | 64,720.01 |
| 0032813677 | 32813677 | MISREP - DEBTS | | | $ | 154,782.30 |
| 0032837650 | 32837650 | DOCUMENTATION | | | $ | 176,039.40 |
| 0032838781 | 32838781 | DOCUMENTATION | | | $ | 178,253.60 |
| 0032876757 | 32876757 | DOCUMENTATION | | | $ | 60,515.67 |
| 0032876773 | 32876773 | UW - OTHER | | | $ | 20,492.19 |
| 0032894297 | 32894297 | DOCUMENTATION | | | $ | 25,661.26 |
| 0032911646 | 32911646 | DOCUMENTATION | | | $ | 208,352.20 |
| 0032919144 | 32919144 | DOCUMENTATION | | | $ | 17,086.95 |
| 0032932717 | 32932717 | DOCUMENTATION | | | $ | 100,372.50 |
| 0033048372 | 33048372 | DOCUMENTATION | | | $ | 166,339.50 |
| 0033049313 | 33049313 | DOCUMENTATION | | | $ | 30,455.18 |
| 0033066887 | 33066887 | DOCUMENTATION | | | $ | 55,142.79 |

**EXHIBIT B**

**EXHIBIT B**
Colonial Savings, F.A.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033118191 | 33118191 | DOCUMENTATION | | | $ | 65,648.68 |
| 0033123472 | 33123472 | DOCUMENTATION | | | $ | 115,380.50 |
| 0033165408 | 33165408 | DOCUMENTATION | | | $ | 62,243.99 |
| 0033171844 | 33171844 | DOCUMENTATION | | | $ | 284,227.90 |
| 0033180324 | 33180324 | DOCUMENTATION | | | $ | 80,667.27 |
| 0033250622 | 33250622 | DOCUMENTATION | | | $ | 83,101.37 |
| 0033258104 | 33258104 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 158,712.60 |
| 0033262346 | 33262346 | DOCUMENTATION | | | $ | 113,855.50 |
| 0033262379 | 33262379 | MISREP - DEBTS | | | $ | 72,991.90 |
| 0033269986 | 33269986 | DOCUMENTATION | | | $ | 49,764.27 |
| 0033289281 | 33289281 | DOCUMENTATION | | | $ | 29,385.98 |
| 0033309907 | 33309907 | DOCUMENTATION | | | $ | 34,149.52 |
| 0033328287 | 33328287 | DOCUMENTATION | | | $ | 147,526.80 |
| 0033328352 | 33328352 | MISREP - DEBTS | | | $ | 71,781.29 |
| 0033354945 | 33354945 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 130,307.90 |
| 0033412438 | 33412438 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - DEBTS | $ | 81,205.62 |
| 0033430885 | 33430885 | DOCUMENTATION | | | $ | 183,198.60 |
| 0033447814 | 33447814 | DOCUMENTATION | | | $ | 236,896.10 |
| 0033508615 | 33508615 | DOCUMENTATION | | | $ | 28,210.22 |
| 0033508664 | 33508664 | MISREP - INCOME/EMPLOY | | | $ | 47,759.06 |
| 0033550278 | 33550278 | DOCUMENTATION | | | $ | 52,658.40 |
| 0033555939 | 33555939 | DOCUMENTATION | | | $ | 211,303.50 |
| 0033588849 | 33588849 | DOCUMENTATION | | | $ | 125,585.90 |
| 0033594953 | 33594953 | DOCUMENTATION | | | $ | 343,411.60 |
| 0033614314 | 33614314 | DOCUMENTATION | | | $ | 231,056.20 |
| 0033660879 | 33660879 | UW - OTHER | UW - OTHER | | $ | 33,409.80 |
| 0033692922 | 33692922 | DOCUMENTATION | | | $ | 71,055.93 |
| 0033742511 | 33742511 | DOCUMENTATION | | | $ | 104,776.00 |

**EXHIBIT B**

**EXHIBIT B**

Colonial Savings, F.A.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033771247 | 33771247 | DOCUMENTATION | | | $ | 229,288.20 |
| 0033797911 | 33797911 | DOCUMENTATION | | | $ | 403,917.20 |
| 0040024861 | 40024861 | DOCUMENTATION | | | $ | 100,498.10 |
| 0040049678 | 40049678 | DOCUMENTATION | | | $ | 86,153.20 |
| 0040050155 | 40050155 | DOCUMENTATION | | | $ | 134,936.70 |
| 0040099830 | 40099830 | DOCUMENTATION | | | $ | 22,848.10 |
| 0040116550 | 40116550 | DOCUMENTATION | | | $ | 84,584.00 |
| 0040158347 | 40158347 | DOCUMENTATION | | | $ | 45,954.45 |
| 0040198103 | 40198103 | DOCUMENTATION | | | $ | 50,607.19 |
| 0040202046 | 40202046 | DOCUMENTATION | | | $ | 98,954.24 |
| 0040211617 | 40211617 | DOCUMENTATION | | | $ | 85,813.13 |
| 0040224545 | 40224545 | DOCUMENTATION | | | $ | 56,139.90 |
| 0040263493 | 40263493 | DOCUMENTATION | | | $ | 82,921.48 |
| 0040281768 | 40281768 | DOCUMENTATION | | | $ | 481,132.50 |
| 0040289456 | 40289456 | DOCUMENTATION | | | $ | 16,078.28 |
| 0040338170 | 40338170 | DOCUMENTATION | | | $ | 586,349.10 |
| 0040377293 | 40377293 | DOCUMENTATION | | | $ | 160,500.70 |
| 0040394595 | 40394595 | DOCUMENTATION | | | $ | 99,219.00 |
| 0040476079 | 40476079 | DOCUMENTATION | | | $ | 44,876.92 |
| 0040489817 | 40489817 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 62,571.94 |
| 0040490096 | 40490096 | MISREP - DEBTS | DOCUMENTATION | | $ | 168,627.80 |
| 0040515199 | 40515199 | DOCUMENTATION | | | $ | 157,674.10 |
| 0040574733 | 40574733 | DOCUMENTATION | | | $ | 116,394.10 |
| 0040623340 | 40623340 | UW - OTHER | MISREP - DEBTS | | $ | 290,233.20 |
| 0040629198 | 40629198 | DOCUMENTATION | | | $ | 146,788.80 |
| 0040834152 | 40834152 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 3,086.58 |

**TOTAL**    **$ 23,634,753.27**

**EXHIBIT B**