# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Colorado Federal Savings Bank

Loan Purchase Agreement, dated September 14, 1999

Loan Purchase Agreement (Bulk), dated March 18, 2002

Purchase Price and Term Letter, dated August 9, 2002

Purchase Price and Term Letter, dated September 3, 2003

Purchase Price and Term Letter, dated April 27, 2004

Loan Purchase Agreement, dated August 17, 2004

Broker Agreement, dated March 31, 2006