# EXHIBIT B

# EXHIBIT B
## Colorado Federal Savings Bank

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0014078570 | 14078570 | DOCUMENTATION | | | $ 106,286.30 |
| 0015266091 | 15266091 | UW - OTHER | | | $ 10,812.50 |
| 0015923261 | 38658 | UW - OTHER | | | $ 23,184.81 |
| 0017698044 | 44304 | DOCUMENTATION | | | $ 34,867.85 |
| 0017786443 | 17786443 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ 39,690.57 |
| 0018261834 | 18261834 | MISREP - DEBTS | | | $ 63,045.16 |
| 0018679803 | 18679803 | DOCUMENTATION | | | $ 355.40 |
| 0018788042 | 18788042 | MISREP - DEBTS | | | $ 7,341.93 |
| 0018824276 | 18824276 | MISREP - INCOME/EMPLOY | | | $ 49,462.84 |
| 0018832881 | 18832881 | MISREP - INCOME/EMPLOY | | | $ 31,898.21 |
| 0030173942 | 30173942 | MISREP - INCOME/EMPLOY | | | $ 21,578.41 |
| 0030546915 | 30546915 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 1,007,273.00 |
| 0030554166 | 30554166 | DOCUMENTATION | | | $ 68,949.10 |
| 0030638332 | 30638332 | MISREP - DEBTS | | | $ 97,253.23 |
| 0030854681 | 30854681 | MISREP - INCOME/EMPLOY | | | $ 31,726.48 |
| 0030880801 | 30880801 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 126,191.60 |
| 0031149560 | 31149560 | MISREP - DEBTS | UW - OTHER | | $ 163,351.70 |
| 0031149644 | 31149644 | DOCUMENTATION | | | $ 44,855.02 |
| 0031195746 | 31195746 | DOCUMENTATION | | | $ 40,460.72 |
| 0031486756 | 31486756 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | DOCUMENTATION | $ 82,909.11 |
| 0031801095 | 31801095 | MISREP - DEBTS | | | $ 345,674.70 |
| 0032291171 | 32291171 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ 611,558.00 |
| 0032756199 | 32756199 | DOCUMENTATION | | | $ 124,093.50 |
| 0039515010 | 39515010 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 220,368.00 |
| 0040238347 | 40238347 | MISREP - INCOME/EMPLOY | | | $ 94,138.59 |
| 0040268310 | 40268310 | OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ 173,581.70 |
| 0040327751 | 40327751 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 144,672.80 |
| 0040350167 | 40350167 | UW - OTHER | | | $ 100,559.50 |

**EXHIBIT B**

**EXHIBIT B**

Colorado Federal Savings Bank

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040423337 | 40423337 | UW - OTHER | UW - OTHER | MISREP - INCOME/EMPLOY | $ | 363,918.10 |
| 0040438954 | 40438954 | MISREP - INCOME/EMPLOY | | | $ | 179,863.00 |
| 0040471559 | 40471559 | MISREP - DEBTS | | | $ | 292,116.00 |
| 0040472839 | 40472839 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 265,898.90 |
| 0040605701 | 40605701 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 107,990.30 |
| 0040636649 | 40636649 | MISREP - INCOME/EMPLOY | | | $ | 199,469.40 |
| 0040652174 | 40652174 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 283,162.10 |
| 0040685364 | 40685364 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 16,081.78 |
| 0045008778 | 45008778 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ | 565,726.90 |
| 0045433133 | 45433133 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ | 450,305.90 |
| 0045867918 | 45867918 | MISREP - INCOME/EMPLOY | | | $ | 399,503.10 |

**TOTAL**       **$ 6,990,176.21**

**EXHIBIT B**