# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
# First Credit Union

Loan Purchase Agreement, dated November 13, 2003