# EXHIBIT B

**EXHIBIT B**

First Credit Union

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0032619413 | 32619413 | MISREP - INCOME/EMPLOY | | | $ 46,961.74 |
| 0032645608 | 32645608 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 263,149.10 |
| 0032760035 | 32760035 | DOCUMENTATION | DOCUMENTATION | | $ 44,002.76 |
| 0032872772 | 32872772 | MISREP - DEBTS | | | $ 363,218.60 |
| 0032916959 | 32916959 | MISREP - INCOME/EMPLOY | | | $ 378,194.20 |
| 0032917007 | 32917007 | DOCUMENTATION | MISREP - DEBTS | | $ 188,099.40 |
| 0032942336 | 32942336 | MISREP - DEBTS | | | $ 103,613.00 |
| 0032969743 | 32969743 | MISREP - INCOME/EMPLOY | | | $ 155,706.00 |
| 0032971129 | 32971129 | MISREP - INCOME/EMPLOY | | | $ 125,518.50 |
| 0033119702 | 33119702 | UW - OTHER | | | $ 37,865.23 |
| 0033180308 | 33180308 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 104,278.70 |
| 0033180431 | 33180431 | MISREP - INCOME/EMPLOY | | | $ 50,119.52 |
| 0033232620 | 33232620 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 209,180.90 |
| 0033556168 | 33556168 | MISREP - DEBTS | | | $ 462,468.60 |
| 0033644519 | 33644519 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 86,346.81 |
| 0033717109 | 33717109 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 125,359.60 |
| 0033780107 | 33780107 | MISREP - INCOME/EMPLOY | | | $ 547,241.30 |
| 0040036196 | 40036196 | MISREP - INCOME/EMPLOY | | | $ 223,221.70 |
| 0040057481 | 40057481 | MISREP - DEBTS | | | $ 209,770.90 |
| 0040194888 | 40194888 | MISREP - INCOME/EMPLOY | | | $ 91,685.80 |
| 0040535692 | 40535692 | MISREP - INCOME/EMPLOY | | | $ 132,260.40 |
| 0040794752 | 40794752 | MISREP - INCOME/EMPLOY | | | $ 283,341.40 |
| 0040833188 | 40833188 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 626,148.10 |
| 0040900987 | 40900987 | UW - OTHER | | | $ 430,979.40 |

**TOTAL** $ 5,288,731.66

**EXHIBIT B**