# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**First Guaranty Mortgage Corp.**

Loan Purchase Agreement, dated June 10, 2004

Broker Agreement, dated September 30, 2004