# EXHIBIT B

**EXHIBIT B**

First Guaranty Mortgage Corp.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0033223587 | 33223587 | MISREP - DEBTS | | | $ 109,293.90 |
| 0033223702 | 33223702 | MISREP - DEBTS | | | $ 37,416.94 |
| 0033652488 | 33652488 | MISREP - DEBTS | | | $ 49,179.81 |
| 0033681255 | 33681255 | MISREP - DEBTS | | | $ 135,481.00 |
| 0033689100 | 33689100 | MISREP - DEBTS | | | $ 75,584.93 |
| 0033689175 | 33689175 | MISREP - INCOME/EMPLOY | UW - OTHER | UW - OTHER | $ 62,463.81 |
| 0033730110 | 33730110 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 43,953.49 |
| 0033747833 | 33747833 | MISREP - DEBTS | | | $ 269,890.30 |
| 0033762311 | 33762311 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ 221,721.10 |
| 0035059526 | 35059526 | DOCUMENTATION | | | $ 75,563.01 |
| 0035345321 | 35345321 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 161,790.10 |
| 0036296309 | 36296309 | DOCUMENTATION | | | $ 115,710.30 |
| 0037973203 | 37973203 | MISREP - INCOME/EMPLOY | | | $ 146,689.20 |
| 0037973906 | 37973906 | DOCUMENTATION | | | $ 139,952.60 |
| 0038542460 | 38542460 | MISREP - OCCUPANCY | MISREP - DEBTS | | $ 49,266.02 |
| 0039080437 | 39080437 | MISREP - DEBTS | | | $ 433,367.10 |
| 0039924063 | 39924063 | UW - OTHER | UW - OTHER | MISREP - INCOME/EMPLOY | $ 260,812.20 |
| 0040061772 | 40061772 | MISREP - OCCUPANCY | | | $ 91,412.19 |
| 0040069619 | 40069619 | MISREP - DEBTS | | | $ 43,763.08 |
| 0040081085 | 40081085 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ 410,373.20 |
| 0040106478 | 40106478 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 45,263.99 |
| 0040238883 | 40238883 | MISREP - DEBTS | | | $ 94,060.47 |
| 0040281453 | 40281453 | MISREP - INCOME/EMPLOY | | | $ 259,925.50 |
| 0040319691 | 40319691 | MISREP - INCOME/EMPLOY | | | $ 195,871.60 |
| 0040343956 | 40343956 | MISREP - INCOME/EMPLOY | | | $ 183,087.60 |
| 0040344871 | 40344871 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ 117,247.50 |
| 0040361321 | 40361321 | MISREP - OCCUPANCY | | | $ 296,161.50 |

**EXHIBIT B**

**EXHIBIT B**

First Guaranty Mortgage Corp.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040368276 | 40368276 | UW - OTHER | | | $ | 109,978.70 |
| 0040424137 | 40424137 | DOCUMENTATION | | | $ | 492,178.80 |
| 0040426934 | 40426934 | MISREP - INCOME/EMPLOY | | | $ | 135,008.20 |
| 0040427593 | 40427593 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 95,871.90 |
| 0040453466 | 40453466 | UW - OTHER | | | $ | 54,166.50 |
| 0040568206 | 40568206 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ | 284,663.60 |
| 0040652638 | 40652638 | MISREP - INCOME/EMPLOY | | | $ | 95,890.57 |
| 0040777708 | 40777708 | MISREP - INCOME/EMPLOY | | | $ | 597,328.00 |
| 0040781569 | 40781569 | MISREP - INCOME/EMPLOY | | | $ | 154,806.70 |
| 0040819831 | 40819831 | MISREP - DEBTS | | | $ | 159,016.00 |
| 0045439049 | 45439049 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 131,862.10 |
| 0045872314 | 45872314 | UW - OTHER | MISREP - INCOME/EMPLOY | DOCUMENTATION | $ | 184,306.10 |
| 0124478702 | 124478702 | UW - OTHER | DOCUMENTATION | DOCUMENTATION | $ | 50,340.79 |
| 0124478819 | 124478819 | DOCUMENTATION | MISREP - INCOME/EMPLOY | DOCUMENTATION | $ | 478,582.00 |
| 0124478876 | 124478876 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 141,792.80 |
| 0124478884 | 124478884 | DOCUMENTATION | DOCUMENTATION | UW - OTHER | $ | 361,998.10 |
| 0124478892 | 124478892 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 319,184.30 |
| 0124754102 | 124754102 | MISREP - INCOME/EMPLOY | | | $ | 324,276.00 |
| 0124754144 | 124754144 | DOCUMENTATION | | | $ | 221,842.70 |

**TOTAL**   $ 8,518,396.30

**EXHIBIT B**