# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
**Cornerstone Mortgage Corporation d/b/a Cornerstone Mortgage Company**

Loan Purchase Agreement, dated October 17, 2001

Loan Purchase Agreement, dated December 31, 2004