# EXHIBIT B

**EXHIBIT B**
Cornerstone Mortgage Corporation d/b/a Cornerstone Mortgage Company

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0017193863 | 17193863 | DOCUMENTATION | | | $ 3,689.59 |
| 0017215120 | 17215120 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 2,322.83 |
| 0017693300 | 17693300 | DOCUMENTATION | | | $ 36,869.27 |
| 0017974593 | 17974593 | MISREP - DEBTS | | | $ 76,835.60 |
| 0018184226 | 18184226 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ 42,400.88 |
| 0018268276 | 18268276 | MISREP - DEBTS | | | $ 51,214.33 |
| 0018324863 | 18324863 | MISREP - DEBTS | | | $ 63,525.49 |
| 0018396010 | 18396010 | MISREP - DEBTS | | | $ 142,622.70 |
| 0018411827 | 18411827 | MISREP - DEBTS | | | $ 146,365.80 |
| 0018831669 | 18831669 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 45,053.62 |
| 0018869727 | 18869727 | MISREP - DEBTS | | | $ 11,053.34 |
| 0018998096 | 18998096 | MISREP - DEBTS | | | $ 143,931.80 |
| 0018998773 | 18998773 | MISREP - DEBTS | | | $ 29,088.29 |
| 0030015614 | 30015614 | MISREP - DEBTS | | | $ 99,249.72 |
| 0030366140 | 30366140 | MISREP - DEBTS | | | $ 184,830.20 |
| 0030408553 | 30408553 | DOCUMENTATION | | | $ 32,288.13 |
| 0030443857 | 30443857 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 4,778.98 |
| 0030536585 | 30536585 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 45,675.54 |
| 0030537914 | 30537914 | MISREP - DEBTS | | | $ 67,150.21 |
| 0030612923 | 30612923 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 133,963.90 |
| 0030775498 | 30775498 | MISREP - INCOME/EMPLOY | | | $ 55,467.53 |
| 0030785539 | 30785539 | DOCUMENTATION | MISREP - DEBTS | | $ 63,127.49 |
| 0030808901 | 30808901 | DOCUMENTATION | | | $ 30,257.33 |
| 0031051162 | 31051162 | MISREP - DEBTS | | | $ 48,349.85 |
| 0031145808 | 31145808 | MISREP - DEBTS | | | $ 48,405.65 |
| 0031171390 | 31171390 | DOCUMENTATION | | | $ 24,821.36 |
| 0031260631 | 31260631 | MISREP - INCOME/EMPLOY | | | $ 79,771.26 |

**EXHIBIT B**

**EXHIBIT B**
Cornerstone Mortgage Corporation d/b/a Cornerstone Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031289309 | 31289309 | MISREP - DEBTS | | | $ | 1,865.45 |
| 0031289499 | 31289499 | MISREP - DEBTS | | | $ | 28,565.16 |
| 0031546096 | 31546096 | MISREP - DEBTS | | | $ | 23,175.08 |
| 0031546104 | 31546104 | MISREP - DEBTS | | | $ | 26,779.32 |
| 0031556509 | 31556509 | MISREP - DEBTS | | | $ | 22,670.24 |
| 0031556574 | 31556574 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 20,683.41 |
| 0031587876 | 31587876 | DOCUMENTATION | | | $ | 52,900.57 |
| 0031615487 | 31615487 | MISREP - DEBTS | | | $ | 54,245.08 |
| 0031704471 | 31704471 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 201,941.50 |
| 0031734585 | 31734585 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 33,965.39 |
| 0031734726 | 31734726 | DOCUMENTATION | | | $ | 31,364.67 |
| 0031797962 | 31797962 | UW - OTHER | | | $ | 43,262.97 |
| 0031832751 | 31832751 | MISREP - DEBTS | | | $ | 30,966.14 |
| 0031855158 | 31855158 | MISREP - DEBTS | | | $ | 85,466.51 |
| 0031855208 | 31855208 | DOCUMENTATION | | | $ | 32,886.89 |
| 0031867534 | 31867534 | MISREP - DEBTS | UW - OTHER | | $ | 58,819.37 |
| 0031867641 | 31867641 | MISREP - DEBTS | | | $ | 23,394.83 |
| 0031890411 | 31890411 | UW - OTHER | MISREP - DEBTS | | $ | 52,562.98 |
| 0031916455 | 31916455 | MISREP - DEBTS | | | $ | 26,955.32 |
| 0031916463 | 31916463 | MISREP - DEBTS | | | $ | 36,662.63 |
| 0031916778 | 31916778 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 27,989.61 |
| 0031926835 | 31926835 | MISREP - DEBTS | | | $ | 22,157.75 |
| 0031927015 | 31927015 | DOCUMENTATION | | | $ | 18,219.20 |
| 0031927080 | 31927080 | MISREP - DEBTS | | | $ | 16,824.53 |
| 0031963713 | 31963713 | DOCUMENTATION | UW - OTHER | | $ | 37,128.45 |
| 0032001521 | 32001521 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 81,744.10 |
| 0032001653 | 32001653 | MISREP - DEBTS | | | $ | 16,386.53 |
| 0032015182 | 32015182 | UW - OTHER | MISREP - DEBTS | | $ | 102,069.30 |

