# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**First Independent Mortgage Company**

Loan Purchase Agreement, dated July 29, 2004