# EXHIBIT B

**EXHIBIT B**

First Independent Mortgage Company

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0018456053 | 18456053 | MISREP - DEBTS | | | $ 349,849.20 |
| 0030170286 | 30170286 | MISREP - DEBTS | | | $ 54,845.76 |
| 0030385892 | 30385892 | DOCUMENTATION | DOCUMENTATION | | $ 180,029.20 |
| 0030462519 | 30462519 | MISREP - OCCUPANCY | | | $ 68,674.29 |
| 0030477269 | 30477269 | MISREP - DEBTS | | | $ 5,334.32 |
| 0030710628 | 30710628 | DOCUMENTATION | DOCUMENTATION | | $ 44,892.11 |
| 0030817522 | 30817522 | MISREP - DEBTS | | | $ 42,103.56 |
| 0030817647 | 30817647 | MISREP - DEBTS | | | $ 166,415.40 |
| 0030886287 | 30886287 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 85,566.21 |
| 0031325376 | 31325376 | MISREP - INCOME/EMPLOY | | | $ 26,563.41 |
| 0031370604 | 31370604 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 97,262.95 |
| 0031370752 | 31370752 | DOCUMENTATION | | | $ 29,739.98 |
| 0031620248 | 31620248 | DOCUMENTATION | | | $ 59,312.98 |
| 0031653223 | 31653223 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 355,219.40 |
| 0031670987 | 31670987 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 46,780.87 |
| 0032024242 | 32024242 | MISREP - INCOME/EMPLOY | | | $ 12,965.36 |
| 0032107880 | 32107880 | UW - OTHER | | | $ 150,041.30 |
| 0032146334 | 32146334 | MISREP - INCOME/EMPLOY | | | $ 46,884.81 |
| 0032146367 | 32146367 | MISREP - INCOME/EMPLOY | | | $ 30,221.29 |
| 0032157513 | 32157513 | DOCUMENTATION | DOCUMENTATION | UW - OTHER | $ 60,165.12 |
| 0032158925 | 32158925 | MISREP - INCOME/EMPLOY | | | $ 56,652.35 |
| 0032158933 | 32158933 | MISREP - INCOME/EMPLOY | | | $ 26,472.61 |
| 0032268054 | 32268054 | MISREP - INCOME/EMPLOY | | | $ 63,443.37 |
| 0032405649 | 32405649 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | MISREP - OCCUPANCY | $ 237,422.90 |
| 0032406845 | 32406845 | MISREP - DEBTS | | | $ 112,350.50 |
| 0033157645 | 33157645 | UW - OTHER | | | $ 63,429.81 |
| 0033346578 | 33346578 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ 45,347.36 |
| 0033346768 | 33346768 | MISREP - INCOME/EMPLOY | | | $ 83,750.24 |

**TOTAL**    **$ 2,601,736.66**

EXHIBIT B