# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Genpact Mortgage Services, Inc.**

Loan Purchase Agreement, dated June 17, 2004