# EXHIBIT A

## EXHIBIT A
## AGREEMENTS
### Victoria Capital, Inc.

Loan Purchase Agreement, dated January 19, 2006

Broker Agreement, dated October 6, 2004