# EXHIBIT B

# EXHIBIT B

Victoria Capital, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0019072859 | 19072859 | MISREP - INCOME/EMPLOY | | | $ 8,660.66 |
| 0033098070 | 33098070 | MISREP - DEBTS | | | $ 410,811.10 |
| 0033683616 | 33683616 | MISREP - INCOME/EMPLOY | | | $ 53,011.90 |
| 0033722414 | 33722414 | MISREP - INCOME/EMPLOY | | | $ 111,090.40 |
| 0039646815 | 39646815 | MISREP - INCOME/EMPLOY | | | $ 173,682.20 |
| 0040466641 | 40466641 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 224,764.80 |
| 0040665937 | 40665937 | MISREP - INCOME/EMPLOY | | | $ 225,447.20 |
| 0040833543 | 40833543 | MISREP - INCOME/EMPLOY | | | $ 203,338.80 |

|  |  |  |  | TOTAL | $ 1,410,807.06 |
|---|---|---|---|---|---|

**EXHIBIT B**