# EXHIBIT B

**EXHIBIT B**

Genpact Mortgage Services, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0030799969 | 30799969 | MISREP - DEBTS | | | $ 56,203.32 |
| 0030800130 | 30800130 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 16,438.00 |
| 0031565674 | 31565674 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 24,256.98 |
| 0031565773 | 31565773 | DOCUMENTATION | | | $ 20,113.82 |
| 0032110447 | 32110447 | MISREP - DEBTS | | | $ 25,081.52 |
| 0032110595 | 32110595 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 16,819.03 |
| 0032110694 | 32110694 | MISREP - DEBTS | | | $ 25,267.84 |
| 0032110777 | 32110777 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 28,681.76 |
| 0032285983 | 32285983 | MISREP - INCOME/EMPLOY | | | $ 267,111.90 |
| 0032580888 | 32580888 | MISREP - INCOME/EMPLOY | | | $ 221,684.10 |
| 0032595811 | 32595811 | UW - OTHER | UW - OTHER | | $ 151,775.00 |
| 0032687295 | 32687295 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 233,794.80 |
| 0032687378 | 32687378 | MISREP - INCOME/EMPLOY | | | $ 76,864.05 |
| 0032701575 | 32701575 | MISREP - INCOME/EMPLOY | OTHER | | $ 210,367.70 |
| 0032845067 | 32845067 | DOCUMENTATION | | | $ 258,239.70 |
| 0032917965 | 32917965 | DOCUMENTATION | | | $ 77,387.04 |
| 0032923278 | 32923278 | MISREP - INCOME/EMPLOY | | | $ 125,852.60 |
| 0032955122 | 32955122 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 54,751.11 |
| 0033009846 | 33009846 | MISREP - INCOME/EMPLOY | | | $ 241,981.40 |
| 0033017138 | 33017138 | MISREP - INCOME/EMPLOY | | | $ 106,091.10 |
| 0033041518 | 33041518 | MISREP - INCOME/EMPLOY | | | $ 183,677.20 |
| 0033131418 | 33131418 | MISREP - INCOME/EMPLOY | | | $ 42,974.41 |
| 0033329194 | 33329194 | MISREP - OCCUPANCY | | | $ 218,235.80 |
| 0033366675 | 33366675 | MISREP - INCOME/EMPLOY | | | $ 234,822.40 |
| 0033447509 | 33447509 | MISREP - INCOME/EMPLOY | | | $ 266,442.80 |
| 0033565904 | 33565904 | MISREP - INCOME/EMPLOY | | | $ 212,530.60 |
| 0033573973 | 33573973 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | OTHER | $ 256,443.20 |
| 0033610247 | 33610247 | MISREP - DEBTS | | | $ 135,884.70 |
| 0033614389 | 33614389 | MISREP - INCOME/EMPLOY | | | $ 273,238.80 |

**EXHIBIT B**

Genpact Mortgage Services, Inc.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033630658 | 33630658 | DOCUMENTATION | | | $ | 76,641.27 |
| 0033729880 | 33729880 | UW - OTHER | | | $ | 428,500.20 |
| 0033800368 | 33800368 | DOCUMENTATION | | | $ | 286,099.20 |
| 0040022600 | 40022600 | UW - OTHER | MISREP - DEBTS | | $ | 316,902.00 |
| 0040044323 | 40044323 | MISREP - INCOME/EMPLOY | | | $ | 450,256.80 |
| 0040205353 | 40205353 | MISREP - INCOME/EMPLOY | | | $ | 387,693.80 |
| 0040310674 | 40310674 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 446,306.20 |
| 0040349235 | 40349235 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ | 96,807.53 |
| 0040375479 | 40375479 | MISREP - OCCUPANCY | | | $ | 88,022.89 |
| 0040468498 | 40468498 | UW - OTHER | | | $ | 61,607.41 |
| 0040468852 | 40468852 | MISREP - INCOME/EMPLOY | | | $ | 121,017.70 |
| 0040525933 | 40525933 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 264,139.30 |
| 0040542201 | 40542201 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 420,008.90 |
| 0040574832 | 40574832 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ | 315,625.00 |

**TOTAL** $ 7,822,640.88

**EXHIBIT B**