# EXHIBIT A

**EXHIBIT A**

GFI Mortgage Bankers, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0019944933 | 19944933 | UW - OTHER | | | $ 32,001.65 |
| 0032015885 | 32015885 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ 122,842.90 |
| 0032015935 | 32015935 | MISREP - DEBTS | | | $ 24,329.17 |
| 0032597163 | 32597163 | MISREP - INCOME/EMPLOY | DOCUMENTATION | UW - OTHER | $ 371,103.90 |
| 0032597189 | 32597189 | MISREP - INCOME/EMPLOY | | | $ 123,425.30 |
| 0032865701 | 32865701 | DOCUMENTATION | UW - OTHER | DOCUMENTATION | $ 133,151.00 |
| 0032865792 | 32865792 | DOCUMENTATION | | | $ 46,498.14 |
| 0033156522 | 33156522 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 166,241.10 |
| 0033223827 | 33223827 | UW - OTHER | | | $ 187,504.60 |
| 0033593518 | 33593518 | MISREP - INCOME/EMPLOY | | | $ 159,362.20 |
| 0033629056 | 33629056 | MISREP - OCCUPANCY | UW - OTHER | MISREP - INCOME/EMPLOY | $ 96,356.72 |
| 0035029651 | 35029651 | MISREP - INCOME/EMPLOY | | | $ 9,004.80 |

**TOTAL** $ 1,471,821.48

**EXHIBIT A**