# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Mason McDuffie Mortgage Corporation**

Loan Purchase Agreement, dated September 1, 2005