# EXHIBIT B

**EXHIBIT B**

Mason McDuffie Mortgage Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0032036584 | 32036584 | MISREP - DEBTS | | | $ 170,682.70 |
| 0032589202 | 32589202 | MISREP - DEBTS | MISREP - BORROWER | MISREP - OCCUPANCY | $ 843,065.40 |
| 0032589335 | 32589335 | MISREP - OCCUPANCY | MISREP - DEBTS | | $ 135,648.60 |
| 0032758799 | 32758799 | MISREP - INCOME/EMPLOY | | | $ 212,989.10 |
| 0032778011 | 32778011 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ 286,405.50 |
| 0032778151 | 32778151 | MISREP - INCOME/EMPLOY | | | $ 89,221.29 |
| 0033129164 | 33129164 | UW - OTHER | | | $ 307,236.10 |
| | | | | TOTAL | $ 2,045,248.69 |

**EXHIBIT B**