# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Merrimack Mortgage Company, Inc.**

Loan Purchase Agreement, dated August 17, 2004