# EXHIBIT B

**EXHIBIT B**

Merrimack Mortgage Company, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0018466219 | 18466219 | MISREP - INCOME/EMPLOY | | | $ 120,752.70 |
| 0018499178 | 18499178 | MISREP - DEBTS | | | $ 58,499.98 |
| 0018592436 | 18592436 | MISREP - DEBTS | | | $ 315,836.40 |
| 0018670406 | 18670406 | MISREP - DEBTS | | | $ 19,216.39 |
| 0018880369 | 18880369 | MISREP - DEBTS | | | $ 31,825.18 |
| 0030167019 | 30167019 | UW - OTHER | | | $ 75,329.90 |
| 0030288393 | 30288393 | DOCUMENTATION | DOCUMENTATION | | $ 67,488.57 |
| 0030340095 | 30340095 | UW - OTHER | | | $ 156,463.30 |
| 0030703862 | 30703862 | DOCUMENTATION | | | $ 116,002.90 |
| 0030832562 | 30832562 | MISREP - INCOME/EMPLOY | | | $ 79,583.63 |
| 0031014632 | 31014632 | DOCUMENTATION | | | $ 36,111.52 |
| 0031137698 | 31137698 | MISREP - INCOME/EMPLOY | | | $ 33,866.81 |
| 0031301682 | 31301682 | MISREP - DEBTS | | | $ 152,202.60 |
| 0031302482 | 31302482 | MISREP - DEBTS | | | $ 26,111.50 |
| 0031302540 | 31302540 | MISREP - DEBTS | | | $ 156,969.30 |
| 0031342181 | 31342181 | MISREP - DEBTS | | | $ 109,099.90 |
| 0031364292 | 31364292 | DOCUMENTATION | | | $ 47,109.53 |
| 0031392376 | 31392376 | DOCUMENTATION | DOCUMENTATION | | $ 24,232.91 |
| 0031422017 | 31422017 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 61,459.34 |
| 0031576168 | 31576168 | MISREP - INCOME/EMPLOY | | | $ 443,742.50 |
| 0031711450 | 31711450 | MISREP - DEBTS | | | $ 146,015.90 |
| 0031712151 | 31712151 | MISREP - DEBTS | | | $ 19,051.89 |
| 0031830771 | 31830771 | UW - OTHER | | | $ 89,963.02 |
| 0031847361 | 31847361 | DOCUMENTATION | | | $ 20,839.87 |
| 0031858913 | 31858913 | MISREP - DEBTS | | | $ 37,346.08 |
| 0032129470 | 32129470 | DOCUMENTATION | | | $ 38,903.08 |
| 0032260648 | 32260648 | UW - OTHER | UW - OTHER | UW - OTHER | $ 293,128.00 |
| 0032260705 | 32260705 | MISREP - DEBTS | | | $ 38,679.66 |
| 0032365900 | 32365900 | MISREP - INCOME/EMPLOY | | | $ 26,789.48 |

**EXHIBIT B**

**EXHIBIT B**

Merrimack Mortgage Company, Inc.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032389454 | 32389454 | MISREP - DEBTS | | | $ | 49,615.29 |
| 0032494783 | 32494783 | UW - OTHER | | | $ | 27,536.16 |
| 0032525180 | 32525180 | DOCUMENTATION | | | $ | 35,232.19 |
| 0032534612 | 32534612 | MISREP - INCOME/EMPLOY | | | $ | 41,808.14 |
| 0032697179 | 32697179 | MISREP - INCOME/EMPLOY | | | $ | 50,306.43 |
| 0032854861 | 32854861 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 76,401.00 |
| 0033246026 | 33246026 | MISREP - INCOME/EMPLOY | | | $ | 142,049.30 |
| 0033254632 | 33254632 | MISREP - INCOME/EMPLOY | | | $ | 37,988.23 |
| 0033264979 | 33264979 | MISREP - INCOME/EMPLOY | | | $ | 55,921.46 |
| 0033340993 | 33340993 | DOCUMENTATION | | | $ | 43,549.02 |
| 0033341074 | 33341074 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 12,848.27 |
| 0033392499 | 33392499 | UW - OTHER | UW - OTHER | MISREP - INCOME/EMPLOY | $ | 108,858.40 |
| 0033442815 | 33442815 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 286,631.80 |
| 0033705070 | 33705070 | MISREP - INCOME/EMPLOY | | | $ | 72,808.72 |
| 0033780354 | 33780354 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 169,731.10 |
| 0033784562 | 33784562 | UW - OTHER | MISREP - DEBTS | | $ | 60,229.16 |
| 0040000457 | 40000457 | MISREP - DEBTS | | | $ | 230,478.50 |
| 0040150294 | 40150294 | UW - OTHER | | | $ | 163,149.40 |
| 0040150898 | 40150898 | UW - OTHER | | | $ | 45,994.71 |
| 0040164246 | 40164246 | UW - OTHER | | | $ | 81,804.86 |
| 0040205577 | 40205577 | UW - OTHER | | | $ | 134,528.70 |
| 0040259327 | 40259327 | MISREP - DEBTS | | | $ | 86,652.37 |
| 0040335853 | 40335853 | MISREP - INCOME/EMPLOY | | | $ | 166,714.00 |
| 0040368193 | 40368193 | DOCUMENTATION | | | $ | 32,232.30 |
| 0040481269 | 40481269 | MISREP - INCOME/EMPLOY | | | $ | 195,013.10 |
| 0040613895 | 40613895 | MISREP - INCOME/EMPLOY | | | $ | 99,116.70 |
| 0040637704 | 40637704 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 183,082.90 |
| 0040702557 | 40702557 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 150,932.70 |
| | | | | **TOTAL** | **$** | **5,683,836.75** |

**EXHIBIT B**