# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
# Grand Bank, NA, Corp.

Loan Purchase Agreement, dated July 24, 2003