# EXHIBIT B

## EXHIBIT B
### Grand Bank, NA, Corp.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0033289448 | 33289448 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ 844,272.30 |
| 0040220105 | 40220105 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 140,301.20 |
| 0040534075 | 40534075 | UW - OTHER | MISREP - OCCUPANCY | OTHER | $ 85,142.78 |
| | | | | TOTAL | $ 1,069,716.28 |

**EXHIBIT B**