# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Network Mortgage Services, Inc.**

Loan Purchase Agreement, dated August 16, 2006