# EXHIBIT B

**EXHIBIT B**

Network Mortgage Services, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0033484437 | 33484437 | DOCUMENTATION | UW - OTHER | MISREP - INCOME/EMPLOY | $ 137,284.90 |
| 0033763673 | 33763673 | MISREP - INCOME/EMPLOY | UW - OTHER | MISREP - OCCUPANCY | $ 90,526.98 |
| 0040236390 | 40236390 | MISREP - DEBTS | | | $ 270,668.50 |
| 0040528531 | 40528531 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 197,359.50 |
| 0040647653 | 40647653 | MISREP - INCOME/EMPLOY | | | $ 130,078.40 |
| 0040674947 | 40674947 | MISREP - INCOME/EMPLOY | | | $ 217,385.40 |
| 0040787467 | 40787467 | UW - OTHER | | | $ 33,710.00 |

**TOTAL** $ 1,077,013.68

EXHIBIT B