# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
**Banc of California, Inc., as successor by merger to Gateway Business Bank**

Loan Purchase Agreement, dated February 26, 2004