# EXHIBIT B

**EXHIBIT B**

Banc of California, Inc., as successor by merger to Gateway Business Bank

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0018192849 | 18192849 | MISREP - INCOME/EMPLOY | | | $ 40,221.83 |
| 0018724690 | 18724690 | DOCUMENTATION | MISREP - DEBTS | | $ 24,338.68 |
| 0018725135 | 18725135 | MISREP - DEBTS | | | $ 49,646.78 |
| 0018873646 | 18873646 | MISREP - INCOME/EMPLOY | | | $ 450,104.40 |
| 0030430441 | 30430441 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ 163,046.70 |
| 0030735518 | 30735518 | DOCUMENTATION | | | $ 64,820.09 |
| 0031371248 | 31371248 | MISREP - INCOME/EMPLOY | | | $ 46,078.69 |
| 0031440605 | 31440605 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 28,362.67 |
| 0031461650 | 31461650 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 113,686.30 |
| 0031461734 | 31461734 | MISREP - DEBTS | | | $ 38,659.06 |
| 0031592520 | 31592520 | UW - OTHER | | | $ 54,019.98 |
| 0031673502 | 31673502 | DOCUMENTATION | | | $ 37,715.69 |
| 0031680366 | 31680366 | DOCUMENTATION | | | $ 87,226.51 |
| 0031876527 | 31876527 | MISREP - INCOME/EMPLOY | | | $ 111,980.70 |
| 0031892862 | 31892862 | MISREP - DEBTS | | | $ 189,928.30 |
| 0031893035 | 31893035 | DOCUMENTATION | | | $ 62,119.12 |
| 0031908213 | 31908213 | MISREP - INCOME/EMPLOY | | | $ 233,891.50 |
| 0031921844 | 31921844 | MISREP - INCOME/EMPLOY | | | $ 180,615.50 |
| 0031921943 | 31921943 | DOCUMENTATION | | | $ 114,033.10 |
| 0031943590 | 31943590 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 72,772.50 |
| 0031943624 | 31943624 | DOCUMENTATION | | | $ 97,733.13 |
| 0031983950 | 31983950 | DOCUMENTATION | | | $ 102,092.00 |
| 0032030538 | 32030538 | MISREP - OCCUPANCY | | | $ 181,162.40 |
| 0032100828 | 32100828 | DOCUMENTATION | | | $ 142,205.10 |
| 0032114522 | 32114522 | DOCUMENTATION | | | $ 45,065.38 |
| 0032136772 | 32136772 | MISREP - INCOME/EMPLOY | | | $ 19,024.47 |
| 0032182925 | 32182925 | MISREP - DEBTS | | | $ 45,933.33 |
| 0032249948 | 32249948 | DOCUMENTATION | | | $ 35,022.42 |
| 0032280653 | 32280653 | MISREP - INCOME/EMPLOY | | | $ 194,685.70 |

**EXHIBIT B**

EXHIBIT B

Banc of California, Inc., as successor by merger to Gateway Business Bank

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032328114 | 32328114 | MISREP - INCOME/EMPLOY | | | $ | 147,076.90 |
| 0032366593 | 32366593 | MISREP - INCOME/EMPLOY | | | $ | 124,678.70 |
| 0032379158 | 32379158 | UW - OTHER | | | $ | 29,635.70 |
| 0032390288 | 32390288 | MISREP - INCOME/EMPLOY | | | $ | 68,568.25 |
| 0032403354 | 32403354 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 215,427.50 |
| 0032408486 | 32408486 | DOCUMENTATION | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ | 367,926.50 |
| 0032430688 | 32430688 | DOCUMENTATION | | | $ | 14,722.01 |
| 0032431769 | 32431769 | MISREP - INCOME/EMPLOY | | | $ | 240,718.70 |
| 0032449415 | 32449415 | MISREP - INCOME/EMPLOY | | | $ | 18,761.69 |
| 0032478257 | 32478257 | MISREP - INCOME/EMPLOY | | | $ | 137,031.50 |
| 0032480527 | 32480527 | UW - OTHER | | | $ | 180,246.00 |
| 0032480634 | 32480634 | DOCUMENTATION | | | $ | 133,553.70 |
| 0032519233 | 32519233 | UW - OTHER | | | $ | 137,693.60 |
| 0032542110 | 32542110 | DOCUMENTATION | MISREP - DEBTS | | $ | 149,690.80 |
| 0032643009 | 32643009 | MISREP - INCOME/EMPLOY | | | $ | 62,048.29 |
| 0032649253 | 32649253 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | MISREP - OCCUPANCY | $ | 149,945.30 |
| 0032663841 | 32663841 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ | 240,795.50 |
| 0032786774 | 32786774 | DOCUMENTATION | | | $ | 33,408.45 |
| 0032807232 | 32807232 | MISREP - INCOME/EMPLOY | | | $ | 157,763.60 |
| 0032898819 | 32898819 | MISREP - OCCUPANCY | | | $ | 47,970.64 |
| 0032918377 | 32918377 | MISREP - OCCUPANCY | | | $ | 61,498.11 |
| 0033003518 | 33003518 | MISREP - INCOME/EMPLOY | | | $ | 242,548.80 |
| 0033022872 | 33022872 | MISREP - INCOME/EMPLOY | | | $ | 292,833.80 |
| 0033100280 | 33100280 | MISREP - INCOME/EMPLOY | | | $ | 97,819.49 |
| 0033112327 | 33112327 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 349,659.70 |
| 0033115213 | 33115213 | MISREP - DEBTS | | | $ | 68,914.77 |
| 0033124918 | 33124918 | MISREP - INCOME/EMPLOY | | | $ | 221,751.70 |
| 0033137241 | 33137241 | UW - OTHER | | | $ | 223,366.50 |
| 0033156464 | 33156464 | UW - OTHER | | | $ | 227,665.00 |

**EXHIBIT B**

**EXHIBIT B**

Banc of California, Inc., as successor by merger to Gateway Business Bank

| | | | | | |
|---|---|---|---|---|---|
| 0033312356 | 33312356 | MISREP - OCCUPANCY | | | $ 80,074.20 |
| 0033439373 | 33439373 | UW - OTHER | UW - OTHER | | $ 75,396.62 |
| 0033560731 | 33560731 | MISREP - INCOME/EMPLOY | | | $ 319,069.30 |
| 0033651324 | 33651324 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 59,979.34 |
| 0033683749 | 33683749 | MISREP - DEBTS | | | $ 92,401.91 |
| 0040152019 | 40152019 | MISREP - DEBTS | | | $ 145,330.20 |
| 0040202194 | 40202194 | MISREP - INCOME/EMPLOY | | | $ 172,187.30 |
| 0040213514 | 40213514 | MISREP - OCCUPANCY | | | $ 111,174.50 |
| 0040373193 | 40373193 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 331,966.30 |
| 0040464406 | 40464406 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 249,056.30 |
| 0040648701 | 40648701 | MISREP - INCOME/EMPLOY | | | $ 63,921.04 |
| 0040715724 | 40715724 | MISREP - DEBTS | | | $ 12,467.23 |
| 0040754269 | 40754269 | MISREP - INCOME/EMPLOY | | | $ 478,747.00 |
| 0040796831 | 40796831 | MISREP - INCOME/EMPLOY | | | $ 20,605.68 |
| 0040804262 | 40804262 | MISREP - DEBTS | | | $ 157,740.10 |
| 0040915548 | 40915548 | DOCUMENTATION | | | $ 354,470.70 |
| | | | | **TOTAL** | **$ 10,194,500.95** |

**EXHIBIT B**