# EXHIBIT A

# EXHIBIT A
## AGREEMENTS
### Nova Financial & Investment Corporation

Loan Purchase Agreement, dated March 20, 2002

Loan Purchase Agreement, dated January 21, 2005