# EXHIBIT B

**EXHIBIT B**

Nova Financial & Investment Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0018844654 | 18844654 | UW - OTHER | | | $ 30,439.11 |
| 0030262216 | 30262216 | MISREP - DEBTS | | | $ 127,644.20 |
| 0030269393 | 30269393 | MISREP - DEBTS | | | $ 83,769.49 |
| 0030415962 | 30415962 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 86,221.14 |
| 0031224645 | 31224645 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 65,970.86 |
| 0031487671 | 31487671 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 151,559.60 |
| 0031732704 | 31732704 | MISREP - INCOME/EMPLOY | | | $ 324,542.70 |
| 0032084451 | 32084451 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 70,975.33 |
| 0032084626 | 32084626 | DOCUMENTATION | | | $ 64,458.43 |
| 0032168965 | 32168965 | UW - OTHER | MISREP - DEBTS | | $ 86,416.95 |
| 0032183030 | 32183030 | MISREP - INCOME/EMPLOY | | | $ 142,259.10 |
| 0032193500 | 32193500 | MISREP - INCOME/EMPLOY | | | $ 226,632.20 |
| 0032383002 | 32383002 | MISREP - DEBTS | | | $ 127,480.20 |
| 0032690059 | 32690059 | MISREP - OCCUPANCY | | | $ 46,890.03 |
| 0032732935 | 32732935 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 118,222.10 |
| 0032740144 | 32740144 | MISREP - INCOME/EMPLOY | | | $ 40,664.30 |
| 0032747800 | 32747800 | UW - OTHER | UW - OTHER | | $ 96,582.48 |
| 0032747859 | 32747859 | MISREP - INCOME/EMPLOY | | | $ 57,336.86 |
| 0032773541 | 32773541 | UW - OTHER | MISREP - DEBTS | | $ 21,434.14 |
| 0032855009 | 32855009 | MISREP - INCOME/EMPLOY | | | $ 21,396.24 |
| 0032973414 | 32973414 | MISREP - INCOME/EMPLOY | | | $ 34,014.19 |
| 0033207085 | 33207085 | MISREP - DEBTS | | | $ 111,887.70 |
| 0033281387 | 33281387 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 101,146.40 |
| 0033281510 | 33281510 | MISREP - INCOME/EMPLOY | | | $ 40,187.52 |
| 0033320318 | 33320318 | UW - OTHER | | | $ 87,138.73 |
| 0033440041 | 33440041 | MISREP - DEBTS | | | $ 564,268.00 |
| 0033453564 | 33453564 | MISREP - INCOME/EMPLOY | | | $ 31,302.27 |
| 0033479445 | 33479445 | MISREP - DEBTS | | | $ 92,805.76 |

**EXHIBIT B**

**EXHIBIT B**
Nova Financial & Investment Corporation

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033543174 | 33543174 | UW - OTHER | DOCUMENTATION | | $ | 47,198.11 |
| 0033562174 | 33562174 | UW - OTHER | DOCUMENTATION | | $ | 35,423.28 |
| 0033779786 | 33779786 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ | 81,531.38 |
| 0040030868 | 40030868 | UW - OTHER | | | $ | 182,126.50 |
| 0040077570 | 40077570 | UW - OTHER | | | $ | 169,079.20 |
| 0040077901 | 40077901 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 229,332.10 |
| 0040099863 | 40099863 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 137,565.60 |
| 0040590077 | 40590077 | MISREP - OCCUPANCY | | | $ | 120,470.10 |

                                                **TOTAL**    **$ 4,056,372.30**

**EXHIBIT B**