# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**LHM Financial Corporation**

Loan Purchase Agreement, dated August 15, 2000

Loan Purchase Agreement, dated September 8, 2004