# EXHIBIT B

# EXHIBIT B
## LHM Financial Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0015838501 | 15838501 | UW - OTHER | | | $ 70,289.10 |
| 0017240185 | 17240185 | MISREP - DEBTS | | | $ 35,516.57 |
| 0018843904 | 18843904 | DOCUMENTATION | | | $ 103,102.60 |
| 0030141022 | 30141022 | MISREP - DEBTS | | | $ 115,506.70 |
| 0030143432 | 30143432 | MISREP - DEBTS | | | $ 99,629.37 |
| 0030457725 | 30457725 | MISREP - DEBTS | | | $ 54,834.30 |
| 0030617120 | 30617120 | MISREP - DEBTS | | | $ 91,862.68 |
| 0030669923 | 30669923 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 232,556.00 |
| 0030841134 | 30841134 | UW - OTHER | | | $ 55,846.56 |
| 0031247372 | 31247372 | DOCUMENTATION | | | $ 61,850.37 |
| 0031327836 | 31327836 | MISREP - INCOME/EMPLOY | | | $ 131,476.00 |
| 0031375389 | 31375389 | DOCUMENTATION | | | $ 27,956.23 |
| 0031456379 | 31456379 | UW - OTHER | | | $ 124,714.90 |
| 0031469208 | 31469208 | DOCUMENTATION | | | $ 33,770.43 |
| 0031569650 | 31569650 | DOCUMENTATION | | | $ 70,124.95 |
| 0031576101 | 31576101 | MISREP - DEBTS | | | $ 47,352.97 |
| 0031648520 | 31648520 | MISREP - INCOME/EMPLOY | | | $ 36,028.28 |
| 0031653272 | 31653272 | UW - OTHER | | | $ 171,048.50 |
| 0031886278 | 31886278 | MISREP - DEBTS | | | $ 192,351.30 |
| 0031970205 | 31970205 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ 106,968.90 |
| 0031998495 | 31998495 | MISREP - DEBTS | | | $ 156,746.90 |
| 0031998586 | 31998586 | UW - OTHER | | | $ 35,979.39 |
| 0032444382 | 32444382 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 120,087.30 |
| 0032481913 | 32481913 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 113,447.40 |
| 0032593204 | 32593204 | MISREP - DEBTS | | | $ 58,415.46 |
| 0032854531 | 32854531 | MISREP - DEBTS | | | $ 35,575.96 |
| 0033171539 | 33171539 | MISREP - INCOME/EMPLOY | | | $ 534,243.70 |

**EXHIBIT B**

**EXHIBIT B**

LHM Financial Corporation

| | | | | | |
|---|---|---|---|---|---|
| 0033566779 | 33566779 | MISREP - INCOME/EMPLOY | | | $ 345,525.20 |
| 0033671512 | 33671512 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ 372,073.90 |
| 0040281271 | 40281271 | UW - OTHER | UW - OTHER | | $ 267,830.80 |

TOTAL    $ 3,902,712.72

**EXHIBIT B**