# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Luxury Mortgage Corp.**

Loan Purchase Agreement, dated August 15, 2001

Loan Purchase Agreement, dated April 27, 2005