# EXHIBIT B

# EXHIBIT B
Luxury Mortgage Corp.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0017517061 | 17517061 | DOCUMENTATION | DOCUMENTATION | | $ 53,757.66 |
| 0018676213 | 18676213 | UW - OTHER | | | $ 30,636.82 |
| 0018745141 | 18745141 | MISREP - DEBTS | | | $ 124,538.20 |
| 0018927632 | 18927632 | MISREP - DEBTS | | | $ 36,455.04 |
| 0030281786 | 30281786 | MISREP - DEBTS | | | $ 235.82 |
| 0030500060 | 30500060 | MISREP - INCOME/EMPLOY | | | $ 111,673.50 |
| 0031270663 | 31270663 | MISREP - DEBTS | | | $ 48,324.03 |
| 0032072407 | 32072407 | MISREP - INCOME/EMPLOY | | | $ 222,238.20 |
| 0032250268 | 32250268 | MISREP - INCOME/EMPLOY | | | $ 235,722.00 |
| 0032309734 | 32309734 | UW - OTHER | | | $ 758,032.30 |
| 0032375081 | 32375081 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 146,425.50 |
| 0032511917 | 32511917 | MISREP - INCOME/EMPLOY | | | $ 490,469.20 |
| 0032566762 | 32566762 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 482,980.60 |
| 0032707754 | 32707754 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 2,016,726.00 |
| 0032859027 | 32859027 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 218,284.10 |
| 0032912867 | 32912867 | MISREP - INCOME/EMPLOY | | | $ 482,184.30 |
| 0033496753 | 33496753 | MISREP - DEBTS | | | $ 130,440.90 |
| 0040076853 | 40076853 | MISREP - INCOME/EMPLOY | | | $ 254,595.30 |
| 0040640856 | 40640856 | MISREP - INCOME/EMPLOY | | | $ 357,619.20 |

**TOTAL**            **$ 6,201,338.67**

**EXHIBIT B**