# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**RBC Centura Bank**

Loan Purchase Agreement, dated January 20, 2005