# EXHIBIT B

**EXHIBIT B**

RBC Centura Bank

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0032362725 | 32362725 | MISREP - INCOME/EMPLOY | | | $ 75,126.08 |
| 0032816233 | 32816233 | UW - OTHER | | | $ 76,773.23 |
| 0033186396 | 33186396 | UW - OTHER | MISREP - INCOME/EMPLOY | DOCUMENTATION | $ 204,439.40 |
| 0033251646 | 33251646 | DOCUMENTATION | | | $ 14,545.06 |
| 0033308016 | 33308016 | DOCUMENTATION | | | $ 4,718.85 |
| 0033405184 | 33405184 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ 127,033.20 |
| 0033426347 | 33426347 | MISREP - INCOME/EMPLOY | | | $ 484,506.50 |
| 0040009144 | 40009144 | MISREP - OCCUPANCY | UW - OTHER | MISREP - INCOME/EMPLOY | $ 160,204.10 |
| 0040133084 | 40133084 | UW - OTHER | | | $ 117,461.70 |
| 0040495194 | 40495194 | MISREP - INCOME/EMPLOY | | | $ 42,286.12 |
| | | | | **TOTAL** | **$ 1,307,094.24** |

**EXHIBIT B**