# EXHIBIT A

# EXHIBIT A
## AGREEMENTS
### American Home Bank, N.A., a Division of Graystone Tower Bank

Loan Purchase Agreement, dated May 13, 2005