# EXHIBIT B

**EXHIBIT B**

American Home Bank, N.A., a Division of Graystone Tower Bank

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0032783144 | 32783144 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ 195,140.60 |
| 0033172586 | 33172586 | DOCUMENTATION | MISREP - OCCUPANCY | | $ 34,750.72 |
| 0033420183 | 33420183 | DOCUMENTATION | | | $ 95,303.45 |
| 0033488206 | 33488206 | MISREP - OCCUPANCY | | | $ 106,907.00 |
| 0033734443 | 33734443 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 289,655.10 |
| 0033758384 | 33758384 | MISREP - DEBTS | | | $ 374,454.30 |
| 0040051096 | 40051096 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 110,477.50 |
| 0040114357 | 40114357 | MISREP - INCOME/EMPLOY | | | $ 119,572.80 |
| 0040202764 | 40202764 | UW - OTHER | MISREP - DEBTS | | $ 295,433.40 |
| 0040207995 | 40207995 | MISREP - DEBTS | | | $ 310,029.20 |
| 0040403602 | 40403602 | DOCUMENTATION | | | $ 389,887.60 |
| 0040619330 | 40619330 | MISREP - OCCUPANCY | | | $ 151,648.50 |
| 0040660821 | 40660821 | MISREP - INCOME/EMPLOY | | | $ 75,701.74 |
| | | | | **TOTAL** | **$ 2,548,961.91** |

**EXHIBIT B**