# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**RMS & Associates**

Loan Purchase Agreement, dated, October 10, 2002