# EXHIBIT B

**EXHIBIT B**

RMS & Associates

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0017785619 | 17785619 | MISREP - DEBTS | | | $ 10,838.13 |
| 0018306019 | 18306019 | DOCUMENTATION | | | $ 167,898.80 |
| 0018565838 | 18565838 | MISREP - DEBTS | | | $ 44,733.91 |
| 0018565853 | 18565853 | MISREP - DEBTS | | | $ 66,721.21 |
| 0018595751 | 18595751 | MISREP - DEBTS | | | $ 108,094.00 |
| 0018595785 | 18595785 | MISREP - DEBTS | | | $ 53,629.89 |
| 0018648931 | 18648931 | MISREP - DEBTS | | | $ 122,585.80 |
| 0030288203 | 30288203 | DOCUMENTATION | DOCUMENTATION | | $ 50,149.78 |
| 0030548275 | 30548275 | MISREP - INCOME/EMPLOY | | | $ 234,796.50 |
| 0030548333 | 30548333 | MISREP - INCOME/EMPLOY | | | $ 39,001.06 |
| 0030913792 | 30913792 | DOCUMENTATION | | | $ 21,138.42 |
| 0030950836 | 30950836 | MISREP - INCOME/EMPLOY | | | $ 210,743.10 |
| 0031225899 | 31225899 | DOCUMENTATION | | | $ 50,201.91 |
| 0032391005 | 32391005 | MISREP - INCOME/EMPLOY | | | $ 105,611.80 |
| 0033489162 | 33489162 | MISREP - INCOME/EMPLOY | | | $ 226,584.70 |
| 0040000200 | 40000200 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 175,721.20 |
| 0040252140 | 40252140 | MISREP - INCOME/EMPLOY | | | $ 322,677.60 |
| 0040279655 | 40279655 | MISREP - INCOME/EMPLOY | | | $ 94,435.53 |

TOTAL    $ 2,105,563.34

**EXHIBIT B**