# EXHIBIT A

# EXHIBIT A
## AGREEMENTS
### Seattle Bank f/k/a Seattle Savings Bank

Loan Purchase Agreement, dated April 20, 2006