# **EXHIBIT B**

**EXHIBIT B**

Seattle Bank f/k/a Seattle Savings Bank

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0033005844 | 33005844 | MISREP - DEBTS | | | $ 29,857.76 |
| 0033058611 | 33058611 | MISREP - INCOME/EMPLOY | | | $ 81,861.23 |
| 0033058843 | 33058843 | MISREP - INCOME/EMPLOY | | | $ 19,997.30 |
| 0033095803 | 33095803 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ 58,569.13 |
| 0033134180 | 33134180 | MISREP - INCOME/EMPLOY | | | $ 52,812.61 |
| 0033154246 | 33154246 | MISREP - INCOME/EMPLOY | | | $ 201,640.80 |
| 0033251950 | 33251950 | MISREP - INCOME/EMPLOY | | | $ 249,893.20 |
| 0033253113 | 33253113 | MISREP - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | $ 268,013.80 |
| 0033261181 | 33261181 | MISREP - INCOME/EMPLOY | | | $ 128,208.80 |
| 0033275439 | 33275439 | MISREP - INCOME/EMPLOY | | | $ 107,309.60 |
| 0033279860 | 33279860 | MISREP - INCOME/EMPLOY | | | $ 23,168.81 |
| 0033365222 | 33365222 | MISREP - INCOME/EMPLOY | | | $ 73,750.37 |
| 0033388919 | 33388919 | MISREP - INCOME/EMPLOY | | | $ 30,929.70 |
| 0033405820 | 33405820 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 71,642.08 |
| 0033434069 | 33434069 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 104,006.60 |
| 0033493495 | 33493495 | MISREP - INCOME/EMPLOY | | | $ 494,587.10 |
| 0033536822 | 33536822 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 195,960.20 |
| 0040136822 | 40136822 | UW - OTHER | MISREP - DEBTS | | $ 211,274.90 |
| 0040149700 | 40149700 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 64,823.33 |
| 0040149825 | 40149825 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 202,104.30 |
| 0040263790 | 40263790 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 90,439.41 |
| 0040294803 | 40294803 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 82,982.70 |
| 0040423352 | 40423352 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 73,808.79 |
| 0040552630 | 40552630 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 125,040.20 |
| 0040704264 | 40704264 | MISREP - INCOME/EMPLOY | | | $ 91,066.28 |
| 0040799371 | 40799371 | MISREP - INCOME/EMPLOY | | | $ 56,330.74 |

**EXHIBIT B**

**EXHIBIT B**

Seattle Bank f/k/a Seattle Savings Bank

| 0040816670 | 40816670 | UW - OTHER | UW - OTHER |  | $ | 264,184.70 |
| 0040845430 | 40845430 | MISREP - INCOME/EMPLOY | UW - OTHER |  | $ | 171,401.90 |
|  |  |  |  | **TOTAL** | **$** | **3,625,666.34** |

**EXHIBIT B**