# EXHIBIT A

## EXHIBIT A
## AGREEMENTS
### Skyline Financial Corp.

Loan Purchase Agreement, dated August 16, 2001

Loan Purchase Agreement, dated December 31, 2004

Broker Agreement, dated November 1, 2006