# EXHIBIT B

**EXHIBIT B**

Skyline Financial Corp.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0015561624 | 15561624 | MISREP - DEBTS | | | $ 71,500.49 |
| 0018397786 | 18397786 | UW - OTHER | | | $ 22,868.56 |
| 0030383012 | 30383012 | MISREP - DEBTS | | | $ 24,628.19 |
| 0030455539 | 30455539 | DOCUMENTATION | | | $ 15,504.27 |
| 0031342538 | 31342538 | MISREP - INCOME/EMPLOY | | | $ 202,502.80 |
| 0031884737 | 31884737 | MISREP - OCCUPANCY | | | $ 171,177.60 |
| 0032384679 | 32384679 | DOCUMENTATION | | | $ 73,169.69 |
| 0032747438 | 32747438 | UW - OTHER | | | $ 154,515.30 |
| 0032747503 | 32747503 | MISREP - OCCUPANCY | | | $ 85,473.43 |
| 0033138835 | 33138835 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 138,789.50 |
| 0033138850 | 33138850 | MISREP - OCCUPANCY | | | $ 266,340.80 |
| 0033405168 | 33405168 | MISREP - OCCUPANCY | | | $ 209,532.50 |
| 0033512369 | 33512369 | UW - OTHER | MISREP - OCCUPANCY | | $ 221,334.50 |
| 0033568155 | 33568155 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ 308,709.70 |
| 0033617952 | 33617952 | UW - OTHER | | | $ 13,842.24 |
| 0033692849 | 33692849 | UW - OTHER | MISREP - DEBTS | | $ 78,568.80 |
| 0033730599 | 33730599 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 394,442.70 |
| 0040345670 | 40345670 | MISREP - DEBTS | | | $ 126,906.10 |
| 0040425167 | 40425167 | MISREP - OCCUPANCY | | | $ 390,285.10 |
| 0040527426 | 40527426 | MISREP - INCOME/EMPLOY | | | $ 201,215.10 |
| 0040596207 | 40596207 | MISREP - INCOME/EMPLOY | | | $ 424,125.00 |
| 0040773947 | 40773947 | MISREP - DEBTS | | | $ 184,009.60 |
| 0040873226 | 40873226 | MISREP - DEBTS | | | $ 17,963.39 |
| 0045165743 | 45165743 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ 279,848.80 |
| 0045527967 | 45527967 | UW - OTHER | | | $ 249,138.50 |

TOTAL   $ 4,326,392.66

**EXHIBIT B**