# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Webster Bank N.A.**

Loan Purchase Agreement, dated January 15, 2004