# EXHIBIT B

**EXHIBIT B**
Webster Bank N.A.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0030108237 | 30108237 | DOCUMENTATION | | | $ 20,756.57 |
| 0030405518 | 30405518 | MISREP - INCOME/EMPLOY | | | $ 75,441.56 |
| 0030788897 | 30788897 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 205,999.90 |
| 0031608516 | 31608516 | MISREP - INCOME/EMPLOY | | | $ 87,111.49 |
| 0031620636 | 31620636 | MISREP - OCCUPANCY | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ 116,483.90 |
| 0031692817 | 31692817 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ 153,257.60 |
| 0031844749 | 31844749 | MISREP - INCOME/EMPLOY | | | $ 264,005.30 |
| 0031861933 | 31861933 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 122,461.00 |
| 0031904238 | 31904238 | MISREP - INCOME/EMPLOY | | | $ 34,453.00 |
| 0031936834 | 31936834 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 103,819.90 |
| 0031946569 | 31946569 | MISREP - INCOME/EMPLOY | | | $ 98,717.32 |
| 0032042574 | 32042574 | MISREP - DEBTS | | | $ 43,364.64 |
| 0032042822 | 32042822 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 28,171.36 |
| 0032081630 | 32081630 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 212,467.80 |
| 0032145898 | 32145898 | MISREP - INCOME/EMPLOY | | | $ 41,326.24 |
| 0032155541 | 32155541 | DOCUMENTATION | DOCUMENTATION | | $ 135,628.90 |
| 0032221657 | 32221657 | MISREP - DEBTS | | | $ 43,761.60 |
| 0032240210 | 32240210 | MISREP - INCOME/EMPLOY | | | $ 186,050.80 |
| 0032283343 | 32283343 | MISREP - DEBTS | | | $ 3,116,399.00 |
| 0032284549 | 32284549 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 168,171.80 |
| 0032346918 | 32346918 | MISREP - INCOME/EMPLOY | | | $ 69,396.47 |
| 0032347270 | 32347270 | MISREP - INCOME/EMPLOY | | | $ 330,042.50 |
| 0032392342 | 32392342 | MISREP - INCOME/EMPLOY | | | $ 193,841.90 |
| 0032485690 | 32485690 | MISREP - INCOME/EMPLOY | | | $ 47,397.15 |
| 0032524571 | 32524571 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ 91,639.91 |
| 0032588931 | 32588931 | MISREP - DEBTS | | | $ 365,055.50 |
| 0032681272 | 32681272 | UW - OTHER | UW - OTHER | | $ 190,952.50 |
| 0032690729 | 32690729 | MISREP - DEBTS | | | $ 112,280.00 |

**EXHIBIT B**

**EXHIBIT B**
Webster Bank N.A.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032705089 | 32705089 | UW - OTHER | | | $ | 119,081.60 |
| 0032723850 | 32723850 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ | 22,051.55 |
| 0032723934 | 32723934 | MISREP - INCOME/EMPLOY | | | $ | 84,333.35 |
| 0032778045 | 32778045 | MISREP - DEBTS | DOCUMENTATION | DOCUMENTATION | $ | 335,163.20 |
| 0032800559 | 32800559 | MISREP - INCOME/EMPLOY | | | $ | 198,102.80 |
| 0032809238 | 32809238 | MISREP - INCOME/EMPLOY | | | $ | 29,442.98 |
| 0032827636 | 32827636 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 48,348.58 |
| 0032834244 | 32834244 | DOCUMENTATION | UW - OTHER | | $ | 20,054.26 |
| 0032836249 | 32836249 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 217,108.40 |
| 0032844185 | 32844185 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 36,341.07 |
| 0032855595 | 32855595 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 151,623.50 |
| 0032889354 | 32889354 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ | 204,048.80 |
| 0032934176 | 32934176 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 318,286.40 |
| 0032955932 | 32955932 | MISREP - INCOME/EMPLOY | | | $ | 144,086.30 |
| 0032989337 | 32989337 | MISREP - OCCUPANCY | | | $ | 153,344.70 |
| 0033080110 | 33080110 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 109,051.10 |
| 0033107715 | 33107715 | UW - OTHER | | | $ | 135,772.20 |
| 0033117045 | 33117045 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 655,274.60 |
| 0033155615 | 33155615 | MISREP - INCOME/EMPLOY | | | $ | 190,372.80 |
| 0033160318 | 33160318 | MISREP - DEBTS | UW - OTHER | | $ | 194,018.40 |
| 0033165416 | 33165416 | MISREP - DEBTS | | | $ | 268,118.30 |
| 0033192808 | 33192808 | DOCUMENTATION | | | $ | 325,596.20 |
| 0033204561 | 33204561 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 145,333.80 |
| 0033209461 | 33209461 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 55,873.60 |
| 0033425406 | 33425406 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 50,633.75 |
| 0033452277 | 33452277 | MISREP - INCOME/EMPLOY | | | $ | 94,875.94 |
| 0033583840 | 33583840 | MISREP - DEBTS | DOCUMENTATION | MISREP - INCOME/EMPLOY | $ | 37,546.29 |
| 0033806571 | 33806571 | UW - OTHER | MISREP - DEBTS | | $ | 11,187.58 |

