# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**loanDepot.com, LLC, as successor by merger to Mortgage Master, Inc.**

Loan Purchase Agreement, dated March 3, 2005