# EXHIBIT B

**EXHIBIT B**

loanDepot.com, LLC, as successor by merger to Mortgage Master, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0031429996 | 31429996 | MISREP - DEBTS | | | $ 34,311.57 |
| 0031713654 | 31713654 | DOCUMENTATION | | | $ 80,566.70 |
| 0032150146 | 32150146 | DOCUMENTATION | | | $ 38,967.09 |
| 0032297681 | 32297681 | MISREP - INCOME/EMPLOY | | | $ 44,471.40 |
| 0032297756 | 32297756 | MISREP - INCOME/EMPLOY | | | $ 53,520.58 |
| 0033081704 | 33081704 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 75,804.63 |
| 0033248105 | 33248105 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | UW - OTHER | $ 92,152.98 |
| 0033293028 | 33293028 | MISREP - DEBTS | | | $ 116,158.10 |
| 0033293093 | 33293093 | MISREP - INCOME/EMPLOY | | | $ 30,381.10 |
| 0033373044 | 33373044 | MISREP - DEBTS | | | $ 144,051.30 |
| 0033446501 | 33446501 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 271,479.90 |
| 0033506213 | 33506213 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 93,596.54 |
| 0033596602 | 33596602 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 108,408.80 |
| 0033661315 | 33661315 | MISREP - INCOME/EMPLOY | | | $ 295,342.10 |
| 0033777194 | 33777194 | UW - OTHER | | | $ 307,698.40 |
| 0040009045 | 40009045 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 116,823.90 |
| 0040009094 | 40009094 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 184,343.70 |
| 0040185308 | 40185308 | UW - OTHER | | | $ 391,061.80 |
| 0040605917 | 40605917 | UW - OTHER | MISREP - DEBTS | | $ 115,139.90 |
| 0040690588 | 40690588 | MISREP - DEBTS | | | $ 218,275.30 |
| | | | | TOTAL | $ 2,812,555.79 |

**EXHIBIT B**