# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Southern Fidelity Mortgage, LLC**

Loan Purchase Agreement, dated June 29, 2006