# EXHIBIT B

**EXHIBIT B**

Southern Fidelity Mortgage, LLC

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0033175217 | 33175217 | MISREP - INCOME/EMPLOY | UW - OTHER | DOCUMENTATION | $ 308,520.50 |
| 0033223355 | 33223355 | DOCUMENTATION | | | $ 572,724.20 |
| 0033684416 | 33684416 | UW - OTHER | | | $ 172,274.70 |
| 0033798042 | 33798042 | UW - OTHER | | | $ 4,740.29 |
| 0040136871 | 40136871 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 161,090.90 |
| 0040137085 | 40137085 | DOCUMENTATION | | | $ 49,223.36 |
| 0040149254 | 40149254 | MISREP - INCOME/EMPLOY | | | $ 125,173.80 |
| 0040235202 | 40235202 | UW - OTHER | MISREP - DEBTS | | $ 195,574.70 |

|  |  | TOTAL | $ 1,589,322.45 |
|---|---|---|---|

**EXHIBIT B**