# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Synovus Mortgage Corp.**

Loan Purchase Agreement (Bulk), dated July 6, 2004

Purchase Price and Term Sheet, dated May 3, 2007