# EXHIBIT B

**EXHIBIT B**

Synovus Mortgage Corp.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0124305475 | 2502250 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ 526,442.20 |
| | | | | **TOTAL** | **$ 526,442.20** |

**EXHIBIT B**