# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Texas Capital Bank, N.A.

Loan Purchase Agreement, dated December 11, 2003