# EXHIBIT B

**EXHIBIT B**

Texas Capital Bank, NA

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0018670158 | 18670158 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 27,388.38 |
| 0018932970 | 18932970 | MISREP - DEBTS | | | $ 51,687.46 |
| 0018933036 | 18933036 | MISREP - DEBTS | | | $ 14,580.00 |
| 0018995738 | 18995738 | DOCUMENTATION | | | $ 60,003.11 |
| 0030085732 | 30085732 | MISREP - DEBTS | | | $ 77,338.82 |
| 0030111140 | 30111140 | MISREP - DEBTS | | | $ 41,415.68 |
| 0030111223 | 30111223 | MISREP - DEBTS | | | $ 31,231.19 |
| 0030111264 | 30111264 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 36,289.27 |
| 0030133896 | 30133896 | MISREP - DEBTS | | | $ 16,291.37 |
| 0030283501 | 30283501 | DOCUMENTATION | DOCUMENTATION | UW - OTHER | $ 48,230.26 |
| 0030283709 | 30283709 | MISREP - DEBTS | | | $ 58,923.66 |
| 0030318646 | 30318646 | UW - OTHER | MISREP - DEBTS | | $ 39,672.32 |
| 0030324016 | 30324016 | MISREP - DEBTS | | | $ 43,507.90 |
| 0030705131 | 30705131 | DOCUMENTATION | | | $ 16,136.69 |
| 0030706097 | 30706097 | MISREP - DEBTS | | | $ 24,742.00 |
| 0030706865 | 30706865 | MISREP - DEBTS | | | $ 55,181.97 |
| 0030788848 | 30788848 | MISREP - OCCUPANCY | UW - OTHER | MISREP - DEBTS | $ 29,268.21 |
| 0030790455 | 30790455 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 96,627.60 |
| 0030790695 | 30790695 | DOCUMENTATION | | | $ 72,513.54 |
| 0030951537 | 30951537 | DOCUMENTATION | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ 112,564.80 |
| 0030984108 | 30984108 | MISREP - OCCUPANCY | | | $ 131,324.20 |
| 0030985543 | 30985543 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 9,445.56 |
| 0030995054 | 30995054 | MISREP - OCCUPANCY | | | $ 23,991.24 |
| 0031226731 | 31226731 | UW - OTHER | | | $ 49,349.83 |
| 0031350648 | 31350648 | MISREP - DEBTS | | | $ 61,165.35 |
| 0031350838 | 31350838 | MISREP - DEBTS | | | $ 18,054.86 |

**EXHIBIT B**

**EXHIBIT B**

Texas Capital Bank, NA

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031451503 | 31451503 | MISREP - DEBTS | | | $ | 36,031.80 |
| 0031476575 | 31476575 | MISREP - INCOME/EMPLOY | | | $ | 34,389.83 |
| 0031505910 | 31505910 | MISREP - DEBTS | | | $ | 17,801.84 |
| 0031519358 | 31519358 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 227,551.20 |
| 0031519473 | 31519473 | MISREP - INCOME/EMPLOY | | | $ | 41,467.67 |
| 0031526395 | 31526395 | DOCUMENTATION | | | $ | 17,915.68 |
| 0031547805 | 31547805 | DOCUMENTATION | | | $ | 30,936.27 |
| 0031552532 | 31552532 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 188,020.70 |
| 0031629389 | 31629389 | DOCUMENTATION | | | $ | 58,668.11 |
| 0031641582 | 31641582 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 14,000.32 |
| 0031657588 | 31657588 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 86,129.57 |
| 0031720519 | 31720519 | DOCUMENTATION | | | $ | 28,247.12 |
| 0031725542 | 31725542 | MISREP - INCOME/EMPLOY | | | $ | 30,174.87 |
| 0031764129 | 31764129 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | MISREP - DEBTS | $ | 111,764.30 |
| 0032077802 | 32077802 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 49,798.14 |
| 0032106585 | 32106585 | MISREP - DEBTS | | | $ | 323,545.20 |
| 0032159360 | 32159360 | MISREP - INCOME/EMPLOY | | | $ | 108,052.40 |
| 0032185639 | 32185639 | MISREP - DEBTS | | | $ | 43,846.60 |
| 0032185654 | 32185654 | MISREP - DEBTS | MISREP - BORROWER | MISREP - ASSETS | $ | 39,082.09 |
| 0032185662 | 32185662 | MISREP - DEBTS | | | $ | 26,559.81 |
| 0032202798 | 32202798 | DOCUMENTATION | UW - OTHER | | $ | 61,717.40 |
| 0032286809 | 32286809 | MISREP - DEBTS | | | $ | 42,440.69 |
| 0032336695 | 32336695 | MISREP - DEBTS | | | $ | 111,201.40 |
| 0032422107 | 32422107 | MISREP - DEBTS | | | $ | 4,253.38 |
| 0032423154 | 32423154 | MISREP - DEBTS | | | $ | 31,958.20 |
| 0032463655 | 32463655 | UW - OTHER | | | $ | 162,169.50 |
| 0032464687 | 32464687 | MISREP - DEBTS | | | $ | 57,728.73 |

**EXHIBIT B**

**EXHIBIT B**
Texas Capital Bank, NA

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032480055 | 32480055 | MISREP - INCOME/EMPLOY | | | $ | 48,067.72 |
| 0032480162 | 32480162 | MISREP - DEBTS | | | $ | 16,327.74 |
| 0032513954 | 32513954 | MISREP - DEBTS | | | $ | 38,593.48 |
| 0032579237 | 32579237 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 134,053.70 |
| 0032579427 | 32579427 | MISREP - DEBTS | | | $ | 59,451.75 |
| 0032668964 | 32668964 | MISREP - INCOME/EMPLOY | | | $ | 15,198.83 |
| 0033010885 | 33010885 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 53,122.82 |
| 0033085580 | 33085580 | MISREP - INCOME/EMPLOY | | | $ | 19,511.50 |
| 0033112152 | 33112152 | MISREP - INCOME/EMPLOY | | | $ | 14,162.59 |
| 0033112228 | 33112228 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 438,972.20 |
| 0033435223 | 33435223 | MISREP - DEBTS | | | $ | 23,001.44 |
| 0033483199 | 33483199 | UW - OTHER | | | $ | 195,202.50 |
| 0040007189 | 40007189 | MISREP - INCOME/EMPLOY | | | $ | 57,636.49 |
| 0040369183 | 40369183 | MISREP - DEBTS | | | $ | 101,942.20 |

**TOTAL**     **$ 4,447,623.05**

**EXHIBIT B**