# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**The Mortgage House, Inc.**


Loan Purchase Agreement, dated January 14, 2005