# EXHIBIT B

# EXHIBIT B
## The Mortgage House, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0030744635 | 30744635 | DOCUMENTATION | DOCUMENTATION | | $ 229,593.30 |
| 0031421613 | 31421613 | UW - OTHER | | | $ 90,755.29 |
| 0031443146 | 31443146 | DOCUMENTATION | | | $ 72,489.27 |
| 0031448723 | 31448723 | DOCUMENTATION | | | $ 80,316.94 |
| 0031467947 | 31467947 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 93,634.30 |
| 0031563133 | 31563133 | MISREP - INCOME/EMPLOY | | | $ 332,331.10 |
| 0031713522 | 31713522 | DOCUMENTATION | | | $ 26,412.58 |
| 0031808686 | 31808686 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 114,857.90 |
| 0031808769 | 31808769 | DOCUMENTATION | | | $ 123,470.60 |
| 0032173940 | 32173940 | UW - OTHER | | | $ 193,220.80 |
| 0032189367 | 32189367 | DOCUMENTATION | | | $ 90,094.17 |
| 0032189482 | 32189482 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 146,317.80 |
| 0032783458 | 32783458 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 169,716.20 |
| 0032864357 | 32864357 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 262,645.60 |
| 0032864571 | 32864571 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 102,343.40 |
| 0032865750 | 32865750 | MISREP - INCOME/EMPLOY | | | $ 1,145,962.00 |
| 0033125055 | 33125055 | MISREP - INCOME/EMPLOY | | | $ 74,893.86 |
| 0033445115 | 33445115 | MISREP - DEBTS | | | $ 221,950.40 |
| 0033450800 | 33450800 | MISREP - DEBTS | | | $ 142,814.20 |
| 0033451048 | 33451048 | UW - OTHER | | | $ 149,750.90 |
| 0033451055 | 33451055 | MISREP - INCOME/EMPLOY | | | $ 124,718.30 |
| 0033455262 | 33455262 | MISREP - INCOME/EMPLOY | | | $ 62,361.32 |
| 0033472416 | 33472416 | MISREP - INCOME/EMPLOY | | | $ 167,709.90 |
| 0033614454 | 33614454 | MISREP - INCOME/EMPLOY | | | $ 142,342.60 |
| 0040012031 | 40012031 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 132,007.50 |
| | | | | **TOTAL** | **$ 4,492,710.23** |

**EXHIBIT B**