# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Union Mortgage Group, Inc.**

Loan Purchase Agreement, dated January 8, 2004