# EXHIBIT B

**EXHIBIT B**

Union Mortgage Group, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0031146541 | 31146541 | DOCUMENTATION | UW - OTHER | | $ 26,844.33 |
| 0032021990 | 32021990 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 117,207.10 |
| 0032203846 | 32203846 | UW - OTHER | | | $ 10,435.46 |
| 0032379349 | 32379349 | OTHER | UW - OTHER | | $ 128,834.50 |
| 0032565806 | 32565806 | DOCUMENTATION | | | $ 62,935.15 |
| 0032675928 | 32675928 | MISREP - INCOME/EMPLOY | | | $ 49,304.78 |
| 0032717639 | 32717639 | MISREP - INCOME/EMPLOY | | | $ 132,019.00 |
| 0032744351 | 32744351 | MISREP - INCOME/EMPLOY | | | $ 224,252.60 |
| 0032834939 | 32834939 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 74,753.74 |
| 0032890030 | 32890030 | MISREP - INCOME/EMPLOY | | | $ 91,505.43 |
| 0032938748 | 32938748 | MISREP - INCOME/EMPLOY | | | $ 43,105.37 |
| 0033086406 | 33086406 | MISREP - INCOME/EMPLOY | | | $ 195,066.90 |
| 0033181322 | 33181322 | MISREP - DEBTS | | | $ 104,381.90 |
| 0033378928 | 33378928 | MISREP - DEBTS | | | $ 137,964.40 |
| 0033387531 | 33387531 | MISREP - DEBTS | | | $ 39,416.10 |
| 0033388307 | 33388307 | MISREP - OCCUPANCY | MISREP - BORROWER | | $ 202,903.90 |
| 0033412966 | 33412966 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 150,606.10 |
| 0033548504 | 33548504 | MISREP - OCCUPANCY | MISREP - BORROWER | MISREP - DEBTS | $ 123,565.20 |
| 0033624552 | 33624552 | UW - OTHER | MISREP - DEBTS | | $ 75,116.79 |
| 0033706078 | 33706078 | DOCUMENTATION | | | $ 401,337.60 |
| 0040083354 | 40083354 | MISREP - INCOME/EMPLOY | | | $ 137,153.50 |
| 0040188559 | 40188559 | UW - OTHER | DOCUMENTATION | | $ 256,297.80 |
| 0040312100 | 40312100 | UW - OTHER | | | $ 176,554.10 |
| | | | | **TOTAL** | **$ 2,961,561.75** |

**EXHIBIT B**