# EXHIBIT A

**EXHIBIT A**
**AGREEMENT**
**Jersey Mortgage Company of New Jersey, Inc.**

Loan Purchase Agreement, dated August 17, 2004