# EXHIBIT B

**EXHIBIT B**

Jersey Mortgage Company of New Jersey, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0031507643 | 31507643 | UW - OTHER | | | $ 273,909.80 |
| 0031944960 | 31944960 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 29,708.52 |
| 0031945025 | 31945025 | DOCUMENTATION | | | $ 127,209.20 |
| 0032249930 | 32249930 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 232,968.30 |
| 0032883381 | 32883381 | MISREP - OCCUPANCY | | | $ 271,554.10 |
| 0033149477 | 33149477 | MISREP - INCOME/EMPLOY | | | $ 191,469.20 |
| 0033261793 | 33261793 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 445,541.90 |
| 0033507021 | 33507021 | DOCUMENTATION | MISREP - DEBTS | | $ 276,046.10 |
| 0033607425 | 33607425 | MISREP - INCOME/EMPLOY | | | $ 132,544.70 |
| 0033636630 | 33636630 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 671,239.70 |
| 0033645649 | 33645649 | UW - OTHER | MISREP - INCOME/EMPLOY | DOCUMENTATION | $ 495,150.70 |
| 0033683582 | 33683582 | UW - OTHER | MISREP - OCCUPANCY | | $ 115,911.50 |
| 0033758517 | 33758517 | MISREP - INCOME/EMPLOY | | | $ 41,217.61 |
| 0040471294 | 40471294 | MISREP - DEBTS | | | $ 522,137.70 |
| 0040533135 | 40533135 | UW - OTHER | UW - OTHER | | $ 551,878.80 |
| 0040613952 | 40613952 | MISREP - INCOME/EMPLOY | | | $ 806,157.50 |
| 0040654246 | 40654246 | MISREP - DEBTS | | | $ 193,747.90 |
| 0040767840 | 40767840 | UW - OTHER | | | $ 244,308.40 |
| | | | | **TOTAL** | **$ 5,622,701.63** |

**EXHIBIT B**