# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**United Bank**

Loan Purchase Agreement, dated November 13, 2003