# EXHIBIT B

**EXHIBIT B**

United Bank

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0018327981 | 18327981 | MISREP - DEBTS | | | $ 573,290.60 |
| 0031315880 | 31315880 | DOCUMENTATION | | | $ 35,545.80 |
| 0031833338 | 31833338 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 102,398.90 |
| 0031846173 | 31846173 | DOCUMENTATION | | | $ 18,773.61 |
| 0031896376 | 31896376 | MISREP - DEBTS | | | $ 28,091.24 |
| 0032034423 | 32034423 | UW - OTHER | | | $ 38,079.51 |
| 0032059644 | 32059644 | MISREP - DEBTS | | | $ 33,215.99 |
| 0032059685 | 32059685 | MISREP - DEBTS | | | $ 18,265.91 |
| 0032127763 | 32127763 | MISREP - INCOME/EMPLOY | | | $ 117,566.80 |
| 0032266280 | 32266280 | UW - OTHER | | | $ 169,081.60 |
| 0032266397 | 32266397 | MISREP - INCOME/EMPLOY | | | $ 24,522.09 |
| 0032266405 | 32266405 | MISREP - INCOME/EMPLOY | | | $ 56,787.55 |
| 0032274060 | 32274060 | MISREP - INCOME/EMPLOY | | | $ 114,928.10 |
| 0032274177 | 32274177 | UW - OTHER | | | $ 57,098.88 |
| 0032398091 | 32398091 | UW - OTHER | | | $ 26,428.51 |
| 0032512733 | 32512733 | MISREP - INCOME/EMPLOY | | | $ 53,561.30 |
| 0032545659 | 32545659 | MISREP - DEBTS | | | $ 73,485.65 |
| 0032545683 | 32545683 | DOCUMENTATION | | | $ 20,512.21 |
| 0032625642 | 32625642 | MISREP - DEBTS | | | $ 33,304.74 |
| 0032703654 | 32703654 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 34,314.28 |
| 0032703878 | 32703878 | MISREP - DEBTS | | | $ 22,301.80 |
| 0032784316 | 32784316 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 36,318.84 |
| 0032829483 | 32829483 | MISREP - DEBTS | | | $ 174,295.30 |
| 0032844490 | 32844490 | UW - OTHER | MISREP - DEBTS | | $ 26,671.86 |
| 0032933111 | 32933111 | MISREP - DEBTS | | | $ 29,746.26 |

**EXHIBIT B**

**EXHIBIT B**

United Bank

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032938367 | 32938367 | MISREP - DEBTS | | | $ | 28,498.85 |
| 0032942443 | 32942443 | MISREP - DEBTS | | | $ | 15,486.48 |
| 0033147703 | 33147703 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 220,040.50 |
| 0033148016 | 33148016 | MISREP - DEBTS | | | $ | 62,228.69 |
| 0033717661 | 33717661 | MISREP - INCOME/EMPLOY | | | $ | 49,198.23 |

**TOTAL**    **$ 2,294,040.08**

**EXHIBIT B**