# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Group 2000 Real Estate Services, Inc.**


Loan Purchase Agreement, dated June 5, 2003