# EXHIBIT B

# EXHIBIT B
## Group 2000 Real Estate Services, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0031183486 | 31183486 | MISREP - INCOME/EMPLOY | | | $ 217,092.20 |
| 0031442304 | 31442304 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 192,918.20 |
| 0031442379 | 31442379 | DOCUMENTATION | | | $ 78,317.70 |
| 0031647456 | 31647456 | MISREP - INCOME/EMPLOY | | | $ 124,102.80 |
| 0031712631 | 31712631 | DOCUMENTATION | | | $ 85,530.75 |
| 0032057663 | 32057663 | MISREP - INCOME/EMPLOY | | | $ 165,287.80 |
| 0032078347 | 32078347 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 141,327.00 |
| 0032630402 | 32630402 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 123,013.10 |
| 0032685695 | 32685695 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 203,714.20 |
| 0032829376 | 32829376 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 87,961.02 |
| 0032979783 | 32979783 | MISREP - DEBTS | | | $ 535,950.50 |
| 0040115370 | 40115370 | MISREP - INCOME/EMPLOY | | | $ 290,207.10 |
| 0040137309 | 40137309 | MISREP - INCOME/EMPLOY | | | $ 308,030.10 |
| 0040377749 | 40377749 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ 211,084.40 |

**TOTAL**   $ 2,764,536.87

**EXHIBIT B**