# EXHIBIT A

**EXHIBIT A**

Vitek Real Estate Industries Group, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0018293118 | 18293118 | MISREP - DEBTS | | | $ 131,815.00 |
| 0018311654 | 18311654 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 96,605.54 |
| 0018483164 | 18483164 | UW - OTHER | | | $ 158,338.80 |
| 0018606509 | 18606509 | DOCUMENTATION | | | $ 149,735.00 |
| 0030296982 | 30296982 | MISREP - INCOME/EMPLOY | | | $ 284,684.70 |
| 0030438923 | 30438923 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 137,214.70 |
| 0030584395 | 30584395 | MISREP - DEBTS | | | $ 229,893.80 |
| 0030588297 | 30588297 | DOCUMENTATION | | | $ 60,825.42 |
| 0030657837 | 30657837 | DOCUMENTATION | | | $ 101,843.70 |
| 0031124308 | 31124308 | MISREP - INCOME/EMPLOY | | | $ 200,200.00 |
| 0031321227 | 31321227 | DOCUMENTATION | | | $ 207,927.60 |
| 0031324676 | 31324676 | DOCUMENTATION | | | $ 75,310.56 |
| 0031384555 | 31384555 | MISREP - DEBTS | | | $ 173,431.40 |
| 0031385313 | 31385313 | UW - OTHER | | | $ 44,982.45 |
| 0031614571 | 31614571 | UW - OTHER | | | $ 263,071.40 |
| 0031622046 | 31622046 | DOCUMENTATION | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ 321,773.00 |
| 0031658131 | 31658131 | MISREP - DEBTS | | | $ 103,810.20 |
| 0031736978 | 31736978 | DOCUMENTATION | | | $ 115,616.00 |
| 0031883549 | 31883549 | DOCUMENTATION | | | $ 47,088.35 |
| 0031950223 | 31950223 | DOCUMENTATION | | | $ 90,824.70 |
| 0032143729 | 32143729 | DOCUMENTATION | | | $ 82,553.09 |
| 0032161911 | 32161911 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 224,385.60 |
| 0032754699 | 32754699 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 170,045.60 |
| 0032865115 | 32865115 | MISREP - INCOME/EMPLOY | | | $ 79,670.23 |
| 0033086554 | 33086554 | UW - OTHER | | | $ 158,876.20 |
| 0033170150 | 33170150 | MISREP - INCOME/EMPLOY | | | $ 71,686.76 |
| 0033422940 | 33422940 | MISREP - DEBTS | | | $ 135,323.10 |

**EXHIBIT A**

**EXHIBIT A**

Vitek Real Estate Industries Group, Inc.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033439738 | 33439738 | UW - OTHER | | | $ | 217,502.00 |
| 0033617044 | 33617044 | MISREP - OCCUPANCY | | | $ | 224,467.00 |
| 0040257420 | 40257420 | MISREP - INCOME/EMPLOY | | | $ | 145,202.00 |
| 0040847956 | 40847956 | MISREP - INCOME/EMPLOY | | | $ | 576,295.40 |
| | | | | **TOTAL** | **$** | **5,080,999.30** |

**EXHIBIT A**