# EXHIBIT A

**EXHIBIT A**

Sun West Mortgage Company, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0017548447 | 17548447 | DOCUMENTATION | | | $ 59,649.70 |
| 0017704669 | 17704669 | MISREP - INCOME/EMPLOY | | | $ 119,418.00 |
| 0017714171 | 17714171 | UW - OTHER | | | $ 101,529.20 |
| 0017951310 | 17951310 | UW - OTHER | | | $ 162,504.40 |
| 0018356733 | 18356733 | DOCUMENTATION | | | $ 73,156.40 |
| 0018545731 | 18545731 | DOCUMENTATION | | | $ 637.06 |
| 0018841114 | 18841114 | MISREP - INCOME/EMPLOY | | | $ 358,139.60 |
| 0018906537 | 18906537 | MISREP - DEBTS | | | $ 37,690.97 |
| 0030164263 | 30164263 | MISREP - DEBTS | | | $ 119,992.40 |
| 0033273830 | 33273830 | MISREP - DEBTS | | | $ 175,236.00 |
| 0033705955 | 33705955 | UW - OTHER | MISREP - DEBTS | | $ 210,208.50 |
| 0033769951 | 33769951 | MISREP - INCOME/EMPLOY | | | $ 107,927.60 |
| 0033784471 | 33784471 | MISREP - DEBTS | | | $ 211,739.70 |
| 0040109662 | 40109662 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 586,490.60 |
| 0040265225 | 40265225 | UW - OTHER | MISREP - DEBTS | | $ 231,821.70 |
| 0040473209 | 40473209 | MISREP - INCOME/EMPLOY | | | $ 319,358.70 |
| 0040569725 | 40569725 | MISREP - INCOME/EMPLOY | | | $ 233,783.40 |
| 0040613697 | 40613697 | UW - OTHER | MISREP - DEBTS | | $ 227,419.80 |
| 0040690877 | 40690877 | MISREP - INCOME/EMPLOY | | | $ 221,419.70 |
| 0040695488 | 40695488 | MISREP - INCOME/EMPLOY | | | $ 234,866.50 |
| 0040710501 | 40710501 | MISREP - INCOME/EMPLOY | | | $ 179,012.60 |
| 0040757676 | 40757676 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 351,666.10 |

|  |  |  |  | TOTAL | $ 4,323,668.63 |

**EXHIBIT A**