# EXHIBIT A

EXHIBIT A

Salem Five Mortgage Company, LLC

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0018242842 | 18242842 | MISREP - INCOME/EMPLOY | | | $ 152,025.90 |
| 0031613185 | 31613185 | MISREP - INCOME/EMPLOY | | | $ 500,922.80 |
| 0032630923 | 32630923 | MISREP - INCOME/EMPLOY | | | $ 161,539.60 |
| 0032783763 | 32783763 | MISREP - INCOME/EMPLOY | | | $ 141,654.70 |
| | | | | TOTAL | $ 956,143.00 |

EXHIBIT A