# EXHIBIT A

## EXHIBIT A
## AGREEMENT
## Monarch Funding Corp.

Loan Purchase Agreement, dated May 18, 1998