# EXHIBIT B

**EXHIBIT B**

Monarch Funding Corp.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0030327175 | 30327175 | MISREP - INCOME/EMPLOY | | | $ 114,017.40 |
| 0030327225 | 30327225 | MISREP - INCOME/EMPLOY | | | $ 102,240.70 |
| 0030460125 | 30460125 | DOCUMENTATION | | | $ 337,410.40 |
| 0030544423 | 30544423 | MISREP - INCOME/EMPLOY | | | $ 18,315.93 |
| 0030604417 | 30604417 | UW - OTHER | | | $ 90,524.70 |
| 0030707145 | 30707145 | DOCUMENTATION | | | $ 27,602.39 |
| 0031352750 | 31352750 | UW - OTHER | | | $ 90,839.67 |
| 0031369333 | 31369333 | DOCUMENTATION | | | $ 185,577.80 |
| 0031552441 | 31552441 | DOCUMENTATION | | | $ 135,393.20 |
| 0031768385 | 31768385 | MISREP - INCOME/EMPLOY | | | $ 186,773.20 |
| 0031965478 | 31965478 | MISREP - INCOME/EMPLOY | | | $ 254,928.10 |
| 0032582322 | 32582322 | MISREP - INCOME/EMPLOY | | | $ 322,587.70 |
| 0033203175 | 33203175 | UW - OTHER | | | $ 252,177.40 |
| 0040364218 | 40364218 | MISREP - DEBTS | | | $ 49,325.11 |
| 0040637191 | 40637191 | MISREP - INCOME/EMPLOY | | | $ 173,566.10 |
| 0040749863 | 40749863 | MISREP - INCOME/EMPLOY | | | $ 106,841.10 |
| 0040880932 | 40880932 | MISREP - DEBTS | | | $ 161,563.60 |
| | | | | **TOTAL** | **$ 2,609,684.50** |

**EXHIBIT B**