# EXHIBIT A

**EXHIBIT A**

Alliance Mortgage Banking, Corp.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0031223837 | 50040251 | MISREP - INCOME/EMPLOY | | | $ 533,109.80 |
| 0031223860 | 230402011 | MISREP - INCOME/EMPLOY | | | $ 135,566.40 |
| 0031223878 | 3050506000 | MISREP - DEBTS | | | $ 134,323.80 |
| 0031223910 | 529850 | UW - OTHER | | | $ 319,117.60 |
| 0031224041 | CORP004956 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 39,723.86 |
| 0031224132 | 529852 | MISREP - INCOME/EMPLOY | | | $ 114,577.80 |
| 0031224157 | 3050518000 | MISREP - DEBTS | DOCUMENTATION | UW - OTHER | $ 52,507.16 |
| 0031224280 | CORP009814 | UW - OTHER | | | $ 20,564.40 |
| 0031224314 | 3050426001 | UW - OTHER | | | $ 59,596.83 |
| 0031224322 | 530198 | DOCUMENTATION | | | $ 95,458.12 |
| 0031253263 | 530622 | MISREP - DEBTS | | | $ 612,878.90 |
| 0031253297 | 530574 | DOCUMENTATION | | | $ 93,265.31 |
| 0031253396 | 500307096 | MISREP - DEBTS | | | $ 76,272.86 |
| 0031253453 | 10550012 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | DOCUMENTATION | $ 644,239.20 |
| 0031253560 | 530617 | MISREP - DEBTS | | | $ 858,759.20 |
| 0031253578 | 530618 | DOCUMENTATION | | | $ 121,024.40 |
| 0031310881 | 500307150 | MISREP - DEBTS | | | $ 19,612.13 |
| 0031310998 | 50440756 | MISREP - INCOME/EMPLOY | | | $ 282,341.20 |
| 0031311020 | 50440716 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 666,201.00 |
| 0031351513 | CORP010389 | MISREP - DEBTS | | | $ 36,714.47 |
| 0031351539 | 500306946 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ 473,695.70 |
| 0031351554 | CORP007021 | MISREP - OCCUPANCY | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ 82,886.38 |
| 0031351570 | GWNJ0196 | MISREP - INCOME/EMPLOY | | | $ 255,128.60 |
| 0031351612 | 50121169 | MISREP - DEBTS | | | $ 55,389.78 |
| 0031351646 | 530412 | MISREP - INCOME/EMPLOY | | | $ 434,590.70 |
| 0031351653 | 500307094 | MISREP - DEBTS | | | $ 53,743.14 |
| 0031351661 | 50121140 | MISREP - INCOME/EMPLOY | | | $ 131,948.70 |
| 0031351695 | 3050422001 | MISREP - INCOME/EMPLOY | | | $ 74,432.50 |
| 0031351729 | 3050509000 | UW - OTHER | MISREP - DEBTS | | $ 38,662.16 |

**EXHIBIT A**

**EXHIBIT A**

Alliance Mortgage Banking, Corp.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031351737 | 3050428002 | MISREP - DEBTS | UW - OTHER | | $ | 137,070.50 |
| 0031351752 | 529805 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 73,213.87 |
| 0031351778 | 50121187 | MISREP - DEBTS | DOCUMENTATION | MISREP - INCOME/EMPLOY | $ | 29,355.28 |
| 0031351844 | 530415 | DOCUMENTATION | | | $ | 58,306.28 |
| 0031351851 | 3050425001 | MISREP - INCOME/EMPLOY | | | $ | 20,709.42 |
| 0031351877 | CORP010400 | DOCUMENTATION | | | $ | 15,616.93 |
| 0031721657 | 531072 | UW - OTHER | | | $ | 43,117.78 |
| 0031721731 | 531073 | DOCUMENTATION | | | $ | 86,743.28 |
| 0031721749 | 50840581 | DOCUMENTATION | | | $ | 97,089.82 |
| 0031846991 | 50840769 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 163,153.40 |
| 0031847015 | 50340809 | MISREP - INCOME/EMPLOY | | | $ | 411,875.70 |
| 0031847064 | 531214 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ | 915,427.10 |
| 0031847098 | 50840687 | UW - OTHER | MISREP - DEBTS | UW - OTHER | $ | 125,535.00 |
| 0032014706 | 500307286 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 74,334.71 |
| 0032014722 | 530980 | MISREP - INCOME/EMPLOY | | | $ | 702,035.80 |
| 0032014797 | 50340734 | MISREP - DEBTS | | | $ | 551,941.20 |
| 0032014839 | 50771296 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 88,582.20 |
| 0032014847 | 531200 | UW - OTHER | | | $ | 538,089.60 |
| 0032014854 | 50050303 | MISREP - DEBTS | | | $ | 19,462.86 |
| 0032014862 | 50771276 | MISREP - DEBTS | | | $ | 307,763.10 |
| 0032097099 | 531309 | UW - OTHER | DOCUMENTATION | | $ | 96,209.05 |
| 0032097123 | 531429 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 218,605.20 |
| 0032097149 | 50550476 | DOCUMENTATION | UW - OTHER | OTHER | $ | 308,304.00 |
| 0032097172 | 531267 | UW - OTHER | MISREP - DEBTS | | $ | 782,944.80 |
| 0032097198 | 40770759 | MISREP - INCOME/EMPLOY | | | $ | 87,928.94 |
| 0032097206 | 50510425 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 73,465.37 |
| 0032097214 | 531658 | MISREP - INCOME/EMPLOY | | | $ | 383,464.60 |
| 0032097222 | 531519 | UW - OTHER | | | $ | 168,327.50 |
| 0032150278 | 50771335 | UW - OTHER | UW - OTHER | DOCUMENTATION | $ | 145,502.00 |

**EXHIBIT A**

**EXHIBIT A**

Alliance Mortgage Banking, Corp.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032150351 | 500307744 | UW - OTHER | UW - OTHER | | $ | 121,987.80 |
| 0032150369 | 50510412 | DOCUMENTATION | | | $ | 210,430.00 |
| 0032215394 | 500307961 | DOCUMENTATION | | | $ | 160,133.60 |
| 0032215543 | 500307758 | DOCUMENTATION | | | $ | 23,025.90 |
| 0032215618 | 530847 | DOCUMENTATION | | | $ | 86,432.02 |
| 0032490252 | 600160 | MISREP - DEBTS | | | $ | 345,761.90 |
| 0032490294 | 530919 | MISREP - INCOME/EMPLOY | | | $ | 130,579.70 |
| 0032490369 | 500307592 | MISREP - INCOME/EMPLOY | | | $ | 84,354.86 |
| 0032490377 | 531048 | UW - OTHER | | | $ | 163,648.10 |
| 0032538464 | 32538464 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 254,977.70 |

**TOTAL**    $ 14,821,838.97

**EXHIBIT A**