# EXHIBIT A

**EXHIBIT A**
**AGREEMENT**
**LendUS, LLC, as successor by merger to NL, Inc.**

Loan Purchase Agreement, dated April 1, 2004