# EXHIBIT B

**EXHIBIT B**

LendUS, LLC, as successor by merger to NL, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0018259549 | 18259549 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 236,153.60 |
| 0018259762 | 18259762 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 131,174.40 |
| 0018431064 | 18431064 | UW - OTHER | | | $ 91,881.35 |
| 0018722926 | 18722926 | UW - OTHER | | | $ 108,484.10 |
| 0030436299 | 30436299 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 92,217.93 |
| 0031503030 | 31503030 | UW - OTHER | | | $ 121,321.10 |
| 0031511074 | 31511074 | MISREP - INCOME/EMPLOY | | | $ 291,777.20 |
| 0031747033 | 31747033 | MISREP - OCCUPANCY | | | $ 73,303.55 |
| 0031770126 | 31770126 | MISREP - INCOME/EMPLOY | | | $ 149,024.50 |
| 0031839731 | 31839731 | MISREP - INCOME/EMPLOY | | | $ 173,756.30 |
| 0031974306 | 31974306 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 70,627.69 |
| 0032057010 | 32057010 | MISREP - INCOME/EMPLOY | | | $ 135,698.50 |
| 0032102253 | 32102253 | MISREP - DEBTS | | | $ 234,720.90 |
| 0032102543 | 32102543 | UW - OTHER | | | $ 117,971.10 |
| 0032291866 | 32291866 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ 321,229.80 |
| 0032425142 | 32425142 | MISREP - INCOME/EMPLOY | | | $ 61,558.67 |
| 0033199241 | 33199241 | MISREP - INCOME/EMPLOY | | | $ 269,217.10 |
| 0033313800 | 33313800 | MISREP - INCOME/EMPLOY | | | $ 83,151.08 |
| 0033514498 | 33514498 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 222,724.50 |
| 0033608647 | 33608647 | UW - OTHER | DOCUMENTATION | | $ 50,446.94 |
| 0040031338 | 40031338 | MISREP - INCOME/EMPLOY | | | $ 326,285.20 |
| 0040144420 | 40144420 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ 73,213.91 |
| 0040231847 | 40231847 | MISREP - OCCUPANCY | | | $ 471,389.20 |
| 0040238602 | 40238602 | UW - OTHER | | | $ 100,799.00 |
| 0040250409 | 40250409 | UW - OTHER | DOCUMENTATION | MISREP - INCOME/EMPLOY | $ 371,355.20 |
| 0040357212 | 40357212 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 156,741.90 |
| 0040401119 | 40401119 | DOCUMENTATION | | | $ 16,213.67 |

**EXHIBIT B**

**EXHIBIT B**

LendUS, LLC, as successor by merger to NL, Inc.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040453649 | 40453649 | MISREP - OCCUPANCY | | | $ | 124,513.20 |
| 0040476202 | 40476202 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - DEBTS | $ | 231,455.80 |
| 0040494908 | 40494908 | MISREP - OCCUPANCY | | | $ | 516,568.80 |
| 0040576308 | 40576308 | DOCUMENTATION | | | $ | 10,797.14 |
| 0040587172 | 40587172 | MISREP - DEBTS | | | $ | 689,407.50 |
| 0040638843 | 40638843 | MISREP - INCOME/EMPLOY | | | $ | 197,865.90 |
| 0040664922 | 40664922 | MISREP - INCOME/EMPLOY | | | $ | 294,316.00 |
| 0040682999 | 40682999 | MISREP - INCOME/EMPLOY | | | $ | 88,508.26 |
| 0040710550 | 40710550 | MISREP - INCOME/EMPLOY | | | $ | 160,390.30 |
| 0040717530 | 40717530 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 38,340.94 |
| 0040732406 | 40732406 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 359,092.20 |

**TOTAL**   $ 7,263,694.43

**EXHIBIT B**