# EXHIBIT A

**EXHIBIT A
AGREEMENTS
Mortgage World Bankers, Inc.**

Loan Purchase Agreement, dated August 8, 2005