# EXHIBIT B

**EXHIBIT B**

Mortgage World Bankers, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0031371230 | 31371230 | MISREP - INCOME/EMPLOY | | | $ 55,746.37 |
| 0031371875 | 31371875 | DOCUMENTATION | | | $ 104,643.90 |
| 0031502990 | 31502990 | DOCUMENTATION | | | $ 106,212.30 |
| 0031505860 | 31505860 | MISREP - INCOME/EMPLOY | | | $ 388,856.40 |
| 0031650351 | 31650351 | MISREP - INCOME/EMPLOY | | | $ 180,330.50 |
| 0032017865 | 32017865 | MISREP - INCOME/EMPLOY | | | $ 287,632.00 |
| 0032351496 | 32351496 | MISREP - DEBTS | UW - OTHER | | $ 67,248.10 |
| 0032657223 | 32657223 | MISREP - INCOME/EMPLOY | | | $ 203,017.90 |

            **TOTAL**    **$ 1,393,687.47**

**EXHIBIT B**