Pg 1 of 2

# EXHIBIT A

**EXHIBIT A**
**AGREEMENT**
**RBC Mortgage Company**

Loan Purchase Agreement (Bulk), dated September 13, 2004