# EXHIBIT B

**EXHIBIT B**
RBC Mortgage Company

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0015319684 | 15319684 | MISREP - INCOME/EMPLOY | | | $ 25,955.07 |
| 0017054842 | 17054842 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 59,959.70 |
| 0017092909 | 17092909 | MISREP - DEBTS | | | $ 32,782.98 |
| 0017786583 | 30441232 | UW - OTHER | | | $ 113,067.30 |
| 0017787029 | 93007303 | MISREP - INCOME/EMPLOY | | | $ 406,330.90 |
| 0017787110 | 93007529 | MISREP - DEBTS | | | $ 55,384.11 |
| 0017787169 | 93007629 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 4,466.07 |
| 0017792854 | 32820869 | MISREP - INCOME/EMPLOY | | | $ 72,154.10 |
| 0018859652 | 18859652 | MISREP - DEBTS | | | $ 117,568.70 |
| 0018925974 | 18925974 | MISREP - DEBTS | | | $ 50,278.99 |
| 0019286830 | 19286830 | MISREP - DEBTS | | | $ 57,990.00 |
| 0019306349 | 19306349 | MISREP - DEBTS | | | $ 95,489.42 |
| 0019321488 | 19321488 | MISREP - DEBTS | | | $ 92,051.83 |
| 0019344506 | 19344506 | DOCUMENTATION | | | $ 62,555.95 |
| 0019439777 | 19439777 | UW - OTHER | | | $ 92,573.68 |
| 0019589977 | 19589977 | MISREP - DEBTS | DOCUMENTATION | | $ 240,040.00 |
| 0030022891 | 30022891 | DOCUMENTATION | DOCUMENTATION | | $ 175,011.80 |
| 0030045397 | 30045397 | UW - OTHER | | | $ 32,986.04 |
| 0030104426 | 30104426 | DOCUMENTATION | | | $ 262,157.40 |
| 0030166326 | 30166326 | MISREP - DEBTS | | | $ 3,904.05 |
| 0030209738 | 30209738 | DOCUMENTATION | | | $ 120,928.80 |
| 0030225361 | 30225361 | DOCUMENTATION | | | $ 58,446.61 |
| 0030244396 | 30244396 | DOCUMENTATION | | | $ 118,548.40 |
| 0030339758 | 30339758 | MISREP - INCOME/EMPLOY | | | $ 285,423.30 |
| 0030339907 | 30339907 | DOCUMENTATION | | | $ 131,220.00 |
| 0030366991 | 30366991 | MISREP - DEBTS | | | $ 85,838.87 |
| 0030399786 | 30399786 | MISREP - INCOME/EMPLOY | | | $ 260,511.40 |

