# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Summit Funding, Inc.**

Broker Agreement, dated September 21, 2004

Loan Purchase Agreement (Bulk), dated March 8, 2007