# EXHIBIT B

## EXHIBIT B
Summit Funding, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0039601851 | 39601851 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 319,683.00 |
| 0039603774 | 39603774 | MISREP - OCCUPANCY | | | $ 105,989.80 |
| 0040566259 | 40566259 | MISREP - INCOME/EMPLOY | | | $ 161,469.70 |
| 0040669483 | 40669483 | MISREP - INCOME/EMPLOY | | | $ 565,464.50 |
| 0040696650 | 40696650 | UW - OTHER | | | $ 31,028.99 |
| 0040700833 | 40700833 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 356,823.00 |
| | | | | TOTAL | $ 1,540,458.99 |

**EXHIBIT B**