# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Sutton Bank**

Loan Purchase Agreement, dated March 16, 2006