# EXHIBIT B

**EXHIBIT B**

Sutton Bank

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0033445990 | 33445990 | UW - OTHER | UW - OTHER | MISREP - DEBTS | $ 120,173.80 |
| 0033683251 | 33683251 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ 297,054.30 |
| 0040067886 | 40067886 | UW - OTHER | MISREP - OCCUPANCY | | $ 307,529.70 |
| 0040100851 | 40100851 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 124,937.00 |
| 0040156317 | 40156317 | UW - OTHER | MISREP - DEBTS | | $ 262,879.10 |
| 0040168171 | 40168171 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 150,274.20 |
| 0040175481 | 40175481 | UW - OTHER | MISREP - DEBTS | MISREP - OCCUPANCY | $ 573,499.30 |
| 0040202327 | 40202327 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 142,588.00 |
| 0040202723 | 40202723 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 129,063.90 |
| 0040227399 | 40227399 | MISREP - DEBTS | | | $ 158,185.20 |
| 0040277360 | 40277360 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 231,540.90 |
| 0040318057 | 40318057 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 248,876.30 |
| 0040382996 | 40382996 | DOCUMENTATION | | | $ 82,826.74 |
| 0040424491 | 40424491 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 74,933.37 |
| 0040475261 | 40475261 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 212,842.60 |
| 0040518870 | 40518870 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 114,116.10 |
| 0040523466 | 40523466 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 130,979.30 |
| 0040566952 | 40566952 | UW - OTHER | UW - OTHER | MISREP - INCOME/EMPLOY | $ 345,978.60 |
| 0040620684 | 40620684 | MISREP - DEBTS | | | $ 165,292.70 |
| 0040676264 | 40676264 | MISREP - INCOME/EMPLOY | | | $ 204,403.40 |
| 0040677312 | 40677312 | MISREP - DEBTS | | | $ 297,929.80 |
| 0040680993 | 40680993 | MISREP - INCOME/EMPLOY | | | $ 68,790.19 |
| 0040707291 | 40707291 | MISREP - DEBTS | | | $ 42,241.21 |
| 0040723355 | 40723355 | UW - OTHER | UW - OTHER | UW - OTHER | $ 161,049.90 |
| | | | | **TOTAL** | **$ 4,647,985.61** |

**EXHIBIT B**