# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Greenwich Home Mortgage Corp.**

Loan Purchase Agreement, dated, April 23, 2003

Purchase Price and Term Letter, dated November 15, 2004

Purchase Price and Term Letter, dated February 11, 2005