# EXHIBIT B

**EXHIBIT B**

Greenwich Home Mortgage Corp.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0018635102 | 1004001788 | MISREP - DEBTS | | | $ 273,934.40 |
| 0030205884 | 8004004977 | MISREP - INCOME/EMPLOY | | | $ 190,724.30 |
| 0030205918 | 1005000042 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 164,969.10 |
| 0030205983 | 1004002036 | MISREP - DEBTS | | | $ 272,246.10 |

| | | | | TOTAL | $ 901,873.90 |
|---|---|---|---|---|---|

**EXHIBIT B**