# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**The Mortgage Firm, Inc.**

Loan Purchase Agreement, dated October 12, 2006