# EXHIBIT B

**EXHIBIT B**

The Mortgage Firm, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040178188 | 40178188 | MISREP - OCCUPANCY | UW - OTHER | MISREP - DEBTS | $ 274,546.10 |
| 0040266926 | 40266926 | MISREP - OCCUPANCY | | | $ 270,794.40 |
| 0040773434 | 40773434 | MISREP - DEBTS | | | $ 212,466.10 |

|  |  | **TOTAL** | **$ 757,806.60** |
|---|---|---|---|

**EXHIBIT B**