# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
# Wall Street Mortgage Bankers, Ltd.

Loan Purchase Agreement, dated August 13, 2001

Loan Purchase Agreement (Bulk), dated December 12, 2002

Loan Purchase Agreement (Bulk), dated January 22, 2004

Loan Purchase Agreement, dated July 8, 2004

Purchase Price and Terms Letter, dated November 30, 2004

Purchase Price and Terms Letter, dated July 12, 2005

Loan Purchase Agreement (Bulk), dated August 1, 2005

Purchase Price and Terms Letter, dated August 2, 2005

Purchase Price and Terms Letter, dated September 13, 2005

Purchase Price and Terms Letter, dated October 12, 2005

Purchase Price and Terms Letter, dated October 31, 2005

Purchase Price and Terms Letter, dated November 18, 2005

Purchase Price and Terms Letter, dated December 16, 2005

Purchase Price and Terms Letter, dated January 24, 2006