# EXHIBIT B

**EXHIBIT B**
Wall Street Mortgage Bankers, Ltd.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0015778996 | 15778996 | MISREP - DEBTS | | | $ 3,034.55 |
| 0018711523 | 236070 | UW - OTHER | | | $ 284,361.40 |
| 0018711556 | 236344 | MISREP - INCOME/EMPLOY | | | $ 49,098.67 |
| 0018881649 | 18881649 | UW - OTHER | | | $ 387,953.30 |
| 0030251631 | 30251631 | MISREP - DEBTS | | | $ 173,329.30 |
| 0030436547 | 30436547 | MISREP - INCOME/EMPLOY | | | $ 251,231.10 |
| 0030590111 | 30590111 | MISREP - DEBTS | | | $ 72,165.59 |
| 0030607964 | 30607964 | DOCUMENTATION | UW - OTHER | | $ 1,401,532.00 |
| 0030637714 | 30637714 | MISREP - INCOME/EMPLOY | | | $ 492,575.10 |
| 0030720155 | 30720155 | MISREP - INCOME/EMPLOY | | | $ 69,608.54 |
| 0030720239 | 30720239 | MISREP - DEBTS | | | $ 304,894.70 |
| 0031113897 | 302265 | MISREP - DEBTS | UW - OTHER | | $ 93,634.39 |
| 0031113913 | 302467 | MISREP - DEBTS | | | $ 74,303.70 |
| 0031113921 | 300347 | UW - OTHER | | | $ 3,029.30 |
| 0031283732 | 301164 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 76,754.36 |
| 0031445323 | 31445323 | UW - OTHER | | | $ 84,689.32 |
| 0031492325 | 31492325 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ 197,329.00 |
| 0031617665 | 303309 | MISREP - DEBTS | | | $ 80,495.73 |
| 0031735996 | 303590 | MISREP - DEBTS | DOCUMENTATION | | $ 182,916.20 |
| 0031736036 | 303440 | MISREP - INCOME/EMPLOY | | | $ 169,399.50 |
| 0031736119 | 302585 | MISREP - DEBTS | UW - OTHER | | $ 137,036.20 |
| 0031736127 | 302598 | MISREP - DEBTS | UW - OTHER | | $ 103,859.90 |
| 0031843501 | 302875 | DOCUMENTATION | | | $ 66,729.56 |
| 0031869340 | 31869340 | UW - OTHER | | | $ 360,755.60 |
| 0031896095 | 31896095 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 786,927.10 |
| 0031962970 | 304443 | MISREP - DEBTS | | | $ 144,948.60 |
| 0031963002 | 303511 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 471,405.90 |
| 0032009292 | 32009292 | MISREP - DEBTS | | | $ 47,610.15 |

