# EXHIBIT A

## EXHIBIT A
## AGREEMENTS
**TBI Mortgage Company f/k/a Westminster Mortgage Corporation**

Loan Purchase Agreement, dated April 11, 2001

Loan Purchase Agreement, dated March 25, 2005