# EXHIBIT B

# EXHIBIT B
## TBI Mortgage Company f/k/a Westminster Mortgage Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0017575614 | 17575614 | MISREP - INCOME/EMPLOY | | | $ 35,671.42 |
| 0017945866 | 17945866 | MISREP - DEBTS | | | $ 83,265.28 |
| 0018442970 | 18442970 | MISREP - OCCUPANCY | | | $ 383,461.10 |
| 0018442996 | 18442996 | MISREP - OCCUPANCY | | | $ 134,328.70 |
| 0018881391 | 18881391 | MISREP - DEBTS | | | $ 64,378.92 |
| 0030448526 | 30448526 | MISREP - OCCUPANCY | | | $ 93,457.90 |
| 0030727226 | 30727226 | DOCUMENTATION | | | $ 55,722.89 |
| 0030834147 | 30834147 | MISREP - DEBTS | | | $ 590,967.80 |
| 0030844070 | 30844070 | MISREP - DEBTS | | | $ 122,074.90 |
| 0031021827 | 31021827 | MISREP - INCOME/EMPLOY | | | $ 379,834.80 |
| 0031515596 | 31515596 | MISREP - OCCUPANCY | | | $ 88,855.23 |
| 0031515711 | 31515711 | UW - OTHER | | | $ 99,923.44 |
| 0031674377 | 31674377 | DOCUMENTATION | DOCUMENTATION | | $ 106,396.30 |
| 0032181976 | 32181976 | DOCUMENTATION | | | $ 64,679.49 |
| 0032206021 | 32206021 | UW - OTHER | | | $ 163,895.50 |
| 0032706384 | 32706384 | MISREP - DEBTS | | | $ 86,252.22 |
| 0032711186 | 32711186 | MISREP - OCCUPANCY | | | $ 209,022.90 |
| 0032711285 | 32711285 | OTHER | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ 109,352.70 |
| 0032716854 | 32716854 | MISREP - DEBTS | | | $ 108,862.30 |
| 0032756710 | 32756710 | MISREP - DEBTS | | | $ 203,412.40 |
| 0032811143 | 32811143 | MISREP - DEBTS | | | $ 151,504.20 |
| 0032907719 | 32907719 | UW - OTHER | | | $ 140,347.90 |
| 0032916991 | 32916991 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 329,019.60 |
| 0032917122 | 32917122 | MISREP - DEBTS | | | $ 51,021.79 |
| 0033017526 | 33017526 | MISREP - INCOME/EMPLOY | | | $ 185,420.00 |
| 0033038274 | 33038274 | MISREP - INCOME/EMPLOY | | | $ 83,118.95 |
| 0033038357 | 33038357 | MISREP - INCOME/EMPLOY | | | $ 135,586.70 |
| 0033063892 | 33063892 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ 75,202.27 |

**EXHIBIT B**

**EXHIBIT B**
TBI Mortgage Company f/k/a Westminster Mortgage Corporation

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033103649 | 33103649 | UW - OTHER | | | $ | 418,608.30 |
| 0033209396 | 33209396 | MISREP - INCOME/EMPLOY | | | $ | 256,886.50 |
| 0033259441 | 33259441 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 76,387.18 |
| 0033282963 | 33282963 | MISREP - INCOME/EMPLOY | | | $ | 284,125.60 |
| 0033282989 | 33282989 | UW - OTHER | | | $ | 140,764.30 |
| 0033285511 | 33285511 | MISREP - INCOME/EMPLOY | | | $ | 171,078.60 |
| 0033287293 | 33287293 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 588,859.20 |
| 0033412826 | 33412826 | MISREP - INCOME/EMPLOY | | | $ | 168,009.40 |
| 0033412933 | 33412933 | MISREP - INCOME/EMPLOY | | | $ | 373,269.00 |
| 0033437039 | 33437039 | MISREP - INCOME/EMPLOY | | | $ | 272,726.50 |
| 0033485731 | 33485731 | DOCUMENTATION | | | $ | 622,534.20 |
| 0033491614 | 33491614 | MISREP - OCCUPANCY | | | $ | 79,308.60 |
| 0033491663 | 33491663 | MISREP - OCCUPANCY | | | $ | 62,160.15 |
| 0033507963 | 33507963 | MISREP - DEBTS | | | $ | 542,424.10 |
| 0033533472 | 33533472 | UW - OTHER | MISREP - DEBTS | | $ | 144,576.50 |
| 0033533548 | 33533548 | MISREP - DEBTS | | | $ | 259,346.70 |
| 0033533720 | 33533720 | UW - OTHER | MISREP - DEBTS | | $ | 414,181.40 |
| 0033563370 | 33563370 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ | 138,614.00 |
| 0033657867 | 33657867 | UW - OTHER | | | $ | 298,005.90 |
| 0040076101 | 40076101 | MISREP - INCOME/EMPLOY | | | $ | 52,936.13 |
| 0040157695 | 40157695 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 301,237.40 |
| 0040188054 | 40188054 | MISREP - INCOME/EMPLOY | | | $ | 233,187.50 |
| 0040327207 | 40327207 | UW - OTHER | MISREP - DEBTS | | $ | 378,040.70 |
| 0040338253 | 40338253 | MISREP - INCOME/EMPLOY | | | $ | 559,893.30 |
| 0040473944 | 40473944 | MISREP - INCOME/EMPLOY | | | $ | 191,624.70 |
| 0040511230 | 40511230 | MISREP - INCOME/EMPLOY | | | $ | 360,523.70 |
| 0040597544 | 40597544 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 164,965.10 |
| 0040602716 | 40602716 | MISREP - DEBTS | DOCUMENTATION | | $ | 526,461.80 |

**EXHIBIT B**

**EXHIBIT B**
TBI Mortgage Company f/k/a Westminster Mortgage Corporation

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040604126 | 40604126 | UW - OTHER | | | $ | 183,883.00 |
| 0040612095 | 40612095 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 489,933.70 |
| | | | | **TOTAL** | **$** | **13,089,590.76** |

**EXHIBIT B**