# EXHIBIT A

## EXHIBIT A
## AGREEMENTS
**Market Street Mortgage Corp.**

Loan Purchase Agreement, dated June 5, 1998

Loan Purchase Agreement (Bulk), dated March 28, 2002

Loan Purchase Agreement, dated March 22, 2003