# EXHIBIT B

**EXHIBIT B**

Market Street Mortgage Corp.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0007345929 | 7345929 | DOCUMENTATION | | | $ 43,591.01 |
| 0015625767 | 4604138 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 76,251.80 |
| 0017117771 | 4763157 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 48,022.86 |
| 0017177825 | 5088406 | UW - OTHER | MISREP - DEBTS | | $ 109,028.40 |
| 0040245557 | 40245557 | UW - OTHER | DOCUMENTATION | | $ 6,783.20 |
| 0040731275 | 40731275 | DOCUMENTATION | DOCUMENTATION | | $ 322,742.80 |
| 0040772980 | 40772980 | UW - OTHER | MISREP - DEBTS | | $ 51,323.99 |
| 0040808099 | 40808099 | MISREP - DEBTS | DOCUMENTATION | MISREP - INCOME/EMPLOY | $ 528,434.70 |

TOTAL   $ 1,186,178.76

**EXHIBIT B**