# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Summit Mortgage Corporation

Loan Purchase Agreement, dated June 24, 2002

Loan Purchase Agreement (Bulk), dated March 18, 2004

Purchase Price and Term Sheet, dated April 13, 2004

Purchase Price and Term Sheet, dated May 11, 2004

Purchase Price and Term Sheet, dated May 19, 2004

Purchase Price and Term Sheet, dated June 3, 2004

Purchase Price and Term Sheet, dated June 8, 2004

Purchase Price and Term Sheet, dated June 24, 2004

Purchase Price and Term Sheet, dated August 2, 2004

Purchase Price and Term Sheet, dated August 11, 2004

Loan Purchase Agreement, dated March 11, 2005

Loan Purchase Agreement, dated June 24, 2006

Broker Agreement, dated December 14, 2006