# EXHIBIT B

**EXHIBIT B**
Summit Mortgage Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0015502511 | 15502511 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 115,238.61 |
| 0015607633 | 15607633 | UW - OTHER | | | $ 41,071.27 |
| 0015807928 | 15807928 | TBD | | | $ 98,075.14 |
| 0017001355 | 17001355 | MISREP - INCOME/EMPLOY | | | $ 1,766.87 |
| 0017067208 | 17067208 | UW - OTHER | | | $ 58,942.57 |
| 0017129495 | 17129495 | UW - OTHER | | | $ 57,715.26 |
| 0017141003 | 17141003 | UW - OTHER | | | $ 112,726.50 |
| 0017188996 | 17188996 | UW - OTHER | | | $ 46,963.18 |
| 0017215468 | 17215468 | UW - OTHER | | | $ 90,443.20 |
| 0017244450 | 17244450 | UW - OTHER | | | $ 14,222.50 |
| 0017250978 | 17250978 | UW - OTHER | | | $ 21,014.04 |
| 0017477878 | 17477878 | TBD | | | $ 46,765.84 |
| 0017478629 | 17478629 | MISREP - DEBTS | | | $ 145,732.63 |
| 0017658600 | 3015747 | TBD | | | $ 13,319.09 |
| 0017766247 | 3016045 | TBD | | | $ 84,537.23 |
| 0017851031 | 3016643 | DOCUMENTATION | | | $ 35,100.79 |
| 0017880550 | 3017017 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 90,146.80 |
| 0017922212 | 104038 | MISREP - DEBTS | | | $ 166,789.86 |
| 0017947169 | 17947169 | UW - OTHER | | | $ 41,926.10 |
| 0018090910 | 3018384 | UW - OTHER | | | $ 46,221.21 |
| 0018091025 | 104431 | DOCUMENTATION | | | $ 116,668.47 |
| 0018144667 | 104964 | TBD | | | $ 123,855.27 |
| 0018429506 | 18429506 | MISREP - INCOME/EMPLOY | | | $ 87,828.86 |
| 0018677914 | 18677914 | TBD | | | $ 61,118.37 |
| 0018799189 | 18799189 | TBD | | | $ - |
| 0030017867 | 30017867 | MISREP - DEBTS | | | $ 26,216.38 |
| 0030017891 | 30017891 | MISREP - DEBTS | | | $ 55,613.69 |
| 0030206189 | 30206189 | UW - OTHER | | | $ 344,610.42 |

**EXHIBIT B**

EXHIBIT B
Summit Mortgage Corporation

| | | | | | | |
|---|---|---|---|---|---|---|
| 0030263354 | 30263354 | TBD | | | $ | 31,286.04 |
| 0030364293 | 30364293 | TBD | | | $ | 41,756.39 |
| 0030509814 | 30509814 | TBD | | | $ | 25,686.04 |
| 0030606263 | 30606263 | MISREP - DEBTS | | | $ | 20,045.28 |
| 0030606313 | 30606313 | TBD | | | $ | 20,215.30 |
| 0030606404 | 30606404 | TBD | | | $ | 21,554.17 |
| 0031126865 | 31126865 | TBD | | | $ | 23,537.05 |
| 0031212756 | 31212756 | TBD | | | $ | 57,065.09 |
| 0031430549 | 31430549 | TBD | | | $ | 60,676.77 |
| 0031447923 | 31447923 | DOCUMENTATION | | | $ | 31,797.14 |
| 0031503659 | 31503659 | UW - OTHER | | | $ | 96,875.07 |
| 0031786189 | 31786189 | DOCUMENTATION | | | $ | 1,108.26 |
| 0031824600 | 31824600 | MISREP - INCOME/EMPLOY | | | $ | 180,114.08 |
| 0031824659 | 31824659 | TBD | | | $ | 75,124.50 |
| 0031835259 | 31835259 | MISREP - DEBTS | | | $ | 1,239,395.72 |
| 0031882160 | 31882160 | TBD | | | $ | 28,280.90 |
| 0031906951 | 31906951 | DOCUMENTATION | | | $ | 265,852.22 |
| 0032038010 | 32038010 | UW - OTHER | | | $ | 12,184.84 |
| 0032225526 | 32225526 | DOCUMENTATION | | | $ | 37,859.96 |
| 0032299141 | 32299141 | TBD | | | $ | 28,474.26 |
| 0032300204 | 32300204 | MISREP - OCCUPANCY | | | $ | 94,473.51 |
| 0032323743 | 32323743 | MISREP - INCOME/EMPLOY | | | $ | 48,490.82 |
| 0032325201 | 32325201 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 11,803.43 |
| 0032338964 | 32338964 | MISREP - INCOME/EMPLOY | | | $ | 58,951.11 |
| 0032365124 | 32365124 | TBD | | | $ | 48,126.31 |
| 0032388746 | 32388746 | MISREP - DEBTS | | | $ | 19,538.34 |
| 0032419046 | 32419046 | TBD | | | $ | 16,058.77 |
| 0032505927 | 32505927 | TBD | | | $ | 17,934.13 |

