# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Just Mortgage, Inc.**

Loan Purchase Agreement, dated December 4, 2003

Loan Purchase Agreement (Bulk), dated April 20, 2006

Purchase Price and Term Letter, dated September 5, 2006