# EXHIBIT B

**EXHIBIT B**

Just Mortgage, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040513798 | 40513798 | MISREP - INCOME/EMPLOY | | | $ 57,920.97 |
| 0040524811 | 40524811 | MISREP - OCCUPANCY | | | $ 308,269.60 |
| 0040527087 | 40527087 | MISREP - INCOME/EMPLOY | | | $ 254,079.10 |
| 0040536575 | 40536575 | MISREP - OCCUPANCY | | | $ 428,832.80 |
| 0040572943 | 40572943 | MISREP - INCOME/EMPLOY | | | $ 119,468.70 |
| 0040584419 | 40584419 | MISREP - INCOME/EMPLOY | | | $ 646,762.30 |
| 0040624108 | 40624108 | MISREP - INCOME/EMPLOY | | | $ 192,496.40 |
| 0040642860 | 40642860 | MISREP - BORROWER | | | $ 255,447.90 |
| 0040649246 | 40649246 | MISREP - INCOME/EMPLOY | | | $ 127,549.20 |
| 0040649584 | 40649584 | DOCUMENTATION | | | $ 272,931.80 |
| 0040653404 | 40653404 | MISREP - INCOME/EMPLOY | | | $ 42,365.17 |
| 0040745705 | 40745705 | DOCUMENTATION | | | $ 204,597.50 |
| 0122524960 | 51139181 | MISREP - OCCUPANCY | | | $ 210,230.90 |
| 0122524986 | 51138155 | MISREP - DEBTS | | | $ 107,958.00 |
| 0122525009 | 51138963 | OTHER | MISREP - OCCUPANCY | UW - OTHER | $ 88,675.69 |
| 0122525041 | 51139031 | UW - OTHER | | | $ 207,889.50 |
| 0122525116 | 51138771 | OTHER | MISREP - OCCUPANCY | MISREP - DEBTS | $ 222,287.50 |
| 0122525124 | 51139258 | MISREP - DEBTS | | | $ 293,486.30 |
| 0122525132 | 51139455 | MISREP - DEBTS | | | $ 22,261.53 |
| 0122525199 | 51139467 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 113,604.40 |
| 0122525280 | 51137968 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 91,129.94 |

**TOTAL**  $ 4,268,245.20

**EXHIBIT B**