# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

**Covino & Company, Inc. d/b/a Luxmac, as successor to Resource Mortgage Banking, Ltd.**

Loan Purchase Agreement, dated August 10, 2001

Loan Purchase Agreement, dated November 22, 2004