# EXHIBIT B

**EXHIBIT B**

Covino & Company, Inc. d/b/a Luxmac, as successor to Resource Mortgage Banking, Ltd.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0015685795 | 15685795 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 92,537.22 |
| 0017695271 | 17695271 | MISREP - DEBTS | | | $ 185,412.60 |
| 0030538870 | 30538870 | MISREP - INCOME/EMPLOY | | | $ 166,952.90 |
| 0030539704 | 30539704 | MISREP - INCOME/EMPLOY | | | $ 90,198.11 |
| 0030785737 | 30785737 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 417,480.30 |
| 0031233919 | 31233919 | MISREP - DEBTS | | | $ 30,718.92 |
| 0031233935 | 31233935 | MISREP - DEBTS | | | $ 101,397.40 |
| 0031437247 | 31437247 | MISREP - DEBTS | | | $ 1,043,466.00 |
| 0031649304 | 31649304 | MISREP - INCOME/EMPLOY | | | $ 806,016.20 |
| 0031649379 | 31649379 | MISREP - INCOME/EMPLOY | | | $ 172,018.00 |
| 0032374670 | 32374670 | DOCUMENTATION | | | $ 67,327.59 |
| 0032771834 | 32771834 | MISREP - DEBTS | | | $ 528,326.00 |
| 0033127556 | 33127556 | MISREP - DEBTS | | | $ 215,673.30 |
| 0033302167 | 33302167 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 771,298.50 |
| 0033315144 | 33315144 | MISREP - INCOME/EMPLOY | | | $ 321,671.70 |
| 0040061848 | 40061848 | MISREP - INCOME/EMPLOY | | | $ 3,003,898.00 |
| | | | | **TOTAL** | **$ 8,014,392.74** |

EXHIBIT B