# EXHIBIT A

# EXHIBIT A
## AGREEMENTS
**Homeward Residential, Inc. as successor to Lendia, Inc.**

Loan Purchase Agreement, dated July 21, 2005

**Homeward Residential, Inc. as successor to Lendia LLC**

Loan Purchase Agreement, dated April 12, 2007