# EXHIBIT B

**EXHIBIT B**
**Homeward Residential, Inc. as successor to Lendia, Inc. and Lendia LLC**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0031931371 | 31931371 | MISREP - INCOME/EMPLOY | | | $ 8,612.25 |
| 0031968563 | 31968563 | OTHER | MISREP - INCOME/EMPLOY | | $ 10,696.74 |
| 0032067944 | 32067944 | UW - OTHER | | | $ 64,008.06 |
| 0032566424 | 32566424 | UW - OTHER | | | $ 429,553.60 |
| 0032668618 | 32668618 | DOCUMENTATION | MISREP - DEBTS | | $ 37,698.93 |
| 0032969628 | 32969628 | MISREP - DEBTS | | | $ 252,582.70 |
| 0033071051 | 33071051 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 266,872.80 |
| 0033123019 | 33123019 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ 96,823.70 |
| 0033574013 | 33574013 | MISREP - INCOME/EMPLOY | | | $ 118,798.00 |
| 0033619206 | 33619206 | UW - OTHER | | | $ 62,979.05 |
| 0033628413 | 33628413 | UW - OTHER | MISREP - INCOME/EMPLOY | DOCUMENTATION | $ 151,298.80 |
| 0033645698 | 33645698 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 130,608.20 |
| 0033653437 | 33653437 | MISREP - OCCUPANCY | MISREP - DEBTS | | $ 138,119.60 |
| 0033803719 | 33803719 | UW - OTHER | DOCUMENTATION | MISREP - INCOME/EMPLOY | $ 201,427.50 |
| 0040018053 | 40018053 | MISREP - DEBTS | | | $ 280,548.00 |
| 0040048274 | 40048274 | MISREP - INCOME/EMPLOY | | | $ 109,420.80 |
| 0040069379 | 40069379 | UW - OTHER | MISREP - DEBTS | UW - OTHER | $ 245,271.80 |
| 0040315855 | 40315855 | UW - OTHER | | | $ 340,484.30 |
| 0040427619 | 40427619 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 235,679.90 |
| 0040450546 | 40450546 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 209,178.20 |
| 0040505737 | 40505737 | MISREP - OCCUPANCY | | | $ 398,672.80 |
| 0040810665 | 40810665 | MISREP - DEBTS | | | $ 131,518.30 |
| 0040810681 | 40810681 | MISREP - DEBTS | | | $ 163,108.30 |
| 0040813727 | 40813727 | MISREP - DEBTS | | | $ 182,547.50 |

**TOTAL** $ 4,266,509.83

**EXHIBIT B**