# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Choice Mortgage Bank, Inc., as successor to K & B Capital Corp.**

Loan Purchase Agreement, dated January 6, 2005