# EXHIBIT B

**EXHIBIT B**

Choice Mortgage Bank, Inc., as successor to K & B Capital Corp.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0030147615 | 30147615 | MISREP - INCOME/EMPLOY | | | $ 102,050.70 |
| 0030641187 | 30641187 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 158,655.60 |
| 0030894554 | 30894554 | DOCUMENTATION | DOCUMENTATION | | $ 52,960.97 |
| 0031513245 | 31513245 | DOCUMENTATION | | | $ 28,603.31 |
| 0031574999 | 31574999 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 313,006.00 |
| 0031647837 | 31647837 | MISREP - INCOME/EMPLOY | | | $ 180,172.70 |
| 0031680762 | 31680762 | UW - OTHER | | | $ 90,849.99 |
| 0032489718 | 32489718 | UW - OTHER | MISREP - OCCUPANCY | | $ 188,670.10 |

| | | | | TOTAL | $ 1,114,969.37 |
|---|---|---|---|---|---|

**EXHIBIT B**