# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Goldwater Bank, N.A., as successor to Community Banks of Colorado**

Loan Purchase Agreement, dated September 8, 2004

Loan Purchase Agreement, dated September 8, 2004

Loan Purchase Agreement, dated August 7, 2001