# EXHIBIT B

# EXHIBIT B
Goldwater Bank, N.A., as successor to Community Banks of Colorado

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0015810252 | 15810252 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 32,866.55 |
| 0017079500 | 17079500 | MISREP - DEBTS | | | $ 79,297.81 |
| 0017136789 | 17136789 | MISREP - OCCUPANCY | | | $ 203,489.00 |
| 0017414053 | 17414053 | DOCUMENTATION | DOCUMENTATION | | $ 77,726.20 |
| 0017785676 | 17785676 | MISREP - DEBTS | | | $ 18,511.65 |
| 0018216903 | 18216903 | UW - OTHER | | | $ 26,666.32 |
| 0018387241 | 18387241 | UW - OTHER | | | $ 36,623.88 |
| 0018387274 | 18387274 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 37,483.70 |
| 0018647180 | 18647180 | MISREP - DEBTS | | | $ 24,033.97 |
| 0018708149 | 18708149 | UW - OTHER | | | $ 736.85 |
| 0030128490 | 30128490 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 327,515.20 |
| 0030174627 | 30174627 | DOCUMENTATION | | | $ 92,032.99 |
| 0030411870 | 30411870 | DOCUMENTATION | | | $ 18,382.92 |
| 0030777932 | 30777932 | DOCUMENTATION | | | $ 15,199.49 |
| 0030799498 | 30799498 | DOCUMENTATION | | | $ 32,002.99 |
| 0030855555 | 30855555 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 55,217.70 |
| 0031082092 | 31082092 | UW - OTHER | | | $ 676,638.80 |
| 0031130321 | 31130321 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 27,996.97 |
| 0031401748 | 31401748 | DOCUMENTATION | MISREP - OCCUPANCY | | $ 41,656.59 |
| 0031490469 | 31490469 | DOCUMENTATION | | | $ 67,617.43 |
| 0031515265 | 31515265 | OTHER | MISREP - OCCUPANCY | | $ 133,466.80 |
| 0031786171 | 31786171 | MISREP - DEBTS | | | $ 71,048.40 |
| 0032078735 | 32078735 | MISREP - INCOME/EMPLOY | | | $ 95,328.51 |
| 0032102766 | 32102766 | UW - OTHER | | | $ 33,604.73 |
| 0032200636 | 32200636 | MISREP - INCOME/EMPLOY | | | $ 122,909.90 |
| 0033005604 | 33005604 | UW - OTHER | MISREP - DEBTS | | $ 47,528.15 |
| 0033007089 | 33007089 | MISREP - INCOME/EMPLOY | | | $ 36,293.08 |

**EXHIBIT B**

**EXHIBIT B**

Goldwater Bank, N.A., as successor to Community Banks of Colorado

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033007097 | 33007097 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 37,138.20 |
| 0033061888 | 33061888 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 148,476.00 |
| 0033089459 | 33089459 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 64,519.43 |
| 0033089731 | 33089731 | MISREP - INCOME/EMPLOY | | | $ | 72,070.88 |
| 0033167024 | 33167024 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 53,553.19 |
| 0033424169 | 33424169 | UW - OTHER | MISREP - DEBTS | | $ | 129,762.50 |
| 0033434101 | 33434101 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 18,989.00 |
| 0033507120 | 33507120 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ | 100,837.30 |
| 0033541624 | 33541624 | DOCUMENTATION | UW - OTHER | DOCUMENTATION | $ | 77,440.89 |
| 0033601550 | 33601550 | MISREP - INCOME/EMPLOY | | | $ | 136,955.20 |
| 0033642034 | 33642034 | UW - OTHER | | | $ | 47,739.09 |
| 0033769316 | 33769316 | UW - OTHER | UW - OTHER | | $ | 441,477.10 |
| 0040074833 | 40074833 | MISREP - INCOME/EMPLOY | | | $ | 331,002.90 |
| 0040178238 | 40178238 | MISREP - OCCUPANCY | | | $ | 424,130.00 |
| 0040854564 | 40854564 | MISREP - INCOME/EMPLOY | | | $ | 338,184.80 |
| 0040854572 | 40854572 | MISREP - INCOME/EMPLOY | | | $ | 359,821.30 |

**TOTAL**     **$ 5,213,974.36**

**EXHIBIT B**