# EXHIBIT A

# EXHIBIT A
# AGREEMENT
**Branch Banking and Trust Company, as successor by merger to National Penn Bank**

Loan Purchase Agreement, dated February 26, 2004