# EXHIBIT B

EXHIBIT B

Branch Banking and Trust Company, as successor by merger to National Penn Bank

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0030056840 | 30056840 | MISREP - OCCUPANCY | MISREP - BORROWER | | $ 137,338.50 |
| 0030059448 | 30059448 | MISREP - DEBTS | | | $ 154,627.00 |
| 0030379259 | 30379259 | MISREP - INCOME/EMPLOY | | | $ 42,817.28 |
| 0030379317 | 30379317 | DOCUMENTATION | | | $ 24,240.20 |
| 0030853873 | 30853873 | DOCUMENTATION | | | $ 143,388.00 |
| 0030890321 | 30890321 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 229,053.10 |
| 0031280753 | 31280753 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 74,279.95 |
| 0031323967 | 31323967 | MISREP - OCCUPANCY | | | $ 33,220.56 |
| 0031364268 | 31364268 | DOCUMENTATION | | | $ 61,121.57 |
| 0031364649 | 31364649 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 88,507.92 |
| 0031364664 | 31364664 | MISREP - INCOME/EMPLOY | | | $ 33,426.56 |
| 0031370919 | 31370919 | MISREP - DEBTS | | | $ 71,155.20 |
| 0031399553 | 31399553 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 45,499.49 |
| 0031409758 | 31409758 | DOCUMENTATION | | | $ 14,428.04 |
| 0031443567 | 31443567 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 19,191.87 |
| 0031515505 | 31515505 | MISREP - INCOME/EMPLOY | | | $ 61,819.28 |
| 0031688138 | 31688138 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 166,970.70 |
| 0031752603 | 31752603 | DOCUMENTATION | | | $ 42,736.43 |
| 0031791544 | 31791544 | UW - OTHER | | | $ 53,493.96 |
| 0031950322 | 31950322 | DOCUMENTATION | | | $ 108,992.80 |
| 0032031965 | 32031965 | DOCUMENTATION | | | $ 54,943.73 |
| 0032046179 | 32046179 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 165,065.10 |
| 0032275182 | 32275182 | DOCUMENTATION | OTHER | | $ 16,639.30 |
| 0032311862 | 32311862 | DOCUMENTATION | | | $ 80,362.87 |
| 0032409468 | 32409468 | DOCUMENTATION | | | $ 730.68 |
| 0032496655 | 32496655 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 219,437.00 |
| 0032512535 | 32512535 | MISREP - INCOME/EMPLOY | | | $ 190,756.30 |

EXHIBIT B

**EXHIBIT B**

Branch Banking and Trust Company, as successor by merger to National Penn Bank

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032690505 | 32690505 | MISREP - INCOME/EMPLOY | | | $ | 74,251.99 |
| 0032716607 | 32716607 | MISREP - INCOME/EMPLOY | | | $ | 190,860.50 |
| 0032777740 | 32777740 | DOCUMENTATION | | | $ | 168,261.30 |
| 0032801730 | 32801730 | MISREP - INCOME/EMPLOY | | | $ | 103,047.10 |
| 0032801953 | 32801953 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ | 80,517.04 |
| 0032894412 | 32894412 | MISREP - INCOME/EMPLOY | | | $ | 193,783.70 |
| 0032907511 | 32907511 | MISREP - DEBTS | | | $ | 161,478.50 |
| 0032944209 | 32944209 | MISREP - INCOME/EMPLOY | | | $ | 35,120.71 |
| 0032956807 | 32956807 | DOCUMENTATION | | | $ | 129,892.50 |
| 0033108960 | 33108960 | MISREP - INCOME/EMPLOY | | | $ | 216,290.50 |
| 0033109026 | 33109026 | MISREP - DEBTS | | | $ | 84,091.30 |
| 0033147026 | 33147026 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 252,002.30 |
| 0033171380 | 33171380 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 522,751.60 |
| 0033249012 | 33249012 | MISREP - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | $ | 78,639.88 |
| 0033382458 | 33382458 | MISREP - INCOME/EMPLOY | | | $ | 32,683.06 |
| 0033382979 | 33382979 | MISREP - INCOME/EMPLOY | | | $ | 145,336.60 |
| 0033533423 | 33533423 | UW - OTHER | | | $ | 315,109.60 |
| 0033567892 | 33567892 | MISREP - OCCUPANCY | | | $ | 104,972.20 |
| 0033603796 | 33603796 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | MISREP - DEBTS | $ | 286,458.50 |
| 0033618026 | 33618026 | UW - OTHER | | | $ | 157,262.90 |
| 0033653544 | 33653544 | MISREP - DEBTS | | | $ | 96,270.37 |
| 0033706631 | 33706631 | MISREP - INCOME/EMPLOY | | | $ | 173,581.90 |
| 0033733833 | 33733833 | UW - OTHER | DOCUMENTATION | | $ | 87,795.72 |
| 0040001745 | 40001745 | UW - OTHER | | | $ | 171,387.10 |
| 0040403115 | 40403115 | UW - OTHER | MISREP - DEBTS | | $ | 58,243.38 |
| 0040490161 | 40490161 | UW - OTHER | MISREP - DEBTS | | $ | 300,747.30 |
| 0040543928 | 40543928 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 113,313.10 |

**TOTAL**     **$ 6,668,394.04**

**EXHIBIT B**