# EXHIBIT A

# EXHIBIT A
## AGREEMENTS
### Embrace Home Loans, Inc. f/k/a Advanced Financial Services, Inc.

Loan Purchase Agreement, dated September 28, 2006

**Embrace Home Loans, Inc. as successor to Mason Dixon Funding, Inc.**

Loan Purchase Agreement, dated February 17, 2005