# EXHIBIT B

**EXHIBIT B**
Embrace Home Loans, Inc. f/k/a Advanced Financial Services, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0033451956 | 33451956 | MISREP - INCOME/EMPLOY | | | $ 343,187.20 |
| 0033554155 | 33554155 | MISREP - DEBTS | | | $ 80,619.91 |
| 0033682667 | 33682667 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 281,560.20 |
| 0033682774 | 33682774 | UW - OTHER | | | $ 245,325.50 |
| 0033701509 | 33701509 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ 380,822.50 |
| 0033701590 | 33701590 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 821,992.20 |
| 0033730953 | 33730953 | MISREP - DEBTS | | | $ 376,101.40 |
| 0040029225 | 40029225 | UW - OTHER | UW - OTHER | MISREP - INCOME/EMPLOY | $ 25,717.48 |
| 0040029571 | 40029571 | MISREP - INCOME/EMPLOY | UW - OTHER | DOCUMENTATION | $ 63,857.45 |
| 0040040602 | 40040602 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 240,259.10 |
| 0040088064 | 40088064 | MISREP - INCOME/EMPLOY | | | $ 196,322.20 |
| 0040107245 | 40107245 | MISREP - INCOME/EMPLOY | | | $ 767,600.20 |
| 0040122491 | 40122491 | UW - OTHER | MISREP - INCOME/EMPLOY | DOCUMENTATION | $ 65,457.06 |
| 0040177768 | 40177768 | UW - OTHER | MISREP - DEBTS | | $ 150,572.40 |
| 0040177933 | 40177933 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 153,947.80 |
| 0040185746 | 40185746 | DOCUMENTATION | UW - OTHER | MISREP - INCOME/EMPLOY | $ 132,753.20 |
| 0040194763 | 40194763 | MISREP - INCOME/EMPLOY | | | $ 177,993.30 |
| 0040194813 | 40194813 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 313,496.10 |
| 0040194938 | 40194938 | DOCUMENTATION | UW - OTHER | MISREP - INCOME/EMPLOY | $ 84,100.86 |
| 0040211757 | 40211757 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 44,527.26 |
| 0040250995 | 40250995 | MISREP - DEBTS | | | $ 320,300.20 |
| 0040263881 | 40263881 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 188,017.60 |
| 0040271389 | 40271389 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 34,845.30 |
| 0040335796 | 40335796 | MISREP - INCOME/EMPLOY | | | $ 54,382.12 |
| 0040634982 | 40634982 | MISREP - DEBTS | | | $ 17,197.89 |

**TOTAL** $ 5,560,956.43

Exhibit B

**EXHIBIT B**

Embrace Home Loans, Inc. as successor to Mason Dixon Funding, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0032838625 | 32838625 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 206,473.00 |
| 0032838633 | 32838633 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 176,371.50 |
| 0033030339 | 33030339 | MISREP - DEBTS | | | $ 18,044.71 |
| 0033180175 | 33180175 | MISREP - INCOME/EMPLOY | | | $ 107,597.10 |
| 0033527672 | 33527672 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ 169,514.30 |
| 0033533449 | 33533449 | UW - OTHER | | | $ 170,821.10 |
| 0033631433 | 33631433 | MISREP - OCCUPANCY | MISREP - DEBTS | | $ 216,974.90 |
| 0033680711 | 33680711 | MISREP - INCOME/EMPLOY | | | $ 208,968.60 |
| 0033786617 | 33786617 | MISREP - DEBTS | | | $ 95,727.85 |
| 0040057556 | 40057556 | DOCUMENTATION | UW - OTHER | UW - OTHER | $ 234,080.30 |
| 0040114860 | 40114860 | UW - OTHER | | | $ 227,613.40 |
| 0040132532 | 40132532 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 218,781.20 |
| 0040158461 | 40158461 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 148,075.00 |
| 0040251324 | 40251324 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 168,322.00 |
| 0040315350 | 40315350 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 113,306.50 |
| 0040604100 | 40604100 | UW - OTHER | | | $ 132,608.70 |
| | | | | **TOTAL** | **$ 2,613,280.16** |

**EXHIBIT B**