# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Access National Bank, as successor to Access National Mortgage Corporation**

Loan Purchase Agreement (Bulk), dated May 26, 2004

Loan Purchase Agreement (Bulk), dated September 30, 2004

Guaranty Agreement, dated November 19, 2004

Broker Agreement, dated November 13, 2006

Purchase Price and Term Letter, dated November 16, 2005