# EXHIBIT B

**EXHIBIT B**

Access National Bank, as successor to Access National Mortgage Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0030489249 | 30489249 | MISREP - INCOME/EMPLOY | | | $ 116,153.40 |
| 0030783567 | 30783567 | DOCUMENTATION | | | $ 39,704.96 |
| 0030814040 | 30814040 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 122,112.40 |
| 0031049471 | 31049471 | MISREP - INCOME/EMPLOY | | | $ 69,159.90 |
| 0031381114 | 31381114 | MISREP - INCOME/EMPLOY | | | $ 126,632.10 |
| 0031597727 | 31597727 | DOCUMENTATION | | | $ 453.71 |
| 0031703192 | 31703192 | MISREP - INCOME/EMPLOY | | | $ 118,533.10 |
| 0031703358 | 31703358 | MISREP - INCOME/EMPLOY | | | $ 27,190.09 |
| 0031737836 | 31737836 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 309,896.40 |
| 0031737976 | 31737976 | DOCUMENTATION | | | $ 62,125.66 |
| 0031878846 | 31878846 | MISREP - INCOME/EMPLOY | | | $ 169,675.10 |
| 0031878911 | 31878911 | UW - OTHER | DOCUMENTATION | DOCUMENTATION | $ 53,003.34 |
| 0031931926 | 31931926 | DOCUMENTATION | DOCUMENTATION | UW - OTHER | $ 45,669.71 |
| 0031987894 | 31987894 | MISREP - INCOME/EMPLOY | | | $ 87,909.04 |
| 0031993231 | 2030509270 | MISREP - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | $ 214,984.70 |
| 0031993249 | 2040509190 | MISREP - INCOME/EMPLOY | | | $ 281,077.40 |
| 0031993322 | 2010509130 | MISREP - INCOME/EMPLOY | | | $ 25,048.71 |
| 0032394470 | 32394470 | DOCUMENTATION | DOCUMENTATION | | $ 114,212.90 |
| 0032990806 | 32990806 | MISREP - INCOME/EMPLOY | | | $ 61,366.46 |
| 0033367012 | 33367012 | UW - OTHER | | | $ 48,069.24 |
| 0033425729 | 33425729 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 125,218.80 |
| 0040188849 | 40188849 | UW - OTHER | | | $ 269,570.20 |
| 0040199085 | 40199085 | MISREP - INCOME/EMPLOY | | | $ 199,503.20 |
| 0040216350 | 40216350 | UW - OTHER | | | $ 261,560.60 |
| 0040238867 | 40238867 | MISREP - INCOME/EMPLOY | | | $ 74,150.59 |
| 0040428443 | 40428443 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 85,383.91 |
| 0040529653 | 40529653 | MISREP - INCOME/EMPLOY | | | $ 231,433.20 |
| 0040678070 | 40678070 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 169,073.90 |

**EXHIBIT B**

**EXHIBIT B**

Access National Bank, as successor to Access National Mortgage Corporation

| 0045068400 | 45068400 | UW - OTHER | | | $ | 87,718.46 |
|---|---|---|---|---|---|---|
| 0045499142 | 45499142 | DOCUMENTATION | DOCUMENTATION | | $ | 90,415.00 |
| 0045603255 | 45603255 | MISREP - DEBTS | | | $ | 91,427.10 |
| 0045721958 | 45721958 | UW - OTHER | MISREP - DEBTS | | $ | 16,776.69 |
| 0046175113 | 46175113 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 125,375.10 |
| 0046787461 | 46787461 | UW - OTHER | MISREP - DEBTS | | $ | 62,912.20 |

                                                                    **TOTAL**    **$ 3,983,497.27**

**EXHIBIT B**