# EXHIBIT A

## EXHIBIT A
## AGREEMENTS
**Equity Mortgage, LLC**

Broker Agreement, dated September 19, 2001

Loan Purchase Agreement, dated March 3, 2003