# EXHIBIT B

**EXHIBIT B**

Equity Mortgage, LLC

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0011480993 | 11480993 | UW - OTHER | | | $ 447.36 |
| 0011766946 | 11766946 | MISREP - INCOME/EMPLOY | | | $ 48,990.12 |
| 0017666157 | 17666157 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 51,811.35 |
| 0018377010 | 18377010 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 53,616.38 |
| 0018377077 | 18377077 | MISREP - DEBTS | | | $ 28,116.63 |
| 0030124499 | 30124499 | MISREP - INCOME/EMPLOY | | | $ 23,820.12 |
| 0030451199 | 30451199 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 486,402.40 |
| 0030451660 | 30451660 | DOCUMENTATION | | | $ 73,959.70 |
| 0030592810 | 30592810 | MISREP - INCOME/EMPLOY | | | $ 26,422.86 |
| 0032293805 | 32293805 | MISREP - INCOME/EMPLOY | | | $ 213,062.80 |

**TOTAL**   $ 1,006,649.72

**EXHIBIT B**