# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**First Horizon Home Loans Corporation**

Loan Purchase Agreement, dated July 8, 2005

Loan Purchase Agreement, dated September 6, 2001

Broker Agreement, dated August 24, 2005