# EXHIBIT B

**EXHIBIT B**

First Horizon Home Loans Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0017024878 | 17024878 | MISREP - INCOME/EMPLOY | | | $ 82,240.47 |
| 0017070244 | 17070244 | MISREP - DEBTS | | | $ 16,783.60 |
| 0017133802 | 17133802 | UW - OTHER | | | $ 53,951.58 |
| 0017144155 | 17144155 | MISREP - DEBTS | DOCUMENTATION | DOCUMENTATION | $ 99,754.94 |
| 0017281957 | 17281957 | MISREP - INCOME/EMPLOY | | | $ 521,703.90 |
| 0017317439 | 17317439 | DOCUMENTATION | | | $ 15,884.54 |
| 0017439878 | 17439878 | DOCUMENTATION | | | $ 89,959.67 |
| 0017451477 | 17451477 | MISREP - OCCUPANCY | MISREP - DEBTS | | $ 3,735.66 |
| 0017506239 | 17506239 | UW - OTHER | | | $ 8,750.80 |
| 0017567710 | 17567710 | UW - OTHER | | | $ 61,015.46 |
| 0017623620 | 17623620 | MISREP - DEBTS | | | $ 7,177.41 |
| 0017833286 | 17833286 | MISREP - OCCUPANCY | OTHER | | $ 47,339.07 |
| 0017884545 | 17884545 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 61,750.05 |
| 0018546770 | 18546770 | MISREP - INCOME/EMPLOY | | | $ 6,167.10 |
| 0019257575 | 19257575 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 42,234.55 |
| 0019364769 | 19364769 | MISREP - DEBTS | | | $ 83,020.75 |
| 0019430198 | 19430198 | MISREP - INCOME/EMPLOY | | | $ 18,941.49 |
| 0019436245 | 19436245 | MISREP - DEBTS | | | $ 28,763.31 |
| 0019574326 | 19574326 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 33,644.93 |
| 0019889617 | 19889617 | MISREP - DEBTS | | | $ 19,461.38 |
| 0019894039 | 19894039 | MISREP - DEBTS | DOCUMENTATION | | $ 34,197.17 |
| 0019944198 | 19944198 | DOCUMENTATION | MISREP - DEBTS | | $ 21,510.28 |
| 0030202758 | 30202758 | MISREP - INCOME/EMPLOY | | | $ 77,432.50 |
| 0031312135 | 31312135 | MISREP - INCOME/EMPLOY | | | $ 50,995.38 |
| 0032810053 | 32810053 | MISREP - DEBTS | | | $ 184,869.00 |
| 0033462284 | 33462284 | MISREP - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | UW - OTHER | $ 188,862.20 |
| 0035903848 | 35903848 | DOCUMENTATION | | | $ 39,744.19 |

**EXHIBIT B**

**EXHIBIT B**

First Horizon Home Loans Corporation

| | | | | | | |
|---|---|---|---|---|---|---|
| 0038750196 | 38750196 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 124,272.10 |
| 0038809455 | 38809455 | UW - OTHER | DOCUMENTATION | UW - OTHER | $ | 326,051.10 |
| 0038809539 | 38809539 | MISREP - DEBTS | | | $ | 79,243.11 |
| 0039014378 | 39014378 | UW - OTHER | MISREP - INCOME/EMPLOY | DOCUMENTATION | $ | 316,326.60 |
| 0039014675 | 39014675 | MISREP - INCOME/EMPLOY | | | $ | 143,851.20 |
| 0039280615 | 39280615 | UW - OTHER | UW - OTHER | | $ | 613,233.30 |
| 0039280797 | 39280797 | DOCUMENTATION | DOCUMENTATION | | $ | 210,951.70 |
| 0039442256 | 39442256 | MISREP - INCOME/EMPLOY | | | $ | 270,262.20 |
| 0039442397 | 39442397 | DOCUMENTATION | | | $ | 200,866.90 |
| 0039625538 | 39625538 | UW - OTHER | MISREP - INCOME/EMPLOY | DOCUMENTATION | $ | 114,968.60 |
| 0039625777 | 39625777 | UW - OTHER | MISREP - INCOME/EMPLOY | DOCUMENTATION | $ | 147,112.30 |
| 0039687157 | 39687157 | DOCUMENTATION | DOCUMENTATION | | $ | 55,278.20 |
| 0039703954 | 39703954 | MISREP - INCOME/EMPLOY | | | $ | 113,481.00 |
| 0039812284 | 39812284 | MISREP - INCOME/EMPLOY | | | $ | 138,826.20 |
| 0040044018 | 40044018 | MISREP - DEBTS | | | $ | 66,509.11 |
| 0040190738 | 40190738 | MISREP - OCCUPANCY | OTHER | UW - OTHER | $ | 54,716.09 |
| 0040433062 | 40433062 | MISREP - INCOME/EMPLOY | | | $ | 47,664.30 |
| 0040458192 | 40458192 | UW - OTHER | | | $ | 41,935.47 |
| 0040537490 | 40537490 | UW - OTHER | | | $ | 19,974.23 |
| 0040597411 | 40597411 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 117,319.20 |
| 0040674517 | 40674517 | MISREP - DEBTS | | | $ | 43,289.03 |
| 0040682197 | 40682197 | UW - OTHER | | | $ | 51,626.39 |
| 0045010907 | 45010907 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 151,967.80 |
| 0045222510 | 45222510 | MISREP - INCOME/EMPLOY | | | $ | 165,656.50 |
| 0045295136 | 45295136 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 159,447.20 |
| 0045307014 | 45307014 | DOCUMENTATION | | | $ | 687,681.00 |
| 0045395555 | 45395555 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ | 279,732.10 |
| 0045505989 | 45505989 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 1,160,036.00 |

**EXHIBIT B**

**EXHIBIT B**

First Horizon Home Loans Corporation

| | | | | | | |
|---|---|---|---|---|---|---|
| 0045539541 | 45539541 | MISREP - INCOME/EMPLOY | | | $ | 103,053.70 |
| 0045702644 | 45702644 | MISREP - INCOME/EMPLOY | | | $ | 203,224.50 |
| 0045772340 | 45772340 | MISREP - DEBTS | | | $ | 177,784.60 |
| 0046120291 | 46120291 | UW - OTHER | | | $ | 95,789.01 |
| 0046152047 | 46152047 | UW - OTHER | | | $ | 89,282.85 |
| 0046325403 | 46325403 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 178,325.20 |
| 0046350559 | 46350559 | MISREP - INCOME/EMPLOY | | | $ | 92,393.89 |
| 0046530341 | 46530341 | DOCUMENTATION | DOCUMENTATION | | $ | 13,800.37 |
| 0046809620 | 46809620 | MISREP - INCOME/EMPLOY | | | $ | 69,347.38 |
| 0046916359 | 46916359 | UW - OTHER | | | $ | 104,358.70 |
| 0047436787 | 47436787 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 245,582.20 |

| | |
|---|---|
| **TOTAL** | **$ 9,175,112.71** |

**EXHIBIT B**