UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.<br>08-13555 (SCC) |

# **CERTIFICATION OF SERVICE**

I, Mara R. Lieber, of full age, hereby certify as follows:

1.    I am an associate at the law firm of Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110, attorneys for Plaintiff Lehman Brothers Holdings Inc.

2.    On October 26, 2018, I caused true and correct copies of the Plan Administrator's Omnibus Response to the Objections to Motion for Alternative Dispute Resolution Procedures Order for Leave to Amend and Extend the Scope of the Alternative Dispute Resolution Procedures Orders for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [Case No. 08-13555, ECF No. 58968] to be served by filing the same with the Clerk of Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

I certify that the foregoing statements are true to the best of my knowledge.  I am aware that if any of the foregoing statements be willfully false, I am subject to punishment.

Dated:  New York, New York
          October 29, 2018

                                        Respectfully submitted,

                                        By: s/ Mara R. Lieber_____
                                        Mara R. Lieber
                                        WOLLMUTH MAHER & DEUTSCH LLP
                                        500 Fifth Avenue
                                        New York, New York 10110
                                        Telephone: (212) 382-3300
                                        Facsimile: (212) 382-0050

                                        *Counsel for Plaintiff Lehman Brothers Holdings Inc.*