UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (SCC)
                                                              :
           Debtors.                                     :    (Jointly Administered)
                                                              :
---------------------------------------------------------------x    Ref. Docket Nos. 58759-58762 and
                                                                         58950

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                                               ) ss.:
COUNTY OF NEW YORK    )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 25, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 25, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    */s/ Wing Chan*
                                                                    Wing Chan

Sworn to before me this
29th day of October, 2018
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000130084003 ***    LBH TRFNTC (ADDRESS2, ADRKEYID3) 30005



CANYON DISTRESSED OPPORTUNITY INVESTING FUND II, L.P.
ALEX R. ROVIRA
SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019

CANYON DISTRESSED OPPORTUNITY INVESTING
FUND II, L.P.
TRANSFEROR: MORGAN STANLEY & CO.
INTERNATIONAL PLC
ATTN: CORPORATE ACTIONS
C/O CANYON CAPITAL ADVISORS LLC
2000 AVENUE OF THE STARS, 11TH FLOOR
LOS ANGELES, CA 90067

Please note that your claim # 41791 in the above referenced case and in the amount of
$1,000,000.00 allowed at $627,171.09 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CANYON DISTRESSED OPPORTUNITY INVESTING FUND II, L.P.
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: RICH VICHAIDITH; 60 WALL ST.
NEW YORK, NY 10005

No action is required if you do not object to the transfer of your claim. However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    58950    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/25/2018                Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 25, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ARBUS-BEYELER, EMMA | TRANSFEROR: ZURCHER KANTONALBANK, DACHSLERSTRASSE 4, 8702 ZOLLIKON SWITZERLAND |
| CANYON DISTRESSED OPPORTUNITY INVESTING FUND II, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, ATTN: CORPORATE ACTIONS, C/O CANYON CAPITAL ADVISORS LLC, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON DISTRESSED OPPORTUNITY INVESTING FUND II, L.P. | ALEX R. ROVIRA, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CANYON DISTRESSED OPPORTUNITY INVESTING FUND II, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| SENN-STAUB, URSULA | TRANSFEROR: ZURCHER KANTONALBANK, NEUWIS 32, 8700 KUSNACHT ZH  SWITZERLAND |
| UBS AG | TRANSFEROR: ZURCHER KANTONALBANK, ATTN: MR. HUGO KOLLER, BAHNHOFSTRASSE 45, 8001 ZURICH  SWITZERLAND |
| UBS AG | TRANSFEROR: ZURCHER KANTONALBANK, ATTN: MR. HUGO KOLLER, BAHNHOFSTRASSE 45, 8001 ZURICH  SWITZERLAND |
| ZURCHER KANTONALBANK | ATTN: JOHANNA PREISIG OR ESTHER KUONI/ROGER BACHMANN, BAHNHOFSTRASSE 9, ZURICH 8001 SWITZERLAND |
| ZURCHER KANTONALBANK | ARNOLD & PORTER KAYE SCHOLER, ATTN: MICHAEL J. CANNING, 250 W 55TH ST, NEW YORK, NY 10019-9710 |
| ZURCHER KANTONALBANK | ATTN: JOHANNA PREISIG OR ESTHER KUONI/ROGER BACHMANN, BAHNHOFSTRASSE 9, ZURICH 8001 SWITZERLAND |
| ZURCHER KANTONALBANK | ARNOLD & PORTER KAYE SCHOLER, ATTN: MICHAEL J. CANNING, 250 W 55TH ST, NEW YORK, NY 10019-9710 |
| ZURCHER KANTONALBANK | ATTN: JOHANNA PREISIG OR ESTHER KUONI/ROGER BACHMANN, BAHNHOFSTRASSE 9, ZURICH 8001 SWITZERLAND |
| ZURCHER KANTONALBANK | ARNOLD & PORTER KAYE SCHOLER, ATTN: MICHAEL J. CANNING, 250 W 55TH ST, NEW YORK, NY 10019-9710 |
| ZURCHER KANTONALBANK | ATTN: JOHANNA PREISIG OR ESTHER KUONI/ROGER BACHMANN, BAHNHOFSTRASSE 9, ZURICH 8001 SWITZERLAND |
| ZURCHER KANTONALBANK | ARNOLD & PORTER KAYE SCHOLER, ATTN: MICHAEL J. CANNING, 250 W 55TH ST, NEW YORK, NY 10019-9710 |

**Total Creditor Count 15**