UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------------x Ref. Docket Nos. 58746, 58927-58930, 58932, 58933, 58938 and 58939

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 22, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 22, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
24th day of October, 2018
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

CREDIT SUISSE LOAN FUNDING LLC
TRANSFEROR: CREDIT SUISSE ENERGY LLC
ATTN: PAUL GILMORE, ESQ.
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE LOAN FUNDING LLC
CHRISTOPHER CAMPBELL
11 MADISON AVE, 5TH FLOOR
NEW YORK, NY 10010

Please note that your claim # 22815-01 in the above referenced case and in the amount of $53,103,947.31 allowed at $25,905,838.64 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000130060220 ***         LBH TRFNTC (MERGE2, TXNUM2) 4000189546



BAUPOST GROUP SECURITIES, L.L.C.
TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC
10 ST, JAMES AVENUE, SUITE 1700
BOSTON, MA 02116

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 58938 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/22/2018          Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 22, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC, 10 ST, JAMES AVENUE, SUITE 1700, BOSTON, MA 02116 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC, 10 ST. JAMES AVENUE, SUITE 1700, BOSTON, MA 02116 |
| BERNER KANTONALBANK AG | TRANSFEROR: UBS AG, ATTN: SAMUEL STUCKI, POSTFACH, CH-3001 BERN  SWITZERLAND |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: CREDIT SUISSE ENERGY LLC, ATTN: PAUL GILMORE, ESQ., ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE LOAN FUNDING LLC | CHRISTOPHER CAMPBELL, 11 MADISON AVE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: CREDIT SUISSE ENERGY LLC, ATTN: PAUL GILMORE, ESQ., ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE LOAN FUNDING LLC | CHRISTOPHER CAMPBELL, 11 MADISON AVE, 5TH FLOOR, NEW YORK, NY 10010 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JAVANO MANAGEMENT, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JAVANO MANAGEMENT, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| FINECOBANK S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: RONNY SCIRE / FABIO MILANESI, PIAZZA DURANTE, 11, 20131 MILANO  ITALY |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| MEDIOBANCA - BANCA DI CREDITO FINANZIERIO S.P.A. | TRANSFEROR: UBS AG, ATTN: GABRIELE LANZI, VIA FILODRAMMATICI, 5, 20121 MILANO ITALY |
| UBS AG | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, CH-8001 ZURICH  SWITZERLAND |
| UBS AG | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, CH-8001 ZURICH  SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UNIONE DI BANCHE ITALIANE S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: ROBERTA BOSOTTI / SILVANA PISANI, PIAZZA VITTORIO VENETO, 8, 24051 BERGAMO  ITALY |

**Total Creditor Count 27**