UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,                           :   08-13555 (SCC)
                                                                 :
                    Debtors.                                     :   (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x   Ref. Docket Nos. 58796, 58824,
                                                                     58825, 58899-58902, and 58905-
                                                                     58907.
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 23, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 22, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Wing Chan
Wing Chan

Sworn to before me this
25th day of October, 2018
/s/ Diane M. Streany
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

NOVO BANCO S.A. SUCURSAL EN ESPANA
TRANSFEROR: UBS AG
ATTN: ARTUR DE OLIVEIRA GUTERRES
SERRANO 88
MADRID 28006
SPAIN

Please note that your claim # 5359233-75 in the above referenced case and in the amount of $0.00 allowed at $14,900,610.61 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000130061419 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 34397



BARCLAYS BANK PLC
ATTN: ANN BATCHELOR PACE
C/O CARTER LEDYARD & MILBURN LLP
2 WALL STREET
NEW YORK, NY 10005

BARCLAYS BANK PLC
TRANSFEROR: NOVO BANCO S.A. SUCURSAL EN ESPANA
ATTN: DORON ZEIF
745 SEVENTH AVENUE
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 58906 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/23/2018                    Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 23, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| BARCLAYS BANK PLC | TRANSFEROR: NOVO BANCO S.A. SUCURSAL EN ESPANA, ATTN: DORON ZEIF, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: NOVO BANCO S.A. SUCURSAL EN ESPANA, ATTN: DORON ZEIF, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SC HOLDINGS L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MARINER LDC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW |

| Claim Name | Address Information |
|---|---|
| EMPYREAN INVESTMENTS, LLC | YORK, NY 10005 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| NOVO BANCO S.A. SUCURSAL EN ESPANA | TRANSFEROR: CID VEGA, D. AUSTIN, ATTN: ARTUR DE OLIVEIRA GUTERRES, SERRANO 88, MADRID 28006 SPAIN |
| NOVO BANCO S.A. SUCURSAL EN ESPANA | TRANSFEROR: UBS AG, ATTN: ARTUR DE OLIVEIRA GUTERRES, SERRANO 88, MADRID 28006 SPAIN |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC - ATTN OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC - ATTN OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC - ATTN OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | TRANSFEROR: UNION BANCAIRE PRIVEE, UBP SA, ATTN: MR HUGO KOLLER, BAHNHOFSTRASSE 45, 8001 ZURICH SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: RBS COUTTS BANK AG, 96-98 RUE DU RHONE, GENEVA 1211 SWITZERLAND |
| UNIONE DI BANCHE ITALIANE SPA | TRANSFEROR: UBS AG, ATTN: BOSOTTI ROBERTA, PIAZZA VITTORIO VENETO N. 8, BERGAMO (BG) 24121 ITALY |

**Total Creditor Count 40**