UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re                                             :  Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :  08-13555 (SCC)
                                                  :
                    Debtors.                      :  (Jointly Administered)
                                                  :
----------------------------------------------------------------x   Ref. Docket No. 58951

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 23, 2018, I caused to be the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding the Plan Administrator's Objection to Claim Number 15035," dated October 23, 2018 [Docket No. 58951], by causing true and correct copies to be delivered via electronic mail to those parties listed in the annexed Exhibit A.

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
25th day of October, 2018
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# EXHIBIT A

LEHMAN BROTHERS HOLDINGS INC., *et al.*, - Case No. 0813555 (SCC)
Electronic Mail - Additional Parties

ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com
gbray@milbank.com
paronzon@milbank.com
wfoster@milbank.com