UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
:
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (SCC)
                                                                  :
                         Debtors.                                 :   (Jointly Administered)
                                                                  :
-------------------------------------------------------------------x   Ref. Docket Nos. 58809, 58833,
                                                                      58860, 58866-58868, 58909, 58910,
                                                                      58942-58946 and 58948

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 24, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 24, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Wing Chan*
                                                            Wing Chan

Sworn to before me this
29th day of October, 2018
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000130082539 ***      LBH TRFNTC (ADDRESS2, ADRKEYID3) 24841



CITIBANK PRIVATKUNDEN AG & CO. KGAA
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

CITIBANK PRIVATKUNDEN AG & CO. KGAA
C/O TARGOBANK AG & CO, KGAA
ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG
KASERNENSTRASSE 10
40213 DUESSELDORF
 GERMANY

Please note that your claim # 5055404-21 in the above referenced case and in the amount of $56,804.00 allowed at $47,461.61 has been transferred (unless previously expunged by court order)

KEULL, RENATE SOPHIE
TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA
AM KATTERBACH 42
51467 BERGISCH GLADBACH
 GERMANY

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER       58944       in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/24/2018                Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 24, 2018.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| ALLIANZ BANK S.P.A. | TRANSFEROR: DEUTSCHE BANK S.P.A., ATTN: FRANCO BRICHETTI, PIAZZA TRE TORRI, 3, MILANO 20145 ITALY |
| ALLIANZ BANK S.P.A. | TRANSFEROR: DEUTSCHE BANK S.P.A., ATTN: FRANCO BRICHETTI, PIAZZA TRE TORRI, 3, MILANO 20145 ITALY |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANCA MEDIOLANUM S.P.A. | TRANSFEROR: BANCA FIDEURAM S.P.A., ATTN: STEFANO GRECO, VIA F. SFORZA, 15, BASIGLIO (MI) 20080 ITALY |
| BANCA MEDIOLANUM S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: HEAD OF OPERATION CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO (MI) 20080 ITALY |
| BANCA MEDIOLANUM S.P.A. | TRANSFEROR: UBS EUROPE SE, ATTN: HEAD OF OPERATION CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO (MI) 20080 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANK HAPOALIM (SWITZERLAND), LTD. | TRANSFEROR: BANK HAPOALIM B.M., STOCKERSTRASSE 33, ZURICH CH-8027 SWITZERLAND |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SCOGGIN INTERNATIONAL FUND, LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL WEISS RIFKIND WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SCOGGIN INTERNATIONAL FUND, LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL WEISS RIFKIND WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SCOGGIN INTERNATIONAL FUND, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL WEISS RIFKIND WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SCOGGIN INTERNATIONAL FUND, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL WEISS RIFKIND WHARTON & HARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SCOGGIN INTERNATIONAL FUND, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL WEISS RIFKIND WHARTON & GARRISON, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SCOGGIN INTERNATIONAL FUND, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL WEISS RIFKIND WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: CREDIT SUISSE ENERGY LLC, ATTN: PAUL GILMORE, ESQ., ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE LOAN FUNDING LLC | CHRISTOPHER CAMPBELL, 11 MADISON AVE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: CREDIT SUISSE ENERGY LLC, ATTN: PAUL GILMORE, ESQ., ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE LOAN FUNDING LLC | CHRISTOPHER CAMPBELL, 11 MADISON AVE, 5TH FLOOR, NEW YORK, NY 10010 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: CREDIT SUISSE AG, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: CREDIT SUISSE AG, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: CREDIT SUISSE AG, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: CREDIT SUISSE AG, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK S.P.A. | ATTN: MR. ANDREA MOIOLI, PIAZZA DEL CALENDARIO, 3, MILANO 20126 ITALY |
| DEUTSCHE BANK S.P.A. | ATTN: MR. ANDREA MOIOLI, PIAZZA DEL CALENDARIO, 3, MILANO 20126 ITALY |
| HSBC PRIVATE BANK SUISSE SA | F/K/A HSBC GUYERZELLER BANK AG, ATTN: TITSS- CORPORATE ACTIONS DEPARTMENT, QUAI GENERAL-GUISAN 2, PO BOX 3580, GENEVA 3 1211 SWITZERLAND |
| HSBC PRIVATE BANK SUISSE SA | F/K/A HSBC GUYERZELLER BANK AG, ATTN: TITSS- CORPORATE ACTIONS DEPARTMENT, QUAI GENERAL-GUISAN 2, PO BOX 3580, GENEVA 3 1211 SWITZERLAND |
| HSBC PRIVATE BANK SUISSE SA | F/K/A HSBC GUYERZELLER BANK AG, ATTN: TITSS- CORPORATE ACTIONS DEPARTMENT, QUAI GENERAL-GUISAN 2, PO BOX 3580, GENEVA 3 1211 SWITZERLAND |
| HYPOSWISS PRIVATE BANK GENEVE SA | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, RUE DU GENERAL - DUFOUR 3, GENEVA CH-1204 SWITZERLAND |
| HYPOSWISS PRIVATE BANK GENEVE SA | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, RUE DU GENERAL - DUFOUR 3, GENEVA CH-1204 SWITZERLAND |
| HYPOSWISS PRIVATE BANK GENEVE SA | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, RUE DU GENERAL - DUFOUR 3, GENEVA CH-1204 SWITZERLAND |
| KEULL, RENATE SOPHIE | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, AM KATTERBACH 42, 51467 BERGISCH GLADBACH   GERMANY |
| SCOGGIN INTERNATIONAL FUND, LTD | TRANSFEROR: SCOGGIN CAPITAL MANAGEMENT II, SCOGGIN LLC/NICOLE KRAMER, 660 MADISON AVE., 20TH FL, NEW YORK, NY 10065 |
| SCOGGIN INTERNATIONAL FUND, LTD | TRANSFEROR: SCOGGIN CAPITAL MANAGEMENT II, SCOGGIN LLC/NICOLE KRAMER, 660 MADISON AVE., 20TH FL, NEW YORK, NY 10065 |
| SCOGGIN INTERNATIONAL FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC, ATTN: NICOLE KRAMER, 660 MADISON AVENUE, 20TH FLOOR, NEW YORK, NY 10065 |
| SCOGGIN INTERNATIONAL FUND, LTD. | TRANSFEROR: YORVIK PARTNERS LLP, ATTN: NICOLE KRAMER, 660 MADISON AVENUE, 20TH FLOOR, NEW YORK, NY 10065 |
| SCOGGIN INTERNATIONAL FUND, LTD. | TRANSFEROR: SCOGGIN CAPITAL MANAGEMENT II, C/O SCOGGIN LLC, ATTN: NICOLE KRAMER, 660 MADISON AVENUE, 20TH FLOOR, NEW YORK, NY 10065 |
| SCOGGIN INTERNATIONAL FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC, ATTN: NICOLE KRAMER, 660 MADISON AVENUE, 20TH FLOOR, NEW YORK, NY 10065 |
| UBS AG | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., BAHNHOFSTRASSE 45, CH-8001 ZURICH   SWITZERLAND |
| UBS EUROPE SE | F/K/A UBS (ITALIA) SPA, ATTN: VALENTINA NEMBRI, VIA BENIGNO CRESPI 24, MILANO |

| Claim Name | Address Information |
|---|---|
| UBS EUROPE SE | 20159 ITALY |

**Total Creditor Count 57**