United States Bankruptcy Court
Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al.*            Case No. 08-13555 (SCC) (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| King Street Acquisition Company, L.L.C. | Credit Suisse AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Name: King Street Acquisition Company, L.L.C.
Contact Person: Bank Debt
Address: 65 East 55th Street, 30th Floor
         New York, NY 10022
Phone: 212-812-3140
Fax:   646-289-7696
E-mail: bankdebt@kingstreet.com

Last Four Digits of Acct. #:

Court Claim No.: 22854

Allowed Amount of Claim Transferred:
$21,549,573.64

Date Claim Filed: September 21, 2009

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

KING STREET ACQUISITION COMPANY, L.L.C.
BY: KING STREET CAPITAL MANAGEMENT, L.P.
    ITS MANAGER

By: /s/ [signature]                    Date: 10/30/2018
Name:
Title:   Howard Baum
         Authorized Signatory

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

038-20023/AGR/5653918.2

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Credit Suisse AG ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby unconditionally and irrevocably sells, transfers and assigns to KING STREET ACQUISITION COMPANY, L.L.C., its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Special Financing, Inc. (designated as Claim No. 22854) in the allowed amount of $21,549,573.64 in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC), which Claim is subject to, and governed by, that certain Settlement Agreement, dated as of June 12, 2018, by and among Seller, Lehman Brothers Holdings Inc., Lehman Brothers Special Financing, Inc., and the other parties set forth therein [Docket No. 58254] and approved by that certain order, dated July 25, 2018, approving the Settlement Agreement [Docket No. 58434].

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of October 15, 2018.

**CREDIT SUISSE AG**
By: Cayman Islands Branch

By: _____
Name: Douglas DiBella
Title: Authorized Signatory

By: _____
Name:
Title:

**KING STREET ACQUISITION COMPANY, L.L.C.**
By: King Street Capital Management, L.P.
   Its Manager

By: _____
Name:
Title:

038-20023/AGR/5653918.2

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Credit Suisse AG** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby unconditionally and irrevocably sells, transfers and assigns to **KING STREET ACQUISITION COMPANY, L.L.C.**, its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Special Financing, Inc. (designated as Claim No. 22854) in the allowed amount of **$21,549,573.64** in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC), which Claim is subject to, and governed by, that certain Settlement Agreement, dated as of June 12, 2018, by and among Seller, Lehman Brothers Holdings Inc., Lehman Brothers Special Financing, Inc., and the other parties set forth therein [Docket No. 58254] and approved by that certain order, dated July 25, 2018, approving the Settlement Agreement [Docket No. 58434].

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of October 25, 2018.

**CREDIT SUISSE AG**
**By: Cayman Islands Branch**

By: _____
Name:
Title:

By: _____
Name:
Title:

**KING STREET ACQUISITION COMPANY, L.L.C.**
**By: King Street Capital Management, L.P.**
   **Its Manager**

By: _____
Name:
Title:      Howard Baum
         Authorized Signatory

038-20023/AGR/5653918.2