# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
**Ameris Bank, as successor by merger to The Coastal Bank**

Loan Purchase Agreement, dated December 11, 2003