# EXHIBIT B

**EXHIBIT B**

Ameris Bank, as successor by merger to The Coastal Bank

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0031581432 | 31581432 | DOCUMENTATION | | | $ 54,631.47 |
| 0032641201 | 32641201 | DOCUMENTATION | | | $ 43,258.52 |
| 0033537788 | 33537788 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ 562,162.60 |
| | | | | **TOTAL** | **$ 660,052.59** |

**EXHIBIT B**