# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Banco Popular North America**

Loan Purchase Agreement, dated January 26, 2006