# EXHIBIT B

**EXHIBIT B**

Banco Popular North America

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0033493370 | 33493370 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 125,342.69 |
| 0033652363 | 33652363 | UW - OTHER | UW - OTHER | | $ 250,277.46 |
| 0033699844 | 33699844 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 100,790.27 |
| 0033732157 | 33732157 | MISREP - INCOME/EMPLOY | | | $ 84,397.51 |
| 0032957953 | 32957953 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 31,397.08 |
| 0033197609 | 33197609 | MISREP - DEBTS | | | $ 174,120.21 |
| 0033233438 | 33233438 | TBD | | | $ 114,164.06 |
| 0033233503 | 33233503 | UW - OTHER | | | $ 279,445.66 |
| 0033250184 | 33250184 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 180,426.29 |
| 0033383035 | 33383035 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 271,866.96 |
| 0033582693 | 33582693 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ 226,714.43 |
| 0040084378 | 40084378 | MISREP - INCOME/EMPLOY | | | $ 179,175.54 |
| 0040098303 | 40098303 | UW - OTHER | | | $ 225,546.96 |

TOTAL     **$2,243,665.12**

**EXHIBIT B**