# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**E-Loan, Inc.**

Loan Purchase Agreement, dated August 23, 2000

Loan Purchase Agreement (Bulk), dated March 14, 2002

Purchase Price and Term Letter, dated March 6, 2004

Purchase Price and Term Letter, dated July 6, 2004

Purchase Price and Term Letter, dated June 3, 2005

Purchase Price and Term Letter, dated August 11, 2006