# EXHIBIT B

E-Loan, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040238800 | 40238800 | DOCUMENTATION | | | $ 221,763.52 |
| 0040876229 | 40876229 | MISREP - INCOME/EMPLOY | | | $ 303,714.37 |
| 0018433565 | 18433565 | MISREP - DEBTS | | | $ 135,890.30 |
| 0018452862 | 18452862 | TBD | | | $ 75,000.78 |
| 0018593962 | 18593962 | TBD | | | $ 45,437.23 |
| 0018593996 | 18593996 | TBD | | | $ 34,145.35 |
| 0018763417 | 18763417 | DOCUMENTATION | DOCUMENTATION | | $ 145,466.14 |
| 0018763490 | 18763490 | DOCUMENTATION | | | $ 22,115.23 |
| 0040700338 | 40700338 | MISREP - INCOME/EMPLOY | | | $ 168,056.99 |
| 0122073976 | A1040122 | DOCUMENTATION | | | $ 22,511.18 |
| 0122074065 | A1046499 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 257,859.87 |
| 0122074115 | A1051058 | UW - OTHER | | | $ 68,178.12 |
| 0017120239 | A0558646 | DOCUMENTATION | | | $ 520.67 |
| 0017120247 | A0559041 | TBD | | | $ 6,538.85 |
| 0017120254 | A0559086 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 10,411.68 |
| 0017459777 | A0643270 | TBD | | | $ 9,949.61 |
| 0017465253 | A0620568 | MISREP - INCOME/EMPLOY | | | $ 35,801.02 |
| 0017807546 | A0666002 | MISREP - DEBTS | | | $ 113,225.38 |
| 0018054270 | A0700552 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 124,940.77 |
| 0030518559 | 30518559 | DOCUMENTATION | | | $ 45,947.91 |
| 0030518617 | 30518617 | DOCUMENTATION | | | $ 143,207.14 |
| 0030882989 | A0849538 | UW - OTHER | | | $ 149,391.63 |
| 0030883136 | A0845503 | MISREP - DEBTS | DOCUMENTATION | | $ 1,392.02 |
| 0030884449 | A0820969 | MISREP - INCOME/EMPLOY | | | $ 51,821.55 |
| 0030893408 | 30893408 | UW - OTHER | | | $ 18,005.17 |
| 0031873722 | 31873722 | DOCUMENTATION | | | $ 61,272.16 |

**TOTAL**  $ 2,272,564.64

**EXHIBIT B**