# EXHIBIT A

# EXHIBIT A
## AGREEMENTS
**Flagstar Capital Markets Corporation and Flagstar Bank, FSB**

Guaranty Agreement, dated May 22, 2007

Loan Purchase Agreement, dated May 31, 2007