# EXHIBIT B

**EXHIBIT B**

Flagstar Capital Markets Corporation and Flagstar Bank, FSB

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040853327 | 40853327 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 202,181.70 |
| 0040856825 | 40856825 | MISREP - INCOME/EMPLOY | | | $ 296,047.20 |
| 0040860165 | 40860165 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ 298,386.70 |
| 0040860199 | 40860199 | MISREP - INCOME/EMPLOY | | | $ 203,727.10 |
| 0040860306 | 40860306 | MISREP - DEBTS | | | $ 286,682.50 |
| 0040860389 | 40860389 | MISREP - INCOME/EMPLOY | | | $ 263,487.20 |
| 0040860397 | 40860397 | MISREP - INCOME/EMPLOY | | | $ 271,893.10 |
| 0040860561 | 40860561 | MISREP - INCOME/EMPLOY | | | $ 172,282.70 |
| 0040860603 | 40860603 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 285,706.10 |
| 0040867160 | 40867160 | DOCUMENTATION | DOCUMENTATION | | $ 217,497.30 |
| 0040874562 | 40874562 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ 198,779.00 |
| 0040874612 | 40874612 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 444,784.30 |
| 0040877813 | 40877813 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 235,458.10 |
| 0040883993 | 40883993 | MISREP - INCOME/EMPLOY | | | $ 623,770.20 |
| 0040889594 | 40889594 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 194,425.20 |
| 0040889602 | 40889602 | MISREP - DEBTS | | | $ 186,399.40 |
| 0040905739 | 40905739 | MISREP - INCOME/EMPLOY | | | $ 347,293.10 |
| 0040919854 | 40919854 | MISREP - INCOME/EMPLOY | | | $ 164,303.60 |
| 0040919862 | 40919862 | UW - OTHER | | | $ 541,730.00 |
| 0040931578 | 40931578 | MISREP - INCOME/EMPLOY | | | $ 119,378.60 |
| 0040934788 | 40934788 | MISREP - DEBTS | | | $ 270,564.50 |

TOTAL    $ 5,824,777.60

**EXHIBIT B**