# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Mountain America Credit Union and Mountain America Financial Services, LLC**

Loan Purchase Agreement, dated November 22, 2004

Addendum to Loan Purchase Agreement, dated June 1, 2005

Guaranty Agreement, dated June 1, 2005