# EXHIBIT B

**EXHIBIT B**
Mountain America Credit Union and Mountain America Financial Services, LLC

| Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 0031480734 | MISREP - INCOME/EMPLOY | | | $ 21,698.28 |
| 0031663735 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 266,009.50 |
| 0031679194 | MISREP - DEBTS | | | $ 19,431.72 |
| 0031863988 | UW - OTHER | | | $ 39,442.02 |
| 0031998685 | MISREP - OCCUPANCY | | | $ 299,413.70 |
| 0032146292 | UW - OTHER | MISREP - DEBTS | | $ 60,511.60 |
| 0032173676 | DOCUMENTATION | | | $ 152,020.30 |
| 0032173726 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 153,636.50 |
| 0032723090 | MISREP - INCOME/EMPLOY | | | $ 22,026.94 |
| 0032723439 | MISREP - INCOME/EMPLOY | | | $ 26,449.86 |
| 0032800138 | UW - OTHER | | | $ 33,957.71 |
| 0033325044 | MISREP - INCOME/EMPLOY | | | $ 80,021.23 |
| 0033619610 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ 95,883.08 |
| 0033705468 | MISREP - INCOME/EMPLOY | | | $ 167,971.00 |
| 0040008153 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 158,694.80 |
| 0040020687 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 166,628.50 |
| 0040050171 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 195,257.00 |
| 0040068116 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 118,143.00 |
| 0040188138 | MISREP - INCOME/EMPLOY | | | $ 104,228.50 |
| 0040188641 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 218,062.20 |
| 0040188732 | MISREP - INCOME/EMPLOY | | | $ 87,947.95 |
| 0040190191 | MISREP - DEBTS | | | $ 81,061.95 |

**EXHIBIT B**

EXHIBIT B

Mountain America Credit Union and Mountain America Financial Services, LLC

| | | | | | |
|---|---|---|---|---|---|
| 0040205148 | UW - OTHER | MISREP - DEBTS | | $ | 188,074.00 |
| 0040266371 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | UW - OTHER | $ | 67,356.15 |
| 0040315426 | MISREP - DEBTS | | | $ | 215,619.10 |
| 0040338808 | MISREP - OCCUPANCY | | | $ | 174,147.90 |
| 0040385098 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 33,745.95 |
| 0040394538 | MISREP - INCOME/EMPLOY | | | $ | 139,553.40 |
| 0040474124 | UW - OTHER | | | $ | 606,363.10 |
| 0040528606 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 97,845.40 |
| 0040618019 | MISREP - INCOME/EMPLOY | | | $ | 295,833.40 |
| 0040618373 | UW - OTHER | | | $ | 104,951.60 |
| 0040654089 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 128,654.30 |
| 0040668725 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ | 128,889.10 |
| 0040713950 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 43,291.54 |
| 0040721136 | UW - OTHER | MISREP - DEBTS | UW - OTHER | $ | 255,724.10 |
| 0040829475 | OTHER | | | $ | 147,348.90 |

TOTAL  $ 5,195,895.28

EXHIBIT B