# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Mortgage Services III, LLC and First State Bank**

Loan Purchase Agreement, dated May 31, 2007

Guaranty Agreement, dated June 4, 2007