# EXHIBIT B

**EXHIBIT B**

Mortgage Services III, LLC and First State Bank

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040760894 | 40760894 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | UW - OTHER | $ 545,383.00 |
| | | | | TOTAL | $ 545,383.00 |

**EXHIBIT B**