

760 Route 10, Suite 104
Whippany, NJ 07981
Phone: 973-739-9559
Fax: 973-739-9575
www.webbermcgill.com

*Douglas J. McGill, Esq.*
*dmcgill@webbermcgill.com*

November 1, 2018

Clerk
U.S. Bankruptcy Court, Southern District of New York
One Bowling Green
New York, New York 10004

    Re:   *In the Matter of: Lehman Brothers Holdings, Inc.; Case No. 08-13555 (SCC)*

Dear Sir and Madam:

    Please be advised that I no longer represent creditor HCL America, Inc. in the above referenced case. As such, please remove my email address from ECF notices.

Sincerely,

Douglas J. McGill