**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

------------------------------------------------------------------------x    **Ref. Docket No. 59049**

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                          ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 31, 2018, I caused to be served the "September 2018 Post-Effective Operating Report," dated October 31, 2018 [Docket No. 59049], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed <u>Exhibit A</u>,

    b.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed <u>Exhibit B</u>, and

    c.  delivered via electronic mail to those parties listed in the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Konstantina Haidopoulos*
                                                        Konstantina Haidopoulos

Sworn to before me this
2nd day of November, 2018
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

**LBH_59049_FCM_10-31-2018**

WHITE & CASE LLP
ATTN: MICHAEL RUETZEL,
(COUNSEL TO GERMAN ASSOCIATION OF SAVINGS
BANKS)
BOCKENHEIMER LANDSTRASSE 20
60323 FRANKFURT AM MAIN,
GERMANY

**LBH_59049_FCM_10-31-2018**

MCCALLA RAYMER, LLC
ATTN: JEANNE MORTON, ESQ
(COUNSEL TO AMERICA'S SERVICING COMPANY)
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076-2102

**LBH_59049_FCM_10-31-2018**

PAUL HASTINGS LLP
ATTN: MARTIN EDELMAN, ROBERT WERTHEIMBER
(COUNSEL TO 605 THIRD AVENUE FEE LLC)
75 EAST 55TH STREET
NEW YORK, NY 10022

**LBH_59049_FCM_10-31-2018**

KELLEY DRYE & WARREN LLP
ATTN: MARK W. PAGE, ESQ.
(COUNSEL TO BP N.AMERICA, BP ENERGY, BP
CANADA AND
IGI RESOURCES)
333 WEST WACKER DRIVE, 26TH FLOOR
CHICAGO, IL 60606

**LBH_59049_FCM_10-31-2018**

CLIFFORD CHANCE US LLP
ATTN: ANDREW BROZMAN
(COUNSEL TO CALYON AND CALYON SECURITIES)
31 WEST 52ND STREET
NEW YORK, NY 10019-6131

**LBH_59049_FCM_10-31-2018**

TUCKER ARENSBURG, P.C.
ATTN: BEVERLY WEISS MANNE AND
MICHAEL A. SHINER, ESQS.
(COUNSEL TO FEDERAL HOME LOAN BANK OF
PITTSBURGH)
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

**LBH_59049_FCM_10-31-2018**

STAGG, TERENZI, CONFUSIONE & WABNIK, LLP
ATTN: RONALD TERENZI; CARA GOLDSTEIN
(COUNSEL TO LAUREL COVE DEVELOPMENT)
401 FRANKLIN AVENUE
GARDEN CITY, NY 11530

**LBH_59049_FCM_10-31-2018**

EATON CORPORATION
ATTN: MEEKO CHISOLM
1000 EATON BLVD
CLEVELAND, OH 44122

**LBH_59049_FCM_10-31-2018**

EZRA BRUTZKUS GUBNER LLP
ATTN: STEVEN T. GUBNER, ESQ AND COREY R.
WEBER,ESQ
(COUNSEL TO THE CITY OF LONG BEACH)
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367

**LBH_59049_FCM_10-31-2018**

FAEGRE BAKER DANIELS LLP
ATTN: MICHAEL M. KRAUSS
(COUNSEL TO 'SANTA FE ENTITIES')
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402-3901

**LBH 59049 10-31-2018**

Federal Reserve Bank of Philadelphia
Ten Independence Mall
Philadelphia, PA 19106-1574

**EXHIBIT C**

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

adam.lanza@dlapiper.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

adk@msf-law.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

aglenn@kasowitz.com

agold@herrick.com

aisenberg@saul.com

akadish@dtlawgroup.com

akolod@mosessinger.com

alexander.lorenzo@alston.com

allison.holubis@wilsonelser.com

alum@ftportfolios.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amh@amhandlerlaw.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

andrewtenzer@paulhastings.com

angelich.george@arentfox.com

angie.owens@skadden.com

anthony_boccanfuso@aporter.com

aostrow@beckerglynn.com

appleby@chapman.com

aquale@sidley.com

arainone@bracheichler.com

arancier@offitkurman.com

arheaume@riemerlaw.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aschwartz@homerbonner.com

aseuffert@lawpost-nyc.com

ashmead@sewkis.com

asnow@ssbb.com

asomers@rctlegal.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdemay@hsgllp.com

