B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **Lehman Brothers Holdings, Inc**                     Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**DARREN DAVY**                                              **DAVY CAPITAL MANAGEMENT, LLC**
Name of Transferee                                            Name of Transferor

Name and Address where notices to transferee                  Court Claim # (if known): **Case # 08-13555**
should be sent: **9111 COLLINS AVE**                          Amount of Claim: **$65,585.00**
**APT N615, SURFSIDE**                                        Date Claim Filed: **11/02/2009**
**FL, 33154**

Phone: **646-552-6202**                                       Phone: **646-552-6202**
Last Four Digits of Acct #: _____                            Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):
**9111 COLLINS AVE**
**Apt N615, SURFSIDE, FL, 33154**

Phone: **646-552-6202**
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____                                 Date: **10/22/2018**
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.