

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors.</u>         Case <u>No. 08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Joseph Kaspar
_____
Name of Transferee

HSBC Private Bank Suisse SA
_____
Name of Transferor

Name and Address where notices
to transferee should be sent:
Joseph Kaspar, 11 Boulevard Suchet
75016 Paris France

Court Claim # (if known): 51762
Date Claim Filed: 10/28/2009
Amount of Claim: see attached
Portion of Claim Transferred (see
Schedule I): _____

Phone: +33695137786
Last Four Digits of Acct #: N/A

Phone: +41 58 705 47 36
Last Four Digits of Acct #: N/A

Name and Address where transferee
payments should be sent (if different
from above):
Joseph Kaspar and/or Carol Mghzel
CH06 0874 1013 6439 0000 1
Swift: AGRICHGGXXX
Phone: +33695137786

Last Four Digits of Acct #: 0001

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____         Date: 25-10-2018
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN/CUSIP | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amounts or Units |
|---|---|---|---|---|
| ZZ1001934043 (ex ISIN XS0296595910) | 51762 | 10/28/2009 | LEHMAN BROTHERS SEC NV | USD 200,000.00 |