

UBS AG
Europastrasse 2
8152 Opfikon
Switzerland

OQ9C / O5GC-248
INFO MGMT / HEDGE FUNDS / DEFAULT
Stephan Gfeller

BY REGISTERED MAIL
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

+41 44 235 62 83
stephan.gfeller@ubs.com

www.ubs.com



# Message

October 18, 2018

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of           Attention: Clerk of the Court

you are receiving     Evidence of partial transfer of claim: HSBC PRIVATE BANK (SUISSE) S.A. Geneva

☐ for your information    ☐ returned with thanks    ☐ please return
☒ for your records        ☐ please comment          ☒ please confirm receipt
☐ as agreed               ☐ please sign             ☒ please process
☐ please complete         ☐

Remarks
TOCE220   USD 100'000.00   XS0299701655
Transferor: HSBC PRIVATE BANK (SUISSE) S.A. Geneva (Switzerland) / Claim Number: 51762
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Stephan Gfeller
Associate Director

[Lehman Brothers]

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transfers to UBS SWITZERLAND AG("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: 15 June 2018                                    Date: 18 October 2018

**Transferor**                                         **Transferee**

HSBC PRIVATE BANK (SUISSE) S.A.                        UBS AG

Quai des Bergues 9 – 17 / P.O. Box 2888                Bahnhofstrasse 45

CH- 1211 Geneva 1                                      CH-8001 Zurich, Switzerland

                                                       Attn: Mr. Hugo Koller

Signature: _____                              Signature: _____
           Cyril FRESNAY                                          Stephan Gfeller
                                                                  OQ9C/O5GC-56283
Signature: _____                              Signature: _____
           Anthony Grillet

TOCE 220

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN/CUSIP | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amounts or Units |
|---|---|---|---|---|
| XS0299701655 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | USD 100,000.00 |