FILED / RECEIVED
OCT 1 1 2018
EPIQ

OCT 2 4 2018

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings, Inc.,          Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee: **Aarems Holdings Limited** | Name of Transferor: **Coutts & Co AG** Zurich, Switzerland |
| Court Claim #: n/a | Court Claim #: **45221.36** |
| Date Claim Filed: n/a | Date Claim Filed: 10/23/2009 |
| Name and Address where notices to transferee should be sent: | Amount of Claim: Note: This is a partial transfer of claim. See attached Evidence of Transfer of Claim for Details |

Aarems Holdings Limited
P.O. Box 5871
Dubai
United Arab Emirates

| | |
|---|---|
| Phone: +971 50 4514420 | Phone: n/a |
| Email: khushi@khushijewellers.com | Email: n/a |
| Last Four Digits of Acct #: n/a | Last Four Digits of Acct. #: n/a |

Name and Address where transferee payments should be sent (if different from above):

Bank Of Singapore Ltd
63 Market Street,
# 22-00, Bank of Singapore Centre,
Singapore 048942

Phone: +65 6559 8000
Email:
Last Four Digits of Acct #: 3460     Account Name: Aarems Holdings Ltd.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: Sept 13th 2018
     Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Coutts & Co AG, 8045 Zurich, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Aarems Holdings Limited, PO Box 5871, Dubai, United Arab Emirates** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221.36**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 17 July 2018

Coutts & Co AG

By: _____
Name: Erich Vogel
Title: Senior Vice President

By: _____
Name: Hans-Peter Schmid
Title: Director

# SCHEDULE I

## Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0332109221 | 45221.36 | October 23, 2009 | Lehman Brothers Treasury Co. BV | USD 1'000'000.00 |

24.09.18    9.80
CH - 8022    PM
Zürich

2041472     DIE POST

**R** CH-8022 Zürich
Recommandé
étranger
RM 535 872 758 CH
SWISS POST
Please scan - Signature required
Veuillez scanner - Remise contre Signature

R = 12

Epiq Bankruptcy Solutions LLC

Attn: Lehman Brothers Holdings
Claims Processing

777 Third Avenue, 12th Floor

New York, NY 10017

FILED / RECEIVED
OCT 11 2018
EPIQ