

Monaco, 30 October 2018

**United States Bankruptcy Court**
**Southern District of New York**
**One Bowling Green**
**NewYork, NY 10004-1408**

Sent by DHL
N/REF: Legal Department

**Objet: Evidence of Transfer of Claim**

Dear Sirs,

Please find here enclosed the Evidence of Transfer of Claim regarding securities referenced under the ISIN code XS0210433206, Court Claim 55817.

We remain,

Yours Faithfully

COMPAGNIE MONEGASQUE DE BANQUE

J-P. TORELLI
Legal Adviser

S. ZITO
Legal Adviser

OCT 31 2018

23, Avenue de la Costa | B.P. 149      Téléphone +377 93 15 77 77     Swift CMBM MC MX      S.A.M. au Capital de € 111.110.000
98007 Monaco Cedex                     Fax +377 93 25 08 69           www.cmb.mc            R.C.I. 76 S 1557

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Banque J. Safra Sarasin (MONACO) SA**  ("Transferor") unconditionally and irrevocably transferred to _Compagnie Monégasque de Banque____ ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. _55817_**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _12th day of October 2018.

COMPAGNIE MONÉGASQUE DE BANQUE
23, AVENUE DE LA COSTA
B.P. 149
98007 MONACO CEDEX

Jean Paul Torelli
Authorized Representat-

Sylvie Zito
Authorized Representat-

Banque J. Safra Sarasin (Monaco) SA
(Transferor)

By: _Bernard Achary_
Name:  Bernard Achary
Title:   Director

By: _____
Name:  Marc Solsona
Title:   Assistant Vice-President

Page 1 of 2

[(NYCORP:3427113v2:3145E: 07/17/2014--10:33 AM)]

OCT 31

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim No. 55817 :

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0210433206 | 55817 | October 29, 2009 | 6% Lehman Broth.Treasury FR Bmt-N 05-35 | USD 80'000 |

[(NYCORP:3427113v2:3145E: 07/17/2014--10:33 AM)]