**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— x
                                      :     **Chapter 11**

**In re:**                                :

                                        :     **Case No. 08-13555 (SCC)**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :

                                        :

                 **Debtors.**               :

———————————————————————— x

### AMENDED ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDERS FOR INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST CERTAIN MORTGAGE LOAN SELLERS

Upon the motion of Lehman Brothers Holdings Inc. for Leave to Amend and Extend the Scope of the Alternative Dispute Resolution Procedures Orders For Indemnificaiton Claims of the Debtors Against Mortgage Loan Sellers, dated October 1, 2018 [Docket No. 58858] (the "Motion"),[1] of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator, for the amendment of, *inter alia*, Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers PHH Home Loans, LLC, PHH Home Loans, LLC d/b/a Sunbelt Lending Services, Inc., RMR Financial LLC, and Axiom Financial LLC, dated September 14, 2016 [Docket No. 53653] (the "Modified ADR Order"), in the chapter 11 cases of LBHI and its affiliated debtors (collectively, the "Debtors"), all as more fully described in the Motion,

**IT IS HEREBY FOUND AND DETERMINED THAT THE MODIFIED ADR ORDER IS AMENDED AS FOLLOWS:**

A.       The Indemnification ADR Procedures are expanded to include Indemnification Claims arising from this Court's estimation of certain RMBS Trustees' allowed claim in LBHI's

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

bankruptcy [Docket No. 57785] and the allowance of certain RMBS Trustees' claims that were

settled in the ordinary course of business.

       B.      Ira Herman will no longer be included as a potential mediator.

       C.      Schedule A of the Modified ADR Order is supplemented to include the following

mediators:

| Mediator | Contact information |
| --- | --- |
| John Kenney | Hoguet Newman Regal & Kenney, LLP<br>One Grand Central Place<br>60 E 42nd St., 48th Floor<br>New York, New York 10017<br>Tel: (212) 689-8808<br>Email:  jkenney@hnrklaw.com |
| Jon Landers | Scarola Zubatov Schaffzin PLLC<br>1700 Broadway, 41st fllor<br>New York, New York 10019<br>Tel:  (212) 757-0007<br>Email:  jonathan.landers@szslaw.com |
| Monica McCabe | Phillips Nizer LLP<br>485 Lexington Avenue<br>New York, New York 10017<br>Tel:  (212) 841-0713<br>Email:  mmccabe@phillipsnizer.com |
| Dan Murdock | Daniel R. Murdock, Esq.<br>90 Horton Street<br>City Island, New York  10464<br>Tel:  (914) 738-1486 (landline)<br>danielrmurdock@outlook.com |
| Debbie Reperowitz | Stradley Ronon<br>100 Park Avenue, Suite 2000<br>New York, New York 10017<br>Tel:  (212) 812-4138<br>Email:  dreperowitz@stradley.com |
| Hon. Donold H. Steckroth (Ret.) | Cole Schotz P.C.<br>1325 Avenue of the Americas<br>19th Floor |

| | New York, New York 10019<br>Tel: (212)-752-8000<br>Email: dsteckroth@coleschotz.com |
|---|---|

D.      All other aspects of the Modified ADR Order shall remain in effect.


**IT IS SO ORDERED:**

November 7, 2018
New York, New York

                              /S/ Shelley C. Chapman
                              UNITED STATES BANKRUPTCY JUDGE