UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x : | Chapter 11 |
| In re: | : : | Case No. 08-13555 (SCC) |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : : | |
| Debtors. | : x | |

# AMENDED ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDERS FOR INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST CERTAIN MORTGAGE LOAN SELLERS

Upon the motion of Lehman Brothers Holdings Inc. for Leave to Amend and Extend the Scope of the Alternative Dispute Resolution Procedures Orders For Indemnificaiton Claims of the Debtors Against Mortgage Loan Sellers, dated October 1, 2018 [Docket No. 58858] (the "Motion"),[1] of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator, for the amendment of, *inter alia*, Alternative Dispute Resolution Procedures Order For Indemnification Claims of the Debtors Against Mortgage Loan Sellers Universal American Mortgage Company, LLC, Standard Pacific Mortgage, Inc., Shea Mortgage, Inc., CTX Mortgage Company, LLC, PrimeLending, A PlainsCapital, Company, Allied Mortgage Group, Inc., and DHI Mortgage Company, LTD., dated July 21, 2014 [Docket No. 45315] (the "Modified ADR Order"), in the chapter 11 cases of LBHI and its affiliated debtors (collectively, the "Debtors"), all as more fully described in the Motion,

**IT IS HEREBY FOUND AND DETERMINED THAT THE MODIFIED ADR ORDER IS AMENDED AS FOLLOWS:**

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

A. The Modified ADR Order is expanded to include the following Sellers: (i) Bank of England, (ii) Capital Bank Corporation, as successor by merger to TIB Bank, (iii) Crestline Funding Corp., (iv) Eagle Mortgage Holdings, LLC as successor by merger to Eagle Home Mortgage, Inc., (v) First Equity Mortgage Bankers, Inc., (vi) Freedom Mortgage Corporation, (vii) Gateway Mortgage Group LLC, (viii) Mountain West Financial, Inc., and (ix) Paramount Residential Mortgage Group, Inc.

A. The Indemnification ADR Procedures are expanded to include Indemnification Claims arising from this Court's estimation of certain RMBS Trustees' allowed claim in LBHI's bankruptcy [Docket No. 57785] and the allowance of certain RMBS Trustees' claims that were settled in the ordinary course of business.

B. Ira Herman will no longer be included as a potential mediator.

C. Schedule A of the Modified ADR Order is supplemented to include the following mediators:

| Mediator | Contact information |
|---|---|
| John Kenney | Hoguet Newman Regal & Kenney, LLP<br>One Grand Central Place<br>60 E 42nd St., 48th Floor<br>New York, New York 10017<br>Tel: (212) 689-8808<br>Email: jkenney@hnrklaw.com |
| Jon Landers | Scarola Zubatov Schaffzin PLLC<br>1700 Broadway, 41st fllor<br>New York, New York 10019<br>Tel: (212) 757-0007<br>Email: jonathan.landers@szslaw.com |
| Monica McCabe | Phillips Nizer LLP<br>485 Lexington Avenue<br>New York, New York 10017<br>Tel: (212) 841-0713<br>Email: mmccabe@phillipsnizer.com |

| Dan Murdock | Daniel R. Murdock, Esq.<br>90 Horton Street<br>City Island, New York 10464<br>Tel: (914) 738-1486 (landline)<br>danielrmurdock@outlook.com |
|---|---|
| Debbie Reperowitz | Stradley Ronon<br>100 Park Avenue, Suite 2000<br>New York, New York 10017<br>Tel: (212) 812-4138<br>Email: dreperowitz@stradley.com |
| Hon. Donold H. Steckroth (Ret.) | Cole Schotz P.C.<br>1325 Avenue of the Americas<br>19th Floor<br>New York, New York 10019<br>Tel: (212)-752-8000<br>Email: dsteckroth@coleschotz.com |

    D.    All other aspects of the Modified ADR Order shall remain in effect.

**IT IS SO ORDERED:**

November 7, 2018
New York, New York

                                                /S/ Shelley C. Chapman
                                                UNITED STATES BANKRUPTCY JUDGE