FILED / RECEIVED
OCT 25 2018
EPIQ

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re __LEHMAN BROTHERS HOLDINGS Inc__.    Case No. __08-13555__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__SANJAY RAJPOPAT__                          __MIDHAVEN ENTERPRISES LTD__
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): __41325__
should be sent: __2-2-12 SHINOHARA KITA__        Amount of Claim: __$100,000__
__NADA-KU, KOBE 651 0067__                       Date Claim Filed: __10/19/2009__
__KOBE JAPAN__

Phone: __+81 90 3726 4962__                      Phone: _____
Last Four Digits of Acct #: __1174__             Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Sanjay Rajpopat__                       Date: __OCT 19, 2018__
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

