FILED / RECEIVED

OCT 2 6 2018

EPIQ

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **Lehman Brothers Holdings, Inc.**          Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Rapid Bloom Group Limited**
Name of Transferee

**Sunnycroft Global Limited**
Name of Transferor

Name and Address where notices to transferee should be sent:
Ann Margareth Tan
Bank of Singapore Limited, HK Branch
35/F IFC One, 1 Harbour View, Central, HK

Court Claim # (if known): **47765**
Amount of Claim: **141,740**
Date Claim Filed: **27 October 2009**

Phone: **+852 2846 3875**
Last Four Digits of Acct #: **0023**

Phone: **+63917 8816127**
Last Four Digits of Acct. #: **2026**

Name and Address where transferee payments should be sent (if different from above):

Email: bcmirani@gmail.com ; bcmirani@yahoo.com ; annmargareth.tan@bankofsingapore.com ; michelle.lee@bankofsingapore.com
Phone: +63917 8816127 ; +852 2846 3893
Last Four Digits of Acct #: **0023**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **Mr. Bhagwan Chandumal Mirani**     Date: **25 Oct 2018**
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.