

FILED / RECEIVED
OCT 26 2018
EPIQ

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings, Inc.,    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Rapid Bloom Group Limited
Name of Transferee

Sunnycroft Global Limited
Name of Transferor

Name and Address where notices to transferee should be sent:
Ann Margareth Tan
Bank of Singapore Limited, HK Branch
35/F IFC One, 1 Harbour View, Central, HK
Phone: +852 2846 3875
Last Four Digits of Acct #: 6023

Court Claim # (if known): 47767
Amount of Claim: 212,610
Date Claim Filed: 27 October 2009

Phone: +63917 8816127
Last Four Digits of Acct. #: 2026

Name and Address where transferee payments should be sent (if different from above):

Email: bcmirani@gmail.com; bcmirani@yahoo.com; annmargareth.tan@bankofsingapore.com; michelle.lee@bankofsingapore.com
Phone: +63917 8816127, +852 2846 3873
Last Four Digits of Acct #: 0023

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Mr. Bhagwan Chandumal Mirani    Date: 25 Oct 2018
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.