B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings Inc. (Chapter 11)    Case No. 08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

EDF ENERGY NUCLEAR GENERATION LIMITED        BRITISH ENERGY TRADING AND SALES LIMITED
Name of Transferee                                                          Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 19779
should be sent:                                                             Amount of Claim: $3,093,066.84
EDF Energy Nuclear Generation Limited                    Date Claim Filed: 15 September 2008
Barnett Way, Barnwood
Gloucester
GL4 3RS
Phone: _____         Phone: _____
Last Four Digits of Acct #: N/A                                  Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 25/10/18
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.





1 November 2018

United States Bankruptcy Court
Southern District of New York
For the attention of: Lehman Brothers Holdings Inc
One Bowling Green
New York, NY 10004-1408

Dear Sirs

**British Energy Trading and Sales Limited claim in the Lehman Brothers Bankruptcy #19779**

We would like to assign any outstanding receivables due to British Energy Trading and Sales Limited to EDF Energy Nuclear Generation Limited.

Please find enclosed the claim transfer form.

I should be very grateful if you would acknowledge receipt of the claim transfer form to sophie.smith@edf-energy.com

Yours Sincerely

Sophie Smith
Trainee Solicitor
EDF Energy Nuclear Generation Limited

Encl.



EDF Energy
Barnett Way, Barnwood,
Gloucester, Glos GL4 3RS
Tel +44 (0) 1452 653492
Mob +44 (0) 7875 113234

edfenergy.com
EDF Energy (West Burton Power) Limited
Registered in England and Wales.
Registered No. 04267569
Registered office: 40 Grosvenor Place,
Victoria, London SW1X 7EN