

760 Route 10, Suite 104
Whippany, NJ 07981
Phone: 973-739-9559
Fax: 973-739-9575
www.webbermcgill.com

*Douglas McGill, Esq.*
*dmcgill@webbermcgill.com*

November 9, 2018

Clerk
U.S. Bankruptcy Court, Southern District of New York
One Bowling Green
New York, New York 10004

Re:    *In the Matter of: Lehman Brothers Holdings, Inc.; Case No.: 08-13555 (SCC)*

Dear Sir or Madam:

Please be advised that I no longer represent creditors HCL Technologies Ltd. and HCL America, Inc. in the above-referenced matter. I am no longer a party to this case and as such please remove my email address from all ECF notices regarding the matter.

Sincerely,

Douglas J. McGill, Esq.