WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                  :          Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,           :          08-13555 (SCC)
:
Debtors.                        :          (Jointly Administered)
:
------------------------------------------------------------------------x

**NOTICE OF CANCELLATION OF HEARING**
**SCHEDULED FOR NOVEMBER 13, 2018 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing that was scheduled for November 13, 2018 at 10:00 a.m. (Prevailing Eastern Time), before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004-1408 **has been cancelled.**

Dated:  October 9, 2018
        New York, New York

                                                /s/ Garrett A. Fail
                                                Garrett A. Fail

                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Telephone: (212) 310-8000
                                                Facsimile: (212) 310-8007

                                                Attorneys for Lehman Brothers Holdings Inc.
                                                and Certain of Its Affiliates

WEIL:\96794851\1\73217.0004