UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                    :
In re                               :    Chapter 11 Case No.
                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :   08-13555 (SCC)
                                    :
          Debtors.                  :    (Jointly Administered)
                                    :
---------------------------------------------------------------x   Ref. Docket Nos. 56949, 58872-
                                         58874, 58887 and 59041-59044

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 1, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated November 1, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
7th day of November, 2018
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000130322777 ***       LBH TRFNTC (MERGE2, TXNUM2) 4000187588



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: ALEITER HOLDINGS LLC
C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

Please note that your claim # 58352-20 in the above referenced case and in the amount of $15,283,141.10 allowed at $15,000,000.00 has been transferred (unless previously expunged by court order)

HBK MASTER FUND, L.P.
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
C/O HBK SERVICES LLC ATTN: LEGAL
2101 CEDAR SPRINGS ROAD, SUITE 700
DALLAS, TX 75201

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    58874    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/01/2018                Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 1, 2018.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ALEITER HOLDINGS LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ALEITER HOLDINGS LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ALEITER HOLDINGS LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ALEITER HOLDINGS LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ALEITER HOLDINGS LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ALEITER HOLDINGS LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ALEITER HOLDINGS LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN ITALY |
| BANCA IFIGEST SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |
| CASSA LOMBARDA SPA | TRANSFEROR: BANCA AKROS SPA, VIA MANZONI 12, MILANO 20121 ITALY |
| CREDIT AGRICOLE CARIPARMA SPA | TRANSFEROR: BANCA IFIGEST SPA, C/O SERV. CONSULENZA ALLA RETE, VIA LA SPEZIA 138/A, PARMA 43126 ITALY |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: CREDIT SUISSE AG, ATTN: BANK DEBT, 65 EAST 55TH STREET, 30TH |

| Claim Name | Address Information |
|---|---|
| KING STREET ACQUISITION COMPANY, LLC | FLOOR, NEW YORK, NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: CREDIT SUISSE AG, ATTN: BANK DEBT, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: CREDIT SUISSE AG, ATTN: BANK DEBT, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: CREDIT SUISSE AG, ATTN: BANK DEBT, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| MARBLE RIDGE SPECIAL SITUATIONS FUND LP | TRANSFEROR: DRUSILLA LLC, F/K/A GAIUS SPECIAL SITUATIONS FUND LP, 111 WEST 33RD STREET, SUITE 2116, NEW YORK, NY 10120 |
| MARBLE RIDGE SPECIAL SITUATIONS FUND LP | ARNOLD & PORTER KAYE SCHOLER, ATTN: MICHAEL GREENBLATT, 250 W 55TH ST, NEW YORK, NY 10019-9710 |
| MEDIOBANCA BANCA DI CREDITO FINANZIARIO S.P.A. | TRANSFEROR: UBS EUROPE SE, F/K/A BANCA ESPERIA S.P.A., PIAZZETTA ENRICO CUCCIA, 1, 20121 MILANO   ITALY |
| MEDIOBANCA BANCA DI CREDITO FINANZIARIO S.P.A. | TRANSFEROR: UBS EUROPE SE, F/K/A BANCA ESPERIA S.P.A., PIAZZETTA ENRICO CUCCIA, 1, 20121 MILANO   ITALY |
|  |  |
| TRC MASTER FUND LLC | TRANSFEROR: MARBLE RIDGE SPECIAL SITUATIONS FUND LP, ATTN: TERREL ROSS, PO BOX 633, WOODMERE, NY 11598 |
| UBS EUROPE SE | F/K/A UBS (ITALIA) SPA, ATTN: VALENTINA NEMBRI, VIA BENIGNO CRESPI 24, MILANO 20159 ITALY |
| UBS EUROPE SE | F/K/A UBS (ITALIA) SPA, ATTN: VALENTINA NEMBRI, VIA BENIGNO CRESPI 24, 20159 MILANO   ITALY |

**Total Creditor Count 37**