**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------ x
                                                                   :    Chapter 11
In re:                                                             :
                                                                   :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                             :
                                                                   :    (Jointly Administered)
                                Debtors.                           :
                                                                   :    Ref. Docket No. 58931
------------------------------------------------------------------ X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 6, 2018, I caused to be served the "Notice of Defective Transfer," dated October 12, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
13th day of November, 2018
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

# EXHIBIT A

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

HSBC PRIVATE BANK MONACO S.A.
ATTN: GAELLE MIGANI, HEAD OF SECURITIES DEPARTMENT
17 AVENUE D'OSTENDE
MONACO 98000
 MONACO

BAR(23) MAILID \*\*\* 000130343965 \*\*\*        LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1130

MEDIOBANCA S.P.A.
VIA FILODRAMMATICI, 3
20121 MILANO
 ITALY

**Your transfer of claim # 56651 is defective for the reason(s) checked below:**

Other NO MONEY LEFT IN CLAIM 56651-00

Docket Number  58931          Date:  10/12/2018

/s/Betina Wheelon

_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HSBC PRIVATE BANK MONACO S.A. | ATTN: GAELLE MIGANI, HEAD OF SECURITIES DEPARTMENT, 17 AVENUE D'OSTENDE, MONACO 98000 MONACO |
| MEDIOBANCA S.P.A. | VIA FILODRAMMATICI, 3, 20121 MILANO   ITALY |

**Total Creditor Count 2**