**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,                           :    08-13555 (SCC)
                                                                 :
                                  Debtors.                       :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 59052, 59056,
                                                                      59057, 59059-59063 and 59069-
                                                                      59076
```

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 12, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated November 12, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
19th day of November, 2018
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:  BAR(23) MAILID *** 000130391316 ***      LBH TRFNTC (ADDRESS2, ADRKEYID3) 24841



CITIBANK PRIVATKUNDEN AG & CO. KGAA
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

CITIBANK PRIVATKUNDEN AG & CO. KGAA
C/O TARGOBANK AG & CO, KGAA
ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG
KASERNENSTRASSE 10
40213 DUESSELDORF
GERMANY

Please note that your claim # 5055404-22 in the above referenced case and in the amount of $28,402.00 allowed at $24,297.14 has been transferred (unless previously expunged by court order)

VEDDER, VIKTOR
TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA
LUETTICHER STR. 2
50674 KOELN
GERMANY

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     59059     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/12/2018                                     Vito Genna, Clerk of Court

/s/ Angharad Bowdler
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 12, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AAREMS HOLDINGS LIMITED | TRANSFEROR: COUTTS & CO AG, P.O. BOX 5871, DUBAI   UNITED ARAB EMIRATES |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN   ITALY |
| BANCA IFIGEST S.P.A. | TRANSFEROR: BANCA AKROS SPA, ATTN: DR. ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, 50125 FIRENZE   ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANQUE PICTET & CIE SA | TRANSFEROR: CREDIT SUISSE, ATTN: DAVID AESCHLIMANN, ROUTE DES ACACIAS 60, 1211 GENEVA 73   SWITZERLAND |
| BRITISH ENERGY TRADING AND SALES LIMITED | BARNWOOD, BARNET WAY, GLOUCESTER GL43RS UNITED KINGDOM |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| COUTTS & CO AG | F/K/A RBS COUTTS BANK AG, LERCHENSTRASSE 18, 8045 ZURICH   SWITZERLAND |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, CRAVATH, SWAINE & MOORE LLP, MR. RICHARD LEVIN / MS. JENNIFER BOSHAKOVA, 825 8TH AVENUE, NEW YORK, NY 10019 |
| DAVY CAPITAL MANAGEMENT LLC | C/O DARREN DAVY, 9111 COLLINS AVE, UNIT N615, SURFSIDE, FL 33154 |
| DAVY, DARREN | TRANSFEROR: DAVY CAPITAL MANAGEMENT LLC, 9111 COLLINS AVE, APT. N615, SURFSIDE, FL 33154 |
| EDF ENERGY NUCLEAR GENERATION LIMITED | TRANSFEROR: BRITISH ENERGY TRADING AND SALES LIMITED, BARNETT WAY, BARNWOOD, GLOUCESTER GL4 3RS   UNITED KINGDOM |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| ILLIQUIDX LIMITED | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL   UNITED KINGDOM |
| KASPAR, JOSEPH | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, 11 BOULEVARD SUCHET, 75016 PARIS   FRANCE |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: SIMON ORR, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: SIMON ORR, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MIDHAVEN ENTERPRISES LTD | 5F/2-2-12 SHINOHARA KITAMACHI, ATTN: SANJAY RAJOPAT, KITAMCHI, NADA-KU, KOBE 6570068 JAPAN |
| RAJPOPAT, SANJAY | TRANSFEROR: MIDHAVEN ENTERPRISES LTD, 2-2-12 SHINOHARA KITA, NADA-KU, KOBE 6510067   JAPAN |
| RAPID BLOOM GROUP LIMITED | TRANSFEROR: SUNNYCROFT GLOBAL LIMITED VC1489, ATTN: ANN MARGARETH TAN, BANK OF SINGAPORE LIMITED, HK BRANCH, 35/F IFC ONE, 1 HARBOUR VIEW, CENTRAL, HK, HONG KONG   HONG KONG |
| RAPID BLOOM GROUP LIMITED | TRANSFEROR: SUNNYCROFT GLOBAL LIMITED VC1489, ATTN: ANN MARGARETH TAN, BANK OF SINGAPORE LIMITED, HK BRANCH, 35/F IFC ONE, 1 HARBOUR VIEW, CENTRAL, HK, HONG KONG   HONG KONG |
| RAPID BLOOM GROUP LIMITED | TRANSFEROR: SUNNYCROFT GLOBAL LIMITED VC1489, ATTN: ANN MARGARETH TAN, BANK OF SINGAPORE LIMITED, HK BRANCH, 35/F IFC ONE, 1 HARBOUR VIEW, CENTRAL, HK, HONG KONG   HONG KONG |
| STRUCTURED CREDIT OPPORTUNITIES FUND II, L.P. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, ATTN: IAN COHEN, 780 THIRD AVENUE, 29TH FLOOR, NEW YORK, NY 10017 |
| SUNNYCROFT GLOBAL LIMITED VC1489 | C/O BNP PARIBAS WEALTH MANAGEMENT, ATTN: C. CHUNG/C. LEE/YOLANDA SO, 63/F, TWO INTERNATIONAL FINANCE CENTRE, 8 FINANCE STREET, CENTRAL   HONG KONG |

| Claim Name | Address Information |
|---|---|
| SUNNYCROFT GLOBAL LIMITED VC1489 | C/O BNP PARIBAS WEALTH MANAGEMENT, HONG KONG, ATTN: C. CHUNG/C. LEE/Y. SO/N. LAM, 63/F, TWO INTERNATIONAL FINANCE CENTRE, 8 FINANCE STREET, CENTRAL   HONG KONG |
| SUNNYCROFT GLOBAL LIMITED VC1489 | C/O BNP PARIBAS WEALTH MANAGEMENT, HONG KONG, ATTN: C. CHUNG/C. LEE/Y. SO/N. LAM, 63/F, TWO INTERNATIONAL FINANCE CENTRE, 8 FINANCE STREET, CENTRAL   HONG KONG |
| TRICADIA CREDIT STRATEGIES MASTER FUND, LTD. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, ATTN: IAN COHEN, 780 THIRD AVENUE, 29TH FLOOR, NEW YORK, NY 10017 |
| UBS AG | TRANSFEROR: CREDIT SUISSE AG, BAHNHOFSTRASSE 45, CH-8001 ZURICH   SWITZERLAND |
| UBS AG | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: MR. HUGO KOLLER, BAHNHOFSTRASSE 45, CH-8001 ZURICH   SWITZERLAND |
| VEDDER, VIKTOR | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, LUETTICHER STR. 2, 50674 KOELN   GERMANY |

**Total Creditor Count 34**