B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

FILED / RECEIVED

NOV 13 2018

EPIQ

In re LEHMAN BROTHERS HOLDINGS INC.     Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SUNDER DULARAMANI
Name of Transferee

VISION PLUS LIMITED
Name of Transferor

Name and Address where notices to transferee should be sent:
10/FL. FLAT F
CAINE MANSION
88 CAINE ROAD, HONGKONG

Phone: +(852) 6082 6694
Last Four Digits of Acct #: _____

Court Claim # (if known): 43009 and 43010
Amount of Claim: $19566.71 and $38039.60
Date Claim Filed: 10/21/2009

Phone: +(852) 6082 6694
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

AS ABOVE

Phone: _____
Last Four Digits of Acct #: _____

RECEIVED NOV 19

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Sunder KD                                Date: Nov 12th 2018
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.