B 210A (Form 210A) (12/09)

FILED / RECEIVED

NOV **1 6** 2018

EPIQ

# UNITED STATES BANKRUPTCY COURT

In re **LEHMAN BROTHERS HOLDING INC**         Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**GUL TIRATHDAS MIRPURI**
Name of Transferee

**NISHAL HOLDINGS LTD**
Name of Transferor

Name and Address where notices to transferee should be sent: **GUL TIRATHDAS MIRPURI, 26/FL UNIT "F", ESTORIL COURT, BLK 3, 55, MID-LEVELS, HONG KONG**

Phone: **(852) 91852530**
Last Four Digits of Acct #: _____

Court Claim # (if known): **56646**
Amount of Claim: **US$ 357,953.08**
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: **15 NOVEMBER 2018**
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.