# EXHIBIT A

# EXHIBIT A
## AGREEMENTS
**Approved Funding Corp.**

Loan Purchase Agreement, dated April 10, 2003

Loan Purchase Agreement, dated January 14, 2005

Loan Purchase Agreement, dated August 10, 2006

Broker Agreement, dated March 8, 2007