# EXHIBIT B

EXHIBIT B

Approved Funding Corp.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0018238600 | 18238600 | UW - OTHER | | | $ 578,999.10 |
| 0030987135 | 30987135 | MISREP - DEBTS | | | $ 482,338.10 |
| 0031519143 | 31519143 | DOCUMENTATION | | | $ 79,576.19 |
| 0031797541 | 31797541 | MISREP - INCOME/EMPLOY | | | $ 597,174.50 |
| 0031797830 | 31797830 | DOCUMENTATION | | | $ 403,700.60 |
| 0032596132 | 32596132 | MISREP - DEBTS | | | $ 366,223.20 |
| 0032768723 | 32768723 | MISREP - INCOME/EMPLOY | | | $ 239,437.50 |
| 0032816100 | 32816100 | MISREP - INCOME/EMPLOY | | | $ 550,159.00 |
| 0032932576 | 32932576 | UW - OTHER | | | $ 256,833.80 |
| 0033135815 | 33135815 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 198,244.10 |
| 0033135898 | 33135898 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 50,630.99 |
| 0033185349 | 33185349 | MISREP - DEBTS | UW - OTHER | UW - OTHER | $ 223,396.10 |
| 0033188228 | 33188228 | MISREP - INCOME/EMPLOY | | | $ 622,546.40 |
| 0033258377 | 33258377 | DOCUMENTATION | | | $ 165,612.50 |
| 0033313941 | 33313941 | DOCUMENTATION | COLLATERAL | | $ 223,211.00 |
| 0033521618 | 33521618 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 213,826.00 |
| 0033547977 | 33547977 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 142,705.10 |
| 0033551953 | 33551953 | MISREP - DEBTS | | | $ 210,655.80 |
| 0033645581 | 33645581 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 705,298.10 |
| 0033697780 | 33697780 | UW - OTHER | MISREP - DEBTS | UW - OTHER | $ 299,593.40 |
| 0033744111 | 33744111 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 194,783.50 |
| 0040000556 | 40000556 | MISREP - INCOME/EMPLOY | | | $ 81,323.44 |
| 0040000689 | 40000689 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 251,911.40 |
| 0040190134 | 40190134 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 435,792.90 |
| 0040340309 | 40340309 | MISREP - INCOME/EMPLOY | | | $ 52,371.24 |
| 0046753414 | 46753414 | UW - OTHER | MISREP - DEBTS | | $ 462,112.60 |

**EXHIBIT B**

**EXHIBIT B**

Approved Funding Corp.

|  | TOTAL | $ 8,088,456.56 |

**EXHIBIT B**