# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Loan Simple, Inc. f/k/a Ascent Home Loans, Inc. f/k/a Placer Financial Inc.**


Loan Purchase Agreement, dated June 24, 2004

Broker Agreement, dated September 29, 2005