# **EXHIBIT B**

**EXHIBIT B**

Loan Simple, Inc. f/k/a Ascent Home Loans, Inc. f/k/a Placer Financial Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0018234419 | 18234419 | DOCUMENTATION | | | $ 1,525.12 |
| 0018247999 | 18247999 | DOCUMENTATION | UW - OTHER | | $ 30,759.15 |
| 0018873075 | 18873075 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 29,675.26 |
| 0030516231 | 30516231 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 47,129.53 |
| 0030689954 | 30689954 | MISREP - INCOME/EMPLOY | | | $ 87,844.12 |
| 0030721658 | 30721658 | DOCUMENTATION | DOCUMENTATION | | $ 176,663.40 |
| 0031555220 | 31555220 | MISREP - INCOME/EMPLOY | | | $ 89,906.93 |
| 0031954423 | 31954423 | MISREP - DEBTS | | | $ 66,338.87 |
| 0031965536 | 31965536 | MISREP - INCOME/EMPLOY | | | $ 25,933.24 |
| 0032088288 | 32088288 | DOCUMENTATION | | | $ 61,582.75 |
| 0032717571 | 32717571 | MISREP - DEBTS | | | $ 54,912.54 |
| 0032730590 | 32730590 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 55,973.13 |
| 0032778367 | 32778367 | MISREP - OCCUPANCY | UW - OTHER | | $ 21,719.27 |
| 0032811507 | 32811507 | MISREP - DEBTS | | | $ 56,992.50 |
| 0032833873 | 32833873 | MISREP - INCOME/EMPLOY | | | $ 88,737.14 |
| 0032834277 | 32834277 | MISREP - INCOME/EMPLOY | | | $ 73,406.87 |
| 0032924391 | 32924391 | DOCUMENTATION | | | $ 70,998.60 |
| 0033242413 | 33242413 | MISREP - INCOME/EMPLOY | | | $ 48,527.29 |
| 0033254764 | 33254764 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 187,333.30 |
| 0033255084 | 33255084 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 82,899.76 |
| 0033286451 | 33286451 | MISREP - DEBTS | | | $ 267,816.60 |
| 0033329418 | 33329418 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 276,825.40 |
| 0033329756 | 33329756 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 167,547.20 |
| 0033335662 | 33335662 | MISREP - INCOME/EMPLOY | | | $ 40,232.50 |
| 0037480795 | 37480795 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 400,810.10 |
| 0045284189 | 45284189 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 93,150.72 |
| 0045449725 | 45449725 | UW - OTHER | MISREP - DEBTS | | $ 115,303.00 |

**EXHIBIT B**

**EXHIBIT B**

Loan Simple, Inc. f/k/a Ascent Home Loans, Inc. f/k/a Placer Financial Inc.

| 0046302501 | 46302501 | DOCUMENTATION | DOCUMENTATION | | $ | 384,419.10 |
|---|---|---|---|---|---|---|
| | | | | **TOTAL** | **$** | **3,104,963.39** |

**EXHIBIT B**