# EXHIBIT B

**EXHIBIT B**

Bondcorp Realty Services Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0018438978 | 18438978 | MISREP - DEBTS | | | $ 63,384.76 |
| 0031795396 | 31795396 | MISREP - INCOME/EMPLOY | | | $ 207,588.60 |
| 0031795453 | 31795453 | DOCUMENTATION | | | $ 128,598.20 |
| 0032271355 | 32271355 | DOCUMENTATION | | | $ 39,644.96 |
| 0032316135 | 32316135 | DOCUMENTATION | | | $ 14,046.49 |
| 0033058496 | 33058496 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ 847,674.00 |
| 0033566902 | 33566902 | MISREP - INCOME/EMPLOY | | | $ 191,694.50 |
| 0033683657 | 33683657 | MISREP - INCOME/EMPLOY | | | $ 96,118.80 |
| 0040006421 | 40006421 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 198,282.60 |
| 0040042137 | 40042137 | MISREP - DEBTS | | | $ 191,063.00 |
| 0040359101 | 40359101 | UW - OTHER | | | $ 230,718.90 |
| 0040439127 | 40439127 | UW - OTHER | MISREP - DEBTS | UW - OTHER | $ 152,456.80 |
| 0040669012 | 40669012 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 340,114.80 |
| 0040840266 | 40840266 | MISREP - INCOME/EMPLOY | | | $ 467,771.60 |
| 0040852055 | 40852055 | MISREP - INCOME/EMPLOY | | | $ 408,859.90 |

**TOTAL**     **$ 3,578,017.91**

**EXHIBIT B**