# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Broadview Mortgage Corporation**

Loan Purchase Agreement, dated October 14, 2004