# EXHIBIT B

# EXHIBIT B
Broadview Mortgage Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0030321962 | 30321962 | MISREP - INCOME/EMPLOY | | | $ 305,164.80 |
| 0030831887 | 30831887 | MISREP - OCCUPANCY | DOCUMENTATION | DOCUMENTATION | $ 114,051.70 |
| 0031435670 | 31435670 | MISREP - INCOME/EMPLOY | | | $ 105,501.00 |
| 0031437395 | 31437395 | MISREP - DEBTS | | | $ 30,333.81 |
| 0031511512 | 31511512 | UW - OTHER | | | $ 132,239.80 |
| 0032030454 | 32030454 | MISREP - DEBTS | UW - OTHER | | $ 56,863.96 |
| 0032141285 | 32141285 | UW - OTHER | | | $ 251,525.80 |
| 0032203259 | 32203259 | MISREP - INCOME/EMPLOY | | | $ 56,668.67 |
| 0032384588 | 32384588 | MISREP - INCOME/EMPLOY | | | $ 203,299.30 |
| 0032390296 | 32390296 | MISREP - INCOME/EMPLOY | | | $ 50,583.80 |
| 0032397143 | 32397143 | MISREP - OCCUPANCY | MISREP - DEBTS | | $ 151,200.40 |
| 0032403537 | 32403537 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 192,591.60 |
| 0032408387 | 32408387 | MISREP - INCOME/EMPLOY | | | $ 204,908.70 |
| 0032580458 | 32580458 | DOCUMENTATION | | | $ 86,303.71 |
| 0032580508 | 32580508 | DOCUMENTATION | | | $ 63,817.51 |
| 0032629107 | 32629107 | UW - OTHER | | | $ 53,744.57 |
| 0032646754 | 32646754 | DOCUMENTATION | | | $ 43,405.87 |
| 0032814709 | 32814709 | MISREP - INCOME/EMPLOY | | | $ 224,537.30 |
| 0032841801 | 32841801 | MISREP - INCOME/EMPLOY | | | $ 304,141.40 |
| 0033428905 | 33428905 | MISREP - INCOME/EMPLOY | | | $ 97,981.37 |
| 0033430497 | 33430497 | MISREP - INCOME/EMPLOY | | | $ 54,217.66 |
| 0033446618 | 33446618 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 237,272.50 |
| 0033551276 | 33551276 | DOCUMENTATION | UW - OTHER | | $ 611,950.60 |
| 0033731431 | 33731431 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ 243,109.50 |
| 0033737735 | 33737735 | MISREP - INCOME/EMPLOY | | | $ 197,820.20 |
| 0033804741 | 33804741 | MISREP - INCOME/EMPLOY | | | $ 163,801.40 |
| 0040048514 | 40048514 | UW - OTHER | MISREP - OCCUPANCY | | $ 222,554.10 |
| 0040055014 | 40055014 | MISREP - INCOME/EMPLOY | | | $ 142,459.40 |

**EXHIBIT B**

**EXHIBIT B**
Broadview Mortgage Corporation

|  | TOTAL | $ 4,602,050.43 |
|---|---|---|

**EXHIBIT B**