# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Cherry Creek Mortgage Co., Inc.**

Loan Purchase Agreement, dated August 30, 2001

Loan Purchase Agreement, dated September 24, 2004