# EXHIBIT B

**EXHIBIT B**

Cherry Creek Mortgage Co., Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0014415657 | 14415657 | MISREP - DEBTS | | | $ 41,862.63 |
| 0015375694 | 15375694 | MISREP - DEBTS | | | $ 47,823.27 |
| 0015608813 | 15608813 | MISREP - DEBTS | | | $ 37,262.24 |
| 0015993413 | 15993413 | DOCUMENTATION | UW - OTHER | UW - OTHER | $ 71,120.61 |
| 0017449018 | 17449018 | MISREP - INCOME/EMPLOY | | | $ 78,366.69 |
| 0017449042 | 17449042 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 97,241.49 |
| 0017576836 | 17576836 | UW - OTHER | | | $ 15,151.06 |
| 0018841981 | 18841981 | DOCUMENTATION | DOCUMENTATION | | $ 30,188.97 |
| 0030307029 | 30307029 | MISREP - DEBTS | | | $ 191,464.40 |
| 0030417182 | 30417182 | MISREP - DEBTS | | | $ 9,078.54 |
| 0030451256 | 30451256 | DOCUMENTATION | | | $ 146,419.90 |
| 0030492698 | 30492698 | MISREP - INCOME/EMPLOY | | | $ 93,623.23 |
| 0030657779 | 30657779 | MISREP - INCOME/EMPLOY | | | $ 172,255.00 |
| 0030923510 | 30923510 | MISREP - INCOME/EMPLOY | | | $ 77,496.46 |
| 0031027683 | 31027683 | MISREP - OCCUPANCY | | | $ 47,686.13 |
| 0031068158 | 31068158 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 236,932.90 |
| 0031456882 | 31456882 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 72,994.26 |
| 0031604374 | 31604374 | UW - OTHER | | | $ 118,518.30 |
| 0031638091 | 31638091 | MISREP - INCOME/EMPLOY | | | $ 13,673.30 |
| 0031723299 | 31723299 | MISREP - INCOME/EMPLOY | | | $ 122,324.50 |
| 0031837214 | 31837214 | MISREP - INCOME/EMPLOY | | | $ 231,450.60 |
| 0031874993 | 31874993 | MISREP - INCOME/EMPLOY | | | $ 31,234.86 |
| 0031931785 | 31931785 | MISREP - INCOME/EMPLOY | | | $ 23,372.51 |
| 0032038069 | 32038069 | MISREP - DEBTS | | | $ 51,208.87 |
| 0032038341 | 32038341 | MISREP - DEBTS | | | $ 40,423.27 |
| 0032405078 | 32405078 | MISREP - DEBTS | DOCUMENTATION | DOCUMENTATION | $ 54,120.91 |
| 0032432874 | 32432874 | MISREP - INCOME/EMPLOY | | | $ 509,838.10 |
| 0032478760 | 32478760 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 421,495.50 |

**EXHIBIT B**

**EXHIBIT B**

Cherry Creek Mortgage Co., Inc.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032690166 | 32690166 | MISREP - INCOME/EMPLOY | | | $ | 30,473.44 |
| 0032816126 | 32816126 | MISREP - INCOME/EMPLOY | | | $ | 115,545.80 |
| 0033039173 | 33039173 | MISREP - INCOME/EMPLOY | | | $ | 75,346.56 |
| 0033221193 | 33221193 | MISREP - INCOME/EMPLOY | | | $ | 33,521.46 |
| 0033348434 | 33348434 | MISREP - INCOME/EMPLOY | | | $ | 307,777.20 |
| 0033406125 | 33406125 | MISREP - DEBTS | | | $ | 33,829.08 |
| 0033525890 | 33525890 | UW - OTHER | MISREP - DEBTS | OTHER | $ | 504,872.00 |
| 0033630807 | 33630807 | MISREP - DEBTS | | | $ | 8,465.06 |
| 0033658618 | 33658618 | MISREP - INCOME/EMPLOY | | | $ | 125,330.60 |
| 0040008146 | 40008146 | UW - OTHER | | | $ | 239,433.60 |
| 0040024028 | 40024028 | UW - OTHER | | | $ | 6,718.23 |
| 0040049322 | 40049322 | MISREP - DEBTS | | | $ | 167,949.00 |
| 0040064131 | 40064131 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 171,299.20 |
| 0040064255 | 40064255 | UW - OTHER | MISREP - OCCUPANCY | | $ | 161,837.00 |
| 0040064479 | 40064479 | MISREP - DEBTS | | | $ | 14,552.62 |
| 0040064503 | 40064503 | MISREP - INCOME/EMPLOY | | | $ | 136,483.40 |
| 0040069403 | 40069403 | MISREP - OCCUPANCY | | | $ | 166,635.40 |
| 0040069460 | 40069460 | MISREP - DEBTS | | | $ | 233,664.50 |
| 0040165433 | 40165433 | UW - OTHER | MISREP - DEBTS | | $ | 187,576.30 |
| 0040257230 | 40257230 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 138,322.90 |
| 0040377129 | 40377129 | MISREP - INCOME/EMPLOY | | | $ | 153,619.20 |
| 0040909095 | 40909095 | MISREP - DEBTS | UW - OTHER | | $ | 111,774.40 |
| 0047646625 | 47646625 | MISREP - DEBTS | | | $ | 467,879.30 |
| | | | | TOTAL | $ | 6,677,534.75 |

**EXHIBIT B**