UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>    Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>1ST ADVANTAGE MORTGAGE, LLC *et al*.,<br><br>    Defendants. | Central Adversary<br>Docket No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>FIRST BANK,<br><br>    Defendant. | Individual Adversary<br>Docket No. 16-01289 (SCC) |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

  I, Timothy P. Griffin, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent First Bank, a Defendant in the above-referenced bankruptcy proceeding.

  *I certify that I am a member in good standing* of the bar in the State of Minnesota and the bar of the U.S. District Court for the District of Minnesota.

  I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: December 4, 2018                    Respectfully submitted,

                    /s/ *Timothy P. Griffin*
                    Timothy P. Griffin
                    STINSON LEONARD STREET LLP
                    50 South Sixth Street, Suite 2600
                    Minneapolis, MN  55402
                    (612) 335-1500
                    timothy.griffin@stinson.com
                    *Counsel for Defendant First Bank*

2

CORE/9990000.2299/149227432.1