UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>      Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>1ST ADVANTAGE MORTGAGE, LLC *et al*.,<br><br>      Defendants. | Central Adversary<br>Docket No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>FIRST BANK,<br><br>      Defendant. | Individual Adversary<br>Docket No. 16-01289 (SCC) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

  Upon the motion of Timothy P. Griffin, to be admitted, ***pro hac vice***, to represent First Bank, (the "Client") a Defendant in the above-referenced bankruptcy proceeding, and upon the movant's certification and that the movant is a member in good standing of the bar in the State of Minnesota and, the bar of the U.S. District court for the District of Minnesota, it is hereby

**ORDERED**, that Timothy P. Griffin, Esq., is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____
_____, New York        /s/_____
                                         UNITED STATES BANKRUPTCY JUDGE

CORE/9990000.2299/149227645.1