# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**CMG Mortgage, Inc. and CMG Mortgage Services, Inc.**

Loan Purchase Agreement, dated August 1, 2005

Loan Purchase Agreement, dated October 15, 2001

Broker Agreement, dated November 9, 2005

Broker Agreement, dated November 9, 2005

Broker Agreement, dated October 7, 2004