# EXHIBIT B

**EXHIBIT B**

CMG Mortgage, Inc. and CMG Mortgage Services, Inc..

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0017519786 | 17519786 | UW - OTHER | | | $ 3,172.31 |
| 0017633124 | 17633124 | MISREP - INCOME/EMPLOY | | | $ 50,406.78 |
| 0017668195 | 17668195 | DOCUMENTATION | | | $ 49,327.53 |
| 0017915042 | 17915042 | MISREP - INCOME/EMPLOY | | | $ 49,917.05 |
| 0018121145 | 18121145 | MISREP - INCOME/EMPLOY | | | $ 130,650.70 |
| 0018150300 | 18150300 | UW - OTHER | | | $ 304,213.80 |
| 0018181537 | 18181537 | MISREP - DEBTS | | | $ 35,845.42 |
| 0018243048 | 18243048 | MISREP - DEBTS | | | $ 241,900.90 |
| 0018254169 | 18254169 | MISREP - DEBTS | | | $ 375,452.80 |
| 0018289587 | 18289587 | MISREP - INCOME/EMPLOY | | | $ 195,854.50 |
| 0018290908 | 18290908 | MISREP - DEBTS | | | $ 459,233.20 |
| 0018326835 | 18326835 | DOCUMENTATION | DOCUMENTATION | | $ 65,039.43 |
| 0018330100 | 18330100 | MISREP - INCOME/EMPLOY | | | $ 175,773.40 |
| 0018405951 | 18405951 | DOCUMENTATION | DOCUMENTATION | | $ 258,062.90 |
| 0018428524 | 18428524 | MISREP - DEBTS | | | $ 149,995.30 |
| 0018493213 | 18493213 | MISREP - INCOME/EMPLOY | | | $ 66,120.94 |
| 0018522557 | 18522557 | MISREP - INCOME/EMPLOY | | | $ 249,727.30 |
| 0018564039 | 18564039 | UW - OTHER | | | $ 26,617.74 |
| 0018682096 | 18682096 | DOCUMENTATION | MISREP - DEBTS | | $ 135,328.60 |
| 0018789479 | 18789479 | MISREP - INCOME/EMPLOY | | | $ 36,798.16 |
| 0018848457 | 18848457 | DOCUMENTATION | | | $ 12,315.76 |
| 0018992552 | 18992552 | MISREP - DEBTS | | | $ 2,927.28 |
| 0030303556 | 30303556 | MISREP - DEBTS | UW - OTHER | | $ 24,758.01 |
| 0030333603 | 30333603 | UW - OTHER | | | $ 174,116.90 |
| 0030344329 | 30344329 | MISREP - INCOME/EMPLOY | | | $ 45,460.51 |
| 0030384234 | 30384234 | DOCUMENTATION | | | $ 151,482.70 |
| 0030412068 | 30412068 | MISREP - INCOME/EMPLOY | | | $ 107,231.30 |
| 0030452429 | 30452429 | MISREP - DEBTS | | | $ 43,748.74 |

**EXHIBIT B**

**EXHIBIT B**
CMG Mortgage, Inc. and CMG Mortgage Services, Inc..

| | | | | | | |
|---|---|---|---|---|---|---|
| 0030453658 | 30453658 | MISREP - DEBTS | | | $ | 13,556.24 |
| 0030453849 | 30453849 | MISREP - DEBTS | | | $ | 5,753.54 |
| 0030510291 | 30510291 | DOCUMENTATION | | | $ | 88,705.46 |
| 0030526784 | 30526784 | DOCUMENTATION | DOCUMENTATION | | $ | 145,901.90 |
| 0030617591 | 30617591 | DOCUMENTATION | | | $ | 105,645.10 |
| 0030619480 | 30619480 | MISREP - INCOME/EMPLOY | | | $ | 18,321.43 |
| 0030624647 | 30624647 | MISREP - INCOME/EMPLOY | | | $ | 98,935.92 |
| 0030630354 | 30630354 | MISREP - INCOME/EMPLOY | | | $ | 83,091.67 |
| 0030632319 | 30632319 | MISREP - DEBTS | | | $ | 242,239.90 |
| 0030632608 | 30632608 | UW - OTHER | | | $ | 6,577.98 |
| 0030633192 | 30633192 | MISREP - INCOME/EMPLOY | | | $ | 19,116.55 |
| 0030663660 | 30663660 | MISREP - DEBTS | | | $ | 91,696.37 |
| 0030700553 | 30700553 | MISREP - INCOME/EMPLOY | | | $ | 19,043.47 |
| 0030706378 | 30706378 | MISREP - DEBTS | | | $ | 104,560.90 |
| 0030728604 | 30728604 | MISREP - INCOME/EMPLOY | | | $ | 141,191.50 |
| 0030747562 | 30747562 | MISREP - OCCUPANCY | | | $ | 333,892.90 |
| 0030813083 | 30813083 | MISREP - INCOME/EMPLOY | | | $ | 59,478.86 |
| 0030813273 | 30813273 | MISREP - INCOME/EMPLOY | | | $ | 93,891.09 |
| 0030813331 | 30813331 | MISREP - INCOME/EMPLOY | | | $ | 186,731.70 |
| 0030840482 | 30840482 | MISREP - INCOME/EMPLOY | | | $ | 73,772.29 |
| 0030849442 | 30849442 | MISREP - INCOME/EMPLOY | | | $ | 25,691.08 |
| 0030887574 | 30887574 | MISREP - INCOME/EMPLOY | | | $ | 162,617.10 |
| 0030961825 | 30961825 | MISREP - INCOME/EMPLOY | | | $ | 50,207.66 |
| 0030974620 | 30974620 | MISREP - DEBTS | | | $ | 54,127.88 |
| 0030983639 | 30983639 | DOCUMENTATION | | | $ | 43,265.09 |
| 0030984462 | 30984462 | UW - OTHER | | | $ | 102,816.00 |
| 0030984827 | 30984827 | UW - OTHER | | | $ | 13,543.09 |
| 0030995674 | 30995674 | MISREP - DEBTS | | | $ | 41,009.27 |

**EXHIBIT B**

EXHIBIT B
CMG Mortgage, Inc. and CMG Mortgage Services, Inc..

