# EXHIBIT B

**EXHIBIT B**
First California Mortgage Company

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0017409798 | 17409798 | MISREP - DEBTS | | | $ 29,689.79 |
| 0018614321 | 18614321 | MISREP - OCCUPANCY | | | $ 146,703.70 |
| 0030188007 | 30188007 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 264,691.40 |
| 0030253488 | 30253488 | MISREP - INCOME/EMPLOY | | | $ 244,857.80 |
| 0030554349 | 30554349 | MISREP - DEBTS | | | $ 229,316.30 |
| 0030735625 | 30735625 | DOCUMENTATION | | | $ 945.93 |
| 0030903025 | 30903025 | DOCUMENTATION | | | $ 129,770.20 |
| 0031239999 | 31239999 | DOCUMENTATION | | | $ 143,361.70 |
| 0031497951 | 31497951 | MISREP - DEBTS | | | $ 67,589.20 |
| 0031646219 | 31646219 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 175,294.00 |
| 0031665086 | 31665086 | MISREP - INCOME/EMPLOY | | | $ 231,872.20 |
| 0031720253 | 31720253 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 181,845.90 |
| 0031886302 | 31886302 | MISREP - INCOME/EMPLOY | | | $ 408,886.30 |
| 0032064776 | 32064776 | MISREP - DEBTS | | | $ 162,516.10 |
| 0032642803 | 32642803 | MISREP - DEBTS | | | $ 258,903.90 |
| 0032646044 | 32646044 | MISREP - DEBTS | | | $ 101,713.90 |
| 0040831273 | 40831273 | MISREP - INCOME/EMPLOY | | | $ 502,114.70 |
| 0040868101 | 40868101 | MISREP - INCOME/EMPLOY | | | $ 69,574.13 |
| 0040887713 | 40887713 | MISREP - DEBTS | | | $ 367,497.00 |
| 0040902231 | 40902231 | MISREP - INCOME/EMPLOY | | | $ 136,902.50 |
| 0040908360 | 40908360 | MISREP - INCOME/EMPLOY | | | $ 82,433.75 |
| | | | | **TOTAL** | **$ 3,936,480.40** |

**EXHIBIT B**