# EXHIBIT B

**EXHIBIT B**
First Mortgage Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0032857435 | 32857435 | MISREP - INCOME/EMPLOY | | | $ 31,784.20 |
| 0040356537 | 40356537 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 258,211.60 |
| | | | | **TOTAL** | **$ 289,995.80** |

**EXHIBIT B**