# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Guaranteed Rate, Inc. d/b/a GuaranteedRate.com**

Loan Purchase Agreement, dated July 21, 2000

Loan Purchase Agreement, dated December 3, 2004

Loan Purchase Agreement (Bulk), dated August 31, 2005

Purchase Price and Term Letter, dated October 7, 2005

Purchase Price and Term Letter, dated December 1, 2005

Purchase Price and Term Letter, dated September 25, 2006

Purchase Price and Term Letter, dated October 27, 2006