# EXHIBIT B

**EXHIBIT B**

Guaranteed Rate, Inc. d/b/a GuaranteedRate.com

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0017577974 | 17577974 | DOCUMENTATION | | | $ 90,763.49 |
| 0018301762 | 18301762 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 83,686.05 |
| 0018584029 | 18584029 | MISREP - DEBTS | | | $ 160,199.00 |
| 0018835439 | 18835439 | MISREP - DEBTS | | | $ 271,874.30 |
| 0018835488 | 18835488 | MISREP - DEBTS | | | $ 65,042.88 |
| 0018835496 | 18835496 | MISREP - INCOME/EMPLOY | | | $ 51,423.28 |
| 0030068217 | 30068217 | MISREP - DEBTS | | | $ 363,807.10 |
| 0030199186 | 30199186 | DOCUMENTATION | DOCUMENTATION | MISREP - DEBTS | $ 68,160.46 |
| 0030246714 | 30246714 | MISREP - DEBTS | | | $ 62,613.46 |
| 0030262539 | 30262539 | DOCUMENTATION | DOCUMENTATION | | $ 48,769.93 |
| 0030417638 | 30417638 | MISREP - INCOME/EMPLOY | | | $ 60,144.37 |
| 0030674840 | 30674840 | MISREP - DEBTS | | | $ 132,404.60 |
| 0030674998 | 30674998 | MISREP - DEBTS | | | $ 103,621.60 |
| 0030675003 | 30675003 | MISREP - DEBTS | | | $ 20,429.69 |
| 0030704100 | 30704100 | DOCUMENTATION | | | $ 21,283.55 |
| 0030780886 | 30780886 | MISREP - DEBTS | | | $ 149,152.00 |
| 0030887715 | 30887715 | MISREP - DEBTS | | | $ 114,834.10 |
| 0030887780 | 30887780 | DOCUMENTATION | | | $ 16,993.88 |
| 0030919328 | 30919328 | MISREP - OCCUPANCY | | | $ 19,639.18 |
| 0030919658 | 30919658 | MISREP - INCOME/EMPLOY | | | $ 63,582.69 |
| 0030960132 | 30960132 | MISREP - DEBTS | | | $ 41,065.70 |
| 0031114226 | 31114226 | MISREP - INCOME/EMPLOY | | | $ 112,291.50 |
| 0031116619 | 31116619 | MISREP - DEBTS | | | $ 204,194.90 |
| 0031119126 | 31119126 | UW - OTHER | | | $ 76,974.79 |
| 0031138746 | 31138746 | MISREP - DEBTS | DOCUMENTATION | DOCUMENTATION | $ 49,905.27 |
| 0031148265 | 31148265 | DOCUMENTATION | | | $ 41,287.76 |
| 0031211303 | 31211303 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 183,071.80 |
| 0031211352 | 31211352 | MISREP - DEBTS | | | $ 65,373.72 |
| 0031375132 | 31375132 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 153,227.80 |
| 0031405095 | 31405095 | DOCUMENTATION | UW - OTHER | | $ 65,029.96 |
| 0031417009 | 31417009 | UW - OTHER | | | $ 133,559.50 |

