# EXHIBIT A

# EXHIBIT A
## Hartland Mortgage Centers, Inc.

Loan Purchase Agreement, dated January 19, 2006