# EXHIBIT B

Hartland Mortgage Centers, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0032700049 | 32700049 | MISREP - INCOME/EMPLOY | | | $ 151,313.00 |
| 0033176447 | 33176447 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ 29,653.77 |
| 0033233925 | 33233925 | MISREP - OCCUPANCY | | | $ 80,291.75 |
| 0033308784 | 33308784 | UW - OTHER | | | $ 64,217.55 |
| 0033308842 | 33308842 | DOCUMENTATION | | | $ 14,744.39 |
| 0033388752 | 33388752 | UW - OTHER | | | $ 132,755.20 |
| 0033648759 | 33648759 | MISREP - INCOME/EMPLOY | | | $ 66,858.66 |
| 0033780750 | 33780750 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 171,751.40 |

**TOTAL**     **$  711,585.72**

**EXHIBIT B**