# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
# Mega Capital Funding, Inc.

Loan Purchase Agreement, dated January 29, 1999

Loan Purchase Agreement, dated December 2, 2004