# EXHIBIT B

**EXHIBIT B**
Mega Capital Funding, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0018348540 | 18348540 | DOCUMENTATION | | | $ 3,643.71 |
| 0018501296 | 18501296 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 3,880.82 |
| 0030053706 | 30053706 | MISREP - INCOME/EMPLOY | | | $ 132,520.20 |
| 0030542286 | 30542286 | MISREP - DEBTS | | | $ 137,185.90 |
| 0030632889 | 30632889 | MISREP - DEBTS | | | $ 108,129.40 |
| 0030658058 | 30658058 | MISREP - DEBTS | UW - OTHER | | $ 192,994.90 |
| 0030745947 | 30745947 | MISREP - INCOME/EMPLOY | | | $ 91,336.05 |
| 0030746036 | 30746036 | MISREP - INCOME/EMPLOY | | | $ 120,201.60 |
| 0031067754 | 31067754 | DOCUMENTATION | | | $ 59,774.78 |
| 0031239734 | 31239734 | MISREP - DEBTS | | | $ 176,627.20 |
| 0031239924 | 31239924 | DOCUMENTATION | | | $ 98,671.57 |
| 0031484595 | 31484595 | DOCUMENTATION | | | $ 123,162.90 |
| 0031501687 | 31501687 | DOCUMENTATION | | | $ 79,659.61 |
| 0031603327 | 31603327 | UW - OTHER | | | $ 46,267.48 |
| 0031659048 | 31659048 | UW - OTHER | | | $ 175,008.00 |
| 0031659188 | 31659188 | DOCUMENTATION | | | $ 97,846.56 |
| 0031671373 | 31671373 | MISREP - DEBTS | | | $ 88,731.41 |
| 0031848229 | 31848229 | MISREP - DEBTS | | | $ 80,259.05 |
| 0031857923 | 31857923 | DOCUMENTATION | | | $ 73,510.96 |
| 0031902513 | 31902513 | MISREP - INCOME/EMPLOY | | | $ 91,659.81 |
| 0031951155 | 31951155 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | MISREP - OCCUPANCY | $ 82,557.36 |
| 0031961840 | 31961840 | DOCUMENTATION | | | $ 111,072.90 |
| 0032009086 | 32009086 | MISREP - INCOME/EMPLOY | | | $ 124,091.00 |
| 0032016628 | 32016628 | MISREP - INCOME/EMPLOY | | | $ 187,707.90 |
| 0032024291 | 32024291 | MISREP - DEBTS | | | $ 122,451.30 |
| 0032043176 | 32043176 | MISREP - DEBTS | | | $ 170,203.80 |
| 0032099541 | 32099541 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ 525,545.00 |
| 0032126179 | 32126179 | MISREP - OCCUPANCY | | | $ 844,651.40 |
| 0032133100 | 32133100 | UW - OTHER | | | $ 165,961.60 |
| 0032143323 | 32143323 | DOCUMENTATION | | | $ 58,665.22 |

