UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  
LEHMAN BROTHERS HOLDINGS INC., *et al.*,

        Debtors.

Chapter 11  
Case No. 08-13555 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

        Plaintiff,

v.

1ST ADVANTAGE MORTGAGE, LLC *et al*.,

        Defendants.

Central Adversary  
Docket No. 16-01019 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

        Plaintiff,

v.

FIRST BANK,

        Defendant.

Individual Adversary  
Docket No. 16-01289 (SCC)

---

## **ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Timothy P. Griffin, to be admitted, ***pro hac vice***, to represent First Bank, (the "Client") a Defendant in the above-referenced bankruptcy proceeding, and upon the movant's certification and that the movant is a member in good standing of the bar in the State of Minnesota and, the bar of the U.S. District court for the District of Minnesota, it is hereby

**ORDERED**, that Timothy P. Griffin, Esq., is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: December 4, 2018
New York, New York                    /S/ Shelley C. Chapman
                                       UNITED STATES BANKRUPTCY JUDGE

2