# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**MegaStar Financial Corp.**

Loan Purchase Agreement, dated January 3, 2002

Loan Purchase Agreement, dated September 24, 2004