# EXHIBIT B

**EXHIBIT B**

MegaStar Financial Corp.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0017585480 | 17585480 | DOCUMENTATION | | | $ 29,612.87 |
| 0018724666 | 18724666 | MISREP - OCCUPANCY | | | $ 62,124.46 |
| 0018731612 | 18731612 | MISREP - INCOME/EMPLOY | | | $ 142,951.40 |
| 0018902858 | 18902858 | UW - OTHER | | | $ 17,699.10 |
| 0030120323 | 30120323 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 76,340.41 |
| 0030194161 | 30194161 | MISREP - INCOME/EMPLOY | | | $ 57,405.77 |
| 0030208862 | 30208862 | DOCUMENTATION | | | $ 28,870.19 |
| 0030835540 | 30835540 | DOCUMENTATION | | | $ 30,312.97 |
| 0030935258 | 30935258 | DOCUMENTATION | DOCUMENTATION | MISREP - DEBTS | $ 260,931.90 |
| 0030936108 | 30936108 | MISREP - OCCUPANCY | MISREP - DEBTS | | $ 333,137.60 |
| 0030960900 | 30960900 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 44,836.47 |
| 0030999452 | 30999452 | UW - OTHER | | | $ 204,901.90 |
| 0031234164 | 31234164 | MISREP - DEBTS | UW - OTHER | MISREP - OCCUPANCY | $ 137,314.80 |
| 0031311897 | 31311897 | DOCUMENTATION | DOCUMENTATION | | $ 31,132.99 |
| 0031432941 | 31432941 | MISREP - INCOME/EMPLOY | | | $ 95,499.27 |
| 0031487747 | 31487747 | MISREP - DEBTS | | | $ 12,915.51 |
| 0031772536 | 31772536 | DOCUMENTATION | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ 22,297.51 |
| 0031875461 | 31875461 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 88,368.55 |
| 0031921067 | 31921067 | UW - OTHER | | | $ 40,708.15 |
| 0032012114 | 32012114 | MISREP - DEBTS | UW - OTHER | | $ 356,616.10 |
| 0032013088 | 32013088 | UW - OTHER | | | $ 8,140.47 |
| 0032093718 | 32093718 | DOCUMENTATION | | | $ 98,680.24 |
| 0032116881 | 32116881 | MISREP - INCOME/EMPLOY | | | $ 97,518.38 |
| 0032169005 | 32169005 | DOCUMENTATION | | | $ 79,179.12 |
| 0032429003 | 32429003 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 47,841.84 |
| 0032429144 | 32429144 | DOCUMENTATION | | | $ 29,806.65 |
| 0032480485 | 32480485 | MISREP - INCOME/EMPLOY | | | $ 34,932.36 |
| 0032669376 | 32669376 | MISREP - DEBTS | | | $ 69,692.71 |
| 0032685828 | 32685828 | MISREP - DEBTS | | | $ 10,987.24 |
| 0032784084 | 32784084 | UW - OTHER | | | $ 193,970.50 |

**EXHIBIT B**

**EXHIBIT B**

MegaStar Financial Corp.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032784183 | 32784183 | MISREP - INCOME/EMPLOY | | | $ | 134,006.80 |
| 0032789752 | 32789752 | MISREP - DEBTS | | | $ | 26,557.11 |
| 0032936700 | 32936700 | DOCUMENTATION | DOCUMENTATION | | $ | 71,431.49 |
| 0032961120 | 32961120 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 195,702.30 |
| 0033089814 | 33089814 | MISREP - INCOME/EMPLOY | | | $ | 187,641.90 |
| 0033089822 | 33089822 | UW - OTHER | | | $ | 71,228.37 |
| 0033098971 | 33098971 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 69,845.91 |
| 0033102906 | 33102906 | DOCUMENTATION | | | $ | 46,434.75 |
| 0033171919 | 33171919 | MISREP - INCOME/EMPLOY | | | $ | 78,051.05 |
| 0033200262 | 33200262 | MISREP - INCOME/EMPLOY | | | $ | 76,512.93 |
| 0033335035 | 33335035 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 120,646.90 |
| 0033348509 | 33348509 | MISREP - INCOME/EMPLOY | | | $ | 43,167.38 |
| 0033394511 | 33394511 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | UW - OTHER | $ | 130,974.60 |
| 0033400748 | 33400748 | UW - OTHER | | | $ | 37,475.12 |
| 0033431073 | 33431073 | MISREP - INCOME/EMPLOY | | | $ | 49,625.99 |
| 0033502519 | 33502519 | MISREP - INCOME/EMPLOY | | | $ | 14,855.78 |
| 0033743329 | 33743329 | MISREP - OCCUPANCY | | | $ | 63,856.28 |
| 0033743980 | 33743980 | UW - OTHER | | | $ | 374,426.40 |
| 0040020620 | 40020620 | MISREP - INCOME/EMPLOY | | | $ | 186,490.90 |
| 0040050874 | 40050874 | MISREP - INCOME/EMPLOY | | | $ | 46,607.55 |
| 0040170557 | 40170557 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 273,457.70 |
| 0040265696 | 40265696 | MISREP - DEBTS | | | $ | 188,848.20 |
| 0040338535 | 40338535 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 90,678.50 |
| 0040498891 | 40498891 | MISREP - INCOME/EMPLOY | | | $ | 237,798.50 |
| 0040843641 | 40843641 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 56,192.97 |

**TOTAL    $ 5,617,242.81**

**EXHIBIT B**