# EXHIBIT B

**EXHIBIT B**

New Fed Mortgage, Corp.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0030062202 | 30062202 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 86,413.74 |
| 0030522460 | 30522460 | DOCUMENTATION | | | $ 81,246.86 |
| 0030689822 | 30689822 | DOCUMENTATION | | | $ 86,556.65 |
| 0030974851 | 30974851 | DOCUMENTATION | | | $ 92,336.15 |
| 0031086259 | 31086259 | DOCUMENTATION | DOCUMENTATION | | $ 80,530.94 |
| 0032014003 | 32014003 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 76,394.63 |
| 0032764409 | 32764409 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 14,312.22 |
| 0032973372 | 32973372 | MISREP - INCOME/EMPLOY | | | $ 74,422.49 |
| 0033453937 | 33453937 | MISREP - DEBTS | | | $ 293,974.10 |
| 0033466723 | 33466723 | MISREP - INCOME/EMPLOY | | | $ 260,359.50 |
| 0040260085 | 40260085 | MISREP - INCOME/EMPLOY | | | $ 131,511.50 |

TOTAL      $ 1,278,058.78

**EXHIBIT B**