# EXHIBIT B

**EXHIBIT B**

Oaktree Funding Corp.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0031455009 | 31455009 | DOCUMENTATION | | | $ 90,957.33 |
| 0033140922 | 33140922 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 66,123.27 |
| 0033447004 | 33447004 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 159,804.50 |

TOTAL $ 316,885.10

**EXHIBIT B**