# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**MC Advantage, LLC, f/k/a Republic Mortgage Home Loans, LLC**

Loan Purchase Agreement, dated June 25, 2000

Loan Purchase Agreement, dated December 31, 2004

Broker Agreement, dated January 17, 2006