# EXHIBIT B

**EXHIBIT B**

MC Advantage, LLC, f/k/a Republic Mortgage Home Loans, LLC

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0017068941 | 17068941 | MISREP - INCOME/EMPLOY | | | $ 90,329.96 |
| 0017429374 | 17429374 | MISREP - DEBTS | | | $ 44,294.71 |
| 0018666776 | 18666776 | DOCUMENTATION | | | $ 67,782.69 |
| 0030151419 | 30151419 | DOCUMENTATION | | | $ 78,890.09 |
| 0030177174 | 30177174 | UW - OTHER | | | $ 33,467.23 |
| 0030533541 | 30533541 | MISREP - INCOME/EMPLOY | | | $ 104,240.10 |
| 0030533558 | 30533558 | MISREP - DEBTS | | | $ 31,571.54 |
| 0030690812 | 30690812 | DOCUMENTATION | | | $ 56,321.54 |
| 0030783971 | 30783971 | MISREP - DEBTS | | | $ 43,784.68 |
| 0030816540 | 30816540 | MISREP - INCOME/EMPLOY | | | $ 45,830.26 |
| 0031063183 | 31063183 | DOCUMENTATION | | | $ 46,781.92 |
| 0031082720 | 31082720 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 127,436.00 |
| 0031082753 | 31082753 | MISREP - DEBTS | | | $ 26,698.03 |
| 0031086788 | 31086788 | DOCUMENTATION | | | $ 59,948.59 |
| 0031348717 | 31348717 | DOCUMENTATION | | | $ 48,793.51 |
| 0031405145 | 31405145 | MISREP - DEBTS | | | $ 74,124.17 |
| 0031418858 | 31418858 | UW - OTHER | | | $ 3,518.30 |
| 0031495096 | 31495096 | DOCUMENTATION | | | $ 53,846.70 |
| 0031497845 | 31497845 | UW - OTHER | | | $ 3,556.08 |
| 0031501364 | 31501364 | UW - OTHER | | | $ 80,440.66 |
| 0031585524 | 31585524 | DOCUMENTATION | | | $ 39,641.48 |
| 0031637689 | 31637689 | MISREP - DEBTS | | | $ 161,068.90 |
| 0031637762 | 31637762 | DOCUMENTATION | | | $ 152,228.20 |
| 0031647357 | 31647357 | DOCUMENTATION | | | $ 47,986.37 |
| 0031660301 | 31660301 | MISREP - DEBTS | | | $ 662.14 |
| 0031665318 | 31665318 | DOCUMENTATION | | | $ 28,213.10 |
| 0031679541 | 31679541 | MISREP - INCOME/EMPLOY | | | $ 34,526.47 |
| 0031698459 | 31698459 | MISREP - INCOME/EMPLOY | | | $ 124,017.80 |
| 0031773682 | 31773682 | MISREP - INCOME/EMPLOY | | | $ 1,342.51 |
| 0031806706 | 31806706 | UW - OTHER | | | $ 61,341.45 |
| 0031841190 | 31841190 | UW - OTHER | | | $ 31,496.20 |

**EXHIBIT B**

**EXHIBIT B**

MC Advantage, LLC, f/k/a Republic Mortgage Home Loans, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031861867 | 31861867 | MISREP - DEBTS | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | $ | 145,760.00 |
| 0031896541 | 31896541 | MISREP - INCOME/EMPLOY | | | $ | 31,408.68 |
| 0031979800 | 31979800 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 218,168.00 |
| 0032021644 | 32021644 | MISREP - DEBTS | | | $ | 18,082.33 |
| 0032172645 | 32172645 | MISREP - DEBTS | | | $ | 121,842.90 |
| 0032201980 | 32201980 | DOCUMENTATION | MISREP - DEBTS | | $ | 14,545.13 |
| 0032293383 | 32293383 | MISREP - INCOME/EMPLOY | | | $ | 176,187.00 |
| 0032293565 | 32293565 | MISREP - INCOME/EMPLOY | | | $ | 81,536.31 |
| 0032426827 | 32426827 | DOCUMENTATION | | | $ | 33,275.37 |
| 0032465502 | 32465502 | DOCUMENTATION | | | $ | 123,888.20 |
| 0032465551 | 32465551 | DOCUMENTATION | | | $ | 73,524.47 |
| 0032476103 | 32476103 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 159,894.60 |
| 0032524415 | 32524415 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 120,330.00 |
| 0032573495 | 32573495 | MISREP - DEBTS | | | $ | 131,054.00 |
| 0032573586 | 32573586 | MISREP - DEBTS | | | $ | 30,376.38 |
| 0032806960 | 32806960 | MISREP - INCOME/EMPLOY | | | $ | 70,282.74 |
| 0032827875 | 32827875 | MISREP - INCOME/EMPLOY | | | $ | 61,738.25 |
| 0032833790 | 32833790 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 61,700.30 |
| 0032903247 | 32903247 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ | 30,149.09 |
| 0033183625 | 33183625 | DOCUMENTATION | | | $ | 330,628.70 |
| 0033184250 | 33184250 | MISREP - DEBTS | | | $ | 217,324.20 |
| 0033185620 | 33185620 | MISREP - INCOME/EMPLOY | | | $ | 1,426.07 |
| 0033372046 | 33372046 | UW - OTHER | | | $ | 22,170.09 |
| 0033442013 | 33442013 | UW - OTHER | | | $ | 150,099.10 |
| 0033465972 | 33465972 | UW - OTHER | | | $ | 39,844.75 |
| 0033643776 | 33643776 | UW - OTHER | MISREP - OCCUPANCY | | $ | 63,760.00 |
| 0039641154 | 39641154 | MISREP - DEBTS | | | $ | 29,099.44 |
| 0040062705 | 40062705 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 63,970.00 |
| 0040368631 | 40368631 | MISREP - DEBTS | | | $ | 43,588.91 |
| 0040510232 | 40510232 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ | 528,892.00 |
| 0040580532 | 40580532 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 185,497.90 |
| 0046758090 | 46758090 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 103,445.80 |

**EXHIBIT B**

**EXHIBIT B**

MC Advantage, LLC, f/k/a Republic Mortgage Home Loans, LLC

|  | TOTAL | $ 5,287,672.09 |
|---|---|---|

**EXHIBIT B**