# EXHIBIT B

**EXHIBIT B**

Republic State Mortgage Co., individually and as successor by merger to Union Trust Mortgage Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0031793094 | 31793094 | DOCUMENTATION | | | $ 4,834.13 |
| 0032136426 | 32136426 | MISREP - DEBTS | | | $ 31,349.36 |
| 0032183386 | 32183386 | DOCUMENTATION | | | $ 39,237.67 |
| 0032253130 | 32253130 | MISREP - INCOME/EMPLOY | | | $ 50,083.67 |
| 0032346249 | 32346249 | DOCUMENTATION | | | $ 40,698.78 |
| 0032346272 | 32346272 | MISREP - DEBTS | | | $ 40,698.78 |
| 0032446957 | 32446957 | MISREP - INCOME/EMPLOY | | | $ 43,323.06 |
| 0032447096 | 32447096 | MISREP - DEBTS | | | $ 36,832.13 |
| 0032447112 | 32447112 | MISREP - DEBTS | | | $ 43,229.89 |
| 0032448573 | 32448573 | DOCUMENTATION | | | $ 42,717.14 |
| 0032448763 | 32448763 | MISREP - DEBTS | | | $ 35,685.80 |
| 0032449423 | 32449423 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 35,765.80 |
| 0032459299 | 32459299 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 35,336.15 |
| 0032460586 | 32460586 | MISREP - DEBTS | | | $ 41,334.65 |
| 0032462640 | 32462640 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 42,389.25 |
| 0032467532 | 32467532 | MISREP - INCOME/EMPLOY | | | $ 36,101.45 |
| 0032744377 | 32744377 | MISREP - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | $ 21,833.51 |
| 0032776023 | 32776023 | MISREP - DEBTS | | | $ 48,985.86 |
| 0032829624 | 32829624 | MISREP - INCOME/EMPLOY | | | $ 99,325.08 |
| 0033071259 | 33071259 | MISREP - INCOME/EMPLOY | | | $ 21,147.57 |
| 0033429572 | 33429572 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 300,558.20 |
| 0040048233 | 40048233 | UW - OTHER | UW - OTHER | | $ 200,529.70 |
| 0040098030 | 40098030 | MISREP - INCOME/EMPLOY | | | $ 69,352.47 |
| 0040503765 | 40503765 | UW - OTHER | | | $ 273,785.40 |
| 0018744557 | 18744557 | DOCUMENTATION | DOCUMENTATION | | $ 79,435.28 |
| 0018837856 | 18837856 | MISREP - DEBTS | | | $ 23,441.09 |
| 0018838185 | 18838185 | MISREP - DEBTS | | | $ 29,274.62 |
| 0018953091 | 18953091 | DOCUMENTATION | | | $ 49,866.64 |

**EXHIBIT B**

**EXHIBIT B**

Republic State Mortgage Co., individually and as successor by merger to Union Trust Mortgage Corporation

| 0018981050 | 18981050 | DOCUMENTATION | DOCUMENTATION | | $ | 72,621.20 |
|---|---|---|---|---|---|---|
| 0030646079 | 30646079 | UW - OTHER | | | $ | 115,146.10 |
| 0030825871 | 30825871 | MISREP - OCCUPANCY | | | $ | 89,331.49 |
| 0031682354 | 31682354 | MISREP - INCOME/EMPLOY | | | $ | 14,853.83 |
| 0031832439 | 31832439 | DOCUMENTATION | | | $ | 37,147.10 |
| | | | | TOTAL | $ | 2,146,252.85 |

**EXHIBIT B**