# EXHIBIT B

**EXHIBIT B**

Residential Home Funding Corp.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0032362865 | 32362865 | DOCUMENTATION | | | $ 29,483.75 |
| 0033294406 | 33294406 | DOCUMENTATION | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | $ 332,976.60 |
| 0033478140 | 33478140 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ 181,046.70 |
| 0033478546 | 33478546 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 297,532.30 |
| 0033546755 | 33546755 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ 401,243.00 |
| 0033784638 | 33784638 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 156,726.50 |
| 0036943785 | 36943785 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 77,049.71 |
| 0036943876 | 36943876 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 64,238.17 |
| 0037406824 | 37406824 | MISREP - INCOME/EMPLOY | | | $ 124,724.00 |
| 0037480241 | 37480241 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ 25,413.00 |
| 0040061368 | 40061368 | MISREP - INCOME/EMPLOY | | | $ 330,341.90 |
| 0040097040 | 40097040 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 431,127.10 |
| 0040114951 | 40114951 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 226,007.30 |
| 0040140329 | 40140329 | DOCUMENTATION | | | $ 119,732.10 |
| 0040166068 | 40166068 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 62,635.26 |
| 0040361552 | 40361552 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 131,557.70 |
| 0040452039 | 40452039 | MISREP - INCOME/EMPLOY | | | $ 314,903.70 |
| 0040783656 | 40783656 | MISREP - INCOME/EMPLOY | | | $ 667,813.00 |
| 0046223160 | 46223160 | UW - OTHER | | | $ 251,147.20 |

**TOTAL**     **$ 4,225,698.99**

**EXHIBIT B**