# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Response Mortgage Services, Inc.**

Loan Purchase Agreement, dated June 9, 2005