# EXHIBIT B

**EXHIBIT B**

Response Mortgage Services, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0030856868 | 30856868 | MISREP - INCOME/EMPLOY | | | $ 629,645.50 |
| 0031686736 | 31686736 | DOCUMENTATION | | | $ 143,680.80 |
| 0031862261 | 31862261 | UW - OTHER | | | $ 45,354.59 |
| 0031931603 | 31931603 | DOCUMENTATION | | | $ 55,982.33 |
| 0031931686 | 31931686 | MISREP - INCOME/EMPLOY | | | $ 154,459.60 |
| 0031990948 | 31990948 | MISREP - DEBTS | | | $ 31,706.68 |
| 0031990989 | 31990989 | UW - OTHER | | | $ 65,567.53 |
| 0032072712 | 32072712 | MISREP - DEBTS | | | $ 21,511.18 |
| 0032438830 | 32438830 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 189,096.20 |
| 0032805475 | 32805475 | MISREP - INCOME/EMPLOY | | | $ 270,412.30 |
| 0032805707 | 32805707 | MISREP - DEBTS | | | $ 39,746.42 |
| 0033033432 | 33033432 | MISREP - DEBTS | | | $ 244,330.80 |
| 0033033515 | 33033515 | MISREP - INCOME/EMPLOY | | | $ 69,589.39 |
| 0033125840 | 33125840 | MISREP - OCCUPANCY | UW - OTHER | MISREP - INCOME/EMPLOY | $ 460,570.60 |
| 0033129339 | 33129339 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 213,635.90 |
| 0033206764 | 33206764 | MISREP - INCOME/EMPLOY | | | $ 183,676.10 |
| 0033284274 | 33284274 | DOCUMENTATION | | | $ 73,086.37 |
| 0033373697 | 33373697 | MISREP - DEBTS | | | $ 107,169.80 |
| 0033412487 | 33412487 | UW - OTHER | | | $ 67,960.16 |
| 0033441114 | 33441114 | MISREP - INCOME/EMPLOY | | | $ 73,878.89 |
| 0033484890 | 33484890 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 48,634.88 |
| 0040366239 | 40366239 | DOCUMENTATION | | | $ 744,226.00 |
| 0040659260 | 40659260 | DOCUMENTATION | | | $ 39,866.88 |

TOTAL       $ 3,973,788.90

**EXHIBIT B**