# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**SecurityNational Mortgage Company**

Loan Purchase Agreement, dated May 27, 1998

Loan Purchase Agreement, dated August 23, 2001

Broker Agreement, dated August 14, 2002

Loan Purchase Agreement, dated April 15, 2005