# EXHIBIT B

**EXHIBIT B**

SecurityNational Mortgage Company

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0015132442 | 15132442 | MISREP - INCOME/EMPLOY | | | $ 108,161.30 |
| 0016260440 | 16260440 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 1,063.84 |
| 0017919002 | 17919002 | MISREP - DEBTS | | | $ 47,529.39 |
| 0017931627 | 17931627 | MISREP - DEBTS | | | $ 39,734.81 |
| 0017931734 | 17931734 | MISREP - DEBTS | | | $ 55,698.22 |
| 0017970724 | 17970724 | MISREP - INCOME/EMPLOY | | | $ 29,322.76 |
| 0018051300 | 18051300 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 53,373.42 |
| 0018113316 | 18113316 | DOCUMENTATION | | | $ 117,597.50 |
| 0018289231 | 18289231 | MISREP - DEBTS | | | $ 26,407.28 |
| 0018435610 | 18435610 | MISREP - DEBTS | | | $ 109,065.40 |
| 0018502062 | 18502062 | MISREP - DEBTS | | | $ 92,898.34 |
| 0018522961 | 18522961 | MISREP - DEBTS | | | $ 31,195.33 |
| 0018522987 | 18522987 | MISREP - DEBTS | | | $ 16,929.42 |
| 0018523860 | 18523860 | DOCUMENTATION | | | $ 88,285.53 |
| 0018623454 | 18623454 | MISREP - DEBTS | | | $ 82,118.31 |
| 0018720847 | 18720847 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 93,837.48 |
| 0018726042 | 18726042 | MISREP - DEBTS | | | $ 60,212.53 |
| 0018777805 | 18777805 | UW - OTHER | | | $ 16,087.10 |
| 0018778118 | 18778118 | MISREP - DEBTS | | | $ 37,567.51 |
| 0018782508 | 18782508 | MISREP - INCOME/EMPLOY | | | $ 45,928.36 |
| 0018858985 | 18858985 | DOCUMENTATION | | | $ 39,286.68 |
| 0018935460 | 18935460 | MISREP - INCOME/EMPLOY | | | $ 179,208.20 |
| 0018939496 | 18939496 | MISREP - INCOME/EMPLOY | | | $ 30,496.33 |
| 0018954206 | 18954206 | MISREP - INCOME/EMPLOY | | | $ 13,767.02 |
| 0018986273 | 18986273 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 27,517.00 |
| 0030006126 | 30006126 | MISREP - DEBTS | | | $ 47,401.80 |
| 0030024210 | 30024210 | MISREP - INCOME/EMPLOY | | | $ 56,674.98 |
| 0030024327 | 30024327 | MISREP - INCOME/EMPLOY | | | $ 47,574.38 |
| 0030061501 | 30061501 | MISREP - INCOME/EMPLOY | | | $ 16,050.40 |
| 0030061832 | 30061832 | MISREP - INCOME/EMPLOY | | | $ 17,548.58 |
| 0030217079 | 30217079 | DOCUMENTATION | UW - OTHER | DOCUMENTATION | $ 42,895.21 |

**EXHIBIT B**

**EXHIBIT B**
SecurityNational Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0030223499 | 30223499 | MISREP - DEBTS | | | $ | 33,226.35 |
| 0030286272 | 30286272 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 328,182.90 |
| 0030317101 | 30317101 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 157,397.60 |
| 0030317143 | 30317143 | MISREP - DEBTS | | | $ | 24,457.28 |
| 0030317259 | 30317259 | MISREP - DEBTS | | | $ | 60,262.05 |
| 0030321012 | 30321012 | MISREP - INCOME/EMPLOY | | | $ | 170,403.10 |
| 0030352850 | 30352850 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ | 129,882.20 |
| 0030355036 | 30355036 | MISREP - DEBTS | | | $ | 42,706.24 |
| 0030374730 | 30374730 | MISREP - DEBTS | | | $ | 275,347.70 |
| 0030392260 | 30392260 | DOCUMENTATION | | | $ | 28,817.90 |
| 0030414700 | 30414700 | MISREP - DEBTS | | | $ | 58,360.70 |
| 0030415178 | 30415178 | MISREP - DEBTS | | | $ | 84,381.36 |
| 0030417430 | 30417430 | MISREP - DEBTS | | | $ | 111,185.20 |
| 0030420368 | 30420368 | MISREP - INCOME/EMPLOY | | | $ | 83,309.77 |
| 0030420426 | 30420426 | DOCUMENTATION | DOCUMENTATION | | $ | 80,533.65 |
| 0030435721 | 30435721 | MISREP - OCCUPANCY | | | $ | 109,266.30 |
| 0030435812 | 30435812 | MISREP - DEBTS | | | $ | 66,967.51 |
| 0030454672 | 30454672 | MISREP - DEBTS | | | $ | 55,545.19 |
| 0030465462 | 30465462 | DOCUMENTATION | | | $ | 47,668.41 |
| 0030466643 | 30466643 | DOCUMENTATION | | | $ | 25,533.78 |
| 0030470025 | 30470025 | MISREP - OCCUPANCY | UW - OTHER | | $ | 89,551.58 |
| 0030527618 | 30527618 | DOCUMENTATION | | | $ | 38,720.20 |
| 0030534283 | 30534283 | MISREP - INCOME/EMPLOY | | | $ | 88,719.90 |
| 0030574677 | 30574677 | MISREP - DEBTS | | | $ | 41,471.93 |
| 0030594717 | 30594717 | MISREP - DEBTS | | | $ | 68,072.94 |
| 0030624498 | 30624498 | DOCUMENTATION | | | $ | 95,852.42 |
| 0030648836 | 30648836 | MISREP - DEBTS | | | $ | 14,407.62 |
| 0030655088 | 30655088 | MISREP - INCOME/EMPLOY | | | $ | 27,998.44 |
| 0030655922 | 30655922 | MISREP - DEBTS | | | $ | 211,506.30 |
| 0030699060 | 30699060 | DOCUMENTATION | | | $ | 54,362.88 |
| 0030708788 | 30708788 | MISREP - DEBTS | | | $ | 179,045.90 |
| 0030739122 | 30739122 | MISREP - DEBTS | | | $ | 89,277.02 |

