# EXHIBIT A

# EXHIBIT A
## AGREEMENTS
**Wintrust Mortgage Corporation, as successor by merger to SGB Corporation**

Loan Purchase Agreement, dated April 24, 2003