# EXHIBIT B

**EXHIBIT B**
Wintrust Mortgage Corporation, as successor by merger to SGB Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0015915721 | 15915721 | MISREP - INCOME/EMPLOY | | | $ 29,090.95 |
| 0015992555 | 15992555 | MISREP - INCOME/EMPLOY | | | $ 40,940.07 |
| 0015992571 | 15992571 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 43,049.21 |
| 0017205469 | 17205469 | DOCUMENTATION | | | $ 7,301.84 |
| 0017392135 | 17392135 | MISREP - DEBTS | | | $ 40,343.97 |
| 0017514571 | 17514571 | MISREP - DEBTS | | | $ 53,221.48 |
| 0017560822 | 17560822 | MISREP - DEBTS | | | $ 56,171.24 |
| 0017560954 | 17560954 | UW - OTHER | | | $ 54,440.49 |
| 0017711607 | 17711607 | MISREP - DEBTS | | | $ 42,890.26 |
| 0017717448 | 17717448 | MISREP - DEBTS | | | $ 42,561.13 |
| 0017717489 | 17717489 | MISREP - DEBTS | | | $ 33,282.07 |
| 0017785874 | 17785874 | DOCUMENTATION | | | $ 11,659.86 |
| 0018013052 | 18013052 | MISREP - INCOME/EMPLOY | | | $ 29,112.58 |
| 0018502732 | 18502732 | DOCUMENTATION | | | $ 1,903.88 |
| 0018533539 | 18533539 | UW - OTHER | | | $ 18,583.89 |
| 0018670760 | 18670760 | MISREP - INCOME/EMPLOY | | | $ 31,371.21 |
| 0018870717 | 18870717 | UW - OTHER | | | $ 190,409.00 |
| 0018936302 | 18936302 | MISREP - INCOME/EMPLOY | | | $ 21,189.41 |
| 0030006712 | 30006712 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | MISREP - DEBTS | $ 91,131.35 |
| 0030023576 | 30023576 | DOCUMENTATION | DOCUMENTATION | | $ 115,799.30 |
| 0030030134 | 30030134 | MISREP - DEBTS | | | $ 66,895.20 |
| 0030075642 | 30075642 | MISREP - DEBTS | | | $ 16,112.21 |
| 0030081293 | 30081293 | MISREP - DEBTS | | | $ 53,380.84 |
| 0030091698 | 30091698 | DOCUMENTATION | | | $ 56,442.11 |
| 0030110654 | 30110654 | MISREP - DEBTS | | | $ 40,289.22 |
| 0030125421 | 30125421 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 41,792.14 |
| 0030125462 | 30125462 | DOCUMENTATION | UW - OTHER | | $ 62,898.72 |
| 0030161780 | 30161780 | DOCUMENTATION | | | $ 43,684.92 |
| 0030224919 | 30224919 | MISREP - DEBTS | | | $ 42,749.79 |
| 0030279442 | 30279442 | MISREP - DEBTS | | | $ 22,433.70 |
| 0030280218 | 30280218 | MISREP - DEBTS | | | $ 51,964.54 |

**EXHIBIT B**

**EXHIBIT B**

Wintrust Mortgage Corporation, as successor by merger to SGB Corporation

| | | | | | | |
|---|---|---|---|---|---|---|
| 0030308142 | 30308142 | MISREP - DEBTS | | | $ | 58,042.89 |
| 0030353882 | 30353882 | DOCUMENTATION | DOCUMENTATION | | $ | 22,591.63 |
| 0030377121 | 30377121 | MISREP - DEBTS | DOCUMENTATION | | $ | 37,379.87 |
| 0030393045 | 30393045 | DOCUMENTATION | | | $ | 23,529.54 |
| 0030459994 | 30459994 | MISREP - DEBTS | | | $ | 46,385.65 |
| 0030565360 | 30565360 | DOCUMENTATION | | | $ | 56,578.74 |
| 0030593149 | 30593149 | MISREP - DEBTS | | | $ | 77,507.19 |
| 0030593214 | 30593214 | MISREP - INCOME/EMPLOY | | | $ | 71,156.59 |
| 0030593313 | 30593313 | DOCUMENTATION | | | $ | 21,601.10 |
| 0030658389 | 30658389 | DOCUMENTATION | | | $ | 35,882.87 |
| 0030671952 | 30671952 | UW - OTHER | | | $ | 61,193.92 |
| 0030698294 | 30698294 | MISREP - DEBTS | | | $ | 119,292.90 |
| 0030790547 | 30790547 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 117,051.90 |
| 0030790646 | 30790646 | MISREP - INCOME/EMPLOY | | | $ | 29,756.56 |
| 0030791487 | 30791487 | DOCUMENTATION | | | $ | 103,151.90 |
| 0030807846 | 30807846 | UW - OTHER | | | $ | 50,117.41 |
| 0030808182 | 30808182 | DOCUMENTATION | | | $ | 41,271.77 |
| 0030885685 | 30885685 | DOCUMENTATION | | | $ | 33,722.64 |
| 0030904429 | 30904429 | MISREP - DEBTS | | | $ | 48,770.78 |
| 0030904460 | 30904460 | DOCUMENTATION | | | $ | 34,446.67 |
| 0030912596 | 30912596 | MISREP - BORROWER | UW - OTHER | DOCUMENTATION | $ | 228,140.10 |
| 0030945018 | 30945018 | MISREP - INCOME/EMPLOY | | | $ | 36,773.40 |
| 0030945166 | 30945166 | MISREP - DEBTS | | | $ | 54,074.21 |
| 0030945299 | 30945299 | DOCUMENTATION | UW - OTHER | MISREP - DEBTS | $ | 20,383.50 |
| 0030979074 | 30979074 | MISREP - DEBTS | | | $ | 29,021.51 |
| 0031000854 | 31000854 | UW - OTHER | | | $ | 67,106.36 |
| 0031036296 | 31036296 | DOCUMENTATION | | | $ | 33,444.98 |
| 0031059009 | 31059009 | MISREP - DEBTS | | | $ | 50,635.10 |
| 0031113780 | 31113780 | MISREP - DEBTS | | | $ | 8,367.82 |
| 0031119548 | 31119548 | MISREP - DEBTS | | | $ | 57,890.16 |
| 0031135692 | 31135692 | DOCUMENTATION | | | $ | 17,909.18 |
| 0031157001 | 31157001 | MISREP - DEBTS | | | $ | 26,976.01 |

