# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Sierra Pacific Mortgage Company, Inc.**

Loan Purchase Agreement, dated September 8, 2004

Broker Agreement, dated November 8, 2005