# EXHIBIT B

**EXHIBIT B**
Sierra Pacific Mortgage Company, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0039281431 | 39281431 | DOCUMENTATION | UW - OTHER | | $ 30,820.01 |
| 0040836462 | 40836462 | MISREP - INCOME/EMPLOY | | | $ 115,248.80 |
| 0040838377 | 40838377 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 443,029.20 |
| 0040851859 | 40851859 | UW - OTHER | | | $ 119,982.90 |
| 0046289575 | 46289575 | MISREP - INCOME/EMPLOY | | | $ 119,519.20 |
| 0046454047 | 46454047 | MISREP - INCOME/EMPLOY | | | $ 152,470.90 |
| 0046502829 | 46502829 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 143,764.60 |
| 0046810081 | 46810081 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 45,763.69 |
| 0046943734 | 46943734 | MISREP - INCOME/EMPLOY | | | $ 147,886.00 |
| 0047538046 | 47538046 | MISREP - INCOME/EMPLOY | | | $ 402,028.40 |

**TOTAL        $ 1,720,513.70**

**EXHIBIT B**