# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**BWC Mortgage Services, BWC Real Estate Inc. and Commerce Home Mortgage, Inc. f/k/a Simonich Corp.**

Loan Purchase Agreement, dated July 27, 2007

Loan Purchase Agreement, dated February 26, 2004