# EXHIBIT B

**EXHIBIT B**
BWC Mortgage Services, BWC Real Estate Inc. and Commerce Home Mortgage, Inc. f/k/a Simonich Corp.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0018262105 | 18262105 | MISREP - INCOME/EMPLOY | | | $ 144,094.80 |
| 0031197882 | 31197882 | DOCUMENTATION | | | $ 60,152.08 |
| 0031219447 | 31219447 | DOCUMENTATION | | | $ 64,600.68 |
| 0031506454 | 31506454 | MISREP - OCCUPANCY | | | $ 32,762.53 |
| 0031513559 | 31513559 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 175,516.40 |
| 0031574718 | 31574718 | DOCUMENTATION | | | $ 94,005.43 |
| 0031640311 | 31640311 | MISREP - INCOME/EMPLOY | | | $ 53,482.03 |
| 0031720584 | 31720584 | DOCUMENTATION | | | $ 257,076.10 |
| 0031852791 | 31852791 | MISREP - DEBTS | | | $ 182,460.00 |
| 0032296105 | 32296105 | DOCUMENTATION | DOCUMENTATION | | $ 183,581.40 |
| 0032412785 | 32412785 | MISREP - INCOME/EMPLOY | | | $ 194,771.10 |
| 0032518169 | 32518169 | MISREP - INCOME/EMPLOY | | | $ 157,975.40 |
| 0032535965 | 32535965 | MISREP - OCCUPANCY | UW - OTHER | | $ 280,351.80 |
| 0032680811 | 32680811 | MISREP - INCOME/EMPLOY | | | $ 76,598.74 |
| 0032681058 | 32681058 | MISREP - INCOME/EMPLOY | | | $ 239,337.30 |
| 0032681140 | 32681140 | MISREP - OCCUPANCY | | | $ 71,732.06 |
| 0032769523 | 32769523 | MISREP - INCOME/EMPLOY | | | $ 319,282.00 |
| 0032785420 | 32785420 | MISREP - INCOME/EMPLOY | | | $ 195,072.60 |
| 0032785479 | 32785479 | MISREP - INCOME/EMPLOY | | | $ 94,845.98 |
| 0033011370 | 33011370 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ 73,214.55 |
| 0033011495 | 33011495 | MISREP - OCCUPANCY | | | $ 218,313.90 |
| 0033123779 | 33123779 | UW - OTHER | | | $ 150,452.90 |
| 0033146788 | 33146788 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | DOCUMENTATION | $ 333,543.70 |
| 0033146903 | 33146903 | MISREP - INCOME/EMPLOY | | | $ 137,739.80 |
| 0033154964 | 33154964 | MISREP - DEBTS | | | $ 296,109.60 |
| 0033310244 | 33310244 | MISREP - INCOME/EMPLOY | | | $ 41,730.52 |
| 0033328279 | 33328279 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 101,191.50 |
| 0033406190 | 33406190 | MISREP - INCOME/EMPLOY | | | $ 174,283.80 |
| 0033464389 | 33464389 | DOCUMENTATION | | | $ 36,345.46 |
| 0033490616 | 33490616 | DOCUMENTATION | | | $ 47,915.40 |
| 0033631441 | 33631441 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 227,676.80 |
| 0033637935 | 33637935 | MISREP - INCOME/EMPLOY | | | $ 224,344.10 |
| 0033669797 | 33669797 | MISREP - DEBTS | | | $ 316,711.60 |
| 0033691593 | 33691593 | UW - OTHER | | | $ 268,095.60 |
| 0040215311 | 40215311 | MISREP - INCOME/EMPLOY | | | $ 168,125.10 |
| 0040272122 | 40272122 | MISREP - INCOME/EMPLOY | | | $ 331,675.50 |

**EXHIBIT B**

**EXHIBIT B**
BWC Mortgage Services, BWC Real Estate Inc. and Commerce Home Mortgage, Inc. f/k/a Simonich Corp.

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040445835 | 40445835 | MISREP - INCOME/EMPLOY | | | $ | 219,734.20 |
| 0040709016 | 40709016 | MISREP - INCOME/EMPLOY | | | $ | 262,446.70 |
| 0040898975 | 40898975 | MISREP - INCOME/EMPLOY | | | $ | 250,601.30 |
| | | | | **TOTAL** | **$** | **6,757,950.46** |

**EXHIBIT B**