# EXHIBIT B

**EXHIBIT B**
Sterling National Mortgage Company, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0017288903 | 17288903 | UW - OTHER | DOCUMENTATION | | $ 1,976,453.00 |
| 0030834642 | 30834642 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 30,339.40 |
| 0030834816 | 30834816 | UW - OTHER | | | $ 595,712.80 |
| 0031022411 | 31022411 | MISREP - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | $ 106,071.00 |
| 0031650716 | 31650716 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 335,396.70 |
| 0031764079 | 31764079 | MISREP - DEBTS | | | $ 13,337.70 |
| 0032502320 | 32502320 | DOCUMENTATION | DOCUMENTATION | | $ 289,849.20 |
| 0032529380 | 32529380 | DOCUMENTATION | | | $ 127,921.70 |
| 0032674202 | 32674202 | MISREP - DEBTS | | | $ 49,747.77 |
| 0032753568 | 32753568 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 232,433.20 |
| 0033062506 | 33062506 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ 426,704.50 |
| 0033164088 | 33164088 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 1,268,783.00 |
| 0033283946 | 33283946 | UW - OTHER | | | $ 387,642.30 |
| 0033565623 | 33565623 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ 118,803.30 |
| 0033566316 | 33566316 | UW - OTHER | UW - OTHER | MISREP - INCOME/EMPLOY | $ 112,336.40 |
| 0040055444 | 40055444 | MISREP - BORROWER | DOCUMENTATION | | $ 245,138.20 |
| 0040108904 | 40108904 | MISREP - DEBTS | | | $ 137,296.80 |
| | | | | **TOTAL** | **$ 6,453,966.97** |

**EXHIBIT B**