# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Suburban Mortgage, Inc.

Loan Purchase Agreement, dated April 3, 2001

Broker Agreement, dated October 1, 2004

Loan Purchase Agreement, dated December 3, 2004