# EXHIBIT B

**EXHIBIT B**

Suburban Mortgage, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0017810300 | 17810300 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 1,332.74 |
| 0018645747 | 18645747 | UW - OTHER | | | $ 80,148.10 |
| 0018672162 | 18672162 | MISREP - DEBTS | | | $ 24,391.79 |
| 0018772483 | 18772483 | MISREP - INCOME/EMPLOY | | | $ 64,211.17 |
| 0019115039 | 19115039 | MISREP - DEBTS | | | $ 76,496.32 |
| 0030434419 | 30434419 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 55,881.34 |
| 0030583355 | 30583355 | MISREP - DEBTS | | | $ 76,702.07 |
| 0030604854 | 30604854 | MISREP - DEBTS | | | $ 260,079.60 |
| 0030729255 | 30729255 | MISREP - INCOME/EMPLOY | | | $ 18,852.77 |
| 0030759534 | 30759534 | MISREP - INCOME/EMPLOY | | | $ 18,552.13 |
| 0030888887 | 30888887 | DOCUMENTATION | | | $ 39,918.11 |
| 0030889034 | 30889034 | DOCUMENTATION | | | $ 34,303.12 |
| 0031030265 | 31030265 | MISREP - DEBTS | UW - OTHER | | $ 79,172.96 |
| 0031201288 | 31201288 | MISREP - DEBTS | | | $ 105,002.10 |
| 0031201296 | 31201296 | MISREP - DEBTS | | | $ 24,881.18 |
| 0031325640 | 31325640 | DOCUMENTATION | | | $ 26,632.47 |
| 0031353410 | 31353410 | MISREP - INCOME/EMPLOY | | | $ 352,897.90 |
| 0031443922 | 31443922 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 170,338.40 |
| 0031444821 | 31444821 | DOCUMENTATION | DOCUMENTATION | | $ 91,178.65 |
| 0031947393 | 31947393 | MISREP - INCOME/EMPLOY | | | $ 31,928.34 |
| 0032437188 | 32437188 | MISREP - INCOME/EMPLOY | | | $ 219,628.90 |
| 0032709826 | 32709826 | UW - OTHER | UW - OTHER | | $ 102,068.60 |
| 0032821381 | 32821381 | MISREP - DEBTS | | | $ 26,246.83 |
| 0032941478 | 32941478 | UW - OTHER | | | $ 386,238.60 |
| 0033060500 | 33060500 | MISREP - OCCUPANCY | | | $ 82,485.89 |
| 0033262932 | 33262932 | MISREP - DEBTS | | | $ 157,100.30 |
| 0033396516 | 33396516 | UW - OTHER | | | $ 75,893.62 |
| 0033411893 | 33411893 | UW - OTHER | | | $ 238,694.60 |
| 0033473497 | 33473497 | UW - OTHER | | | $ 294,450.70 |
| 0033531989 | 33531989 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 170,903.80 |

**EXHIBIT B**

**EXHIBIT B**

Suburban Mortgage, Inc.

| 0036268092 | 36268092 | MISREP - DEBTS | | | $ | 41,399.37 |
|---|---|---|---|---|---|---|
| 0040001422 | 40001422 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ | 237,093.40 |
| 0040057135 | 40057135 | UW - OTHER | UW - OTHER | | $ | 142,658.70 |
| 0040083008 | 40083008 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 33,595.04 |
| 0040152084 | 40152084 | MISREP - INCOME/EMPLOY | | | $ | 337,508.10 |
| 0040452120 | 40452120 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 143,009.10 |
| 0040568933 | 40568933 | MISREP - DEBTS | | | $ | 116,831.30 |
| 0040613390 | 40613390 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 242,749.50 |
| 0040685828 | 40685828 | UW - OTHER | | | $ | 399,025.10 |

**TOTAL** $ 5,080,482.71

**EXHIBIT B**