# EXHIBIT B

**EXHIBIT B**

Sun American Mortgage Company

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0030512099 | 30512099 | DOCUMENTATION | | | $ 26,393.29 |
| 0031269293 | 31269293 | DOCUMENTATION | | | $ 49,220.85 |
| 0031310030 | 31310030 | UW - OTHER | | | $ 186,718.40 |
| 0031504822 | 31504822 | DOCUMENTATION | | | $ 50,028.56 |
| 0031543077 | 31543077 | DOCUMENTATION | | | $ 91,377.60 |
| 0031781040 | 31781040 | MISREP - INCOME/EMPLOY | | | $ 180,569.10 |
| 0032024051 | 32024051 | MISREP - DEBTS | | | $ 903.36 |
| 0032192882 | 32192882 | MISREP - DEBTS | | | $ 99,158.40 |
| 0032192916 | 32192916 | DOCUMENTATION | | | $ 35,278.48 |
| 0032205163 | 32205163 | UW - OTHER | | | $ 188,603.50 |
| 0032271447 | 32271447 | UW - OTHER | | | $ 51,724.58 |
| 0032307076 | 32307076 | MISREP - INCOME/EMPLOY | | | $ 33,239.10 |
| 0032315509 | 32315509 | UW - OTHER | UW - OTHER | MISREP - OCCUPANCY | $ 54,736.41 |
| 0032328635 | 32328635 | DOCUMENTATION | | | $ 29,393.59 |
| 0032360034 | 32360034 | DOCUMENTATION | | | $ 144,543.40 |
| 0032366023 | 32366023 | MISREP - DEBTS | | | $ 37,143.59 |
| 0032437196 | 32437196 | DOCUMENTATION | | | $ 147,336.80 |
| 0032471807 | 32471807 | UW - OTHER | MISREP - DEBTS | | $ 219,644.50 |
| 0032471849 | 32471849 | MISREP - DEBTS | | | $ 43,537.91 |
| 0032523227 | 32523227 | MISREP - DEBTS | | | $ 43,177.59 |
| 0032712994 | 32712994 | DOCUMENTATION | DOCUMENTATION | | $ 129,131.70 |
| 0032806200 | 32806200 | UW - OTHER | | | $ 157,326.00 |
| 0032867863 | 32867863 | MISREP - DEBTS | | | $ 33,975.21 |
| 0032868218 | 32868218 | MISREP - INCOME/EMPLOY | | | $ 170,511.60 |
| 0032868317 | 32868317 | MISREP - INCOME/EMPLOY | | | $ 78,180.16 |
| 0033096751 | 33096751 | MISREP - INCOME/EMPLOY | | | $ 36,798.31 |
| 0033550864 | 33550864 | DOCUMENTATION | UW - OTHER | UW - OTHER | $ 261,783.80 |
| 0033595398 | 33595398 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ 264,289.30 |
| 0033705500 | 33705500 | UW - OTHER | | | $ 130,659.40 |
| 0033750191 | 33750191 | UW - OTHER | DOCUMENTATION | | $ 134,385.20 |
| 0040063588 | 40063588 | MISREP - OCCUPANCY | | | $ 198,500.50 |
| 0040364341 | 40364341 | DOCUMENTATION | | | $ 172,786.40 |

**EXHIBIT B**

**EXHIBIT B**

Sun American Mortgage Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040393761 | 40393761 | DOCUMENTATION | | | $ | 191,681.20 |
| 0040613085 | 40613085 | UW - OTHER | MISREP - DEBTS | | $ | 122,844.00 |
| 0040658718 | 40658718 | MISREP - OCCUPANCY | MISREP - BORROWER | | $ | 201,068.60 |
| 0040727539 | 40727539 | DOCUMENTATION | | | $ | 154,345.90 |

**TOTAL**     **$ 4,150,996.29**

**EXHIBIT B**