# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**WR Starkey Mortgage, LLP**

Loan Purchase Agreement, dated September 10, 2001

Loan Purchase Agreement, dated May 14, 2004