# EXHIBIT B

**EXHIBIT B**
WR Starkey Mortgage, LLP

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0015703812 | 15703812 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 60,001.62 |
| 0017394040 | 17394040 | MISREP - OCCUPANCY | | | $ 28,977.39 |
| 0018282095 | 18282095 | MISREP - INCOME/EMPLOY | | | $ 38,806.65 |
| 0018342428 | 18342428 | MISREP - INCOME/EMPLOY | | | $ 17,166.71 |
| 0018387233 | 18387233 | MISREP - DEBTS | | | $ 50,331.92 |
| 0018410357 | 18410357 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 47,110.69 |
| 0018470617 | 18470617 | MISREP - DEBTS | UW - OTHER | | $ 23,107.83 |
| 0018509398 | 18509398 | UW - OTHER | | | $ 28,496.46 |
| 0018558148 | 18558148 | MISREP - INCOME/EMPLOY | | | $ 37,341.38 |
| 0018607192 | 18607192 | MISREP - DEBTS | | | $ 27,616.98 |
| 0018643502 | 18643502 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 54,534.39 |
| 0018917260 | 18917260 | MISREP - DEBTS | | | $ 26,177.79 |
| 0018973206 | 18973206 | MISREP - INCOME/EMPLOY | | | $ 58,104.22 |
| 0030016083 | 30016083 | MISREP - OCCUPANCY | MISREP - DEBTS | | $ 17,918.09 |
| 0030143671 | 30143671 | MISREP - DEBTS | | | $ 37,760.64 |
| 0030143978 | 30143978 | MISREP - DEBTS | | | $ 38,416.45 |
| 0030168801 | 30168801 | UW - OTHER | | | $ 4,115.35 |
| 0030373518 | 30373518 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 3,656.12 |
| 0030383517 | 30383517 | DOCUMENTATION | DOCUMENTATION | | $ 38,197.81 |
| 0030491898 | 30491898 | MISREP - INCOME/EMPLOY | | | $ 90,920.52 |
| 0030492342 | 30492342 | MISREP - DEBTS | | | $ 22,931.53 |
| 0030504567 | 30504567 | MISREP - DEBTS | | | $ 14,709.42 |
| 0030542161 | 30542161 | MISREP - DEBTS | | | $ 37,230.96 |
| 0030590087 | 30590087 | MISREP - INCOME/EMPLOY | | | $ 36,446.61 |
| 0030613400 | 30613400 | MISREP - INCOME/EMPLOY | | | $ 53,143.60 |
| 0030651269 | 30651269 | MISREP - DEBTS | | | $ 21,858.08 |
| 0030683171 | 30683171 | MISREP - DEBTS | | | $ 498,490.70 |
| 0030712475 | 30712475 | UW - OTHER | | | $ 55,240.00 |
| 0030720981 | 30720981 | DOCUMENTATION | | | $ 29,111.47 |
| 0030748966 | 30748966 | MISREP - DEBTS | | | $ 27,531.02 |
| 0030827984 | 30827984 | MISREP - DEBTS | | | $ 35,068.89 |

