# EXHIBIT A

# EXHIBIT A
## AGREEMENTS
### Windsor Capital Mortgage Corporation

Broker Agreement, dated February 18, 2002

Loan Purchase Agreement, dated September 9, 2004

Broker Agreement, dated January 13, 2006