# EXHIBIT B

**EXHIBIT B**

Windsor Capital Mortgage Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0016265407 | 16265407 | MISREP - DEBTS | | | $ 22,499.52 |
| 0016448565 | 16448565 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 877.47 |
| 0016615932 | 16615932 | MISREP - DEBTS | | | $ 21,659.67 |
| 0016945735 | 16945735 | MISREP - DEBTS | | | $ 103,574.00 |
| 0019236389 | 19236389 | MISREP - DEBTS | | | $ 109,457.30 |
| 0030243406 | 30243406 | MISREP - INCOME/EMPLOY | | | $ 4,446.04 |
| 0030323604 | 30323604 | DOCUMENTATION | | | $ 7,563.36 |
| 0031037229 | 31037229 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 165,748.30 |
| 0035506286 | 35506286 | UW - OTHER | | | $ 58,370.35 |
| 0035656842 | 35656842 | DOCUMENTATION | | | $ 166,149.10 |
| 0035762079 | 35762079 | MISREP - INCOME/EMPLOY | | | $ 35,204.00 |
| 0036597714 | 36597714 | DOCUMENTATION | MISREP - INCOME/EMPLOY | MISREP - DEBTS | $ 118,007.70 |
| 0037165990 | 37165990 | MISREP - DEBTS | | | $ 100,328.90 |
| 0037482742 | 37482742 | MISREP - INCOME/EMPLOY | DOCUMENTATION | OTHER | $ 110,317.00 |
| 0037488905 | 37488905 | MISREP - DEBTS | | | $ 121,549.10 |
| 0038174579 | 38174579 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 39,873.52 |
| 0039251491 | 39251491 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 294,597.00 |
| 0039252176 | 39252176 | MISREP - INCOME/EMPLOY | | | $ 90,363.36 |
| 0039597711 | 39597711 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 121,482.40 |
| 0039735873 | 39735873 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ 76,967.03 |
| 0039928122 | 39928122 | MISREP - INCOME/EMPLOY | UW - OTHER | MISREP - DEBTS | $ 247,329.00 |
| 0039972096 | 39972096 | MISREP - INCOME/EMPLOY | | | $ 134,621.20 |
| 0045180791 | 45180791 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 231,131.60 |
| 0045235215 | 45235215 | MISREP - INCOME/EMPLOY | | | $ 273,494.70 |
| 0045282233 | 45282233 | UW - OTHER | MISREP - DEBTS | | $ 86,904.07 |
| 0045293552 | 45293552 | MISREP - INCOME/EMPLOY | | | $ 175,675.70 |
| 0045474087 | 45474087 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 212,808.80 |
| 0045983673 | 45983673 | UW - OTHER | | | $ 358,117.00 |
| 0046030649 | 46030649 | MISREP - DEBTS | | | $ 257,443.10 |
| 0046064697 | 46064697 | MISREP - INCOME/EMPLOY | | | $ 219,945.40 |

**EXHIBIT B**

**EXHIBIT B**

Windsor Capital Mortgage Corporation

| | | | | | |
|---|---|---|---|---|---|
| 0046213070 | 46213070 | MISREP - INCOME/EMPLOY | | | $ 290,774.10 |
| 0046321030 | 46321030 | MISREP - DEBTS | | | $ 132,677.80 |
| 0046660890 | 46660890 | MISREP - DEBTS | | | $ 531,393.90 |
| 0046989950 | 46989950 | MISREP - INCOME/EMPLOY | | | $ 94,662.77 |
| 0047063672 | 47063672 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 227,699.50 |
| 0047109871 | 47109871 | MISREP - DEBTS | | | $ 2,107.97 |
| 0047295837 | 47295837 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 262,781.10 |
| | | | | **TOTAL** | **$ 5,508,602.83** |

**EXHIBIT B**