# EXHIBIT A

# EXHIBIT A
## AGREEMENTS
**Circle One Mortgage Company and First National Bank**

Guaranty Agreement, dated December 15, 2006

Loan Purchase Agreement, dated January 2, 2007