# EXHIBIT B

**EXHIBIT B**

Circle One Mortgage Company and First National Bank

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040018681 | 40018681 | MISREP - DEBTS | | | $ 47,689.58 |
| 0040278780 | 40278780 | MISREP - INCOME/EMPLOY | | | $ 645,334.80 |
| | | | | **TOTAL** | **$ 693,024.38** |

**EXHIBIT B**