# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Ditech Financial LLC, as successor to merger to Ditech Mortgage Corp., f/k/a Home Capital Funding, d/b/a Security One Lending**

Loan Purchase Agreement, dated December 3, 2004

Broker Agreement, dated April 26, 2005