# EXHIBIT B

**EXHIBIT B**

Ditech Financial LLC, as successor to merger to Ditech Mortgage Corp., f/k/a Home Capital Funding, d/b/a Security One Lending

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0032651200 | 32651200 | UW - OTHER | DOCUMENTATION | | $ 173,231.00 |
| 0032776825 | 32776825 | UW - OTHER | | | $ 64,998.94 |
| 0032807414 | 32807414 | MISREP - DEBTS | | | $ 52,471.79 |
| 0032868622 | 32868622 | MISREP - OCCUPANCY | | | $ 27,208.30 |
| 0033002072 | 33002072 | MISREP - INCOME/EMPLOY | | | $ 376,389.10 |
| 0033143199 | 33143199 | MISREP - OCCUPANCY | UW - OTHER | MISREP - INCOME/EMPLOY | $ 249,711.70 |
| 0033177197 | 33177197 | MISREP - DEBTS | | | $ 109,895.40 |
| 0033207200 | 33207200 | MISREP - DEBTS | | | $ 126,263.20 |
| 0033222852 | 33222852 | MISREP - OCCUPANCY | MISREP - DEBTS | | $ 61,372.75 |
| 0033224072 | 33224072 | MISREP - OCCUPANCY | UW - OTHER | MISREP - INCOME/EMPLOY | $ 154,450.00 |
| 0033226614 | 33226614 | MISREP - INCOME/EMPLOY | | | $ 299,781.90 |
| 0033235680 | 33235680 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 215,078.40 |
| 0033246372 | 33246372 | MISREP - INCOME/EMPLOY | OTHER | MISREP - OCCUPANCY | $ 72,162.51 |
| 0033264748 | 33264748 | MISREP - INCOME/EMPLOY | | | $ 140,500.40 |
| 0033265026 | 33265026 | MISREP - OCCUPANCY | | | $ 277,790.60 |
| 0033280819 | 33280819 | MISREP - INCOME/EMPLOY | | | $ 171,002.30 |
| 0033284134 | 33284134 | MISREP - INCOME/EMPLOY | | | $ 58,356.70 |
| 0033354895 | 33354895 | MISREP - INCOME/EMPLOY | | | $ 164,267.00 |
| 0033365826 | 33365826 | UW - OTHER | | | $ 231,693.20 |
| 0033367673 | 33367673 | UW - OTHER | | | $ 286,048.50 |
| 0033439449 | 33439449 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ 217,787.50 |
| 0033456963 | 33456963 | MISREP - INCOME/EMPLOY | | | $ 179,952.80 |
| 0033483637 | 33483637 | UW - OTHER | | | $ 25,323.61 |
| 0033519232 | 33519232 | MISREP - INCOME/EMPLOY | | | $ 81,277.67 |
| 0033519349 | 33519349 | MISREP - INCOME/EMPLOY | | | $ 86,811.14 |
| 0033567645 | 33567645 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 36,457.13 |
| 0033642810 | 33642810 | MISREP - INCOME/EMPLOY | | | $ 96,031.64 |
| 0033643032 | 33643032 | MISREP - OCCUPANCY | | | $ 247,154.50 |
| 0033709213 | 33709213 | MISREP - INCOME/EMPLOY | | | $ 86,140.68 |
| 0033761800 | 33761800 | UW - OTHER | DOCUMENTATION | DOCUMENTATION | $ 145,665.90 |
| 0033770207 | 33770207 | MISREP - INCOME/EMPLOY | | | $ 152,425.20 |

EXHIBIT B
Ditech Financial LLC, as successor to merger to Ditech Mortgage Corp., f/k/a Home Capital Funding, d/b/a Security One Lending

