B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books
and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent
permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal
Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or
applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of
the Bankruptcy Court may be entered without further notice to Transferor transferring to
Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim.

<u>Seaport Group Baseball Cards LLC</u>         <u>Centerbridge Special Credit Partners II, L.P.</u>
Name of Transferee                        Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>17168</u>
should be sent:                                  Amount of Claim Transferred: <u>$97,222.70</u>
                                                 Date Claim Filed: <u>09/18/2009</u>
Seaport Group Baseball Cards LLC                 Debtor: <u>Lehman Brothers Holdings Inc.</u>
360 Madison Avenue
New York, NY 10017
Attention: Markus Witthaut

Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

15

LEGAL02/38407501v2

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: __November 29, 2018__
    Name of Transferee/Transferee's Agent
              Jonathan Silverman
              General Counsel

Acknowledged and Agreed:

By: _____      Date: __November 29, 2018__
    Name of Transferor/Transferor's Agent
    **Aleksandra Markovic**
    **Authorized Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

16

LEGAL02/38407501v2