# EXHIBIT B

EXHIBIT B

Ross Mortgage Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040305294 | 40305294 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 147,038.67 |
| | | | | TOTAL | $ 147,038.67 |

EXHIBIT B