B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                              (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim.

Seaport Group Baseball Cards LLC                 Centerbridge Special Credit Partners II, L.P.
          Name of Transferee                                Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known):  17882
should be sent:                                   Amount of Claim Transferred $113,957.47
                                                  Date Claim Filed:  September 18, 2009
Seaport Group Baseball Cards LLC                  Debtor:  Lehman Brothers Holdings Inc.
360 Madison Avenue
New York, NY 10017
Attention: Markus Witthaut

Last Four Digits of Acct #: _____      Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

LEGAL02/38408771v3                    15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: November 29, 2018

Transferee/Transferee's Agent

Jonathan Silverman
General Counsel

Acknowledged and Agreed:

By: _____     Date: November 29, 2018

Aleksandra Markovic Agent
**Authorized Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.