STINSON LEONARD STREET LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
Todd A. Noteboom
Timothy P. Griffin
Sharon R. Markowitz
William D. Thomson

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | **Chapter 11**<br>**Case No. 08-13555 (SCC)** |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>-against-<br><br>TEXAS CAPITAL BANK, N.A.,<br><br>Defendant. | **Adversary**<br>**Docket No. 18-01728** |

**Statement Pursuant To Local Rule 7007.1-1**

Pursuant to Local Rule 7007.1-1, Defendant states that Texas Capital Bank, N.A. is a fully-owned subsidiary of Texas Capital Bancshares, Inc.

| | |
|---|---|
| Dated: December 5, 2018 | STINSON LEONARD STREET LLP |
| | *s/ Sharon R. Markowitz* |
| | Todd A. Noteboom (#240047) (pro hac vice) |
| | Timothy P. Griffin (#0285717) (pro hac vice) |
| | Sharon R. Markowitz (#392043) (pro hac vice) |
| | William D. Thomson (#0396743) (pro hac vice) |
| | 150 South Fifth Street, Suite 2300 |
| | Minneapolis, MN 55402 |
| | Telephone: (612) 335-1500 |
| | Facsimile: (612) 335-1657 |
| | todd.noteboom@stinson.com |
| | sharon.markowitz@stinson.com |
| | william.thomson@stinson.com |
| | *Attorneys for Defendant* |