# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al.*        Case No. 08-13555 (SCC) (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| **Quantum Partners LP** | **RSCC Assets LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Quantum Partners LP
c/o Soros Capital Management LLC
250 West 55th Street
New York, NY 10019
Attention: Suzanne Auerbach-Compliance Dept.
Fax No: 646-731-5973
E-mail: Compliance@soros.com
E-mail: loangroup@citco.com

Last Four Digits of Acct. #: N/A

Court Claim Nos. and Amount of Claims Transferred:

(1) with respect to Court Claim No. 50309, the sum of $4,173.90;
(2) with respect to Court Claim No. 58827, the sum of $714.91;
(3) with respect to Court Claim No. 58795, the sum of $ $745.94; and
(4) with respect to Court Claim No. 58830, the sum of $ $92.66.

Phone: N/A
Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**QUANTUM PARTNERS LP**

By: _____        Date: December 5, 2018
Name: Thomas O'Grady
Title: Attorney-in-Fact

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

134-2013/AGR/5711840.1