# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**1AM, L.L.C. f/k/a 1st Advantage Mortgage, L.L.C. and Draper and Kramer Mortgage
Corporation d/b/a 1st Advantage Mortgage**

Loan Purchase Agreement, dated April 1, 2004

Loan Purchase Agreement (Bulk), dated April 1, 2004