# EXHIBIT B

**EXHIBIT B**

**1AM, L.L.C. f/k/a 1st Advantage Mortgage, L.L.C., and Draper and Kramer Mortgage Corporation d/b/a 1st Advantage Mortgage**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 33164054 | 25500877 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 129,985.77 |
| 33183922 | 15502295 | MISREP - INCOME/EMPLOY | | | 163,204.96 |
| 33341116 | 506090805 | MISREP - DEBTS | MISREP - VALUE | | 161,047.14 |
| 33582479 | 506102302 | MISREP - OCCUPANCY | | | 206,736.70 |
| 33772674 | 25502488 | MISREP - DEBTS | | | 284,366.32 |
| 40124109 | 15504797 | MISREP - INCOME/EMPLOY | | | 169,967.24 |
| 40394439 | 15506032 | UW - INCOME/EMPLOY | | | 66,907.44 |
| 40522476 | 507041209 | UW - PAYMENT SHOCK | UW - INCOME/EMPLOY | | 262,765.53 |
| 40528960 | 25504564 | MISREP - INCOME/EMPLOY | | | 73,228.03 |
| 40573982 | 25503074 | MISREP - OCCUPANCY | | | 135,771.53 |
| | | | | **TOTAL** | **$1,653,980.66** |