# EXHIBIT D

1AM, L.L.C. f/k/a 1st Advantage Mortgage, L.L.C. and Draper and
Kramer Mortgage Corporation d/b/a 1st Advantage Mortgage

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0018440552 | 18440552 | DOCUMENTATION | | | $ 111,814.30 |
| 0031479900 | 31479900 | MISREP - INCOME/EMPLOY | | | $ 123,780.80 |
| 0031479942 | 31479942 | DOCUMENTATION | | | $ 37,532.98 |
| 0031551815 | 31551815 | MISREP - INCOME/EMPLOY | | | $ 69,013.33 |
| 0031551831 | 31551831 | MISREP - INCOME/EMPLOY | | | $ 15,822.70 |
| 0031585433 | 31585433 | UW - OTHER | | | $ 61,183.60 |
| 0031585516 | 31585516 | MISREP - DEBTS | | | $ 24,100.74 |
| 0031944424 | 31944424 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 180,272.90 |
| 0031966674 | 31966674 | DOCUMENTATION | | | $ 98,865.70 |
| 0031992969 | 31992969 | MISREP - INCOME/EMPLOY | | | $ 63,843.91 |
| 0032248585 | 32248585 | MISREP - DEBTS | | | $ 83,914.40 |
| 0032248817 | 32248817 | DOCUMENTATION | UW - OTHER | DOCUMENTATION | $ 34,613.91 |
| 0032422206 | 32422206 | DOCUMENTATION | DOCUMENTATION | | $ 14,044.28 |
| 0032422347 | 32422347 | MISREP - OCCUPANCY | | | $ 82,810.80 |
| 0032777690 | 32777690 | UW - OTHER | | | $ 73,530.71 |
| 0033118050 | 33118050 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 41,519.98 |
| 0033164898 | 33164898 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ 64,607.47 |
| 0033181298 | 33181298 | MISREP - INCOME/EMPLOY | | | $ 210,749.20 |
| 0033181900 | 33181900 | MISREP - INCOME/EMPLOY | | | $ 65,066.52 |
| 0033207689 | 33207689 | DOCUMENTATION | | | $ 9,977.99 |
| 0033259581 | 33259581 | UW - OTHER | | | $ 98,311.44 |
| 0033264334 | 33264334 | MISREP - INCOME/EMPLOY | | | $ 240,061.00 |
| 0033301342 | 33301342 | UW - OTHER | | | $ 80,286.68 |
| 0033324872 | 33324872 | MISREP - DEBTS | | | $ 36,417.70 |
| 0033329087 | 33329087 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 38,430.31 |
| 0033344359 | 33344359 | MISREP - DEBTS | | | $ 109,946.80 |
| 0033350224 | 33350224 | MISREP - DEBTS | | | $ 117,645.90 |

**EXHIBIT D**

08-13555-mg    Doc 59189-4    Filed 12/05/18    Entered 12/05/18 20:07:09    Exhibit D
Page 3 of 4

EXHIBIT D
1AM, L.L.C. f/k/a 1st Advantage Mortgage, L.L.C. and Draper and
Kramer Mortgage Corporation d/b/a 1st Advantage Mortgage

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033350547 | 33350547 | MISREP - DEBTS | | | $ | 187,233.20 |
| 0033350638 | 33350638 | DOCUMENTATION | | | $ | 87,897.19 |
| 0033390303 | 33390303 | DOCUMENTATION | MISREP - DEBTS | | $ | 43,240.90 |
| 0033402421 | 33402421 | MISREP - DEBTS | | | $ | 40,815.03 |
| 0033413717 | 33413717 | DOCUMENTATION | | | $ | 32,653.60 |
| 0033496324 | 33496324 | MISREP - DEBTS | | | $ | 42,959.05 |
| 0033508979 | 33508979 | MISREP - DEBTS | DOCUMENTATION | | $ | 259,711.70 |
| 0033527193 | 33527193 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 342,407.80 |
| 0033544206 | 33544206 | MISREP - INCOME/EMPLOY | | | $ | 213,502.00 |
| 0033618844 | 33618844 | UW - OTHER | UW - OTHER | MISREP - BORROWER | $ | 298,340.70 |
| 0033625559 | 33625559 | MISREP - DEBTS | | | $ | 60,241.05 |
| 0033670944 | 33670944 | MISREP - DEBTS | | | $ | 148,864.10 |
| 0033696220 | 33696220 | UW - OTHER | UW - OTHER | | $ | 18,147.38 |
| 0033696451 | 33696451 | MISREP - OCCUPANCY | | | $ | 507,330.10 |
| 0033716903 | 33716903 | MISREP - DEBTS | | | $ | 94,010.28 |
| 0033732462 | 33732462 | MISREP - DEBTS | | | $ | 62,783.66 |
| 0040043093 | 40043093 | MISREP - INCOME/EMPLOY | | | $ | 37,665.83 |
| 0040114043 | 40114043 | UW - OTHER | | | $ | 121,554.70 |
| 0040115990 | 40115990 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 292,691.30 |
| 0040126054 | 40126054 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 195,025.40 |
| 0040142986 | 40142986 | UW - OTHER | | | $ | 153,938.10 |
| 0040151227 | 40151227 | MISREP - DEBTS | | | $ | 399,084.00 |
| 0040152845 | 40152845 | UW - OTHER | | | $ | 258,255.60 |
| 0040169187 | 40169187 | UW - OTHER | MISREP - DEBTS | | $ | 301,033.40 |
| 0040213035 | 40213035 | UW - OTHER | | | $ | 28,643.09 |
| 0040224156 | 40224156 | MISREP - DEBTS | | | $ | 200,823.00 |
| 0040230997 | 40230997 | MISREP - INCOME/EMPLOY | | | $ | 160,830.80 |
| 0040236093 | 40236093 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 35,139.47 |

**EXHIBIT D**

08-13555-mg    Doc 59189-4    Filed 12/05/18    Entered 12/05/18 20:07:09    Exhibit D
Page 4 of 4

1AM, L.L.C. f/k/a 1st Advantage Mortgage, L.L.C. and Draper and
Kramer Mortgage Corporation d/b/a 1st Advantage Mortgage

| 0040236150 | 40236150 | MISREP - DEBTS | | | $ | 35,497.14 |
|---|---|---|---|---|---|---|
| 0040275091 | 40275091 | MISREP - OCCUPANCY | | | $ | 44,263.72 |
| 0040286742 | 40286742 | UW - OTHER | | | $ | 63,033.90 |
| 0040299976 | 40299976 | UW - OTHER | MISREP - DEBTS | | $ | 375,538.50 |
| 0040335507 | 40335507 | MISREP - DEBTS | | | $ | 207,789.40 |
| 0040336851 | 40336851 | MISREP - DEBTS | | | $ | 196,587.50 |
| 0040350704 | 40350704 | MISREP - DEBTS | | | $ | 190,104.70 |
| 0040366700 | 40366700 | MISREP - DEBTS | | | $ | 230,802.20 |
| 0040394090 | 40394090 | UW - OTHER | | | $ | 278,640.00 |
| 0040433500 | 40433500 | MISREP - CREDIT/FICO | UW - OTHER | | $ | 49,416.62 |
| 0040457913 | 40457913 | MISREP - DEBTS | | | $ | 130,514.10 |
| 0040511933 | 40511933 | UW - OTHER | UW - OTHER | MISREP - DEBTS | $ | 321,977.50 |

                                                                TOTAL    $ 8,937,153.76

**EXHIBIT D**