**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (SCC)
                                                   :
                Debtors.                           :    (Jointly Administered)
                                                   :
                                                   :    Ref. Docket Nos. 58872, 59064,
                                                   :    59082-59084, 59088-59093, 59097-
                                                   :    59112, 59114-59116
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 30, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated November 30, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Wing Chan
Wing Chan

Sworn to before me this
5th day of December, 2018
/s/ Diane M. Streany
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000130938271 ***    LBH TRFNTC (ADDRESS2, ADRKEYID3) 32560



BANQUE J. SAFRA SARASIN MONACO SA
KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS LLP
ATTN: STEPHANIE SWEENEY
200 WEST 41ST STREET, 17TH FLOOR
NEW YORK, NY 10036

BANQUE J. SAFRA SARASIN MONACO SA
F/K/A CREDIT SUISSE (MONACO) SAM
15 BIS/17 AVENUE D'OSTANDE
B.P. 155
MC 98003 MONACO CEDEX
FRANCE

Please note that your claim # 55817-38 in the above referenced case and in the amount of $0.00 allowed at $117,417.59 has been transferred (unless previously expunged by court order)

COMPANIE MONEGASQUE DE BANQUE
TRANSFEROR: BANQUE J. SAFRA SARASIN MONACO SA
23, AVENUE DE LA COSTA
B.P. 149
98007 MONACO CEDEX
 MONACO

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    59064    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/30/2018    Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 30, 2018.

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| APEL, FRANK | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, TREITSCHKESTRASSE 15, 12163 BERLIN   GERMANY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN   ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN   ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN   ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANQUE J. SAFRA SARASIN MONACO SA | F/K/A CREDIT SUISSE (MONACO) SAM, 15 BIS/17 AVENUE D'OSTANDE, B.P. 155, MC 98003 MONACO CEDEX   FRANCE |
| BANQUE J. SAFRA SARASIN MONACO SA | KLESTADT WINTERS JURELLER, SOUTHARD & STEVENS LLP, ATTN: STEPHANIE SWEENEY, 200 WEST 41ST STREET, 17TH FLOOR, NEW YORK, NY 10036 |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE/DIRECTOR, ZELTWEG 63, ZURICH CH-8021 SWITZERLAND |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIA, S.A., ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT, PASEO DE LA CASTELLANA, 81 - 21ST FLOOR, MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE/DIRECTOR, ZELTWEG 63, ZURICH CH-8021 SWITZERLAND |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIA, S.A., ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT, PASEO DE LA CASTELLANA, 81 - 21ST FLOOR, MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE / DIRECTOR, ZELTWEG 63, ZURICH CH-8021 SWITZERLAND |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIAS, S.A., ATTN: ANA HIDALGO/ ELENA PRIETO, PASEO DE LA CASELLANA, 81 - FLOOR 21, MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDREW A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: SETH GROSSHANDLER, ESQ., ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDREW A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: SETH GROSSHANDLER, ESQ., ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDREW A. BERNSTEIN, ESQ., 12, RU DE TILSITT, PARIS 75008 FRANCE |
| BBVA SPAIN | TRANSFEROR: BBVA (SUIZA) S.A., ATTN: TOMAS GONZALEZ VALVERDE, PASEO DE LA CASTELLANA, 81, 28046 MADRID   SPAIN |
| BBVA SPAIN | TRANSFEROR: BBVA (SUIZA) S.A., ATTN: TOMAS GONZALEZ VALVERDE, PASEO DE LA CASTELLANA, 81, 28046 MADRID   SPAIN |
| BBVA SPAIN | TRANSFEROR: BBVA (SUIZA) S.A., ATTN: TOMAS GONZALEZ VALVERDE, PASEO DE LA CASTELLANA, 81, 28046 MADRID   SPAIN |
| BPER BANCA S.P.A. | TRANSFEROR: CREDITO VALTELLINESE S.C., ATTN: PAOLO MAZZA, VIA SAN CARLO 8/20, 41121 MODENA   ITALY |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO   ITALY |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO   ITALY |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO   ITALY |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO   ITALY |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO   ITALY |
| CASSA LOMBARDA SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: STEFANO BARCELLA, VIA MANZONI 12, MILANO 20121 ITALY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |

