WHITE & WOLNERMAN, PLLC
Attorneys for
FOGADE
950 Third Avenue, 11th Floor
New York, NY 10022
212-308-0667

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |

-------------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

Randolph E. White hereby certifies that:

1. I am a member of the bar of the State of New York, admitted to practice before this Court and counsel for Fondo de Proteccion Social de los Depositos Bancarios, f/k/a Fondo de Proteccion Social de los Depositos Bancarios y Proteccion Bancaria ("FOGADE").

2. On December 5, 2018 FOGADE's December 5, 2018 Amended Notice of Presentment, with the accompanying Amended Proposed Order [Doc. No. 59174] was filed on this Court's Electronic Case Filing System with notice given to each registered user. In addition thereto, on December 5, 2018 I transmitted by email the foregoing documents to the following interested parties: (i) Garrett Fail, Esq., Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY

10153, attorneys for Debtors; and (ii) Daniel M. Eggermann, Esq., Kramer Levin Naftalis & Frankel LLP, attorneys for Lehman Brothers Treasury Co. BV.

Dated: New York, New York
December 6, 2018

By: /s/ Randolph E. White
Randolph E. White
