STINSON LEONARD STREET LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
Todd A. Noteboom
Timothy P. Griffin
Sharon R. Markowitz
William D. Thomson

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | **Chapter 11**<br>**Case No. 08-13555 (SCC)** |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>-against-<br><br>FIRST HORIZON HOME LOAN CORPORATION,<br><br>Defendant. | **Adversary**<br>**Docket No. 18-01759** |

**Statement Pursuant To Local Rule 7007.1-1**

Pursuant to Local Rule 7007.1-1, Defendant states that First Horizon Home Loan Corporation is a division of First Tennessee Bank National Association. One hundred percent of the common stock of First Tennessee Bank National Association is owned by First Horizon National Corporation. No person beneficially owns more than 10% of the common stock of First Horizon National Corporation.

CORE/3502227.0003/149074683.1

|  |  |
|---|---|
| Dated: December 6, 2018 | STINSON LEONARD STREET LLP |
| | *s/ Sharon R. Markowitz* |
| | Todd A. Noteboom (#240047) (pro hac vice) |
| | Timothy P. Griffin (#0285717) (pro hac vice) |
| | Sharon R. Markowitz (#392043) (pro hac vice) |
| | William D. Thomson (#0396743) (pro hac vice) |
| | 150 South Fifth Street, Suite 2300 |
| | Minneapolis, MN 55402 |
| | Telephone: (612) 335-1500 |
| | Facsimile: (612) 335-1657 |
| | todd.noteboom@stinson.com |
| | sharon.markowitz@stinson.com |
| | william.thomson@stinson.com |
| | *Attorneys for Defendant* |