**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------x
                                                      :
**In re**                                             :       **Chapter 11 Case No.**
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,          :       **08-13555 (SCC)**
                                                      :
                              **Debtors.**            :       **(Jointly Administered)**
                                                      :
----------------------------------------------------------------------------x       **Ref. Docket No. 59119**

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 30, 2018, I caused to be served the "October 2018 Post-Effective Operating Report," dated November 30, 2018 [Docket No. 59119], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed <u>Exhibit A</u>,

    b.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed <u>Exhibit B</u>, and

    c.  delivered via electronic mail to those parties listed in the annexed <u>Exhibit C</u>.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
6th day of December, 2018
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

T:\Clients\LBH\Affidavits\Oct 2018 Post-Effective MOR_DI 59119_AFF_11-30-18.docx

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC., et al – Case No. 08-13555**
**Overnight Master Service List**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

**Lehman Brothers Holding Inc.,** *et al***. – 08-13555 (SCC)**
**First Class Mail Additional Service List**

Federal Reserve Bank of Philadelphia
Ten Independence Mall
Philadelphia, PA 19106-1574

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
ATTN: PAUL J. PASCUZZI
(COUNSEL TO California Public Employees Retirement System)
400 Capitol Mall, Suite 1450
Sacramento, CA 95814

TUCKER ARENSBERG, P.C.
ATTN: Michel A. Shiner, Esq.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222

EATON CORPORATION
ATTN: MEEKO CHISOLM
1000 EATON BLVD
CLEVELAND OH 44122

FAEGRE BAKER DANIELS LLP
ATTN: MICHAEL M. KRAUSS
(COUNSEL TO 'SANTA FE ENTITIES')
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS ,MN 55402-3901

**EXHIBIT C**

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcy@morrisoncohen.com |
| aalfonso@willkie.com | bankruptcy@ntexas-attorneys.com |
| abeaumont@fklaw.com | bankruptcymatters@us.nomura.com |
| abraunstein@riemerlaw.com | barbra.parlin@hklaw.com |
| acaton@kramerlevin.com | bbisignani@postschell.com |
| adam.lanza@dlapiper.com | bcarlson@co.sanmateo.ca.us |
| adarwin@nixonpeabody.com | bdemay@hsgllp.com |
| adiamond@diamondmccarthy.com | bdk@schlamstone.com |
| adk@msf-law.com | benjamin.mintz@apks.com |
| aeckstein@blankrome.com | bguiney@pbwt.com |
| aentwistle@entwistle-law.com | bmiller@mofo.com |
| aglenn@kasowitz.com | boneill@kramerlevin.com |
| agold@herrick.com | brosenblum@jonesday.com |
| aisenberg@saul.com | brotenberg@wolffsamson.com |
| akadish@dtlawgroup.com | broy@rltlawfirm.com |
| akolod@mosessinger.com | bruce.wright@sutherland.com |
| alexander.lorenzo@alston.com | bsellier@rlrpclaw.com |
| allison.holubis@wilsonelser.com | bstrickland@wtplaw.com |
| alum@ftportfolios.com | btrust@mayerbrown.com |
| amartin@sheppardmullin.com | bturk@tishmanspeyer.com |
| amcmullen@boultcummings.com | bwolfe@sheppardmullin.com |
| amh@amhandlerlaw.com | cahn@clm.com |
| andrew.brozman@cliffordchance.com | canelas@pursuitpartners.com |
| andrew.lourie@kobrekim.com | cbelisle@wfw.com |
| andrewtenzer@paulhastings.com | cbelmonte@ssbb.com |
| angelich.george@arentfox.com | cdesiderio@nixonpeabody.com |
| angie.owens@skadden.com | cfarley@mccarter.com |
| anthony_boccanfuso@aporter.com | cgoldstein@stcwlaw.com |
| aostrow@beckerglynn.com | chad.husnick@kirkland.com |
| appleby@chapman.com | chammerman@paulweiss.com |
| aquale@sidley.com | charles@filardi-law.com |
| arainone@bracheichler.com | charles_malloy@aporter.com |
| arancier@offitkurman.com | chemrick@thewalshfirm.com |
| arheaume@riemerlaw.com | chipford@parkerpoe.com |
| arosenblatt@chadbourne.com | chris.donoho@hoganlovells.com |
| arthur.rosenberg@hklaw.com | christopher.greco@kirkland.com |
| arwolf@wlrk.com | claude.montgomery@dentons.com |
| aschwartz@homerbonner.com | clynch@reedsmith.com |
| aseuffert@lawpost-nyc.com | cohen@sewkis.com |
| ashmead@sewkis.com | cp@stevenslee.com |
| asnow@ssbb.com | cpappas@dilworthlaw.com |
| asomers@rctlegal.com | cparyse@contrariancapital.com |
| aunger@sidley.com | craig.goldblatt@wilmerhale.com |
| austin.bankruptcy@publicans.com | craigjustinalbert@gmail.com |
| avenes@whitecase.com | crmomjian@attorneygeneral.gov |
| bankruptcy@goodwin.com | csalomon@beckerglynn.com |

