**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.*

                 Debtors.

------------------------------------------------------------------- X

:
:
:
:
:
:
:
:
:
:

Chapter 11

Case No. 08-13555 (SCC)

(Jointly Administered)

Ref. Docket No. 59048

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 19, 2018, I caused to be served the "Notice of Defective Transfer," dated October 31, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                 */s/ Wing Chan*
                                                 Wing Chan

Sworn to before me this
29th day of November, 2018
*/s/ Cassandra Murray*
_____
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

**EXHIBIT A**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000130587561 ***          LBH DEFTRFNTC (MERGE2, TXNUM2) 4000180000



CREDIT SUISSE (LUXEMBOURG) S.A.                    CREDIT SUISSE (LUXEMBOURG) S.A.
ATTN: PAUL GILMORE                                 CRAVATH, SWAINE & MOORE LLP
ELEVEN MADISON AVENUE                              WORLDWIDE PLAZA
NEW YORK, NY 10010                                 ATTN: RICHARD LEVIN
                                                   825 EIGHTH AVENUE
                                                   NEW YORK, NY 10019

BANK JULIUS BAER LUXEMBOURG S.A.
ATTN: PATRIK ROOS
BAHNOFSTRASSE 36
CH-8010 ZURICH
 SWITZERLAND

**Your transfer  of claim # 55819-28 is defective for the reason(s) checked below:**

Other NOT ENOUGH MONEY LEFT IN ISIN

Docket Number    59048                    Date:   10/31/2018

/s/ Angharad Bowdler

_____

_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER LUXEMBOURG S.A. | ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH  SWITZERLAND |
| CREDIT SUISSE (LUXEMBOURG) S.A. | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | CRAVATH, SWAINE & MOORE LLP, WORLDWIDE PLAZA, ATTN: RICHARD LEVIN, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |

**Total Creditor Count 4**