**Presentment Date: December 21, 2018, 12:00 noon**
**Objection Deadline: December 21, 2018, 11:30 a.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al.     Case No. 08-13555 (SCC)

                                  Debtors.
---------------------------------------------------------------x

### NOTICE OF PRESENTMENT OF MOTION OF FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS FOR SUBSTITUTION OF AGENT FOR RECEIPT OF DISTRIBUTIONS

**PLEASE TAKE NOTICE** that Fondo de Proteccion Social de los Depositos Bancarios, f/k/a Fondo de Proteccion Social de los Depositos Bancarios y Proteccion Bancaria ("FOGADE"), by and through its attorneys, White & Wolnerman, PLLC, will seek entry of an order (the "Proposed Order") granting FOGADE's motion (the "Motion") to (i) substitute Ricardo Hecker Puterman, Esq. ("Puterman") for Escritorio Juridico Financiero Soto & Asociados as FOGADE's agent for receipt of all distributions and/or payments made to and/or on behalf of FOGADE in the above-captioned proceedings; (ii) direct the duly-appointed claims agent to cause the claims register to be updated to reflect Puterman as the sole agent of record for FOGADE's claims in these proceedings; (iii) authorize and direct the Trustees and Plan Administrators to distribute all amounts due in connection with FOGADE's claims to Puterman, as agent for FOGADE; and (iv) grant FOGADE such other and further relief as to this Court seems just and proper, by presenting the Proposed Order to the Honorable Shelley C. Chapman, United States Bankruptcy Judge, One Bowling Green, New York, NY 10004, on December 21, 2018 at 12:00 noon.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order must be made in writing and received in the Bankruptcy Judge's chambers and the undersigned, not later than 11:30 a.m. on December 21, 2018. The ECF docket number to which the filing relates shall be included in the upper right-hand corner of the caption of all objections. Unless objections are received by that time, the order may be signed

Dated: New York, New York
December 7, 2018

**WHITE & WOLNERMAN, PLLC**

By: /s/ Randolph E. White
Randolph E. White
950 Third Avenue, 11th Floor
New York, New York 10022
*Counsel to FOGADE*