**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :    08-13555 (SCC)
                                                    :
                    Debtors.                        :    (Jointly Administered)
                                                    :
-----------------------------------------------------------------x    Ref. Docket Nos. 59121 and 59122
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 3, 2018, I caused to be served the:

   a. "Twenty-Ninth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts," dated December 3, 2018 [Docket No. 59121], (the 29th Withdrawal Notice"), and

   b. "Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts," dated December 3, 2018 [Docket No. 59122], (the "Adjournment Notice"),

by causing true and correct copies of the:

i. 29th Withdrawal Notice and Adjournment Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed <u>Exhibit A</u>,

ii. 29th Withdrawal Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed <u>Exhibit B</u>,

iii. Adjournment Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed <u>Exhibit C</u>,

iv. 29th Withdrawal Notice and Adjournment Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed <u>Exhibit D</u>, and

v. 29th Withdrawal Notice and Adjournment Notice, to be delivered via electronic mail to those parties listed in the annexed <u>Exhibit E</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
10th day of December, 2018
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

**EXHIBIT A**

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Overnight Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Overnight Additional Parties

PRINCIPAL LIFE INSURANCE COMPANY
ATTN:INVESTMENT ACCOUNTING- DERIVATIVES SETTLEMENT
711 HIGH STREET
DES MOINES, IA  50392-0301

REED SMITH LLP
COUNSEL TO PRINCIPAL LIFE INSURANCE COMPANY
ATTN: ERIC A. SCHAFFER & MICHAEL J. VENDITTO
599 LEXINGTON AVENUE
NEW YORK, NY 10022

**EXHIBIT C**

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Overnight Additional Parties

CHAPMAN AND CUTLER LLP
ATTN: James Heiser
(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)
111 West Monroe Street
Chicago, Illinois 60603


CHAPMAN AND CUTLER LLP
ATTN: Craig M. Price
(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)
330 Madison Avenue, 34th Floor
New York, New York 10017-5010


SIDLEY AUSTIN LLP
Attn: Alex R. Rovira
(COUNSEL TO Magnetar Capital, LLC)
787 Seventh Avenue
New York, NY 10019


SIDLEY AUSTIN LLP
Attn: Bryan Krakauer
(COUNSEL TO UniCredit Bank AG, London Branch)
One South Dearborn
Chicago, IL 60603


REED SMITH LLP
Attn: Michael J. Venditto
(COUNSEL TO BNY Mellon Corporate Trustee Services Limited)
599 Lexington Avenue
New York, NY 10022

# EXHIBIT D

FISHER BROTHERS
299 PARK AVENUE
NEW YORK, NY 10171


MCCALLA RAYMER, LLC
ATTN: A MICHELLE HART LUREECE
LEWIS
(COUNSEL TO AMERICA'S SERVICING
COMPANY)
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076-2102


EATON CORPORATION
ATTN: MEEKO CHISOLM
1000 EATON BLVD
CLEVELAND OH 44122


FAEGRE BAKER DANIELS LLP
ATTN: MICHAEL M. KRAUSS
(COUNSEL TO 'SANTA FE ENTITIES')
2200 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS ,MN 55402-3901


STATE OF NY, OFFICE OF THE
ATTORNEY GENERAL
ATTN: NEAL MANN
120 BROADWAY
NEW YORK, NY 10271-0332

# EXHIBIT E

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.lanza@dlapiper.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alexander.lorenzo@alston.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
christopher.greco@kirkland.com

1

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

| | |
|---|---|
| claude.montgomery@dentons.com | dgoldberg@hsgllp.com |
| clynch@reedsmith.com | dhayes@mcguirewoods.com |
| cohen@sewkis.com | dhealy@hsgllp.com |
| cp@stevenslee.com | dheffer@foley.com |
| cpappas@dilworthlaw.com | dhurst@coleschotz.com |
| cparyse@contrariancapital.com | dhw@dhclegal.com |
| craig.goldblatt@wilmerhale.com | diconzam@gtlaw.com |
| craigjustinalbert@gmail.com | djcarragher@daypitney.com |
| crmomjian@attorneygeneral.gov | djoseph@stradley.com |
| csalomon@beckerglynn.com | dkessler@ktmc.com |
| cschreiber@winston.com | dkozusko@willkie.com |
| cshore@whitecase.com | dlemay@chadbourne.com |
| cszyfer@stroock.com | dlipke@vedderprice.com |
| cwalsh@mayerbrown.com | dmark@kasowitz.com |
| cward@polsinelli.com | dmcguire@winston.com |
| cweiss@ingramllp.com | dmiller@steinlubin.com |
| dallas.bankruptcy@publicans.com | dmurray@jenner.com |
| dave.davis@isgria.com | dneier@winston.com |
| david.bennett@tklaw.com | dodonnell@milbank.com |
| david.livshiz@freshfields.com | dpegno@dpklaw.com |
| david.powlen@btlaw.com | draelson@fisherbrothers.com |
| david.s.cartee@delta.com | drosenzweig@fulbright.com |
| david.tillem@wilsonelser.com | drosner@goulstonstorrs.com |
| david.wender@alston.com | drosner@kasowitz.com |
| davids@blbglaw.com | dshaffer@wtplaw.com |
| davidwheeler@mvalaw.com | dspelfogel@foley.com |
| dbarber@bsblawyers.com | dsullivan@hsgllp.com |
| dbaumstein@whitecase.com | dtheising@harrisonmoberly.com |
| dbesikof@loeb.com | dwdykhouse@pbwt.com |
| dblack@hsgllp.com | dworkman@bakerlaw.com |
| dcimo@gjb-law.com | ebcalvo@pbfcm.com |
| dcoffino@cov.com | ecohen@russellinvestments.com |
| dcrapo@gibbonslaw.com | edelucia@hsgllp.com |
| ddavis@paulweiss.com | edward.flanders@pillsburylaw.com |
| ddunne@milbank.com | efisher@binderschwartz.com |
| deggermann@kramerlevin.com | efleck@milbank.com |
| deggert@freebornpeters.com | efriedman@fklaw.com |
| demetra.liggins@tklaw.com | efriedman@friedmanspring.com |
| dennis.tracey@hoganlovells.com | ekbergc@lanepowell.com |
| dfelder@orrick.com | eleicht@whitecase.com |
| dflanigan@polsinelli.com | ellen.halstead@cwt.com |

