WHITE & WOLNERMAN, PLLC
Attorneys for
FOGADE
950 Third Avenue, 11th Floor
New York, NY 10022
212-308-0667

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.<br><br>                          Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |

------------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

    Randolph E. White hereby certifies that:

    1.    I am a member of the bar of the State of New York, admitted to practice before this Court and counsel for Fondo de Proteccion Social de los Depositos Bancarios, f/k/a Fondo de Proteccion Social de los Depositos Bancarios y Proteccion Bancaria ("FOGADE").

    2.    On December 7, 2018 FOGADE's December 7, 2018 Notice of Presentment and Motion to Substitute Distribution Agent with the accompanying Proposed Order and Supporting Declaration [Doc. No. 59196] was filed on this Court's Electronic Case Filing System with notice given to each registered user. In addition thereto, on December 7, 2018 I transmitted by email the foregoing documents to the following interested parties: (i) Garrett Fail, Esq., Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, attorneys for Debtors; (ii) Gregory Winter,

Case Manager, Epiq Global Services; and (iii) Gustavo Soto, Esq., Escritorio Juridico Financiero Soto & Asociados.

Dated: New York, New York
December 10, 2018

By: /s/ Randolph E. White
Randolph E. White