

Our ref: DS/PS/ Lehman claims

Mr Vito Genna
Clerk of the court
United States Bankruptcy Court
Southern district of New York
Attn: Lehman Brothers Holdings Inc
One Bowling Green
New York NY 10004-1408

By courier   001 212 668 2870

29th November 2018

Dear Sirs

Transfer of rights to Lehman claims

Please find enclosed the following transfers of claims other than security in relation to the Lehman's bankruptcy – case no 08-13555(JMP) (Jointly administered) for your attention

| | |
|---|---|
| Claim 47788 to 47793 | BNPJTCL JT534 to Cheering Holdings Ltd |
| Claim 47779 | BNPJTCL JR1222 to Cheung Yim Woon Arnold |
| Claim 47800 | BNPJTCL JT182 to Vinci Ng Pui Shan |
| Claim 47783 | BNPJTCL JR1098 to Tengman Limited |
| Claim 47778 | BNPJTCL JR1218 to Ma Hok Yam |

For all correspondence relating to the above Lehman transfers with BNP Paribas Jersey Trust Corporation Ltd please use the following email address'

- jtc.privateclients@je.bnpparibas.com
- david.shute@je.bnpparibas.com

We should be grateful if you would please confirm that these are in order and the transfers can be effected. Should you need anything further please do not hesitate to contact us via the above emails

Yours sincerely
For BNP Paribas Jersey Trust Corporation Limited

D. Shute
Director

BNP PARIBAS JERSEY TRUST CORPORATION LIMITED
IFC 1, The Esplanade, St Helier, Jersey, JE1 5BP
Tel : +44 (0) 1534 815 200 – Fax : +44 (0) 1534 510 671
BNP Paribas Jersey Trust Corporation Limited (Company No 17296) is regulated by the Jersey Financial Services Commission
Registered office : IFC 1, The Esplanade, St Helier, Jersey, JE1 5BP – www.bnpparibas.com