```
FILED / RECEIVED
NOV 1 9 2018
EPIQ
```

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc ,   Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Banque de Luxembourg
Name of Transferee

Bank Julius Baer & Co Ltd
Name of Transferor

Name and Address where notices to transferee should be sent:
 Banque de Luxembourg
 14, Boulevard Royal L-2449 Luxembourg

Court Claim # (if known):  58786
Amount of Claim:  20,000.00  XS0248142894
Date Claim Filed:  10/29/2009

Phone:  +352 49924 2623
Last Four Digits of Acct #:  _____

Phone:  +41 (0) 58 886 22 45
Last Four Digits of Acct. #:  _____

Name and Address where transferee payments should be sent (if different from above):
 Banque de Luxembourg, Corp.Actions
 55, Rue des Scillas L-2529 HOWALD

Phone:  +352 49924 2623
Last Four Digits of Acct #:  _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Anne LEROY-ADAMS / Colette MERTENS
 Corporate Actions & Income Processing / Corporate Actions
Transferee/Transferee's Agent

Date:  11/15/2018

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Banque de Luxembourg, 14, Boulevard Royal L-2449 Luxembourg** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **58786**) in 20'000 units related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 12 NOVEMBER 2018

**Bank Julius Baer & Co. Ltd.**

Marc Blum
Executive Director

Patrik Roos
Managing Director Senior Advisor

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Units |
|---|---|---|---|---|
| XS0248142894 | 58786.06 | 29 October 2009 | Lehman Brothers Treasury Co. BV | 20'000 |
|  |  |  |  |  |

**BANQUE DE LUXEMBOURG**

To : United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
<u>NEW YORK, NY 10017</u>
U.S.A.

Luxembourg, November 15, 2018

Notice of Transfer, from Bank Julius Baer & Co Ltd (the 'Transferor') to Banque de Luxembourg, S.A. (the 'Transferee'), on behalf of its client, of securities issued by Lehman Brothers (the 'Securities) and the claims n. 58786 and n. 59233 (the 'Claim')

Dear Sirs,

Reference is made to the transfer (the 'Transfer') of the following securities to our bank, as Transferee, acting as nominee on behalf of our client.

Please find attached the following documents in order to proceed and amend the Claim register accordingly:

1) Form B 2100A signed by our Bank on behalf of our client

2) 'Evidence of Transfer of Claim' duly signed by the Transferor evidencing that the Transferor has transferred registered claims to Banque de Luxembourg S.A. on behalf of its client.

Please revert to us directly should any missing or complementary information be required by sending an e-mail to the following addresses : corporate.actions@bdl.lu and sylvie.dasbourg@bdl.lu.

Yours faithfully,

Anne LEROY-ADAMS
Corporate Actions & Income Processing

Colette MERTENS
Corporate Actions

**BANQUE DE LUXEMBOURG S.A.**

14, boulevard Royal – L-2449 Luxembourg – Tél. : (+352) 499 24 - 1
banquedeluxembourg@bdl.lu – www.banquedeluxembourg.com
Banque de Luxembourg, société anonyme – RCS B5310

