

Kevin P. McKendry
Senior Partner, North America
LLOYDS BANK
3 Bryant Park
New York, NY 10036
Tel 212 930-8920
Email: kevin.mckendry@lbusa.com

December 3, 2018

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
<u>Attention</u>: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NY 10004-1408
**BY HAND**

Re:   **In re Lehman Brothers Holdings Inc. (Case No. 08-13555
Transfer of Approved General Unsecured Claim No. 11402 from
Lloyds Bank plc to Lloyds Bank Corporate Markets plc**

Ladies and Gentlemen:

Attached is a completed US Bankruptcy Court form seeking to complete the transfer of the above-referenced approved claim from Lloyds Bank plc ("LB") to its sister company, Lloyds Bank Corporate Markets plc.("LBCM"). For information, both LB and LBCM are direct, wholly-owned subsidiaries of a common parent, Lloyds Banking Group plc.

Thank you very much for your consideration

Sincerely,

Kevin P. McKendry
Senior Partner, North America

attachment



---

Lloyds Bank is a brand name of Lloyds Bank plc and Lloyds Bank Corporate Markets plc. Lloyds Bank plc and Lloyds Bank Corporate Markets plc are member companies of Lloyds Banking Group

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings Inc. ,   Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Lloyds Bank Corporate Markets plc
Name of Transferee

Lloyds Bank plc
Name of Transferor

Name and Address where notices to transferee should be sent:
Lloyds Bank Corporate Markets plc
3 Bryant Park (f/k/a 1095 Avenue of the Americas)
New York, NY 10036; Attention: Andrew Fuge

Court Claim # (if known): 11402
Amount of Claim: $241,203.13
Date Claim Filed: September 11, 2009

Phone: (646) 746-2678
Last Four Digits of Acct #:

Phone: (212) 930-8920
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):
Same as Above

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Kevin P. McKendry          Date: December 3, 2018
Transferee/Transferee's Agent
Kevin P. McKendry, Senior Partner, North America
Lloyds Bank Corporate Markets plc

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED
DEC - 4 2018
U.S. BANKRUPTCY COURT
SD OF NY