**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                           :    Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (SCC)
                                                :
          Debtors.                              :    (Jointly Administered)
                                                :
                                                :    Ref. Docket Nos. 59117, 59118, 59123,
                                                :    59124, 59156, 59157, 59159, 59160, 59162,
                                                :    59163, 59164, 59165, 59166, 59167, 59168,
                                                :    59169, 59170, 59171, 59172, 59173
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 6, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated December 6, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              */s/ Wing Chan*
                                                              Wing Chan

Sworn to before me this
12th day of December, 2018
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

-2-

\\p054ebsfile01\ebs\ClientInfo\Clients\LBH\Affidavits\Transfer Affidavits\Transfer Notices Processed 11-30 through 12-5_AFF_12-6-18.docx

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000131211175 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000163229



CCP CREDIT ACQUISITION HOLDINGS, L.L.C.
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC
ATTN: BANK DEBT OPERATIONS
375 PARK AVENUE, 13TH FLOOR
NEW YORK, NY 10152

Please note that your claim # 17881 in the above referenced case and in the amount of $787,229.80 allowed at $297,589.92 has been transferred (unless previously expunged by court order)

SEAPORT GROUP BASEBALL CARDS LLC
TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, L.L.C.
ATTN: MARKUS WITTHAUT
360 MADISON AVE
NEW YORK, NY 10017

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    59166    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/06/2018                Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 6, 2018.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO. LTD., HONG KONG | TRANSFEROR: BANQUE PICTET & CIE SA, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH SWITZERLAND |
| BANQUE PICTET & CIE SA | TRANSFEROR: RBS COUTTS BANK AG, ATTN: DAVID AESCHLIMANN, ROUTE DES ACACIAS 60, GENEVA 1211 73 SWITZERLAND |
| CCP CREDIT ACQUISITION HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BANK DEBT OPERATIONS, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BANK DEBT OPERATIONS, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BANK DEBT OPERATIONS, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BANK DEBT OPERATIONS, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BANK DEBT OPERATIONS, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BANK DEBT OPERATIONS, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BANK DEBT OPERATIONS, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BANK DEBT OPERATIONS, 375 PARK AVE, 13TH FL, NEW YORK, NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BANK DEBT OPERATIONS, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BANK DEBT OPERATIONS, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BANK DEBT OPERATIONS, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BANK DEBT OPERATIONS, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BANK DEBT OPERATIONS, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BANK DEBT OPERATIONS, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BANK DEBT OPERATIONS, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BANK DEBT OPERATIONS, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CREDITO VALTELLINESE S.C. | ATTENTION: CINZIA GERNA, PIAZZA QUADRIVIO, 8, SONDRIO 23100 ITALY |
| FINECOBANK S.P.A. | TRANSFEROR: CREDITO VALTELLINESE S.C., ATTN: MRS. GIOVANNA BASSANI, PIAZZA DURANTE, 11, 20131 MILANO ITALY |
| GRUSS DV MASTER FUND, LTD | TRANSFEROR: UBS AG, F/K/A GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED LTD, C/O GRUSS CAPITAL MANAGEMENT, LP, ATTN: MONICA BILCIU, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD | 89 NEXUS WAY, 2ND FLOOR, CAMANA BAY, GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| GRUSS DV MASTER FUND, LTD | TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC, F/K/A GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED LTD, C/O GRUSS CAPITAL MANAGEMENT, LP, ATTN: MONICA BILCIU, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD | 89 NEXUS WAY, 2ND FLOOR, CAMANA BAY, GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| GRUSS DV MASTER FUND, LTD | TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH, F/K/A GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED LTD, C/O GRUSS CAPITAL MANAGEMENT, LP, ATTN: MONICA BILCIU, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD | 89 NEXUS WAY, 2ND FLOOR, CAMANA BAY, GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| GRUSS DV MASTER FUND, LTD | TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH, F/K/A GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED LTD, C/O GRUSS CAPITAL MANAGEMENT, LP, ATTN: MONICA BILCIU, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD | 89 NEXUS WAY, 2ND FLOOR, CAMANA BAY, GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| GRUSS DV MASTER FUND, LTD. | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU / SUNG YIN, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD. | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU / SUNG YIN, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD. | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU / SUNG YIN, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: SIMON ORR, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: SIMON ORR, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: SIMON ORR, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: SIMON ORR, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: SIMON ORR, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: SIMON ORR, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: SIMON ORR, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD., ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: MEREDITH R. SMITH, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH | TRANSFEROR: GRUSS DV MASTER FUND, LTD., ATTN: MEREDITH R. SMITH, 214 NORTH |

| Claim Name | Address Information |
|---|---|
| INC. | TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| SEAPORT GROUP BASEBALL CARDS LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, L.L.C., ATTN: MARKUS WITTHAUT, 360 MADISON AVE, NEW YORK, NY 10017 |
| SEAPORT GROUP BASEBALL CARDS LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, L.L.C., ATTN: MARKUS WITTHAUT, 360 MADISON AVE, NEW YORK, NY 10017 |
| SEAPORT GROUP BASEBALL CARDS LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, L.L.C., ATTN: MARKUS WITTHAUT, 360 MADISON AVE, NEW YORK, NY 10017 |
| SEAPORT GROUP BASEBALL CARDS LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, L.L.C., ATTN: MARKUS WITTHAUT, 360 MADISON AVE, NEW YORK, NY 10017 |
| SEAPORT GROUP BASEBALL CARDS LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, L.L.C., ATTN: MARKUS WITTHAUT, 360 MADISON AVE, NEW YORK, NY 10017 |
| SEAPORT GROUP BASEBALL CARDS LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, ATTN: MARKUS WITTHAUT, 360 MADISON AVE, NEW YORK, NY 10017 |
| SEAPORT GROUP BASEBALL CARDS LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, ATTN: MARKUS WITTHAUT, 360 MADISON AVE, NEW YORK, NY 10017 |
| SEAPORT GROUP BASEBALL CARDS LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, ATTN: MARKUS WITTHAUT, 360 MADISON AVE, NEW YORK, NY 10017 |
| SEAPORT GROUP BASEBALL CARDS LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, ATTN: MARKUS WITTHAUT, 360 MADISON AVE, NEW YORK, NY 10017 |
| SEAPORT GROUP BASEBALL CARDS LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., ATTN: MARKUS WITTHAUT, 360 MADISON AVE, NEW YORK, NY 10017 |
| SEAPORT GROUP BASEBALL CARDS LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., ATTN: MARKUS WITTHAUT, 360 MADISON AVE, NEW YORK, NY 10017 |
| SEAPORT GROUP BASEBALL CARDS LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., ATTN: MARKUS WITTHAUT, 360 MADISON AVE, NEW YORK, NY 10017 |
| SEAPORT GROUP BASEBALL CARDS LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., ATTN: MARKUS WITTHAUT, 360 MADISON AVE, NEW YORK, NY 10017 |
| SEAPORT GROUP BASEBALL CARDS LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., ATTN: MARKUS WITTHAUT, 360 MADISON AVE, NEW YORK, NY 10017 |
| SEAPORT GROUP BASEBALL CARDS LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., ATTN: MARKUS WITTHAUT, 360 MADISON AVE, NEW YORK, NY 10017 |
| SEAPORT GROUP BASEBALL CARDS LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., ATTN: MARKUS WITTHAUT, 360 MADISON AVE, NEW YORK, NY 10017 |
| SEAPORT GROUP BASEBALL CARDS LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., ATTN: MARKUS WITTHAUT, 360 MADISON AVE, NEW YORK, NY 10017 |

**Total Creditor Count 70**