**United States Bankruptcy Court**
**Southern District of New York**

In re: Lehman Brothers Holdings Inc., *et al.*        Case No. 08-13555 (SCC) (Jointly
                                                      Administered

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

    A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial
transfer, other than for security, of claim referenced in this evidence and notice.

Palomino Master Ltd.                          Palomino Fund Limited
Name of Transferee                            Name of Transferor


Name and address where notices to transferee        Court Claim No.: 22854
should be sent:
                                                    Amount of Claim Transferred: $2,960,149.37
Palomino Master Ltd.
c/o Appaloosa LP                                    Date Claim Filed: September 21, 2009
51 JFK Parkway, Suite 250B
Short Hills, NJ 07078                                Phone: (973) 701 8407 / (973) 701 7000
Attn: Peter Dougherty                               Last Four Digits of Acct. #:
Phone: (973) 701 8407
Fax: (973) 701 7055
Attn: Charlie Walters
Phone: (973) 701 7000
Fax: (973) 701 7055


Last Four Digits of Acct. #:



I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

**PALOMINO MASTER LTD.**


By: _____        Date: ___12/13/18___
Name: Kenneth Maiman
Title: Authorized Signatory


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 & 3571.


LEGAL02/38643658v1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     Clerk, United States Bankruptcy Court, Southern District of New York

**Palomino Fund Limited** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a participation of claim agreement, Seller hereby unconditionally and irrevocably sells, transfers and assigns to **Palomino Master Ltd.**, its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Special Financing, Inc. (designated as Claim No. 22854) in the amount of **$2,960,149.37** ("Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC), which Claim is subject to, and governed by, that certain Settlement Agreement, dated as of June 12, 2018, by and among Seller, Lehman Brothers Holdings Inc., Lehman Brothers Special Financing, Inc., and the other parties set forth therein [Docket No. 58254] and approved by that certain order, dated July 25, 2018, approving the Settlement Agreement [Docket No. 58434].

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of December 17, 2018.

**PALOMINO FUND LIMITED**

By: _____
Name: Kenneth Maiman
Title: Authorized signatory

**PALOMINO MASTER LTD.**

By: _____
Name: Kenneth Maiman
Title: Authorized signatory

2