# EXHIBIT A

**EXHIBIT A
AGREEMENTS
Ocwen Financial Corporation, as successor to PHH Corporation and Ocwen Federal Bank
FSB, and Ocwen Loan Servicing Corp., as successor to Ocwen Federal Bank FSB**

Loan Purchase Agreement, dated June 13, 2001

Loan Purchase Agreement, dated April 17, 2003

Loan Purchase Agreement, dated August 15, 2003

Loan Purchase Agreement (Bulk), dated January 22, 2004

Loan Purchase Agreement, dated May 20, 2004

Broker Agreement, dated September 27, 2004

Loan Purchase Agreement, dated September 29, 2005

Broker Agreement, dated November 9, 2005

Purchase Price and Term Letter, dated February 28, 2006