# EXHIBIT B

**Exhibit B**

Ocwen Financial Corporation, as successor to PHH Corporation and Ocwen Federal Bank FSB,
and Ocwen Loan Servicing Corp., as successor to Ocwen Federal Bank FSB

| Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 33535949 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 137,086.24 |
| 35284751 | MISREP - INCOME/EMPLOY | | | $ 119,119.68 |
| 35839224 | DOCUMENTATION | | | $ 239,787.97 |
| 18115626 | MISREP - DEBTS | | | $ 96,303.84 |
| 30468904 | MISREP - DEBTS | UW - OTHER | | $ 487.35 |
| 32023947 | MISREP - INCOME/EMPLOY | | | $ 15,541.21 |
| 32542326 | UW - OTHER | | | $ 456,739.06 |
| 33325242 | MISREP - DEBTS | OTHER | | $ 561,232.02 |
| 33326422 | MISREP - INCOME/EMPLOY | | | $ 456,850.24 |
| 33326463 | MISREP - INCOME/EMPLOY | | | $ 57,148.58 |
| 33343989 | MISREP - INCOME/EMPLOY | UW - OTHER | MISREP - DEBTS | $ 625,484.20 |
| 33353061 | MISREP - DEBTS | | | $ 394,155.81 |
| 33589623 | MISREP - INCOME/EMPLOY | | | $ 97,022.49 |
| 40426108 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 104,573.05 |
| 40757510 | MISREP - INCOME/EMPLOY | | | $ 93,257.75 |
| 40826646 | MISREP - INCOME/EMPLOY | | | $ 140,993.23 |
| 17221417 | MISREP - DEBTS | | | $ 17,157.59 |
| 18301309 | MISREP - INCOME/EMPLOY | | | $ 219,191.65 |
| 18317032 | DOCUMENTATION | | | $ 1,096.92 |
| 18614578 | MISREP - INCOME/EMPLOY | | | $ 148,775.73 |
| 18717132 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 196,167.75 |
| 30313571 | MISREP - INCOME/EMPLOY | | | $ 120,572.72 |
| 30345920 | MISREP - INCOME/EMPLOY | | | $ 112,203.55 |

**Exhibit B**

Ocwen Financial Corporation, as successor to PHH Corporation and Ocwen Federal Bank FSB,
and Ocwen Loan Servicing Corp., as successor to Ocwen Federal Bank FSB

| | | | | | |
|---|---|---|---|---|---|
| 30451025 | MISREP - INCOME/EMPLOY | | | $ | 359,799.53 |
| 30508261 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 343,649.82 |
| 30524656 | MISREP - INCOME/EMPLOY | | | $ | 273,021.63 |
| 30573356 | MISREP - INCOME/EMPLOY | | | $ | 200,310.27 |
| 30723050 | MISREP - INCOME/EMPLOY | | | $ | 211,169.66 |
| 30792535 | UW - OTHER | | | $ | 182,219.25 |
| 30950976 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 203,255.17 |
| 31450489 | MISREP - DEBTS | | | $ | 138,833.53 |
| 31681687 | MISREP - INCOME/EMPLOY | | | $ | 75,975.61 |
| 31962822 | MISREP - INCOME/EMPLOY | | | $ | 123,015.74 |
| 32275083 | MISREP - INCOME/EMPLOY | | | $ | 27,625.81 |
| 32426280 | MISREP - INCOME/EMPLOY | | | $ | 103,089.59 |
| 32426298 | MISREP - INCOME/EMPLOY | | | $ | 95,797.84 |
| 32426306 | UW - OTHER | | | $ | 209,718.82 |
| 32426322 | MISREP - DEBTS | | | $ | 368,741.72 |
| 33521261 | UW - OTHER | | | $ | 91,444.29 |
| 33573965 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 290,816.80 |
| 33643966 | UW - OTHER | MISREP - OCCUPANCY | | $ | 159,911.35 |
| 33691635 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 104,127.47 |
| 40195620 | UW - OTHER | MISREP - OCCUPANCY | | $ | 221,738.52 |
| 40852089 | MISREP - INCOME/EMPLOY | | | $ | 161,560.22 |
| 40858391 | MISREP - INCOME/EMPLOY | | | $ | 291,631.45 |
| 17196841 | DOCUMENTATION | | | $ | 73,158.62 |
| 17703612 | MISREP - DEBTS | UW - OTHER | | $ | 259,723.79 |

**Exhibit B**

Exhibit B
Ocwen Financial Corporation, as successor to PHH Corporation and Ocwen Federal Bank FSB,
and Ocwen Loan Servicing Corp., as successor to Ocwen Federal Bank FSB

| | | | | | |
|---|---|---|---|---|---|
| 17846577 | UW - OTHER | | | $ | 45,427.13 |
| 17911090 | MISREP - INCOME/EMPLOY | | | $ | 8,110.52 |
| 17986464 | DOCUMENTATION | | | $ | 4,040.09 |
| 18023184 | DOCUMENTATION | | | $ | 61,895.45 |
| 18024844 | MISREP - DEBTS | | | $ | 77,979.42 |
| 18037937 | DOCUMENTATION | | | $ | 53,593.93 |
| 18075242 | DOCUMENTATION | | | $ | 75,974.01 |
| 18100412 | MISREP - DEBTS | | | $ | 146,888.00 |
| 18192005 | DOCUMENTATION | | | $ | 42,147.41 |
| 18210237 | DOCUMENTATION | | | $ | 56,725.91 |
| 18223826 | DOCUMENTATION | | | $ | 106,132.95 |
| 18224204 | MISREP - INCOME/EMPLOY | | | $ | 5,553.83 |
| 18236281 | DOCUMENTATION | | | $ | 65,225.41 |
| 18237842 | DOCUMENTATION | | | $ | 31,420.20 |
| 18255604 | DOCUMENTATION | | | $ | 81,988.23 |
| 18617951 | DOCUMENTATION | | | $ | 36,786.47 |
| 17813189 | MISREP - DEBTS | | | $ | 38,550.76 |
| 18120907 | UW - OTHER | | | $ | 166,811.69 |
| 18236091 | MISREP - DEBTS | | | $ | 82,135.53 |
| | | | TOTAL | $ | 10,168,672.07 |

**Exhibit B**