**EXHIBIT A**
**AGREEMENTS**
**iMortgage.com, Inc. and loanDepot.com, LLC**

Loan Purchase Agreement, dated September 24, 2004