# EXHIBIT B

# EXHIBIT B
### iMortgage.com, Inc. and loanDepot.com, LLC

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0030201222 | 30201222 | DOCUMENTATION | | | $ 18,834.86 |
| 0030382469 | 30382469 | MISREP - DEBTS | | | $ 135,601.70 |
| 0030579023 | 30579023 | DOCUMENTATION | | | $ 29,744.92 |
| 0030674725 | 30674725 | UW - OTHER | | | $ 123,572.30 |
| 0030674832 | 30674832 | DOCUMENTATION | DOCUMENTATION | | $ 51,049.91 |
| 0030693337 | 30693337 | DOCUMENTATION | MISREP - DEBTS | DOCUMENTATION | $ 150,927.30 |
| 0030693428 | 30693428 | DOCUMENTATION | | | $ 43,331.72 |
| 0030702187 | 30702187 | DOCUMENTATION | | | $ 34,996.84 |
| 0030765200 | 30765200 | MISREP - INCOME/EMPLOY | | | $ 6,979.77 |
| 0030867212 | 30867212 | DOCUMENTATION | | | $ 45,814.80 |
| 0031082126 | 31082126 | MISREP - DEBTS | | | $ 66,541.12 |
| 0031082209 | 31082209 | DOCUMENTATION | | | $ 59,283.73 |
| 0031120686 | 31120686 | MISREP - DEBTS | | | $ 250,446.30 |
| 0031122377 | 31122377 | MISREP - DEBTS | | | $ 66,556.54 |
| 0031238686 | 31238686 | DOCUMENTATION | | | $ 96,337.23 |
| 0031238785 | 31238785 | MISREP - INCOME/EMPLOY | | | $ 86,711.85 |
| 0031238850 | 31238850 | MISREP - INCOME/EMPLOY | | | $ 35,082.06 |
| 0031251226 | 31251226 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 244,227.70 |
| 0031251630 | 31251630 | DOCUMENTATION | | | $ 101,162.70 |
| 0031262637 | 31262637 | MISREP - DEBTS | | | $ 83,505.26 |
| 0031282320 | 31282320 | MISREP - INCOME/EMPLOY | | | $ 42,419.35 |
| 0031314354 | 31314354 | MISREP - DEBTS | | | $ 89,998.55 |
| 0031324064 | 31324064 | DOCUMENTATION | | | $ 14,262.33 |
| 0031383490 | 31383490 | DOCUMENTATION | | | $ 17,367.53 |
| 0031394208 | 31394208 | DOCUMENTATION | MISREP - DEBTS | | $ 13,644.11 |
| 0031403918 | 31403918 | DOCUMENTATION | | | $ 83,628.30 |
| 0031431836 | 31431836 | DOCUMENTATION | | | $ 31,325.76 |
| 0031432370 | 31432370 | DOCUMENTATION | | | $ 23,002.03 |
| 0031518723 | 31518723 | DOCUMENTATION | | | $ 27,898.27 |
| 0031534381 | 31534381 | DOCUMENTATION | | | $ 32,818.24 |
| 0031587645 | 31587645 | MISREP - INCOME/EMPLOY | | | $ 87,310.01 |

