# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Arlington Capital Mortgage Corporation and Gateway Funding Diversified Mortgage Services, L.P.

Loan Purchase Agreement, dated August 16, 2001

Loan Purchase Agreement, dated March 18, 2004

Loan Purchase Agreement (Bulk), dated June 16, 2005

Purchase Price and Term Letter, dated July 21, 2005

Broker Agreement, dated October 20, 2005

Purchase Price and Term Letter, dated December 7, 2005

Loan Purchase Agreement, dated November 20, 2006