# EXHIBIT B

**EXHIBIT B**

Arlington Capital Mortgage Corporation and Gateway Funding Diversified Mortgage Services, L.P.

| Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 0019944958 | DOCUMENTATION | | | $ 67,649.83 |
| 0030245757 | UW - OTHER | | | $ 98,405.92 |
| 0030355663 | MISREP - INCOME/EMPLOY | | | $ 396,863.70 |
| 0030355671 | MISREP - INCOME/EMPLOY | | | $ 241,530.50 |
| 0030982516 | MISREP - DEBTS | | | $ 100,265.90 |
| 0031312556 | DOCUMENTATION | | | $ 99,415.49 |
| 0031786486 | MISREP - DEBTS | | | $ 302,697.90 |
| 0031786494 | MISREP - DEBTS | | | $ 273,833.00 |
| 0031786528 | MISREP - DEBTS | | | $ 170,320.10 |
| 0031786593 | DOCUMENTATION | DOCUMENTATION | | $ 179,618.80 |
| 0031786692 | MISREP - DEBTS | | | $ 165,973.20 |
| 0031786718 | MISREP - DEBTS | | | $ 235,116.90 |
| 0031786759 | MISREP - DEBTS | | | $ 108,263.00 |
| 0031786783 | MISREP - INCOME/EMPLOY | | | $ 93,134.46 |
| 0032165862 | MISREP - DEBTS | | | $ 105,566.10 |
| 0033580770 | DOCUMENTATION | | | $ 61,328.43 |
| 0033583824 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 18,183.64 |
| 0033583865 | MISREP - DEBTS | | | $ 145,875.00 |
| 0033650144 | MISREP - DEBTS | | | $ 23,614.26 |
| 0033650177 | DOCUMENTATION | UW - OTHER | UW - OTHER | $ 142,304.00 |
| 0033650219 | UW - OTHER | UW - OTHER | MISREP - OCCUPANCY | $ 96,062.87 |
| 0033679614 | UW - OTHER | DOCUMENTATION | | $ 318,033.30 |
| 0033679978 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ 261,957.90 |
| 0033680208 | MISREP - DEBTS | | | $ 54,902.01 |
| 0033680398 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ 204,727.10 |

**EXHIBIT B**

Arlington Capital Mortgage Corporation and Gateway Funding Diversified Mortgage Services, L.P.

| | | | | | |
|---|---|---|---|---|---|
| 0033680588 | UW - OTHER | | | $ | 178,264.50 |
| 0033697848 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 91,709.32 |
| 0033697897 | DOCUMENTATION | UW - OTHER | MISREP - INCOME/EMPLOY | $ | 91,768.78 |
| 0033750688 | UW - OTHER | | | $ | 494,460.10 |
| 0033772682 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 248,195.30 |
| 0033785791 | UW - OTHER | | | $ | 311,518.30 |
| 0033807280 | DOCUMENTATION | | | $ | 188,808.50 |
| 0037241551 | MISREP - INCOME/EMPLOY | | | $ | 72,063.53 |
| 0037626645 | MISREP - INCOME/EMPLOY | | | $ | 67,784.44 |
| 0037649613 | MISREP - INCOME/EMPLOY | | | $ | 76,258.32 |
| 0038061446 | MISREP - OCCUPANCY | MISREP - DEBTS | UW - OTHER | $ | 63,599.24 |
| 0038139507 | MISREP - OCCUPANCY | | | $ | 74,854.09 |
| 0038178620 | MISREP - INCOME/EMPLOY | | | $ | 116,704.50 |
| 0038575528 | UW - OTHER | | | $ | 95,743.80 |
| 0038951661 | DOCUMENTATION | | | $ | 65,510.73 |
| 0039158035 | UW - OTHER | | | $ | 111,512.60 |
| 0039312145 | MISREP - INCOME/EMPLOY | | | $ | 287,982.60 |
| 0040013153 | UW - OTHER | MISREP - DEBTS | MISREP - OCCUPANCY | $ | 427,528.60 |
| 0040019234 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 202,175.20 |
| 0040037509 | UW - OTHER | | | $ | 404,130.10 |
| 0040043226 | DOCUMENTATION | | | $ | 111,341.50 |
| 0040043853 | UW - OTHER | | | $ | 115,978.80 |
| 0040050643 | MISREP - DEBTS | | | $ | 136,156.00 |
| 0040058109 | UW - OTHER | MISREP - DEBTS | | $ | 132,473.70 |
| 0040058562 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 238,501.10 |

# EXHIBIT B

Arlington Capital Mortgage Corporation and Gateway Funding Diversified Mortgage Services, L.P.

