# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
**PMAC Lending Services, Inc., individually and as successor by merger to PMC Bancorp, f/k/a Professional Mortgage Corp., and as successor by merger to Reliant Mortgage Company, LLC**

Loan Purchase Agreement (Bulk), dated January 22, 2004

Loan Purchase Agreement, dated January 22, 2004

**PMC Bancorp, f/k/a Professional Mortgage Corp., individually**

Loan Purchase Agreement (Bulk), dated March 25, 2004

Loan Purchase Agreement, dated March 25, 2004

Purchase Price and Terms Letter, dated December 5, 2005

**Reliant Mortgage Company, LLC, individually**

Loan Purchase Agreement, dated March 18, 2004

Loan Purchase Agreement (Bulk), dated April 8, 2004

Purchase Price and Terms Letter, dated March 8, 2005

Purchase Price and Terms Letter, dated June 6, 2005

Purchase Price and Terms Letter, dated July 13, 2005

Purchase Price and Terms Letter, dated August 18, 2005

Purchase Price and Terms Letter, dated October 27, 2005