# EXHIBIT B

**EXHIBIT B**

PMAC Lending Services, Inc., individually and as successor by merger to PMC Bancorp, f/k/a
Professional Mortgage Corp., and as successor by merger to Reliant Mortgage Company, LLC,
and PMC Bancorp, f/k/a Professional Mortgage Corp., individually, and Reliant Mortgage Company, LLC, individually

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0018649533 | 18649533 | MISREP - INCOME/EMPLOY | | | $ 50,355.80 |
| 0030682793 | 30682793 | MISREP - INCOME/EMPLOY | | | $ 16,491.62 |
| 0031073216 | 31073216 | DOCUMENTATION | | | $ 63,021.13 |
| 0031216914 | 31216914 | MISREP - OCCUPANCY | | | $ 185,759.00 |
| 0031216922 | 31216922 | DOCUMENTATION | | | $ 49,110.11 |
| 0031269749 | 31269749 | MISREP - DEBTS | | | $ 54,556.65 |
| 0031312218 | 31312218 | MISREP - INCOME/EMPLOY | | | $ 159,671.80 |
| 0031363732 | 31363732 | DOCUMENTATION | | | $ 240,721.00 |
| 0031363856 | 31363856 | DOCUMENTATION | | | $ 119,689.60 |
| 0031659436 | 31659436 | DOCUMENTATION | | | $ 77,250.79 |
| 0031780083 | 31780083 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 170,530.40 |
| 0031826696 | 31826696 | DOCUMENTATION | | | $ 100,536.00 |
| 0031903271 | 31903271 | DOCUMENTATION | DOCUMENTATION | UW - OTHER | $ 131,763.70 |
| 0031980881 | 31980881 | MISREP - INCOME/EMPLOY | | | $ 272,500.80 |
| 0032143091 | 32143091 | DOCUMENTATION | | | $ 275,363.70 |
| 0032195398 | 32195398 | UW - OTHER | | | $ 268,485.70 |
| 0032248700 | 32248700 | MISREP - DEBTS | | | $ 195,493.60 |
| 0032248783 | 32248783 | UW - OTHER | | | $ 63,026.61 |
| 0032415911 | 32415911 | MISREP - DEBTS | | | $ 59,145.72 |
| 0032419541 | 32419541 | MISREP - DEBTS | | | $ 325,287.00 |
| 0032667867 | 32667867 | MISREP - INCOME/EMPLOY | | | $ 30,449.36 |
| 0032769317 | 32769317 | MISREP - INCOME/EMPLOY | | | $ 130,147.90 |
| 0032897910 | 32897910 | UW - OTHER | | | $ 76,766.47 |
| 0032958985 | 32958985 | OTHER | MISREP - INCOME/EMPLOY | | $ 46,806.14 |
| 0032960296 | 32960296 | MISREP - OCCUPANCY | | | $ 44,449.30 |
| 0033102757 | 33102757 | MISREP - OCCUPANCY | MISREP - DEBTS | | $ 265,188.90 |
| 0033151762 | 33151762 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 196,245.50 |
| 0033246836 | 33246836 | MISREP - INCOME/EMPLOY | | | $ 158,906.10 |
| 0033272329 | 33272329 | MISREP - INCOME/EMPLOY | | | $ 106,061.20 |
| 0033319542 | 33319542 | MISREP - INCOME/EMPLOY | | | $ 70,771.41 |

**EXHIBIT B**

**EXHIBIT B**
PMAC Lending Services, Inc., individually and as successor by merger to PMC Bancorp, f/k/a
Professional Mortgage Corp., and as successor by merger to Reliant Mortgage Company, LLC,
and PMC Bancorp, f/k/a Professional Mortgage Corp., individually, and Reliant Mortgage Company, LLC, individually

