B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,    Case No. 08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                              Name of Transferor
TRC Master Fund LLC                             Macquarie Bank Limited

Name and Address where notices to               Court Claim # (if known): 28105
transferee should be sent:                      Claim Amount: $10,000,000.00
                                                Date Claim Filed: 09/22/2009
                                                Debtor against claim filed: Lehman Brothers
                                                Holdings Inc.

TRC Master Fund LLC
Attn: Terrel Ross
TR Capital Management, LLC
100 Merrick Road, Suite 308E
Rockville Centre, NY 11570
T: 516.653.2471
F: 516.593.0927
e: tross@trcmllc.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: December 17, 2018
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

US_ACTIVE-144099900.1

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

MACQUARIE BANK LIMITED ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to TRC MASTER FUND LLC, its successors and assigns ("Purchaser"), all of Seller's rights, title and interest in and to the claim of Seller in the allowed amount $10,000,000.00 against Lehman Brothers Holdings Inc. (Claim No.: 28105) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 17th day of December 2018.

**MACQUARIE BANK LIMITED**

By: _____
  Name: Takkai Wang
  Title: Authorized Signatory

By: _____
  Name: Joshua Karlin
  Title: Authorized Signatory

**TRC MASTER FUND LLC**

By: _____
  Name:
  Title:

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

MACQUARIE BANK LIMITED ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to TRC MASTER FUND LLC, its successors and assigns ("Purchaser"), all of Seller's rights, title and interest in and to the claim of Seller in the allowed amount $10,000,000.00 against Lehman Brothers Holdings Inc. (Claim No.: 28105) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 17th day of December 2018.

**MACQUARIE BANK LIMITED**

By:_____
   Name:
   Title:


By:_____
   Name:
   Title:

**TRC MASTER FUND LLC**

By:_____
   Name: Terrel Ross
   Title: Managing Member