UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (SCC)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

----------------------------------------------------------------------x    Ref. Docket Nos. 59179, 59180, 59181,
59182, 59183, 59184, 59185, 59186,
59187, 59188, 59190, 59197, 59198,
59199, 59200, 59201, 59202, 59203,
59204

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 11, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated December, 2018, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
13th day of December, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfer Notices Processed 12-5- 12-10_AFF_12-11-18.docx

# EXHIBIT A

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000131293254 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000103073



CREDIT SUISSE
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

Please note that your claim # 5355829-66 in the above referenced case and in the amount of
$0.00 allowed at $304,911.78 has been transferred (unless previously expunged by court order)

BANK JULIUS BAER LUXEMBOURG S.A.
TRANSFEROR: CREDIT SUISSE
ATTN: PATRIK ROOS
BAHNOFSTRASSE 36
CH-8010 ZURICH
 SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    59183    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/11/2018                    Vito Genna, Clerk of Court

                                        /s/ Betina Wheelon

                                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 11, 2018.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD.,, ATTN. PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | CLEARLY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDRE A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| BANK JULIUS BAER LUXEMBOURG S.A. | TRANSFEROR: CREDIT SUISSE, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH SWITZERLAND |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: BANK J. SAFRA SARASIN LTD., C/O CRAVATH, SWAINE & MOORE LLP - ATTN MR. TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | MRS. ST. SWEENEY, C/O KWJS & S, 200 WEST 41ST STREET, 17TH FLOOR, NEW YORK, NY 10036 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O GOLDMAN, SACHS & CO./T.C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O GOLDMAN, SACHS & CO./T.C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O GOLDMAN, SACHS & CO./T.C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O GOLDMAN, SACHS & CO./T.C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, C/O GOLDMAN, SACHS & CO./T.C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, C/O GOLDMAN, SACHS & CO./T.C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, C/O GOLDMAN, SACHS & CO./T.C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, C/O GOLDMAN, SACHS & CO./T.C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, SOROS CAPITAL MGMT- THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| QPTF LLC | STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |

| Claim Name | Address Information |
|---|---|
| QUANTUM PARTNERS LP | JESSICA ETRA, ESQ. & RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | JESSICA ETRA, ESQ. & RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: JAY SCHOENFARBER, C/O SORORS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL, C/O SOROS FUND MANAGEMENT LLC, ATTN: JAY SCHOENFARBER, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | WILLKIE FARR & GALLAGHER LLP, ATTN: RICHARD CHOI, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | TRANSFEROR: RSCC ASSETS LLC, C/O SOROS FUND MANAGEMENT LLC, ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT., 250 WEST 55TH STREET, NEW YORK, NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: RSCC ASSETS LLC, C/O SOROS FUND MANAGEMENT LLC, ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT., 250 WEST 55TH STREET, NEW YORK, NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: RSCC ASSETS LLC, C/O SOROS FUND MANAGEMENT LLC, ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT., 250 WEST 55TH STREET, NEW YORK, NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: RSCC ASSETS LLC, C/O SOROS FUND MANAGEMENT LLC, ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT., 250 WEST 55TH STREET, NEW YORK, NY 10106 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| RSCC ASSETS LLC | STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL- ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O SOLUS ALTERNATIVE ASSET |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SOLUS OPPORTUNITIES FUND 1 LP | MANAGEMENT LP, ATTN: SOLUS COMPLIANCE, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |

**Total Creditor Count 139**