UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :    Chapter 11
In re:                                                         :
                                                               :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :
                                                               :
                    Debtors.                                   :
---------------------------------------------------------------x

### AMENDED ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST CERTAIN MORTGAGE LOAN SELLERS

Upon the motion of Lehman Brothers Holdings Inc. for Leave to Amend and Extend the Scope of the Alternative Dispute Resolution Procedures Orders For Indemnificaiton Claims of the Debtors Against Mortgage Loan Sellers, dated October 1, 2018 [Docket No. 58858] (the "Motion"),[1] of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator, for the amendment of, *inter alia*, Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Certain Mortgage Loan Sellers, dated July 28, 2015 [Docket No. 50465] (the "Modified ADR Order"), applicable to Sellers Amerifirst Financial Corp./Amerifirst Home Mortgage, Broadview Mortgage Corp., First California Mortgage, First Option Mortgage, LLC, Gateway Funding Diversified Mortgage Services, LP, Loan Simple, Inc. f/k/a Ascent Home Loans, Inc., New Fed Mortgage Corp., PERL Mortgage, Inc., Republic Mortgage Home Loans, LLC, Simonich Corp. d/b/a Commerce Mortgage, Sterling National Mortgage Company, Inc., Sun American Mortgage Co., WR Starkey Mortgage, LLP and Arlington Capital Mortgage Corp., in the chapter 11 cases of LBHI and its affiliated debtors (collectively, the "Debtors"), all as more fully described in the Motion; and certain of those Sellers having filed multiple

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

objections and/or joinders in objections to the Motion on October 23, 2018 (collectively, the "Objections"); and the hearing on the Motion and the Objections having been held on October 29, 2018; and the parties have conferred and agreed to the modified Indemnification ADR Procedures set forth below, now, therefore,

**IT IS HEREBY FOUND AND DETERMINED THAT THE MODIFIED ADR ORDER IS AMENDED AS FOLLOWS:**

A.  The Indemnification ADR Procedures are expanded to include Indemnification Claims arising from this Court's order estimating certain RMBS Trustees' allowed claims in LBHI's bankruptcy case [Docket No. 57785] and the allowance of certain RMBS Trustees' claims that were settled in the ordinary course of business.

B.  Ira Herman will no longer be included as a potential mediator.

C.  Schedule A of the Modified ADR Order is supplemented to include the following mediators:

| Mediator | Contact information |
| --- | --- |
| John Kenney | Hoguet Newman Regal & Kenney, LLP<br>One Grand Central Place<br>60 E 42nd St., 48th Floor<br>New York, New York 10017<br>Tel: (212) 689-8808<br>Email: jkenney@hnrklaw.com |
| Jon Landers | Scarola Zubatov Schaffzin PLLC<br>1700 Broadway, 41st fllor<br>New York, New York 10019<br>Tel: (212) 757-0007<br>Email: jonathan.landers@szslaw.com |

| Monica McCabe | Phillips Nizer LLP<br>485 Lexington Avenue<br>New York, New York 10017<br>Tel: (212) 841-0713<br>Email: mmccabe@phillipsnizer.com |
|---|---|
| Dan Murdock | Daniel R. Murdock, Esq.<br>90 Horton Street<br>City Island, New York 10464<br>Tel: (914) 738-1486 (landline)<br>danielrmurdock@outlook.com |
| Debbie Reperowitz | Stradley Ronon<br>100 Park Avenue, Suite 2000<br>New York, New York 10017<br>Tel: (212) 812-4138<br>Email: dreperowitz@stradley.com |
| Hon. Donold H. Steckroth (Ret.) | Cole Schotz P.C.<br>1325 Avenue of the Americas<br>19th Floor<br>New York, New York 10019<br>Tel: (212)-752-8000<br>Email: dsteckroth@coleschotz.com |

D.  All other aspects of the Modified ADR Order shall remain in effect.

**IT IS SO ORDERED:**

December 19, 2018
New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE