B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re: Lehman Brothers Holdings Inc., *et al.*, Debtors

Case No. 08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
Lloyds Bank Corporate Markets plc

Name of Transferor
Lloyds Bank plc

Name and Address where notices to transferee should be sent:
Greg McEneny
General Counsel
Lloyds Bank Corporate Markets plc
10 Gresham Street
London EC2V 7AE

Court Claim #: 17733
Amount of Claim (as filed): $414,180.00
Date Claim Filed: 9/18/2009
Debtor: Lehman Brothers Holdings Inc.

Phone: +44 207 158 1354
Last Four Digits of Acct #: 1348

Name and Address where transferee payments should be sent (if different from above):

Phone: +44 207 158 1354
Last Four Digits of Acct #: 1348

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 19 December 2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

LLOYDS BANK PLC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred, and assigned to LLOYDS BANK CORPORATE MARKETS PLC ("Buyer"), all right, title, and interest in and to the claims of Seller against Lehman Brothers Holdings Inc. ("Debtor") in the amount of $414,180.00 (the "Assigned Claim") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Case No. 08-13555 (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. Seller further directs the Debtor, the Bankruptcy Court, and all other interested parties to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim, to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the 19TH day of December, 2018.

**LLOYDS BANK PLC**

By: _____
    Name:
    Title:

**LLOYDS BANK CORPORATE MARKETS PLC**

By: _____
    Name:
    Title: