Pg 1 of 5

 **UBS**



**UBS AG**
Europastrasse 2
8152 Opfikon
Switzerland

OQ9C / O5GC-248
INFO MGMT / HEDGE FUNDS / DEFAULT
Stephan Gfeller

+41 44 235 62 83
stephan.gfeller@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

# Message

December 03, 2018

**subject**  **Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of          Attention: Clerk of the Court

you are receiving      Evidence of partial transfer of claim: Luzerner Kantonalbank AG

☐ for your information       ☐ returned with thanks        ☐ please return
☒ for your records          ☐ please comment             ☒ please confirm receipt
☐ as agreed                ☐ please sign                ☒ please process
☐ please complete           ☐

Remarks
TOCE224.1  CHF 50'000.00  CH0027121034 - LBS NV
TOCE224.2  CHF 50'000.00  CH0036891361 - LBS NV

Transferor: Luzerner Kantonalbank AG / Claim Number(1): 58649.59 and Claim Number(2): 58649.59
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Stephan Gfeller
Associate Director

*Meine Bank*

 Luzerner
Kantonalbank

RECEIVED

DEC 17 2018

## EVIDENCE OF TRANSFER OF CLAIM

### TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Luzerner Kantonalbank AG, Pilatusstrasse 12, CH-6002 Luzern, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **UBS Switzerland AG, Bahnhofstrasse 45, 8001 Zuerich, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **58649.59**) in the amount of  **USD 18'135.35 (Allowed Claim Amount)** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ~~11th day of June, 2018~~. *4th day of December, 2018*

**Luzerner Kantonalbank AG**

By:

Name of person signing: Peter Felder            Josef Schuler
Title of person signing:   Vice President         Holder of Procuration

*TOCE224.1*





## SCHEDULE

### Lehman Programs Securities Related to Transferred Portion of Claim:

USD 18'135.35 (Allowed Claim Amount), together with interest, fees, expenses and other recoveries due

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim/Units related to Security |
|---|---|---|---|---|
| CH 0027121034 | 58649.59 | 10/30/2009 | Lehman Brothers ~~Treasury Co. B.V.~~ Securities N | USD 18'135.35(Allowed Claim Amount) CHF 50'000.00 (Nominal Amount) |

Blocking Number:

TOCE 224.1





**Luzerner Kantonalbank**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Luzerner Kantonalbank AG, Pilatusstrasse 12, CH-6002 Luzern, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **UBS Switzerland AG, Bahnhofstrasse 45, 8001 Zuerich, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **58649.59**) in the amount of **USD 31'484.56 (Allowed Claim Amount)** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ~~11th day of June, 2018~~. *4th day of December, 2018*

Luzerner Kantonalbank AG

By:

Name of person signing: Peter Felder          Josef Schuler
Title of person signing:   Vice President        Holder of Procuration

*TOCE224.2*





## SCHEDULE

### Lehman Programs Securities Related to Transferred Portion of Claim:

USD 31'484.56 (Allowed Claim Amount), together with interest, fees, expenses and other recoveries due

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim/Units related to Security |
|---|---|---|---|---|
| CH 0036891361 | 58649.59 | 10/30/2009 | Lehman Brothers ~~Treasury Co. B.V.~~ Securities M~~ | USD 31'484.56(Allowed Claim Amount) CHF 50'000.00 (Nominal Amount) |

Blocking Number:

TOCE224.2