FILED / RECEIVED
DEC 06 2018
EPIQ

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holding Inc., et al., Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Edmond de Rothschild (Monaco)
Name of Transferee

Name and Address where notices to transferee should be sent: Les Terrasses
2 avenue de Monte-Carlo
98000 Monaco (Principality of)

Phone: 00.377.93.10.47.65
Last Four Digits of Acct #: ________

Name and Address where transferee payments should be sent (if different from above):

Phone: ________
Last Four Digits of Acct #: ________

Union Bancaire Privée, UBP SA
Name of Transferor

Court Claim # (if known): 0000055499
Amount of Claim: $364,635.84
Date Claim Filed: 10/29/2009

Phone: +41.58.819.3428
Last Four Digits of Acct. #: ________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: P. Albergucci C. Vier Date: 12/05/2018
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


EXPRESS ENVELOPE
IntraShip (7.4) / *17-1409*
XPD
DHL
Origin
NCE
From Edmond de Rothschild (Monaco)
MC +37793104765
LES TERRASSES
2 AV. DE MONTE CARLO
98000 MONACO
FR France
To
EPIQ BANKRUPTCY SOLUTIONS LLC
LEHMAN BROTHERS CLAIMS
THIRD AVENUE 757
LEHMAN BROTHERS HOLD CLAIM
PRO
3 RD FLOOR
10017 NEW YORK New York
US United States of America
Phone:
+1 503-597-769
1
US-ZYP-TSS
Day
Time
Ref code 8169590-CLAIM
Account No 220112354
Piece Weight: 0.3 kg
Pickup date: 2018-12-05
Piece
1/1
Content / Commerce Control Statement / RC
Document
WAYBILL 35 2181 6852
(2L)US10017+52000000
(J)JD01 4600 0063 0137 1390
FILED / RECEIVED
DEC 06 2018
EPIQ