# St.Galler Kantonalbank

Telefon: +41 71 231 31 31
Fax: +41 71 231 32 32
Internet: www.sgkb.ch

**Hauptsitz**

St.Galler Kantonalbank AG
St. Leonhardstrasse 25
Postfach
9001 St. Gallen


RECEIVED DEC 17 2018 U.S. BANKRUPTCY COURT S.D. OF NEW YORK

**By Courier**
United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc
One Bowling Green
New York, NY 10004-1408
USA

Date: 12/14/2018
u/Ref: Sfca
Phone-No.: +41 71 231 34 13 / Anina Zürcher
E-Mail: anina.zuercher@sgkb.ch

## Claim Transfer

Dear Sir or Madam,

Enclosed you receive the forms "Evidence of Partial Transfer of Claim" and "210A".

Please feel free to contact the above mentioned phone number if you have any questions.

Thank you for your cooperation in advance.

Yours sincerely,

St.Galler Kantonalbank AG

Pascal Schmid
Member of Management

Anina Zürcher
Member of Management

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.              Case No.: __(JMP)__
                                                     Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>St.Galler Kantonalbank AG | Name of Transferor:<br>UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br>St.Galler Kantonalbank AG<br>St. Leonhardstrasse 25<br>9001 St. Gallen<br>Anina Zürcher / Sfca<br>anina.zuercher@sgkb.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br>CHF 5'000.00 | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

St.Galler Kantonalbank AG

By: _____Pascal Schmid_____          Date: _14. December 2018_
   St.Galler Kantonalbank
   ppA. _____Anina Zürcher_____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Securities NV | XS0326427480 | LBS NV | LBH Inc. | CHF 5'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

St.Galler Kantonalbank
St. Leonhardstrasse 25
9001 St. Gallen
Anina Zürcher / Sfca
anina.zuercher@sgkb.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December 14, 2018.

UBS AG
Transferor

By: _____
    Name: Stephan Gfeller
    Title: Associate Director

By: _____
    Name: Cristoforo Pavone
    Title: Associate Director

ACKNOWLEDGED BY:

St. Galler Kantonalbank AG

By: _____
    Name: