# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Guild Mortgage Company individually and as successor in interest to Liberty Financial Group, Inc.**

Loan Purchase Agreement, dated October 30, 2003

Broker Agreement, dated December 8, 2004

Loan Purchase Agreement, dated January 14, 2005