# EXHIBIT B

**EXHIBIT B**

Guild Mortgage Company individually and as successor in interest to Liberty Financial Group, Inc.

| Company | Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|---|
| Liberty Financial Group, Inc. | 0018656462 | 18656462 | MISREP - DEBTS | | | $ 45,341.63 |
| Liberty Financial Group, Inc. | 0031150998 | 31150998 | MISREP - INCOME/EMPLOY | | | $ 95,962.06 |
| Liberty Financial Group, Inc. | 0031574403 | 31574403 | MISREP - INCOME/EMPLOY | | | $ 117,491.20 |
| Liberty Financial Group, Inc. | 0031680135 | 31680135 | DOCUMENTATION | | | $ 67,824.70 |
| Liberty Financial Group, Inc. | 0032704926 | 32704926 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 309,581.50 |
| Liberty Financial Group, Inc. | 0032747917 | 32747917 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 97,639.11 |
| Liberty Financial Group, Inc. | 0032749343 | 32749343 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ 151,238.20 |
| Liberty Financial Group, Inc. | 0032796005 | 32796005 | MISREP - INCOME/EMPLOY | | | $ 152,368.20 |
| Liberty Financial Group, Inc. | 0032819682 | 32819682 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ 108,232.90 |
| Liberty Financial Group, Inc. | 0032819807 | 32819807 | MISREP - INCOME/EMPLOY | | | $ 54,064.64 |
| Liberty Financial Group, Inc. | 0032820094 | 32820094 | UW - OTHER | | | $ 63,027.98 |
| Liberty Financial Group, Inc. | 0032863854 | 32863854 | OTHER | | | $ 159,603.70 |
| Liberty Financial Group, Inc. | 0032863920 | 32863920 | MISREP - DEBTS | | | $ 118,743.80 |
| Liberty Financial Group, Inc. | 0033170077 | 33170077 | MISREP - OCCUPANCY | | | $ 56,066.51 |
| Liberty Financial Group, Inc. | 0033422916 | 33422916 | MISREP - DEBTS | | | $ 65,471.06 |
| Liberty Financial Group, Inc. | 0033465402 | 33465402 | UW - OTHER | UW - OTHER | | $ 134,678.00 |
| Liberty Financial Group, Inc. | 0033479569 | 33479569 | UW - OTHER | DOCUMENTATION | | $ 508,604.70 |
| Liberty Financial Group, Inc. | 0033602608 | 33602608 | UW - OTHER | | | $ 286,645.90 |
| Liberty Financial Group, Inc. | 0033811332 | 33811332 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ 55,293.43 |
| Guild Mortgage Company | 0036491439 | 36491439 | DOCUMENTATION | DOCUMENTATION | UW - OTHER | $ 50,108.02 |
| Guild Mortgage Company | 0037002805 | 37002805 | MISREP - DEBTS | | | $ 159,070.90 |
| Guild Mortgage Company | 0037002847 | 37002847 | UW - OTHER | | | $ 13,606.69 |
| Guild Mortgage Company | 0037370954 | 37370954 | DOCUMENTATION | | | $ 57,992.53 |
| Guild Mortgage Company | 0037969219 | 37969219 | DOCUMENTATION | | | $ 53,840.07 |
| Guild Mortgage Company | 0038561973 | 38561973 | UW - OTHER | MISREP - DEBTS | MISREP - OCCUPANCY | $ 150,502.80 |
| Liberty Financial Group, Inc. | 0040000051 | 40000051 | MISREP - DEBTS | | | $ 112,873.40 |
| Liberty Financial Group, Inc. | 0040125106 | 40125106 | MISREP - OCCUPANCY | | | $ 273,504.70 |
| Liberty Financial Group, Inc. | 0040213951 | 40213951 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - DEBTS | $ 49,726.97 |
| Liberty Financial Group, Inc. | 0040223174 | 40223174 | MISREP - INCOME/EMPLOY | | | $ 56,985.82 |
| Liberty Financial Group, Inc. | 0040432353 | 40432353 | MISREP - DEBTS | | | $ 126,632.10 |
| Liberty Financial Group, Inc. | 0040526634 | 40526634 | MISREP - INCOME/EMPLOY | | | $ 23,784.64 |
| Guild Mortgage Company | 0045347408 | 45347408 | DOCUMENTATION | | | $ 163,373.40 |
| | | | | | **TOTAL** | **$ 3,939,881.26** |

EXHIBIT B