# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**American Bank and Congressional Bancshares, Inc. (successor-in-interest)**

Loan Purchase Agreement, dated April 19, 2001