# EXHIBIT B

**EXHIBIT B**

AMERICAN BANK and CONGRESSIONAL BANCSHARES, INC. (successor-in-interest)

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0033349838 | 33349838 | MISREP - INCOME/EMPLOY | | | $ 137,882.40 |
| 0033349846 | 33349846 | MISREP - INCOME/EMPLOY | | | $ 28,524.01 |
| 0033615980 | 33615980 | MISREP - DEBTS | | | $ 879,590.80 |
| 0033750878 | 33750878 | MISREP - INCOME/EMPLOY | | | $ 11,039.49 |
| 0040007106 | 40007106 | MISREP - DEBTS | | | $ 406,706.40 |
| 0040021172 | 40021172 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | OTHER | $ 103,149.20 |
| 0040044919 | 40044919 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 312,444.90 |
| 0040170276 | 40170276 | MISREP - DEBTS | | | $ 368,813.60 |
| 0040207060 | 40207060 | UW - OTHER | MISREP - DEBTS | | $ 285,841.60 |
| 0040237968 | 40237968 | UW - OTHER | MISREP - DEBTS | | $ 373,140.80 |
| 0040265092 | 40265092 | MISREP - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | $ 19,078.97 |
| 0040297970 | 40297970 | MISREP - INCOME/EMPLOY | | | $ 255,977.10 |
| 0040314239 | 40314239 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 209,090.00 |
| 0040326886 | 40326886 | MISREP - INCOME/EMPLOY | | | $ 318,493.30 |
| 0040339590 | 40339590 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 596,129.00 |
| 0040375909 | 40375909 | MISREP - INCOME/EMPLOY | | | $ 239,928.30 |
| 0040385544 | 40385544 | MISREP - INCOME/EMPLOY | | | $ 143,378.10 |
| 0040597320 | 40597320 | UW - OTHER | | | $ 573,274.90 |
| 0040654105 | 40654105 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 371,458.30 |
| 0040756066 | 40756066 | OTHER | | | $ 340,521.00 |

**TOTAL** $ 5,974,462.17

**EXHIBIT B**