**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | : Case No. 08-13555 (SCC) |
| | : (Jointly Administered) |
| Debtors. | : |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE THAT Jeanne P. Darcey, of the law firm of Sullivan & Worcester LLP, hereby withdraws her appearance as counsel for U.S. Bank National Association, as trustee, and hereby further requests removal from the electronic docket in this case. Amy A. Zuccarello, of Sullivan & Worcester LLP will continue as counsel for U.S. Bank National Association.

Dated: Boston, Massachusetts
        December 21, 2018

**SULLIVAN & WORCESTER LLP**

*/s/ Jeanne P. Darcey*
Jeanne P. Darcey
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
Tel: (617) 338-2800
Fax: (617) 338-2880
jdarcey@sandw.com

### CERTIFICATE OF SERVICE

I certify that on this date, the foregoing Notice of Withdrawal of Appearance was served by the Court's ECF System upon all registered CM/ECF participants.

/s/ *Jeanne P. Darcey*

{B2359445; 1}