UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

LEHMAN BROTHERS HOLDINGS INC., et al.

Chapter 11
Case No. 08-13555 (SCC)

Debtors.
-----------------------------------------------------------------x

**ORDER ON MOTION OF FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS FOR SUBSTITUTION OF AGENT FOR RECEIPT OF DISTRIBUTIONS**

Upon the motion (the "Motion")[1] of Fondo de Proteccion Social de los Depositos Bancarios, f/k/a Fondo de Proteccion Social de los Depositos Bancarios y Proteccion Bancaria ("FOGADE"), for entry of an order (i) substituting PUTERMAN for EJFS as FOGADE's agent for receipt of all distributions and/or payments made to and/or on behalf of FOGADE in the above-captioned proceedings; (ii) directing the duly-appointed claims agent to cause the claims register to be updated to reflect PUTERMAN as the sole agent of record for FOGADE's claims in these proceedings; (iii) authorizing and directing the Trustees and Plan Administrators to distribute all amounts due in connection with FOGADE's claims to PUTERMAN, as agent for FOGADE; and (iv) granting FOGADE such other and further relief as to this Court seems just and proper; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having found that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing thereof, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1

ORDERED that the relief requested in the Motion be, and hereby is, GRANTED as provided herein; and it is further

ORDERED that PUTERMAN is hereby substituted as FOGADE's agent for receipt of all distributions and/or payments made to and/or on behalf of FOGADE in the above-captioned proceedings; and it is further

ORDERED that the duly-appointed claims agent is authorized and directed to cause the respective claims registers to be updated to reflect that PUTERMAN is the agent for the claims numbered 62726, 62722 and 64729 (the "Claims"); and it is further

ORDERED that the Plan Administrator for Lehman Brothers Holdings Inc. (the "Plan Administrator") is authorized and directed to distribute all amounts due in connection with the Claims to PUTERMAN as agent for FOGADE at such times as the Plan Administrator makes distributions to similarly situated claimants, provided that PUTERMAN completes and returns any tax forms and other documentation required to be received by the Plan Administrator prior to the effectuation of such payment(s); and it is further

ORDERED that the Plan Administrator, and any parties claiming thereunder, and all professionals and employees of the Plan Administrator, are relieved and discharged from any and all liability with respect to the Claims, or any money or assets that form the basis for the Claims, to any other persons who claim or may claim an interest, beneficial or legal, in the Claims or any money or assets that form the basis for such Claims, for any distribution to PUTERMAN subsequent to the date of entry of this Order; and it is further

ORDERED that this Order shall be effective and enforceable immediately upon entry and shall constitute a final order within the meaning of 28 U.S.C. § 158(a). To the extent applicable, Bankruptcy Rule 6004(h) is hereby waived; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

December 21, 2018

New York, New York

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge
