B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**

Case No. 08-13555 (SCC)
(jointly administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Banc of America Credit Products, Inc.**
Name of Transferee

**Värde Investment Partners, L.P.**
Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known):   see attached
Total Amount of Claim Transferred:
USD $ see attached

Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036
Attn: Ryan Weddle / Ante Jakic
Telephone: (646) 855-7450
Fax: (646) 834-9780 / (804) 264-1108
E-mail: ryan.weddle@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Seth Denson                            Date:        12/21/2018
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk, United States Bankruptcy Court, Southern District of New York

**Värde Investment Partners, L.P.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Banc of America Credit Products, Inc.** ("Buyer"), all of Seller's rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.**, having the Claim Numbers in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| # | LBHI Claim # | Transferred Claim Amount |
|---|---|---|
| 1 | 12171 | $863,360.00 |
| 2 | 16839 | $794,000.00 |
| 3 | 26204 | $806,993.00 |
| 4 | 66108 | $1,638,700.38 |
| 5 | 22194 | $465,552.00 |
| 6 | 24530 | $1,466,739.00 |
| 7 | 12489 | $1,282,638.41 |
| 8 | 21893 | $3,963,000.00 |
| 9 | 33525 | $3,767,000.00 |
| 10 | 15883 | $2,463,216.00 |
| 11 | 15885 | $536,784.00 |
| 12 | 15885 | $971,470.00 |
| 13 | 66094 | $3,336,027.00 |
| 14 | 26221 | $2,792,311.84 |
| 15 | 66953 | $1,650,000.00 |
| 16 | 33597 | $2,901,953.13 |
| 17 | 33172 | $4,000,000.00 |
| 18 | 66096 | $5,460,726.95 |
| 19 | 19537 | $611,513.41 |
| 20 | 19531 | $1,372,383.27 |
| 21 | 67359 | $562,926.99 |
| 22 | 19521 | $822,533.93 |
| 23 | 67358 | $739,294.81 |
| 24 | 23438 | $1,366,001.90 |
| 25 | 23436 | $1,455,346.40 |
| 26 | 23415 | $1,328,955.20 |
| 27 | 15173 | $5,522,000.00 |
| 28 | 21406 | $4,763,000.00 |
| 29 | 67269 | $4,300,000.00 |
| 30 | 20121 | $13,219,270.57 |
| 31 | 20121 | $2,774,180.35 |

| 32 | 20121 | $3,735,434.35 |
|----|-------|---------------|
| 33 | 20121 | $8,395,441.56 |
| 34 | 20121 | $8,632,562.94 |
| 35 | 21750 | $1,238,730.06 |
| | **Total** | **$100,000,047.45** |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

*[Signature Page Follows]*

119-2177/AGR/5720458.1

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of December  21 , 2018.

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: _____

Name:

Title:

Meredith R. Cral

Vice President

**VÄRDE INVESTMENT PARTNERS, L.P.**

By: Värde Investment Partners G.P., LLC, Its General Partner

By: Värde Partners, L.P., Its Managing Member

By: Värde Partners, Inc., Its General Partner

By: _____

Name:

Title:    Managing Member

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of December 21 , 2018.

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: _____
Name:
Title:

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., LLC, Its
General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____  Scott Hartman
Name:                                            Senior Managing Director
Title:    Managing Member