B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re Lehman Brothers Holdings Inc.,                           Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| HBK MASTER FUND L.P. | BANC OF AMERICA CREDIT PRODUCTS, INC. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    HBK Master Fund L.P.
    c/o HBK Services LLC
    2300 North Field Street, Suite 2200
    Dallas, TX 75201

Court Claim # (if known): Claim No. 12171

Amount of Claim Transferred: $863,360.00

Date Claim Filed: September 14, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone: (214) 758-6107
Last Four Digits of Acct #:N/A

Phone:
Last Four Digits of Acct #:N/A

Name and Address where transferee payments should be sent (if different from above):

Court Claim # (if known): Claim No. 12172

Amount of Claim Transferred: $863,360.00

Date Claim Filed: September 14, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 16839

Amount of Claim Transferred: $794,000.00
Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 13201

Amount of Claim Transferred: $794,000.00
Date Claim Filed: September 16, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 26204

Amount of Claim Transferred: $806,993.00
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 26201

Amount of Claim Transferred: $806,993.00
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 66108

Amount of Claim Transferred:
$1,638,700.38
Date Claim Filed: January 12, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 66107

Amount of Claim Transferred:
$1,638,700.38
Date Claim Filed: January 12, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 22194

Amount of Claim Transferred: $465,552.00

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 22195

Amount of Claim Transferred: $465,552.00
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 24530

Amount of Claim Transferred:
$1,466,739.00
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 24541

Amount of Claim Transferred:
$1,466,739.00
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 12489

Amount of Claim Transferred:
$1,282,638.41
Date Claim Filed: September 14, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 12490

Amount of Claim Transferred:
$1,282,638.41
Date Claim Filed: September 14, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:_____

Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 21893</u>

Amount of Claim Transferred:
<u>$3,963,000.00</u>

Date Claim Filed: <u>September 21, 2009</u>

Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____

Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 21894</u>

Amount of Claim Transferred:
<u>$3,963,000.00</u>

Date Claim Filed: <u>September 21, 2009</u>

Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____

Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 33525</u>

Amount of Claim Transferred:
<u>$3,767,000.00</u>

Date Claim Filed: <u>September 21, 2009</u>

Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____

Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 33527</u>

Amount of Claim Transferred:
<u>$3,767,000.00</u>

Date Claim Filed: <u>September 21, 2009</u>

Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____

Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 15883</u>

Amount of Claim Transferred:
<u>$2,463,216.00</u>

Date Claim Filed: <u>September 17, 2009</u>

Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:N/A_____

Court Claim # (if known): Claim No. 15884____

Amount of Claim Transferred:
$2,463,216.00_____
Date Claim Filed: September 17, 2009_____
Debtor: Lehman Brothers Holdings Inc._____

Phone:_____
Last Four Digits of Acct #:N/A_____

Court Claim # (if known): Claim No. 15885____

Amount of Claim Transferred:
$1,508,254.00_____
Date Claim Filed: September 17, 2009_____
Debtor: Lehman Brothers Holdings Inc._____

Phone:_____
Last Four Digits of Acct #:N/A_____

Court Claim # (if known): Claim No. 15886____

Amount of Claim Transferred:
$1,508,254.00_____
Date Claim Filed: September 17, 2009_____
Debtor: Lehman Brothers Holdings Inc._____

Phone:_____
Last Four Digits of Acct #:N/A_____

Court Claim # (if known): Claim No. 66094____

Amount of Claim Transferred:
$3,336,027.00_____
Date Claim Filed: January 12, 2010_____
Debtor: Lehman Brothers Holdings Inc._____

Phone:_____
Last Four Digits of Acct #:N/A_____

Court Claim # (if known): Claim No. 66095____

Amount of Claim Transferred:
$3,336,027.00_____
Date Claim Filed: January 12, 2010_____
Debtor: Lehman Brothers Holdings Inc._____

Phone:_____

Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 26221

Amount of Claim Transferred:
$2,792,311.84
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 26241

Amount of Claim Transferred:
$2,792,311.84
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 66953

Amount of Claim Transferred:
$1,650,000.00
Date Claim Filed: July 22, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 66952

Amount of Claim Transferred:
$1,650,000.00
Date Claim Filed: July 22, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 33597

Amount of Claim Transferred:
$2,901,953.13
Date Claim Filed: April 17, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 33600

