**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:        **Chapter 11**
**In re**                                :
:        Case No. 08-13555 (SCC)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :
:        (Jointly Administered)
Debtors.   :
:        Ref. Docket Nos. 59076,
:        59106-59108, 59110, 59115,
:        59116, 59208-59218, 59220-
:        59229, 59232-59263, 59268,
---------------------------------------------------------------- x    59269

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 20, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated December 20, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
28th day of December, 2018
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000131688375 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000189793



APPALOOSA INVESTMENT L.P.1
TRANSFEROR: CREDIT SUISSE AG
ATTN: PETER DOUGHERTY
51 JFK PARKWAY, STE 250B
SHORT HILLS, NJ 07078

Please note that your claim # 22813-13 in the above referenced case and in the amount of $26,071,642.03 allowed at $7,039,587.70 has been transferred (unless previously expunged by court order)

AZTECA PARTNERS LLC
TRANSFEROR: APPALOOSA INVESTMENT L.P.1
C/O APPALOOSA LP- P. DOUGHERTY
51 JFK PARKWAY, SUITE 250B
SHORT HILLS, NJ 07078

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    59233    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/20/2018                Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 20, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, STE 250B, SHORT HILLS, NJ 07078 |
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, STE 250B, SHORT HILLS, NJ 07078 |
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, STE 250B, SHORT HILLS, NJ 07078 |
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, STE 250B, SHORT HILLS, NJ 07078 |
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, STE 250B, SHORT HILLS, NJ 07078 |
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, STE 250B, SHORT HILLS, NJ 07078 |
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, STE 250B, SHORT HILLS, NJ 07078 |
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, STE 250B, SHORT HILLS, NJ 07078 |
| ARNOLD, CHEUNG YIM WOON | TRANSFEROR: BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JR 1222, C/O BNP PARIBAS, HONG KONG BRANCH, ATTN: MS. TINNIA CHAN, 63/F, TWO INTERNATIONAL FINANCE CENTRE, 8 FINANCE STREET, CENTRAL HONG KONG   HONG KONG |
| AZTECA PARTNERS LLC | TRANSFEROR: APPALOOSA INVESTMENT L.P.1, C/O APPALOOSA LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| AZTECA PARTNERS LLC | TRANSFEROR: APPALOOSA INVESTMENT L.P.1, C/O APPALOOSA LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| AZTECA PARTNERS LLC | TRANSFEROR: APPALOOSA INVESTMENT L.P.1, C/O APPALOOSA LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| AZTECA PARTNERS LLC | TRANSFEROR: APPALOOSA INVESTMENT L.P.1, C/O APPALOOSA LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| AZTECA PARTNERS LLC | TRANSFEROR: THOROUGHBRED FUND LP, C/O APPALOOSA LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| AZTECA PARTNERS LLC | TRANSFEROR: THOROUGHBRED FUND LP, C/O APPALOOSA LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| AZTECA PARTNERS LLC | TRANSFEROR: THOROUGHBRED FUND LP, C/O APPALOOSA LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| AZTECA PARTNERS LLC | TRANSFEROR: THOROUGHBRED FUND LP, C/O APPALOOSA LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN   ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN   ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, 20149 MILAN   ITALY |
| BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: MR. MARIO MUSSO, VIA CAVOUR, N. 4, 12051 ALBA (CUNEO)   ITALY |
| BANCA IFIGEST S.P.A. | TRANSFEROR: BANCA AKROS SPA, ATTN: DR. ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, 50125 FIRENZE   ITALY |
| BANCO DI DESIO E DELLA BRIANZA S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: MAURIZIO MENGANA, VIA ROVAGNATI, 1, 20832 DESIO (MB)   ITALY |
| BANCO DI DESIO E DELLA BRIANZA S.P.A. | TRANSFEROR: CREDITO VALTELLINESE S.C., ATTN: STEFANIA MAZZONELLO, VIA ROVAGNATI, 1, 20832 DESIO (MB)   ITALY |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: UBS AG, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANQUE DE LUXEMBOURG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., 14, BOULEVARD ROYAL, L-2449 LUXEMBOURG   LUXEMBOURG |
| BANQUE DE LUXEMBOURG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., 14, BOULEVARD ROYAL, L-2449 |

