UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

                Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

**NOTICE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $9,100,000.00 of or an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"), of GRUSS DV MASTER FUND, LTD. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $9,100,000.00 | 26907 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $9,100,000.00 of or an undivided 100% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE:  **CITIGROUP FINANCIAL PRODUCTS INC.**

Address:  Citigroup Financial Products Inc.
390 Greenwich Street, 4th Floor
New York, NY 10013
Attn: Kenneth Keeley
Email: Kenneth.keeley@citi.com

Signature: _____ (DocuSigned by: BSBA, 4D05618B5CD9437...)
Name: _____
Title: _____
Date: _____

Brian S. Broyles - Authorized Signatory

ASSIGNOR:  **GRUSS DV MASTER FUND, LTD.**

By: Gruss Capital Management, LP, its Investment Manager

By: Gruss Capital Management, LLC, its General Partner

Signature: _____
Name: _____
Title: _____
Date: _____

-18-

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

## NOTICE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $9,100,000.00 of or an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"), of GRUSS DV MASTER FUND, LTD. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $9,100,000.00 | 26907 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $9,100,000.00 of or an undivided 100% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: **CITIGROUP FINANCIAL PRODUCTS INC.**
Address: Citigroup Financial Products Inc.
390 Greenwich Street, 4th Floor
New York, NY 10013
Attn: Kenneth Keeley
Email: Kenneth.keeley@citi.com

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNOR: **GRUSS DV MASTER FUND, LTD.**
By: Gruss Capital Management, LP, its Investment Manager

By: Gruss Capital Management, LLC, its General Partner

Signature: /s/ _____
Name: MICHAEL JULIANO
Title: AUTHORIZED SIGNATORY
Date: 12.26.2018

-18-

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
         Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
              Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 26907

**GRUSS DV MASTER FUND, LTD.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CITIGROUP FINANCIAL PRODUCTS INC.**, its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 26907, in the allowed amount of **$9,100,000.00** (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December 27, 2018.

| | |
|---|---|
| **CITIGROUP FINANCIAL PRODUCTS INC.** | **GRUSS DV MASTER FUND, LTD.**<br>By: Gruss Capital Management, LP, its Investment Manager<br>By: Gruss Capital Management, LLC, its General Partner |
| *DocuSigned by:* BS BA — 4D05618B5CD9437... | |
| By: _____<br>    Name:<br>    Title: | By: _____<br>    Name:<br>    Title: |

Brian S. Broyles – Authorized Signatory

-19-

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 26907

**GRUSS DV MASTER FUND, LTD.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CITIGROUP FINANCIAL PRODUCTS INC.**, its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 26907, in the allowed amount of $9,100,000.00 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December 27, 2018.

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____
Name:
Title:

**GRUSS DV MASTER FUND, LTD.**
By: Gruss Capital Management, LP., its Investment Manager
By: Gruss Capital Management, LLC, its General Partner

By: _____
Name: MICHAEL JULIANO
Title: AUTHORIZED SIGNATORY