**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
: Chapter 11
**In re** :
: Case No. 08-13555 (SCC)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 59271,
: 59272, 59273, 59274, 59277,
: 59278, 59279, 59280, 59281
: and 59282
------------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 24, 2018, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated December 24, 2018, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
3rd day of January, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

-2-

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfer Notices Processed 12-20 to 12-23_AFF_12-24-18.docx

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000131739162 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000062134



AURELIUS CAPITAL PARTNERS, L.P.
C/O AURELIUS CAPITAL MANAGEMENT, LP
535 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10022

Please note that your claim # 15636 in the above referenced case and in the amount of $3,385,594.00 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: AURELIUS CAPITAL PARTNERS, L.P.
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: RICH VICHAIDITH; 60 WALL ST.
NEW YORK, NY 10005

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    59271    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/24/2018                                 Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 24, 2018.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AURELIUS CAPITAL PARTNERS, L.P. | C/O AURELIUS CAPITAL MANAGEMENT, LP, 535 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10022 |
| AURELIUS CAPITAL PARTNERS, L.P. | C/O AURELIUS CAPITAL MANAGEMENT, LP, 535 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10022 |
| AURELIUS INVESTMENT, LLC | TRANSFEROR: AURELIUS CAPITAL MASTER LTD, C/O AURELIUS CAPITAL MANAGEMENT, LP, ATTN: PATRICK VANCE, 535 MADISON AVE., 22ND FLOOR, NEW YORK, NY 10022 |
| AURELIUS INVESTMENT, LLC | TRANSFEROR: AURELIUS CAPITAL MASTER LTD, C/O AURELIUS CAPITAL MANAGEMENT, LP, ATTN: PATRICK VANCE, 535 MADISON AVE., 22ND FLOOR, NEW YORK, NY 10022 |
| BANCA LEONARDO SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: BIAGIO OLIVA-ANNALISA ROMANO, VIA BROLETTO 46, MILANO 20121 ITALY |
| CASSA LOMBARDA S.P.A. | TRANSFEROR: BANCA LEONARDO SPA, ATTN: STEFANO BARCELLA, VIA MANZONI, 12, 20121 MILANO ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AURELIUS CAPITAL PARTNERS, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AURELIUS CAPITAL PARTNERS, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AURELIUS INVESTMENT, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AURELIUS INVESTMENT, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AURELIUS INVESTMENT, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AURELIUS CAPITAL PARTNERS, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AURELIUS INVESTMENT, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AURELIUS CAPITAL PARTNERS, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| EDMOND DE ROTHSCHILD (MONACO) | TRANSFEROR: LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF:, LES TERRACES, 2 AVENUE DE MONTE CARLO, 98000 MONACO MONACO |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| LLOYDS BANK CORPORATE MARKETS PLC | TRANSFEROR: LLOYDS BANK PLC, ATTN: GREG MCENENY, GENERAL COUNSEL, 10 GRESHAM STREET, LONDON EC2V 7AE UNITED KINGDOM |
| LLOYDS BANK PLC | F/K/A LLOYDS TSB BANK PLC, ATTN: TOM POUND, 10 GRESHAM STREET, 3RD FLOOR, LONDON EC2V 7AE UNITED KINGDOM |
| LLOYDS BANK PLC | ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: | MS. LAVINIA SAMUEL, 'LE SHAKESPEARE', 12 BLD PRINCESSE CHARLOTTE, MONACO MC 98000 MONACO |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: | LLYODS TSB BANK PLC, GENEVA BRANCH, ATTN: CORPORATE ACTIONS, PLACE BEL-AIR 1, GENEVA 11 1211 SWITZERLAND |
| LUZERNER KANTONALBANK AG | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., RECHTSDIENST & COMPLIANCE, PETER FELDER, PILATUSSTRASSE 42, LUZERN CH-6002 SWITZERLAND |
| ST. GALLER KANTONALBANK | TRANSFEROR: UBS AG, ATTN: ANINA ZURCHER / SFCA, ST. LEONHARDSTRASSE 25, 9001 ST. GALLEN SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |

| Claim Name | Address Information |
|---|---|
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS SWITZERLAND AG | TRANSFEROR: LUZERNER KANTONALBANK AG, BAHNHOFSTRASSE 45, CH-8001 ZURICH SWITZERLAND |

**Total Creditor Count 29**