**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                     :          **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,              :          **08-13555 (SCC)**
:
                                  **Debtors.**             :          **(Jointly Administered)**
:
------------------------------------------------------------------------x          **Ref. Docket No. 59304**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                                          ) ss.:
COUNTY OF NEW YORK        )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 27, 2018, I caused to be served the "Quarterly Financial Report as of October 4, 2018 Balance Sheets and Cash Flow Estimates," filed on December 27, 2018 [Docket No. 59304], by causing true and correct copies to be:

    a.  enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed in the annexed <u>Exhibit A</u>,

    b.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed <u>Exhibit B</u>, and

    c.  delivered via electronic mail to those parties listed in the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Wing Chan*
                                                    Wing Chan

Sworn to before me this
7th day of January, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
FCM Additional Party

FEDERAL RESERVE BANK OF PHILADELPHIA
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Overnight Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.lanza@dlapiper.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alexander.lorenzo@alston.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com

asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
christopher.greco@kirkland.com

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

| | |
|---|---|
| claude.montgomery@dentons.com | dgoldberg@hsgllp.com |
| clynch@reedsmith.com | dhayes@mcguirewoods.com |
| cohen@sewkis.com | dhealy@hsgllp.com |
| cp@stevenslee.com | dheffer@foley.com |
| cpappas@dilworthlaw.com | dhurst@coleschotz.com |
| cparyse@contrariancapital.com | dhw@dhclegal.com |
| craig.goldblatt@wilmerhale.com | diconzam@gtlaw.com |
| craigjustinalbert@gmail.com | djcarragher@daypitney.com |
| crmomjian@attorneygeneral.gov | djoseph@stradley.com |
| csalomon@beckerglynn.com | dkessler@ktmc.com |
| cschreiber@winston.com | dkozusko@willkie.com |
| cshore@whitecase.com | dlemay@chadbourne.com |
| cszyfer@stroock.com | dlipke@vedderprice.com |
| cwalsh@mayerbrown.com | dmark@kasowitz.com |
| cward@polsinelli.com | dmcguire@winston.com |
| cweiss@ingramllp.com | dmiller@steinlubin.com |
| dallas.bankruptcy@publicans.com | dmurray@jenner.com |
| dave.davis@isgria.com | dneier@winston.com |
| david.bennett@tklaw.com | dodonnell@milbank.com |
| david.s.cartee@delta.com | dpegno@dpklaw.com |
| david.livshiz@freshfields.com | draelson@fisherbrothers.com |
| david.powlen@btlaw.com | drosenzweig@fulbright.com |
| david.tillem@wilsonelser.com | drosner@goulstonstorrs.com |
| david.wender@alston.com | drosner@kasowitz.com |
| davids@blbglaw.com | dshaffer@wtplaw.com |
| davidwheeler@mvalaw.com | dspelfogel@foley.com |
| dbarber@bsblawyers.com | dsullivan@hsgllp.com |
| dbaumstein@whitecase.com | dtheising@harrisonmoberly.com |
| dbesikof@loeb.com | dwdykhouse@pbwt.com |
| dblack@hsgllp.com | dworkman@bakerlaw.com |
| dcimo@gjb-law.com | ebcalvo@pbfcm.com |
| dcoffino@cov.com | ecohen@russellinvestments.com |
| dcrapo@gibbonslaw.com | edelucia@hsgllp.com |
| ddavis@paulweiss.com | edward.flanders@pillsburylaw.com |
| ddunne@milbank.com | efisher@binderschwartz.com |
| deggermann@kramerlevin.com | efleck@milbank.com |
| deggert@freebornpeters.com | efriedman@fklaw.com |
| demetra.liggins@tklaw.com | efriedman@friedmanspring.com |
| dennis.tracey@hoganlovells.com | ekbergc@lanepowell.com |
| dfelder@orrick.com | eleicht@whitecase.com |
| dflanigan@polsinelli.com | ellen.halstead@cwt.com |

