**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (SCC)
 :
Debtors. : (Jointly Administered)
 :
------------------------------------------------------------------x Ref. Docket No. 59306

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 28, 2018, I caused to be served the "November 2018 Post-Effective Operating Report," dated December 28, 2018 [Docket No. 59306], by causing true and correct copies to be:

    a. enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed in the annexed Exhibit A,

    b. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit B, and

    c. delivered via electronic mail to those parties listed in the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
7th day of January, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
FCM Additional Party

FEDERAL RESERVE BANK OF PHILADELPHIA
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Overnight Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | asomers@rctlegal.com |
| aalfonso@willkie.com | aunger@sidley.com |
| abeaumont@fklaw.com | austin.bankruptcy@publicans.com |
| abraunstein@riemerlaw.com | avenes@whitecase.com |
| acaton@kramerlevin.com | bankruptcy@goodwin.com |
| adam.lanza@dlapiper.com | bankruptcy@morrisoncohen.com |
| adarwin@nixonpeabody.com | bankruptcy@ntexas-attorneys.com |
| adiamond@diamondmccarthy.com | bankruptcymatters@us.nomura.com |
| adk@msf-law.com | barbra.parlin@hklaw.com |
| aeckstein@blankrome.com | bbisignani@postschell.com |
| aentwistle@entwistle-law.com | bcarlson@co.sanmateo.ca.us |
| aglenn@kasowitz.com | bdemay@hsgllp.com |
| agold@herrick.com | bdk@schlamstone.com |
| aisenberg@saul.com | benjamin.mintz@apks.com |
| akadish@dtlawgroup.com | bguiney@pbwt.com |
| akolod@mosessinger.com | bmiller@mofo.com |
| alexander.lorenzo@alston.com | boneill@kramerlevin.com |
| allison.holubis@wilsonelser.com | brosenblum@jonesday.com |
| alum@ftportfolios.com | brotenberg@wolffsamson.com |
| amartin@sheppardmullin.com | broy@rltlawfirm.com |
| amcmullen@boultcummings.com | bruce.wright@sutherland.com |
| amh@amhandlerlaw.com | bsellier@rlrpclaw.com |
| andrew.brozman@cliffordchance.com | bstrickland@wtplaw.com |
| andrew.lourie@kobrekim.com | btrust@mayerbrown.com |
| andrewtenzer@paulhastings.com | bturk@tishmanspeyer.com |
| angelich.george@arentfox.com | bwolfe@sheppardmullin.com |
| angie.owens@skadden.com | cahn@clm.com |
| anthony_boccanfuso@aporter.com | canelas@pursuitpartners.com |
| aostrow@beckerglynn.com | cbelisle@wfw.com |
| appleby@chapman.com | cbelmonte@ssbb.com |
| aquale@sidley.com | cdesiderio@nixonpeabody.com |
| arainone@bracheichler.com | cfarley@mccarter.com |
| arancier@offitkurman.com | cgoldstein@stcwlaw.com |
| arheaume@riemerlaw.com | chad.husnick@kirkland.com |
| arosenblatt@chadbourne.com | chammerman@paulweiss.com |
| arthur.rosenberg@hklaw.com | charles@filardi-law.com |
| arwolf@wlrk.com | charles_malloy@aporter.com |
| aschwartz@homerbonner.com | chemrick@thewalshfirm.com |
| aseuffert@lawpost-nyc.com | chipford@parkerpoe.com |
| ashmead@sewkis.com | chris.donoho@hoganlovells.com |
| asnow@ssbb.com | christopher.greco@kirkland.com |

