## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.,</u> Debtors.

Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Deutsche Bank AG, London Branch</u>
Name of Transferee

<u>Fifth Street Station LLC</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Attn: Rich Vichaidith
Email: richard.vichaidith@db.com

Court Claim # (if known): <u>28099</u>
Amount of Claim Transferred: <u>$7,432,000.00</u>
Date Claim Filed: <u>9/22/09</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:
Last Four Digits of Acct #: _____

Phone:_____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: December 31, 2018
      Name of Transferee/Transferee's Agent


By: _____                    Date: December 31, 2018
      Name of Transferee/Transferee's Agent


*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
   Attn:   Clerk of the Court

AND TO:   Lehman Brothers Special Financing Inc. ("Debtor")
   Case No. 08-13555 (SCC) (Jointly Administered)

Claim Number 28099

**FIFTH STREET STATION LLC**, its successors and assigns (collectively, "<u>Transferor</u>") hereby acknowledges that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

> **Deutsche Bank AG, London Branch**
> c/o Deutsche Bank Securities Inc.
> 60 Wall Street
> New York, New York 10005
> Attn: Rich Vichaidith
> Email: richard.vichaidith@db.com

its successors and assigns ("<u>Transferee</u>") all rights, title and interest in and to the claim of Transferor in the liquidated principal amount of **$7,432,000.00** (the "<u>Claim</u>") against Lehman Brothers Special Financing Inc., a Debtor in Case No. 08-13555 in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Claim to Transferee and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

DB3/ 201222824.3

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___December 31___ , 2018.

**Deutsche Bank AG, London Branch**

By: _____
     Name:
     Title:

By: _____
     Name:
     Title:

**Fifth Street Station LLC**

By: _____
     Name:
     Title:

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___December 31___, 2018.

**Deutsche Bank AG, London Branch**

By: _____
      Name:
      Title:


By: _____
      Name:
      Title:


**Fifth Street Station LLC**  Ben Kolpa
                              Managing Director
By: _____
      Name:
      Title: