# CREDIT SUISSE

CREDIT SUISSE (Schweiz) AG

Uetlibergstrasse 231  
P.O. Box 900  
CH-8070 Zürich  
Switzerland

Phone    044 332 86 11

Corporate Actions  
Marija Petrovic, MOAA 12  
marija.petrovic@credit-suisse.com

U.S. Bankruptcy Court  
for the Southern  
District of N.Y.  
One Bowling Green,  
New York, N.Y. 1004  
USA

January 8, 2019

## Withdrawal of Transfer of Claim Docket No. 59069

Please take notice that Credit Suisse AG withdraws its Evidence of Transfer of Claim (Claim 55829) filed on November 1, 2018 (Docket No. **59069**) from Banque Pictet & Cie SA in the amount of USD 500'000.

Freundliche Grüsse    Vos dévoués  
Distinti saluti    Yours very truly

Credit Suisse (Schweiz) AG

Sandro Hunziker            Adrian Graf