**United States Bankruptcy Court**
**Southern District of New York**

In re <u>Lehman Brothers Special Financing Inc., et al.</u>, Debtors.    Case No. <u>08-13888    (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Citigroup Financial Products Inc.</u>              <u>Empyrean LHMN SPV, LP</u>
Name of Transferee                                   Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>66969</u>
Amount of Claim Transferred: <u>$76,562.66</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Kenneth Keeley

Citigroup Financial Products Inc.
390 Greenwich Street, 4th Floor
New York, NY 10013
Email: <u>Kenneth.keeley@citi.com</u>

Phone:
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):
Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[DocuSigned by: BSB / 4D05618B5CD9437...]_____    Date: <u>December 21, 2018</u>
    Transferee/Transferee's Agent
    Brian S. Broyles - Authorized Signatory

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Empyrean LHMN SPV, LP**, located at 10250 Constellation Blvd., Ste 2950, Los Angeles, CA 90067 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Citigroup Financial Products Inc.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc**., having the Claim Numbers in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| # | LBSF Claim # | Transferred Claim Amount |
|---|---|---|
| 1 | 32617 | 24,357,292.04 |
| 2 | 66969 | 76,562.66 |
| 3 | 15325 | 6,145.30 |
|   | **Total** | **$24,400,000.00** |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of December 21, 2018.

| **Citigroup Financial Products Inc.** | **Empyrean LHMN SPV, LP** |
|---|---|
| By: _[DocuSigned by: BSBA / 4D05618B5CD9437...]_ | By: _____ |
| Name: | Name: Sterling Hathaway |
| Title: | Title:  Director of Operations |
| Brian S. Broyles - Authorized Signatory | |

A-1

EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

**Empyrean LHMN SPV, LP**, located at 10250 Constellation Blvd., Ste 2950, Los Angeles, CA 90067 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Citigroup Financial Products Inc.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.**, having the Claim Numbers in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| # | LBSF Claim # | Transferred Claim Amount |
|---|---|---|
| 1 | 32617 | 24,357,292.04 |
| 2 | 66969 | 76,562.66 |
| 3 | 15325 | 6,145.30 |
|   | Total | $24,400,000.00 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of December 21, 2018.

**Citigroup Financial Products Inc.**

By: _____
Name:
Title:

**Empyrean LHMN SPV, LP**

By: _____
Name: Sterling Hathaway
Title:   Director of Operations

A-1