**United States Bankruptcy Court**
**Southern District of New York**

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Citigroup Financial Products Inc. | Empyrean LHMN SPV, LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Kenneth Keeley
Citigroup Financial Products Inc.
390 Greenwich Street, 4th Floor
New York, NY 10013
Email: Kenneth.keeley@citi.com

Court Claim # (if known):   17720
Amount of Claim Transferred:   $859,876.20
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ BSB (DocuSigned by: 4D05618B5CD9437...)    Date: December 21, 2018
Transferee/Transferee's Agent

Brian S. Broyles - Authorized Signatory

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 17720

Related to Dkt. No.: 54472

**EMPYREAN LHMN SPV, LP**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Citigroup Financial Products Inc.**
Citigroup Financial Products Inc.
390 Greenwich Street, 4th Floor
New York, NY 10013
Attn: Kenneth Keeley
Email: Kenneth.keeley@citi.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 17720, in the allowed amount of **$859,876.20** (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December 21, 2018.

| **EMPYREAN LHMN SPV, LP** | **CITIGROUP FINANCIAL PRODUCTS INC.** |
|---|---|
| By: _/s/ Sterling Hathaway_<br>Name: Sterling Hathaway<br>Title: Director of Operations | By: _____<br>Name:<br>Title: |
| By: _____<br>Name:<br>Title: | |

3

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 17720

Related to Dkt. No.: 54472

**EMPYREAN LHMN SPV, LP**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Citigroup Financial Products Inc.**
Citigroup Financial Products Inc.
390 Greenwich Street, 4th Floor
New York, NY 10013
Attn: Kenneth Keeley
Email: Kenneth.keeley@citi.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 17720, in the allowed amount of **$859,876.20** (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December 21, 2018.

| **EMPYREAN LHMN SPV, LP** | **CITIGROUP FINANCIAL PRODUCTS INC.** |
|---|---|
| By: _____ | By: _____ (DocuSigned by: B8 BA  4D05018B5CD9437...) |
| Name: Sterling Hathaway | Name: |
| Title: Director of Operations | Title: Brian S. Broyles – Authorized Signatory |
| By: _____ | |
| Name: | |
| Title: | |