**United States Bankruptcy Court**
**Southern District of New York**

In re Lehman Brothers Holdings Inc., et al., Debtors.            Case No. 08-13555

                                                                 (JMP)

                                                                 (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Citigroup Financial Products Inc. | Empyrean LHMN SPV, LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to          Court Claim # (if known):   28099
transferee should be sent:                 Amount of Claim Transferred:   $2,010,805.86

                                           Debtor: Lehman Brothers Special Financing Inc.

Kenneth Keeley
Citigroup Financial Products Inc.
390 Greenwich Street, 4th Floor
New York, NY 10013
Email: Kenneth.keeley@citi.com

Phone:                                     Phone:
Last Four Digits of Acct #:                Last Four Digits of Acct #:


Name and Address where transferee payments
should be sent (if different from above):


Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date:        December 21, 2018

    Transferee/Transferee's Agent

    Brian S. Broyles – Authorized Signatory

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
        Attn: Clerk

AND TO:    Lehman Brothers Special Financing Inc. ("Debtor")
        Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number  28099

Related to Dkt. No.:  54476

**EMPYREAN LHMN SPV, LP**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

    **Citigroup Financial Products Inc.**
    Citigroup Financial Products Inc.
    390 Greenwich Street, 4th Floor
    New York, NY 10013
    Attn: Kenneth Keeley
    Email: Kenneth.keeley@citi.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 28099, in the allowed amount of **$2,010,805.86** (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December 21, 2018.

**EMPYREAN LHMN SPV, LP**        **CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____        By: _____
    Name:  Sterling Hathaway           Name:
    Title:   Director of Operations          Title:

By: _____
    Name:
    Title:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:        United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
           Attn: Clerk

AND TO:        Lehman Brothers Special Financing Inc. ("Debtor")
               Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number  28099

Related to Dkt. No.:  54476

**EMPYREAN LHMN SPV, LP**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

> **Citigroup Financial Products Inc.**
> Citigroup Financial Products Inc.
> 390 Greenwich Street, 4th Floor
> New York, NY 10013
> Attn: Kenneth Keeley
> Email: Kenneth.keeley@citi.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 28099, in the allowed amount of **$2,010,805.86** (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December 21, 2018.

**EMPYREAN LHMN SPV, LP**                    **CITIGROUP FINANCIAL PRODUCTS INC.**

                                             DocuSigned by:
                                             _BS BL_
                                             4D05618B5CD9437
By: _____            By: _____
    Name:  Sterling Hathaway                     Name:
    Title:    Director of Operations              Title:
                                                 Brian S. Broyles – Authorized Signatory

By: _____
    Name:
    Title:

11