**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
:
In re                                                                    :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (SCC)**
:
Debtors.    :    **(Jointly Administered)**
:
-------------------------------------------------------------------------x    **Ref. Docket No. 59383**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.   I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On January 10, 2019, I caused to be served the "Notice of Presentment of Motion for Final Decree Closing Certain Chapter 11 Cases Pursuant to Section 350(A) of the Bankruptcy Code and Bankruptcy Rule 3022," dated January 10, 2019, to which was attached the "Motion for Final Decree Closing Certain Chapter 11 Cases Pursuant to Section 350(A) of the Bankruptcy Code and Bankruptcy Rule 3022," dated January 10, 2019 [Docket No. 59383], by causing true and correct copies to be:

   a.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the parties listed in the annexed <u>Exhibit A</u>,

   b.   enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties listed in the annexed <u>Exhibit B</u>, and

   c.   delivered via electronic mail to those parties listed in the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Konstantina Haidopoulos*
                                                    Konstantina Haidopoulos

Sworn to before me this
10th day of January, 2019
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 314 COMMONWEALTH AVE INC. | TRANSFEROR: LUXEMBOURG TRADING FINANCE S.A.R.L. ATTN: KRISTINE DICKSON 277 PARK AVENUE, 46TH FLOOR NEW YORK NY 10172 |
| ABERDEEN GLOBAL II-EURO CORPORATE BOND FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL II-GLOBAL AGGREGATE BOND FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL II-GLOBAL HIGH YIELD BOND FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL II-INDEX LINKED BOND FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL II-LONG DATED STERLING BOND FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL II-LONG DATED STERLING CREDIT FUND | 2B, RUE ALBERT BORSCHETTE GRAND DUCHY OF LUXEMBOURG L-1246 LUXEMBOURG |
| ABERDEEN GLOBAL IV - FIXED INCOME ALPHA FUND | ATTN: BRETT BUNTING C/O ABERDEEN ASSET MANAGERS LIMITED BOW BELLS HOUSE 1 BREAD STREET LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL IV-CORE PLUS INDEX LINKED BOND FUN | 2B, RUE ALBERT BORSCHETTE GRAND DUCHY OF LUXEMBOURG L-1246 LUXEMBOURG |
| ABERDEEN GLOBAL IV-CORE PLUS LONG DATED STERLING C | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL IV-CORE PLUS STERLING CREDIT FUND | 2B, RUE ALBERT BORSCHETTE GRAND DUCHY OF LUXEMBOURG L-1246 LUXEMBOURG |
| ABERDEEN GLOBAL-EURO HIGH YIELD BOND FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN INVESTMENT FUNDS ICVC-ABERDEEN CORPORATE | C/O BRETT BUNTING ABERDEEN ASSET MANAGERS LIMITED BOW BELLS HOUSE ONE BREAD STREET LONDON EC4M 9HH UNITED KINGDOM |
| ABSOLUTE SOFTWARE INC. | C. CHAD MCCARTHY FOR ROB CHESA, CFO SUITE 1600, FOUR BENTALL CENTRE 1055 DUNSMUIR STREET PO BOX 49211 VANCOUVER BC V7X 1K8 CANADA |
| ALASKA PERMANENT FUND CORPORATION | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| AMERICAN STOCK EXCHANGE LLC | BOX  757510 PHILADELPHIA PA 19175-7510 |
| APPALACHIAN ASSET MGT CORP | C/O KRISTINE DICKSON LEHMAN BROTHERS HOLDINGS INC. 277 PARK AVENUE, 46TH FLOOR NEW YORK NY 10172 |
| APRIL M.A. REAL ESTATE AGENCY LTD | C/O TSHUVA GROUP 7, GIBOREI ISRAEL STREET P.O. BOX 8464, INDUSTRIAL ZONE SOUTH NETANYA ISRAEL |
| ARGOS PENSION SCHEME NOMINEES LIMITED AS | TRUSTEES OF THE ARGOS PENSION SCHEME C/O HOME RETAIL GROUP; ATTN: GROUP PENSIONS MANAGER 489-499 AVEBURY BLVD CENTRAL MILTON KEYNES BUCKS MK9 2NW UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC C/O ATTESTOR CAPITAL LLP ATTN: ISOBELLE WHITE 20 BALDERTON STREET LONDON W1K 6TL UNITED KINGDOM |
| ATTORNEYS LIABILITY ASSURANCE SOCIETY, BERMUDA LTD | C/O AUGUSTUS ASSET MANAGERS LIMITED C/O 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| AXIS BROKERAGE, LP | 19855 SOUTHWEST FREEWAY SUITE 250 SUGAR LAND TX 77479 |
| AZIENDA ELETTRICA TICINESE | ATTN: FLAVIA GRASSI VIA EL STRADUN 74 6513 MONTE CARASSO SWITZERLAND |
| AZIENDA ELETTRICA TICINESE | PAVIA & HARCOURT LLP ATTN: MARIO GAZZOLA, ESQ. 600 MADISON AVENUE NEW YORK NY 10022 |
| BANCA AKROS SPA | VIA EGINARDO, 29 MILAN 20149 ITALY |
| BANCA PROFILO S.P.A. | ATTN: MATTEO ARPE, CHAIRMAN CORSO ITALIA, 49 MILAN 20122 ITALY |
| BANGKO SENTRAL NG PILIPINAS | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| BANK INDONESIA | TOWER B, 10TH FLOOR J.I.M.H. THAMRIN NO.2 JAKARTA 10110 INDONESIA |
| BANK OF AMERICA, N.A. | C/O SHEARMAN & STERLING LLP ATTN: FREDRIC SOSNICK, NED S. SCHODEK 599 LEXINGTON AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| BANK OF AMERICA, N.A. | TRANSFEROR: ENBW TRADING GMBH C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK ATTN: GARY COHEN, RONALD TOROK NEW YORK NY 10036 |
| BANK OF AMERICA, NATIONAL ASSOCIATION, | SUCCESSOR BY MERGER TO LASALLE BANK, NA HUNTON & WILLIAMS LLP ATTN: JR SMITH, ESQ RIVERFRONT PLAZA, EAST TOWER, 951 E BYRD STREET RICHMOND VA 23219 |
| BANK OF AMERICA, NATIONAL ASSOCIATION, | SUCCESSOR BY MERGER TO LASALLE HUNTON & WILLIAMS LLP ATTN: J.R. SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 E. BYRD STREET RICHMOND VA 23219 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA | KRAMER LEVIN NAFTALIS & FRANKEL LLP ATTN: AMY CATON, ESQ. 1177 AVENUE OF AMERICAS NEW YORK NY 10036 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA | EMMET, MARVIN & MARTIN LLP ATTN: EDWARD P. ZUJKOWSKI, ESQ. 120 BROADWAY, 32ND FLOOR NEW YORK NY 10271 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA | C/O THE BANK OF NEW YORK ATTN: ALEX CHANG 101 BARCLAY STREET - 8W NEW YORK NY 10286 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA | MAIN STREET NATURAL GAS, INC. ATTN: ARTHUR CORBIN 104 TOWNPARK DRIVE KENNESAW GA 30144 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA | ALSTON & BIRD LLP ATTN: DELLA WELLS, ESQ. ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| BANQUE CANTONALE VAUDOISE | ATTN: MR. A. GIROD PO BOX 300 LAUSANNE CH 1001 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: MF GLOBAL UK LIMITED (IN SPECIAL ADMINISTRATION) ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | ATTN: ANTHONY VITIELLO AND DAN MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: PTT PUBLIC COMPANY LIMITED ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC 10 ST. JAMES AVENUE, SUITE 1700 BOSTON MA 02116 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: MORGAN STANLEY CAPITAL GROUP INC C/O ROPES & GRAY LLP ATTN: GAVIN ALEXANDER PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ROPES & GRAY LLP ATTN: GAVIN ALEXANDER PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ROPES & GRAY LLP ATTN: GAVIN ALEXANDER PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| BEAFORD INVESTMENTS LIMITED | JP MORGAN TRUST CO BAHAMAS LTD BAHAMAS FINANCIAL CENTER, 2ND FLOOR P.O. BOX N-4899 2ND FLOOR SHIRLEY & CHARLOTTE STREETS ATTN: ANGELA WATSON NASSAU BAHAMAS |
| BG ENERGY MERCHANTS, LLC | DOUGLAS P. BARTNER & SOLOMON J. NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BG ENERGY MERCHANTS, LLC | ATTN: THOMAS A. SMITH, CHIEF COUNSEL BG GROUP PLACE 811 MAIN ST STE 3400 HOUSTON TX 77002 |
| BG INTERNATIONAL LIMITED | C/O BG GROUP ATTN: NICK TYLER 100 THAMES VALLEY PARK READING, BERKSHIRE RGB 1PT UNITED KINGDOM |
| BG INTERNATIONAL LIMITED | DOUGLAS P. BARTNER SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BIGDOUGH.COM INC. | 12189 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| BISGAIER FAMILY LLC | ATTN: CHARLES BISGAIER 3605 TANGLEWOOD DRIVE ANN ARBOR MI 48105 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BLUE ANGEL CLAIMS, LLC C/O DAVIDSON KEMPNER-J.DONOVAN 520 MADISON AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| BLACKWELL PARTNERS LLC | TRANSFEROR: VENOCO, INC. C/O DUMAC, INC. ATTN: JANNINE LALL 280 SOUTH MANGUM STREET, SUITE 210 DURHAM NC 27701-3675 |
| BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P. | 280 PARK AVENUE, 5TH FLOOR EAST ATTN: YI SHU NEW YORK NY 10017 |
| BOILERMAKER-BLACKSMITH NATL PENSION TR | 756 MINNESOTA AVE KANSAS CITY KS 66101 |
| BOULDER DAM CREDIT FUND LLC | TRANSFEROR: BOULDER DAM CREDIT HUB FUND LTD. 21 EAST 87TH STR, APT 4D NEW YORK |

