**United States Bankruptcy Court**
**Southern District of New York**

In re Lehman Brothers Special Financing Inc., et al., Debtors.

Case No. 08-13888
(JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | Citigroup Financial Products Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 26915
Amount of Claim Transferred: $80,867.49
Debtor: Lehman Brothers Special Financing Inc.

HBK Master Fund L.P.
c/o HBK Services LLC
Attn: Vivian Torian
2300 North Field Street, Suite 200
Dallas, Texas 75201
Ph: (214)758-6161
F:  (214)758-1261
Email: vtorian@hbk.com

Phone:
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J.R. Smith      Date: January 9, 2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**United States Bankruptcy Court**
**Southern District of New York**

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555</u>
                                                                       (JMP)
                                                                       (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | Citigroup Financial Products Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 26914
Amount of Claim Transferred: $80,867.49
Debtor: Lehman Brothers Holdings Inc.

HBK Master Fund L.P.
c/o HBK Services LLC
Attn: Vivian Torian
2300 North Field Street, Suite 200
Dallas, Texas 75201
Ph: (214)758-6161
F:  (214)758-1261
Email: vtorian@hbk.com

Phone: _____    Phone: _____
Last Four Digits of Acct #: _____    Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J.R. Smith    Date: January 9, 2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13888(SCC) (Jointly Administered)

Proof of Claim Number 26915

Related to Dkt. No.: 58654

**CITIGROUP FINANCIAL PRODUCTS INC.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**HBK Master Fund L.P.**
c/o HBK Services LLC
Attn: Vivian Torian
2300 North Field Street, Suite 200
Dallas, Texas 75201
Email: vtorian@hbk.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 26915, in the allowed amount of **$80,867.49** (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated January 9, 2019.

| CITIGROUP FINANCIAL PRODUCTS INC. | HBK MASTER FUND L.P. |
|---|---|
| By: *DocuSigned by: BS BA — 4D05618B5CD9437...* | By: _____ |
| Name: | Name: |
| Title: | Title: |

Brian S. Broyles - Authorized Signatory

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13888(SCC) (Jointly Administered)

Proof of Claim Number 26915

Related to Dkt. No.: 58654

**CITIGROUP FINANCIAL PRODUCTS INC.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**HBK Master Fund L.P.**
c/o HBK Services LLC
Attn: Vivian Torian
2300 North Field Street, Suite 200
Dallas, Texas 75201
Email: vtorian@hbk.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 26915, in the allowed amount of **$80,867.49** (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated January 9, 2019.

| **CITIGROUP FINANCIAL PRODUCTS INC.** | **HBK MASTER FUND L.P.** | By: HBK Services LLC<br>Investment Advisor |
|---|---|---|

By: _____
Name:
Title:

By: _____
Name: Beauregard A. Fournet
Title: Authorized Signatory

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holding Inc. ("Debtor")
Case No. 08-13555(SCC) (Jointly Administered)

Proof of Claim Number 26914

Related to Dkt. No.: 58655

**CITIGROUP FINANCIAL PRODUCTS INC.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**HBK Master Fund L.P.**
c/o HBK Services LLC
Attn: Vivian Torian
2300 North Field Street, Suite 200
Dallas, Texas 75201
Email: vtorian@hbk.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 26914, in the allowed amount of **$80,867.49** (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated January 9, 2019.

| **CITIGROUP FINANCIAL PRODUCTS INC.** | **HBK MASTER FUND L.P.** |
|---|---|
| By: *DocuSigned by: BS BA / 4D05618B5CD9437...* | By: _____ |
| Name: | Name: |
| Title: | Title: |

Brian S. Broyles - Authorized Signatory

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO:  Lehman Brothers Holding Inc. ("Debtor")
Case No. 08-13555(SCC) (Jointly Administered)

Proof of Claim Number 26914

Related to Dkt. No.: 58655

**CITIGROUP FINANCIAL PRODUCTS INC.**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**HBK Master Fund L.P.**
c/o HBK Services LLC
Attn: Vivian Torian
2300 North Field Street, Suite 200
Dallas, Texas 75201
Email: vtorian@hbk.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 26914, in the allowed amount of **$80,867.49** (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated January 9, 2019.

| CITIGROUP FINANCIAL PRODUCTS INC. | HBK MASTER FUND L.P. | By: HBK Services LLC Investment Advisor |
|---|---|---|
| By: _____ Name: Title: | By: _____[signature]_____ Name: Beauregard A. Fournet Title: Authorized Signatory | |