**United States Bankruptcy Court**
**Southern District of New York**

| | |
|---|---|
| In re <u>Lehman Brothers Special Financing Inc., et al.</u>, Debtors. | Case No. <u>08-13888 (JMP)</u><br>(Jointly Administered) |

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | Citigroup Financial Products Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known):  32617
Amount of Claim Transferred:  $22,084,309.04
Debtor: Lehman Brothers Special Financing Inc.

HBK Master Fund L.P.
c/o HBK Services LLC
Attn: Vivian Torian
2300 North Field Street, Suite 200
Dallas, Texas 75201
Ph: (214)758-6161
F:  (214)758-1261
Email: vtorian@hbk.com

Phone:
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):
Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J.R.Smith                    Date: January 9, 2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

A-2

**United States Bankruptcy Court**
**Southern District of New York**

| | |
|---|---|
| In re <u>Lehman Brothers Special Financing Inc., et al.</u>, Debtors. | Case No. <u>08-13888 (JMP)</u><br>(Jointly Administered) |

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>HBK Master Fund L.P.</u>          <u>Citigroup Financial Products Inc.</u>
Name of Transferee                Name of Transferor

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
Attn: Vivian Torian
2300 North Field Street, Suite 200
Dallas, Texas 75201
Ph: (214)758-6161
F:  (214)758-1261
Email: vtorian@hbk.com

Court Claim # (if known):  <u>66969</u>
Amount of Claim Transferred:  <u>$76,562.66</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/ J.R. Smith</u>          Date:  <u>January 9, 2019</u>
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**United States Bankruptcy Court**
**Southern District of New York**

| | |
|---|---|
| In re <u>Lehman Brothers Special Financing Inc., et al.</u>, Debtors. | Case No. <u>08-13888 (JMP)</u><br>(Jointly Administered) |

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>HBK Master Fund L.P.</u> | <u>Citigroup Financial Products Inc.</u> |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known):  <u>15325</u>
Amount of Claim Transferred:  <u>$6,145.30</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

HBK Master Fund L.P.
c/o HBK Services LLC
Attn: Vivian Torian
2300 North Field Street, Suite 200
Dallas, Texas 75201
Ph: (214)758-6161
F:  (214)758-1261
Email: vtorian@hbk.com

Phone: 
Last Four Digits of Acct #: 

Phone: 
Last Four Digits of Acct #: 

Name and Address where transferee payments should be sent (if different from above):

Phone: 
Last Four Digits of Acct #: 

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/ J.R. Smith</u>        Date:  <u>January 9, 2019</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**United States Bankruptcy Court**
**Southern District of New York**

| | |
|---|---|
| In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors. | Case No. <u>08-13555 (JMP)</u><br>(Jointly Administered) |

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>HBK Master Fund L.P.</u> | <u>Citigroup Financial Products Inc.</u> |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>32618</u>
Amount of Claim Transferred: <u>$22,084,309.04</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

HBK Master Fund L.P.
c/o HBK Services LLC
Attn: Vivian Torian
2300 North Field Street, Suite 200
Dallas, Texas 75201
Ph: (214)758-6161
F:  (214)758-1261
Email: vtorian@hbk.com

Phone: 
Last Four Digits of Acct #: 

Phone: 
Last Four Digits of Acct #: 

Name and Address where transferee payments should be sent (if different from above):
Phone: 
Last Four Digits of Acct #: 

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J.R. Smith</u>    Date: <u>January 9, 2019</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**United States Bankruptcy Court**
**Southern District of New York**

| | |
|---|---|
| In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors. | Case No. <u>08-13555 (JMP)</u> <br> (Jointly Administered) |

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>HBK Master Fund L.P.</u>                                  <u>Citigroup Financial Products Inc.</u>
Name of Transferee                                          Name of Transferor

Name and Address where notices to          Court Claim # (if known):  <u>66970</u>
transferee should be sent:                 Amount of Claim Transferred: <u>$76,562.66</u>
                                           Debtor: <u>Lehman Brothers Holdings Inc.</u>

