

FILED / RECEIVED
JAN 0 2 2019
EPIQ

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)
Claim Number: 46426**

We would like to inform you that Mr Stephan Schneider who is the holder of the claim Number 46426, filed on 10/26/2009, has assigned the rights arising out of this claim corresponding with the following securities

150 pcs. "Lehman Bros Treasury Co. B.V." (ISIN DE000A0TVK20)
in the amount of a face value of **USD 212,865.87**

to

**Bethmann Bank AG,**
Bethmannstraße 7-9, 60311 Frankfurt am Main, Germany.

Bethmann Bank AG and Mr Stephan Schneider have agreed to the assignment mentioned herein above. Both Bethmann Bank AG as well as Mr Stephan Schneider acknowledge and represent that due to the assignment mentioned herein above Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, 13.12.2018          Hamburg, 29.10.2018

Bethmann Bank AG
(Assignee)                                            (Assignor)

Jochen Weber    Oliver Körner                Stephan Schneider