

FILED / RECEIVED

JAN 0 2 2019

EPIQ

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficency of which are hereby acknowledged, **UNION BANCAIRE PRIVEE, UBP SA** ("Transferor") unconditionally and irrevocably transferred to **Mr Werner Reuss** all of its right, title, interest claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **545221.01**) in nominal amount of EUR 50'000 and **an allowed claim of USD 70'955.28** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 11th December 2018.

UNION BANCAIRE PRIVEE, UBP SA

Securities department
Director

Securities department
Associate

Werner Reuß

14. Dezember 2018

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc            ,         Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Werner Reuss | Union Bancaire Privée, UBP SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Zweierweg 47, 97074 Wuerzburg, Germany

Court Claim # (if known): 545221.01
Amount of Claim: $70,955.28
Date Claim Filed: 10/29/2009

Phone: +49(163)3309220
Last Four Digits of Acct #: _____

Phone: +41.58.819.3428
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

IBAN:    DE41 7902 0076 1490 3113 07
Bank:    Hypovereinsbank, UniCredit

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Werner (signature)_         Date: 14. Dezember 2018
    Transferee/Transferee's Agent

    Werner Reuß

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Schedule I

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN / Description | Court Claim | Date Claim Filed | Issuer | Claim Unsecured | Allowed Caim |
|---|---|---|---|---|---|
| ISIN XS0213629487<br><br>Lehman Brothers due 09.03.2010 | 545221.01 | 29th October 2009 | Lehman Brothers Treasury | EUR 30'000 | USD 42'573.17 |
| ISIN XS0290588572<br><br>Lehman Brothers due 02.04.2010 | 545221.01 | 29th October 2009 | Lehman Brothers Treasury | EUR 20'000 | USD 28'382.11 |

*Werner* [signature]

Werner Reni3

14. Dezember 2018



Deutsche Post
F) 14.12.18   3,40

F1 0179 A752
00 0008 5367



**PRIORITY**
PRIORITAIRE / LUFTPOST

Recommandé
R  RT 10 017 598 5DE



EPIQ Bankruptcy Soloutions, LLC

Attn. LEHMAN BROTHERS HOLDINGS CLAIM PROCESSING

FILED / RECEIVED
DEC 2 6 2018
EPIQ

Abs. W. Renß
Zweierweg 47
97074 Würzburg
Germany

780 THIRD AVENUE, 3D FLOOR

NEW YORK, NY 10017
UNITED STATES

10017$2015 C069