**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

| | |
|---|---|
| : | **Chapter 11** |
| In re : | |
| : | **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | |
| : | **(Jointly Administered)** |
| Debtors. : | |
| : | Ref. Docket Nos. 58826, |
| : | 59221, 59224, 59225, 59228, |
| : | 59308, 59309, 59310, 59311, |
| : | 59312, 59313, 59314, 59315, |
| -------------------------------------------------------------------- x | 59316, 59317, 59318, 59319, |
| | 59323, 59325, 59326, 59327, |
| | 59328, 59329, 59330, 59331, |
| | 59332, 59333, 59334, 59335, |
| | 59336, 59337, 59338, 59339, |
| | 59340, 59341, 59342 |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK    )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 10, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 10, 2019, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
11th day of January, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000132785856 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 12318



| | |
|---|---|
| BANQUE PICTET & CIE SA | BANQUE PICTET & CIE SA |
| CRAVATH, SWAINE & MOORE LLP | TRANSFEROR: CREDIT SUISSE |
| ATTN: RICHARD LEVIN | ATTN: DAVID AESCHLIMANN |
| WORLDWIDE PLAZA | ROUTE DES ACACIAS 60 |
| 825 EIGHTH AVENUE | 1211 GENEVA 73 |
| NEW YORK, NY 10019 | SWITZERLAND |

Please note that your claim # 5355829-65 in the above referenced case and in the amount of
$0.00 has been transferred (unless previously expunged by court order)

CREDIT SUISSE
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER                    in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/10/2019                    Vito Genna, Clerk of Court

                          /s/ Betina Wheelon
                          _____
                          Epiq Corporate Restructuring, LLC

                          as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2019.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: MR. MARIO MUSSO, VIA CAVOUR, N. 4, 12051 ALBA (CUNEO)   ITALY |
| BANCA DI DESIO E DELLA BRIANZA S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: MAURIZIO MENGANA / SANDRO ASCANI, VIA ROVAGNATI, 1, 20832 DESIO (MB)   ITALY |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANCA MEDIOLANUM S.P.A. | TRANSFEROR: UNIONE DI BANCHE ITALIANE SPA, ATTN: MASSIMO DORIS, VIA FRANCESCO SFORZA 15, 20080 BASIGLIO (MI)   ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: VALERIA VIGANO / DORIANA FRAGNELLI, PIAZZA SALIMBENI 3, 53100 SIENA   ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: VALERIA VIGANO, VIA ROSELLINI, 16, 20124 MILANO   ITALY |
| BANCA SELLA HOLDING S.P.A. | TRANSFEROR: BANCA FIDEURAM S.P.A., ATTN: BRUNO TORCHIO / CARLO NEGRO, PIAZZA G. SELLA 1, BIELLA 13900   ITALY |
| BANCO DI DESIO E DELLA BRIANZA S.P.A. | TRANSFEROR: CREDITO VALTELLINESE S.C., ATTN: STEFANIA MAZZONELLO, VIA ROVAGNATI, 1, 20832 DESIO (MB)   ITALY |
| BANQUE PICTET & CIE SA | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH, CORPORATE ACTIONS, ATTN: DAVID AESCHLIMANN, RTE DES ACACIAS 60, 1211 GENEVA 73   SWITZERLAND |
| BANQUE PICTET & CIE SA | TRANSFEROR: CREDIT SUISSE, ATTN: DAVID AESCHLIMANN, ROUTE DES ACACIAS 60, 1211 GENEVA 73   SWITZERLAND |
| BANQUE PICTET & CIE SA | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON (HK), C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON (HK), C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON (HK), C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BORDIER & CIE | TRANSFEROR: BANQUE PICTET & CIE SA, RUE DE HOLLANDE 16, 1204 GENEVA SWITZERLAND |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GRUSS DV MASTER FUND, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: INTESA SANPAOLO S.P.A., ATTN: EFISIO BERTRAND, VIA EMILIA S. PIETRO 4, 42121 REGGIO EMILIA  ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| CREDITO VALTELLINESE S.C. | ATTENTION: CINZIA GERNA, PIAZZA QUADRIVIO, 8, SONDRIO 23100 ITALY |
| CREDITO VALTELLINESE S.C. | ATTENTION: CINZIA GERNA, PIAZZA QUADRIVIO, 8, SONDRIO 23100 ITALY |
| CREDITO VALTELLINESE S.C. | ATTENTION: CINZIA GERNA, PIAZZA QUADRIVIO, 8, SONDRIO 23100 ITALY |
| DEUTSCHE BANK AG, LONDON (HK) | TRANSFEROR: MIZUHO SECURITIES CO LTD, DEUTSCHE BANK AG, HONG KONG BRANCH/ATTN: JACK TSAI, 55/F CHEUNG KONG CENTER, 2 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| DEUTSCHE BANK AG, LONDON (HK) | 1 GREAT WINCHESTER ST, WINCHESTER HOUSE, LONDON, EC2N 2DB  UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON (HK) | TRANSFEROR: MIZUHO SECURITIES CO LTD, DEUTSCHE BANK AG, HONG KONG BRANCH; ATTN: JACK TSAI, 55/F CHEUNG KONG CENTER, 2 QUEEN'S ROAD, CENTRAL, HONG KONG  HONG KONG |
| DEUTSCHE BANK AG, LONDON (HK) | 1 GREAT WINCHESTER ST, WINCHESTER HOUSE, LONDON EC2N 2DB  UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON (HK) | TRANSFEROR: MIZUHO SECURITIES CO LTD, C/O DEUTSCHE BANK AG, HONG KONG BRANCH, ATTN: JACK TSAI, 60/F INTERNATIONAL COMMERCE CENTRE, 1 AUSTIN ROAD WEST, KOWLOON, HONG KONG  HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| EDMOND DE ROTHSCHILD (MONACO) | TRANSFEROR: LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF:, LES TERRACES, 2 AVENUE DE MONTE CARLO, 98000 MONACO  MONACO |
| EDMOND DE ROTHSCHILD (MONACO) | LLYODS TSB BANK PLC, GENEVA BRANCH, ATTN: CORPORATE ACTIONS, PLACE BEL-AIR 1, GENEVA 11 1211 SWITZERLAND |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SUITE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |

