# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Lehman Brothers Holdings Inc., et al | Case No. 08-13555 (JMP) |
| Name of Debtor: Lehman Brothers Special Financing Inc. | Case No. of Debtor 08-13888 |
| | Court ID (Court Use Only) _____ |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
## PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claim referenced herein.

| Name of Transferee:<br>GOLDMAN SACHS LENDING PARTNERS LLC | Name of Transferor:<br>ATTESTOR VALUE MASTER FUND LP |
|---|---|
| Notices to Transferee should be sent to:<br>Goldman Sachs Lending Partners LLC<br>c/o Goldman, Sachs & Co.<br>30 Hudson Street, 4th<br>Floor Jersey City, NJ 07302<br>Contact: Chris Lam<br>Email: gsd.link@gs.com | Court Record Address of the Transferor:<br>*(Court use only)* |
| Last Four Digits of Acct.#: | Last Four Digits of Acct.#:  N/A |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor |
| Transferred Claim Amount:<br>$8,000,000.00 | |
| Court Claim No. (if known):<br>66978 | |
| Date Claim Filed:<br>02 August 2010 | |

Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 01/03/19
    Transferee's Authorized Agent
    MEHMET BARLAS
    AUTHORIZED SIGNA

By: _____    Date: 01/15/19
    Transferor's Authorized Agent   MANAGING MEMBER
    ACTING BY ATTESTOR CAPITAL LLP

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*