**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

|  |  |
|---|---|
| | : | **Chapter 11** |
| In re | : |
| | : | **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : |
| | : | **(Jointly Administered)** |
| Debtors. | : |
| | : | Ref. Docket Nos. 59344-59381 |

---------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                             ) ss.:
COUNTY OF NEW YORK    )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 14, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 14, 2019, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
15th day of January, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim.  While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

EMPYREAN LHMN SPV, LP
TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
ATTN: STERLING HATHAWAY
10250 CONSTELLATION BLVD., STE 2950
LOS ANGELES, CA 90067

Please note that your claim # 520121-16 in the above referenced case and in the amount of
$2,821,213.80 allowed at $1,527,500.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000132823430 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000190065



CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: EMPYREAN LHMN SPV, LP
ATTN: KENNETH KEELEY
390 GREENWICH STREET, 4TH FLOOR
NEW YORK, NY 10013

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          59344          in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/14/2019                    Vito Genna, Clerk of Court

                                     /s/ Betina Wheelon
                                     _____
                                     Epiq Corporate Restructuring, LLC

                                     as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 14, 2019.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| EMPYREAN LHMN SPV, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE. 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE. 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE. 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE. 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE. 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE. 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE. 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE. 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE. 2950, LOS |

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| EMPYREAN LHMN SPV, LP | ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE. 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE. 2950, LOS ANGELES, CA 90067 |

**Total Creditor Count 78**