**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 08-13555 (SCC) |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : |  |
|  | : | **(Jointly Administered)** |
| **Debtors.** | : |  |
|  | : | Ref. Docket Nos. 59319, |

------------------------------------------------------------------- x    59384, 59386, 59388, 59390-
59402 and 59404-59406

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                        ) ss.:
COUNTY OF NEW YORK    )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 18, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 18, 2019, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
21st day of January, 2019
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or otehwise being assigned the claim.

To:   BAR(23) MAILID *** 000132843405 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 22286



| | |
|---|---|
| BANCA MONTE DEI PASCHI DI SIENA S.P.A.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>ATTN: ALYSSA D. ENGLUND, ESQ.<br>666 FIFTH AVENUE<br>NEW YORK, NY 10103 | BANCA MONTE DEI PASCHI DI SIENA S.P.A.<br>TRANSFEROR: ICCREA BANCA S.P.A.<br>ATTN: VALERIA VIGANO<br>VIA ROSELLINI, 16<br>20124 MILANO<br> ITALY |

Please note that your claim # 5158221-48 in the above referenced case and in the amount of
$12,735.90 has been transferred (unless previously expunged by court order)

ICCREA BANCA S.P.A.
ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA
VIA LUCREZIA ROMANA 41/47
ROMA 00178
 ITALY

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER                    in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/18/2019                       Vito Genna, Clerk of Court

/s/ Betina Wheelon

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 18, 2019.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: MILLENNIUM PARTNERS, L.P., C/O ATTESTOR CAPITAL LLP, ATTN: ISOBELLE WHITE, 20 BALDERTON STREET, LONDON W1K6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: MILLENNIUM PARTNERS, L.P., C/O ATTESTOR CAPITAL LLP, ATTN: ISOBELLE WHITE, 20 BALDERTON STREET, LONDON W1K6TL UNITED KINGDOM |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: VALERIA VIGANO, VIA ROSELLINI, 16, 20124 MILANO   ITALY |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CREDIT SUISSE, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, CH-8010 ZURICH SWITZERLAND |
| BETHMANN BANK AG | TRANSFEROR: SCHNEIDER, JORG, BETHMANNSTRASSE 7-9, 60311 FRANKFURT AM MAIN GERMANY |
| BETHMANN BANK AG | TRANSFEROR: SCHNEIDER, STEPHAN, BETHMANNSTRASSE 7-9, 60311 FRANKFURT AM MAIN GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP, C/O GOLDMAN, SACHS & CO./CHRIS LAM, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ATTESTOR VALUE MASTER FUND LP, C/O GOLDMAN, SACHS & CO./CHRIS LAM, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |

| Claim Name | Address Information |
|---|---|
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HBK MASTER FUND, L.P. | VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: HBK MASTER FUND, L.P., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HUMLE KAPITALFORVALTNING AB | BOX 5769, STOCKHOLM 114 87 SWEDEN |
| HUMLE KAPITALFORVALTNING AB | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., C/O KUNDTJANST, BOX 5769, STOCKHOLM 11487 SWEDEN |
| HUMLE KAPITALFORVALTNING AB | TRANSFEROR: EFG BANK AB (PUBL), BIBLIOTEKSGATAN 29, BOX 5769, STOCKHOLM S-114 87 SWEDEN |
| HUMLE KAPITALFORVALTNING AB | TRANSFEROR: EFG BANK AB (PUBL), BIBLIOTEKSGATAN 29, BOX 5769, STOCKHOLM S-114 87 SWEDEN |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ILLIQUIDX LIMITED | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL  UNITED KINGDOM |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE, ATTN: MICHELE OLDS, 8740 LUCENT BOULEVARD, SUITE 600, HIGHLANDS RANCH, CO 80129 |
| REUSS, WERNER | TRANSFEROR: UNION BANCAIRE PRIVEE, UBP SA, ZWEIERWEG 47, 97074 WUERZBURG GERMANY |
| SCHNEIDER, JORG | LOHENGRINWEG 8A, HAMBURG D-22559 GERMANY |
| SCHNEIDER, STEPHAN | HALLERSTRABE 72, HAMBURG D-20146 GERMANY |
| SODERBERG & PARTNERS SECURITIES AB | TRANSFEROR: HUMLE KAPITALFORVALTNING AB, REGERINGSGATAN 45, 111 56 STOCKHOLM SWEDEN |
| SODERBERG & PARTNERS SECURITIES AB | TRANSFEROR: HUMLE KAPITALFORVALTNING AB, REGERINGSGATAN 45, 111 56 STOCKHOLM SWEDEN |
| SODERBERG & PARTNERS SECURITIES AB | TRANSFEROR: HUMLE KAPITALFORVALTNING AB, REGERINGSGATAN 45, 111 56 STOCKHOLM SWEDEN |
| SODERBERG & PARTNERS SECURITIES AB | TRANSFEROR: HUMLE KAPITALFORVALTNING AB, REGERINGSGATAN 45, 111 56 STOCKHOLM SWEDEN |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: RBS COUTTS BANK AG, 96-98 RUE DU RHONE, GENEVA 1211 SWITZERLAND |

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| WIEDER, URSULA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, PARKWEG 6, 77746 SCHUTTERWALD GERMANY |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE | FOR LEHMAN XS TRUST, MORTGAGE PASS*THROUGH CERTIFICATES,, SERIES 2006-1, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE | FOR LEHMAN XS TRUST, MORTGAGE PASS*THROUGH CERTIFICATES,, SERIES 2006-1, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |

**Total Creditor Count 112**