B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re **Lehman Brothers Holdings Inc.** <br> **Lehman Brothers Special Financing Inc.** | Case No. 08-13555 (SCC) <br> (jointly administered) |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Banc of America Credit Products, Inc.** <br> Name of Transferee | **Recovery Partners Holdings I, LLC** <br> Transferor |
| Name and Address where notices to transferee should be sent: <br><br> Banc of America Credit Products, Inc. <br> c/o Bank of America Merrill Lynch <br> Bank of America Tower – 3rd Floor <br> One Bryant Park <br> New York, NY 10036 <br> Attn: Ryan Weddle / Ante Jakic <br> Telephone: (646) 855-7450 <br> Fax: (646) 834-9780 / (804) 264-1108 <br> E-mail: ryan.weddle@baml.com / ante.jakic@baml.com <br> Email: bas.infomanager@bankofamerica.com | Court Claim # (if known):  __28306__ <br> Total Amount of Claim Filed: <br> USD $25,430,000.00 <br><br> Total Amount of Claim Transferred: <br> USD $7,521,252.19 <br><br> Date Claim Filed: September 22, 2009 |

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/Seth Denson__     Date: __1/23/2019__
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Recovery Partners Holdings I, LLC ("Recovery") does hereby certify that it has transferred and assigned to Banc of America Credit Products, Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to $7,521,252.19 of the allowed claim of Lehman Re against Lehman Brothers Special Financing Inc. (Claim No.: 28306) in the amount of $25,430,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Recovery hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of 29.576296461% of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the date set forth below.

**RECOVERY PARTNERS HOLDINGS I, LLC**

By: _____
Name:
Title:         **Aaron Tremalio**
Date:         **Authorized Signatory**


**BANC OF AMERICA CREDIT PRODUCTS, INC.**


By: _____
Name:
Title:
Date:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Recovery Partners Holdings I, LLC ("Recovery") does hereby certify that it has transferred and assigned to Banc of America Credit Products, Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to $7,521,252.19 of the allowed claim of Lehman Re against Lehman Brothers Special Financing Inc. (Claim No.: 28306) in the amount of $25,430,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Recovery hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of 29.576296461% of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the date set forth below.

**RECOVERY PARTNERS HOLDINGS I, LLC**

By: _____
Name:
Title:
Date:

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: _____
Name: SETH DENSON
Title: DIRECTOR
Date:

LEGAL02/38627991v4