UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | : | Case No. 08-13555 (SCC) |
| Debtors, | : | |
| LEHMAN BROTHERS HOLDINGS, INC., | : | |
| Plaintiff, | : | Adv. Proc. No. 16-01019 (SCC)<br>Central Adv. Proc. |
| vs. | : | |
| 1st ADVANTAGE MORTGAGE, L.L.C., et al. | : | |
| Defendants. | : | |
| LEHMAN BROTHERS HOLDINGS, INC., | : | |
| Plaintiff, | : | Adv. Proc. No. 16-01363 (SCC) |
| vs. | : | |
| GATEWAY BANK, F.S.B., | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

PLEASE WITHDRAW THE APPEARANCE OF GIBBONS P.C as counsel for Gateway Bank, F.S.B in the above-captioned cases.

PLEASE ENTER THE APPEARANCE OF Moritt Hock & Hamroff LLP as counsel for Gateway Bank, F.S.B in the above-captioned cases.

| GIBBONS P.C | MORITT HOCK & HAMROFF LLP |
|---|---|
| By:  David N. Crapo | By: Bruce A. Schoenberg |
| */s/* David N. Crapo | */s/* Bruce A. Schoenberg |
| One Gateway Center | 1407 Broadway, 39th Floor |
| Newark, NJ 07102-5310 | New York, New York 10018 |
| dcrapo@gibbonslaw.com | bschoenberg@moritthock.com |
| (973)596-4500 | (212) 239-2000 |
| Withdrawing Attorneys for | Incoming Attorneys for |
| Gateway Bank, F.S.B | Gateway Bank, F.S.B |
| Dated:  January 23, 2019 | Dated:  January 23, 2019 |