# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc.                                   Case No. 08-13555 (SCC)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **NB 530 Offshore Fund, Ltd.** | **Banc of America Credit Products Inc.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Farmstead Capital Management, LLC
7 North Broad Street
3rd Floor
Ridgewood, NJ 07450
Attn: Graham Quigley
gquigley@farmsteadcapital.com
Tel: 201-493-3933
Fax: 201-493-3980

Last Four Digits of Acct. #:

Court Claim No.: 28307

Amount of Claim Transferred: $7,635,000.00, plus all accrued interest, fees and other recoveries due.

Date Claim Filed: September 22, 2009

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**NB 530 OFFSHORE FUND LTD.**

By: _____                    Date: 1/22/19
Name: Graham Quigley
Title: Director – CFO

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

628-124/CERTS/5733130.1

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc.                    Case No. 08-13555 (SCC)

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIM No. 28307 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of the claim, the transferee filed a Transfer of Claims other than for Security in the Clerk's office of this court on         .

| **Banc of America Credit Products Inc.** | **NB 530 Offshore Fund, Ltd.** |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee |
| Banc of America Credit Products, Inc.<br>One Bryant Park, 3rd Floor<br>New York, NY 10036<br>Phone: 646-855-7450<br>Fax & eFax: 646-403-3407<br>ryan.weddle@baml.com<br>ante.jakic@baml.com | c/o Farmstead Capital Management, LLC<br>7 North Broad Street<br>3rd Floor<br>Ridgewood, NJ 07450<br>Attn: Graham Quigley<br>gquigley@farmsteadcapital.com<br>Tel: 201-493-3933<br>Fax: 201-493-3980 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                                                                  CLERK OF THE COURT

628-124/CERTS/5733130.1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Banc of America Credit Products, Inc. ("Transferor") does hereby certify that it has transferred and assigned to NB 530 Offshore Fund, Ltd., its successors and assigns ("Transferee"), all rights, title and interest in and to $7,635,000.00 of the allowed claim of Lehman Re against Lehman Brothers Holdings Inc. (Claim No.: 28307) in the amount of $415,000,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of 1.839759036% of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the date set forth below.

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: _____
Name: SETH DENSON
Title: DIRECTOR
Date: 1/23/19

**NB 530 OFFSHORE FUND, LTD.**

By: _____
Name:
Title:
Date:

137460697v2

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Banc of America Credit Products, Inc. ("Transferor") does hereby certify that it has transferred and assigned to NB 530 Offshore Fund, Ltd., its successors and assigns ("Transferee"), all rights, title and interest in and to $7,635,000.00 of the allowed claim of Lehman Re against Lehman Brothers Holdings Inc. (Claim No.: 28307) in the amount of $415,000,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of 1.839759036% of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the date set forth below.

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: _____
Name:
Title:
Date:

**NB 530 OFFSHORE FUND, LTD.**

By: _____
Name: Graham Quigley
Title: Director – CFO
Date: 1/22/2019

137460697v2