WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

## **NOTICE REGARDING CERTAIN NON-DEBTOR LITIGATION**

PLEASE TAKE NOTICE that, in a decision, dated December 17, 2018 (made public January 29, 2019), the Federal Supreme Court of Switzerland, the court of last resort in Switzerland, upheld the lower courts' decisions and dismissed the appeal of Klaus Tschira Stiftung gGmbH ("KTS") and Dr. h.c. Tschira Beteiligungs GmbH & Co. ("KTB") in the bankruptcy proceedings of Lehman Brothers Finance AG (in Liquidation). KTS and KTB had objected to not being included in the schedule of allowed claims in the bankruptcy proceedings of Lehman Brothers Finance AG (in Liquidation), despite having filed claims for the combined amount of approximately 664 million Swiss francs. A copy of the decision is available in German on the website of the Federal Supreme Court of Switzerland: https://www.bger.ch/ext/eurospider/live/de/php/aza/http/index.php?highlight_docid=aza%3A%2F%2Faza://17-12-2018-5A_723-2017&lang=de&zoom=&type=show_document.

Dated: January 29, 2019
    New York, New York        /s/ *Garrett A. Fail*
                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007
                              Jacqueline Marcus
                              Garrett A. Fail

                              Attorneys for Lehman Brothers Holdings Inc.
                              and Certain of Its Affiliates