Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

FILED / RECEIVED
JAN 16 2019
EPIQ

JAN 28 2019

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)**
**Claim Number: 34825**

We would like to inform you that Mr Ronald Wilhelm and Mrs Hildegard Wilhelm who are joint holders of the claim Number 34825, filed on 09/24/2009, have assigned the rights arising out of this claim corresponding with the following securities

53 pcs. "Lehman Bros Treasury Co. B.V." (ISIN DE000A0TVK20)
in the amount of a face value of **USD 75,262.61**

to

**Bethmann Bank AG,**
Bethmannstraße 7-9, 60311 Frankfurt am Main, Germany.

Bethmann Bank AG, Mr Wilhelm and Mrs Wilhelm have agreed to the assignment mentioned herein above. Both Bethmann Bank AG as well as Mr Wilhelm and Mrs Wilhelm acknowledge and represent that due to the assignment mentioned herein above Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, 17.02.2017          Hamburg, 14.02.2017

Bethmann Bank AG
(Assignee)                                              (Assignor)

Jochen Weber    Oliver Körner           Ronald Wilhelm    Hildegard Wilhelm



**Bethmann Bank**
ABN AMRO

Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Investment Services
Anja Sonnleithner
Bethmannstrasse 7 – 9
60311 Frankfurt am Main
Germany

Frankfurt, February 22, 2017

Dear Sir or Madam,

Please find attached a change in ownership of Mr. Ronald Wilhelm and Mrs. Hildegard Wilhelm's claim # 34825.
They have previously send you a confirmation of the transfer in ownership to

Bethmann Bank AG
Bethmannstrasse 7 – 9
60311 Frankfurt am Main
Germany

A confirmation of the process would be highly appreciated.

Kind regards,
Bethmann Bank

Alexander Herbert            Anja Sonnleithner
Director                     Vice Director

Bethmann Bank AG
Bethmannstrasse 7 – 9
60311 Frankfurt am Main
Postfach 100532
60005 Frankfurt am Main
Telefon +49 69 2177-0
Telefax +49 69 2177-3115

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand: Horst Schmitt (Vors.)
Michael Arends, Johannes Baratta,
Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main
HRB 57565
USt-ID: DE 122786951