

J. SAFRA SARASIN
Sustainable Swiss Private Banking since 1841

**By courier**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Basel, 17 January 2019
Your contact: Frank Link, T: +41 58 317 45 83

**Transfers of Claims other than for Security, Epiq Claim No. 55855**

Dear Madam, dear Sir,

Bank J. Safra Sarasin Ltd is sending you herewith the original copy of the completed 210A/2100AB transfer form, including the original of the evidence of transfer of claim form regarding the transfer of claim (referring to partials of claim no. 55855) against Lehman Brothers Holdings Inc. by the following transferor:

Bank Hapoalim (Switzerland, Stockerstrasse 33, CH-8027 Zurich, Switzerland

Yours sincerely
Bank J. Safra Sarasin AG

Frank Link,
Executive Director

Patrick Gribi
Managing Director

Enclosures

Bank J. Safra Sarasin AG
Elisabethenstrasse 62, Postfach, CH-4002 Basel
T: +41 (0)58 317 44 44, F: +41 (0)58 317 44 00, www.jsafrasarasin.ch                                                    1 | 1



Basel, 17.01.2019

Form 210A (10/06)

**FILED / RECEIVED**
**JAN 23 2019**
**EPIQ**

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case Nos. 08-13555 (JMP)
                                              (Jointly Administered)

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by Bank Hapoalim (Switzerland) Ltd, Zurich, Switzerland (the "Transferor"), against Lehman Brothers Holdings Inc., which has been designated as Claim No. 55855 (the "Claim"). Transferee (as that term is defined below) hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. Rule 3001(e)(2), of the transfer, other than for security, of the Claim, in the nominal amount of USD 2,770,000 (the "Transferred Portion"). For the avoidance of doubt, the Transferred Portion relates to ISINs XS0314889154, XS0327725528, XS0334918322, XS0334732491, XS0346461634, XS0207502781, XS0221564387, XS0319211982, XS0276510111, XS0280241851, XS0333420395, XS0364167006, XS0346466781, XS0346859084, XS0336617625 and XS0346122343 only. Transferor is retaining the remaining portion of the Claim. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

Name of Transferee

Bank J. Safra Sarasin Ltd
**Name and Address where notices to Transferee should be sent:**

Bär & Karrer AG
Brandschenkestrasse 90
CH-8027 Zurich
Switzerland
Attn: Peter Hsu
Tel.: +41 58 261 50 00

- with a copy to -
Bank J. Safra Sarasin Ltd
Elisabethenstrasse 62,
P.O. Box
CH-4002 Basel
Switzerland
Attn: Frank Link, Senior Legal Counsel, Legal Supervision & Corporate
Tel.:+41 (0) 58 317 45 83
Patrick Gribi, Head Legal
Tel.: +41 (0) 58 317 40 67

Name of Transferor

Bank Hapoalim (Switzerland) Ltd
**Name and Address where notices to Transferor should be sent:**

Bank Hapoalim (Switzerland) Ltd
Stockerstrasse 33
CH-8027 Zurich
Switzerland
Attn: Stefan Stotzer

Last Four Digits of Acct #: 4002

Name and Address where transferee payments should be sent (if different from above):
Bank J. Safra Sarasin Ltd
Elisabethenstrasse 62,
P.O. Box
CH-4002 Basel
Switzerland
Attn: Frank Link, Senior Legal Counsel, Legal Supervision & Corporate
Tel.:+41 (0) 58 317 45 83
Patrick Gribi, Head Legal
Tel.: +41 (0) 58 317 40 67

Last Four Digits of Acct. #: N/A

Court Claim # (if known): 55855
Date Claim Filed: October 29, 2009
Transferred Portion: USD 2,770,000 (nominal amount)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 17.01.2019
         Transferee
Name: Frank Link
Title: Executive Director

By: _____    Date: 17.01.2019
         Transferee
Name: Patrick Gribi
Title: Managing Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

2

**Exhibit A**

3

**Exhibit A**

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Hapoalim (Switzerland) Ltd., Zurich, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Bank J. Safra Sarasin Ltd., Basel, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **55855**) in the **nominal amount of USD 2'770'000.00** related to the securities with International Securities Identification Numbers listed on *Schedule I hereto* against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 30 day of November 2018.

**Bank Hapoalim (Switzerland) Ltd.**
**Stockerstrasse 33**
**CH-8027 Zurich**
**Switzerland**

Stefan Stotzer
Deputy Manager

Igor Dahinden
Assistant Manager

## Schedule I

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0314889154 USD COMMODITIES AUTOREDEEMABLE NOTE | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 100'000 |
| Blocking number | 6052936 | | | |
| XS0327725528 USD CALLABLE RANGE ACCRUAL NOTE | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 80'000 |
| Blocking number | 6052942 | | | |
| XS0334918322 USD CLEAN ENERGY NOTE | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 250'000 |
| Blocking number | 6052948 | | | |
| XS0334732491 USD CALLABLE RANGE ACCRUAL NOTE | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 150'000 |
| Blocking number | 6052946 | | | |
| XS0346461634 USD SOFT COMMODITIES NOTE | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 150'000 |
| Blocking number | 6052958 | | | |
| XS0207502781 USD CALLABLE RANGE ACCRUAL NOTE | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 160'000 |
| Blocking number | 6052924 | | | |
| XS0221564387 USD ON A BASKET OF SHS NOTE | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 220'000 |
| Blocking number | 6052928 | | | |
| XS0319211982 USD TECHNOLOGY,FINANCIAL & ENERGY NOTE | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 50'000 |
| Blocking number | 6052938 | | | |
| XS0276510111 USD LINKED TO FLAGSHIP HEDGE FDS BASKET | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 100'000 |
| Blocking number | 6052932 | | | |
| | | | | |

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0280241851 USD LINKED WEDDING CAKE NOTES | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 500'000 |
| Blocking number | 6052933 | | | |
| XS0333420395 USD OIL PARTICIPATION NOTES | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 150'000 |
| Blocking number | 6053994 | | | |
| XS0364167006 USD SIMPLE STEP UP NOTES | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 100'000 |
| Blocking number | 6052968 | | | |
| XS0346466781 USD SIMPLE STEP UP NOTES | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 260'000 |
| Blocking number | 6052959 | | | |
| XS0346859084 USD LINKED WEDDING CAKE NOTES | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 50'000 |
| Blocking number | 6052960 | | | |
| XS0336617625 USD NOTES | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 50'000 |
| Blocking number | 6052949 | | | |
| XS0346122343 USD LIBOR RANGE ACCRUAL NOTES | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 400'000 |
| Blocking number | 6052957 | | | |