UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., <u>et al.</u>,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that **$25,000,000.00** of the claim set forth below (the "Transferred Claim"), of **SOLA LTD** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount | Proof of Claim<br>No. |
|---|---|
| $ 620,406,164.00 | 58352 |

has been transferred and assigned to **Citigroup Financial Products Inc.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of **$25,000,000.00** of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Citigroup Financial Products Inc.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

DocuSigned by:

*BS BA*

4D05618B5CD9437...

Signature: _____

Name: _____

Title: Brian S. Broyles - Authorized Signatory

Date: _____

ASSIGNOR: SOLA LTD

Address:    c/o    Solus    Alternative    Asset Management LP 410 Park Avenue, 11th Floor New York, NY 10022

Signature: _____

Name: _____

Title: _____

Date: _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that **$25,000,000.00** of the claim set forth below (the "Transferred Claim"), of **SOLA LTD** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $ 620,406,164.00 | 58352 |

has been transferred and assigned to **Citigroup Financial Products Inc.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of **$25,000,000.00** of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Citigroup Financial Products Inc.



Address: 390 Greenwich Street, 4th Floor
New York, NY  10013

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNOR: SOLA LTD

Address:    c/o    Solus    Alternative    Asset
Management LP 410 Park Avenue, 11th Floor
New York, NY 10022

Signature: _____
Name:      Gordon J. Yeager_____
Title:     Executive Vice President
Date: _____

**Error! Unknown document property name.**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

   **SOLA LTD** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Citigroup Financial Products Inc.,** its successors and assigns ("Buyer"), a **100%** interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc.** (Claim No.: **58352**) in the amount of $25,000,000 (the "Claim"), in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC)

   Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

   IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of January 23, 2019.


   SOLA LTD

   By:  Solus Alternative Asset Management LP
        Its Investment Adviser


By:    _____
Name:
Title:    Gordon J Yeager
          Executive Vice President


CITIGROUP FINANCIAL PRODUCTS INC.


By:    _____
Name:
Title:

Error! Unknown document property name.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**SOLA LTD** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Citigroup Financial Products Inc.**, its successors and assigns ("Buyer"), a **100%** interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc.** (Claim No.: **58352**) in the amount of $25,000,000 (the "Claim"), in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC)

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of January 23, 2019.

SOLA LTD

By: Solus Alternative Asset Management LP
    Its Investment Adviser

By:    _____
Name:
Title:

CITIGROUP FINANCIAL PRODUCTS INC.

By:    _____
Name:
Title:    Brian S. Broyles - Authorized Signatory