Mahesh Venkatakrishnan, Esq.
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Tel: (212) 326-3939
Fax: (212) 755-7306
E-mail: mvparlikad@jonesday.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### WITHDRAWAL OF APPEARANCE AND REQUEST
### TO BE REMOVED FROM ECF AND ALL OTHER SERVICE LISTS

TO THE CLERK OF THE BANKRUPTCY COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Mahesh Venkatakrishnan, Esq. of Jones Day, formerly 222 East 41st Street, New York, New York 10017 hereby withdraws his appearance in this case and requests to be removed from the Case Management/Electronic Case Files system ("CM/ECF") and any other service in this case. Please remove the name, mailing address and e-mail address listed below from any mailing lists and the Court's CM/ECF system for this case:

Mahesh Venkatakrishnan, Esq.
JONES DAY
250 Vesey Street
New York, NY 10281
Tel: (212-326-3939)
Fax: (212-755-7306)
E-mail: mvparlikad@jonesday.com

Dated: February 1, 2019  
       New York, New York

JONES DAY

By:   /s/ Mahesh Venkatakrishnan  
Mahesh Venkatakrishnan  
250 Vesey Street  
New York, NY 10281  
Tel.: (212) 326-3939  
Fax: (212) 755-7306  
E-mail: mvparlikad@jonesday.com