**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11** |
|  | : | **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **(Jointly Administered)** |
| Debtors. | : |  |
|  | : | Ref. Docket Nos. 59397, 59407, 59412-59422 and 59425-59431 |

------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                              ) ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 31, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 31, 2019, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
1st day of February, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

CCP CREDIT ACQUISITION HOLDINGS, L.L.C.
TRANSFEROR: LEHMAN RE LTD.
ATTN: BANK DEBT OPERATIONS
ATTN: ALEKSANDRA MARKOVIC
375 PARK AVENUE, 13TH FLOOR
NEW YORK, NY 10022

CCP CREDIT ACQUISITION HOLDINGS, L.L.C.
HOGAN LOVELLS US LLP
ATTN: PETER A. IVANICK
875 THIRD AVENUE
NEW YORK, NY 10022

Please note that your claim # 28307-03 in the above referenced case and in the amount of
$0.00 allowed at $61,400,627.78 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000132894036 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000190161



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, L.L.C.
C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          59415          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/31/2019                              Vito Genna, Clerk of Court

/s/ Betina Wheelon

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 31, 2019.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: RECOVERY PARTNERS HOLDINGS I, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: RECOVERY PARTNERS HOLDINGS I, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, L.L.C., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: RECOVERY PARTNERS HOLDINGS I, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: RECOVERY PARTNERS HOLDINGS I, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA POPOLARE DI PUGLIA E BASILICATA S.C.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: RENATO QUARANTA, VIA OTTAVIO SERENA 13, 70022 ALTAMURA (BA)   ITALY |
| BANK JULIUS BAER & CO LTD | TRANSFEROR: UBS AG, ATTN: PATRICK ROOS, BAHNHOFSTRASSE 36, CH-8010 ZURICH SWITZERLAND |
| CCP CREDIT ACQUISITION HOLDINGS, L.L.C. | TRANSFEROR: LEHMAN RE LTD., ATTN: BANK DEBT OPERATIONS, ATTN: ALEKSANDRA MARKOVIC, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10022 |
| CCP CREDIT ACQUISITION HOLDINGS, L.L.C. | HOGAN LOVELLS US LLP, ATTN: PETER A. IVANICK, 875 THIRD AVENUE, NEW YORK, NY 10022 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: LEHMAN RE LTD., ATTN: BANK DEBT OPERATIONS, ATTN: ALEKSANDRA MARKOVIC, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10022 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | HOGAN LOVELLS US LLP, ATTN: PETER A. IVANICK, 875 THIRD AVENUE, NEW YORK, NY 10022 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: LEHMAN RE LTD., ATTN: BANK DEBT OPERATIONS, ATTN: ALEKSANDRA MARKOVIC, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10022 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | HOGAN LOVELLS US LLP, ATTN: PETER A. IVANICK, 875 THIRD AVENUE, NEW YORK, NY 10022 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: LEHMAN RE LTD., ATTN: BANK DEBT OPERATIONS, ATTN: ALEKSANDRA MARKOVIC, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10022 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | HOGAN LOVELLS US LLP, ATTN: PETER A. IVANICK, 875 THIRD AVENUE, NEW YORK, NY 10022 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF   GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FIFTH STREET STATION LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| EDMOND DE ROTHSCHILD (MONACO) | TRANSFEROR: UBS AG, ATTN: MANTOVANI CARINE, LES TERRACES, 2, AVENUE DE MONTE-CARLO, 9800 MONACO  MONACO |
| FARMSTEAD MASTER FUND, LTD. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O FARMSTEAD CAPITAL MANAGEMENT, LLC; ATTN: GRAHAM QUIGLEY, 7 NORTH BROAD STREET, 3RD FLOOR, RIDGEWOOD, NJ 07450 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |

Epiq Corporate Restructuring, LLC

| Claim Name | Address Information |
|---|---|
| HBK MASTER FUND, L.P. | TRANSFEROR: HBK MASTER FUND, L.P., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC; ATTN: VIVIAN TORIAN, 2300 NORTH FIELD ST, STE 200, DALLAS, TX 75201 |
| HENTRICH, VERONIKA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, KAPELLENSTR. 9, 99094 ERFURT GERMANY |
| ICCREA BANCA S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MARIANNA VENTRE, VIA LUCREZIA ROMANA 41/47, ROMA 00178  ITALY |
| ICCREA BANCA S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MARIANNA VENTRE, VIA LUCREZIA ROMANA 41/47, ROMA 00178  ITALY |
| ILLIQUIDX LIMITED | TRANSFEROR: BANCA FIDEURAM S.P.A., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LIMITED | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| NB 530 OFFSHORE FUND, LTD. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O FARMSTEAD CAPITAL MANAGEMENT, LLC; ATTN: GRAHAM QUIGLEY, 7 NORTH BROAD STREET, 3RD FLOOR, RIDGEWOOD, NJ 07450 |
| RECOVERY PARTNERS HOLDINGS I, LLC | TRANSFEROR: LEHMAN RE LTD., C/O CCP CREDIT ACQUISITION HOLDINGS, L.L.C., ATTN: SHANSHAN CAO, 375 PARK AVENUE, 12TH FLOOR, NEW YORK, NY 10152-0002 |
| RECOVERY PARTNERS HOLDINGS I, LLC | TRANSFEROR: LEHMAN RE LTD., C/O CCP CREDIT ACQUISITION HOLDINGS, L.L.C., ATTN: SHANSHAN CAO, 375 PARK AVENUE, 12TH FLOOR, NEW YORK, NY 10152-0002 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MNGMT LP; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MNGMT LP; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MNGMT LP; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MNGMT LP; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MNGMT LP; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MNGMT LP; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MNGMT |

| Claim Name | Address Information |
|---|---|
| SOLUS OPPORTUNITIES FUND 3 LP | LP; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MNGMT LP; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MNGMT LP; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MNGMT LP; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MNGMT LP; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MNGMT LP; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MNGMT LP; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MNGMT LP; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MNGMT LP; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MNGMT LP; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SOLUS ALTERNATIVE ASSET MNGMT LP; ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| ZILL, RENATE | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, FALKSTR. 11, 32052 HERFORD GERMANY |

**Total Creditor Count 90**