# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Allied Mortgage Group Inc.**

Loan Purchase Agreement, dated September 28, 2005

Broker Agreement, dated April 10, 2007