# EXHIBIT B

**EXHIBIT B**

Allied Mortgage Group Inc.

| Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 46917225 | MISREP - INCOME/EMPLOY | | | $ 510,459.96 |
| 47572417 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 64,804.13 |
| 47579362 | MISREP - INCOME/EMPLOY | | | $ 318,646.03 |
| 31014046 | MISREP - DEBTS | | | $ 21,164.61 |
| 32271637 | MISREP - DEBTS | | | $ 34,410.81 |
| 33353475 | MISREP - INCOME/EMPLOY | | | $ 75,028.56 |
| 33527086 | MISREP - DEBTS | | | $ 1,574.35 |
| 40750960 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 258,435.20 |

**TOTAL** **$ 1,284,523.65**

**EXHIBIT B**