# EXHIBIT A

## EXHIBIT A
## AGREEMENTS
### Ark-La-Tex Financial Services LLC

Loan Purchase Agreement, dated July 8, 2004

Broker Agreement, dated October 29, 2004