# EXHIBIT B

# EXHIBIT B
Ark-La-Tex Financial Services

| Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 19506641 | MISREP - OCCUPANCY | | | $ 35,350.91 |
| 19597327 | MISREP - DEBTS | | | $ 14,085.48 |
| 35845676 | MISREP - INCOME/EMPLOY | | | $ 62,601.17 |
| 36398196 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 31,763.60 |
| 36665602 | MISREP - DEBTS | | | $ 40,420.17 |
| 36727733 | MISREP - DEBTS | | | $ 92,913.99 |
| 36846947 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 25,815.89 |
| 36847051 | MISREP - DEBTS | | | $ 22,311.04 |
| 37587219 | MISREP - DEBTS | | | $ 28,139.99 |
| 37587680 | MISREP - DEBTS | | | $ 38,162.47 |
| 37817814 | MISREP - INCOME/EMPLOY | | | $ 151,479.58 |
| 37844347 | MISREP - INCOME/EMPLOY | | | $ 192,098.12 |
| 37897139 | MISREP - DEBTS | | | $ 36,031.38 |
| 37977998 | DOCUMENTATION | | | $ 39,326.75 |
| 38022794 | MISREP - INCOME/EMPLOY | | | $ 13,793.13 |
| 38120838 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 41,731.33 |
| 38120887 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 46,418.15 |
| 38195913 | MISREP - DEBTS | | | $ 23,144.87 |
| 38200259 | MISREP - DEBTS | | | $ 63,933.95 |
| 38663399 | MISREP - INCOME/EMPLOY | | | $ 107,936.64 |
| 38744991 | MISREP - INCOME/EMPLOY | | | $ 73,415.52 |
| 38843579 | MISREP - INCOME/EMPLOY | | | $ 373,444.36 |
| 38929626 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 1,593,511.48 |

**EXHIBIT B**
Ark-La-Tex Financial Services

| | | | | | |
|---|---|---|---|---|---|
| 39037452 | MISREP - DEBTS | | | $ | 56,043.20 |
| 39076120 | MISREP - DEBTS | | | $ | 47,893.85 |
| 39076336 | MISREP - DEBTS | | | $ | 52,994.26 |
| 39193743 | MISREP - DEBTS | | | $ | 27,046.68 |
| 39197710 | MISREP - INCOME/EMPLOY | | | $ | 175,109.91 |
| 39264445 | DOCUMENTATION | | | $ | 33,749.87 |
| 39300801 | MISREP - INCOME/EMPLOY | | | $ | 392,838.77 |
| 39373279 | UW - TITLE | | | $ | 68,485.70 |
| 39436837 | MISREP - DEBTS | | | $ | 52,891.41 |
| 39438387 | MISREP - DEBTS | | | $ | 80,756.28 |
| 39463328 | MISREP - INCOME/EMPLOY | | | $ | 101,409.30 |
| 39610837 | MISREP - INCOME/EMPLOY | | | $ | 153,553.24 |
| 39738588 | MISREP - INCOME/EMPLOY | | | $ | 67,555.52 |
| 39848080 | UW - TITLE | | | $ | 355,583.48 |
| 45500543 | MISREP - DEBTS | | | $ | 192,753.73 |
| 46011581 | MISREP - DEBTS | | | $ | 56,265.97 |
| 46154837 | MISREP - INCOME/EMPLOY | | | $ | 168,533.75 |
| 46175865 | MISREP - INCOME/EMPLOY | | | $ | 100,296.47 |
| 46253837 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 338,313.25 |
| 46289526 | MISREP - INCOME/EMPLOY | | | $ | 176,509.55 |
| 46301313 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 636,346.95 |
| 46314241 | DOCUMENTATION | UW - OTHER | | $ | 148,092.26 |
| 46533519 | MISREP - DEBTS | | | $ | 101,831.38 |
| 46533980 | MISREP - DEBTS | | | $ | 65,968.78 |

**EXHIBIT B**

EXHIBIT B
Ark-La-Tex Financial Services

| | | | | | |
|---|---|---|---|---|---|
| 46566147 | MISREP - DEBTS | | | $ | 174,277.26 |
| 46605226 | MISREP - INCOME/EMPLOY | | | $ | 568,399.31 |
| 46816971 | MISREP - INCOME/EMPLOY | | | $ | 296,309.51 |
| 46841177 | MISREP - OCCUPANCY | | | $ | 108,903.88 |
| 46957296 | MISREP - INCOME/EMPLOY | | | $ | 120,221.39 |
| 47513577 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 26,321.91 |
| 18803940 | MISREP - DEBTS | | | $ | 27,990.61 |
| 31540545 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 26,333.61 |
| 31540883 | UW - OTHER | DOCUMENTATION | DOCUMENTATION | $ | 30,667.54 |
| 31670631 | MISREP - DEBTS | | | $ | 162,069.96 |
| 31792229 | MISREP - INCOME/EMPLOY | | | $ | 328,511.04 |
| 32103137 | MISREP - OCCUPANCY | | | $ | 395,334.30 |
| 32103244 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ | 124,592.89 |
| 32426363 | MISREP - DEBTS | | | $ | 17,350.36 |
| 40017709 | MISREP - INCOME/EMPLOY | | | $ | 21,163.29 |
| | | | TOTAL | $ | 9,227,100.39 |

EXHIBIT B