# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Axis Mortgage & Investments, LLC and Axis Mortgage Investment Fund, L.L.C.**


Loan Purchase Agreement, dated July 7, 2005