# EXHIBIT B

**EXHIBIT B**

Axis Mortgage Investments, LLC and Axis Mortgage Investment Fund, L.L.C.

| Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 19944370 | MISREP - INCOME/EMPLOY | | | $ 68,186.39 |
| 31373798 | DOCUMENTATION | | | $ 45,000.05 |
| 31788755 | MISREP - DEBTS | | | $ 17,899.69 |
| 33355868 | UW - OTHER | MISREP - DEBTS | | $ 75,454.83 |
| 33542671 | MISREP - OCCUPANCY | MISREP - DEBTS | | $ 580,509.28 |
| 18490706 | UW - OTHER | | | $ 47,340.33 |
| 18863274 | DOCUMENTATION | UW - OTHER | DOCUMENTATION | $ 63,569.50 |
| 30011209 | MISREP - DEBTS | | | $ 54,041.55 |
| 30011423 | MISREP - DEBTS | | | $ 22,220.41 |
| 30011746 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 58,555.56 |
| 30132302 | MISREP - DEBTS | | | $ 48,974.33 |
| 30356349 | MISREP - DEBTS | | | $ 27,682.88 |
| 30357016 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 67,197.51 |
| 30455299 | DOCUMENTATION | | | $ 25,559.49 |
| 30460505 | MISREP - INCOME/EMPLOY | | | $ 24,896.36 |
| 30526396 | DOCUMENTATION | | | $ 41,936.28 |
| 30598874 | DOCUMENTATION | | | $ 55,860.35 |

TOTAL $ 1,324,884.79

**EXHIBIT B**