# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Carolina First Bank**

Loan Purchase Agreement, dated September 13, 2004