# EXHIBIT B

**EXHIBIT B**

Carolina First Bank

| Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 18401182 | DOCUMENTATION | DOCUMENTATION | | $ 6,546.16 |
| 18493965 | DOCUMENTATION | DOCUMENTATION | | $ 11,214.02 |
| 18634410 | MISREP - DEBTS | | | $ 60,878.41 |
| 18739763 | DOCUMENTATION | | | $ 121,444.52 |
| 30097471 | MISREP - DEBTS | | | $ 96,673.23 |
| 30168355 | UW - OTHER | | | $ 95,164.11 |
| 30441141 | MISREP - DEBTS | | | $ 37,679.90 |
| 30624191 | MISREP - INCOME/EMPLOY | | | $ 56,358.87 |
| 30992044 | MISREP - INCOME/EMPLOY | | | $ 54,195.00 |
| 31243348 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 156,348.32 |
| 31635071 | MISREP - INCOME/EMPLOY | | | $ 77,119.33 |
| 31702319 | MISREP - DEBTS | | | $ 8,167.91 |
| 31894488 | MISREP - OCCUPANCY | | | $ 293,535.53 |
| 32200487 | DOCUMENTATION | MISREP - OCCUPANCY | | $ 182,564.62 |
| 32316846 | DOCUMENTATION | DOCUMENTATION | | $ 85,935.25 |
| 32428773 | MISREP - INCOME/EMPLOY | | | $ 119,986.19 |
| 32558934 | UW - OTHER | MISREP - DEBTS | UW - OTHER | $ 419,381.39 |
| 32809188 | MISREP - INCOME/EMPLOY | | | $ 38,154.83 |
| 32863458 | MISREP - DEBTS | | | $ 13,170.58 |
| 32884199 | MISREP - OCCUPANCY | | | $ 39,791.10 |
| 32890915 | MISREP - INCOME/EMPLOY | | | $ 100,397.67 |
| 32897449 | DOCUMENTATION | DOCUMENTATION | MISREP - OCCUPANCY | $ 150,680.04 |

**EXHIBIT B**

**EXHIBIT B**

Carolina First Bank

| | | | | | |
|---|---|---|---|---|---|
| 33146432 | UW - OTHER | | | $ | 49,907.18 |
| 33537242 | MISREP - INCOME/EMPLOY | | | $ | 84,432.73 |
| 40152779 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ | 1,426,226.15 |
| | | | **TOTAL** | **$** | **3,785,953.04** |

**EXHIBIT B**