# EXHIBIT A

# EXHIBIT A
## AGREEMENTS
### Charter Capital Corporation

Loan Purchase Agreement, dated October 14, 2003

Broker Agreement, dated October 4, 2004

Loan Purchase Agreement, dated December 31, 2004