# EXHIBIT B

**EXHIBIT B**

Charter Capital Corporation

| Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 46277331 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 623,795.12 |
| 46647210 | MISREP - INCOME/EMPLOY | | | $ 79,280.50 |
| 18208629 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | MISREP - OCCUPANCY | $ 171,606.91 |
| 18571653 | DOCUMENTATION | DOCUMENTATION | | $ 14,522.48 |
| 31568900 | MISREP - INCOME/EMPLOY | | | $ 204,434.07 |
| 31963457 | UW - OTHER | | | $ 442,509.60 |
| 32430894 | MISREP - OCCUPANCY | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ 78,252.53 |
| 32431447 | DOCUMENTATION | | | $ 46,652.37 |
| 33217852 | MISREP - INCOME/EMPLOY | | | $ 196,982.49 |
| 33315284 | UW - OTHER | | | $ 195,205.85 |
| 33535782 | MISREP - OCCUPANCY | | | $ 258,349.41 |
| 33557570 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 85,340.23 |
| 40081788 | MISREP - OCCUPANCY | | | $ 306,597.53 |

**TOTAL** $ 2,703,529.09