# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Cobalt Mortgage, Inc.**

Loan Purchase Agreement, dated December 18, 2003