# EXHIBIT B

**EXHIBIT B**

Cobalt Mortgage, Inc,

| Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 18317024 | UW - OTHER | | | $ 6,963.93 |
| 18882118 | MISREP - DEBTS | | | $ 51,268.67 |
| 30238109 | DOCUMENTATION | | | $ 56,663.62 |
| 30658793 | MISREP - DEBTS | | | $ 62,798.98 |
| 30757637 | DOCUMENTATION | | | $ 54,569.42 |
| 30931935 | DOCUMENTATION | DOCUMENTATION | | $ 164,016.43 |
| 31640014 | DOCUMENTATION | | | $ 126,781.38 |
| 31834765 | UW - OTHER | | | $ 60,156.34 |
| 32276800 | DOCUMENTATION | | | $ 52,681.20 |
| 32787368 | MISREP - INCOME/EMPLOY | | | $ 72,448.67 |
| 33204967 | MISREP - INCOME/EMPLOY | | | $ 263,687.82 |
| 33215260 | MISREP - INCOME/EMPLOY | | | $ 27,067.49 |
| 33254160 | MISREP - INCOME/EMPLOY | | | $ 85,776.47 |
| 33367731 | UW - OTHER | | | $ 287,839.49 |
| 33370941 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 608,045.27 |
| 33730862 | UW - OTHER | | | $ 177,052.54 |
| 40122558 | UW - OTHER | | | $ 246,003.58 |
| | | | **TOTAL** | **$ 2,403,821.30** |

**EXHIBIT B**