# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Community Resource Mortgage, Inc.**

Loan Purchase Agreement, dated October 24, 2002