# EXHIBIT B

**EXHIBIT B**

Community Resource Mortgage, Inc.

| Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 17526450 | UW - OTHER | | | $ 47,786.27 |
| 17538257 | MISREP - OCCUPANCY | | | $ 31,794.61 |
| 17841982 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 80,793.00 |
| 18210310 | MISREP - INCOME/EMPLOY | | | $ 6,514.35 |
| 18730127 | UW - OTHER | | | $ 52,626.01 |
| 18730275 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 47,211.61 |
| 18839217 | MISREP - DEBTS | | | $ 20,328.69 |
| 18862235 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 63,772.92 |
| 18862383 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 19,556.22 |
| 18991349 | MISREP - DEBTS | UW - OTHER | | $ 28,969.37 |
| 18991737 | UW - OTHER | | | $ 143,332.14 |
| 30352546 | MISREP - INCOME/EMPLOY | | | $ 38,563.09 |
| 30366298 | DOCUMENTATION | DOCUMENTATION | | $ 26,127.74 |
| 30608038 | DOCUMENTATION | | | $ 33,097.89 |
| 30647317 | MISREP - INCOME/EMPLOY | | | $ 175,042.88 |
| 30647689 | DOCUMENTATION | | | $ 41,865.69 |
| 30829238 | DOCUMENTATION | | | $ 41,885.08 |
| 30942981 | MISREP - DEBTS | | | $ 8,869.96 |
| 31164304 | MISREP - INCOME/EMPLOY | | | $ 40,072.82 |
| 31258064 | MISREP - DEBTS | | | $ 70,076.76 |
| 31477425 | MISREP - DEBTS | | | $ 21,138.95 |
| 32216640 | DOCUMENTATION | | | $ 48,093.25 |

**EXHIBIT B**

**EXHIBIT B**

Community Resource Mortgage, Inc.

| | | | | | |
|---|---|---|---|---|---|
| 32233033 | MISREP - INCOME/EMPLOY | | | $ | 41,284.31 |
| 32250912 | DOCUMENTATION | | | $ | 19,254.61 |
| 32841504 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ | 125,427.18 |
| 33068974 | MISREP - INCOME/EMPLOY | | | $ | 132,815.68 |
| 33085804 | UW - OTHER | | | $ | 115,525.65 |
| 33098450 | MISREP - DEBTS | | | $ | 111,300.44 |
| 33341447 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 103,855.06 |
| 33566803 | MISREP - INCOME/EMPLOY | | | $ | 195,422.16 |
| 40051021 | MISREP - INCOME/EMPLOY | | | $ | 78,975.31 |
| 40108060 | MISREP - DEBTS | | | $ | 57,459.53 |

| | | | | | |
|---|---|---|---|---|---|
| | | | TOTAL | $ | 2,068,839.23 |

**EXHIBIT B**