# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**First Home Mortgage Corporation**

Loan Purchase Agreement, dated May 1, 2000

Loan Purchase Agreement, dated September 8, 2004