# EXHIBIT B

**EXHIBIT B**

First Home Mortgage Corporation

| Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 18157537 | MISREP - DEBTS | | | $ 276,586.36 |
| 18577544 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 109,411.82 |
| 18577668 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 21,801.98 |
| 18599449 | MISREP - INCOME/EMPLOY | | | $ 6,847.35 |
| 18604900 | MISREP - INCOME/EMPLOY | | | $ 57,717.91 |
| 18861880 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 38,492.15 |
| 30705156 | MISREP - DEBTS | | | $ 39,471.72 |
| 30897771 | DOCUMENTATION | | | $ 61,771.32 |
| 30914592 | DOCUMENTATION | | | $ 217,978.53 |
| 31130230 | MISREP - DEBTS | | | $ 11,472.04 |
| 31333198 | MISREP - INCOME/EMPLOY | | | $ 114,339.69 |
| 31543358 | MISREP - INCOME/EMPLOY | | | $ 116,561.23 |
| 31585151 | UW - OTHER | MISREP - DEBTS | MISREP - OCCUPANCY | $ 553,861.67 |
| 31585235 | MISREP - DEBTS | | | $ 101,623.19 |
| 31753775 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 177,711.39 |
| 32105710 | MISREP - DEBTS | | | $ 36,058.42 |
| 32155434 | DOCUMENTATION | | | $ 53,062.73 |
| 32223315 | MISREP - DEBTS | | | $ 93,794.48 |
| 32231508 | MISREP - DEBTS | | | $ 26,467.92 |
| 32333858 | UW - OTHER | | | $ 9,287.54 |
| 32724015 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 101,404.27 |
| 33084641 | MISREP - INCOME/EMPLOY | | | $ 73,185.44 |

**EXHIBIT B**

First Home Mortgage Corporation

| | | | | | |
|---|---|---|---|---|---|
| 33474123 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 179,115.10 |
| 40202400 | MISREP - DEBTS | | | $ | 75,758.01 |
| 40204554 | MISREP - DEBTS | | | $ | 47,386.24 |
| 40236622 | MISREP - DEBTS | | | $ | 145,126.88 |
| 40357832 | MISREP - DEBTS | | | $ | 9,315.34 |
| 40414427 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 149,236.21 |
| | | | TOTAL | $ | 2,904,846.93 |

**EXHIBIT B**