# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Midtown Bank & Trust Company**

Loan Purchase Agreement, dated October 7, 2004