# EXHIBIT B

**EXHIBIT B**

Midtown Bank and Trust Company

| Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 32590994 | MISREP - DEBTS | | | $ 41,212.38 |
| 32764631 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 193,227.11 |
| 32835191 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 372,783.28 |
| 33413097 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 31,355.77 |
| 40107591 | MISREP - INCOME/EMPLOY | | | $ 197,669.06 |
| 40298630 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ 293,473.66 |
| | | | **TOTAL** | **$ 1,129,721.26** |

**EXHIBIT B**