# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Neighbor's Financial Corporation**

Loan Purchase Agreement, dated April 15, 2004