# EXHIBIT B

EXHIBIT B

Neighbor's Financial Corporation

| Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 30788616 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 141,872.31 |
| 31608151 | MISREP - INCOME/EMPLOY | | | $ 160,298.76 |
| 32194037 | MISREP - OCCUPANCY | | | $ 301,005.96 |
| 33400797 | MISREP - INCOME/EMPLOY | | | $ 322,860.53 |
| 40327330 | MISREP - DEBTS | | | $ 199,317.68 |
| | | | TOTAL | $ 1,125,355.24 |

EXHIBIT B