# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Network Funding L.P. and Network Funding Corporation**


Loan Purchase Agreement, dated August 16, 2001

Broker Agreement, dated June 24, 2002

Addendum to Loan Purchase Agreement, dated January 15, 2003

Loan Purchase Agreement, dated April 15, 2005