# EXHIBIT B

# EXHIBIT B
## Network Funding L.P. and Network Funding Corporation

| Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 16565558 | MISREP - INCOME/EMPLOY | | | $ 185,740.01 |
| 17660010 | MISREP - DEBTS | | | $ 34,242.21 |
| 18436386 | MISREP - DEBTS | | | $ 46,349.20 |
| 18436618 | MISREP - DEBTS | | | $ 44,665.44 |
| 18436766 | MISREP - DEBTS | | | $ 57,454.91 |
| 18644294 | DOCUMENTATION | DOCUMENTATION | | $ 70,556.77 |
| 18644450 | MISREP - DEBTS | | | $ 179,931.64 |
| 18644484 | MISREP - DEBTS | | | $ 77,588.18 |
| 18897470 | MISREP - DEBTS | | | $ 95,750.88 |
| 30049571 | MISREP - DEBTS | | | $ 64,751.19 |
| 30115299 | MISREP - DEBTS | | | $ 31,238.72 |
| 30583710 | DOCUMENTATION | | | $ 37,697.86 |
| 30670913 | MISREP - DEBTS | | | $ 47,259.97 |
| 30787147 | DOCUMENTATION | UW - OTHER | | $ 17,755.00 |
| 30802185 | MISREP - DEBTS | | | $ 30,685.61 |
| 30836902 | MISREP - DEBTS | | | $ 4,362.01 |
| 30895866 | MISREP - DEBTS | DOCUMENTATION | DOCUMENTATION | $ 45,896.27 |
| 31271968 | DOCUMENTATION | | | $ 31,440.00 |
| 31281280 | DOCUMENTATION | DOCUMENTATION | | $ 43,707.20 |
| 31384845 | MISREP - DEBTS | | | $ 41,321.71 |
| 31384910 | MISREP - DEBTS | | | $ 32,544.29 |
| 31508906 | DOCUMENTATION | | | $ 13,819.69 |

**EXHIBIT B**

EXHIBIT B

Network Funding L.P. and Network Funding Corporation

| | | | | | |
|---|---|---|---|---|---|
| 31571326 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 171,483.58 |
| 31571433 | MISREP - DEBTS | | | $ | 27,368.88 |
| 31788078 | MISREP - DEBTS | | | $ | 66,268.47 |
| 31804248 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 82,292.49 |
| 31831373 | MISREP - DEBTS | | | $ | 15,448.79 |
| 31831407 | DOCUMENTATION | | | $ | 19,797.37 |
| 31882301 | UW - OTHER | | | $ | 42,628.90 |
| 32087256 | MISREP - DEBTS | | | $ | 73,425.37 |
| 32087280 | UW - OTHER | | | $ | 30,735.66 |
| 32159725 | DOCUMENTATION | | | $ | 26,850.02 |
| 32199309 | UW - OTHER | MISREP - DEBTS | | $ | 91,409.10 |
| 32215626 | DOCUMENTATION | | | $ | 35,198.53 |
| 32411639 | MISREP - DEBTS | | | $ | 13,480.66 |
| 32513244 | UW - OTHER | | | $ | 17,603.74 |
| 32632085 | UW - OTHER | | | $ | 23,374.63 |

TOTAL    $ 1,972,124.95

EXHIBIT B