# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Perl Mortgage, Inc.**

Loan Purchase Agreement, dated December 31, 2003