# EXHIBIT B

**EXHIBIT B**

Perl Mortgage, Inc.

| Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 18178764 | MISREP - INCOME/EMPLOY | | | $ 200,201.07 |
| 18975920 | DOCUMENTATION | | | $ 25,514.67 |
| 31856396 | DOCUMENTATION | DOCUMENTATION | | $ 267,511.18 |
| 31856404 | MISREP - INCOME/EMPLOY | | | $ 51,754.77 |
| 31891971 | MISREP - DEBTS | | | $ 66,276.44 |
| 32700312 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ 271,696.11 |
| 32721466 | DOCUMENTATION | UW - OTHER | | $ 335,255.59 |
| 33327230 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ 267,947.77 |
| 33328402 | MISREP - INCOME/EMPLOY | | | $ 34,606.11 |
| 33453747 | MISREP - INCOME/EMPLOY | | | $ 220,631.12 |
| 40107799 | MISREP - DEBTS | | | $ 276,507.16 |

|  |  | **TOTAL** | | **$ 2,017,901.99** |

**EXHIBIT B**