# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**The Crossfire Financial Network Inc.**

Loan Purchase Agreement, dated February 23, 2006