# EXHIBIT B

EXHIBIT B

The Crossfire Financial Network Inc.

| Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 33509217 | UW - OTHER | | | $ 173,050.67 |
| 33678798 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 415,720.10 |
| 33689167 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 478,582.07 |
| 40013070 | MISREP - DEBTS | | | $ 105,927.46 |
| 40214124 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 216,362.20 |

|  |  |  | TOTAL | $ 1,389,642.50 |
|---|---|---|---|---|

**EXHIBIT B**