# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Santa Cruz Home Finance**

Loan Purchase Agreement, dated April 8, 2004