# EXHIBIT B

**EXHIBIT B**

Santa Cruz Home Finance

| Loan Number | Seller Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0018486936 | 18486936 | UW - OTHER | | | $600,673.68 |
| 0032970493 | 32970493 | MISREP - INCOME/EMPLOY | | | $276,245.55 |
| 0033810581 | 33810581 | MISREP - DEBTS | | | $61,995.28 |
| 0030332365 | 30332365 | MISREP - INCOME/EMPLOY | | | $192,524.49 |
| 0031287709 | 31287709 | MISREP - INCOME/EMPLOY | | | $296,703.66 |
| 0032565012 | 32565012 | UW - OTHER | | | $545,775.33 |
| 0033662644 | 33662644 | UW - OTHER | MISREP - INCOME/EMPLOY | | $201,751.78 |
| 0033643321 | 33643321 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $157,122.89 |
| 0031555303 | 31555303 | DOCUMENTATION | | | $94,895.76 |
| 0040257651 | 40257651 | UW - OTHER | MISREP - INCOME/EMPLOY | DOCUMENTATION | $87,135.95 |
| 0030900955 | 30900955 | DOCUMENTATION | | | $261,293.16 |
| 0031392236 | 31392236 | DOCUMENTATION | | | $45,777.57 |
| 0033506437 | 33506437 | UW - OTHER | | | $19,113.90 |
| 0033636192 | 33636192 | MISREP - INCOME/EMPLOY | | | $183,975.43 |

| | Total Claim Amount | $ 3,024,984.43 |
|---|---|---|

**EXHIBIT B**