**UBS**

**UBS AG**
Europastrasse 2
8152 Opfikon
Switzerland

OQ9C / O5GC-248
INFO MGMT / HEDGE FUNDS / DEFAULT
Stephan Gfeller

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

+41 44 235 62 83
stephan.gfeller@ubs.com

www.ubs.com

# Message



RECEIVED
FEB - 4 2019

January 28, 2019

subject  **Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of            Attention: Clerk of the Court

you are receiving       Evidence of partial transfer of claim: Bank J. Safra Sarasin Ltd.

| | | |
|---|---|---|
| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ | |

Remarks
TOCE225   CHF 140'000.00  XS0363637546

Transferor: Bank J. Safra Sarasin Ltd. / Claim Number: 60429
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Stephan Gfeller
Associate Director



**J. SAFRA SARASIN**

Sustainable Swiss Private Banking since 1841

<u>EVIDENCE OF TRANSFER OF CLAIM</u>

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank J. Safra Sarasin Ltd** ("<u>Transferor</u>") unconditionally and irrevocably transferred to **UBS AG, Zurich** ("<u>Transferee</u>") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 60429) in the nominal amount of 140'000 pieces/units related to the securities with International Securities Identification Numbers listed on Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "<u>Debtor</u>"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED this May 15, 2018.

Bank J. Safra Sarasin Ltd

Patrick Gribi
Managing Director

Frank Link
Executive Director

Bank J. Safra Sarasin AG
Elisabethenstrasse 62, Postfach, CH-4002 Basel
T: +41 (0)58 317 44 44, F: +41 (0)58 317 44 00, www.jsafrasarasin.com

1 | 2





**J. SAFRA SARASIN**

Sustainable Swiss Private Banking since 1841

## SCHEDULE 1

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim | Date Claim Filed | Issuer | Currency and Nominal Amount/Quantity of Claim related to Security to be transferred |
|------|-------------|------------------|--------|-----------------------------------------------------------------------------------|
| XS0363637546 | 60429 | October 29, 2009 | Lehman Brothers Treasury Co. B.V. | CHF 140'000 out of CHF 1'390'000 |

*TOCE225*