B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,            Case No. <u>08-13555</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | BANC OF AMERICA CREDIT PRODUCTS, INC. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    HBK Master Fund L.P.
    c/o HBK Services LLC
    2300 North Field Street, Suite 2200
    Dallas, TX 75201

Court Claim # (if known): <u>Claim No. 19158</u>

Amount of Claim Transferred:
<u>$2,451,440.00</u>

Date Claim Filed: <u>September 18, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone: <u>(214) 758-6107</u>
Last Four Digits of Acct #:<u>N/A</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

Court Claim # (if known): <u>Claim No. 19157</u>

Amount of Claim Transferred:
<u>$2,451,440.00</u>

Date Claim Filed: <u>September 18, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 26857</u>

Amount of Claim Transferred:
<u>$528,479.36</u>

Date Claim Filed: <u>September 22, 2009</u>
Debtor: <u>Lehman Brothers Special Financing</u>

Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 26856

Amount of Claim Transferred:
$528,479.36

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 26859

Amount of Claim Transferred:
$31,942.15

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 26858

Amount of Claim Transferred:
$31,942.15

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 26861

Amount of Claim Transferred:
$38,361.36

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 26860

Amount of Claim Transferred:
$38,361.36

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 28188

Amount of Claim Transferred:
$50,446.56

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 28187

Amount of Claim Transferred:
$50,446.56

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 28189

Amount of Claim Transferred:
$35,447.01

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 28190

Amount of Claim Transferred:
$35,447.01

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 28200

Amount of Claim Transferred:
$1,880,881.80

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 28199

Amount of Claim Transferred:
$1,880,881.80

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 45094

Amount of Claim Transferred:
$5,000,000.00

Date Claim Filed: October 23, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 45092

Amount of Claim Transferred:
$5,000,000.00

Date Claim Filed: October 23, 2009

Pg 5 of 10

        Debtor: <u>Lehman Brothers Holdings Inc.</u>

        Phone:
        Last Four Digits of Acct #:<u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J.R. Smith</u>          Date: <u>February 13, 2019</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

B 210A (Form 210A) (12/09)

## United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.       Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| <u>HBK Master Fund L.P.</u> | <u>Banc of America Credit Products, Inc.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

**HBK Master Fund L.P.**
c/o HBK Services LLC
2300 North Field Street, Suite 200
Dallas, Texas 75201
Telephone: (214) 758-6107
Facsimile: (214) 758-1207
Attention: General Counsel
Email: legal@hbk.com

Court Claim # (if known): _____
Amount of Claim Transferred: _____
Date Claim Filed: _____
Debtor: <u>Lehman Brothers Holdings Inc.</u>

137515676v1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: February 11, 2019
Transferee/Transferee's Agent
Beauregard A. Fournet
Authorized Signatory

Agreed and Acknowledged:

By: _____    Date: February 11, 2019
Transferor/Transferor's Agent
SETH DENSON
DIRECTOR

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

137515676v1

B 210A (Form 210A) (12/09)

## United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (SCC)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| HBK Master Fund L.P. | Banc of America Credit Products, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**HBK Master Fund L.P.**
c/o HBK Services LLC
2300 North Field Street, Suite 200
Dallas, Texas 75201
Telephone: (214) 758-6107
Facsimile: (214) 758-1207
Attention: General Counsel
Email: legal@hbk.com

Court Claim # (if known): _____
Amount of Claim Transferred: _____
Date Claim Filed: _____
Debtor: Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: February 11, 2019
Transferee/Transferee's Agent
Beauregard A. Fournet
**Authorized Signatory**

Agreed and Acknowledged:

By: _____  Date: February 11, 2019
Transferor/Transferor's Agent
SETH DENSON
DIRECTOR

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

137515676v1

## SCHEDULE 1A

### Claims Details

| Predecessor in Title | Date of Predecessor Transfer Agreement | Transferred Amount | LBSF Claim Number | LBHI Claim Number |
|---|---|---|---|---|
| Morgan Stanley Senior Funding, Inc. | April 16, 2018 | $2,451,440.00 | 19158 | 19157 |
| Morgan Stanley Senior Funding, Inc. | April 16, 2018 | $528,479.36 | 26857 | 26856 |
| Morgan Stanley Senior Funding, Inc. | April 16, 2018 | $31,942.15 | 26859 | 26858 |
| Morgan Stanley Senior Funding, Inc. | April 16, 2018 | $38,361.36 | 26861 | 26860 |
| Morgan Stanley Senior Funding, Inc. | April 16, 2018 | $50,446.56 | 28188 | 28187 |
| Morgan Stanley Senior Funding, Inc. | April 16, 2018 | $35,447.01 | 28189 | 28190 |
| Morgan Stanley Senior Funding, Inc. | April 16, 2018 | $1,880,881.80 | 28200 | 28199 |
| Morgan Stanley Senior Funding, Inc.* | April 16, 2018 | $5,000,000.00* | 45094 | 45092 |
| | Total | $10,016,998.24 | | |

*Predecessor in Title transferred $10,000,000.00 to Prior Seller in the applicable Predecessor Transfer Agreement.

Prior Seller transferred the Total Amount of Claims above ($10,106,998.24) as allocated above to Seller in the Upstream Transfer Agreement dated June 25, 2018.

137515676v1