B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,                    Case No. <u>08-13555</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | BANC OF AMERICA CREDIT PRODUCTS, INC. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    HBK Master Fund L.P.
    c/o HBK Services LLC
    2300 North Field Street, Suite 2200
    Dallas, TX 75201

Court Claim # (if known): <u>Claim No. 24946</u>

Amount of Claim Transferred: <u>$351,631.39</u>

Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone: <u>(214) 758-6107</u>
Last Four Digits of Acct #:<u>N/A</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

Court Claim # (if known): <u>Claim No. 24947</u>

Amount of Claim Transferred: <u>$351,631.39</u>

Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J.R. Smith</u>                              Date: <u>February 15, 2019</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **BANC OF AMERICA CREDIT PRODUCTS, INC.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **HBK MASTER FUND L.P.** ("Assignee"), all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number 24946 in an amount of $351,631.39 (the "Assigned Claim"), against Lehman Brothers Special Financing, Inc. (the "Debtor"), the debtor-in-possession in Case No. 08-13888 (SCC) (jointly administered as *In re* Lehman Brothers Holdings Inc., *et al.*, Case No. 08-13555 (SCC)) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

(signature page follows)

137826843v2

     IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on February 15, 2019.

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: _____
Name:
Title: SETH DENSON
DIRECTOR

**HBK MASTER FUND L.P.**

By: _____
Name:
Title:

137826843v2

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on February 15, 2019.

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By:_____
Name:
Title:


**HBK MASTER FUND L.P.**      By: HBK Services LLC
                              Investment Advisor

By:_____
Name: Jon L. Mosle III
Title: Authorized Signatory

137826843v2

# EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **BANC OF AMERICA CREDIT PRODUCTS, INC.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **HBK MASTER FUND L.P.** ("Assignee"), all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Assignor's claims set forth in Proof of Claim Number 24947 in an amount of $351,631.39 (the "Assigned Claim"), against Lehman Brothers Holding, Inc. (the "Debtor"), the debtor-in-possession in Case No. 08-13555 (SCC) (jointly administered as *In* re Lehman Brothers Holdings Inc., *et al*., Case No. 08-13555 (SCC)) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et, seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York or in such other court with jurisdiction (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Assigned Claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

(signature page follows)

137826843v2

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on February 15, 2019.

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: _____
Name: SETH DENSON
Title: DIRECTOR

**HBK MASTER FUND L.P.**

By: _____
Name:
Title:

137826843v2

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on February 15, 2019.

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By:_____
Name:
Title:

**HBK MASTER FUND L.P.**   By: HBK Services LLC
Investment Advisor

By: _____
Name: Jon L. Mosle III
Title: Authorized Signatory

137826843v2