B 210A (Form 210A) (12/09)



# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings Inc, et al ,     Case No.  08-13555 

~~08-13888~~

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

KGI Bank
_____
Name of Transferee

China Development Industrial Bank
_____
Name of Transferor

Name and Address where notices to transferee should be sent:

No. 125, Sec 5, Nanjing E. Rd,
Taipei City 10504 Taiwan

Phone: +886-2-2171-1088
Last Four Digits of Acct #: _____

Court Claim # (if known):  67656, 67657 
Amount of Claim: $485,773 (Claim 67656) & $485,773 (Claim 67657)
Date Claim Filed:  09/16/2009 

Phone: +886-2-27638800
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

E-mail: nancy.liang@kgi.com
jasper.hung@kgi.com

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____     Date:  2019.01.31 
     Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.