**UBS**

**UBS AG**
Europastrasse 2
8152 Opfikon
Switzerland

OQ9C / O5GC-248
INFO MGMT / HEDGE FUNDS / DEFAULT
Stephan Gfeller

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

+41 44 235 62 83
stephan.gfeller@ubs.com

www.ubs.com

# Message

February 05, 2019



**subject    Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of              Attention: Clerk of the Court

you are receiving       Evidence of partial transfer of claim: UBS AG to EDMOND DE ROTHSCHILD (SUISSE)

☐ for your information          ☐ returned with thanks          ☐ please return
☒ for your records              ☐ please comment               ☒ please confirm receipt
☐ as agreed                     ☐ please sign                  ☒ please process
☐ please complete               ☐

Remarks
TOC559:  EUR 4'000.00  XS02954438369 / Court Claim No. 59233

Transferor: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)
Transferee: EDMOND DE ROTHSCHILD (SUISSE) LUGANO

Yours sincerely,

UBS AG

Stephan Gfeller
Associate Director

**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:    Lehman Brothers Holdings Inc.             Case No.: 08-13555 (JMP
                                                    Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>EDMOND DE ROTHSCHILD (SUISSE) LUGANO | Name of Transferor:<br>UBS AG |
| Notices to Transferee should be sent to:<br>EDMOND DE ROTHSCHILD (SUISSE) GENEVA<br>18 rue de Hesse<br>1204 GENEVE<br>Attn: Martine Boillon<br>EMAIL: m.boillon@edr.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>EUR 4,000.00 | *NOTE:  THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    _____    Date:    05.02.2019
       EDMOND DE ROTHSCHILD (SUISSE)
       18 rue de Hesse
       1204 Geneve
       Attn: Martine Boillon
       EMAIL: m.boillon@edr.com

TOC559 UBS0230 EDMONDROTHSCHILD CH 4K 3046056

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

### EVIDENCE OF TRANSFER OF CLAIM

TO:          United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
             One Bowling Green
             New York, New York 10004
             Attention: Clerk of the Court

AND TO:      Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 56130 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Treasury BV | XS0295438369 | LBT BV | LBH Inc. | EUR 4,000.00 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

**UBS AG, ("Transferor")** hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

          EDMOND DE ROTHSCHILD (SUISSE) LUGANO
          18 rue de Hesse
          1204 Geneve
          Attn: m.boillon@edr.com
          EMAIL: m.boillon@edr.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

TOC559 UBS0230 EDMONDROTHSCHILD CH 4K 3046056

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 5th, 2019.

UBS AG
Transferor

By: _____
   Name: Stephan Greller
   Title:  Associate Director

By: _____
   Name: Cristoforo Pavone
   Title:  Associate Director

ACKNOWLEDGED BY:

EDMOND DE ROTHSCHILD (SUISSE)
18 rue de Hesse
1204 Geneve
Attn: Martine Boillon
EMAIL: m.boillon@edr.com
Transferee

By: _____        _____
   Name: Martine Boillon                        Amira Jakupovic
   Title: Assistant Vice-President              First Signing Oficer