FILED / RECEIVED

FEB 11 2019

EPIQ

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re __LEHMAN BROTHERS HOLDINGS INC.__    Case No. __08-13555__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__CLOSSET, RAYMOND__  
Name of Transferee

__CLOSSET, ALEXANDRE__  
Name of Transferor

Name and Address where notices to transferee should be sent:  
RAYMOND CLOSSET  
BEVERBEKERDijk 22  
3930 ACHEL, BELGIUM  
Phone: __+32 11 8 641488__  
Last Four Digits of Acct #: _____

Court Claim # (if known): __52017__  
Amount of Claim: __$ 72,570.66__  
Date Claim Filed: __10/28/2009__

Phone: _____  
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____  
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __Raymond Closset__    Date: __07 FEB 2019__  
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*