FILED / RECEIVED

FEB 0 7 2019

EPIQ

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Coutts & Co AG, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **GIOIA Stiftung, 9495 Triesen, Liechtenstein** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221.36**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 18 December 2018

Coutts & Co AG

By: _____  
Name: Erich Vogel  
Title: Senior Vice President

By: _____  
Name: Hans-Peter Schmid  
Title: Director

## SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0257807288 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | EUR   100'000.00 |

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

**In re Lehman Brothers Holdings, Inc.,**          **Case No. 08-13555 (JMP)**

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee: _____<br>Court Claim #:<br>Name and Address where notices to<br>transferee should be sent:<br><br>GIOIA STIFTUNG<br>Austrasse 15<br>9495 Triesen<br><br>Phone: 00423 265 51 51<br>Email: toendury@toendury.li<br><br>Last Four Digits of Acct #: | Name of Transferor: Coutts & Co AG<br><br>Court Claim #:  45221.36<br>Amount of Claim: Note: This is a partial transfer of claim. See attached Evidence of Transfer of Claim for Details<br><br>Date Claim Filed: 10/29/2009<br><br>Phone:  +41 43 245'57'67<br><br>Email:  hans-peter.schmid@coutts.com<br>Last Four Digits of Acct. #:  n/a |

Name and Address where transferee payments should be sent (if different from above):

LGT Bank Ltd
Herrengasse 12
FL-9490 Vaduz

Phone: 00423 / 235 11 22
Email: info@lgt.com
Last Four Digits of Acct #:
Accoutn No. 0039100.168
IBAN No. LI18 0881 0000 0391 0016 8

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Dr. Hans Eggenberger for and on behalf of_     Date: __14 December 2018__
     GIOIA STIFTUNG

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.