**Form 210A (10/06)**

## United States Bankruptcy Court
### Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case Nos. 08-13555 (JMP)
(Jointly Administered)

```
FILED / RECEIVED
FEB 05 2019
EPIQ
```

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by Bank Hapoalim (Switzerland) (the "Transferor"), against Lehman Brothers Holdings Inc., which has been designated as Claim No. 55855 (the "Claim"). Transferee (as that term is defined below) hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. Rule 3001(e)(2), of the transfer, other than for security, of the Claim, in the nominal amount of USD 50,000 (the "Transferred Portion"). For the avoidance of doubt, the Transferred Portion relates to ISIN XS0334918322. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

| Name of Transferee | Name of Transferor |
|---|---|
| Bank J. Safra Sarasin (Gibraltar) Ltd | Bank Hapoalim (Switzerland) |
| **Name and Address where notices to Transferee should be sent:** | **Name and Address where notices to Transferor should be sent:** |
| Attn: Marvin Cartwright<br>Bank J. Safra Sarasin (Gibraltar) Ltd<br>First Floor, Neptune House, Marina Bay,<br>PO Box 542, Gibraltar | Attn: Stefan Stotzer<br>Bank Hapoalim (Switzerland) Ltd.<br>Stockerstrasse 33<br>CH-8027 Zurich, Switzerland |
| Phone: + 350 2000 2550 | Phone: + 41 44 283 82 46 |
| Last Four Digits of Acct #: 1403 | Last Four Digits of Acct #: N/A |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Clearstream Banking Luxembourg<br>L-2967<br>Luxembourg<br>Acc BK J. Safra Sar.(Gibraltar)-CLTS A/C<br>Acc No: 11403 | Court Claim # (if known): 55855<br>Date Claim Filed: October 29, 2009<br>Transferred Portion: USD 50,000 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 31st January 2019
    Transferee
Name: Marvin Cartwright
Title: Chief Executive Officer

By: _____    Date: 31st January 2019
    Transferee
Name: Abigail Carroll
Title: Chief Operating Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

**Exhibit A**

### EVIDENCE OF TRANSFER OF CLAIM

FILED / RECEIVED

FEB 05 2019

EPIQ

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Hapoalim (Switzerland) Ltd., Zurich, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Bank J. Safra Sarasin (Gibraltar) Ltd., Gibraltar** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **55855**) in the **nominal amount of USD 100'000.00** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 16 day of January 2019.

**Bank Hapoalim (Switzerland) Ltd.
Stockerstrasse 33
CH-8027 Zurich
Switzerland**

Stefan Stotzer
Deputy Manager

Igor Dahinden
Assistant Manager

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0339538448 USD SOFT COMMODITIES NOTE | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 50'000 |
| Blocking number | 6054114 | | | |
| XS0334918322 USD CLEAN ENERGY, WATER NOTE | 55855 | 29 October 2009 | Lehman Brothers Treasury Co. BV | USD 50'000 |
| Blocking number | 6054111 | | | |



Sustainable Private Banking since 1841

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
777 Third Avenue, 12th Floor
New York, NY10017
USA

Gibraltar, 31 January 2019

**Transfer of Claim, Epiq Claims No: 55855**

Dear Sir, Madam,

Bank J. Safra Sarasin is sending you herewith the enclosed original copy of the completed 210A transfer forms, evidence of the claim and Schedule 1 (Epiq Claim number 55855) against Lehman Brothers Holdings Inc by the following Transferor:

Bank Hapoalim (Switzerland) Ltd
Stockerstrasse 33
CH-8027 Zurich, Switzerland

Yours faithfully,

Abigail Carroll
Chief Operations Office
Bank J. Safra Sarasin (Gibraltar) Ltd

Bank J. Safra Sarasin (Gibraltar) Ltd
First Floor, Neptune House, Marina Bay, P.O. Box 542, Gibraltar, GX11 1AA
T: +350 2000 2500, F: +350 2000 2501, www.jsafrasarasin.com.gi
Registered Office: 57/63 Line Wall Road, Gibraltar, Registered in Gibraltar No: 82334, Authorised by the
Gibraltar Financial Services Commission to conduct banking and investment services                    1 | 1