# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al*.,<br><br>　　　　　　　　　　Debtors. | CHAPTER 11<br><br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>1ST ADVANTAGE MORTGAGE, L.L.C., et al.,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>BONDCORP REALTY SERVICES INC.,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 16-01302 (SCC) |

**[PROPOSED] ORDER GRANTING MOTION OF AMERICAN MORTGAGE LAW GROUP, P.C. TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANT BONDCORP REALTY SERVICES INC.**

Upon the Motion to Withdraw filed by American Mortgage Law Group, P.C. pursuant to Local Bankruptcy Rule 2090-1(e) and for good cause shown,

IT IS HEREBY ORDERED that Evans D. Prieston, Tracy L. Henderson, and Jack V. Valinoti of American Mortgage Law Group, P.C., are relieved and withdrawn as attorneys of record for Defendant Bondcorp Realty Services Inc.; and

1

      IT IS FURTHER ORDERED that Evans D. Prieston, Tracy L. Henderson, and Jack V. Valinoti shall no longer receive electronic notices from the Court's CM/ECF system in this action.

Dated: _____, 2019
       New York, New York

                                                  _____
                                                  **HONORABLE SHELLEY C. CHAPMAN**
                                                  **UNITED STATES BANKRUPTCY JUDGE**