## **CERTIFICATE OF SERVICE**

      I certify that on February 19, 2019, I electronically filed the preceding with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the following:

| | |
|---|---|
| Adam Bialek | Attorney for LBHI |
| William Maher | |
| WOLLMUTH MAHER & DEUTSCH LLP | |
| 500 Fifth Avenue | |
| New York, New York 10110 | |
| abialek@wmd-law.com | |

      I further certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Bryan Bond
Bondcorp Realty Services, Inc.
1611 Kings Road
Newport Beach, CA 92663

      I declare under penalty of perjury that all of the statements made in this "Certificate of Service" are true and correct and that if called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth in the Certificate.

      This Certificate was executed on February 19, 2019, at Petaluma, California.

                                                  /s/ Donna Pritchard
                                                  Donna Pritchard