David R. Seligman, P.C. | Mark McKane, P.C. (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*) | Kevin Chang (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP** | **KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle | 555 California Street
Chicago, Illinois 60654 | San Francisco, California 94104
Telephone: (312) 862-2000 | Telephone: (415) 439-1400
Facsimile: (312) 862-2200 | Facsimile: (415) 439-1500

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Case No. 08-13555 (SCC) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that on January 22, 2019, Bruce Alexander Mackay and Matthew Robert Haw of RSM Restructuring Advisory LLP, as joint liquidators for LB GP No. 1 Ltd., filed the *Joint Liquidators' Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for Purposes of Distributions* [Docket No. 59409] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion (the "Hearing") was originally scheduled for February 27, 2019, at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Hearing has been adjourned to **March 13, 2019, at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 623 at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing any responses or objections (an "Objection") to the Motion is **February 25, 2019, at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing any replies to Objections or in support of the Motion is **March 4, 2019, at 4:00 p.m. (prevailing Eastern Time)**.

| | |
|---|---|
| Dated: February 19, 2019<br>New York, New York | */s/ David R. Seligman, P.C.*<br>David R. Seligman, P.C.<br>Joseph M. Graham (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email: david.seligman@kirkland.com<br>            joe.graham@kirkland.com<br><br>-and-<br><br>Mark McKane, P.C. (admitted *pro hac vice*)<br>Kevin Chang (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>555 California Street<br>San Francisco, California 94104<br>Telephone:    (415) 439-1400<br>Facsimile:    (415) 439-1500<br>Email:  mark.mckane@kirkland.com<br>            kevin.chang@kirkland.com<br><br>*Counsel to the Joint Liquidators* |