**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine S. McGowen, Esquire
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

ATTORNEYS FOR TRANSFEROR
ICCREA BANCA S.p.A., as Agent

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR
SECURITY PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE by ICCREA Banca S.p.A, as Agent ("ICCREA" or "Transferor") against Lehman Brothers Holdings Inc. (the "Debtor") in amount of at least $190,423,075.43, which has been designated as claim no. 58221 (the "Claim"). Transferor hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(E)(2), of the transfer, other than for security, of a ratable portion of 0.085237% of XS0163559841 ($7,213.15 of $8,462,465.83), the outstanding amount of XS0163559841 held by Transferor on behalf of Banca Malatestiana Credito Cooperativo Societa' Cooperativa, which itself was acting on behalf of one or more of its customers with respect to that certain security bearing ISIN code XS0163559841. A copy of the evidence of transfer of claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated herein by this reference.

**Name of Assignee:** CASSA CENTRALE BANCA – CREDITO COOPERATIVO DEL NORD EST. S.p.A.

Name and Address Where
 Notices to Assignee Should be Sent:
 VIA G. SEGANTINI, 5
 38122 TRENTO
 ITALY
 ATTENTION: MARCO MOSCON

**Name of Transferor:** ICCREA on behalf of Banca Malatestiana Credito Cooperativo Societa' Cooperativa, as Agent

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(E)(2), to receive from the Clerk of the Court notice of the filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the transferred portion as an unconditional transfer; and (ii) the Assignee is the valid owner of the Transferred Portion.

Dated: New York, New York
    February 20, 2019

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ Lorraine S. McGowen
  Lorraine S. McGowen, Esquire
  51 West 52nd Street
  New York, NY 10019-6142
  Telephone: (212) 506-5000
  Facsimile: (212) 506-5151

  ATTORNEYS FOR TRANSFEROR
  ICCREA BANCA, S.p.A., as Agent

2

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Form 210A

United States Bankruptcy Court

SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS

Case No. 08-13555 (JMP)
JOINTLY ADMINISTERED

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
CASSA CENTRALE BANCA
CREDITO COOPERATIVO DEL NORD EST

Name of Transferor
ICCREA BANCA SPA

Court Claim: 58221
Total Amount of Claim: 7,213.15 $
Date Claim Filed: 30 OCTOBER 2009
Partial Claim Transferred:

Name and Address where notices to transferee
should be sent:
CASSA CENRALE BANCA
CREDITO COOPERATIVO DEL NORD EST
FRACALOSSI GIORGIO
Presidente del Consiglio di Amministrazione
VIA G. SEGANTINI, 5
38122 TRENTO, ITALY

ICCREA BANCA SPA

VERZARO PIERFILIPPO
Responsabile del Legale
VIA LUCREZIA ROMANA 41/47
00178 ROMA, ITALY

Attn: MOSCON MARCO
Responsabile Amministrazione Titoli
E-mail: amministrazione.titoli@cassacentrale.it
Phone: 0039 0461 313280
Last Four Digits of Acct #: N/A

Attn: VENTRE MARIANNA
Ufficio Consulenza e Contenzioso
E-mail: consulenzaecontenzioso@gbi.bcc.it
Phone: 0039 06 72075814
Last Four Digits of Acct #: N/A

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: 27 day of December 2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S C. §1152 & 3571.

1

Schedule 1

**Transferred Claims**

Purchased Claim

5,097.27 EUR = 7,213.15 USD, 0.085237 % of USD 8,462,465.83 (i.e. the outstanding amount of XS0163559841 as described in the Proof of Claim dated 10/30/2009 and filed on 10/30/2009),

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/ CUSIP | Issuer | Guarantor | Principal/ Notional Amount | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|
| LEHMAN BROTHERS 03/11 EUR | XS0163559841 | LBTC | LBHI | EUR 5,000.00 (equivalent to USD 7,075.50) | 03/14/2011 | EUR 5,097.27 (equivalent to USD 7,213.15) |

Cassa Centrale Banca
CREDITO COOPERATIVO DEL NORD EST Spa

3

OHSEUROPE:551259983.1