**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | |
| LEHMAN BROTHERS HOLDINGS INC., | Adv. Pro. No. 16-01019 (SCC) |
| Plaintiff, | |
| v. | |
| 1ST ADVANTAGE MORTGAGE, L.L.C., et al., | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC., | Adv. Pro. No. 16-01302 (SCC) |
| Plaintiff, | |
| v. | |
| BONDCORP REALTY SERVICES INC., | |
| Defendant. | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing regarding the Motion to Withdraw American Mortgage Law Group, P.C. as Attorneys of Record for Defendant Bondcorp Realty Services Inc. pursuant to Local Bankruptcy Rule 2090-1(e) will take place before United States Bankruptcy Judge Shelley C. Chapman at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 623, New York, NY 10004, on **March 7, 2019 at 11:00 a.m. (Eastern Time)**, or as soon thereafter as counsel can be heard.

//

//

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, must be filed with the Clerk of the United States Bankruptcy Court and must be served upon American Mortgage Law Group, P.C. at least five (5) days prior to the return date of this motion.

DATED:   February 20, 2019

Respectfully submitted,

**AMERICAN MORTGAGE LAW GROUP, P.C.**

By: _/s / Tracy L. Henderson_____
Tracy L. Henderson (*Pro Hac Vice*)
775 Baywood Drive, Suite 100
Petaluma, California 94954
Telephone: (415) 878-0030
Facsimile:  (415) 878-0035
thenderson@americanmlg.com