**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al*., <br><br> Debtors. | CHAPTER 11 <br><br> Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br> v. <br> 1ST ADVANTAGE MORTGAGE, L.L.C., et al., <br><br> Defendant. | Adv. Pro. No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br> v. <br> BONDCORP REALTY SERVICES INC., <br><br> Defendant. | Adv. Pro. No. 16-01302 (SCC) |

**CERTIFICATE OF SERVICE**

I certify that on February 20, 2019, I electronically filed the Notice of Hearing with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the following:

Adam Bialek                                     Attorney for LBHI
William Maher
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
abialek@wmd-law.com

//

1

2

I further certify that a copy was mailed by United States Postal Service to the following non CM/ECF participant:

Bryan Bond
Bondcorp Realty Services, Inc.
1611 Kings Road
Newport Beach, CA 92663

I declare under penalty of perjury that all of the statements made in this "Certificate of Service" are true and correct and that if called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth in the Certificate.

This Certificate was executed on February 20, 2019, at Petaluma, California.

/s/ Donna Pritchard
Donna Pritchard
775 Baywood Drive, Suite 100
Petaluma, California 94954
Telephone: (415) 878-0030
Facsimile:  (415) 878-0035