Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

ODDO BHF (Schweiz) AG, Zürich
Name of Transferee

Credit Suisse (Schweiz) AG
Name of Transferor

Name and Address where notices to transferee should be sent:

ODDO BHF (Schweiz) AG, Zürich
Schulhausstrasse 6
8002 Zürich
Switzerland

Court Claim # (if known): 55829
Date Claim Filed: 29.10.2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): Units 67

Phone: +41 44 209 75 92
Last Four Digits of Acct #: _____

Phone: +41 44 332 86 11
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 11.02.2019
    Transferee/Transferee's Agent
    A. Antolin    R. Messikommer

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse (Schweiz) AG** ("Transferor") unconditionally and irrevocably transferred to **ODDO BHF (Schweiz) AG, Zürich** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **February 4, 2019.**

**Credit Suisse (Schweiz) AG**

By: _____
Name: Sandro Hunziker
Title: AVP

By: _____
Name: Hans Schönbächler
Title: VP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| ANN5214A8303 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | Units 67 |

**ODDO BHF**

**Roger Messikommer**
Head Backoffice
Mitglied des Kaders

ODDO BHF (Schweiz) AG
Schulhausstrasse 6 - 8002 Zürich - Schweiz
T: +41 44 209 75 93
roger.messikommer@oddo-bhf.ch - www.bhf-bank.ch

Team: zcu_securities@oddo-bhf.ch



Die Bank für Ihre finanziellen Ziele
La finance au service de vos ambitions