**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | § § | |
| LEHMAN BROTHERS HOLDINGS, INC. | § § | Case No. 08-13555 (JMP) |
| Debtors. | § § § | (Chapter 11) Jointly Administered |

**REQUEST TO BE REMOVED FROM**
**RECEIVING ELECTRONIC FILINGS IN A CASE**

Demetra L. Liggins of Thompson & Knight LLP, whose e-mail address is demetra.liggins@tklaw.com, requests removal from the mailing list and CM/ECF noticing system of electronic filings in the above-captioned case and any related adversary proceedings.

Dated: February 22, 2019.

Respectfully submitted,

**THOMPSON & KNIGHT LLP**

/s/ *Demetra L. Liggins*
Demetra L. Liggins
811 Main Street, Suite 2500
Houston, TX 77002
713.951.5884
713.654.1871 (fax)

900 Third Avenue
20th Floor
New York, NY 10022-4728
212.751.3001
212.751.3113 (fax)
demetra.liggins@tklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2019, a copy of the foregoing instrument was served by CM/ECF upon all entities as listed in the CM/ECF system at the time of filing.

/s/ *Demetra L. Liggins*
Demetra L. Liggins

511095.000005 21949321.1