FEB 22 2019

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Form 210A

## United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS    Case No. 08-13555 (JMP) JOINTLY ADMINISTERED

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
**Banca di Credito Cooperativo di Alba, Langhe e Roero s.c.**

Name of Transferor
Compagnie Monégasque de Banque
23 avenue de la Costa MC 98000 Monaco

Name and Address where notices to transferee should be sent:

Via Cavour, n. 4
12051 ALBA (Cuneo)
Italy

Attn: Mr. Massimo Gerlotto
E-mail: mgerlotto@bancadalba.bcc.it

Phone: + 39 0173 659 357
Last Four Digits of Acct #: N/A

Court Claim # (if known): 55743
Date Claim Filed: 29 October 2009
Amount of Claim: $ 16,869,760.67
Partial Claim transferred: $ 30,000 and $ 30,000
ISIN: XS0252767792
Blocking Number: CA04714 and CA04731

Att.ne Andrea GHISELLINI
E-mail : OST@cmb.mc

Phone: + 377 93 15 77 43
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):
Banca di Credito Cooperativo di Alba Langhe e Roero s.c.
IBAN I/IT/15/K0853046961000064600030
Swift/Bic Code ICRA IT RR EQ0
(tramite Iccrea Banca Spa)
Last Four Digits of Acct #: N/A
ABI 08530

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: _____    Date: _____
GERLOTTO MASSIMO
Deputy General Manager

COMPAGNIE MONÉGASQUE DE BANQUE
23, AVENUE DE LA COSTA
B.P. 149
98007 MONACO CEDEX

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S.C. §1152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

**TRANSFER AGREEMENT**