FILED / RECEIVED
FEB 21 2019
EPIQ

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Coutts & Co AG, Zurich, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Oleg Manko, Ciekurkalna 3, Riga, Latvia** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221.36**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 14 February 2019

Coutts & Co AG

By: _____
Name: Erich Vogel
Title: Senior Vice President

By: _____
Name: Hans-Peter Schmid
Title: Director

## SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0257807874 | 45221.36 | October 23, 2009 | Lehman Brothers Treasury BV | USD   100'000.00 |

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings, Inc.,                Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee: OLEG MANKO
Court Claim #:
Name and Address where notices to transferee should be sent:

17B-10, Ciekurkalna 3, scerslinija, Riga, LV-1026 Latvia,
attn. Mr. Kaspars Kleins for Mr. Oleg Manko

Phone: +37129393837 or +37129234098
Email: oleg.manko@yahoo.co.uk
Last Four Digits of Acct #:

Name of Transferor: Coutts & Co AG

Court Claim #: 45221.36
Amount of Claim: Note: This is a partial transfer of claim. See attached Evidence of Transfer of Claim for Details

Date Claim Filed: 10/29/2009

Phone: +41 43 245'57'67

Email: hans-peter.schmid@coutts.com
Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):

| | |
|---|---|
| **Bank name** | ING bank |
| **Bank address** | UL.PULAWSKA 2 WARSZAWA 02-566 POLAND |
| **Country** | Poland |
| **Beneficiary** | Paysera LT |
| **SWIFT/BIC code** | INGBPLPW |
| **Beneficiary bank account (IBAN)** | PL79105000861000009030755236 |
| **Correspondent bank SWIFT code** | CHASUS33XXX |
| **Correspondent bank name** | JPMorgan Chase Bank NA |
| **Correspondent bank address** | 4 New York Plaza New York, Ny 10004 |
| **Purpose of payment** | EVP7210003436693 |

Account EVP7210003436693 holder: Oleg Manko

Phone: +37129234098 or +380503205411
Email: oleg.manko@yahoo.co.uk
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Oleg Manko_    Date: Feb. 12, 2019

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**14.02.19**
CH - 8022
Zürich

2041472

**3.80**
PRIORITY
Stand 2
DIE POST

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

U.S.A.

10150$5076 B025