FILED / RECEIVED

FEB 14 2019

EPIQ

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings Inc et al. Debto,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Alberta Martini PIJPERS | UBS AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Via Pombione 21
21020 Bodio Lomnago (VA)

Court Claim # (if known): 59233
Amount of Claim: $45,000.00
Date Claim Filed: 10/30/2009

Phone: +39 (335) 593 44 37
Last Four Digits of Acct #: 8616

Phone: +41918016234
Last Four Digits of Acct. #: 3912

Name and Address where transferee payments should be sent (if different from above):
IBAN CH18086570040B3798616
BIC UBPGCHGGLUG

Phone: +588193533
Last Four Digits of Acct #: 8616

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Alberta Martini PIJPERS    Date: 02/07/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED
FEB 25 2019
U.S. BANKRUPTCY COURT
S. DIST OF NEW YORK

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.            Case No.: 08-13555 (JMP
                                                   Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: | Name of Transferor: |
|---|---|
| Alberta Martini PIJPERS | UBS AG |
| Notices to Transferee should be sent to: | Court Record Address of the Transferor: |
| Alberta Martini PIJPERS | (Court use only) |
| Via Pombione 21 | |
| 21020 Bodio Lomnago (VA) | |
| ITALY | |
| ivgizzi@tin.it | |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor |
| | UBS AG |
| | Bahnhofstrasse 45 |
| | 8001 Zurich, Switzerland |
| | Attn: Mr. Hugo Koller |
| | +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: | |
| EUR 45'000.00 | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

L. PRENCIPE            F. TIROTTA

By: _____        Date: 02/07/2019
UBP SA – Union Bancaire Privée SA
Viale S. Franscini 5
CH-6900 Lugano
luca.prencipe@ubp.ch

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC541_45K_3689043

## EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:  Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Treasury BV | XS0346007320 | LBT BV | LBH Inc. | EUR 45'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Alberta Martini PIJPERS
Via Pombione 21
21020 Bodio Lomnago (VA)
ITALY
ivgizzi@tin.it

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

TOC541_45K_3689043

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ~~January XY, 2019~~. February 7th, 2019.

UBS AG
Transferor

By: _____
Name: ~~XY~~ Stephan Gfeller
Title: Associate Director

By: _____
Name: ~~XY~~ Cristoforo Pavone
Title: Associate Director

ACKNOWLEDGED BY:

Alberta Martini PIJPERS
Via Pombione 21
21020 Bodio Lomnago (VA)
ITALY
ivgizzi@tin.it

Transferee

By: _____
UBP SA / Union Bancaire Privée SA
Viale S. Franscini 5
CH-6900 Lugano
luca.prencipe@ubp.ch

L. PRENCIPE          F. TIROTTA

TOC541_45K_3689043

EPIQ BANKRUPTCY SOLUTIONS, LLC
**ATTN LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING**
757 THIRD AVENUE, 3RD FLOOR
NEW YORK, NY 10017
UNITED STATES

Page 1 of 4

13.02.2019



Dopo aver stampato la Lettera di Vettura:
COPIA DESTINATARIO – POSIZIONARE DAVANTI NELLA BUSTA AUTOADESIVA
1. Piegate la pagina stampata lungo la linea orizzontale.
2. Inserite la Lettera di Vettura nell'apposita busta autoadesiva e incollatela sulla spedizione.
Avvertenza: Per la spedizione, utilizzate esclusivamente la Lettera di Vettura stampata originale. Utilizzare per la spedizione una fotocopia della Lettera di Vettura è illegale e potrebbe dar luogo a oneri supplementari di fatturazione, insieme alla cancellazione del vostro Codice Cliente FedEx.

