ARMSTRONG TEASDALE LLP
4643 S. Ulster St., Ste. 800
Denver, CO 80237
Tel.: 720-200-0676
Fax: 720-200-0679
Meshach Y. Rhoades
Alec P. Harris
Martin J. Estevao

*Counsel for America's Mortgage, LLC and
America's Mortgage Alliance, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>1ST ADVANTAGE MORTGAGE, LLC *et al.*,<br><br>　　　　　　　　　Defendants. | Central Adversary<br>Docket No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICA'S MORTGAGE ALLIANCE, INC.;<br>AMERICA'S MORTGAGE, LLC,<br>　　　　　　　　　Defendants. | Individual Adversary<br>Docket No. 16-01378 (SCC) |

**[PROPOSED] ORDER GRANTING ARMSTRONG TEASDALE LLP'S MOTION TO
WITHDRAW AS COUNSEL FOR AMERICA'S MORTGAGE, LLC AND AMERICA'S
<u>MORTGAGE ALLIANCE, INC. PURSUANT TO LOCAL RULE 2090-1(e)</u>**

Upon consideration of Armstrong Teasdale LLP's Motion to Withdraw as Counsel for America's Mortgage, LLC and America's Mortgage Alliance, Inc. Pursuant to Local Rule 2090-1(e) in the above-captioned adversary proceedings and any responses and replies thereto, and based on the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. Armstrong Teasdale LLP is hereby withdrawn as counsel of record for America's Mortgage, LLC and America's Mortgage Alliance, Inc.

Dated: _____, 2019

_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE