ARMSTRONG TEASDALE LLP
4643 S. Ulster St., Ste. 800
Denver, CO 80237
Tel.: 720-200-0676
Fax: 720-200-0679
Meshach Y. Rhoades
Alec P. Harris
Martin J. Estevao

*Counsel for America's Mortgage, LLC and
America's Mortgage Alliance, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>      Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>1ST ADVANTAGE MORTGAGE, LLC *et al.*,<br><br>      Defendants. | Central Adversary<br>Docket No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br>      Plaintiff,<br><br>  v.<br>AMERICA'S MORTGAGE ALLIANCE, INC.;<br>AMERICA'S MORTGAGE, LLC,<br>      Defendants. | Individual Adversary<br>Docket No. 16-01378 (SCC) |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** a hearing regarding the Motion to Withdraw as Counsel for America's Mortgage, LLC and America's Mortgage Alliance, Inc. pursuant to Local Bankruptcy Rule 2090-1(e) will take place before United States Bankruptcy Judge Shelley C. Chapman at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 623, New York, NY 10004, on March 7, 2019 at 11:00 a.m. (Eastern Time), or as soon thereafter as counsel can be heard.

Dated: February 25, 2019

                                            Respectfully submitted

                                            */s/ Meshach Y. Rhoades*
                                            Meshach Y. Rhoades (*pro hac vice*)
                                            Alec P. Harris (*pro hac vice*)
                                            Martin J. Estevao (*pro hac vice*)
                                            ARMSTRONG TEASDALE LLP
                                            4643 South Ulster St., Ste. 800
                                            Denver, CO 80237
                                            Tel.: 720-200-0676
                                            Fax: 720-200-0679
                                            mrhoades@armstrongteasdale.com
                                            aharris@armstrongteasdale.com
                                            mestevao@armstrongteasdale.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25th, 2019 a copy of the foregoing **NOTICE OF HEARING** was served via ECF on all parties to the master docket—No. 01019 (SCC)—as well as the individual adversary proceeding—No. 16-01378 (SCC)—for the above-captioned case.

I further certify that on February 25th, 2019, a copy of the foregoing **NOTICE OF HEARING** was served on America's Mortgage, LLC and America's Mortgage Alliance, Inc. via electronic and certified mail.

*/s/ Stephanie N. Hendrickson*
Stephanie N. Hendrickson