**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01019 (SCC) |
| - against - | |
| 1ST ADVANTAGE MORTGAGE, L.L.C. *et al.*, | |
| Defendants. | |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01377 (SCC) |
| - against - | |
| 1AM, L.L.C., f/k/a 1ST ADVANTAGE MORTGAGE, L.L.C. *et al.* | |
| Defendants. | |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01003 (SCC) |
| - against – | |
| AMERICAN BANK and CONGRESSIONAL BANCSHARES, INC. (successor-in-interest), | |
| Defendants. | |

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

AMERICAN HOME EQUITY CORPORATION,

Defendants.

Adversary Proceeding
No.  16-01300 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

-against-

AMERICAN LENDING NETWORK, INC.,

Defendant.

Adversary Proceeding
No. 16-01347 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

AMERICA'S MORTGAGE ALLIANCE, INC. and
AMERICA'S MORTGAGE, LLC,

Defendants.

Adversary Proceeding
No. 16-01378 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

APPROVED FUNDING CORP.,

Defendants.

Adversary Proceeding
No. 16-01284 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                          Plaintiff,

          - against -

ARLINGTON CAPITAL MORTGAGE CORPORATION
and GATEWAY FUNDING DIVERSIFIED MORTGAGE
SERVICES, LP,

                          Defendants.

Adversary Proceeding
No. 16-01351 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                          Plaintiff,

          - against -

ATLANTIC BAY MORTGAGE GROUP, L.L.C.,

                          Defendants.

Adversary Proceeding
No. 16-01311 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                          Plaintiff,

          - against -

AURORA FINANCIAL, LLC f/k/a AURORA
MORTGAGE, LLC,

                          Defendants.

Adversary Proceeding
No. 16-01312 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                          Plaintiff,

          -against-

BANK OF ENGLAND,

                          Defendant.

Adversary Proceeding
No. 16-01285 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

BONDCORP REALTY SERVICES INC.,

Defendant.

Adversary Proceeding
No. 16-01302 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

BROADVIEW MORTGAGE CORPORATION ,

Defendant.

Adversary Proceeding
No. 16-01286 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

BWC MORTGAGE SERVICES, BWC REAL ESTATE
INC. and COMMERCE HOME MORTGAGE, INC. f/k/a
Simonich Corp.,

Defendants.

Adversary Proceeding
No. 16-01376 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

CAPITAL BANK CORPORATION, as successor by merger
to TIB Bank,

Defendant.

Adversary Proceeding
No. 16-01367 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

CHERRY CREEK MORTGAGE CO., INC.,

Defendant.

Adversary Proceeding
No. 16-01287 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

CIRCLE ONE MORTGAGE COMPANY and FIRST
NATIONAL BANK,

Defendants.

Adversary Proceeding
No. 16-01364 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

CITY FIRST MORTGAGE SERVICES, LLC,

Defendants.

Adversary Proceeding
No. 16-01303 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

CORNERSTONE MORTGAGE, INC.,

Defendant.

Adversary Proceeding
No. 16-01288 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

- against -

CRESTLINE FUNDING CORPORATION,

                Defendant.

Adversary Proceeding
No. 16-01306 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

- against -

DHI MORTGAGE COMPANY LTD.,

                Defendant.

Adversary Proceeding
No. 16-01374 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

- against -

DIRECTORS MORTGAGE, INC.,

                Defendant.

Adversary Proceeding
No. 16-01345 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

- against -

DIVERSIFIED CAPITAL FUNDING, INC. and
AMERICAN PACIFIC MORTGAGE CORPORATION,
individually and as successor by merger to Diversified
Capital Funding, Inc.,

                Defendants.

Adversary Proceeding
No. 16-01360 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                              Plaintiff,

        - against -

FAIRMONT FUNDING LTD.,

                              Defendants.

Adversary Proceeding
No. 16-01382 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                              Plaintiff,

        - against -

 FIRST BANK,

                Defendant.

