**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| | : | **Chapter 11** |
| **In re** | : | |
| | : | **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | Ref. Docket Nos. 58849, |
| | : | 59465, 59468, 59469, 59470, |
| | : | 59471, 59474, 59475, 59476, |
| | : | 59477, 59479, 59480, 59481, |

------------------------------------------------------------------- x     59482, 59483, 59484

### <u>AFFIDAVIT OF SERVICE</u>

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 19, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 19, 2019, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
25th day of February, 2019
*/s/ Diane M. Streany*
_____
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

# EXHIBIT A

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000133257561 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000190288



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: FIFTH STREET STATION LLC
C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

Please note that your claim # 14870-03 in the above referenced case and in the amount of
$25,175,118.17 allowed at $16,448,368.61 has been transferred (unless previously expunged by court order)

HBK MASTER FUND, L.P.
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
C/O HBK SERVICES LLC
2300 NORTH FIELD ST, STE 2200
DALLAS, TX 75201

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        59484        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  02/19/2019        Vito Genna, Clerk of Court

        /s/ Betina Wheelon

        _____
        Epiq Corporate Restructuring, LLC

        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 19, 2019.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 3 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 3 LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: FIFTH STREET STATION LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: FIFTH STREET STATION LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: FIFTH STREET STATION LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: FIFTH STREET STATION LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: FIFTH STREET STATION LLC, C/O BOA MERRILL LYNCH;A.JAKIC & |

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: FIFTH STREET STATION LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: FIFTH STREET STATION LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: FIFTH STREET STATION LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER  LTD, ATTN. PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | CLEARLY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDRE A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| BANK JULIUS BAER & CO LTD | TRANSFEROR: BANK OF SINGAPORE LIMITED, ATTN: PATRICK ROOS, BAHNHOFSTRASSE 36, CH-8010 ZURICH  SWITZERLAND |
| BANK OF SINGAPORE LIMITED | ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS, ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL, 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA, SINGAPORE 048619 SINGAPORE |
| BANK OF SINGAPORE LIMITED | CLIFFORD CHANCE US LLP, ATTN: ANDREW BROZAM, ESQ. & SARA M. TAPINEKIS ESQ, 31 WEST 52ND STREET, NEW YORK, NY 10019 |
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |

| Claim Name | Address Information |
|---|---|
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BURRER, URSULA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, DHAUNER STR. 32, 67067 LUDWIGSHAFEN A.R.  GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | C/O TARGOBANK AG & CO, KGAA, ATTN: LEGAL DEPARTMENT/RECHTSABTEILUNG, KASERNENSTRASSE 10, 40213 DUESSELDORF  GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: EFISIO BERTRAND, VIA EMILIA S. PIETRO 4, 42121 REGGIO EMILIA  ITALY |
| FIFTH STREET STATION LLC | TRANSFEROR: BARCLAYS BANK PLC, FIFTH STREET STATION; ATTN: SEAN LOBO, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BARCLAYS BANK PLC, FIFTH STREET STATION; ATTN: SEAN LOBO, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BARCLAYS BANK PLC, FIFTH STREET STATION, ATTN SEAN LOBO, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: BARCLAYS BANK PLC, FIFTH STREET STATION; ATTN: SEAN LOBO, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HBK MASTER FUND, L.P. | NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| MACQUARIE BANK LIMITED | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD., ATTN: SHAUN GEMBALA, 125 WEST 55TH STREET, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | C/O SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: CC ARB SIF I, LTD., C/O MACQUARIE HOLDINGS (USA) INC., ATTN: FICC CREDIT SALES AND TRADING, 125 WEST 55TH STREET, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: CC ARB SIF I, LTD., C/O MACQUARIE HOLDINGS (USA) INC., ATTN: FICC CREDIT SALES AND TRADING, 125 WEST 55TH STREET, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: CC ARBITRAGE, LTD., C/O MACQUARIE HOLDINGS (USA) INC., ATTN: FICC CREDIT SALES AND TRADING, 125 WEST 55TH STREET, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE FUND VIII LP, THE, ATTN: SHAUN GEMBALA, 125 WEST 55TH STREET, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | C/O SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE FUND IX-A LP, THE, ATTN: SHAUN GEMBALA, 125 WEST 55TH STREET, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | C/O SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE FUND VII-B LP, THE, ATTN: SHAUN GEMBALA, 125 WEST 55TH STREET, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | C/O SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE FUND VI-A LP, THE, ATTN: SHAUN GEMBALA, 125 WEST 55TH STREET, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | C/O SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: SHAUN GEMBALA, 125 WEST 55TH STREET, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | C/O SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: SHAUN GEMBALA, 125 WEST 55TH STREET, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MACQUARIE BANK LIMITED | C/O SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: SHAUN GEMBALA, 125 WEST 55TH STREET, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | C/O SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: SHAUN GEMBALA, 125 WEST 55TH STREET, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | C/O SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: WEGELIN & CO, PRIVATBANKIERS, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: CLARIDEN LEU LTD, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: CREDIT SUISSE AG, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: NEUE AARGAUER BANK AG, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: EFG BANK AG, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN 9004 SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: WEGELIN & CO, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: BANQUE PIGUET & CIE S.A., F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, CH-9004 ST GALLEN  SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: CREDIT SUISSE, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: UBS AG, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: UBS AG, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: UBS AG, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: CREDIT SUISSE, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: CREDIT SUISSE, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: UBS AG, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: UBS AG, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: UBS AG, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATION ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: UBS AG, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: UBS AG, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST GALLEN CH-9004 SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: CREDIT SUISSE AG, BOHL 17, CH-9004 ST GALLEN  SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: CREDIT SUISSE, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| TRC MASTER FUND LLC | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| TRC MASTER FUND LLC | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: MACQUARIE BANK LIMITED, ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| UBS AG | TRANSFEROR: BANK J. SAFRA SARASIN LTD., BAHNHOFSTRASSE 45, CH-8001 ZURICH SWITZERLAND |

**Total Creditor Count 144**