B 2100A (Form 2100A) (12/15)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS

Case No. 08-13555 (JMP)
JOINTLY ADMINISTERED

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
**Banca Popolare Friuladria SpA**
now Crédit Agricole Friuladria SpA

Name of Transferor
**Fideuram SpA**

Name and Address where notices to transferee
should be sent:

Court Claim: 51229

Crédit Agricole Friuladria SpA

**Partial Claim Transferred**
(see Schedule I attached)

c/o Crédit Agricole Cariparma SpA
Serv.Consulenza alla Rete
Via La Spezia 138/A
43126 Parma
Italy
**Email: Alessandro.Sbalbi@credit-agricole.it**
**Phone: 0039 0521 974514**
Last Four Digits of Acct #: N/A

*Name and Address where transferee payments*
*should be sent (if different from above):*
*Creditor name: Crédit Agricole Friuladria SpA (BPPNIT2P)*
*Beneficiary Bank: Crédit Agricole SA Paris*
*Beneficiary Bic-Bank identification code AGRIFRPP*
*Intermediary bank: JPMORGAN CHASE BANK NEW YORK*
*Intermediary Bic-Bank Identification Code: CHASUS33*
*Beneficiary account number c/o Crédit Agricole SA Paris:*
*FR7630006000012114843000090*

Attn: Emanuele Castro
Phone:0039 06 5902 7565
Last Four Digits of Acct. #: N/A

*Phone: 0039 02 87133400*
*Attn: Ferruccio Farinelli*

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: _____
    Transferee

Date: 15th February, 2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S C. §1152 & 3571.

1