**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (SCC)
                                            :
                    Debtors.                :    (Jointly Administered)
                                            :
-----------------------------------------------------------x    Ref. Docket No. 59549
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 25, 2019, I caused to be served the "Plan Administrator's Objection to Motion to Allow Late Claim," dated February 25, 2019 [Docket No. 59549], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the parties listed in the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed in the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

>    */s/ Wing Chan*
>    Wing Chan

Sworn to before me this
1st day of March, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Overnight Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Overnight Additional Parties

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Attn: David R. Seligman, P.C.
Attn: Joseph M. Graham
300 North LaSalle
Chicago, IL 60654

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Attn: Mark McKane, P.C.
Attn: Kevin Chang
555 California Street
San Francisco, CA 94104

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.lanza@dlapiper.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alexander.lorenzo@alston.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
christopher.greco@kirkland.com

1

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

| | |
|---|---|
| claude.montgomery@dentons.com | dhayes@mcguirewoods.com |
| clynch@reedsmith.com | dhealy@hsgllp.com |
| cohen@sewkis.com | dheffer@foley.com |
| cp@stevenslee.com | dhurst@coleschotz.com |
| cpappas@dilworthlaw.com | dhw@dhclegal.com |
| cparyse@contrariancapital.com | diconzam@gtlaw.com |
| craig.goldblatt@wilmerhale.com | djcarragher@daypitney.com |
| craigjustinalbert@gmail.com | djoseph@stradley.com |
| crmomjian@attorneygeneral.gov | dkessler@ktmc.com |
| csalomon@beckerglynn.com | dkozusko@willkie.com |
| cschreiber@winston.com | dlipke@vedderprice.com |
| cshore@whitecase.com | dmark@kasowitz.com |
| cszyfer@stroock.com | dmcguire@winston.com |
| cwalsh@mayerbrown.com | dmiller@steinlubin.com |
| cward@polsinelli.com | dmurray@jenner.com |
| cweiss@ingramllp.com | dneier@winston.com |
| dallas.bankruptcy@publicans.com | dodonnell@milbank.com |
| dave.davis@isgria.com | dpegno@dpklaw.com |
| david.bennett@tklaw.com | draelson@fisherbrothers.com |
| david.livshiz@freshfields.com | drosenzweig@fulbright.com |
| david.powlen@btlaw.com | drosner@goulstonstorrs.com |
| david.tillem@wilsonelser.com | drosner@kasowitz.com |
| david.wender@alston.com | dshaffer@wtplaw.com |
| davids@blbglaw.com | dspelfogel@foley.com |
| davidwheeler@mvalaw.com | dsullivan@hsgllp.com |
| dbarber@bsblawyers.com | dtheising@harrisonmoberly.com |
| dbaumstein@whitecase.com | dwdykhouse@pbwt.com |
| dbesikof@loeb.com | dworkman@bakerlaw.com |
| dblack@hsgllp.com | ebcalvo@pbfcm.com |
| dcimo@gjb-law.com | ecohen@russellinvestments.com |
| dcoffino@cov.com | edelucia@hsgllp.com |
| dcrapo@gibbonslaw.com | edward.flanders@pillsburylaw.com |
| ddavis@paulweiss.com | efisher@binderschwartz.com |
| ddunne@milbank.com | efleck@milbank.com |
| deggermann@kramerlevin.com | efriedman@fklaw.com |
| deggert@freebornpeters.com | efriedman@friedmanspring.com |
| demetra.liggins@tklaw.com | ekbergc@lanepowell.com |
| dennis.tracey@hoganlovells.com | eleicht@whitecase.com |
| dfelder@orrick.com | ellen.halstead@cwt.com |
| dflanigan@polsinelli.com | emagnelli@bracheichler.com |
| dgoldberg@hsgllp.com | emerberg@mayerbrown.com |

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
farrington.yates@kobrekim.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnylaw.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@chadbourne.com
heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
irethy@stblaw.com
j.zelloe@stahlzelloe.com
jacobsonn@sec.gov
jalward@blankrome.com
james.berg@piblaw.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbrody@americanmlg.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@united.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.beck@hoganlovells.com
john.goodchild@morganlewis.com

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

john.monaghan@hklaw.com
john.mule@state.mn.us
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrapisardi@omm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
kek@crb-law.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@laniadlerpartners.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgomez@msek.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.roitman@ropesgray.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com

4

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
maryann.gagliardi@wilmerhale.com
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcolomar@diazreus.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanin@kasowitz.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.kraut@morganlewis.com
michael.mccrory@btlaw.com
michael.solow@apks.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mitchell.berger@squirepb.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com

mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mrosenthal@gibsondunn.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
mshuster@hsgllp.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neil.herman@morganlewis.com
neilberger@teamtogut.com
ngueron@cgr-law.com
nicholas.zalany@squirepb.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
nlieberman@hsgllp.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

peter.gilhuly@lw.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
russj4478@aol.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com
sabramowitz@velaw.com

sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com

wsilverm@oshr.com
wswearingen@beckerglynn.com
wtaylor@mccarter.com
yuwatoko@mofo.com

7

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Additional Parties

david.seligman@kirkland.com
joe.graham@kirkland.com
kevin.chang@kirkland.com