WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :    08-13555 (SCC)
                                                            :
                        Debtors.                            :    (Jointly Administered)
                                                            :
------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 13, 2019 AT 2:00 P.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTER:**

1. Joint Liquidators Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for Purposes of Distributions **[ECF No. 59409]**

    Response Deadline:    March 6, 2019 at 4:00 p.m.

    Response Received:

    A.    Plan Administrator's Objection to Motion to Allow Late Claim **[ECF No. 59549]**

    Related Documents:

    B.    Declaration of Mark McKane in Support of Joint Liquidators' Motion for an Order Enforcing the Modified Third Amended Joint

WEIL:\96953175\2\58399.0011

|   |   |
|---|---|
|   | Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for Purposes of Distributions Declaration of Michael Sutton in Support of Objection of Deutsche Bank AG, London Branch to Motion of the Plan Administrator for an order in aid of execution of the Plan **[ECF No. 59410]** |
| C. | Reply in Support of the Joint Liquidators' Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for Purposes of Distributions **[ECF No. 59571]** |
| D. | Declaration of Lexa Hilliard QC in Support of Joint Liquidators' Reply in Support of Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for Purposes of Distributions **[ECF No. 59573]** |
| E. | Declaration of Joseph Graham in Support of the Reply of Joint Liquidators' Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for Purposes of Distributions **[ECF No. 59574]** |

Dated: March 13, 2019
New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2