**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. |
| Debtors. | 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding |
| - against - | No. 16-01019 (SCC) |
| 1ST ADVANTAGE MORTGAGE, L.L.C. *et al.*, | |
| Defendants. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding |
| - against - | No. 16-01377 (SCC) |
| 1AM, L.L.C., f/k/a 1ST ADVANTAGE MORTGAGE, L.L.C. *et al*. | |
| Defendants. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding |
| - against – | No. 16-01003 (SCC) |
| AMERICAN BANK and CONGRESSIONAL BANCSHARES, INC. (successor-in-interest), | |
| Defendants. | |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>AMERICAN HOME EQUITY CORPORATION,<br><br>Defendants. | Adversary Proceeding<br>No.  16-01300 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>-against-<br><br>AMERICAN LENDING NETWORK, INC.,<br><br>Defendant. | Adversary Proceeding<br>No. 16-01347 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>AMERICA'S MORTGAGE ALLIANCE, INC. and<br>AMERICA'S MORTGAGE, LLC,<br><br>Defendants. | Adversary Proceeding<br>No. 16-01378 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>APPROVED FUNDING CORP.,<br><br>Defendants. | Adversary Proceeding<br>No. 16-01284 (SCC) |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> - against - <br><br> ARLINGTON CAPITAL MORTGAGE CORPORATION and GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, LP, <br><br> Defendants. | Adversary Proceeding No. 16-01351 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> - against - <br><br> ATLANTIC BAY MORTGAGE GROUP, L.L.C., <br><br> Defendants. | Adversary Proceeding No. 16-01311 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> - against - <br><br> AURORA FINANCIAL, LLC f/k/a AURORA MORTGAGE, LLC, <br><br> Defendants. | Adversary Proceeding No. 16-01312 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> -against- <br><br> BANK OF ENGLAND, <br><br> Defendant. | Adversary Proceeding No. 16-01285 (SCC) |

LEHMAN BROTHERS HOLDINGS INC.,

              Plaintiff,

- against -

BONDCORP REALTY SERVICES INC.,

           Defendant.

Adversary Proceeding
No. 16-01302 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

              Plaintiff,

- against -

BROADVIEW MORTGAGE CORPORATION ,

           Defendant.

Adversary Proceeding
No. 16-01286 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

              Plaintiff,

- against -

BWC MORTGAGE SERVICES, BWC REAL ESTATE
INC. and COMMERCE HOME MORTGAGE, INC. f/k/a
Simonich Corp.,

           Defendants.

Adversary Proceeding
No. 16-01376 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

              Plaintiff,

- against -

CAPITAL BANK CORPORATION, as successor by merger
to TIB Bank,

           Defendant.

Adversary Proceeding
No. 16-01367 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

    - against -

CHERRY CREEK MORTGAGE CO., INC.,

                Defendant.

Adversary Proceeding
No. 16-01287 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

    - against -

CIRCLE ONE MORTGAGE COMPANY and FIRST
NATIONAL BANK,

                Defendants.

Adversary Proceeding
No. 16-01364 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

    - against -

CITY FIRST MORTGAGE SERVICES, LLC,

                Defendants.

Adversary Proceeding
No. 16-01303 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

    - against -

CORNERSTONE MORTGAGE, INC.,

                Defendant.

Adversary Proceeding
No. 16-01288 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

- against -

CRESTLINE FUNDING CORPORATION,

                Defendant.

Adversary Proceeding
No. 16-01306 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

- against -

DHI MORTGAGE COMPANY LTD.,

                Defendant.

Adversary Proceeding
No. 16-01374 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

- against -

DIRECTORS MORTGAGE, INC.,

                Defendant.

Adversary Proceeding
No. 16-01345 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

- against -

DIVERSIFIED CAPITAL FUNDING, INC. and
AMERICAN PACIFIC MORTGAGE CORPORATION,
individually and as successor by merger to Diversified
Capital Funding, Inc.,

                Defendants.

Adversary Proceeding
No. 16-01360 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                              Plaintiff,

        - against -

FAIRMONT FUNDING LTD.,

                              Defendants.

Adversary Proceeding
No. 16-01382 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                              Plaintiff,

        - against -

 FIRST BANK,

                Defendant.

Adversary Proceeding
No. 16-01289 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                              Plaintiff,

        - against -

FIRST CALIFORNIA MORTGAGE COMPANY,


                Defendant.

Adversary Proceeding
No. 16-01313 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                              Plaintiff,

        - against -

FIRST CAPITAL GROUP, L.P. and FIRST CAPITAL
CORPORATION OF LOS ANGELES,

                Defendant.

Adversary Proceeding
No. 16-01379 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

FIRST EQUITY MORTGAGE BANKERS, INC.,

Defendant.

Adversary Proceeding
No. 16-01305 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

FIRST MORTGAGE CORPORATION,

Defendant.

