IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
: 
In re: : Chapter 11
:
Lehman Brothers Holdings Inc., *et al.*, :
: Case No. 08-13555 (SCC)
Debtors. :
:
:
---------------------------------------------------------- X

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that I, James L. Bromley, hereby request the withdrawal of my appearance on behalf of Hellman & Friedman LLC in the above-captioned chapter 11 cases as I am no longer affiliated with Cleary Gottlieb Steen & Hamilton LLP.

PLEASE TAKE FURTHER NOTICE that I further request to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: New York, New York　　　　　　　　Respectfully submitted,
　　　　March 14, 2019

　　　　　　　　　　　　　　　　　　　　　　*/s/ James L. Bromley*
　　　　　　　　　　　　　　　　　　　　　　James L. Bromley

SC1:4890085.2