# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Homebridge Financial Services, Inc., and Prospect Mortgage, LLC

Loan Purchase Agreement, dated August 15, 2002

Loan Purchase Agreement (Bulk), dated August 15, 2002

Purchase Price and Terms Letter, dated April 23, 2004

Purchase Price and Terms Letter, dated September 30, 2004

Purchase Price and Terms Letter, dated June 14, 2007

Purchase Price and Terms Letter, dated June 21, 2007