# EXHIBIT B

EXHIBIT B
Homebridge Financial Services, Inc., and Prospect Mortgage, LLC

| Loan Number | Seller Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 15117294 | | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 137,499.54 |
| 15895733 | | DOCUMENTATION | | | $ 210,079.97 |
| 17272386 | | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 20,989.88 |
| 17914342 | | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 149,305.66 |
| 17928276 | | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 2,066.95 |
| 18384420 | | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 78,819.81 |
| 18421909 | | DOCUMENTATION | DOCUMENTATION | | $ 71,831.61 |
| 18590877 | | DOCUMENTATION | | | $ 53,945.25 |
| 18676510 | | DOCUMENTATION | DOCUMENTATION | | $ 64,033.63 |
| 18880989 | | DOCUMENTATION | | | $ 80,770.62 |
| 18881144 | | DOCUMENTATION | MISREP - OCCUPANCY | | $ 136,823.56 |
| 30377527 | | DOCUMENTATION | | | $ 98,977.72 |
| 30469498 | | DOCUMENTATION | | | $ 193,040.18 |
| 30469647 | | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 167,635.13 |
| 30598452 | | DOCUMENTATION | | | $ 79,014.77 |
| 30611073 | | DOCUMENTATION | | | $ 49,242.97 |
| 30743181 | | DOCUMENTATION | | | $ 120,720.50 |
| 30799274 | | DOCUMENTATION | | | $ 113,264.18 |
| 30799449 | | DOCUMENTATION | | | $ 83,783.80 |
| 30919385 | | DOCUMENTATION | | | $ 396,803.78 |
| 31176696 | | DOCUMENTATION | | | $ 96,178.29 |
| 31807548 | | DOCUMENTATION | UW – POINTS/FEES | | $ 525,844.16 |
| 31854003 | | DOCUMENTATION | | | $ 21,671.52 |
| 31885536 | | DOCUMENTATION | DOCUMENTATION | | $ 146,934.55 |
| 31886328 | | DOCUMENTATION | DOCUMENTATION | | $ 363,129.75 |
| 32080145 | | DOCUMENTATION | | | $ 88,603.09 |
| 32155376 | | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 255,379.42 |
| 32155780 | | DOCUMENTATION | DOCUMENTATION | | $ 290,248.23 |
| 32324634 | | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $ 177,998.28 |
| 32445140 | | DOCUMENTATION | | | $ 52,407.79 |
| 32567216 | | DOCUMENTATION | DOCUMENTATION | | $ 70,090.27 |
| 32599805 | | DOCUMENTATION | | | $ 49,434.00 |
| 33084989 | | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ 56,788.28 |
| 17456237 | | MISREP - DEBTS | | | $ 175,576.00 |

**EXHIBIT B**

| Loan # | Alt # | Defect 1 | Defect 2 | | Amount |
|---|---|---|---|---|---|
| 17467572 | | MISREP - DEBTS | | | $ 1,459,417.28 |
| 17499161 | | MISREP - DEBTS | | | $ 165,313.76 |
| 17831710 | | MISREP - DEBTS | | | $ 43,624.24 |
| 18354274 | 21023657 | MISREP - DEBTS | | | $ 95,316.90 |
| 18479287 | | MISREP - DEBTS | | | $ 253,990.34 |
| 18531632 | | MISREP - DEBTS | | | $ 1,428,437.07 |
| 18656165 | | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 402,822.08 |
| 18928747 | | MISREP - DEBTS | DOCUMENTATION | | $ 71,277.95 |
| 18970947 | | MISREP - DEBTS | | | $ 161,303.48 |
| 30139687 | | MISREP - DEBTS | | | $ 159,701.27 |
| 30436851 | | MISREP - DEBTS | | | $ 263,333.61 |
| 30467682 | | MISREP - DEBTS | | | $ 96,199.13 |
| 30469100 | | MISREP - DEBTS | | | $ 213,570.98 |
| 30909667 | | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 157,086.30 |
| 30912190 | | MISREP - DEBTS | | | $ 69,912.62 |
| 30919583 | | MISREP - DEBTS | | | $ 131,544.37 |
| 30919971 | | MISREP - DEBTS | | | $ 406,583.80 |
| 30932917 | | MISREP - DEBTS | | | $ 104,032.60 |
| 31117062 | | MISREP - DEBTS | | | $ 125,214.22 |
| 31352263 | | MISREP - DEBTS | | | $ 239,973.39 |
| 31396914 | | MISREP - DEBTS | | | $ 24,183.73 |
| 31396963 | | MISREP - DEBTS | | | $ 40,398.21 |
| 31793300 | | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 120,310.21 |
| 31873102 | | MISREP - DEBTS | | | $ 9,606.65 |
| 31886823 | | MISREP - DEBTS | | | $ 282,419.37 |
| 31887250 | | MISREP - DEBTS | | | $ 314,696.97 |
| 31918733 | | MISREP - DEBTS | | | $ 155,993.72 |
| 31918790 | | MISREP - DEBTS | | | $ 253,808.32 |
| 31939648 | | MISREP - DEBTS | | | $ 385,723.52 |
| 31939754 | | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 415,448.48 |
| 31939945 | | MISREP - DEBTS | | | $ 380,047.88 |
| 31939994 | | MISREP - DEBTS | | | $ 190,171.63 |
| 31946783 | | MISREP - DEBTS | | | $ 4,307.91 |
| 32029704 | | MISREP - DEBTS | | | $ 374,808.65 |

