REED SMITH LLP
Michael S. Leib (*pro hac vice*)
10 S. Wacker Drive, Suite 4000
Chicago, IL 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

Lilit Asadourian (*pro hac vice*)
355 S Grand Ave # 2900
Los Angeles, CA 90071
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

Michael J. Venditto
599 Lexington Avenue
New York, NY 10022-7650
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: mvenditto@reedsmith.com

*Counsel for SGB Corp., now known as Wintrust Mortgage; Branch Banking and Trust Company, as successor by merger to National Penn Bank; Branch Banking and Trust Company, as successor to American Home Bank, N.A., a Division of Graystone Tower Bank.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | **Chapter 11**<br>**Case No. 08-13555 (SCC)**<br><br>**Related to ECF No. 59556** |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>v.<br><br>1ST ADVANTAGE MORTGAGE, LLC *et al.*,<br><br>Defendants. | **Central Adversary**<br>**Docket No. 16-01019 (SCC)** |

**LIMITED STATEMENT OF NON-OBJECTION AND RESERVATION OF RIGHTS TO LBHI'S MOTION FOR AN ORDER RELIEVING LBHI OF ITS DUTY TO CONTINUE TO MAINTAIN THE EXAMINER DATABASE IN ITS CURRENT FORM**

TO THE HONORABLE SHELLEY C. CHAPMAN,
UNITED STATES BANKRUPTCY JUDGE:

The undersigned Defendants in the above captioned Coordinated Adversary Proceeding hereby respond to Lehman Brothers Holding Inc.'s ("LBHI" or the "Plan Administrator") motion for relief of its duty to continue to maintain the Examiner Database in its current form as follows:

1. Defendants understand that by its motion (ECF Document No. 59556) (the "Motion") LBHI would like to retire its Examiner Database (as defined in the Motion) and transfer all documents contained in said database to a hard drive, which will be held by LBHI as custodian.

2. Defendants do not object to LBHI's Motion, but reserve their right to seek a copy of the hard drive in connection with the Coordinated Adversary Proceeding because the documents maintained in the Examiner's Database may be relevant in the Coordinated Adversary Proceeding.[1]

3. The Examiner's investigation concluded, in part, that LBHI's sub-prime strategy contributed to its collapse and that LBHI's mortgage origination subsidiaries continued to originate subprime mortgages at a higher rate than other originators because LBHI management

---

[1] Defendants recognize that they will have to hereafter file a motion with this Court for authority to access the Additional Documents, as defined in the Motion. However, there will be no motion necessary for authority to access the LBHI Documents, as defined in the Motion. With regard to the LBHI Documents, Defendants understand that discovery is subject only to the Amended Case Management Order entered into on March 13, 2019, the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and the Chamber's Rules of this Court.

believed that LBHI had an opportunity to improve its competitive position so long as the other originators retrenched. *See* Report of Anton R. Valukas, Examiner, *In re Lehman Brothers Holdings, Inc., et al.* (S.D.N.Y. Bankr. Mar. 11, 2010), Volume 1, pp. 4, 44. The documents that support these findings may be relevant to the Coordinated Adversary Proceeding.

4. Defendants do not to object to LBHI's underlying motion to transfer said documents from its current form to a hard drive as long as LBHI agrees that: (1) it will transfer *all* documents contained in the Examiner's Database and will not alter or eliminate any information, including all metadata and document properties, contained therein; (2) it will not assert burden objections arising from the transfer of the documents from the Database to a hard drive in the event the Defendants seek documents from the Database; (3) it will not refuse to search for or produce documents on the basis that the documents are archived; (4) it will not require the Defendants to pay for the search or production of documents from the archived hard drive; and (5) it will not produce documents on a delayed timeline because the documents have been migrated off the Database and into an archived hard drive.[2]

5. Subject to these conditions, Defendants do not object to LBHI's underlying motion and reserve their rights to seek a copy of the hard drive in discovery in the Coordinated Adversary Proceedings.

