Form of Evidence of Transfer

To: United States Bankruptcy Court, Southern District of New York; and
Lehman Brothers Treasury Co. B.V. *in liquidation*

From: Seaport Loan Products LLC, as Transferee

Date: ~~March~~ April 1, 2019

In re Lehman Brothers Holdings Inc., et al.. Case No. 08-13555 (SCC) (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a) under Claim No: 58612 filed by Transferor in the aggregate amount of US$34,548,000,000 (the "Claim"). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Federal Rules Bankruptcy Procedure of the partial transfer, other than for security, of the Claim in the amount of US$ 10,475,844,413.08 (the Transferred Amount of the Claim) to Transferee.

Lehman Brothers Treasury Co. B.V. *in liquidation*
(Name of Transferor)

Seaport Loan Products LLC
(Name of Transferee)

Name and Address where notices
to Transferee should be sent:
Seaport Loan Products LLC
360 Madison Avenue, 22nd Floor
New York, New York 10017
Attention: Jonathan R. Silverman
Telephone: (212) 616-7713
Email: jsilverman@seaportglobal.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LEHMAN BROTHERS TREASURY CO. B.V. *in liquidation*

By: _____
Name: Rutger Schimmelpenninck
Title: LBT Liquidator

By: _____
Name: Frederic Verhoeven
Title: LBT Liquidator

SEAPORT LOAN PRODUCTS LLC

By: _____
Name: Michael J. Meagher
Title: President

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.