B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,                Case No. <u>08-13555</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | SEAPORT LOAN PRODUCTS LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    HBK Master Fund L.P.
    c/o HBK Services LLC
    2300 North Field Street, Suite 2200
    Dallas, TX 75201

Court Claim # (if known): <u>Claim No. 58612</u>

Amount of Claim Transferred:
<u>$5,000,000,000.00</u>

Date Claim Filed: <u>October 30, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u> (214) 758-6107 </u>
Last Four Digits of Acct #:<u>N/A</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:<u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J.R. Smith</u>                Date: <u>April 2, 2019</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

<u>Exhibit A to Assignment of Claim Agreement</u>

Form of Evidence of Transfer

To:   United States Bankruptcy Court, Southern District of New York; and
      Seaport Loan Products LLC

From: HBK Master Fund L.P., as Transferee

Date: ~~March~~ April 1, 2019

<u>In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) (Jointly Administered)</u>

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a) under Claim No: 58612 filed in the aggregate amount of US$34,548,000,000 (the "Claim"). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Federal Rules Bankruptcy Procedure of the partial transfer, other than for security, of the Claim in the amount of US$5,000,000,000.00 (the Transferred Amount of the Claim) to Transferee.

| Seaport Loan Products LLC | HBK Master Fund L.P. |
|---|---|
| (Name of Transferor) | (Name of Transferee) |
| | c/o HBK Services LLC |
| | 2300 North Field Street, Suite 2200 |
| | Dallas, TX 75201 |
| | |
| | Attention: Legal Department |
| | Telephone: 214-758-6107 |
| | Email: legal@hbk.com |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SEAPORT LOAN PRODUCTS LLC

By: _____
Name: Michael I. Meagher
Title: President

HBK MASTER FUND L.P.
By: HBK Services LLC, Investment Advisor

By: _____
Name: Jon L. Mosle III
Title: Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Downstream Assignment Agreement