**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
In re                                  :   Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :   08-13555 (JMP)
:
Debtors.                   :   (Jointly Administered)
:
-------------------------------------------------------------------x   Ref. Docket Nos. 59597 and 59599

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 28, 2019, I caused to be served the:

   a. "Notice Regarding Seventeenth Distribution Pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors," dated March 28, 2019 [Docket No. 59597], (the "Distribution Notice"), and

   b. "Notice of Certain Amounts to be Withheld from Distributions on the Seventeenth Distribution Date," dated March 28, 2019 [Docket No. 59599], (the "Withheld Notice"),

by causing true and correct copies of the:

   i. Distribution Notice and Withheld Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the parties listed in the annexed Exhibit A,

   ii. Distribution Notice and Withheld Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties listed in the annexed Exhibit B,

   iii. Withheld Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties listed in the annexed Exhibit C, and

-2-

    iv.    Distribution Notice and Withheld Notice, to be delivered via electronic mail to those parties listed in the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Wing Chan*
                                                            Wing Chan

Sworn to before me this
1st day of April, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (JMP)**
**Overnight Additional Parties**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (JMP)**
**FCM Additional Parties**

| | |
|---|---|
| STATE OF NY, OFFICE OF THE ATTORNEY GENERAL<br>ATTN: NEAL MANN<br>120 BROADWAY<br>NEW YORK, NY 10271-0332 | OFFICE OF THE ATTORNEY GENERAL<br>300 W. 15TH STREET<br>AUSTIN, TX 78701 |
| MOHRMAN, KAARDAL & ERICKSON, P.A.<br>150 SOUTH FIFTH STREET, SUITE 3100<br>MINNEAPOLIS, MN 55402 | |

**EXHIBIT C**

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (JMP)**
**FCM Additional Party**

FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

| Claim Name | Address Information |
|---|---|
| BANK J. SAFRA SARASIN LTD, SINGAPORE BRANCH | TRANSFEROR: BANK SARASIN-RABO (ASIA) LIMITED ATTN: LEGAL DEPARTMENT 77 ROBINSON ROAD # 31-00 SINGAPORE 068896 SINGAPORE |
| BANK J. SAFRA SARASIN LTD, SINGAPORE BRANCH | BAR & KARRER AG ATTN: DR. PETER HSU/DR. DANIEL FLUHMANN BRANDSCHENKESTRASSE 90 ZURICH CH-8027 SWITZERLAND |
| BANK JULIUS BAER & CO LTD | TRANSFEROR: BANK OF SINGAPORE LIMITED ATTN: PATRICK ROOS BAHNHOFSTRASSE 36 CH-8010 ZURICH SWITZERLAND |
| BANK JULIUS BAER & CO LTD | TRANSFEROR: UBS AG ATTN: PATRICK ROOS BAHNHOFSTRASSE 36 CH-8010 ZURICH SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: BANK OF SINGAPORE LIMITED ATTN: PATRIK ROOS BAHNOFSTRASSE 36 CH-8010 ZURICH SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: BANK OF SINGAPORE LIMITED BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND |
| BANK OF SINGAPORE LIMITED | ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA SINGAPORE 048619 SINGAPORE |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED 190 ELGIN AVENUE GEORGETOWN GRAND CAYMAN KY1-9005 CAYMAN ISLANDS |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER-J.DONOVAN 520 MADISON AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON (HK) C/O DAVIDSON KEMPNER-J.DONOVAN 520 MADISON AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| CREDIT SUISSE AG, SINGAPORE BRANCH | TRANSFEROR: BANK OF SINGAPORE LIMITED ONE RAFFLES LINK # 05-02, SOUTH LOBBY SINGAPORE 039393 SINGAPORE |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND NV, THE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| EFG BANK AG, HONG KONG BRANCH | BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND |
| EFG BANK AG, HONG KONG BRANCH | GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVE NEW YORK NY 10166 |
| EFG BANK AG, LUGANO BRANCH | TRANSFEROR: BANK OF SINGAPORE LIMITED F/K/A BSI SA ATTN: ANDREA FERRARI VIA STEFANO FRANSCINI 8 6900 LUGANO SWITZERLAND |
| FATAI INVESTMENT LIMITED | PO BOX 210, 3RD FLOOR 24 SAND STREET ST. HELIER, JERSEY CHANNEL ISLANDS JE2 3QF UNITED KINGDOM |
| FATAI INVESTMENT LIMITED | TRANSFEROR: LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) PO BOX 210, 3RD FLOOR 24 SAND STREET ST. HELIER, JERSEY CHANNEL ISLANDS JE2 3QF UNITED KINGDOM |
| FATAI INVESTMENT LIMITED | C/O CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019-6131 |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH ATTN: RAYMOND NG LEVEL 13 & 14 1 QUEEN'S ROAD CENTRAL HONG KONG HONG KONG |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: LEHMAN BROTHERS INC. ATTN: WILLIAM A. OLSHAN, ESQ. 277 PARK AVENUE, 46TH FLOOR NEW YORK NY 10172 |
| MEHTA, SANGEETA MANOJ | TRANSFEROR: RED HOUSE FINANCE LTD BERKENLAAN 14 WILRYK 2610 BELGIUM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO., LTD. ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MINAMIKAWA, YOKO | TOKYO-TO BUNKYO-KU KASUGA 2-7-3-205 112-0003 JAPAN |
| MITSUBISHI UFJ MORGAN STANLEY SECURITIES CO., LTD. | ATTN: MS. HISAKO KUBO, LEGAL DEPARTMENT MR. TOMOHIRO NAKAMURA, CORPORATE PLANNING DIVISION MR. HIROKA KIKUCHI- STRUCTURED PRODUCTS DIVISION 22ND FLOOR, OTEMACHI FINANCIAL CITY GRAND CUBE 1-9-2 OTEMACHI, CHIYODA-KU TOKYO 100 JAPAN |
| MITSUBISHI UFJ MORGAN STANLEY SECURITIES CO., LTD. | MORRISON & FOERSTER LLP. LORENZO MARINUZZI, STACY MOLISON 250 WEST 55TH STREET NEW YORK NY 10019 |

