**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :   08-13555 (JMP)
                                                               :
                Debtors.                                       :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x   Ref. Docket No. 59600
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 29, 2019, I caused to be served the "February 2019 Post-Effective Operating Report," dated March 29, 2019 [Docket No. 59600], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the parties listed in the annexed Exhibit A,

   b. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties listed in the annexed Exhibit B, and

   c. delivered via electronic mail to those parties listed in the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
2nd day of April, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (JMP)
Overnight Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (JMP)
FCM Additional Parties

JAY HURST, ASSISTANT ATTORNEY GENERAL
(COUNSEL TO THE COMPTROLLER OF PUBLIC ACCOUNTS OF
THE STATE OF TEXAS)
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548

WIGGIN AND DANA LLP
ATTN: SHARYN B. ZUCH
(COUNSEL TO HOTCHKISS SCHOOL)
185 ASYLUM STREET
HARTFORD, CT 06103-3402

# EXHIBIT C

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (JMP)**
**Electronic Mail Master Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcy@ntexas-attorneys.com |
| aalfonso@willkie.com | bankruptcymatters@us.nomura.com |
| abeaumont@fklaw.com | barbra.parlin@hklaw.com |
| abraunstein@riemerlaw.com | bbisignani@postschell.com |
| acaton@kramerlevin.com | bcarlson@co.sanmateo.ca.us |
| adarwin@nixonpeabody.com | bdemay@hsgllp.com |
| adiamond@diamondmccarthy.com | bdk@schlamstone.com |
| adk@msf-law.com | benjamin.mintz@apks.com |
| aentwistle@entwistle-law.com | bguiney@pbwt.com |
| aglenn@kasowitz.com | bmiller@mofo.com |
| agold@herrick.com | boneill@kramerlevin.com |
| aisenberg@saul.com | brosenblum@jonesday.com |
| akadish@dtlawgroup.com | brotenberg@wolffsamson.com |
| akolod@mosessinger.com | broy@rltlawfirm.com |
| alexander.lorenzo@alston.com | bruce.wright@sutherland.com |
| allison.holubis@wilsonelser.com | bsellier@rlrpclaw.com |
| alum@ftportfolios.com | bstrickland@wtplaw.com |
| amartin@sheppardmullin.com | btrust@mayerbrown.com |
| amcmullen@boultcummings.com | bturk@tishmanspeyer.com |
| amh@amhandlerlaw.com | bwolfe@sheppardmullin.com |
| andrew.lourie@kobrekim.com | cahn@clm.com |
| andrewtenzer@paulhastings.com | canelas@pursuitpartners.com |
| angelich.george@arentfox.com | cbelisle@wfw.com |
| angie.owens@skadden.com | cbelmonte@ssbb.com |
| anthony_boccanfuso@aporter.com | cdesiderio@nixonpeabody.com |
| aostrow@beckerglynn.com | cfarley@mccarter.com |
| appleby@chapman.com | cgoldstein@stcwlaw.com |
| aquale@sidley.com | chad.husnick@kirkland.com |
| arainone@bracheichler.com | chammerman@paulweiss.com |
| arancier@offitkurman.com | charles@filardi-law.com |
| arosenblatt@chadbourne.com | charles_malloy@aporter.com |
| arthur.rosenberg@hklaw.com | chemrick@thewalshfirm.com |
| arwolf@wlrk.com | chipford@parkerpoe.com |
| aschwartz@homerbonner.com | chris.donoho@hoganlovells.com |
| aseuffert@lawpost-nyc.com | christopher.greco@kirkland.com |
| ashmead@sewkis.com | claude.montgomery@dentons.com |
| asnow@ssbb.com | clynch@reedsmith.com |
| asomers@rctlegal.com | cohen@sewkis.com |
| aunger@sidley.com | cp@stevenslee.com |
| austin.bankruptcy@publicans.com | cpappas@dilworthlaw.com |
| avenes@whitecase.com | cparyse@contrariancapital.com |
| bankruptcy@goodwin.com | craig.goldblatt@wilmerhale.com |
| bankruptcy@morrisoncohen.com | craigjustinalbert@gmail.com |

