# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings, Inc., et al.,

      Debtors

Case No. 08-13555

Jointly administered

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

    CLAIMS HAVE BEEN FILED IN THIS CASE. Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

The Estelle Peabody
Memorial Home, Inc.
    Name of Transferee

Wilmington Trust, N.A.
    Name of Transferor

Name and address where notices to
transferee should be sent:

Court Claim #s:  22306 & 26178

The Estelle Peabody Memorial Home, Inc.
Attn: Finance Dept.
400 W. 7th Street
North Manchester, IN 46962
Phone: 260-982-0834

Name and Address where payments to transferee
should be sent:

The Estelle Peabody Memorial Home, Inc.
Attn: Finance Dept.
400 W. 7th Street
North Manchester, IN 46962



    I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
    Tod Topliff, CFO

Date: _2-13-19_

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571.

M:\jcook\Bankruptcy\Peabody Retirement Comm\Lehman Brothers\Transfer of Claim other than for Security.docx

## EVIDENCE OF TRANSFER OF CLAIMS

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Wilmington Trust, N.A. ("Wilmington") hereby certifies that it has unconditionally transferred and assigned to The Estelle Peabody Memorial Home, Inc. ("Peabody") proofs of claim #22306 and #26178 filed in the bankruptcy case of Lehman Brothers Holdings, Inc., et al., Case No. 08-13555, pending in the United States Bankruptcy Court for the Southern District of New York.

Wilmington hereby waives any objection to the transfer of the claims to Peabody on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure).

Wilmington acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Wilmington transferring to Peabody the foregoing claims, recognizing Peabody as the sole owner and holder of the claims, directing that all payments or distributions of money or property in respect of the claims be delivered or made to Peabody.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS is executed this _____ day of _____, 2019.

WILMINGTON TRUST, N.A.

By: _____

Name: JAY SMITH

Title: VICE PRESIDENT

THE ESTELLE PEABODY MEMORIAL HOME, INC.

By: _____
Tod Topliff, CFO



March 22, 2019

United States Bankruptcy Court
Southern District of New York
Manhattan Division
Attn: Clerk's Office
One Bowling Green
New York, NY  10004-1408

      Re:  In re: Lehman Brothers Holdings, Inc. et al.
         Case No. 08-13555

Dear Clerk:

  Enclosed are the original and two (2) copies of our Transfer of Claims #22306 and 26178.

  Please return a file marked copy of the enclosed to me in the enclosed, stamped, self-addressed envelope, and advise if anything else is required to effectuate these transfers.

  Thank you for your attention to this matter.

        Sincerely,

        Todd Topliff, CFO



M:\dswan\Peabody Retirement Community\3-20-2019 LT Bankruptcy Clerk.docx

260-982-8616  ♦  800-545-6220
400 West Seventh Street ♦ North Manchester, Indiana 46962 ♦ www.peabodyrc.org ♦ *fax* 260-982-8657

CELEBRATING THE AGELESS SPIRIT

Managed by ✿ Life Care Services