FILED / RECEIVED
FEB 25 2019
EPIQ

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **Lehman Brothers Holdings Inc**   Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**MIFCOR**
Name of Transferee

**Garland Business**
Name of Transferor

Name and Address where notices to transferee should be sent: **4 Chemin Du Port Noir Geneva 1207 Switzerland**

Court Claim # (if known): **12561.00**
Amount of Claim: **$ 1,250,000**
Date Claim Filed: _____

Phone: **(646) 704-0034**
Last Four Digits of Acct #: _____

Phone: **(646) 704-0034**
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____   Date: **2/21/19**
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED
APR 01 2019
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK