FILED / RECEIVED

MAR 0 8 2019

EPIQ

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _Lehman Brothers Holdings, Inc_    Case No. _08-13555_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Mr. J.P. Jansen; Mrs. C.B. Jansen-Dwarswaard_                _Intervien Beheer B.V._
Name of Transferee                                                              Name of Transferor

Name and Address where notices to transferee should be sent:

_Binnenduin 16_
_4328 HL Burgh-Haamstede, Netherlands_
Phone: _0031116506 92_
Last Four Digits of Acct #: _7301_

Court Claim # (if known): _61693_
Amount of Claim: _$72,530.66_
Date Claim Filed: _August 24, 2011_

Phone: _0031 6 2905 4085_
Last Four Digits of Acct. #: _8981_

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _CB /signature/_    Date: _March 7, 2019._
    Transferee/Transferee's Agent

_Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571._