Form 210A (10/06)

# United States Bankruptcy Court

Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Rahn+Bodmer Co.
**Name of Transferee**

Julius Bär & Co. Ltd.
**Name of Transferor**

Name and Address where notices to transferee should be sent:

Rahn+Bodmer Co.
attn. of Enrico Nussio
Postfach
8022 Zurich
Switzerland

Phone: +41 44 632 14 32
Last Four Digits of Acct #: 1985

Court Claim # (if known): 58786-06
Date Claim Filed: 10/30/2009
Amount of Claim: 2
Portion of Claim Transferred (see Schedule I): _____

Phone: +41 58 886 22 45
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: 25-March-2019
Transferee/Transferee's Agent
Rahn+Bodmer Co.

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



FILED / RECEIVED
MAR 28 2019
EPIQ

RECEIVED
APR 01 2019
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Rahn & Bodmer Co.** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **58786**) in 20'000 units related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 25 March 2019

**Bank Julius Baer & Co. Ltd.**

Marc Blum
Executive Director

Fabian Burckhardt
Executive Director

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Units |
|---|---|---|---|---|
| ANN521338783 | 58786-06 | 30 October 2009 | LEHMAN BROTHERS SECURITIES CO. NV | 2 |
| | | | | |

**Rahn+Bodmer**
BANQUIERS SEIT 1750

Rahn+Bodmer Co.
Talstrasse 15
8022 Zürich
Telefon +41 44 639 11 11
www.rahnbodmer.ch

US Bankruptcy Court/Southern District of NY
c/o EPIQ Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 third Avenue, 3rd floor
New York, NY 10017
USA

Zurich, March 25, 2019
CPA-enu

**Lehman Brothers Securities NV – Partial Transfer of Claim (Proof of Claim No. 58786-06)**

Dear Sir or Madam

Please find enclosed the completed and signed forms regarding a claim transfer.

In case you should need any further clarifications please do not hesitate to contact us.

Yours sincerely
Rahn+Bodmer Co.

Enrico Nussio          Edgar Kühne

Form 210A (10/06)
Evidence of Transfer of Claim



| | |
|---|---|
| Con No. **507193905** | Service **Express** Option |
| Piece **1 of 1** | Weight **0.50 kg** |
| Customer Reference | Origin **ZRH** Pickup Date 2019-03-26 |
| Account No 501452276 | Routing **BSL LGG-1 MEM** |
| Sender Address +41446391555 Rahn & Bodmer Co. Talstrasse 15 CH / ZUERICH 8022 | |
| Delivery Address Lehman Brothers Hold. +2126682870 US Bankruptcy Court/Southern District of NY, c/o EPIQ Bankruptcy Solutions, LLC 757 third Avenue, 3rd floor US / New York 10017 | Sort **LGG** |
| Postcode / Cluster Code **10017** | Dest Depot **NYC-28** |



FILED / RECEIVED
MAR 2 8 2019
EPIQ

11005071939050104852240100017