**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:    Lehman Brothers Holdings Inc.         Case No.: 08-13555 (JMP)
                                                 Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**VonWin Capital Management, L.P.** | Name of Transferor:<br>**The Hongkong and Shanghai Banking Corporation Limited– Private Banking Division** |
|---|---|
| Notices to Transferee should be sent to:<br>VonWin Capital Management, L.P.<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 11016<br>(212) 889-1601<br>Attn: Charmaine Wilson<br>cw@vonwincapital.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>Level 13 and 14<br>1 Queen's Road Central<br>Hong Kong |
| Amount of Claim Being Transferred:<br>See Schedule 1 | |
| **Court Claim No. (if known): 56669** | |
| Date Claim Filed: October 28, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief

By: _____                    Date: April 3, 2019
Roger Von Spiegel, managing member of
VonWin Capital, LLC, the general partner
of VonWin Capital Management, L.P.
VonWin Capital Management, L.P.
261 Fifth Avenue, 22nd Floor
New York, NY 10016

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Schedule 1

## Transferred Claims

| ISIN/CUSIP | Court Claim # | Date Claim Filed | Issuer | CCY | Currency and nominal amounts or Units |
|---|---|---|---|---|---|
| XS0304565723 | 56669 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | USD | 200,000.00 |
| XS0296545576 | 56669 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | GBP | 150,000.00 |
| XS0297515446 | 56669 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | USD | 300,000.00 |
| XS0322498923 | 56669 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | HKD | 1,000,000.00 |

RESTRICTED