B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*,　　　Case No. 08-13555
　　　　　Debtors.　　　　　　　　　　　　　　　　　(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Warbler Run I, LLC**　　　　　　　　　　**Seaport Loan Products LLC**
Name of Transferee　　　　　　　　　　　Name of Transferor

Name and Address where notices to　　　Court Claim # (if known): 58612
transferee should be sent:

Warbler Run I, LLC
c/o Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808　　　　　　　　　Total Amount of Claim Transferred:
Email: ops@warblerrun.com　　　　　　　USD $2694306558.21

Name and Address where transferee payments　Date Claim Filed: October 30, 2009
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ____/s/_____　　　　Date: 04/10/2019
　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form of Evidence of Transfer

To: United States Bankruptcy Court, Southern District of New York; and
Seaport Loan Products LLC

From: Warbler Run I, LLC, as Transferee

Date: April 1, 2019

<u>In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) (Jointly Administered)</u>

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a) under **Claim No: 58612** filed in the aggregate amount of US$34,548,000,000 (the "Claim"). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Federal Rules Bankruptcy Procedure of the partial transfer, other than for security, of the Claim in the amount of **US$2,694,306,558.21** (the Transferred Amount of the Claim) to Transferee.

<u>Seaport Loan Products LLC</u>
(Name of Transferor)

<u>Warbler Run I, LLC</u>
(Name of Transferee)

<u>Name and Address where notices
to Transferee should be sent</u>:

Warbler Run I, LLC
c/o Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808
Email: ops@warblerrun.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SEAPORT LOAN PRODUCTS LLC

By: _____
Name: Jonathan Silverman
Title: General Counsel

WARBLER RUN I, LLC

By: _____
Name: S. Lefkowitz
Title: Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

Exhibit D – Downstream Assignment Agreement