# EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")

AND TO: Lehman Brothers Special Financing Inc. ("Debtor"), Case No. 08-13888 (SCC)
In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 27008.00

DSK Hyp AG (formerly SEB AG) ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that Seller has unconditionally and irrevocably sold, transferred, and assigned to:

> **Cerato Partners GmbH**
> Am Dorfanger 12
> D-12529 Schönefeld
> Germany
> Attn:  Fritz Obermüller
> Tel:   +49 30-505615-55
> Fax:   +49 30-505615-66
> email: fobermueller@cerato.de

its successors and assigns ("Buyer"), all rights, title, and interest in and to all claims asserted in Proof of Claim Number 27008.00 ("Claim") against the Debtor (Case No. 08-13888) in the Bankruptcy Court.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of __03.04__, 2019.

DSK Hyp AG (formerly SEB AG)

By: _____
Name: Christian Töllner | Uwe Müller
Title: Proxy holders with power to joint representation

Acknowledged and Agreed:
Cerato Partners GmbH

By: _____
Name: Fritz Obermüller
Title: Managing Partner & Founder

B2100A (Form 2100A) (12/15)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Special Financing Inc.   Case No. 08-13888 (SCC)
In re Lehman Brothers Holdings Inc., *et al.*   Case No. 08-13555 (SCC)
                                                          (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Cerato Partners GmbH</u>                            <u>DSK Hyp AG (formerly SEB AG)</u>
  Name of Transferee                                     Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim No.: 27008.00 (Case No. 08-13888)
Amount of Claim: $195,446.03
Date Claim Filed: September 22, 2009
Phone: +49 (69) 25 86 176

Cerato Partners GmbH
Am Dorfanger 12
D-12529 Schönefeld
Germany
Attn:   Fritz Obermüller
Tel:    +49 30-505615-55
Fax:    +49 30-505615-66
email:  fobermueller@cerato.de

Name and address where transferee payments should
be sent (if different from above): same as above.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 3.04.2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571