**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Lehman Brothers Holdings Inc.               CASE NO.: 08–13555–scc

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 11
13–3216325

---

# NOTICE OF HEARING

Please take notice that a hearing has been scheduled for May 30, 2019 at 11:00 a.m. in courtroom 623 on the following Motion:

Doc #59614 Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions filed by Rex Wu

Thank you

Dated: April 22, 2019                               Vito Genna
                                                    Clerk of the Court