# Notice Recipients

District/Off: 0208−1  User:  Date Created: 4/22/2019
Case: 08−13555−scc  Form ID: 143  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr    Rex Wu    6315 N Campbell    Chicago, IL 60659

TOTAL: 1