EXECUTION COPY

**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 |
| LEHMAN BROTHERS | Chapter 11 |
| HOLDINGS, INC., et al., | Jointly Administered |
| Debtors | |

**NOTICE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $369,567,098.00 of or an undivided 38.813% ownership interest in the claim set forth below (the "Transferred Claim"), of SOLUS MAGA TRUST ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $369,567,098.00 | 58233 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $369,567,098.00 of or an undivided 38.813% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNEE: **CITIGROUP FINANCIAL PRODUCTS INC.** | ASSIGNOR: **SOLUS MAGA TRUST** |
|---|---|
| Address:    390 Greenwich Street, 4th Floor New York, NY 10013 | By: Solus Alternative Asset Management LP, not in its individual capacity but solely as Administrator under the Trust Agreement |
| _DocuSigned by:_ *BS BL* —4D05618B5CD9437... | Address:    410 Park Avenue – 11th Floor New York, NY 10022 |
| Signature: _____ | |
| Name: _____ | Signature: _____ |
| Title: Brian S. Broyles - Authorized Signatory | Name:    Gordon J. Yeager |
| Date: _____ | Title:    Executive Vice President |
| | Date: _____ |

-16-

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

   **SOLUS MAGA Trust** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Citigroup Financial Products Inc.**, its successors and assigns ("Buyer"), a **100%** interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc**. (Claim No.: **58233**) in the amount of $369,567,098 (the "Claim"), in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC)

   Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

   IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of April 19, 2019.

CITIGROUP FINANCIAL PRODUCTS INC.

DocuSigned by:

*B8 BL*

4D05618B5CD9437...

By:    _____
Name:
Title:    Brian S. Broyles - Authorized Signatory