James W. Brody
Ryan F. Thomas
Robert Peter Weiss
Kate E. Manka
Ingrid K. Petersen
JOHNSTON THOMAS, Attorneys at Law, PC
1400 N. Dutton Avenue, Suite 21
Santa Rosa, CA 95401
Telephone: (707) 545-6542
Facsimile (707) 545-1522
Email:  jbrody@johnstonthomas.com
        rthomas@johnstonthomas.com
        rweiss@johnstonthomas.com
        kmanka@johnstonthomas.com
        ipertersen@johnstonthomas.com
*Counsel for Commerce Home Mortgage, LLC.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.<br>08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>1ST ADVANTAGE MORTGAGE, L.L.C. *et al.*,<br><br>Defendants. | Adversary Proceeding<br>No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against –<br><br>COMMERCE HOME MORTGAGE, LLC.<br><br>Defendant. | Adversary Proceeding<br>No. 18-01823 (SCC)<br>& No. 16-01376 (SCC) |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel for Defendant COMMERCE HOME MORTGAGE, LLC, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile numbers set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex or otherwise which affects the Debtors or the property of the estate.

Dated: April 23, 2019
      Santa Rosa, California

JOHNSTON THOMAS, Attorneys at Law, PC
Attorneys for Defendant *COMMERCE HOME MORTGAGE, LLC.*

By: __/s/ James W. Brody__
James W. Brody, CSB No. 212967
Ryan F. Thomas, CSB No. 230491
Robert Peter Weiss, CSB No. 118842
Kate E. Manka, CSB No. 180651
Ingrid K. Petersen, CSB No. 258522
1400 N. Dutton Avenue, Suite 21
Santa Rosa, CA 95401
Telephone: (707) 545-6542
Facsimile (707) 545-1522
jbrody@johnstonthomas.com
rthomas@johnstonthomas.com
rweiss@johnstonthomas.com