UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rex Wu,<br><br>    vs.<br><br>Lehman Brothers Holdings INC.,<br><br>et al,<br><br>Debtors. | ) Case No.: 08-13555 (SCC)<br>)<br>) (Jointly Administered)<br>)<br>)<br>)<br>) Ref. Docket No. 59614<br>)<br>) |

## PROOF OF SERVICE

On April 11th, 2019, I caused to be served the "NOTICE OF MOTION FOR AN ORDER ENFORCING THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS FOR PURPOSES OF DISTRIBUTIONS," to which was attached the "NOTICE OF MOTION FOR AN ORDER ENFORCING THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS FOR PURPOSES OF DISTRIBUTIONS," Docket No. 59614, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via certified mail to Attention: Kristine Dickson and Matthew Cantor, c/o Lehman Brothers Holdings Inc., 277 Park Avenue, 46th floor, New York, New York 10172. **(EXHIBIT A)**

_____

Rex Wu

Pro Se

April 17th, 2019



1 of 5



# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 70181130000035946095                                Remove ✕

Your item was delivered to an individual at the address at 5:23 pm on April 16, 2019 in NEW YORK, NY 10017.

## ✓ Delivered

April 16, 2019 at 5:23 pm
Delivered, Left with Individual
NEW YORK, NY 10017

Get Updates ⌄

---

Text & Email Updates                                                  ⌄

---

Tracking History                                                      ⌃

April 16, 2019, 5:23 pm
Delivered, Left with Individual
NEW YORK, NY 10017
Your item was delivered to an individual at the address at 5:23 pm on April 16, 2019 in NEW YORK, NY 10017.

April 15, 2019, 6:20 pm
Delivery Attempted - No Access to Delivery Location
NEW YORK, NY 10017

April 15, 2019
In Transit to Next Facility

4 of 5

**April 14, 2019, 8:46 pm**
Departed USPS Regional Destination Facility
NEW YORK NY DISTRIBUTION CENTER

**April 13, 2019, 11:59 am**
Arrived at USPS Regional Destination Facility
NEW YORK NY DISTRIBUTION CENTER

**April 11, 2019, 11:40 pm**
Arrived at USPS Regional Origin Facility
CAROL STREAM IL DISTRIBUTION CENTER

**April 11, 2019, 3:26 pm**
USPS in possession of item
CHICAGO, IL 60659

**Product Information**

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

5 of 5