**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004−1408

| | |
|---|---|
| IN RE: Lehman Brothers Holdings Inc. | CASE NO.: 08−13555−scc |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 13−3216325 | CHAPTER: 11 |

# NOTICE OF HEARING

Please take notice that a hearing has been scheduled for May 30, 2019 at 11:00 a.m. in courtroom 623 on the following Motion:

Doc #59614 Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions filed by Rex Wu

Thank you

Dated: April 22, 2019                                                                 Vito Genna
                                                                                                   Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:                                                                              Case No. 08-13555-scc
Lehman Brothers Holdings Inc.                                                       Chapter 11
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1        User:                    Page 1 of 1              Date Rcvd: Apr 22, 2019
                            Form ID: 143             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2019.
cr              +Rex Wu,    6315 N Campbell,    Chicago, IL 60659-1901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2019 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0