# Agreement and evidence of transfer of claim
## Lehman Program Security

RECEIVED
APR 1 7 2019
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

TO: THE DEBTOR AND THE BANKRUPTY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **TARGOBANK AG f/k/a TARGOBANK AG & Co. KGaA f/k/a Citibank Privatkunden AG & Co. KGaA** ("Transferor") hereby unconditionally and irrevocably transfers and assigns to

Mrs. Sylvia Konrad
_____
name of customer

(the "Transferee"), as of the date hereof, an undivided interest, to the extent of $ __4,260.30__, which *is equal to* __0,000989711__ % and as specified in Schedule 1 attached hereto (the "Transferred Claim"), in Transferor's right, title and interest in and to, or arising under or in connection with Proof of Claim Number **55404** filed by or on behalf of

Mrs. Sylvia Konrad
_____
name of customer

(the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), but only to the extent related to the Transferred Claim. For the avoidance of doubt, the Transferred Claim will not encompass Transferor's rights, title or interests in and to and arising in relation to the Proof of Claim or the security or securities except to *the extent of* $ __4,260.30__, which is equal to __0,000989711__ % and as specified in Schedule 1 attached hereto.

2. Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing *pursuant to* Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules *or applicable law,* and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and *understands,* and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

3. Transferor's and Transferee's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with German law, excluding any conflict of laws provisions (Kollisionsrecht). Particular allowance shall be made for the fact that this Agreement is to be used to comply with certain requirements relevant under US Federal Law or the laws of the State of New York.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __12__ th day of __Mar.__ 2019.

TARGOBANK AG f/k/a/ TARGOBANK AG & Co. KGaA f/k/a
Citibank Privatkunden AG & Co. KGaA on behalf of

| | |
|---|---|
| Mrs. Sylvia Konrad | Mrs. Sylvia Konrad |
| name of customer | name of customer |
| By _____ i.V. _____ | By X _____ |
| T. Peters        A. Kluge | |
| Name | Name  Mrs. Sylvia Konrad |
| Title   Area Manager    Process Leader | Title |
| Kasernenstr. 10 | Busbach 54 |
| address | address |
| 40213 Duesseldorf, Germany | 95488 Eckersdorf, GERMANY |
| city, state, zip | city, state, zip |

## Transferred Claim

$ __4,260.30__ of $ __$430,459,027.23__ (the outstanding amount of the Proof of Claim as of

__12. Mar. 2019__

date of Agreement and Evidence of Transfer) together with accrued and unpaid interest.

### Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/ Notional Amount | Coupon | Maturity | Amount together with accrued and unpaid interest (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BR.TR.O.AR.N12BSKT | DE000A0NXKZ9 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $ 4,260.30 | ---------------- | 07.08.2012 | $ 4,260.30 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

In re Lehman Brothers Holdings Inc. et al._____ ,     Case No. Chapter 11 08-13555 (JMP) (Jointly Administered)

### Transfer of claim other than for security

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U. S. C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P.,
of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Mrs. Sylvia Konrad | TARGOBANK AG |
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

Mrs. Sylvia Konrad

Busbach 54, 95488 Eckersdorf , GERMANY

Court Claim # (if known):     55404

Amount of Claim:     $     4,260.30

Date Claim Filed:     29 October 2009

Phone:  + 49 (0)

Last Four Digits of Acct #:

Phone:  +49 (0)  203 347 5703

Last Four Digits of Acct #:

Name and Address where notices to Transferee should be sent:
(if different from above):

_____

_____

Phone:  _____

Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and
correct to the best of my knowledge and belief.

By ___*P. Konrad*_____     Date ___*15. 03. 19*_____
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571.