Rickey M. Gregory
7090 FM 141
Dime Box, Texas 77853
Telephone: (512) 417-6312
Email: rickeygregory4477@gmail.com
Pro-se

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                         Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al.,    Case No. 08-13555 (SCC)

Debtors.                                      Jointly Administered

**JOINDER of Rickey M. Gregory to Motion of Rex Wu to Approve Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions filed by Rex Wu on April 08, 2019 [Docket # 59614].**

Rickey M. Gregory, hereby joins in the motion filed on April 08, 2019 [Doc. No. 59614] (the "Motion") by Rex Wu to Approve Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions filed by Rex Wu on April 08, 2019 [Docket # 59614], and respectfully represents as follows:

1. Like Rex Wu, Rickey M. Gregory holds LBHI's Preferred Securities: LEHKQ, LEHLQ, LEHNQ and LHHMQ issued by Lehman Brothers Holdings Capital Trust 3, 4, 5 and 6.

2. Rickey M. Gregory hereby adopts and incorporates all of the arguments raised in the Motion as if such arguments were set forth herein and asserted by Rickey M. Gregory. As Rex Wu correctly argues in the Motion, the relief requested in the Motion is supported by, among other things, the plain language of the confirmed Plan and applicable bankruptcy law.

3. Rickey M. Gregory reserves all rights to be heard before the Court; via CourtCall at the hearing scheduled for May 30, 2019 at 11:00am; with regard to the issues
raised in the Motion and this Joinder. Rickey M. Gregory reserves all of his rights and remedies, and nothing contained in this Joinder shall constitute an admission by Rickey M. Gregory for any other purpose or a waiver of any rights or remedies available to Rickey M. Gregory.
WHEREFORE, Rickey M. Gregory joins in Rex Wu's Motion and respectfully
requests that this Court approve the Motion in its entirety.

Dated: April 24, 2019
Respectfully submitted,
Rickey M. Gregory
By: /s/ Rickey M. Gregory
Rickey M. Gregory
7090 FM 141
Dime Box, Texas 77853


RECEIVED
APR 25 2019
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

1/3

Telephone: (512) 417-6312
Email: rickeygregory4477@gmail.com
Pro-se

EXHIBIT A

A)

Docket 8307, page 1775 - Report of Anton R. Valukas, Examiner

"This resolution, however, may be viewed as a unilateral contract for a general guaranty that may be enforced by "anyone to whom it is presented who acts upon it" 6619""

.
.
.

footnote 6620: The LBHI 2006 10-k (Feb, 13, 2007) and 2007 10-K (Jan. 29, 2008) refer to the fact that LBHI "guarantee[s] all of the obligations of certain subsidiaries...."

B)

Docket # 46304
Filed Sep 13 2014
Response to Order Granting Motion for Authorization for Lehman Brothers Special Financing Inc. and Lehman Brothers Commercial Corporation to invest disputed claims reserves for claim numbers 66455 and 66476 (related document(s)[46276]) filed by Rickey Gregory. (White, Greg)
Debtor: 08-13555 Lehman Brothers Holdings Inc.
Related Dockets

C)

The ECAPS' June 9, 2005 Board Resolution (Guarantee Claim against LBHI) facts are inside "Docket # 58763
Filed Aug 27 2018
Letter to The Honorable Shelley C. Chapman Regarding Sixteenth Plan Distribution Filed by Garrett A. Fail on behalf of Lehman Brothers Holdings Inc.. (Fail, Garrett)
Debtor: 08-13555 Lehman Brothers Holdings Inc."

D)

LBHI's Capital Trust Preferred Securities (CTs), per their relevant prospectus, and the ECAPS are guaranteed

by the June 9, 2005 General Guaranty or Board of Directors' Resolution by way of LBH PLC's General Guaranty. LBHI guaranteed the liabilities, including the ECAPS Limited Partnerships 1 thru 3 subordinate notes, issued by LBH PLC with the June 9, 2005 General Guaranty or Board of Directors' Resolution.