RECEIVED
APR 30 2019
U.S. BANKRUPTCY COURT
SO DIST OF N.Y.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPCY COURT

In re :   Lehman Brothers Holdings inc.                    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NOMURA INTERNATIONAL PLC | NOMURA CAPITAL MARKETS LIMITED |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim# (if known): See Schedule1
Amount of Claim: See Schedule1
Date Claim Filed: See Schedule1

Nomura International Plc
Attn : Corporate Actions
1 Angel Lane
London EC4R 3AB
United Kingdom
SH-CORP-ACTIONS@nomura.com

Phone: +44(0)2071021000                              Phone
Last Four Digits of Acct #: 1548                     Last Four Digits of Acct #: 1169

Name and Address where transferee payments should be sent (if different from above):

Phone:_____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____                        Date : 9/4/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 US C §§ 152 & 3571.

## Schedule 1

## Transferred Claims

| # | Claim # | Date Claim Filed | ISIN | Allowed Amount USD | Claim Class per Plan |
|---|---|---|---|---|---|
| 1 | 62762 | 02-Nov-2009 | XS0360926298 | 3,710,520.37 | 05 Senior Third Party Guarantee |
| 2 | 56882 | 29-Oct-2009 | XS0358299542 | 924,056.73 | 05 Senior Third Party Guarantee |
| 3 | 62761 | 02-Nov-2009 | XS0176153350 | 840,283.47 | 05 Senior Third Party Guarantee |
| 4 | 56881 | 29-Oct-2009 | XS0346461634 | 690,000.00 | 05 Senior Third Party Guarantee |
| 5 | 56880 | 29-Oct-2009 | XS0380296144 | 675,000.00 | 05 Senior Third Party Guarantee |
| 6 | 56891 | 29-Oct-2009 | DE000A0SUA99 | 480,092.71 | 05 Senior Third Party Guarantee |
| 7 | 56879 | 29-Oct-2009 | XS0333420395 | 200,000.00 | 05 Senior Third Party Guarantee |
| 8 | 56892 | 29-Oct-2009 | DE000A0SUA81 | 191,621.15 | 05 Senior Third Party Guarantee |
| 9 | 62759 | 02-Nov-2009 | DE000A0TT7X8 | 191,579.28 | 05 Senior Third Party Guarantee |
| 10 | 56894 | 29-Oct-2009 | DE000A0TLL96 | 170,292.69 | 05 Senior Third Party Guarantee |
| 11 | 56885 | 29-Oct-2009 | XS0336020143 | 141,910.58 | 05 Senior Third Party Guarantee |
| 12 | 56897 | 29-Oct-2009 | XS0243354619 | 141,910.58 | 05 Senior Third Party Guarantee |
| 13 | 56893 | 29-Oct-2009 | DE000A0MGS69 | 132,653.00 | 05 Senior Third Party Guarantee |
| 14 | 62760 | 02-Nov-2009 | XS0178969209 | 109,318.29 | 05 Senior Third Party Guarantee |
| 15 | 56915 | 29-Oct-2009 | CH0027120861 | 102,584.91 | 05 Senior Third Party Guarantee |
| 16 | 56874 | 29-Oct-2009 | XS0250113841 | 86,180.53 | 05 Senior Third Party Guarantee |
| 17 | 56890 | 29-Oct-2009 | XS0256934000 | 85,146.35 | 05 Senior Third Party Guarantee |
| 18 | 56875 | 29-Oct-2009 | XS0187967160 | 71,363.41 | 05 Senior Third Party Guarantee |
| 19 | 56883 | 29-Oct-2009 | XS0352970650 | 70,955.29 | 05 Senior Third Party Guarantee |
| 20 | 56878 | 29-Oct-2009 | XS0313103003 | 60,627.74 | 05 Senior Third Party Guarantee |
| 21 | 56876 | 29-Oct-2009 | XS0186243118 | 44,715.64 | 05 Senior Third Party Guarantee |
| 22 | 56914 | 29-Oct-2009 | CH0027120747 | 35,477.64 | 05 Senior Third Party Guarantee |
| 23 | 56873 | 29-Oct-2009 | XS0325550472 | 31,221.49 | 05 Senior Third Party Guarantee |
| 24 | 56889 | 29-Oct-2009 | CH0027120994 | 28,373.80 | 05 Senior Third Party Guarantee |
| 25 | 56877 | 29-Oct-2009 | CH0027120663 | 13,380.64 | 05 Senior Third Party Guarantee |
| 26 | 56870 | 29-Oct-2009 | XS0350390406 | 961.75 | 05 Senior Third Party Guarantee |

**NOMURA**

Please see enclosed transfer of claim form.

Any issues my contact details:

Tel - 0044 207 102 5707
Email: sarah.glaister@nomura.com

With compliments

Kind regards
Sarah Glaister