

George Hofmann
E-mail: ghofmann@cohnekinghorn.com
Main Phone: 801.363.4300

111 EAST BROADWAY, 11th FLOOR
SALT LAKE CITY, UTAH 84111
Facsimile: 801.363.4378

April 24, 2019

Clerk of Court
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:  In re Lehman Brothers Holdings Inc., Case No. 08-13555-SCC

Clerk of Court:

Pursuant to the Electronic Filing Procedures for the United States Bankruptcy Court, Southern District of New York, I am providing this written request that I no longer receive electronic notification for the following case:

- *In re Lehman Brothers Holdings Inc.*, Case No. 08-13555-SCC;

Please do not hesitate to contact me with any questions you may have. Thank you for your assistance with this matter.

Very truly yours,

George Hofmann

{00434445.DOC /}