**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **Case No. 08-13555 (SCC)** |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |
|  | : | Ref. Docket Nos. 58622, |
|  | : | 59602, 59603, 59616, 59617 |
|  | : | and 59626 |
|  | : |  |

------------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                  ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 25, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 25, 2019, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
29th day of April, 2019
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

-2-

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

SEAPORT LOAN PRODUCTS, LLC
TRANSFEROR: LEHMAN BROTHERS TREASURY CO. B.V.
ATTN: JONATHAN R SILVERMAN
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Please note that your claim # 58612-02 in the above referenced case and in the amount of
$5,039,386,270.54 allowed at $5,000,000,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000136299362 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000190453



HBK MASTER FUND, L.P.
TRANSFEROR: SEAPORT LOAN PRODUCTS, LLC
C/O HBK SERVICES LLC
2300 NORTH FIELD ST, STE 2200
DALLAS, TX 75201

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER          59603          in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/25/2019                               Vito Genna, Clerk of Court

                                                /s/ Betina Wheelon
                                                _____
                                                Epiq Corporate Restructuring, LLC

                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 25, 2019.

**EXHIBIT B**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ), ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| HBK MASTER FUND, L.P. | TRANSFEROR: SEAPORT LOAN PRODUCTS, LLC, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| JSCC HOLDINGS LLC | TRANSFEROR: QPTF LLC, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVE, FLOOR 40, NEW YORK, NY 10106 |
| JSCC HOLDINGS LLC | TRANSFEROR: QPTF LLC, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVE, FLOOR 40, NEW YORK, NY 10106 |
| LEHMAN BROTHERS TREASURY CO. B.V. | RUTGER SCHIMMELPENNINCK AND FREDERIC VERHOEVEN, AS BANKRUPTCY TRUSTEES ('CURATOREN') FOR LEHMAN BROTHERS TREASURY CO.., C/O HOUTHOFF BURUMA N.V., PO BOX 75505, AMSTERDAM NL-1070 NETHERLANDS |
| LEHMAN BROTHERS TREASURY CO. B.V. | THOMAS MOERS MAYER., DANIEL M. EGGERMANN, KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 AVENUE OF AMERICAS, NEW YORK, NY 10036 |
| QPTF LLC | TRANSFEROR: JSCC HOLDINGS LLC, C/O SOROS FUND MANAGEMENT LLC, 250 WEST 55TH STREET, NEW YORK, NY 10106 |
| QPTF LLC | TRANSFEROR: JSCC HOLDINGS LLC, C/O SOROS FUND MANAGEMENT LLC, ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT, NEW YORK, NY 10106 |
| SEAPORT LOAN PRODUCTS, LLC | TRANSFEROR: LEHMAN BROTHERS TREASURY CO. B.V., ATTN: JONATHAN R SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS, LLC | TRANSFEROR: LEHMAN BROTHERS TREASURY CO. B.V., ATTN: JONATHAN R SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS, LLC | TRANSFEROR: LEHMAN BROTHERS TREASURY CO. B.V., ATTN: JONATHAN R SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS, LLC | TRANSFEROR: LEHMAN BROTHERS TREASURY CO. B.V., ATTN: JONATHAN R SILVERMAN, 360 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10017 |
| SOLUS MAGA TRUST | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O WELLS FARGO BANK, N.A., ATTN: STEPHANIE JANZ, 12200 NORTHWEST FREEWAY, STE 500, HOUSTON, TX 77092 |
| WARBLER RUN I, LLC | TRANSFEROR: SEAPORT LOAN PRODUCTS, LLC, C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DR, WILMINGTON, DE 19808 |
| WARBLER RUN II, LLC | TRANSFEROR: SEAPORT LOAN PRODUCTS, LLC, C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DR, WILMINGTON, DE 19808 |

**Total Creditor Count 15**