RECEIVED
APR 29 2019

Basel, _05.04.19_

**Form 210A (10/06)**

FILED / RECEIVED

APR 0 4 2019

EPIQ

## United States Bankruptcy Court
### Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case Nos. 08-13555 (JMP)
**(Jointly Administered)**

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by Credit Suisse (Schweiz) AG, Switzerland (the "Transferor"), against Lehman Brothers Holdings Inc., which has been designated as Claim No. 55829 (the "Claim"). Transferee (as that term is defined below) hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. Rule 3001(e)(2), of the transfer, other than for security, of the Claim, in the nominal amount of EUR 300,000 (the "Transferred Portion"). For the avoidance of doubt, the Transferred Portion relates to ISIN XS0176153350 only. Transferor is retaining the remaining portion of the Claim. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

| Name of Transferee | Name of Transferor |
|---|---|
| Bank J. Safra Sarasin Ltd | Credit Suisse (Schweiz) AG |
| **Name and Address where notices to Transferee should be sent:** | **Name and Address where notices to Transferor should be sent:** |
| | |
| Bär & Karrer AG | Credit Suisse (Schweiz) AG |
| Brandschenkestrasse 90 | CA Info Management and Default |
| CH-8027 Zurich | Events, MOAA 12 |
| Switzerland | Uetlibergstr. 231 (A/B+ZN) |
| Attn: Peter Hsu | CH-8045 Zürich |
| Tel.: +41 58 261 50 00 | Attn: Marija Petrovic |
| | Tel.: +41 44 332 86 11 |
| **- with a copy to -** | |
| Bank J. Safra Sarasin Ltd | |
| Elisabethenstrasse 62, | |
| P.O. Box | |
| CH-4002 Basel | |
| Switzerland | |
| Attn: Frank Link, Senior Legal Counsel, Legal Supervision & Corporate | |
| Tel.:+41 (0) 58 317 45 83 | |
| Patrick Gribi, Head Legal | |
| Tel.: +41 (0) 58 317 40 67 | |

Last Four Digits of Acct #: 4002

Name and Address where transferee payments
should be sent (if different from above):
Bank J. Safra Sarasin Ltd
Elisabethenstrasse 62,
P.O. Box
CH-4002 Basel
Switzerland
Attn: Frank Link, Senior Legal Counsel, Legal
Supervision & Corporate
Tel.:+41 (0) 58 317 45 83
Patrick Gribi, Head Legal
Tel.: +41 (0) 58 317 40 67

Last Four Digits of Acct. #: N/A

Court Claim # (if known): 55829
Date Claim Filed: October 29, 2009
Transferred Portion: EUR 300,000
(nominal amount)

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____     Date: ___03.04.19_____

      Transferee
Name: Frank Link
Title: Executive Director

By: _____     Date: ___03.04.19_____

      Transferee
Name: Patrick Gribi
Title: Managing Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C §§ 152 & 3571.

**<u>Exhibit A</u>**

## EVIDENCE OF TRANSFER OF CLAIM

### TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged **Credit Suisse (Schweiz) AG** ("Transferor") unconditionally and irrevocably transferred to **Bank J. Safra Sarasin AG, Basel, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **April 1, 2019.**

**Credit Suisse (Schweiz) AG**

By:_____
Name: Sandro Hunziker
Title:  AVP

By:_____
Name:  Philipp Oswald
Title:   AVP

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0176153350 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | EUR 300'000 |



**J. SAFRA SARASIN**

Sustainable Swiss Private Banking since 1841

**By courier**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims
Processing
777 Third Avenue, 12th Floor
New York, NY 10017
USA

Basel, 03 April 2019
**Your contact: Frank Link, T:** +41 58 317 45 83

**Transfers of Claims other than for Security, Epiq Claims No. 55829**

Dear Madam, dear Sir,

Bank J. Safra Sarasin Ltd is sending you herewith the enclosed original copy of the completed 210A/2100AB transfer form, including the evidence of transfer of claim regarding the transfer of claim (referring to a partial of claim no. 55829) against Lehman Brothers Holdings Inc. by the following transferor:

Credit Suisse (Schweiz) AG
CA Info Management and Default Events
MOAA 12, Uetlibergstr. 231 (A/B+ZN)
8045 Zürich
Switzerland

Yours sincerely
Bank J. Safra Sarasin AG

Patrick Gribi,
Managing Director

Frank Link
Executive Director

Enclosures

ORIGIN ID:BSLA    0583174316
SPEDITION
BANK J. SAFRA SARASIN LTD.
ELISABETHENSTRASSE 62

BASEL, 4051
SWITZERLAND CH

SHIP DATE: 03APR19
ACTWGT: 0.50 KG
CAD: 111332073/INET4100

BILL SENDER

TO LEHMAN BROTHERS HLD.CLAIMS PROCESS.
EPIC BANKRUPTCY SOLUTIONS, LLC
757 THIRD AVENUE, 12TH FLOOR

NEW YORK NY 10017    (US)

(000) 000-0000    REF: LIFR 4593 LEGAL
INV:
PO:    DEPT:

FedEx
Express

**E**

TRK# 7748 7047 6417    10:30A
0430    INTL PRIORITY

**NM OGSA**    10017
NY-US    EWR



FILED / RECEIVED

APR 04 2019

EPIQ

Nach dem Drucken dieses Etiketts:
**KOPIE FÜR DEN EMPFÄNGER – BITTE VORN IN DIE VERSANDTASCHE LEGEN**
1. Falten Sie die ausgedruckte Seite entlang der horizontalen Linie.
2. Bitte legen Sie das Etikett in die Versandtasche und befestigen Sie diese an Ihrem Versandstück.

Hinweis: Verwenden Sie nur den ausgedruckten Original-Luftfrachtbrief für den Versand. Die Verwendung einer Fotokopie dieses Luftfrachtbriefs zu Versandzwecken stellt einen Betrugsversuch dar und kann zu zusätzlichen Versandkosten sowie zur Löschung Ihrer FedEx Kundennummer führen.