B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*,  
        Debtors.

Case No. 08-13555  
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Warbler Run I, LLC**  
Name of Transferee

**Citigroup Financial Products Inc.**  
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 58233

Warbler Run I, LLC  
c/o Corporation Service Company  
251 Little Falls Dr.  
Wilmington, DE 19808  
Email: ops@warblerrun.com

Total Amount of Claim Transferred:  
USD $552990726.47

Name and Address where transferee payments should be sent (if different from above):

Date Claim Filed: October 30, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  
    Transferee/Transferee's Agent

Date: 05/01/2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXECUTION COPY

## EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

### NOTICE OF PARTIAL TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $552,990,726.47 of the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $552,990,726.47 | 58233 |

has been transferred and assigned to WARBLER RUN I, LLC ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $552,990,726.47 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | **WARBLER RUN I, LLC** | ASSIGNOR: | **CITIGROUP FINANCIAL PRODUCTS INC.** |
| Address: | | Address: | 390 Greenwich Street, 4th Floor<br>New York, NY 10013 |
| Signature: | _/s/ illegible_ | | |
| Name: | S. Lefkowitz | Signature: | _____ |
| Title: | Authorized Signatory | Name: | _____ |
| Date: | April 25, 2019 | Title: | _____ |
| | | Date: | _____ |

-18-

EXECUTION COPY

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., <u>et al.</u>,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF PARTIAL TRANSFER OF**
**CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $552,990,726.47 of the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $552,990,726.47 | 58233 |

has been transferred and assigned to WARBLER RUN I, LLC ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $552,990,726.47 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | |
|---|---|
| ASSIGNEE: **WARBLER RUN I, LLC**<br>Address:<br><br>Signature: _____<br>Name: _____<br>Title: _____<br>Date: _____ | ASSIGNOR: **CITIGROUP FINANCIAL PRODUCTS INC.**<br>Address: 390 Greenwich Street, 4th Floor<br>New York, NY 10013<br><br>Signature: _DocuSigned by: Joelle Gavlick_<br>Name: 240CDA98C9F64D3...<br>Title: Joelle Gavlick - Authorized Signatory<br>Date: |

-18-