UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re                                                              :   **Chapter 11**
                                                                   :
                                                                   :   Case No. 08-13555 (SCC)
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                       :
                                                                   :   (Jointly Administered)
                                                  Debtors.         :
                                                                   :   Ref. Docket Nos. 58627,
                                                                   :   59628, 59629, 59631, 59632,
                                                                   :   59633, 59636, 59638, 59639,
                                                                   :   59640, 59641, 59642, 59643,
------------------------------------------------------------------ x   59644, 59645, 59646, 59647,
                                                                       59648, 59649, 59650, and
                                                                       59651

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 1, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 1, 2019, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
2nd day of May, 2019
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

-2-

\\p054ebsfile01\ebs\ClientInfo\Clients\LBH\Affidavits\Transfer Affidavits\Transfer Notices Processed 4-25-19 to 4-30-19_AFF_5-1-19.docx

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

SOLUS MAGA TRUST
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)
C/O WELLS FARGO BANK, N.A.
ATTN: STEPHANIE JANZ
12200 NORTHWEST FREEWAY, STE 500
HOUSTON, TX 77092

Please note that your claim # 558233-17 in the above referenced case and in the amount of
$5,274,876.63 allowed at $9,834,150.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000141211585 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000190471



CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: SOLUS MAGA TRUST
ATTN: BRIAN S. BROYLES
390 GREENWICH STREET, 4TH FLOOR
NEW YORK, NY 10013

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    59641    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/01/2019                    Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 1, 2019.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOLUS MAGA TRUST, ATTN: BRIAN S. BROYLES, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOLUS MAGA TRUST, ATTN: BRIAN S. BROYLES, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOLUS MAGA TRUST, ATTN: BRIAN S. BROYLES, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOLUS MAGA TRUST, ATTN: BRIAN S. BROYLES, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, ATTN: BRIAN S. BROYLES, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, ATTN: BRIAN S. BROYLES, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, ATTN: BRIAN S. BROYLES, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, ATTN: BRIAN S. BROYLES, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 3 LP, ATTN: BRIAN S. BROYLES, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOLUS OPPORTUNITIES FUND 5 LP, ATTN: BRIAN S. BOYLES, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOLUS RECOVERY FUND LP, ATTN: BRIAN S. BROYLES, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: ULTRA MASTER LTD, ATTN: BRIAN S. BROYLES, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: ULTRA MASTER LTD, ATTN: BRIAN S. BROYLES, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: ULTRA MASTER LTD, ATTN: BRIAN S. BROYLES, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: ULTRA MASTER LTD, ATTN: BRIAN S. BROYLES, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: ULTRA NB LLC, ATTN: BRIAN S. BROYLES, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ), ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ), ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ), ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ), ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ), ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ), ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| SOLUS MAGA TRUST | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O WELLS FARGO BANK, N.A., ATTN: STEPHANIE JANZ, 12200 NORTHWEST FREEWAY, STE 500, HOUSTON, TX 77092 |
| SOLUS MAGA TRUST | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O WELLS FARGO BANK, N.A., ATTN: STEPHANIE JANZ, 12200 NORTHWEST FREEWAY, STE 500, HOUSTON, TX 77092 |

| Claim Name | Address Information |
|---|---|
| SOLUS MAGA TRUST | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O WELLS FARGO BANK, N.A., ATTN: STEPHANIE JANZ, 12200 NORTHWEST FREEWAY, STE 500, HOUSTON, TX 77092 |
| SOLUS MAGA TRUST | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O WELLS FARGO BANK, N.A., ATTN: STEPHANIE JANZ, 12200 NORTHWEST FREEWAY, STE 500, HOUSTON, TX 77092 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O SOLUS ALTERNATIVE ASSET MGMT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O SOLUS ALTERNATIVE ASSET MGMT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O SOLUS ALTERNATIVE ASSET MGMT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O SOLUS ALTERNATIVE ASSET MGMT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O SOLUS ALTERNATIVE ASSET MGMT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O SOLUS ALTERNATIVE ASSET MGMT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O SOLUS ALTERNATIVE ASSET MGMT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 5 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O SOLUS ALTERNATIVE ASSET MGMT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 5 LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O SOLUS ALTERNATIVE ASSET MGMT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O SOLUS ALTERNATIVE ASSET MGMT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O SOLUS ALTERNATIVE ASSET MGMT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O SOLUS ALTERNATIVE ASSET MGMT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O SOLUS ALTERNATIVE ASSET MGMT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O SOLUS ALTERNATIVE ASSET MGMT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O SOLUS ALTERNATIVE ASSET MGMT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O SOLUS ALTERNATIVE ASSET MGMT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA NB LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O SOLUS ALTERNATIVE ASSET MGMT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ULTRA NB LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O SOLUS ALTERNATIVE ASSET MGMT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |

**Total Creditor Count 44**