# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK



In re:

Lehman Brothers Holdings INC., et al,

Debtors.

) Case No.: 08-13555 (SCC)
) (Jointly Administered)
) Docket #59614

**NOTICE OF ERRATA IN RELATIONS TO REX WU'S MOTION FOR AN ORDER ENFORCING THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS FOR PURPOSES OF DISTRIBUTIONS**

**TO THE HONORABLE COURT:**

Rex Wu hereby give Notice of Errata to the Court and all parties regarding page seven of Rex Wu's "Motion for an order enforcing the modified third amended joint chapter 11 plan of Lehman Brothers Holdings Inc. and its affiliated debtors for purpose of distribution," received on April 8th 2019. Rex Wu respectfully corrects an inadvertent typographical error of **July** on the date to **April**. The correct page seven to the Motion is attached hereto as Exhibit A. Rex Wu respectfully request this Court to substitute Exhibit A for page seven of the Motion.

Dated this 4rd day of May, 2019

Respectfully Submitted,

Rex Wu
6315 N Campbell
Chicago, IL 60659
312-785-0348
Rex_wu@live.com

# **EXHIBIT A**

2

WHEREFORE, subject to the conditions set forth herein, Rex Wu respectfully request that the Court enforce the provisions of the Confirmation Order and the Plan with respect to the Guarantee and the Guarantee Claims being requested in relations to LEHKQ, LEHLQ, LHHMQ AND LEHNQ against LBHI.

Dated this 5th day of April, 2019

_____
Rex Wu
6315 N Campbell
Chicago, IL 60659