UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rex Wu, | ) Case No.: 08-13555 (SCC) |
| vs. | ) (Jointly Administered) |
| Lehman Brothers Holdings INC., | ) |
| et al, | ) Ref. Docket No. 59614 |
| Debtors. | ) |

RECEIVED MAY 6 2019 U.S. BANKRUPTCY COURT SO. DIST OF NEW YORK

## PROOF OF SERVICE

On May 1st, 2019, I caused to be served the "Notice of Hearing," Docket No. 59614, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via certified mail to Attention: Kristine Dickson and Matthew Cantor, c/o Lehman Brothers Holdings Inc., 277 Park Avenue, 46th floor, New York, New York 10172. **(EXHIBIT A)**

_____

Rex Wu

Pro Se

May 1st, 2019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004-1408

| | |
|---|---|
| IN RE: Lehman Brothers Holdings Inc. | CASE NO.: 08-13555-scc |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 13-3216325 | CHAPTER: 11 |

## NOTICE OF HEARING

Please take notice that a hearing has been scheduled for May 30, 2019 at 11:00 a.m. in courtroom 623 on the following Motion:

Doc #59614 Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions filed by Rex Wu

Thank you

Dated: April 22, 2019

Vito Genna
Clerk of the Court

