Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

5

6    In the Matter of:

7    LEHMAN BROTHERS HOLDINGS INC.,     Case No. 08-13555-scc

8              Debtor.

9

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

11

12

13                     United States Bankruptcy Court

14                     One Bowling Green

15                     New York, New York 10004-1408

16

17                     March 13, 2019

18                     2:06 PM

19

20

21   B E F O R E:

22   HON. SHELLEY C. CHAPMAN

23   U.S. BANKRUPTCY JUDGE

24

25

1    IN RE:   Doc #59409 Joint Liquidators Motion for an Order

2    Enforcing the Modified Third Amended Joint Chapter 11 Plan

3    of Lehman Brothers Holdings Inc. and Its Affiliated Debtors

4    for Purposes of Distributions

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Pamela A. Skaw

1    A P P E A R A N C E S :

2    WEIL, GOTSHAL & MANGES, LLP

3         Attorneys for Debtor

4         767 Fifth Avenue

5         New York, NY 10153-0119

6

7    BY:  JASON HUFENDICK, ESQ.

8         GARRETT FAIL, ESQ.

9

10   KIRKLAND & ELLIS, LLP

11        Attorneys for

12        300 North LaSalle

13        Chicago, IL 60654

14

15   BY:  JOSEPH M. GRAHAM, ESQ.

16        DAVID R. SELIGMAN, ESQ.

17

18

19

20

21

22

23

24

25

Page 4

1                  P R O C E E D I N G S

2            THE COURT:  Please have a seat.  How are you?

3            Okay.  We've got some folks on the phone and I'm

4     ready to go.

5            (Pause)

6            MR. SELIGMAN:  Good afternoon, Your Honor.

7            THE COURT:  Good afternoon.

8            MR. SELIGMAN:  David Seligman on behalf of the

9     Joint Liquidators from Kirkland & Ellis.

10           THE COURT:  Yes.

11           MR. SELIGMAN:  Here with my partner, Joe Graham.

12           THE COURT:  Hello, Mr. Graham.

13           MR. SELIGMAN:  Your Honor, I also just want to

14    take a moment to introduce one or two other people in the

15    courtroom.

16           Mr. Bruce Makai (ph) who one of the liquidators.

17           THE COURT:  Hello. Welcome, sir.

18           MR. MAKAI:  Thank you, Your Honor.

19           THE COURT:  Thank you for being here.

20           MR. SELIGMAN:  In addition, Daniel Moore,

21    Liquidators counsel from the UK.

22           THE COURT:  Hello.

23           MR. SELIGMAN:  He asked to -- going to be here in

24    case Your Honor has any questions or --

25           THE COURT:  Okay.

Page 5

1              MR. SELIGMAN:  -- or anything of the sorts.

2              THE COURT:  All right.

3              MR. SELIGMAN:  Also, I -- we may have on the hone,

4    Lexa Hilliard, (indiscernible) counsel.  She had a matter

5    with another judge.  So, she may not --

6              THE COURT:  Yes.

7              MR. SELIGMAN:  She may or may not be on but she

8    had --

9              THE COURT:  It -- she's listed here being on a

10   live line.

11             MR. SELIGMAN:  Okay.  So, she may -- she may be

12   available.

13             THE COURT:  Okay.

14             MR. SELIGMAN:  She had submitted one of the

15   affidavits --

16             THE COURT:  Yes.  I saw that.

17             MR. SELIGMAN:  -- in support.

18             Your Honor, we're prepared to move forward with

19   our argument --

20             THE COURT:  Yes, please.

21             MR. SELIGMAN:  -- on the motion but, unless Your

22   Honor has any preliminary --

23             THE COURT:  No.

24             MR. SELIGMAN:  -- questions --

25             THE COURT:  I've -- not surprisingly, I've -- I

Page 6

1    have read everything a number of times.  I'll share with you

2    that I think it's a high degree of complexity but I'm happy

3    to just hear what you have to say.

4              MR. SELIGMAN:  Sure.

5              Your Honor, I wanted to -- just before I jump into

6    some --

7              THE COURT:  Uh-huh.

8              MR. SELIGMAN:  -- of the technicalities,

9    interpretations and documents, I just wanted to make one or

10   two observations.

11             As Your Honor is well aware in the Lehman case,

12   when the case was filed, there was obviously a whole host of

13   foreign subsidiaries of Lehman Brothers.

14             THE COURT:  Right.

15             MR. SELIGMAN:  They obviously -- there was --

16   there's a variety of foreign proceedings all around the

17   world.

18             THE COURT:  Yes.

19             MR. SELIGMAN:  I actually happen to represent the

20   Lehman RE: Bermuda Estate and separately the Lehman

21   Australia Estate.

22             But, as Your Honor is aware, there were -- in all

23   of those matters, there were either insolvency proceedings

24   commenced by directors of the foreign subsidiaries and/or

25   with the consent of Lehman, there was a whole process

Page 7

```
 1    throughout the whole case of, you know, hundreds of

 2    thousands of meetings, calls, resolutions of a -- all the

 3    variety of claims and fortunately most of that is behind

 4    everyone.  And that's a good thing.

 5              THE COURT:  Except for me.  But that's okay.

 6              (Laughter)

 7              MR. SELIGMAN:  Yes, Your Honor.

 8              And, here, we obviously have a very different

 9    situation where there were subsidiaries of Lehman that, you

10    know, shortly after the petition was filed, the directors of

11    those entities did all resign.

12              And, as Your Honor is -- you remember -- maybe you

13    recall from the substitution motion proceedings that we had,

14    there was correspondence back between the directors of those

15    -- of the UK entities to Lehman asking for direction and

16    they didn't -- they didn't get the direction.

17              Eventually, they did all resign and, then,

18    subsequently the corporate secretary of those entities

19    resigned and it led to, as we laid out in the papers, the

20    ultimate dissolution and striking from the registry and of

21    the companies -- the registry of companies in the UK of

22    these -- of the general partner for all of the relevant five

23    limited partnerships and we're obviously focused on two

24    here, who are listed in the schedules.

25              And, so, for most of the case, there was
```

Page 8

1    effectively the entities effectively whatever -- if one was

2    to use to characterize  that they did not exist.  They were

3    dissolved throughout the entire term of -- or most of the

4    term of the case.  Certainly, after 2010 and through the

5    entire plan confirmation process effectively.  And,

6    obviously, they weren't around for many year thereafter.

7            And, so, it wasn't until 2017 when the -- when

8    these entities were replaced on the registry, pursuant to a

9    Court order in the UK and they were placed on the registry

10   for the sole purpose of the appointment of the Joint

11   Liquidators so that they could liquidate the general partner

12   and, thus, the partnerships underneath.

13           And, so, now we have the Joint Liquidators here,

14   coming in years after the effective date, faced with the

15   plan documents as they are and with the -- with, number one,

16   the belief that the plan documents, and we'll walk through

17   that just in a second, established through various orders

18   and such, that there were scheduled claims that they were

19   exempt and that there's nothing that eliminates those

20   claims.  And we'll talk about -- more about that in a

21   second.

22           But, secondarily, the Liquidators, as a fiduciary

23   to their estate, you know, again, it's -- for them, it's

24   balls and strikes.  Whoever -- who's ever entitled to the

25   money gets it.  They're the one who actually approach LBHI

Page 9

1    and said, hey, look, the schedules show that we may owe you

2    money.  And, if so, that's -- that's where the cookie

3    crumbles.

4             So, I -- they don't care which way it goes.  Their

5    perspective is, we're faced with these plan documents and

6    we're seeking to enforce the plan documents and to the

7    meaning of the plan documents.  We're not asking for

8    exception from the plan documents.

9             Our motion is not a motion as to filing a claim.

10            THE COURT:  Well, there's a difference of opinion

11   about that, right?

12            MR. SELIGMAN:  There --

13            THE COURT:  I mean, you are -- they are seeking to

14   enforce the plan documents as they read them.

15            MR. SELIGMAN:  Yes.  That is true.  That is true.

16            So -- anyway.  So, Your Honor, I think with that,

17   I would say that there are probably -- there are a couple --

18   there are certain things that the -- that the plan

19   administrator and the joint provisional liquidators agree

20   on.

21            There -- there's -- it's certainly -- there's

22   certainly no disagreement about the timeline in terms of the

23   resignation of the directors; the striking from the

24   registry.  There's no disagreement that as of the bar date

25   that these relevant entities were on the exempt entities

Page 10

1    list and that they didn't have to file proofs of claim.

2           The issue is, after the bar date when the plan is

3    proposed, confirmed and goes effective, what's the impact of

4    two relevant provisions in the plan.

5           The first one being whether they -- whether these

6    particular partnerships are a debtor controlled entities or

7    non-debtor controlled entities.

8           Our position we've laid out in the papers is we

9    believe that they are not controlled entities at the time

10   the directors had resigned.  The entities had been stricken

11   from the registry.  We laid out in our papers that the

12   definition of controlled versus non-controlled comes down to

13   a question of management and control and we argue --

14          THE COURT:  Well, that's the -- that's the way

15   that you set it up.

16          MR. SELIGMAN:  Yes.

17          THE COURT:  Right?  But if you look at it through

18   a different lens which is they were not being controlled or

19   not controlled -- well, let me not use the word controlled

20   since that's in your definition.

21          But there was no one else in existence, at that

22   time, who had any species of authority to act, right?

23          MR. SELIGMAN:  That's correct.

24          THE COURT:  So, you -- in order to prevail, we

25   look to the dictionary definition that -- or you point me to

Page 11

1    the dictionary definition of manager control.  But it's not

2    as if there were actually someone else who might have acted.

3    I mean, action and inaction are two halves of the same whole

4    under certain circumstances, right?

5               MR. SELIGMAN:  Yes.  I would agree with Your Honor

6    but I would also say that just because there was nobody else

7    who had control doesn't necessarily mean that LBHI had

8    control.

9               THE COURT:  This is why people love lawyers.  It's

10   great.  Okay.

11              MR. SELIGMAN:  Right.  And we give them headaches,

12   right.

13              But I think also, Your Honor --

14              THE COURT:  But then there -- but you -- I mean,

15   this is completely interesting and difficult.  You did give

16   me the declaration of Ms. Hilliard.

17              MR. SELIGMAN:  Yes.

18              THE COURT:  And I'm not quite sure what to do

19   about that but I read it.

20              MR. SELIGMAN:   Yes.

21              THE COURT:  So, we're going to put to one side

22   whether I'm going to actually consider it or not.  I mean,

23   it's basically an opinion on UK law, right?

24              MR. SELIGMAN:  That's correct.

25              THE COURT:  But the one thing that did strike me

Page 12

1    in reading it was that was the explanation of the effect of

2    reconstituting, reviving, bringing back the GP and it seems

3    to say that once it's back, it's as if it was always there,

4    right?

5            MR. SELIGMAN:  Yes.  But -- and we're going to --

6    we get into sort of a temporal loop.  No question.

7            THE COURT:  Yeah.

8            MR. SELIGMAN:  But, again, I think that the mere

9    fact that it had -- that there -- that you sort of -- you

10   know, a resurrection.  Then you say, okay.  Well, it was

11   always there doesn't -- I still don't think means

12   (indiscernible) and control because, at the end of the day,

13   what was LBHI's interests, for lack of a better of word,

14   they were a shareholder but those were wiped out.

15           I would also say that, Your Honor, that there is

16   -- one of the things laid out in the Hilliard affidavit is

17   the -- is the sort of -- there's sort of a two-step process

18   because what was stricken and then resurrected, for lack of

19   a better word, was the general partner but Ms. Hilliard also

20   laid out that, under the UK partnership statute, it's really

21   the LP is the question.

22           And, so, when the -- when the GP wasn't around, by

23   virtue of the UK partnership law, the limited partnerships

24   could not be in existence, as a separate matter, because

25   there was no general partner for those -- those period of

Page 13

1     time.

2              I would also add, Your Honor, that if you want to

3     look at other indicia of the question of ownership, you

4     could also -- or control, I should say, you can also think

5     about all the other foreign insolvency proceedings or the

6     foreign -- the foreign debtors, for lack of a better phrase.

7              It's not as though they were showing up on the

8     debtor controlled entity list as a matter of fact.  You

9     know, if you -- you'd probably have a bunch of foreign

10    representatives saying, no.  Exactly.  I'm not in control.

11             And, yet, LBHI still technically had equity or

12    still -- you know would still be ultimate equity holder of

13    those entities.

14             And, so, I think, Your Honor, to say that the UK

15    partnerships should be deemed controlled by LBHI because,

16    two levels up, there was an equity interest when you look at

17    all the other foreign entities that were out there, I think

18    that would be sort of -- that would be a -- that would be I

19    think a strange interpretation.

20             And, again, Your Honor, I think if you just sort

21    step back and appreciate what you're saying, you know, that

22    what do these words really mean when applied, but I just

23    step back to the question of management and control and just

24    sort of think about it as sort of a common sense thing.

25             It's not like LBHI  was having meetings.  It's not

Page 14

1    like LBHI was keeping records, as far as we're aware.  It's

2    not that there were annual meetings or there were reports or

3    there were anything of the sort that would be the kind of

4    indicia and control that you may have.

5           And I think, Your Honor, that even if you were to

6    take a view that the re-registration resurrection of the

7    general partnership as sort of as though it had always been,

8    that still only means, well, what was always been?  An

9    equity ownership not -- that doesn't necessarily get you to

10   management and control if otherwise LBHI wasn't, in fact,

11   doing any management or doing any control.

12          So, I think, Your Honor --

13          THE COURT:  But LBHI thought enough about it for

14   there to be a definition of debtor controlled entities  and

15   it thought enough about it, I mean, in the context of the

16   plan and the global settlement embodied in the plan, that

17   certain of the claims that existed on the schedules that you

18   cite, attached to Mr. McCain's declaration, didn't migrate

19   to the schedule of claims of debtor controlled entities.

20          Those are different.  The claims that you cite as

21   the ones that you are seeking to enforce, explore --

22          MR. SELIGMAN:   Yes, yes.

23          THE COURT:  -- forever, that's that schedule.

24   It's not the schedule of debtor controlled entities.

25          MR. SELIGMAN:  That's correct.  That's correct.

1          And I think -- again, I think that --

2   respectfully, I think that back at the time, LBHI wouldn't

3   have -- I -- it -- I don't think that they would have viewed

4   these as debtor controlled entities at the time.

5          I know --

6          THE COURT:  Well, you --

7          MR. SELIGMAN:  I know -- yes.  I understand.

8          THE COURT:  -- know it -- you know what I'm going

9   to say but I just have to say it.

10          MR. SELIGMAN:  I -- but -- yes.

11          THE COURT:  You, of course, can't testify.  You,

12   of course, cannot know --

13          MR. SELIGMAN:  Yes.

14          THE COURT:  -- possibly what anybody was

15   thinking --

16          MR. SELIGMAN:  Exactly.

17          THE COURT:  -- at the time.  So, I mean, that

18   narrative fits with, you know, your view of the meaning.

19          MR. SELIGMAN:  Yes.

20          THE COURT:  And I appreciate that.

21          MR. SELIGMAN:  Yes.

22          THE COURT:  But, you know, it's fairly miraculous

23   that given the complexity of the plan, you know, there

24   aren't, you know, dozens more issues like this.

25          This is a new one.  This is a new --

Page 16

```
 1              MR. SELIGMAN:  Well --

 2              THE COURT:  This is a new one.

 3              MR. SELIGMAN:  Right.

 4              THE COURT:  I've been doing this for five years.

 5    So --

 6              MR. SELIGMAN:  Yes.  And I think you can actually

 7    take that one of two ways.

 8              On the one hand, I'm sure LBHI would say, no, this

 9    is clearly like not what we meant, et cetera, et cetera.

10              I would say it's actually probably a pretty good

11    thing that there hasn't been more slips through the crack.

12    That's the -- I'm not trying -- I don't want to be

13    pejorative to my adversary here.

14              But the fact that there hasn't been more is

15    actually a good thing.  But it also means that when and if

16    there is one that there's (indiscernible) that we should

17    actually focus on it because maybe it slipped through

18    because, you know, there was a hole and we do need to

19    interpret it.

20              I would also just add -- and this goes back to the

21    -- you know, the -- nobody knows what was in somebody's mind

22    at the time, but I think it -- it's -- if you're going to

23    interpret any way on the interpretation of the words, for

24    the debtors to say it was a debtor controlled entity; we

25    controlled it.  We management.  We have -- you know, like
```

Page 17

1    they say, with power come responsibilities.

