Alex Olivo
16452 Harold Street
Oak Forest, IL 60452
Telephone: (630) 697-9464
Email: olivo_alex@yahoo.com

May 7, 2019

Honorable Shelley C. Chapman
U.S. Bankruptcy Court, Southern District of New York
One Bowling Green
New York, New York 10004

RECEIVED
MAY -9 2019
U.S. BANKRUPTCY COURT, SDNY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Chapter 11
Case No. 08-13555 (SCC)
(Jointly Administered)

LEHMAN BROTHERS HOLDINGS INC., et al.,
Debtors.

Letter to the Honorable Shelley C. Chapman Regarding support of Motion to Authorize / Joint Liquidators Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for Purposes of Distributions filed by Rex Wu [ Docket # 59614]. In support of the Motion, Alex Olivo respectfully states as follows:

Dear Honorable Shelley C. Chapman:

I am in support of the motion filed by Mr. Wu to enforce the Guarantee entitled to all shareholders of the 4 Lehman Brothers Holdings Inc.'s Capital Trusts (LEHNQ, LEHKQ, LEHLQ, LHHMQ).  The guarantee is currently not enforced for reasons unknown.  Without an enforced guarantee the shareholders are placed in a detrimental position.  The unknown reason as to why the GUARANTEE was not originally enforced harms the shareholders because it deprives the shareholders if their guarantee rights.  As Mr. Wu alluded to, the GUARANTEE can be enforced by any shareholders at any time by a petition to the court.   Shareholders do not need to request enforcement through the Trustee first when it comes to enforcing the Guarantee.

I also support Mr. Wu's motion to enforce the Plan of Reorganization because within the plan and under the BAR Date Order, all entities under the EXEMPTED ENTITIES list are exempted from the BAR DATE and all their rights are protected and reserved thus, not impeded meaning that all the rights the Capital Trust holders are entitled to under the Prospectus remains intact and enforceable.

Mr. Wu's motion inspired me to write this letter of support and inspired me to state a voice in the matter. As a shareholder since 2011, Mr. Wu also inspired me to request enforcement of my rights as a shareholder under the Prospectus to enforce the guarantee with this letter. It is frustrating throughout the years to see no enforcement action from the majority holder(s). With that said, I support Mr. Wu's motion to enforce the guarantee and ask the court to grant me the same privilege to enforce my rights under the guarantee. Thank you.

Dated: May 7th, 2019
Respectfully submitted,
Alex Olivo
By: /s/ Alex Olivo

Alex Olivo
16452 Harold Street
Oak Forest, IL 60452
Telephone: 630-697-9464
Email: olivo_alex@yahoo.com