**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------- x | : | **Chapter 11** |
| **In re** | : | |
| | : | **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | **Ref. Docket Nos. 58113,** |
| | : | **59662, 59663, 59664, 59672,** |
| | : | **59673, 59674** |
| | : | |
| ------------------------------------------------------------------- x | | |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 6, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 6, 2019, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              */s/ Wing Chan*          
                                                              Wing Chan

Sworn to before me this
8th day of May, 2019
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

\\p054ebsfile01\ebs\ClientInfo\Clients\LBH\Affidavits\Transfer Affidavits\Transfer Notices Processed 5-3 to 5-5_AFF_5-6-19.docx

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000141332422 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000103073



CREDIT SUISSE
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

Please note that your claim # 5355829-73 in the above referenced case and in the amount of
$0.00 allowed at $67,613.05 has been transferred (unless previously expunged by court order)

BANK JULIUS BAER & CO LTD
TRANSFEROR: CREDIT SUISSE
ATTN: PATRICK ROOS
BAHNHOFSTRASSE 36
CH-8010 ZURICH
 SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    59672    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/06/2019    Vito Genna, Clerk of Court

/s/ Betina Wheelon

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 6, 2019.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA CONSULIA S.P.A. | TRANSFEROR: BANCA CONSULIA SPA, CORSO MONFORTE, 52, 20122 MILANO  ITALY |
| BANCA CONSULIA SPA | TRANSFEROR: VENETO BANCA SPA, ATTN: VINCENZO ALON MOLINARO, CORSO MONFORTE 52, MILANO 20122 ITALY |
| BANK JULIUS BAER & CO LTD | TRANSFEROR: CREDIT SUISSE, ATTN: PATRICK ROOS, BAHNHOFSTRASSE 36, CH-8010 ZURICH  SWITZERLAND |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: LEHMAN BROTHERS TREASURY CO. B.V., ATTN: KRISTINE DICKSON, 277 PARK AVENUE, 46TH FLOOR, NEW YORK, NY 10172 |
| LEHMAN BROTHERS SPECIAL FINANCING, INC. | TRANSFEROR: LEHMAN BROTHERS TREASURY CO. B.V., ATTN: KRISTINE DICKSON, 277 PARK AVENUE, 46TH FLOOR, NEW YORK, NY 10172 |
| LEHMAN BROTHERS TREASURY CO. B.V. | RUTGER SCHIMMELPENNINCK AND FREDERIC VERHOEVEN, AS BANKRUPTCY TRUSTEES ('CURATOREN') FOR LEHMAN BROTHERS TREASURY CO.., C/O HOUTHOFF BURUMA N.V., PO BOX 75505, AMSTERDAM NL-1070 NETHERLANDS |
| LEHMAN BROTHERS TREASURY CO. B.V. | THOMAS MOERS MAYER., DANIEL M. EGGERMANN, KRAMER LEVIN NAFTALIS & FRANKEL LLP., 1177 AVENUE OF AMERICAS, NEW YORK, NY 10036 |
| LEHMAN BROTHERS TREASURY CO. B.V. | RUTGER SCHIMMELPENNINCK AND FREDERIC VERHOEVEN, AS BANKRUPTCY TRUSTEES ('CURATOREN') FOR LEHMAN BROTHERS TREASURY CO.., C/O HOUTHOFF BURUMA N.V., PO BOX 75505, AMSTERDAM NL-1070 NETHERLANDS |
| LEHMAN BROTHERS TREASURY CO. B.V. | THOMAS MOERS MAYER., DANIEL M. EGGERMANN, KRAMER LEVIN NAFTALIS & FRANKEL LLP., 1177 AVENUE OF AMERICAS, NEW YORK, NY 10036 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | C/O SHEARMAN & STERLING LLP, ATTN: BRIAN POLOVOY, ESQ., 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | C/O SHEARMAN & STERLING LLP, ATTN: BRIAN POLOVOY, ESQ., 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON |

| Claim Name | Address Information |
|---|---|
| NOMURA CAPITAL MARKETS LIMITED | AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | C/O SHEARMAN & STERLING LLP, ATTN: BRIAN POLOVOY, ESQ, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | C/O SHEARMAN & STERLING LLP, ATTN: BRIAN POLOVOY, ESQ., 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O SHEARMAN & STERLING LLP, ATTN: SOLOMON J. NOH, ESQ., 9 APPOLD STREET, LONDON EC21 2AP UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | C/O SHEARMAN & STERLING LLP, ATTN: SOLOMON J. NOH, ESQ., 9 APPOLD STREET, LONDON EC2A 2AP UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | C/O SHEARMAN & STERLING LLP, ATTN: SOLOMON J. NOH, ESQ., 9 APPOLD STREET, LONDON EC2A 2AP UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | C/O SHEARMAN & STERLING LLP, ATTN: SOLOMON J. NOH, ESQ., 9 APPOLD STREET, LONDON EC2A 2AP UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| NOMURA INTERNATIONAL PLC | ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, 1 ANGEL LANE, ATTN: CORPORATE ACTIONS, LONDON EC4R 3AB UNITED KINGDOM |

**Total Creditor Count 90**