Rickey M. Gregory
7090 FM 141
Dime Box, Texas 77853
Telephone: (512) 417-6312
Email: rickeygregory4477@gmail.com
Pro-se  *Rickey M Gregory 5/5/19*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al., Case No. 08-13555 (SCC)

Debtors.
Jointly Administered

*RECEIVED MAY 7 2019 U.S. BANKRUPTCY SO DIST OF NY*

## PROOF OF MAILING

**USPS Priority Mail Express label:**

FROM: Rickey Gregory, 7090 FM 141, Dime Box, Texas 77853
PHONE: 512-417-6312

TO: c/o Lehman Brothers Holdings Inc.
277 Park Avenue 46th Floor
New York, New York 10172
Attention: Kristine Dickson and Matthew Cantor
ZIP: 10172

Tracking: EL 811503836 US
PO ZIP Code: 78942
Scheduled Delivery Date: 4-29-19
Postage: $25.50
Date Accepted: 4-27-19
Time Accepted: 10:28 AM
Flat Rate
Total Postage & Fees: $25.50

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 512 ) 417 6312

Rickey M. Gregory
7090 FM 141
Dime Box, TX. 77853

EL 811503694 US

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL EXPRESS**

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 78942
Scheduled Delivery Date (MM/DD/YY): 5-2-19
Postage: $ 25.50

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

Date Accepted (MM/DD/YY): 5-1-19
Scheduled Delivery Time: ☐ 10:30 AM  ☐ 3:00 PM  ☒ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: ☐ AM ☐ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee:

**TO:** (PLEASE PRINT)   PHONE ( )

The office of the U.S. Trustee
U.S. Federal office Building
201 Varick Street, Suite 1006
New York, New York
ATTN: William Harrington
Susan Golden

ZIP + 4® (U.S. ADDRESSES ONLY): 10014-

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Weight: 2 lbs. 2 ozs.   ☐ Flat Rate
Acceptance Employee Initials: AM
Total Postage & Fees: $ 25.50

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

Andrea Schwartz

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, OCTOBER 2016    PSN 7690-02-000-9996    **2-CUSTOMER COPY**

```
===============================
         GIDDINGS
       279 E AUSTIN ST
         GIDDINGS
            TX
         78942-9998
         4834900942
05/01/2019    (800)275-8777    8:18 AM
===============================

Product             Sale      Final
Description         Qty       Price

PM Exp 1-Day         1        $25.50
Flat Rate Env
    (Domestic)
    (NEW YORK, NY  10014)
    (Flat Rate)
    (Signature Waiver)
    (Scheduled Delivery Day)
    (Thursday 05/02/2019 12:00 PM)
    (Money Back Guarantee)
    (USPS Tracking #)
    (EL811503694US)
PM Exp               1         $0.00
Insurance
    (Up to $100.00 included)

Total                         $25.50

Debit Card Remit'd            $25.50
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX6971)
    (Approval #:       )
    (Transaction #:820)
    (Receipt #:008748)
    (Debit Card Purchase:$25.50)
    (Cash Back:$0.00)
    (AID:A0000000980840    Chip)
    (AL:US DEBIT)
    (PIN:Verified)

Includes up to $100 insurance

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

        Preview your Mail
        Track your Packages
        Sign up for FREE @
       www.informeddelivery.com

All sales final on stamps and postage.
 Refunds for guaranteed services only.
       Thank you for your business.

    HELP US SERVE YOU BETTER

    TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

             Go to:
    https://postalexperience.com/Pos

  840-5780-0483-001-00020-19891-02

     or scan this code with
       your mobile device:
```

```
===============================
         GIDDINGS
       279 E AUSTIN ST
         GIDDINGS
            TX
         78942-9998
         4834900942
04/27/2019    (800)275-8777    10:30 AM
===============================

Product             Sale      Final
Description         Qty       Price

PM Exp 2-Day         1        $25.50
Flat Rate Env
    (Domestic)
    (NEW YORK, NY  10172)
    (Flat Rate)
    (Signature Requested)
    (Scheduled Delivery Day)
    (Monday 04/29/2019 03:00 PM)
    (Money Back Guarantee)
    (USPS Tracking #)
    (EL811503836US)
PM Exp               1         $0.00
Insurance
    (Up to $100.00 included)

Total                         $25.50

Debit Card Remit'd            $25.50
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX6971)
    (Approval #:       )
    (Transaction #:437)
    (Receipt #:010349)
    (Debit Card Purchase:$25.50)
    (Cash Back:$0.00)
    (AID:A0000000980840    Chip)
    (AL:US DEBIT)
    (PIN:Verified)

Includes up to $100 insurance

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

        Preview your Mail
        Track your Packages
        Sign up for FREE @
       www.informeddelivery.com

All sales final on stamps and postage.
 Refunds for guaranteed services only.
       Thank you for your business.

    HELP US SERVE YOU BETTER

    TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

             Go to:
    https://postalexperience.com/Pos

  840-5780-0483-002-00023-28915-02

     or scan this code with
       your mobile device:
```