# NOMURA

Urbannet Otemachi Building
2-2-2, Otemachi, Chiyoda-ku, Tokyo 100-8170, Japan



RECEIVED
MAY 8 2019
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

May 7, 2019

UNITED STATES BANKRUPCY COURT
To Whom It May Concern

Please find the enclosed documents as below.

- TRANSFER OF CLAIM OTHER THAN FOR SECURITY
- POWER OF ATTORNEY

If you have any comments or questions, please let me know.

Yours faithfully,
**Yusuke Miyahara**
Legal Department
Nomura Financial Products & Services, Inc.



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPCY COURT

In re :   Lehman Brothers Holdings inc.            Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NOMURA FINANCIAL PRODUCTS & SERVICES, INC. | NOMURA CAPITAL MARKETS LIMITED |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim# (if known): See Schedule1 |
|---|---|
| | Amount of Claim: See Schedule1 |
| | Date Claim Filed: See Schedule1 |

Nomura Financial Product &
Services, Inc.
Attn : Corporate Actions
1 Angel Lane
London EC4R 3AB
United Kingdom
SH-CORP-ACTIONS@nomura.com

Phone: +44(0)2071021000                                  Phone
Last Four Digits of Acct #: 1601_____                  Last Four Digits of Acct #: 1169

Name and Address where transferee payments
should be sent (if different from above):

Phone:_____
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ [signature]                                      Date : _____
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 US C §§ 152 & 3571.

## Schedule 1

### Transferred Claims

| Claim # | Date Claim Filed | ISIN | Allowed Amount USD | Claim Class per Plan |
|---|---|---|---|---|
| 59743 | 30-Oct-2009 | XS0342489316 | 88,456,294.07 | 05 Senior Third Party Guarantee |

**NOMURA**

1 April, 2019

## POWER OF ATTORNEY

I, Takahito Ishikawa, as President of Nomura Financial Products & Services, Inc. ("NFPS"), hereby appoint each of Mr. Hiroaki Usui, Head of Legal Department of NFPS, Ms. Takako Mori, Managing Director of Legal Department of NFPS and Mr. Toru Nagamiya, Executive Director of Legal Department of NFPS, as my lawful agents and attorneys-in-fact (individually referred to as an "Attorney") for the purposes set out in hereto.

In connection with any and all documents, including but not limited to the following documents, instruments or agreements relevant thereto ("Documents"), I hereby confer upon each of the Attorneys full power and authority to singly and separately negotiate, grant, amend, revoke, agree and/or approve the terms of, execute and sign any of such Documents in the name of and on behalf of NFPS.

- The ISDA Master Agreement, Long Form Confirmation and any collateral/security agreement.
- Any agreement, document or ancillary document in relation to derivatives, purchase/sale of mortgage-backed and other asset-backed securities, purchase or sale of cash bond, securities/stock lending transactions, securities loan transactions, repurchase transactions, option transactions, forward transactions, prime brokerage transactions, futures transactions, exchange traded transactions and cleared derivatives transactions.
- Any similar agreement, amendment, revision, addendum or ancillary document.

If such Attorney may consider appropriate, such Attorney may designate a personnel of the Legal Department ("Delegate") and sub-delegate to the Delegate the Attorney's full power and authority granted hereunder to execute and sign such Documents, in the name of and on behalf of NFPS.

Attorney-in-fact

_[signature]_

Hiroaki Usui

Head of Legal Department

_[signature]_

Takako Mori

Managing Director/Legal Department

_[signature]_

Toru Nagamiya

Executive Director/Legal Department

1

**NOMURA**

Any Document signed by an Attorney in good faith in the purported exercise of the Attorney's or her/his Delegate's power conferred by this Power of Attorney shall be valid and binding on NFPS.

This Power of Attorney shall replace and supersede all others previously issued by NFPS.

IN WITNESS WHEREOF, I have hereunto set my hand this 1 April, 2019

Takahito Ishikawa
President / Nomura Financial Products & Services, Inc.