Rickey M. Gregory
7090 FM 141
Dime Box, Texas 77853
Telephone: (512) 417-6312
Email: rickeygregory4477@gmail.com
Pro-se

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al., Case No. 08-13555 (SCC)

Debtors.
Jointly Administered

I sent out copies of the docket below to LBHI (Kristine Dickson and Matthew Cantor) and to the United States Trustee, William Harrington.

Docket # 59659
Filed Apr 25 2019
Motion to Join Joinder to Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions filed by Rex Wu (related document(s)[59614]) filed by Rickey Gregory. (White, Greg) Debtor: 08-13555 Lehman Brothers Holdings Inc.
Related Dockets

Dated: 5/9/2019
Respectfully submitted,
Rickey M. Gregory
By: /s/ Rickey M. Gregory

*[signature]*

**PROOF OF MAILINGS**

**Label 1 (USPS Priority Mail Express – EL 811503694 US):**

FROM:
Rickey M. Gregory
7090 FM 141
Dime Box, TX 77853
PHONE: 512 417 6312

TO:
The office of The U.S. Trustee
U.S. Federal office Building
201 Varick Street, Suite 1006
New York, New York
ATTN: William Harrington
       Susan Golden
       Andrea Schwartz
ZIP: 10014

PO ZIP Code: 78942
Scheduled Delivery Date: 5-2-19
Postage: $25.50
Date Accepted: 5-1-19
Scheduled Delivery Time: 12 NOON
Weight: 2 lbs 2 ozs
Total Postage & Fees: $25.50
Acceptance Employee Initials: FM

---

**Label 2 (USPS Priority Mail Express – EL 811503836 US):**

FROM:
Rickey Gregory
7090 FM 141
Dime Box, Texas 77853
PHONE: 512 417 6312

TO:
c/o Lehman Brothers Holdings Inc.
277 Park Avenue 46th Floor
New York, New York 10172
Attention: Kristine Dickson and
           Matthew Cantor
ZIP: 10172

PO ZIP Code: 78942
Scheduled Delivery Date: 4-29-19
Postage: $25.50
Date Accepted: 4-27-19
Scheduled Delivery Time: 3:00 PM
Time Accepted: 10:28 AM
Weight: (flat rate)
Total Postage & Fees: $25.50

```
===================================
            GIDDINGS
         279 E AUSTIN ST
            GIDDINGS
               TX
           78942-9998
           4834900942
05/01/2019     (800)275-8777    8:18 AM
===================================
===================================
Product                Sale      Final
Description            Qty       Price

PM Exp 1-Day            1       $25.50
Flat Rate Env
    (Domestic)
    (NEW YORK, NY  10014)
    (Flat Rate)
    (Signature Waiver)
    (Scheduled Delivery Day)
    (Thursday 05/02/2019 12:00 PM)
    (Money Back Guarantee)
    (USPS Tracking #)
    (EL811503694US)
PM Exp                  1        $0.00
Insurance
    (Up to $100.00 included)

Total                           $25.50
Debit Card Remit'd              $25.50
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX6971)
    (Approval #:       )
    (Transaction #:820)
    (Receipt #:008748)
    (Debit Card Purchase:$25.50)
    (Cash Back:$0.00)
    (AID:A0000000980840         Chip)
    (AL:US DEBIT)
    (PIN:Verified)

Includes up to $100 insurance

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

        Preview your Mail
        Track your Packages
        Sign up for FREE @
        www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

        HELP US SERVE YOU BETTER

       TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

              Go to:
      https://postalexperience.com/Pos

      840-5780-0483-001-00020-19891-02

          or scan this code with
           your mobile device:

          or call 1-800-410-7420.
```

```
===================================
            GIDDINGS
         279 E AUSTIN ST
            GIDDINGS
               TX
           78942-9998
           4834900942
04/27/2019     (800)275-8777    10:30 AM
===================================
===================================
Product                Sale      Final
Description            Qty       Price

PM Exp 2-Day            1       $25.50
Flat Rate Env
    (Domestic)
    (NEW YORK, NY  10172)
    (Flat Rate)
    (Signature Requested)
    (Scheduled Delivery Day)
    (Monday 04/29/2019 03:00 PM)
    (Money Back Guarantee)
    (USPS Tracking #)
    (EL811503836US)
PM Exp                  1        $0.00
Insurance
    (Up to $100.00 included)

Total                           $25.50
Debit Card Remit'd              $25.50
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX6971)
    (Approval #:       )
    (Transaction #:437)
    (Receipt #:010349)
    (Debit Card Purchase:$25.50)
    (Cash Back:$0.00)
    (AID:A0000000980840         Chip)
    (AL:US DEBIT)
    (PIN:Verified)

Includes up to $100 insurance

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

        Preview your Mail
        Track your Packages
        Sign up for FREE @
        www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

        HELP US SERVE YOU BETTER

       TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

              Go to:
      https://postalexperience.com/Pos

      840-5780-0483-002-00023-28915-02

          or scan this code with
           your mobile device:

          or call 1-800-410-7420.
```