**Hearing Date: TBD per CMO**
**Response Deadline: July 12, 2019**
**Reply Deadline:  August 26, 2019**

Mark G. Ledwin, Esq.
Allison M. Holubis, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
*Attorneys for Response Mortgage Services, Inc.*
1133 Westchester Avenue
White Plains, NY  10604
Tel: (914) 323-7000
Fax: (914) 323-7001

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.,*

                  Debtors.

**Chapter 11**

**Case No. 08-13555 (SCC)**

-----------------------------------------------------------------------x

LEHMAN BROTHERS HOLDINGS INC.,

                  Plaintiff,

    -against-

1ST ADVANTAGE MORTGAGE, L.L.C. *et al.*

                  Defendants.

**Adv. Pro. No. 16-01019(SCC)**

-----------------------------------------------------------------------x

LEHMAN BROTHERS HOLDINGS INC.,

                  Plaintiff,

    -against-

RESPONSE MORTGAGE SERVICES, INC.

                  Defendant.

**Adv. Pro. No. 16-01818 (SCC)**

-----------------------------------------------------------------------x

## <u>NOTICE OF MOTION AND MOTION TO DISMISS</u>

**PLEASE TAKE NOTICE** that, pursuant to Section II(B) of the Case Management Order

dated March 13, 2019 (Filed in 16-01019-scc, ECF Doc. 825), defendant Response Mortgage

Services, Inc., hereby moves to dismiss the complaint against it pursuant to Fed. R. Civ. P. 12(b)(1), for lack of subject matter jurisdiction, and pursuant to Fed. R. Civ. P. 12(b)(3), for improper venue, for the reasons set forth in the Omnibus Motion to Dismiss previously filed by Response Mortgage Services, Inc. on March 31, 2017 (Filed in 16-01343-scc, ECF Doc. Nos. 17-21).

**PLEASE TAKE FURTHER NOTICE** that, this motion seeks the same relief on the same basis as that set forth in the Omnibus Motion to Dismiss previously filed by Response Mortgage Services, Inc. on March 31, 2017 (Filed in 16-01343-scc, ECF Doc. Nos. 17-21).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section II(C) of the Case Management Order dated March 13, 2019 (Filed in 16-01019-scc, ECF Doc. 825), Plaintiff's brief in opposition to the Omnibus Motion shall be filed and served on July 12, 2019, and Defendants' reply brief in support of the Omnibus Motion shall be filed and served on August 26, 2019.

Dated: White Plains, New York
       May 13, 2019

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
*Attorneys for Response Mortgage Services, Inc.*

By: */s/ Mark G. Ledwin*
Mark G. Ledwin, Esq.
Allison M. Holubis, Esq.
1133 Westchester Avenue
White Plains, New York 10604
(T) (914) 323-7000
(F) (914) 323-7001
File No. 10907.00812
Mark.Ledwin@wilsonelser.com
Allison.Holubis@wilsonelser.com

2

7684662v.1

## CERTIFICATE OF SERVICE

Allison M. Holubis, an attorney duly admitted to practice before this Court, hereby certifies

that on the 13th day of May, 2019, I caused true and correct copies of the foregoing **MOTION TO**

**DISMISS** to be served via ECF.

_/s/ Allison Holubis_
Allison Holubis, Esq.

TO:  William A. Maher, Esq.
Adam Bialek, Esq.
Wollmuth Maher & Deutsch LLP
Attorneys for LBHI
500 Fifth Avenue
New York, New York 10110

7684662v.1