Rex Wu
6315 N Campbell
Chicago, IL 60659
312-785-0348
rex_wu@live.com



May 09, 2019

The Honorable Shelley C. Chapman
United States Bankruptcy Judge Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: Lehman Brothers Holding, Inc. , Docket No. 08-13555-SCC (Bankr. S.D.N.Y.)

Dear Judge Chapman:

I am writing to express my support for Rickey M. Gregory (Dkt#59659) to join me regrading motion docket number 59614, *Notice of Motion For An Order Enforcing The Modified Third Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. And Its Affiliated Debtors For Purpose of Distribution*. I respectfully ask permission from the court to grant Rickey Gregory's Motion of Joinder for the following reasons, Rickey Gregory is presenting the same set of facts and have a common question of law. Most of the facts presented by Rickey Gregory in his joinder specifically mirrors point 7, 8 and 9 of my motion. Rickey Gregory and I are both exercising our rights to enforce the guarantee afforded to us by the prospectus which is protected by the Bar Date Order under the "Exempted Entity" List which states our rights will be preserved. We are both referring to the same set of directives under the Plan of Reorganization and actions taken by Lehman Brothers Holdings Inc and its affiliates. The court have jurisdiction on the matter.

I respectfully ask the court to grant the Rickey Gregory Motion of Joinder. Thank you for your valuable time.

Respectfully Submitted,

Rex Wu
Pro Se