**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: Lehman Brothers Holdings Inc. | CASE NO.: 08–13555–scc |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 13–3216325 | CHAPTER: 11 |

---

# NOTICE OF ADJOURNMENT OF HEARING

Please take notice that the hearing scheduled for May 30, 2019 on the Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions filed by Rex Wu has been adjourned.
The new hearing date is June 19, 2019 at 11:00 a.m.

Thank you

Dated: May 20, 2019                                          Vito Genna
                                                             Clerk of the Court