# Notice Recipients

District/Off: 0208−1    User:    Date Created: 5/20/2019
Case: 08−13555−scc    Form ID: 143    Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
unk    Rickey Gregory

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr    Rex Wu    6315 N Campbell    Chicago, IL 60659

TOTAL: 1