# Notice Recipients

District/Off: 0208−1         User:                          Date Created: 5/20/2019
Case: 08−13555−scc           Form ID: pdf001                Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk         Rickey Gregory       7090 FM141      Dime Box, TX 77853

TOTAL: 1