UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $23,076,000.00 of the claim set forth below (the "Transferred Claim"), of EP Canyon Ltd. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $23,076,000.00 | 29557 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $23,076,000.00 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: **CITIGROUP FINANCIAL PRODUCTS INC.**
Address:    388 Greenwich Street, Trading Tower 6th fl
New York, NY  10013

ASSIGNOR: EP Canyon Ltd.
By: Canyon Capital Advisors LLC, as its Investment Advisor
Address:    Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Signature:  _DocuSigned by: Joelle Gavlick_ (240CDA98C9F64D3...)
Name:
Title:
Date:

Joelle Gavlick - Authorized Signatory

Signature:  _____
Name:       _____
Title:      _____
Date:       _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $23,076,000.00 of the claim set forth below (the "Transferred Claim"), of EP Canyon Ltd. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $23,076,000.00 | 29557 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $23,076,000.00 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: **CITIGROUP FINANCIAL PRODUCTS INC.**
Address: 388 Greenwich Street, Trading Tower 6th fl
New York, NY  10013

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNOR: EP Canyon Ltd.
By: Canyon Capital Advisors LLC, as its Investment Advisor
Address: Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Signature: _____
Name: _____
Title: _____
Date: _____

James Pagnam
Authorized Signatory