UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., <u>et al.</u>,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $173,671,000.00 of the claim set forth below (the "Transferred Claim"), of Canyon Balanced Master Fund, Ltd. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $173,671,000.00 | 29557 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $173,671,000.00 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | **CITIGROUP FINANCIAL PRODUCTS INC.** | ASSIGNOR: | Canyon Balanced Master Fund, Ltd. |
| Address: | 388 Greenwich Street, Trading Tower 6th fl<br>New York, NY  10013 | | By: Canyon Capital Advisors LLC, as its Investment Advisor |
| | | Address: | Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067 |

| | | | |
|---|---|---|---|
| Signature:<br>Name:<br>Title:<br>Date: | *DocuSigned by: Joelle Gavlick*<br>240CDA98C9F64D3...<br>Joelle Gavlick – Authorized Signatory | Signature:<br>Name:<br>Title:<br>Date: | _____<br>_____<br>_____<br>_____ |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $173,671,000.00 of the claim set forth below (the "Transferred Claim"), of Canyon Balanced Master Fund, Ltd. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $173,671,000.00 | 29557 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $173,671,000.00 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | |
|---|---|
| ASSIGNEE: **CITIGROUP FINANCIAL PRODUCTS INC.**<br>Address: 388 Greenwich Street, Trading Tower 6th fl<br>New York, NY 10013 | ASSIGNOR: Canyon Balanced Master Fund, Ltd.<br>By: Canyon Capital Advisors LLC, as its Investment Advisor<br>Address: Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067 |
| Signature: _____<br>Name: _____<br>Title: _____<br>Date: _____ | Signature: *[signed]*<br>Name: James Pagnam<br>Title: Authorized Signatory<br>Date: _____ |