**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                                   :   Chapter 11 Case No.
                                                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                            :   08-13555 (JMP)
                                                                        :
           Debtors.                                                     :   (Jointly Administered)
                                                                        :
------------------------------------------------------------------------x   Ref. Docket No. 59718

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 15, 2019, I caused to be served the "Certificate of No Objection Regarding Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of a Settlement Agreement Relating to the Stony Hill CDO SPC Indenture and Credit Default Swap Agreement," dated May 15, 2019 [Docket No. 59718], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the parties listed in the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed in the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
20th day of May, 2019
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC. - 08-13555 (JMP)**
**Overnight Mail Additional Parties**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC. - 08-13555 (JMP)**
**Electronic Mail Additional Parties**

ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com
gbray@milbank.com
paronzon@milbank.com
wfoster@milbank.com