UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                        :   Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :   Case No. 08-13555 (SCC)
                                                             :
                                            Debtors.         :   (Jointly Administered)
                                                             :
                                                             :   Ref. Docket No. 59560
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 16, 2019, I caused to be served the "Notice of Defective Transfer," dated February 26, 2019, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
21st day of May, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

-2-

\\p054ebsfile01\ebs\ClientInfo\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers (Proc 5-1 Through 5-15)_DI 59560_AFF_5-16-19.docx

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000143594823 ***       LBH DEFTRFNTC (MERGE2, TXNUM2) 4000129104



BANCA FIDEURAM S.P.A.
PIAZZALE GIULLO DOUHET, 31
ROMA 00163
 ITALY

CREDIT AGRICOLE FRIULADRIA SPA
ATTN: CARLO PIANA; ALESSANDRO SBALBI
CREDIOT AGRICOLE CARIPARMA SPA
VIA LA SPEZIA 138/A
PARMA 43126
 ITALY

**Your transfer of claim # 51229-01 is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match

Docket Number   59560          Date:  02/26/2019

/s/ Betina Wheelon

_____

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| CREDIT AGRICOLE FRIULADRIA SPA | ATTN: CARLO PIANA; ALESSANDRO SBALBI, CREDIOT AGRICOLE CARIPARMA SPA, VIA LA SPEZIA 138/A, PARMA 43126 ITALY |

**Total Creditor Count 2**