**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

In re

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,

Debtors.

------------------------------------------------------------------- x

: **Chapter 11**
:
:
: **Case No. 08-13555 (SCC)**
:
: **(Jointly Administered)**
:
: **Ref. Docket Nos. 59663,**
: **59690 and 59699-59705**
:
:

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 16, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 16, 2019, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Wing Chan*
                                                        Wing Chan

Sworn to before me this
21st day of May, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:     BAR(23) MAILID *** 000143594792 ***         LBH TRFNTC (MERGE2, TXNUM2) 4000151294



CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A
TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE
ATTN: SVET NIKOV
65 EAST 55TH STREET, 35TH FL
NEW YORK, NY 10022

Please note that your claim # 5559233-55 in the above referenced case and in the amount of $0.00 allowed at $81,684.78 has been transferred (unless previously expunged by court order)

SEAPORT GLOBAL SECURITIES LLC
TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A
ATTN: JONATHAN R. SILVERMAN
360 MADISON AVENUE
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER         59699              in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/16/2019                      Vito Genna, Clerk of Court

                                       /s/ Betina Wheelon
                                       _____
                                       Epiq Corporate Restructuring, LLC

                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 16, 2019.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO A | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B | TRANSFEROR: THE SEAPORT GROUP LLC, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B | TRANSFEROR: THE SEAPORT GROUP LLC, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B | TRANSFEROR: THE SEAPORT GROUP LLC, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B | TRANSFEROR: THE SEAPORT GROUP LLC, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA CAPITAL MARKETS LIMITED | C/O NOMURA INTERNATIONAL PLC, ATTN: ROBERT EVELEIGH, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA CAPITAL MARKETS LIMITED | SHEARMAN & STERLING LLP, C/O DOUGLAS P. BARTNER, SOLOMON J. NOH, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| NOMURA FINANCIAL PRODUCTS & SERVICES, INC. | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, ATTN: CORPORATE ACTIONS, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | TRANSFEROR: NOMURA CAPITAL MARKETS LIMITED, ATTN: CORPORATE ACTIONS, 1 ANGEL LANE, LONDON EC4R 3AB UNITED KINGDOM |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. |

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| SEAPORT GLOBAL SECURITIES LLC | SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC – SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, ATTN: CHARMAINE WILSON, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 10016 |

**Total Creditor Count 40**