Julie Ianello
PO Box 796
Granger, IN 46530
Telephone: (574)360-9056
Email: jnello23566@gmail.com
Pro-se



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISCTRICT OF NEW YORK

In Regards:  Chapter 11 - LEHMAN BROTHERS HOLDINGS INC., et al., Case No. 08-13555 (SCC)

Debtors.    Jointly Administered

**JOINDER of Julie Ianello to Motion of Rex Wu to Approve Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions filed by Rex Wu on April 08, 2019 (Docket# 59614)**

Julie Ianello, hereby joins in the motion filed on April 08, 2019 (Docket# 59614, the "Motion") by Rex Wu to Approve Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions filed by Rex Wu on April 08, 2019 (Docket# 59614) and respectfully represents as follows:

1. Like Rex Wu and Rickey M. Gregory, Julie Ianello holds LBHI's Preferred Securities: LEHKQ, LEHLQ, LEHNQ and LEHHMQ issued by Lehman Brothers Holdings Capital Trust 3,4,5 and 6.

2. Just as Rickey M. Gregory, Julie Ianello hereby adopts and incorporates all of the arguments raised in the Motion as if such arguments were set forth herein and asserted by Julie Ianello.  As Rex Wu correctly argues in the Motion, the relief requested in the Motion is supported by, among other things, the plain language of the confirmed Plan and applicable bankruptcy law.

3. Julie Ianello reserves all rights to be heard before the Court; via CourtCall at the hearing scheduled for May 30, 2019 at 11:00am; with regard to the issues raised in the Motion and this Joinder. Julie Ianello reserves all of her rights and remedies, and nothing contained in this Joinder shall constitute an admission by Julie Ianello for any other purpose or a waiver of any rights or remedies available to Julie Ianello.  WHEREFORE, Julie Ianello joins in Rex Wu's Motion and Rickey M. Gregory's Joinder and respectfully requests that this Court approve this Motion in its entirety.

Dated May 16, 2019

Respectfully submitted,
Julie Ianello
By:/s/Julie Ianello

Julie Ianello
PO Box 796
Granger, IN 46530
Telephone: (574)360-9056
Email: jnello23566@gmail.com
Pro-se

1 of 2

**Exhibit A**

A) Docket 8307, page 1775 – Report of Anton R. Valukas, Examiner

"This resolution, however, may be viewed as a unilateral contract for a general guaranty that may be enforced by "anyone to whom it is presented who acts upon it" 6619"

.
.
.

Footnote 6620: The LBHI 2006 10-k (February 13, 2007) and 2007 10-k (January 29, 2008) refer to the fact that LBHI "guarantee(s) all of the obligations of certain subsidiaries..."

B) Docket# 46304 - Filed September 13, 2014

Response to Order Granting Motion for Authorization for Lehman Brother Special Financing Inc. and Lehman Brother Commercial Corporation to invest disputed claims reserves for claim numbers 66455 and 66476.

Related documents(s)[46276]) filed by Rickey Gregory. (White, Greg)
Debtor: 08-13555 Lehman Brothers Holdings Inc.
Related Dockets

C)

LBHI's Capital Trust Preferred Securities (CTs), per their relevant prospectus, and the ECAPS are guaranteed by the June 9, 2005 Guaranty or Board of Directors' Resolution by way of LBH PLC's general Guaranty. LBHI guaranteed the liabilities, including the ECAPS Limited Partnerships 1 thru 3 subordinate notes, issued by LBH PLC with June 9, 2005 General Guaranty or Board of Directors' Resolution.

USPS PRIORITY MAIL EXPRESS Flat Rate Envelope label (rotated/upside-down on page).

FROM:
J. IANELLO
P.O. Box 796
GRANGER, IN 46530
PHONE: (574) 360-9056

TO:
LEHMAN BROTHERS HOLDINGS, INC.
Claims Processing
c/o EPIQ BANKRUPTCY SOLUTIONS LLC
FDR STATION
PO BOX 5076
NEW YORK, NY
ZIP: 10150-5076

Date Accepted: 5-17-19
Time Accepted: 9:13 AM
Scheduled Delivery Date: 5-18-19
Postage: $25.50
Flat Rate
Weight: — lbs — oz
Total Postage & Fees: $25.50

Tracking: EE 464 170 215 US

$100.00 insurance included.

Postage paid label:
$25.50
PME 1-DAY
EDWARDSBURG, MI 49112
MAY 17, 19
R2305K136358-03
10150
1007

FILED / RECEIVED
MAY 20 2019
EPIQ









