**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

| | |
|---|---|
| | :   **Chapter 11** |
| **In re** | : |
| | :   **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : |
| | :   **(Jointly Administered)** |
| **Debtors.** | : |
| | :   **Ref. Docket Nos. 59667,** |
| | :   **59683, 59684, 59693, 59694,** |
| | :   **59695, 59696, 59697, 59698,** |
| | :   **59706, 59707, 59708, 59709,** |
| | :   **59710, 59711, 59712, 59713,** |

------------------------------------------------------------------- x   **59714**

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 20, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 20, 2019, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Wing Chan*
                                                    Wing Chan

Sworn to before me this
21st day of May, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000143637411 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000103073



CREDIT SUISSE
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

Please note that your claim # 5355829-74 in the above referenced case and in the amount of $0.00 allowed at $437,647.64 has been transferred (unless previously expunged by court order)

BANK J. SAFRA SARASIN LTD.
TRANSFEROR: CREDIT SUISSE
C/O BAR & KARRER AG
BRANDSCHENKESTRASSE 90
ATTN: PETER HSU
CH-8027 ZURICH
 SWITZERLAND

BANK J. SAFRA SARASIN LTD.
FRANK LINK, SENIOR LEGAL COUNSEL, LEGAL
ELISABETHENSTRASSE 62
P.O. BOX
CH-4002 BASEL
 SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        59667        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/20/2019            Vito Genna, Clerk of Court

/s/ Betina Wheelon

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 20, 2019.

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK J. SAFRA SARASIN LTD. | TRANSFEROR: CREDIT SUISSE, C/O BAR & KARRER AG, BRANDSCHENKESTRASSE 90, ATTN: PETER HSU, CH-8027 ZURICH  SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | FRANK LINK, SENIOR LEGAL COUNSEL, LEGAL, ELISABETHENSTRASSE 62, P.O. BOX, CH-4002 BASEL  SWITZERLAND |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: MR. TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: THE SEAPORT GROUP LLC, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: THE SEAPORT GROUP LLC, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: THE SEAPORT GROUP LLC, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: THE SEAPORT GROUP LLC, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH |

| Claim Name | Address Information |
|---|---|
| PORTFOLIO C | FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C | TRANSFEROR: THE SEAPORT GROUP LLC, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C | TRANSFEROR: THE SEAPORT GROUP LLC, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C | TRANSFEROR: THE SEAPORT GROUP LLC, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C | TRANSFEROR: THE SEAPORT GROUP LLC, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 65 EAST 55TH STREET, 35TH FL, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. |

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SEAPORT GLOBAL SECURITIES LLC | SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B, ATTN: JONATHAN R. |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SEAPORT GLOBAL SECURITIES LLC | SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| SEAPORT GLOBAL SECURITIES LLC | TRANSFEROR: CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C, ATTN: JONATHAN R. SILVERMAN, 360 MADISON AVENUE, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| WLSO INVESTMENTS, LP | SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: SEAPORT GLOBAL SECURITIES LLC, C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |

**Total Creditor Count 195**