**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x

In re

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

------------------------------------------------------------------------ x

: Chapter 11
:
: Case No. 08-13555 (SCC)
:
: (Jointly Administered)
:
: Ref. Docket Nos. 59724-
: 59729

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 28, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 28, 2019, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                           */s/ Wing Chan*
                                                            Wing Chan

Sworn to before me this
30th day of May, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000143753678 ***       LBH TRFNTC (MERGE2, TXNUM2) 4000170148



CANYON BALANCED MASTER FUND, LTD.
TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP.
C/O CANYON CAPITAL ADVISORS LLC/GEN CNSL
2000 AVENUE OF THE STARS, 11TH FLOOR
LOS ANGELES, CA 90067

Please note that your claim # 29557-20 in the above referenced case and in the amount of
$1,529,745,081.87 allowed at $173,671,000.00 has been transferred (unless previously expunged by court order)

CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: CANYON BALANCED MASTER FUND, LTD.
388 GREENWICH STREET, TRADING TOWER
6TH FLOOR
NEW YORK, NY 10013

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER       59728       in your objection. If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/28/2019                           Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 28, 2019.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| CANYON BALANCED MASTER FUND, LTD. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O CANYON CAPITAL ADVISORS LLC/GEN CNSL, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON BLUE CREDIT INVESTMENT FUND, L.P. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O CANYON CAPITAL ADVISORS LLC/GEN CNSL, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION FUND, L.P. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O CANYON CAPITAL ADVISORS LLC/GEN CNSL, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION MASTER FUND, LP, THE | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O CANYON CAPITAL ADVISORS LLC/GEN CNSL, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON-SL VALUE FUND, L.P. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O CANYON CAPITAL ADVISORS LLC/ATTN: GENERAL COUNSEL, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BALANCED MASTER FUND, LTD., 388 GREENWICH STREET, TRADING TOWER, 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BLUE CREDIT INVESTMENT FUND, L.P., 388 GREENWICH STREET, TRADING TOWER, 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION FUND, L.P., 388 GREENWICH STREET, TRADING TOWER, 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MASTER FUND, LP, THE, 388 GREENWICH STREET, TRADING TOWER, 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON-SL VALUE FUND, L.P., 388 GREENWICH STREET, TRADING TOWER, 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EP CANYON LTD., 388 GREENWICH STREET, TRADING TOWER, 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EP CANYON LTD., 388 GREENWICH STREET, TRADING TOWER, 6TH FLOOR, NEW YORK, NY 10013 |
| EP CANYON LTD. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., F/K/A PERMAL CANYON IO LTD., C/O CANYON CAPITAL ADVISORS LLC ATTN: CORP ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| EP CANYON LTD. | TRANSFEROR: P CANYON IE, C/O CANYON CAPITAL ADVISORS LLC, ATTN: GENERAL COUNSEL, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |

**Total Creditor Count 14**