Alex Olivo
16452 Harold Street
Oak Forest, IL 60452
Telephone: (630) 697-9464
Email: olivo_alex@yahoo.com
Pro Se

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                            Chapter 11

LEHMAN BROTHERS HOLDINGS INC, et al., Case No. 08-13555 (SCC)

Debtors                      Jointly Administered

Joinder of Alex Olivo to Motion of Rex Wu to Approve Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions filed by Rex Wu on April 08, 2019 [Docket #59614].

Alex Olivo, hereby joins in the motion filed on April 08, 2019 [Doc. No. 59614] (the "Motion") by Rex Wu to Approve Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions filed by Rex Wu on April 08, 2019 [Docket # 59614], and respectfully represents as follows:

1. Like Rex Wu and Rickey M. Gregory, Alex Olivo holds LBHI's Preferred Securities: LEHKQ, LEHLQ, LEHNQ and LHHMQ issued by Lehman Brothers Holdings Capital Trust 3,4,5, and 6.

2. Just as Rickey M. Gregory, Alex Olivo hereby adopts and incorporates all of the arguments raised in the Motion as if such arguments were set forth herein and asserted by Alex Olivo. As Rex Wu correctly argues in the Motion, the relief requested in the Motion is supported by, among other things, the plain language of the confirmed Plan and applicable bankruptcy law.

3. Alex Olivo reserves all rights to be heard before the Court; via CourtCall at the hearing scheduled for June 19, 2019 at 11:00 am; with regard to the issues raised in the Motion and this Joinder. Alex Olivo reserves all of his rights and remedies, and nothing contained in this Joinder shall constitute an admission by Alex Olivo for any other purpose or a waiver of any rights or remedies available to Alex Olivo. WHEREFORE, Alex Olivo joins in Rex Wu's Motion and Rickey M. Gregory's Joinder and respectfully requests that this Court approve the Motion in its entirety.

Dated: May 28, 2019
Respectfully Submitted,
Alex Olivo
By: /s/ Alex Olivo
Alex Olivo
16452 Harold
Oak Forest, IL 60452

Telephone: (630) 697-9464
Email: olivo_alex@yahoo.com
Pro Se

EXHIBIT A

A)

Docket 8307, page 1775 - Report of Anton R. Valukas, Examiner

"This resolution, however, may be viewed as a unilateral contract for a general guaranty that may be enforced by "anyone to whom it is presented who acts upon it" 6619""
.
.
.
footnote 6620: The LBHI 2006 10-k (Feb, 13, 2007) and 2007 10-K (Jan. 29, 2008) refer to the fact that LBHI "guarantee[s] all of the obligations of certain subsidiaries...."

B)

Docket # 46304
Filed Sep 13 2014
Response to Order Granting Motion for Authorization for Lehman Brothers Special Financing Inc. and Lehman Brothers Commercial Corporation to invest disputed claims reserves for claim numbers 66455 and 66476 (related document(s)[46276]) filed by Rickey Gregory. (White, Greg)
Debtor: 08-13555 Lehman Brothers Holdings Inc.
Related Dockets

C)

The ECAPS' June 9, 2005 Board Resolution (Guarantee Claim against LBHI) facts are inside "Docket # 58763
Filed Aug 27 2018
Letter to The Honorable Shelley C. Chapman Regarding Sixteenth Plan Distribution Filed by Garrett A. Fail on behalf of Lehman Brothers Holdings Inc.. (Fail, Garrett)
Debtor: 08-13555 Lehman Brothers Holdings Inc."

D)
LBHI's Capital Trust Preferred Securities (CTs), per their

relevant prospectus, and the ECAPS are guaranteed
by the June 9, 2005 General Guaranty or Board of Directors' Resolution
by way of LBH PLC's General Guaranty. LBHI guaranteed the liabilities,
including the ECAPS Limited Partnerships 1 thru 3 subordinate notes,
issued by LBH PLC with the June 9, 2005 General Guaranty or Board of
Directors' Resolution."