**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------------x    **Ref. Docket No. 59745**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 3 , 2019, I caused to be served the "Notice of Hearing on the Plan Administrator's Five-Hundred Thirtieth Omnibus Objection to Claims (Satisfied Guarantee Claims)," dated June 3, 2019 [Docket No. 59745], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the parties listed in the annexed <u>Exhibit A</u>, and

    b.  delivered via electronic mail to those parties listed in the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
4th day of June, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

**EXHIBIT A**

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555 (JMP)
Overnight Mail Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

| Claim Name | Address Information |
|---|---|
| BANK J. SAFRA SARASIN LTD, SINGAPORE BRANCH | TRANSFEROR: BANK SARASIN-RABO (ASIA) LIMITED ATTN: LEGAL DEPARTMENT 77 ROBINSON ROAD # 31-00 SINGAPORE 068896 SINGAPORE |
| BANK J. SAFRA SARASIN LTD, SINGAPORE BRANCH | BAR & KARRER AG ATTN: DR. PETER HSU/DR. DANIEL FLUHMANN BRANDSCHENKESTRASSE 90 ZURICH CH-8027 SWITZERLAND |
| BANK JULIUS BAER & CO LTD | TRANSFEROR: BANK OF SINGAPORE LIMITED ATTN: PATRICK ROOS BAHNHOFSTRASSE 36 CH-8010 ZURICH 1001 SWITZERLAND |
| BANK JULIUS BAER & CO LTD | TRANSFEROR: UBS AG ATTN: PATRICK ROOS BAHNHOFSTRASSE 36 CH-8010 ZURICH 1001 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: BANK OF SINGAPORE LIMITED ATTN: PATRIK ROOS BAHNOFSTRASSE 36 CH-8010 ZURICH 1001 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: BANK OF SINGAPORE LIMITED BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND |
| BANK OF SINGAPORE LIMITED | ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA SINGAPORE 048619 SINGAPORE |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON (HK) C/O DAVIDSON KEMPNER-J.DONOVAN 520 MADISON AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| CREDIT SUISSE AG, SINGAPORE BRANCH | TRANSFEROR: BANK OF SINGAPORE LIMITED ONE RAFFLES LINK # 05-02, SOUTH LOBBY SINGAPORE 039393 SINGAPORE |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND NV, THE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| EFG BANK AG, HONG KONG BRANCH | BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND |
| EFG BANK AG, HONG KONG BRANCH | GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVE NEW YORK NY 10166 |
| EFG BANK AG, LUGANO BRANCH | TRANSFEROR: BANK OF SINGAPORE LIMITED F/K/A BSI SA ATTN: ANDREA FERRARI VIA STEFANO FRANSCINI 8 6900 LUGANO 1001 SWITZERLAND |
| FATAI INVESTMENT LIMITED | PO BOX 210, 3RD FLOOR 24 SAND STREET ST. HELIER, JERSEY CHANNEL ISLANDS JE2 3QF UNITED KINGDOM |
| FATAI INVESTMENT LIMITED | TRANSFEROR: LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION) PO BOX 210, 3RD FLOOR, 24 SAND STREET ST. HELIER, JERSEY CHANNEL ISLANDS JE2 3QF UNITED KINGDOM |
| FATAI INVESTMENT LIMITED | C/O CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019-6131 |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG LEVEL 13 & 14 1 QUEEN'S ROAD CENTRAL HONG KONG 1001 HONG KONG |
| MEHTA, SANGEETA MANOJ | TRANSFEROR: RED HOUSE FINANCE LTD BERKENLAAN 14 WILRYK 2610 BELGIUM |
| MINAMIKAWA, YOKO | TOKYO-TO BUNKYO-KU KASUGA 2-7-3-205 112-0003 JAPAN |
| MITSUBISHI UFJ MORGAN STANLEY SECURITIES CO., LTD. | ATTN: MS. HISAKO KUBO, LEGAL DEPARTMENT MR. TOMOHIRO NAKAMURA, CORPORATE PLANNING DIVISION MR. HIROKA KIKUCHI- STRUCTURED PRODUCTS DIVISION 22ND FLOOR, OTEMACHI FINANCIAL CITY GRAND CUBE 1-9-2 OTEMACHI, CHIYODA-KU TOKYO 100 JAPAN |
| MITSUBISHI UFJ MORGAN STANLEY SECURITIES CO., LTD. | MORRISON & FOERSTER LLP. LORENZO MARINUZZI, STACY MOLISON 250 WEST 55TH STREET NEW YORK NY 10019 |
| MIZUHO SECURITIES CO LTD | ATTENTION: CREDIT TRADING & DERIVATIVE PRODUCTS DEPARTMENT; K. TANAKA OTEMACHI FIRST SQUARE 1-5-1 OTEMACHI CHIYODA-KU, TOKYO 100-0004 JAPAN |
| MIZUHO SECURITIES CO LTD | STROOCK & STROOCK & LAVAN LLP ATTENTION: SHERRY MILLMAN ESQ. 180 MAIDEN LANE NEW YORK NY 10038 |
| MIZUHO SECURITIES CO., LTD | F/K/A MIZUHO INVESTORS SECURITIES CO., LTD ATTN: KUNIKO TAKIZAWA MITA NN BLDG. 4-1-23, SHIBA, MINATO-KU TOKYO 108-0014 JAPAN |
| MIZUHO SECURITIES CO., LTD | STROOCK & STROOCK & LAVAN LLP ATTN: SHERRY MILLMAN 180 MAIDEN LANE NEW YORK NY 10038 |
| PREM SIROOMAL MIRPURI | TRANSFEROR: ORIENT OCEAN LIMITED C/O MORGAN STANLEY ATTN: ACCOUNT TRANSFER CHECK PROCESSING 1300 THAMES STREET WHARF, 4TH FLOOR BALTIMORE MD 21231 |
| SARAFF, SUSHEEL KUMAR & PUSHPA DEVI | (# 180522) 1349-62 SAICHOI MANSION 22ND FLOOR, TOWER B CHAROENNAKORN ROAD, |

