Glenn A. Blaze
748 Port Monmouth Road
Port Monmouth, NJ, 07758
Telephone: 732-769-2398
Email: Glennblaze2@gmail.com
Pro-Se



United State Bankruptcy Court
Southern District of New York

In regards : Chapter 11 Lehman Brothers Holding Inc., et al., Case No. 08-13555(SCC)

Debtors. Jointly Administered

Joinder of Glenn Blaze to Motion of Rex Wu to Approve Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brother Holdings Inc., and its Affiliated Debtors for Purposes of Distribution filed by Rex Wu on April 08, 2019(Docket #59614)

Glenn Blaze, hereby joins in the motion filed on April 08,2019 (Docket 59614, the "motion") by Rex Wu to Approve Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brother Holdings Inc., and its Affiliated Debtors for Purposes of Distributions filed by Rex Wu on April 08, 2019 (Docket # 59614) and respectfully represents as follows:

1. Like Rex Wu and Rickey Gregory, Glenn Blaze holds LBHI's Preferred Securities: LEHKQ, LEHLQ, LEHNQ, and LEHHMQ issued by Lehman Brothers Holdings Capital Trust 3,4,5 and 6

2. Just as Rickey Gregory, Glenn Blaze hereby adopts and incorporates all of the arguments raised in the Motion as if such arguments were set forth herein and asserted by Glenn Blaze. As Rex Wu correctly argues in the Motion, the relief requested in the Motion is supported by, among other things, the plain language of the confirmed Plan and applicable bankruptcy law.

3. Glenn Blaze reserves all rights to be heard before the Court: via CourtCall at the hearing scheduled for June 19, 2019 at 11:00 AM; with regard to the issues raised in the Motion and this Joinder. Glenn Blaze reserves all of his rights and remedies, and nothing contained in this joinder shall constitute an admission by Glenn Blaze for any other purpose or a waiver of any rights or remedies available to Glenn Blaze. WHEREFORE, Glenn Blaze join in Rex Wu's Motion and Rickey M. Gregory's Joinder and respectfully requests that this Court approve this motion in its entirety.

Dated May 28, 2019

Respectfully submitted,

Glenn A. Blaze
By:/s/Glenn Blaze

Glenn Blaze
748 Port Monmouth Road
Port Monmouth, NJ, 07758
Telephone: 732-769-2398
Email: Glennblaze2@gmail.com
Pro-Se                               Page 1 of 2

Exhibit A

A) Docket#- 8307, page 1775 – Report of Anton R. Valukas, Examiner

"This resolution , however, may be viewed as a unilateral contract for the general guarantee that may be enforced by "anyone to whom it is presented who acts upon it" 6619"

..
..
..

Footnote 6620: The LBHI 2006 10-k(February 13, 2007) and 2007 10-k(January 29,2008) refer to the fact that LBHI "guarantee(s)all the obligations of certain subsidiaries...."

B) Docket # 46304 – Filed September 13, 2014

Response to Order Granting Motion for Authorization for Lehman Brother Special Financing Inc. and Lehman Brother Commercial Corporation to invest disputed claims reserves for claim numbers 66455 and 66476.

Related documents(46276) filed by Rickey Gregory. (White, Greg)
Debtor: 08-13555 Lehman Brothers Holdings Inc.
Related Dockets