Alex Olivo
16452 Harold Street
Oak Forest, IL 60452
Telephone: (630) 697-9464
Email: olivo_alex@yahoo.com
Pro Se

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                Chapter 11

LEHMAN BROTHERS HOLDINGS INC, et al., Case No. 08-13555 (SCC)

Debtors                       Jointly Administered

I sent out copies of the letter documented as Docket # 59741 to Kristine Dickson and Matthew Cantor of LBHI and Rex Wu. Details are documented below.

Docket # 59741
Motion to Join Joinder to Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions filed by Rex Wu (related document(s) [59614]) filed by Alex Olivo. (White, Greg)

**Debtor:** 08-13555   Lehman Brothers Holdings Inc.
Related Dockets

Dated: June 4, 2019
Respectfully Submitted,
Alex Olivo
By: /s/ Alex Olivo

Alex Olivo
16452 Harold
Oak Forest, IL 60452
Telephone: (630) 697-9464
Email: olivo_alex@yahoo.com
Pro Se

PROOF OF MAILINGS

## FedEx

```
Address:          17170 WESTVIEW
                  SOUTH HOLLAND
                  IL 60473
Location:         JOTA
Device ID:        -BTC03
Transaction:      930232513112

FedEx Express Saver
787560350128   0.5 lbs. (M)      19.92
   Declared Value  0
Recipient Address:
   HONORABLE SHELLEY CHAPMAN
   U.S.BANKRUPTCY S.DISTRICT
   ONE BOWLING GREEN
   CHAPTER 11 NO#08-13555 (SCC)
   New York City, NY 10004
   6306979464

Scheduled Delivery Date 6/3/2019

Pricing option:
   STANDARD RATE
Package Information:
   FedEx Envelope

   Shipment subtotal:       $19.92
         Total Due:         $19.92
   (S) CreditCard:          $19.92
   *************8374

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply. See
fedex.com/us/service-guide for details.

   Visit us at: fedex.com
   Or call 1.800.GoFedEx
      1.800.463.3339

   May 29, 2019 7:55:51 PM
```

---

```
OAK FOREST
15811 CENTRAL AVE
OAK FOREST, IL
60452-9998
1657600452

05/30/2019   (800)275-8777   5:58 PM

Product            Sale    Final
Description        Qty     Price

PM Exp 2-Day        1      $25.50
Flat Rate Env
(Domestic)
(NEW YORK, NY  10153)
(Flat Rate)
(Signature Waiver)
(Scheduled Delivery Day)
(Monday 06/03/2019 12:00 PM)
(Money Back Guarantee)
(USPS Tracking #)
(EE296340896US)
PM Exp              1       $0.00
Insurance
   (Up to $100.00 included)

Total                      $25.50

Credit Card Remitd         $25.50
   (Card Name:VISA)
   (Account #:XXXXXXXXXXXX8374)
   (Approval #:04774C)
   (Transaction #:523)
   (AID:A0000000031010         Chip)
   (AL:VISA CREDIT)
   (PIN:Not Required    CHASE VISA)

Includes up to $100 insurance

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

    Preview your Mail
    Track your Packages
    Sign up for FREE @
    www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
   Thank you for your business.

   HELP US SERVE YOU BETTER

   TELL US ABOUT YOUR RECENT
      POSTAL EXPERIENCE

         Go to:
https://postalexperience.com/Pos

840-5604-0043-003-00037-03227-02

   or scan this code with
    your mobile device:
```



```
   or call 1-800-410-7420.
   YOUR OPINION COUNTS
```

---

```
OAK FOREST
15811 CENTRAL AVE
OAK FOREST, IL
60452-9998
1657600452

05/30/2019   (800)275-8777   5:59 PM

Product            Sale    Final
Description        Qty     Price

PM 1-Day            1       $7.35
Flat Rate Env
(Domestic)
(CHICAGO, IL  60659)
(Flat Rate)
(Expected Delivery Day)
(Friday 05/31/2019)
(USPS Tracking #)
(9505 5106 0073 9150 3513 42)
Insurance           1       $0.00
   (Up to $50.00 included)

Total                       $7.35

Credit Card Remitd          $7.35
   (Card Name:VISA)
   (Account #:XXXXXXXXXXXX8374)
   (Approval #:07682C)
   (Transaction #:524)
   (AID:A0000000031010         Chip)
   (AL:VISA CREDIT)
   (PIN:Not Required    CHASE VISA)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

    Preview your Mail
    Track your Packages
    Sign up for FREE @
    www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
   Thank you for your business.

   HELP US SERVE YOU BETTER

   TELL US ABOUT YOUR RECENT
      POSTAL EXPERIENCE

         Go to:
https://postalexperience.com/Pos

840-5604-0043-003-00037-03264-02

   or scan this code with
    your mobile device:
```



```
   or call 1-80...
```



FROM:
Alex Olivo
16452 Harold
Oak Forest, IL 60452

TO: Rep WO
6315 N. Campbell
Chicago, IL 60659