UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
: 
In re                                                                                        :   Chapter 11 Case No.
                                                                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :   08-13555 (JMP)
                                                                                                :
                                                    Debtors.                         :   (Jointly Administered)
                                                                                                :
------------------------------------------------------------------------x   Ref. Docket No. 59756

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                                     ) ss.:
COUNTY OF NEW YORK    )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 7, 2019, I caused to be served the "Notice of Presentment of Motion of Plan Administrator for an Order In Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors," dated June 7, 2019 [Docket No. 59756], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the parties listed in the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed in the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
7th day of June, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

# EXHIBIT A

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555
Overnight Mail Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555
Overnight Mail Additional Parties

WIGGIN AND DANA LLP
ONE CENTURY TOWER
265 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
300 W. 15TH STREET
AUSTIN, TX 78701

OFFICE OF THE ATTORNEY GENERAL OF NEW YORK
THE CAPITOL
ALBANY, NY 12224-0341

STAHL FOREST & ZELLOE PC
11350 RANDOM HILLS RD
SUITE 700
FAIRFAX, VA 22030

MOHRMAN, KAARDAL & ERICKSON, P.A.
150 SOUTH FIFTH STREET, SUITE 3100
MINNEAPOLIS, MINNESOTA 55402

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555
Electronic Mail Master Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alexander.lorenzo@alston.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amh@amhandlerlaw.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cohen@sewkis.com
cp@stevenslee.com

1

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555
Electronic Mail Master Service List

| | |
|---|---|
| cpappas@dilworthlaw.com | dhw@dhclegal.com |
| cparyse@contrariancapital.com | diconzam@gtlaw.com |
| craig.goldblatt@wilmerhale.com | djcarragher@daypitney.com |
| craigjustinalbert@gmail.com | djoseph@stradley.com |
| crmomjian@attorneygeneral.gov | dkessler@ktmc.com |
| csalomon@beckerglynn.com | dkozusko@willkie.com |
| cschreiber@winston.com | dlipke@vedderprice.com |
| cshore@whitecase.com | dmark@kasowitz.com |
| cszyfer@stroock.com | dmcguire@winston.com |
| cwalsh@mayerbrown.com | dmiller@steinlubin.com |
| cward@polsinelli.com | dmurray@jenner.com |
| cweiss@ingramllp.com | dneier@winston.com |
| dallas.bankruptcy@publicans.com | dodonnell@milbank.com |
| dave.davis@isgria.com | dpegno@dpklaw.com |
| david.bennett@tklaw.com | drosenzweig@fulbright.com |
| david.livshiz@freshfields.com | drosner@goulstonstorrs.com |
| david.powlen@btlaw.com | drosner@kasowitz.com |
| david.tillem@wilsonelser.com | dshaffer@wtplaw.com |
| david.wender@alston.com | dspelfogel@foley.com |
| davids@blbglaw.com | dsullivan@hsgllp.com |
| davidwheeler@mvalaw.com | dtheising@harrisonmoberly.com |
| dbarber@bsblawyers.com | dwdykhouse@pbwt.com |
| dbaumstein@whitecase.com | dworkman@bakerlaw.com |
| dbesikof@loeb.com | ebcalvo@pbfcm.com |
| dblack@hsgllp.com | ecohen@russellinvestments.com |
| dcimo@gjb-law.com | edelucia@hsgllp.com |
| dcoffino@cov.com | edward.flanders@pillsburylaw.com |
| dcrapo@gibbonslaw.com | efisher@binderschwartz.com |
| ddavis@paulweiss.com | efleck@milbank.com |
| ddunne@milbank.com | efriedman@fklaw.com |
| deggermann@kramerlevin.com | efriedman@friedmanspring.com |
| deggert@freebornpeters.com | ekbergc@lanepowell.com |
| demetra.liggins@tklaw.com | eleicht@whitecase.com |
| dennis.tracey@hoganlovells.com | ellen.halstead@cwt.com |
| dfelder@orrick.com | emagnelli@bracheichler.com |
| dflanigan@polsinelli.com | emerberg@mayerbrown.com |
| dgoldberg@hsgllp.com | enkaplan@kaplanlandau.com |
| dhayes@mcguirewoods.com | eobrien@sbchlaw.com |
| dhealy@hsgllp.com | etillinghast@sheppardmullin.com |
| dheffer@foley.com | eweinick@otterbourg.com |
| dhurst@coleschotz.com | ezujkowski@emmetmarvin.com |

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555
Electronic Mail Master Service List

farrington.yates@kobrekim.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
gcacuci@law.nyc.gov
general@mklawnyc.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnylaw.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@chadbourne.com
heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ipetersen@johnstonthomas.com
irethy@stblaw.com
j.zelloe@stahlzelloe.com
jacobsonn@sec.gov
james.berg@piblaw.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbrody@americanmlg.com
jbrody@johnstonthomas.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@united.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.beck@hoganlovells.com
john.goodchild@morganlewis.com
john.monaghan@hklaw.com
john.mule@state.mn.us
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com

