UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rex Wu, | ) Case No.: 08-13555 (SCC) |
| vs. | ) (Jointly Administered) |
| Lehman Brothers Holdings INC., | ) |
| et al, | ) Ref. Docket No. 59614 |
| Debtors. | ) |

## PROOF OF SERVICE

On June 7th, 2019, I caused to be served the **"REX WU'S RESPONSE TO THE PLAN
ADMINISTRATOR'S OBJECTION TO NOTICE OF MOTION FOR AN ORDER ENFORCING THE MODIFIED
THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS
AFFILIATED DEBTORS FOR PURPOSES OF DISTRIBUTIONS,"** Docket No. 59614, by causing true
and correct copies to be enclosed securely in a separate postage paid envelope and
delivered via priority mail to Attention: Kristine Dickson and Matthew Cantor, c/o
Lehman Brothers Holdings Inc., 277 Park Avenue, 46th floor, New York, New York 10172.
(EXHIBIT A)


Rex Wu

Pro Se

June 7th, 2019

RECEIVED

JUN 1 0 2019

U.S. BANKRUPTCY COURT, SDNY

```
=========================================

              ROGERS PARK
           1723 W DEVON AVE
             CHICAGO, IL
              60660-9998
             1615850261

06/07/2019    (800)275-8777    9:58 AM
=========================================
=========================================
Product                 Sale         Final
Description              Qty          Price

PM 2-Day                 1           $7.35
Flat Rate Env
   (Domestic)
   (NEW YORK, NY  10172)
   (Flat Rate)
   (Expected Delivery Day)
   (Monday 06/10/2019)
   (USPS Tracking #)
   (9505 5126 4723 9158 3311 93)
Insurance                1           $0.00
   (Up to $50.00 included)
_____
Total                                $7.35
_____
Cash                                 $7.40
Change                             ($0.05)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811
```