Elizabeth Harrison
1413 N. Vermont Street
Arlington, VA. 22201
Telephone: (571)480-2520
Email: Eharrison165@gmail.com
Pro Se

RECEIVED JUN 10 2019 U.S BANKRUPTCY SO DIST

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In Regards: Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case No. 08-13555 (SCC)

Debtors.    Jointly Administered

I sent out copies of the docket below to LBHI (Kristine Dickson and Matthew Cantor) and to the United States Trustee William Harrington.

Docket # 59659
Filed April 25, 2019
Motion to Join Joinder for an Order Enforcing the Modified Third Amendment Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions filed by Rex Wu (related document(s)[59614]) filed by Rickey Gregory. (White, Greg)
Debtor 08-13555 Lehman Brothers Holdings Inc.
Related Dockets

Dated June 06, 2019
Respectfully Submitted,
Elizabeth Harrison
By:/s/Elizabeth Harrison
Pro Se

*/s/ Elizabeth Harrison*

**PROOF OF MAILINGS**