Form 210A (10/06)

# United States Bankruptcy Court
# Southern District of `New York

In re:       Lehman Brothers Holdings Inc., et al.,
Case No.     (Joinlty Administered Under Case No. 08-13555)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
  **Fair Harbor Capital, LLC**

  **As assignee of Bentham Syndicated Loan Fund
  f/k/a Bentham Wholesale Syndicated Loan Fund**

Name of Transferor:
  **Bentham Syndicated Loan Fund f/k/a Bentham Wholesale Syndicated Loan Fund**

Name and Address where notices to transferee should be sent:

  **Fair Harbor Capital, LLC**
  **Ansonia Finance Station**
  **PO Box 237037**
  **New York, NY  10023**

Court Claim # (if known):  22837
Amount of Claim:  $1,300,000.00
Date Claim Filed:

Name and Address of Transferor:

  Bentham Syndicated Loan Fund
  f/k/a Bentham Wholesale
  Syndicated Loan Fund
  11 Madison Avenue
  F/K/A CREDIT SUISSE
  SYNDICATED LOAN FUND
  New York, NY  10010

Phone:   212 967 4035
Last Four Digits of Acct #:     n/a

Phone:
Last Four Digits of Acct. #:    n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:          n/a
Last Four Digits of Acct #:      n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/*Fredric Glass*_____    Date:____June 12, 2019_____
       Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Southern District of `New York

In re:       Lehman Brothers Holdings Inc., et al.,
Case No.    (Joinlty Administered Under Case No. 08-13555)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No.  22837 (if known)**

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on June 12, 2019.

Name of Transferee:
  Fair Harbor Capital, LLC

  As assignee of Bentham Syndicated Loan Fund
  f/k/a Bentham Wholesale Syndicated Loan Fund

Name of Transferor:
  Bentham Syndicated Loan Fund f/k/a Bentham Wholesale Syndicated Loan Fund

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
PO Box 237037
New York, NY  10023

Name and Address of Alleged Transferor:

Bentham Syndicated Loan Fund
f/k/a Bentham Wholesale
Syndicated Loan Fund
11 Madison Avenue
F/K/A CREDIT SUISSE
SYNDICATED LOAN FUND
New York, NY  10010

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                          Clerk of the Court

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Bentham Syndicated Loan Fund (formerly known as Bentham Wholesale Syndicated Loan Fund and prior to such time known as Credit Suisse Syndicated Loan Fund), located at Eleven Madison Avenue. New York, NY 10010 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Fair Harbor Capital LLC("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.** (Claim No.: 22837) in the amount of $1,300,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the ____ day of June, 2019.

**BENTHAM SYNDICATED LOAN FUND**
**By: Credit Suisse Asset Management, LLC., as Agent**
**(Sub Advisor) for Challenger Investment Services**
**Limited, the Responsible Entity for Bentham**
**Syndicated Loan Fund**

By: _____
Name:
Title:


**Fair Harbor Capital LLC**
By: _____
Name: Victor Knox
Title: member