## EVIDENCE OF TRANSFER OF CLAIM

FILED / RECEIVED

JUN 12 2019

EPIQ

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to Luzerner Kantonalbank **(Luzerner Kantonalbank AG, Pilatusstrasse 12, CH-6002 Luzern, Switzerland)** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 58786-06) in the **amount of EUR 13'000** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 5 JUNE 2019.

**Bank Julius Baer & Co. Ltd.**

Marc Blum
Executive Director

Fabian Burckhardt
Executive Director

Schedule I

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Face Amount |
|---|---|---|---|---|
| CH0027120820 | 58786-06 | 30 October 2009 | LEHMAN BROTHERS TREASURY CO. BV | EUR 13'000 |

**Luzerner Kantonalbank**

Luzerner Kantonalbank AG
Pilatusstrasse 12
Postfach
6002 Luzern

Telephone 0844 822 811
Fax 041 206 22 00
info@lukb.ch, www.lukb.ch
CHE-116.303.553 VAT

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Proc. Center
c/o Epiq Bankruptcy Solutions LLC
FTR Station, P.O. Box 5076
New York, NY 10150-5076
United States

Date  06/07/2019 ZPWV Sjo
Telephone direct  +41 41 206 21 53 Josef Schuler
Fax direct  +41 41 206 29 20
E-mail  josef.schuler@lukb.ch

**Lehman Brothers Holdings Inc. - Evidence of Transfer of Claim**
**Case No. 08-13555 (JMP)**

Dear Madam / Dear Sir

Enclosed we send you 2 Evidences of Transfer of Claim Form.

Thank you for your Attention

Sincerely yours

Luzerner Kantonalbank

Josef Schuler                Urs Jost

enclosure.

```
07.06.19     3.80
             PRIORITY
CH - 4621    Stand 2
Frankieren Post
A 2090111
  30001260              DIE POST
```

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claim Proc. Center
c/o Epiq Bankruptcy Solutions LLC
FTR Station, P.O. Box 5076
New York, NY 10150-5076
United States