Rex Wu
6315 N Campbell
Chicago, IL 60659
312-785-0348
REX_WU@LIVE.COM

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rex Wu, | ) Case No.: 08-13555 (SCC) |
| vs. | ) (Jointly Administered) |
| Lehman Brothers Holdings INC., et al, | ) |
| Debtors. | ) |

## OBJECTION TO THE TIMING OF THE EARLY DISTRIBUTION

**TO THE HONORABLE SHELLEY C CHAPMAN**
**UNITED STATES BANKRUPTCY JUDGE:**

Rex Wu, as Pro Se, files this objection to "NOTICE OF PRESENTMENT OF MOTION OF PLAN ADMINISTRATOR FOR AN ORDER IN AID OF EXECUTION OF THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS," filed by the Plan Administrator (DKT#59756) and respectfully states:

### OBJECTION

1. The Plan Administrator seeks to have the Record Date on June 17th, 2019. The Record Date is 2 days before the Hearing Date for "Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for Purposes of Distributions" (Docket #59614), filed by Rex Wu.

RECEIVED
JUN 13 2019
U.S. BANKRUPTCY COURT, SDNY

1 of 2

2. The June 17th, 2019 Record Date has an adverse and detrimental effect in regards to the timing of Rex Wu's motion. The Record Date of June 17th, 2019 will result in Rex Wu missing the early distribution should the ruling on motion docket #59614 be ruled in his favor on June 19th, 2019. Which is two days later.

3. Rex Wu is open to negotiations regarding the Record Date in relations to motion DKT #59614 with the Plan Administrator.

4. Rex Wu is not against the Early Distribution. Rex Wu questions the timing of the Record Date in relations to motion "Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for Purposes of Distributions." (DKT #59614)

Wherefore, Rex Wu respectfully request the Honorable Court to grant Rex Wu's OBJECTION and deny the "NOTICE OF PRESENTMENT OF MOTION OF PLAN ADMINISTRATOR FOR AN ORDER IN AID OF EXECUTION OF THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS," filed by the Plan Administrator.

**Respectfully Submitted,**

**Dated this 10th day of June, 2019**

_____
Rex Wu
6315 N Campbell
Chicago, IL 60659