McGUIREWOODS LLP
1251 Avenue of the Americas
20th Floor
New York, New York 10020-1104
Telephone:        (212) 548-2163
Facsimile:        (212) 548-2171
Patrick L. Hayden
phayden@mcguirewoods.com

*Counsel for The Toronto-Dominion Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
In re:                                                             :         Chapter 11
:
**LEHMAN BROTHERS HOLDINGS,**            :
**INC.**, *et al.*,                                              :         Case No. 08-13555
:
:         **(Jointly Administered)**
Debtors.                                     :
:
---------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND REQUEST FOR REMOVAL FROM SERVICE LIST**

**PLEASE TAKE NOTICE** that Patrick L. Hayden, of McGuireWoods LLP, hereby gives notice of the withdrawal of his appearance on behalf of The Toronto-Dominion Bank ("TD") in these cases and requests that he be removed from the Court's service list, and from the list of recipients registered to receive electronic notifications, in these cases. Accordingly, TD requests that the following name be removed from the Court's service list:

Patrick L. Hayden
McGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
Telephone: (212) 548-2100
Facsimile: (212) 548-2150
phayden@mcguirewoods.com

**PLEASE TAKE FURTHER NOTICE** that nothing with respect to the withdrawal of Patrick L. Hayden will affect McGuireWoods LLP's other appearances for any party or parties in these cases.

Dated: June 14, 2019
       New York, New York

Respectfully submitted,

/s/ *Patrick L. Hayden*
Patrick L. Hayden
McGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
Telephone: (212) 548-2163
Facsimile: (212) 548-2171
phayden@mcguirewoods.com

*Counsel to The Toronto-Dominion Bank*

## **CERTIFICATE OF SERVICE**

      I certify that on June 14, 2019, I caused the foregoing Notice of Withdrawal of Appearance and Request for Removal from Service List to be served via the Court's CM/ECF system on those parties receiving Notice of Electronic Filing generated by the Court's CM/ECF system.

                                                   */s/ Patrick L. Hayden*
                                                     Patrick L. Hayden