UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                      :     Chapter 11 Case No.
                                           :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, :     08-13555 (JMP)
                                           :
                           Debtors.        :     (Jointly Administered)
                                           :
---------------------------------------------------------------x     Ref. Docket No. 59762

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 13, 2019, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Plan Administrator's Motion for Entry of an Order Relieving the Plan Administrator and the Debtors of Their Duty to Continue to Maintain the Examiner Database In Its Current Form and Granting Related Relief," dated June 13, 2019 [Docket No. 59762], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the parties listed in the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed in the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Wing Chan*
                                                      Wing Chan

Sworn to before me this
14th day of June, 2019
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

08-13555-mg    Doc 59778    Filed 06/17/19    Entered 06/17/19 11:07:07    Main Document
Pg 2 of 5

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (JMP)
Overnight Mail Additional Parties

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (JMP)
Electronic Mail Additional Parties

ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com
gbray@milbank.com
paronzon@milbank.com
wfoster@milbank.com