WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (SCC)
                                          :
                      Debtors.            :   (Jointly Administered)
                                          :
------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 19, 2019 AT 11:00 A.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTER:**

1. Rex Wu's Motion for An Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for Purposes of Distributions **[ECF No. 59614]**

    Response Deadline:    June 12, 2019 at 4:00 p.m.

    Response Received:

        A.    Plan Administrator's Objection to Rex Wu's Motion to Allow Late Claim **[ECF No. 59738]**

    Related Documents:

        B.    Response of Rex Wu to the Plan Administrator's Objection **[ECF No. 59751]**

    C.    Joinder of Rickey M. Gregory to Rex Wu's Motion **[ECF No. 59659**]

    D.    Statement Notice of Errata re: Rex Wu's Motion **[ECF No. 59680**]

    E.    Letter to Judge Chapman re: Support for Rex Wu's Motion **[ECF No. 59686**]

    F.    Letter in Support of Joinder of Rickey M. Gregory to Rex Wu's Motion **[ECF No. 59715]**

    G.    Joinder of Dan Ianello to Rex Wu's Motion **[ECF No. 59735]**

    H.    Joinder of Julie Ianello to Rex Wu's Motion **[ECF No. 59736]**

    I.    Joinder of Alex Olivo to Rex Wu's Motion **[ECF No. 59741]**

    J.    Joinder of Glen A. Blaze to Rex Wu's Motion **[ECF No. 59753]**

    K.    Joinder of Elizabeth Harrison to Rex Wu's Motion **[ECF No. 59755]**

    L.    Objection to the Timing of the Early Distribution **[ECF No. 59772]**

    M.    Motion of Rex Wu to Demand Service **[ECF No. 59773]**

<u>Status</u>:  This matter is going forward on a contested basis.

Dated: June 18, 2019
       New York, New York

                            <u>/s/ Garrett A. Fail</u>
                            Garrett A. Fail

                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            Attorneys for Lehman Brothers Holdings Inc.
                            and Certain of Its Affiliates

WEIL:\97075005\3\58399.0011