UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rex Wu, <br><br> vs. <br><br> Lehman Brothers Holdings INC., <br><br> et al, <br><br> Debtors. | ) Case No.: 08-13555 (SCC) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) <br> ) <br> ) Ref. Docket No. 59614 <br> ) <br> ) |

PROOF OF SERVICE

*REJECTED JUN 17 2019 U.S. BANKRUPTCY COURT SO. DIST OF NEW YORK*

On June 12th, 2019, I caused to be served the "MOTION TO DEMAND SERIVCE," Docket No. 59614, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via priority mail to Attention: Kristine Dickson and Matthew Cantor, c/o Lehman Brothers Holdings Inc., 277 Park Avenue, 46th floor, New York, New York 10172.  (EXHIBIT A)

Respectfully Submitted,

/s/ Rex Wu

Rex Wu

Pro Se

June 12th, 2019

```
========================================
             NORTHTOWN
         3401 W DEVON AVE
            CHICAGO, IL
             60659-9998
             1615700451

06/11/2019    (800)275-8777    12:30 PM
========================================
========================================
Product            Sale         Final
Description        Qty          Price

PM 2-Day            1           $7.35
Flat Rate Env
    (Domestic)
    (NEW YORK, NY  10172)
    (Flat Rate)
    (Expected Delivery Day)
    (Thursday 06/13/2019)
    (USPS Tracking #)
    (9505 5107 5593 9162 2047 07)
Insurance           1           $0.00
    (Up to $50.00 included)
PM 2-Day            1           $7.35
Flat Rate Env
    (Domestic)
    (NEW YORK, NY  10004)
    (Flat Rate)
    (Expected Delivery Day)
    (Thursday 06/13/2019)
    (USPS Tracking #)
    (9505 5107 5593 9162 2047 21)
Insurance           1           $0.00
    (Up to $50.00 included)

Total                          $14.70

Debit Card Remit'd             $14.70
    (Card Name:MasterCard)
    (Account #:XXXXXXXXXXXX4252)
    (Approval #:       )
    (Transaction #:175)
    (Receipt #:012094)
    (Debit Card Purchase:$14.70)
    (Cash Back:$0.00)
    (AID:A0000000042203      Chip)
    (AL:Citibank Card)
    (PIN:Verified    Citibank Card)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
```

To Debtor: (9505 5107 5593 9162 2047 07)

Court