UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rex Wu, vs. Lehman Brothers Holdings INC., et al, Debtors. | Case No.: 08-13555 (SCC) (Jointly Administered) Ref. Docket No. 59756 |

PROOF OF SERVICE

On June 15th, 2019, I caused to be served the **"OBJECTION OF THE EARLY DISTRIBUTION,"** Docket No. 59756, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via priority mail to Attention: Garrett Fails, Weil, Gotshal and Manges, 767 Fifth Avenue, New York, New York 10153-0119. **(EXHIBIT A)**

Respectfully Submitted,

*/s/ Rex Wu*

Rex Wu

Pro Se

June 15th, 2019

RECEIVED
JUN 17 2019
U.S. BANKRUPTCY COURT, SDNY

Exhibit A

ROGERS PARK
1723 W DEVON AVE
CHICAGO, IL 60660-9991
161585-7500

(800) ASK-USPS
06/14/19 3:56PM

Device ID: CCUMXVIY5724
Clerk ID: k8xxxx

Sales Receipt

Priority Mail 2 Day
Priority Mail Flat Rate Envelope
Schd. Delivery Day Mon 06/17/19
Label #: 9405511899561490284727
Dest. ZIP: 10153
Includes $50 Insurance
Qty: 1 @ $7.35

$7.35

Total Paid:

**$7.35**

Merchant Location: 444500305585

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rex Wu, <br><br> vs. <br><br> Lehman Brothers Holdings INC., <br><br> et al, <br><br> Debtors. | Case No.: 08-13555 (SCC) <br><br> (Jointly Administered) <br><br><br> Ref. Docket No. 59756 |

## PROOF OF SERVICE

On June 12th, 2019, I caused to be served the **"OBJECTION OF THE EARLY DISTRIBUTION,"** Docket No. 59756, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via priority mail to Attention: Kristine Dickson and Matthew Cantor, c/o Lehman Brothers Holdings Inc., 277 Park Avenue, 46th floor, New York, New York 10172. **(EXHIBIT A)**

**Respectfully Submitted,**

*/s/ Rex Wu*

Rex Wu

**Pro Se**

**June 12th, 2019**

*Objection to distro*                                    *Exhibit A*

```
=======================================
            ROGERS PARK
          1723 W DEVON AVE
            CHICAGO, IL
             60660-9998
             1615850261
06/10/2019    (800)275-8777    5:06 PM
=======================================
=======================================
Product              Sale        Final
Description          Qty         Price

PM 2-Day              1          $7.35
Flat Rate Env
    (Domestic)
    (NEW YORK, NY  10172)
    (Flat Rate)
    (Expected Delivery Day)
    (Wednesday 06/12/2019)
    (USPS Tracking #)
    (9505 5126 4723 9161 3329 72)
Insurance             1          $0.00
    (Up to $50.00 included)
PM 2-Day              1          $7.35
Flat Rate Env
    (Domestic)
    (NEW YORK, NY  10004)
    (Flat Rate)
    (Expected Delivery Day)
    (Wednesday 06/12/2019)
    (USPS Tracking #)
    (9505 5126 4723 9161 3329 89)
Insurance             1          $0.00
    (Up to $50.00 included)

Total                           $14.70

Cash                            $15.00
Change                          ($0.30)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.
```

*Debtor*                    To: Debtor

*Court*

/