Julie Ianello
PO Box 796
Granger, IN 46530
Telephone: (574)360-9056
Email: jnello23566@gmail.com
Pro-se

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISCTRICT OF NEW YORK

In Regards: Chapter 11 - LEHMAN BROTHERS HOLDINGS INC., et al., Case No. 08-13555 (SCC)

Debtors.   Jointly Administered

I sent out copies of the letter documented as Docket #59736 to Kristine Dickson and Matthew Cantor of LBHI and Rex Wu. Details are documented below:

Docket #59736

Joinder of Julie Lanello to Motion of Rex Wu to Approve Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions, filed by Dan Lanello. (related document(s)[59614]) (Lopez, Mary).

**Debtor:** 08-13555 Lehman Brothers Holdings Inc.

Dated May 23, 2019

Respectfully submitted,
Julie Ianello
By:/s/Julie Ianello

*[signature: Julie Ianello]*

Julie Ianello
PO Box 796
Granger, IN 46530
Telephone: (574)360-9056
Email: jnello23566@gmail.com
Pro-se

**Proof of Mailings**

RECEIVED
JUN 17 2019
U.S. BANKRUPTCY COURT, SDNY

1

```
=====================================        =====================================
         EDWARDSBURG                                   EDWARDSBURG
        68926 CASS ST                                 68926 CASS ST
        EDWARDSBURG, MI                               EDWARDSBURG, MI
          49112-7632                                    49112-7632
          2528600969                                    2528600969
06/15/2019   (800)275-8777   10:14 AM        06/15/2019   (800)275-8777   10:11 AM
=====================================        =====================================
=====================================        =====================================
Product             Sale      Final          Product             Sale      Final
Description         Qty       Price          Description         Qty       Price

PM Exp 1-Day         1       $25.50          PM Exp 2-Day         1       $25.50
Flat Rate Env                                Flat Rate Env
  (Domestic)                                   (Domestic)
  (CHICAGO, IL  60659)                         (NEW YORK, NY  10153)
  (Flat Rate)                                  (Flat Rate)
  (Signature Waiver)                           (Signature Waiver)
  (Scheduled Delivery Day)                     (Scheduled Delivery Day)
  (Monday 06/17/2019 03:00 PM)                 (Monday 06/17/2019 03:00 PM)
  (Money Back Guarantee)                       (Money Back Guarantee)
  (USPS Tracking #)                            (USPS Tracking #)
  (EE428242555US)                              (EE428242541US)
PM Exp               1        $0.00          PM Exp               1        $0.00
Insurance                                    Insurance
  (Up to $100.00 included)                     (Up to $100.00 included)

Total                        $25.50          Total                        $25.50

Credit Card Remitd           $25.50          Credit Card Remitd           $25.50
  (Card Name:VISA)                             (Card Name:VISA)
  (Account #:XXXXXXXXXXXX2967)                 (Account #:XXXXXXXXXXXX2967)
  (Approval #:01409A)                          (Approval #:01106A)
  (Transaction #:904)                          (Transaction #:903)
  (AID:A0000000031010     Chip)                (AID:A0000000031010     Chip)
  (AL:VISA CREDIT)                             (AL:VISA CREDIT)
  (PIN:Not Required)                           (PIN:Not Required)

Includes up to $100 insurance                Includes up to $100 insurance

Save this receipt as evidence of             Save this receipt as evidence of
insurance. For information on filing         insurance. For information on filing
an insurance claim go to                     an insurance claim go to
https://www.usps.com/help/claims.htm         https://www.usps.com/help/claims.htm

       Preview your Mail                            Preview your Mail
       Track your Packages                          Track your Packages
       Sign up for FREE @                           Sign up for FREE @
       www.informeddelivery.com                     www.informeddelivery.com

All sales final on stamps and postage.       All sales final on stamps and postage.
 Refunds for guaranteed services only.        Refunds for guaranteed services only.
    Thank you for your business.                 Thank you for your business.

     HELP US SERVE YOU BETTER                     HELP US SERVE YOU BETTER
    TELL US ABOUT YOUR RECENT                    TELL US ABOUT YOUR RECENT
       POSTAL EXPERIENCE                            POSTAL EXPERIENCE

            Go to:                                         Go to:
  https://postalexperience.com/Pos            https://postalexperience.com/Pos

  840-5493-0332-002-00021-12522-02            840-5493-0332-002-00021-12485-02

      or scan this code with                       or scan this code with
       your mobile device:                          your mobile device:
```


