Dan Ianello
PO Box 796
Granger, IN 46530
Telephone: (574)514-7614
Email: dnello@yahoo.com
Pro-se

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISCTRICT OF NEW YORK

In Regards:   Chapter 11 - LEHMAN BROTHERS HOLDINGS INC., et al., Case No. 08-13555 (SCC)

Debtors.    Jointly Administered

I sent out copies of the letter documented as Docket #59735 to Kristine Dickson and Matthew Cantor of LBHI and Rex Wu. Details are documented below:

Docket #59735

Joinder of Dan Lanello to Motion of Rex Wu to Approve Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for Purposes of Distributions, filed by Dan Lanello. (related document(s)[59614]) (Lopez, Mary).

**Debtor:** 08-13555 Lehman Brothers Holdings Inc.

Related Dockets

Dated May 23, 2019


Respectfully submitted,
Dan Ianello
By:/s/Dan Ianello

Dan Ianello
PO Box 796
Granger, IN 46530
Telephone: (574)514-7614
Email: dnello@yahoo.com
Pro-se

RECEIVED
JUN 17 2019
U.S. BANKRUPTCY COURT, SDNY

**Proof of Mailings**

1

```
=====================================
            EDWARDSBURG
           68926 CASS ST
         EDWARDSBURG, MI
            49112-7632
            2528600969

06/15/2019    (800)275-8777    10:14 AM
=====================================
=====================================
Product                Sale      Final
Description            Qty       Price

PM Exp 1-Day            1       $25.50
Flat Rate Env
    (Domestic)
    (CHICAGO, IL  60659)
    (Flat Rate)
    (Signature Waiver)
    (Scheduled Delivery Day)
    (Monday 06/17/2019 03:00 PM)
    (Money Back Guarantee)
    (USPS Tracking #)
    (EE428242555US)
PM Exp                  1        $0.00
Insurance
    (Up to $100.00 included)

Total                           $25.50

Credit Card Remitd              $25.50
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX2967)
    (Approval #:01409A)
    (Transaction #:904)
    (AID:A0000000031010          Chip)
    (AL:VISA CREDIT)
    (PIN:Not Required)

Includes up to $100 insurance

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

         Preview your Mail
        Track your Packages
         Sign up for FREE @
        www.informeddelivery.com

All sales final on stamps and postage.
  Refunds for guaranteed services only.
       Thank you for your business.

      HELP US SERVE YOU BETTER

      TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE

              Go to:
    https://postalexperience.com/Pos

    840-5493-0332-002-00021-12522-02

         or scan this code with
          your mobile device:
```

```
=====================================
            EDWARDSBURG
           68926 CASS ST
         EDWARDSBURG, MI
            49112-7632
            2528600969

06/15/2019    (800)275-8777    10:11 AM
=====================================
=====================================
Product                Sale      Final
Description            Qty       Price

PM Exp 2-Day            1       $25.50
Flat Rate Env
    (Domestic)
    (NEW YORK, NY  10153)
    (Flat Rate)
    (Signature Waiver)
    (Scheduled Delivery Day)
    (Monday 06/17/2019 03:00 PM)
    (Money Back Guarantee)
    (USPS Tracking #)
    (EE428242541US)
PM Exp                  1        $0.00
Insurance
    (Up to $100.00 included)

Total                           $25.50

Credit Card Remitd              $25.50
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX2967)
    (Approval #:01106A)
    (Transaction #:903)
    (AID:A0000000031010          Chip)
    (AL:VISA CREDIT)
    (PIN:Not Required)

Includes up to $100 insurance

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

         Preview your Mail
        Track your Packages
         Sign up for FREE @
        www.informeddelivery.com

All sales final on stamps and postage.
  Refunds for guaranteed services only.
       Thank you for your business.

      HELP US SERVE YOU BETTER

      TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE

              Go to:
    https://postalexperience.com/Pos

    840-5493-0332-002-00021-12485-02

         or scan this code with
          your mobile device:
```

