

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

June 20, 2019

Clerk, United States Bankruptcy Court
Southern District Of New York
One Bowling Green, 6th Floor
New York, NY 10004

Re:   Rushmore Loan Management Services, LLC as servicing agent for U.S. Bank National Association, not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT vs. Lehman Brothers Holdings Inc., et al.
Case No.   08-13555-scc

Dear Sir or Madam:

Enclosed herewith please find a Chamber's Copy of a Notice of Motion, Application, and Affidavit of Mailing of same filed by Gross Polowy, LLC. Also enclosed herewith please find an original and one copy of a proposed Order.

Please note that the motion has been scheduled for July 18, 2019 at 2:00pm in New York, New York.

If you have any questions, please feel free to call.

Very truly yours,

By:   Ehret Anne Van Horn, Esq.

Enc.