UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

Lehman Brothers Holdings Inc.

        Debtor.

**ORDER**

Case No.: 08-13555-scc
(Chapter 11)

Assigned to:
Hon. Shelley C. Chapman
Bankruptcy Judge

      Rushmore Loan Management Services, LLC as servicing agent for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, a secured creditor, ("Secured Creditor") having moved this Court for an Order modifying the Automatic Stay in this proceeding by permitting said Secured Creditor to foreclose on the mortgage of premises commonly known as 9025 East 13th Street, Indianapolis, IN 46229, as the Debtor has no interest in this property, and

      The motion having come to be heard before this Court and no opposition having been submitted by the Chapter 11 Trustee, by the U.S. Trustee, Counsel for the Debtor, or any other party, and due deliberation having been had, now

      Upon Reading and Filing of the Notice of Motion, the Application of Secured Creditor dated June 20, 2019, and proof of service upon all necessary parties, upon motion of the Office of Gross Polowy, LLC, it is hereby

      ORDERED, that as to the Secured Creditor or its successors or assigns, the automatic stay is terminated, permitting it to foreclose or otherwise pursue its mortgage remedies and rights on the premises commonly known as 9025 East 13th Street, Indianapolis, IN 46229.

DATED: _____
              New York, New York

                                                                             Hon. SHELLEY C. CHAPMAN