**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------- x

| | |
|---|---|
| : | **Chapter 11** |
| **In re** : | |
| : | **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | |
| : | **(Jointly Administered)** |
| **Debtors.** : | |
| : | **Ref. Docket Nos. 57079,** |
| : | **57355, 59760, 59761, 59763,** |
| : | **59764, 59766, 59768, 59769,** |
| : | **59770, 59771, 59774, 59775,** |
| : | **59779, 59780, 59781, 59782** |

----------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 18, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 18, 2019, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Konstantina Haidopoulos*
                                                        Konstantina Haidopoulos

Sworn to before me this
20th day of June, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

**EXHIBIT A**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:      BAR(23) MAILID *** 000143883434 ***      LBH TRFNTC (MERGE2, TXNUM2) 4000190762



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: BOTTICELLI, LLC
C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

Please note that your claim # 22813-07 in the above referenced case and in the amount of
$50,291,372.46 allowed at $13,579,141.91 has been transferred (unless previously expunged by court order)

HBK MASTER FUND, L.P.
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
C/O HBK SERVICES LLC
2300 NORTH FIELD ST, STE 2200
DALLAS, TX 75201

No action is required if you do not object to the transfer of your claim.  However      **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      59774      in your objection.  If you file an objection, a hearing will be scheduled.      **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/18/2019      Vito Genna, Clerk of Court

     /s/ Betina Wheelon

     Epiq Corporate Restructuring, LLC

     as claims agent for the debtor(s).

