**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x

In re

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

------------------------------------------------------------------------ x

Chapter 11

Case No. 08-13555 (SCC)

(Jointly Administered)

Ref. Docket No. 59784

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 21, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 21, 2019, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
24th day of June, 2019
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

-2-

\\p054ebsfile01\ebs\ClientInfo\Clients\LBH\Affidavits\Transfer Affidavits\Transfer Notices (Processed 6-19 to 6-20)_AFF_6-21-19.docx

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000143959037 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000128870



BANCA POPOLARE DI SONDRIO SOC. COOP. P.A.
ATTN: GIANFRANCO PIRAINO
PIAZZA GARIBALDI, N. 16
SONDRIO (SO) 23100
 ITALY

Please note that your claim # 64062-24 in the above referenced case and in the amount of $14,272.46 allowed at $14,312.16 has been transferred (unless previously expunged by court order)

CASSA CENTRALE BANCA CREDITO COOPERATIVO ITALIANO SPA
TRANSFEROR: BANCA POPOLARE DI SONDRIO SOC. COOP. P.A.
ATTN: MARCO MOSCON
VIA G. SEGANTINI, 5
38122 TRENTO
 ITALY

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    59784    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/21/2019                Vito Genna, Clerk of Court

                      /s/ Betina Wheelon
                      _____
                      Epiq Corporate Restructuring, LLC
                      as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 21, 2019.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA POPOLARE DI SONDRIO SOC. COOP. P.A. | ATTN: GIANFRANCO PIRAINO, PIAZZA GARIBALDI, N. 16, SONDRIO (SO) 23100 ITALY |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO ITALIANO SPA | TRANSFEROR: BANCA POPOLARE DI SONDRIO SOC. COOP. P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO   ITALY |

**Total Creditor Count 2**