**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF REMOVAL FROM**
**ELECTRONIC NOTIFICATION SERVICE LIST**

TO THE CLERK OF THE BANKRUPTCY COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned requests to be removed from the ECF and any other service in this case.

> Paul Bartholomew Green, Esq.
> JONES DAY
> 3161 Michelson Drive, Suite 800
> Irvine, CA 92612
> Telephone: (949) 851-3939
> E-mail: bartgreen@jonesday.com

> Respectfully Submitted,
>
> */s/ Paul Bartholomew Green*
> Paul Bartholomew Green
> JONES DAY
> 3161 Michelson Drive, Suite 800
> Irvine, CA 92612
> Telephone: (949) 851-3939
> Email: bartgreen@jonesday.com

Dated: June 27, 2019