UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                   :   Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,           :   08-13555 (JMP)
                                                        :
                           Debtors.                    :   (Jointly Administered)
                                                        :
---------------------------------------------------------------x   Ref. Docket No. 59799

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 28, 2019, I caused to be served the "May 2019 Post-Effective Operating Report," dated June 28, 2019 [Docket No. 59799], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A,

   b. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: *Federal Reserve Bank of Philadelphia, c/o William T. Wisser, Assistant Vice President, Ten Independence Mall, Philadelphia, PA 19106-1574*, and

   c. delivered via electronic mail to those parties listed in the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
1st day of July, 2019
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (JMP)
Overnight Mail Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (JMP)
Electronic Mail Master Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alexander.lorenzo@alston.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amh@amhandlerlaw.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
arainone@bracheichler.com
arancier@offitkurman.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com

1

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (JMP)
Electronic Mail Master Service List

cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.wender@alston.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dblack@hsgllp.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgoldberg@hsgllp.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
djcarragher@daypitney.com

djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dsullivan@hsgllp.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
ebcalvo@pbfcm.com
ecohen@russellinvestments.com
edelucia@hsgllp.com
edward.flanders@pillsburylaw.com
efisher@binderschwartz.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
farrington.yates@kobrekim.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com

2

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (JMP)
Electronic Mail Master Service List

| | |
|---|---|
| foont@foontlaw.com | jbrody@johnstonthomas.com |
| fsosnick@shearman.com | jcarberry@cl-law.com |
| gabriel.delvirginia@verizon.net | jchristian@tobinlaw.com |
| gary.ravertpllc@gmail.com | jdoran@haslaw.com |
| gavin.alexander@ropesgray.com | jdwarner@warnerandscheuerman.com |
| gbray@milbank.com | jdyas@halperinlaw.net |
| gcacuci@law.nyc.gov | jean-david.barnea@usdoj.gov |
| general@mklawnyc.com | jeanites@whiteandwilliams.com |
| ggitomer@mkbattorneys.com | jeannette.boot@wilmerhale.com |
| ggoodman@foley.com | jeff.wittig@united.com |
| giddens@hugheshubbard.com | jeldredge@velaw.com |
| gkaden@goulstonstorrs.com | jennifer.demarco@cliffordchance.com |
| glenn.siegel@morganlewis.com | jennifer.gore@shell.com |
| gmoss@riemerlaw.com | jg5786@att.com |
| goldenberg@ssnylaw.com | jgenovese@gjb-law.com |
| gspilsbury@jsslaw.com | jguy@orrick.com |
| harrisjm@michigan.gov | jhiggins@fdlaw.com |
| harveystrickon@paulhastings.com | jhorgan@phxa.com |
| hbeltzer@chadbourne.com | jhuggett@margolisedelstein.com |
| heiser@chapman.com | jim@atkinslawfirm.com |
| hmagaliff@r3mlaw.com | jjureller@klestadt.com |
| holsen@stroock.com | jlamar@maynardcooper.com |
| hooper@sewkis.com | jlawlor@wmd-law.com |
| howard.hawkins@cwt.com | jlee@foley.com |
| hseife@chadbourne.com | jlevitin@cahill.com |
| hsnovikoff@wlrk.com | jlscott@reedsmith.com |
| hsteel@brownrudnick.com | jmaddock@mcguirewoods.com |
| ipetersen@johnstonthomas.com | jmazermarino@msek.com |
| irethy@stblaw.com | jmelko@gardere.com |
| j.zelloe@stahlzelloe.com | jmerva@fult.com |
| jacobsonn@sec.gov | jmr@msf-law.com |
| james.berg@piblaw.com | john.beck@hoganlovells.com |
| james.mcclammy@dpw.com | john.goodchild@morganlewis.com |
| james.sprayregen@kirkland.com | john.monaghan@hklaw.com |
| jamesboyajian@gmail.com | john.mule@state.mn.us |
| jamestecce@quinnemanuel.com | jonathan.goldblatt@bnymellon.com |
| jar@outtengolden.com | jonathan.henes@kirkland.com |
| jay.hurst@oag.state.tx.us | jorbach@hahnhessen.com |
| jay@kleinsolomon.com | joseph.cordaro@usdoj.gov |
| jbeemer@entwistle-law.com | joshua.dorchak@morganlewis.com |
| jbrody@americanmlg.com | jowen769@yahoo.com |

