**LAW OFFICES OF KENNETH L. BAUM LLC**
167 Main Street
Hackensack, New Jersey 07601
(201) 853-3030
(201) 584-0297 Facsimile
Kenneth L. Baum, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : CHAPTER 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS, INC., | : CASE NO. 08-13555-SCC |
| et al., | : |
| | : (JOINTLY ADMINISTERED) |
| Debtors. | : |

## NOTICE OF REMOVAL FROM ELECTRONIC NOTIFICATION SERVICE LIST

TO THE CLERK OF THE BANKRUPTCY COURT AND ALL PARTIES AND THEIR

COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned requests to be removed from the ECF and

any other service in this case.

> Kenneth L. Baum, Esq.
> Law Offices of Kenneth L. Baum LLC
> 167 Main Street
> Hackensack, New Jersey 07601
> Telephone: (201) 853-3030
> Facsimile: (201) 584-0297
> E-mail: kbaum@kenbaumdebtsolutions.com

Dated: Hackensack, New Jersey
July 2, 2019

LAW OFFICES OF KENNETH L. BAUM LLC

By*:*   */s / Kenneth L. Baum*
Kenneth L. Baum