UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                                                    :

In re                                                                                     :          Chapter 11 Case No.
                                                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :          08-13555 (SCC)
                                                                                      :
                              Debtors.                              :          (Jointly Administered)
                                                                                     :
------------------------------------------------------------------------x

### ORDER RELIEVING THE PLAN ADMINISTRATOR AND THE DEBTORS OF THEIR DUTY TO CONTINUE TO MAINTAIN THE EXAMINER DATABASE IN ITS CURRENT FORM AND GRANTING RELATED RELIEF

Upon the motion (the "Motion"),[1] dated February 27, 2019 of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), pursuant to sections 105(a) and 1142(b) of title 11 of the United States Code (the "Bankruptcy Code") for authority to cease maintenance of the Examiner Database, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the U.S. Trustee; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) all parties who have produced documents contained in the Examiner Database and (vi) all parties who have requested notice in these Chapter 11 Cases in accordance

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases (ECF No. 9635); and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

> ORDERED that the Motion is hereby granted; and it is further

> ORDERED that the Plan Administrator and the Debtors are hereby relieved of their obligation to continue to maintain to Examiner Database in its current form; and it is further

> ORDERED that Micro Focus is hereby instructed to prepare a hard drive, which will contain all the Documents previously housed in the Examiner Database, with such hard drive to be held by the Plan Administrator as custodian; and it is further

> ORDERED that in the event the Plan Administrator or any third party requests access to the Additional Documents, such party shall file a motion with this Court for authority to access the Additional Documents, and under no circumstances shall access occur before an order granting such motion is entered, and the Plan Administrator's and all parties' rights to object to any motion are presented; and it is further

> ORDERED that the Plan Administrator may terminate the Agreement with Micro Focus and relieve Micro Focus of its obligations under the Agreement; and it is further

> ORDERED that the Plan Administrator and any other party may take any other action that is necessary or appropriate to carry out this order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
July 2, 2019

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge