B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (SCC)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **WARBLER RUN II, LLC** | **Citigroup Financial Products Inc.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Warbler Run II, LLC
c/o Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808
Email: ops@warblerrun.com

Court Claim # (if known): 200024
Amount of Claim Transferred:
USD $18,248,119.00
Date Claim Filed: March 6, 2012

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Warbler Run II, LLC

By:_____    By: _S. _____    Date: 6/17/19
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

11

Doc#: US1:12641995v3
NY 77685499v2
06/11/2019 10:16 AM

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Warbler Run II, LLC**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (Claim No.: **200024**) in the amount of **$18,248,119.00** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 17th day of June, 2019.

| Citigroup Financial Products Inc. | WARBLER RUN II, LLC |
|---|---|
| By: _[DocuSigned signature]_ <br> Name: <br> Title: <br> Brian S. Broyles - Authorized Signatory | By: _[signature]_ <br> Name: S. Lefkowitz <br> Title: <br> 6/17/19 |

12