Dan Ianello
PO Box 796
Granger, IN. 46530
Telephone: 574-514-7614
Email: dnello@yahoo.com
Pro Se

JUL -9 2019
U.S. ... COURT
SO... YORK

# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Lehman Brothers Holdings Inc., et al,** | ) Case No.: 08-13555 (SCC) <br> ) <br> ) <br> ) (Jointly Administered) |
| **Debtors** | ) |

## NOTICE OF APPEAL

**TO THE HONORABLE SHELLEY C CHAPMAN**
**UNITED STATES BANKRUPTCY JUDGE**

Dan Ianello, as pro se, who joined with Rex Wu on his motion, files this notice of my intent to appeal the ORDER DENYING MOTION FOR AN ORDER ENFORCING THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS FOR PURPOSES OF DISTRIBUTIONS FILED BY REX WU (ECF NO. 59614) AND OVERRULING RELATED OBJECTIONS TO THE TIMING OF EIGHTEENTH DISTRIBUTION issued by this court on July 1, 2019. (Docket# 59801)

1 of 4

Respectfully Submitted

Dated this 8th day of July, 2019

*[signature]*

Dan Ianello
PO Box 796
Granger, IN. 46530
Pro Se


Rex Wu
6315 N Campbell
Chicago, IL 60659
312-785-0348
rex.wu@live.com

Alex Olivo
16452 Harold St
Oak Forest, IL 60452
630-697-9464
olivo_alex@yahoo.com

Glenn Blaze
748 Port Monmouth Rd
Port Monmouth, NJ 07758
732-769-2398
glennblaze2@gmail.com

Garrett Fails
Weil, Gotshal and Manges
767 Fifth Ave
New York, NY 10153-0119
garrett.fail@weil.com

Rickey Gregory
7090 FM 141
Dime Box, Texas 77853
512-417-6312
rickeygregory4477@gmail.com

Julie Ianello
PO Box 796
Granger, IN 46530
574-360-9056
jnello23566@gmail.com

Elizabeth Harrison
1413 N. Vermont St
Arlington, VA 22201
571-480-2520
eharrison165@gmail.com


Attachment:

2 of 4