WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                            :
In re                                       :      Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :      08-13555 (SCC)
                                            :
                            Debtors.        :      (Jointly Administered)
                                            :
------------------------------------------------------------------x
```

**NOTICE OF HEARING**
**ON PLAN ADMINISTRATOR'S FIVE HUNDRED NINETEENTH**
**OMNIBUS OBJECTION TO CLAIMS ON SEPTEMBER 10, 2019 AT 2:30 P.M.**

**PLEASE TAKE NOTICE** that the Court has scheduled a hearing (the "Hearing") to consider the *Brief on Remand in Further Support of Plan Administrator's Five Hundred Nineteenth Omnibus Objection to Claims* [ECF No. 59807] to be held on **September 10, 2019 at 2:30 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Courtroom 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: July 11, 2019
      New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates