WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                  :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :    08-13555 (SCC)
:
Debtors.                          :    (Jointly Administered)
:
------------------------------------------------------------------------x

**NOTICE OF HEARING ON AUGUST 12, 2019 AT 2:00 P.M.**
**REGARDING THE PLAN ADMINISTRATOR'S OBJECTION**
**TO CERTAIN AMENDED CLAIMS (REDUCE AND DISALLOW CLAIMS)**

**PLEASE TAKE NOTICE** that the Court has scheduled a hearing (the "Hearing") to consider *The Plan Administrator's Objection to Certain Amended Claims (Reduce and Disallow Claims)* [ECF No. 59622] to be held on **August 12, 2019 at 2:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

WEIL:\97105570\4\58399.0011

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and that failure to appear may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that such Hearing may be further adjourned from time to time without further notice.

Dated: July 11, 2019
New York, New York

*/s/ Jacqueline Marcus*
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates