UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                    Debtors.                       :    (Jointly Administered)
                                                   :
----------------------------------------------------------------x    Ref. Docket No. 59815

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 12, 2019, I caused to be served the "Notice of Filing of Updated Master Service List," dated July 10, 2019 [Docket No. 59815], by causing true and correct copies to be:

   i.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A,

   ii.  delivered via electronic mail to those parties listed in the annexed Exhibit B, and

   iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

>     */s/ Wing Chan*
>     Wing Chan

Sworn to before me this
15th day of July, 2019
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC
## Overnight Mail - Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC
## Electronic Mail – Master Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alexander.lorenzo@alston.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amh@amhandlerlaw.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
arainone@bracheichler.com
arancier@offitkurman.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com

# LEHMAN BROTHERS HOLDINGS INC
## Electronic Mail – Master Service List

| | |
|---|---|
| cparyse@contrariancapital.com | djoseph@stradley.com |
| craig.goldblatt@wilmerhale.com | dkessler@ktmc.com |
| craigjustinalbert@gmail.com | dkozusko@willkie.com |
| crmomjian@attorneygeneral.gov | dlipke@vedderprice.com |
| csalomon@beckerglynn.com | dmark@kasowitz.com |
| cschreiber@winston.com | dmcguire@winston.com |
| cshore@whitecase.com | dmiller@steinlubin.com |
| cszyfer@stroock.com | dmurray@jenner.com |
| cwalsh@mayerbrown.com | dneier@winston.com |
| cward@polsinelli.com | dodonnell@milbank.com |
| cweiss@ingramllp.com | dpegno@dpklaw.com |
| dallas.bankruptcy@publicans.com | drosenzweig@fulbright.com |
| dave.davis@isgria.com | drosner@goulstonstorrs.com |
| david.bennett@tklaw.com | drosner@kasowitz.com |
| david.livshiz@freshfields.com | dshaffer@wtplaw.com |
| david.powlen@btlaw.com | dspelfogel@foley.com |
| david.wender@alston.com | dsullivan@hsgllp.com |
| davids@blbglaw.com | dtheising@harrisonmoberly.com |
| davidwheeler@mvalaw.com | dwdykhouse@pbwt.com |
| dbarber@bsblawyers.com | dworkman@bakerlaw.com |
| dbaumstein@whitecase.com | ebcalvo@pbfcm.com |
| dbesikof@loeb.com | ecohen@russellinvestments.com |
| dblack@hsgllp.com | edelucia@hsgllp.com |
| dcimo@gjb-law.com | edward.flanders@pillsburylaw.com |
| dcoffino@cov.com | efisher@binderschwartz.com |
| dcrapo@gibbonslaw.com | efleck@milbank.com |
| ddavis@paulweiss.com | efriedman@fklaw.com |
| ddunne@milbank.com | efriedman@friedmanspring.com |
| deggermann@kramerlevin.com | ekbergc@lanepowell.com |
| deggert@freebornpeters.com | eleicht@whitecase.com |
| demetra.liggins@tklaw.com | ellen.halstead@cwt.com |
| dennis.tracey@hoganlovells.com | emagnelli@bracheichler.com |
| dfelder@orrick.com | emerberg@mayerbrown.com |
| dflanigan@polsinelli.com | enkaplan@kaplanlandau.com |
| dgoldberg@hsgllp.com | eobrien@sbchlaw.com |
| dhayes@mcguirewoods.com | etillinghast@sheppardmullin.com |
| dhealy@hsgllp.com | evanhorn@grosspolowy.com |
| dheffer@foley.com | eweinick@otterbourg.com |
| dhurst@coleschotz.com | ezujkowski@emmetmarvin.com |
| dhw@dhclegal.com | farrington.yates@kobrekim.com |
| djcarragher@daypitney.com | fcarruzzo@kramerlevin.com |

