# Hellring Lindeman Goldstein & Siegal LLP
## COUNSELLORS AT LAW

BERNARD HELLRING (1916-1991)
JOEL D. SIEGAL △
MICHAEL EDELSON
MARGARET DEE HELLRING △
CHARLES ORANSKY △
RICHARD B. HONIG △
ROBERT S. RAYMAR △
STEPHEN L. DREYFUSS △
PATRICIA A. STAIANO
RICHARD K. COPLON △
BRUCE S. ETTERMAN △
MATTHEW E. MOLOSHOK △
DAVID N. NARCISO △
ROBERT B. ROSEN △
SHERYL E. KOOMER
RONNIE F. LIEBOWITZ
CHRISTY L. SAALFELD △
CORINNE B. MALONEY △

△ NJ & NY   + FL

ONE GATEWAY CENTER
NEWARK, NEW JERSEY 07102-5323
T: +1.973.621.9020 | F: +1.973.621.7406

www.hlgslaw.com

JONATHAN L. GOLDSTEIN △ +
SPECIAL COUNSEL

JUDAH I. ELSTEIN △
JOHN A. ADLER △
DAVID LANDAU
OF COUNSEL

PHILIP LINDEMAN II (1925-2011)
RICHARD D. SHAPIRO (1944-2011)

July 16, 2019

By ECF

Clerk of the Court
U.S. Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, NY 10004

Re:   Lehman Brothers Holdings Inc.
      08-13555-scc

Dear Sir/Madam:

Please remove my name from the Master Service List of recipients of Notices of Electronic Filing in the above matter, which currently appears as follows:

Stephen L Dreyfuss on behalf of Creditor Antonio Manuel Coelho Affonso de Barros
sldreyfuss@hlgslaw.com, efiling@hlgslaw.com.

Very truly yours,

*Stephen L. Dreyfuss*
Stephen L. Dreyfuss

SLD\ama

222895