WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                      :    Chapter 11 Case No.
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    08-13555 (SCC)
                                                           :
                    Debtors.                               :    (Jointly Administered)
                                                           :
------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing to consider the *Motion for Relief from Stay as to the property located at 9025 East 13th Street, Indianapolis, IN 46229 filed by Rushmore Loan Management Services, LLC* [ECF No. 59794], which was scheduled for July 18, 2018 at 10:00 a.m. (Eastern Time), **has been adjourned to a date to be determined**.

Dated:  July 17, 2019
            New York, New York

/s/ Garrett A. Fail
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL:\97117212\1\58399.0011