WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail
Jonathan D. Polkes
Peter D. Isakoff

*Attorneys for Plaintiff*
*Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
In re:                                                              :
                                                                    :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                            :
                                                                    :    Case No. 08-13555 (SCC)
                             Debtors.                               :
------------------------------------------------------------------- x
LEHMAN BROTHERS HOLDINGS INC.,                                      :
                             Plaintiff,                             :
                -against-                                           :
                                                                    :
LEHMAN BROTHERS LIMITED (in administration),                        :    Adv. Pro. No. 19-01125 (SCC)
MBAM INVESTOR LIMITED, ELDON STREET                                 :
HOLDINGS LIMITED (in administration), LB                            :
HOLDINGS INTERMEDIATE 2 LIMITED (in                                 :
administration),                                                    :
                             Defendants.                            :
------------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JULY 18, 2019 AT 2:00 P.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

I. **ADVERSARY PROCEEDING:**

1. Lehman Brothers Holdings Inc. v. Lehman Brothers Limited (in administration), MBAM Investor Limited, Eldon Street Holdings Limited (in administration), LB Holdings Intermediate 2 Limited (in administration) **[Adversary Proceeding No. 19-01125]**

   **Pretrial Conference**

   Related Documents:

   A. Adversary Complaint **[ECF No. 1]**

   B. So Ordered Stipulation Extending Time to Answer **[ECF No. 7]**

   C. So Ordered Stipulation Authorizing Intervention by Deutsche Bank AG, London Branch **[ECF No. 8]**

   D. Reservation of Rights by Barclays Bank PLC and Funds and Accounts Managed by Farallon Capital Management L.L.C. **[ECF No. 9]**

   E. Answer to Complaint and Counterclaims of Defendants Lehman Brothers Limited (in administration), Eldon Street Holdings Limited (in administration), and LB Holdings Intermediate 2 Limited (in administration) **[ECF No. 12]**

   F. Answer to Complaint of Deutsche Bank AG, London Branch **[ECF No. 13]**

   G. Answer to Complaint of MBAM Investor Limited **[ECF No. 15]**

   H. First Amended Answer to Complaint of MBAM Investor Limited **[ECF No. 18]**

   Status: This matter is going forward as a conference.

**II.   ADJOURNED MATTER:**

2. Motion for Relief from the Automatic Stay of Rushmore Loan Management Services, LLC as to the property located at 9025 East 13th Street, Indianapolis, IN 46229 **[ECF No. 59794]**

Status:  This matter has been adjourned to a date to be determined.

Dated:  July 17, 2019
New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates