Rex Wu
6315 N. Campbell
Chicago, IL 60659
Tel: (312)785-0348
Email: rex_wu@live.com
Pro-Se



# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Regards: Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case # 08-13555 (SCC)
Appeal to Order (Docket #59801), Notice of Appeal (#1906397)

**Joinder of Rex Wu to Notice of Appeal (Docket # 59813) filed by Dan Ianello on July 9th, 2019.**

Rex Wu, hereby joins in the Notice of Appeal filed by Dan Ianello on July 9th, 2019 (Docket #59813) and respectfully represents as follows:

1. Rex Wu filed the motion NOTICE OF MOTION FOR AN ORDER ENFORCING THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILATE DEBTORS FOR PURPOSES OF DISTRIBUTIONS (Docket # 59614) that is being Appealed by Dan Ianello with Docket 59813.
2. Rex Wu was not able to file an appeal due to an illness. Rex Wu decided to file the joinder because Rex Wu agree with the positions on the Statement of Issues and the documents being provided on the Designation of Records.
3. Rex Wu hereby adopts and incorporates all the arguments and statements raised in the Notice of Appeal as if such arguments and statements raised were in set forth herein and asserted by Rex Wu.
4. Rex Wu reserves all of his rights and remedies, and nothing contained in this Joinder shall constitute an admission by Rex Wu for any other purpose or a waiver of any rights or remedies available to Rex Wu. WHEREFORE, Rex Wu joins in Dan Ianello's Notice of Appeal and respectfully requests that this court carefully review the documents submitted and grant this appeal in its entirety.

Respectfully Submitted,

July 16th, 2019

Rex Wu
6315 N Campbell
Chicago, IL 60659
312-785-0348
rex_wu@live.com
Pro-Se

Exhibit A

Dan Ianello
PO Box 796
Granger, IN. 46530
Telephone: 574-514-7614
Email: dnello@yahoo.com
Pro Se


JUL - 9 2019
U.S. ... COURT
SO... YORK

# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Lehman Brothers Holdings Inc., et al,** | ) Case No.: 08-13555 (SCC) |
| | ) |
| | ) |
| | ) (Jointly Administered) |
| **Debtors** | ) |

## NOTICE OF APPEAL

**TO THE HONORABLE SHELLEY C CHAPMAN**
**UNITED STATES BANKRUPTCY JUDGE**

Dan Ianello, as pro se, who joined with Rex Wu on his motion, files this notice of my intent to appeal the ORDER DENYING MOTION FOR AN ORDER ENFORCING THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS FOR PURPOSES OF DISTRIBUTIONS FILED BY REX WU (ECF NO. 59614) AND OVERRULING RELATED OBJECTIONS TO THE TIMING OF EIGHTEENTH DISTRIBUTION issued by this court on July 1, 2019. (Docket# 59801)

2 of 5

Respectfully Submitted

Dated this 8th day of July, 2019

*[signature]*

Dan Ianello
PO Box 796
Granger, IN. 46530
Pro Se

Rex Wu
6315 N Campbell
Chicago, IL 60659
312-785-0348
rex.wu@live.com

Rickey Gregory
7090 FM 141
Dime Box, Texas 77853
512-417-6312
rickeygregory4477@gmail.com

Alex Olivo
16452 Harold St
Oak Forest, IL 60452
630-697-9464
olivo_alex@yahoo.com

Julie Ianello
PO Box 796
Granger, IN 46530
574-360-9056
jnello23566@gmail.com

Glenn Blaze
748 Port Monmouth Rd
Port Monmouth, NJ 07758
732-769-2398
glennblaze2@gmail.com

Elizabeth Harrison
1413 N. Vermont St
Arlington, VA 22201
571-480-2520
eharrison165@gmail.com

Garrett Fails
Weil, Gotshal and Manges
767 Fifth Ave
New York, NY 10153-0119
garrett.fail@weil.com

Attachment:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.* : 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------x

## ORDER DENYING MOTION
## FOR AN ORDER ENFORCING THE MODIFIED THIRD
## AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS
## HOLDINGS INC. AND ITS AFFILIATED DEBTORS FOR PURPOSES
## OF DISTRIBUTIONS FILED BY REX WU (ECF NO. 59614) AND OVERRULING
## RELATED OBJECTIONS TO THE TIMING OF EIGHTEENTH DISTRIBUTION

Rex Wu ("**Wu**"), having filed a motion on April 8, 2019 [ECF No. 59614] (the "**Motion**"), seeking to *Enforce the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for Purposes of Distributions*, all as more fully described in the Motion; and the Debtors having filed an objection to the Motion on April 12, 2019 [ECF No. 59738] (the "**Objection**")[1]; and the Court having jurisdiction to decide the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of the hearing held by the Court on the Motion on June 19, 2019 (the "**Hearing**"); and after due deliberation and for the reasons stated by the Court in its bench ruling at the Hearing, which are incorporated as if set forth herein and made part hereof, the

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Objection.

WEIL:\97080267\2\58399.0011\73217.0004



4 of 5

Court having determined that Wu has not established sufficient factual or legal basis for the requested relief in the Motion, it is hereby

1. ORDERED that the Objection is sustained and the Motion is denied with prejudice; and it is further

2. ORDERED that any relief sought by the following pleadings is denied and any objections set forth in the following pleadings are hereby overruled: (a) *Objection to the Timing of the Early Distribution* filed by Wu [ECF No. 59772]; (b) *Objection to the Motion of Plan Administrator for an Order in aid of Execution of the Modified Third Amended Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* filed by Dan Ianello [ECF No. 59791], (c) *Objection to the Motion of Plan Administrator for an Order in aid of Execution of the Modified Third Amended Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* filed by Julie Ianello [ECF No. 59790]; (d) *Objection to the Motion of Plan Administrator for an Order in aid of Execution of the Modified Third Amended Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* filed by Elizabeth Harrison [ECF No. 59789]; (e) *Motion to Approve Motion to Demand Service* filed by Julie Ianello [ECF No. 59792]; and (f) *Motion to Approve Motion to Demand Service* filed by Dan Ianello [ECF No. 59793]; and it is further

3. ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

Dated: July 1, 2019
New York, New York

/S/ Shelley C. Chapman
THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE