Rex Wu
6315 N. Campbell
Chicago, IL 60659
Tel: (312)785-0348
Email: rex_wu@live.com
Pro-Se



## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Regards: Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case # 08-13555 (SCC)
Notice of Appeal (Docket # 59813) (District Court #1906397)

### PROOF OF SERVICE

On July 18th, 2019, I caused to be served the "NOTICE OF APPEAL," Docket No. 59813, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via USPS First Class mail to:

Attention: Kristine Dickson and Matthew Cantor, c/o Lehman Brothers Holdings Inc., 277 Park Avenue, 46th floor, New York, New York 10172. **(EXHIBIT A)**

Respectfully Submitted,

*[signature]*

July 18th, 2019

Rex Wu
6315 N Campbell
Chicago, IL 60659
312-785-0348
rex_wu@live.com
Pro-Se

1 oF 2

Rex Wu
6315 N. Campbell
Chicago, IL 60659
Tel: (312)785-0348
Email:
Pro-Se

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Regards: Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al, Case # 08-13555 (SCC)
Notice of Appeal (Docket # 59813) (District Court #19063??)

---

**PROOF OF SERVICE**

On July 18th, 2019, I caused to be served the "NOTICE OF APPEAL" Docket No. 59813, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via USPS First Class mail to:

[illegible]

Respectfully Submitted,

July 18th, 2019

---

Rex Wu
6315 N Campbell
Chicago, IL 60659
312-785-0348
rex_wu@live.com
Pro-Se

Exhibit A

**Certificate Of Mailing** — United States Postal Service

Joinder

From: Rex Wu
6315 N. Campbell
Chicago IL 60659

To: c/o Lehman Brothers Holdings Inc.
277 Park Avenue, 46th Floor
New York, NY, 10172

Postmark: ROGERS PARK STATION, JUL 16 2019, CHICAGO, IL 60660

PS Form 3817, April 2007 PSN 7530-02-000-9065

2 of 2