UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>LEHMAN BROTHERS HOLDINGS<br>INC., et al,<br><br>Debtor. | |
| DAN IANELLO<br>      Appellant,<br><br>v.<br><br>LEHMAN BROTHERS HOLDINGS<br>INC.<br>      Appellee. | Bankr. No.  08-13555(SCC)<br>Adv. No.     1906397<br><br> |

**Designation of Items to be Included in the Record on Appeal**

DAN IANELLO, pursuant to Federal Rule of Bankruptcy Procedure

8009(a), hereby designates the following items to be included in the record on appeal:

1. NOTICE OF MOTION FOR AN ORDER ENFORCING THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS FOR PURPOSES OF DISTRIBUTIONS **(Docket #59614)**

2. NOTICE OF ERRATA IN RELATIONS TO REX WU'S MOTION FOR AN ORDER ENFORCING THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS FOR PURPOSE OF DISTRIBUTIONS **(Docket #59680)**

3. PLAN ADMINISTRATOR'S OBJECTION TO MOTION TO ALLOW LATE CLAIM **(Docket #59738)**

4. REX WU'S RESPONSE TO THE PLAN ADMINISTRATOR'S OBJECTION TO NOTICE OF MOTION FOR AN ORDER ENFORCING THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILATED DEBTORS FOR DISTRIBUTIONS **(Docket # 59751)**

5. MOTION TO DEMAND SERVICE **(Docket #59773)**

6. ORDER DENYING MOTION FOR AN ORDER ENFORCING THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS FOR PURPOSES OF DISTRIBUTIONS FILED BY REX WU (ECF NO. 59614) AND OVERRULING

RELATED OBJECTIONS TO THE TIMING OF EIGHTEENTH DISTRIBUTION **(Docket #59801)**

7. Joinder of Dan Ianello, 05/23/2019 **(Docket #59735)**

8. LBHI 2019 – Transcript 06/19/2019 (Item Attached)

9. Subject: Possible date error in Order or Docket 59801 filed on July 2, 2019: Order Denying Motion for an Order Enforcing the Modified Third Amended Joint Chapter..., Email thread from Rickey Gregory sent 07/07/2019. (Item Attached)

10. Witness Statement of Russell Downs, 08/02/2013 (Item Attached)

11. Request to add language to Order denied by Plan Administrator, Email thread from Rex Wu sent 06/27/2019. (Item Attached)

12. Subject: RE: Possible date error in Order or Docket 59801 filed on July 2, 2019: Order Denying Motion for an Order Enforcing the Modified Third Amended Joint Chapter..., Email thread from Rex Wu sent 07/08/2019. (Item Attached)

Dan Ianello
PO Box 796
Granger, IN 46530
574-514-7614
dnello@yahoo.com

*File with the Bankruptcy Court*
Note: Attach proof of service on all parties. *Fed. R. Bankr. P. 8011(d)(1)(B).*