Rex Wu
6315 N. Campbell
Chicago, IL 60659
Tel: (312)785-0348
Email: rex_wu@live.com
Pro-Se



## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Regards: Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case # 08-13555 (SCC)
Notice of Appeal (Docket # 59813) (District Court #1906397)

### PROOF OF SERVICE

On July 19th, 2019, I caused to be served the "NOTICE OF APPEAL," Docket No. 59813, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via USPS First Class mail to:

Dan Ianello, PO BOX 796 Granger, Indiana 46530. **(EXHIBIT A)**

Respectfully Submitted,

July 19th, 2019

Rex Wu
6315 N Campbell
Chicago, IL 60659
312-785-0348
rex_wu@live.com
Pro-Se

1 of 2

Rex Wu
6315 N. Campbell
Chicago, IL 60659
Tel: (312)785-0348
Email:
Pro-Se

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Regards: Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case # 08-13555 (SCC)
Notice of Appeal (Docket # 59813) (District Court #1906097)

**PROOF OF SERVICE**

On July 19th, 2019, I caused to be served the "NOTICE OF APPEAL," Docket No. 59813, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via USPS First Class mail to:

[illegible]

Respectfully Submitted,

July 19th, 2019

Rex Wu
6315 N Campbell
Chicago, IL 60659
312-785-0348
rex_wu@live.com
Pro-Se

```
                NORTHTOWN
             3401 W DEVON AVE
          CHICAGO, IL 60659-9998
                161570-0451
                (800)275-8777
             07/19/2019 12:02 PM

Product              Qty   Unit      Price
                           Price

Neon Celebrate!       1    $0.55    $0.55
First-Class Mail®     1    $0.55    $0.55
Letter
    (Domestic)
    (GRANGER, IN  46530)
    (Weight:0 Lb 1.00 Oz)
    (Estimated Delivery Date)
    (Monday 07/22/2019)
Cert of Mail                         $1.45
    (Affixed Amount:$0.00)

Total:                               $2.55


Debit Card Remit'd                   $2.55
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX6551)
    (Approval #)
    (Transaction #:534)
    (Receipt #:012481)
    (Debit Card Purchase:$2.55)
    (Cash Back:$0.00)
    (AID:A0000000980840       Chip)
    (AL:US DEBIT)
    (PIN:Verified)

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.
```




U.S. POSTAGE PAID
FCM LETTER
CHICAGO, IL
60659
JUL 19, 19
AMOUNT
$1.45
R2304M110916-06

1000

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Rex WU
6315 N. Campbell
Chicago IL 60659

To: Dew Ignello
PO Box 796
Granger, IN 46530

PS Form 3817, April 2007 PSN 7530-02-000-9065

2 of 2

