yUNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

In re

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

------------------------------------------------------------------ x

: Chapter 11
:
: Case No. 08-13555 (SCC)
:
: (Jointly Administered)
:
: Ref. Docket Nos. 59798,
: 59808, 59811, 59812 and
: 59829

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 26, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 26, 2019, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Wing Chan*
                                                      Wing Chan

Sworn to before me this
30th day of July, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

\\p054ebsfile01\ebs\ClientInfo\Clients\LBH\Affidavits\Transfer Affidavits\Transfer Notices (Processed 6-21 to 7-25)_AFF_7-26-19.docx

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000148089508 ***       LBH TRFNTC (MERGE2, TXNUM2) 4000183201



CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: THE DIAMETER MASTER FUND LP
ATTN: KENNETH KEELEY
390 GREENWICH STREET, 4TH FLOOR
NEW YORK, NY 10013

Please note that your claim # 200024-02 in the above referenced case and in the amount of $19,153,538.50 allowed at $19,153,538.50 has been transferred (unless previously expunged by court order)

WARBLER RUN I, LLC
TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
C/O CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    59811    in your objection. If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/26/2019            Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 26, 2019.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA MEDIOLANUM S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: HEAD OF OPERATION CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO (MI) 20080 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANK JULIUS BAER & CO LTD | TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A., ATTN: PATRICK ROOS, BAHNHOFSTRASSE 36, CH-8010 ZURICH   SWITZERLAND |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: THE DIAMETER MASTER FUND LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: THE DIAMETER MASTER FUND LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | CRAVATH, SWAINE & MOORE LLP, WORLDWIDE PLAZA, ATTN: RICHARD LEVIN, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| UBS AG | TRANSFEROR: CREDIT SUISSE, BAHNHOFSTRASSE 45, CH-8001 ZURICH   SWITZERLAND |
| WARBLER RUN I, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 |
| WARBLER RUN II, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 |

**Total Creditor Count 13**