B 210A (Form 210A) (12/09)

RECEIVED
JUL 31 2019

# UNITED STATES BANKRUPTCY COURT

In re <u>Lehman Brothers Holdings Inc.</u>   Case No. <u>0813555</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Orly Benouaich</u>  
Name of Transferee

<u>Bank Hapoalim (Switzerland) LTD</u>  
Name of Transferor

Name and Address where notices to transferee should be sent: Orly Benouaich  
715 Gail Chambers rd  
Jackson NJ 08527  
Phone: OLIFT55@gmail.com  
Last Four Digits of Acct #: _____

Court Claim # (if known): <u>55855</u>  
Amount of Claim: <u>See attached Schedule I</u>  
Date Claim Filed: <u>10/29/09</u>

Phone: _____  
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____  
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____   Date: 07/30/2019  
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# SCHEDULE I

### LEHMAN PROGRAMS SECURITIES RELATED TO TRANSFERRED PORTION OF CLAIM:

| ISIN | COURT CLAIM # | DATE CLAIM FILED | ISSUER | NUMBER OF UNITS OR CURRENCY AND NOMINAL |
|---|---|---|---|---|
| XS0333117611 | 55855 | 10/29/2009 | LEHMAN BROTHERS TREASURY BV | USD 500,000 |
| XS0333420395 | 55855 | 10/29/2009 | LEHMAN BROTHERS TREASURY BV | USD 500,000 |

Numéro du client 281180

# Synthèse des actifs: Produits structurés

| Libellé des titres | Monnaie | Quantité | Cours d'achat Cours | 1ère date d'achat Au | Variaton du cours en % | %YTM | Valeur de marché Intérêts courus Montant | Taux de change | Valeur en USD 14.09.16 |
|---|---|---|---|---|---|---|---|---|---|
| **A protection du capital (prix indicatif)** | | | | | | | | | |
| 3P07-174T LEHMAN BROTHERS 04.12.09 EMERGING MKTS CCY BASKET NOTE | | | | | | | | | |
| 0%      15.06.2007-04.12.2009 | | | | | | | 0.00 | | |
| Security No: 0030460 | | | 44.18 | 29.05.08 | | | 0.00 | | |
| ISIN: XS0333117611 | USD | 500,000 | 0.00 | 15.09.08 | -100.00 | | 0.00 | 1.0000 | 0 |
| LEHMAN BROTHERS TREASURY BV 3P07-176T | | | | | | | | | |
| USD OIL PARTICIPATION NOTE CPN PAYMENT IN ONE SUM AT MATURITY | | | | | | | | | |
| 0%      18.12.2007-18.12.2012 | | | | | | | 0.00 | | |
| Security No: 4443120 | | | 49.15 | 29.05.08 | | | 0.00 | | |
| ISIN: XS0333420395 | USD | 500,000 | 0.00 | 15.09.08 | -100.00 | | 0.00 | 1.0000 | 0 |
| **Total A protection du capital (prix indicatif)** | | | | | | | | | 0 |
| **Total des Produits Structurés** | | | | | | | | | 0 |