**Exhibit 1 to Proposed Order**

**Satisfied ISIN Guarantees**

**Exhibit 1**
*Satisifed ISIN Claims*

| ISIN | Blocking Number | Claim Number |
|---|---|---|
| XS0253610678 | CA30444 | 44616 |
| XS0253610678 | CA30450 | 44616 |
| XS0253610678 | CA30451 | 44616 |
| XS0253610678 | CA30452 | 44616 |
| XS0253610678 | CA30453 | 44616 |
| XS0253610678 | CA30454 | 44616 |
| XS0253610678 | CA30456 | 44616 |
| XS0253610678 | CA30457 | 44616 |
| XS0253610678 | CA30463 | 44616 |
| XS0253610678 | CA30466 | 44616 |
| XS0253740889 | CA35775 | 44616 |
| XS0253740889 | CA35780 | 44616 |
| XS0253740889 | CA35782 | 44616 |
| XS0253740889 | CA35788 | 44616 |
| XS0253740889 | CA35789 | 44616 |
| XS0253740889 | CA35791 | 44616 |
| XS0253740889 | CA35792 | 44616 |
| XS0253740889 | CA35794 | 44616 |
| XS0267300589 | 6031214 | 45882 |
| XS0289154030 | 6016646 | 51177 |
| XS0295861289 | 6013446 | 44912 |
| XS0321495532 | CA90341 | 57701 |
| XS0328209720 | CA38015 | 57483 |
| XS0328587240 | CA38017 | 50337 |
| XS0331045020 | 6045655 | 62783 |
| XS0333307584 | 6056105 | 56669 |
| XS0333307584 | CA56240 | 55839 |
| XS0336409353 | 6042029 | 46973 |
| XS0336415913 | 9554940 | 59611 |
| XS0336415913 | CA46878 | 45836 |
| XS0336415913 | CA46879 | 57260 |
| XS0336415913 | CA55020 | 44994 |
| XS0336415913 | CA64827 | 45263 |
| XS0336415913 | CA73918 | 45918 |
| XS0338676116 | 6045713 | 62783 |
| XS0340460855 | CA47225 | 41773 [1] |
| XS0341160249 | 6026871 | 41911 |
| XS0343643036 | CA24610 | 6162 |
| XS0343643036 | CA90703 | 59233 |
| XS0350892336 | 6044104 | 46196 |

**Exhibit 1**
*Satisifed ISIN Claims*

| ISIN | Blocking Number | Claim Number |
|---|---|---|
| XS0351630347 | CA24602 | 10707 |
| XS0351630347 | CA24603 | 6986 |
| XS0353872939 | 6042086 | 46973 |
| XS0353872939 | 6042087 | 46973 |
| XS0353872939 | 6042088 | 46973 |
| XS0355669614 | 6042090 | 46973 |
| XS0365823243 | 6044119 | 46260 |
| XS0365823243 | 6044121 | 46264 |
| XS0365823243 | 6044125 | 46263 |
| XS0365823243 | 6044128 | 46262 |
| XS0365823243 | 6044129 | 46259 |
| XS0365823243 | 6044131 | 46258 |
| XS0365823243 | 6044132 | 46261 |

(1) The Plan Administrator's Objection to this Claim applies only to the portion of the Claim that received a final distribution from the Primary Obligor (LBT).