**EXHIBIT B**

**EXHIBIT B**
Cornerstone Mortgage Corporation d/b/a Cornerstone Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032015406 | 32015406 | DOCUMENTATION | DOCUMENTATION | MISREP - DEBTS | $ | 31,813.55 |
| 0032068504 | 32068504 | UW - OTHER | | | $ | 38,130.53 |
| 0032190878 | 32190878 | DOCUMENTATION | | | $ | 29,723.27 |
| 0032220345 | 32220345 | MISREP - DEBTS | UW - OTHER | | $ | 36,387.12 |
| 0032237398 | 32237398 | DOCUMENTATION | | | $ | 27,023.04 |
| 0032266272 | 32266272 | MISREP - DEBTS | | | $ | 53,017.44 |
| 0032282584 | 32282584 | MISREP - DEBTS | | | $ | 25,385.97 |
| 0032307902 | 32307902 | MISREP - DEBTS | | | $ | 35,307.22 |
| 0032312423 | 32312423 | MISREP - DEBTS | | | $ | 25,757.49 |
| 0032375370 | 32375370 | MISREP - DEBTS | | | $ | 26,636.47 |
| 0032375446 | 32375446 | MISREP - DEBTS | | | $ | 13,920.78 |
| 0032411738 | 32411738 | MISREP - INCOME/EMPLOY | | | $ | 29,133.59 |
| 0032458655 | 32458655 | MISREP - DEBTS | | | $ | 32,163.12 |
| 0032481822 | 32481822 | DOCUMENTATION | | | $ | 121,353.30 |
| 0032631236 | 32631236 | MISREP - DEBTS | | | $ | 66,256.62 |
| 0032631848 | 32631848 | MISREP - INCOME/EMPLOY | | | $ | 31,226.59 |
| 0032669657 | 32669657 | MISREP - DEBTS | | | $ | 18,634.42 |
| 0032679045 | 32679045 | DOCUMENTATION | | | $ | 31,415.68 |
| 0032679136 | 32679136 | MISREP - DEBTS | | | $ | 42,386.12 |
| 0032692949 | 32692949 | DOCUMENTATION | MISREP - DEBTS | | $ | 111,560.60 |
| 0032692964 | 32692964 | UW - OTHER | | | $ | 57,039.93 |
| 0032760092 | 32760092 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 33,700.20 |
| 0032807000 | 32807000 | MISREP - DEBTS | | | $ | 58,501.19 |
| 0032819302 | 32819302 | MISREP - OCCUPANCY | | | $ | 51,677.09 |
| 0032832743 | 32832743 | MISREP - DEBTS | | | $ | 37,649.37 |
| 0032838708 | 32838708 | MISREP - DEBTS | | | $ | 38,328.67 |
| 0032864159 | 32864159 | MISREP - DEBTS | | | $ | 114,959.90 |
| 0032864282 | 32864282 | MISREP - DEBTS | | | $ | 43,723.09 |