**EXHIBIT B**

**EXHIBIT B**
Webster Bank N.A.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040000234 | 40000234 | MISREP - INCOME/EMPLOY | | | $ | 279,124.80 |
| 0040007619 | 40007619 | DOCUMENTATION | DOCUMENTATION | | $ | 24,859.18 |
| 0040043069 | 40043069 | DOCUMENTATION | DOCUMENTATION | | $ | 10,254.15 |
| 0040064073 | 40064073 | MISREP - DEBTS | | | $ | 253,249.90 |
| 0040082299 | 40082299 | DOCUMENTATION | | | $ | 55,620.82 |
| 0040157711 | 40157711 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | UW - OTHER | $ | 373,617.90 |
| 0040158198 | 40158198 | MISREP - DEBTS | | | $ | 19,014.13 |
| 0040164501 | 40164501 | MISREP - OCCUPANCY | MISREP - BORROWER | | $ | 126,827.10 |
| 0040304370 | 40304370 | MISREP - DEBTS | | | $ | 79,827.76 |
| 0040338303 | 40338303 | MISREP - INCOME/EMPLOY | | | $ | 63,717.81 |
| 0040353948 | 40353948 | MISREP - INCOME/EMPLOY | | | $ | 289,345.20 |
| 0040376105 | 40376105 | UW - OTHER | | | $ | 43,058.19 |
| 0040383788 | 40383788 | MISREP - INCOME/EMPLOY | | | $ | 365,202.80 |
| 0040396541 | 40396541 | MISREP - INCOME/EMPLOY | | | $ | 257,528.00 |
| 0040467631 | 40467631 | UW - OTHER | MISREP - DEBTS | | $ | 417,297.80 |
| 0040473258 | 40473258 | MISREP - OCCUPANCY | | | $ | 180,820.60 |
| 0040510604 | 40510604 | UW - OTHER | | | $ | 157,799.00 |
| 0040514978 | 40514978 | MISREP - INCOME/EMPLOY | | | $ | 289,179.80 |
| 0040526675 | 40526675 | MISREP - INCOME/EMPLOY | | | $ | 46,972.03 |
| 0040527772 | 40527772 | UW - OTHER | | | $ | 135,272.40 |
| 0040580169 | 40580169 | MISREP - INCOME/EMPLOY | | | $ | 124,583.90 |
| 0040612285 | 40612285 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 127,113.00 |
| 0040618423 | 40618423 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 64,396.39 |
| 0040633711 | 40633711 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 98,418.72 |
| 0040670143 | 40670143 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 68,745.82 |
| 0040687048 | 40687048 | MISREP - DEBTS | UW - OTHER | | $ | 34,418.07 |
| 0040706343 | 40706343 | MISREP - INCOME/EMPLOY | | | $ | 150,525.70 |
| 0040710014 | 40710014 | DOCUMENTATION | MISREP - OCCUPANCY | | $ | 119,715.80 |

**EXHIBIT B**

**EXHIBIT B**
Webster Bank N.A.

| 0040746232 | 40746232 | MISREP - DEBTS |                |  | $ | 176,616.90 |
| 0040797011 | 40797011 | UW - OTHER     | MISREP - DEBTS |  | $ | 239,552.80 |
| 0040808248 | 40808248 | UW - OTHER     |                |  | $ | 89,335.90  |
| 0040831281 | 40831281 | UW - OTHER     | UW - OTHER     |  | $ | 189,550.80 |

|  |  |  |  | **TOTAL** | **$ 15,965,090.83** |

**EXHIBIT B**