**EXHIBIT B**

**EXHIBIT B**

RBC Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0030439582 | 30439582 | DOCUMENTATION | MISREP - DEBTS | | $ | 7,549.80 |
| 0030471544 | 30471544 | DOCUMENTATION | DOCUMENTATION | | $ | 107,142.30 |
| 0030471924 | 30471924 | DOCUMENTATION | DOCUMENTATION | UW - OTHER | $ | 20,265.59 |
| 0030551535 | 30551535 | MISREP - DEBTS | | | $ | 2,793.16 |
| 0030551782 | 30551782 | DOCUMENTATION | | | $ | 93,457.92 |
| 0030563175 | 30563175 | DOCUMENTATION | | | $ | 21,801.58 |
| 0030575765 | 30575765 | MISREP - DEBTS | | | $ | 15,205.32 |
| 0030625735 | 30625735 | DOCUMENTATION | DOCUMENTATION | MISREP - INCOME/EMPLOY | $ | 277,343.80 |
| 0030660849 | 30660849 | MISREP - DEBTS | | | $ | 82,380.39 |
| 0030687065 | 30687065 | UW - OTHER | | | $ | 4,494.63 |
| 0030694418 | 30694418 | MISREP - DEBTS | | | $ | 77,223.82 |
| 0030769731 | 30769731 | MISREP - DEBTS | | | $ | 108,756.90 |
| 0030877229 | 30877229 | UW - OTHER | | | $ | 11,448.51 |
| 0030877260 | 30877260 | MISREP - INCOME/EMPLOY | | | $ | 202,552.10 |
| 0030877278 | 30877278 | MISREP - DEBTS | | | $ | 110,551.30 |
| 0030877401 | 30877401 | MISREP - INCOME/EMPLOY | | | $ | 286,499.80 |
| 0030893986 | 30893986 | MISREP - DEBTS | | | $ | 17,201.07 |
| 0030894042 | 30894042 | UW - OTHER | | | $ | 10,900.50 |
| 0030905913 | 30905913 | MISREP - INCOME/EMPLOY | | | $ | 306,381.50 |
| 0030918122 | 30918122 | MISREP - INCOME/EMPLOY | | | $ | 53,739.92 |
| 0030952576 | 30952576 | MISREP - INCOME/EMPLOY | | | $ | 8,990.72 |
| 0030996292 | 30996292 | MISREP - INCOME/EMPLOY | | | $ | 50,107.31 |
| 0030996482 | 30996482 | DOCUMENTATION | DOCUMENTATION | | $ | 113,439.60 |
| 0030997068 | 30997068 | DOCUMENTATION | MISREP - DEBTS | UW - OTHER | $ | 7,082.07 |
| 0031006588 | 31006588 | DOCUMENTATION | | | $ | 98,181.52 |
| 0031006752 | 31006752 | MISREP - INCOME/EMPLOY | | | $ | 153,549.90 |
| 0031007073 | 31007073 | DOCUMENTATION | DOCUMENTATION | | $ | 123,302.40 |
| 0031022643 | 31022643 | MISREP - INCOME/EMPLOY | | | $ | 245,484.30 |

**EXHIBIT B**

**EXHIBIT B**

**RBC Mortgage Company**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031022890 | 31022890 | MISREP - INCOME/EMPLOY | | | $ | 87,834.20 |
| 0031029010 | 31029010 | MISREP - INCOME/EMPLOY | | | $ | 318,064.90 |
| 0031029168 | 31029168 | MISREP - INCOME/EMPLOY | | | $ | 132,355.20 |
| 0031047152 | 31047152 | MISREP - INCOME/EMPLOY | | | $ | 64,852.69 |
| 0031047202 | 31047202 | MISREP - OCCUPANCY | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 238,383.10 |
| 0031056872 | 31056872 | MISREP - OCCUPANCY | | | $ | 60,862.27 |
| 0031057086 | 31057086 | MISREP - INCOME/EMPLOY | | | $ | 201,141.70 |
| 0031057367 | 31057367 | DOCUMENTATION | UW - OTHER | DOCUMENTATION | $ | 125,529.00 |
| 0031057623 | 31057623 | UW - OTHER | | | $ | 125,909.80 |
| 0031057698 | 31057698 | MISREP - DEBTS | | | $ | 96,320.30 |
| 0031065410 | 31065410 | DOCUMENTATION | | | $ | 124,176.10 |
| 0031065782 | 31065782 | MISREP - INCOME/EMPLOY | | | $ | 149,016.80 |
| 0031144728 | 31144728 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 67,100.84 |
| 0031201924 | 31201924 | UW - OTHER | | | $ | 43,709.06 |
| 0031201940 | 31201940 | MISREP - DEBTS | | | $ | 213,943.30 |
| 0031219876 | 31219876 | MISREP - DEBTS | | | $ | 15,492.63 |
| 0031220023 | 31220023 | MISREP - INCOME/EMPLOY | | | $ | 85,003.60 |
| 0031231517 | 31231517 | UW - OTHER | | | $ | 52,523.52 |
| 0031264674 | 31264674 | MISREP - INCOME/EMPLOY | | | $ | 187,405.50 |
| 0031278062 | 31278062 | MISREP - INCOME/EMPLOY | | | $ | 122,499.00 |
| 0031305758 | 31305758 | MISREP - INCOME/EMPLOY | | | $ | 359,210.80 |
| 0031309305 | 31309305 | MISREP - DEBTS | | | $ | 25,191.46 |
| 0031309503 | 31309503 | MISREP - INCOME/EMPLOY | | | $ | 188,020.70 |
| 0031319759 | 31319759 | MISREP - INCOME/EMPLOY | | | $ | 44,838.09 |
| 0031334378 | 31334378 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 50,526.87 |
| 0031350168 | 31350168 | DOCUMENTATION | | | $ | 128,886.90 |
| 0031355027 | 31355027 | MISREP - DEBTS | | | $ | 268,054.70 |
| 0031366974 | 31366974 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 222,221.20 |