**EXHIBIT B**

**EXHIBIT B**
Wall Street Mortgage Bankers, Ltd.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032083008 | 32083008 | DOCUMENTATION | | | $ | 1,095,183.00 |
| 0032124877 | 303456 | MISREP - INCOME/EMPLOY | | | $ | 152,351.80 |
| 0032124919 | 303343 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 124,085.10 |
| 0032124984 | 303468 | DOCUMENTATION | | | $ | 90,699.36 |
| 0032125106 | 303764 | MISREP - OCCUPANCY | | | $ | 92,733.02 |
| 0032125155 | 304283 | DOCUMENTATION | | | $ | 71,447.25 |
| 0032125163 | 303847 | DOCUMENTATION | | | $ | 73,058.18 |
| 0032125239 | 304590 | DOCUMENTATION | DOCUMENTATION | | $ | 79,958.93 |
| 0032132151 | 32132151 | DOCUMENTATION | | | $ | 5,608.38 |
| 0032298002 | 304154 | MISREP - INCOME/EMPLOY | | | $ | 41,650.52 |
| 0032298135 | 305114 | DOCUMENTATION | | | $ | 59,896.47 |
| 0032298242 | 305107 | DOCUMENTATION | | | $ | 27,062.60 |
| 0032526840 | 32526840 | MISREP - INCOME/EMPLOY | | | $ | 286,927.20 |
| 0032699886 | 32699886 | MISREP - INCOME/EMPLOY | | | $ | 278,067.80 |
| 0032885956 | 32885956 | MISREP - INCOME/EMPLOY | | | $ | 90,673.87 |
| 0032892879 | 32892879 | MISREP - OCCUPANCY | | | $ | 1,140,239.00 |
| 0033342411 | 33342411 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 837,946.60 |
| 0033343195 | 33343195 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 27,646.60 |
| 0033344490 | 33344490 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 402,561.90 |
| 0033533779 | 33533779 | UW - OTHER | | | $ | 443,074.40 |
| 0033544537 | 33544537 | MISREP - OCCUPANCY | MISREP - DEBTS | | $ | 258,511.30 |
| 0033557588 | 33557588 | UW - OTHER | | | $ | 337,320.70 |
| 0033595950 | 33595950 | MISREP - DEBTS | | | $ | 424,060.30 |
| 0033784307 | 33784307 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 10,344.34 |
| 0040025892 | 40025892 | MISREP - INCOME/EMPLOY | | | $ | 729,172.10 |
| 0040044406 | 40044406 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 78,833.06 |
| 0040044984 | 40044984 | MISREP - INCOME/EMPLOY | | | $ | 641,048.00 |
| 0040125783 | 40125783 | DOCUMENTATION | | | $ | 202,639.90 |
| 0040215709 | 40215709 | MISREP - INCOME/EMPLOY | | | $ | 187,633.60 |

**EXHIBIT B**

**EXHIBIT B**

Wall Street Mortgage Bankers, Ltd.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040224172 | 40224172 | MISREP - INCOME/EMPLOY | | | $ | 77,608.24 |
| 0040253650 | 40253650 | MISREP - OCCUPANCY | | | $ | 201,537.30 |
| 0040296741 | 40296741 | MISREP - INCOME/EMPLOY | | | $ | 162,981.00 |
| 0040312738 | 40312738 | MISREP - INCOME/EMPLOY | | | $ | 161,626.80 |
| 0040313637 | 40313637 | MISREP - OCCUPANCY | | | $ | 258,104.90 |
| 0040394389 | 40394389 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 231,204.10 |
| 0040452567 | 40452567 | MISREP - INCOME/EMPLOY | | | $ | 370,994.60 |
| 0040459950 | 40459950 | UW - OTHER | | | $ | 682,499.40 |
| 0040473555 | 40473555 | MISREP - INCOME/EMPLOY | | | $ | 153,626.80 |
| 0040505828 | 40505828 | MISREP - INCOME/EMPLOY | | | $ | 27,933.01 |
| 0040528648 | 40528648 | MISREP - OCCUPANCY | | | $ | 139,414.20 |
| 0040537318 | 40537318 | MISREP - INCOME/EMPLOY | | | $ | 142,593.70 |
| 0040554941 | 40554941 | MISREP - DEBTS | | | $ | 1,073,656.00 |
| 0040586810 | 40586810 | MISREP - INCOME/EMPLOY | | | $ | 94,080.47 |
| 0040604118 | 40604118 | MISREP - INCOME/EMPLOY | | | $ | 551,685.70 |
| 0040648461 | 40648461 | MISREP - INCOME/EMPLOY | | | $ | 191,265.70 |
| 0040674707 | 40674707 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 234,824.60 |
| 0040682320 | 40682320 | MISREP - INCOME/EMPLOY | | | $ | 206,483.60 |
| 0040707374 | 40707374 | MISREP - OCCUPANCY | | | $ | 527,810.50 |
| 0040721169 | 40721169 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 258,305.20 |
| 0040805004 | 40805004 | MISREP - DEBTS | | | $ | 28,345.44 |
| 0040883654 | 40883654 | MISREP - OCCUPANCY | | | $ | 35,499.49 |

TOTAL  $ 20,674,124.79

**EXHIBIT B**