**EXHIBIT B**

**EXHIBIT B**
Summit Mortgage Corporation

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032530990 | 32530990 | UW - OTHER | | | $ | 125,101.71 |
| 0032544595 | 32544595 | TBD | | | $ | 50,852.17 |
| 0032693236 | 32693236 | MISREP - INCOME/EMPLOY | | | $ | 66,103.93 |
| 0032697864 | 32697864 | TBD | | | $ | 55,371.39 |
| 0032706251 | 32706251 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 105,425.13 |
| 0032767857 | 32767857 | UW - OTHER | | | $ | 101,219.70 |
| 0032798415 | 32798415 | MISREP - OCCUPANCY | MISREP - DEBTS | | $ | 87,544.58 |
| 0032815607 | 32815607 | DOCUMENTATION | UW - OTHER | | $ | 38,447.31 |
| 0032867988 | 32867988 | MISREP - INCOME/EMPLOY | | | $ | 27,243.34 |
| 0032884686 | 32884686 | MISREP - INCOME/EMPLOY | | | $ | 72,755.63 |
| 0032975161 | 32975161 | DOCUMENTATION | DOCUMENTATION | MISREP - DEBTS | $ | 25,782.16 |
| 0032986614 | 32986614 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ | 73,996.15 |
| 0033058561 | 33058561 | MISREP - INCOME/EMPLOY | | | $ | 26,403.59 |
| 0033082777 | 33082777 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 209,161.40 |
| 0033113952 | 33113952 | DOCUMENTATION | | | $ | 89,773.91 |
| 0033275231 | 33275231 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 589,896.33 |
| 0033332859 | 33332859 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 271,893.03 |
| 0033334772 | 33334772 | DOCUMENTATION | | | $ | 44,748.35 |
| 0033399973 | 33399973 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 130,839.02 |
| 0033400029 | 33400029 | MISREP - INCOME/EMPLOY | | | $ | 32,181.19 |
| 0033400250 | 33400250 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ | 29,366.41 |
| 0033533837 | 33533837 | MISREP - INCOME/EMPLOY | | | $ | 48,379.18 |
| 0033602772 | 33602772 | UW - OTHER | | | $ | 45,428.02 |
| 0033656323 | 33656323 | MISREP - INCOME/EMPLOY | | | $ | 724,543.15 |
| 0033743642 | 33743642 | MISREP - DEBTS | | | $ | 57,223.88 |
| 0040265498 | 40265498 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 152,464.37 |
| 0040318149 | 40318149 | TBD | | | $ | 62,220.02 |
| 0040612541 | 40612541 | UW - OTHER | | | $ | 281,091.66 |

**EXHIBIT B**

**EXHIBIT B**
Summit Mortgage Corporation

| 0040865578 | 40865578 | UW - OTHER | | | $ | 140,521.34 |
| 0047344742 | 47344742 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 221,457.63 |
| | | | | **TOTAL** | **$** | **8,746,331.33** |

**EXHIBIT B**