bdk@schlamstone.com

benjamin.mintz@apks.com

bguiney@pbwt.com

| | |
|---|---|
| bmanne@tuckerlaw.com | clynch@reedsmith.com |
| bmiller@mofo.com | cohen@sewkis.com |
| boneill@kramerlevin.com | cp@stevenslee.com |
| brosenblum@jonesday.com | cpappas@dilworthlaw.com |
| brotenberg@wolffsamson.com | cparyse@contrariancapital.com |
| broy@rltlawfirm.com | craig.goldblatt@wilmerhale.com |
| bruce.wright@sutherland.com | craigjustinalbert@gmail.com |
| bsellier@rlrpclaw.com | crmomjian@attorneygeneral.gov |
| bstrickland@wtplaw.com | csalomon@beckerglynn.com |
| btrust@mayerbrown.com | cschreiber@winston.com |
| bturk@tishmanspeyer.com | cshore@whitecase.com |
| bwolfe@sheppardmullin.com | cszyfer@stroock.com |
| cahn@clm.com | cwalsh@mayerbrown.com |
| canelas@pursuitpartners.com | cward@polsinelli.com |
| cbelisle@wfw.com | cweber@ebg-law.com |
| cbelmonte@ssbb.com | cweiss@ingramllp.com |
| cdesiderio@nixonpeabody.com | dallas.bankruptcy@publicans.com |
| cfarley@mccarter.com | dave.davis@isgria.com |
| cgoldstein@stcwlaw.com | david.bennett@tklaw.com |
| chad.husnick@kirkland.com | david.livshiz@freshfields.com |
| chammerman@paulweiss.com | david.powlen@btlaw.com |
| charles@filardi-law.com | david.s.cartee@delta.com |
| charles_malloy@aporter.com | david.tillem@wilsonelser.com |
| chemrick@thewalshfirm.com | david.wender@alston.com |
| chipford@parkerpoe.com | davids@blbglaw.com |
| chris.donoho@hoganlovells.com | davidwheeler@mvalaw.com |
| christopher.greco@kirkland.com | dbarber@bsblawyers.com |
| claude.montgomery@dentons.com | dbaumstein@whitecase.com |

dbesikof@loeb.com

dblack@hsgllp.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

dennis.tracey@hoganlovells.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgoldberg@hsgllp.com

dhayes@mcguirewoods.com

dhealy@hsgllp.com

dheffer@foley.com

dhurst@coleschotz.com

dhw@dhclegal.com

diconzam@gtlaw.com

djcarragher@daypitney.com

djoseph@stradley.com

dkessler@ktmc.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dmark@kasowitz.com

dmcguire@winston.com

dmiller@steinlubin.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dspelfogel@foley.com

dsullivan@hsgllp.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dworkman@bakerlaw.com

easmith@venable.com

ebcalvo@pbfcm.com

ecohen@russellinvestments.com

edelucia@hsgllp.com

edward.flanders@pillsburylaw.com

efisher@binderschwartz.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedmanspring.com

ekbergc@lanepowell.com

eleicht@whitecase.com

ellen.halstead@cwt.com

3

emagnelli@bracheichler.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

etillinghast@sheppardmullin.com

eweinick@otterbourg.com

ezujkowski@emmetmarvin.com

farrington.yates@kobrekim.com

fcarruzzo@kramerlevin.com

ffm@bostonbusinesslaw.com

fhenn@law.nyc.gov

fhyman@mayerbrown.com

foont@foontlaw.com

fsosnick@shearman.com

gabriel.delvirginia@verizon.net

gary.ravertpllc@gmail.com

gavin.alexander@ropesgray.com

gbray@milbank.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@morganlewis.com

gmoss@riemerlaw.com

goldenberg@ssnylaw.com

gspilsbury@jsslaw.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@chadbourne.com

heiser@chapman.com

hmagaliff@r3mlaw.com

holsen@stroock.com

hooper@sewkis.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

irethy@stblaw.com

j.zelloe@stahlzelloe.com

jacobsonn@sec.gov

jalward@blankrome.com

james.berg@piblaw.com

james.mcclammy@dpw.com

james.moore@morganlewis.com

james.sprayregen@kirkland.com

jamesboyajian@gmail.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbeemer@entwistle-law.com

jbrody@americanmlg.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jdoran@haslaw.com

jdwarner@warnerandscheuerman.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@united.com

jeldredge@velaw.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmr@msf-law.com

jnm@mccallaraymer.com

john.beck@hoganlovells.com

john.goodchild@morganlewis.com

john.monaghan@hklaw.com

john.mule@state.mn.us

jonathan.goldblatt@bnymellon.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joshua.dorchak@morganlewis.com

jowen769@yahoo.com

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrapisardi@omm.com

jrosenthal@mhlawcorp.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jtimko@shutts.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwcohen@daypitney.com

jwest@velaw.com

jwh@njlawfirm.com

jzulack@fzwz.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

kek@crb-law.com

ken.coleman@allenovery.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krosen@lowenstein.com