| | | | | | | |
|---|---|---|---|---|---|---|
| 0030998355 | 30998355 | MISREP - DEBTS | | | $ | 41,011.02 |
| 0031035918 | 31035918 | MISREP - INCOME/EMPLOY | | | $ | 208,621.30 |
| 0031037211 | 31037211 | MISREP - INCOME/EMPLOY | | | $ | 122,411.20 |
| 0031067796 | 31067796 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 228,012.80 |
| 0031068281 | 31068281 | MISREP - INCOME/EMPLOY | | | $ | 252,299.60 |
| 0031068349 | 31068349 | MISREP - INCOME/EMPLOY | | | $ | 202,421.90 |
| 0031072564 | 31072564 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 141,788.60 |
| 0031099708 | 31099708 | MISREP - DEBTS | | | $ | 115,452.10 |
| 0031112972 | 31112972 | MISREP - DEBTS | | | $ | 115,072.40 |
| 0031116551 | 31116551 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 127,488.60 |
| 0031157795 | 31157795 | UW - OTHER | | | $ | 83,091.64 |
| 0031177983 | 31177983 | MISREP - DEBTS | | | $ | 95,569.66 |
| 0031186042 | 31186042 | MISREP - INCOME/EMPLOY | | | $ | 44,947.72 |
| 0031186810 | 31186810 | MISREP - DEBTS | | | $ | 153,696.40 |
| 0031188600 | 31188600 | MISREP - DEBTS | | | $ | 32,953.79 |
| 0031194269 | 31194269 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 199,238.20 |
| 0031196512 | 31196512 | MISREP - DEBTS | | | $ | 46,185.82 |
| 0031210347 | 31210347 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 217,160.50 |
| 0031218977 | 31218977 | MISREP - INCOME/EMPLOY | | | $ | 192,493.00 |
| 0031219199 | 31219199 | MISREP - INCOME/EMPLOY | | | $ | 175,725.10 |
| 0031240633 | 31240633 | DOCUMENTATION | | | $ | 25,486.70 |
| 0031251820 | 31251820 | MISREP - DEBTS | | | $ | 34,305.20 |
| 0031275621 | 31275621 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 84,171.89 |
| 0031286826 | 31286826 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 254,075.40 |
| 0031287642 | 31287642 | MISREP - INCOME/EMPLOY | | | $ | 16,336.11 |
| 0031298870 | 31298870 | MISREP - INCOME/EMPLOY | | | $ | 208,757.90 |
| 0031305485 | 31305485 | MISREP - DEBTS | | | $ | 40,359.12 |
| 0031305584 | 31305584 | MISREP - DEBTS | | | $ | 153,064.50 |

**EXHIBIT B**

**EXHIBIT B**
CMG Mortgage, Inc. and CMG Mortgage Services, Inc..

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031317878 | 31317878 | MISREP - INCOME/EMPLOY | | | $ | 17,810.25 |
| 0031325343 | 31325343 | MISREP - INCOME/EMPLOY | | | $ | 80,701.27 |
| 0031335144 | 31335144 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 135,460.40 |
| 0031340169 | 31340169 | MISREP - DEBTS | | | $ | 306,689.50 |
| 0031340433 | 31340433 | MISREP - DEBTS | | | $ | 108,227.60 |
| 0031364151 | 31364151 | MISREP - INCOME/EMPLOY | | | $ | 12,834.60 |
| 0031365331 | 31365331 | MISREP - INCOME/EMPLOY | | | $ | 35,074.13 |
| 0031395346 | 31395346 | MISREP - INCOME/EMPLOY | | | $ | 342,759.10 |
| 0031404999 | 31404999 | DOCUMENTATION | | | $ | 43,459.40 |
| 0031423346 | 31423346 | DOCUMENTATION | DOCUMENTATION | | $ | 383,252.60 |
| 0031423668 | 31423668 | MISREP - INCOME/EMPLOY | | | $ | 234,769.90 |
| 0031447162 | 31447162 | UW - OTHER | | | $ | 38,818.79 |
| 0031447238 | 31447238 | UW - OTHER | | | $ | 135,118.00 |
| 0031447477 | 31447477 | MISREP - INCOME/EMPLOY | | | $ | 141,501.30 |
| 0031447519 | 31447519 | DOCUMENTATION | | | $ | 50,425.79 |
| 0031453715 | 31453715 | MISREP - INCOME/EMPLOY | | | $ | 104,648.70 |
| 0031453806 | 31453806 | DOCUMENTATION | UW - OTHER | | $ | 46,242.86 |
| 0031483340 | 31483340 | MISREP - DEBTS | | | $ | 74,050.10 |
| 0031487168 | 31487168 | MISREP - INCOME/EMPLOY | | | $ | 146,917.50 |
| 0031498116 | 31498116 | MISREP - INCOME/EMPLOY | | | $ | 120,990.40 |
| 0031498249 | 31498249 | DOCUMENTATION | | | $ | 44,283.22 |
| 0031498348 | 31498348 | MISREP - DEBTS | | | $ | 43,334.23 |
| 0031515968 | 31515968 | DOCUMENTATION | | | $ | 44,884.31 |
| 0031516032 | 31516032 | MISREP - DEBTS | | | $ | 52,000.88 |
| 0031527831 | 31527831 | MISREP - INCOME/EMPLOY | | | $ | 209,875.40 |
| 0031528904 | 31528904 | MISREP - INCOME/EMPLOY | DOCUMENTATION | DOCUMENTATION | $ | 136,330.30 |
| 0031540602 | 31540602 | MISREP - INCOME/EMPLOY | | | $ | 106,419.80 |
| 0031540685 | 31540685 | MISREP - INCOME/EMPLOY | | | $ | 79,209.98 |

**EXHIBIT B**

**EXHIBIT B**
CMG Mortgage, Inc. and CMG Mortgage Services, Inc..

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031541170 | 31541170 | UW - OTHER | | | $ | 175,911.00 |
| 0031544646 | 31544646 | DOCUMENTATION | | | $ | 18,148.97 |
| 0031552490 | 31552490 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 1,888.99 |
| 0031558398 | 31558398 | MISREP - DEBTS | | | $ | 305,991.00 |
| 0031558430 | 31558430 | DOCUMENTATION | | | $ | 81,383.93 |
| 0031559560 | 31559560 | DOCUMENTATION | | | $ | 77,410.13 |
| 0031570922 | 31570922 | UW - OTHER | MISREP - DEBTS | | $ | 246,496.80 |
| 0031586514 | 31586514 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 162,123.30 |
| 0031586571 | 31586571 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 41,709.99 |
| 0031602519 | 31602519 | DOCUMENTATION | | | $ | 38,375.30 |
| 0031607948 | 31607948 | MISREP - INCOME/EMPLOY | | | $ | 248,043.70 |
| 0031624323 | 31624323 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 45,488.53 |
| 0031630239 | 31630239 | MISREP - INCOME/EMPLOY | | | $ | 104,879.30 |
| 0031630627 | 31630627 | MISREP - INCOME/EMPLOY | | | $ | 98,378.78 |
| 0031659907 | 31659907 | MISREP - DEBTS | | | $ | 70,446.68 |
| 0031661366 | 31661366 | DOCUMENTATION | | | $ | 237,886.60 |
| 0031661622 | 31661622 | DOCUMENTATION | DOCUMENTATION | | $ | 236,106.00 |
| 0031663255 | 31663255 | MISREP - INCOME/EMPLOY | | | $ | 64,113.23 |
| 0031665375 | 31665375 | DOCUMENTATION | | | $ | 76,322.00 |
| 0031668361 | 31668361 | MISREP - DEBTS | | | $ | 70,280.10 |
| 0031668809 | 31668809 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 174,339.70 |
| 0031673213 | 31673213 | DOCUMENTATION | | | $ | 72,108.97 |
| 0031673825 | 31673825 | UW - OTHER | | | $ | 240,312.00 |
| 0031674278 | 31674278 | MISREP - DEBTS | | | $ | 74,196.47 |
| 0031683246 | 31683246 | DOCUMENTATION | | | $ | 72,321.52 |
| 0031683873 | 31683873 | MISREP - INCOME/EMPLOY | | | $ | 122,031.80 |
| 0031688724 | 31688724 | DOCUMENTATION | | | $ | 36,004.95 |
| 0031690548 | 31690548 | UW - OTHER | | | $ | 159,531.30 |