**EXHIBIT B**

**EXHIBIT B**
Guaranteed Rate, Inc. d/b/a GuaranteedRate.com

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031480205 | 31480205 | MISREP - DEBTS | | | $ | 1,757.42 |
| 0031616808 | 31616808 | MISREP - DEBTS | UW - OTHER | | $ | 191,006.00 |
| 0031616857 | 31616857 | MISREP - DEBTS | | | $ | 51,448.20 |
| 0031631237 | 31631237 | UW - OTHER | | | $ | 155,993.70 |
| 0031657281 | 31657281 | MISREP - INCOME/EMPLOY | | | $ | 108,712.80 |
| 0031657356 | 31657356 | MISREP - DEBTS | | | $ | 43,198.24 |
| 0031657653 | 31657653 | MISREP - DEBTS | | | $ | 51,727.28 |
| 0031706799 | 2005053590 | MISREP - INCOME/EMPLOY | | | $ | 65,605.27 |
| 0031706815 | 2005048213 | UW - OTHER | | | $ | 21,828.17 |
| 0031706955 | 2005055707 | DOCUMENTATION | DOCUMENTATION | | $ | 49,271.22 |
| 0031706989 | 2005053683 | UW - OTHER | MISREP - DEBTS | | $ | 61,617.97 |
| 0031707003 | 2005053132 | MISREP - INCOME/EMPLOY | | | $ | 90,894.46 |
| 0031707011 | 2005053546 | DOCUMENTATION | | | $ | 97,269.31 |
| 0031707128 | 2005051577 | MISREP - INCOME/EMPLOY | | | $ | 22,773.75 |
| 0031707136 | 2005044878 | MISREP - DEBTS | UW - OTHER | | $ | 49,361.66 |
| 0031757610 | 31757610 | MISREP - DEBTS | | | $ | 236,537.20 |
| 0031764277 | 31764277 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 192,891.70 |
| 0031835564 | 31835564 | MISREP - DEBTS | | | $ | 135,162.60 |
| 0031835812 | 31835812 | DOCUMENTATION | | | $ | 24,043.13 |
| 0031835879 | 31835879 | MISREP - DEBTS | | | $ | 55,435.61 |
| 0031836901 | 31836901 | UW - OTHER | | | $ | 18,707.52 |
| 0031975014 | 31975014 | MISREP - INCOME/EMPLOY | | | $ | 108,871.20 |
| 0032025579 | 32025579 | MISREP - DEBTS | | | $ | 550,812.20 |
| 0032037053 | 2005049755 | MISREP - OCCUPANCY | | | $ | 856,020.70 |
| 0032037210 | 2005060661 | MISREP - INCOME/EMPLOY | | | $ | 20,154.71 |
| 0032131120 | 32131120 | MISREP - OCCUPANCY | | | $ | 146,700.40 |
| 0032169278 | 32169278 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ | 32,475.61 |
| 0032180028 | 32180028 | DOCUMENTATION | DOCUMENTATION | | $ | 280,573.40 |
| 0032215089 | 32215089 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 280,714.70 |
| 0032224412 | 32224412 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ | 87,945.11 |
| 0032340358 | 32340358 | MISREP - INCOME/EMPLOY | | | $ | 24,598.47 |
| 0032381642 | 32381642 | MISREP - DEBTS | | | $ | 56,851.76 |