**EXHIBIT B**

**EXHIBIT B**
Mega Capital Funding, Inc.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032183246 | 32183246 | MISREP - OCCUPANCY | | | $ | 164,237.60 |
| 0032202376 | 32202376 | MISREP - INCOME/EMPLOY | | | $ | 570,830.50 |
| 0032202392 | 32202392 | UW - OTHER | | | $ | 206,903.90 |
| 0032249096 | 32249096 | DOCUMENTATION | | | $ | 69,290.23 |
| 0032249278 | 32249278 | MISREP - DEBTS | | | $ | 357,784.90 |
| 0032278640 | 32278640 | MISREP - INCOME/EMPLOY | | | $ | 33,004.95 |
| 0032346884 | 32346884 | MISREP - OCCUPANCY | | | $ | 156,980.60 |
| 0032346934 | 32346934 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ | 191,908.10 |
| 0032367914 | 32367914 | MISREP - INCOME/EMPLOY | | | $ | 272,044.80 |
| 0032401572 | 32401572 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 254,631.80 |
| 0032409328 | 32409328 | MISREP - OCCUPANCY | | | $ | 219,435.10 |
| 0032430696 | 32430696 | MISREP - DEBTS | | | $ | 134,574.70 |
| 0032449464 | 32449464 | MISREP - INCOME/EMPLOY | | | $ | 231,713.50 |
| 0032460859 | 32460859 | MISREP - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | $ | 184,576.00 |
| 0032489627 | 32489627 | MISREP - INCOME/EMPLOY | | | $ | 185,862.70 |
| 0032489650 | 32489650 | MISREP - DEBTS | MISREP - OCCUPANCY | DOCUMENTATION | $ | 189,974.20 |
| 0032494353 | 32494353 | UW - OTHER | DOCUMENTATION | | $ | 477,703.50 |
| 0032494569 | 32494569 | OTHER | | | $ | 130,337.30 |
| 0032510141 | 32510141 | DOCUMENTATION | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ | 161,207.00 |
| 0032510349 | 32510349 | MISREP - OCCUPANCY | | | $ | 221,377.90 |
| 0032517575 | 32517575 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 123,692.50 |
| 0032525099 | 32525099 | MISREP - DEBTS | | | $ | 5,370.35 |
| 0032534208 | 32534208 | UW - OTHER | | | $ | 275,771.10 |
| 0032543043 | 32543043 | MISREP - DEBTS | | | $ | 80,901.83 |
| 0032543068 | 32543068 | MISREP - OCCUPANCY | | | $ | 144,898.70 |
| 0032572125 | 32572125 | MISREP - DEBTS | | | $ | 455,230.50 |
| 0032595142 | 32595142 | MISREP - DEBTS | | | $ | 30,761.99 |
| 0032660920 | 32660920 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 285,478.70 |
| 0032660987 | 32660987 | MISREP - DEBTS | MISREP - ASSETS | MISREP - OCCUPANCY | $ | 280,945.70 |
| 0032661050 | 32661050 | UW - OTHER | | | $ | 226,337.70 |
| 0032689242 | 32689242 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 168,024.50 |

**EXHIBIT B**

**EXHIBIT B**

Mega Capital Funding, Inc.

| | | | | | |
|---|---|---|---|---|---|
| 0032697112 | 32697112 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 175,088.60 |
| 0032697229 | 32697229 | MISREP - DEBTS | | | $ 65,211.41 |
| 0032720195 | 32720195 | UW - OTHER | UW - OTHER | | $ 261,307.90 |
| 0032735680 | 32735680 | MISREP - DEBTS | | | $ 172,049.90 |
| 0032735771 | 32735771 | MISREP - DEBTS | | | $ 106,085.90 |
| 0032742801 | 32742801 | MISREP - INCOME/EMPLOY | | | $ 86,107.53 |
| 0032783151 | 32783151 | MISREP - INCOME/EMPLOY | | | $ 355,767.20 |
| 0032783268 | 32783268 | MISREP - INCOME/EMPLOY | | | $ 115,655.20 |
| 0032795742 | 32795742 | MISREP - DEBTS | | | $ 226,600.30 |
| 0032800518 | 32800518 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 235,099.70 |
| 0032827834 | 32827834 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ 89,685.83 |
| 0033136979 | 33136979 | MISREP - DEBTS | | | $ 178,465.10 |
| 0033200163 | 33200163 | MISREP - INCOME/EMPLOY | | | $ 181,718.70 |
| 0033282955 | 33282955 | MISREP - INCOME/EMPLOY | | | $ 155,445.20 |
| 0033371410 | 33371410 | DOCUMENTATION | MISREP - DEBTS | | $ 203,611.70 |
| 0033672429 | 33672429 | UW - OTHER | | | $ 43,679.04 |
| 0033695933 | 33695933 | MISREP - BORROWER | DOCUMENTATION | | $ 81,365.50 |
| 0033706151 | 33706151 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 726,335.80 |
| 0040036501 | 40036501 | UW - OTHER | | | $ 288,001.10 |
| | | | | **TOTAL** | **$ 14,613,053.85** |

**EXHIBIT B**