**EXHIBIT B**

**EXHIBIT B**
SecurityNational Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0030739189 | 30739189 | MISREP - DEBTS | | | $ | 51,313.45 |
| 0030755276 | 30755276 | MISREP - DEBTS | | | $ | 51,061.17 |
| 0030801575 | 30801575 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 64,629.31 |
| 0030801674 | 30801674 | DOCUMENTATION | | | $ | 29,000.39 |
| 0030809024 | 30809024 | DOCUMENTATION | | | $ | 59,892.84 |
| 0030825368 | 30825368 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 34,232.37 |
| 0030825434 | 30825434 | DOCUMENTATION | | | $ | 39,007.83 |
| 0030826127 | 30826127 | MISREP - DEBTS | | | $ | 57,902.07 |
| 0030843841 | 30843841 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 150,753.90 |
| 0030852529 | 30852529 | MISREP - DEBTS | | | $ | 107,036.90 |
| 0030866370 | 30866370 | DOCUMENTATION | | | $ | 40,400.14 |
| 0030890735 | 30890735 | DOCUMENTATION | | | $ | 46,737.68 |
| 0030943260 | 30943260 | MISREP - OCCUPANCY | | | $ | 81,383.32 |
| 0030949051 | 30949051 | DOCUMENTATION | | | $ | 56,849.49 |
| 0030952105 | 30952105 | MISREP - DEBTS | UW - OTHER | | $ | 47,895.85 |
| 0030953129 | 30953129 | MISREP - DEBTS | | | $ | 134,709.10 |
| 0030953194 | 30953194 | MISREP - DEBTS | | | $ | 61,848.89 |
| 0030953558 | 30953558 | MISREP - INCOME/EMPLOY | | | $ | 173,134.90 |
| 0030975536 | 30975536 | MISREP - DEBTS | | | $ | 115,730.80 |
| 0030977474 | 30977474 | MISREP - DEBTS | | | $ | 26,503.70 |
| 0030994255 | 30994255 | UW - OTHER | | | $ | 20,180.15 |
| 0030994529 | 30994529 | MISREP - DEBTS | | | $ | 35,983.49 |
| 0031013535 | 31013535 | MISREP - DEBTS | | | $ | 24,989.95 |
| 0031015274 | 31015274 | MISREP - DEBTS | | | $ | 64,932.09 |
| 0031048812 | 31048812 | MISREP - INCOME/EMPLOY | | | $ | 61,894.33 |
| 0031048929 | 31048929 | MISREP - DEBTS | | | $ | 94,846.06 |
| 0031067317 | 31067317 | MISREP - DEBTS | | | $ | 234,595.80 |
| 0031071293 | 31071293 | DOCUMENTATION | DOCUMENTATION | | $ | 56,783.32 |
| 0031113517 | 31113517 | DOCUMENTATION | | | $ | 111,488.00 |
| 0031114572 | 31114572 | UW - OTHER | DOCUMENTATION | DOCUMENTATION | $ | 37,561.29 |
| 0031150923 | 31150923 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 172,584.20 |
| 0031173362 | 31173362 | UW - OTHER | | | $ | 37,661.71 |

**EXHIBIT B**

**EXHIBIT B**
SecurityNational Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031173412 | 31173412 | MISREP - INCOME/EMPLOY | | | $ | 269,432.30 |
| 0031194715 | 31194715 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 109,550.70 |
| 0031210636 | 31210636 | DOCUMENTATION | MISREP - DEBTS | | $ | 34,240.16 |
| 0031221641 | 31221641 | DOCUMENTATION | | | $ | 18,294.81 |
| 0031224561 | 31224561 | DOCUMENTATION | | | $ | 65,984.04 |
| 0031256779 | 31256779 | MISREP - DEBTS | | | $ | 19,569.68 |
| 0031257033 | 31257033 | MISREP - DEBTS | | | $ | 21,768.59 |
| 0031293202 | 31293202 | MISREP - INCOME/EMPLOY | | | $ | 19,374.08 |
| 0031293707 | 31293707 | DOCUMENTATION | | | $ | 37,955.27 |
| 0031305675 | 31305675 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 74,985.09 |
| 0031308109 | 31308109 | DOCUMENTATION | | | $ | 52,246.95 |
| 0031323744 | 31323744 | DOCUMENTATION | DOCUMENTATION | UW - OTHER | $ | 23,354.43 |
| 0031359094 | 31359094 | MISREP - INCOME/EMPLOY | | | $ | 54,052.06 |
| 0031394695 | 31394695 | DOCUMENTATION | | | $ | 40,933.22 |
| 0031407232 | 31407232 | MISREP - DEBTS | | | $ | 114,489.50 |
| 0031407448 | 31407448 | MISREP - INCOME/EMPLOY | | | $ | 8,822.39 |
| 0031430481 | 31430481 | DOCUMENTATION | | | $ | 59,722.78 |
| 0031431422 | 31431422 | DOCUMENTATION | | | $ | 31,643.06 |
| 0031448426 | 31448426 | MISREP - INCOME/EMPLOY | | | $ | 29,810.34 |
| 0031454747 | 31454747 | MISREP - INCOME/EMPLOY | | | $ | 179,767.10 |
| 0031481336 | 31481336 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 160,378.60 |
| 0031533300 | 31533300 | DOCUMENTATION | | | $ | 41,052.59 |
| 0031534571 | 31534571 | MISREP - DEBTS | | | $ | 44,551.84 |
| 0031538853 | 31538853 | DOCUMENTATION | | | $ | 38,038.93 |
| 0031540917 | 31540917 | DOCUMENTATION | | | $ | 214,041.60 |
| 0031543309 | 31543309 | DOCUMENTATION | | | $ | 31,745.22 |
| 0031563372 | 31563372 | MISREP - INCOME/EMPLOY | | | $ | 69,007.01 |
| 0031581390 | 31581390 | MISREP - INCOME/EMPLOY | | | $ | 126,322.40 |
| 0031581465 | 31581465 | DOCUMENTATION | | | $ | 84,697.99 |
| 0031587595 | 31587595 | UW - OTHER | | | $ | 57,700.37 |
| 0031587637 | 31587637 | DOCUMENTATION | | | $ | 70.52 |
| 0031587728 | 31587728 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 172,384.20 |

**EXHIBIT B**

**EXHIBIT B**
SecurityNational Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031597693 | 31597693 | DOCUMENTATION | | | $ | 49,432.74 |
| 0031599343 | 31599343 | DOCUMENTATION | | | $ | 58,393.01 |
| 0031604879 | 31604879 | MISREP - DEBTS | | | $ | 209,093.40 |
| 0031604911 | 31604911 | DOCUMENTATION | | | $ | 42,442.27 |
| 0031605041 | 31605041 | MISREP - DEBTS | | | $ | 18,364.21 |
| 0031623457 | 31623457 | DOCUMENTATION | DOCUMENTATION | | $ | 71,651.30 |
| 0031637788 | 31637788 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 174,952.00 |
| 0031637978 | 31637978 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 36,164.85 |
| 0031658115 | 31658115 | DOCUMENTATION | | | $ | 40,987.76 |
| 0031658297 | 31658297 | MISREP - INCOME/EMPLOY | | | $ | 48,821.71 |
| 0031658925 | 31658925 | MISREP - DEBTS | | | $ | 28,078.90 |
| 0031658974 | 31658974 | MISREP - DEBTS | | | $ | 22,212.51 |
| 0031659097 | 31659097 | DOCUMENTATION | | | $ | 32,978.40 |
| 0031659444 | 31659444 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 159,356.50 |
| 0031659543 | 31659543 | DOCUMENTATION | | | $ | 35,104.82 |
| 0031663776 | 31663776 | UW - OTHER | | | $ | 74,811.42 |
| 0031673528 | 31673528 | DOCUMENTATION | | | $ | 29,187.91 |
| 0031698525 | 31698525 | MISREP - INCOME/EMPLOY | | | $ | 106,018.90 |
| 0031698715 | 31698715 | DOCUMENTATION | DOCUMENTATION | MISREP - DEBTS | $ | 50,946.56 |
| 0031701428 | 31701428 | DOCUMENTATION | | | $ | 50,022.04 |
| 0031714637 | 31714637 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 46,019.04 |
| 0031717614 | 31717614 | DOCUMENTATION | | | $ | 36,181.72 |
| 0031720766 | 31720766 | DOCUMENTATION | | | $ | 18,015.85 |
| 0031749229 | 31749229 | MISREP - DEBTS | | | $ | 126,645.00 |
| 0031749278 | 31749278 | DOCUMENTATION | | | $ | 19,498.90 |
| 0031750367 | 31750367 | MISREP - OCCUPANCY | OTHER | | $ | 93,554.58 |
| 0031790124 | 31790124 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 140,062.00 |
| 0031790249 | 31790249 | DOCUMENTATION | | | $ | 43,010.22 |
| 0031790512 | 31790512 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 156,258.60 |
| 0031790710 | 31790710 | DOCUMENTATION | | | $ | 43,010.22 |
| 0031799406 | 31799406 | DOCUMENTATION | | | $ | 148,682.40 |
| 0031803067 | 31803067 | DOCUMENTATION | | | $ | 13,172.52 |