**EXHIBIT B**

**EXHIBIT B**

Wintrust Mortgage Corporation, as successor by merger to SGB Corporation

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031206626 | 31206626 | DOCUMENTATION | | | $ | 23,412.60 |
| 0031226269 | 31226269 | MISREP - DEBTS | | | $ | 30,177.55 |
| 0031226277 | 31226277 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 5,094.08 |
| 0031226285 | 31226285 | DOCUMENTATION | | | $ | 92,358.74 |
| 0031234552 | 31234552 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 259,480.10 |
| 0031234735 | 31234735 | UW - OTHER | | | $ | 56,960.84 |
| 0031251051 | 31251051 | DOCUMENTATION | | | $ | 40,878.09 |
| 0031256670 | 31256670 | MISREP - DEBTS | | | $ | 106,037.30 |
| 0031256738 | 31256738 | DOCUMENTATION | | | $ | 29,295.75 |
| 0031256829 | 31256829 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ | 128,427.50 |
| 0031256928 | 31256928 | MISREP - DEBTS | | | $ | 69,677.60 |
| 0031295173 | 31295173 | DOCUMENTATION | | | $ | 52,001.15 |
| 0031309917 | 31309917 | MISREP - DEBTS | | | $ | 71,924.10 |
| 0031323686 | 31323686 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ | 27,172.68 |
| 0031333552 | 31333552 | MISREP - DEBTS | | | $ | 51,472.66 |
| 0031334063 | 31334063 | MISREP - DEBTS | | | $ | 47,429.24 |
| 0031401698 | 31401698 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 92,729.32 |
| 0031401722 | 31401722 | MISREP - INCOME/EMPLOY | | | $ | 24,243.40 |
| 0031402274 | 31402274 | DOCUMENTATION | DOCUMENTATION | | $ | 143,510.40 |
| 0031407257 | 31407257 | DOCUMENTATION | | | $ | 35,062.34 |
| 0031407547 | 31407547 | MISREP - INCOME/EMPLOY | | | $ | 44,215.41 |
| 0031488067 | 31488067 | DOCUMENTATION | | | $ | 48,352.05 |
| 0031495146 | 31495146 | DOCUMENTATION | | | $ | 38,672.89 |
| 0031496516 | 31496516 | MISREP - INCOME/EMPLOY | | | $ | 38,716.39 |
| 0031496987 | 31496987 | DOCUMENTATION | | | $ | 67,941.41 |
| 0031506488 | 31506488 | MISREP - DEBTS | | | $ | 115,847.60 |
| 0031515851 | 31515851 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 308,539.10 |
| 0031516206 | 31516206 | DOCUMENTATION | | | $ | 27,149.94 |
| 0031516354 | 31516354 | MISREP - DEBTS | | | $ | 17,949.40 |
| 0031533052 | 31533052 | MISREP - DEBTS | | | $ | 123,156.50 |
| 0031542970 | 31542970 | MISREP - DEBTS | | | $ | 212,958.50 |
| 0031546278 | 31546278 | DOCUMENTATION | | | $ | 156,395.70 |