**EXHIBIT B**

**EXHIBIT B**
WR Starkey Mortgage, LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| 0030828073 | 30828073 | MISREP - DEBTS | | | $ | 45,176.63 |
| 0030841126 | 30841126 | MISREP - INCOME/EMPLOY | | | $ | 6,822.67 |
| 0030854848 | 30854848 | MISREP - DEBTS | | | $ | 16,114.97 |
| 0030938757 | 30938757 | MISREP - DEBTS | | | $ | 33,293.82 |
| 0031200876 | 31200876 | UW - OTHER | | | $ | 46,164.46 |
| 0031201205 | 31201205 | MISREP - INCOME/EMPLOY | | | $ | 10,639.53 |
| 0031209034 | 31209034 | MISREP - DEBTS | | | $ | 50,013.83 |
| 0031232762 | 31232762 | DOCUMENTATION | | | $ | 27,135.26 |
| 0031281496 | 31281496 | DOCUMENTATION | DOCUMENTATION | | $ | 11,603.04 |
| 0031310782 | 31310782 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 37,518.63 |
| 0031433485 | 31433485 | UW - OTHER | UW - OTHER | UW - OTHER | $ | 25,525.98 |
| 0031447527 | 31447527 | DOCUMENTATION | | | $ | 24,470.36 |
| 0031605769 | 31605769 | DOCUMENTATION | | | $ | 58,067.65 |
| 0031605793 | 31605793 | UW - OTHER | | | $ | 82,768.61 |
| 0031615586 | 31615586 | DOCUMENTATION | DOCUMENTATION | | $ | 21,778.28 |
| 0031705015 | 31705015 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 27,222.92 |
| 0031726656 | 31726656 | DOCUMENTATION | DOCUMENTATION | | $ | 36,995.23 |
| 0031838923 | 31838923 | MISREP - DEBTS | | | $ | 31,505.34 |
| 0031864226 | 31864226 | MISREP - DEBTS | | | $ | 186,278.00 |
| 0031890239 | 31890239 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - DEBTS | $ | 47,563.07 |
| 0031890544 | 31890544 | MISREP - DEBTS | | | $ | 26,858.56 |
| 0031958465 | 31958465 | UW - OTHER | | | $ | 26,491.25 |
| 0032001869 | 32001869 | UW - OTHER | | | $ | 66,245.93 |
| 0032068280 | 32068280 | MISREP - DEBTS | | | $ | 68,262.00 |
| 0032149338 | 32149338 | UW - OTHER | MISREP - OCCUPANCY | | $ | 79,255.03 |
| 0032159519 | 32159519 | DOCUMENTATION | | | $ | 79,561.97 |
| 0032166688 | 32166688 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 110,845.30 |
| 0032185647 | 32185647 | UW - OTHER | | | $ | 31,871.91 |
| 0032236655 | 32236655 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 70,873.33 |
| 0032281396 | 32281396 | UW - OTHER | | | $ | 55,782.99 |
| 0032656555 | 32656555 | UW - OTHER | | | $ | 35,258.66 |
| 0032748196 | 32748196 | MISREP - INCOME/EMPLOY | | | $ | 30,510.50 |

**EXHIBIT B**

**EXHIBIT B**
WR Starkey Mortgage, LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032754012 | 32754012 | MISREP - DEBTS | | | $ | 94,314.40 |
| 0032754657 | 32754657 | MISREP - DEBTS | | | $ | 14,390.89 |
| 0033023250 | 33023250 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 36,831.01 |
| 0033023318 | 33023318 | MISREP - INCOME/EMPLOY | | | $ | 7,489.27 |
| 0033107657 | 33107657 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 76,642.34 |
| 0033128257 | 33128257 | MISREP - OCCUPANCY | | | $ | 54,852.13 |
| 0033180506 | 33180506 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 71,595.23 |
| 0033180589 | 33180589 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 29,036.37 |
| 0033180712 | 33180712 | UW - OTHER | | | $ | 25,917.82 |
| 0033180860 | 33180860 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 38,658.39 |
| 0033199522 | 33199522 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 57,504.75 |
| 0033223421 | 33223421 | UW - OTHER | MISREP - DEBTS | | $ | 61,533.54 |
| 0033309105 | 33309105 | MISREP - DEBTS | | | $ | 89,021.10 |
| 0033334954 | 33334954 | DOCUMENTATION | | | $ | 82,430.16 |
| 0033390279 | 33390279 | MISREP - INCOME/EMPLOY | | | $ | 25,719.74 |
| 0033407974 | 33407974 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 45,030.78 |
| 0033447764 | 33447764 | DOCUMENTATION | UW - OTHER | | $ | 22,240.04 |
| 0033496449 | 33496449 | UW - OTHER | MISREP - DEBTS | OTHER | $ | 250,321.50 |
| 0033670332 | 33670332 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 155,127.60 |
| 0033784836 | 33784836 | MISREP - DEBTS | | | $ | 159,223.30 |
| 0040036790 | 40036790 | MISREP - DEBTS | | | $ | 31,043.97 |
| 0040181612 | 40181612 | MISREP - DEBTS | | | $ | 70,712.26 |
| 0040318859 | 40318859 | MISREP - INCOME/EMPLOY | | | $ | 116,393.70 |
| 0040365645 | 40365645 | UW - OTHER | | | $ | 24,807.56 |
| 0040451205 | 40451205 | MISREP - DEBTS | | | $ | 2,277.83 |
| 0040459935 | 40459935 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 291.66 |
| 0040607814 | 40607814 | UW - OTHER | | | $ | 98,399.01 |
| 0040858631 | 40858631 | MISREP - INCOME/EMPLOY | | | $ | 53,534.33 |

**TOTAL**   $ 4,864,337.68

**EXHIBIT B**