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033798539 | 33798539 | OTHER | MISREP - OCCUPANCY | | $ | 258,249.50 |
| 0033798752 | 33798752 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ | 208,179.70 |
| 0033799081 | 33799081 | UW - OTHER | | | $ | 145,315.50 |
| 0037057015 | 37057015 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 18,837.37 |
| 0037243342 | 37243342 | DOCUMENTATION | | | $ | 33,269.74 |
| 0037879962 | 37879962 | MISREP - INCOME/EMPLOY | | | $ | 51,292.16 |
| 0037983822 | 37983822 | MISREP - INCOME/EMPLOY | | | $ | 88,952.14 |
| 0038079760 | 38079760 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 223,123.50 |
| 0038181491 | 38181491 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 62,128.75 |
| 0038329330 | 38329330 | DOCUMENTATION | MISREP - DEBTS | | $ | 13,000.31 |
| 0038395323 | 38395323 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 288,914.10 |
| 0038435475 | 38435475 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 69,123.51 |
| 0038435608 | 38435608 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 43,920.69 |
| 0038608667 | 38608667 | MISREP - INCOME/EMPLOY | | | $ | 479,546.50 |
| 0038985180 | 38985180 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 51,871.02 |
| 0039649850 | 39649850 | UW - OTHER | | | $ | 82,156.33 |
| 0040024341 | 40024341 | MISREP - INCOME/EMPLOY | | | $ | 314,830.60 |
| 0040024374 | 40024374 | UW - OTHER | | | $ | 252,312.30 |
| 0040073884 | 40073884 | UW - OTHER | | | $ | 274,426.40 |
| 0040074122 | 40074122 | UW - OTHER | | | $ | 121,824.40 |
| 0040074254 | 40074254 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 142,185.40 |
| 0040074296 | 40074296 | UW - OTHER | DOCUMENTATION | DOCUMENTATION | $ | 305,576.30 |
| 0040081036 | 40081036 | MISREP - INCOME/EMPLOY | | | $ | 433,871.40 |
| 0040084915 | 40084915 | MISREP - DEBTS | | | $ | 225,397.00 |
| 0040085516 | 40085516 | UW - OTHER | | | $ | 189,025.60 |
| 0040113599 | 40113599 | UW - OTHER | | | $ | 172,476.80 |
| 0040141095 | 40141095 | UW - OTHER | | | $ | 172,585.00 |
| 0040161432 | 40161432 | MISREP - INCOME/EMPLOY | | | $ | 167,514.30 |
| 0040233819 | 40233819 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 168,175.10 |
| 0040244683 | 40244683 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 309,510.80 |
| 0040249385 | 40249385 | UW - OTHER | MISREP - OCCUPANCY | | $ | 195,075.10 |

**EXHIBIT B**

Ditech Financial LLC, as successor to merger to Ditech Mortgage Corp., f/k/a Home Capital Funding, d/b/a Security One Lending

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040251704 | 40251704 | MISREP - OCCUPANCY | | | $ | 205,623.70 |
| 0040256935 | 40256935 | DOCUMENTATION | UW - OTHER | MISREP - INCOME/EMPLOY | $ | 104,586.50 |
| 0040294373 | 40294373 | UW - OTHER | | | $ | 282,446.90 |
| 0040307597 | 40307597 | UW - OTHER | | | $ | 45,979.01 |
| 0040318313 | 40318313 | UW - OTHER | | | $ | 173,084.20 |
| 0040343543 | 40343543 | MISREP - DEBTS | | | $ | 185,878.80 |
| 0040343741 | 40343741 | UW - OTHER | | | $ | 263,604.10 |
| 0040372005 | 40372005 | UW - OTHER | | | $ | 198,650.40 |
| 0040393167 | 40393167 | UW - OTHER | | | $ | 80,421.29 |
| 0040443582 | 40443582 | MISREP - DEBTS | | | $ | 100,443.20 |
| 0040472375 | 40472375 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 248,394.60 |
| 0040472524 | 40472524 | DOCUMENTATION | | | $ | 334,529.90 |
| 0040472672 | 40472672 | MISREP - INCOME/EMPLOY | | | $ | 61,084.83 |
| 0040485161 | 40485161 | MISREP - DEBTS | | | $ | 233,293.80 |
| 0040495285 | 40495285 | MISREP - DEBTS | | | $ | 352,290.40 |
| 0040540734 | 40540734 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 36,854.65 |
| 0040577975 | 40577975 | DOCUMENTATION | MISREP - DEBTS | | $ | 258,221.70 |
| 0040578767 | 40578767 | MISREP - INCOME/EMPLOY | | | $ | 255,281.60 |
| 0040589954 | 40589954 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 3,209.67 |
| 0040591307 | 40591307 | MISREP - INCOME/EMPLOY | | | $ | 130,808.50 |
| 0040600702 | 40600702 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 278,432.60 |
| 0040600793 | 40600793 | MISREP - INCOME/EMPLOY | | | $ | 108,948.90 |
| 0040621310 | 40621310 | MISREP - INCOME/EMPLOY | | | $ | 108,661.50 |
| 0040627697 | 40627697 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 311,238.30 |
| 0040766859 | 40766859 | MISREP - INCOME/EMPLOY | | | $ | 150,906.50 |
| 0040771859 | 40771859 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 150,460.80 |
| 0040813297 | 40813297 | MISREP - OCCUPANCY | | | $ | 146,828.90 |
| | | | | TOTAL | $ | 15,040,534.03 |