| Claim Name | Address Information |
|---|---|
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| COMPANIE MONEGASQUE DE BANQUE | TRANSFEROR: BANQUE J. SAFRA SARASIN MONACO SA, 23, AVENUE DE LA COSTA, B.P. 149, 98007 MONACO CEDEX   MONACO |
| CREDIT AGRICOLE CARIPARMA SPA | TRANSFEROR: CREDITO VALTELLINESE S.C., SERVIZIO CONSUELENZA ALLA RETE, VIA LA SPEZIA 138/A, 43126 PARMA   ITALY |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: EFISIO BERTRAND, VIA EMILIA S. PIETRO 4, 42121 REGGIO EMILIA   ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: UBI BANCA S.P.A., ATTN: STEFANIA CATELLANI, VIA GANDHI 2/C, 42123 REGGIO EMILIA   ITALY |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: UBI BANCA S.P.A., ATTN: EFISIO BERTRAND, VIA EMILIA S. PIETRO 4, 42121 REGGIO EMILIA   ITALY |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: UNIONE DI BANCHE ITALIANE SPA, ATTN: EFISIO BERTRAND, VIA EMILIA S. PIETRO 4, 42121 REGGIO EMILIA   ITALY |
| CREDITO VALTELLINESE S.C. | ATTENTION: CINZIA GERNA, PIAZZA QUADRIVIO, 8, SONDRIO 23100 ITALY |
| CREDITO VALTELLINESE S.C. | ATTENTION: CINZIA GERNA, PIAZZA QUADRIVIO, 8, SONDRIO 23100 ITALY |
| DEUTSCHE BANK S.P.A. | ATTN: MR. ANDREA MOIOLI, PIAZZA DEL CALENDARIO, 3, MILANO 20126 ITALY |
| DULARAMANI, SUNDER | TRANSFEROR: VISION PLUS LIMITED, 10/FL. FLAT F CAINE MANSION, 88 CAINE ROAD, HONG KONG   HONG KONG |
| DULARAMANI, SUNDER | TRANSFEROR: VISION PLUS LIMITED, 10/FL. FLAT F CAINE MANSION, 88 CAINE ROAD, HONG KONG   HONG KONG |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH |

| Claim Name | Address Information |
|---|---|
| ICCREA BANCA S.P.A. | AVENUE, NEW YORK, NY 10103 |
| KLEIN, DORIS | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, AUF DER EGGE 35, 42555 VELBERT GERMANY |
| LUDWIG, SILVIA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, HERMANN-LONS-STR. 4, 52249 ESCHWEILER GERMANY |
| MEDIOBANCA S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: GABRIELE LANZI, VIA FILODRAMMATICI, N. 3, 20121 MILANO ITALY |
| MEDIOBANCA S.P.A. | TRANSFEROR: DEUTSCHE BANK S.P.A., ATTN: GABRIELE LANZI / ALESSANDRO ONGARI, VIA FILODRAMMATICI, 3, 20121 MILANO ITALY |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| NISHAL HLGS LTD | 5TH FL, CAR PO COMMERCIAL BLDG, RM 501, 18-20 LYNDHURST TERRACE, CENTRAL HONG KONG |
| NISHAL HLGS LTD | ATTN: GUL MIRPURI, 26 FL, SUITE F, ESTORIL COURT, BLOCK 3, 55 GARDEN ROAD, HONG KONG HONG KONG |
| NORONHA GARCIA, FABRICIO | TRANSFEROR: RIPWAVE LIMITED, 4475 NAUTILUS DRIVE, MIAMI BEACH, FL 33140 |
| RIPWAVE LIMITED | C/O FABRICIO GARCIA, 4475 NAUTILUS DRIVE, MIAMI BEACH, FL 33140 |
| SCHUTT, SUSANNE | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, FRAMHEINSTR. 20, 22083 HAMBURG GERMANY |

| Claim Name | Address Information |
|---|---|
| ST. GALLER KANTONALBANK | TRANSFEROR: UBS AG, ATTN: ANINA ZURCHER / SFCA, ST. LEONHARDSTRASSE 25, 9001 ST. GALLEN   SWITZERLAND |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O STONEHILL CAPITAL MGMT - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O STONEHILL CAPITAL MGMT - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| TACONIC MASTER FUND 1.5 LP | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC MASTER FUND 1.5 LP | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC MASTER FUND 1.5 LP | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC MASTER FUND 1.5 LP | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC OPPORTUNITY MASTER FUND LP | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC OPPORTUNITY MASTER FUND LP | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC OPPORTUNITY MASTER FUND LP | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC OPPORTUNITY MASTER FUND LP | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TIRATHDAS MIRPURI, GUL | TRANSFEROR: NISHAL HLGS LTD, 26/FL., UNIT F, ESTORIL COURT, BLOCK 3, 55 MID-LEVELS, HONG KONG   HONG KONG |
| UBI BANCA S.P.A. | TRANSFEROR: BANCA DELLE MARCHE S.P.A., ATTN: NICOLETTA RAVASIO / SILVANA PISANI, PIAZZA VITTORIO VENETO N. 8, 24122 BERGAMO   ITALY |
| UBI BANCA S.P.A. | TRANSFEROR: BANCA DELLE MARCHE S.P.A., ATTN: NICOLETTA RAVASIO / SILVANA PISANI, PIAZZA VITTORIO VENETO N. 8, 24122 BERGAMO   ITALY |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UNIONE DI BANCHE ITALIANE SPA | TRANSFEROR: BANCA POPOLARE DI MILANO S.C.P.A., ATTENTION: LUCA BONZANINI, AREA AFFARI LEGALI E CONTENZIOSO, PIAZZA V. VENETO N. 8, BERGAMO 24121 ITALY |
| VISION PLUS LIMITED | 10/FL, FLAT F, CAINE MANSION, 88 CAINE ROAD, CENTRAL   HONG KONG |
| VISION PLUS LIMITED | 10/FL, FLAT F, CAINE MANSION, 88 CAINE ROAD, CENTRAL   HONG KONG |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |

| Claim Name | Address Information |
|---|---|

**Total Creditor Count 113**