**Lehman Brothers Holding Inc., *et al*. – 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| cschreiber@winston.com | dmiller@steinlubin.com |
| cshore@whitecase.com | dmurray@jenner.com |
| cszyfer@stroock.com | dneier@winston.com |
| cwalsh@mayerbrown.com | dodonnell@milbank.com |
| cward@polsinelli.com | dpegno@dpklaw.com |
| cweiss@ingramllp.com | draelson@fisherbrothers.com |
| dallas.bankruptcy@publicans.com | drosenzweig@fulbright.com |
| dave.davis@isgria.com | drosner@goulstonstorrs.com |
| david.bennett@tklaw.com | drosner@kasowitz.com |
| david.s.cartee@delta.com | dshaffer@wtplaw.com |
| david.livshiz@freshfields.com | dspelfogel@foley.com |
| david.powlen@btlaw.com | dsullivan@hsgllp.com |
| david.tillem@wilsonelser.com | dtatge@ebglaw.com |
| david.wender@alston.com | dtheising@harrisonmoberly.com |
| davids@blbglaw.com | dwdykhouse@pbwt.com |
| davidwheeler@mvalaw.com | dworkman@bakerlaw.com |
| dbarber@bsblawyers.com | ebcalvo@pbfcm.com |
| dbaumstein@whitecase.com | ecohen@russellinvestments.com |
| dbesikof@loeb.com | edelucia@hsgllp.com |
| dblack@hsgllp.com | edward.flanders@pillsburylaw.com |
| dcimo@gjb-law.com | efisher@binderschwartz.com |
| dcoffino@cov.com | efleck@milbank.com |
| dcrapo@gibbonslaw.com | efriedman@fklaw.com |
| ddavis@paulweiss.com | efriedman@friedmanspring.com |
| ddunne@milbank.com | ekbergc@lanepowell.com |
| deggermann@kramerlevin.com | eleicht@whitecase.com |
| deggert@freebornpeters.com | ellen.halstead@cwt.com |
| demetra.liggins@tklaw.com | emagnelli@bracheichler.com |
| dennis.tracey@hoganlovells.com | emerberg@mayerbrown.com |
| dfelder@orrick.com | enkaplan@kaplanlandau.com |
| dflanigan@polsinelli.com | eobrien@sbchlaw.com |
| dgoldberg@hsgllp.com | etillinghast@sheppardmullin.com |
| dhayes@mcguirewoods.com | eweinick@otterbourg.com |
| dhealy@hsgllp.com | ezujkowski@emmetmarvin.com |
| dheffer@foley.com | farrington.yates@kobrekim.com |
| dhurst@coleschotz.com | fcarruzzo@kramerlevin.com |
| dhw@dhclegal.com | ffm@bostonbusinesslaw.com |
| diconzam@gtlaw.com | fhenn@law.nyc.gov |
| djcarragher@daypitney.com | fhyman@mayerbrown.com |
| djoseph@stradley.com | foont@foontlaw.com |
| dkessler@ktmc.com | fsosnick@shearman.com |
| dkozusko@willkie.com | gabriel.delvirginia@verizon.net |
| dlemay@chadbourne.com | gary.ravertpllc@gmail.com |
| dlipke@vedderprice.com | gavin.alexander@ropesgray.com |
| dmark@kasowitz.com | gbray@milbank.com |
| dmcguire@winston.com | ggitomer@mkbattorneys.com |