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

| | |
|---|---|
| emagnelli@bracheichler.com | james.berg@piblaw.com |
| emerberg@mayerbrown.com | james.mcclammy@dpw.com |
| enkaplan@kaplanlandau.com | james.sprayregen@kirkland.com |
| eobrien@sbchlaw.com | jamesboyajian@gmail.com |
| etillinghast@sheppardmullin.com | jamestecce@quinnemanuel.com |
| eweinick@otterbourg.com | jar@outtengolden.com |
| ezujkowski@emmetmarvin.com | jay.hurst@oag.state.tx.us |
| farrington.yates@kobrekim.com | jay@kleinsolomon.com |
| fcarruzzo@kramerlevin.com | jbeemer@entwistle-law.com |
| ffm@bostonbusinesslaw.com | jbrody@americanmlg.com |
| fhenn@law.nyc.gov | jbromley@cgsh.com |
| fhyman@mayerbrown.com | jcarberry@cl-law.com |
| foont@foontlaw.com | jchristian@tobinlaw.com |
| fsosnick@shearman.com | jdoran@haslaw.com |
| gabriel.delvirginia@verizon.net | jdwarner@warnerandscheuerman.com |
| gary.ravertpllc@gmail.com | jdyas@halperinlaw.net |
| gavin.alexander@ropesgray.com | jean-david.barnea@usdoj.gov |
| gbray@milbank.com | jeanites@whiteandwilliams.com |
| ggitomer@mkbattorneys.com | jeannette.boot@wilmerhale.com |
| ggoodman@foley.com | jeff.wittig@united.com |
| giddens@hugheshubbard.com | jeldredge@velaw.com |
| gkaden@goulstonstorrs.com | jennifer.demarco@cliffordchance.com |
| glenn.siegel@morganlewis.com | jennifer.gore@shell.com |
| gmoss@riemerlaw.com | jg5786@att.com |
| goldenberg@ssnylaw.com | jgenovese@gjb-law.com |
| gspilsbury@jsslaw.com | jguy@orrick.com |
| harrisjm@michigan.gov | jhiggins@fdlaw.com |
| harveystrickon@paulhastings.com | jhorgan@phxa.com |
| hbeltzer@chadbourne.com | jhuggett@margolisedelstein.com |
| heiser@chapman.com | jim@atkinslawfirm.com |
| hmagaliff@r3mlaw.com | jjureller@klestadt.com |
| holsen@stroock.com | jlamar@maynardcooper.com |
| hooper@sewkis.com | jlawlor@wmd-law.com |
| howard.hawkins@cwt.com | jlee@foley.com |
| hseife@chadbourne.com | jlevitin@cahill.com |
| hsnovikoff@wlrk.com | jlscott@reedsmith.com |
| hsteel@brownrudnick.com | jmaddock@mcguirewoods.com |
| irethy@stblaw.com | jmazermarino@msek.com |
| j.zelloe@stahlzelloe.com | jmelko@gardere.com |
| jacobsonn@sec.gov | jmerva@fult.com |
| jalward@blankrome.com | jmr@msf-law.com |

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.goodchild@morganlewis.com
john.monaghan@hklaw.com
john.mule@state.mn.us
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrapisardi@omm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
kek@crb-law.com
ken.coleman@allenovery.com

kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@laniadlerpartners.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgomez@msek.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.roitman@ropesgray.com

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
maryann.gagliardi@wilmerhale.com
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcolomar@diazreus.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
meekchisholm@eaton.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanin@kasowitz.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.kraut@morganlewis.com
michael.mccrory@btlaw.com
michael.solow@apks.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com

mitchell.berger@squirepb.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mrosenthal@gibsondunn.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
mshuster@hsgllp.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neil.herman@morganlewis.com
neilberger@teamtogut.com
ngueron@cgr-law.com
nicholas.zalany@squirepb.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
nlieberman@hsgllp.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com

5

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com

russj4478@aol.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

sselbst@herrick.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com

wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@beckerglynn.com
wtaylor@mccarter.com
yuwatoko@mofo.com