**EXHIBIT B**

# EXHIBIT B
iMortgage.com, Inc. and loanDepot.com, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031599178 | 31599178 | DOCUMENTATION | | | $ | 95,141.89 |
| 0031599335 | 31599335 | DOCUMENTATION | MISREP - DEBTS | UW - OTHER | $ | 25,989.29 |
| 0031613243 | 31613243 | MISREP - DEBTS | | | $ | 41,253.02 |
| 0031613680 | 31613680 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 146,388.70 |
| 0031630353 | 31630353 | MISREP - INCOME/EMPLOY | | | $ | 135,898.10 |
| 0031630411 | 31630411 | DOCUMENTATION | | | $ | 35,344.15 |
| 0031642879 | 31642879 | MISREP - DEBTS | | | $ | 40,024.61 |
| 0031643133 | 31643133 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 170,812.80 |
| 0031689268 | 31689268 | MISREP - DEBTS | | | $ | 24,268.78 |
| 0031712417 | 31712417 | MISREP - INCOME/EMPLOY | | | $ | 38,098.14 |
| 0031712524 | 31712524 | MISREP - INCOME/EMPLOY | | | $ | 24,449.27 |
| 0031728843 | 31728843 | MISREP - INCOME/EMPLOY | | | $ | 389,352.20 |
| 0031730070 | 31730070 | MISREP - DEBTS | DOCUMENTATION | | $ | 89,505.30 |
| 0031739717 | 31739717 | DOCUMENTATION | | | $ | 40,881.69 |
| 0031749450 | 31749450 | MISREP - INCOME/EMPLOY | | | $ | 226,233.10 |
| 0031763782 | 31763782 | DOCUMENTATION | | | $ | 55,550.30 |
| 0031775547 | 31775547 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 116,954.60 |
| 0031820533 | 31820533 | DOCUMENTATION | | | $ | 154,634.00 |
| 0031829351 | 31829351 | DOCUMENTATION | | | $ | 65,406.43 |
| 0031830839 | 31830839 | DOCUMENTATION | | | $ | 23,048.02 |
| 0031871395 | 31871395 | UW - OTHER | | | $ | 64,581.32 |
| 0031878283 | 31878283 | MISREP - DEBTS | | | $ | 25,213.59 |
| 0031881634 | 31881634 | UW - OTHER | | | $ | 273,667.10 |
| 0031881675 | 31881675 | DOCUMENTATION | | | $ | 74,821.01 |
| 0031889025 | 31889025 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 32,211.61 |
| 0031890312 | 31890312 | MISREP - DEBTS | UW - OTHER | | $ | 93,241.62 |
| 0031890502 | 31890502 | DOCUMENTATION | DOCUMENTATION | | $ | 239,786.30 |
| 0031907397 | 31907397 | DOCUMENTATION | | | $ | 86,125.34 |
| 0031928682 | 31928682 | UW - OTHER | | | $ | 60,975.04 |
| 0031973803 | 31973803 | DOCUMENTATION | | | $ | 34,457.19 |
| 0031992480 | 31992480 | MISREP - INCOME/EMPLOY | | | $ | 64,434.73 |
| 0032025447 | 32025447 | DOCUMENTATION | DOCUMENTATION | | $ | 65,748.09 |

**EXHIBIT B**

EXHIBIT B
iMortgage.com, Inc. and loanDepot.com, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032025504 | 32025504 | MISREP - DEBTS | | | $ | 82,819.84 |
| 0032058455 | 32058455 | DOCUMENTATION | UW - OTHER | DOCUMENTATION | $ | 38,910.13 |
| 0032077943 | 32077943 | MISREP - DEBTS | | | $ | 34,670.99 |
| 0032078123 | 32078123 | DOCUMENTATION | | | $ | 65,757.37 |
| 0032133753 | 32133753 | MISREP - DEBTS | | | $ | 122,680.10 |
| 0032136152 | 32136152 | UW - OTHER | | | $ | 71,055.85 |
| 0032160020 | 32160020 | DOCUMENTATION | | | $ | 105,708.20 |
| 0032162117 | 32162117 | UW - OTHER | | | $ | 161,885.60 |
| 0032174021 | 32174021 | DOCUMENTATION | | | $ | 35,817.85 |
| 0032174393 | 32174393 | DOCUMENTATION | | | $ | 53,508.14 |
| 0032174476 | 32174476 | DOCUMENTATION | | | $ | 49,332.40 |
| 0032185845 | 32185845 | DOCUMENTATION | | | $ | 120,799.40 |
| 0032185910 | 32185910 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 225,042.00 |
| 0032185977 | 32185977 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ | 101,586.60 |
| 0032194888 | 32194888 | MISREP - INCOME/EMPLOY | | | $ | 45,594.10 |
| 0032199697 | 32199697 | DOCUMENTATION | | | $ | 51,650.78 |
| 0032211591 | 32211591 | UW - OTHER | | | $ | 26,277.11 |
| 0032268088 | 32268088 | DOCUMENTATION | | | $ | 42,721.22 |
| 0032328528 | 32328528 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 247,253.40 |
| 0032390080 | 32390080 | MISREP - INCOME/EMPLOY | | | $ | 53,068.59 |
| 0032437147 | 32437147 | MISREP - INCOME/EMPLOY | | | $ | 495,323.20 |
| 0032504417 | 32504417 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 63,854.77 |
| 0032511164 | 32511164 | DOCUMENTATION | | | $ | 44,492.64 |
| 0032511180 | 32511180 | DOCUMENTATION | | | $ | 47,903.39 |
| 0032533515 | 32533515 | MISREP - DEBTS | | | $ | 142,818.00 |
| 0032599607 | 32599607 | DOCUMENTATION | | | $ | 45,769.37 |
| 0032611097 | 32611097 | DOCUMENTATION | | | $ | 49,047.84 |
| 0032643819 | 32643819 | MISREP - INCOME/EMPLOY | | | $ | 52,378.80 |
| 0032664674 | 32664674 | DOCUMENTATION | DOCUMENTATION | | $ | 92,840.39 |
| 0032677247 | 32677247 | MISREP - DEBTS | | | $ | 81,367.84 |
| 0032677320 | 32677320 | MISREP - INCOME/EMPLOY | | | $ | 551,950.20 |
| 0032679037 | 32679037 | DOCUMENTATION | | | $ | 40,506.21 |