| | | | | | |
|---|---|---|---|---|---|
| 0040062382 | UW - OTHER | MISREP - DEBTS | | $ | 56,195.02 |
| 0040069106 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 148,271.80 |
| 0040069387 | UW - OTHER | MISREP - DEBTS | UW - OTHER | $ | 96,453.37 |
| 0040076390 | MISREP - INCOME/EMPLOY | | | $ | 187,642.70 |
| 0040076713 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 340,603.60 |
| 0040116105 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 401,568.20 |
| 0040132375 | MISREP - DEBTS | | | $ | 268,015.10 |
| 0040137721 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 94,804.09 |
| 0040138331 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 85,134.83 |
| 0040138448 | UW - OTHER | | | $ | 379,241.90 |
| 0040138992 | MISREP - INCOME/EMPLOY | | | $ | 130,550.00 |
| 0040171803 | UW - OTHER | UW - OTHER | | $ | 95,882.51 |
| 0040180242 | MISREP - DEBTS | | | $ | 124,121.30 |
| 0040189185 | MISREP - DEBTS | MISREP - DEBTS | | $ | 273,318.70 |
| 0040189318 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 505,228.60 |
| 0040189763 | MISREP - DEBTS | | | $ | 252,727.20 |
| 0040189888 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 289,999.40 |
| 0040189896 | UW - OTHER | DOCUMENTATION | | $ | 81,179.63 |
| 0040189946 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ | 93,949.90 |
| 0040199010 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ | 352,218.40 |
| 0040201964 | DOCUMENTATION | | | $ | 176,272.50 |
| 0040206542 | MISREP - DEBTS | | | $ | 180,909.90 |
| 0040223455 | UW - OTHER | MISREP - DEBTS | | $ | 27,439.05 |
| 0040224784 | MISREP - INCOME/EMPLOY | | | $ | 162,124.20 |
| 0040225047 | MISREP - DEBTS | UW - OTHER | | $ | 99,935.34 |

**EXHIBIT B**

EXHIBIT B

Arlington Capital Mortgage Corporation and Gateway Funding Diversified Mortgage Services, L.P.

| | | | | | |
|---|---|---|---|---|---|
| 0040227456 | MISREP - DEBTS | DOCUMENTATION | | $ | 49,123.97 |
| 0040228934 | UW - OTHER | MISREP - DEBTS | | $ | 47,308.60 |
| 0040249914 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ | 154,353.80 |
| 0040250060 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 71,224.80 |
| 0040253536 | UW - OTHER | MISREP - OCCUPANCY | | $ | 294,361.60 |
| 0040258543 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 203,869.90 |
| 0040258758 | MISREP - DEBTS | | | $ | 226,180.90 |
| 0040265886 | MISREP - OCCUPANCY | UW - OTHER | | $ | 255,085.30 |
| 0040274623 | MISREP - DEBTS | | | $ | 161,052.50 |
| 0040279390 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 160,446.40 |
| 0040279424 | MISREP - DEBTS | | | $ | 150,006.40 |
| 0040297244 | UW - OTHER | MISREP - DEBTS | | $ | 227,000.90 |
| 0040299877 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ | 128,652.90 |
| 0040340259 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 183,062.60 |
| 0040353138 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ | 512,605.30 |
| 0040366247 | DOCUMENTATION | | | $ | 85,173.24 |
| 0040375511 | UW - OTHER | MISREP - DEBTS | | $ | 1,618.15 |
| 0040375693 | MISREP - DEBTS | | | $ | 175,538.40 |
| 0040377210 | UW - OTHER | MISREP - DEBTS | | $ | 5,957.15 |
| 0040402109 | MISREP - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | $ | 229,333.20 |
| 0040403107 | MISREP - INCOME/EMPLOY | | | $ | 237,679.20 |
| 0040416067 | MISREP - DEBTS | | | $ | 610,203.30 |
| 0040419269 | MISREP - INCOME/EMPLOY | | | $ | 527,622.50 |
| 0040428971 | MISREP - DEBTS | | | $ | 199,050.70 |
| 0040460339 | MISREP - INCOME/EMPLOY | | | $ | 311,923.60 |