| | | | | | | |
|---|---|---|---|---|---|---|
| 0033439837 | 33439837 | MISREP - INCOME/EMPLOY | | | $ | 146,582.30 |
| 0033477068 | 33477068 | MISREP - INCOME/EMPLOY | | | $ | 53,989.04 |
| 0033485095 | 33485095 | UW - OTHER | | | $ | 358,745.30 |
| 0033537648 | 33537648 | DOCUMENTATION | | | $ | 89,313.98 |
| 0033687344 | 33687344 | MISREP - DEBTS | | | $ | 44,104.88 |
| 0033743170 | 33743170 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 240,172.00 |
| 0040028813 | 40028813 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 87,560.98 |
| 0040106718 | 40106718 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ | 196,796.20 |
| 0040143539 | 40143539 | MISREP - DEBTS | | | $ | 235,621.70 |
| 0040143547 | 40143547 | MISREP - DEBTS | MISREP - OCCUPANCY | OTHER | $ | 20,825.36 |
| 0040180085 | 40180085 | MISREP - INCOME/EMPLOY | | | $ | 140,941.20 |
| 0040181075 | 40181075 | UW - OTHER | | | $ | 288,678.50 |
| 0040194623 | 40194623 | MISREP - DEBTS | UW - OTHER | | $ | 41,541.61 |
| 0040278137 | 40278137 | UW - OTHER | | | $ | 347,827.50 |
| 0040337578 | 40337578 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 200,845.60 |
| 0040352486 | 40352486 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 46,318.09 |
| 0040359408 | 40359408 | MISREP - INCOME/EMPLOY | | | $ | 164,647.60 |
| 0040445256 | 40445256 | UW - OTHER | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | $ | 301,105.70 |
| 0040481285 | 40481285 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 411,360.10 |
| 0040498651 | 40498651 | MISREP - DEBTS | | | $ | 260,152.30 |
| 0040526733 | 40526733 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 349,417.00 |
| 0040535510 | 40535510 | MISREP - INCOME/EMPLOY | | | $ | 342,414.20 |
| 0040574030 | 40574030 | MISREP - INCOME/EMPLOY | | | $ | 250,407.30 |
| 0040589996 | 40589996 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 276,920.10 |
| 0040653792 | 40653792 | DOCUMENTATION | | | $ | 214,786.60 |
| 0018260653 | 18260653 | DOCUMENTATION | DOCUMENTATION | | $ | 50,307.19 |
| 0018405712 | 18405712 | MISREP - DEBTS | | | $ | 186,908.50 |
| 0018454330 | 18454330 | UW - OTHER | | | $ | 16,266.06 |
| 0018683318 | 18683318 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - ASSETS | $ | 45,425.35 |
| 0030326789 | 30326789 | MISREP - DEBTS | | | $ | 201,275.00 |
| 0030697429 | 30697429 | MISREP - DEBTS | | | $ | 146,185.80 |

**EXHIBIT B**

**EXHIBIT B**

PMAC Lending Services, Inc., individually and as successor by merger to PMC Bancorp, f/k/a
Professional Mortgage Corp., and as successor by merger to Reliant Mortgage Company, LLC,
and PMC Bancorp, f/k/a Professional Mortgage Corp., individually, and Reliant Mortgage Company, LLC, individually