Amount of Claim Transferred:
$2,901,953.13
Date Claim Filed: April 17, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 33172

Amount of Claim Transferred:
$4,000,000.00
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 33171

Amount of Claim Transferred:
$4,000,000.00
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 66096

Amount of Claim Transferred:
$5,460,726.95
Date Claim Filed: January 13, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 66097

Amount of Claim Transferred:
$5,460,726.95
Date Claim Filed: January 13, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): <u>Claim No. 19537</u>

Amount of Claim Transferred: <u>$611,513.41</u>
Date Claim Filed: <u>September 19, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 19526</u>

Amount of Claim Transferred: <u>$611,513.41</u>
Date Claim Filed: <u>September 19, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 19531</u>

Amount of Claim Transferred:
<u>$1,372,383.27</u>
Date Claim Filed: <u>September 19, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 19528</u>

Amount of Claim Transferred:
<u>$1,372,383.27</u>
Date Claim Filed: <u>September 19, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 67359</u>

Amount of Claim Transferred: <u>$562,926.99</u>
Date Claim Filed: <u>March 07, 2011</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 19530</u>

Amount of Claim Transferred: <u>$562,926.99</u>
Date Claim Filed: <u>September 19, 2009</u>

Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 19521

Amount of Claim Transferred: $822,533.93
Date Claim Filed: September 19, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 19533

Amount of Claim Transferred: $822,533.93
Date Claim Filed: September 19, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 67358

Amount of Claim Transferred: $739,294.81
Date Claim Filed: March 7, 2011
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 19538

Amount of Claim Transferred: $739,296.25
Date Claim Filed: September 19, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 23438

Amount of Claim Transferred:
$1,366,001.90
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): <u>Claim No. 23416</u>

Amount of Claim Transferred:
<u>$1,366,001.90</u>
Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 23436</u>

Amount of Claim Transferred:
<u>$1,455,346.40</u>
Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 23422</u>

Amount of Claim Transferred:
<u>$1,455,346.40</u>
Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 23415</u>

Amount of Claim Transferred:
<u>$1,328,955.20</u>
Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 23431</u>

Amount of Claim Transferred:
<u>$1,328,955.20</u>
Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): Claim No. 15173

Amount of Claim Transferred:
$5,522,000.00
Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 15176

Amount of Claim Transferred:
$5,522,000.00
Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 21406

Amount of Claim Transferred:
$4,763,000.00
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 21407

Amount of Claim Transferred:
$4,763,000.00
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 67269

Amount of Claim Transferred:
$4,300,000.00
Date Claim Filed: December 20, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 67268

Amount of Claim Transferred:
$4,300,000.00
Date Claim Filed: December 20, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 20121

Amount of Claim Transferred:
$36,756,889.77
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 20149

Amount of Claim Transferred:
$36,756,889.77
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 21750

Amount of Claim Transferred:
$1,238,730.06
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 21748

Amount of Claim Transferred:
$1,238,730.06
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J.R. Smith_____          Date: December 26, 2018_____

     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:      Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P.** ("Buyer"), all of Seller's rights, title and interest in and to the claims of Seller against **Lehman Brothers Special Financing Inc.**, having the Claim Numbers in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| # | LBSF Claim # | Transferred Claim Amount |
|---|---|---|
| 1 | 12172 | $863,360.00 |
| 2 | 13201 | $794,000.00 |
| 3 | 26201 | $806,993.00 |
| 4 | 66107 | $1,638,700.38 |
| 5 | 22195 | $465,552.00 |
| 6 | 24541 | $1,466,739.00 |
| 7 | 12490 | $1,282,638.41 |
| 8 | 21894 | $3,963,000.00 |
| 9 | 33527 | $3,767,000.00 |
| 10 | 15884 | $2,463,216.00 |
| 11 | 15886 | $536,784.00 |
| 12 | 15886 | $971,470.00 |
| 13 | 66095 | $3,336,027.00 |
| 14 | 26241 | $2,792,311.84 |
| 15 | 66952 | $1,650,000.00 |
| 16 | 33600 | $2,901,953.13 |
| 17 | 33171 | $4,000,000.00 |
| 18 | 66097 | $5,460,726.95 |
| 19 | 19526 | $611,513.41 |
| 20 | 19528 | $1,372,383.27 |
| 21 | 19530 | $562,928.99 |
| 22 | 19533 | $822,533.93 |
| 23 | 19538 | $739,296.25 |
| 24 | 23416 | $1,366,001.90 |
| 25 | 23422 | $1,455,346.40 |
| 26 | 23431 | $1,328,955.20 |
| 27 | 15176 | $5,522,000.00 |
| 28 | 21407 | $4,763,000.00 |
| 29 | 67268 | $4,300,000.00 |
| 30 | 20149 | $13,219,270.57 |