| Claim Name | Address Information |
|---|---|
| BANQUE DE LUXEMBOURG | LUXEMBOURG   LUXEMBOURG |
| BNP PARIBAS JERSEY TRUST CORPORATION LIMITED (JR 1218) | IFC 1, THE ESPLANADE, ST. HELIER, JERSEY JE1 5BP CHANNEL ISLANDS |
| BNP PARIBAS JERSEY TRUST CORPORATION LIMITED (JR 1218) | MAYER BROWN LLP, ATTN: HOWARD S. BELTZER, ESQ., JEFFREY G. TOUGAS,, ESQ., CHRISTINE A. WALSH, ESQ., (COUNSEL TO BNP PARIBAS AND ITS AFFILIATES), 1675 BROADWAY, NEW YORK, NY 10019 |
| BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JR 1222 | IFC 1, THE ESPLANADE, ST. HELIER, JERSEY JE1 5BP CHANNEL ISLANDS |
| BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JR 1222 | MAYER BROWN LLP, ATTN: HOWARD S. BELTZER, ESQ., JEFFREY G. TOUGAS,, ESQ., CHRISTINE A. WALSH, ESQ., (COUNSEL TO BNP PARIBAS AND ITS AFFILIATES), 1675 BROADWAY, NEW YORK, NY 10019 |
| BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JT182 | IFC 1, THE ESPLANADE, ST. HELIER, JERSEY JE1 5BP CHANNEL ISLANDS |
| BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JT534 | IFC 1, THE ESPLANADE, ST. HELIER, JERSEY JE1 5BP CHANNEL ISLANDS |
| BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JT534 | MAYER BROWN LLP, ATTN: HOWARD S. BELTZER, ESQ., JEFFREY G. TOUGAS,, ESQ., CHRISTINE A. WALSH, ESQ., (COUNSEL TO BNP PARIBAS AND ITS AFFILIATES), 1675 BROADWAY, NEW YORK, NY 10019 |
| BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JT534 | IFC 1, THE ESPLANADE, ST. HELIER, JERSEY JE1 5BP CHANNEL ISLANDS |
| BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JT534 | MAYER BROWN LLP, ATTN: HOWARD S. BELTZER, ESQ., JEFFREY G. TOUGAS,, ESQ., CHRISTINE A. WALSH, ESQ., (COUNSEL TO BNP PARIBAS AND ITS AFFILIATES), 1675 BROADWAY, NEW YORK, NY 10019 |
| BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JT534 | IFC 1, THE ESPLANADE, ST. HELIER, JERSEY JE1 5BP CHANNEL ISLANDS |
| BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JT534 | MAYER BROWN LLP, ATTN: HOWARD S. BELTZER, ESQ., JEFFREY G. TOUGAS,, ESQ., CHRISTINE A. WALSH, ESQ., (COUNSEL TO BNP PARIBAS AND ITS AFFILIATES), 1675 BROADWAY, NEW YORK, NY 10019 |
| BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JT534 | IFC 1, THE ESPLANADE, ST. HELIER, JERSEY JE1 5BP CHANNEL ISLANDS |
| BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JT534 | MAYER BROWN LLP, ATTN: HOWARD S. BELTZER, ESQ., JEFFREY G. TOUGAS,, ESQ., CHRISTINE A. WALSH, ESQ., (COUNSEL TO BNP PARIBAS AND ITS AFFILIATES), 1675 BROADWAY, NEW YORK, NY 10019 |
| BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JT534 | IFC 1, THE ESPLANADE, ST. HELIER, JERSEY JE1 5BP CHANNEL ISLANDS |
| BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JT534 | MAYER BROWN LLP, ATTN: HOWARD S. BELTZER, ESQ., JEFFREY G. TOUGAS,, ESQ., CHRISTINE A. WALSH, ESQ., (COUNSEL TO BNP PARIBAS AND ITS AFFILIATES), 1675 BROADWAY, NEW YORK, NY 10019 |
| BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JT534 | IFC 1, THE ESPLANADE, ST. HELIER, JERSEY JE1 5BP CHANNEL ISLANDS |
| BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JT534 | MAYER BROWN LLP, ATTN: HOWARD S. BELTZER, ESQ., JEFFREY G. TOUGAS,, ESQ., CHRISTINE A. WALSH, ESQ., (COUNSEL TO BNP PARIBAS AND ITS AFFILIATES), 1675 BROADWAY, NEW YORK, NY 10019 |
| BPER BANCA S.P.A. | TRANSFEROR: CREDITO VALTELLINESE S.C., ATTN: PAOLO MAZZA, VIA SAN CARLO 8/20, 41121 MODENA   ITALY |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO   ITALY |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO   ITALY |
| CHEERING HOLDINGS LIMITED | TRANSFEROR: BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JT534, ATTN: MR. CHANDRA ASSUDAMAL VASWANI, 28/F FORTIS TOWER, 77-74 GLOUCESTER ROAD, WANCHAI, HONG KONG   HONG KONG |
| CHEERING HOLDINGS LIMITED | TRANSFEROR: BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JT534, ATTN: MR. CHANDRA ASSUDAMAL VASWANI, 28/F FORTIS TOWER, 77-74 GLOUCESTER ROAD, WANCHAI, |