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

| | |
|---|---|
| emagnelli@bracheichler.com | james.berg@piblaw.com |
| emerberg@mayerbrown.com | james.mcclammy@dpw.com |
| enkaplan@kaplanlandau.com | james.sprayregen@kirkland.com |
| eobrien@sbchlaw.com | jamesboyajian@gmail.com |
| etillinghast@sheppardmullin.com | jamestecce@quinnemanuel.com |
| eweinick@otterbourg.com | jar@outtengolden.com |
| ezujkowski@emmetmarvin.com | jay.hurst@oag.state.tx.us |
| farrington.yates@kobrekim.com | jay@kleinsolomon.com |
| fcarruzzo@kramerlevin.com | jbeemer@entwistle-law.com |
| ffm@bostonbusinesslaw.com | jbrody@americanmlg.com |
| fhenn@law.nyc.gov | jbromley@cgsh.com |
| fhyman@mayerbrown.com | jcarberry@cl-law.com |
| foont@foontlaw.com | jchristian@tobinlaw.com |
| fsosnick@shearman.com | jdoran@haslaw.com |
| gabriel.delvirginia@verizon.net | jdwarner@warnerandscheuerman.com |
| gary.ravertpllc@gmail.com | jdyas@halperinlaw.net |
| gavin.alexander@ropesgray.com | jean-david.barnea@usdoj.gov |
| gbray@milbank.com | jeanites@whiteandwilliams.com |
| ggitomer@mkbattorneys.com | jeannette.boot@wilmerhale.com |
| ggoodman@foley.com | jeff.wittig@united.com |
| giddens@hugheshubbard.com | jeldredge@velaw.com |
| gkaden@goulstonstorrs.com | jennifer.demarco@cliffordchance.com |
| glenn.siegel@morganlewis.com | jennifer.gore@shell.com |
| gmoss@riemerlaw.com | jg5786@att.com |
| goldenberg@ssnylaw.com | jgenovese@gjb-law.com |
| gspilsbury@jsslaw.com | jguy@orrick.com |
| harrisjm@michigan.gov | jhiggins@fdlaw.com |
| harveystrickon@paulhastings.com | jhorgan@phxa.com |
| hbeltzer@chadbourne.com | jhuggett@margolisedelstein.com |
| heiser@chapman.com | jim@atkinslawfirm.com |
| hmagaliff@r3mlaw.com | jjureller@klestadt.com |
| holsen@stroock.com | jlamar@maynardcooper.com |
| hooper@sewkis.com | jlawlor@wmd-law.com |
| howard.hawkins@cwt.com | jlee@foley.com |
| hseife@chadbourne.com | jlevitin@cahill.com |
| hsnovikoff@wlrk.com | jlscott@reedsmith.com |
| hsteel@brownrudnick.com | jmaddock@mcguirewoods.com |
| irethy@stblaw.com | jmazermarino@msek.com |
| j.zelloe@stahlzelloe.com | jmelko@gardere.com |
| jacobsonn@sec.gov | jmerva@fult.com |
| jalward@blankrome.com | jmr@msf-law.com |