1

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

claude.montgomery@dentons.com
clynch@reedsmith.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.s.cartee@delta.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
david.wender@alston.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dblack@hsgllp.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com

dgoldberg@hsgllp.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dsullivan@hsgllp.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
ebcalvo@pbfcm.com
ecohen@russellinvestments.com
edelucia@hsgllp.com
edward.flanders@pillsburylaw.com
efisher@binderschwartz.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

| | |
|---|---|
| emagnelli@bracheichler.com | james.berg@piblaw.com |
| emerberg@mayerbrown.com | james.mcclammy@dpw.com |
| enkaplan@kaplanlandau.com | james.sprayregen@kirkland.com |
| eobrien@sbchlaw.com | jamesboyajian@gmail.com |
| etillinghast@sheppardmullin.com | jamestecce@quinnemanuel.com |
| eweinick@otterbourg.com | jar@outtengolden.com |
| ezujkowski@emmetmarvin.com | jay.hurst@oag.state.tx.us |
| farrington.yates@kobrekim.com | jay@kleinsolomon.com |
| fcarruzzo@kramerlevin.com | jbeemer@entwistle-law.com |
| ffm@bostonbusinesslaw.com | jbrody@americanmlg.com |
| fhenn@law.nyc.gov | jbromley@cgsh.com |
| fhyman@mayerbrown.com | jcarberry@cl-law.com |
| foont@foontlaw.com | jchristian@tobinlaw.com |
| fsosnick@shearman.com | jdoran@haslaw.com |
| gabriel.delvirginia@verizon.net | jdwarner@warnerandscheuerman.com |
| gary.ravertpllc@gmail.com | jdyas@halperinlaw.net |
| gavin.alexander@ropesgray.com | jean-david.barnea@usdoj.gov |
| gbray@milbank.com | jeanites@whiteandwilliams.com |
| ggitomer@mkbattorneys.com | jeannette.boot@wilmerhale.com |
| ggoodman@foley.com | jeff.wittig@united.com |
| giddens@hugheshubbard.com | jeldredge@velaw.com |
| gkaden@goulstonstorrs.com | jennifer.demarco@cliffordchance.com |
| glenn.siegel@morganlewis.com | jennifer.gore@shell.com |
| gmoss@riemerlaw.com | jg5786@att.com |
| goldenberg@ssnylaw.com | jgenovese@gjb-law.com |
| gspilsbury@jsslaw.com | jguy@orrick.com |
| harrisjm@michigan.gov | jhiggins@fdlaw.com |
| harveystrickon@paulhastings.com | jhorgan@phxa.com |
| hbeltzer@chadbourne.com | jhuggett@margolisedelstein.com |
| heiser@chapman.com | jim@atkinslawfirm.com |
| hmagaliff@r3mlaw.com | jjureller@klestadt.com |
| holsen@stroock.com | jlamar@maynardcooper.com |
| hooper@sewkis.com | jlawlor@wmd-law.com |
| howard.hawkins@cwt.com | jlee@foley.com |
| hseife@chadbourne.com | jlevitin@cahill.com |
| hsnovikoff@wlrk.com | jlscott@reedsmith.com |
| hsteel@brownrudnick.com | jmaddock@mcguirewoods.com |
| irethy@stblaw.com | jmazermarino@msek.com |
| j.zelloe@stahlzelloe.com | jmelko@gardere.com |
| jacobsonn@sec.gov | jmerva@fult.com |
| jalward@blankrome.com | jmr@msf-law.com |

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.goodchild@morganlewis.com
john.monaghan@hklaw.com
john.mule@state.mn.us
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrapisardi@omm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
kek@crb-law.com
ken.coleman@allenovery.com

kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@laniadlerpartners.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgomez@msek.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.roitman@ropesgray.com

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
maryann.gagliardi@wilmerhale.com
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcolomar@diazreus.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
meekchisholm@eaton.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanin@kasowitz.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.kraut@morganlewis.com
michael.mccrory@btlaw.com
michael.solow@apks.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com

mitchell.berger@squirepb.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mrosenthal@gibsondunn.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
mshuster@hsgllp.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neil.herman@morganlewis.com
neilberger@teamtogut.com
ngueron@cgr-law.com
nicholas.zalany@squirepb.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
nlieberman@hsgllp.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com

russj4478@aol.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

sselbst@herrick.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com

wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@beckerglynn.com
wtaylor@mccarter.com
yuwatoko@mofo.com