| Claim Name | Address Information |
|---|---|
| BOULDER DAM CREDIT FUND LLC | NY 10128 |
| BOURSE DE MONTREAL | TOUR DE LA BOURSE C.P. 61; 800 SQUARE VICTORIA MONTREAL QC H4Z 1A9 CANADA |
| BOWERY INSTITUTIONAL OPPORTUNITY FUND, L.P. | TRANSFEROR: CONAGRA TRADE GROUP INC F/K/A LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P. ATTN: VLADIMIR JELISAVCIC 1325 AVENUE OF THE AMERICAS, 28TH FLOOR NEW YORK NY 10019 |
| BOWERY INSTITUTIONAL OPPORTUNITY FUND, L.P. | TRANSFEROR: HFF I, LLC F/K/A LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P. ATTN: VLADIMIR JELISAVCIC 1325 AVENUE OF THE AMERICAS, 28TH FLOOR NEW YORK NY 10019 |
| BOWERY OPPORTUNITY FUND, L.P. | AS ASSIGNEE OF SUNCOR ENERGY MARKETING INC. F/K/A LONGACRE OPPORTUNITY FUND, L.P. ATTN: VLADIMIR JELISAVCIC 1325 AVENUE OF THE AMERICAS, 28TH FLOOR NEW YORK NY 10019 |
| BOWERY OPPORTUNITY FUND, L.P. | TRANSFEROR: PACIFICORP (AS ASSIGNEE OF MIDAMERICAN ENERGY COMPANY) F/K/A LONGACRE OPPORTUNITY FUND, L.P. ATTN: VLADIMIR JELISAVCIC 1325 AVENUE OF THE AMERICAS, 28TH FLOOR NEW YORK NY 10019 |
| BP CANADA ENERGY GROUP ULC | F/K/A BP CANADA ENERGY COMPANY KELLEY DRYE & WARREN LLP ATTN: JAMES S. CARR/BENJAMIN BLAUSTEIN, ESQS 101 PARK AVENUE NEW YORK NY 10178 |
| BP CANADA ENERGY GROUP ULC | BRIAN G. SELINGER ATTORNEY, BP AMERICA INC. 501 WESTLAKE PARK BLVD. HOUSTON TX 77079 |
| BP CORPORATION NORTH AMERICA INC. | KELLEY DRYE & WARREN LLP ATTN: JAMES S. CARR & BENJAMIN BLAUSTEIN, ESQS. 101 PARK AVENUE NEW YORK NY 10178 |
| BP CORPORATION NORTH AMERICA INC. | BRIAN G. SELINGER, ATTORNEY BP AMERICA INC. 501 WESTLAKE PARK BLVD. HOUSTON TX 77079 |
| BP GAS MARKETING LIMITED | FIONA CROSS BP LEGAL 20 CANADA SQUARE CANARY WHARF LONDON E14 5NJ UNITED KINGDOM |
| BP GAS MARKETING LIMITED | KELLEY DRYE & WARREN LLP ATTN: JAMES S CARR/BENJAMIN BLAUSTEIN, ESQS. 101 PARK AVENUE NEW YORK NY 10178 |
| BRACEWELL & GIULIANI LLP | SOUTH TOWER PENNZOIL PLACE 711 LOUISIANA, SUITE 2900 HOUSTON TX 77002 |
| BREWSTER,MICHAEL J. | 269 WEST LAKE BLVD MAHOPAC NY 10541 |
| BRIDGEWATER ALL WEATHER FUND (AUSTRALIA) | BRIDGEWATER ASSOCIATES, INC. ATTN: PETER LA TRONICA ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BRIDGEWATER ASSOCIATES, LP | TRANSFEROR: TFL PENSION FUND ATTN: ALISON GREGORY ONE GLENDINNING PLACE WESTPORT CT 06880 |
| BUNTING FAMILY LLCII LIMITED LIABILITY CO., THE | BUNTING MANAGEMENT GROUP, 217 INTERNATIONAL CIRCLE HUNT VALLEY MD 21030 |
| BWA/H.E.S.T AUSTRALIA LTD. | ATTN: PETER LATRONICA BRIDGEWATER ASSOCIATES, INC ONE GLENDINNING PLACE WESTPORT CT 06880 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: SUMMIT PETROLEUM LIMITED C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | JACK S. MCMURRAY CANADIAN IMPERIAL BANK OF COMMERCE 199 BAY STREET, 6TH FLOOR TORONTO ON M5L 1A2 CANADA |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | RICK HYMAN MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES | ATTN: JAMES K. OPENSHAW, SENIOR STAFF COUNSEL CALIFORNIA ENERGY RESOURCES SCHEDULING PO BOX 219001 3310 EL CAMINO AVENUE, SUITE 120 SACRAMENTO CA 95821-9001 |
| CAMECO CORPORATION | ATTN: GRANT MARSHAK 2121-11TH STREET WEST SASKATOON SK S7M 1J3 CANADA |
| CANPARTNERS INVESTMENTS IV, LLC | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: RAJ VENKATARAMAN IYER 2000 AVENUE OF THE STARS, 11TH FL. LOS ANGELES CA 90067 |
| CAPITAL GROWTH INVESTMENTS LTD. | C/O ARUNI WEERASEKERA ALVAREZ & MARSAL 1101-03 MASS MUTUAL TOWER 38 GLOUCESTER ROAD HONG KONG HONG KONG |
| CASTEX ENERGY 2007, L.P. | 333 CLAY ST STE 2000 HOUSTON TX 77002-2569 |
| CENTRAL STATES, SOUTHEAST & SOUTHWEST | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA |

| Claim Name | Address Information |
|---|---|
| AREAS PENSIO | NEW YORK NY 10006 |
| CENTRAL STATES, SOUTHEAST & SOUTHWEST AREAS PENSIO | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: BRIAN M. ERCOLANI MAIL CODE DE3-4127 500 STANTON CHRISTIANA ROAD, NCC5, FLOOR 01 NEWARK DE 19713 |
| CHATHAM ENERGY, LLC | C/O INTERCONTINENTAL EXCHANGE, INC. ATTN: C. DANIES 2100 RIVER EDGE PARKWAY, SUITE 500 ATLANTA GA 30328 |
| CITADEL ENERGY INVESTMENTS LTD. | C/O CITADEL INVESTMENT GROUP LLC ATTN: SHELLANE M. QUINN 131 SOUTH DEARBORN STREET CHICAGO IL 60603 |
| CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE | ATTN: JENNIFER DORAN HINCKLEY, ALLEN & SNYDER 28 STATE STREET BOSTON MA 02109 |
| CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE | C/O HINCKLEY, ALLEN & SNYDER LLP ATTN: JENNIFER V. DORAN, ESQ. 28 STATE STREET BOSTON MA 02109 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | ELANIT SNOW PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 2 LP ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITY OF TACOMA | ATTN: WARD GROVES, DEPUTY CITY ATTORNEY DEPT. OF PUBLIC UTILITIES, LIGHT DIVISION AKA TACOMA CITY LIGHT OR TACOMA POWER 3628 SO. 35TH STREET TACOMA WA 98409-3192 |
| CLOSE INVESTMENTS PORTFOLIO PLC – | LONG DATED STERLING CREDIT FUND C/O CLOSE ASSET MANAGEMENT LIMITED 10 EXCHANGE SQUARE, PRIMROSE STREET LONDON EC2A 2BY UNITED KINGDOM |
| CLOUD PEAK ENERGY RESOURCES LLC | TRANSFEROR: RIO TINTO ENERGY AMERICA, INC ATTN: BRYAN J. PECHERSKY 505 S. GILLETTE AVE. GILLETTE WY 82716 |
| COMMERZBANK AG – GROUP INTENSIVE CARE | INTENSIVE CARE CORPORATES INTERNATIONAL ATTN: JOACHIM BALLERSTAEDT, KAISERSTRASSE 16 FRANKFURT AM MAIN 60261 GERMANY |
| COMMERZBANK AG – GROUP INTENSIVE CARE | COMMERZBANK AG – LEGAL DEPARTMENT ATTN: AMELIA GIBBONS P.O. BOX 52715, 30 GRESHAM STREET LONDON EC2P2XY UNITED KINGDOM |
| COMMERZBANK AG – GROUP INTENSIVE CARE | COMMERZBANK AG, NEW YORK BRANCH – LEGAL DEPARTMENT ATTN: STEVEN TROYER 2 WORLD FINANCIAL CENTER NEW YORK NY 10281-1050 |
| CONTRARIAN FUNDS, LLC | AS ASSIGNEE OF TARGA RESOURCES PARTNERS LP ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: EMIRATES NATIONAL OIL COMPANY (SINGAPORE) PRIVATE LIMITED ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: LONGACRE INSTITUTIONAL OPPORTUNITY FUND,L.P. ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CORETH, MAXIMILIAN | 93 MERCER STREET APT #2E NEW YORK NY 10012 |
| CREDIT SUISSE INTERNATIONAL | ATTN: PAUL GILMORE ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE INTERNATIONAL | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 8TH AVE NEW YORK NY 10019 |
| CREDIT SUISSE INTERNATIONAL | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| DANSKE BANK | DMLEGAL (REG: 4676) ATTN: HANNE OLESEN HOLMENS KANAL 2-12 COPENHAGEN DK-1092 DENMARK |
| DANSKE BANK | EDWARD A. SMITH VENABLE LLP COUNSEL TO DANSKE BANK A/S 1270 AVENUE OF AMERICAS, 25TH FL. NEW YORK NY 10020 |
| DB TRUSTEE SERVICES LIMITED AS | TRUSTEE OF THE DB (UK) PENSION SCHEME C/O ABERDEEN ASSET MANAGERS LIMITED BOW BELLS HOUSE 1 BREAD STREET LONDON EC4M 9HH UNITED KINGDOM |
| DC ENERGY, LLC. | 8065 LEESBURG PIKE FIFTH FLOOR ATTN: DAVID COPPER VIENNA VA 22182 |
| DENTON SALES & VINCENT | 5 AVENUE PERCIER PARIS 75008 FRANCE |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: TPF GENERATION HOLDINGS, LLC ATTN: JEFFREY OLINSKY 60 WALL ST., |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON | 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: TENASKA POWER SERVICES CO. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: DOVER MASTER FUND II, L.P. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: TORONTO-DOMINION BANK, THE ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS CORE OPPORTUNITIES L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY LH FUND L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFF OLINSKY 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HALCYON LOAN TRADING FUND LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS COMMODITIES PTE. LTD. ATTN: RICH VICHAIDITH 60 WALL ST. NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY LH FUND LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS OPPORTUNITIES FUND 2 LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH; 60 WALL ST. NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH; 60 WALL ST. NEW YORK NY 10005 |
| DIMENSION DATA | P.O. BOX 403667 ATLANTA GA 30384-3667 |
| DISCOVERREADY | 55 BROADWAY SUITE 2101 – 21ST FLOOR NEW YORK NY 10006 |
| DORLAND, CHRISTOPHER | 3814 8A STREET SW CALGARY AB T2T 3B5 CANADA |
| DUKE ENERGY CAROLINAS, LLC | KIAH T. FORD IV PARKER POE ADAMS & BERNSTEIN LLP 401 SOUTH TRYON STREET, SUITE 3000 CHARLOTTE NC 28202 |
| EDF ENERGY NUCLEAR GENERATION LIMITED | TRANSFEROR: BRITISH ENERGY TRADING AND SALES LIMITED BARNETT WAY, BARNWOOD GLOUCESTER GL4 3RS UNITED KINGDOM |
| ELEXON CLEAR LIMITED | ATTN MARTIN WILES C/O CGI IT UK LIMITED KEATS HOUSE, THE OFFICE PARK SPRINGFIELD DRIVE LEATHERHEAD KT22 7LP UNITED KINGDOM |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOTT MANAGEMENT CORPORATION – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: ASHTON INVESTMENTS, LLC C/O ELLIOTT MANAGEMENT CORPORATION – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| EMC (BENELUX) B.V. | EDISONBAAN 14B NIEUWEGEIN 3439 NETHERLANDS |
| EMC (BENELUX) B.V. | EMC CORPORATION ATTN : JUNE D. DUCHESNE 176 SOUTH STREET HOPKINTON MA 01748 |
| EQT ENERGY LLC | FKA EQUITABLE ENERGY LLC ATTN: GENERAL COUNSEL 625 LIBERTY AVE SUITE 1700 PITTSBURGH PA 15222 |
| EQUATOR INVESTMENT FUNDS ICVC – | GLOBAL INVESTMENT GRADE BOND FUND C/O ABERDEEN ASSET MANAGERS LIMITED ATTN: BRETT BUNTING BOW BELLS HOUSE 1 BREAD STREET LONDON EC4M 9HH UNITED KINGDOM |
| ESPERANCE FAMILY FOUNDATION, THE | ATTN: ROGER NEWTON 193 WEST TRAVERSE LAKE ROAD MAPLE CITY MI 49664 |
| EVOLUTION MARKETS INC. | 10 BANK STREET ATTN: STEPHEN SEMENZA WHITE PLAINS NY 10606 |
| EXCO OPERATING COMPANY, LP | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| EXECUTIVE CHARGE INC. | 1440 39TH STREET BROOKLYN NY 11218 |
| EXELON GENERATION COMPANY, LLC | LEAD COUNSEL, EXELON POWER TEAM 300 EXELON WAY KENNETT SQUARE PA 19348 |

| Claim Name | Address Information |
|---|---|
| EXXONMOBIL GAS MARKETINGEUROPE LIMITED (LNG) | C/O BONNIE MACDOUGAL KISTLER PEPPER HAMILTON LLP 400 BERWYN PARK BERWYN PA 19312 |
| FIRST CHOICE POWER, LP | C/O LOWENSTEIN SANDLER PC ATTN: MICHAEL ETKIN 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10022 |
| FIRST CHOICE POWER, LP | C/O DIRECT ENERGY, LP ATTN: JULIE STREICH 12 GREENWAY PLAZA, SUITE 250 HOUSTON TX 77046 |
| FIRSTENERGY SOLUTIONS CORP. | ATTN: WHOLESALE CONTRACT ADMINISTRATION MAIL STOP A-WAL-B2 341 WHITE POND DR. AKRON OH 44320 |
| FOOTHILLS PIPE LINES LTD. | ATTN: MR. ALAN MOUNTAIN, MANAGER, COUNTERPARTY RISK 9TH FLOOR, 450-1ST STREET S.W. CALGARY AB T2P 5H1 CANADA |
| FSP INVEST F.M.B.A. | AMALIEGADE 27 KOBENHAVN 1256 DENMARK |
| GEORGIA DEPARTMENT OF REVENUE | COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA GA 30321 |
| GERALD B. CRAMER REV. TRUST | C/O GOM CAPITAL 707 WESTCHESTER AVE, STE 405 WEST HARRISON NY 10604 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: PHILIP MORRIS FINANCE S.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | INSTITUTIONAL, LIMITED C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GRA FINANCE CORPORATION LTD | C/O ARUNI WEERASEKERA ALVAREZ & MARSAL 1101-03 MASS MUTUAL TOWER 38 GLOUCESTER ROAD HONG KONG HONG KONG |
| GREATER HOUSTON LIMOUSINES INC | 800 RUSSELL PALMER ROAD KINGWOOD TX 77339 |
| GRECO, JOHN | 63 SIENNA PARK GROVE S.W. CALGARY AB T3H 3L3 CANADA |
| GREENBERG TRAURIG, P.A. | ATTN: RICHARD GARRETT 333 SE 2ND AVENUE, SUITE 4400 MIAMI FL 33131 |
| GRUSS DV MASTER FUND, LTD | 89 NEXUS WAY, 2ND FLOOR CAMANA BAY GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| GRUSS DV MASTER FUND, LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. F/K/A GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED LTD C/O GRUSS CAPITAL MANAGEMENT, LP ATTN: MONICA BILCIU 510 MADISON AVENUE NEW YORK NY 10022 |
| GRUSS DV MASTER FUND, LTD | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD. F/K/A GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED LTD C/O GRUSS CAPITAL MANAGEMENT, LP ATTN: MONICA BILCIU 510 MADISON AVENUE NEW YORK NY 10022 |
| HAIN CAPITAL INVESTORS, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: MACQUARIE BANK LIMITED C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: BARCLAYS BANK PLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: BARCLAYS BANK PLC ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LLC 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC. C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH AVENUE NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT FUND LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: YORVIK PARTNERS LLP C/O HALCYON ASSET MANAGEMENT - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK 200 LIBERTY STREET NEW YORK NY 10281 |
| HALCYON LOAN TRADING FUND LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281 |
| HARBOUR CAPITAL ADVISORS INC. FOR OIMRA | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| HBK MASTER FUND, L.P. | TRANSFEROR: JP MORGAN CHASE BANK, NA C/O HBK SERVICES LLC 2300 NORTH FIELD STREET, SUITE 2200 DALLAS TX 75201 |
| HCN LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: YORVIK PARTNERS LLP C/O HALCYON ASSET MANAGEMENT - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HEENAN BLAIKIE LLP | ATTENTION: EDWARD WOOLDRIDGE 425 - 1ST STREET S.W., 12TH FLOOR CALGARY AB T2P 3L8 CANADA |
| HESS CORPORATION | TRANSFEROR: HESS ENERGY TRADING COMPANY LLC ATTN: ALFRED WANG, ESQ. 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HINDUSTAN PETROLEUM CORPORATION LIMITED | EXECUTIVE DIRECTOR INT'L TRADE & SUPPLY ATTN: A.B. SATHE, ED-ITRS, HINDUSTAN PETROLEUM CORPORATION LIMITED PETROLEUM HOUSE - 2ND FLOOR 17, J.T. ROAD CHURCHGATE, MUMBAI 400 020 INDIA |
| HLF LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLF LP | TRANSFEROR: YORVIK PARTNERS LLP C/O HALCYON ASSET MANAGEMENT - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLF LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLF LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT - |

| Claim Name | Address Information |
|---|---|
| HLF LP | M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLTS FUND II LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE – 8TH FLOOR NEW YORK NY 10022 |
| HOTSPOT FXR, LLC | C/O KCG HOLDINGS INC. ATTN: PAUL WAGENBACH 545 WASHINGTON BOULEVARD JERSEY CITY NJ 07310 |
| HSBC BANK USA, N.A., AS TRUSTEE FOR STRUCTURED | ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-1 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDENT 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, N.A., AS TRUSTEE FOR STRUCTURED | TINA N. MOSS PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, N.A., AS TTEE FOR STRUCTURED | ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-1 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDENT 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, N.A., AS TTEE FOR STRUCTURED | ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-7 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDENT 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, N.A., AS TTEE FOR STRUCTURED | ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-5 CTLA – STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 50TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, N.A., AS TTEE FOR STRUCTURED | ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-9 CTLA STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, N.A., AS TTEE FOR STRUCTURED | 452 FIFTH AVENUE NEW YORK NY 10018 |
| HSBC BANK USA, N.A., AS TTEE FOR STRUCTURED | TINA N. MOSS PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NA, AS TRUSTEE FOR STRUCTURED ADJUS | MORTGAGE LOAN TRUST SERIES 2007-7 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NA, AS TRUSTEE FOR STRUCTURED ADJUS | C/O PRYOR CASHMAN LLP ATTN: TINA N MOSS, ESQ 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| IDAHO POWER COMPANY | P.O. BOX 447 SALT LAKE CITY UT 84110-0447 |
| INTERCONTINENTALEXCHANGE, INC. | C/O CLAUDIA DANIES 2100 RIVER EDGE PARKWAY, STE 500 ATLANTA GA 30328 |
| INVESTEC BANK LTD | 100 GRAYSTON DRIVE SANDOWN SANDTON 2196 PO BOX 785700 SANDTON 2146 SOUTH AFRICA |
| IPC NETWORK SERVICES INC | P.O. BOX 35634 NEWARK NJ 07193-5634 |
| ITOCHU CORPORATION | FOR THE ATTENTION OF NAOKO FUJITA, LEGAL DEPT 1, LEGAL DIV (TOKYO) 5-1 KITA AOYAMA 2 CHOME MINATO-KU TOKYO 107-8077 JAPAN |
| JACOBSON, DAVID L. | 2523 MONET TERRACE CHARLOTTE NC 28226 |
| JEFFERIES BACHE FINANCIAL SERVICES, INC. | F/K/A PB FINANCIAL SERVICES, INC ATTN: ZEJREME RADONCIC 520 MADISON AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| JEFFERIES BACHE FINANCIAL SERVICES, INC. | ALSTON & BIRD LLP ATTN: WILLIAM SUGDEN, ESQ. 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| JOHN S HEROLD INC | 14 WESTPORT AVENUE NORWALK CT 06851 |
| JPMORGAN INVESTMENT FUNDS - INCOME OPPORTUNITY FUN | FINSBURY DIALS 20 FINSBURY STREET LONDON EC2Y 9AQ UNITED KINGDOM |
| JPMORGAN INVESTMENT FUNDS - INCOME OPPORTUNITY FUN | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. C/O JPMORGAN ASSET MANAGEMENT ATTN: ZHILUN PANG 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| JPMORGAN INVESTMENT FUNDS - INCOME OPPORTUNITY FUN | J. P. MORGAN INVESTMENT MANAGEMENT INC. C/O LEGAL DEPT. FLOOR 4P ATTN: SCOTT D. RICHTER 1111 POLARIS PARKWAY COLUMBUS OH 43240 |
| JULIUS BAER SICAV- LOCAL EMERGING BOND FUND | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| KAISER, GEORGE B. | ATTN: SAMUEL S. ORY OLD CITY HALL 124 EAST FOURTH STREET TULSA OK 74103 |
| KIODEX INC. | 340 MADISON AVE FL 8 NEW YORK NY 101730899 |
| KOREA INVESTMENT CORPORATION | 18F STATE TOWER NAMSAN 100 TOEGYE-RO JUNG-GU SEOUL 100-052 SOUTH KOREA |
| LAGAN PARTNERS, LLC | TRANSFEROR: UBS AG C/O ROPES & GRAY LLP ATTN: GAVIN ALEXANDER PRUDENTIAL TOWER |

| Claim Name | Address Information |
|---|---|
| LAGAN PARTNERS, LLC | 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| LB INDIA HLDGS MAURITIUS II LTD | C/O ARUNI WEERASEKERA ALVAREZ & MARSAL 1101-03 MASS MUTUAL TOWER 38 GLOUCESTER ROAD HONG KONG HONG KONG |
| LCG CONSULTING | 4962 EL CAMINO REAL SUITE 112 LOS ALTOS CA 94022 |
| LEHMAN BROTHERS COMMODITY SERVICES INC. | C/O KRISTINE DICKSON LEHMAN BROTHERS HOLDINGS INC. 277 PARK AVENUE, 46TH FLOOR NEW YORK NY 10172 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: FEDERAL HOME LOAN BANK OF PITTSBURGH C/O KIRKLAND & ELLIS LLP ATTN: JOSEPH SERINO, JR., P.C. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL, GOTSHAL & MANGES LLP ATTN: GARRETT FAIL AND SUNNY SINGH 767 FIFTH AVENUE NEW YORK NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | ATTN: GARRETT FAIL AND SUNNY SINGH WEIL, GOTSHAL & MANGES LLP 767 FIFTH AVENUE NEW YORK NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | C/O WEIL, GOTSHAL & MANGES LLP ATTN: GARRETT FAIL AND SUNNY SINGH 767 FIFTH AVENUE NEW YORK NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL GOTSHAL & MANGES LLP ATTN: GARRETT FAIL 767 FIFTH AVENUE NEW YORK NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | GARRETT FAIL C/O WEIL, GOTSHAL & MANGES LLP 767 FIFTH AVENUE NEW YORK NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. ET AL | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: WILLIAM A. OLSHAN, ESQ. 277 PARK AVENUE, 46TH FLOOR NEW YORK NY 10172 |
| LEHMAN BROTHERS LIMITED | LINKLATERS LLP ATTN: RICHARD HODGSON AND PAUL HESSLER ONE SILK STREET LONDON EC2Y 8HQ UNITED KINGDOM |
| LEHMAN BROTHERS LIMITED | ATTN: MICHAEL J. A. JERVIS, JOINT ADMINISTRATOR 7 MORE LONDON RIVERSIDE, LONDON SE1 2RT UNITED KINGDOM |
| LEHMAN BROTHERS LIMITED | DAVIS POLK & WARDWELL LLP ATTN: MARSHALL S. HUEBNER AND BRIAN M. RESNICK 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| LEHMAN BROTHERS PACIFIC HOLDINGS PTE. LTD. | TRANSFEROR: LEHMAN BROTHERS SINGAPORE PTE. LTD. C/O KPMG ADVISORY SERVICES PTE. LTD. ATTN: MESSRS CHAY FOOK YUEN, BOB YAP CHENG GHEE, AND TAY PUAY CHENG 16 RAFFLES QUAY #22-00 HONG LEONG BUILDING SINGAPORE 048581 SINGAPORE |
| LEHMAN BROTHERS SECURITIES PRIVATE LIMITED | CEEJAY HOUSE, LEVEL 11, PLOT F, SHIVSAGAR ESTATE DR. ANNIE BESANT ROAD, WORLI MUMBAI – 400018 INDIA |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | C/O KRISTINE DICKSON LEHMAN BROTHERS HOLDINGS INC. 277 PARK AVENUE, 46TH FLOOR NEW YORK NY 10172 |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | TRANSFEROR: FORTIS BANK NV/SA ATTN: DANIEL J. EHRMANN 277 PARK AVENUE, 46TH FLOOR NEW YORK NY 10172 |
| LEHMAN COMMERCIAL PAPER, INC. | C/O KRISTINE DICKSON 277 PARK AVENUE, 46TH FLOOR NEW YORK NY 10172 |
| LEHMAN COMMERCIAL PAPER, INC. | TRANSFEROR: LUXEMBOURG TRADING FINANCE S.A.R.L. ATTN: KRISTINE DICKSON 277 PARK AVENUE, 46TH FLOOR NEW YORK NY 10172 |
| LINN ENERGY, LLC | C/O CHARLENE RIPLEY 600 TRAVIS, SUITE 5100 HOUSTON TX 77002 |
| LINN ENERGY, LLC | BAKER BOTTS L.L.P. C/O TONY M. DAVIS 910 LOUISIANA STREET HOUSTON TX 77002 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: CONECTIV ENERGY SUPPLY, INC. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: AWS CONVERGENCE TECHNOLOGIES INC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: FRANDZEL ROBINS BLOOM & CSATO, L.C. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: SCHRIMSHER, RICK ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LOOMIS STREET, LLC | TRANSFEROR: BARCLAYS BANK PLC C/O ROPES & GRAY LLP ATTN: GAVIN ALEXANDER PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| LOOMIS STREET, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ROPES & GRAY LLP ATTN: GAVIN ALEXANDER PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| LOOMIS STREET. LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ROPES & GRAY LLP ATTN: GAVIN ALEXANDER PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |

| Claim Name | Address Information |
|---|---|
| MACQUARIE BANK LIMITED | TRANSFEROR: STONE LION PORTFOLIO LP 50 MARTIN PLACE SYDNEY NSW 2000 AUSTRALIA |
| MACQUARIE BANK LIMITED | TRANSFEROR: PERMAL STONE LION FUND LTD. 50 MARTIN PLACE SYDNEY NSW 2000 AUSTRALIA |
| MACQUARIE BANK LIMITED | TRANSFEROR: RAPAX OC MASTER FUND, LTD. ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | C/O SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: COMPASS HTV LLC ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: COMPASS OFFSHORE HTV PCC LIMITED ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: HIPPARCHUS MASTER FUND LTD. ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: SPECTRUM OPPORTUNITIES MASTER FUND ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: BLACKWELL PARTNERS LLC ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD ATTN: SHAUN GEMBALA 125 WEST 55TH STREET NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | C/O SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS 787 SEVENTH AVENUE NEW YORK NY 10019NY |
| MAN, PATRICK DE | 143 HOYT ST APT 3K STAMFORD CT 06905-5749 |
| MARATHON PETROLEUM COMPANY LLC (MNA) | C/O ALAN HALPERIN 555 MADISON AVE., 9TH FLOOR NEW YORK NY 10022 |
| MATLINPATTERSON GLOBAL OPPORTUNITIES MASTER FUND, | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P. ATTN: JACOB WHYMAN 520 MADISON AVENUE, 35TH FLOOR NEW YORK NY 10022-4213 |
| MBG TELECOM SOFTWARE INC | 370 LEXINGTON AVENUE 23RD FLOOR NEW YORK NY 10017 |
| MCCARTHY, DENIS B | CLIFTON PLEDGE A/C ANNADALE ROAD KILLORGLIN COUNTY KERRY IRELAND |
| MERGERMARKET.COM | 11 W 19TH ST FL 2 NEW YORK NY 100114218 |
| MERRILL LYNCH COMMODITIES, INC. | SHEARMAN & STERLING LLP C/O FREDRIC SOSNICK & NED S. SCHODEK 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH COMMODITIES, INC. | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: LUMINANT ENERGY COMPANY LLC ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TOWER – 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MIDAMERICAN ENERGY COMPANY | C/O PACIFICORP CREDIT & RISK MANAGEMENT ATTN: CREDIT MANAGER 825 NE MULTNOMAH, STE 700 PORTLAND OR 97232 |
| MISSISSIPPI DEPT. OF REVENUE | BANKRUPTCY SECTION PO BOX 22808 JACKSON MS 39225-2808 |
| MISSISSIPPI STATE TAX COMMISSION | BANKRUPTCY SECTION PO BOX 22808 JACKSON MS 39225-2808 |
| MITSUI BUSSAN COMMODITIES LTD | F/K/A MITSUI & CO. COMMODITY RISK MANAGEMENT LTD ATTN: RYUTARO TAKEUCHI 200 PARK AVENUE, 31ST FLOOR NEW YORK NY 10166 |
| MIZRAHI TEFAHOT BANK, LTD | 7 JABOTINSKY ST RAMAT GAN 52136 ISRAEL |
| MIZRAHI TEFAHOT BANK, LTD | ARNOLD & PORTER KAYE SCHOLER ATTN: STEVEN G. TEPPER 250 W 55TH ST NEW YORK NY 10019-9710 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: CARGILL INTERNATIONAL TRADING PTE LTD ATTN: JOSH RAWLINS 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK (BANKRUPTCY) 200 LIBERTY STREET |

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | NEW YORK NY 10281 |
| NASDAQ STOCK MARKET INC | PO BOX 7777-W9940 PHILADELPHIA PA 19175-9940 |
| NATIONAL BANK OF GREECE, SA | ATTN: STRATI KATERINA TREASURY SUPPORT OPERATIONS AKADIMIAS 68, 2ND FLOOR ATHENS 106 78 GREECE |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE ATTENTION: MICHELE OLDS 10350 PARK MEADOWS DRIVE HIGHLANDS RANCH CO 80129 |
| NEWS AMERICA INCORPORATED | ATTN: STACY GROSSMAN- 13TH FLOOR 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| NEWTON, ROGER AND COCO JTWROS | 3672 PROSPECT RD ANN ARBOR MI 48105-9534 |
| NEXEN MARKETING | C/O NEXEN ENERGY ULC ATTN: JEFF PENDREL & JERRAD KUBIK 801 7TH AVE SW CALGARY AB T2P 3P7 CANADA |
| NEXEN MARKETING | TRANSFEROR: NEXEN MARKETING SINGAPORE PTE LTD C/O NEXEN ENERGY ULC ATTN: JEFF PENDREL & JERRAD KUBIK 801 7TH AVE SW CALGARY AB T2P 3P7 CANADA |
| NEXEN MARKETING | TRANSFEROR: NEXEN ENERGY MARKETING EUROPE LIMITED C/O NEXEN ENERGY ULC ATTN: JEFF PENDREL & JERRAD KUBIK 801 7TH AVE SW CALGARY AB T2P 3P7 CANADA |
| NITTAN CAPITAL ASIA LIMITED | SUITE 709, 7TH FLOOR, JARDINE HOUSE 1 CONNAUGHT PLACE ATTN: MR. CLARENCE NG, DIRECTOR CENTRAL HONG KONG |
| NOBLE AMERICAS ENERGY SOLUTIONS LLC | F/K/A SEMPRA ENERGY SOLUTIONS LLC C/O RBS ATTN: BRIAN GELDERT 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| NOBLE AMERICAS ENERGY SOLUTIONS LLC | IRENA M GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036 |
| NORTHERN IRELAND ELECTRICITY PENSION SCHEME | F/K/A TRUSTEES OF THE VIRIDIAN GROUP PENSION SCHEME 120 MALONE ROAD BELFAST BT9 5HT UNITED KINGDOM |
| NUVEEN GLOBAL INCOME OPPORTUNITIES FUND | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN GLOBAL INCOME OPPORTUNITIES FUND | F/K/A NUVEEN GLOBAL GOVERNMENT ENHANCED INCOME FUND C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY - GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNTS PORTF | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNTS PORTF | C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY - GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| NUVEEN SHORT TERM BOND FUND | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN SHORT TERM BOND FUND | F/K/A NUVEEN SHORT DURATION BOND FUND C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY - GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| NUVEEN STRATEGIC INCOME FUND | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN STRATEGIC INCOME FUND | F/K/A NUVEEN MULTI-STRATEGY INCOME FUND C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY - GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| NYSE MARKET INC | BOX #4006 POST-OFFICE BOX 8500 PHILADELPHIA PA 19178-4006 |
| OANDA CORPORATION | ATTN: MICHAEL STUMM 140 BROADWAY, 46TH FLOOR NEW YORK NY 10005 |
| OCCIDENTAL ENERGY MARKETING, INC. | MCCARTER & ENGLISH, LLP ATTN: KATHARINE L. MAYER RENAISSANCE CENTRE 405 N. KING STREET, 8TH FL WILMINGTON DE 19801 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SPCP GROUP, LLC ATTN: BRADFORD TOBIN 2 GREENWICH PLAZA GREENWICH CT 06830 |
| OHIO DEPARTMENT OF TAXATION | C/O REBECCA DAUM, 30 EAST BROAD STREET COLUMBUS OH 43215 |
| OHIO DEPARTMENT OF TAXATION | ATTORNEY GENERAL ATTORNEY-BANKRUPTCY DIVISION P.O. BOX 530 COLUMBUS OH 43216 |
| OHIO DEPARTMENT OF TAXATION | REBECCA L DAUM ATTORNEY-BANKRUPTCY DIVISION PO BOX 530 COLUMBUS OH 43216-0530 |
| ONEX DEBT OPPORTUNITY FUND, LTD. | TRANSFEROR: BANK OF AMERICA, N.A. ONEX CREDIT PARTNERS, LLC 910 SYLVAN AVENUE, SUITE 100 ENGLEWOOD CLIFFS NJ 07632 |
| OPTIONS PRICE REPORTING AUTHORITY | 400 SOUTH LASALLE STREET CHICAGO IL 60605 |
| PACIFICORP RETIREMENT PLAN | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| PENN WEST PETROLEUM LTD | ATTN: DAVID STERNA 207 NINTH AVE. SW, SUITE 200 CALGARY AB T2P 1K3 CANADA |