HBK Master Fund L.P.
c/o HBK Services LLC
Attn: Vivian Torian
2300 North Field Street, Suite 200
Dallas, Texas 75201
Ph: (214)758-6161
F:  (214)758-1261
Email: vtorian@hbk.com


Phone: _____           Phone: _____
Last Four Digits of Acct #: _____   Last Four Digits of Acct #: _____


Name and Address where transferee payments
should be sent (if different from above):
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/ J.R. Smith</u>                    Date: <u>January 9, 2019</u>
     Transferee/Transferee's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

A-6

**United States Bankruptcy Court**
**Southern District of New York**

| | |
|---|---|
| In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors. | Case No. <u>08-13555 (JMP)</u><br>(Jointly Administered) |

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>HBK Master Fund L.P.</u>     <u>Citigroup Financial Products Inc.</u>
Name of Transferee     Name of Transferor

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
Attn: Vivian Torian
2300 North Field Street, Suite 200
Dallas, Texas 75201
Ph: (214)758-6161
F:  (214)758-1261
Email: vtorian@hbk.com

Court Claim # (if known): <u>15329</u>
Amount of Claim Transferred: <u>$6,145.30</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: _____     Phone: _____
Last Four Digits of Acct #: _____     Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J.R. Smith</u>     Date: <u>January 9, 2019</u>
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

A-7

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Citigroup Financial Products Inc.**, located at 390 Greenwich Street, 4th Floor, New York, NY 10013 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.**, having the Claim Numbers in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| # | LBSF Claim # | Transferred Claim Amount |
|---|---|---|
| 1 | 32617 | 22,084,309.04 |
| 2 | 66969 | 76,562.66 |
| 3 | 15325 | 6,145.30 |
|   | Total | $22,167,017.00 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of January 9, 2019.

| **HBK Master Fund L.P.** | By: HBK Services LLC Investment Advisor | **Citigroup Financial Products Inc.** |
|---|---|---|
| By: _____ | | By: _____ |
| Name: Beauregard A. Fournet | | Name: |
| Title: Authorized Signatory | | Title: |

A-8

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Citigroup Financial Products Inc.**, located at 390 Greenwich Street, 4th Floor, New York, NY 10013 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc**., having the Claim Numbers in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| # | **LBSF Claim #** | **Transferred Claim Amount** |
|---|---|---|
| 1 | 32617 | 22,084,309.04 |
| 2 | 66969 | 76,562.66 |
| 3 | 15325 | 6,145.30 |
|   | **Total** | **$22,167,017.00** |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of January 9, 2019.

| **HBK Master Fund L.P.** | **Citigroup Financial Products Inc.** |
|---|---|
| By: _____ | By: _____*BSBr*_____ (DocuSigned by: 4D05618B5CD9437...) |
| Name: | Name: |
| Title: | Title: Brian S. Broyles – Authorized Signatory |

**United States Bankruptcy Court**
**Southern District of New York**

| | |
|---|---|
| In re <u>Lehman Brothers Special Financing Inc., et al.</u>, Debtors. | Case No. <u>08-13888 (JMP)</u><br>(Jointly Administered) |

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>HBK Master Fund L.P.</u> | <u>Citigroup Financial Products Inc.</u> |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>32617</u>
Amount of Claim Transferred: <u>$22,084,309.04</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

HBK Master Fund L.P.
c/o HBK Services LLC
Attn: Vivian Torian
2300 North Field Street, Suite 200
Dallas, Texas 75201
Ph: (214)758-6161
F:  (214)758-1261
Email: vtorian@hbk.com

Phone: _____   Phone: _____
Last Four Digits of Acct #: _____   Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J.R. Smith</u>   Date: <u>January 9, 2019</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

A-10

**United States Bankruptcy Court**
**Southern District of New York**

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | Citigroup Financial Products Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
Attn: Vivian Torian
2300 North Field Street, Suite 200
Dallas, Texas 75201
Ph: (214)758-6161
F:  (214)758-1261
Email: vtorian@hbk.com

Court Claim # (if known): 32618
Amount of Claim Transferred: $22,084,309.04
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):
Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J.R. Smith          Date: January 9, 2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