| Claim Name | Address Information |
|---|---|
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SEAN LOBO, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SEAN LOBO, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SEAN LOBO, 505 5TH AVENUE SOUTH, STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SEAN LOBO, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SEAN LOBO, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LEJOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GRUSS DV MASTER FUND, LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A., F/K/A GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED LTD, C/O GRUSS CAPITAL MANAGEMENT, LP, ATTN: MONICA BILCIU, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD | 89 NEXUS WAY, 2ND FLOOR, CAMANA BAY, GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| GRUSS DV MASTER FUND, LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A., F/K/A GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED LTD, C/O GRUSS CAPITAL MANAGEMENT, LP, ATTN: MONICA BILCIU, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD | 89 NEXUS WAY, 2ND FLOOR, CAMANA BAY, GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| GRUSS DV MASTER FUND, LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A., F/K/A GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED LTD, C/O GRUSS CAPITAL MANAGEMENT, LP, ATTN: MONICA BILCIU, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD | 89 NEXUS WAY, 2ND FLOOR, CAMANA BAY, GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| GRUSS DV MASTER FUND, LTD | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., F/K/A GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED LTD, C/O GRUSS CAPITAL MANAGEMENT, LP, ATTN: MONICA BILCIU, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., F/K/A GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED LTD, C/O GRUSS CAPITAL MANAGEMENT, LP, ATTN: MONICA BILCIU, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU/SUNG YIM, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD | TRANSFEROR: BARCLAYS BANK PLC, F/K/A GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED LTD, C/O GRUSS CAPITAL MANAGEMENT, LP, ATTN: MONICA BILCIU, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD | 89 NEXUS WAY, 2ND FLOOR, CAMANA BAY, GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| GRUSS DV MASTER FUND, LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A., F/K/A GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED LTD, C/O GRUSS CAPITAL MANAGEMENT, LP, ATTN: MONICA BILCIU, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD | 89 NEXUS WAY, 2ND FLOOR, CAMANA BAY, GRAND CAYMAN KY1-1205 CAYMAN ISLAND |
| GRUSS DV MASTER FUND, LTD | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., F/K/A GRUSS GLOBAL |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GRUSS DV MASTER FUND, LTD | INVESTORS MASTER FUND ENHANCED LTD, C/O GRUSS CAPITAL MANAGEMENT, LP, ATTN: MONICA BILCIU, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A., F/K/A GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED LTD, C/O GRUSS CAPITAL MANAGEMENT, LP, ATTN: MONICA BILCIU, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD | 89 NEXUS WAY, 2ND FLOOR, CAMANA BAY, GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| GRUSS DV MASTER FUND, LTD | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., F/K/A GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED LTD, C/O GRUSS CAPITAL MANAGEMENT, LP, ATTN: MONICA BILCIU, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD | TRANSFEROR: BARCLAYS BANK PLC, F/K/A GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED LTD, C/O GRUSS CAPITAL MANAGEMENT, LP, ATTN: MONICA BILCIU, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD | 89 NEXUS WAY, 2ND FLOOR, CAMANA BAY, GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| GRUSS DV MASTER FUND, LTD | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., F/K/A GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED LTD, C/O GRUSS CAPITAL MANAGEMENT, LP, ATTN: MONICA BILCIU, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A., F/K/A GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED LTD, C/O GRUSS CAPITAL MANAGEMENT, LP, ATTN: MONICA BILCIU, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD | 89 NEXUS WAY, 2ND FLOOR, CAMANA BAY, GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| GRUSS DV MASTER FUND, LTD. | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU / SUNG YIN, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| GRUSS DV MASTER FUND, LTD. | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., C/O GRUSS CAPITAL MANAGEMENT LP, ATTN: MONICA BILCIU / SUNG YIN, 510 MADISON AVENUE, NEW YORK, NY 10022 |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| INTESA SANPAOLO S.P.A. | ATTN: LUIGI FIORI CARONES, LEGAL DEPARTMENT, VIA VERDI 8, MILANO 20121 ITALY |
| INTESA SANPAOLO S.P.A. | ATTN: LUIGI FIORI CARONES, LEGAL DEPARTMENT, VIA VERDI 8, MILANO 20121 ITALY |
| INTESA SANPAOLO S.P.A. | ATTN: LUIGI FIORI CARONES, LEGAL DEPARTMENT, VIA VERDI 8, MILANO 20121 ITALY |
| LGT BANK (SINGAPORE) LTD. | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE, 3 TEMASEK AVENUE, #30-01 CENTENNIAL TOWER, SINGAPORE 039190  SINGAPORE |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: | MS. LAVINIA SAMUEL, 'LE SHAKESPEARE', 12 BLD PRINCESSE CHARLOTTE, MONACO MC 98000 MONACO |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC; ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| UNIONE DI BANCHE ITALIANE SPA | ATTENTION: LUCA BONZANINI, AREA AFFARI LEGALI E CONTENZIOSO, PIAZZA V. VENETO N. 8, BERGAMO 24121 ITALY |
| UNIONE DI BANCHE ITALIANE SPA | ALLEN & OVERY, ATTN: CRAIG BYRNE, VIA MANZONI, 41-43, MILANO 20121 ITALY |

**Total Creditor Count 131**