TERMINI LEGALI E CONDIZIONI DELLE DEFINIZIONI DI SPEDIZIONE FEDEX. In questa Lettera di Vettura, "noi", "nostro", e "FedEx" si riferiscono a Federal Express Corporation, le sue filiali e consociate e i rispettivi dipendenti, agenti e appaltatori indipendenti. Con "voi" e "vostro" si fa riferimento al mittente, suoi dipendenti, committenti e agenti. Qualora la spedizione abbia origine al di fuori degli Stati Uniti, il contratto di vettura si intende stipulato con la consociata, la filiale o l'appaltatore indipendente FedEx che per primo ha accettato la vostra spedizione. Il termine "collo" indica qualsiasi contenitore o busta accettati da noi per la consegna, inclusi quelli da voi presentati a FedEx utilizzando i nostri sistemi automatici, misurazioni, manifesti o Lettere di Vettura. Il termine "spedizione" indica tutti i colli che sono presentati a FedEx e accettati da FedEx su un'unica Lettera di Vettura. NOTA SUL TRASPORTO AEREO. A qualsiasi spedizione internazionale per via aerea si applicano la Convenzione di Varsavia e i relativi emendamenti. Dunque la Convenzione di Varsavia, con i relativi emendamenti, disciplina e in molti casi limita la responsabilità di FedEx per perdite, ritardi o danni subiti dalla vostra spedizione. La Convenzione di Varsavia, come emendata, limita la responsabilità di FedEx. Per esempio negli Stati Uniti la responsabilità è limitata a 9,07 dollari statunitensi per libbra (20 dollari per chilo), a meno che non sia stato dichiarato un valore superiore ai fini della responsabilità del vettore, come spiegato qui di seguito, e non abbiate pagato tutte le spese supplementari applicabili. L'interpretazione e l'applicazione dei limiti di responsabilità della Convenzione di Varsavia possono variare a seconda dei paesi. Non vi sono specifiche località d'arresto ufficiali, e FedEx si riserva il diritto di far transitare le spedizioni in qualsiasi modo gli sembri più appropriato. NOTA AL TRASPORTO SU STRADA. Le spedizioni effettuate unicamente su strada o verso un paese che ha firmato la Convenzione di Varsavia o il Contratto per il trasporto internazionale di merci su strada (il "CMR") sono soggette ai termini e alle condizioni del CMR, a prescindere da qualsiasi altra disposizione contraria della presente Lettera di Vettura. Per quanto riguarda le spedizioni effettuate unicamente su strada, in caso di disaccordo tra le disposizioni della CMR e la presente Lettera di Vettura, prevalgono i termini della CMR. LIMITAZIONE DI RESPONSABILITÀ. Se non diversamente previsto dalla Convenzione di Varsavia, il CMR o altri trattati internazionali, leggi, regolamenti governativi, ordini o requisiti, la massima responsabilità di FedEx per danno, perdita, ritardo, carenze, informazioni errata o mancata consegna, errata o mancata comunicazione di informazioni in rapporto alla vostra spedizione è limitata dal presente Accordo, secondo i termini e condizioni stipulati nel contratto di trasporto. Invitiamo a consultare il contratto di trasporto stabilito nella Guida ai servizi FedEx in vigore, o il suo equivalente, per determinare le limitazioni contrattuali. FedEx declina ogni responsabilità sul carico o assicurazione a copertura globale, ma è possibile pagare un supplemento per ogni 100 USD supplementare di valore dichiarato ai fini della responsabilità del vettore e sia stato pagato il supplemento; la massima responsabilità di FedEx sarà pari all'importo che risulta inferiore tra il valore dichiarato e i reali danni subiti. ESONERO DI RESPONSABILITÀ. IN NESSUN CASO FEDEX SARÀ RESPONSABILE PER EVENTUALI DANNI, SIANO ESSI DIRETTI, INDIRETTI, ACCIDENTALI, PARTICOLARI O EMERGENTI, PER UN VALORE SUPERIORE A QUELLO DICHIARATO AI FINI DELLA RESPONSABILITÀ DEL VETTORE (INCLUSA, MA SENZA LIMITAZIONE ALCUNA, LA PERDITA DI ENTRATE O GUADAGNI) OPPURE PER IL REALE VALORE DELLA SPEDIZIONE, SE INFERIORE, DANNI O INDIPENDENTEMENTE DAL FATTO CHE FEDEX FOSSE O NO A CONOSCENZA DELL'EVENTUALITÀ CHE TALI DANNI POTESSERO VERIFICARSI. FedEx non è responsabile per atti o omissioni del mittente, inclusi ma senza limitazione alcuna: un'errata dichiarazione di carico, imballaggi, misure di sicurezza, contrassegni o indirizzo insufficienti o inadeguati; oppure per atti o omissioni del destinatario o di chiunque altro che abbia un interesse nella spedizione; oppure per violazioni dei termini del presente accordo da parte di uno dei contraenti. FedEx non è responsabile per eventuali danni, ritardi, carenze, errata o mancata consegna, errata o mancata comunicazione di informazioni in relazione a spedizioni di contanti, valuta o altri articoli proibiti, oppure in presenza di situazioni al di fuori del nostro controllo, come cause di forza maggiore, pericoli dell'aria, condizioni meteorologiche, ritardi di natura meccanica, atti di nemici pubblici, guerra, scioperi, guerra civile, oppure per atti od omissioni di autorità pubbliche (tra cui funzionari doganali e sanitari) con autorità reale o apparente. NESSUNA GARANZIA. Non diamo alcuna garanzia, né esplicita né implicita. RECLAMI PER PERDITE, DANNI O RITARDI. TUTTI I RECLAMI DEVONO ESSERE FATTI PER SCRITTO, ENTRO I TERMINI PRESCRITTI. PER I DETTAGLI, VI INVITIAMO A CONSULTARE LE TARIFFE, LA GUIDA AI SERVIZI FEDEX IN VIGORE OPPURE LE CONDIZIONI STANDARD DI TRASPORTO. La Convenzione di Varsavia prevede particolari procedure scritte per le richieste di risarcimento per danni, ritardi o la mancata consegna della spedizione. Inoltre, l'interpretazione e l'azione delle disposizioni di reclamo della Convenzione di Varsavia possono variare da un paese all'altro. Per conoscere i termini entro cui inoltrare la richiesta relativa alla vostra spedizione, vi prega di far riferimento alla Convenzione. Il diritto alla richiesta di risarcimento di danni nei nostri confronti si intenderà scaduto se entro due anni non è stata intentata causa, secondo quanto stabilito dalla Convenzione. FedEx non ha alcun obbligo di agire nei confronti di una richiesta fino al completo pagamento di tutte le spese di spedizione. L'ammontare stata consegnata in buone condizioni. Affinché un reclamo per danni possa essere preso in considerazione, il contenuto, il cartone di spedizione originale e l'imballaggio devono essere tenuti a nostra disposizione per il controllo. LEGISLAZIONE COMPETENTE. Nella misura in cui una disposizione contenuta o a cui si fa riferimento nella presente Lettera di Vettura sia in contrasto con i trattati internazionali in vigore, leggi, regolamenti governativi, ordini o requisiti, essa resta valida in quanto facente parte del nostro accordo, purché non sia dirimente. La nullità o la non applicabilità di qualsiasi disposizione non ha alcun effetto sulle altre parti della presente Lettera di Vettura di trasporto via aerea. Salvo altrimenti indicato, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, è il primo vettore di questa spedizione. Indirizzo e-mail indicato in www.fedex.com.