Adversary Proceeding
No. 16-01289 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                              Plaintiff,

        - against -

FIRST CALIFORNIA MORTGAGE COMPANY,

                Defendant.

Adversary Proceeding
No. 16-01313 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                              Plaintiff,

        - against -

FIRST CAPITAL GROUP, L.P. and FIRST CAPITAL
CORPORATION OF LOS ANGELES,

                Defendant.

Adversary Proceeding
No. 16-01379 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

FIRST EQUITY MORTGAGE BANKERS, INC.,

Defendant.

Adversary Proceeding
No. 16-01305 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

FIRST MORTGAGE CORPORATION,

Defendant.

Adversary Proceeding
No. 16-01290 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

FIRST RESIDENTIAL MORTGAGE SERVICES
CORPORATION,

Defendant.

Adversary Proceeding
No. 16-01307 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

GATEWAY BANK FSB,

Defendant.

Adversary Proceeding
No. 16-01363 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

- against -

GATEWAY MORTGAGE GROUP, LLC,

                Defendant.

Adversary Proceeding
No. 16-01291 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

- against -

GUARANTEED RATE, INC.,

                Defendant.

Adversary Proceeding
No. 16-01292 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

- against -

GUILD MORTGAGE COMPANY,

                Defendant.

Adversary Proceeding
No. 17-01001 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

- against -

HARTLAND MORTGAGE CENTERS, INC.,

                Defendant.

Adversary Proceeding
No. 16-01317 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

      - against -

HOME CAPITAL FUNDING, d/b/a SECURITY ONE LENDING,

                Defendant.

Adversary Proceeding
No. 16-01344 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

      - against -

HOME LOAN CENTER, INC.,

                Defendant.

Adversary Proceeding
No. 16-01342 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

      - against -

HOME LOAN MORTGAGE CORPORATION,

                Defendant.

Adversary Proceeding
No. 16-01319 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

      - against -

iFREEDOM DIRECT CORPORATION
F/K/A NEW FREEDOM MORTGAGE CORP.,

                Defendant.

Adversary Proceeding
No. 15-01426 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

     Plaintiff,

  - against –

IMORTGAGE.COM, INC. and
LOANDEPOT.COM, LLC,
     Defendants.

Adversary Proceeding
No. 16-01283 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

     Plaintiff,

  - against –

LAKELAND MORTGAGE CORPORATION,

     Defendants.

Adversary Proceeding
No. 16-01320 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

     Plaintiff,

  - against -

LOAN CORRESPONDENTS, INC.,

     Defendant.

Adversary Proceeding
No. 16-01337 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

     Plaintiff,

  - against -

MARIBELLA MORTGAGE, LLC,

     Defendant.

Adversary Proceeding
No. 16-01322 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

    - against -

MC ADVANTAGE, LLC f/k/a REPUBLIC MORTGAGE
HOME LOANS, LLC,

             Defendant.

Adversary Proceeding
No. 16-01334 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

    - against -

MEGA CAPITAL FUNDING, INC.,

             Defendant.

Adversary Proceeding
No. 16-01304 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

    - against -

MEGASTAR FINANCIAL CORP.,

             Defendant.

Adversary Proceeding
No. 16-01301 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

    - against -

MORTGAGE CAPITAL ASSOCIATES, INC.,

             Defendant.

Adversary Proceeding
No. 16-01318 (SCC)

| LEHMAN BROTHERS HOLDINGS INC., Plaintiff, - against - MOUNTAIN WEST FINANCIAL, INC., Defendant. | Adversary Proceeding No. 16-01349 (SCC) |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., Plaintiff, - against - NATIONAL FUNDING COMPANY, LLC, Defendant. | Adversary Proceeding No. 16-01327 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., Plaintiff, - against - NEW FED MORTGAGE CORP., Defendant. | Adversary Proceeding No. 16-01299 (SCC |
| LEHMAN BROTHERS HOLDINGS INC., Plaintiff, - against - NORTH ATLANTIC MORTGAGE CORPORATION, Defendant. | Adversary Proceeding No. 16-01339 (SCC) |

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

OAKTREE FUNDING CORP.,

Defendant.