Adversary Proceeding
No. 16-01290 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

FIRST RESIDENTIAL MORTGAGE SERVICES
CORPORATION,

Defendant.

Adversary Proceeding
No. 16-01307 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

GATEWAY BANK FSB,

Defendant.

Adversary Proceeding
No. 16-01363 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                              Plaintiff,

                                                          Adversary Proceeding
- against -                                               No. 16-01291 (SCC)

GATEWAY MORTGAGE GROUP, LLC,

                              Defendant.

---

LEHMAN BROTHERS HOLDINGS INC.,

                              Plaintiff,

                                                          Adversary Proceeding
                                                          No. 16-01292 (SCC)
- against -

GUARANTEED RATE, INC.,

                              Defendant.

---

LEHMAN BROTHERS HOLDINGS INC.,

                              Plaintiff,

- against -                                               Adversary Proceeding
                                                          No. 17-01001 (SCC)

GUILD MORTGAGE COMPANY,

                              Defendant.

---

LEHMAN BROTHERS HOLDINGS INC.,

                              Plaintiff,

                                                          Adversary Proceeding
- against -                                               No. 16-01317 (SCC)

HARTLAND MORTGAGE CENTERS, INC.,

                              Defendant.

LEHMAN BROTHERS HOLDINGS INC.,

                 Plaintiff,

      - against -

HOME CAPITAL FUNDING, d/b/a SECURITY ONE
LENDING,

                 Defendant.

Adversary Proceeding
No. 16-01344 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                 Plaintiff,

      - against -

HOME LOAN CENTER, INC.,

                 Defendant.

Adversary Proceeding
No. 16-01342 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                 Plaintiff,

      - against -

HOME LOAN MORTGAGE CORPORATION,

                 Defendant.

Adversary Proceeding
No. 16-01319 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                 Plaintiff,

      - against -

iFREEDOM DIRECT CORPORATION
F/K/A NEW FREEDOM MORTGAGE CORP.,

                 Defendant.

Adversary Proceeding
No. 15-01426 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

        Plaintiff,

   - against –

IMORTGAGE.COM, INC. and
LOANDEPOT.COM, LLC,

        Defendants.

Adversary Proceeding
No. 16-01283 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

        Plaintiff,

   - against –

LAKELAND MORTGAGE CORPORATION,

        Defendants.

Adversary Proceeding
No. 16-01320 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

        Plaintiff,

   - against -

LOAN CORRESPONDENTS, INC.,

        Defendant.

Adversary Proceeding
No. 16-01337 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

        Plaintiff,

   - against -

MARIBELLA MORTGAGE, LLC,

        Defendant.

Adversary Proceeding
No. 16-01322 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

        - against -

MC ADVANTAGE, LLC f/k/a REPUBLIC MORTGAGE
HOME LOANS, LLC,

                    Defendant.

Adversary Proceeding
No. 16-01334 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

        - against -

MEGA CAPITAL FUNDING, INC.,

                    Defendant.

Adversary Proceeding
No. 16-01304 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

        - against -

MEGASTAR FINANCIAL CORP.,

                    Defendant.

Adversary Proceeding
No. 16-01301 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

        - against -

MORTGAGE CAPITAL ASSOCIATES, INC.,

                    Defendant.

Adversary Proceeding
No. 16-01318 (SCC)

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | |
| - against - | Adversary Proceeding No. 16-01349 (SCC) |
| MOUNTAIN WEST FINANCIAL, INC., | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | |
| - against - | Adversary Proceeding No. 16-01327 (SCC) |
| NATIONAL FUNDING COMPANY, LLC, | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | |
| - against - | Adversary Proceeding No. 16-01299 (SCC |
| NEW FED MORTGAGE CORP., | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | |
| - against - | Adversary Proceeding No. 16-01339 (SCC) |
| NORTH ATLANTIC MORTGAGE CORPORATION, | |
| Defendant. | |

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

      - against -

OAKTREE FUNDING CORP.,

                Defendant.

Adversary Proceeding
No. 16-01298 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

      - against -

ORO REAL, INC.,

                Defendant.

Adversary Proceeding
No. 16-01330 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

      - against –

PARAMOUNT RESIDENTIAL MORTGAGE GROUP,
INC.,

           Defendant.

Adversary Proceeding
No. 16-01293 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

      - against -

PARKSIDE LENDING, LLC,

                Defendant.

Adversary Proceeding
No. 16-01308 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

    - against -

PMAC LENDING SERVICES, INC., individually and as successor by merger to PMC Bancorp, f/k/a Professional Mortgage Corp., and as successor by merger to Reliant Mortgage Company, LLC, and PMC BANCORP, f/k/a Professional Mortgage Corp., individually, and RELIANT MORTGAGE COMPANY, LLC, individually,

               Defendants.