**EXHIBIT B**

EXHIBIT B
Homebridge Financial Services, Inc., and Prospect Mortgage, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| 32155509 | | MISREP - DEBTS | | | $ | 216,542.05 |
| 33002817 | | MISREP - DEBTS | | | $ | 53,977.41 |
| 33026527 | | MISREP - DEBTS | | | $ | 24,434.93 |
| 33033713 | | MISREP - DEBTS | | | $ | 271,836.07 |
| 33056987 | | MISREP - DEBTS | | | $ | 348,639.71 |
| 33334715 | | MISREP - DEBTS | | | $ | 301,695.49 |
| 33335266 | | MISREP - DEBTS | | | $ | 33,954.59 |
| 33423567 | | MISREP - DEBTS | | | $ | 10,039.75 |
| 33435678 | | MISREP - DEBTS | | | $ | 15,057.35 |
| 33610080 | | MISREP - DEBTS | | | $ | 263,530.58 |
| 33610296 | | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 202,011.54 |
| 40287906 | | MISREP - DEBTS | | | $ | 12,239.78 |
| 40288854 | | MISREP - DEBTS | | | $ | 238,203.61 |
| 40789018 | | MISREP - DEBTS | | | $ | 67,037.76 |
| 124764010 | 21085702 | MISREP - DEBTS | | | $ | 134,046.31 |
| 124764085 | 21082441 | MISREP - DEBTS | | | $ | 31,701.00 |
| 15747819 | | MISREP - INCOME/EMPLOY | | | $ | 17,949.44 |
| 17131657 | | MISREP - INCOME/EMPLOY | | | $ | 195,587.41 |
| 17394289 | | MISREP - INCOME/EMPLOY | | | $ | 3,199.26 |
| 17473273 | | MISREP - INCOME/EMPLOY | | | $ | 123,101.40 |
| 17693532 | 21014602 | MISREP - INCOME/EMPLOY | | | $ | 69,435.58 |
| 17949678 | | MISREP - INCOME/EMPLOY | | | $ | 159,354.07 |
| 18374421 | | MISREP - INCOME/EMPLOY | | | $ | 139,795.33 |
| 18391383 | | MISREP - INCOME/EMPLOY | | | $ | 3,402.06 |
| 18421933 | | MISREP - INCOME/EMPLOY | | | $ | 143,673.36 |
| 18554378 | | MISREP - INCOME/EMPLOY | | | $ | 231,926.27 |
| 18676460 | | MISREP - INCOME/EMPLOY | | | $ | 66,915.55 |
| 18980342 | | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 76,226.04 |
| 30058002 | | MISREP - INCOME/EMPLOY | | | $ | 292,576.11 |
| 30241178 | | MISREP - INCOME/EMPLOY | | | $ | 220,586.94 |
| 30296255 | | MISREP - INCOME/EMPLOY | | | $ | 846,813.94 |
| 30302996 | | MISREP - INCOME/EMPLOY | | | $ | 18,154.33 |
| 30305080 | | MISREP - INCOME/EMPLOY | | | $ | 91,780.70 |
| 30501621 | | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 46,331.43 |