DATED this the 20th day of March, 2019.

REED SMITH LLP

*/s/ Michael J. Venditto*
Michael J. Venditto
599 Lexington Avenue
New York, NY 10022-7650
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: mvenditto@reedsmith.com

---

[2] Some Defendants have sought a similar agreement from Plaintiff, but Plaintiff has not yet fully responded.

Michael S. Leib (*pro hac vice*)
10 S. Wacker Drive, Suite 4000
Chicago, IL  60606-7507
Telephone:  (312) 207-1000
Facsimile:  (312) 207-6400

Lilit Asadourian (*pro hac vice*)
355 S Grand Ave # 2900
Los Angeles, CA 90071
Telephone:  (213) 457-8000
Facsimile:  (213) 457-8080

*Counsel for SGB Corp., now known as Wintrust Mortgage; Branch Banking and Trust Company, as successor by merger to National Penn Bank; Branch Banking and Trust Company, as successor to American Home Bank, N.A., a Division of Graystone Tower Bank.*

STINSON LEONARD STREET LLP

*s/ Sharon R. Markowitz*
Todd A. Noteboom (#240047) (pro hac vice)
Timothy P. Griffin (#0285717) (pro hac vice)
Sharon R. Markowitz (#392043) (pro hac vice)
William D. Thomson (#0396743) (pro hac vice)
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
todd.noteboom@stinson.com
sharon.markowitz@stinson.com
william.thomson@stinson.com

*Attorneys for Defendants Texas Capital Bank, Sutton Bank, First Bank, and First Horizon Home Loan Corporation*

BUCKLEY LLP

/s/ Amanda R. Lawrence
_____

Ross E. Morrison
BUCKLEY LLP
1133 Avenue of the Americas
Suite 3100
New York, New York 10036
Tel: (212) 600-2315
Fax: (212) 600-2405
rmorrison@buckleyfirm.com

Amanda R. Lawrence
BUCKLEY LLP
1250 24th Street, Suite 700
Washington, DC 20037
Telephone: (202) 349-8000
alawrence@buckleyfirm.com

*Counsel for Defendant Flagstar Bank, FSB*


 /s/ Amanda R. Lawrence
_____
Amanda R. Lawrence
BUCKLEY LLP
1250 24th Street NW, Suite 700
Washington, DC 20037
(202) 349-8000
alawrence@buckleyfirm.com

*Counsel for RBC Mortgage Company*

6

By: /s/ Kenneth J. Duvall
**BILZIN SUMBERG BAENA PRICE
& AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580; Fax: (305) 374-7593
Philip R. Stein, (FBN 67278)
pstein@bilzin.com
Enza G. Boderone, (FBN 792411)
eboderone@bilzin.com
Kenneth J. Duvall (FBN 121826)
kduvall@bilzin.com

*Counsel for Eagle Mortgage Holdings, LLC et.al, Universal American Mortgage Company, LLC, Standard Pacific Mortgage, Inc, TBI Mortgage, DHI Mortgage Company LTD, Mountain West Financial, Inc. Shea Mortgage, Inc., Paramount Residential Mortgage Group, Allied Mortgage Group, Inc., Bank of England, First Tennessee Bank National Association, successor by merger to Capital Bank Corporation, First Equity Mortgage Bankers, Inc., Crestline Funding Corporation, CTX Mortgage Company, LLC, Freedom Mortgage Corp., Gateway Mortgage Group, LLC and Colonial Savings F.A.*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of March 2019, a true and correct copy of the foregoing Limited Statement Of Non-Objection And Reservation Of Rights To LBHI's Motion For An Order Relieving LBHI Of Its Duty To Continue To Maintain The Examiner Database In Its Current Form was electronically filed with the Clerk of Court using the CMF/ECF. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF on all parties of record.

*/s/ Michael Venditto*
Michael Venditto