# EXHIBIT D

**LEHMAN BROTHERS HOLDINGS, INC. – Case No. 08-13555 (JMP)**
**Electronic Mail Master Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcy@ntexas-attorneys.com |
| aalfonso@willkie.com | bankruptcymatters@us.nomura.com |
| abeaumont@fklaw.com | barbra.parlin@hklaw.com |
| abraunstein@riemerlaw.com | bbisignani@postschell.com |
| acaton@kramerlevin.com | bcarlson@co.sanmateo.ca.us |
| adarwin@nixonpeabody.com | bdemay@hsgllp.com |
| adiamond@diamondmccarthy.com | bdk@schlamstone.com |
| adk@msf-law.com | benjamin.mintz@apks.com |
| aentwistle@entwistle-law.com | bguiney@pbwt.com |
| aglenn@kasowitz.com | bmiller@mofo.com |
| agold@herrick.com | boneill@kramerlevin.com |
| aisenberg@saul.com | brosenblum@jonesday.com |
| akadish@dtlawgroup.com | brotenberg@wolffsamson.com |
| akolod@mosessinger.com | broy@rltlawfirm.com |
| alexander.lorenzo@alston.com | bruce.wright@sutherland.com |
| allison.holubis@wilsonelser.com | bsellier@rlrpclaw.com |
| alum@ftportfolios.com | bstrickland@wtplaw.com |
| amartin@sheppardmullin.com | btrust@mayerbrown.com |
| amcmullen@boultcummings.com | bturk@tishmanspeyer.com |
| amh@amhandlerlaw.com | bwolfe@sheppardmullin.com |
| andrew.lourie@kobrekim.com | cahn@clm.com |
| andrewtenzer@paulhastings.com | canelas@pursuitpartners.com |
| angelich.george@arentfox.com | cbelisle@wfw.com |
| angie.owens@skadden.com | cbelmonte@ssbb.com |
| anthony_boccanfuso@aporter.com | cdesiderio@nixonpeabody.com |
| aostrow@beckerglynn.com | cfarley@mccarter.com |
| appleby@chapman.com | cgoldstein@stcwlaw.com |
| aquale@sidley.com | chad.husnick@kirkland.com |
| arainone@bracheichler.com | chammerman@paulweiss.com |
| arancier@offitkurman.com | charles@filardi-law.com |
| arosenblatt@chadbourne.com | charles_malloy@aporter.com |
| arthur.rosenberg@hklaw.com | chemrick@thewalshfirm.com |
| arwolf@wlrk.com | chipford@parkerpoe.com |
| aschwartz@homerbonner.com | chris.donoho@hoganlovells.com |
| aseuffert@lawpost-nyc.com | christopher.greco@kirkland.com |
| ashmead@sewkis.com | claude.montgomery@dentons.com |
| asnow@ssbb.com | clynch@reedsmith.com |
| asomers@rctlegal.com | cohen@sewkis.com |
| aunger@sidley.com | cp@stevenslee.com |
| austin.bankruptcy@publicans.com | cpappas@dilworthlaw.com |
| avenes@whitecase.com | cparyse@contrariancapital.com |
| bankruptcy@goodwin.com | craig.goldblatt@wilmerhale.com |
| bankruptcy@morrisoncohen.com | craigjustinalbert@gmail.com |

**LEHMAN BROTHERS HOLDINGS, INC. – Case No. 08-13555 (JMP)**
**Electronic Mail Master Service List**

| | |
|---|---|
| crmomjian@attorneygeneral.gov | dlipke@vedderprice.com |
| csalomon@beckerglynn.com | dmark@kasowitz.com |
| cschreiber@winston.com | dmcguire@winston.com |
| cshore@whitecase.com | dmiller@steinlubin.com |
| cszyfer@stroock.com | dmurray@jenner.com |
| cwalsh@mayerbrown.com | dneier@winston.com |
| cward@polsinelli.com | dodonnell@milbank.com |
| cweiss@ingramllp.com | dpegno@dpklaw.com |
| dallas.bankruptcy@publicans.com | drosenzweig@fulbright.com |
| dave.davis@isgria.com | drosner@goulstonstorrs.com |
| david.bennett@tklaw.com | drosner@kasowitz.com |
| david.livshiz@freshfields.com | dshaffer@wtplaw.com |
| david.powlen@btlaw.com | dspelfogel@foley.com |
| david.tillem@wilsonelser.com | dsullivan@hsgllp.com |
| david.wender@alston.com | dtheising@harrisonmoberly.com |
| davids@blbglaw.com | dwdykhouse@pbwt.com |
| davidwheeler@mvalaw.com | dworkman@bakerlaw.com |
| dbarber@bsblawyers.com | ebcalvo@pbfcm.com |
| dbaumstein@whitecase.com | ecohen@russellinvestments.com |
| dbesikof@loeb.com | edelucia@hsgllp.com |
| dblack@hsgllp.com | edward.flanders@pillsburylaw.com |
| dcimo@gjb-law.com | efisher@binderschwartz.com |
| dcoffino@cov.com | efleck@milbank.com |
| dcrapo@gibbonslaw.com | efriedman@fklaw.com |
| ddavis@paulweiss.com | efriedman@friedmanspring.com |
| ddunne@milbank.com | ekbergc@lanepowell.com |
| deggermann@kramerlevin.com | eleicht@whitecase.com |
| deggert@freebornpeters.com | ellen.halstead@cwt.com |
| demetra.liggins@tklaw.com | emagnelli@bracheichler.com |
| dennis.tracey@hoganlovells.com | emerberg@mayerbrown.com |
| dfelder@orrick.com | enkaplan@kaplanlandau.com |
| dflanigan@polsinelli.com | eobrien@sbchlaw.com |
| dgoldberg@hsgllp.com | etillinghast@sheppardmullin.com |
| dhayes@mcguirewoods.com | eweinick@otterbourg.com |
| dhealy@hsgllp.com | ezujkowski@emmetmarvin.com |
| dheffer@foley.com | farrington.yates@kobrekim.com |
| dhurst@coleschotz.com | fcarruzzo@kramerlevin.com |
| dhw@dhclegal.com | ffm@bostonbusinesslaw.com |
| diconzam@gtlaw.com | fhyman@mayerbrown.com |
| djcarragher@daypitney.com | foont@foontlaw.com |
| djoseph@stradley.com | fsosnick@shearman.com |
| dkessler@ktmc.com | gabriel.delvirginia@verizon.net |
| dkozusko@willkie.com | gary.ravertpllc@gmail.com |