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (JMP)**
**Electronic Mail Master Service List**

| | |
|---|---|
| crmomjian@attorneygeneral.gov | dlipke@vedderprice.com |
| csalomon@beckerglynn.com | dmark@kasowitz.com |
| cschreiber@winston.com | dmcguire@winston.com |
| cshore@whitecase.com | dmiller@steinlubin.com |
| cszyfer@stroock.com | dmurray@jenner.com |
| cwalsh@mayerbrown.com | dneier@winston.com |
| cward@polsinelli.com | dodonnell@milbank.com |
| cweiss@ingramllp.com | dpegno@dpklaw.com |
| dallas.bankruptcy@publicans.com | drosenzweig@fulbright.com |
| dave.davis@isgria.com | drosner@goulstonstorrs.com |
| david.bennett@tklaw.com | drosner@kasowitz.com |
| david.livshiz@freshfields.com | dshaffer@wtplaw.com |
| david.powlen@btlaw.com | dspelfogel@foley.com |
| david.tillem@wilsonelser.com | dsullivan@hsgllp.com |
| david.wender@alston.com | dtheising@harrisonmoberly.com |
| davids@blbglaw.com | dwdykhouse@pbwt.com |
| davidwheeler@mvalaw.com | dworkman@bakerlaw.com |
| dbarber@bsblawyers.com | ebcalvo@pbfcm.com |
| dbaumstein@whitecase.com | ecohen@russellinvestments.com |
| dbesikof@loeb.com | edelucia@hsgllp.com |
| dblack@hsgllp.com | edward.flanders@pillsburylaw.com |
| dcimo@gjb-law.com | efisher@binderschwartz.com |
| dcoffino@cov.com | efleck@milbank.com |
| dcrapo@gibbonslaw.com | efriedman@fklaw.com |
| ddavis@paulweiss.com | efriedman@friedmanspring.com |
| ddunne@milbank.com | ekbergc@lanepowell.com |
| deggermann@kramerlevin.com | eleicht@whitecase.com |
| deggert@freebornpeters.com | ellen.halstead@cwt.com |
| demetra.liggins@tklaw.com | emagnelli@bracheichler.com |
| dennis.tracey@hoganlovells.com | emerberg@mayerbrown.com |
| dfelder@orrick.com | enkaplan@kaplanlandau.com |
| dflanigan@polsinelli.com | eobrien@sbchlaw.com |
| dgoldberg@hsgllp.com | etillinghast@sheppardmullin.com |
| dhayes@mcguirewoods.com | eweinick@otterbourg.com |
| dhealy@hsgllp.com | ezujkowski@emmetmarvin.com |
| dheffer@foley.com | farrington.yates@kobrekim.com |
| dhurst@coleschotz.com | fcarruzzo@kramerlevin.com |
| dhw@dhclegal.com | ffm@bostonbusinesslaw.com |
| diconzam@gtlaw.com | fhyman@mayerbrown.com |
| djcarragher@daypitney.com | foont@foontlaw.com |
| djoseph@stradley.com | fsosnick@shearman.com |
| dkessler@ktmc.com | gabriel.delvirginia@verizon.net |
| dkozusko@willkie.com | gary.ravertpllc@gmail.com |

**LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (JMP)**
**Electronic Mail Master Service List**

| | |
|---|---|
| gavin.alexander@ropesgray.com | jeannette.boot@wilmerhale.com |
| gbray@milbank.com | jeff.wittig@united.com |
| gcacuci@law.nyc.gov | jeldredge@velaw.com |
| general@mklawnyc.com | jennifer.demarco@cliffordchance.com |
| ggitomer@mkbattorneys.com | jennifer.gore@shell.com |
| ggoodman@foley.com | jg5786@att.com |
| giddens@hugheshubbard.com | jgenovese@gjb-law.com |
| gkaden@goulstonstorrs.com | jguy@orrick.com |
| glenn.siegel@morganlewis.com | jhiggins@fdlaw.com |
| gmoss@riemerlaw.com | jhorgan@phxa.com |
| goldenberg@ssnylaw.com | jhuggett@margolisedelstein.com |
| gspilsbury@jsslaw.com | jim@atkinslawfirm.com |
| harrisjm@michigan.gov | jjureller@klestadt.com |
| harveystrickon@paulhastings.com | jlamar@maynardcooper.com |
| hbeltzer@chadbourne.com | jlawlor@wmd-law.com |
| heiser@chapman.com | jlee@foley.com |
| hmagaliff@r3mlaw.com | jlevitin@cahill.com |
| holsen@stroock.com | jlscott@reedsmith.com |
| hooper@sewkis.com | jmaddock@mcguirewoods.com |
| howard.hawkins@cwt.com | jmazermarino@msek.com |
| hseife@chadbourne.com | jmelko@gardere.com |
| hsnovikoff@wlrk.com | jmerva@fult.com |
| hsteel@brownrudnick.com | jmr@msf-law.com |
| irethy@stblaw.com | john.beck@hoganlovells.com |
| j.zelloe@stahlzelloe.com | john.goodchild@morganlewis.com |
| jacobsonn@sec.gov | john.monaghan@hklaw.com |
| james.berg@piblaw.com | john.mule@state.mn.us |
| james.mcclammy@dpw.com | jonathan.goldblatt@bnymellon.com |
| james.sprayregen@kirkland.com | jonathan.henes@kirkland.com |
| jamesboyajian@gmail.com | jorbach@hahnhessen.com |
| jamestecce@quinnemanuel.com | joseph.cordaro@usdoj.gov |
| jar@outtengolden.com | joshua.dorchak@morganlewis.com |
| jay.hurst@oag.state.tx.us | jowen769@yahoo.com |
| jay@kleinsolomon.com | joy.mathias@dubaiic.com |
| jbeemer@entwistle-law.com | jpintarelli@mofo.com |
| jbrody@americanmlg.com | jporter@entwistle-law.com |
| jcarberry@cl-law.com | jprol@lowenstein.com |
| jchristian@tobinlaw.com | jrabinowitz@rltlawfirm.com |
| jdoran@haslaw.com | jrapisardi@omm.com |
| jdwarner@warnerandscheuerman.com | jrosenthal@mhlawcorp.com |
| jdyas@halperinlaw.net | jrsmith@hunton.com |
| jean-david.barnea@usdoj.gov | jschiller@bsfllp.com |
| jeanites@whiteandwilliams.com | jschwartz@hahnhessen.com |

**LEHMAN BROTHERS HOLDINGS, INC. – Case No. 08-13555 (JMP)**
**Electronic Mail Master Service List**

jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
kelly.kleist@solidcounsel.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@laniadlerpartners.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com

leo.crowley@pillsburylaw.com
lgomez@msek.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.roitman@ropesgray.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
maryann.gagliardi@wilmerhale.com
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcolomar@diazreus.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com

**LEHMAN BROTHERS HOLDINGS, INC. – Case No. 08-13555 (JMP)**
**Electronic Mail Master Service List**

| | |
|---|---|
| mgordon@briggs.com | neil.herman@morganlewis.com |
| mgreger@allenmatkins.com | neilberger@teamtogut.com |
| mh1@mccallaraymer.com | ngueron@cgr-law.com |
| mhanin@kasowitz.com | nicholas.zalany@squirepb.com |
| mhopkins@cov.com | nissay_10259-0154@mhmjapan.com |
| michael.kelly@monarchlp.com | nlepore@schnader.com |
| michael.kraut@morganlewis.com | nlieberman@hsgllp.com |
| michael.mccrory@btlaw.com | notice@bkcylaw.com |
| michael.solow@apks.com | nyrobankruptcy@sec.gov |
| millee12@nationwide.com | otccorpactions@finra.org |
| miller@taftlaw.com | paronzon@milbank.com |
| mimi.m.wong@irscounsel.treas.gov | patrick.miller@faegrebd.com |
| mitchell.ayer@tklaw.com | pbattista@gjb-law.com |
| mitchell.berger@squirepb.com | pbosswick@ssbb.com |
| mjedelman@vedderprice.com | pdublin@akingump.com |
| mjr1@westchestergov.com | peisenberg@lockelord.com |
| mlahaie@akingump.com | peter.gilhuly@lw.com |
| mlandman@lcbf.com | peter.meisels@wilsonelser.com |
| mlichtenstein@crowell.com | peter.simmons@friedfrank.com |
| mlynch2@travelers.com | peter@bankrupt.com |
| mmorreale@us.mufg.jp | pfeldman@oshr.com |
| mneier@ibolaw.com | pfinkel@wilmingtontrust.com |
| monica.lawless@brookfieldproperties.com | phayden@mcguirewoods.com |
| mpackman@fisherbrothers.com | pmaxcy@sonnenschein.com |
| mparry@mosessinger.com | ppascuzzi@ffwplaw.com |
| mrosenthal@gibsondunn.com | psp@njlawfirm.com |
| mschimel@sju.edu | raj.madan@skadden.com |
| msegarra@mayerbrown.com | ramona.neal@hp.com |
| mshiner@tuckerlaw.com | rbeacher@pryorcashman.com |
| mshuster@hsgllp.com | rbernard@foley.com |
| msolow@kayescholer.com | rbyman@jenner.com |
| mspeiser@stroock.com | rdaversa@orrick.com |
| mstamer@akingump.com | relgidely@gjb-law.com |
| munno@sewkis.com | rfriedman@silvermanacampora.com |
| mvenditto@reedsmith.com | rgmason@wlrk.com |
| mwarner@coleschotz.com | rgoodman@moundcotton.com |
| mwarren@mtb.com | rgraham@whitecase.com |
| nathan.spatz@pillsburylaw.com | rhett.campbell@tklaw.com |
| nbinder@binderschwartz.com | richard.lear@hklaw.com |
| nbojar@fklaw.com | richard@rwmaplc.com |
| ncoco@mwe.com | rick.murphy@sutherland.com |
| neal.mann@oag.state.ny.us | rleek@hodgsonruss.com |
| ned.schodek@shearman.com | rmatzat@hahnhessen.com |