2              So, if they really had the control, then they

3    should have the responsibility for the fact that the

4    scheduled these claims.  And, if they're really taking the

5    position that, well, we scheduled them.  Yes.  But we did

6    that as debtor controlled so when we came out with the

7    schedule, we just -- we just wiped those claims clean with

8    nothing there.

9              You know, nowhere are they saying; hey -- and the

10   reason that they were on ultimately that the -- we actually

11   meant to eliminate them in the debtor controlled entity list

12   because we looked at it again and we didn't think they were

13   valid claims or whatever it is.

14             But they're -- I think that they kind of want to

15   have it both ways.  They want to take on the mantra of

16   saying, yes.  I controlled it.  But, at the same time, you

17   know, they never -- those claims never ended up on that

18   debtor controlled entity list and perhaps they should have

19   and --

20             THE COURT:  But you're now getting into -- I mean,

21   the general doctrines of if the Court -- if a court finds

22   the documents are clear on their face, right?  Then I don't

23   get into any of that, right?

24             So, if I believe that I can read the plan

25   documents and enforce them as written, then there's one

1      result, right?

2              MR. SELIGMAN:  Yes.

3              THE COURT:  You say the documents mean one thing.

4      They say the documents mean another thing.

5              But -- so, unless I find that they're ambiguous,

6      then I'm not going to get into that whole process that you

7      invited me to explore; what the mean; you know, who was

8      thinking about it; whether they were on this schedule but

9      that they belong on that schedule and you have to also

10     remember, and this is an undisputed fact, that the plan

11     involved an enormous set of competencies.  It was, you know,

12     a pretty miraculous thing.

13             And it has to be enforced apiece.  It can't be --

14     you know, we can't like surgically go in and, you know, pick

15     out one little piece and say, oh, but -- how did you -- you

16     know, all these years later, how did you come to that

17     particular part of the settlement.

18             And, for you, that rests on the fact that there

19     are these claims related to the swaps that appeared in the

20     original schedule.

21             So, if -- so, if I were to conclude that they were

22     debtor controlled entities, is that the end of your argument

23     or do you have an alternative path?

24             MR. SELIGMAN:  If they were debtor controlled

25     entities, we would not have an alternative --

1            THE COURT:  Right.

2            MR. SELIGMAN:  -- path.

3            THE COURT:  Okay.  So --

4            MR. SELIGMAN:  I don't want to --

5            THE COURT:  Yes.

6            MR. SELIGMAN:  -- suggest that -- yeah.

7            But, again, Your Honor, I -- and I agree with Your

8     Honor that if Your Honor finds that the plain meaning of the

9     plan and relevant documents are unambiguous, I agree.

10    There's no parole evidence.  There's nothing else

11    (indiscernible).

12            So, I agree with that.  Although, again,

13    respectfully, we believe that -- we think that under the

14    plain terms, these entities were not controlled.

15            So -- and, obviously, the claim administrator says

16    otherwise.  But I think we -- I don't think we've addressed

17    that and we've laid that out.

18            THE COURT:  Okay.  So, why I I hear from Mr. Fail

19    and, then, we'll see if he raises any issues that I'd like

20    to take up with you.

21            I didn't mean to cut you off.  Did you have

22    more?

23            MR. SELIGMAN:  Well, the only thing -- yes.  The

24    only thing I --

25            THE COURT:  Yeah.

1              MR. SELIGMAN:  -- I just wanted to also address

2    the other argument --

3              THE COURT:  Sure.

4              MR. SELIGMAN:  -- that LBHI made which was they

5    said even if it was a non-controlled entity --

6              THE COURT:  Right.

7              MR. SELIGMAN:  -- they say, if the swaps were not

8    terminated, they were executory and, by virtue of the plan,

9    there's the deemed -- there's the -- a default rejection

10   giving rise to a rejection bar date.

11             THE COURT:  Right.

12             MR. SELIGMAN:  Forty-five days.

13             THE COURT:  Right.

14             MR. SELIGMAN:  Which there's -- for which there

15   should have been a -- for a claim.

16             Our position on that, Your Honor, is yes, if it is

17   true or we concede that if the -- if the swaps were not

18   terminated, then they would be an executory giving rise to

19   an obligation to file the rejection damages claim and if

20   Your Honor were -- so -- to so hold that, then it would be

21   our burden to decide whether we're going to seek a late

22   proof of claim.  But that would be our -- that would be our

23   decision to make.

24             THE COURT:  Right.

25             MR. SELIGMAN:  But, Your Honor, we've asked

Page 21

1    multiple times; well, were the -- were these swaps actually

2    terminated or not?  Because if the swaps were terminated,

3    then --

4              THE COURT:  Can I talk to you about it --

5              MR. SELIGMAN:  Yes.

6              THE COURT:  -- because, you know, here we are.

7    When the plan administrator did make the argument

8    essentially, you're just too late.  Putting aside everything

9    else.

10             MR. SELIGMAN:  Yeah.

11             THE COURT:  Was that -- your clients were

12   appointed in 2017.  It's been two years and it's just flat

13   out too late even if all of your arguments are correct.

14             So, there is this kind of limiting principle

15   problem that I have because the same thing that's happening

16   now could theoretically happen in two years.

17             You know, it's not a goal to think this case is

18   wrapped up in two years but a lot has to happen for that.

19             But, so, at some point, there's got to be a

20   limiting principle and something happened to provoke or

21   inspire the actions that led to this.   Somebody thought

22   they found an asset, right?

23             So, then, if we were to go down that path, then we

24   would have to have an examination of well, what point was

25   the earliest point that that stakeholder could have led

Page 22

1    these schedules that have -- that you provided to me and

2    said, hey, wait a minute.  What happened to those swaps?

3            So, none of that happened until we got to here

4    now.  And it's in 2019.

5            So, just from the standpoint of, you know, great

6    desire to treat Lehman stakeholders, you know, equally and

7    equitably, you know, I do have a concern in that regard.

8            Even if I agree with you on the meaning of debtor

9    controlled and everything that you're saying and just to

10   make clear, I'm not being critical or pejorative of, you

11   know, what has or has not been done; just observing the

12   timeline.

13           MR. SELIGMAN:  Yes.  Yes.

14           I would say to Your Honor that, Your Honor, I

15   appreciate what you're saying and I agree that that's in the

16   background, if you will.

17           But I would say this; if we -- we, again,

18   specifically brought this as a motion to enforce this plan

19   because we believe, respectfully, that the plan never

20   eliminated our claim and never obligated us to file these

21   particular proofs of claim.

22           And, so, that's the route we're going.  Again, if

23   Your Honor finds that's not the case and that the plan did

24   require the filing of a proof of claim, then, you know, we

25   would all have to contemplate our navels and say; are we

Page 23

1    going -- you know, is -- given the high bar on the 9006,

2    recognizing that, whether we're going to -- whether that's

3    the end of the matter or whether we're going to, you know,

4    bring forth our story on that issue.

5              But that's -- I submit that that's not an issue

6    for today because we're seeking to enforce the plan and I

7    think, Your Honor, although it's not directly relevant to

8    the interpretation, I think the story here of the way in

9    which -- I mean, my guess is, Your Honor, if the day after

10   the Joint Liquidators were appointed, they had to come back

11   in here on the same motion, we'd still be getting the LBHI

12   saying, you're fine.  It was (indiscernible).

13             And we'd still be having the same -- there'd be

14   still the same atmospherics there regardless.

15             So, if -- you know, we don't -- we respectfully

16   believe that, you know, the plan doesn't impose this

17   requirement to file the proof of claim and that's -- and

18   that's what we're going on.  We're going on the terms of the

19   plan and what they require.

20             And if Your Honor finds that there was an

21   obligation to file something and if somebody wants to ask

22   for an excuse or, you know, an exception, then that's --

23   then that's -- we'll have to deal with that.

24             I would just note, Your Honor, though that -- just

25   a final wrap up point is we talked about the issue of if the

Page 24

1    swap was not rejected, not terminated, it would be

2    executory.  We talked about that.

3              THE COURT:  Right.  Then, it's rejected under the

4    plan as of the effect date.

5              MR. SELIGMAN:  It's rejected under the plan, bar

6    date 45 days thereafter.

7              THE COURT:  Right.

8              MR. SELIGMAN:  The LBHI interestingly has said if

9    it was not terminated, we've been asking for a long time and

10   we literally, Your Honor, attached literally every document

11   that we have in our possession to our pleadings, and you'll

12   see they're pretty bare bones.  We don't even have the swap

13   which we've been asking for.  We haven't gotten it.

14             And -- so, we don't know because -- whether it's

15   been terminated or not.

16             If it was terminated -- now, as a side note, the

17   schedules --

18             THE COURT:  I'm sorry.  I thought that you concede

19   that if they hadn't been terminated prior to the effective

20   date, it was terminated by virtue of the concurrence of the

21   event.

22             MR. SELIGMAN:  It would be rejected -- it would be

23   deemed rejected on the effective date.

24             THE COURT:  Right.

25             MR. SELIGMAN:  But what I'm saying is if it was --

Page 25

1        I'm sorry, may -- (indiscernible) if it was terminated --

2              THE COURT:  Prior to the --

3              MR. SELIGMAN:  -- prior to the effective date --

4              THE COURT:  Uh-huh.

5              MR. SELIGMAN:  -- then it was no longer executory.

6              THE COURT:  Right.

7              MR. SELIGMAN:  And, under the terms of the plan,

8        we come back to, again, no --

9              THE COURT:  Yeah.

10             MR. SELIGMAN:  -- no proof of claim -- our

11       position, no proof of claim obligation.

12             THE COURT:  Right.

13             MR. SELIGMAN:  We don't know.  We've asked.  We

14       don't know.  The schedules, the amounts listed in the

15       schedules, seem to be calculated -- or, actually, it says

16       it's calculated based upon a termination date at or around

17       the petition dates.

18             So, I -- but I know --

19             THE COURT:  But the -- the -- but, mind you, the

20       schedules say unliquidated.

21             MR. SELIGMAN:  Right.

22             THE COURT:  Okay.  So, that -- the way it's listed

23       in the schedules doesn't necessarily (indiscernible) an

24       actual claim.

25             MR. SELIGMAN:  Yes.  And I agree.  And I -- I'm

Page 26

1    noting that -- I'm noting that but I have no information to

2    know whether it was terminated or not and, if it was

3    terminated, what date, as of what date.  I have no

4    information on that.

5            LBHI hasn't told us but, again, that's why -- that

6    issue of whether it was terminated or not is kind of

7    important because if it was terminated prior to the

8    effective date, I believe -- our position, that takes us

9    down one route whereby you're excused from -- we had no

10   obligation to file a proof of claim.

11           If it was not terminated, now we're in rejection.

12   We're in executory contract land which there was a

13   requirement.

14           We don't know.  We've asked and LBHI hasn't said

15   whether it's been terminated or not.  So, that's -- that's a

16   big, you know, unknown for us.

17           Your Honor, that's, I think, our position.

18           THE COURT:  Okay.

19           MR. SELIGMAN:  I'm happy to address any other

20   questions or --

21           THE COURT:  Thank you very much.

22           MR. SELIGMAN:  Thank you.

23           (Pause)

24           MR. FAIL:  Good afternoon, Your Honor.

25           THE COURT:  Good afternoon, Mr. Fail.

Page 27

1           MR. FAIL:  Garrett Fail, for the record, from

2     Weil, Gotshal & Manges.

3           I'm joined today at counsel's table with

4     Jason Hufendick, one of my colleagues, and a representative

5     from Lehman Brothers Holdings, Inc., Mr. William Molshan

6     (ph) in the Office of the General Counsel.

7           Your Honor, there are a lot of questions that have

8     been raised, initially by the motion, by the reply, today --

9     today at the lectern including when -- were and when swaps

10    terminated; whether or not entities were debtor controlled

11    entities or non-controlled affiliates.

12          What could possibly be the amount of the claims?

13    What did different people know and when?  You know, whether

14    or not this is the first of many that fall through  slippery

15    hole and come back here in the next several years?

16          What I think though that I'd like to propose -- I

17    have a very, very short presentation that I think will

18    simplify and I'd like to walk through it because I could

19    hand out to the parties.  (Indiscernible).

20          May I approach?

21          THE COURT:  Sure.  This is not evidence, right?

22          MR. FAIL:  Not evidence, Your Honor.  In fact,

23    (inaudible) I note that there were declarations submitted

24    but (indiscernible) as far as the plan administrator is

25    concerned --

1           THE COURT:  Yeah.

2           MR. FAIL:  -- it's not an evidentiary hearing.

3           THE COURT:  Right.

4           MR. FAIL:  We're not waiving rights.  We

5    (indiscernible) contemplate cross-examination.  I don't

6    think it's going to be necessary.

7           THE COURT:  Right.  So, how should -- so, let's

8    try to clarify what everybody thinks about that.

9           MR. FAIL:  Well, Your Honor --

10           THE COURT:  How should I be considering the

11    declarations that have been put in including Ms. Hilliard's

12    declaration and Mr. McCain's declaration and Mr. Brown's

13    declaration?

14           MR. FAIL:  There's so many different issues, Your

15    Honor.  Maybe I can simplify it and say, I don't think

16    you're going to have to address any of them.

17           To the extent that we're looking at a document, I

18    think the plan is the relevant document.

19           And if I can direct you to page two of the

20    presentation.  I think this lays out --

21           THE COURT:  Well, the plan and the confirmation

22    order.

23           MR. FAIL:  The confirmation order, sure.

24    Certainly --

25           THE COURT:  Okay.

```
 1            MR. FAIL:  -- things that are before this Court.

 2            THE COURT:  Okay.

 3            MR. FAIL:  and --

 4            THE COURT:  I'm sorry.  Where are you telling me

 5    to look?

 6            MR. FAIL:  On page two.  It's the first page.

 7            THE COURT:  Oh, okay.

 8            MR. FAIL:  It's a chart.  And I'll focus on this

 9    chart.  We'll walk through.

10            And the point of this chart is to say that Your

11    Honor doesn't have to answer the questions that are

12    presented.  We're trying to make it easy for you because no

13    matter which answer you come on -- come to, which conclusion

14    you reach, on any one of the questions, they all lead to the

15    same place.  No claim should be permitted.  There are bars

16    to all of the claims that are being asserted now.

17            And, so, what I'll do is walk through, left to

18    right on the page, and you'll see that we answer each of the

19    questions posed in each alternative and we come to the same

20    conclusion.

21            And I'm happy at the end or at any point in the

22    middle --

23            THE COURT:  Okay.

24            MR. FAIL:  -- to answer any further questions.

25            THE COURT:  Okay.
```

1          MR. FAIL:  So, we start out; were the swaps

2    terminated prior to the effective date?

3          THE COURT:  Okay.

4          MR. FAIL:  So, let's start out and say no for the

5    time being.

6          And then everyone's acknowledging today that the

7    swaps were rejected on the effective date of the plan.  The

8    citation for that is Section 11.1 of the plan.  The text is

9    on the following page.  But I don't think it's controversial

10   today.

11         So, let's continue.  What's the next question?

12   Were the partnership debtor controlled entities as opposed

13   to non-controlled affiliates on the effective date of the

14   plan?  That's the next question.

15         And, so, I could walk you through our arguments.

16   I think Your Honor has read them.  I can answer questions.

17   I can respectfully disagree --

18         THE COURT:  So, this is the box where --

19         MR. FAIL:  -- with Miriam Webster.

20         THE COURT:  This is the box where Mr. Seligman

21   pointed to, you know, the dozens if not hundreds or other

22   "being entities around the world" to I think make the

23   argument that this should, as a matter of fact, not be

24   considered (indiscernible) controlled entity.

25         MR. FAIL:  Well, I thought he was relying

Page 31

1   exclusively on Miriam Webster, Your Honor.  But that

2   colloquy can't --

3               THE COURT:  No.  That's not the meaning of

4   control.

5               MR. FAIL:  -- be relied on.

6               THE COURT:  I think as opposed to --

7               MR. FAIL:  Well, he was --

8               THE COURT:  -- from not maybe -- I don't know if

9   the distinction was the non-controlled affiliates.

10              But let me let you keep going.

11              MR. FAIL:  Well, I can  pause here because I don't

12  want to leave you with any questions that are unanswered,

13  Your Honor.

14              So, there was a discussion.  There was an exempt

15  entities list for the bar date purposes, for the 2009

16  general bar date.