| Claim Name | Address Information |
|---|---|
| SARAFF, SUSHEEL KUMAR & PUSHPA DEVI | BANG LAMPHU KLONG SARN BANGKOK 10600 THAILAND |
| SC LOWY PRIMARY INVESTMENTS, LTD. | TRANSFEROR: ROYAL BANK OF SCOTLAND NV, THE C/O SC LOWY ASSET MANAGEMENT (HK) LTD. 17TH FL, 8 QUEEN'S ROAD CENTRAL 1001 HONG KONG |
| SINGHAL, RANJANA AND/OR SINGHAL, PRATHEEP | TRANSFEROR: BANK OF SINGAPORE LIMITED 25/51 ORIENTAL TOWERS, APT. 24C SOI CHAROEN CHAI (EKAMAI 12) SUKHUMVIT ROAD BANGKOK 10110 THAILAND |
| SMBC NIKKO SECURITIES INC. | TRANSFEROR: SMBC FRIEND SECURITIES CO., LTD. 3-1 MARUNOUCHI 3-CHOME, CHIYODA-KU ATTN: SECTION MANAGER, LEGAL TOKYO 100-8325 JAPAN |
| TOKAI TOKYO SECURITIES CO, LTD | 6-2, NIHOMBASHI 3-CHOME CHUO-KU TOKYO 103-8275 JAPAN |
| TOKAI TOKYO SECURITIES CO, LTD | 17-21, SHINKAWA 1-CHOME CHUO-KU TOKYO 104-8317 JAPAN |
| TOKAI TOKYO SECURITIES CO, LTD | 17-21, SHINKAWA 1-CHOME CHUO-KU 104-8317 JAPAN |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |

**Total Creditor count  36**

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555 (JMP)
Electronic Mail Master Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alexander.lorenzo@alston.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amh@amhandlerlaw.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com

bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cohen@sewkis.com
cp@stevenslee.com