3

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555
Electronic Mail Master Service List

| | |
|---|---|
| jorbach@hahnhessen.com | kmanka@johnstonthomas.com |
| joseph.cordaro@usdoj.gov | kobak@hugheshubbard.com |
| joshua.dorchak@morganlewis.com | korr@orrick.com |
| jowen769@yahoo.com | kovskyd@pepperlaw.com |
| joy.mathias@dubaiic.com | kressk@pepperlaw.com |
| jpintarelli@mofo.com | krosen@lowenstein.com |
| jporter@entwistle-law.com | ksebaski@hsgllp.com |
| jprol@lowenstein.com | kurt.mayr@bgllp.com |
| jrabinowitz@rltlawfirm.com | kurt.rademacher@morganlewis.com |
| jrapisardi@omm.com | ladler@laniadlerpartners.com |
| jrosenthal@mhlawcorp.com | landon@slollp.com |
| jrsmith@hunton.com | lapeterson@foley.com |
| jschiller@bsfllp.com | lawallf@pepperlaw.com |
| jschwartz@hahnhessen.com | lawrence.gelber@srz.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com |
| jsherman@bsfllp.com | lee.stremba@troutmansanders.com |
| jshickich@riddellwilliams.com | lee.whidden@dentons.com |
| jsmairo@pbnlaw.com | leo.crowley@pillsburylaw.com |
| jstoll@mayerbrown.com | lgomez@msek.com |
| jtimko@shutts.com | lgranfield@cgsh.com |
| judy.morse@crowedunlevy.com | lhandelsman@stroock.com |
| jvail@ssrl.com | lisa.solomon@att.net |
| jwcohen@daypitney.com | ljkotler@duanemorris.com |
| jwest@velaw.com | lkatz@ltblaw.com |
| jwh@njlawfirm.com | lkiss@klestadt.com |
| jzulack@fzwz.com | lmarinuzzi@mofo.com |
| kanema@formanlaw.com | lmcgowen@orrick.com |
| karen.wagner@dpw.com | lnashelsky@mofo.com |
| karl.geercken@alston.com | loizides@loizides.com |
| kdwbankruptcydepartment@kelleydrye.com | lperlman@hsgllp.com |
| keckhardt@hunton.com | lschweitzer@cgsh.com |
| keith.simon@lw.com | lucdespins@paulhastings.com |
| kelly.kleist@solidcounsel.com | mabrams@willkie.com |
| ken.coleman@allenovery.com | maofiling@cgsh.com |
| kerry.moynihan@hro.com | marc.roitman@ropesgray.com |
| kgwynne@reedsmith.com | margolin@hugheshubbard.com |
| kiplok@hugheshubbard.com | mark.bane@ropesgray.com |
| kkelly@ebglaw.com | mark.ellenberg@cwt.com |
| kkolbig@mosessinger.com | mark.mckane@kirkland.com |
| klyman@irell.com | mark.salzberg@squirepb.com |
| klynch@formanlaw.com | mark.sherrill@sutherland.com |

4

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555
Electronic Mail Master Service List

| | |
|---|---|
| maryann.gagliardi@wilmerhale.com | monica.lawless@brookfieldproperties.com |
| matt@willaw.com | mpackman@fisherbrothers.com |
| matthew.klepper@dlapiper.com | mparry@mosessinger.com |
| maustin@orrick.com | mrosenthal@gibsondunn.com |
| mbenner@tishmanspeyer.com | mschimel@sju.edu |
| mbienenstock@proskauer.com | msegarra@mayerbrown.com |
| mbloemsma@mhjur.com | mshiner@tuckerlaw.com |
| mbossi@thompsoncoburn.com | mshuster@hsgllp.com |
| mcademartori@sheppardmullin.com | msolow@kayescholer.com |
| mcarthurk@sullcrom.com | mspeiser@stroock.com |
| mccarthyj@sullcrom.com | mstamer@akingump.com |
| mcolomar@diazreus.com | munno@sewkis.com |
| mcordone@stradley.com | mvenditto@reedsmith.com |
| mcyganowski@oshr.com | mwarner@coleschotz.com |
| mdorval@stradley.com | mwarren@mtb.com |
| melorod@gtlaw.com | nathan.spatz@pillsburylaw.com |
| meltzere@pepperlaw.com | nbinder@binderschwartz.com |
| metkin@lowenstein.com | nbojar@fklaw.com |
| mfeldman@willkie.com | ncoco@mwe.com |
| mgordon@briggs.com | neal.mann@oag.state.ny.us |
| mgreger@allenmatkins.com | ned.schodek@shearman.com |
| mh1@mccallaraymer.com | neil.herman@morganlewis.com |
| mhanin@kasowitz.com | neilberger@teamtogut.com |
| mhopkins@cov.com | ngueron@cgr-law.com |
| michael.kelly@monarchlp.com | nicholas.zalany@squirepb.com |
| michael.kraut@morganlewis.com | nissay_10259-0154@mhmjapan.com |
| michael.mccrory@btlaw.com | nlepore@schnader.com |
| michael.solow@apks.com | nlieberman@hsgllp.com |
| millee12@nationwide.com | notice@bkcylaw.com |
| miller@taftlaw.com | nyrobankruptcy@sec.gov |
| mimi.m.wong@irscounsel.treas.gov | otccorpactions@finra.org |
| mitchell.ayer@tklaw.com | paronzon@milbank.com |
| mitchell.berger@squirepb.com | patrick.miller@faegrebd.com |
| mjedelman@vedderprice.com | pbattista@gjb-law.com |
| mjr1@westchestergov.com | pbosswick@ssbb.com |
| mlahaie@akingump.com | pdublin@akingump.com |
| mlandman@lcbf.com | peisenberg@lockelord.com |
| mlichtenstein@crowell.com | peter.gilhuly@lw.com |
| mlynch2@travelers.com | peter.meisels@wilsonelser.com |
| mmorreale@us.mufg.jp | peter.simmons@friedfrank.com |
| mneier@ibolaw.com | peter@bankrupt.com |

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555
Electronic Mail Master Service List

pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
psp@njlawfirm.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rthomas@johnstonthomas.com
russj4478@aol.com
rweiss@johnstonthomas.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
scargill@lowenstein.com

schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
soneal@cgsh.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com

6

LEHMAN BROTHERS HOLDINGS INC – Case No. 08-13555
Electronic Mail Master Service List

susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@beckerglynn.com
wtaylor@mccarter.com

yuwatoko@mofo.com

7