FOR EBS USE ONLY:      This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 18, 2019.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BOTTICELLI, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BOTTICELLI, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BOTTICELLI, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BOTTICELLI, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BOTTICELLI, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BOTTICELLI, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BOTTICELLI, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BOTTICELLI, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANK JULIUS BAER & CO LTD | TRANSFEROR: DEUTSCHE BANK AG, SINGAPORE, ATTN: PATRICK ROOS, BAHNHOFSTRASSE 36, CH-8010 ZURICH  SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: DEUTSCHE BANK AG, SINGAPORE, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, CH-8010 ZURICH  SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: UBS AG, LEGAL PRODUCTS & SERVICES, P.O. BOX, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: DEUTSCHE BANK AG, SINGAPORE, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, CH-8010 ZURICH  SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: DEUTSCHE BANK AG, SINGAPORE, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, CH-8010 ZURICH  SWITZERLAND |
| BENTHAM WHOLESALE SYNDICATED LOAN FUND | F/K/A CREDIT SUISSE SYNDICATED LOAN FUND, ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| BENTHAM WHOLESALE SYNDICATED LOAN FUND | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| BENTHAM WHOLESALE SYNDICATED LOAN FUND | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| BENTHAM WHOLESALE SYNDICATED LOAN FUND | C/O WELLS FARGO BANK N.A., 12200 NORTHWEST FREEWAY, 5TH FLOOR, ATTN: ERICA NICKENS, HOUSTON, TX 77092 |
| BOTTICELLI, LLC | TRANSFEROR: CREDIT SUISSE AG, C/O ANGELO, GORDON & CO.: M MCNAMARA, 245 PARK AVE, 26TH FLOOR, NEW YORK, NY 10167 |
| BOTTICELLI, LLC | TRANSFEROR: CREDIT SUISSE AG, C/O ANGELO, GORDON & CO.: M MCNAMARA, 245 PARK AVE, 26TH FLOOR, NEW YORK, NY 10167 |
| BOTTICELLI, LLC | TRANSFEROR: CREDIT SUISSE AG, C/O ANGELO, GORDON & CO.: M MCNAMARA, 245 PARK AVE, 26TH FLOOR, NEW YORK, NY 10167 |
| BOTTICELLI, LLC | TRANSFEROR: CREDIT SUISSE AG, C/O ANGELO, GORDON & CO.: M MCNAMARA, 245 PARK AVE, 26TH FLOOR, NEW YORK, NY 10167 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON-SL VALUE FUND, L.P., 388 GREENWICH STREET, TRADING TOWER, 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BLUE CREDIT INVESTMENT FUND, L.P., 388 GREENWICH STREET, TRADING TOWER, 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EP CANYON LTD., 388 GREENWICH STREET, TRADING TOWER, 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EP CANYON LTD., 388 GREENWICH STREET, TRADING TOWER, 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION FUND, L.P., 388 GREENWICH STREET, TRADING |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | TOWER, 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BALANCED MASTER FUND, LTD., 388 GREENWICH STREET, TRADING TOWER, 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MASTER FUND, LP, THE, 388 GREENWICH STREET, TRADING TOWER, 6TH FLOOR, NEW YORK, NY 10013 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| DBS BANK LTD | TRANSFEROR: DEUTSCHE BANK AG, SINGAPORE, ATTN: HEAD OF WEALTH MANAGEMENT OPS, 2 CHANGI BUSINESS PARK CRESCENT #09-05 LOBBY B, DBS ASIA HUB, SINGAPORE 486029 SINGAPORE |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, SINGAPORE | TRANSFEROR: DBS BANK LTD, ONE RAFFLES QUAY #20-00, SOUTH TOWER, SINGAPORE 048583 SINGAPORE |
| DEUTSCHE BANK AG, SINGAPORE | ONE RAFFLES QUAY #20-00, SOUTH TOWER, SINGAPORE 048583 SINGAPORE |
| DEUTSCHE BANK AG, SINGAPORE | TRANSFEROR: BANK JULIUS BAER & CO. LTD., ONE RAFFLES QUAY #20-00, SOUTH TOWER, SINGAPORE 048583 SINGAPORE |
| DEUTSCHE BANK AG, SINGAPORE | ONE RAFFLES QUAY #20-00, SOUTH TOWER, SINGAPORE 048583 SINGAPORE |
| DEUTSCHE BANK AG, SINGAPORE | ONE RAFFLES QUAY #20-00, SOUTH TOWER, SINGAPORE 048583 SINGAPORE |
| DEUTSCHE BANK AG, SINGAPORE | ONE RAFFLES QUAY #20-00, SOUTH TOWER, SINGAPORE 048583 SINGAPORE |
| DEUTSCHE BANK AG, SINGAPORE | ONE RAFFLES QUAY #20-00, SOUTH TOWER, SINGAPORE 048583 SINGAPORE |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: BENTHAM WHOLESALE SYNDICATED LOAN FUND, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| LUZERNER KANTONALBANK AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., PILATUSSTRASSE 12, CH-6002 LUZERN SWITZERLAND |
| LUZERNER KANTONALBANK AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., PILATUSSTRASSE 12, CH-6002 LUZERN SWITZERLAND |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: MICHELE OLDS, 8740 LUCENT BLVD, STE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE, LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: MICHELE OLDS, 8740 LUCENT BLVD., STE 600, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE, LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE, ATTN: MICHELE OLDS, 8740 LUCENT BLVD., STE 600, HIGHLANDS RANCH, CO 80129 |
| SPCP GROUP, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: OPERATIONS, 2 GREENWICH PLAZA, 1ST FLOOR, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: OPERATIONS, 2 GREENWICH PLAZA, 1ST FLOOR, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: OPERATIONS, 2 GREENWICH PLAZA, 1ST FLOOR, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: OPERATIONS, 2 GREENWICH PLAZA, 1ST FLOOR, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: OPERATIONS, 2 GREENWICH PLAZA, 1ST FLOOR, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: OPERATIONS, 2 GREENWICH PLAZA, 1ST FLOOR, GREENWICH, CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: OPERATIONS, 2 GREENWICH PLAZA, 1ST FLOOR, GREENWICH, CT 06830 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ST. GALLER KANTONALBANK AG | TRANSFEROR: CREDIT SUISSE, ATTN: SFCA-AH, ST. LEONHARDSTRASSE 25, 9001 ST. GALLEN  SWITZERLAND |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION,, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-18XS, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-18XS, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-5H, ATTN: ADAM SCOZZAFAVA, 1100 N MARKET STREET, WILMINGTON, DE 19890 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: MARGARET MAURO, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: YORK CAPITAL MANAGEMENT LP, C/O YORK CAPITAL MGT LP, ATTN: LAREN SEARING, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: DEUTSCHE BANK AG, C/O YORK CAPITAL MGT LP/LAUREN SEARING, ATTN: LAUREN SEARING, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: JPMORGAN CHASE BANK, NA, ATTN: MARGARET MAURO, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O YORK CAPITAL MANAGEMENT / LAUREN SEARING, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: JPMORGAN CHASE BANK, NA, ATTN: MARGARET MAURO, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC, C/O YORK CAPITAL MGT LP/LAUREN SEARING, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: BNP PARIBAS SECURITIES CORP, ATTN: MARGARET MAURO, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O YORK CAPITAL MGT LP/LAUREN SEARING, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O YORK CAPITAL MGT LP/LAUREN SEARING, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O YORK CAPITAL MANAGEMENT, ATTN: LAUREN SEARING, 767 5TH AVENUE, 17TH FL., NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: YORK CAPITAL MANAGEMENT, LP, C/O YORK CAPITAL MGT LP/LAUREN SEARING, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: YORK CAPITAL MANAGEMENT, LP, C/O YORK CAPITAL MGT LP/LAUREN SEARING, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: MARGARET MAURO, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, C/O YORK CAPITAL MGT LP/LAUREN SEARING, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: DEUTSCHE BANK AG, C/O YORK CAPITAL MANAGEMENT, ATTN: LAUREN SEARING, 767 5TH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: JPMORGAN CHASE BANK, NA, ATTN: MARGARET MAURO, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O YORK CAPITAL MANAGEMENT /LAUREN SEARING, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: JPMORGAN CHASE BANK, NA, ATTN: MARGARET MAURO, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC, C/O YORK CAPITAL MGT LP/LAUREN SEARING, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: BNP PARIBAS SECURITIES CORP, ATTN: MARGARET MAURO, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O YORK CAPITAL MGT |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| YORK GLOBAL FINANCE BDH, LLC | LP/LAUREN SEARING, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, C/O YORK CAPITAL MANAGEMENT; ATTN: LAUREN SEARING, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O YORK CAPITAL MANAGEMENT, ATTN: LAUREN SEARING, 767 5TH AVENUE, 17TH FL., NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: YORK CAPITAL MANAGEMENT, LP, C/O YORK CAPITAL MGT LP/LAUREN SEARING, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: YORK CAPITAL MANAGEMENT, LP, C/O YORK CAPITAL MGT LP/LAUREN SEARING, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |

**Total Creditor Count 112**