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (JMP)
Electronic Mail Master Service List

joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrapisardi@omm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keith.simon@lw.com
kelly.kleist@solidcounsel.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmanka@johnstonthomas.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@laniadlerpartners.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
leo.crowley@pillsburylaw.com
lgomez@msek.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.roitman@ropesgray.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
maryann.gagliardi@wilmerhale.com
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com

4

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (JMP)
Electronic Mail Master Service List

mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcolomar@diazreus.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanin@kasowitz.com
mhopkins@cov.com
michael.kelly@monarchlp.com
michael.kraut@morganlewis.com
michael.mccrory@btlaw.com
michael.solow@apks.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mitchell.berger@squirepb.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpackman@fisherbrothers.com
mparry@mosessinger.com
mrosenthal@gibsondunn.com
mschimel@sju.edu

msegarra@mayerbrown.com
mshiner@tuckerlaw.com
mshuster@hsgllp.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neil.herman@morganlewis.com
neilberger@teamtogut.com
ngueron@cgr-law.com
nicholas.zalany@squirepb.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
nlieberman@hsgllp.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
patrick.miller@faegrebd.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com

5

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (JMP)
Electronic Mail Master Service List

| | |
|---|---|
| psp@njlawfirm.com | scott.golden@hoganlovells.com |
| raj.madan@skadden.com | scottj@sullcrom.com |
| ramona.neal@hp.com | scottshelley@quinnemanuel.com |
| rbeacher@pryorcashman.com | scousins@armstrongteasdale.com |
| rbernard@foley.com | sdnyecf@dor.mo.gov |
| rbyman@jenner.com | sehlers@armstrongteasdale.com |
| rdaversa@orrick.com | sfalanga@thewalshfirm.com |
| relgidely@gjb-law.com | sfineman@lchb.com |
| rfriedman@silvermanacampora.com | sfox@mcguirewoods.com |
| rgmason@wlrk.com | sgordon@cahill.com |
| rgoodman@moundcotton.com | sgraziano@blbglaw.com |
| rgraham@whitecase.com | sgubner@ebg-law.com |
| rhett.campbell@tklaw.com | sharbeck@sipc.org |
| richard.lear@hklaw.com | shari.leventhal@ny.frb.org |
| richard@rwmaplc.com | skatona@polsinelli.com |
| rick.murphy@sutherland.com | sldreyfuss@hlgslaw.com |
| rleek@hodgsonruss.com | sleo@bm.net |
| rmatzat@hahnhessen.com | slerman@ebglaw.com |
| rnetzer@willkie.com | slerner@ssd.com |
| robert.honeywell@klgates.com | sloden@diamondmccarthy.com |
| robert.malone@dbr.com | smillman@stroock.com |
| robert.yalen@usdoj.gov | smulligan@bsblawyers.com |
| robin.keller@lovells.com | snewman@katskykorins.com |
| roger@rnagioff.com | soneal@cgsh.com |
| rpedone@nixonpeabody.com | sory@fdlaw.com |
| rrainer@wmd-law.com | squsba@stblaw.com |
| rroupinian@outtengolden.com | sree@lcbf.com |
| rthomas@johnstonthomas.com | sschultz@akingump.com |
| russj4478@aol.com | sselbst@herrick.com |
| rweiss@johnstonthomas.com | sstarr@starrandstarr.com |
| ryaspan@yaspanlaw.com | stephen.cowan@dlapiper.com |
| sabin.willett@morganlewis.com | stephen.hessler@kirkland.com |
| sabramowitz@velaw.com | steve.ginther@dor.mo.gov |
| sabvanrooy@hotmail.com | steven.usdin@flastergreenberg.com |
| sally.henry@skadden.com | streusand@slollp.com |
| scargill@lowenstein.com | susheelkirpalani@quinnemanuel.com |
| schager@ssnylaw.com | swolowitz@mayerbrown.com |
| schannej@pepperlaw.com | szuber@csglaw.com |
| schepis@pursuitpartners.com | szuch@wiggin.com |
| schnabel.eric@dorsey.com | tannweiler@greerherz.com |
| schristianson@buchalter.com | tbrock@ssbb.com |

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (JMP)
Electronic Mail Master Service List

tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@beckerglynn.com
wtaylor@mccarter.com
yuwatoko@mofo.com