# LEHMAN BROTHERS HOLDINGS INC
## Electronic Mail – Master Service List

| | |
|---|---|
| ffm@bostonbusinesslaw.com | jbrody@americanmlg.com |
| foont@foontlaw.com | jbrody@johnstonthomas.com |
| fsosnick@shearman.com | jcarberry@cl-law.com |
| gabriel.delvirginia@verizon.net | jchristian@tobinlaw.com |
| gary.ravertpllc@gmail.com | jdoran@haslaw.com |
| gavin.alexander@ropesgray.com | jdwarner@warnerandscheuerman.com |
| gbray@milbank.com | jdyas@halperinlaw.net |
| gcacuci@law.nyc.gov | jean-david.barnea@usdoj.gov |
| general@mklawnyc.com | jeanites@whiteandwilliams.com |
| ggitomer@mkbattorneys.com | jeannette.boot@wilmerhale.com |
| ggoodman@foley.com | jeff.wittig@united.com |
| giddens@hugheshubbard.com | jeldredge@velaw.com |
| gkaden@goulstonstorrs.com | jennifer.demarco@cliffordchance.com |
| glenn.siegel@morganlewis.com | jennifer.gore@shell.com |
| gmoss@riemerlaw.com | jg5786@att.com |
| goldenberg@ssnylaw.com | jgenovese@gjb-law.com |
| gspilsbury@jsslaw.com | jguy@orrick.com |
| harrisjm@michigan.gov | jhiggins@fdlaw.com |
| harveystrickon@paulhastings.com | jhorgan@phxa.com |
| hbeltzer@chadbourne.com | jhuggett@margolisedelstein.com |
| heiser@chapman.com | jim@atkinslawfirm.com |
| hmagaliff@r3mlaw.com | jjureller@klestadt.com |
| holsen@stroock.com | jlamar@maynardcooper.com |
| hooper@sewkis.com | jlawlor@wmd-law.com |
| howard.hawkins@cwt.com | jlee@foley.com |
| hseife@chadbourne.com | jlevitin@cahill.com |
| hsnovikoff@wlrk.com | jlscott@reedsmith.com |
| hsteel@brownrudnick.com | jmaddock@mcguirewoods.com |
| ipetersen@johnstonthomas.com | jmazermarino@msek.com |
| irethy@stblaw.com | jmelko@gardere.com |
| j.zelloe@stahlzelloe.com | jmerva@fult.com |
| jacobsonn@sec.gov | jmr@msf-law.com |
| james.berg@piblaw.com | john.beck@hoganlovells.com |
| james.mcclammy@dpw.com | john.goodchild@morganlewis.com |
| james.sprayregen@kirkland.com | john.monaghan@hklaw.com |
| jamesboyajian@gmail.com | john.mule@state.mn.us |
| jamestecce@quinnemanuel.com | jonathan.goldblatt@bnymellon.com |
| jar@outtengolden.com | jonathan.henes@kirkland.com |
| jay.hurst@oag.state.tx.us | jorbach@hahnhessen.com |
| jay@kleinsolomon.com | joseph.cordaro@usdoj.gov |
| jbeemer@entwistle-law.com | joshua.dorchak@morganlewis.com |

**LEHMAN BROTHERS HOLDINGS INC**
**Electronic Mail – Master Service List**

| | |
|---|---|
| jowen769@yahoo.com | kressk@pepperlaw.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com |
| jpintarelli@mofo.com | ksebaski@hsgllp.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com |
| jprol@lowenstein.com | kurt.rademacher@morganlewis.com |
| jrabinowitz@rltlawfirm.com | ladler@laniadlerpartners.com |
| jrapisardi@omm.com | landon@slollp.com |
| jrosenthal@mhlawcorp.com | lapeterson@foley.com |
| jrsmith@hunton.com | lawallf@pepperlaw.com |
| jschiller@bsfllp.com | lawrence.gelber@srz.com |
| jschwartz@hahnhessen.com | lberkoff@moritthock.com |
| jsheerin@mcguirewoods.com | lee.stremba@troutmansanders.com |
| jsherman@bsfllp.com | lee.whidden@dentons.com |
| jshickich@riddellwilliams.com | leo.crowley@pillsburylaw.com |
| jsmairo@pbnlaw.com | lgomez@msek.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com |
| jtimko@shutts.com | lhandelsman@stroock.com |
| judy.morse@crowedunlevy.com | lisa.solomon@att.net |
| jvail@ssrl.com | ljkotler@duanemorris.com |
| jwcohen@daypitney.com | lkatz@ltblaw.com |
| jwest@velaw.com | lkiss@klestadt.com |
| jwh@njlawfirm.com | lmarinuzzi@mofo.com |
| jzulack@fzwz.com | lmcgowen@orrick.com |
| kanema@formanlaw.com | lnashelsky@mofo.com |
| karen.wagner@dpw.com | loizides@loizides.com |
| karl.geercken@alston.com | lperlman@hsgllp.com |
| kdwbankruptcydepartment@kelleydrye.com | lschweitzer@cgsh.com |
| keith.simon@lw.com | lucdespins@paulhastings.com |
| kelly.kleist@solidcounsel.com | mabrams@willkie.com |
| ken.coleman@allenovery.com | maofiling@cgsh.com |
| kerry.moynihan@hro.com | marc.roitman@ropesgray.com |
| kgwynne@reedsmith.com | margolin@hugheshubbard.com |
| kiplok@hugheshubbard.com | mark.bane@ropesgray.com |
| kkelly@ebglaw.com | mark.ellenberg@cwt.com |
| kkolbig@mosessinger.com | mark.mckane@kirkland.com |
| klyman@irell.com | mark.salzberg@squirepb.com |
| klynch@formanlaw.com | mark.sherrill@sutherland.com |
| kmanka@johnstonthomas.com | maryann.gagliardi@wilmerhale.com |
| kobak@hugheshubbard.com | matt@willaw.com |
| korr@orrick.com | matthew.klepper@dlapiper.com |
| kovskyd@pepperlaw.com | maustin@orrick.com |