**EXHIBIT B**

**EXHIBIT B**
Cornerstone Mortgage Corporation d/b/a Cornerstone Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032864456 | 32864456 | MISREP - INCOME/EMPLOY | | | $ | 65,449.99 |
| 0032894800 | 32894800 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 73,137.50 |
| 0032894818 | 32894818 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 40,719.29 |
| 0032919094 | 32919094 | MISREP - INCOME/EMPLOY | | | $ | 151,068.20 |
| 0032930802 | 32930802 | MISREP - INCOME/EMPLOY | | | $ | 40,056.66 |
| 0032965642 | 32965642 | UW - OTHER | | | $ | 38,630.82 |
| 0032984387 | 32984387 | UW - OTHER | MISREP - DEBTS | | $ | 97,712.08 |
| 0033018151 | 33018151 | MISREP - DEBTS | | | $ | 31,064.67 |
| 0033062696 | 33062696 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 39,760.94 |
| 0033082157 | 33082157 | MISREP - DEBTS | | | $ | 26,622.10 |
| 0033096298 | 33096298 | MISREP - INCOME/EMPLOY | DOCUMENTATION | UW - OTHER | $ | 57,691.97 |
| 0033107152 | 33107152 | MISREP - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ | 57,691.46 |
| 0033122292 | 33122292 | MISREP - DEBTS | | | $ | 44,730.80 |
| 0033169897 | 33169897 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 44,692.08 |
| 0033170556 | 33170556 | DOCUMENTATION | | | $ | 38,991.90 |
| 0033176637 | 33176637 | MISREP - DEBTS | | | $ | 69,237.21 |
| 0033190455 | 33190455 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 59,160.37 |
| 0033190992 | 33190992 | UW - OTHER | MISREP - INCOME/EMPLOY | DOCUMENTATION | $ | 128,123.40 |
| 0033199001 | 33199001 | MISREP - INCOME/EMPLOY | | | $ | 26,385.86 |
| 0033214560 | 33214560 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 94,561.55 |
| 0033233164 | 33233164 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 81,277.20 |
| 0033234113 | 33234113 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 143,552.20 |
| 0033248469 | 33248469 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 49,391.83 |
| 0033260787 | 33260787 | MISREP - DEBTS | | | $ | 4,919.08 |
| 0033303934 | 33303934 | MISREP - DEBTS | MISREP - OCCUPANCY | DOCUMENTATION | $ | 26,514.48 |
| 0033316928 | 33316928 | DOCUMENTATION | DOCUMENTATION | | $ | 27,228.39 |
| 0033334343 | 33334343 | DOCUMENTATION | | | $ | 33,279.09 |
| 0033350687 | 33350687 | UW - OTHER | | | $ | 46,537.67 |

**EXHIBIT B**

**EXHIBIT B**

Cornerstone Mortgage Corporation d/b/a Cornerstone Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033350711 | 33350711 | MISREP - DEBTS | | | $ | 48,172.26 |
| 0033385469 | 33385469 | MISREP - INCOME/EMPLOY | | | $ | 339,245.10 |
| 0033411794 | 33411794 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 239,698.70 |
| 0033413659 | 33413659 | MISREP - DEBTS | | | $ | 89,263.87 |
| 0033495920 | 33495920 | UW - OTHER | MISREP - DEBTS | | $ | 116,434.40 |
| 0033496167 | 33496167 | MISREP - INCOME/EMPLOY | | | $ | 52,513.93 |
| 0033496381 | 33496381 | MISREP - INCOME/EMPLOY | | | $ | 16,963.80 |
| 0033501156 | 33501156 | UW - OTHER | DOCUMENTATION | MISREP - OCCUPANCY | $ | 320,060.80 |
| 0033502543 | 33502543 | MISREP - OCCUPANCY | | | $ | 31,365.41 |
| 0033502881 | 33502881 | MISREP - OCCUPANCY | | | $ | 20,701.95 |
| 0033526187 | 33526187 | MISREP - INCOME/EMPLOY | | | $ | 90,226.22 |
| 0033618281 | 33618281 | MISREP - DEBTS | | | $ | 147,147.40 |
| 0033715509 | 33715509 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 29,907.10 |
| 0033772351 | 33772351 | MISREP - DEBTS | | | $ | 1,062.83 |
| 0040082836 | 40082836 | MISREP - DEBTS | | | $ | 41,889.59 |
| 0040132177 | 40132177 | MISREP - OCCUPANCY | | | $ | 16,066.45 |
| 0040237786 | 40237786 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | UW - OTHER | $ | 37,930.75 |
| 0040450751 | 40450751 | UW - OTHER | MISREP - DEBTS | | $ | 231,645.80 |

**TOTAL** $ 7,696,061.18

**EXHIBIT B**