**EXHIBIT B**

EXHIBIT B

RBC Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031367048 | 31367048 | OTHER | DOCUMENTATION | MISREP - INCOME/EMPLOY | $ | 38,016.33 |
| 0031375199 | 31375199 | MISREP - INCOME/EMPLOY | | | $ | 225,103.80 |
| 0031375884 | 31375884 | MISREP - DEBTS | | | $ | 81,768.17 |
| 0031375975 | 31375975 | DOCUMENTATION | | | $ | 150,873.50 |
| 0031376049 | 31376049 | DOCUMENTATION | | | $ | 189,660.90 |
| 0031376106 | 31376106 | MISREP - DEBTS | | | $ | 57,353.00 |
| 0031382179 | 31382179 | MISREP - DEBTS | DOCUMENTATION | | $ | 60,257.02 |
| 0031382526 | 31382526 | DOCUMENTATION | | | $ | 115,251.70 |
| 0031382567 | 31382567 | DOCUMENTATION | DOCUMENTATION | | $ | 69,003.86 |
| 0031382625 | 31382625 | DOCUMENTATION | | | $ | 100,657.70 |
| 0031390461 | 31390461 | MISREP - INCOME/EMPLOY | | | $ | 30,847.63 |
| 0031391154 | 31391154 | DOCUMENTATION | | | $ | 18,159.56 |
| 0031397730 | 31397730 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 41,450.63 |
| 0031397755 | 31397755 | UW - OTHER | | | $ | 94,772.28 |
| 0031398282 | 31398282 | MISREP - DEBTS | | | $ | 174,807.50 |
| 0031405624 | 31405624 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 220,729.20 |
| 0031406044 | 31406044 | MISREP - INCOME/EMPLOY | | | $ | 93,338.42 |
| 0031406168 | 31406168 | MISREP - INCOME/EMPLOY | | | $ | 69,580.36 |
| 0031413925 | 31413925 | MISREP - INCOME/EMPLOY | | | $ | 84,519.49 |
| 0031422181 | 31422181 | MISREP - OCCUPANCY | | | $ | 17,772.09 |
| 0031422249 | 31422249 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 80,852.27 |
| 0031422447 | 31422447 | MISREP - INCOME/EMPLOY | | | $ | 331,368.00 |
| 0031430820 | 31430820 | DOCUMENTATION | | | $ | 191,923.30 |
| 0031430986 | 31430986 | DOCUMENTATION | | | $ | 14,718.61 |
| 0031431018 | 31431018 | DOCUMENTATION | | | $ | 223,828.20 |
| 0031431075 | 31431075 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 104,970.90 |
| 0031439144 | 31439144 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 50,742.56 |
| 0031449440 | 31449440 | DOCUMENTATION | | | $ | 145,778.70 |