ksebaski@hsgllp.com

kurt.mayr@bgllp.com

kurt.rademacher@morganlewis.com

ladler@laniadlerpartners.com

landon@slollp.com

lapeterson@foley.com

lawallf@pepperlaw.com

lawrence.gelber@srz.com

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lee.whidden@dentons.com

lgomez@msek.com

lgranfield@cgsh.com

lhandelsman@stroock.com

lisa.solomon@att.net

ljkotler@duanemorris.com

lkatz@ltblaw.com

lkiss@klestadt.com

lmarinuzzi@mofo.com

lmcgowen@orrick.com

lnashelsky@mofo.com

loizides@loizides.com

lperlman@hsgllp.com

lschweitzer@cgsh.com

lucdespins@paulhastings.com

mabrams@willkie.com

maofiling@cgsh.com

marc.roitman@ropesgray.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.ellenberg@cwt.com

mark.mckane@kirkland.com

mark.salzberg@squirepb.com

mark.sherrill@sutherland.com

maryann.gagliardi@wilmerhale.com

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

mbenner@tishmanspeyer.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcarthurk@sullcrom.com

mccarthyj@sullcrom.com

mcolomar@diazreus.com

mcordone@stradley.com

mcyganowski@oshr.com

mdorval@stradley.com

meek@eaton.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhanin@kasowitz.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.krauss@faegrebd.com

michael.kraut@morganlewis.com

michael.mccrory@btlaw.com

michael.solow@apks.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mitchell.berger@squirepb.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

mshuster@hsgllp.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

munno@sewkis.com

mvenditto@reedsmith.com

mwarner@coleschotz.com

mwarren@mtb.com

nathan.spatz@pillsburylaw.com

nbinder@binderschwartz.com

nbojar@fklaw.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neil.herman@morganlewis.com

neilberger@teamtogut.com

ngueron@cgr-law.com

nicholas.zalany@squirepb.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

nlieberman@hsgllp.com

notice@bkcylaw.com

nyrobankruptcy@sec.gov

otccorpactions@finra.org

paronzon@milbank.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.meisels@wilsonelser.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

pfinkel@wilmingtontrust.com

phayden@mcguirewoods.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

psp@njlawfirm.com

ptrostle@jenner.com

raj.madan@skadden.com

ramona.neal@hp.com

rbeacher@pryorcashman.com

rbernard@foley.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgoodman@moundcotton.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.lear@hklaw.com

richard@rwmaplc.com

rick.murphy@sutherland.com

rleek@hodgsonruss.com

rmatzat@hahnhessen.com

| | |
|---|---|
| rnetzer@willkie.com | scousins@armstrongteasdale.com |
| robert.honeywell@klgates.com | sdnyecf@dor.mo.gov |
| robert.malone@dbr.com | sehlers@armstrongteasdale.com |
| robert.yalen@usdoj.gov | sfalanga@thewalshfirm.com |
| robin.keller@lovells.com | sfelderstein@ffwplaw.com |
| roger@rnagioff.com | sfineman@lchb.com |
| ross.martin@ropesgray.com | sfox@mcguirewoods.com |
| rpedone@nixonpeabody.com | sgordon@cahill.com |
| rrainer@wmd-law.com | sgraziano@blbglaw.com |
| rroupinian@outtengolden.com | sgubner@ebg-law.com |
| rterenzi@stcwlaw.com | sharbeck@sipc.org |
| russj4478@aol.com | shari.leventhal@ny.frb.org |
| ryaspan@yaspanlaw.com | shgross5@yahoo.com |
| sabin.willett@morganlewis.com | skatona@polsinelli.com |
| sabramowitz@velaw.com | sldreyfuss@hlgslaw.com |
| sabvanrooy@hotmail.com | sleo@bm.net |
| sally.henry@skadden.com | slerman@ebglaw.com |
| samuel.cavior@pillsburylaw.com | slerner@ssd.com |
| sandyscafaria@eaton.com | sloden@diamondmccarthy.com |
| scargill@lowenstein.com | smillman@stroock.com |
| schager@ssnylaw.com | smulligan@bsblawyers.com |
| schannej@pepperlaw.com | snewman@katskykorins.com |
| schepis@pursuitpartners.com | sory@fdlaw.com |
| schnabel.eric@dorsey.com | squsba@stblaw.com |
| schristianson@buchalter.com | sree@lcbf.com |
| scott.golden@hoganlovells.com | sschultz@akingump.com |
| scottj@sullcrom.com | sselbst@herrick.com |
| scottshelley@quinnemanuel.com | sstarr@starrandstarr.com |

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

streusand@slollp.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuber@csglaw.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tgoren@mofo.com

tgrinsell@hsgllp.com

thenderson@americanmlg.com

thomas.califano@dlapiper.com

timothy.harkness@freshfields.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmm@mullaw.org

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

uitkin@kasowitz.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

william.hao@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@beckerglynn.com

wtaylor@mccarter.com

yuwatoko@mofo.com