**EXHIBIT B**

**EXHIBIT B**
CMG Mortgage, Inc. and CMG Mortgage Services, Inc..

| 0031698863 | 31698863 | MISREP - DEBTS | | | $ | 29,369.08 |
|---|---|---|---|---|---|---|
| 0031701386 | 31701386 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 64,096.95 |
| 0031701543 | 31701543 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 40,002.68 |
| 0031701600 | 31701600 | MISREP - INCOME/EMPLOY | | | $ | 139,296.60 |
| 0031702095 | 31702095 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 154,981.20 |
| 0031703127 | 31703127 | MISREP - INCOME/EMPLOY | | | $ | 117,047.60 |
| 0031707581 | 31707581 | UW - OTHER | | | $ | 50,073.98 |
| 0031707623 | 31707623 | MISREP - INCOME/EMPLOY | | | $ | 22,916.96 |
| 0031711104 | 31711104 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 146,492.00 |
| 0031711161 | 31711161 | MISREP - INCOME/EMPLOY | | | $ | 44,028.87 |
| 0031712490 | 31712490 | UW - OTHER | | | $ | 100,129.60 |
| 0031712995 | 31712995 | MISREP - INCOME/EMPLOY | | | $ | 182,687.10 |
| 0031713076 | 31713076 | MISREP - DEBTS | | | $ | 58,864.02 |
| 0031733710 | 31733710 | UW - OTHER | MISREP - OCCUPANCY | | $ | 38,186.71 |
| 0031737919 | 31737919 | MISREP - DEBTS | | | $ | 113,481.00 |
| 0031763311 | 31763311 | DOCUMENTATION | | | $ | 107,229.40 |
| 0031763733 | 31763733 | DOCUMENTATION | DOCUMENTATION | | $ | 120,311.20 |
| 0031764624 | 31764624 | MISREP - INCOME/EMPLOY | | | $ | 226,562.30 |
| 0031776818 | 31776818 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 190,178.10 |
| 0031776982 | 31776982 | DOCUMENTATION | DOCUMENTATION | UW - OTHER | $ | 47,607.22 |
| 0031779283 | 31779283 | MISREP - DEBTS | | | $ | 82,349.79 |
| 0031781966 | 31781966 | MISREP - DEBTS | | | $ | 32,620.37 |
| 0031783178 | 31783178 | MISREP - INCOME/EMPLOY | | | $ | 186,037.10 |
| 0031791270 | 31791270 | MISREP - INCOME/EMPLOY | | | $ | 59,786.96 |
| 0031792120 | 31792120 | MISREP - INCOME/EMPLOY | | | $ | 153,623.70 |
| 0031792658 | 31792658 | MISREP - INCOME/EMPLOY | | | $ | 130,862.60 |
| 0031801632 | 31801632 | DOCUMENTATION | DOCUMENTATION | | $ | 29,687.13 |
| 0031801756 | 31801756 | UW - OTHER | | | $ | 31,723.53 |

**EXHIBIT B**

**EXHIBIT B**
CMG Mortgage, Inc. and CMG Mortgage Services, Inc..

| 0031819402 | 31819402 | MISREP - INCOME/EMPLOY | | | $ | 215,544.90 |
|---|---|---|---|---|---|---|
| 0031822364 | 31822364 | UW - OTHER | | | $ | 55,024.88 |
| 0031828122 | 31828122 | MISREP - INCOME/EMPLOY | | | $ | 411,439.50 |
| 0031837792 | 31837792 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 103,142.10 |
| 0031837842 | 31837842 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 263,906.60 |
| 0031837974 | 31837974 | MISREP - DEBTS | | | $ | 33,478.33 |
| 0031842313 | 31842313 | DOCUMENTATION | | | $ | 66,559.28 |
| 0031853518 | 31853518 | DOCUMENTATION | UW - OTHER | DOCUMENTATION | $ | 156,086.50 |
| 0031861396 | 31861396 | DOCUMENTATION | | | $ | 18,778.29 |
| 0031872005 | 31872005 | MISREP - INCOME/EMPLOY | | | $ | 140,092.10 |
| 0031874829 | 31874829 | MISREP - DEBTS | | | $ | 177,380.20 |
| 0031875107 | 31875107 | MISREP - INCOME/EMPLOY | | | $ | 95,897.48 |
| 0031875206 | 31875206 | UW - OTHER | | | $ | 33,344.34 |
| 0031883135 | 31883135 | UW - OTHER | | | $ | 93,832.82 |
| 0031892466 | 31892466 | MISREP - OCCUPANCY | | | $ | 277,809.90 |
| 0031892649 | 31892649 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 53,751.79 |
| 0031895733 | 31895733 | MISREP - INCOME/EMPLOY | | | $ | 284,105.00 |
| 0031907520 | 31907520 | MISREP - INCOME/EMPLOY | | | $ | 255,551.10 |
| 0031907603 | 31907603 | UW - OTHER | | | $ | 37,452.20 |
| 0031908627 | 31908627 | MISREP - DEBTS | | | $ | 108,942.80 |
| 0031924368 | 31924368 | DOCUMENTATION | | | $ | 41,752.11 |
| 0031924426 | 31924426 | MISREP - DEBTS | | | $ | 24,843.76 |
| 0031928823 | 31928823 | MISREP - INCOME/EMPLOY | | | $ | 216,228.80 |
| 0031942782 | 31942782 | MISREP - INCOME/EMPLOY | | | $ | 181,513.90 |
| 0031943046 | 31943046 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 184,027.10 |
| 0031949506 | 31949506 | DOCUMENTATION | | | $ | 33,476.10 |
| 0031960446 | 31960446 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 181,144.40 |
| 0031961055 | 31961055 | DOCUMENTATION | | | $ | 49,480.27 |