**EXHIBIT B**

**EXHIBIT B**
Guaranteed Rate, Inc. d/b/a GuaranteedRate.com

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032382640 | 32382640 | MISREP - INCOME/EMPLOY | | | $ | 59,055.37 |
| 0032495277 | 32495277 | MISREP - INCOME/EMPLOY | | | $ | 210,028.40 |
| 0032556680 | 32556680 | MISREP - INCOME/EMPLOY | | | $ | 380,905.50 |
| 0032585481 | 32585481 | MISREP - DEBTS | UW - OTHER | | $ | 70,307.64 |
| 0032716359 | 32716359 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 27,007.13 |
| 0032755225 | 32755225 | MISREP - DEBTS | | | $ | 61,465.92 |
| 0032789562 | 32789562 | MISREP - DEBTS | | | $ | 62,201.79 |
| 0032857393 | 32857393 | MISREP - DEBTS | | | $ | 191,172.00 |
| 0032983686 | 32983686 | MISREP - INCOME/EMPLOY | | | $ | 168,690.40 |
| 0033256538 | 33256538 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 356,074.20 |
| 0033256611 | 33256611 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 132,045.10 |
| 0033301086 | 33301086 | MISREP - INCOME/EMPLOY | | | $ | 107,669.30 |
| 0033393968 | 33393968 | UW - OTHER | MISREP - DEBTS | | $ | 197,439.90 |
| 0033416348 | 33416348 | UW - OTHER | | | $ | 28,946.95 |
| 0033464538 | 33464538 | UW - OTHER | DOCUMENTATION | | $ | 54,384.76 |
| 0033658147 | 33658147 | MISREP - DEBTS | | | $ | 148,863.10 |
| 0033658410 | 33658410 | MISREP - DEBTS | | | $ | 273,469.60 |
| 0033673385 | 33673385 | MISREP - DEBTS | | | $ | 167,732.30 |
| 0033696832 | 33696832 | UW - OTHER | MISREP - DEBTS | | $ | 44,424.70 |
| 0033704065 | 33704065 | UW - OTHER | UW - OTHER | UW - OTHER | $ | 191,152.90 |
| 0033715608 | 33715608 | UW - OTHER | DOCUMENTATION | MISREP - DEBTS | $ | 169,499.20 |
| 0033743758 | 33743758 | UW - OTHER | DOCUMENTATION | MISREP - INCOME/EMPLOY | $ | 379,376.50 |
| 0033743790 | 33743790 | MISREP - INCOME/EMPLOY | | | $ | 286,776.80 |
| 0033793274 | 33793274 | MISREP - INCOME/EMPLOY | | | $ | 83,948.65 |
| 0033793357 | 33793357 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 32,341.70 |
| 0033799909 | 33799909 | UW - OTHER | | | $ | 247,598.20 |
| 0033806886 | 33806886 | MISREP - OCCUPANCY | MISREP - BORROWER | DOCUMENTATION | $ | 90,372.07 |
| 0033807017 | 33807017 | MISREP - INCOME/EMPLOY | | | $ | 132,303.80 |
| 0033807132 | 33807132 | DOCUMENTATION | | | $ | 155,907.70 |
| 0033807306 | 33807306 | UW - OTHER | | | $ | 7,334.85 |
| 0040001349 | 40001349 | MISREP - INCOME/EMPLOY | | | $ | 531,759.30 |
| 0040024978 | 40024978 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 251,470.10 |

**EXHIBIT B**

**EXHIBIT B**

Guaranteed Rate, Inc. d/b/a GuaranteedRate.com

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040025447 | 40025447 | UW - OTHER | | | $ | 143,048.80 |
| 0040030827 | 40030827 | MISREP - DEBTS | | | $ | 103,517.50 |
| 0040030934 | 40030934 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 767,263.00 |
| 0040057333 | 40057333 | MISREP - OCCUPANCY | | | $ | 193,572.00 |
| 0040057937 | 40057937 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 577,071.00 |
| 0040090318 | 40090318 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 223,313.20 |
| 0040099400 | 40099400 | MISREP - INCOME/EMPLOY | | | $ | 151,566.30 |
| 0040100562 | 40100562 | MISREP - DEBTS | | | $ | 117,685.60 |
| 0040125916 | 40125916 | MISREP - INCOME/EMPLOY | | | $ | 443,953.10 |
| 0040126005 | 40126005 | MISREP - INCOME/EMPLOY | | | $ | 48,606.07 |
| 0040132771 | 40132771 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 58,100.16 |
| 0040142713 | 40142713 | MISREP - INCOME/EMPLOY | | | $ | 414,983.70 |
| 0040143448 | 40143448 | UW - OTHER | MISREP - OCCUPANCY | OTHER | $ | 301,377.60 |
| 0040143455 | 40143455 | MISREP - INCOME/EMPLOY | | | $ | 85,525.35 |
| 0040143844 | 40143844 | MISREP - DEBTS | | | $ | 424,627.80 |
| 0040153538 | 40153538 | MISREP - DEBTS | | | $ | 417,169.00 |
| 0040158149 | 40158149 | MISREP - DEBTS | | | $ | 384,993.00 |
| 0040158693 | 40158693 | MISREP - DEBTS | | | $ | 63,790.72 |
| 0040158891 | 40158891 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 452,076.30 |
| 0040187106 | 40187106 | MISREP - INCOME/EMPLOY | | | $ | 11,519.14 |
| 0040206922 | 40206922 | DOCUMENTATION | | | $ | 10,922.84 |
| 0040244881 | 40244881 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ | 263,452.50 |
| 0040252330 | 40252330 | DOCUMENTATION | | | $ | 28,077.76 |
| 0040264236 | 40264236 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 40,850.10 |
| 0040264269 | 40264269 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ | 183,123.50 |
| 0040264277 | 40264277 | DOCUMENTATION | | | $ | 124,083.20 |
| 0040264954 | 40264954 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 86,766.00 |
| 0040290702 | 40290702 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 316,346.10 |
| 0040401960 | 40401960 | MISREP - INCOME/EMPLOY | | | $ | 539,730.40 |
| 0040444259 | 40444259 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 112,321.80 |
| 0040457558 | 40457558 | MISREP - INCOME/EMPLOY | | | $ | 182,197.00 |
| 0040461808 | 40461808 | UW - OTHER | | | $ | 131,587.30 |