**EXHIBIT B**

EXHIBIT B

SecurityNational Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031847783 | 31847783 | MISREP - INCOME/EMPLOY | | | $ | 59,880.32 |
| 0031867211 | 31867211 | MISREP - INCOME/EMPLOY | | | $ | 256,489.30 |
| 0031869159 | 31869159 | MISREP - INCOME/EMPLOY | | | $ | 189,878.10 |
| 0031892003 | 31892003 | MISREP - INCOME/EMPLOY | | | $ | 251,941.70 |
| 0031920291 | 31920291 | DOCUMENTATION | | | $ | 163,371.00 |
| 0031920861 | 31920861 | DOCUMENTATION | | | $ | 63,792.24 |
| 0031931314 | 31931314 | UW - OTHER | | | $ | 71,538.13 |
| 0031951197 | 31951197 | DOCUMENTATION | | | $ | 37,009.66 |
| 0031974082 | 31974082 | UW - OTHER | | | $ | 40,623.23 |
| 0031974173 | 31974173 | DOCUMENTATION | | | $ | 82,693.85 |
| 0031974256 | 31974256 | MISREP - INCOME/EMPLOY | | | $ | 221,604.80 |
| 0031974397 | 31974397 | DOCUMENTATION | DOCUMENTATION | | $ | 39,206.58 |
| 0031974439 | 31974439 | MISREP - DEBTS | DOCUMENTATION | DOCUMENTATION | $ | 50,669.66 |
| 0031987886 | 31987886 | MISREP - INCOME/EMPLOY | | | $ | 51,063.96 |
| 0031994288 | 31994288 | DOCUMENTATION | | | $ | 159,989.70 |
| 0032010993 | 32010993 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ | 156,010.00 |
| 0032014656 | 32014656 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 156,310.30 |
| 0032014961 | 32014961 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 105,225.70 |
| 0032029415 | 32029415 | UW - OTHER | | | $ | 55,515.25 |
| 0032056699 | 32056699 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 271,641.10 |
| 0032056756 | 32056756 | MISREP - INCOME/EMPLOY | | | $ | 85,664.38 |
| 0032063661 | 32063661 | DOCUMENTATION | | | $ | 123,378.70 |
| 0032065260 | 32065260 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 15,701.95 |
| 0032082109 | 32082109 | DOCUMENTATION | | | $ | 26,998.85 |
| 0032102006 | 32102006 | OTHER | UW - OTHER | | $ | 257,368.30 |
| 0032102055 | 32102055 | DOCUMENTATION | | | $ | 29,617.21 |
| 0032116469 | 32116469 | UW - OTHER | | | $ | 41,242.42 |
| 0032130551 | 32130551 | DOCUMENTATION | | | $ | 45,699.42 |
| 0032132193 | 32132193 | MISREP - INCOME/EMPLOY | | | $ | 59,435.66 |
| 0032139495 | 32139495 | DOCUMENTATION | | | $ | 53,212.37 |
| 0032139859 | 32139859 | MISREP - DEBTS | | | $ | 59,706.75 |
| 0032139933 | 32139933 | MISREP - DEBTS | | | $ | 10,629.36 |

**EXHIBIT B**

**EXHIBIT B**
**SecurityNational Mortgage Company**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032140014 | 32140014 | UW - OTHER | | | $ | 55,194.15 |
| 0032145401 | 32145401 | UW - OTHER | | | $ | 9,599.47 |
| 0032156820 | 32156820 | MISREP - INCOME/EMPLOY | | | $ | 112,756.10 |
| 0032157547 | 32157547 | MISREP - INCOME/EMPLOY | | | $ | 81,827.53 |
| 0032177685 | 32177685 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 16,916.98 |
| 0032177727 | 32177727 | DOCUMENTATION | | | $ | 24,710.54 |
| 0032187890 | 32187890 | MISREP - INCOME/EMPLOY | | | $ | 198,558.70 |
| 0032189524 | 32189524 | MISREP - DEBTS | | | $ | 197,988.10 |
| 0032191017 | 32191017 | UW - OTHER | | | $ | 25,294.78 |
| 0032200875 | 32200875 | DOCUMENTATION | | | $ | 65,788.89 |
| 0032201253 | 32201253 | UW - OTHER | | | $ | 37,933.07 |
| 0032205411 | 32205411 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 408,770.60 |
| 0032217812 | 32217812 | UW - OTHER | | | $ | 60,508.76 |
| 0032220378 | 32220378 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 35,478.23 |
| 0032250284 | 32250284 | MISREP - INCOME/EMPLOY | | | $ | 117,919.10 |
| 0032250474 | 32250474 | MISREP - INCOME/EMPLOY | | | $ | 39,638.15 |
| 0032252348 | 32252348 | DOCUMENTATION | | | $ | 70,276.85 |
| 0032252439 | 32252439 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 283,824.10 |
| 0032252454 | 32252454 | MISREP - DEBTS | | | $ | 69,672.16 |
| 0032252462 | 32252462 | DOCUMENTATION | | | $ | 5,804.73 |
| 0032265704 | 32265704 | UW - OTHER | UW - OTHER | MISREP - INCOME/EMPLOY | $ | 223,809.30 |
| 0032265951 | 32265951 | UW - OTHER | | | $ | 23,204.41 |
| 0032265977 | 32265977 | UW - OTHER | | | $ | 45,451.17 |
| 0032278798 | 32278798 | MISREP - INCOME/EMPLOY | | | $ | 130,201.70 |
| 0032323529 | 32323529 | MISREP - DEBTS | | | $ | 156,375.00 |
| 0032324865 | 32324865 | UW - OTHER | | | $ | 23,064.00 |
| 0032334914 | 32334914 | MISREP - DEBTS | | | $ | 39,808.74 |
| 0032335929 | 32335929 | MISREP - INCOME/EMPLOY | | | $ | 31,275.77 |
| 0032360489 | 32360489 | UW - OTHER | MISREP - DEBTS | | $ | 130,036.80 |
| 0032370454 | 32370454 | MISREP - DEBTS | | | $ | 59,776.98 |
| 0032370520 | 32370520 | MISREP - DEBTS | | | $ | 159,027.20 |
| 0032372278 | 32372278 | MISREP - INCOME/EMPLOY | | | $ | 129,094.00 |