**EXHIBIT B**

**EXHIBIT B**
Wintrust Mortgage Corporation, as successor by merger to SGB Corporation

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031562093 | 31562093 | MISREP - DEBTS | | | $ | 185,898.60 |
| 0031562176 | 31562176 | MISREP - DEBTS | | | $ | 41,246.95 |
| 0031562226 | 31562226 | MISREP - DEBTS | | | $ | 24,966.07 |
| 0031562473 | 31562473 | UW - OTHER | | | $ | 156,258.60 |
| 0031564909 | 31564909 | MISREP - INCOME/EMPLOY | | | $ | 48,158.92 |
| 0031564925 | 31564925 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 59,088.94 |
| 0031580822 | 31580822 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 28,622.78 |
| 0031581150 | 31581150 | MISREP - DEBTS | | | $ | 19,999.03 |
| 0031632565 | 31632565 | MISREP - DEBTS | | | $ | 138,214.60 |
| 0031632615 | 31632615 | MISREP - DEBTS | | | $ | 41,907.49 |
| 0031639412 | 31639412 | MISREP - DEBTS | | | $ | 15,371.40 |
| 0031644966 | 31644966 | DOCUMENTATION | | | $ | 26,305.82 |
| 0031668411 | 31668411 | DOCUMENTATION | | | $ | 231,904.80 |
| 0031684012 | 31684012 | MISREP - DEBTS | | | $ | 45,468.67 |
| 0031684087 | 31684087 | MISREP - DEBTS | | | $ | 13,556.21 |
| 0031684129 | 31684129 | MISREP - DEBTS | | | $ | 48,868.29 |
| 0031688658 | 31688658 | MISREP - INCOME/EMPLOY | | | $ | 94,166.94 |
| 0031701378 | 31701378 | MISREP - DEBTS | | | $ | 47,895.97 |
| 0031701477 | 31701477 | DOCUMENTATION | | | $ | 26,953.29 |
| 0031720055 | 31720055 | MISREP - DEBTS | | | $ | 24,958.56 |
| 0031720139 | 31720139 | MISREP - DEBTS | DOCUMENTATION | DOCUMENTATION | $ | 24,299.74 |
| 0031733561 | 31733561 | UW - OTHER | | | $ | 23,482.74 |
| 0031740384 | 31740384 | MISREP - DEBTS | | | $ | 49,080.95 |
| 0031740574 | 31740574 | UW - OTHER | | | $ | 71,461.73 |
| 0031740632 | 31740632 | DOCUMENTATION | | | $ | 26,990.66 |
| 0031781131 | 31781131 | MISREP - DEBTS | | | $ | 139,469.30 |
| 0031782311 | 31782311 | MISREP - INCOME/EMPLOY | | | $ | 89,433.89 |
| 0031782402 | 31782402 | MISREP - INCOME/EMPLOY | | | $ | 18,714.01 |
| 0031783301 | 31783301 | MISREP - INCOME/EMPLOY | | | $ | 146,948.90 |
| 0031783541 | 31783541 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | DOCUMENTATION | $ | 103,423.60 |
| 0031783582 | 31783582 | UW - OTHER | | | $ | 19,502.64 |
| 0031792716 | 31792716 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 59,775.07 |

**EXHIBIT B**

**EXHIBIT B**

Wintrust Mortgage Corporation, as successor by merger to SGB Corporation

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031800907 | 31800907 | DOCUMENTATION | | | $ | 133,763.50 |
| 0031801087 | 31801087 | MISREP - DEBTS | | | $ | 184,651.60 |
| 0031801137 | 31801137 | MISREP - DEBTS | | | $ | 28,695.22 |
| 0031810187 | 31810187 | DOCUMENTATION | DOCUMENTATION | UW - OTHER | $ | 78,045.10 |
| 0031810195 | 31810195 | DOCUMENTATION | | | $ | 19,009.04 |
| 0031810237 | 31810237 | UW - OTHER | | | $ | 132,765.30 |
| 0031825003 | 31825003 | UW - OTHER | | | $ | 94,185.93 |
| 0031870553 | 31870553 | MISREP - INCOME/EMPLOY | | | $ | 42,033.46 |
| 0031886690 | 31886690 | DOCUMENTATION | | | $ | 86,345.40 |
| 0031896210 | 31896210 | DOCUMENTATION | | | $ | 22,663.17 |
| 0031909179 | 31909179 | UW - OTHER | | | $ | 23,592.51 |
| 0031925654 | 31925654 | DOCUMENTATION | | | $ | 16,399.69 |
| 0031926199 | 31926199 | MISREP - DEBTS | OTHER | | $ | 55,969.36 |
| 0031933633 | 31933633 | MISREP - DEBTS | UW - OTHER | | $ | 63,951.06 |
| 0031933658 | 31933658 | DOCUMENTATION | | | $ | 18,510.38 |
| 0031933716 | 31933716 | MISREP - INCOME/EMPLOY | | | $ | 49,816.93 |
| 0031934003 | 31934003 | MISREP - DEBTS | | | $ | 69,227.25 |
| 0031938327 | 31938327 | UW - OTHER | | | $ | 21,447.44 |
| 0031947070 | 31947070 | MISREP - DEBTS | | | $ | 11,589.50 |
| 0031947641 | 31947641 | MISREP - INCOME/EMPLOY | | | $ | 70,077.16 |
| 0031959224 | 31959224 | MISREP - DEBTS | | | $ | 59,272.18 |
| 0031963416 | 31963416 | DOCUMENTATION | | | $ | 200,414.70 |
| 0031963705 | 31963705 | MISREP - DEBTS | | | $ | 308,883.30 |
| 0031981806 | 31981806 | MISREP - INCOME/EMPLOY | | | $ | 27,060.22 |
| 0031982218 | 31982218 | MISREP - INCOME/EMPLOY | | | $ | 92,789.69 |
| 0031982325 | 31982325 | MISREP - DEBTS | | | $ | 55,020.37 |
| 0031982564 | 31982564 | DOCUMENTATION | | | $ | 24,517.48 |
| 0032001166 | 32001166 | MISREP - DEBTS | | | $ | 122,715.80 |
| 0032001323 | 32001323 | MISREP - DEBTS | | | $ | 44,943.72 |
| 0032009870 | 32009870 | UW - OTHER | | | $ | 58,652.25 |
| 0032010050 | 32010050 | DOCUMENTATION | | | $ | 25,197.95 |
| 0032017782 | 32017782 | DOCUMENTATION | | | $ | 99,509.99 |