**Lehman Brothers Holding Inc.,** *et al***. – 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| ggoodman@foley.com | jgenovese@gjb-law.com |
| giddens@hugheshubbard.com | jguy@orrick.com |
| gkaden@goulstonstorrs.com | jhiggins@fdlaw.com |
| glenn.siegel@morganlewis.com | jhorgan@phxa.com |
| gmoss@riemerlaw.com | jhuggett@margolisedelstein.com |
| goldenberg@ssnylaw.com | jim@atkinslawfirm.com |
| gspilsbury@jsslaw.com | jjureller@klestadt.com |
| harrisjm@michigan.gov | jlamar@maynardcooper.com |
| harveystrickon@paulhastings.com | jlawlor@wmd-law.com |
| hbeltzer@chadbourne.com | jlee@foley.com |
| heiser@chapman.com | jlevitin@cahill.com |
| hmagaliff@r3mlaw.com | jlscott@reedsmith.com |
| holsen@stroock.com | jmaddock@mcguirewoods.com |
| hooper@sewkis.com | jmazermarino@msek.com |
| howard.hawkins@cwt.com | jmelko@gardere.com |
| hseife@chadbourne.com | jmerva@fult.com |
| hsnovikoff@wlrk.com | jmr@msf-law.com |
| hsteel@brownrudnick.com | jnm@mccallaraymer.com |
| irethy@stblaw.com | john.beck@hoganlovells.com |
| j.zelloe@stahlzelloe.com | john.goodchild@morganlewis.com |
| jacobsonn@sec.gov | john.monaghan@hklaw.com |
| jalward@blankrome.com | john.mule@state.mn.us |
| james.berg@piblaw.com | jonathan.goldblatt@bnymellon.com |
| james.mcclammy@dpw.com | jonathan.henes@kirkland.com |
| james.sprayregen@kirkland.com | jorbach@hahnhessen.com |
| jamesboyajian@gmail.com | joseph.cordaro@usdoj.gov |
| jamestecce@quinnemanuel.com | joshua.dorchak@morganlewis.com |
| jar@outtengolden.com | jowen769@yahoo.com |
| jay.hurst@oag.state.tx.us | joy.mathias@dubaiic.com |
| jay@kleinsolomon.com | jpintarelli@mofo.com |
| jbeemer@entwistle-law.com | jporter@entwistle-law.com |
| jbrody@americanmlg.com | jprol@lowenstein.com |
| jbromley@cgsh.com | jrabinowitz@rltlawfirm.com |
| jcarberry@cl-law.com | jrapisardi@omm.com |
| jchristian@tobinlaw.com | jrosenthal@mhlawcorp.com |
| jdoran@haslaw.com | jrsmith@hunton.com |
| jdwarner@warnerandscheuerman.com | jschiller@bsfllp.com |
| jdyas@halperinlaw.net | jschwartz@hahnhessen.com |
| jean-david.barnea@usdoj.gov | jsheerin@mcguirewoods.com |
| jeanites@whiteandwilliams.com | jsherman@bsfllp.com |
| jeannette.boot@wilmerhale.com | jshickich@riddellwilliams.com |
| jeff.wittig@united.com | jsmairo@pbnlaw.com |
| jeldredge@velaw.com | jstoll@mayerbrown.com |
| jennifer.demarco@cliffordchance.com | jtimko@shutts.com |
| jennifer.gore@shell.com | judy.morse@crowedunlevy.com |
| jg5786@att.com | jvail@ssrl.com |

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| jwcohen@daypitney.com | loizides@loizides.com |
| jwest@velaw.com | lperlman@hsgllp.com |
| jwh@njlawfirm.com | lschweitzer@cgsh.com |
| jzulack@fzwz.com | lucdespins@paulhastings.com |
| kanema@formanlaw.com | mabrams@willkie.com |
| karen.wagner@dpw.com | maofiling@cgsh.com |
| karl.geercken@alston.com | marc.roitman@ropesgray.com |
| kdwbankruptcydepartment@kelleydrye.com | margolin@hugheshubbard.com |
| keckhardt@hunton.com | mark.bane@ropesgray.com |
| keith.simon@lw.com | mark.ellenberg@cwt.com |
| kek@crb-law.com | mark.mckane@kirkland.com |
| ken.coleman@allenovery.com | mark.salzberg@squirepb.com |
| kerry.moynihan@hro.com | mark.sherrill@sutherland.com |
| kgwynne@reedsmith.com | maryann.gagliardi@wilmerhale.com |
| kiplok@hugheshubbard.com | matt@willaw.com |
| kkelly@ebglaw.com | matthew.klepper@dlapiper.com |
| kkolbig@mosessinger.com | maustin@orrick.com |
| klyman@irell.com | mbenner@tishmanspeyer.com |
| klynch@formanlaw.com | mbienenstock@proskauer.com |
| kobak@hugheshubbard.com | mbloemsma@mhjur.com |
| korr@orrick.com | mbossi@thompsoncoburn.com |
| kovskyd@pepperlaw.com | mcademartori@sheppardmullin.com |
| kressk@pepperlaw.com | mcarthurk@sullcrom.com |
| kreynolds@mklawnyc.com | mccarthyj@sullcrom.com |
| krosen@lowenstein.com | mcolomar@diazreus.com |
| ksebaski@hsgllp.com | mcordone@stradley.com |
| kurt.mayr@bgllp.com | mcyganowski@oshr.com |
| kurt.rademacher@morganlewis.com | mdorval@stradley.com |
| ladler@laniadlerpartners.com | meekchisholm@eaton.com |
| landon@slollp.com | melorod@gtlaw.com |
| lapeterson@foley.com | meltzere@pepperlaw.com |
| lawallf@pepperlaw.com | metkin@lowenstein.com |
| lawrence.gelber@srz.com | mfeldman@willkie.com |
| lberkoff@moritthock.com | mgordon@briggs.com |
| lee.stremba@troutmansanders.com | mgreger@allenmatkins.com |
| lee.whidden@dentons.com | mh1@mccallaraymer.com |
| lgomez@msek.com | mhanin@kasowitz.com |
| lgranfield@cgsh.com | mhopkins@cov.com |
| lhandelsman@stroock.com | michael.frege@cms-hs.com |
| lisa.solomon@att.net | michael.kelly@monarchlp.com |
| ljkotler@duanemorris.com | michael.krauss@faegrebd.com |
| lkatz@ltblaw.com | michael.kraut@morganlewis.com |
| lkiss@klestadt.com | michael.mccrory@btlaw.com |
| lmarinuzzi@mofo.com | michael.solow@apks.com |
| lmcgowen@orrick.com | millee12@nationwide.com |
| lnashelsky@mofo.com | miller@taftlaw.com |