**EXHIBIT B**

**EXHIBIT B**
iMortgage.com, Inc. and loanDepot.com, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032679276 | 32679276 | MISREP - INCOME/EMPLOY | | | $ | 55,191.45 |
| 0032681942 | 32681942 | MISREP - OCCUPANCY | DOCUMENTATION | DOCUMENTATION | $ | 192,216.80 |
| 0032689739 | 32689739 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 260,408.80 |
| 0032689796 | 32689796 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 113,284.70 |
| 0032690117 | 32690117 | DOCUMENTATION | | | $ | 141,408.30 |
| 0032706632 | 32706632 | MISREP - DEBTS | | | $ | 31,133.25 |
| 0032712663 | 32712663 | UW - OTHER | | | $ | 201,705.60 |
| 0032717035 | 32717035 | UW - OTHER | | | $ | 60,716.83 |
| 0032738825 | 32738825 | DOCUMENTATION | | | $ | 56,397.19 |
| 0032743494 | 32743494 | MISREP - DEBTS | | | $ | 90,884.43 |
| 0032747370 | 32747370 | MISREP - INCOME/EMPLOY | | | $ | 212,017.90 |
| 0032747453 | 32747453 | MISREP - DEBTS | | | $ | 153,307.90 |
| 0032761645 | 32761645 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 198,911.60 |
| 0032761678 | 32761678 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 135,183.40 |
| 0032782096 | 32782096 | UW - OTHER | | | $ | 98,492.48 |
| 0032797045 | 32797045 | MISREP - DEBTS | | | $ | 41,581.32 |
| 0032799637 | 32799637 | MISREP - DEBTS | | | $ | 48,831.06 |
| 0032805970 | 32805970 | MISREP - DEBTS | | | $ | 35,114.44 |
| 0032814303 | 32814303 | MISREP - INCOME/EMPLOY | | | $ | 55,246.44 |
| 0032817249 | 32817249 | MISREP - INCOME/EMPLOY | | | $ | 58,876.40 |
| 0032838294 | 32838294 | UW - OTHER | | | $ | 49,427.11 |
| 0032855983 | 32855983 | UW - OTHER | | | $ | 53,634.11 |
| 0032856007 | 32856007 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 232,864.30 |
| 0032856064 | 32856064 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 82,144.99 |
| 0032864373 | 32864373 | MISREP - DEBTS | | | $ | 34,186.44 |
| 0032866709 | 32866709 | MISREP - INCOME/EMPLOY | | | $ | 51,059.09 |
| 0032899080 | 32899080 | MISREP - INCOME/EMPLOY | | | $ | 54,860.14 |
| 0032912883 | 32912883 | MISREP - INCOME/EMPLOY | | | $ | 55,016.74 |
| 0032928566 | 32928566 | MISREP - INCOME/EMPLOY | | | $ | 53,787.80 |
| 0032929028 | 32929028 | MISREP - DEBTS | | | $ | 57,872.83 |
| 0032932568 | 32932568 | DOCUMENTATION | UW - OTHER | | $ | 95,314.43 |
| 0032942369 | 32942369 | UW - OTHER | | | $ | 212,660.50 |