EXHIBIT B

## EXHIBIT B
### Arlington Capital Mortgage Corporation and Gateway Funding Diversified Mortgage Services, L.P.

| | | | | | |
|---|---|---|---|---|---|
| 0040468084 | UW - OTHER | MISREP - OCCUPANCY | | $ | 228,176.40 |
| 0040474173 | MISREP - OCCUPANCY | | | $ | 337,468.20 |
| 0040489098 | MISREP - INCOME/EMPLOY | | | $ | 298,874.60 |
| 0040489353 | MISREP - DEBTS | | | $ | 372,351.50 |
| 0040489569 | MISREP - DEBTS | | | $ | 66,149.88 |
| 0040489619 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 444,044.90 |
| 0040489908 | UW - OTHER | | | $ | 143,151.70 |
| 0040491714 | MISREP - DEBTS | | | $ | 290,499.90 |
| 0040517724 | DOCUMENTATION | | | $ | 273,180.50 |
| 0040537912 | UW - OTHER | MISREP - DEBTS | | $ | 135,966.40 |
| 0040545089 | UW - OTHER | MISREP - OCCUPANCY | | $ | 249,787.00 |
| 0040553687 | MISREP - DEBTS | | | $ | 418,594.30 |
| 0040555120 | DOCUMENTATION | | | $ | 275,675.30 |
| 0040562761 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 205,021.50 |
| 0040563272 | UW - OTHER | | | $ | 232,435.30 |
| 0040568362 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ | 290,033.50 |
| 0040568404 | DOCUMENTATION | | | $ | 352,046.20 |
| 0040569352 | UW - OTHER | | | $ | 295,357.20 |
| 0040575334 | DOCUMENTATION | MISREP - INCOME/EMPLOY | DOCUMENTATION | $ | 352,563.20 |
| 0040632465 | MISREP - INCOME/EMPLOY | | | $ | 195,257.90 |
| 0040637514 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 192,628.90 |
| 0040637639 | MISREP - INCOME/EMPLOY | | | $ | 305,463.90 |
| 0040652430 | MISREP - INCOME/EMPLOY | | | $ | 224,758.50 |
| 0040674079 | UW - OTHER | | | $ | 497,702.10 |
| 0045343159 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | DOCUMENTATION | $ | 83,249.94 |

**EXHIBIT B**

Arlington Capital Mortgage Corporation and Gateway Funding Diversified Mortgage Services, L.P.

| | | | | | |
|---|---|---|---|---|---|
| 0046880829 | UW - OTHER | MISREP - DEBTS | DOCUMENTATION | $ | 293,014.70 |
| 0017480807 | MISREP - DEBTS | | | $ | 66,485.89 |
| 0017840935 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 55,535.55 |
| 0017853375 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ | 503,205.80 |
| 0030203053 | UW - OTHER | | | $ | 18,010.10 |
| 0030431092 | MISREP - DEBTS | | | $ | 73,751.97 |
| 0030792634 | MISREP - DEBTS | | | $ | 351,878.90 |
| 0030806277 | MISREP - DEBTS | | | $ | 91,075.20 |
| 0031254170 | MISREP - INCOME/EMPLOY | | | $ | 2,224.98 |
| 0031384878 | MISREP - DEBTS | | | $ | 27,232.24 |
| 0031515620 | MISREP - DEBTS | | | $ | 91,308.73 |
| 0031543549 | DOCUMENTATION | | | $ | 33,480.14 |
| 0031585185 | UW - OTHER | | | $ | 96,660.44 |
| 0031680242 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 189,157.80 |
| 0031719255 | DOCUMENTATION | | | $ | 41,055.33 |
| 0031807860 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 233,558.10 |
| 0031807944 | DOCUMENTATION | | | $ | 88,397.98 |
| 0032419731 | MISREP - DEBTS | DOCUMENTATION | | $ | 185,937.80 |
| 0033203183 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 207,704.50 |
| 0033203712 | MISREP - DEBTS | | | $ | 57,893.74 |
| 0033236001 | MISREP - DEBTS | | | $ | 267,658.90 |
| 0033261868 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 154,525.90 |
| 0033267253 | MISREP - DEBTS | | | $ | 79,873.04 |

## EXHIBIT B

### Arlington Capital Mortgage Corporation and Gateway Funding Diversified Mortgage Services, L.P.

| | | | | | |
|---|---|---|---|---|---|
| 0033305210 | MISREP - INCOME/EMPLOY | | | $ | 100,270.40 |
| 0033371295 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ | 51,576.60 |
| 0033502857 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - DEBTS | $ | 538,402.80 |
| 0033645714 | MISREP - INCOME/EMPLOY | | | $ | 133,864.80 |
| 0033680521 | DOCUMENTATION | | | $ | 18,649.53 |
| 0033733403 | UW - OTHER | | | $ | 48,773.25 |
| 0040205957 | UW - OTHER | | | $ | 61,431.40 |
| 0040327199 | MISREP - OCCUPANCY | | | $ | 292,651.10 |
| 0040481392 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 87,451.67 |
| 0040517948 | MISREP - INCOME/EMPLOY | | | $ | 50,387.54 |
| | | | TOTAL | $ | 29,836,415.05 |

**EXHIBIT B**