| | | | | | | |
|---|---|---|---|---|---|---|
| 0030814677 | 30814677 | MISREP - INCOME/EMPLOY | | | $ | 37,517.88 |
| 0031358542 | 31358542 | DOCUMENTATION | | | $ | 80,527.56 |
| 0031359045 | 31359045 | MISREP - INCOME/EMPLOY | | | $ | 90,374.65 |
| 0031452360 | 31452360 | MISREP - INCOME/EMPLOY | | | $ | 168,453.60 |
| 0031476369 | 31476369 | DOCUMENTATION | | | $ | 120,931.80 |
| 0031593874 | 31593874 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 201,060.80 |
| 0031603244 | 31603244 | DOCUMENTATION | DOCUMENTATION | | $ | 66,293.21 |
| 0031672868 | 31672868 | MISREP - DEBTS | UW - OTHER | | $ | 341,500.70 |
| 0031682875 | 31682875 | MISREP - DEBTS | | | $ | 33,217.83 |
| 0031762412 | 31762412 | UW - OTHER | | | $ | 26,442.26 |
| 0031796444 | 31796444 | MISREP - INCOME/EMPLOY | | | $ | 124,556.50 |
| 0031913684 | 31913684 | DOCUMENTATION | | | $ | 84,766.36 |
| 0031952005 | 31952005 | DOCUMENTATION | | | $ | 106,165.70 |
| 0031954233 | 31954233 | DOCUMENTATION | UW - OTHER | DOCUMENTATION | $ | 193,800.80 |
| 0031968951 | 31968951 | DOCUMENTATION | | | $ | 69,895.38 |
| 0031971187 | 31971187 | MISREP - INCOME/EMPLOY | | | $ | 157,067.20 |
| 0032008914 | 32008914 | DOCUMENTATION | | | $ | 126,305.00 |
| 0032043309 | 8926593 | MISREP - INCOME/EMPLOY | | | $ | 154,104.30 |
| 0032093304 | 32093304 | DOCUMENTATION | | | $ | 88,353.83 |
| 0032187403 | 32187403 | MISREP - INCOME/EMPLOY | | | $ | 158,698.00 |
| 0032219388 | 32219388 | MISREP - DEBTS | | | $ | 92,700.18 |
| 0032222606 | 32222606 | DOCUMENTATION | MISREP - DEBTS | | $ | 135,515.30 |
| 0032222648 | 32222648 | MISREP - DEBTS | | | $ | 88,454.31 |
| 0032243131 | 32243131 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ | 376,639.40 |
| 0032300246 | 32300246 | MISREP - INCOME/EMPLOY | | | $ | 377,081.00 |
| 0032317414 | 32317414 | DOCUMENTATION | | | $ | 66,124.10 |
| 0032387219 | 32387219 | MISREP - OCCUPANCY | | | $ | 98,892.33 |
| 0032396855 | 32396855 | MISREP - DEBTS | | | $ | 175,753.20 |
| 0032450116 | 32450116 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ | 324,023.60 |
| 0032498255 | 32498255 | MISREP - INCOME/EMPLOY | | | $ | 62,025.13 |
| 0032511560 | 32511560 | MISREP - INCOME/EMPLOY | | | $ | 302,317.10 |

**EXHIBIT B**

**EXHIBIT B**
PMAC Lending Services, Inc., individually and as successor by merger to PMC Bancorp, f/k/a
Professional Mortgage Corp., and as successor by merger to Reliant Mortgage Company, LLC,
and PMC Bancorp, f/k/a Professional Mortgage Corp., individually, and Reliant Mortgage Company, LLC, individually