| 31 | 20149 | $2,774,180.35 |
|----|-------|---------------|
| 32 | 20149 | $3,735,434.35 |
| 33 | 20149 | $8,395,441.56 |
| 34 | 20149 | $8,632,562.94 |
| 35 | 21748 | $1,238,730.06 |
| | **Total** | **$100,000,050.89** |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claims to Buyer.

*[Signature Page Follows]*

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of December 21, 2018.

**Banc of America Credit Products, Inc.**                    **HBK Master Fund L.P.**

By: _____                    By: _____
Name:                                             Name:
Title:                                            Title:
       Meredith R. Smith
       Vice President

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of December  21 , 2018.

**Banc of America Credit Products, Inc.**

By: _____
Name:
Title:

**HBK Master Fund L.P.**          By: HBK Services LLC
                                  Investment Advisor

By: _____
Name:
Title: JK  Beauregard A. Fournet
        Authorized Signatory

EVIDENCE OF TRANSFER OF CLAIM

TO:      Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P.** ("Buyer"), all of Seller's rights, title and interest in and to the claims of Seller against **Lehman Brothers Holdings Inc.**, having the Claim Numbers in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| # | LBHI Claim # | Transferred Claim Amount |
|---|---|---|
| 1 | 12171 | $863,360.00 |
| 2 | 16839 | $794,000.00 |
| 3 | 26204 | $806,993.00 |
| 4 | 66108 | $1,638,700.38 |
| 5 | 22194 | $465,552.00 |
| 6 | 24530 | $1,466,739.00 |
| 7 | 12489 | $1,282,638.41 |
| 8 | 21893 | $3,963,000.00 |
| 9 | 33525 | $3,767,000.00 |
| 10 | 15883 | $2,463,216.00 |
| 11 | 15885 | $536,784.00 |
| 12 | 15885 | $971,470.00 |
| 13 | 66094 | $3,336,027.00 |
| 14 | 26221 | $2,792,311.84 |
| 15 | 66953 | $1,650,000.00 |
| 16 | 33597 | $2,901,953.13 |
| 17 | 33172 | $4,000,000.00 |
| 18 | 66096 | $5,460,726.95 |
| 19 | 19537 | $611,513.41 |
| 20 | 19531 | $1,372,383.27 |
| 21 | 67359 | $562,926.99 |
| 22 | 19521 | $822,533.93 |
| 23 | 67358 | $739,294.81 |
| 24 | 23438 | $1,366,001.90 |
| 25 | 23436 | $1,455,346.40 |
| 26 | 23415 | $1,328,955.20 |
| 27 | 15173 | $5,522,000.00 |
| 28 | 21406 | $4,763,000.00 |
| 29 | 67269 | $4,300,000.00 |
| 30 | 20121 | $13,219,270.57 |
| 31 | 20121 | $2,774,180.35 |

| 32 | 20121 | $3,735,434.35 |
|----|-------|---------------|
| 33 | 20121 | $8,395,441.56 |
| 34 | 20121 | $8,632,562.94 |
| 35 | 21750 | $1,238,730.06 |
| | **Total** | **$100,000,047.45** |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claims to Buyer.

*[Signature Page Follows]*

136871024v5

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of December ⎯21⎯, 2018.

**Banc of America Credit Products, Inc.**

By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Name:
Title:
         Meredith R Smith
         Vice President

**HBK Master Fund L.P.**

By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Name:
Title:

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of December 21 , 2018.

**Banc of America Credit Products, Inc.**

By: _____
Name:
Title:

**HBK Master Fund L.P.**      By: HBK Services LLC
Investment Advisor

By: _____
Name:
Title:      Beauregard A. Fournet
Authorized Signatory