| Claim Name | Address Information |
|---|---|
| CHEERING HOLDINGS LIMITED | HONG KONG  HONG KONG |
| CHEERING HOLDINGS LIMITED | TRANSFEROR: BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JT534, ATTN: MR. CHANDRA ASSUDAMAL VASWANI, 28/F FORTIS TOWER, 77-74 GLOUCESTER ROAD, WANCHAI, HONG KONG  HONG KONG |
| CHEERING HOLDINGS LIMITED | TRANSFEROR: BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JT534, ATTN: MR. CHANDRA ASSUDAMAL VASWANI, 28/F FORTIS TOWER, 77-74 GLOUCESTER ROAD, WANCHAI, HONG KONG  HONG KONG |
| CHEERING HOLDINGS LIMITED | TRANSFEROR: BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JT534, ATTN: MR. CHANDRA ASSUDAMAL VASWANI, 28/F FORTIS TOWER, 77-74 GLOUCHESTER ROAD, WANCHAI, HONG KONG  HONG KONG |
| CHEERING HOLDINGS LIMITED | TRANSFEROR: BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JT534, ATTN: MR. CHANDRA ASSUDAMAL VASWANI, 28/F FORTIS TOWER, 77-74 GLOUCESTER ROAD, WANCHAI, HONG KONG  HONG KONG |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| CREDIT AGRICOLE CARIPARMA S.P.A. | TRANSFEROR: CREDITO VALTELLINESE S.C., ATTN: SERVIZIO CONSULENZA ALLA RETE, VIA LA SPEZIA 138/A, 43126 PARMA  ITALY |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GIL GOLAN, 11 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: INTESA SANPAOLO S.P.A., ATTN: EFISIO BERTRAND, VIA EMILIA S. PIETRO 4, 42121 REGGIO EMILIA ITALY |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: UBI BANCA S.P.A., ATTN: EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, 42121 REGGIO EMILIA ITALY |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: UNIONE DI BANCHE ITALIANE SPA, ATTN: EFISIO BERTRAND, VIA EMILIA S. PIETRO 4, 42121 REGGIO EMILIA ITALY |
| CREDITO VALTELLINESE S.C. | ATTENTION: CINZIA GERNA, PIAZZA QUADRIVIO, 8, SONDRIO 23100 ITALY |
| CREDITO VALTELLINESE S.C. | ATTENTION: CINZIA GERNA, PIAZZA QUADRIVIO, 8, SONDRIO 23100 ITALY |
| CREDITO VALTELLINESE S.C. | ATTENTION: CINZIA GERNA, PIAZZA QUADRIVIO, 8, SONDRIO 23100 ITALY |
| CREDITO VALTELLINESE S.C. | ATTENTION: CINZIA GERNA, PIAZZA QUADRIVIO, 8, SONDRIO 23100 ITALY |
| CREDITO VALTELLINESE S.C. | ATTENTION: CINZIA GERNA, PIAZZA QUADRIVIO, 8, SONDRIO 23100 ITALY |
| CREDITO VALTELLINESE S.C. | ATTENTION: CINZIA GERNA, PIAZZA QUADRIVIO, 8, SONDRIO 23100 ITALY |
| CREDITO VALTELLINESE S.C. | ATTENTION: CINZIA GERNA, PIAZZA QUADRIVIO, 8, SONDRIO 23100 ITALY |
| GEBR. HALLWYLER AG, ROTHRIST | TRANSFEROR: CREDIT SUISSE, PERSONALFURSORGESTIFTUNG GEBR. HALLWYLER AG, C/O GEBR. HALLWYLER AG, BERNSTRASSE 177, 4852 ROTHRIST SWITZERLAND |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, C/O GOLDMAN, SACHS & CO./T.C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, C/O GOLDMAN, SACHS & CO./T.C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O GOLDMAN, SACHS & CO./T.C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O GOLDMAN, SACHS & CO./T.C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O GOLDMAN, SACHS & CO./T.C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O GOLDMAN, SACHS & CO./T.C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, C/O GOLDMAN, SACHS & CO./T.C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, C/O GOLDMAN, SACHS & CO./T.C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, ATTN: PAOLO POLLASTRI, VIA MONTEBELLO, 18, 20121 MILAN ITALY |
| INTESA SANPAOLO S.P.A. | ATTN: LUIGI FIORI CARONES, LEGAL DEPARTMENT, VIA VERDI 8, MILANO 20121 ITALY |
| LLOYDS BANK CORPORATE MARKETS PLC | TRANSFEROR: LLOYDS BANK PLC, ATTN: ANDREW FUGE, 3 BRYANT PARK (F/K/A 1095 AVENUE OF THE AMERICAS), NEW YORK, NY 10036 |
| LLOYDS BANK PLC | F/K/A LLOYDS TSB BANK PLC, ATTN: KEVIN P. MCKENDRY, 1095 AVENUE OF THE AMERICAS, 34TH FL, NEW YORK, NY 10036 |
| LLOYDS BANK PLC | LOVELLS LLP, ATTN: MATTHEW MORRIS, ESQ., 590 MADISON AVENUE, 7TH FLOOR, NEW YORK, NY 10022 |
| MACQUARIE BANK LIMITED | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD., ATTN: SHAUN GEMBALA, 125 WEST 55TH STREET, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | C/O SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD., ATTN: SHAUN GEMBALA, 125 WEST 55TH STREET, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | C/O SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PALOMINO FUND LIMITED | TRANSFEROR: CREDIT SUISSE AG, C/O APPALOOSA MGMT LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |