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

| | |
|---|---|
| jnm@mccallaraymer.com | kerry.moynihan@hro.com |
| john.beck@hoganlovells.com | kgwynne@reedsmith.com |
| john.goodchild@morganlewis.com | kiplok@hugheshubbard.com |
| john.monaghan@hklaw.com | kkelly@ebglaw.com |
| john.mule@state.mn.us | kkolbig@mosessinger.com |
| jonathan.goldblatt@bnymellon.com | klyman@irell.com |
| jonathan.henes@kirkland.com | klynch@formanlaw.com |
| jorbach@hahnhessen.com | kobak@hugheshubbard.com |
| joseph.cordaro@usdoj.gov | korr@orrick.com |
| joshua.dorchak@morganlewis.com | kovskyd@pepperlaw.com |
| jowen769@yahoo.com | kressk@pepperlaw.com |
| joy.mathias@dubaiic.com | kreynolds@mklawnyc.com |
| jpintarelli@mofo.com | krosen@lowenstein.com |
| jporter@entwistle-law.com | ksebaski@hsgllp.com |
| jprol@lowenstein.com | kurt.mayr@bgllp.com |
| jrabinowitz@rltlawfirm.com | kurt.rademacher@morganlewis.com |
| jrapisardi@omm.com | ladler@laniadlerpartners.com |
| jrosenthal@mhlawcorp.com | landon@slollp.com |
| jrsmith@hunton.com | lapeterson@foley.com |
| jschiller@bsfllp.com | lawallf@pepperlaw.com |
| jschwartz@hahnhessen.com | lawrence.gelber@srz.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com |
| jsherman@bsfllp.com | lee.stremba@troutmansanders.com |
| jshickich@riddellwilliams.com | lee.whidden@dentons.com |
| jsmairo@pbnlaw.com | lgomez@msek.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com |
| jtimko@shutts.com | lhandelsman@stroock.com |
| judy.morse@crowedunlevy.com | lisa.solomon@att.net |
| jvail@ssrl.com | ljkotler@duanemorris.com |
| jwcohen@daypitney.com | lkatz@ltblaw.com |
| jwest@velaw.com | lkiss@klestadt.com |
| jwh@njlawfirm.com | lmarinuzzi@mofo.com |
| jzulack@fzwz.com | lmcgowen@orrick.com |
| kanema@formanlaw.com | lnashelsky@mofo.com |
| karen.wagner@dpw.com | loizides@loizides.com |
| karl.geercken@alston.com | lperlman@hsgllp.com |
| kdwbankrupcydepartment@kelleydrye.com | lschweitzer@cgsh.com |
| keckhardt@hunton.com | lucdespins@paulhastings.com |
| keith.simon@lw.com | mabrams@willkie.com |
| kek@crb-law.com | maofiling@cgsh.com |
| ken.coleman@allenovery.com | marc.roitman@ropesgray.com |

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

| | |
|---|---|
| margolin@hugheshubbard.com | mitchell.berger@squirepb.com |
| mark.bane@ropesgray.com | mjedelman@vedderprice.com |
| mark.ellenberg@cwt.com | mjr1@westchestergov.com |
| mark.mckane@kirkland.com | mlahaie@akingump.com |
| mark.salzberg@squirepb.com | mlandman@lcbf.com |
| mark.sherrill@sutherland.com | mlichtenstein@crowell.com |
| maryann.gagliardi@wilmerhale.com | mlynch2@travelers.com |
| matt@willaw.com | mmorreale@us.mufg.jp |
| matthew.klepper@dlapiper.com | mneier@ibolaw.com |
| maustin@orrick.com | monica.lawless@brookfieldproperties.com |
| mbenner@tishmanspeyer.com | mpage@kelleydrye.com |
| mbienenstock@proskauer.com | mparry@mosessinger.com |
| mbloemsma@mhjur.com | mrosenthal@gibsondunn.com |
| mbossi@thompsoncoburn.com | mschimel@sju.edu |
| mcademartori@sheppardmullin.com | msegarra@mayerbrown.com |
| mcarthurk@sullcrom.com | mshiner@tuckerlaw.com |
| mccarthyj@sullcrom.com | mshuster@hsgllp.com |
| mcolomar@diazreus.com | msolow@kayescholer.com |
| mcordone@stradley.com | mspeiser@stroock.com |
| mcyganowski@oshr.com | mstamer@akingump.com |
| mdorval@stradley.com | munno@sewkis.com |
| meekchisholm@eaton.com | mvenditto@reedsmith.com |
| melorod@gtlaw.com | mwarner@coleschotz.com |
| meltzere@pepperlaw.com | mwarren@mtb.com |
| metkin@lowenstein.com | nathan.spatz@pillsburylaw.com |
| mfeldman@willkie.com | nbinder@binderschwartz.com |
| mgordon@briggs.com | nbojar@fklaw.com |
| mgreger@allenmatkins.com | ncoco@mwe.com |
| mh1@mccallaraymer.com | neal.mann@oag.state.ny.us |
| mhanin@kasowitz.com | ned.schodek@shearman.com |
| mhopkins@cov.com | neil.herman@morganlewis.com |
| michael.frege@cms-hs.com | neilberger@teamtogut.com |
| michael.kelly@monarchlp.com | ngueron@cgr-law.com |
| michael.krauss@faegrebd.com | nicholas.zalany@squirepb.com |
| michael.kraut@morganlewis.com | nissay_10259-0154@mhmjapan.com |
| michael.mccrory@btlaw.com | nlepore@schnader.com |
| michael.solow@apks.com | nlieberman@hsgllp.com |
| millee12@nationwide.com | notice@bkcylaw.com |
| miller@taftlaw.com | nyrobankruptcy@sec.gov |
| mimi.m.wong@irscounsel.treas.gov | otccorpactions@finra.org |
| mitchell.ayer@tklaw.com | paronzon@milbank.com |