| Claim Name | Address Information |
|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE | BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG PA 17128-0946 |
| PEOPLE'S BANK OF CHINA | C/O STATE ADMINISTRATION OF FOREIGN EXCHANGE ATTN: MS. WAN TONGJUN & MR. CUI HAILIANG 3/F PING'AN MANSION 23 JINRONG STREET, XICHENG DISTRICT BEIJING 100140 CHINA |
| PHILIPPINE AIRLINES, INC. | ATTN: MICHAEL TAN, AVP TREASURY 5TH FLOOR PNB FINANCIAL CENTER PRES. DIOSDADO P. MACAPAGAL AVE. CCP COMPLEX PASAY CITY 1200 PHILIPPINES |
| PHILLIPS 66 COMPANY | TRANSFEROR: CONOCOPHILLIPS COMPANY C/O CANDACE SCHIFFMAN, SR. COUNSEL P.O. BOX 4428 HOUSTON TX 77210 |
| PIETRO FERRERO | RHODES ST. GENSES 64 AV LEQUIME BRUXELLES BELGIUM |
| PIETRO FERRERO | ATTN: RICHARD BERTOCCI & ANDREAS SEUFFERT GILMARTIN, POSTER & SHAFTO LLP 845 THIRD AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | JAY E. SILBERG, ESQ. 2300 N STREET, NW WASHINGTON DC 20037-1122 |
| PJM INTERCONNECTION, LLC | C/O NICHOLAS J. LEPORE, III SCHNADER HARRISON SEGAL & LEWIS LLP 1600 MARKET STREET, STE 3600 PHILADELPHIA PA 19103 |
| QUINN, PATRICIO | OLAZABAL 1382 - CAPITAL FEDERAL 1428 ARGENTINA |
| QUINTESSENCE FUND LP | ROBIN E. KELLER, ESQ LOVELLS LLP 590 MADISON AVENUE 7TH FLOOR NEW YORK NY 10022 |
| QUINTESSENCE FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| QUINTESSENCE FUND LP | TRANSFEROR: PINEY BRANCH PARK INC. C/O QVT ASSOCIATES GP LLC ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| QVT FUND LP | ROBIN E. KELLER, ESQ LOVELLS LLP 590 MADISON AVENUE 7TH FLOOR NEW YORK NY 10022 |
| QVT FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10035 |
| QVT SPECIAL INVESTMENT OFFSHORE FUND II LP | TRANSFEROR: PINEY BRANCH PARK INC. C/O QVT ASSOCIATES GP LLC; ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| QVT SPECIAL INVESTMENT ONSHORE FUND II LP | TRANSFEROR: PINEY BRANCH PARK INC. C/O QVT ASSOCIATES GP LLC ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| R3 CAPITAL PARTNERS MASTER, L.P. | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: ROSS ROSENFELT 40 EAST 52ND STREET, 4TH FLOOR NEW YORK NY 10022 |
| RAILWAYS PENSION TRUSTEE COMPANY LIMITED | AS TRUSTEE OF THE RAILWAYS PENSION SCHEMES 2ND FLOOR, CAMOMILE COURT 23 CAMOMILE STREET LONDON EC3A 7LL UNITED KINGDOM |
| RAILWAYS PENSION TRUSTEE COMPANY LIMITED | 2ND FLOOR, CAMOMILE COURT 23 CAMOMILE STREET LONDON EC3A 7LL UNITED KINGDOM |
| REDWOOD MASTER FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC ATTN: JONATHAN KOLATCH AND RUBEN KLIKSBERG 910 SYLVAN AVENUE ENGLEWOOD CLIFFS NJ 07632 |
| REDWOOD MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: JONATHAN KOLATCH & RUBEN KLIKSBERG 910 SYLVAN AVENUE ENGLEWOOD CLIFFS NJ 07632 |
| RELIANT ENERGY SERVICES, INC NKA RRI,INC | C/O NRG ENERGY INC. ATTN: ELIZABETH KILLINGER 1201 FANNIN STREET HOUSTON TX 77002 |
| RELOCATION SERVICE NETWORK | #301 FLAT SHIMMEI 7-7-8 ROPPONGI MINATO-KU, 13 106-0032 JAPAN |
| RESOLUTE ANETH, LLC | JAMES M. PICCONE, PRESIDENT 1700 LINCOLN STREET, SUITE 2800 DENVER CO 80203 |
| RIO TINTO PENSION 2009 TRUSTEES LIMITED | TRUSTEE OF THE RIO TINTO 2009 PENSION FUND 6 ST. JAMES'S SQUARE LONDON SW1Y 4AD UNITED KINGDOM |
| RTE RESEAU DE TRANSPORT D'ELECTRICITE | SERVICE COMMERCIAL SAINT-DENIS BATIMENT LA ROTONDE ATTN: LAURENT LAMY 204, BOULEVARD ANATOLE FRANCE 93206 SAINT-DENIS CEDEX FRANCE |
| RUBICON MASTER FUND | PO BOX 309 UGLAND HOUSE, GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| RUBICON MASTER FUND | RUBICON FUND MANAGEMENT LLP ATTN: JOE LEITCH 103 MOUNT STREET LONDON W1K 2TJ UNITED KINGDOM |
| RWNIH-HAM LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| SACAMANO PARTNERS, L.L.C. | TRANSFEROR: BLUECREST STRATEGIC LIMITED C/O ROPES & GRAY LLP ATTN: GAVIN |

| Claim Name | Address Information |
| --- | --- |
| SACAMANO PARTNERS, L.L.C. | ALEXANDER PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SAUDI ARABIAN MONETARY AGENCY | PO BOX 2992 AL MAATHER ROAD RIYADH 11169 SAUDI ARABIA |
| SC LOWY PRIMARY INVESTMENTS, LTD. | TRANSFEROR: FREIGHT INVESTOR SERVICES PTE LIMITED C/O SC LOWY ASSET MANAGEMENT (HK) LTD. SUITE 1401-02, CENTRAL TOWER 28 QUEEN'S ROAD, CENTRAL HONG KONG HONG KONG |
| SEAMLESSWEB PROFESSIONAL | P.O. BOX 48098 NEWARK NJ 07101-4898 |
| SEMPRA GENERATION | C/O SABINA CLORFEINE 101 ASH STREET, SUITE 1100 SAN DIEGO CA 92101 |
| SIG ENERGY, LLLP | 401 CITY AVENUE SUITE 220 BALA CYNWYD PA 19004 |
| SINGAPORE AIRLINES LIMITED | C/O JOHN J. MONAGHAN, ESQ. HOLLAND & KNIGHT LLP 10 ST. JAMES AVENUE BOSTON MA 02116 |
| SINGAPORE PETROLEUM COMPANY | CLYDE & CO US LLP C/O CHRISTOPHER CARLSEN 405 LEXINGTON AVENUE, 16TH FLOOR NEW YORK NY 10174 |
| SOLUS CORE OPPORTUNITIES L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: MACQUARIE BANK LIMITED 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SUSAN MCKOFKE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SUSAN MCKOFKE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SUSAN MCKOFKE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND III MASTER LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND III MASTER LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE 11TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| SOLUS RECOVERY FUND III MASTER LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOUTHWEST AIRLINES CO. | BAKER & MCKENZIE LLP ATTN: LAWRENCE P VONCKX 130 EAST RANDOLPH DRIVE, SUITE 3600 CHICAGO IL 60601 |
| SOUTHWEST AIRLINES CO. | ATTN: MARK R SHAW, ASSOCIATE GENERAL COUNSEL 2702 LOVE FIELD DRIVE, HDQ-4GC DALLAS TX 75235 |
| STANDARD BANK ISLE OF MAN LTD | C/O FIELD FISHER WATERHOUSE LLP REF: EAM/EJA 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| STANDARD BANK ISLE OF MAN LTD | STANDARD BANK HOUSE ATTN: JULIAN DAVIES, COO ONE CIRCULAR ROAD DOUGLAS, ISLE OF MAN IM1 1SB UNITED KINGDOM |
| STANDARD BANK JERSEY LIMITED | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET REF: EAM/EJA LONDON EC3N 2AA UNITED KINGDOM |
| STANDARD CHARTERED BANK | LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| STANDARD CHARTERED BANK | ATTN: MARC CHAIT- HEAD, AMERICAS THREE BRYANT PARK 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE | BANKRUPTCY SECTION POST OFFICE BOX 6668 TALLAHASSEE FL 32314-6668 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE | CLAIMANTS ATTORNEY FREDERICK F. RUDZICK P.O. BOX 6668 TALLAHASSEE FL 32314-6668 |
| STATE OF NEW MEXICO TAXATION AND REVENUE DEPARTMEN | 5301 CENTRAL N.E. PO BOX 8575 ALBUQUERQUE NM 87198-8575 |
| STICHTING PENSIOENFONDS ABP | C/O APG ASSET MANAGEMENT US INC ATTN: MARK SINGER 666 THIRD AVENUE, SECOND FLOOR NEW YORK NY 10017 |
| STICHTING PENSIOENFONDS CORPORATE EXPRESS | PO BOX 23456 AMSTERDAM-ZUIDOOST DZ 1100 NETHERLANDS |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: CVI GVF (LUX) MASTER SARL C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| SUNGARD REFERENCE DATA SOLUTIONS INC. | BANK OF AMERICA LOCKBOX 13079 13079 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| SUNRISE FINANCE CO, LTD | TRANSFEROR: LEHMAN BROTHERS FINANCE (JAPAN) INC. KISHIMOTO BUILDING 8/F 2-2-1 MARUNOUCHI, CHIYODA-KU TOKYO 100-0005 JAPAN |
| SWEDBANK AB (PUBL) | MR. JOHAN STENBERG, MR. CLAS BURENIUS SWEDBANK AB (PUBL) STOCKHOLM SE-105 34 SWEDEN |
| SWEDBANK AB (PUBL) | CLAUDE D. MONTGOMERY, ESQ. SALANS LLP 620 FIFTH AVENUE NEW YORK NY 10020 |
| TAP PUBLISHING COMPANY | 174 4TH STREET P.O. BOX 509 CROSSVILLE TN 38557 |
| TEACHERS RETIREMENT SYSTEM OF LOUISIANA | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| TELEFONICA, S.A. | ATTN: CRISTINA FERNANDEZ GOMEZ / PILAR ARRIMADAS GARCIA DISTRITO TELEFONICA, EDIFICIO CENTRAL PLANTA 3, RONDA DE LA COMUNICACION S/N MADRID 28050 SPAIN |
| TELEFONICA, S.A. | DEWEY & LEBOEUF LLP ATTN: EILEEN BANNON, ESQ. & IRENA GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| TENNESSEE DEPARTMENT OF REVENUE | C/O ATTORNEY GENERAL P.O. BOX 20207 NASHVILLE TN 37202-0207 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY - COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | OFFICE OF THE ATTORNEY GENERAL COLLECTION DIVISION - BANKRUPTCY SECTION PO BOX 12548 AUSTIN TX 78711-2548 |
| TFL PENSION FUND | ATTN: PETER R. LA TRONICA C/O BRIDGEWATER ASSOCIATES, INC., AS AUTHORI C/O BRIDGEWATER ASSOCIATES, INC., AS AUTHORIZED AGENT ONE GLENDINNING PLACE WESTPORT CT 06880 |
| TFL PENSION FUND | SHANNON LOWRY NAGLE AND RICHARD C. TISDALE FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP ONE NEW YORK PLAZA NEW YORK NY 10004 |
| TORRES, CARLOS | 67 ROCKY RIDGE DR NW CALGARY AB T3G 4G1 CANADA |
| TRUSTEES OF THE 3M PENSION AND LIFE ASSURANCE SCHE | 3M CENTRE, CAIN ROAD BRACKNELL RG12 8HT UNITED KINGDOM |
| TRUSTEES OF THE TATE AND | LYLE GROUP PENSION SCHEME C/O ABERDEEN ASSET MANAGERS LIMITED BOWS BELL HOUSE-ATTN: BRETT BUNTING 1 BREAD STREET LONDON EC4M 9HH UNITED KINGDOM |
| TSX INC | THE EXCHANGE TOWER PO BOX 421 130 KING STREET WEST TORONTO CANADA ON M5X 1J2 CANADA |
| TUAS POWER LTD | 111 SOMERSET ROAD #13-06 SINGAPORE 238164 SINGAPORE |
| TULLETT PREBON (OIL) LIMITED | TULLETT PREBON AMERICAS CORP ATTN: KATANYA K. ROYSTER ASSISTANT GENERAL COUNSEL 101 HUDSON STREET 24TH FLOOR JERSEY CITY NJ 07302 |
| TULLETT PREBON (OIL) LIMITED | KELLEY DRYE & WARREN LLP ATTN: JACK KILEY, ESQ. ATTN: JORDAN BERGMAN, ESQ. 101 PARK AVENUE 31ST FLOOR NEW YORK NY 10178-3099 |
| TULLETT PREBON (SINGAPORE) LIMITED | TULLETT PREBON AMERICAS CORP. ATTN: KATANYA K. ROYSTER ASSISTANT GENERAL COUNSEL 101 HUDSON STREET 24TH FLOOR JERSEY CITY NJ 07302 |
| TULLETT PREBON (SINGAPORE) LIMITED | C/O KELLY DRYE & WARREN LLP ATTN: JAMES CARR, ESQ. ATTN: JENNIFER RAVIELE, ESQ. 101 PARK AVE NEW YORK NY 10178 |
| TYTICUS MASTER FUND, LTD. | ATTN: JOSEPH WUNDERLICH C/O RIDGEFIELD CAPITAL ASSET MANAGEMENT 38C GROVE ST STE 201 RIDGEFIELD CT 06877-4667 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | C/O CHAPMAN AND CUTLER LLP ATTN: FRANKLIN H. TOP III 111 WEST MONROE STREET CHICAGO IL 60603 |
| ULTRA MASTER LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| UNICREDIT BANK AUSTRIA AG | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD. ATTN: DANIEL KHUNY, ABT. 8139 JULIUS TANDLER PLATZ 3 1090 VIENNA AUSTRIA |
| UNICREDIT S.P.A. | VIA GIOVANNIA PAISIELLO 5 00198  ROMA ITALIA |
| UNICREDIT S.P.A. | VIA ALESSANDRO SPECCHI 16 00186 ROME ITALY |
| UNION ELECTRIC COMPANY | C/O ARMSTRONG TEASDALE LLP ATTN: STEVEN N. COUSINS, SUSAN K. EHLERS 7700 FORSYTH BLVD., SUITE 12800 SAINT LOUIS MO 63105-1807 |
| UNITED ARAB EMIRATES GENERAL PENSION AND | SOCIAL SECURITY AUTHORITY PO BOX 47000 CARREFOUR/TOYOTA GARAGE AIRPORT ROAD ABU DHABI UNITED ARAB EMIRATES |
| UNITED COMPANY, THE | LEACH TRAVELL BRITT PC ATTN: LAWRENCE A. KATZ, ESQ. 8270 GREENSBORO DRIVE, SUITE 1050 MCLEAN VA 22102 |
| UNITED COMPANY, THE | THE UNITED COMPANY 1005 GLENWAY AVENUE BRISTOL VA 24201 |
| UNIVERSAL INVESTMENTGESELLSCHAFT - | ERLENSTRASSE 2 FRANKFURT 60325 GERMANY |