A-11

**United States Bankruptcy Court**
**Southern District of New York**

| | |
|---|---|
| In re <u>Lehman Brothers Special Financing Inc., et al.</u>, Debtors. | Case No.  <u>08-13888 (JMP)</u> |
| | (Jointly Administered) |

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>HBK Master Fund L.P.</u> | <u>Citigroup Financial Products Inc.</u> |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
Attn: Vivian Torian
2300 North Field Street, Suite 200
Dallas, Texas 75201
Ph: (214)758-6161
F:  (214)758-1261
Email: vtorian@hbk.com

Court Claim # (if known):  <u>66969</u>
Amount of Claim Transferred:  <u>$76,562.66</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:  _____
Last Four Digits of Acct #: _____

Phone:  _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/ J.R. Smith</u>     Date:  <u>January 9, 2019</u>
       Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

A-12

**United States Bankruptcy Court**
**Southern District of New York**

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | Citigroup Financial Products Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
Attn: Vivian Torian
2300 North Field Street, Suite 200
Dallas, Texas 75201
Ph: (214)758-6161
F:  (214)758-1261
Email: vtorian@hbk.com

Court Claim # (if known): 66970
Amount of Claim Transferred: $76,562.66
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J.R.Smith           Date: January 9, 2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**United States Bankruptcy Court**
**Southern District of New York**

| | |
|---|---|
| In re <u>Lehman Brothers Special Financing Inc., et al.</u>, Debtors. | Case No. <u>08-13888 (JMP)</u><br>(Jointly Administered) |

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund L.P. | Citigroup Financial Products Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
Attn: Vivian Torian
2300 North Field Street, Suite 200
Dallas, Texas 75201
Ph: (214)758-6161
F:  (214)758-1261
Email: vtorian@hbk.com

Court Claim # (if known):  15325
Amount of Claim Transferred:  $6,145.30
Debtor: Lehman Brothers Special Financing Inc.

Phone:                                         Phone:
Last Four Digits of Acct #:                    Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):
Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ J.R. Smith                          Date:  January 9, 2019
       Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

A-14

**United States Bankruptcy Court**
**Southern District of New York**

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>HBK Master Fund L.P.</u>
Name of Transferee

<u>Citigroup Financial Products Inc.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>15329</u>
Amount of Claim Transferred: <u>$6,145.30</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

HBK Master Fund L.P.
c/o HBK Services LLC
Attn: Vivian Torian
2300 North Field Street, Suite 200
Dallas, Texas 75201
Ph: (214)758-6161
F:  (214)758-1261
Email: vtorian@hbk.com

Phone:
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):
Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J.R. Smith</u>    Date: <u>January 9, 2019</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

A-15

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Citigroup Financial Products Inc.**, located at 390 Greenwich Street, 4th Floor, New York, NY 10013 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.**, having the Claim Numbers in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| # | LBHI Claim # | Transferred Claim Amount |
|---|---|---|
| 1 | 32618 | 22,084,309.04 |
| 2 | 66970 | 76,562.66 |
| 3 | 15329 | 6,145.30 |
|   | Total | $22,167,017.00 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of January 9, 2019.

| **HBK Master Fund L.P.** | By: HBK Services LLC Investment Advisor | **Citigroup Financial Products Inc.** |
|---|---|---|
| By: _____ | | By: _____ |
| Name: Beauregard A. Fournet | | Name: |
| Title: Authorized Signatory | | Title: |

A-9

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Citigroup Financial Products Inc.**, located at 390 Greenwich Street, 4th Floor, New York, NY 10013 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P..**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc**., having the Claim Numbers in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| # | LBHI Claim # | Transferred Claim Amount |
|---|---|---|
| 1 | 32618 | 22,084,309.04 |
| 2 | 66970 | 76,562.66 |
| 3 | 15329 | 6,145.30 |
|   | **Total** | **$22,167,017.00** |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of January 9, 2019.

| **HBK Master Fund L.P.** | **Citigroup Financial Products Inc.** |
|---|---|
| By: _____ | By: _____BSBr_____ (DocuSigned: 4D05618B5CD9437...) |
| Name: | Name: |
| Title: | Title: Brian S. Broyles - Authorized Signatory |