Adversary Proceeding
No. 16-01298 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

ORO REAL, INC.,

Defendant.

Adversary Proceeding
No. 16-01330 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against –

PARAMOUNT RESIDENTIAL MORTGAGE GROUP,
INC.,

Defendant.

Adversary Proceeding
No. 16-01293 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

PARKSIDE LENDING, LLC,

Defendant.

Adversary Proceeding
No. 16-01308 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                                   Plaintiff,

     - against -

PMAC LENDING SERVICES, INC., individually and as
successor by merger to PMC Bancorp, f/k/a Professional
Mortgage Corp., and as successor by merger to Reliant
Mortgage Company, LLC, and PMC BANCORP, f/k/a
Professional Mortgage Corp., individually, and RELIANT
MORTGAGE COMPANY, LLC, individually,

                                Defendants.

Adversary Proceeding
No. 16-01353 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                                   Plaintiff,

     - against –

POPULAR MORTGAGE CORP.,

                                Defendants.

Adversary Proceeding
No. 16-01335 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                                   Plaintiff,

     - against -

REPUBLIC STATE MORTGAGE CO., individually and as
successor by merger to Union Trust Mortgage Corporation,

                                Defendant.

Adversary Proceeding
No. 16-01365 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                                   Plaintiff,

     - against -

RESIDENTIAL HOME FUNDING CORP.,

                                Defendant.

Adversary Proceeding
No. 16-01361 (SCC)

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>      Plaintiff,<br><br> - against -<br><br>RESPONSE MORTGAGE SERVICES, INC.,<br><br>      Defendant. | Adversary Proceeding<br>No. 16-01343 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>      Plaintiff,<br><br> - against –<br><br>ROSS MORTGAGE CORPORATION,<br><br>      Defendant. | Adversary Proceeding<br>No. 16-01324 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>      Plaintiff,<br> - against –<br><br>SACRAMENTO 1ST MORTGAGE, INC. individually and<br>as successor by merger to COMSTOCK MORTGAGE,<br><br>      Defendants. | Adversary Proceeding<br>No. 16-01350 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>      Plaintiff,<br><br> - against -<br><br>SANTANDER BANK, N.A., f/k/a Sovereign Bank, FSB,<br><br>      Defendant. | Adversary Proceeding<br>No. 16-01357 (SCC) |

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

    - against –

SECURITYNATIONAL MORTGAGE COMPANY,

                Defendant.

Adversary Proceeding
No. 16-01325 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

    - against –

SHEA MORTGAGE INC.,

                Defendant.

Adversary Proceeding
No. 16-01294 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

    - against -

SIERRA PACIFIC MORTGAGE COMPANY, INC.,

                Defendant.

Adversary Proceeding
No. 16-01341 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

    - against -

SOUTHEAST FUNDING ALLIANCE, INC.,

                Defendant.

Adversary Proceeding
No. 16-01314 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

   - against -

STEARNS LENDING, LLC,

           Defendant.

Adversary Proceeding
No. 16-01001 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

   - against -

STERLING NATIONAL MORTGAGE COMPANY, INC.,

           Defendant.

Adversary Proceeding
No. 16-01316 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

   - against –

SUBURBAN MORTGAGE, INC.,

           Defendant.

Adversary Proceeding
No. 16-01295 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

   - against –

SUN AMERICAN MORTGAGE COMPANY,

           Defendant.

Adversary Proceeding
No. 16-01296 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

        Plaintiff,

  - against -

SUNSET MORTGAGE COMPANY L.P. and
AVONWOOD CAPITAL CORPORATION,

        Defendants.

Adversary Proceeding
No. 16-01358 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

        Plaintiff,

  - against -

THE LENDING COMPANY, INC.,

        Defendant.

Adversary Proceeding
No. 16-01331 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

        Plaintiff,

  - against -

THE MORTGAGE STORE FINANCIAL, INC.,

        Defendant.