Adversary Proceeding
No. 16-01353 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

    - against –

POPULAR MORTGAGE CORP.,

               Defendants.

Adversary Proceeding
No. 16-01335 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

    - against -

REPUBLIC STATE MORTGAGE CO., individually and as successor by merger to Union Trust Mortgage Corporation,

               Defendant.

Adversary Proceeding
No. 16-01365 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

    - against -

RESIDENTIAL HOME FUNDING CORP.,

               Defendant.

Adversary Proceeding
No. 16-01361 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

- against -

RESPONSE MORTGAGE SERVICES, INC.,

                    Defendant.

Adversary Proceeding
No. 16-01343 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

- against –

ROSS MORTGAGE CORPORATION,

                    Defendant.

Adversary Proceeding
No. 16-01324 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

- against –

SACRAMENTO 1ST MORTGAGE, INC. individually and as successor by merger to COMSTOCK MORTGAGE,

                    Defendants.

Adversary Proceeding
No. 16-01350 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

- against -

SANTANDER BANK, N.A., f/k/a Sovereign Bank, FSB,

                    Defendant.

Adversary Proceeding
No. 16-01357 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

              Plaintiff,

    - against –

SECURITYNATIONAL MORTGAGE COMPANY,

            Defendant.

Adversary Proceeding
No. 16-01325 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

              Plaintiff,

    - against –

SHEA MORTGAGE INC.,

            Defendant.

Adversary Proceeding
No. 16-01294 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

              Plaintiff,

    - against -

SIERRA PACIFIC MORTGAGE COMPANY, INC.,

            Defendant.

Adversary Proceeding
No. 16-01341 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

              Plaintiff,

    - against -

SOUTHEAST FUNDING ALLIANCE, INC.,

            Defendant.

Adversary Proceeding
No. 16-01314 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

     - against -

STEARNS LENDING, LLC,

               Defendant.

Adversary Proceeding
No. 16-01001 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

     - against -

STERLING NATIONAL MORTGAGE COMPANY, INC.,

               Defendant.

Adversary Proceeding
No. 16-01316 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

     - against –

SUBURBAN MORTGAGE, INC.,

               Defendant.

Adversary Proceeding
No. 16-01295 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

     - against –

SUN AMERICAN MORTGAGE COMPANY,

               Defendant.

Adversary Proceeding
No. 16-01296 (SCC)

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | Adversary Proceeding No. 16-01358 (SCC) |
| Plaintiff, | |
| - against - | |
| SUNSET MORTGAGE COMPANY L.P. and AVONWOOD CAPITAL CORPORATION, | |
| Defendants. | |
| LEHMAN BROTHERS HOLDINGS INC., | Adversary Proceeding No. 16-01331 (SCC) |
| Plaintiff, | |
| - against - | |
| THE LENDING COMPANY, INC., | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC., | Adversary Proceeding No. 16-01354 (SCC) |
| Plaintiff, | |
| - against - | |
| THE MORTGAGE STORE FINANCIAL, INC., | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC., | Adversary Proceeding No. 16-01346 (SCC) |
| Plaintiff, | |
| - against – | |
| WEI MORTGAGE LLC f/k/a WEI MORTGAGE CORPORATION, | |
| Defendant. | |

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

   - against –

WINDSOR CAPITAL MORTGAGE CORPORATION,

               Defendant.

Adversary Proceeding
No. 16-01333 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

   - against -

WINSTAR MORTGAGE PARTNERS, INC.,

               Defendant.

Adversary Proceeding
No. 16-01371 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

   - against –

WINTRUST MORTGAGE CORPORATION,

               Defendant.

Adversary Proceeding
No. 16-01369 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

   - against –

WJ CAPITAL CORPORATION, and SECURED CAPITAL
FUNDING CORP., as successor by merger to WJ Capital
Corporation,

               Defendants.

Adversary Proceeding
No. 16-01370 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                                   Plaintiff,

- against -

WR STARKEY MORTGAGE, LLP,

                              Defendant.

Adversary Proceeding
No. 16-01326 (SCC)

### ORDER GRANTING MOTION OF MARITZA DOMINGUEZ BRASWELL TO WITHDRAW AS COUNSEL OF RECORD FOR LEHMAN BROTHERS HOLDINGS INC.

Upon consideration of the Motion of Maritza Dominguez Braswell to Withdraw as Counsel of Record for Lehman Brothers Holdings Inc. pursuant to Local Rule 2090-1(e) in the above-captioned matters and the responses and replies thereto, and based on the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. Ms. Braswell is hereby withdrawn as counsel of record for Lehman Brothers Holdings Inc.

New York, New York
Dated: March 13, 2019

                              /S/ Shelley C. Chapman
                              HON. SHELLEY C. CHAPMAN
                              UNITED STATES BANKRUPTCY JUDGE