**EXHIBIT B**

**EXHIBIT B**
Homebridge Financial Services, Inc., and Prospect Mortgage, LLC

| Loan # | | Issue 1 | Issue 2 | Issue 3 | Amount |
|---|---|---|---|---|---|
| 30585103 | | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 132,439.96 |
| 30585558 | | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 84,773.15 |
| 30630974 | | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 200,752.70 |
| 30772370 | | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 71,987.78 |
| 31285760 | | MISREP - INCOME/EMPLOY | | | $ 139,080.48 |
| 31305840 | | MISREP - INCOME/EMPLOY | MISREP - DEBTS | MISREP - OCCUPANCY | $ 181,803.95 |
| 31359292 | | MISREP - INCOME/EMPLOY | | | $ 67,964.48 |
| 31637507 | | MISREP - INCOME/EMPLOY | | | $ 690,482.73 |
| 31806946 | | MISREP - INCOME/EMPLOY | | | $ 142,995.67 |
| 31815871 | | MISREP - INCOME/EMPLOY | | | $ 519,524.23 |
| 31853435 | | MISREP - INCOME/EMPLOY | | | $ 159,262.30 |
| 31854102 | | MISREP - INCOME/EMPLOY | | | $ 311,832.07 |
| 31867971 | | MISREP - INCOME/EMPLOY | | | $ 276,256.48 |
| 31869076 | | MISREP - INCOME/EMPLOY | | | $ 265,565.88 |
| 31885171 | | MISREP - INCOME/EMPLOY | | | $ 50,213.26 |
| 31886583 | | MISREP - INCOME/EMPLOY | | | $ 148,137.51 |
| 31894041 | | MISREP - INCOME/EMPLOY | | | $ 180,707.21 |
| 31918600 | | MISREP - INCOME/EMPLOY | | | $ 5,548.01 |
| 31918618 | | MISREP - INCOME/EMPLOY | | | $ 258,600.57 |
| 31918824 | | MISREP - INCOME/EMPLOY | | | $ 214,351.55 |
| 31919038 | | MISREP - INCOME/EMPLOY | | | $ 831,829.95 |
| 31919103 | | MISREP - INCOME/EMPLOY | | | $ 117,148.83 |
| 31928179 | | MISREP - INCOME/EMPLOY | | | $ 398.07 |
| 31928195 | | MISREP - INCOME/EMPLOY | | | $ 205,746.84 |
| 31928203 | | MISREP - INCOME/EMPLOY | | | $ 75,078.59 |
| 31939671 | | MISREP - INCOME/EMPLOY | | | $ 110,627.69 |
| 31939721 | | MISREP - INCOME/EMPLOY | | | $ 217,127.86 |
| 31939762 | | MISREP - INCOME/EMPLOY | | | $ 293,077.75 |
| 31939846 | | MISREP - INCOME/EMPLOY | | | $ 316,470.62 |
| 31939853 | | MISREP - INCOME/EMPLOY | | | $ 249,735.53 |
| 31939911 | | MISREP - INCOME/EMPLOY | | | $ 115,135.59 |
| 31939978 | | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 193,405.14 |
| 31940034 | | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 299,992.59 |
| 31940075 | | MISREP - INCOME/EMPLOY | | | $ 441,826.49 |