**LEHMAN BROTHERS HOLDINGS, INC. – Case No. 08-13555 (JMP)**
**Electronic Mail Master Service List**

| | |
|---|---|
| gavin.alexander@ropesgray.com | jeannette.boot@wilmerhale.com |
| gbray@milbank.com | jeff.wittig@united.com |
| gcacuci@law.nyc.gov | jeldredge@velaw.com |
| general@mklawnyc.com | jennifer.demarco@cliffordchance.com |
| ggitomer@mkbattorneys.com | jennifer.gore@shell.com |
| ggoodman@foley.com | jg5786@att.com |
| giddens@hugheshubbard.com | jgenovese@gjb-law.com |
| gkaden@goulstonstorrs.com | jguy@orrick.com |
| glenn.siegel@morganlewis.com | jhiggins@fdlaw.com |
| gmoss@riemerlaw.com | jhorgan@phxa.com |
| goldenberg@ssnylaw.com | jhuggett@margolisedelstein.com |
| gspilsbury@jsslaw.com | jim@atkinslawfirm.com |
| harrisjm@michigan.gov | jjureller@klestadt.com |
| harveystrickon@paulhastings.com | jlamar@maynardcooper.com |
| hbeltzer@chadbourne.com | jlawlor@wmd-law.com |
| heiser@chapman.com | jlee@foley.com |
| hmagaliff@r3mlaw.com | jlevitin@cahill.com |
| holsen@stroock.com | jlscott@reedsmith.com |
| hooper@sewkis.com | jmaddock@mcguirewoods.com |
| howard.hawkins@cwt.com | jmazermarino@msek.com |
| hseife@chadbourne.com | jmelko@gardere.com |
| hsnovikoff@wlrk.com | jmerva@fult.com |
| hsteel@brownrudnick.com | jmr@msf-law.com |
| irethy@stblaw.com | john.beck@hoganlovells.com |
| j.zelloe@stahlzelloe.com | john.goodchild@morganlewis.com |
| jacobsonn@sec.gov | john.monaghan@hklaw.com |
| james.berg@piblaw.com | john.mule@state.mn.us |
| james.mcclammy@dpw.com | jonathan.goldblatt@bnymellon.com |
| james.sprayregen@kirkland.com | jonathan.henes@kirkland.com |
| jamesboyajian@gmail.com | jorbach@hahnhessen.com |
| jamestecce@quinnemanuel.com | joseph.cordaro@usdoj.gov |
| jar@outtengolden.com | joshua.dorchak@morganlewis.com |
| jay.hurst@oag.state.tx.us | jowen769@yahoo.com |
| jay@kleinsolomon.com | joy.mathias@dubaiic.com |
| jbeemer@entwistle-law.com | jpintarelli@mofo.com |
| jbrody@americanmlg.com | jporter@entwistle-law.com |
| jcarberry@cl-law.com | jprol@lowenstein.com |
| jchristian@tobinlaw.com | jrabinowitz@rltlawfirm.com |
| jdoran@haslaw.com | jrapisardi@omm.com |
| jdwarner@warnerandscheuerman.com | jrosenthal@mhlawcorp.com |
| jdyas@halperinlaw.net | jrsmith@hunton.com |
| jean-david.barnea@usdoj.gov | jschiller@bsfllp.com |
| jeanites@whiteandwilliams.com | jschwartz@hahnhessen.com |