**LEHMAN BROTHERS HOLDINGS, INC. – Case No. 08-13555 (JMP)
Electronic Mail Master Service List**

| | |
|---|---|
| rnetzer@willkie.com | smulligan@bsblawyers.com |
| robert.honeywell@klgates.com | snewman@katskykorins.com |
| robert.malone@dbr.com | soneal@cgsh.com |
| robert.yalen@usdoj.gov | sory@fdlaw.com |
| robin.keller@lovells.com | squsba@stblaw.com |
| roger@rnagioff.com | sree@lcbf.com |
| rpedone@nixonpeabody.com | sschultz@akingump.com |
| rrainer@wmd-law.com | sselbst@herrick.com |
| rroupinian@outtengolden.com | sstarr@starrandstarr.com |
| russj4478@aol.com | stephen.cowan@dlapiper.com |
| ryaspan@yaspanlaw.com | stephen.hessler@kirkland.com |
| sabin.willett@morganlewis.com | steve.ginther@dor.mo.gov |
| sabramowitz@velaw.com | steven.usdin@flastergreenberg.com |
| sabvanrooy@hotmail.com | streusand@slollp.com |
| sally.henry@skadden.com | susheelkirpalani@quinnemanuel.com |
| scargill@lowenstein.com | swolowitz@mayerbrown.com |
| schager@ssnylaw.com | szuber@csglaw.com |
| schannej@pepperlaw.com | szuch@wiggin.com |
| schepis@pursuitpartners.com | tannweiler@greerherz.com |
| schnabel.eric@dorsey.com | tbrock@ssbb.com |
| schristianson@buchalter.com | tdewey@dpklaw.com |
| scott.golden@hoganlovells.com | tgoren@mofo.com |
| scottj@sullcrom.com | tgrinsell@hsgllp.com |
| scottshelley@quinnemanuel.com | thenderson@americanmlg.com |
| scousins@armstrongteasdale.com | thomas.califano@dlapiper.com |
| sdnyecf@dor.mo.gov | timothy.harkness@freshfields.com |
| sehlers@armstrongteasdale.com | tkiriakos@mayerbrown.com |
| sfalanga@thewalshfirm.com | tlauria@whitecase.com |
| sfineman@lchb.com | tmacwright@whitecase.com |
| sfox@mcguirewoods.com | tmm@mullaw.org |
| sgordon@cahill.com | tnixon@gklaw.com |
| sgraziano@blbglaw.com | toby.r.rosenberg@irscounsel.treas.gov |
| sgubner@ebg-law.com | tomwelsh@orrick.com |
| sharbeck@sipc.org | tsalter@blankrome.com |
| shari.leventhal@ny.frb.org | tslome@msek.com |
| shgross5@yahoo.com | tunrad@burnslev.com |
| skatona@polsinelli.com | uitkin@kasowitz.com |
| sldreyfuss@hlgslaw.com | vguldi@zuckerman.com |
| sleo@bm.net | villa@slollp.com |
| slerman@ebglaw.com | vmilione@nixonpeabody.com |
| slerner@ssd.com | vrubinstein@loeb.com |
| sloden@diamondmccarthy.com | wanda.goodloe@cbre.com |
| smillman@stroock.com | wbenzija@halperinlaw.net |

**LEHMAN BROTHERS HOLDINGS, INC. – Case No. 08-13555 (JMP)**
**Electronic Mail Master Service List**

wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@beckerglynn.com
wtaylor@mccarter.com
yuwatoko@mofo.com