17              There were approximately 627 entities listed on

18  that list.

19              If Mr. Seligman is saying because people resigned

20  earlier that they shouldn't have been exempt, well, then,

21  they were subject to the bar date.

22              I don't think he wants that.  I think what

23  Mr. Seligman and the liquidators want is for it to have been

24  an exempt entity in 2009 and, then, for it not to be a

25  debtor controlled entity because it isn't Miriam Webster's

1    definition of -- or one of its definitions of controlled.

2           But the fact that it showed up on the exempt

3    entities list and didn't show up with a claim isn't

4    nefarious.  Doesn't prove anything.

5           There were only approximately 243 entities that

6    got claims on the plan supplement.  So, there's 380 that

7    didn't.  This isn't a unique circumstance and no one should

8    be left with the impression that it is.

9           So, we can get into -- and I -- and I note a

10   couple of points on slide six that we covered of whether or

11   not the partnership should be debtor controlled.  And I

12   really don't think you have to make a determination.

13          But, just to go over them again for the record,

14   the -- we think the partnerships were debtor controlled

15   entities until they were received -- until they were revived

16   in -- and they were revived by LBHI which is another point.

17          LBGP number one was the general partner.  LBHI was

18   the sole member.

19          They allege -- they, being the joint liquidators,

20   allege that the inactions or actions of the partnerships not

21   to file the claims prior to the effective date suggesting

22   that LBHI was in control.

23          LBHI, again, as I said, was the one that put the

24   general partner into the current voluntary liquidation and

25   resolved that the liquidators be appointed in 2017.

1          We did some looking in dictionaries as well.

2   There are other definitions that are relevant here and that

3   fit within the context of the plan.

4          When you look at what a debtor controlled entity,

5   when we were writing it, and we, I mean, me, when I was

6   writing the plan, the debtor controlled entity versus the

7   non-controlled affiliates, we had in mind, we're -- you

8   know, who was actually managing it.  Were there folks like

9   the Lehman RE's, Lehman Australia, LBIE, LBI, both foreign

10  and domestic folks, with other administrators that have

11  actively been appointed and actively represented across the

12  aisle.

13         Lehman Brothers Japan, Hong Kong, LBT, LBF, all of

14  the parties that entered into third party settlements were

15  the non-controlled affiliates versus the debtor controlled

16  entities.  It was --

17              THE COURT:  Well, I can't help you with the --

18              MR. FAIL:  No.  But I don't want to testify

19  either.

20              THE COURT:  -- (indiscernible).  Having just

21  finished testifying, you're not going to testify.

22              MR. FAIL:  I'm not going to, Your Honor.

23              THE COURT:  So -- okay.  But we -- well, this is a

24  very helpful chart.

25              But I think one of the key points that the

Page 34

1    liquidators made in pointing me to the appearance on the

2    schedules, the big schedules, right?

3              MR. FAIL:  The schedules itself is as of petition

4    date --

5              THE COURT:  Yes.

6              MR. FAIL:  -- assets and potential liabilities.

7              THE COURT:  Right.

8              MR. FAIL:  Uh-huh.

9              THE COURT:  Right.  So, those are the claims that

10   they want to pursue.

11             MR. FAIL:  One is a claim listed --

12             THE COURT:  right.

13             MR. FAIL:  -- on there and one is listed as an

14   asset.  And they are saying, I don't know what it is.  Do I

15   -- am I owed money?  Pay me.

16             Or do I owe you money?  Send me your mailing

17   address.  Which, by the way, they're not really offering to

18   pay us.  But -- but one of those is listed as an asset and

19   one of them is listed as a -- as a receivable.

20             One is a receivable and one's a payable on the

21   schedules.

22             THE COURT:  Well, what you're saying is that the

23   debtor controlled -- the schedule of claimed of debtor

24   controlled entities --

25             MR. FAIL:  That's different.

Page 35

```
 1              THE COURT:  -- trumps this.

 2              MR. FAIL:  Certainly.

 3              THE COURT:  Under the plan.

 4              MR. FAIL:  Under every conceivable --

 5              THE COURT:  It supersedes this --

 6              MR. FAIL: Under -- yes.

 7              THE COURT:  -- under any --

 8              MR. FAIL:  Under everything; bankruptcy --

 9              THE COURT:  -- under everything?

10              MR. FAIL:  -- law, bankruptcy rules, death of an

11    unliquidated claim and -- an unliquidated scheduled amount

12    that if nothing superseded, would receive nothing under the

13    Bankruptcy Code, the Bankruptcy Rules, plan.

14              THE COURT: Right.  But that -- there was -- but

15    there is a schedule -- that the place to look to see whether

16    or not these claims can be pursued or allowed is the

17    schedule of claims of debtor controlled entities.

18              MR. FAIL:  That's correct, Your Honor.

19              THE COURT:  And that's the plan administrator's

20    position is that these claims are debtor controlled

21    entities.  But your position is also that even if they are

22    not debtor controlled entities, there is no claim.

23              MR. FAIL:  And let's start there.  Let's -- let me

24    stop --

25              THE COURT:  Okay.
```

Page 36

1          MR. FAIL:  -- arguing that it is because I think

2     our argument is stronger or as strong if it's not.

3          So, we start on the left hand side -- you know, in

4     the arguing -- or assuming arguendo, that they're not debtor

5     controlled entities.

6          Well, then, confirmation order, paragraph 37,

7     establishes a rejection bar date that's 45 days after the

8     effective date for claims.

9          So, remember, we start at the top.  Were these

10    swaps terminated?  We said no.  Everyone agrees they're

11    rejected.

12         We go with the liquidators' argument.  They are

13    not debtor controlled entities.  They were on their own.  We

14    didn't actively manage them.

15         Well, paragraph 37 couldn't be clearer.  That

16    party had 45 days to assert a claim or forever be barred.

17         The motion says nothing in the plan stops it.

18    Nothing in he confirmation order, which I don't even think

19    they mentioned, stops them from just asserting claims.

20         THE COURT:  But I think that they --

21         MR. FAIL:  Very clearly, paragraph 37 does.

22         THE COURT:  I think what they -- but I think what

23    they're saying is that -- they're not denying that the words

24    say that.  But they're saying that by virtue of the fact

25    that the GP was gone, the LBG -- the LBHI controlled GP

Page 37

1    generally was gone.  There was no one around who could have

2    acted.  So, essentially, oh, come on.  That's not fair.  You

3    can't have imposed a bar date and there being, you know, no

4    one around to have complied with it.

5              MR. FAIL:  Your Honor, let's forget --

6              THE COURT:  I think that's --

7              MR. FAIL:  -- let's forget -- let's forget ten

8    years because I think the plan administrator took --

9              THE COURT:  I mean, I'm not saying I agree with

10   that.  I'm just trying to --

11             MR. FAIL:  I'm saying that the plan administrator

12   took a very reasoned position.

13             We're saying, let's forget that then years have

14   passed since we first appeared here and filed the cases.

15             Let's forget that seven years have passed, last

16   week, since the plan went effective.

17             Let's forget that 16 distributions have been made

18   already.  We're not counting that because, as you're saying,

19   maybe it's not their fault.

20             I disagree.  Deutsche Bank is represented here in

21   the audience.  Other people could have come, you know, that

22   thought to do this and revive it at the last day in the

23   statutory period to bring back -- the entities could have

24   moved sooner.

25             Let's not talk about that because that requires

Page 38

1    evidence.

2            Let's look specifically though in the last two

3    years since they're here and let's consider that, for the

4    general bar date in the -- after what -- the filing of the

5    largest most complicated cases in history and the collapse

6    of the economy that's -- that ensued.

7            All parties around the world were given 400 days

8    from September 15, 2008 until the 2009 bar date to figure it

9    out and file a claim; 400 days for the world in the midst of

10   chaos and collapse.

11           The Joint Liquidators waited 550 days to appear in

12   August of 2018 to say, here's my claims.  And, at that time,

13   you'll remember, Your Honor, there were more claims that

14   they were asserting against LBSF and LBHI and there were a

15   magnitudes -- you know, greater, in the billions.  So, that

16   was 550 days.

17           And I think Your Honor said come back and file

18   something more appropriately.  You don't get to just assert

19   -- you know, assert a claim without Court authority because

20   as  Your  Honor  is  quite  aware,  the  confirmation  order

21   establishes another bar date in paragraph 86 which says even

22   if there's nothing else, no one gets through the cracks

23   without coming through this Court and getting an order from

24   Your Honor.

25           And, so, did they -- did they come back after, you

Page 39

1    know, immediately, within one day, five days, one week, one

2    month?  They waited approximately 150 more days to file the

3    motion.

4              So, they filed their motion on January 22nd after

5    -- of 2019.  Four distributions were made since the Joint

6    Liquidators were restored.  The amount of money that went

7    out the door was $1.777 billion dollars.

8              Claims have traded actively since they've been

9    restored and we cover all of this.  There's over 1300 claims

10   that traded when we filed the reply and we did a rough count

11   for over $8 billion in face amounts.

12             So -- so, yeah.  If you were -- if they were to

13   decide -- they said they would take a beat and figure out if

14   they wanted to move forward and say; is it too late and try

15   it?

16             I don't think they're trying to assert it.  I

17   think they've said repeatedly that they're -- it's a high

18   bar and we're not going to satisfy it.  Give me a break.

19             But it's laid out.  The first option is if it

20   wasn't terminate --

21             THE COURT:  So --

22             MR. FAIL:  -- then it was rejected.  Then it was

23   barred.  And they can try to file a late claim but they

24   didn't.  So, as of today, based on the motion, that avenue

25   leads to a dead end.  The claim that they put in today

Page 40

1    doesn't sit; doesn't get a reserve.

2              I don't think that -- and I'm happy to answer any

3    questions along that path.  But I can't see a way through

4    that or around that.

5              So, let's take another path.  Were the swaps

6    terminated prior to the effective date?  Let's stick with no

7    again.

8              But let's say that it is a debtor controlled

9    entity this time.

10             So, then, the rejection bar date shouldn't apply.

11   So, were they listed on the plan supplement?  No.  That's

12   why they're here.

13             So, even the debtor controlled entity could be

14   subject to paragraph 37 but it's also barred by paragraph 25

15   which says, if you're specifically not listed, you don't get

16   a claim.

17             So, 380 people, 380 entities, didn't get claims.

18   And, so, the language is on page four if you want to look at

19   the excerpt from the confirmation order, paragraph 25.

20             Okay.  So, that's a dead end and I don't see a way

21   around it.  And the plan administrator didn't see a way

22   around it.

23             But we didn't stop.  We said, all right.  So, what

24   if the swaps were terminated earlier?  And we do both

25   scenarios again.

Page 41

1             So, if they were terminated, meaning there should

2     be some liability -- I mean, and if there was liability

3     owing from LBSF because, obviously, it could have gone both

4     ways in hypothetical worlds.

5             So, if it was terminated, were they debtor

6     controlled entities?  Let's start this time with yes.

7             Well, if we owed money and we didn't list it on

8     the schedule, again, paragraph 25 is the one that says

9     debtor controlled entities, if you're not listed.

10            But, even if not, Your Honor, paragraph 86 of the

11    confirmation order says you don't get to just lob in a claim

12    without coming to this Court and asking permission and

13    seeing what makes sense in the context of these cases, the

14    administration of these cases, and with what this Court has

15    done with the thousands of other claims that it disallowed

16    in 2009, and '10 and '11, '12 and so on, for being a lot

17    less late. And was there excusable neglect?

18            And there's no effort being made here.  That's not

19    the motion before you.  The motion before you says, can

20    these claims sit and stand and be reserved for or

21    reconciled?  And the answer is no.

22            And I'm happy to answer any questions.  But I

23    think, you know, we don't have to address facts or have an

24    evidentiary hearing.

25            The plan administrator's point is we don't want to

Page 42

1    spend money and do discovery and have trials over things

2    that aren't right.  There's no judicial economy and there's

3    no basis upon which it's burden to the debtor's estates.

4          THE COURT:  Well, the question has been raised or

5    the assertion has been made that you haven't, you won't,

6    you're not interested in getting to the bottom of this

7    factually.  Aren't you interested in the fact that there is

8    (indiscernible).

9          So, what should I made of all of that?

10          MR. FAIL:  I think that it's --

11          THE COURT:  Do they actually know the answer?  I

12    mean, I --

13          MR. FAIL:  I don't think we know the answer, Your

14    Honor.  We haven't done the forensic level discovery to

15    answer the questions and we -- and millions of dollars and

16    countless hours have been spent fighting over, in this

17    Court, over what's a valid termination and amounts of

18    claims.

19          And we have done that.  The plan administrator has

20    done that for the tens of thousands of claims that were

21    validly and timely asserted and it hasn't done it for claims

22    that aren't.

23          And, so, that's the short answer and the truthful

24    answer, Your Honor.

25          THE COURT:  Uh-huh.

1          MR. FAIL:  We don't -- to answer with precision,

2     and --

3          THE COURT:  Well, you don't think -- let me ask

4     you.  Okay.  But the fiduciary, I think I'm interpreting it

5     kind of (indiscernible) fiduciary (indiscernible) we have

6     the obligation to do more than (indiscernible) you're giving

7     me your reading of the plan.  And that's kind of the end.

8     That's the integrity of your position, right?

9          Not that you should go off and try to figure out

10    which way the dollars flow and then have a result oriented

11    approach.

12         MR. FAIL:  Well, I think it wouldn't be --

13         THE COURT: I'm not being very articulate.  What

14    they're --

15         MR. FAIL:  I understand.

16         THE COURT:  What they're saying is like they don't

17    really get it because how could you not be willing to go

18    down this rabbit hole if, at the bottom of the rabbit hole,

19    there might be money for the creditors?

20         And what you're saying is that you don't believe

21    that going down the rabbit hole is worth the exercise and

22    that you -- that it would be -- it's not only not required

23    by the plan but would be contrary to the plan.  Not to put

24    words in your mouth.

25         You know, they're --

Page 44

1           MR. FAIL:  No, Your Honor.

2           THE COURT:  They're --

3           MR. FAIL:  It's a very fair question and we

4    considered it.

5           THE COURT:  Yeah.  I mean, they're --

6           MR. FAIL:  The -- we don't think it's an exercise

7    of the fiduciary duty to spend, you know, resources of the

8    estate to reconcile claims that don't exist.

9           And, so, what I think that they proposed is there

10   may be this amount of money that you're owed and you may owe

11   us.  And maybe it's a wash.

12          But to spend money -- spend certainly -- you have

13   to spend money with certainty to possibly achieve something.

14   I don't think you could make that judgement that -- that

15   it's worth it.  But I think that's another, you know,

16   exercise of fact that we don't have to get to.

17          There are -- there are many interesting questions

18   that we could kind of pursue.  But I don't think we have to

19   today and that's the plan administrator's point.

20          If -- I think -- I think we could -- I know we can

21   make arguments that it was terminated and I know that there

22   can be arguments that it -- that it was rejected.  And I

23   have no basis to believe that we'll find something in the

24   middle.

25          But people litigate these things and we're really

Page 45

1    winding down the claims reconciliation process.  We've done

2    an amazing job of getting from 70,000 down to just a few

3    disputed claims.

4              And the invitation to allow these claims and then

5    have a dispute over termination dates and valuation is one

6    that the plan administrator declined to accept.

7              THE COURT:  Thank you.  All right.

8              Mr. Seligman, do you want to address the --

9              MR. SELIGMAN:  Chart?

10             THE COURT:  -- the chart?  The --

11             MR. SELIGMAN:  I -- as we were doing the chart, I

12   -- let me just hold it up.

13             I did a big "X" over everything here.  Let me --

14             MR. FAIL:  The whole chart.

15             MR. SELIGMAN:  Not the whole chart.  But

16   everything but the final right hand side because what --

17   what the plan administrator did was set up a big strawman

18   and knock down a bunch of things that we're not arguing.

19             THE COURT:  Well, no.  But hold on.  Hold on.

20   Hold on.

21             We -- what he was trying to do was to say that you

22   raised this.  You said we don't know, right?

23             MR. SELIGMAN: Yes.

24             THE COURT:  And I think the point of this exercise

25   was to say, okay.  But in either scenario, you get to the

1    same place which this literally is a pictorial

2    representation of getting to the same place.