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555 (JMP)
Electronic Mail Master Service List

| | |
|---|---|
| cpappas@dilworthlaw.com | dhw@dhclegal.com |
| cparyse@contrariancapital.com | diconzam@gtlaw.com |
| craig.goldblatt@wilmerhale.com | djcarragher@daypitney.com |
| craigjustinalbert@gmail.com | djoseph@stradley.com |
| crmomjian@attorneygeneral.gov | dkessler@ktmc.com |
| csalomon@beckerglynn.com | dkozusko@willkie.com |
| cschreiber@winston.com | dlipke@vedderprice.com |
| cshore@whitecase.com | dmark@kasowitz.com |
| cszyfer@stroock.com | dmcguire@winston.com |
| cwalsh@mayerbrown.com | dmiller@steinlubin.com |
| cward@polsinelli.com | dmurray@jenner.com |
| cweiss@ingramllp.com | dneier@winston.com |
| dallas.bankruptcy@publicans.com | dodonnell@milbank.com |
| dave.davis@isgria.com | dpegno@dpklaw.com |
| david.bennett@tklaw.com | drosenzweig@fulbright.com |
| david.livshiz@freshfields.com | drosner@goulstonstorrs.com |
| david.powlen@btlaw.com | drosner@kasowitz.com |
| david.tillem@wilsonelser.com | dshaffer@wtplaw.com |
| david.wender@alston.com | dspelfogel@foley.com |
| davids@blbglaw.com | dsullivan@hsgllp.com |
| davidwheeler@mvalaw.com | dtheising@harrisonmoberly.com |
| dbarber@bsblawyers.com | dwdykhouse@pbwt.com |
| dbaumstein@whitecase.com | dworkman@bakerlaw.com |
| dbesikof@loeb.com | ebcalvo@pbfcm.com |
| dblack@hsgllp.com | ecohen@russellinvestments.com |
| dcimo@gjb-law.com | edelucia@hsgllp.com |
| dcoffino@cov.com | edward.flanders@pillsburylaw.com |
| dcrapo@gibbonslaw.com | efisher@binderschwartz.com |
| ddavis@paulweiss.com | efleck@milbank.com |
| ddunne@milbank.com | efriedman@fklaw.com |
| deggermann@kramerlevin.com | efriedman@friedmanspring.com |
| deggert@freebornpeters.com | ekbergc@lanepowell.com |
| demetra.liggins@tklaw.com | eleicht@whitecase.com |
| dennis.tracey@hoganlovells.com | ellen.halstead@cwt.com |
| dfelder@orrick.com | emagnelli@bracheichler.com |
| dflanigan@polsinelli.com | emerberg@mayerbrown.com |
| dgoldberg@hsgllp.com | enkaplan@kaplanlandau.com |
| dhayes@mcguirewoods.com | eobrien@sbchlaw.com |
| dhealy@hsgllp.com | etillinghast@sheppardmullin.com |
| dheffer@foley.com | eweinick@otterbourg.com |
| dhurst@coleschotz.com | ezujkowski@emmetmarvin.com |

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555 (JMP)
Electronic Mail Master Service List

farrington.yates@kobrekim.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
gcacuci@law.nyc.gov
general@mklawnyc.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnylaw.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@chadbourne.com
heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ipetersen@johnstonthomas.com
irethy@stblaw.com
j.zelloe@stahlzelloe.com
jacobsonn@sec.gov
james.berg@piblaw.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com

jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbrody@americanmlg.com
jbrody@johnstonthomas.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@united.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.beck@hoganlovells.com
john.goodchild@morganlewis.com
john.monaghan@hklaw.com
john.mule@state.mn.us
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555 (JMP)
Electronic Mail Master Service List

jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrapisardi@omm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
kelly.kleist@solidcounsel.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com

kmanka@johnstonthomas.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@laniadlerpartners.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
leo.crowley@pillsburylaw.com
lgomez@msek.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.roitman@ropesgray.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555 (JMP)
Electronic Mail Master Service List