**LEHMAN BROTHERS HOLDINGS INC**
**Electronic Mail – Master Service List**

| | |
|---|---|
| mbenner@tishmanspeyer.com | mschimel@sju.edu |
| mbienenstock@proskauer.com | msegarra@mayerbrown.com |
| mbloemsma@mhjur.com | mshiner@tuckerlaw.com |
| mbossi@thompsoncoburn.com | mshuster@hsgllp.com |
| mcademartori@sheppardmullin.com | msolow@kayescholer.com |
| mcarthurk@sullcrom.com | mspeiser@stroock.com |
| mccarthyj@sullcrom.com | mstamer@akingump.com |
| mcolomar@diazreus.com | munno@sewkis.com |
| mcordone@stradley.com | mvenditto@reedsmith.com |
| mcyganowski@oshr.com | mwarner@coleschotz.com |
| mdorval@stradley.com | mwarren@mtb.com |
| melorod@gtlaw.com | nathan.spatz@pillsburylaw.com |
| meltzere@pepperlaw.com | nbinder@binderschwartz.com |
| metkin@lowenstein.com | nbojar@fklaw.com |
| mfeldman@willkie.com | ncoco@mwe.com |
| mgordon@briggs.com | neal.mann@oag.state.ny.us |
| mgreger@allenmatkins.com | ned.schodek@shearman.com |
| mh1@mccallaraymer.com | neil.herman@morganlewis.com |
| mhanin@kasowitz.com | neilberger@teamtogut.com |
| mhopkins@cov.com | ngueron@cgr-law.com |
| michael.kelly@monarchlp.com | nicholas.zalany@squirepb.com |
| michael.kraut@morganlewis.com | nissay_10259-0154@mhmjapan.com |
| michael.mccrory@btlaw.com | nlepore@schnader.com |
| michael.solow@apks.com | nlieberman@hsgllp.com |
| millee12@nationwide.com | notice@bkcylaw.com |
| miller@taftlaw.com | nyrobankruptcy@sec.gov |
| mimi.m.wong@irscounsel.treas.gov | otccorpactions@finra.org |
| mitchell.ayer@tklaw.com | paronzon@milbank.com |
| mitchell.berger@squirepb.com | patrick.miller@faegrebd.com |
| mjedelman@vedderprice.com | pbattista@gjb-law.com |
| mjr1@westchestergov.com | pbosswick@ssbb.com |
| mlahaie@akingump.com | pdublin@akingump.com |
| mlandman@lcbf.com | peisenberg@lockelord.com |
| mlichtenstein@crowell.com | peter.gilhuly@lw.com |
| mlynch2@travelers.com | peter.meisels@wilsonelser.com |
| mmorreale@us.mufg.jp | peter.simmons@friedfrank.com |
| mneier@ibolaw.com | peter@bankrupt.com |
| monica.lawless@brookfieldproperties.com | pfeldman@oshr.com |
| mpackman@fisherbrothers.com | pfinkel@wilmingtontrust.com |
| mparry@mosessinger.com | pmaxcy@sonnenschein.com |
| mrosenthal@gibsondunn.com | ppascuzzi@ffwplaw.com |