**EXHIBIT B**

**EXHIBIT B**
RBC Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031462898 | 31462898 | DOCUMENTATION | | | $ | 92,232.75 |
| 0031475577 | 31475577 | MISREP - DEBTS | | | $ | 47,392.06 |
| 0031488513 | 31488513 | DOCUMENTATION | | | $ | 58,647.29 |
| 0031488638 | 31488638 | MISREP - DEBTS | | | $ | 773,443.20 |
| 0031488703 | 31488703 | MISREP - DEBTS | | | $ | 102,630.70 |
| 0031492374 | 31492374 | MISREP - INCOME/EMPLOY | | | $ | 81,011.77 |
| 0031492382 | 31492382 | UW - OTHER | | | $ | 19,641.56 |
| 0031492416 | 31492416 | MISREP - DEBTS | | | $ | 93,883.37 |
| 0031492895 | 31492895 | MISREP - INCOME/EMPLOY | | | $ | 144,157.40 |
| 0031492903 | 31492903 | MISREP - DEBTS | | | $ | 331,125.50 |
| 0031493026 | 31493026 | MISREP - DEBTS | | | $ | 115,852.50 |
| 0031493034 | 31493034 | MISREP - INCOME/EMPLOY | | | $ | 49,294.86 |
| 0031509565 | 31509565 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 273,256.60 |
| 0031509706 | 31509706 | UW - OTHER | | | $ | 33,887.45 |
| 0031509714 | 31509714 | DOCUMENTATION | | | $ | 14,926.65 |
| 0031509961 | 31509961 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 108,929.20 |
| 0031509979 | 31509979 | DOCUMENTATION | DOCUMENTATION | | $ | 1,972.84 |
| 0031514763 | 31514763 | DOCUMENTATION | | | $ | 151,948.70 |
| 0031528243 | 31528243 | MISREP - DEBTS | | | $ | 18,878.95 |
| 0031541634 | 31541634 | DOCUMENTATION | | | $ | 34,004.84 |
| 0031542749 | 31542749 | DOCUMENTATION | | | $ | 53,587.63 |
| 0031542756 | 31542756 | DOCUMENTATION | | | $ | 44,062.10 |
| 0031560279 | 31560279 | DOCUMENTATION | | | $ | 51,582.02 |
| 0031560667 | 31560667 | MISREP - INCOME/EMPLOY | | | $ | 70,774.17 |
| 0031560873 | 31560873 | DOCUMENTATION | MISREP - DEBTS | | $ | 152,629.00 |
| 0031561277 | 31561277 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | MISREP - DEBTS | $ | 24,723.17 |
| 0031566722 | 31566722 | MISREP - INCOME/EMPLOY | | | $ | 86,797.29 |
| 0031566821 | 31566821 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 72,875.06 |

**EXHIBIT B**

**EXHIBIT B**

RBC Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031595796 | 31595796 | MISREP - DEBTS | | | $ | 109,593.80 |
| 0031600612 | 31600612 | DOCUMENTATION | | | $ | 28,886.55 |
| 0031601180 | 31601180 | DOCUMENTATION | | | $ | 168,892.30 |
| 0031601255 | 31601255 | MISREP - INCOME/EMPLOY | | | $ | 27,938.60 |
| 0031601412 | 31601412 | MISREP - INCOME/EMPLOY | | | $ | 442,107.00 |
| 0031633621 | 31633621 | MISREP - DEBTS | | | $ | 78,608.78 |
| 0031633696 | 31633696 | MISREP - INCOME/EMPLOY | | | $ | 164,583.40 |
| 0035092931 | 35092931 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ | 82,957.54 |
| 0035217926 | 35217926 | DOCUMENTATION | MISREP - DEBTS | | $ | 148,354.50 |
| 0035219971 | 35219971 | DOCUMENTATION | | | $ | 41,316.08 |
| 0035635978 | 35635978 | DOCUMENTATION | MISREP - DEBTS | UW - OTHER | $ | 85,937.00 |
| 0035706522 | 35706522 | MISREP - INCOME/EMPLOY | | | $ | 111,594.40 |
| 0035706761 | 35706761 | MISREP - INCOME/EMPLOY | | | $ | 31,766.59 |
| 0035824333 | 35824333 | MISREP - DEBTS | | | $ | 30,695.86 |
| 0036115947 | 36115947 | MISREP - INCOME/EMPLOY | | | $ | 15,774.80 |
| | | | | **TOTAL** | **$** | **17,281,788.94** |

**EXHIBIT B**