**EXHIBIT B**

**EXHIBIT B**
CMG Mortgage, Inc. and CMG Mortgage Services, Inc..

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031961139 | 31961139 | DOCUMENTATION | | | $ | 120,904.40 |
| 0031968126 | 31968126 | MISREP - INCOME/EMPLOY | | | $ | 148,203.00 |
| 0031976467 | 31976467 | MISREP - DEBTS | | | $ | 107,897.60 |
| 0031977739 | 31977739 | DOCUMENTATION | | | $ | 19,190.96 |
| 0031991144 | 31991144 | UW - OTHER | | | $ | 130,821.20 |
| 0031991185 | 31991185 | DOCUMENTATION | | | $ | 55,023.92 |
| 0031998248 | 31998248 | DOCUMENTATION | | | $ | 24,471.64 |
| 0031998339 | 31998339 | DOCUMENTATION | | | $ | 63,213.29 |
| 0032006264 | 32006264 | MISREP - OCCUPANCY | | | $ | 140,303.30 |
| 0032006306 | 32006306 | DOCUMENTATION | | | $ | 46,226.03 |
| 0032007643 | 32007643 | UW - OTHER | | | $ | 208,672.00 |
| 0032013484 | 32013484 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 113,341.50 |
| 0032013773 | 32013773 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 92,357.87 |
| 0032014557 | 32014557 | UW - OTHER | | | $ | 119,627.30 |
| 0032014680 | 32014680 | MISREP - INCOME/EMPLOY | | | $ | 42,342.99 |
| 0032025918 | 32025918 | MISREP - OCCUPANCY | | | $ | 311,115.40 |
| 0032026924 | 32026924 | DOCUMENTATION | | | $ | 114,003.40 |
| 0032035297 | 32035297 | UW - OTHER | | | $ | 26,278.15 |
| 0032035438 | 32035438 | UW - OTHER | | | $ | 34,276.57 |
| 0032036469 | 32036469 | MISREP - INCOME/EMPLOY | | | $ | 161,855.60 |
| 0032045619 | 32045619 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 203,725.10 |
| 0032045692 | 32045692 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 205,440.40 |
| 0032058968 | 32058968 | MISREP - INCOME/EMPLOY | | | $ | 155,445.90 |
| 0032063653 | 32063653 | MISREP - DEBTS | | | $ | 83,335.43 |
| 0032081564 | 32081564 | UW - OTHER | | | $ | 126,607.50 |
| 0032093445 | 32093445 | DOCUMENTATION | | | $ | 57,188.33 |
| 0032094856 | 32094856 | MISREP - DEBTS | | | $ | 197,511.20 |
| 0032094930 | 32094930 | MISREP - DEBTS | | | $ | 80,732.30 |

**EXHIBIT B**

**EXHIBIT B**
CMG Mortgage, Inc. and CMG Mortgage Services, Inc..

| | | | | | |
|---|---|---|---|---|---|
| 0032100547 | 32100547 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 30,415.43 |
| 0032100943 | 32100943 | MISREP - INCOME/EMPLOY | | | $ 152,932.60 |
| 0032108565 | 32108565 | MISREP - OCCUPANCY | | | $ 343,255.20 |
| 0032108615 | 32108615 | DOCUMENTATION | | | $ 137,875.80 |
| 0032136939 | 32136939 | MISREP - INCOME/EMPLOY | | | $ 348,209.80 |
| 0032139024 | 32139024 | MISREP - INCOME/EMPLOY | | | $ 76,833.06 |
| 0032145476 | 32145476 | MISREP - INCOME/EMPLOY | | | $ 194,443.10 |
| 0032151219 | 32151219 | MISREP - DEBTS | | | $ 177,235.20 |
| 0032151540 | 32151540 | MISREP - INCOME/EMPLOY | | | $ 179,248.40 |
| 0032161549 | 32161549 | MISREP - INCOME/EMPLOY | | | $ 197,038.40 |
| 0032181307 | 32181307 | DOCUMENTATION | | | $ 45,882.26 |
| 0032184517 | 32184517 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 312,463.90 |
| 0032184558 | 32184558 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ 41,310.60 |
| 0032184616 | 32184616 | MISREP - INCOME/EMPLOY | | | $ 148,799.70 |
| 0032188609 | 32188609 | UW - OTHER | UW - OTHER | | $ 136,693.00 |
| 0032188641 | 32188641 | DOCUMENTATION | | | $ 116,753.80 |
| 0032203739 | 32203739 | UW - OTHER | | | $ 5,712.98 |
| 0032216897 | 32216897 | DOCUMENTATION | | | $ 92,047.95 |
| 0032217606 | 32217606 | MISREP - INCOME/EMPLOY | | | $ 456,177.10 |
| 0032217671 | 32217671 | MISREP - INCOME/EMPLOY | | | $ 414,608.90 |
| 0032217861 | 32217861 | MISREP - INCOME/EMPLOY | | | $ 83,462.21 |
| 0032218489 | 32218489 | MISREP - DEBTS | | | $ 110,540.00 |
| 0032222465 | 32222465 | MISREP - INCOME/EMPLOY | | | $ 79,500.10 |
| 0032223398 | 32223398 | DOCUMENTATION | | | $ 56,902.14 |
| 0032238750 | 32238750 | DOCUMENTATION | MISREP - DEBTS | | $ 148,946.30 |
| 0032239931 | 32239931 | MISREP - DEBTS | | | $ 60,482.25 |
| 0032240046 | 32240046 | DOCUMENTATION | | | $ 218,627.40 |
| 0032240202 | 32240202 | MISREP - INCOME/EMPLOY | | | $ 69,069.02 |