**EXHIBIT B**

**EXHIBIT B**

Guaranteed Rate, Inc. d/b/a GuaranteedRate.com

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040465809 | 40465809 | UW - OTHER | MISREP - DEBTS | | $ | 53,239.84 |
| 0040478935 | 40478935 | UW - OTHER | | | $ | 32,499.05 |
| 0040484800 | 40484800 | MISREP - OCCUPANCY | DOCUMENTATION | | $ | 353,615.20 |
| 0040499246 | 40499246 | MISREP - INCOME/EMPLOY | | | $ | 276,144.10 |
| 0040513699 | 40513699 | MISREP - INCOME/EMPLOY | | | $ | 80,768.19 |
| 0040513749 | 40513749 | MISREP - INCOME/EMPLOY | | | $ | 80,078.86 |
| 0040514507 | 40514507 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 62,773.11 |
| 0040562290 | 40562290 | MISREP - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | $ | 720,275.20 |
| 0040592123 | 40592123 | MISREP - OCCUPANCY | MISREP - BORROWER | | $ | 537,686.00 |
| 0040593048 | 40593048 | MISREP - INCOME/EMPLOY | | | $ | 106,373.20 |
| 0040623126 | 40623126 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 195,089.70 |
| 0040636391 | 40636391 | UW - OTHER | | | $ | 318,164.00 |
| 0040636706 | 40636706 | MISREP - OCCUPANCY | MISREP - DEBTS | | $ | 357,535.90 |
| 0040685398 | 40685398 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 168,680.30 |
| 0040685893 | 40685893 | UW - OTHER | | | $ | 82,707.76 |
| 0040687196 | 40687196 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 139,888.20 |
| 0040763732 | 40763732 | UW - OTHER | | | $ | 127,877.40 |
| 0040811671 | 40811671 | MISREP - DEBTS | | | $ | 9,242.46 |
| 0040822868 | 40822868 | MISREP - INCOME/EMPLOY | | | $ | 157,637.30 |
| 0040838385 | 40838385 | DOCUMENTATION | | | $ | 36,161.23 |
| 0040845737 | 40845737 | MISREP - DEBTS | | | $ | 52,017.66 |
| 0123000000 | 2006096490 | MISREP - INCOME/EMPLOY | | | $ | 59,185.86 |
| 0123000000 | 2006074446 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 302,962.00 |
| 0123000000 | 2006093131 | MISREP - INCOME/EMPLOY | | | $ | 360.03 |
| 0123000000 | 2006094050 | MISREP - INCOME/EMPLOY | | | $ | 147,386.70 |
| 0123000000 | 2006099698 | MISREP - DEBTS | | | $ | 119,692.50 |
| | | | | **TOTAL** | **$** | **24,548,355.20** |

**EXHIBIT B**