**EXHIBIT B**

**EXHIBIT B**
SecurityNational Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032372526 | 32372526 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 59,746.85 |
| 0032372732 | 32372732 | DOCUMENTATION | | | $ | 120,778.80 |
| 0032374746 | 32374746 | UW - OTHER | | | $ | 61,629.07 |
| 0032404782 | 32404782 | UW - OTHER | | | $ | 91,920.86 |
| 0032404972 | 32404972 | MISREP - OCCUPANCY | | | $ | 89,088.43 |
| 0032405623 | 32405623 | DOCUMENTATION | | | $ | 124,682.90 |
| 0032410672 | 32410672 | DOCUMENTATION | | | $ | 122,731.00 |
| 0032451627 | 32451627 | UW - OTHER | UW - OTHER | MISREP - INCOME/EMPLOY | $ | 28,980.76 |
| 0032451833 | 32451833 | MISREP - INCOME/EMPLOY | | | $ | 41,176.79 |
| 0032467615 | 32467615 | MISREP - OCCUPANCY | MISREP - DEBTS | | $ | 40,729.78 |
| 0032468894 | 32468894 | UW - OTHER | | | $ | 148,079.70 |
| 0032480147 | 32480147 | DOCUMENTATION | | | $ | 54,837.79 |
| 0032482556 | 32482556 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 238,654.00 |
| 0032489387 | 32489387 | MISREP - DEBTS | | | $ | 6,818.39 |
| 0032497240 | 32497240 | DOCUMENTATION | | | $ | 57,099.22 |
| 0032497455 | 32497455 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 254,936.70 |
| 0032510646 | 32510646 | MISREP - INCOME/EMPLOY | | | $ | 199,929.40 |
| 0032513087 | 32513087 | MISREP - DEBTS | | | $ | 49,020.92 |
| 0032529778 | 32529778 | MISREP - INCOME/EMPLOY | | | $ | 160,288.00 |
| 0032529893 | 32529893 | MISREP - INCOME/EMPLOY | UW - OTHER | MISREP - OCCUPANCY | $ | 174,031.10 |
| 0032536203 | 32536203 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 46,730.02 |
| 0032543134 | 32543134 | MISREP - DEBTS | | | $ | 22,698.87 |
| 0032543332 | 32543332 | MISREP - INCOME/EMPLOY | | | $ | 176,750.10 |
| 0032563108 | 32563108 | DOCUMENTATION | MISREP - DEBTS | MISREP - OCCUPANCY | $ | 153,595.40 |
| 0032566036 | 32566036 | MISREP - DEBTS | | | $ | 91,439.43 |
| 0032575193 | 32575193 | MISREP - DEBTS | | | $ | 49,625.47 |
| 0032577470 | 32577470 | DOCUMENTATION | | | $ | 62,100.89 |
| 0032619553 | 32619553 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 73,190.98 |
| 0032658791 | 32658791 | MISREP - DEBTS | | | $ | 23,840.05 |
| 0032665234 | 32665234 | DOCUMENTATION | | | $ | 43,146.26 |
| 0032687469 | 32687469 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 114,373.10 |
| 0032689747 | 32689747 | MISREP - INCOME/EMPLOY | | | $ | 63,511.55 |

**EXHIBIT B**

**EXHIBIT B**

SecurityNational Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032707036 | 32707036 | MISREP - INCOME/EMPLOY | | | $ | 23,873.55 |
| 0032715682 | 32715682 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | MISREP - DEBTS | $ | 266,576.40 |
| 0032715757 | 32715757 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 255,108.90 |
| 0032715781 | 32715781 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 104,312.30 |
| 0032715831 | 32715831 | MISREP - INCOME/EMPLOY | | | $ | 101,025.80 |
| 0032719940 | 32719940 | UW - OTHER | MISREP - INCOME/EMPLOY | OTHER | $ | 43,971.78 |
| 0032720054 | 32720054 | DOCUMENTATION | | | $ | 51,299.06 |
| 0032758880 | 32758880 | MISREP - INCOME/EMPLOY | | | $ | 141,519.80 |
| 0032760373 | 32760373 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 270,862.10 |
| 0032760860 | 32760860 | MISREP - INCOME/EMPLOY | | | $ | 105,486.10 |
| 0032760985 | 32760985 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 45,487.65 |
| 0032761546 | 32761546 | MISREP - OCCUPANCY | | | $ | 97,157.93 |
| 0032761637 | 32761637 | MISREP - INCOME/EMPLOY | | | $ | 178,464.50 |
| 0032761702 | 32761702 | MISREP - INCOME/EMPLOY | | | $ | 44,650.31 |
| 0032774010 | 32774010 | MISREP - INCOME/EMPLOY | | | $ | 28,210.98 |
| 0032798340 | 32798340 | UW - OTHER | | | $ | 96,276.11 |
| 0032801508 | 32801508 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 144,785.10 |
| 0032806853 | 32806853 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 49,832.09 |
| 0032814030 | 32814030 | MISREP - DEBTS | | | $ | 133,916.90 |
| 0032827628 | 32827628 | MISREP - OCCUPANCY | | | $ | 43,794.91 |
| 0032855975 | 32855975 | DOCUMENTATION | MISREP - DEBTS | | $ | 90,151.45 |
| 0032863466 | 32863466 | MISREP - DEBTS | | | $ | 99,170.61 |
| 0032878894 | 32878894 | MISREP - DEBTS | | | $ | 80,355.12 |
| 0032879389 | 32879389 | MISREP - INCOME/EMPLOY | | | $ | 291,508.40 |
| 0032892135 | 32892135 | UW - OTHER | | | $ | 295,045.30 |
| 0032898322 | 32898322 | MISREP - DEBTS | | | $ | 85,730.01 |
| 0032926784 | 32926784 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 260,081.60 |
| 0032958506 | 32958506 | MISREP - INCOME/EMPLOY | | | $ | 220,640.20 |
| 0032963415 | 32963415 | MISREP - DEBTS | | | $ | 39,263.76 |
| 0032977720 | 32977720 | DOCUMENTATION | | | $ | 142,635.00 |
| 0032978132 | 32978132 | UW - OTHER | | | $ | 30,741.72 |
| 0032978199 | 32978199 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ | 315,958.60 |