**EXHIBIT B**

**EXHIBIT B**

Wintrust Mortgage Corporation, as successor by merger to SGB Corporation

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032017881 | 32017881 | UW - OTHER | | | $ | 106,855.40 |
| 0032018111 | 32018111 | MISREP - INCOME/EMPLOY | | | $ | 225,943.90 |
| 0032031098 | 32031098 | DOCUMENTATION | | | $ | 38,880.01 |
| 0032037756 | 32037756 | MISREP - DEBTS | | | $ | 270,575.10 |
| 0032037798 | 32037798 | DOCUMENTATION | | | $ | 57,691.64 |
| 0032060600 | 32060600 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 200,328.10 |
| 0032077471 | 32077471 | MISREP - DEBTS | | | $ | 35,087.00 |
| 0032083677 | 32083677 | DOCUMENTATION | DOCUMENTATION | UW - OTHER | $ | 85,388.54 |
| 0032093775 | 32093775 | MISREP - DEBTS | | | $ | 75,638.27 |
| 0032093817 | 32093817 | MISREP - DEBTS | | | $ | 16,630.50 |
| 0032103772 | 32103772 | MISREP - DEBTS | | | $ | 86,459.02 |
| 0032103822 | 32103822 | MISREP - DEBTS | UW - OTHER | | $ | 17,316.10 |
| 0032103855 | 32103855 | MISREP - DEBTS | | | $ | 61,189.82 |
| 0032103889 | 32103889 | UW - OTHER | | | $ | 13,960.32 |
| 0032123911 | 32123911 | DOCUMENTATION | | | $ | 48,953.23 |
| 0032123960 | 32123960 | MISREP - INCOME/EMPLOY | | | $ | 12,922.97 |
| 0032144958 | 32144958 | DOCUMENTATION | | | $ | 37,431.07 |
| 0032156002 | 32156002 | MISREP - DEBTS | | | $ | 54,031.97 |
| 0032156101 | 32156101 | DOCUMENTATION | | | $ | 16,352.73 |
| 0032170342 | 32170342 | DOCUMENTATION | | | $ | 44,944.51 |
| 0032186603 | 32186603 | MISREP - INCOME/EMPLOY | | | $ | 202,334.40 |
| 0032233868 | 32233868 | MISREP - DEBTS | | | $ | 342,627.60 |
| 0032234049 | 32234049 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 132,674.10 |
| 0032238644 | 32238644 | MISREP - DEBTS | | | $ | 52,192.78 |
| 0032250482 | 32250482 | UW - OTHER | | | $ | 43,569.46 |
| 0032266736 | 32266736 | MISREP - DEBTS | | | $ | 46,987.21 |
| 0032266777 | 32266777 | DOCUMENTATION | MISREP - DEBTS | UW - OTHER | $ | 33,648.72 |
| 0032272056 | 32272056 | UW - OTHER | | | $ | 143,200.40 |
| 0032272536 | 32272536 | DOCUMENTATION | | | $ | 88,887.85 |
| 0032319592 | 32319592 | UW - OTHER | | | $ | 284,827.50 |
| 0032319634 | 32319634 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 200,166.20 |
| 0032319691 | 32319691 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 28,317.48 |