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| mimi.m.wong@irscounsel.treas.gov | pdublin@akingump.com |
| mitchell.ayer@tklaw.com | peisenberg@lockelord.com |
| mitchell.berger@squirepb.com | peter.gilhuly@lw.com |
| mjedelman@vedderprice.com | peter.meisels@wilsonelser.com |
| mjr1@westchestergov.com | peter.simmons@friedfrank.com |
| mlahaie@akingump.com | peter@bankrupt.com |
| mlandman@lcbf.com | pfeldman@oshr.com |
| mlichtenstein@crowell.com | pfinkel@wilmingtontrust.com |
| mlynch2@travelers.com | phayden@mcguirewoods.com |
| mmorreale@us.mufg.jp | pmaxcy@sonnenschein.com |
| mneier@ibolaw.com | ppascuzzi@ffwplaw.com |
| monica.lawless@brookfieldproperties.com | psp@njlawfirm.com |
| mpage@kelleydrye.com | ptrostle@jenner.com |
| mparry@mosessinger.com | raj.madan@skadden.com |
| mrosenthal@gibsondunn.com | ramona.neal@hp.com |
| mruetzel@whitecase.com | rbeacher@pryorcashman.com |
| mschimel@sju.edu | rbernard@foley.com |
| msegarra@mayerbrown.com | rbyman@jenner.com |
| mshiner@tuckerlaw.com | rdaversa@orrick.com |
| mshuster@hsgllp.com | relgidely@gjb-law.com |
| msolow@kayescholer.com | rfriedman@silvermanacampora.com |
| mspeiser@stroock.com | rgmason@wlrk.com |
| mstamer@akingump.com | rgoodman@moundcotton.com |
| munno@sewkis.com | rgraham@whitecase.com |
| mvenditto@reedsmith.com | rhett.campbell@tklaw.com |
| mwarner@coleschotz.com | richard.lear@hklaw.com |
| mwarren@mtb.com | richard@rwmaplc.com |
| nathan.spatz@pillsburylaw.com | rick.murphy@sutherland.com |
| nbinder@binderschwartz.com | rleek@hodgsonruss.com |
| nbojar@fklaw.com | rmatzat@hahnhessen.com |
| ncoco@mwe.com | rnetzer@willkie.com |
| neal.mann@oag.state.ny.us | robert.honeywell@klgates.com |
| ned.schodek@shearman.com | robert.malone@dbr.com |
| neil.herman@morganlewis.com | robert.yalen@usdoj.gov |
| neilberger@teamtogut.com | robin.keller@lovells.com |
| ngueron@cgr-law.com | roger@rnagioff.com |
| nicholas.zalany@squirepb.com | ross.martin@ropesgray.com |
| nissay_10259-0154@mhmjapan.com | rpedone@nixonpeabody.com |
| nlepore@schnader.com | rrainer@wmd-law.com |
| nlieberman@hsgllp.com | rroupinian@outtengolden.com |
| notice@bkcylaw.com | russj4478@aol.com |
| nyrobankruptcy@sec.gov | ryaspan@yaspanlaw.com |
| otccorpactions@finra.org | sabin.willett@morganlewis.com |
| paronzon@milbank.com | sabramowitz@velaw.com |
| pbattista@gjb-law.com | sabvanrooy@hotmail.com |
| pbosswick@ssbb.com | sally.henry@skadden.com |

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Master Service List**

samuel.cavior@pillsburylaw.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com

tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@beckerglynn.com
wtaylor@mccarter.com
yuwatoko@mofo.com