**EXHIBIT B**

## EXHIBIT B
### iMortgage.com, Inc. and loanDepot.com, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032943029 | 32943029 | MISREP - DEBTS | | | $ | 129,262.50 |
| 0032964538 | 32964538 | MISREP - DEBTS | | | $ | 307,556.40 |
| 0032965188 | 32965188 | MISREP - DEBTS | | | $ | 78,520.12 |
| 0032970725 | 32970725 | MISREP - DEBTS | | | $ | 17,734.62 |
| 0032970782 | 32970782 | MISREP - DEBTS | | | $ | 14,886.11 |
| 0032984098 | 32984098 | MISREP - INCOME/EMPLOY | | | $ | 133,556.50 |
| 0032984130 | 32984130 | MISREP - INCOME/EMPLOY | | | $ | 143,699.80 |
| 0033005521 | 33005521 | MISREP - OCCUPANCY | MISREP - DEBTS | | $ | 50,524.28 |
| 0033016981 | 33016981 | UW - OTHER | MISREP - DEBTS | | $ | 59,402.19 |
| 0033017021 | 33017021 | MISREP - INCOME/EMPLOY | | | $ | 205,166.90 |
| 0033021155 | 33021155 | MISREP - INCOME/EMPLOY | | | $ | 83,402.75 |
| 0033057050 | 33057050 | DOCUMENTATION | DOCUMENTATION | | $ | 49,775.70 |
| 0033102104 | 33102104 | UW - OTHER | | | $ | 296,329.80 |
| 0033102518 | 33102518 | MISREP - OCCUPANCY | | | $ | 29,372.13 |
| 0033108028 | 33108028 | MISREP - OCCUPANCY | | | $ | 229,602.80 |
| 0033129099 | 33129099 | DOCUMENTATION | MISREP - DEBTS | | $ | 173,386.70 |
| 0033129289 | 33129289 | DOCUMENTATION | | | $ | 46,249.54 |
| 0033133943 | 33133943 | UW - OTHER | | | $ | 81,677.36 |
| 0033141870 | 33141870 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 332,826.30 |
| 0033142514 | 33142514 | MISREP - INCOME/EMPLOY | | | $ | 51,652.19 |
| 0033147224 | 33147224 | MISREP - INCOME/EMPLOY | | | $ | 135,962.90 |
| 0033190190 | 33190190 | DOCUMENTATION | | | $ | 54,246.77 |
| 0033194390 | 33194390 | MISREP - INCOME/EMPLOY | | | $ | 365,954.70 |
| 0033203050 | 33203050 | UW - OTHER | | | $ | 162,179.80 |
| 0033203548 | 33203548 | MISREP - DEBTS | | | $ | 325,873.20 |
| 0033204090 | 33204090 | MISREP - OCCUPANCY | | | $ | 186,486.90 |
| 0033208687 | 33208687 | MISREP - OCCUPANCY | | | $ | 219,668.40 |
| 0033233008 | 33233008 | UW - OTHER | MISREP - DEBTS | | $ | 200,194.70 |
| 0033258542 | 33258542 | MISREP - INCOME/EMPLOY | | | $ | 50,195.98 |
| 0033258583 | 33258583 | UW - OTHER | MISREP - DEBTS | | $ | 112,092.60 |
| 0033258732 | 33258732 | MISREP - INCOME/EMPLOY | | | $ | 40,563.26 |
| 0033258864 | 33258864 | MISREP - DEBTS | | | $ | 20,971.96 |