| | | | | | | |
|---|---|---|---|---|---|---|
| 0032544793 | 32544793 | MISREP - INCOME/EMPLOY | | | $ | 49,522.42 |
| 0032566044 | 32566044 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 18,891.30 |
| 0032597023 | 32597023 | MISREP - DEBTS | | | $ | 91,791.85 |
| 0032777625 | 32777625 | MISREP - INCOME/EMPLOY | | | $ | 181,516.20 |
| 0032848988 | 32848988 | MISREP - DEBTS | | | $ | 180,277.60 |
| 0032869299 | 32869299 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 284,921.30 |
| 0032990228 | 32990228 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 247,661.40 |
| 0033002338 | 33002338 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 450,093.80 |
| 0033002395 | 33002395 | MISREP - INCOME/EMPLOY | | | $ | 176,627.60 |
| 0033046699 | 33046699 | DOCUMENTATION | | | $ | 206,588.20 |
| 0033058421 | 33058421 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 209,482.00 |
| 0033112772 | 33112772 | MISREP - INCOME/EMPLOY | | | $ | 193,300.40 |
| 0033158338 | 33158338 | UW - OTHER | | | $ | 305,754.90 |
| 0033240540 | 33240540 | MISREP - INCOME/EMPLOY | | | $ | 461,522.40 |
| 0033493107 | 33493107 | MISREP - INCOME/EMPLOY | | | $ | 354,545.80 |
| 0033543828 | 33543828 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ | 254,781.90 |
| 0033608662 | 33608662 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ | 188,803.10 |
| 0033609462 | 33609462 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 299,476.00 |
| 0040019606 | 40019606 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 482,802.10 |
| 0040019689 | 40019689 | MISREP - INCOME/EMPLOY | | | $ | 110,878.50 |
| 0040300493 | 40300493 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ | 204,855.10 |
| 0040401556 | 40401556 | DOCUMENTATION | | | $ | 254,996.80 |
| 0040437725 | 40437725 | MISREP - INCOME/EMPLOY | MISREP - BORROWER | | $ | 61,082.46 |
| 0040445736 | 40445736 | MISREP - INCOME/EMPLOY | | | $ | 258,297.80 |
| 0040575185 | 40575185 | MISREP - INCOME/EMPLOY | | | $ | 398,302.10 |
| 0040592081 | 40592081 | UW - OTHER | | | $ | 246,387.40 |
| 0040592628 | 40592628 | MISREP - INCOME/EMPLOY | | | $ | 674,612.10 |
| 0040608473 | 40608473 | MISREP - INCOME/EMPLOY | | | $ | 253,120.10 |
| 0040633232 | 40633232 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 280,247.30 |
| 0040633653 | 40633653 | MISREP - INCOME/EMPLOY | | | $ | 371,682.20 |
| 0040638538 | 40638538 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 181,963.20 |

**EXHIBIT B**

**EXHIBIT B**

PMAC Lending Services, Inc., individually and as successor by merger to PMC Bancorp, f/k/a
Professional Mortgage Corp., and as successor by merger to Reliant Mortgage Company, LLC,
and PMC Bancorp, f/k/a Professional Mortgage Corp., individually, and Reliant Mortgage Company, LLC, individually

| | | | | | | |
|---|---|---|---|---|---|---|
| 0040647810 | 40647810 | MISREP - INCOME/EMPLOY | | | $ | 54,077.38 |
| 0040648610 | 40648610 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 395,291.00 |
| 0040648834 | 40648834 | MISREP - INCOME/EMPLOY | | | $ | 221,259.80 |
| 0040669939 | 40669939 | MISREP - INCOME/EMPLOY | | | $ | 158,284.80 |
| 0040670424 | 40670424 | MISREP - INCOME/EMPLOY | | | $ | 139,972.70 |
| 0040682924 | 40682924 | MISREP - OCCUPANCY | | | $ | 546,272.40 |
| 0040702011 | 40702011 | MISREP - INCOME/EMPLOY | | | $ | 263,510.10 |
| 0040710303 | 40710303 | MISREP - INCOME/EMPLOY | | | $ | 497,209.70 |
| 0040714347 | 40714347 | MISREP - INCOME/EMPLOY | | | $ | 253,093.70 |
| 0040721052 | 40721052 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 108,432.70 |
| 0040721144 | 40721144 | MISREP - INCOME/EMPLOY | | | $ | 351,374.00 |
| 0040725053 | 40725053 | MISREP - INCOME/EMPLOY | | | $ | 322,759.80 |
| 0040731853 | 40731853 | MISREP - OCCUPANCY | | | $ | 147,590.00 |
| 0040732323 | 40732323 | MISREP - INCOME/EMPLOY | | | $ | 183,246.20 |
| 0040779829 | 40779829 | MISREP - INCOME/EMPLOY | | | $ | 133,444.90 |
| 0040779837 | 40779837 | MISREP - INCOME/EMPLOY | | | $ | 396,171.40 |
| 0040826992 | 40826992 | MISREP - INCOME/EMPLOY | | | $ | 140,383.60 |
| 0018302794 | 18302794 | DOCUMENTATION | | | $ | 59,318.57 |
| 0030133300 | 30133300 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 58,931.21 |
| 0030133367 | 30133367 | MISREP - DEBTS | | | $ | 194,887.20 |
| 0030157051 | 30157051 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 72,386.81 |
| 0030370415 | 41393401 | MISREP - INCOME/EMPLOY | | | $ | 73,446.54 |
| 0030885925 | 51496701 | DOCUMENTATION | UW - OTHER | DOCUMENTATION | $ | 63,442.18 |
| 0030886071 | 41041501 | MISREP - DEBTS | | | $ | 211,527.50 |
| 0031158694 | 51542401 | DOCUMENTATION | | | $ | 62,558.92 |
| 0031158702 | 51540001 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 15,447.68 |
| 0031158728 | 51522001 | MISREP - INCOME/EMPLOY | | | $ | 132,868.90 |
| 0031406689 | 05-15663-0 | UW - OTHER | | | $ | 52,900.48 |
| 0031406713 | 05-15647-0 | MISREP - INCOME/EMPLOY | | | $ | 100,542.20 |
| 0031406762 | 05-15756-0 | MISREP - INCOME/EMPLOY | | | $ | 175,903.80 |
| 0031677966 | 51608001 | MISREP - INCOME/EMPLOY | | | $ | 187,756.20 |