| Claim Name | Address Information |
| --- | --- |
| PALOMINO FUND LIMITED | TRANSFEROR: CREDIT SUISSE AG, C/O APPALOOSA MGMT LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| PALOMINO FUND LIMITED | TRANSFEROR: CREDIT SUISSE AG, C/O APPALOOSA MGMT LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| PALOMINO FUND LIMITED | TRANSFEROR: CREDIT SUISSE AG, C/O APPALOOSA MGMT LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| PALOMINO FUND LIMITED | TRANSFEROR: CREDIT SUISSE AG, C/O APPALOOSA MGMT LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| PALOMINO FUND LIMITED | TRANSFEROR: CREDIT SUISSE AG, C/O APPALOOSA MGMT LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| PALOMINO FUND LIMITED | TRANSFEROR: CREDIT SUISSE AG, C/O APPALOOSA MGMT LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| PALOMINO FUND LIMITED | TRANSFEROR: CREDIT SUISSE AG, C/O APPALOOSA MGMT LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| PALOMINO MASTER LTD. | TRANSFEROR: PALOMINO FUND LIMITED, C/O APPALOOSA LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| PALOMINO MASTER LTD. | TRANSFEROR: PALOMINO FUND LIMITED, C/O APPALOOSA LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| PALOMINO MASTER LTD. | TRANSFEROR: PALOMINO FUND LIMITED, C/O APPALOOSA LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| PALOMINO MASTER LTD. | TRANSFEROR: PALOMINO FUND LIMITED, C/O APPALOOSA LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| PALOMINO MASTER LTD. | TRANSFEROR: THOROUGHBRED MASTER LTD, C/O APPALOOSA LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| PALOMINO MASTER LTD. | TRANSFEROR: THOROUGHBRED MASTER LTD, C/O APPALOOSA LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| PALOMINO MASTER LTD. | TRANSFEROR: THOROUGHBRED MASTER LTD, C/O APPALOOSA LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| PALOMINO MASTER LTD. | TRANSFEROR: THOROUGHBRED MASTER LTD, C/O APPALOOSA LP- P. DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| SHAN, VINCI NG PUI | TRANSFEROR: BNP PARIBAS JERSEY TRUST CORPORATION LIMITED JT182, C/O BNP PARIBAS, HONG KONG BRANCH, ATTN: TINNIE CHAN, 63/F, TWO INTERNATIONAL FINANCE CENTRE, 8 FINANCE STREET, CENTRAL HONG KONG   HONG KONG |
| THOROUGHBRED FUND LP | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| THOROUGHBRED FUND LP | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| THOROUGHBRED FUND LP | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| THOROUGHBRED FUND LP | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| THOROUGHBRED FUND LP | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| THOROUGHBRED FUND LP | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| THOROUGHBRED FUND LP | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| THOROUGHBRED FUND LP | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| THOROUGHBRED MASTER LTD | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| THOROUGHBRED MASTER LTD | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |