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

| | |
|---|---|
| pbattista@gjb-law.com | russj4478@aol.com |
| pbosswick@ssbb.com | ryaspan@yaspanlaw.com |
| pdublin@akingump.com | sabin.willett@morganlewis.com |
| peisenberg@lockelord.com | sabramowitz@velaw.com |
| peter.gilhuly@lw.com | sabvanrooy@hotmail.com |
| peter.meisels@wilsonelser.com | sally.henry@skadden.com |
| peter.simmons@friedfrank.com | samuel.cavior@pillsburylaw.com |
| peter@bankrupt.com | scargill@lowenstein.com |
| pfeldman@oshr.com | schager@ssnylaw.com |
| pfinkel@wilmingtontrust.com | schannej@pepperlaw.com |
| phayden@mcguirewoods.com | schepis@pursuitpartners.com |
| pmaxcy@sonnenschein.com | schnabel.eric@dorsey.com |
| ppascuzzi@ffwplaw.com | schristianson@buchalter.com |
| psp@njlawfirm.com | scott.golden@hoganlovells.com |
| ptrostle@jenner.com | scottj@sullcrom.com |
| raj.madan@skadden.com | scottshelley@quinnemanuel.com |
| ramona.neal@hp.com | scousins@armstrongteasdale.com |
| rbeacher@pryorcashman.com | sdnyecf@dor.mo.gov |
| rbernard@foley.com | sehlers@armstrongteasdale.com |
| rbyman@jenner.com | sfalanga@thewalshfirm.com |
| rdaversa@orrick.com | sfineman@lchb.com |
| relgidely@gjb-law.com | sfox@mcguirewoods.com |
| rfriedman@silvermanacampora.com | sgordon@cahill.com |
| rgmason@wlrk.com | sgraziano@blbglaw.com |
| rgoodman@moundcotton.com | sgubner@ebg-law.com |
| rgraham@whitecase.com | sharbeck@sipc.org |
| rhett.campbell@tklaw.com | shari.leventhal@ny.frb.org |
| richard.lear@hklaw.com | shgross5@yahoo.com |
| richard@rwmaplc.com | skatona@polsinelli.com |
| rick.murphy@sutherland.com | sldreyfuss@hlgslaw.com |
| rleek@hodgsonruss.com | sleo@bm.net |
| rmatzat@hahnhessen.com | slerman@ebglaw.com |
| rnetzer@willkie.com | slerner@ssd.com |
| robert.honeywell@klgates.com | sloden@diamondmccarthy.com |
| robert.malone@dbr.com | smillman@stroock.com |
| robert.yalen@usdoj.gov | smulligan@bsblawyers.com |
| robin.keller@lovells.com | snewman@katskykorins.com |
| roger@rnagioff.com | sory@fdlaw.com |
| rpedone@nixonpeabody.com | squsba@stblaw.com |
| rrainer@wmd-law.com | sree@lcbf.com |
| rroupinian@outtengolden.com | sschultz@akingump.com |

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

sselbst@herrick.com

sstarr@starrandstarr.com

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

streusand@slollp.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuber@csglaw.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tgoren@mofo.com

tgrinsell@hsgllp.com

thenderson@americanmlg.com

thomas.califano@dlapiper.com

timothy.harkness@freshfields.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmm@mullaw.org

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

uitkin@kasowitz.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

william.hao@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@beckerglynn.com

wtaylor@mccarter.com

yuwatoko@mofo.com