| Claim Name | Address Information |
|---|---|
| BRM-UNIVERSAL-F | ERLENSTRASSE 2 FRANKFURT 60325 GERMANY |
| VARDE INVESTMENT PARTNERS LP | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE ATTN: EDWINA STEFFER 901 MARQUETTE AVE S. SUITE 3300 MINNEAPOLIS MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE ATTN: EDWINA PJ STEFFER 901 MARQUETTE AVE S. SUITE 3300 MINNEAPOLIS MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MACQUARIE BANK LIMITED ATTN: EDWINA PJ STEFFER 901 MARQUETTE AVE S. SUITE 3300 MINNEAPOLIS MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: EDWINA PJ STEFFER 901 MARQUETTE AVE S. SUITE 3300 MINNEAPOLIS MN 55402 |
| VERIZON | P.O. BOX 15124 ALBANY NY 12212-5124 |
| VIRGINIA DEPARTMENT OF TAXATION, P.C. | BANKRUPTCY COUNSEL PO BOX 2156 RICHMOND VA 23218-2156 |
| VIRGINIA DEPARTMENT OF TAXATION, P.C. | TAXING AUTHORITY CONSULTING SERVICES, P.C. BANKRUPTCY COUNSEL P.O. BOX 2156 RICHMOND VA 23218-2156 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: GILA RIVER POWER, L.P. C/O VONWIN CAPITAL, LLC; ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |
| WALT DISNEY COMPANY, THE | ATTN: ALEC M. LIPKIND, VICE PRESIDENT, COUNSEL 77 WEST 66TH STREET, 15 FLOOR NEW YORK NY 10023 |
| WALT DISNEY COMPANY, THE | PROSKAUER ROSE LLP ATTN: MARTIN J. BIENENSTOCK & JEFFREY CHUBAK ELEVEN TIMES SQUARE NEW YORK NY 10036 |
| WEINGARTEN WEATHER CONSULTING | 502 L ESPRIT PKWY PENDLETON KY 40055-7745 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O WELLS FARGO CORPORATE TRUST- MARY SOHLBERG MAC N9300-061 600 SOUTH 4TH STREET MINNEAPOLIS MN 55479 |
| WGZ BANK AG, WESTDEUTSCHE GENOSSENSCHAFTS-ZENTRALB | BEREICH RECHT/ LEGAL DEPARTMENT ATTN: CHRISTIANE SCHMITZ LUDWIG- ERHARD- ALLEE 20 DUSSELDORF D-40227 GERMANY |
| WGZ BANK AG, WESTDEUTSCHE GENOSSENSCHAFTS-ZENTRALB | CLIFFORD CAHNCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| WHITE & CASE LLP | ATTN: PHILLIP H. SCHAEFFER 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WILMINGTON TRUST COMPANY, AS OWNER TRUSTEE | ATTN: DORRI COSTELLO, CORPORATE CLIENT SERVICES 1100 N MARKET STREET WILMINGTON DE 19890-0001 |
| WILMINGTON TRUST COMPANY, AS OWNER TRUSTEE | DORRI COSTELLO WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890-0001 |
| WILSON, DAVID | 812 48 AVENUE SW CALGARY AB T2S 1E8 CANADA |
| WINSTON & STRAWN | 200 PARK AVENUE NEW YORK NY 10166-4193 |
| WOLVERINE POWER SUPPLY COOPERATIVE, INC | ATTN: PETE CHASE 10125 W. WATERGATE RD PO BOX 229 CADILLAC MI 49601 |
| WPX ENERGY | F/K/A WILLIAMS GAS MARKETING INC. ATTN: RANDALL O'NEAL, MANAHER LOSS RECOVERY DEPT. ONE WILLIAMS CENTER - MD # 50-4 TULSA OK 74102 |
| XTO ENERGY INC | C/O K&L GATES LLP ATTN: ROBERT T. HONEYWELL & RICHARD S. MILLER 599 LEXINGTON AVE NEW YORK NY 10022 |
| YAMANE TULLETT PREBON (JAPAN) LIMITED | TULLETT PREBON AMERICAS CORP ATTN: KATANYA K. ROYSTER ASSISTANT GENERAL COUNSEL 101 HUDSON STREET 24TH FLOOR JERSEY CITY NJ 07302 |
| YAMANE TULLETT PREBON (JAPAN) LIMITED | C/O KELLEY DRYE & WARREN LLP ATTN: JAMES CARR, ESQ.. ATTN: JENNIFER RAVIELE, ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: MONTAUK ENERGY CAPITAL, LLC ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: DRAX POWER LIMITED ATTN: MARGARET MAURO 767 FIFTH AVENUE 17TH FLOOR NEW YORK NY 10153 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