Adversary Proceeding
No. 16-01354 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

        Plaintiff,

  - against –

WEI MORTGAGE LLC f/k/a WEI MORTGAGE
CORPORATION,

        Defendant.

Adversary Proceeding
No. 16-01346 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                      Plaintiff,

    - against –

WINDSOR CAPITAL MORTGAGE CORPORATION,

                      Defendant.

Adversary Proceeding
No. 16-01333 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                      Plaintiff,

    - against -

WINSTAR MORTGAGE PARTNERS, INC.,

                      Defendant.

Adversary Proceeding
No. 16-01371 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                      Plaintiff,

    - against –

WINTRUST MORTGAGE CORPORATION,

                      Defendant.

Adversary Proceeding
No. 16-01369 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                      Plaintiff,

    - against –

WJ CAPITAL CORPORATION, and SECURED CAPITAL
FUNDING CORP., as successor by merger to WJ Capital
Corporation,

                      Defendants.

Adversary Proceeding
No. 16-01370 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                                        Plaintiff,

- against -

WR STARKEY MORTGAGE, LLP,

                                        Defendant.

Adversary Proceeding
No. 16-01326 (SCC)

### NOTICE OF MOTION OF MARITZA DOMINGUEZ BRASWELL
### TO WITHDRAW AS COUNSEL OF RECORD FOR
### LEHMAN BROTHERS HOLDINGS INC.

**PLEASE TAKE NOTICE** that a Motion has been made by Fox Rothschild LLP and Maritza Dominguez Braswell for Ms. Braswell to withdraw as counsel of record for Lehman Brothers Holdings Inc. ("LBHI").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court, together with proof of service, electronically in accordance with General Order M-399 (available at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's electronic case filing system, and by all other parties in interest, on a 3.5 inch disk, compact disk, or flash drive, preferably in PDF format, WordPerfect or any other Windows-based word processing format (with two hard copies directly to Chambers), and shall be served upon (i) the Chambers of the Honorable Shelley C. Chapman, One Bowling Green, New York, New York 10004, Courtroom 623, (ii) Wollmuth Maher & Deutsch LLP, 500 Fifth Ave., New York, New York 10110 (Attn: William A. Maher, Esq. and Adam M. Bialek, Esq.), attorneys for LBHI, and (iii) Fox Rothschild LLP, 101

Park Avenue, Ste. 1700, New York, New York 10178 (Attn: Michael A. Rollin, Esq.) attorneys for

LBHI, on or before **March 8, 2019 at 4:00 PM (ET) (the "Response Deadline").**

Any objections to the Motion will be addressed at a hearing on a date to be determined,

before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States

Bankruptcy Court, One Bowling Green, Courtroom 623, New York, New York 10004.

## ARGUMENT

1. Pursuant to Local Rule 2090-1(e), an attorney who has appeared as attorney of record

may withdraw or be replaced only by order of the Court for cause shown.

2. Ms. Braswell has been appointed Colorado Deputy Attorney General for Civil

Litigation and Employment Law, and as such, will not be working at Fox Rothschild LLP for the

duration of her appointment as Deputy Attorney General.

3. LBHI will not be prejudiced by the withdrawal of Ms. Braswell as counsel and Michael

Rollin and Caleb Durling of Fox Rothschild LLP will continue to represent LBHI.

DATED: February 26, 2019

Respectfully submitted,

By: *Michael A. Rollin*
Michael A. Rollin
Caleb Durling
FOX ROTHSCHILD LLP
1225 17th Street, Ste. 2200
Denver, CO 80202
Telephone: (303) 292-1200
Facsimile: (303)292-1300

FOX ROTHSCHILD LLP
101 Park Avenue, Ste. 1700
New York, NY 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940

- and –

William A. Maher
Paul R. DeFilippo
James N. Lawlor
Adam M. Bialek
Mara R. Lieber
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

*Counsel for Plaintiff Lehman Brothers
Holdings Inc.*