**EXHIBIT B**

| Loan # | | Finding 1 | Finding 2 | Finding 3 | Amount |
|---|---|---|---|---|---|
| 31946734 | | MISREP - INCOME/EMPLOY | | | $ 222,691.07 |
| 32074023 | | MISREP - INCOME/EMPLOY | | | $ 750,406.45 |
| 32079170 | | MISREP - INCOME/EMPLOY | | | $ 160,696.38 |
| 32153256 | | MISREP - INCOME/EMPLOY | | | $ 173,765.05 |
| 32153314 | | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 256,097.38 |
| 32444739 | | MISREP - INCOME/EMPLOY | | | $ 46,001.47 |
| 32468266 | | MISREP - INCOME/EMPLOY | | | $ 190,311.73 |
| 32511339 | | MISREP - INCOME/EMPLOY | | | $ 88,495.06 |
| 32578825 | | MISREP - INCOME/EMPLOY | | | $ 185,187.95 |
| 32795635 | | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 89,425.33 |
| 32795767 | | MISREP - INCOME/EMPLOY | | | $ 363,363.18 |
| 32795932 | | MISREP - INCOME/EMPLOY | | | $ 119,246.74 |
| 32938359 | | MISREP - INCOME/EMPLOY | DOCUMENTATION | UW – POINTS/FEES | $ 25,591.71 |
| 33015710 | | MISREP - INCOME/EMPLOY | | | $ 374,771.64 |
| 33015785 | | MISREP - INCOME/EMPLOY | | | $ 123,839.46 |
| 33022401 | | MISREP - INCOME/EMPLOY | | | $ 67,231.92 |
| 33033721 | | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 133,410.21 |
| 33335316 | | MISREP - INCOME/EMPLOY | | | $ 124,131.22 |
| 33399874 | | MISREP - INCOME/EMPLOY | | | $ 35,715.29 |
| 33424425 | | MISREP - INCOME/EMPLOY | | | $ 119,841.14 |
| 33670712 | | MISREP - INCOME/EMPLOY | | | $ 1,966.52 |
| 33695610 | | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 56,693.04 |
| 40113615 | | MISREP - INCOME/EMPLOY | | | $ 179,342.32 |
| 40113631 | | MISREP - INCOME/EMPLOY | | | $ 134,681.82 |
| 40122111 | | MISREP - INCOME/EMPLOY | | | $ 114,523.93 |
| 40305286 | | MISREP - INCOME/EMPLOY | | | $ 790,039.20 |
| 40757064 | | MISREP - INCOME/EMPLOY | | | $ 327,118.14 |
| 40776080 | | MISREP - INCOME/EMPLOY | | | $ 462,968.74 |
| 40784464 | | MISREP - INCOME/EMPLOY | | | $ 26,221.53 |
| 40840225 | | MISREP - INCOME/EMPLOY | | | $ 126,038.02 |
| 40842502 | | MISREP - INCOME/EMPLOY | DOCUMENTATION | | $ 92,684.12 |
| 40844227 | | MISREP - INCOME/EMPLOY | | | $ 55,973.39 |
| 40850729 | | MISREP - INCOME/EMPLOY | | | $ 242,809.37 |
| 40864381 | | MISREP - INCOME/EMPLOY | | | $ 282,439.74 |