**LEHMAN BROTHERS HOLDINGS, INC. – Case No. 08-13555 (JMP)**
**Electronic Mail Master Service List**

jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
kelly.kleist@solidcounsel.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@laniadlerpartners.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com

leo.crowley@pillsburylaw.com
lgomez@msek.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.roitman@ropesgray.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
maryann.gagliardi@wilmerhale.com
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcolomar@diazreus.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com

**LEHMAN BROTHERS HOLDINGS, INC. – Case No. 08-13555 (JMP)**
**Electronic Mail Master Service List**

| | |
|---|---|
| mgordon@briggs.com | neil.herman@morganlewis.com |
| mgreger@allenmatkins.com | neilberger@teamtogut.com |
| mh1@mccallaraymer.com | ngueron@cgr-law.com |
| mhanin@kasowitz.com | nicholas.zalany@squirepb.com |
| mhopkins@cov.com | nissay_10259-0154@mhmjapan.com |
| michael.kelly@monarchlp.com | nlepore@schnader.com |
| michael.kraut@morganlewis.com | nlieberman@hsgllp.com |
| michael.mccrory@btlaw.com | notice@bkcylaw.com |
| michael.solow@apks.com | nyrobankruptcy@sec.gov |
| millee12@nationwide.com | otccorpactions@finra.org |
| miller@taftlaw.com | paronzon@milbank.com |
| mimi.m.wong@irscounsel.treas.gov | patrick.miller@faegrebd.com |
| mitchell.ayer@tklaw.com | pbattista@gjb-law.com |
| mitchell.berger@squirepb.com | pbosswick@ssbb.com |
| mjedelman@vedderprice.com | pdublin@akingump.com |
| mjr1@westchestergov.com | peisenberg@lockelord.com |
| mlahaie@akingump.com | peter.gilhuly@lw.com |
| mlandman@lcbf.com | peter.meisels@wilsonelser.com |
| mlichtenstein@crowell.com | peter.simmons@friedfrank.com |
| mlynch2@travelers.com | peter@bankrupt.com |
| mmorreale@us.mufg.jp | pfeldman@oshr.com |
| mneier@ibolaw.com | pfinkel@wilmingtontrust.com |
| monica.lawless@brookfieldproperties.com | phayden@mcguirewoods.com |
| mpackman@fisherbrothers.com | pmaxcy@sonnenschein.com |
| mparry@mosessinger.com | ppascuzzi@ffwplaw.com |
| mrosenthal@gibsondunn.com | psp@njlawfirm.com |
| mschimel@sju.edu | raj.madan@skadden.com |
| msegarra@mayerbrown.com | ramona.neal@hp.com |
| mshiner@tuckerlaw.com | rbeacher@pryorcashman.com |
| mshuster@hsgllp.com | rbernard@foley.com |
| msolow@kayescholer.com | rbyman@jenner.com |
| mspeiser@stroock.com | rdaversa@orrick.com |
| mstamer@akingump.com | relgidely@gjb-law.com |
| munno@sewkis.com | rfriedman@silvermanacampora.com |
| mvenditto@reedsmith.com | rgmason@wlrk.com |
| mwarner@coleschotz.com | rgoodman@moundcotton.com |
| mwarren@mtb.com | rgraham@whitecase.com |
| nathan.spatz@pillsburylaw.com | rhett.campbell@tklaw.com |
| nbinder@binderschwartz.com | richard.lear@hklaw.com |
| nbojar@fklaw.com | richard@rwmaplc.com |
| ncoco@mwe.com | rick.murphy@sutherland.com |
| neal.mann@oag.state.ny.us | rleek@hodgsonruss.com |
| ned.schodek@shearman.com | rmatzat@hahnhessen.com |