3              MR. SELIGMAN:  Right.

4              THE COURT:  I don't think they were trying to

5    convince me that these are the facts though.

6              MR. SELIGMAN:  Oh, I agree.

7              THE COURT:  Okay.

8              MR. SELIGMAN:  They were trying to show in all

9    circumstances we lose.

10             THE COURT:  Right.

11             MR. SELIGMAN:  I think -- but 90 percent of the

12   chart --

13             THE COURT:  Yeah.

14             MR. SELIGMAN:  -- were things that we weren't

15   arguing.

16             So, if you actually want to focus on the right

17   hand side, what -- the first question is were the swaps

18   terminated prior to the effective date?

19             If the answer is no, we've already talked about

20   that that created an obligation to file a proof of claim, 45

21   days after.

22             So, everything under that -- this no, is not what

23   we're arguing.  So, let's -- we don't have to talk about

24   that.

25             THE COURT:  Okay.  So, let me -- so, let me just

Page 47

1    -- let me just make clear.

2             MR. SELIGMAN:  Yes.

3             THE COURT:  If the swaps were terminated -- were

4    not terminated prior to the effective date, the no part.

5    Were the swaps terminated prior to the effective date?  No.

6    Right?

7             That means --

8             MR. SELIGMAN:  If they were not terminated prior

9    to the effective dates --

10            THE COURT:  Right.  That means they were

11   terminated by the occurrence of the effective date.

12            MR. SELIGMAN:  To be -- yes.  The deemed

13   rejection.  Yes.

14            THE COURT:  Right.  And you're not taking the

15   position that -- you are agreeing that you would have had --

16   that that would be a new claim for you to be -- you --

17            MR. SELIGMAN:  Yes.  We conceded that.

18            THE COURT:  Okay.

19            MR. SELIGMAN:  We conceded that if it was -- if it

20   was not terminated, it was executory as of the effective

21   date, deemed -- facto -- default rejected, giving rise to a

22   rejection damages proof of claim obligation --

23            THE COURT:  Okay.  And you're not making the

24   argument that because there was no one around who could act

25   at that time to file a rejection damage claim.  That's not

1    what you're arguing?

2              MR. SELIGMAN:  Not for today.  That -- if we were

3    to make that argument, that would be a -- you know, an

4    excusable neglect type argument.  We're not making that

5    today.

6              THE COURT:  Right.  Okay.

7              MR. SELIGMAN:  We're not --

8              THE COURT:  Okay.

9              MR. SELIGMAN:  We're just talking about

10   interpretation of the plan documents.

11             THE COURT:  All right.  So -- so, now, we're in

12   the world where the swaps were terminated prior to the

13   effective date?

14             MR. SELIGMAN:  Yes.

15             THE COURT:  Okay.

16             MR. SELIGMAN:  Right.  So, then, you get to the

17   next questions.  Were the partnerships debtor controlled

18   entities?

19             THE COURT:  Uh-huh.

20             MR. SELIGMAN:  You've heard that debate.  We

21   believe that they were not.

22             THE COURT:  Uh-huh.

23             MR. SELIGMAN:  So, we're under the no.

24             THE COURT:  Uh-huh.

25             MR. SELIGMAN:  They believe yes.  We said, if Your

1    Honor were to find that they were debtor controlled

2    entities, that that would have eliminated -- that would have

3    eliminated our claim by virtue of the plan.

4            There would have been no proof of claim to file

5    because the plan would have extinguished our claim because

6    the plan says --

7            THE COURT:  Uh-huh.

8            MR. SELIGMAN:  -- if you're debtor controlled but

9    there's no claim on that list --

10           THE COURT:  Uh-huh.

11           MR. SELIGMAN:  -- you're out.

12           THE COURT:  Right.  So --

13           MR. SELIGMAN:  So, that's another thing we are not

14   arguing.

15           THE COURT:  Okay.  So, we are literally only

16   looking at the yes/no branch.  And you say that if the swaps

17   were terminated prior to the effective date and the

18   partnerships were not debtor controlled entities on the

19   effective date, you win.

20           MR. SELIGMAN:  We win because what they're arguing

21   in paragraph 86 is there's -- that -- let me turn to that.

22           (Pause)

23           MR. SELIGMAN:  Paragraph 86 --

24           THE COURT:  Eighty-six says after the effective

25   date of event of proof of claim relating to an executory

1    contract that was rejected, blah, blah, blah proof of claim

2    relating to a pre-petition claim may not be filed or amended

3    without the authority of the Court.

4              MR. SELIGMAN:  Right.  And what we're saying is we

5    were exempt from having to file a proof of claim.

6              This, paragraph 86, presupposes that we had an

7    obligation to file a proof of claim.

8              And what we're saying is we were an exempt entity.

9              MR. FAIL:  No.

10             MR. SELIGMAN:  There is nothing in the plan that

11   overrules the -- the fact that we were an exempt entity and

12   excused from having to file a proof of claim and, again, 86

13   -- 86, Your Honor, is a standard boilerplate provision,

14   okay, that says that if you're going to file a late -- if

15   you're going to file a late claim or you're going to amend a

16   claim, it's --

17             THE COURT:  Right.  But you want to be an exempt

18   entity.

19             MR. SELIGMAN:  Yes.

20             THE COURT:  Without being a debtor controlled

21   entity.

22             MR. SELIGMAN:  Exactly.  And we have said that --

23   Your Honor, that is the unicorn of this case.  This is a

24   situation where we are saying we were an exempt entity at

25   the time of the bar dates, okay?

1           We were also a non-controlled entity because of

2    the dissolution and the only thing that would have strike --

3    struck us out is either the fact that we were a debtor

4    controlled entity, which (indiscernible) plan but we're

5    saying we're not -- we were not controlled and if the -- and

6    that if the claim was -- if the -- the swap was still

7    executory.

8           And that's why, Your Honor, it's a key issue about

9    whether this thing was (indiscernible) or not and that's

10   what we've been telling LBHI is, look.  If you --

11          THE COURT:  But you can't -- but you can't -- you

12   want me to only look at the far right of the chart but you

13   were not -- I --

14          MR. SELIGMAN:  I agree.

15          THE COURT:  I have to decide this -- we don't

16   know, right?

17          MR. SELIGMAN:  We don't know and that's what we've

18   been asking and they haven't taken a position on it.

19          And, so, our position --

20          THE COURT:  Right.  But you're --

21          MR. SELIGMAN: -- but I --

22          THE COURT:  -- you're encouraging me to go down

23   the yes for answer this because it leads you to an argument

24   that you're telling me you can win.

25          MR. SELIGMAN:  Well, but I would put it this way.

Page 52

1    It's their defense.  We say if you look at the plain terms

2    of the plan --

3                THE COURT:  Uh-huh.

4                MR. SELIGMAN:  -- there's nothing in the plan that

5    eliminates -- that required us to file a proof of claim.

6                It's the debtors who are saying, hey.  I got an

7    affirmative defense.  This may have been not terminated.

8    Sorry for the double negatives.

9                This may have been an existence, still executory,

10   on the effective date.  And, if it was, you had had a bar

11   date that you had to comply with.

12               And, so, it's -- it's them who's saying -- I --

13   they're -- I -- it's them who's raising this issue as a

14   defense, as an affirmative defense.

15               So, we believe, Your Honor, that, again, if you

16   sort of go on the timeline, we were an exempt entity.  There

17   was nothing requiring us to file a proof of claim.  We were

18   not -- we were --

19               THE COURT:  Well, who's the -- when you say we

20   were an exempt entity; who's the we?  Which exact entity was

21   the exempt entity?

22               MR. SELIGMAN: Two limited partnerships, I call

23   them -- we call them LP4 and LP5.

24               THE COURT:  Right.

25               MR. SELIGMAN:  Those were the creditors, were the

Page 53

1    two exempt entities listed on the exempt entities schedule.

2              THE COURT:  The --

3              MR. SELIGMAN:  And then not listed --

4              THE COURT:  But they're not asking to file a claim

5    now.

6              MR. SELIGMAN:  We're not asking to file a claim

7    because we believe we still have claims because there's

8    nothing in the plan that --

9              THE COURT:  Well what would be the name on the

10   proof of claim that would get filed if I said you could file

11   a proof of claim?

12             MR. SELIGMAN:  We have -- there's -- there is the

13   scheduled claims which are still ex-stance because there's

14   been nothing to overrule or overwrite the scheduled claims.

15   And, by virtue of those --

16             THE COURT:  Okay.  But you -- you're telling me

17   you still have claims by virtue of scheduled unliquidated

18   (indiscernible) --

19             MR. SELIGMAN:  Right.  But we're -- or another way

20   to think about it, Your Honor, is we were exempt from having

21   to file a proof of claim.

22             THE COURT:  Who's the we?

23             MR. SELIGMAN:  LP4 and LP5.

24             THE COURT:  But LP4 and LP5 were still in

25   existence.

Page 54

1             MR. SELIGMAN:  They were -- under the bar date,

2      they were exempt entities.

3             So, that's step one.  By virtue of being an exempt

4      entity, they did not have to file a proof of claim.

5             Fast forward about a year and a half, there's the

6      plan.  The -- and we're saying there's nothing in the plan

7      to override the fact that LP4 and LP5 were exempt entities.

8             It's the plan administrator, LBHI, who's saying,

9      wait a second.  LP4 and LP5 were debtor controlled entities

10     and, on the schedule of debtor controlled entities, because

11     they were not listed, the claims extinct.

12             THE COURT:  Yeah.

13             MR. SELIGMAN:  And we're saying, respectively, we

14     were not controlled entities.

15             And, by the way, Your Honor, the definition in the

16     plan of whether it's a controlled entity or not is

17     management and control.  I just want to emphasize,

18     obviously, under plain statutory contract interpretation,

19     you've got to give meaning to both words, right?

20             So, it's both controlled and managed.

21             THE COURT:  But I -- but now we're back -- now

22     we've --

23             MR. SELIGMAN:  Now we're back --

24             THE COURT:  Now we've come full circle and LBHI's

25     position, right now, is that action -- it was their choice

Page 55

1     -- action or inaction was their choice to make.

2             MR. SELIGMAN:  Their choice?  Which choice?

3             THE COURT:  They -- the GP dissolved and therefore

4     no claims were filed.  And that was -- their means of

5     managing or controlling was by not acting.

6             MR. SELIGMAN:  I would say, Your Honor, that --

7             THE COURT:  Well, but that's -- I mean, but, in

8     other words, you're not alleging -- there's no allegation

9     here that there was some sort of a breach of fiduciary duty.

10    I mean, they -- that they were in the position of having the

11    ability to act; having the ability to manage and control.

12    And they discharged that responsibility by going away.

13    That's --

14            MR. SELIGMAN:  I --

15            THE COURT:  That's what they did.

16            MR. SELIGMAN:  Right. But I would say, Your Honor,

17    think about it like when a debtor comes to Your Honor and

18    seeks a motion to abandon an asset, okay?

19            THE COURT:  Yeah.

20            MR. SELIGMAN:  You have the -- the debtor has the

21    fiduciary duty to decide whether to abandon an asset or not.

22    They abandon it.  It's not part of the estate.

23            I don't think anybody would say, well, the

24    trustee, by virtue of abandoning it on one day, it's -- it

25    still has a fiduciary -- it still has control or management

Page 56

1    post-abandonment, which is effectively what happened here

2    because --

3                THE COURT:  Well, but now you're -- you -- it

4    sounds like you -- you know, now we get into this very brain

5    twisty world of the fact that, you know, you basically you

6    had a cup of coffee and it became a -- you know, a freeze

7    dried powered coffee and then a number of years later,

8    somebody adds hot water back into it and you got coffee

9    again.  And --

10               MR. SELIGMAN:  But I would say, Your Honor, I --

11   I'm sorry.  I didn't mean to interrupt you.

12               THE COURT:  Yeah.

13               MR. SELIGMAN:  I apologize.

14               I would say, Your Honor, that even -- you know,

15   manage and control.  The mere fact that somebody has a

16   passive equity interest, okay, I don't think even what gives

17   rise to management and control when you think about

18   management and control; having meetings; having a board;

19   taking minutes --

20               THE COURT:  Oh, I don't -- I don't think you want

21   to go down that path.

22               MR. SELIGMAN:  But -- well, but I would say --

23               THE COURT:  So --

24               MR. SELIGMAN:  But, I would say, in addition, once

25   the dissolution happens -- I mean, these things were

Page 57

1    dissolved and stricken from the registry --

2              THE COURT:  Okay.

3              MR. SELIGMAN:  -- and when I say these things, it

4    was the general partner that was stricken from the registry.

5              THE COURT:  Yes.  But somebody, all these years

6    later, decided, oh, look.  That thing there might have

7    value.  So, I'm going to add the hot water back into the

8    powdered coffee --

9              MR. SELIGMAN:  Right.

10             THE COURT:  -- and we're going to have a cup of

11   coffee again.

12             And it's very -- it's very problematic to me,

13   apart from the words of the plan, it's very problematic to

14   me to go down a path where there is literally not limiting

15   principle.

16             Somebody could come back, five years from now,

17   when the case is closed.  Mr. Fail, did you hear that?

18             MR. FAIL:  I'm waiting.

19             THE COURT:  That five years from now --

20             MR. FAIL:  I'm waiting.  I'm ready.

21             THE COURT:  -- when the case is closed --

22             MR. FAIL:  Five.

23             THE COURT:  Way before then, please, if you will.

24             Say motion to reopen, we found these claims, you

25   know, let us in.

1              And if there's three cents left or there's three

2     millions cents left of whatever, and there -- there

3     literally is not limiting principle.

4              But here's the limiting principle that when people

5     are in the sentient beings in the world and in the world of

6     Lehman and they could have acted earlier, by gosh, they

7     should have acted earlier.

8              So, I fully understand that your clients now have

9     a responsibility and are seeking direction by this motion

10    from the Court.  I totally get that.  Completely fair.

11    Don't have a problem with it at all.

12             Obviously, I think you can tell, that this is

13    going to --

14             MR. SELIGMAN:  There are reservations.

15             THE COURT:  This is very difficult.  Yes.  This is

16    very difficult.  This is just very difficult.

17             Some of you have been here before and may have

18    gotten used to me giving you a decision from where I'm

19    sitting.  That's not going to happen today.

20             I'm going to have to take this under advisement.

21             MR. SELIGMAN:  I --

22             THE COURT:  And to that point, therefore, I'm --

23    and I don't even know that you specifically asked for a

24    reserve but I am not prepared to apply (indiscernible) the

25    next distribution date which I think may be in April.  In

1    April?

2              MR. SELIGMAN:  Correct.

3              THE COURT:  Okay.

4              MR. SELIGMAN:  Early -- yes.  Your --

5              THE COURT:  Yeah.

6              MR. SELIGMAN:  Your Honor, I would say a couple

7    things.

8              As somebody who is 90 percent of the time

9    representing debtors --

10             THE COURT:  I've heard of your firm doing that.

11             MR. SELIGMAN:  Yes.  It's like -- it's like my

12   colleagues -- I went to Dartmouth and Daniel Webster sitting

13   in the Supreme Court was, it's a small college but there are

14   those who love it.

15             So, we're a small firm and we do our Chapter 11s.

16   But I appreciate Your Honor is -- is struggling with the

17   limiting principle.  And I -- and we were very careful with

18   bringing this motion because we understand that coming in --

19   coming in two months after a bar date is, you know, gains

20   skepticism let alone coming in, you know, seven, eight

21   years.

22             So, we were -- we were, for lack of a better word,

23   judicious in the way that we approached this.

24             And I think that what we would say is limiting

25   principle and why this is not a Pandora's box is because we

1    are saying, Your Honor, enforce the plan as is, with these

2    circumstances.

3                We are not coming in here and saying like, oh,

4    Lehman's bad guys and they weren't around --

5                THE COURT:  Well --

6                MR. SELIGMAN:  -- and, therefore, we should be

7    excused.  We're not asking from --

8                THE COURT:  Okay.

9                MR. SELIGMAN:  -- excuse --

10               THE COURT:  I got it.

11               MR. SELIGMAN:  -- from any --

12               THE COURT:  I get it.

13               MR. SELIGMAN:  -- of the provisions of the plan.

14   We're wrapping ourselves in the plan.

15               THE COURT:  I get it.  Well, that's --

16               MR. SELIGMAN: And then we're going to live and die

17   by what the plan says.