| | |
|---|---|
| maryann.gagliardi@wilmerhale.com | monica.lawless@brookfieldproperties.com |
| matt@willaw.com | mpackman@fisherbrothers.com |
| matthew.klepper@dlapiper.com | mparry@mosessinger.com |
| maustin@orrick.com | mrosenthal@gibsondunn.com |
| mbenner@tishmanspeyer.com | mschimel@sju.edu |
| mbienenstock@proskauer.com | msegarra@mayerbrown.com |
| mbloemsma@mhjur.com | mshiner@tuckerlaw.com |
| mbossi@thompsoncoburn.com | mshuster@hsgllp.com |
| mcademartori@sheppardmullin.com | msolow@kayescholer.com |
| mcarthurk@sullcrom.com | mspeiser@stroock.com |
| mccarthyj@sullcrom.com | mstamer@akingump.com |
| mcolomar@diazreus.com | munno@sewkis.com |
| mcordone@stradley.com | mvenditto@reedsmith.com |
| mcyganowski@oshr.com | mwarner@coleschotz.com |
| mdorval@stradley.com | mwarren@mtb.com |
| melorod@gtlaw.com | nathan.spatz@pillsburylaw.com |
| meltzere@pepperlaw.com | nbinder@binderschwartz.com |
| metkin@lowenstein.com | nbojar@fklaw.com |
| mfeldman@willkie.com | ncoco@mwe.com |
| mgordon@briggs.com | neal.mann@oag.state.ny.us |
| mgreger@allenmatkins.com | ned.schodek@shearman.com |
| mh1@mccallaraymer.com | neil.herman@morganlewis.com |
| mhanin@kasowitz.com | neilberger@teamtogut.com |
| mhopkins@cov.com | ngueron@cgr-law.com |
| michael.kelly@monarchlp.com | nicholas.zalany@squirepb.com |
| michael.kraut@morganlewis.com | nissay_10259-0154@mhmjapan.com |
| michael.mccrory@btlaw.com | nlepore@schnader.com |
| michael.solow@apks.com | nlieberman@hsgllp.com |
| millee12@nationwide.com | notice@bkcylaw.com |
| miller@taftlaw.com | nyrobankruptcy@sec.gov |
| mimi.m.wong@irscounsel.treas.gov | otccorpactions@finra.org |
| mitchell.ayer@tklaw.com | paronzon@milbank.com |
| mitchell.berger@squirepb.com | patrick.miller@faegrebd.com |
| mjedelman@vedderprice.com | pbattista@gjb-law.com |
| mjr1@westchestergov.com | pbosswick@ssbb.com |
| mlahaie@akingump.com | pdublin@akingump.com |
| mlandman@lcbf.com | peisenberg@lockelord.com |
| mlichtenstein@crowell.com | peter.gilhuly@lw.com |
| mlynch2@travelers.com | peter.meisels@wilsonelser.com |
| mmorreale@us.mufg.jp | peter.simmons@friedfrank.com |
| mneier@ibolaw.com | peter@bankrupt.com |

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555 (JMP)
Electronic Mail Master Service List

| | |
|---|---|
| pfeldman@oshr.com | schager@ssnylaw.com |
| pfinkel@wilmingtontrust.com | schannej@pepperlaw.com |
| phayden@mcguirewoods.com | schepis@pursuitpartners.com |
| pmaxcy@sonnenschein.com | schnabel.eric@dorsey.com |
| ppascuzzi@ffwplaw.com | schristianson@buchalter.com |
| psp@njlawfirm.com | scott.golden@hoganlovells.com |
| raj.madan@skadden.com | scottj@sullcrom.com |
| ramona.neal@hp.com | scottshelley@quinnemanuel.com |
| rbeacher@pryorcashman.com | scousins@armstrongteasdale.com |
| rbernard@foley.com | sdnyecf@dor.mo.gov |
| rbyman@jenner.com | sehlers@armstrongteasdale.com |
| rdaversa@orrick.com | sfalanga@thewalshfirm.com |
| relgidely@gjb-law.com | sfineman@lchb.com |
| rfriedman@silvermanacampora.com | sfox@mcguirewoods.com |
| rgmason@wlrk.com | sgordon@cahill.com |
| rgoodman@moundcotton.com | sgraziano@blbglaw.com |
| rgraham@whitecase.com | sgubner@ebg-law.com |
| rhett.campbell@tklaw.com | sharbeck@sipc.org |
| richard.lear@hklaw.com | shari.leventhal@ny.frb.org |
| richard@rwmaplc.com | shgross5@yahoo.com |
| rick.murphy@sutherland.com | skatona@polsinelli.com |
| rleek@hodgsonruss.com | sldreyfuss@hlgslaw.com |
| rmatzat@hahnhessen.com | sleo@bm.net |
| rnetzer@willkie.com | slerman@ebglaw.com |
| robert.honeywell@klgates.com | slerner@ssd.com |
| robert.malone@dbr.com | sloden@diamondmccarthy.com |
| robert.yalen@usdoj.gov | smillman@stroock.com |
| robin.keller@lovells.com | smulligan@bsblawyers.com |
| roger@rnagioff.com | snewman@katskykorins.com |
| rpedone@nixonpeabody.com | soneal@cgsh.com |
| rrainer@wmd-law.com | sory@fdlaw.com |
| rroupinian@outtengolden.com | squsba@stblaw.com |
| rthomas@johnstonthomas.com | sree@lcbf.com |
| russj4478@aol.com | sschultz@akingump.com |
| rweiss@johnstonthomas.com | sselbst@herrick.com |
| ryaspan@yaspanlaw.com | sstarr@starrandstarr.com |
| sabin.willett@morganlewis.com | stephen.cowan@dlapiper.com |
| sabramowitz@velaw.com | stephen.hessler@kirkland.com |
| sabvanrooy@hotmail.com | steve.ginther@dor.mo.gov |
| sally.henry@skadden.com | steven.usdin@flastergreenberg.com |
| scargill@lowenstein.com | streusand@slollp.com |