**LEHMAN BROTHERS HOLDINGS INC**
**Electronic Mail – Master Service List**

| | |
|---|---|
| psp@njlawfirm.com | scott.golden@hoganlovells.com |
| raj.madan@skadden.com | scottj@sullcrom.com |
| ramona.neal@hp.com | scottshelley@quinnemanuel.com |
| rbeacher@pryorcashman.com | scousins@armstrongteasdale.com |
| rbernard@foley.com | sdnyecf@dor.mo.gov |
| rbyman@jenner.com | sehlers@armstrongteasdale.com |
| rdaversa@orrick.com | sfalanga@thewalshfirm.com |
| relgidely@gjb-law.com | sfineman@lchb.com |
| rfriedman@silvermanacampora.com | sfox@mcguirewoods.com |
| rgmason@wlrk.com | sgordon@cahill.com |
| rgoodman@moundcotton.com | sgraziano@blbglaw.com |
| rgraham@whitecase.com | sgubner@ebg-law.com |
| rhett.campbell@tklaw.com | sharbeck@sipc.org |
| richard.lear@hklaw.com | shari.leventhal@ny.frb.org |
| richard@rwmaplc.com | skatona@polsinelli.com |
| rick.murphy@sutherland.com | sldreyfuss@hlgslaw.com |
| rleek@hodgsonruss.com | sleo@bm.net |
| rmatzat@hahnhessen.com | slerman@ebglaw.com |
| rnetzer@willkie.com | slerner@ssd.com |
| robert.honeywell@klgates.com | sloden@diamondmccarthy.com |
| robert.malone@dbr.com | smillman@stroock.com |
| robert.yalen@usdoj.gov | smulligan@bsblawyers.com |
| robin.keller@lovells.com | snewman@katskykorins.com |
| roger@rnagioff.com | soneal@cgsh.com |
| rpedone@nixonpeabody.com | sory@fdlaw.com |
| rrainer@wmd-law.com | squsba@stblaw.com |
| rroupinian@outtengolden.com | sree@lcbf.com |
| rthomas@johnstonthomas.com | sschultz@akingump.com |
| russj4478@aol.com | sselbst@herrick.com |
| rweiss@johnstonthomas.com | sstarr@starrandstarr.com |
| ryaspan@yaspanlaw.com | stephen.cowan@dlapiper.com |
| sabin.willett@morganlewis.com | stephen.hessler@kirkland.com |
| sabramowitz@velaw.com | steve.ginther@dor.mo.gov |
| sabvanrooy@hotmail.com | steven.usdin@flastergreenberg.com |
| sally.henry@skadden.com | streusand@slollp.com |
| scargill@lowenstein.com | susheelkirpalani@quinnemanuel.com |
| schager@ssnylaw.com | swolowitz@mayerbrown.com |
| schannej@pepperlaw.com | szuber@csglaw.com |
| schepis@pursuitpartners.com | szuch@wiggin.com |
| schnabel.eric@dorsey.com | tannweiler@greerherz.com |
| schristianson@buchalter.com | tbrock@ssbb.com |

**LEHMAN BROTHERS HOLDINGS INC**
**Electronic Mail – Master Service List**

tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@beckerglynn.com
wtaylor@mccarter.com
yuwatoko@mofo.com

# EXHIBIT C

**LEHMAN BROTHERS HOLDINGS INC**
**1st Class Mail – Additional Parties**

WIGGIN AND DANA LLP
ATTN: SHARYN B. ZUCH
(COUNSEL TO HOTCHKISS SCHOOL)
185 ASYLUM STREET
HARTFORD, CT 06103-3402

COLE SCHOTZ P.C.
ATTN: DAVID HURST, ESQ.
(COUNSEL TO DARYANIS)
900 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022

BIEGING SHAPIRO & BURNS LLP
ATTN: DUNCAN E. BARBER, STEVEN T. MULLIGAN
(COUNSEL TO PAYREEL, INC.)
4582 SOUTH ULSTER STREET PARKWAY SUITE 165
DENVER, CO 80237

MENAKER & HERRMANN LLP
ATTN: MICHIEL BLOEMSMA & ALBENA PERRAKOV
(COUNSEL TO STIBBE N.V.)
10 EAST 40TH STREET
NEW YORK, NY 10016

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL
120 BROADWAY, 24TH FLOOR
NEW YORK, NY 10271

GAY MCCALL ISAACKS GORDON & ROBERTS, PC
(COUNSEL TO: COLLIN COUNTY TAX ASSESSOR/COLLECTOR)
777 EAST 15TH STREET
PLANO, TX 75074

BROWN RUDNICK LLP
ATTN: HOWARD S. STEEL, ESQ.
(COUNSEL TO ASR LEVENSVERZEKERING N.V., FALCON LEVEN N.V., ET AL.)
SEVEN TIMES SQUARE
NEW YORK, NY 10036

STAHL ZELLOE, P.C.
ATTN: JAMES ZELLOE
(COUNSEL TO THE TAARP GROUP, LLP)
11350 RANDOM HILLS ROAD, SUITE 700
FAIRFAX, VA 22030