**EXHIBIT B**

**EXHIBIT B**
CMG Mortgage, Inc. and CMG Mortgage Services, Inc..

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032240566 | 32240566 | DOCUMENTATION | | | $ | 184,906.30 |
| 0032240616 | 32240616 | DOCUMENTATION | MISREP - OCCUPANCY | | $ | 198,829.80 |
| 0032248163 | 32248163 | MISREP - INCOME/EMPLOY | | | $ | 170,791.80 |
| 0032248965 | 32248965 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 93,553.25 |
| 0032249104 | 32249104 | DOCUMENTATION | | | $ | 45,905.33 |
| 0032249286 | 32249286 | DOCUMENTATION | | | $ | 51,107.58 |
| 0032256604 | 32256604 | MISREP - INCOME/EMPLOY | | | $ | 53,802.23 |
| 0032256737 | 32256737 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 224,845.60 |
| 0032256851 | 32256851 | DOCUMENTATION | | | $ | 83,961.98 |
| 0032262511 | 32262511 | DOCUMENTATION | | | $ | 93,662.19 |
| 0032262651 | 32262651 | MISREP - INCOME/EMPLOY | | | $ | 68,968.51 |
| 0032263840 | 32263840 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 159,125.80 |
| 0032269763 | 32269763 | UW - OTHER | | | $ | 84,129.07 |
| 0032270001 | 32270001 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 75,074.62 |
| 0032270084 | 32270084 | MISREP - DEBTS | | | $ | 19,588.37 |
| 0032270159 | 32270159 | MISREP - INCOME/EMPLOY | | | $ | 40,164.17 |
| 0032270282 | 32270282 | DOCUMENTATION | | | $ | 64,768.34 |
| 0032273153 | 32273153 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 205,068.00 |
| 0032278301 | 32278301 | DOCUMENTATION | | | $ | 119,393.00 |
| 0032278376 | 32278376 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 606,879.30 |
| 0032278459 | 32278459 | MISREP - DEBTS | | | $ | 247,146.40 |
| 0032288987 | 32288987 | DOCUMENTATION | | | $ | 64,505.22 |
| 0032289357 | 32289357 | MISREP - INCOME/EMPLOY | | | $ | 28,288.15 |
| 0032298499 | 32298499 | MISREP - INCOME/EMPLOY | | | $ | 121,221.80 |
| 0032298564 | 32298564 | MISREP - INCOME/EMPLOY | | | $ | 37,540.34 |
| 0032307977 | 32307977 | MISREP - INCOME/EMPLOY | | | $ | 159,810.80 |
| 0032325946 | 32325946 | DOCUMENTATION | | | $ | 214,112.60 |
| 0032328593 | 32328593 | DOCUMENTATION | | | $ | 88,452.70 |

**EXHIBIT B**

**EXHIBIT B**
CMG Mortgage, Inc. and CMG Mortgage Services, Inc..

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032341455 | 32341455 | MISREP - INCOME/EMPLOY | | | $ | 51,581.44 |
| 0032344087 | 32344087 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 91,112.80 |
| 0032372906 | 32372906 | MISREP - DEBTS | | | $ | 102,978.50 |
| 0032374241 | 32374241 | MISREP - INCOME/EMPLOY | | | $ | 111,799.60 |
| 0032374357 | 32374357 | MISREP - DEBTS | | | $ | 31,115.36 |
| 0032377467 | 32377467 | MISREP - DEBTS | | | $ | 183,444.80 |
| 0032382632 | 32382632 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 188,936.90 |
| 0032387243 | 32387243 | MISREP - DEBTS | | | $ | 5,069.57 |
| 0032397457 | 32397457 | MISREP - OCCUPANCY | DOCUMENTATION | MISREP - INCOME/EMPLOY | $ | 214,719.20 |
| 0032413569 | 32413569 | MISREP - DEBTS | | | $ | 108,908.40 |
| 0032430670 | 32430670 | DOCUMENTATION | | | $ | 149,665.60 |
| 0032443632 | 32443632 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 175,557.10 |
| 0032443863 | 32443863 | MISREP - INCOME/EMPLOY | | | $ | 154,850.40 |
| 0032444010 | 32444010 | MISREP - DEBTS | | | $ | 187,257.00 |
| 0032444168 | 32444168 | MISREP - INCOME/EMPLOY | | | $ | 240,457.90 |
| 0032446890 | 32446890 | UW - OTHER | | | $ | 129,211.70 |
| 0032447138 | 32447138 | UW - OTHER | | | $ | 91,253.57 |
| 0032458952 | 32458952 | MISREP - INCOME/EMPLOY | | | $ | 287,236.30 |
| 0032476822 | 32476822 | UW - OTHER | | | $ | 66,827.45 |
| 0032476855 | 32476855 | MISREP - INCOME/EMPLOY | UW - OTHER | UW - OTHER | $ | 155,678.10 |
| 0032489940 | 32489940 | MISREP - DEBTS | | | $ | 111,708.20 |
| 0032495889 | 32495889 | UW - OTHER | | | $ | 125,905.50 |
| 0032504680 | 32504680 | DOCUMENTATION | | | $ | 168,916.10 |
| 0032524944 | 32524944 | MISREP - DEBTS | | | $ | 87,579.64 |
| 0032529489 | 32529489 | UW - OTHER | | | $ | 379,217.40 |
| 0032529554 | 32529554 | MISREP - DEBTS | | | $ | 273,413.60 |
| 0032529588 | 32529588 | UW - OTHER | | | $ | 132,156.20 |
| 0032530974 | 32530974 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 77,260.95 |

**EXHIBIT B**

**EXHIBIT B**
CMG Mortgage, Inc. and CMG Mortgage Services, Inc..

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032538126 | 32538126 | UW - OTHER | | | $ | 503,994.70 |
| 0032546087 | 32546087 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 147,235.50 |
| 0032546152 | 32546152 | UW - OTHER | | | $ | 121,824.80 |
| 0032551525 | 32551525 | UW - OTHER | | | $ | 145,615.80 |
| 0032565434 | 32565434 | MISREP - DEBTS | | | $ | 112,367.20 |
| 0032572257 | 32572257 | MISREP - DEBTS | | | $ | 113,777.40 |
| 0032575219 | 32575219 | MISREP - INCOME/EMPLOY | | | $ | 938,746.70 |
| 0032576647 | 32576647 | MISREP - INCOME/EMPLOY | | | $ | 184,696.30 |
| 0032576985 | 32576985 | MISREP - INCOME/EMPLOY | | | $ | 176,239.00 |
| 0032577306 | 32577306 | MISREP - INCOME/EMPLOY | | | $ | 56,861.23 |
| 0032594038 | 32594038 | UW - OTHER | UW - OTHER | | $ | 129,821.00 |
| 0032594988 | 32594988 | UW - OTHER | | | $ | 84,150.86 |
| 0032595068 | 32595068 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 189,126.80 |
| 0032645202 | 32645202 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 134,937.40 |
| 0032645251 | 32645251 | UW - OTHER | | | $ | 329,134.20 |
| 0032646416 | 32646416 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 280,880.20 |
| 0032646465 | 32646465 | MISREP - INCOME/EMPLOY | | | $ | 288,289.10 |
| 0032659948 | 32659948 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 65,533.05 |
| 0032673915 | 32673915 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 225,372.30 |
| 0032674103 | 32674103 | MISREP - DEBTS | | | $ | 67,785.39 |
| 0032674319 | 32674319 | MISREP - INCOME/EMPLOY | | | $ | 116,018.10 |
| 0032674376 | 32674376 | MISREP - DEBTS | | | $ | 26,886.51 |
| 0032697138 | 32697138 | MISREP - INCOME/EMPLOY | | | $ | 143,420.10 |
| 0032704678 | 32704678 | MISREP - DEBTS | UW - OTHER | MISREP - OCCUPANCY | $ | 229,558.70 |
| 0032711228 | 32711228 | UW - OTHER | DOCUMENTATION | DOCUMENTATION | $ | 6,145.54 |
| 0032716755 | 32716755 | MISREP - INCOME/EMPLOY | | | $ | 169,613.80 |
| 0032717068 | 32717068 | MISREP - INCOME/EMPLOY | | | $ | 258,154.80 |
| 0032720260 | 32720260 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 259,254.50 |