**EXHIBIT B**

**EXHIBIT B**

SecurityNational Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032978942 | 32978942 | MISREP - INCOME/EMPLOY | | | $ | 248,338.50 |
| 0032978967 | 32978967 | MISREP - DEBTS | UW - OTHER | | $ | 51,653.96 |
| 0032979817 | 32979817 | MISREP - INCOME/EMPLOY | | | $ | 95,574.46 |
| 0033006743 | 33006743 | DOCUMENTATION | | | $ | 337,319.20 |
| 0033006859 | 33006859 | MISREP - DEBTS | | | $ | 70,172.11 |
| 0033060724 | 33060724 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 72,439.63 |
| 0033060872 | 33060872 | MISREP - INCOME/EMPLOY | | | $ | 63,382.42 |
| 0033081498 | 33081498 | MISREP - INCOME/EMPLOY | | | $ | 80,325.81 |
| 0033086356 | 33086356 | DOCUMENTATION | DOCUMENTATION | MISREP - OCCUPANCY | $ | 328,722.20 |
| 0033098336 | 33098336 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 70,896.11 |
| 0033098484 | 33098484 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ | 217,857.70 |
| 0033098740 | 33098740 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 44,557.25 |
| 0033098849 | 33098849 | MISREP - INCOME/EMPLOY | | | $ | 73,413.54 |
| 0033103599 | 33103599 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 74,432.33 |
| 0033119942 | 33119942 | DOCUMENTATION | | | $ | 141,677.60 |
| 0033119967 | 33119967 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 263,882.90 |
| 0033146184 | 33146184 | MISREP - DEBTS | | | $ | 304,958.90 |
| 0033155086 | 33155086 | MISREP - INCOME/EMPLOY | | | $ | 76,460.57 |
| 0033161373 | 33161373 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 449,778.40 |
| 0033162470 | 33162470 | UW - OTHER | | | $ | 24,279.35 |
| 0033162504 | 33162504 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 34,199.71 |
| 0033174145 | 33174145 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 116,728.70 |
| 0033174228 | 33174228 | MISREP - INCOME/EMPLOY | | | $ | 39,439.09 |
| 0033180159 | 33180159 | MISREP - INCOME/EMPLOY | | | $ | 165,461.20 |
| 0033181033 | 33181033 | UW - OTHER | UW - OTHER | MISREP - INCOME/EMPLOY | $ | 179,884.60 |
| 0033186537 | 33186537 | UW - OTHER | MISREP - DEBTS | | $ | 222,210.10 |
| 0033222662 | 33222662 | MISREP - INCOME/EMPLOY | | | $ | 26,882.89 |
| 0033222829 | 33222829 | MISREP - INCOME/EMPLOY | | | $ | 307,900.70 |
| 0033233693 | 33233693 | MISREP - INCOME/EMPLOY | | | $ | 35,296.25 |
| 0033233743 | 33233743 | MISREP - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | $ | 111,952.20 |
| 0033235755 | 33235755 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 26,115.51 |
| 0033239559 | 33239559 | UW - OTHER | | | $ | 132,679.10 |

**EXHIBIT B**

**EXHIBIT B**
SecurityNational Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033263179 | 33263179 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 24,889.32 |
| 0033263401 | 33263401 | MISREP - INCOME/EMPLOY | | | $ | 45,721.94 |
| 0033269457 | 33269457 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 166,745.80 |
| 0033269556 | 33269556 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 132,887.40 |
| 0033284746 | 33284746 | MISREP - INCOME/EMPLOY | | | $ | 228,554.00 |
| 0033297060 | 33297060 | DOCUMENTATION | | | $ | 42,315.63 |
| 0033302076 | 33302076 | MISREP - INCOME/EMPLOY | | | $ | 288,545.20 |
| 0033308941 | 33308941 | MISREP - DEBTS | | | $ | 72,683.81 |
| 0033323049 | 33323049 | MISREP - INCOME/EMPLOY | | | $ | 16,629.99 |
| 0033323072 | 33323072 | MISREP - DEBTS | | | $ | 4,932.11 |
| 0033323106 | 33323106 | MISREP - INCOME/EMPLOY | | | $ | 92,605.07 |
| 0033323635 | 33323635 | MISREP - DEBTS | | | $ | 80,747.45 |
| 0033323817 | 33323817 | MISREP - DEBTS | | | $ | 94,365.96 |
| 0033324203 | 33324203 | MISREP - INCOME/EMPLOY | | | $ | 128,940.20 |
| 0033332560 | 33332560 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 335,506.50 |
| 0033334525 | 33334525 | MISREP - DEBTS | | | $ | 78,325.00 |
| 0033334806 | 33334806 | MISREP - INCOME/EMPLOY | | | $ | 274,900.50 |
| 0033334830 | 33334830 | MISREP - INCOME/EMPLOY | | | $ | 222,890.60 |
| 0033340860 | 33340860 | MISREP - INCOME/EMPLOY | | | $ | 126,189.30 |
| 0033341371 | 33341371 | MISREP - ASSETS | | | $ | 259,078.20 |
| 0033341439 | 33341439 | MISREP - OCCUPANCY | | | $ | 23,318.62 |
| 0033380361 | 33380361 | MISREP - DEBTS | | | $ | 220,054.20 |
| 0033384868 | 33384868 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 47,442.70 |
| 0033394917 | 33394917 | MISREP - INCOME/EMPLOY | | | $ | 283,452.80 |
| 0033412768 | 33412768 | MISREP - OCCUPANCY | OTHER | | $ | 83,018.48 |
| 0033412859 | 33412859 | MISREP - INCOME/EMPLOY | | | $ | 259,153.20 |
| 0033413055 | 33413055 | MISREP - INCOME/EMPLOY | | | $ | 46,276.97 |
| 0033424995 | 33424995 | MISREP - INCOME/EMPLOY | | | $ | 24,673.61 |
| 0033428210 | 33428210 | MISREP - INCOME/EMPLOY | | | $ | 58,211.21 |
| 0033431651 | 33431651 | MISREP - INCOME/EMPLOY | | | $ | 54,163.94 |
| 0033436817 | 33436817 | MISREP - INCOME/EMPLOY | | | $ | 475,072.20 |
| 0033436874 | 33436874 | MISREP - OCCUPANCY | | | $ | 66,117.84 |