**EXHIBIT B**

**EXHIBIT B**

Wintrust Mortgage Corporation, as successor by merger to SGB Corporation

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032336174 | 32336174 | MISREP - INCOME/EMPLOY | MISREP - BORROWER | | $ | 251,177.20 |
| 0032336356 | 32336356 | UW - OTHER | MISREP - INCOME/EMPLOY | DOCUMENTATION | $ | 257,500.20 |
| 0032346546 | 32346546 | MISREP - DEBTS | | | $ | 349,556.30 |
| 0032346579 | 32346579 | MISREP - DEBTS | | | $ | 128,822.80 |
| 0032361966 | 32361966 | UW - OTHER | UW - OTHER | | $ | 81,703.85 |
| 0032362162 | 32362162 | UW - OTHER | | | $ | 20,143.27 |
| 0032373748 | 32373748 | DOCUMENTATION | MISREP - DEBTS | | $ | 232,434.80 |
| 0032373797 | 32373797 | DOCUMENTATION | | | $ | 133,872.90 |
| 0032373987 | 32373987 | MISREP - INCOME/EMPLOY | | | $ | 197,832.60 |
| 0032381121 | 32381121 | DOCUMENTATION | | | $ | 64,734.41 |
| 0032413304 | 32413304 | MISREP - INCOME/EMPLOY | | | $ | 99,270.62 |
| 0032438269 | 32438269 | MISREP - DEBTS | | | $ | 106,864.30 |
| 0032468332 | 32468332 | DOCUMENTATION | MISREP - DEBTS | | $ | 64,289.00 |
| 0032491656 | 32491656 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 63,067.83 |
| 0032493926 | 32493926 | MISREP - DEBTS | DOCUMENTATION | | $ | 80,627.23 |
| 0032493934 | 32493934 | MISREP - DEBTS | | | $ | 17,184.45 |
| 0032517534 | 32517534 | MISREP - INCOME/EMPLOY | | | $ | 104,379.90 |
| 0032571515 | 32571515 | MISREP - INCOME/EMPLOY | | | $ | 65,389.74 |
| 0032590945 | 32590945 | UW - OTHER | | | $ | 100,345.20 |
| 0032593600 | 32593600 | MISREP - INCOME/EMPLOY | | | $ | 192,680.20 |
| 0032599466 | 32599466 | UW - OTHER | UW - OTHER | MISREP - DEBTS | $ | 311,281.00 |
| 0032615494 | 32615494 | MISREP - DEBTS | | | $ | 122,696.00 |
| 0032615528 | 32615528 | MISREP - INCOME/EMPLOY | | | $ | 180,214.70 |
| 0032615809 | 32615809 | UW - OTHER | UW - OTHER | DOCUMENTATION | $ | 488,739.00 |
| 0032638934 | 32638934 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 47,038.91 |
| 0032643785 | 32643785 | MISREP - DEBTS | UW - OTHER | | $ | 240,677.20 |
| 0032657678 | 32657678 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ | 35,923.66 |
| 0032670093 | 32670093 | DOCUMENTATION | | | $ | 71,838.90 |
| 0032670168 | 32670168 | UW - OTHER | | | $ | 94,637.50 |
| 0032684284 | 32684284 | DOCUMENTATION | | | $ | 67,739.27 |
| 0032704157 | 32704157 | MISREP - DEBTS | | | $ | 50,061.97 |
| 0032711798 | 32711798 | MISREP - INCOME/EMPLOY | | | $ | 256,960.40 |

**EXHIBIT B**

**EXHIBIT B**
Wintrust Mortgage Corporation, as successor by merger to SGB Corporation

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032711897 | 32711897 | DOCUMENTATION | | | $ | 64,956.37 |
| 0032718330 | 32718330 | DOCUMENTATION | | | $ | 55,213.81 |
| 0032724262 | 32724262 | MISREP - DEBTS | | | $ | 25,650.72 |
| 0032728958 | 32728958 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 193,683.00 |
| 0032729089 | 32729089 | MISREP - OCCUPANCY | MISREP - DEBTS | | $ | 183,877.40 |
| 0032729477 | 32729477 | MISREP - OCCUPANCY | MISREP - DEBTS | | $ | 103,263.30 |
| 0032743932 | 32743932 | UW - OTHER | UW - OTHER | | $ | 89,661.21 |
| 0032747867 | 32747867 | MISREP - INCOME/EMPLOY | | | $ | 133,099.10 |
| 0032747933 | 32747933 | MISREP - DEBTS | UW - INCOME/EMPLOY | | $ | 15,345.35 |
| 0032748360 | 32748360 | MISREP - INCOME/EMPLOY | | | $ | 65,091.08 |
| 0032760142 | 32760142 | MISREP - INCOME/EMPLOY | | | $ | 110,544.40 |
| 0032760647 | 32760647 | DOCUMENTATION | | | $ | 91,593.11 |
| 0032764342 | 32764342 | DOCUMENTATION | | | $ | 84,953.41 |
| 0032802969 | 32802969 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 109,434.40 |
| 0032805996 | 32805996 | UW - OTHER | MISREP - OCCUPANCY | | $ | 92,757.73 |
| 0032806135 | 32806135 | MISREP - OCCUPANCY | | | $ | 73,291.57 |
| 0032806317 | 32806317 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 121,429.60 |
| 0032812646 | 32812646 | MISREP - DEBTS | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 110,941.90 |
| 0032836934 | 32836934 | DOCUMENTATION | DOCUMENTATION | | $ | 117,514.20 |
| 0032876401 | 32876401 | UW - OTHER | | | $ | 79,341.06 |
| 0032888513 | 32888513 | MISREP - INCOME/EMPLOY | | | $ | 368,581.30 |
| 0032892473 | 32892473 | MISREP - DEBTS | | | $ | 51,349.27 |
| 0032907040 | 32907040 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 49,854.62 |
| 0032934192 | 32934192 | MISREP - INCOME/EMPLOY | | | $ | 25,898.16 |
| 0032943649 | 32943649 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 361,241.80 |
| 0032943664 | 32943664 | DOCUMENTATION | DOCUMENTATION | | $ | 147,094.60 |
| 0032943672 | 32943672 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 113,941.50 |
| 0032974081 | 32974081 | UW - OTHER | | | $ | 29,185.28 |
| 0032988115 | 32988115 | MISREP - OCCUPANCY | OTHER | | $ | 226,639.10 |
| 0033011610 | 33011610 | DOCUMENTATION | | | $ | 79,749.77 |
| 0033042771 | 33042771 | DOCUMENTATION | | | $ | 150,127.80 |
| 0033047044 | 33047044 | MISREP - INCOME/EMPLOY | | | $ | 49,227.65 |