**EXHIBIT B**

**EXHIBIT B**
iMortgage.com, Inc. and loanDepot.com, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033268764 | 33268764 | MISREP - DEBTS | | | $ | 64,560.20 |
| 0033279373 | 33279373 | MISREP - INCOME/EMPLOY | | | $ | 46,777.55 |
| 0033280355 | 33280355 | MISREP - INCOME/EMPLOY | | | $ | 52,135.96 |
| 0033284993 | 33284993 | MISREP - INCOME/EMPLOY | | | $ | 216,966.50 |
| 0033287673 | 33287673 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 135,837.40 |
| 0033298308 | 33298308 | MISREP - INCOME/EMPLOY | | | $ | 73,226.69 |
| 0033313370 | 33313370 | MISREP - INCOME/EMPLOY | | | $ | 48,538.37 |
| 0033313461 | 33313461 | MISREP - INCOME/EMPLOY | | | $ | 69,471.50 |
| 0033316993 | 33316993 | MISREP - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ | 357,304.80 |
| 0033318205 | 33318205 | MISREP - INCOME/EMPLOY | | | $ | 146,901.90 |
| 0033329673 | 33329673 | MISREP - INCOME/EMPLOY | | | $ | 419,525.50 |
| 0033350174 | 33350174 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 59,713.55 |
| 0033353293 | 33353293 | MISREP - INCOME/EMPLOY | | | $ | 67,479.12 |
| 0033353350 | 33353350 | MISREP - INCOME/EMPLOY | | | $ | 114,160.00 |
| 0033356130 | 33356130 | MISREP - INCOME/EMPLOY | | | $ | 118,181.30 |
| 0033356163 | 33356163 | MISREP - DEBTS | | | $ | 171,950.80 |
| 0033368275 | 33368275 | UW - OTHER | MISREP - DEBTS | | $ | 70,463.49 |
| 0033373630 | 33373630 | MISREP - INCOME/EMPLOY | | | $ | 72,151.44 |
| 0033379777 | 33379777 | MISREP - INCOME/EMPLOY | | | $ | 87,709.25 |
| 0033382433 | 33382433 | UW - OTHER | | | $ | 284,228.00 |
| 0033385386 | 33385386 | MISREP - INCOME/EMPLOY | | | $ | 42,719.07 |
| 0033385394 | 33385394 | MISREP - INCOME/EMPLOY | | | $ | 129,772.30 |
| 0033407560 | 33407560 | MISREP - OCCUPANCY | | | $ | 115,139.80 |
| 0033407701 | 33407701 | MISREP - INCOME/EMPLOY | | | $ | 38,040.56 |
| 0033407883 | 33407883 | MISREP - INCOME/EMPLOY | | | $ | 60,525.01 |
| 0033410309 | 33410309 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 78,231.60 |
| 0033423427 | 33423427 | MISREP - DEBTS | | | $ | 71,264.35 |
| 0033425232 | 33425232 | UW - OTHER | | | $ | 295,984.30 |
| 0033425372 | 33425372 | MISREP - DEBTS | | | $ | 99,055.18 |
| 0033431297 | 33431297 | MISREP - OCCUPANCY | | | $ | 92,188.34 |
| 0033452533 | 33452533 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 62,133.12 |
| 0033465675 | 33465675 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ | 45,118.95 |