**EXHIBIT B**

**EXHIBIT B**

PMAC Lending Services, Inc., individually and as successor by merger to PMC Bancorp, f/k/a Professional Mortgage Corp., and as successor by merger to Reliant Mortgage Company, LLC, and PMC Bancorp, f/k/a Professional Mortgage Corp., individually, and Reliant Mortgage Company, LLC, individually

| | | | | | | |
|---|---|---|---|---|---|---|
| 0031678006 | 51654801 | DOCUMENTATION | | | $ | 49,447.71 |
| 0031678014 | 51654901 | MISREP - DEBTS | | | $ | 63,979.34 |
| 0031678139 | 51580501 | MISREP - DEBTS | DOCUMENTATION | DOCUMENTATION | $ | 117,847.40 |
| 0032084402 | 32084402 | MISREP - INCOME/EMPLOY | | | $ | 9,253.02 |
| 0032088783 | 32088783 | DOCUMENTATION | | | $ | 3,509.50 |
| 0032092686 | 32092686 | UW - OTHER | | | $ | 58,301.88 |
| 0032093007 | 32093007 | DOCUMENTATION | | | $ | 62,525.05 |
| 0032287898 | 32287898 | UW - OTHER | | | $ | 203,291.60 |
| 0032287989 | 32287989 | DOCUMENTATION | MISREP - DEBTS | | $ | 130,265.70 |
| 0032294647 | 32294647 | DOCUMENTATION | | | $ | 188,106.50 |
| 0032351983 | 32351983 | DOCUMENTATION | | | $ | 54,877.80 |
| 0032517997 | 32517997 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 132,405.00 |
| 0032566846 | 32566846 | MISREP - DEBTS | | | $ | 41,526.35 |
| 0032669251 | 32669251 | UW - OTHER | | | $ | 263,452.60 |
| 0032880288 | 32880288 | UW - OTHER | | | $ | 215,491.20 |
| 0032922072 | 32922072 | MISREP - DEBTS | | | $ | 119,869.30 |
| 0033046749 | 33046749 | MISREP - DEBTS | | | $ | 33,194.29 |
| 0033307752 | 33307752 | DOCUMENTATION | UW - OTHER | | $ | 37,753.87 |
| 0033451642 | 33451642 | DOCUMENTATION | | | $ | 32,839.47 |
| 0033507310 | 33507310 | UW - OTHER | | | $ | 149,557.60 |
| 0033540915 | 33540915 | UW - OTHER | UW - OTHER | | $ | 90,822.12 |
| 0040242646 | 40242646 | UW - OTHER | MISREP - DEBTS | | $ | 74,837.36 |
| 0040250698 | 40250698 | DOCUMENTATION | UW - OTHER | UW - OTHER | $ | 104,684.10 |
| 0040260101 | 40260101 | UW - OTHER | | | $ | 288,841.70 |

**TOTAL** $ 30,527,313.22

**EXHIBIT B**