| Claim Name | Address Information |
|---|---|
| THOROUGHBRED MASTER LTD | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| THOROUGHBRED MASTER LTD | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| THOROUGHBRED MASTER LTD | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| THOROUGHBRED MASTER LTD | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| THOROUGHBRED MASTER LTD | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| THOROUGHBRED MASTER LTD | TRANSFEROR: CREDIT SUISSE AG, ATTN: PETER DOUGHERTY, 51 JFK PARKWAY, SUITE 250B, SHORT HILLS, NJ 07078 |
| TRC MASTER FUND LLC | TRANSFEROR: MACQUARIE BANK LIMITED, C/O TR CAPITAL MANAGEMENT, LLC ; ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MACQUARIE BANK LIMITED, C/O TR CAPITAL MANAGEMENT, LLC ; ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| UBI BANCA S.P.A. | TRANSFEROR: BANCA DELLE MARCHE S.P.A., ATTN: NICOLETTA RAVASIO / SILVANA PISANI, PIAZZA VITTORIO VENETO N. 8, 24122 BERGAMO   ITALY |
| UBI BANCA S.P.A. | TRANSFEROR: BANCA DELLE MARCHE S.P.A., ATTN: NICOLETTA RAVASIO / SILVANA PISANI, PIAZZA VITTORIO VENETO N. 8, 24122 BERGAMO   ITALY |
| UBI BANCA S.P.A. | TRANSFEROR: BANCA DELLE MARCHE S.P.A., ATTN: NICOLETTA RAVASIO / SILVANA PISANI, PIAZZA VITTORIO VENETO N. 8, 24122 BERGAMO   ITALY |
| UNIONE DI BANCHE ITALIANE SPA | TRANSFEROR: BANCA POPOLARE DI MILANO S.C.P.A., ATTENTION: LUCA BONZANINI, AREA AFFARI LEGALI E CONTENZIOSO, PIAZZA V. VENETO N. 8, BERGAMO 24121 ITALY |
| UNIONE DI BANCHE ITALIANE SPA | TRANSFEROR: BANCA POPOLARE DI MILANO S.C.P.A., ATTENTION: LUCA BONZANINI, AREA AFFARI LEGALI E CONTENZIOSO, PIAZZA V. VENETO N. 8, BERGAMO 24121 ITALY |
| UNIONE DI BANCHE ITALIANE SPA | TRANSFEROR: BANCA POPOLARE DI MILANO S.C.P.A., ATTENTION: LUCA BONZANINI, AREA AFFARI LEGALI E CONTENZIOSO, PIAZZA V. VENETO N. 8, BERGAMO 24121 ITALY |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| YAM, MA HOK | TRANSFEROR: BNP PARIBAS JERSEY TRUST CORPORATION LIMITED (JR 1218), C/O SHING FAT BUILDING MATERIALS LTD., UNIT 1803-1806, 18/F, NATHAN CENTRE, 580G-580K, NATHA RD., KOWLOON, HONG KONG   HONG KONG |

**Total Creditor Count 182**