**Claim Name**                          **Address Information**

Total Creditor count  456

**LBH 59383 1-10-19**

Eaton Corporation
Attn: Meeko Chisholm
1000 Eaton Blvd.
Cleveland, OH 44122

**EXHIBIT C**

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

adam.lanza@dlapiper.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

adk@msf-law.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

aglenn@kasowitz.com

agold@herrick.com

aisenberg@saul.com

akadish@dtlawgroup.com

akolod@mosessinger.com

alexander.lorenzo@alston.com

allison.holubis@wilsonelser.com

alum@ftportfolios.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amh@amhandlerlaw.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

andrewtenzer@paulhastings.com

angelich.george@arentfox.com

angie.owens@skadden.com

anthony_boccanfuso@aporter.com

aostrow@beckerglynn.com

appleby@chapman.com

aquale@sidley.com

arainone@bracheichler.com

arancier@offitkurman.com

arheaume@riemerlaw.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aschwartz@homerbonner.com

aseuffert@lawpost-nyc.com

ashmead@sewkis.com

asnow@ssbb.com

asomers@rctlegal.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdemay@hsgllp.com

bdk@schlamstone.com

benjamin.mintz@apks.com

bguiney@pbwt.com

1

bmiller@mofo.com

boneill@kramerlevin.com

brosenblum@jonesday.com

brotenberg@wolffsamson.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bsellier@rlrpclaw.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

cahn@clm.com

canelas@pursuitpartners.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cdesiderio@nixonpeabody.com

cfarley@mccarter.com

cgoldstein@stcwlaw.com

chad.husnick@kirkland.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chemrick@thewalshfirm.com

chipford@parkerpoe.com

chris.donoho@hoganlovells.com

christopher.greco@kirkland.com

claude.montgomery@dentons.com

clynch@reedsmith.com

cohen@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

cparyse@contrariancapital.com

craig.goldblatt@wilmerhale.com

craigjustinalbert@gmail.com

crmomjian@attorneygeneral.gov

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cszyfer@stroock.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.livshiz@freshfields.com

david.powlen@btlaw.com

david.s.cartee@delta.com

david.tillem@wilsonelser.com

david.wender@alston.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dblack@hsgllp.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

dennis.tracey@hoganlovells.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgoldberg@hsgllp.com

dhayes@mcguirewoods.com

dhealy@hsgllp.com

dheffer@foley.com

dhurst@coleschotz.com

dhw@dhclegal.com

diconzam@gtlaw.com

djcarragher@daypitney.com

djoseph@stradley.com

dkessler@ktmc.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dmark@kasowitz.com

dmcguire@winston.com

dmiller@steinlubin.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dspelfogel@foley.com

dsullivan@hsgllp.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dworkman@bakerlaw.com

ebcalvo@pbfcm.com

ecohen@russellinvestments.com

edelucia@hsgllp.com

edward.flanders@pillsburylaw.com

efisher@binderschwartz.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedmanspring.com

ekbergc@lanepowell.com

eleicht@whitecase.com

ellen.halstead@cwt.com

emagnelli@bracheichler.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

etillinghast@sheppardmullin.com

eweinick@otterbourg.com

ezujkowski@emmetmarvin.com

farrington.yates@kobrekim.com

fcarruzzo@kramerlevin.com

ffm@bostonbusinesslaw.com

fhenn@law.nyc.gov

fhyman@mayerbrown.com

foont@foontlaw.com

fsosnick@shearman.com

gabriel.delvirginia@verizon.net

gary.ravertpllc@gmail.com

gavin.alexander@ropesgray.com

gbray@milbank.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@morganlewis.com

gmoss@riemerlaw.com

goldenberg@ssnylaw.com

gspilsbury@jsslaw.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@chadbourne.com

heiser@chapman.com

hmagaliff@r3mlaw.com

holsen@stroock.com

hooper@sewkis.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

irethy@stblaw.com

j.zelloe@stahlzelloe.com

jacobsonn@sec.gov

jalward@blankrome.com

james.berg@piblaw.com

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamesboyajian@gmail.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbeemer@entwistle-law.com

jbrody@americanmlg.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jdoran@haslaw.com

jdwarner@warnerandscheuerman.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@united.com

jeldredge@velaw.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmr@msf-law.com

jnm@mccallaraymer.com

john.beck@hoganlovells.com

john.goodchild@morganlewis.com

john.monaghan@hklaw.com

john.mule@state.mn.us

jonathan.goldblatt@bnymellon.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joshua.dorchak@morganlewis.com

jowen769@yahoo.com

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrapisardi@omm.com

jrosenthal@mhlawcorp.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jtimko@shutts.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwcohen@daypitney.com

jwest@velaw.com

jwh@njlawfirm.com

jzulack@fzwz.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

kek@crb-law.com

ken.coleman@allenovery.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krosen@lowenstein.com

ksebaski@hsgllp.com

kurt.mayr@bgllp.com

kurt.rademacher@morganlewis.com

ladler@laniadlerpartners.com

landon@slollp.com

lapeterson@foley.com

lawallf@pepperlaw.com

lawrence.gelber@srz.com

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lee.whidden@dentons.com

lgomez@msek.com

lgranfield@cgsh.com

lhandelsman@stroock.com

lisa.solomon@att.net

ljkotler@duanemorris.com

lkatz@ltblaw.com

lkiss@klestadt.com

lmarinuzzi@mofo.com

lmcgowen@orrick.com

lnashelsky@mofo.com

loizides@loizides.com

lperlman@hsgllp.com

lschweitzer@cgsh.com

lucdespins@paulhastings.com

mabrams@willkie.com

maofiling@cgsh.com

marc.roitman@ropesgray.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.ellenberg@cwt.com

mark.mckane@kirkland.com

mark.salzberg@squirepb.com

mark.sherrill@sutherland.com

maryann.gagliardi@wilmerhale.com

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

mbenner@tishmanspeyer.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcarthurk@sullcrom.com

mccarthyj@sullcrom.com

mcolomar@diazreus.com

mcordone@stradley.com

mcyganowski@oshr.com

mdorval@stradley.com

meekchisholm@eaton.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhanin@kasowitz.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.krauss@faegrebd.com

michael.kraut@morganlewis.com

michael.mccrory@btlaw.com

michael.solow@apks.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mitchell.berger@squirepb.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mrosenthal@gibsondunn.com

mschimel@sju.edu

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

mshuster@hsgllp.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

munno@sewkis.com

mvenditto@reedsmith.com

mwarner@coleschotz.com

| | |
|---|---|
| mwarren@mtb.com | phayden@mcguirewoods.com |
| nathan.spatz@pillsburylaw.com | pmaxcy@sonnenschein.com |
| nbinder@binderschwartz.com | ppascuzzi@ffwplaw.com |
| nbojar@fklaw.com | psp@njlawfirm.com |
| ncoco@mwe.com | ptrostle@jenner.com |
| neal.mann@oag.state.ny.us | raj.madan@skadden.com |
| ned.schodek@shearman.com | ramona.neal@hp.com |
| neil.herman@morganlewis.com | rbeacher@pryorcashman.com |
| neilberger@teamtogut.com | rbernard@foley.com |
| ngueron@cgr-law.com | rbyman@jenner.com |
| nicholas.zalany@squirepb.com | rdaversa@orrick.com |
| nissay_10259-0154@mhmjapan.com | relgidely@gjb-law.com |
| nlepore@schnader.com | rfriedman@silvermanacampora.com |
| nlieberman@hsgllp.com | rgmason@wlrk.com |
| notice@bkcylaw.com | rgoodman@moundcotton.com |
| nyrobankruptcy@sec.gov | rgraham@whitecase.com |
| otccorpactions@finra.org | rhett.campbell@tklaw.com |
| paronzon@milbank.com | richard.lear@hklaw.com |
| pbattista@gjb-law.com | richard@rwmaplc.com |
| pbosswick@ssbb.com | rick.murphy@sutherland.com |
| pdublin@akingump.com | rleek@hodgsonruss.com |
| peisenberg@lockelord.com | rmatzat@hahnhessen.com |
| peter.gilhuly@lw.com | rnetzer@willkie.com |
| peter.meisels@wilsonelser.com | robert.honeywell@klgates.com |
| peter.simmons@friedfrank.com | robert.malone@dbr.com |
| peter@bankrupt.com | robert.yalen@usdoj.gov |
| pfeldman@oshr.com | robin.keller@lovells.com |
| pfinkel@wilmingtontrust.com | roger@rnagioff.com |

rpedone@nixonpeabody.com

rrainer@wmd-law.com

rroupinian@outtengolden.com

russj4478@aol.com

ryaspan@yaspanlaw.com

sabin.willett@morganlewis.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

scargill@lowenstein.com

schager@ssnylaw.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

scott.golden@hoganlovells.com

scottj@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

sehlers@armstrongteasdale.com

sfalanga@thewalshfirm.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgraziano@blbglaw.com

sgubner@ebg-law.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

skatona@polsinelli.com

sldreyfuss@hlgslaw.com

sleo@bm.net

slerman@ebglaw.com

slerner@ssd.com

sloden@diamondmccarthy.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

squsba@stblaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sstarr@starrandstarr.com

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

streusand@slollp.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuber@csglaw.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tgoren@mofo.com

tgrinsell@hsgllp.com

thenderson@americanmlg.com

thomas.califano@dlapiper.com

timothy.harkness@freshfields.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmm@mullaw.org

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

uitkin@kasowitz.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

william.hao@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@beckerglynn.com

wtaylor@mccarter.com

yuwatoko@mofo.com