**EXHIBIT B**

| | | | | | | |
|---|---|---|---|---|---|---|
| 40865008 | | MISREP - INCOME/EMPLOY | | | $ | 394,817.04 |
| 40869976 | | MISREP - INCOME/EMPLOY | | | $ | 313,976.16 |
| 124764143 | 21084651 | MISREP - INCOME/EMPLOY | | | $ | 246,103.21 |
| 18354134 | 16006154 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 405,005.54 |
| 18637058 | | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 317,789.05 |
| 18881169 | | MISREP - OCCUPANCY | | | $ | 96,567.61 |
| 30639181 | | MISREP - OCCUPANCY | | | $ | 110,582.83 |
| 30681118 | | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ | 479,466.34 |
| 31867831 | | MISREP - OCCUPANCY | | | $ | 182,055.00 |
| 31939812 | | MISREP - OCCUPANCY | | | $ | 464,235.11 |
| 32795825 | | MISREP - OCCUPANCY | UW - STRAW TRANSACTION | | $ | 306,169.07 |
| 33367814 | | MISREP - OCCUPANCY | | | $ | 139,505.60 |
| 40115537 | | MISREP - OCCUPANCY | | | $ | 219,908.57 |
| 17428491 | | DOCUMENTATION | | | $ | 33,321.09 |
| 18384230 | | DOCUMENTATION | | | $ | 550,734.70 |
| 18421891 | | MISREP - INCOME/EMPLOY | | | $ | 7,610.32 |
| 18422063 | | MISREP - INCOME/EMPLOY | | | $ | 4,366.51 |
| 18446971 | | MISREP - INCOME/EMPLOY | | | $ | 87,987.58 |
| 18495879 | | MISREP - INCOME/EMPLOY | | | $ | 186,215.46 |
| 18542670 | | UW – POINTS/FEES | | | $ | 43,653.87 |
| 18715565 | | MISREP - INCOME/EMPLOY | | | $ | 30,300.36 |
| 30165765 | | MISREP - INCOME/EMPLOY | | | $ | 34,178.03 |
| 30436992 | | UW – POINTS/FEES | MISREP - OCCUPANCY | | $ | 236,930.59 |
| 30799357 | | DOCUMENTATION | | | $ | 84,201.38 |
| 30911747 | | DOCUMENTATION | | | $ | 15,042.41 |
| 31411721 | | MISREP - INCOME/EMPLOY | | | $ | 179,574.82 |
| 31619828 | | MISREP - INCOME/EMPLOY | | | $ | 273,407.46 |
| 31816366 | | MISREP - DEBTS | | | $ | 169,131.35 |
| 31854490 | | MISREP - INCOME/EMPLOY | | | $ | 213,555.07 |
| 31893712 | | MISREP - INCOME/EMPLOY | | | $ | 70,535.42 |
| 31918592 | | MISREP - INCOME/EMPLOY | | | $ | 115,233.72 |
| 31919210 | | UW – POINTS/FEES | | | $ | 25,896.74 |

**EXHIBIT B**

**EXHIBIT B**
Homebridge Financial Services, Inc., and Prospect Mortgage, LLC

| | | | | | |
|---|---|---|---|---|---|
| 31928278 | MISREP - INCOME/EMPLOY | | | $ | 245,307.44 |
| 32093254 | MISREP - INCOME/EMPLOY | | | $ | 293,587.57 |
| 32138703 | MISREP - INCOME/EMPLOY | | | $ | 49,000.17 |
| 32444531 | MISREP - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | $ | 284,683.81 |
| 32444622 | DOCUMENTATION | | | $ | 52,407.79 |
| 32609091 | DOCUMENTATION | | | $ | 43,497.48 |
| 32721649 | MISREP - DEBTS | | | $ | 85,107.87 |
| 32819781 | MISREP - INCOME/EMPLOY | | | $ | 147,843.87 |
| 32838302 | MISREP - OCCUPANCY | | | $ | 66,559.43 |
| 33022351 | MISREP - INCOME/EMPLOY | | | $ | 69,423.73 |
| 33174665 | MISREP - DEBTS | | | $ | 310,263.89 |
| 33212374 | UW – POINTS/FEES | | | $ | 296,077.27 |
| 33227729 | MISREP - DEBTS | | | $ | 156,725.17 |
| 33318585 | MISREP - DEBTS | UW-INELIGIBLE FOR LOAN PROGRAM | MISREP - DEBTS | $ | 39,183.61 |
| 33335134 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ | 70,279.50 |
| 33399908 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ | 234,050.34 |
| 33447616 | MISREP - INCOME/EMPLOY | | | $ | 322,143.79 |
| 33480328 | MISREP - INCOME/EMPLOY | | | $ | 77,167.94 |
| 33532763 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 248,361.42 |
| 33575572 | MISREP - INCOME/EMPLOY | | | $ | 143,340.12 |
| 33803289 | MISREP - DEBTS | | | $ | 132,050.85 |
| 40285199 | MISREP - DEBTS | | | $ | 228,735.86 |
| 40285249 | UW – POINTS/FEES | UW - FAILURE TO ADDRESS POTENTIAL MISREPRESENTATIONS | | $ | 71,327.23 |
| 40285983 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 286,243.29 |
| 40286411 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ | 90,124.50 |
| 40294902 | MISREP - DEBTS | | | $ | 79,082.37 |
| 40299588 | UW - FAILURE TO ADDRESS POTENTIAL MISREPRESENTATIONS | UW - POINTS/FEES | | $ | 10,234.78 |
| | | | **Total Claim Amount** | **$** | **42,935,741.80** |

**EXHIBIT B**