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (JMP)**
**Electronic Mail Master Service List**

| | |
|---|---|
| rnetzer@willkie.com | smulligan@bsblawyers.com |
| robert.honeywell@klgates.com | snewman@katskykorins.com |
| robert.malone@dbr.com | soneal@cgsh.com |
| robert.yalen@usdoj.gov | sory@fdlaw.com |
| robin.keller@lovells.com | squsba@stblaw.com |
| roger@rnagioff.com | sree@lcbf.com |
| rpedone@nixonpeabody.com | sschultz@akingump.com |
| rrainer@wmd-law.com | sselbst@herrick.com |
| rroupinian@outtengolden.com | sstarr@starrandstarr.com |
| russj4478@aol.com | stephen.cowan@dlapiper.com |
| ryaspan@yaspanlaw.com | stephen.hessler@kirkland.com |
| sabin.willett@morganlewis.com | steve.ginther@dor.mo.gov |
| sabramowitz@velaw.com | steven.usdin@flastergreenberg.com |
| sabvanrooy@hotmail.com | streusand@slollp.com |
| sally.henry@skadden.com | susheelkirpalani@quinnemanuel.com |
| scargill@lowenstein.com | swolowitz@mayerbrown.com |
| schager@ssnylaw.com | szuber@csglaw.com |
| schannej@pepperlaw.com | szuch@wiggin.com |
| schepis@pursuitpartners.com | tannweiler@greerherz.com |
| schnabel.eric@dorsey.com | tbrock@ssbb.com |
| schristianson@buchalter.com | tdewey@dpklaw.com |
| scott.golden@hoganlovells.com | tgoren@mofo.com |
| scottj@sullcrom.com | tgrinsell@hsgllp.com |
| scottshelley@quinnemanuel.com | thenderson@americanmlg.com |
| scousins@armstrongteasdale.com | thomas.califano@dlapiper.com |
| sdnyecf@dor.mo.gov | timothy.harkness@freshfields.com |
| sehlers@armstrongteasdale.com | tkiriakos@mayerbrown.com |
| sfalanga@thewalshfirm.com | tlauria@whitecase.com |
| sfineman@lchb.com | tmacwright@whitecase.com |
| sfox@mcguirewoods.com | tmm@mullaw.org |
| sgordon@cahill.com | tnixon@gklaw.com |
| sgraziano@blbglaw.com | toby.r.rosenberg@irscounsel.treas.gov |
| sgubner@ebg-law.com | tomwelsh@orrick.com |
| sharbeck@sipc.org | tsalter@blankrome.com |
| shari.leventhal@ny.frb.org | tslome@msek.com |
| shgross5@yahoo.com | tunrad@burnslev.com |
| skatona@polsinelli.com | uitkin@kasowitz.com |
| sldreyfuss@hlgslaw.com | vguldi@zuckerman.com |
| sleo@bm.net | villa@slollp.com |
| slerman@ebglaw.com | vmilione@nixonpeabody.com |
| slerner@ssd.com | vrubinstein@loeb.com |
| sloden@diamondmccarthy.com | wanda.goodloe@cbre.com |
| smillman@stroock.com | wbenzija@halperinlaw.net |

**LEHMAN BROTHERS HOLDINGS, INC. – Case No. 08-13555 (JMP)**
**Electronic Mail Master Service List**

wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@beckerglynn.com
wtaylor@mccarter.com
yuwatoko@mofo.com