18               THE COURT:  And that's my task and I'm going to

19   figure it out.

20               So, Mr. Fail, last words?

21               MR. FAIL:  Thanks, Your Honor.

22               Just very briefly.  The analysis that was just

23   gone through is just not right and it's not what -- it's not

24   the analysis that we made and -- just very briefly.

25               THE COURT:  Okay.  Then, let's go again.

Page 61

1          MR. FAIL:  The right hand column doesn't mean that

2   there's no -- it's just simply not true or accurate to state

3   that nothing prevents a claim from being asserted now.  That

4   there's nothing in the plan or confirmation order.  There

5   is.  It's paragraph 86.

6          If it -- so, they're saying, and Your Honor was

7   right, we don't know.  Was it terminated early or rejected?

8   They want to put in a claim and then have a legal debate and

9   fact discovery and a trial over that.  Just to get in the

10  door.  I guess you have to do that because you -- we don't

11  know right now.

12         But let's just put that aside and pretend that we

13  know, right now, that the swaps were terminated early.

14         Their position is because they were a debtor

15  controlled entity or they weren't.  They're saying they

16  weren't.

17         We go down that route.  There is a bar.  It is a

18  new bar date.

19         THE COURT:  But the answer to that was --

20         MR. FAIL:  And it is not --  and it not high to

21  the bar date.

22         THE COURT:  But --

23         MR. FAIL:  He's saying it is and that's just not

24  true.

25         THE COURT:  But what Mr. Seligman said was that

Page 62

1    that language that I read, the paragraph 86  language, is

2    inapplicable because they were exempt entities.

3              MR. FAIL:  You can't -- where is you -- where is

4    the basis in the confirmation order or the plan that ties

5    it?  It doesn't.  It is a brand new stand alone bar date.

6    Where --

7              THE COURT:  Okay.

8              MR. FAIL:  -- does it say that?

9              THE COURT:  Okay.  Pause for -- pause for a

10   second.

11             Mr. Seligman, why is he wrong?

12             MR. FAIL:  There are things that cross over

13   between the plans.  This is not one of them.  It is a stand

14   alone new bar date.

15             THE COURT:  Okay.  Let's stick with this very

16   narrow point.

17             MR. SELIGMAN:  I come back that we were an exempt

18   entity.

19             THE COURT:  Okay.  Okay.

20             MR. SELIGMAN:  And --

21             THE COURT:  So, stop.  So --

22             MR. SELIGMAN:  -- that has -- that has meaning.

23             THE COURT:  So, Mr. Fail, Mr. Seligman's answer to

24   your argument is, no, no.  They were an exempt entity.

25             MR. FAIL:  That excuses -- that says the 2009 bar

Page 63

1    date doesn't apply.  And between 2009, Your Honor, and 2001

2    confirmation, years passed, claims were filed and

3    recognized.

4            THE COURT:  So, you are saying old bar date.  Fair

5    enough.  New bar date --

6            MR. FAIL:  We -- we assumed that.  Yeah.

7            THE COURT:  -- in the plan doesn't happen.  That's

8    your position.

9            MR. FAIL:  It doesn't.  Your Honor has enforced it

10   time and again.

11           THE COURT:  Got it.  Okay.  Thank you.

12           MR. FAIL:  There is no link whatsoever.  That's

13   why -- and that's why when Mr. Seligman and the liquidators

14   say, they won't try to meet the high bar and there's

15   skepticism if it was two months late, the same analysis

16   under paragraph 86 should apply.

17           It is a new bar date.  It is very late.  And

18   that's why we're not answering any more questions and I

19   won't take your time, Your Honor.

20           THE COURT:  All right.  Let's leave it there.

21           Mr. Graham, was there something that you had

22   wanted to say?

23           MR. GRAHAM:  No.  Your Honor, I just -- if we're

24   in a world and there was a lot of talk about whether we were

25   a controlled or not a controlled entity, we have two claims

Page 64

1    that are not listed on the schedule of debtor controlled

2    entities, subordinating notes claims that are being treated

3    as allowed and they were scheduled like four days before

4    confirmation.

5           And it just seems very odd that they would have

6    scheduled claims for the subordinating notes that the LP4

7    and LP5 have if their position was that -- and they didn't

8    put them on the debtor controlled schedule, if their

9    position was that we were a debtor controlled entity.

10          And it just seems like a very odd -- there -- it

11   seems --

12          MR. FAIL:  Or does it suggest that we were able to

13   control it and schedule it.  I mean, so, you --

14          THE COURT:  Hold -- hold on. We're

15   (indiscernible).

16          MR. FAIL: (Indiscernible) --

17          MR. GRAHAM:  (Indiscernible) --

18          THE COURT:  Hold on.  We've now just -- we've not

19   just spun way out of control.  I mean, in violation of my

20   own rule against two people arguing the same thing to me,

21   let me speak, Mr. Graham.

22          I thought you wanted to say something but what you

23   did was open a whole pathway that was not addressed in the

24   pleadings and, again, gets us into -- I don't think that

25   that point was (indiscernible) --

Page 65

1          MR. GRAHAM:  It was made in paragraph seven of our

2    reply, Your Honor.

3          MR. SELIGMAN:  Your Honor, I did mention it.  We

4    don't need to argue it.  It's just paragraph seven.

5          THE COURT:  Okay.  I will take a look at paragraph

6    seven.  If -- it sounds to me like it invites me back into

7    the world of thought processes and (indiscernible).  But I

8    will take a look at it.  It's paragraph seven in your --

9          MR. SELIGMAN:  In our reply, Your Honor.

10          THE COURT:  -- in the reply.

11          MR. FAIL:  So, we didn't get a chance to address

12    it because we didn't do a surreply, Your Honor.

13          I don't think you have to get into it because

14    there's no -- what they argue, that they don't want the

15    subordinated claim they were getting.  Obviously, not, Your

16    Honor.

17          But the subordinated debt claims against LBHI were

18    treated by different sections of the plan.  There are

19    multiple -- look at the disclosure statement, Exhibit 10,

20    has lists -- there's multiple classes of sub-debt that we

21    allocated to different levels of senior creditors depending

22    if they were derivative or not.  Dead or not.  Guarantee or

23    not.

24          It was a complicated exercise to do a global

25    settlement.  Sub-debt, that they held was publicly traded

1    sub-debt.

2         If -- there are multiple provisions of the plan.

3    We didn't address it because we didn't have a chance to and

4    it's not relevant.

5         But to suggest that because they were given claims

6    means they were not controlled, that -- that's just a itsy

7    ditsit (ph) and doesn't -- there's no fact basis for it.

8    And there's no reason to go down another factual rabbit hole

9    to figure out why that was or when.

10        The simple question is; under any course, we're

11   talking about the swaps claims.  That's all they've asked to

12   file.  Once upon a time, they were here asserting billions

13   of dollars of claims.  Today, they seem to want 28 million

14   up to whatever million, Your Honor.

15        It's not before the Court.  Raised in a reply or

16   otherwise.

17        THE COURT:  All right.  Very good.  As I said,

18   you've given me a lot to think about.  I have not made a

19   decision yet.

20        I will issue a decision in due course.

21        Thank you very much for coming in today.

22        MR. FAIL:  Thank you, Your Honor.

23        MR. SELIGMAN:  Thank you --

24      (Audio ended in mid-sentence)

25      (Whereupon, these proceedings were concluded at 3:16

Page 67

1    p.m.)

2                                        *   *   *   *   *

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 68

1                    C E R T I F I C A T I O N

2

3    I, Pamela A. Skaw, certifies that the foregoing transcript

4    is a true and accurate record of the proceedings.

5    Pamela Skaw     Digitally signed by Pamela Skaw
                     DN: cn=Pamela Skaw, o, ou,
                     email=digital@veritext.com, c=US
6    _____ Date: 2019.03.15 15:31:29 -04'00'

7    Pamela A. Skaw

8

9

10

11   Date:  March 15, 2019

12

13

14

15

16

17   Veritext Legal Solutions

18   330 Old Country Road

19   Suite 300

20   Mineola, NY 11501

21

22

23

24

25

[& - apologize]                                                                                 Page 1

| **&** | **380**  32:6 40:17,17 | **acted**  11:2 37:2 | **afternoon**  4:6,7 |
|---|---|---|---|

**&**   3:2,10 4:9 27:2

**0**

**08-13555**  1:7

**1**

**1.777**  39:7
**10**   41:16 65:19
**10004-1408**  1:15
**10153-0119**  3:5
**11**   2:2 41:16
**11.1**  30:8
**11501**  68:20
**11s**  59:15
**12**   41:16
**13**   1:17
**1300**  39:9
**15**   38:8 68:11
**150**  39:2
**16**  37:17

**2**

**2001**  63:1
**2008**  38:8
**2009**   31:15,24
  38:8 41:16 62:25
  63:1
**2010**  8:4
**2017**   8:7 21:12
  32:25
**2018**  38:12
**2019**   1:17 22:4
  39:5 68:11
**22nd**  39:4
**243**  32:5
**25**   40:14,19 41:8
**28**  66:13
**2:06**  1:18

**3**

**300**   3:12 68:19
**330**  68:18
**37**   36:6,15,21
  40:14

**380**   32:6 40:17,17

**4**

**400**  38:7,9
**45**   24:6 36:7,16
  46:20

**5**

**550**  38:11,16
**59409**  2:1

**6**

**60654**  3:13
**627**  31:17

**7**

**70,000**  45:2
**767**  3:4

**8**

**8**   39:11
**86**   38:21 41:10
  49:21,23 50:6,12
  50:13 61:5 62:1
  63:16

**9**

**90**   46:11 59:8
**9006**  23:1

**a**

**abandon**   55:18,21
  55:22
**abandoning**  55:24
**abandonment**
  56:1
**ability**  55:11,11
**able**  64:12
**accept**  45:6
**accurate**   61:2
  68:4
**achieve**  44:13
**acknowledging**
  30:6
**act**   10:22 47:24
  55:11

**acted**   11:2 37:2
  58:6,7
**acting**  55:5
**action**   11:3 54:25
  55:1
**actions**   21:21
  32:20
**actively**   33:11,11
  36:14 39:8
**actual**  25:24
**add**   13:2 16:20
  57:7
**addition**   4:20
  56:24
**address**   20:1
  26:19 28:16 34:17
  41:23 45:8 65:11
  66:3
**addressed**   19:16
  64:23
**adds**  56:8
**administration**
  41:14
**administrator**
  9:19 19:15 21:7
  27:24 37:8,11
  40:21 42:19 45:6
  45:17 54:8
**administrator's**
  35:19 41:25 44:19
**administrators**
  33:10
**adversary**  16:13
**advisement**  58:20
**affidavit**  12:16
**affidavits**  5:15
**affiliated**  2:3
**affiliates**   27:11
  30:13 31:9 33:7
  33:15
**affirmative**   52:7
  52:14

**afternoon**   4:6,7
  26:24,25
**agree**   9:19 11:5
  19:7,9,12 22:8,15
  25:25 37:9 46:6
  51:14
**agreeing**  47:15
**agrees**  36:10
**aisle**  33:12
**allegation**  55:8
**allege**  32:19,20
**alleging**  55:8
**allocated**  65:21
**allow**  45:4
**allowed**   35:16
  64:3
**alternative**   18:23
  18:25 29:19
**amazing**  45:2
**ambiguous**  18:5
**amend**  50:15
**amended**   2:2 50:2
**amount**   27:12
  35:11 39:6 44:10
**amounts**   25:14
  39:11 42:17
**analysis**   60:22,23
  63:15
**annual**  14:2
**answer**   29:11,13
  29:18,24 30:16
  40:2 41:21,22
  42:11,13,15,23,24
  43:1 46:19 51:23
  61:19 62:23
**answering**  63:18
**anybody**   15:14
  55:23
**anyway**  9:16
**apart**  57:13
**apiece**  18:13
**apologize**  56:13

**appear** 38:11
**appearance** 34:1
**appeared** 18:19
  37:14
**applied** 13:22
**apply** 40:10 58:24
  63:1,16
**appointed** 21:12
  23:10 32:25 33:11
**appointment** 8:10
**appreciate** 13:21
  15:20 22:15 59:16
**approach** 8:25
  27:20 43:11
**approached** 59:23
**appropriately**
  38:18
**approximately**
  31:17 32:5 39:2
**april** 58:25 59:1
**argue** 10:13 65:4
  65:14
**arguendo** 36:4
**arguing** 36:1,4
  45:18 46:15,23
  48:1 49:14,20
  64:20
**argument** 5:19
  18:22 20:2 21:7
  30:23 36:2,12
  47:24 48:3,4
  51:23 62:24
**arguments** 21:13
  30:15 44:21,22
**articulate** 43:13
**aside** 21:8 61:12
**asked** 4:23 20:25
  25:13 26:14 58:23
  66:11
**asking** 7:15 9:7
  24:9,13 41:12
  51:18 53:4,6 60:7

**assert** 36:16 38:18
  38:19 39:16
**asserted** 29:16
  42:21 61:3
**asserting** 36:19
  38:14 66:12
**assertion** 42:5
**asset** 21:22 34:14
  34:18 55:18,21
**assets** 34:6
**assumed** 63:6
**assuming** 36:4
**atmospherics**
  23:14
**attached** 14:18
  24:10
**attorneys** 3:3,11
**audience** 37:21
**audio** 66:24
**august** 38:12
**australia** 6:21
  33:9
**authority** 10:22
  38:19 50:3
**available** 5:12
**avenue** 3:4 39:24
**aware** 6:11,22
  14:1 38:20

**b**

**b** 1:21
**back** 7:14 12:2,3
  13:21,23 15:2
  16:20 23:10 25:8
  27:15 37:23 38:17
  38:25 54:21,23
  56:8 57:7,16
  62:17 65:6
**background**
  22:16
**bad** 60:4
**balls** 8:24
**bank** 37:20

**bankruptcy** 1:1
  1:13,23 35:8,10
  35:13,13
**bar** 9:24 10:2
  20:10 23:1 24:5
  31:15,16,21 36:7
  37:3 38:4,8,21
  39:18 40:10 50:25
  52:10 54:1 59:19
  61:17,18,21 62:5
  62:14,25 63:4,5
  63:14,17
**bare** 24:12
**barred** 36:16
  39:23 40:14
**bars** 29:15
**based** 25:16 39:24
**basically** 11:23
  56:5
**basis** 42:3 44:23
  62:4 66:7
**beat** 39:13
**behalf** 4:8
**beings** 58:5
**belief** 8:16
**believe** 10:9 17:24
  19:13 22:19 23:16
  26:8 43:20 44:23
  48:21,25 52:15
  53:7
**belong** 18:9
**bermuda** 6:20
**better** 12:13,19
  13:6 59:22
**big** 26:16 34:2
  45:13,17
**billion** 39:7,11
**billions** 38:15
  66:12
**blah** 50:1,1,1
**board** 56:18
**boilerplate** 50:13

**bones** 24:12
**bottom** 42:6 43:18
**bowling** 1:14
**box** 30:18,20
  59:25
**brain** 56:4
**branch** 49:16
**brand** 62:5
**breach** 55:9
**break** 39:18
**briefly** 60:22,24
**bring** 23:4 37:23
**bringing** 12:2
  59:18
**brothers** 1:7 2:3
  6:13 27:5 33:13
**brought** 22:18
**brown's** 28:12
**bruce** 4:16
**bunch** 13:9 45:18
**burden** 20:21
  42:3

**c**

**c** 1:22 3:1 4:1 68:1
  68:1
**calculated** 25:15
  25:16
**call** 52:22,23
**calls** 7:2
**care** 9:4
**careful** 59:17
**case** 1:7 4:24 6:11
  6:12 7:1,25 8:4
  21:17 22:23 50:23
  57:17,21
**cases** 37:14 38:5
  41:13,14
**cents** 58:1,2
**certain** 9:18 11:4
  14:17
**certainly** 8:4 9:21
  9:22 28:24 35:2
  44:12

certainty  44:13
certifies  68:3
cetera  16:9,9
chance  65:11 66:3
chaos  38:10
chapman  1:22
chapter  2:2 59:15
characterize  8:2
chart  29:8,9,10
  33:24 45:9,10,11
  45:14,15 46:12
  51:12
chicago  3:13
choice  54:25 55:1
  55:2,2
circle  54:24
circumstance
  32:7
circumstances
  11:4 46:9 60:2
citation  30:8
cite  14:18,20
claim  9:9 10:1
  19:15 20:15,19,22
  22:20,21,24 23:17
  25:10,11,24 26:10
  29:15 32:3 34:11
  35:11,22 36:16
  38:9,19 39:23,25
  40:16 41:11 46:20
  47:16,22,25 49:3
  49:4,5,9,25 50:1,2
  50:5,7,12,15,16
  51:6 52:5,17 53:4
  53:6,10,11,21
  54:4 61:3,8 65:15
claimed  34:23
claims  7:3 8:18,20
  14:17,19,20 17:4
  17:7,13,17 18:19
  27:12 29:16 32:6
  32:21 34:9 35:16
  35:17,20 36:8,19