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555 (JMP)
Electronic Mail Master Service List

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuber@csglaw.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tgoren@mofo.com

tgrinsell@hsgllp.com

thenderson@americanmlg.com

thomas.califano@dlapiper.com

timothy.harkness@freshfields.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmm@mullaw.org

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

uitkin@kasowitz.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

william.hao@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@beckerglynn.com

wtaylor@mccarter.com

yuwatoko@mofo.com

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555 (JMP)
Electronic Mail Additional Parties

| CLAIMANT NAME | Email |
|---|---|
| MIZUHO SECURITIES CO LTD | mspeiser@stroock.com; smillman@stroock.com |
| BKM HOLDINGS (CAYMAN) LTD. | bankdebt@dkpartners.com |
| SMBC NIKKO SECURITIES INC. | nbs-gaikokusaiken@mail.nikko.co.jp |
| MINAMIKAWA, YOKO | ymnmkw@gmail.com |
| MITSUBISHI UFJ MORGAN STANLEY SECURITIES CO., LTD. | lmarinuzzi@mofo.com |
| BANK J. SAFRA SARASIN LTD, SINGAPORE BRANCH | peter.hsu@baerkarrer.ch |
| SC LOWY PRIMARY INVESTMENTS, LTD. | steve.lyons@sclowy.com |
| FATAI INVESTMENT LIMITED | lawrence.lo@hld.com |
| EFG BANK AG, HONG KONG BRANCH | diconzam@gtlaw.com |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | raymond.t.y.ng@hsbcpb.com |
| MIZUHO SECURITIES CO., LTD | mspeiser@stroock.com; smillman@stroock.com |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | joshua.dorchak@morganlewis.com; christopher.carter@morganlewis.com; darlene.renken@morganlewis.com |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | joshua.dorchak@morganlewis.com; christopher.carter@morganlewis.com; darlene.renken@morganlewis.com |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | joshua.dorchak@morganlewis.com; christopher.carter@morganlewis.com; darlene.renken@morganlewis.com |

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555 (JMP)
Electronic Mail Additional Parties

| | |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | joshua.dorchak@morganlewis.com; christopher.carter@morganlewis.com; darlene.renken@morganlewis.com |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | joshua.dorchak@morganlewis.com; christopher.carter@morganlewis.com; darlene.renken@morganlewis.com |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | joshua.dorchak@morganlewis.com; christopher.carter@morganlewis.com; darlene.renken@morganlewis.com |
| **BANK JULIUS BAER & CO. LTD.** | corporateactions.ops@juliusbaer.com |
| **SINGHAL, RANJANA AND/OR SINGHAL, PRATHEEP** | pradeepsinghal@hotmail.com |
| **EFG BANK AG, LUGANO BRANCH** | jano.bandeira@efgbank.com |
| **CREDIT SUISSE AG, SINGAPORE BRANCH** | ssweeney@klestadt.com |
| **BANK OF SINGAPORE LIMITED** | secops-corpactions.sg@bankofsingapore.com |
| PREM SIROOMAL MIRPURI | petermirpuri@yahoo.com |
| UBS AG | hugo.koller@ubs.coma |
| TOKAI TOKYO SECURITIES CO, LTD | yasuji_ochiai@tokaitokyo.co.jp;; |
| | kazuhiro_kaneko@tokaitokyo.co.jp; reiko_kakegawa@tokaitokyo.co.jp; as_shikingaikoku@tokaitokyo.co.jp |
| SARAFF, SUSHEEL KUMAR & PUSHPA DEVI | susheel@saraffglobal.com |