**EXHIBIT B**

**EXHIBIT B**
CMG Mortgage, Inc. and CMG Mortgage Services, Inc..

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032743106 | 32743106 | UW - OTHER | | | $ | 55,165.19 |
| 0032744658 | 32744658 | MISREP - INCOME/EMPLOY | | | $ | 274,485.90 |
| 0032761090 | 32761090 | MISREP - INCOME/EMPLOY | | | $ | 161,805.40 |
| 0032783136 | 32783136 | MISREP - DEBTS | UW - OTHER | | $ | 47,025.66 |
| 0032783730 | 32783730 | DOCUMENTATION | | | $ | 51,103.66 |
| 0032801821 | 32801821 | MISREP - INCOME/EMPLOY | | | $ | 153,068.60 |
| 0032806267 | 32806267 | MISREP - DEBTS | MISREP - OCCUPANCY | UW - OTHER | $ | 116,977.50 |
| 0032810699 | 32810699 | DOCUMENTATION | | | $ | 163,424.80 |
| 0032811432 | 32811432 | MISREP - DEBTS | | | $ | 107,933.00 |
| 0032815151 | 32815151 | MISREP - INCOME/EMPLOY | UW - OTHER | MISREP - DEBTS | $ | 57,445.68 |
| 0032819716 | 32819716 | UW - OTHER | MISREP - DEBTS | MISREP - OCCUPANCY | $ | 364,737.80 |
| 0032829277 | 32829277 | UW - OTHER | | | $ | 124,630.40 |
| 0032833972 | 32833972 | MISREP - INCOME/EMPLOY | | | $ | 118,227.30 |
| 0032834194 | 32834194 | MISREP - DEBTS | | | $ | 291,611.10 |
| 0032837940 | 32837940 | MISREP - INCOME/EMPLOY | | | $ | 241,873.80 |
| 0032838989 | 32838989 | UW - OTHER | UW - OTHER | MISREP - INCOME/EMPLOY | $ | 393,327.60 |
| 0032838997 | 32838997 | MISREP - INCOME/EMPLOY | | | $ | 145,883.30 |
| 0032839037 | 32839037 | MISREP - INCOME/EMPLOY | | | $ | 164,996.10 |
| 0032839045 | 32839045 | UW - OTHER | | | $ | 52,629.86 |
| 0032844334 | 32844334 | MISREP - DEBTS | | | $ | 68,215.22 |
| 0032844896 | 32844896 | MISREP - INCOME/EMPLOY | | | $ | 246,085.80 |
| 0032844995 | 32844995 | MISREP - OCCUPANCY | | | $ | 51,643.82 |
| 0032851172 | 32851172 | UW - OTHER | | | $ | 44,870.02 |
| 0032855942 | 32855942 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 367,524.20 |
| 0032860306 | 32860306 | MISREP - INCOME/EMPLOY | | | $ | 185,262.80 |
| 0032860348 | 32860348 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 76,469.12 |
| 0032879553 | 32879553 | MISREP - INCOME/EMPLOY | | | $ | 108,637.40 |
| 0032884256 | 32884256 | MISREP - INCOME/EMPLOY | | | $ | 154,510.50 |

**EXHIBIT B**

**EXHIBIT B**
CMG Mortgage, Inc. and CMG Mortgage Services, Inc..

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032898173 | 32898173 | MISREP - INCOME/EMPLOY | | | $ | 446,031.40 |
| 0032898314 | 32898314 | MISREP - INCOME/EMPLOY | | | $ | 244,420.80 |
| 0032898736 | 32898736 | UW - OTHER | | | $ | 83,062.57 |
| 0032911430 | 32911430 | MISREP - INCOME/EMPLOY | | | $ | 322,610.20 |
| 0032916439 | 32916439 | MISREP - INCOME/EMPLOY | | | $ | 214,348.90 |
| 0032916496 | 32916496 | MISREP - DEBTS | | | $ | 333,539.80 |
| 0032916512 | 32916512 | MISREP - INCOME/EMPLOY | | | $ | 213,439.00 |
| 0032928418 | 32928418 | UW - OTHER | | | $ | 194,099.50 |
| 0032933103 | 32933103 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 50,696.42 |
| 0032961849 | 32961849 | UW - OTHER | UW - OTHER | | $ | 239,856.40 |
| 0032974628 | 32974628 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 128,445.00 |
| 0033003377 | 33003377 | MISREP - INCOME/EMPLOY | | | $ | 146,532.20 |
| 0033011537 | 33011537 | MISREP - INCOME/EMPLOY | | | $ | 358,921.10 |
| 0033021684 | 33021684 | MISREP - INCOME/EMPLOY | | | $ | 180,403.90 |
| 0033052796 | 33052796 | MISREP - INCOME/EMPLOY | | | $ | 114,306.40 |
| 0033072265 | 33072265 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 136,324.00 |
| 0033081217 | 33081217 | DOCUMENTATION | MISREP - DEBTS | | $ | 109,314.00 |
| 0033082132 | 33082132 | MISREP - INCOME/EMPLOY | | | $ | 283,673.20 |
| 0033085390 | 33085390 | UW - OTHER | | | $ | 31,768.34 |
| 0033092628 | 33092628 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 147,115.00 |
| 0033112665 | 33112665 | MISREP - OCCUPANCY | | | $ | 183,834.20 |
| 0033117482 | 33117482 | MISREP - INCOME/EMPLOY | | | $ | 280,401.30 |
| 0033123647 | 33123647 | UW - OTHER | MISREP - DEBTS | | $ | 147,250.10 |
| 0033131343 | 33131343 | MISREP - INCOME/EMPLOY | | | $ | 139,713.70 |
| 0033132036 | 33132036 | MISREP - OCCUPANCY | | | $ | 66,666.10 |
| 0033136961 | 33136961 | DOCUMENTATION | MISREP - DEBTS | | $ | 27,869.95 |
| 0033146804 | 33146804 | MISREP - INCOME/EMPLOY | | | $ | 136,207.10 |
| 0033155235 | 33155235 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 272,086.50 |