**EXHIBIT B**

**EXHIBIT B**
SecurityNational Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033436908 | 33436908 | MISREP - OCCUPANCY | UW - OTHER | DOCUMENTATION | $ | 232,603.40 |
| 0033437146 | 33437146 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 175,967.00 |
| 0033446865 | 33446865 | UW - OTHER | UW - OTHER | | $ | 327,254.10 |
| 0033447657 | 33447657 | MISREP - INCOME/EMPLOY | | | $ | 157,616.30 |
| 0033448002 | 33448002 | MISREP - INCOME/EMPLOY | | | $ | 61,528.86 |
| 0033464645 | 33464645 | MISREP - INCOME/EMPLOY | | | $ | 206,085.10 |
| 0033464892 | 33464892 | UW - OTHER | | | $ | 46,232.50 |
| 0033465550 | 33465550 | DOCUMENTATION | | | $ | 77,228.37 |
| 0033465832 | 33465832 | MISREP - INCOME/EMPLOY | | | $ | 102,305.90 |
| 0033469883 | 33469883 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 210,237.60 |
| 0033473182 | 33473182 | MISREP - INCOME/EMPLOY | | | $ | 68,391.23 |
| 0033483033 | 33483033 | MISREP - DEBTS | | | $ | 241,460.90 |
| 0033483157 | 33483157 | MISREP - INCOME/EMPLOY | | | $ | 15,497.01 |
| 0033483363 | 33483363 | MISREP - INCOME/EMPLOY | | | $ | 57,252.67 |
| 0033483652 | 33483652 | MISREP - OCCUPANCY | | | $ | 205,936.80 |
| 0033484965 | 33484965 | MISREP - DEBTS | UW - OTHER | UW - OTHER | $ | 53,791.42 |
| 0033488818 | 33488818 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 173,340.80 |
| 0033503178 | 33503178 | UW - OTHER | DOCUMENTATION | | $ | 81,883.70 |
| 0033507781 | 33507781 | UW - OTHER | | | $ | 78,188.61 |
| 0033531997 | 33531997 | MISREP - OCCUPANCY | | | $ | 92,474.77 |
| 0033532045 | 33532045 | DOCUMENTATION | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 266,892.70 |
| 0033548439 | 33548439 | MISREP - INCOME/EMPLOY | | | $ | 228,502.10 |
| 0033548785 | 33548785 | MISREP - DEBTS | | | $ | 50,303.97 |
| 0033569633 | 33569633 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 210,245.20 |
| 0033589649 | 33589649 | UW - OTHER | UW - OTHER | MISREP - INCOME/EMPLOY | $ | 217,596.60 |
| 0033589904 | 33589904 | DOCUMENTATION | | | $ | 476,631.70 |
| 0033589946 | 33589946 | DOCUMENTATION | UW - OTHER | | $ | 233,622.20 |
| 0033609132 | 33609132 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 185,942.00 |
| 0033617903 | 33617903 | MISREP - DEBTS | | | $ | 226,027.90 |
| 0033624842 | 33624842 | MISREP - INCOME/EMPLOY | | | $ | 245,400.00 |
| 0033637166 | 33637166 | DOCUMENTATION | UW - OTHER | DOCUMENTATION | $ | 195,241.80 |
| 0033652090 | 33652090 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 345,385.30 |

**EXHIBIT B**

**EXHIBIT B**
SecurityNational Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033659574 | 33659574 | UW - OTHER | | | $ | 446,928.90 |
| 0033670571 | 33670571 | UW - OTHER | UW - OTHER | | $ | 234,284.70 |
| 0033670829 | 33670829 | MISREP - INCOME/EMPLOY | | | $ | 261,006.00 |
| 0033687385 | 33687385 | MISREP - INCOME/EMPLOY | | | $ | 137,015.80 |
| 0033687492 | 33687492 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - DEBTS | $ | 135,921.70 |
| 0033688086 | 33688086 | DOCUMENTATION | | | $ | 149,667.10 |
| 0033688417 | 33688417 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 146,555.40 |
| 0033704602 | 33704602 | MISREP - OCCUPANCY | | | $ | 62,137.87 |
| 0033706169 | 33706169 | MISREP - INCOME/EMPLOY | | | $ | 99,417.94 |
| 0033734617 | 33734617 | UW - OTHER | | | $ | 197,044.80 |
| 0033749680 | 33749680 | MISREP - INCOME/EMPLOY | | | $ | 216,797.40 |
| 0033750274 | 33750274 | UW - OTHER | | | $ | 253,777.10 |
| 0033750407 | 33750407 | MISREP - INCOME/EMPLOY | | | $ | 212,960.70 |
| 0033750423 | 33750423 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 252,587.00 |
| 0033764440 | 33764440 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 81,775.97 |
| 0033764622 | 33764622 | UW - OTHER | UW - OTHER | MISREP - INCOME/EMPLOY | $ | 112,116.00 |
| 0033764960 | 33764960 | UW - OTHER | | | $ | 86,859.50 |
| 0033779083 | 33779083 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 418,860.10 |
| 0033791799 | 33791799 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 43,076.06 |
| 0033807397 | 33807397 | UW - OTHER | | | $ | 131,635.20 |
| 0033807751 | 33807751 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 39,515.58 |
| 0040036741 | 40036741 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 52,483.15 |
| 0040037236 | 40037236 | MISREP - INCOME/EMPLOY | | | $ | 272,547.30 |
| 0040037384 | 40037384 | UW - OTHER | UW - OTHER | | $ | 124,860.20 |
| 0040042798 | 40042798 | MISREP - DEBTS | | | $ | 25,444.58 |
| 0040043291 | 40043291 | MISREP - DEBTS | UW - OTHER | UW - OTHER | $ | 135,330.10 |
| 0040057127 | 40057127 | MISREP - INCOME/EMPLOY | | | $ | 259,577.10 |
| 0040058950 | 40058950 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 156,104.60 |
| 0040063992 | 40063992 | UW - OTHER | MISREP - OCCUPANCY | | $ | 116,405.30 |
| 0040108169 | 40108169 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 176,832.00 |
| 0040108342 | 40108342 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 197,395.20 |
| 0040108540 | 40108540 | MISREP - DEBTS | | | $ | 51,978.51 |

**EXHIBIT B**

**EXHIBIT B**
SecurityNational Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040115149 | 40115149 | MISREP - INCOME/EMPLOY | | | $ | 617,814.50 |
| 0040115503 | 40115503 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 76,407.96 |
| 0040116568 | 40116568 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 144,257.90 |
| 0040125056 | 40125056 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 463,120.90 |
| 0040126427 | 40126427 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | MISREP - OCCUPANCY | $ | 189,173.60 |
| 0040150450 | 40150450 | MISREP - INCOME/EMPLOY | | | $ | 310,258.90 |
| 0040150492 | 40150492 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ | 286,631.10 |
| 0040150575 | 40150575 | MISREP - OCCUPANCY | | | $ | 286,039.60 |
| 0040150633 | 40150633 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 139,276.00 |
| 0040150849 | 40150849 | UW - OTHER | MISREP - DEBTS | UW - OTHER | $ | 15,502.89 |
| 0040151094 | 40151094 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 38,049.04 |
| 0040152324 | 40152324 | UW - OTHER | | | $ | 316,140.50 |
| 0040153348 | 40153348 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 374,499.80 |
| 0040164550 | 40164550 | UW - OTHER | | | $ | 56,863.68 |
| 0040164816 | 40164816 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 238,174.60 |
| 0040165458 | 40165458 | MISREP - DEBTS | | | $ | 194,763.90 |
| 0040180028 | 40180028 | MISREP - INCOME/EMPLOY | | | $ | 17,018.88 |
| 0040180036 | 40180036 | UW - OTHER | MISREP - OCCUPANCY | | $ | 249,652.40 |
| 0040180168 | 40180168 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 41,731.58 |
| 0040185050 | 40185050 | MISREP - DEBTS | | | $ | 193,552.30 |
| 0040189201 | 40189201 | MISREP - DEBTS | | | $ | 75,433.55 |
| 0040194953 | 40194953 | MISREP - INCOME/EMPLOY | | | $ | 85,874.75 |
| 0040203549 | 40203549 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 236,789.40 |
| 0040206344 | 40206344 | MISREP - DEBTS | | | $ | 457,167.20 |
| 0040214769 | 40214769 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | OTHER | $ | 333,771.00 |
| 0040221368 | 40221368 | UW - OTHER | | | $ | 191,292.70 |
| 0040222572 | 40222572 | UW - OTHER | MISREP - DEBTS | | $ | 192,735.10 |
| 0040222838 | 40222838 | MISREP - INCOME/EMPLOY | | | $ | 245,001.70 |
| 0040223208 | 40223208 | UW - OTHER | UW - OTHER | | $ | 124,872.50 |
| 0040224636 | 40224636 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 135,515.60 |
| 0040224859 | 40224859 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ | 182,725.50 |
| 0040230476 | 40230476 | MISREP - INCOME/EMPLOY | | | $ | 178,587.30 |