**EXHIBIT B**

**EXHIBIT B**

Wintrust Mortgage Corporation, as successor by merger to SGB Corporation

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033056680 | 33056680 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | UW - OTHER | $ | 90,612.10 |
| 0033065822 | 33065822 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 156,501.60 |
| 0033091877 | 33091877 | MISREP - INCOME/EMPLOY | | | $ | 401,732.10 |
| 0033096512 | 33096512 | MISREP - DEBTS | | | $ | 60,921.29 |
| 0033107558 | 33107558 | MISREP - INCOME/EMPLOY | | | $ | 42,918.74 |
| 0033112970 | 33112970 | MISREP - DEBTS | UW - OTHER | | $ | 30,308.18 |
| 0033131004 | 33131004 | MISREP - INCOME/EMPLOY | | | $ | 72,619.07 |
| 0033131103 | 33131103 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 107,329.50 |
| 0033131731 | 33131731 | MISREP - INCOME/EMPLOY | | | $ | 70,735.84 |
| 0033154584 | 33154584 | MISREP - INCOME/EMPLOY | | | $ | 227,952.00 |
| 0033175043 | 33175043 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 466,049.00 |
| 0033193665 | 33193665 | MISREP - DEBTS | | | $ | 231,417.90 |
| 0033258815 | 33258815 | MISREP - INCOME/EMPLOY | | | $ | 60,626.19 |
| 0033261330 | 33261330 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 460,256.30 |
| 0033261629 | 33261629 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 430,233.60 |
| 0033261777 | 33261777 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 49,410.61 |
| 0033297433 | 33297433 | UW - OTHER | | | $ | 194,708.30 |
| 0033303892 | 33303892 | MISREP - INCOME/EMPLOY | | | $ | 281,781.80 |
| 0033304031 | 33304031 | MISREP - INCOME/EMPLOY | | | $ | 141,073.30 |
| 0033315102 | 33315102 | MISREP - INCOME/EMPLOY | | | $ | 200,472.80 |
| 0033315482 | 33315482 | MISREP - INCOME/EMPLOY | | | $ | 70,100.91 |
| 0033319344 | 33319344 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 287,134.20 |
| 0033324716 | 33324716 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 266,699.30 |
| 0033344375 | 33344375 | MISREP - INCOME/EMPLOY | | | $ | 52,507.70 |
| 0033373598 | 33373598 | MISREP - INCOME/EMPLOY | | | $ | 202,726.90 |
| 0033396326 | 33396326 | DOCUMENTATION | | | $ | 286,084.40 |
| 0033396383 | 33396383 | DOCUMENTATION | | | $ | 200,452.20 |
| 0033396599 | 33396599 | DOCUMENTATION | | | $ | 80,415.88 |
| 0033402611 | 33402611 | DOCUMENTATION | | | $ | 70,133.73 |
| 0033412065 | 33412065 | MISREP - INCOME/EMPLOY | | | $ | 58,908.84 |
| 0033419482 | 33419482 | MISREP - INCOME/EMPLOY | | | $ | 74,125.40 |
| 0033424987 | 33424987 | UW - OTHER | UW - OTHER | | $ | 105,531.20 |