**EXHIBIT B**

**EXHIBIT B**
iMortgage.com, Inc. and loanDepot.com, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033473018 | 33473018 | MISREP - DEBTS | | | $ | 71,303.20 |
| 0033495797 | 33495797 | MISREP - DEBTS | | | $ | 108,937.50 |
| 0033515602 | 33515602 | MISREP - INCOME/EMPLOY | | | $ | 37,998.45 |
| 0033549015 | 33549015 | UW - OTHER | | | $ | 122,119.10 |
| 0033595257 | 33595257 | UW - OTHER | MISREP - DEBTS | OTHER | $ | 42,965.01 |
| 0033638834 | 33638834 | MISREP - DEBTS | | | $ | 362,473.90 |
| 0033638974 | 33638974 | MISREP - DEBTS | | | $ | 287,459.80 |
| 0033644014 | 33644014 | MISREP - DEBTS | | | $ | 103,128.50 |
| 0033644303 | 33644303 | UW - OTHER | | | $ | 174,538.70 |
| 0033644907 | 33644907 | UW - OTHER | | | $ | 158,566.20 |
| 0033652884 | 33652884 | UW - OTHER | | | $ | 166,805.10 |
| 0033672288 | 33672288 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 185,958.30 |
| 0033691775 | 33691775 | MISREP - INCOME/EMPLOY | | | $ | 30,254.33 |
| 0033704131 | 33704131 | UW - OTHER | | | $ | 149,162.60 |
| 0033706300 | 33706300 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 96,675.03 |
| 0033710906 | 33710906 | UW - OTHER | | | $ | 157,226.80 |
| 0033711474 | 33711474 | MISREP - INCOME/EMPLOY | | | $ | 210,842.30 |
| 0033718362 | 33718362 | UW - OTHER | | | $ | 166,968.40 |
| 0033739988 | 33739988 | MISREP - INCOME/EMPLOY | | | $ | 132,198.80 |
| 0033765314 | 33765314 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ | 78,034.53 |
| 0033800517 | 33800517 | DOCUMENTATION | DOCUMENTATION | | $ | 137,127.20 |
| 0040031478 | 40031478 | MISREP - INCOME/EMPLOY | | | $ | 157,535.00 |
| 0040036428 | 40036428 | MISREP - OCCUPANCY | | | $ | 114,408.50 |
| 0040063554 | 40063554 | UW - OTHER | MISREP - DEBTS | | $ | 178,348.40 |
| 0040100372 | 40100372 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ | 315,889.20 |
| 0040109449 | 40109449 | UW - OTHER | | | $ | 184,244.90 |
| 0040116220 | 40116220 | MISREP - DEBTS | | | $ | 86,622.15 |
| 0040171167 | 40171167 | MISREP - INCOME/EMPLOY | | | $ | 111,302.60 |
| 0040187387 | 40187387 | UW - OTHER | | | $ | 129,992.00 |
| 0040285355 | 40285355 | MISREP - DEBTS | | | $ | 304,173.30 |
| 0040332272 | 40332272 | MISREP - DEBTS | | | $ | 371,023.20 |
| 0040333882 | 40333882 | UW - OTHER | | | $ | 117,489.40 |

**EXHIBIT B**

**EXHIBIT B**

iMortgage.com, Inc. and loanDepot.com, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040338675 | 40338675 | MISREP - DEBTS | | | $ | 134,799.40 |
| 0040449704 | 40449704 | MISREP - BORROWER | DOCUMENTATION | | $ | 100,087.10 |
| 0040451163 | 40451163 | MISREP - INCOME/EMPLOY | | | $ | 116,100.90 |
| 0040461097 | 40461097 | UW - OTHER | | | $ | 182,472.60 |
| 0040467425 | 40467425 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 70,303.85 |
| 0040467607 | 40467607 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 116,191.10 |
| 0040473498 | 40473498 | MISREP - INCOME/EMPLOY | | | $ | 128,228.20 |
| 0040484859 | 40484859 | UW - OTHER | | | $ | 172,948.60 |
| 0040527269 | 40527269 | DOCUMENTATION | DOCUMENTATION | MISREP - INCOME/EMPLOY | $ | 319,263.70 |
| 0040574204 | 40574204 | MISREP - INCOME/EMPLOY | | | $ | 130,706.10 |
| 0040576118 | 40576118 | UW - OTHER | | | $ | 303,215.50 |
| 0040622680 | 40622680 | MISREP - INCOME/EMPLOY | | | $ | 204,075.40 |
| 0040773491 | 40773491 | MISREP - INCOME/EMPLOY | | | $ | 66,882.97 |
| 0040773822 | 40773822 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 75,126.91 |
| 0040842742 | 40842742 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 267,187.10 |
| | | | | TOTAL | $ | 27,602,805.10 |

**EXHIBIT B**