38:12,13 39:8,9
40:17 41:15,20
42:18,20,21 44:8
45:1,3,4 53:7,13
53:14,17 54:11
55:4 57:24 63:2
63:25 64:2,6
65:17 66:5,11,13
clarify  28:8
classes  65:20
clean  17:7
clear  17:22 22:10
  47:1
clearer  36:15
clearly  16:9 36:21
clients  21:11 58:8
closed  57:17,21
code  35:13
coffee  56:6,7,8
  57:8,11
collapse  38:5,10
colleagues  27:4
  59:12
college  59:13
colloquy  31:2
column  61:1
come  17:1 18:16
  23:10 25:8 27:15
  29:13,13,19 37:2
  37:21 38:17,25
  54:24 57:16 62:17
comes  10:12
  55:17
coming  8:14
  38:23 41:12 59:18
  59:19,20 60:3
  66:21
commenced  6:24
common  13:24
companies  7:21
  7:21
competencies
  18:11

completely  11:15
  58:10
complexity  6:2
  15:23
complicated  38:5
  65:24
complied  37:4
comply  52:11
concede  20:17
  24:18
conceded  47:17
  47:19
conceivable  35:4
concern  22:7
concerned  27:25
conclude  18:21
concluded  66:25
conclusion  29:13
  29:20
concurrence
  24:20
confirmation  8:5
  28:21,23 36:6,18
  38:20 40:19 41:11
  61:4 62:4 63:2
  64:4
confirmed  10:3
consent  6:25
consider  11:22
  38:3
considered  30:24
  44:4
considering  28:10
contemplate
  22:25 28:5
context  14:15
  33:3 41:13
continue  30:11
contract  26:12
  50:1 54:18
contrary  43:23
control  10:13 11:1
  11:7,8 12:12 13:4

13:10,23 14:4,10
14:11 17:2 31:4
32:22 54:17 55:11
55:25 56:15,17,18
64:13,19
controlled  10:6,7
  10:9,12,12,18,19
  10:19 13:8,15
  14:14,19,24 15:4
  16:24,25 17:6,11
  17:16,18 18:22,24
  19:14 20:5 22:9
  27:10,11 30:12,13
  30:24 31:9,25
  32:1,11,14 33:4,6
  33:7,15,15 34:23
  34:24 35:17,20,22
  36:5,13,25 40:8
  40:13 41:6,9
  48:17 49:1,8,18
  50:20 51:1,4,5
  54:9,10,14,16,20
  61:15 63:25,25
  64:1,8,9 66:6
controlling  55:5
controversial
  30:9
convince  46:5
cookie  9:2
corporate  7:18
correct  10:23
  11:24 14:25,25
  21:13 35:18 59:2
correspondence
  7:14
counsel  4:21 5:4
  27:6
counsel's  27:3
count  39:10
counting  37:18
countless  42:16
country  68:18

[couple - disagree]                                          Page 4

**couple**   9:17 32:10
  59:6
**course**   15:11,12
  66:10,20
**court**   1:1,13 4:2,7
  4:10,12,17,19,22
  4:25 5:2,6,9,13,16
  5:20,23,25 6:7,14
  6:18 7:5 8:9 9:10
  9:13 10:14,17,24
  11:9,14,18,21,25
  12:7 14:13,23
  15:6,8,11,14,17
  15:20,22 16:2,4
  17:20,21,21 18:3
  19:1,3,5,18,25
  20:3,6,11,13,24
  21:4,6,11 24:3,7
  24:18,24 25:2,4,6
  25:9,12,19,22
  26:18,21,25 27:21
  28:1,3,7,10,21,25
  29:1,2,4,7,23,25
  30:3,18,20 31:3,6
  31:8 33:17,20,23
  34:5,7,9,12,22
  35:1,3,5,7,9,14,19
  35:25 36:20,22
  37:6,9 38:19,23
  39:21 41:12,14
  42:4,11,17,25
  43:3,13,16 44:2,5
  45:7,10,19,24
  46:4,7,10,13,25
  47:3,10,14,18,23
  48:6,8,11,15,19
  48:22,24 49:7,10
  49:12,15,24 50:3
  50:17,20 51:11,15
  51:20,22 52:3,19
  52:24 53:2,4,9,16
  53:22,24 54:12,21
  54:24 55:3,7,15

55:19 56:3,12,20
  56:23 57:2,5,10
  57:19,21,23 58:10
  58:15,22 59:3,5
  59:10,13 60:5,8
  60:10,12,15,18,25
  61:19,22,25 62:7
  62:9,15,19,21,23
  63:4,7,11,20
  64:14,18 65:5,10
  66:15,17
**courtroom**   4:15
**cover**   39:9
**covered**   32:10
**crack**   16:11
**cracks**   38:22
**created**   46:20
**creditors**   43:19
  52:25 65:21
**critical**   22:10
**cross**   28:5 62:12
**crumbles**   9:3
**cup**   56:6 57:10
**current**   32:24
**cut**   19:21

**d**

**d**   4:1
**damage**   47:25
**damages**   20:19
  47:22
**daniel**   4:20 59:12
**dartmouth**   59:12
**date**   8:14 9:24
  10:2 20:10 24:4,6
  24:20,23 25:3,16
  26:3,3,8 30:2,7,13
  31:15,16,21 32:21
  34:4 36:7,8 37:3
  38:4,8,21 40:6,10
  46:18 47:4,5,11
  47:21 48:13 49:17
  49:19,25 52:10,11
  54:1 58:25 59:19

61:18,21 62:5,14
  63:1,4,5,17 68:11
**dates**   25:17 45:5
  47:9 50:25
**david**   3:16 4:8
**day**   12:12 23:9
  37:22 39:1 55:24
**days**   20:12 24:6
  36:7,16 38:7,9,11
  38:16 39:1,2
  46:21 64:3
**dead**   39:25 40:20
  65:22
**deal**   23:23
**death**   35:10
**debate**   48:20 61:8
**debt**   65:17,20,25
  66:1
**debtor**   1:8 3:3
  10:6,7 13:8 14:14
  14:19,24 15:4
  16:24 17:6,11,18
  18:22,24 22:8
  27:10 30:12 31:25
  32:11,14 33:4,6
  33:15 34:23,23
  35:17,20,22 36:4
  36:13 40:8,13
  41:5,9 48:17 49:1
  49:8,18 50:20
  51:3 54:9,10
  55:17,20 61:14
  64:1,8,9
**debtor's**   42:3
**debtors**   2:3 13:6
  16:24 52:6 59:9
**decide**   20:21
  39:13 51:15 55:21
**decided**   57:6
**decision**   20:23
  58:18 66:19,20
**declaration**   11:16
  14:18 28:12,12,13

**declarations**
  27:23 28:11
**declined**   45:6
**deemed**   13:15
  20:9 24:23 47:12
  47:21
**default**   20:9 47:21
**defense**   52:1,7,14
  52:14
**definition**   10:12
  10:20,25 11:1
  14:14 32:1 54:15
**definitions**   32:1
  33:2
**degree**   6:2
**denying**   36:23
**depending**   65:21
**derivative**   65:22
**desire**   22:6
**determination**
  32:12
**deutsche**   37:20
**dictionaries**   33:1
**dictionary**   10:25
  11:1
**die**   60:16
**difference**   9:10
**different**   7:8
  10:18 14:20 27:13
  28:14 34:25 65:18
  65:21
**difficult**   11:15
  58:15,16,16
**direct**   28:19
**direction**   7:15,16
  58:9
**directly**   23:7
**directors**   6:24
  7:10,14 9:23
  10:10
**disagree**   30:17
  37:20

**disagreement**
9:22,24
**disallowed** 41:15
**discharged** 55:12
**disclosure** 65:19
**discovery** 42:1,14
61:9
**discussion** 31:14
**dispute** 45:5
**disputed** 45:3
**dissolution** 7:20
51:2 56:25
**dissolved** 8:3 55:3
57:1
**distinction** 31:9
**distribution** 58:25
**distributions** 2:4
37:17 39:5
**district** 1:2
**ditsit** 66:7
**doc** 2:1
**doctrines** 17:21
**document** 24:10
28:17,18
**documents** 6:9
8:15,16 9:5,6,7,8
9:14 17:22,25
18:3,4 19:9 48:10
**doing** 14:11,11
16:4 45:11 59:10
**dollars** 39:7 42:15
43:10 66:13
**domestic** 33:10
**door** 39:7 61:10
**double** 52:8
**dozens** 15:24
30:21
**dried** 56:7
**due** 66:20
**duty** 44:7 55:9,21

**e**

**e** 1:21,21 3:1,1 4:1
4:1 68:1
**earlier** 31:20
40:24 58:6,7
**earliest** 21:25
**early** 59:4 61:7,13
**easy** 29:12
**economy** 38:6
42:2
**effect** 12:1 24:4
**effective** 8:14 10:3
24:19,23 25:3
26:8 30:2,7,13
32:21 36:8 37:16
40:6 46:18 47:4,5
47:9,11,20 48:13
49:17,19,24 52:10
**effectively** 8:1,1,5
56:1
**effort** 41:18
**eight** 59:20
**eighty** 49:24
**either** 6:23 33:19
45:25 51:3
**eliminate** 17:11
**eliminated** 22:20
49:2,3
**eliminates** 8:19
52:5
**ellis** 3:10 4:9
**embodied** 14:16
**emphasize** 54:17
**encouraging**
51:22
**ended** 17:17 66:24
**enforce** 9:6,14
14:21 17:25 22:18
23:6 60:1
**enforced** 18:13
63:9
**enforcing** 2:2

**enormous** 18:11
**ensued** 38:6
**entered** 33:14
**entire** 8:3,5
**entities** 7:11,15,18
8:1,8 9:25,25 10:6
10:7,9,10 13:13
13:17 14:14,19,24
15:4 18:22,25
19:14 27:10,11
30:12,22 31:15,17
32:3,5,15 33:16
34:24 35:17,21,22
36:5,13 37:23
40:17 41:6,9
48:18 49:2,18
53:1,1 54:2,7,9,10
54:14 62:2 64:2
**entitled** 8:24
**entity** 13:8 16:24
17:11,18 20:5
30:24 31:24,25
33:4,6 40:9,13
50:8,11,18,21,24
51:1,4 52:16,20
52:20,21 54:4,16
61:15 62:18,24
63:25 64:9
**equally** 22:6
**equitably** 22:7
**equity** 13:11,12
13:16 14:9 56:16
**esq** 3:7,8,15,16
**essentially** 21:8
37:2
**established** 8:17
**establishes** 36:7
38:21
**estate** 6:20,21
8:23 44:8 55:22
**estates** 42:3
**et** 16:9,9

**enormous** 18:11
**event** 24:21 49:25
**eventually** 7:17
**everybody** 28:8
**everyone's** 30:6
**evidence** 19:10
27:21,22 38:1
**evidentiary** 28:2
41:24
**ex** 53:13
**exact** 52:20
**exactly** 13:10
15:16 50:22
**examination**
21:24 28:5
**exception** 9:8
23:22
**excerpt** 40:19
**exclusively** 31:1
**excusable** 41:17
48:4
**excuse** 23:22 60:9
**excused** 26:9
50:12 60:7
**excuses** 62:25
**executory** 20:8,18
24:2 25:5 26:12
47:20 49:25 51:7
52:9
**exempt** 8:19 9:25
31:14,20,24 32:2
50:5,8,11,17,24
52:16,20,21 53:1
53:1,20 54:2,3,7
62:2,17,24
**exercise** 43:21
44:6,16 45:24
65:24
**exhibit** 65:19
**exist** 8:2 44:8
**existed** 14:17
**existence** 10:21
12:24 52:9 53:25

**explanation** 12:1
**explore** 14:21
  18:7
**extent** 28:17
**extinct** 54:11
**extinguished** 49:5

**f**

**f** 1:21 68:1
**face** 17:22 39:11
**faced** 8:14 9:5
**fact** 12:9 13:8
  14:10 16:14 17:3
  18:10,18 27:22
  30:23 32:2 36:24
  42:7 44:16 50:11
  51:3 54:7 56:5,15
  61:9 66:7
**facto** 47:21
**facts** 41:23 46:5
**factual** 66:8
**factually** 42:7
**fail** 3:8 19:18
  26:24,25 27:1,1
  27:22 28:2,4,9,14
  28:23 29:1,3,6,8
  29:24 30:1,4,19
  30:25 31:5,7,11
  33:18,22 34:3,6,8
  34:11,13,25 35:2
  35:4,6,8,10,18,23
  36:1,21 37:5,7,11
  39:22 42:10,13
  43:1,12,15 44:1,3
  44:6 45:14 50:9
  57:17,18,20,22
  60:20,21 61:1,20
  61:23 62:3,8,12
  62:23,25 63:6,9
  63:12 64:12,16
  65:11 66:22
**fair** 37:2 44:3
  58:10 63:4

**fairly** 15:22
**fall** 27:14
**far** 14:1 27:24
  51:12
**fast** 54:5
**fault** 37:19
**fiduciary** 8:22
  43:4,5 44:7 55:9
  55:21,25
**fifth** 3:4
**fighting** 42:16
**figure** 38:8 39:13
  43:9 60:19 66:9
**file** 10:1 20:19
  22:20 23:17,21
  26:10 32:21 38:9
  38:17 39:2,23
  46:20 47:25 49:4
  50:5,7,12,14,15
  52:5,17 53:4,6,10
  53:21 54:4 66:12
**filed** 6:12 7:10
  37:14 39:4,10
  50:2 53:10 55:4
  63:2
**filing** 9:9 22:24
  38:4
**final** 23:25 45:16
**find** 18:5 44:23
  49:1
**finds** 17:21 19:8
  22:23 23:20
**fine** 23:12
**finished** 33:21
**firm** 59:10,15
**first** 10:5 27:14
  29:6 37:14 39:19
  46:17
**fit** 33:3
**fits** 15:18
**five** 7:22 16:4
  20:12 39:1 57:16
  57:19,22

**flat** 21:12
**flow** 43:10
**focus** 16:17 29:8
  46:16
**focused** 7:23
**folks** 4:3 33:8,10
**following** 30:9
**foregoing** 68:3
**foreign** 6:13,16,24
  13:5,6,6,9,17 33:9
**forensic** 42:14
**forever** 14:23
  36:16
**forget** 37:5,7,7,13
  37:15,17
**forth** 23:4
**fortunately** 7:3
**forty** 20:12
**forward** 5:18
  39:14 54:5
**found** 21:22 57:24
**four** 39:5 40:18
  64:3
**freeze** 56:6
**full** 54:24
**fully** 58:8
**further** 29:24

**g**

**g** 4:1
**gains** 59:19
**garrett** 3:8 27:1
**general** 7:22 8:11
  12:19,25 14:7
  17:21 27:6 31:16
  32:17,24 38:4
  57:4
**generally** 37:1
**getting** 17:20
  23:11 38:23 42:6
  45:2 46:2 65:15
**give** 11:11,15
  39:18 54:19

**given** 15:23 23:1
  38:7 66:5,18
**gives** 56:16
**giving** 20:10,18
  43:6 47:21 58:18
**global** 14:16
  65:24
**go** 4:4 18:14 21:23
  32:13 36:12 43:9
  43:17 51:22 52:16
  56:21 57:14 60:25
  61:17 66:8
**goal** 21:17
**goes** 9:4 10:3
  16:20
**going** 4:23 11:21
  11:22 12:5 15:8
  16:22 18:6 20:21
  22:22 23:1,2,3,18
  23:18 28:6,16
  31:10 33:21,22
  39:18 43:21 50:14
  50:15,15 55:12
  57:7,10 58:13,19
  58:20 60:16,18
**good** 4:6,7 7:4
  16:10,15 26:24,25
  66:17
**gosh** 58:6
**gotshal** 3:2 27:2
**gotten** 24:13
  58:18
**gp** 12:2,22 36:25
  36:25 55:3
**graham** 3:15 4:11
  4:12 63:21,23
  64:17,21 65:1
**great** 11:10 22:5
**greater** 38:15
**green** 1:14
**guarantee** 65:22
**guess** 23:9 61:10