**EXHIBIT B**

**EXHIBIT B**
CMG Mortgage, Inc. and CMG Mortgage Services, Inc..

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033156076 | 33156076 | MISREP - INCOME/EMPLOY | | | $ | 52,155.07 |
| 0033166000 | 33166000 | MISREP - INCOME/EMPLOY | | | $ | 213,696.60 |
| 0033174582 | 33174582 | MISREP - INCOME/EMPLOY | | | $ | 261,530.90 |
| 0033174707 | 33174707 | MISREP - INCOME/EMPLOY | | | $ | 63,081.40 |
| 0033174855 | 33174855 | MISREP - INCOME/EMPLOY | | | $ | 58,506.61 |
| 0033179136 | 33179136 | MISREP - INCOME/EMPLOY | | | $ | 126,028.30 |
| 0033179862 | 33179862 | MISREP - INCOME/EMPLOY | | | $ | 160,292.70 |
| 0033185109 | 33185109 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 144,861.10 |
| 0033190414 | 33190414 | MISREP - OCCUPANCY | | | $ | 75,471.40 |
| 0033198847 | 33198847 | UW - OTHER | | | $ | 392,799.00 |
| 0033199043 | 33199043 | MISREP - INCOME/EMPLOY | | | $ | 515,665.30 |
| 0033199449 | 33199449 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ | 123,941.70 |
| 0033199910 | 33199910 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 319,827.50 |
| 0033202086 | 33202086 | MISREP - INCOME/EMPLOY | | | $ | 33,751.47 |
| 0033202391 | 33202391 | DOCUMENTATION | | | $ | 24,453.71 |
| 0033207499 | 33207499 | MISREP - INCOME/EMPLOY | | | $ | 208,281.40 |
| 0033217480 | 33217480 | MISREP - INCOME/EMPLOY | | | $ | 126,972.70 |
| 0033229675 | 33229675 | MISREP - DEBTS | UW - OTHER | | $ | 50,125.90 |
| 0033233487 | 33233487 | DOCUMENTATION | | | $ | 562,134.90 |
| 0033235524 | 33235524 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 124,751.00 |
| 0033246224 | 33246224 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 297,214.10 |
| 0033246505 | 33246505 | MISREP - INCOME/EMPLOY | UW - OTHER | MISREP - DEBTS | $ | 299,866.50 |
| 0033258856 | 33258856 | MISREP - DEBTS | | | $ | 134,028.50 |
| 0033259029 | 33259029 | MISREP - INCOME/EMPLOY | | | $ | 351,369.80 |
| 0033277310 | 33277310 | MISREP - INCOME/EMPLOY | | | $ | 87,146.62 |
| 0033277336 | 33277336 | MISREP - DEBTS | | | $ | 39,849.39 |
| 0033278458 | 33278458 | MISREP - INCOME/EMPLOY | | | $ | 47,520.49 |
| 0033285008 | 33285008 | MISREP - INCOME/EMPLOY | | | $ | 310,366.20 |

**EXHIBIT B**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033312471 | 33312471 | MISREP - INCOME/EMPLOY | | | $ | 350,942.40 |
| 0033334509 | 33334509 | MISREP - INCOME/EMPLOY | | | $ | 225,634.50 |
| 0033347394 | 33347394 | MISREP - OCCUPANCY | UW - OTHER | MISREP - INCOME/EMPLOY | $ | 168,903.70 |
| 0033371964 | 33371964 | MISREP - INCOME/EMPLOY | | | $ | 26,715.31 |
| 0033372178 | 33372178 | MISREP - DEBTS | | | $ | 91,554.03 |
| 0033382276 | 33382276 | UW - OTHER | | | $ | 67,870.42 |
| 0033400813 | 33400813 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 139,908.30 |
| 0033423047 | 33423047 | MISREP - INCOME/EMPLOY | | | $ | 100,640.70 |
| 0033430331 | 33430331 | UW - OTHER | UW - OTHER | | $ | 370,054.70 |
| 0033445933 | 33445933 | MISREP - DEBTS | | | $ | 60,069.11 |
| 0033466004 | 33466004 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 238,229.40 |
| 0033473638 | 33473638 | MISREP - INCOME/EMPLOY | | | $ | 557,809.20 |
| 0033479312 | 33479312 | MISREP - INCOME/EMPLOY | | | $ | 58,396.02 |
| 0033488974 | 33488974 | MISREP - DEBTS | | | $ | 235,554.60 |
| 0033489022 | 33489022 | MISREP - DEBTS | | | $ | 225,555.90 |
| 0033508128 | 33508128 | MISREP - INCOME/EMPLOY | | | $ | 119,228.80 |
| 0033508425 | 33508425 | MISREP - INCOME/EMPLOY | | | $ | 27,846.31 |
| 0033514654 | 33514654 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 217,581.40 |
| 0033537044 | 33537044 | UW - OTHER | | | $ | 172,622.60 |
| 0033542788 | 33542788 | MISREP - INCOME/EMPLOY | | | $ | 336,801.30 |
| 0033555889 | 33555889 | MISREP - INCOME/EMPLOY | | | $ | 228,535.40 |
| 0033561465 | 33561465 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 203,429.50 |
| 0033569484 | 33569484 | MISREP - INCOME/EMPLOY | | | $ | 19,555.22 |
| 0033589698 | 33589698 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 333,458.70 |
| 0033603077 | 33603077 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 141,538.90 |
| 0033608589 | 33608589 | MISREP - INCOME/EMPLOY | | | $ | 304,455.30 |
| 0033617374 | 33617374 | MISREP - OCCUPANCY | | | $ | 107,558.70 |
| 0033625567 | 33625567 | DOCUMENTATION | | | $ | 57,923.36 |

**EXHIBIT B**

EXHIBIT B
CMG Mortgage, Inc. and CMG Mortgage Services, Inc..