**EXHIBIT B**

**EXHIBIT B**
SecurityNational Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040245102 | 40245102 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 302,295.20 |
| 0040245938 | 40245938 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 120,278.50 |
| 0040262685 | 40262685 | MISREP - OCCUPANCY | | | $ | 133,114.80 |
| 0040263394 | 40263394 | MISREP - INCOME/EMPLOY | | | $ | 319,091.10 |
| 0040264590 | 40264590 | MISREP - DEBTS | MISREP - OCCUPANCY | MISREP - BORROWER | $ | 135,653.80 |
| 0040265761 | 40265761 | MISREP - INCOME/EMPLOY | | | $ | 242,138.00 |
| 0040266173 | 40266173 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 278,584.90 |
| 0040268583 | 40268583 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 21,650.85 |
| 0040276040 | 40276040 | MISREP - DEBTS | | | $ | 107,726.20 |
| 0040307407 | 40307407 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 207,096.90 |
| 0040311474 | 40311474 | UW - OTHER | MISREP - INCOME/EMPLOY | OTHER | $ | 227,646.30 |
| 0040311797 | 40311797 | MISREP - OCCUPANCY | | | $ | 611,359.40 |
| 0040312084 | 40312084 | MISREP - DEBTS | | | $ | 206,510.00 |
| 0040312258 | 40312258 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 282,394.70 |
| 0040315806 | 40315806 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 251,184.30 |
| 0040323826 | 40323826 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 297,543.20 |
| 0040324048 | 40324048 | MISREP - INCOME/EMPLOY | | | $ | 94,387.45 |
| 0040324469 | 40324469 | UW - OTHER | | | $ | 177,274.40 |
| 0040326431 | 40326431 | MISREP - INCOME/EMPLOY | | | $ | 97,794.84 |
| 0040327389 | 40327389 | MISREP - INCOME/EMPLOY | | | $ | 374,562.10 |
| 0040327488 | 40327488 | MISREP - INCOME/EMPLOY | | | $ | 340,835.40 |
| 0040338105 | 40338105 | MISREP - INCOME/EMPLOY | | | $ | 4,983.75 |
| 0040365744 | 40365744 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 195,645.00 |
| 0040367302 | 40367302 | MISREP - DEBTS | | | $ | 43,035.54 |
| 0040367310 | 40367310 | MISREP - DEBTS | | | $ | 184,047.50 |
| 0040367351 | 40367351 | MISREP - INCOME/EMPLOY | | | $ | 265,039.20 |
| 0040367963 | 40367963 | UW - OTHER | MISREP - DEBTS | | $ | 84,265.40 |
| 0040368508 | 40368508 | MISREP - INCOME/EMPLOY | | | $ | 198,861.50 |
| 0040368664 | 40368664 | MISREP - DEBTS | | | $ | 89,699.59 |
| 0040368730 | 40368730 | MISREP - INCOME/EMPLOY | | | $ | 500,795.80 |
| 0040368755 | 40368755 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 72,891.56 |
| 0040368995 | 40368995 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 269,533.90 |

**EXHIBIT B**

**EXHIBIT B**
**SecurityNational Mortgage Company**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040369043 | 40369043 | MISREP - DEBTS | | | $ | 476,571.10 |
| 0040385114 | 40385114 | MISREP - INCOME/EMPLOY | | | $ | 139,848.40 |
| 0040395162 | 40395162 | MISREP - DEBTS | | | $ | 249,337.40 |
| 0040420135 | 40420135 | UW - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | $ | 166,146.90 |
| 0040425837 | 40425837 | MISREP - OCCUPANCY | | | $ | 310,280.50 |
| 0040426256 | 40426256 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 214,327.20 |
| 0040426280 | 40426280 | UW - OTHER | | | $ | 319,811.00 |
| 0040426520 | 40426520 | MISREP - INCOME/EMPLOY | | | $ | 94,544.05 |
| 0040426603 | 40426603 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 90,551.28 |
| 0040427155 | 40427155 | MISREP - INCOME/EMPLOY | | | $ | 100,632.70 |
| 0040429557 | 40429557 | MISREP - INCOME/EMPLOY | | | $ | 258,161.00 |
| 0040431058 | 40431058 | UW - OTHER | | | $ | 341,941.30 |
| 0040431280 | 40431280 | MISREP - INCOME/EMPLOY | | | $ | 132,250.90 |
| 0040437618 | 40437618 | UW - OTHER | | | $ | 188,231.40 |
| 0040439192 | 40439192 | MISREP - DEBTS | | | $ | 142,925.20 |
| 0040440521 | 40440521 | MISREP - INCOME/EMPLOY | | | $ | 189,700.20 |
| 0040440596 | 40440596 | MISREP - DEBTS | | | $ | 90,730.04 |
| 0040440695 | 40440695 | UW - OTHER | | | $ | 262,777.40 |
| 0040445595 | 40445595 | DOCUMENTATION | | | $ | 154,940.30 |
| 0040446577 | 40446577 | MISREP - INCOME/EMPLOY | | | $ | 77,095.89 |
| 0040451767 | 40451767 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 235,870.60 |
| 0040452682 | 40452682 | MISREP - DEBTS | | | $ | 290,280.10 |
| 0040453607 | 40453607 | MISREP - INCOME/EMPLOY | | | $ | 434,757.50 |
| 0040460248 | 40460248 | UW - OTHER | | | $ | 175,437.40 |
| 0040473878 | 40473878 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 364,224.10 |
| 0040474587 | 40474587 | MISREP - INCOME/EMPLOY | | | $ | 260,270.10 |
| 0040481327 | 40481327 | MISREP - INCOME/EMPLOY | | | $ | 305,830.30 |
| 0040481350 | 40481350 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 57,634.51 |
| 0040481517 | 40481517 | MISREP - OCCUPANCY | MISREP - BORROWER | | $ | 133,258.80 |
| 0040482424 | 40482424 | MISREP - DEBTS | | | $ | 77,797.59 |
| 0040486102 | 40486102 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 438,496.90 |
| 0040488330 | 40488330 | MISREP - INCOME/EMPLOY | | | $ | 131,693.40 |