**EXHIBIT B**

**EXHIBIT B**

Wintrust Mortgage Corporation, as successor by merger to SGB Corporation

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033431230 | 33431230 | MISREP - INCOME/EMPLOY | | | $ | 117,982.30 |
| 0033431289 | 33431289 | MISREP - INCOME/EMPLOY | | | $ | 90,639.43 |
| 0033431305 | 33431305 | MISREP - INCOME/EMPLOY | | | $ | 90,549.17 |
| 0033436676 | 33436676 | MISREP - DEBTS | | | $ | 31,346.97 |
| 0033437229 | 33437229 | MISREP - OCCUPANCY | | | $ | 62,783.80 |
| 0033458092 | 33458092 | UW - OTHER | | | $ | 209,330.50 |
| 0033458282 | 33458282 | DOCUMENTATION | | | $ | 92,534.51 |
| 0033458373 | 33458373 | MISREP - BORROWER | UW - OTHER | DOCUMENTATION | $ | 331,770.70 |
| 0033458449 | 33458449 | MISREP - OCCUPANCY | MISREP - BORROWER | | $ | 172,436.60 |
| 0033458522 | 33458522 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 210,406.90 |
| 0033480179 | 33480179 | MISREP - DEBTS | | | $ | 331,515.80 |
| 0033480286 | 33480286 | DOCUMENTATION | MISREP - DEBTS | | $ | 88,312.09 |
| 0033485368 | 33485368 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 51,634.41 |
| 0033485590 | 33485590 | DOCUMENTATION | DOCUMENTATION | | $ | 337,047.50 |
| 0033485707 | 33485707 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 395,576.10 |
| 0033496464 | 33496464 | MISREP - CREDIT/FICO | MISREP - INCOME/EMPLOY | | $ | 149,678.70 |
| 0033496506 | 33496506 | DOCUMENTATION | DOCUMENTATION | MISREP - INCOME/EMPLOY | $ | 243,660.20 |
| 0033502915 | 33502915 | MISREP - INCOME/EMPLOY | | | $ | 122,564.00 |
| 0033502980 | 33502980 | MISREP - DEBTS | | | $ | 98,193.05 |
| 0033503004 | 33503004 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 55,792.41 |
| 0033508854 | 33508854 | MISREP - DEBTS | | | $ | 46,571.78 |
| 0033521758 | 33521758 | MISREP - INCOME/EMPLOY | UW - OTHER | UW - OTHER | $ | 253,022.30 |
| 0033521832 | 33521832 | MISREP - INCOME/EMPLOY | | | $ | 61,769.99 |
| 0033526906 | 33526906 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 207,925.80 |
| 0033532797 | 33532797 | MISREP - INCOME/EMPLOY | | | $ | 358,996.40 |
| 0033532946 | 33532946 | MISREP - INCOME/EMPLOY | | | $ | 176,318.80 |
| 0033538299 | 33538299 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 146,479.60 |
| 0033538356 | 33538356 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - DEBTS | $ | 199,694.10 |
| 0033538455 | 33538455 | UW - OTHER | MISREP - DEBTS | | $ | 34,529.45 |
| 0033538521 | 33538521 | MISREP - DEBTS | | | $ | 139,301.60 |
| 0033543208 | 33543208 | DOCUMENTATION | | | $ | 249,099.70 |
| 0033549262 | 33549262 | MISREP - DEBTS | | | $ | 116,421.50 |

**EXHIBIT B**

**EXHIBIT B**
Wintrust Mortgage Corporation, as successor by merger to SGB Corporation

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033549312 | 33549312 | MISREP - OCCUPANCY | MISREP - DEBTS | | $ | 212,070.20 |
| 0033556564 | 33556564 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 67,115.56 |
| 0033556671 | 33556671 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 325,762.40 |
| 0033562729 | 33562729 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 208,320.00 |
| 0033590415 | 33590415 | MISREP - DEBTS | | | $ | 105,432.10 |
| 0033595455 | 33595455 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 128,123.10 |
| 0033609629 | 33609629 | MISREP - DEBTS | | | $ | 310,572.20 |
| 0033609660 | 33609660 | UW - OTHER | | | $ | 237,811.80 |
| 0033631771 | 33631771 | MISREP - CREDIT/FICO | MISREP - INCOME/EMPLOY | | $ | 188,824.40 |
| 0033644832 | 33644832 | MISREP - DEBTS | | | $ | 165,874.40 |
| 0033653312 | 33653312 | MISREP - INCOME/EMPLOY | | | $ | 147,136.50 |
| 0033661422 | 33661422 | MISREP - INCOME/EMPLOY | | | $ | 580,736.70 |
| 0033671041 | 33671041 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 42,631.14 |
| 0033671272 | 33671272 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | UW - OTHER | $ | 114,446.00 |
| 0033679440 | 33679440 | UW - OTHER | | | $ | 71,241.21 |
| 0033706250 | 33706250 | UW - OTHER | MISREP - DEBTS | | $ | 385,972.20 |
| 0033706367 | 33706367 | UW - OTHER | MISREP - DEBTS | MISREP - OCCUPANCY | $ | 473,228.60 |
| 0033711672 | 33711672 | MISREP - INCOME/EMPLOY | | | $ | 114,386.90 |
| 0033725425 | 33725425 | MISREP - INCOME/EMPLOY | | | $ | 194,895.20 |
| 0033725458 | 33725458 | UW - OTHER | UW - OTHER | | $ | 162,245.80 |
| 0033725532 | 33725532 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 208,805.40 |
| 0033765173 | 33765173 | MISREP - DEBTS | | | $ | 85,348.76 |
| 0033772336 | 33772336 | UW - OTHER | MISREP - INCOME/EMPLOY | DOCUMENTATION | $ | 147,923.50 |
| 0033779711 | 33779711 | MISREP - INCOME/EMPLOY | | | $ | 209,734.00 |
| 0033779869 | 33779869 | MISREP - INCOME/EMPLOY | | | $ | 83,176.28 |
| 0033793852 | 33793852 | MISREP - INCOME/EMPLOY | | | $ | 299,398.50 |
| 0033805698 | 33805698 | MISREP - OCCUPANCY | | | $ | 55,018.62 |
| 0033807066 | 33807066 | UW - OTHER | | | $ | 164,360.60 |
| 0033807272 | 33807272 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 59,787.65 |
| 0033807470 | 33807470 | MISREP - INCOME/EMPLOY | | | $ | 85,295.82 |
| 0040002321 | 40002321 | MISREP - DEBTS | | | $ | 66,075.53 |
| 0040002339 | 40002339 | MISREP - INCOME/EMPLOY | | | $ | 16,514.00 |