**guys** 60:4

## h

**half** 54:5
**halves** 11:3
**hand** 16:8 27:19
  36:3 45:16 46:17
  61:1
**happen** 6:19
  21:16,18 58:19
  63:7
**happened** 21:20
  22:2,3 56:1
**happening** 21:15
**happens** 56:25
**happy** 6:2 26:19
  29:21 40:2 41:22
**headaches** 11:11
**hear** 6:3 19:18
  57:17
**heard** 48:20 59:10
**hearing** 28:2
  41:24
**held** 65:25
**hello** 4:12,17,22
**help** 33:17
**helpful** 33:24
**hey** 9:1 17:9 22:2
  52:6
**high** 6:2 23:1
  39:17 61:20 63:14
**hilliard** 5:4 11:16
  12:16,19
**hilliard's** 28:11
**history** 38:5
**hold** 20:20 45:12
  45:19,19,20 64:14
  64:14,18
**holder** 13:12
**holdings** 1:7 2:3
  27:5
**hole** 16:18 27:15
  43:18,18,21 66:8

**hon** 1:22
**hone** 5:3
**hong** 33:13
**honor** 4:6,13,18
  4:24 5:18,22 6:5
  6:11,22 7:7,12
  9:16 11:5,13
  12:15 13:2,14,20
  14:5,12 19:7,8,8
  20:16,20,25 22:14
  22:14,23 23:7,9
  23:20,24 24:10
  26:17,24 27:7,22
  28:9,15 29:11
  30:16 31:1,13
  33:22 35:18 37:5
  38:13,17,20,24
  41:10 42:14,24
  44:1 49:1 50:13
  50:23 51:8 52:15
  53:20 54:15 55:6
  55:16,17 56:10,14
  59:6,16 60:1,21
  61:6 63:1,9,19,23
  65:2,3,9,12,16
  66:14,22
**host** 6:12
**hot** 56:8 57:7
**hours** 42:16
**hufendick** 3:7
  27:4
**huh** 6:7 25:4 34:8
  42:25 48:19,22,24
  49:7,10 52:3
**hundreds** 7:1
  30:21
**hypothetical** 41:4

## i

**il** 3:13
**immediately** 39:1
**impact** 10:3
**important** 26:7

**impose** 23:16
**imposed** 37:3
**impression** 32:8
**inaction** 11:3 55:1
**inactions** 32:20
**inapplicable** 62:2
**inaudible** 27:23
**including** 27:9
  28:11
**indicia** 13:3 14:4
**indiscernible** 5:4
  12:12 16:16 19:11
  23:12 25:1,23
  27:19,24 28:5
  30:24 33:20 42:8
  43:5,5,6 51:4,9
  53:18 58:24 64:15
  64:16,17,25 65:7
**information** 26:1
  26:4
**initially** 27:8
**insolvency** 6:23
  13:5
**inspire** 21:21
**integrity** 43:8
**interest** 13:16
  56:16
**interested** 42:6,7
**interesting** 11:15
  44:17
**interestingly** 24:8
**interests** 12:13
**interpret** 16:19,23
**interpretation**
  13:19 16:23 23:8
  48:10 54:18
**interpretations**
  6:9
**interpreting** 43:4
**interrupt** 56:11
**introduce** 4:14
**invitation** 45:4

**invited** 18:7
**invites** 65:6
**involved** 18:11
**issue** 10:2 23:4,5
  23:25 26:6 51:8
  52:13 66:20
**issues** 15:24 19:19
  28:14
**itsy** 66:6

## j

**january** 39:4
**japan** 33:13
**jason** 3:7 27:4
**job** 45:2
**joe** 4:11
**joined** 27:3
**joint** 2:1,2 4:9
  8:10,13 9:19
  23:10 32:19 38:11
  39:5
**joseph** 3:15
**judge** 1:23 5:5
**judgement** 44:14
**judicial** 42:2
**judicious** 59:23
**jump** 6:5

## k

**keep** 31:10
**keeping** 14:1
**key** 33:25 51:8
**kind** 14:3 17:14
  21:14 26:6 43:5,7
  44:18
**kirkland** 3:10 4:9
**knock** 45:18
**know** 7:1,10 8:23
  12:10 13:9,12,21
  15:5,7,8,8,12,18
  15:22,23,24 16:18
  16:21,25 17:9,17
  18:7,11,14,14,16
  21:6,17 22:5,6,7
  22:11,24 23:1,3

23:15,16,22 24:14
25:13,14,18 26:2
26:14,16 27:13,13
30:21 31:8 33:8
34:14 36:3 37:3
37:21 38:15,19
39:1 41:23 42:11
42:13 43:25 44:7
44:15,20,21 45:22
48:3 51:16,17
56:4,5,6,14 57:25
58:23 59:19,20
61:7,11,13
**knows**   16:21
**kong**   33:13

**l**

**lack**   12:13,18 13:6
59:22
**laid**   7:19 10:8,11
12:16,20 19:17
39:19
**land**   26:12
**language**   40:18
62:1,1
**largest**   38:5
**lasalle**   3:12
**late**   20:21 21:8,13
39:14,23 41:17
50:14,15 63:15,17
**laughter**   7:6
**law**   11:23 12:23
35:10
**lawyers**   11:9
**lays**   28:20
**lbf**   33:13
**lbg**   36:25
**lbgp**   32:17
**lbhi**   8:25 11:7
13:11,15,25 14:1
14:10,13 15:2
16:8 20:4 23:11
24:8 26:5,14
32:16,17,22,23

36:25 38:14 51:10
54:8 65:17
**lbhi's**   12:13 54:24
**lbi**   33:9
**lbie**   33:9
**lbsf**   38:14 41:3
**lbt**   33:13
**lead**   29:14
**leads**   39:25 51:23
**leave**   31:12 63:20
**lectern**   27:9
**led**   7:19 21:21,25
**left**   29:17 32:8
36:3 58:1,2
**legal**   61:8 68:17
**lehman**   1:7 2:3
6:11,13,20,20,25
7:9,15 22:6 27:5
33:9,9,13 58:6
**lehman's**   60:4
**lens**   10:18
**level**   42:14
**levels**   13:16 65:21
**lexa**   5:4
**liabilities**   34:6
**liability**   41:2,2
**limited**   7:23 12:23
52:22
**limiting**   21:14,20
57:14 58:3,4
59:17,24
**line**   5:10
**link**   63:12
**liquidate**   8:11
**liquidation**   32:24
**liquidators**   2:1
4:9,16,21 8:11,13
8:22 9:19 23:10
31:23 32:19,25
34:1 36:12 38:11
39:6 63:13
**list**   10:1 13:8
17:11,18 31:15,18

32:3 41:7 49:9
**listed**   5:9 7:24
25:14,22 31:17
34:11,13,18,19
40:11,15 41:9
53:1,3 54:11 64:1
**lists**   65:20
**literally**   24:10,10
46:1 49:15 57:14
58:3
**litigate**   44:25
**little**   18:15
**live**   5:10 60:16
**llp**   3:2,10
**lob**   41:11
**long**   24:9
**longer**   25:5
**look**   9:1 10:17,25
13:3,16 29:5 33:4
35:15 38:2 40:18
51:10,12 52:1
57:6 65:5,8,19
**looked**   17:12
**looking**   28:17
33:1 49:16
**loop**   12:6
**lose**   46:9
**lot**   21:18 27:7
41:16 63:24 66:18
**love**   11:9 59:14
**lp**   12:21
**lp4**   52:23 53:23
53:24 54:7,9 64:6
**lp5**   52:23 53:23
53:24 54:7,9 64:7

**m**

**m**   3:15
**magnitudes**   38:15
**mailing**   34:16
**makai**   4:16,18
**making**   47:23
48:4

**manage**   36:14
55:11 56:15
**managed**   54:20
**management**
10:13 13:23 14:10
14:11 16:25 54:17
55:25 56:17,18
**manager**   11:1
**managing**   33:8
55:5
**manges**   3:2 27:2
**mantra**   17:15
**march**   1:17 68:11
**matter**   1:6 5:4
12:24 13:8 23:3
29:13 30:23
**matters**   6:23
**mccain's**   14:18
28:12
**mean**   9:13 11:3,7
11:14,22 13:22
14:15 15:17 17:20
18:3,4,7 19:21
23:9 33:5 37:9
41:2 42:12 44:5
55:7,10 56:11,25
61:1 64:13,19
**meaning**   9:7
15:18 19:8 22:8
31:3 41:1 54:19
62:22
**means**   12:11 14:8
16:15 47:7,10
55:4 66:6
**meant**   16:9 17:11
**meet**   63:14
**meetings**   7:2
13:25 14:2 56:18
**member**   32:18
**mention**   65:3
**mentioned**   36:19
**mere**   12:8 56:15

mid  66:24
middle  29:22
  44:24
midst  38:9
migrate  14:18
million  66:13,14
millions  42:15
  58:2
mind  16:21 25:19
  33:7
mineola  68:20
minute  22:2
minutes  56:19
miraculous  15:22
  18:12
miriam  30:19
  31:1,25
modified  2:2
molshan  27:5
moment  4:14
money  8:25 9:2
  34:15,16 39:6
  41:7 42:1 43:19
  44:10,12,13
month  39:2
months  59:19
  63:15
moore  4:20
motion  2:1 5:21
  7:13 9:9,9 22:18
  23:11 27:8 36:17
  39:3,4,24 41:19
  41:19 55:18 57:24
  58:9 59:18
mouth  43:24
move  5:18 39:14
moved  37:24
multiple  21:1
  65:19,20 66:2

**n**

n  3:1 4:1 68:1
name  53:9

narrative  15:18
narrow  62:16
navels  22:25
necessarily  11:7
  14:9 25:23
necessary  28:6
need  16:18 65:4
nefarious  32:4
negatives  52:8
neglect  41:17 48:4
never  17:17,17
  22:19,20
new  1:2,15,15 3:5
  15:25,25 16:2
  47:16 61:18 62:5
  62:14 63:5,17
non  10:7,12 20:5
  27:11 30:13 31:9
  33:7,15 51:1
north  3:12
note  23:24 24:16
  27:23 32:9
notes  64:2,6
noting  26:1,1
number  6:1 8:15
  32:17 56:7
ny  3:5 68:20

**o**

o  1:21 4:1 68:1
obligated  22:20
obligation  20:19
  23:21 25:11 26:10
  43:6 46:20 47:22
  50:7
observations  6:10
observing  22:11
obviously  6:12,15
  7:8,23 8:6 19:15
  41:3 54:18 58:12
  65:15
occurrence  47:11
odd  64:5,10

offering  34:17
office  27:6
oh  18:15 29:7
  37:2 46:6 56:20
  57:6 60:3
okay  4:3,25 5:11
  5:13 7:5 11:10
  12:10 19:3,18
  25:22 26:18 28:25
  29:2,7,23,25 30:3
  33:23 35:25 40:20
  43:4 45:25 46:7
  46:25 47:18,23
  48:6,8,15 49:15
  50:14,25 53:16
  55:18 56:16 57:2
  59:3 60:8,25 62:7
  62:9,15,19,19
  63:11 65:5
old  63:4 68:18
once  12:3 56:24
  66:12
one's  34:20
ones  14:21
open  64:23
opinion  9:10
  11:23
opposed  30:12
  31:6
option  39:19
order  2:1 8:9
  10:24 28:22,23
  36:6,18 38:20,23
  40:19 41:11 61:4
  62:4
orders  8:17
oriented  43:10
original  18:20
override  54:7
overrule  53:14
overrules  50:11
overwrite  53:14

owe  9:1 34:16
  44:10
owed  34:15 41:7
  44:10
owing  41:3
ownership  13:3
  14:9

**p**

p  3:1,1 4:1
p.m.  67:1
page  28:19 29:6,6
  29:18 30:9 40:18
pamela  2:25 68:3
  68:7
pandora's  59:25
papers  7:19 10:8
  10:11
paragraph  36:6
  36:15,21 38:21
  40:14,14,19 41:8
  41:10 49:21,23
  50:6 61:5 62:1
  63:16 65:1,4,5,8
parole  19:10
part  18:17 47:4
  55:22
particular  10:6
  18:17 22:21
parties  27:19
  33:14 38:7
partner  4:11 7:22
  8:11 12:19,25
  32:17,24 57:4
partnership  12:20
  12:23 14:7 30:12
  32:11
partnerships  7:23
  8:12 10:6 12:23
  13:15 32:14,20
  48:17 49:18 52:22
party  33:14 36:16
passed  37:14,15
  63:2

passive  56:16
path  18:23 19:2
  21:23 40:3,5
  56:21 57:14
pathway  64:23
pause  4:5 26:23
  31:11 49:22 62:9
  62:9
pay  34:15,18
payable  34:20
pejorative  16:13
  22:10
people  4:14 11:9
  27:13 31:19 37:21
  40:17 44:25 58:4
  64:20
percent  46:11
  59:8
period  12:25
  37:23
permission  41:12
permitted  29:15
perspective  9:5
petition  7:10
  25:17 34:3 50:2
ph  4:16 27:6 66:7
phone  4:3
phrase  13:6
pick  18:14
pictorial  46:1
piece  18:15
place  29:15 35:15
  46:1,2
placed  8:9
plain  19:8,14 52:1
  54:18
plan  2:2 8:5,15,16
  9:5,6,7,8,14,18
  10:2,4 14:16,16
  15:23 17:24 18:10
  19:9 20:8 21:7
  22:18,19,23 23:6
  23:16,19 24:4,5

25:7 27:24 28:18
  28:21 30:7,8,14
  32:6 33:3,6 35:3
  35:13,19 36:17
  37:8,11,16 40:11
  40:21 41:25 42:19
  43:7,23,23 44:19
  45:6,17 48:10
  49:3,5,6 50:10
  51:4 52:2,4 53:8
  54:6,6,8,16 57:13
  60:1,13,14,17
  61:4 62:4 63:7
  65:18 66:2
plans  62:13
pleadings  24:11
  64:24
please  4:2 5:20
  57:23
pm  1:18
point  10:25 21:19
  21:24,25 23:25
  29:10,21 32:16
  41:25 44:19 45:24
  58:22 62:16 64:25
pointed  30:21
pointing  34:1
points  32:10
  33:25
posed  29:19
position  10:8 17:5
  20:16 25:11 26:8
  26:17 35:20,21
  37:12 43:8 47:15
  51:18,19 54:25
  55:10 61:14 63:8
  64:7,9
possession  24:11
possibly  15:14
  27:12 44:13
post  56:1
potential  34:6

powdered  57:8
power  17:1
powered  56:7
pre  50:2
precision  43:1
preliminary  5:22
prepared  5:18
  58:24
presentation
  27:17 28:20
presented  29:12
presupposes  50:6
pretend  61:12
pretty  16:10
  18:12 24:12
prevail  10:24
prevents  61:3
principle  21:14,20
  57:15 58:3,4
  59:17,25
prior  24:19 25:2,3
  26:7 30:2 32:21
  40:6 46:18 47:4,5
  47:8 48:12 49:17
probably  9:17
  13:9 16:10
problem  21:15
  58:11
problematic
  57:12,13
proceedings  6:16
  6:23 7:13 13:5
  66:25 68:4
process  6:25 8:5
  12:17 18:6 45:1
processes  65:7
proof  20:22 22:24
  23:17 25:10,11
  26:10 46:20 47:22
  49:4,25 50:1,5,7
  50:12 52:5,17
  53:10,11,21 54:4

proofs  10:1 22:21
propose  27:16
proposed  10:3
  44:9
prove  32:4
provided  22:1
provision  50:13
provisional  9:19
provisions  10:4
  60:13 66:2
provoke  21:20
publicly  65:25
purpose  8:10
purposes  2:4
  31:15
pursuant  8:8
pursue  34:10
  44:18
pursued  35:16
put  11:21 28:11
  32:23 39:25 43:23
  51:25 61:8,12
  64:8
putting  21:8