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033625625 | 33625625 | MISREP - INCOME/EMPLOY | | | $ | 280,787.40 |
| 0033625690 | 33625690 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 147,166.70 |
| 0033644790 | 33644790 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | MISREP - OCCUPANCY | $ | 96,748.91 |
| 0033644865 | 33644865 | MISREP - DEBTS | | | $ | 255,488.40 |
| 0033648908 | 33648908 | MISREP - INCOME/EMPLOY | | | $ | 202,148.30 |
| 0033651142 | 33651142 | UW - OTHER | MISREP - DEBTS | | $ | 172,829.20 |
| 0033652066 | 33652066 | DOCUMENTATION | DOCUMENTATION | | $ | 137,416.50 |
| 0033672916 | 33672916 | MISREP - INCOME/EMPLOY | | | $ | 174,636.60 |
| 0033678533 | 33678533 | MISREP - DEBTS | | | $ | 367,272.10 |
| 0033691999 | 33691999 | MISREP - INCOME/EMPLOY | | | $ | 144,601.50 |
| 0033693987 | 33693987 | MISREP - INCOME/EMPLOY | | | $ | 100,805.60 |
| 0033724329 | 33724329 | MISREP - INCOME/EMPLOY | | | $ | 102,256.10 |
| 0033749011 | 33749011 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 150,545.90 |
| 0033750373 | 33750373 | MISREP - INCOME/EMPLOY | | | $ | 80,463.67 |
| 0033765306 | 33765306 | MISREP - INCOME/EMPLOY | | | $ | 233,918.00 |
| 0033770991 | 33770991 | MISREP - INCOME/EMPLOY | | | $ | 240,358.50 |
| 0033772138 | 33772138 | UW - OTHER | MISREP - DEBTS | | $ | 330,801.50 |
| 0033800376 | 33800376 | MISREP - INCOME/EMPLOY | | | $ | 265,267.40 |
| 0033800970 | 33800970 | MISREP - INCOME/EMPLOY | | | $ | 206,811.10 |
| 0035207182 | 35207182 | MISREP - INCOME/EMPLOY | | | $ | 19,381.78 |
| 0037981586 | 37981586 | MISREP - INCOME/EMPLOY | | | $ | 363,079.90 |
| 0037982113 | 37982113 | DOCUMENTATION | | | $ | 66,266.23 |
| 0040019143 | 40019143 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 274,304.20 |
| 0040019671 | 40019671 | MISREP - INCOME/EMPLOY | | | $ | 112,008.20 |
| 0040025421 | 40025421 | MISREP - INCOME/EMPLOY | | | $ | 164,719.30 |
| 0040025660 | 40025660 | MISREP - INCOME/EMPLOY | | | $ | 160,690.40 |
| 0040025702 | 40025702 | MISREP - INCOME/EMPLOY | | | $ | 161,096.80 |
| 0040031874 | 40031874 | UW - OTHER | | | $ | 140,933.30 |

**EXHIBIT B**

**EXHIBIT B**
CMG Mortgage, Inc. and CMG Mortgage Services, Inc..

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040042756 | 40042756 | MISREP - INCOME/EMPLOY | | | $ | 36,045.61 |
| 0040043234 | 40043234 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 143,991.50 |
| 0040054983 | 40054983 | MISREP - INCOME/EMPLOY | | | $ | 127,749.80 |
| 0040055220 | 40055220 | MISREP - INCOME/EMPLOY | | | $ | 200,363.50 |
| 0040061350 | 40061350 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 393,153.60 |
| 0040082737 | 40082737 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ | 168,214.50 |
| 0040091373 | 40091373 | MISREP - INCOME/EMPLOY | | | $ | 31,111.26 |
| 0040100646 | 40100646 | MISREP - DEBTS | | | $ | 584,547.80 |
| 0040124620 | 40124620 | MISREP - INCOME/EMPLOY | | | $ | 93,587.10 |
| 0040125189 | 40125189 | MISREP - OCCUPANCY | | | $ | 90,943.92 |
| 0040126690 | 40126690 | MISREP - INCOME/EMPLOY | | | $ | 190,343.20 |
| 0040126799 | 40126799 | DOCUMENTATION | DOCUMENTATION | UW - OTHER | $ | 139,554.40 |
| 0040126872 | 40126872 | MISREP - INCOME/EMPLOY | | | $ | 153,246.20 |
| 0040138141 | 40138141 | MISREP - DEBTS | | | $ | 271,269.30 |
| 0040138232 | 40138232 | UW - OTHER | | | $ | 145,260.40 |
| 0040165326 | 40165326 | DOCUMENTATION | | | $ | 223,929.90 |
| 0040171597 | 40171597 | MISREP - INCOME/EMPLOY | | | $ | 268,794.10 |
| 0040187965 | 40187965 | UW - OTHER | UW - OTHER | MISREP - INCOME/EMPLOY | $ | 88,941.66 |
| 0040188005 | 40188005 | UW - OTHER | | | $ | 148,567.60 |
| 0040188039 | 40188039 | MISREP - INCOME/EMPLOY | | | $ | 130,717.50 |
| 0040188328 | 40188328 | MISREP - DEBTS | | | $ | 102,223.00 |
| 0040188427 | 40188427 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 48,064.40 |
| 0040188930 | 40188930 | MISREP - INCOME/EMPLOY | | | $ | 195,024.80 |
| 0040196883 | 40196883 | MISREP - INCOME/EMPLOY | | | $ | 373,182.30 |
| 0040197774 | 40197774 | MISREP - INCOME/EMPLOY | | | $ | 137,801.90 |
| 0040213100 | 40213100 | MISREP - INCOME/EMPLOY | | | $ | 265,553.80 |
| 0040253254 | 40253254 | MISREP - INCOME/EMPLOY | | | $ | 178,809.50 |
| 0040272304 | 40272304 | UW - OTHER | | | $ | 86,066.12 |

**EXHIBIT B**

EXHIBIT B
CMG Mortgage, Inc. and CMG Mortgage Services, Inc..

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040296212 | 40296212 | UW - OTHER | | | $ | 75,493.73 |
| 0040318800 | 40318800 | MISREP - INCOME/EMPLOY | | | $ | 112,923.60 |
| 0040360562 | 40360562 | MISREP - DEBTS | DOCUMENTATION | | $ | 123,615.30 |
| 0040418071 | 40418071 | MISREP - DEBTS | DOCUMENTATION | | $ | 252,542.90 |
| 0040440372 | 40440372 | MISREP - INCOME/EMPLOY | | | $ | 157,552.00 |
| 0040487415 | 40487415 | MISREP - DEBTS | | | $ | 30,009.81 |
| 0040489056 | 40489056 | MISREP - INCOME/EMPLOY | | | $ | 267,194.40 |
| 0040498495 | 40498495 | MISREP - INCOME/EMPLOY | | | $ | 141,400.50 |
| 0040644122 | 40644122 | MISREP - DEBTS | OTHER | | $ | 216,706.50 |
| 0040664963 | 40664963 | MISREP - INCOME/EMPLOY | | | $ | 231,941.00 |
| 0040743098 | 40743098 | MISREP - INCOME/EMPLOY | | | $ | 293,916.80 |
| 0040750465 | 40750465 | MISREP - INCOME/EMPLOY | | | $ | 227,866.20 |
| 0040763013 | 40763013 | MISREP - INCOME/EMPLOY | | | $ | 7,393.09 |
| 0040826729 | 40826729 | MISREP - INCOME/EMPLOY | | | $ | 85,833.01 |
| 0045003415 | 45003415 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 68,168.17 |
| 0046872792 | 46872792 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 389,373.30 |
| 0047789623 | 47789623 | MISREP - INCOME/EMPLOY | | | $ | 325,284.60 |

**TOTAL** $ 76,796,293.83

**EXHIBIT B**