**EXHIBIT B**

**EXHIBIT B**
SecurityNational Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040488561 | 40488561 | UW - OTHER | MISREP - OCCUPANCY | | $ | 223,265.80 |
| 0040490252 | 40490252 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 339,413.10 |
| 0040498305 | 40498305 | MISREP - INCOME/EMPLOY | | | $ | 231,717.50 |
| 0040499204 | 40499204 | MISREP - INCOME/EMPLOY | | | $ | 143,522.20 |
| 0040505380 | 40505380 | UW - OTHER | | | $ | 144,930.90 |
| 0040511586 | 40511586 | MISREP - OCCUPANCY | | | $ | 135,422.10 |
| 0040515298 | 40515298 | MISREP - INCOME/EMPLOY | | | $ | 540,926.10 |
| 0040516478 | 40516478 | MISREP - INCOME/EMPLOY | | | $ | 274,317.30 |
| 0040517500 | 40517500 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 137,380.20 |
| 0040518128 | 40518128 | MISREP - OCCUPANCY | UW - OTHER | | $ | 124,318.70 |
| 0040525156 | 40525156 | MISREP - INCOME/EMPLOY | | | $ | 145,926.90 |
| 0040525768 | 40525768 | MISREP - INCOME/EMPLOY | | | $ | 31,075.05 |
| 0040527764 | 40527764 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 76,362.42 |
| 0040528127 | 40528127 | MISREP - INCOME/EMPLOY | | | $ | 122,280.60 |
| 0040528622 | 40528622 | MISREP - INCOME/EMPLOY | | | $ | 426,567.00 |
| 0040529505 | 40529505 | MISREP - INCOME/EMPLOY | | | $ | 96,860.48 |
| 0040543779 | 40543779 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 107,064.30 |
| 0040554321 | 40554321 | MISREP - DEBTS | | | $ | 184,760.00 |
| 0040563082 | 40563082 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 156,286.60 |
| 0040568370 | 40568370 | DOCUMENTATION | | | $ | 80,605.43 |
| 0040568560 | 40568560 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 58,913.18 |
| 0040579542 | 40579542 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | DOCUMENTATION | $ | 88,074.13 |
| 0040579807 | 40579807 | MISREP - OCCUPANCY | | | $ | 193,812.80 |
| 0040580433 | 40580433 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 135,581.50 |
| 0040580474 | 40580474 | UW - OTHER | MISREP - INCOME/EMPLOY | DOCUMENTATION | $ | 11,405.73 |
| 0040580607 | 40580607 | DOCUMENTATION | | | $ | 119,656.20 |
| 0040585440 | 40585440 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 153,527.10 |
| 0040585754 | 40585754 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 213,319.60 |
| 0040587099 | 40587099 | MISREP - INCOME/EMPLOY | | | $ | 174,705.90 |
| 0040590168 | 40590168 | MISREP - INCOME/EMPLOY | | | $ | 98,578.82 |
| 0040592982 | 40592982 | UW - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | OTHER | $ | 319,486.80 |
| 0040597262 | 40597262 | MISREP - OCCUPANCY | | | $ | 130,206.40 |

**EXHIBIT B**

**EXHIBIT B**
**SecurityNational Mortgage Company**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040620999 | 40620999 | UW - OTHER | MISREP - DEBTS | | $ | 333,901.70 |
| 0040642332 | 40642332 | DOCUMENTATION | | | $ | 217,575.30 |
| 0040644437 | 40644437 | UW - OTHER | | | $ | 536,219.70 |
| 0040657884 | 40657884 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 363,961.60 |
| 0040658114 | 40658114 | MISREP - INCOME/EMPLOY | | | $ | 242,023.20 |
| 0040658551 | 40658551 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 420,082.10 |
| 0040663866 | 40663866 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ | 245,801.50 |
| 0040674608 | 40674608 | MISREP - OCCUPANCY | | | $ | 416,266.10 |
| 0040675209 | 40675209 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ | 296,838.40 |
| 0040690992 | 40690992 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 344,792.50 |
| 0040698599 | 40698599 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 127,693.30 |
| 0040702201 | 40702201 | MISREP - INCOME/EMPLOY | | | $ | 371,748.40 |
| 0040713364 | 40713364 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ | 293,660.60 |
| 0040717605 | 40717605 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 166,219.70 |
| 0040727489 | 40727489 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 239,433.30 |
| 0040734238 | 40734238 | MISREP - INCOME/EMPLOY | | | $ | 332,662.10 |
| 0040735029 | 40735029 | MISREP - INCOME/EMPLOY | | | $ | 412,993.20 |
| 0040742223 | 40742223 | MISREP - INCOME/EMPLOY | | | $ | 269,887.00 |
| 0040767717 | 40767717 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ | 171,863.00 |
| 0040778631 | 40778631 | MISREP - OCCUPANCY | MISREP - DEBTS | | $ | 525,685.70 |
| 0040788457 | 40788457 | MISREP - INCOME/EMPLOY | | | $ | 295,853.30 |
| 0040791766 | 40791766 | MISREP - INCOME/EMPLOY | | | $ | 365,688.80 |
| 0040797268 | 40797268 | MISREP - INCOME/EMPLOY | | | $ | 47,924.56 |
| 0040803140 | 40803140 | MISREP - INCOME/EMPLOY | | | $ | 138,318.00 |
| 0040803264 | 40803264 | MISREP - INCOME/EMPLOY | | | $ | 71,553.45 |
| 0040811242 | 40811242 | MISREP - INCOME/EMPLOY | | | $ | 266,540.80 |
| 0040813065 | 40813065 | MISREP - DEBTS | | | $ | 83,301.87 |
| 0040813305 | 40813305 | MISREP - DEBTS | | | $ | 96,015.16 |
| 0040813396 | 40813396 | DOCUMENTATION | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ | 548,325.60 |
| 0040817785 | 40817785 | MISREP - DEBTS | | | $ | 87,824.13 |
| 0040817835 | 40817835 | MISREP - DEBTS | | | $ | 151,768.80 |
| 0040823791 | 40823791 | MISREP - INCOME/EMPLOY | | | $ | 216,333.10 |

**EXHIBIT B**

**EXHIBIT B**

SecurityNational Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040861981 | 40861981 | MISREP - INCOME/EMPLOY | | | $ | 13,599.16 |
| 0040864282 | 40864282 | DOCUMENTATION | | | $ | 393,944.40 |
| | | | | **TOTAL** | **$** | **79,686,047.28** |

**EXHIBIT B**