**EXHIBIT B**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040012890 | 40012890 | MISREP - INCOME/EMPLOY | | | $ | 207,515.00 |
| 0040037467 | 40037467 | UW - OTHER | | | $ | 426,032.30 |
| 0040049728 | 40049728 | MISREP - DEBTS | | | $ | 115,306.70 |
| 0040050700 | 40050700 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 160,361.60 |
| 0040077562 | 40077562 | UW - OTHER | | | $ | 261,945.10 |
| 0040082430 | 40082430 | MISREP - DEBTS | | | $ | 182,686.20 |
| 0040125973 | 40125973 | MISREP - DEBTS | DOCUMENTATION | | $ | 194,772.80 |
| 0040126302 | 40126302 | DOCUMENTATION | | | $ | 38,180.45 |
| 0040126732 | 40126732 | MISREP - INCOME/EMPLOY | | | $ | 290,029.20 |
| 0040144206 | 40144206 | MISREP - INCOME/EMPLOY | | | $ | 158,080.50 |
| 0040152787 | 40152787 | MISREP - INCOME/EMPLOY | | | $ | 210,116.10 |
| 0040152902 | 40152902 | UW - OTHER | | | $ | 255,957.40 |
| 0040165649 | 40165649 | MISREP - INCOME/EMPLOY | | | $ | 167,822.20 |
| 0040179822 | 40179822 | MISREP - INCOME/EMPLOY | | | $ | 212,577.00 |
| 0040205890 | 40205890 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 147,220.20 |
| 0040206666 | 40206666 | MISREP - DEBTS | | | $ | 47,973.79 |
| 0040217085 | 40217085 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 137,870.90 |
| 0040217382 | 40217382 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 104,372.60 |
| 0040223125 | 40223125 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 245,938.20 |
| 0040232670 | 40232670 | DOCUMENTATION | | | $ | 141,780.20 |
| 0040234676 | 40234676 | MISREP - INCOME/EMPLOY | | | $ | 258,350.50 |
| 0040251654 | 40251654 | DOCUMENTATION | | | $ | 85,926.42 |
| 0040260333 | 40260333 | UW - OTHER | | | $ | 210,957.80 |
| 0040263618 | 40263618 | DOCUMENTATION | | | $ | 109,838.70 |
| 0040265977 | 40265977 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ | 291,846.70 |
| 0040328114 | 40328114 | MISREP - INCOME/EMPLOY | | | $ | 113,998.50 |
| 0040377483 | 40377483 | MISREP - INCOME/EMPLOY | | | $ | 351,212.90 |
| 0040398786 | 40398786 | MISREP - DEBTS | | | $ | 214,677.00 |
| 0040439960 | 40439960 | MISREP - DEBTS | | | $ | 99,296.51 |
| 0040439994 | 40439994 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 197,364.90 |
| 0040440448 | 40440448 | UW - OTHER | MISREP - DEBTS | | $ | 170,004.50 |
| 0040458010 | 40458010 | OTHER | | | $ | 183,652.20 |

**EXHIBIT B**

**EXHIBIT B**

Wintrust Mortgage Corporation, as successor by merger to SGB Corporation

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040459232 | 40459232 | MISREP - DEBTS | | | $ | 42,884.43 |
| 0040569873 | 40569873 | UW - OTHER | | | $ | 59,733.98 |
| 0040569899 | 40569899 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 76,496.71 |
| 0040613408 | 40613408 | MISREP - INCOME/EMPLOY | | | $ | 167,879.30 |
| 0040623084 | 40623084 | MISREP - INCOME/EMPLOY | | | $ | 107,942.70 |
| 0040629313 | 40629313 | MISREP - ASSETS | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 163,458.00 |
| 0040659195 | 40659195 | DOCUMENTATION | | | $ | 69,996.71 |
| 0040709628 | 40709628 | UW - OTHER | MISREP - DEBTS | | $ | 110,568.90 |

|  |  |
|---|---|
| **TOTAL** | **$ 44,772,094.26** |

**EXHIBIT B**