                q

question  10:13
  12:6,21 13:3,23
  30:11,14 42:4
  44:3 46:17 66:10
questions  4:24
  5:24 26:20 27:7
  29:11,14,19,24
  30:16 31:12 40:3
  41:22 42:15 44:17
  48:17 63:18
quite  11:18 38:20

                r

r  1:21 3:1,16 4:1
  68:1
rabbit  43:18,18
  43:21 66:8
raised  27:8 42:4
  45:22 66:15

raises  19:19
raising  52:13
re's  33:9
reach  29:14
read  6:1 9:14
    11:19 17:24 30:16
    62:1
reading  12:1 43:7
ready  4:4 57:20
really  12:20 13:22
    17:2,4 32:12
    34:17 43:17 44:25
reason  17:10 66:8
reasoned  37:12
recall  7:13
receivable  34:19
    34:20
receive  35:12
received  32:15
recognized  63:3
recognizing  23:2
reconcile  44:8
reconciled  41:21
reconciliation
    45:1
reconstituting
    12:2
record  27:1 32:13
    68:4
records  14:1
regard  22:7
regardless  23:14
registration  14:6
registry  7:20,21
    8:8,9 9:24 10:11
    57:1,4
rejected  24:1,3,5
    24:22,23 30:7
    36:11 39:22 44:22
    47:21 50:1 61:7
rejection  20:9,10
    20:19 26:11 36:7
    40:10 47:13,22,25

related  18:19
relating  49:25
    50:2
relevant  7:22 9:25
    10:4 19:9 23:7
    28:18 33:2 66:4
relied  31:5
relying  30:25
remember  7:12
    18:10 36:9 38:13
reopen  57:24
repeatedly  39:17
replaced  8:8
reply  27:8 39:10
    65:2,9,10 66:15
reports  14:2
represent  6:19
representation
    46:2
representative
    27:4
representatives
    13:10
represented  33:11
    37:20
representing  59:9
require  22:24
    23:19
required  43:22
    52:5
requirement
    23:17 26:13
requires  37:25
requiring  52:17
reservations
    58:14
reserve  40:1
    58:24
reserved  41:20
resign  7:11,17
resignation  9:23
resigned  7:19
    10:10 31:19

resolutions  7:2
resolved  32:25
resources  44:7
respectfully  15:2
    19:13 22:19 23:15
    30:17
respectively  54:13
responsibilities
    17:1
responsibility
    17:3 55:12 58:9
restored  39:6,9
rests  18:18
result  18:1 43:10
resurrected  12:18
resurrection
    12:10 14:6
revive  37:22
revived  32:15,16
reviving  12:2
right  5:2 6:14
    9:11 10:17,22
    11:4,11,12,23
    12:4 16:3 17:22
    17:23 18:1 19:1
    20:6,11,13,24
    21:22 24:3,7,24
    25:6,12,21 27:21
    28:3,7 29:18 34:2
    34:7,9,12 35:14
    40:23 42:2 43:8
    45:7,16,22 46:3
    46:10,16 47:6,10
    47:14 48:6,11,16
    49:12 50:4,17
    51:12,16,20 52:24
    53:19 54:19,25
    55:16 57:9 60:23
    61:1,7,11,13
    63:20 66:17
rights  28:4
rise  20:10,18
    47:21 56:17

road  68:18
rough  39:10
route  22:22 26:9
    61:17
rule  64:20
rules  35:10,13

**s**

s  3:1 4:1
satisfy  39:18
saw  5:16
saying  13:10,21
    17:9,16 22:9,15
    23:12 24:25 31:19
    34:14,22 36:23,24
    37:9,11,13,18
    43:16,20 50:4,8
    50:24 51:5 52:6
    52:12 54:6,8,13
    60:1,3 61:6,15,23
    63:4
says  19:15 25:15
    36:17 38:21 40:15
    41:8,11,19 49:6
    49:24 50:14 60:17
    62:25
scc  1:7
scenario  45:25
scenarios  40:25
schedule  14:19,23
    14:24 17:7 18:8,9
    18:20 34:23 35:15
    35:17 41:8 53:1
    54:10 64:1,8,13
scheduled  8:18
    17:4,5 35:11
    53:13,14,17 64:3
    64:6
schedules  7:24 9:1
    14:17 22:1 24:17
    25:14,15,20,23
    34:2,2,3,21
seat  4:2

**second**  8:17,21
  54:9 62:10
**secondarily**  8:22
**secretary**  7:18
**section**  30:8
**sections**  65:18
**see**  19:19 24:12
  29:18 35:15 40:3
  40:20,21
**seeing**  41:13
**seek**  20:21
**seeking**  9:6,13
  14:21 23:6 58:9
**seeks**  55:18
**seligman**  3:16 4:6
  4:8,8,11,13,20,23
  5:1,3,7,11,14,17
  5:21,24 6:4,8,15
  6:19 7:7 9:12,15
  10:16,23 11:5,11
  11:17,20,24 12:5
  12:8 14:22,25
  15:7,10,13,16,19
  15:21 16:1,3,6
  18:2,24 19:2,4,6
  19:23 20:1,4,7,12
  20:14,25 21:5,10
  24:25 25:3,5,7,10
  25:13,21,25 26:19
  26:22 30:20 31:19
  31:23 45:8,9,11
  45:15,23 46:3,6,8
  46:11,14 47:2,8
  47:12,17,19 48:2
  48:7,9,14,16,20
  48:23,25 49:8,11
  49:13,20,23 50:4
  50:10,19,22 51:14
  51:17,21,25 52:4
  52:22,25 53:3,6
  53:12,19,23 54:1
  54:13,23 55:2,6

55:14,16,20 56:10
  56:13,22,24 57:3
  57:9 58:14,21
  59:2,4,6,11 60:6,9
  60:11,13,16 61:25
  62:11,17,20,22
  63:13 65:3,9
  66:23
**seligman's**  62:23
**send**  34:16
**senior**  65:21
**sense**  13:24 41:13
**sentence**  66:24
**sentient**  58:5
**separate**  12:24
**separately**  6:20
**september**  38:8
**set**  10:15 18:11
  45:17
**settlement**  14:16
  18:17 65:25
**settlements**  33:14
**seven**  37:15 59:20
  65:1,4,6,8
**share**  6:1
**shareholder**
  12:14
**shelley**  1:22
**short**  27:17 42:23
**shortly**  7:10
**show**  9:1 32:3
  46:8
**showed**  32:2
**showing**  13:7
**side**  11:21 24:16
  36:3 45:16 46:17
**simple**  66:10
**simplify**  27:18
  28:15
**simply**  61:2
**sir**  4:17
**sit**  40:1 41:20

**sitting**  58:19
  59:12
**situation**  7:9
  50:24
**six**  32:10 49:24
**skaw**  2:25 68:3,7
**skepticism**  59:20
  63:15
**slide**  32:10
**slipped**  16:17
**slippery**  27:14
**slips**  16:11
**small**  59:13,15
**sole**  8:10 32:18
**solutions**  68:17
**somebody**  21:21
  23:21 56:8,15
  57:5,16 59:8
**somebody's**  16:21
**sooner**  37:24
**sorry**  24:18 25:1
  29:4 52:8 56:11
**sort**  12:6,9,17,17
  13:18,20,24,24
  14:3,7 52:16 55:9
**sorts**  5:1
**sounds**  56:4 65:6
**southern**  1:2
**speak**  64:21
**species**  10:22
**specifically**  22:18
  38:2 40:15 58:23
**spend**  42:1 44:7
  44:12,12,13
**spent**  42:16
**spun**  64:19
**stakeholder**  21:25
**stakeholders**  22:6
**stance**  53:13
**stand**  41:20 62:5
  62:13
**standard**  50:13

**standpoint**  22:5
**start**  30:1,4 35:23
  36:3,9 41:6
**state**  61:2
**statement**  65:19
**states**  1:1,13
**statute**  12:20
**statutory**  37:23
  54:18
**step**  12:17 13:21
  13:23 54:3
**stick**  40:6 62:15
**stop**  35:24 40:23
  62:21
**stops**  36:17,19
**story**  23:4,8
**strange**  13:19
**strawman**  45:17
**stricken**  10:10
  12:18 57:1,4
**strike**  11:25 51:2
**strikes**  8:24
**striking**  7:20 9:23
**strong**  36:2
**stronger**  36:2
**struck**  51:3
**struggling**  59:16
**sub**  65:20,25 66:1
**subject**  31:21
  40:14
**submit**  23:5
**submitted**  5:14
  27:23
**subordinated**
  65:15,17
**subordinating**
  64:2,6
**subsequently**  7:18
**subsidiaries**  6:13
  6:24 7:9
**substitution**  7:13
**suggest**  19:6
  64:12 66:5

suggesting 32:21
suite 68:19
superseded 35:12
supersedes 35:5
supplement 32:6
  40:11
support 5:17
supreme 59:13
sure 6:4 11:18
  16:8 20:3 27:21
  28:23
surgically 18:14
surprisingly 5:25
surreply 65:12
swap 24:1,12 51:6
swaps 18:19 20:7
  20:17 21:1,2 22:2
  27:9 30:1,7 36:10
  40:5,24 46:17
  47:3,5 48:12
  49:16 61:13 66:11

**t**

t 68:1,1
table 27:3
take 4:14 14:6
  16:7 17:15 19:20
  39:13 40:5 58:20
  63:19 65:5,8
taken 51:18
takes 26:8
talk 8:20 21:4
  37:25 46:23 63:24
talked 23:25 24:2
  46:19
talking 48:9 66:11
task 60:18
technicalities 6:8
technically 13:11
tell 58:12
telling 29:4 51:10
  51:24 53:16
temporal 12:6

ten 37:7
tens 42:20
term 8:3,4
terminate 39:20
terminated 20:8
  20:18 21:2,2 24:1
  24:9,15,16,19,20
  25:1 26:2,3,6,7,11
  26:15 27:10 30:2
  36:10 40:6,24
  41:1,5 44:21
  46:18 47:3,4,5,8
  47:11,20 48:12
  49:17 52:7 61:7
  61:13
termination 25:16
  42:17 45:5
terms 9:22 19:14
  23:18 25:7 52:1
testify 15:11
  33:18,21
testifying 33:21
text 30:8
thank 4:18,19
  26:21,22 45:7
  63:11 66:21,22,23
thanks 60:21
theoretically
  21:16
thing 7:4 11:25
  13:24 16:11,15
  18:3,4,12 19:23
  19:24 21:15 49:13
  51:2,9 57:6 64:20
things 9:18 12:16
  29:1 42:1 44:25
  45:18 46:14 56:25
  57:3 59:7 62:12
think 6:2 9:16
  11:13 12:8,11
  13:4,14,17,19,20
  13:24 14:5,12
  15:1,1,2,3 16:6,22

17:12,14 19:13,16
  19:16 21:17 23:7
  23:8 26:17 27:16
  27:17 28:6,15,18
  28:20 30:9,16,22
  31:6,22,22 32:12
  32:14 33:25 36:1
  36:18,20,22,22
  37:6,8 38:17
  39:16,17 40:2
  41:23 42:10,13
  43:3,4,12 44:6,9
  44:14,15,18,20,20
  45:24 46:4,11
  53:20 55:17,23
  56:16,17,20 58:12
  58:25 59:24 64:24
  65:13 66:18
thinking 15:15
  18:8
thinks 28:8
third 2:2 33:14
thought 14:13,15
  21:21 24:18 30:25
  37:22 64:22 65:7
thousands 7:2
  41:15 42:20
three 58:1,1
ties 62:4
time 10:9,22 13:1
  15:2,4,17 16:22
  17:16 24:9 30:5
  38:12 40:9 41:6
  47:25 50:25 59:8
  63:10,19 66:12
timeline 9:22
  22:12 52:16
timely 42:21
times 6:1 21:1
today 23:6 27:3,8
  27:9 30:6,10
  39:24,25 44:19
  48:2,5 58:19

66:13,21
told 26:5
top 36:9
totally 58:10
traded 39:8,10
  65:25
transcribed 2:25
transcript 68:3
treat 22:6
treated 64:2 65:18
trial 61:9
trials 42:1
true 9:15,15 20:17
  61:2,24 68:4
trumps 35:1
trustee 55:24
truthful 42:23
try 28:8 39:14,23
  43:9 63:14
trying 16:12
  29:12 37:10 39:16
  45:21 46:4,8
turn 49:21
twisty 56:5
two 4:14 6:10
  7:23 10:4 11:3
  12:17 13:16 16:7
  21:12,16,18 28:19
  29:6 38:2 52:22
  53:1 59:19 63:15
  63:25 64:20
type 48:4

**u**

u.s. 1:23
uh 6:7 25:4 34:8
  42:25 48:19,22,24
  49:7,10 52:3
uk 4:21 7:15,21
  8:9 11:23 12:20
  12:23 13:14
ultimate 7:20
  13:12

[ultimately - york]                                                                Page 14

| | | |
|---|---|---|
| **ultimately** 17:10 | **want** 4:13 13:2 | **wiped** 12:14 17:7 |
| **unambiguous** | 16:12 17:14,15 | **word** 10:19 12:13 |
| 19:9 | 19:4 31:12,23 | 12:19 59:22 |
| **unanswered** | 33:18 34:10 40:18 | **words** 13:22 |
| 31:12 | 41:25 45:8 46:16 | 16:23 36:23 43:24 |
| **underneath** 8:12 | 50:17 51:12 54:17 | 54:19 55:8 57:13 |
| **understand** 15:7 | 56:20 61:8 65:14 | 60:20 |
| 43:15 58:8 59:18 | 66:13 | **world** 6:17 30:22 |
| **undisputed** 18:10 | **wanted** 6:5,9 20:1 | 38:7,9 48:12 56:5 |
| **unicorn** 50:23 | 39:14 63:22 64:22 | 58:5,5 63:24 65:7 |
| **unique** 32:7 | **wants** 23:21 31:22 | **worlds** 41:4 |
| **united** 1:1,13 | **wash** 44:11 | **worth** 43:21 44:15 |
| **unknown** 26:16 | **water** 56:8 57:7 | **wrap** 23:25 |
| **unliquidated** | **way** 9:4 10:14 | **wrapped** 21:18 |
| 25:20 35:11,11 | 16:23 23:8 25:22 | **wrapping** 60:14 |
| 53:17 | 34:17 40:3,20,21 | **writing** 33:5,6 |
| **use** 8:2 10:19 | 43:10 51:25 53:19 | **written** 17:25 |
| | 54:15 57:23 59:23 | **wrong** 62:11 |
| **v** | 64:19 | **x** |
| **valid** 17:13 42:17 | **ways** 16:7 17:15 | **x** 1:4,10 45:13 |
| **validly** 42:21 | 41:4 | **y** |
| **valuation** 45:5 | **we've** 4:3 10:8 | **yeah** 12:7 19:6,25 |
| **value** 57:7 | 19:16,17 20:25 | 21:10 25:9 28:1 |
| **variety** 6:16 7:3 | 24:9,13 25:13 | 39:12 44:5 46:13 |
| **various** 8:17 | 26:14 45:1 46:19 | 54:12 55:19 56:12 |
| **veritext** 68:17 | 51:10,17 54:22,24 | 59:5 63:6 |
| **versus** 10:12 33:6 | 64:18,18 | **year** 8:6 54:5 |
| 33:15 | **webster** 30:19 | **years** 8:14 16:4 |
| **view** 14:6 15:18 | 31:1 59:12 | 18:16 21:12,16,18 |
| **viewed** 15:3 | **webster's** 31:25 | 27:15 37:8,13,15 |
| **violation** 64:19 | **week** 37:16 39:1 | 38:3 56:7 57:5,16 |
| **virtue** 12:23 20:8 | **weil** 3:2 27:2 | 57:19 59:21 63:2 |
| 24:20 36:24 49:3 | **welcome** 4:17 | **york** 1:2,15,15 3:5 |
| 53:15,17 54:3 | **went** 37:16 39:6 | |
| 55:24 | 59:12 | |
| **voluntary** 32:24 | **we'll** 29:9 | |
| **w** | **whatsoever** 63:12 | |
| **wait** 22:2 54:9 | **william** 27:5 | |
| **waited** 38:11 39:2 | **willing** 43:17 | |
| **waiting** 57:18,20 | **win** 49:19,20 | |
| **waiving** 28:4 | 51:24 | |
| **walk** 8:16 27:18 | **winding** 45:1 | |
| 29:9,17 30:15 | | |