UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    08-13555 (JMP)
                                                   :
              Debtors.                             :    (Jointly Administered)
                                                   :
---------------------------------------------------------------x   Ref. Docket No. 59859

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Appellee-Plan Administrator's Counter-Designation of Additional Items to be Included in the Record on Appeal," dated August 2, 2019 [Docket No. 59859], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A, on August 2, 2019, and

   b. delivered via electronic mail to those parties listed in the annexed Exhibit B, on August 5, 2019.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Wing Chan*
                                                            Wing Chan

Sworn to before me this
7th day of August, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

**EXHIBIT A**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al*. **– Case No. 08-13555 (JMP)**
**Overnight Mail Additional Service List**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

DAN IANELLO
PO BOX 796
GRANGER, IN 46530

REX WU
6315 N CAMPBELL
CHICAGO, IL 60659

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC., *et al.* - Case No. 08-13555 (JMP)
Electronic Mail Master Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcy@morrisoncohen.com |
| aalfonso@willkie.com | bankruptcy@ntexas-attorneys.com |
| abeaumont@fklaw.com | bankruptcymatters@us.nomura.com |
| abraunstein@riemerlaw.com | barbra.parlin@hklaw.com |
| acaton@kramerlevin.com | bbisignani@postschell.com |
| adarwin@nixonpeabody.com | bcarlson@co.sanmateo.ca.us |
| adiamond@diamondmccarthy.com | bdemay@hsgllp.com |
| adk@msf-law.com | bdk@schlamstone.com |
| aentwistle@entwistle-law.com | benjamin.mintz@apks.com |
| aglenn@kasowitz.com | bguiney@pbwt.com |
| agold@herrick.com | bmiller@mofo.com |
| aisenberg@saul.com | boneill@kramerlevin.com |
| akadish@dtlawgroup.com | brosenblum@jonesday.com |
| akolod@mosessinger.com | brotenberg@wolffsamson.com |
| alexander.lorenzo@alston.com | broy@rltlawfirm.com |
| allison.holubis@wilsonelser.com | bruce.wright@sutherland.com |
| alum@ftportfolios.com | bsellier@rlrpclaw.com |
| amartin@sheppardmullin.com | bstrickland@wtplaw.com |
| amcmullen@boultcummings.com | btrust@mayerbrown.com |
| amh@amhandlerlaw.com | bturk@tishmanspeyer.com |
| andrew.lourie@kobrekim.com | bwolfe@sheppardmullin.com |
| andrewtenzer@paulhastings.com | cahn@clm.com |
| angelich.george@arentfox.com | canelas@pursuitpartners.com |
| angie.owens@skadden.com | cbelisle@wfw.com |
| anthony_boccanfuso@aporter.com | cbelmonte@ssbb.com |
| aostrow@beckerglynn.com | cdesiderio@nixonpeabody.com |
| appleby@chapman.com | cfarley@mccarter.com |
| arainone@bracheichler.com | cgoldstein@stcwlaw.com |
| arancier@offitkurman.com | chad.husnick@kirkland.com |
| arosenblatt@chadbourne.com | chammerman@paulweiss.com |
| arthur.rosenberg@hklaw.com | charles@filardi-law.com |
| arwolf@wlrk.com | charles_malloy@aporter.com |
| aschwartz@homerbonner.com | chemrick@thewalshfirm.com |
| aseuffert@lawpost-nyc.com | chipford@parkerpoe.com |
| ashmead@sewkis.com | chris.donoho@hoganlovells.com |
| asnow@ssbb.com | christopher.greco@kirkland.com |
| asomers@rctlegal.com | claude.montgomery@dentons.com |
| aunger@sidley.com | clynch@reedsmith.com |
| austin.bankruptcy@publicans.com | cohen@sewkis.com |
| avenes@whitecase.com | cp@stevenslee.com |
| bankruptcy@goodwin.com | cpappas@dilworthlaw.com |

LEHMAN BROTHERS HOLDINGS INC., *et al*. - Case No. 08-13555 (JMP)
Electronic Mail Master Service List

| | |
|---|---|
| cparyse@contrariancapital.com | djoseph@stradley.com |
| craig.goldblatt@wilmerhale.com | dkessler@ktmc.com |
| craigjustinalbert@gmail.com | dkozusko@willkie.com |
| crmomjian@attorneygeneral.gov | dlipke@vedderprice.com |
| csalomon@beckerglynn.com | dmark@kasowitz.com |
| cschreiber@winston.com | dmcguire@winston.com |
| cshore@whitecase.com | dmiller@steinlubin.com |
| cszyfer@stroock.com | dmurray@jenner.com |
| cwalsh@mayerbrown.com | dneier@winston.com |
| cward@polsinelli.com | dodonnell@milbank.com |
| cweiss@ingramllp.com | dpegno@dpklaw.com |
| dallas.bankruptcy@publicans.com | drosenzweig@fulbright.com |
| dave.davis@isgria.com | drosner@goulstonstorrs.com |
| david.bennett@tklaw.com | drosner@kasowitz.com |
| david.livshiz@freshfields.com | dshaffer@wtplaw.com |
| david.powlen@btlaw.com | dspelfogel@foley.com |
| david.wender@alston.com | dsullivan@hsgllp.com |
| davids@blbglaw.com | dtheising@harrisonmoberly.com |
| davidwheeler@mvalaw.com | dwdykhouse@pbwt.com |
| dbarber@bsblawyers.com | dworkman@bakerlaw.com |
| dbaumstein@whitecase.com | ebcalvo@pbfcm.com |
| dbesikof@loeb.com | ecohen@russellinvestments.com |
| dblack@hsgllp.com | edelucia@hsgllp.com |
| dcimo@gjb-law.com | edward.flanders@pillsburylaw.com |
| dcoffino@cov.com | efisher@binderschwartz.com |
| dcrapo@gibbonslaw.com | efleck@milbank.com |
| ddavis@paulweiss.com | efriedman@fklaw.com |
| ddunne@milbank.com | efriedman@friedmanspring.com |
| deggermann@kramerlevin.com | ekbergc@lanepowell.com |
| deggert@freebornpeters.com | eleicht@whitecase.com |
| demetra.liggins@tklaw.com | ellen.halstead@cwt.com |
| dennis.tracey@hoganlovells.com | emagnelli@bracheichler.com |
| dfelder@orrick.com | emerberg@mayerbrown.com |
| dflanigan@polsinelli.com | enkaplan@kaplanlandau.com |
| dgoldberg@hsgllp.com | eobrien@sbchlaw.com |
| dhayes@mcguirewoods.com | etillinghast@sheppardmullin.com |
| dhealy@hsgllp.com | evanhorn@grosspolowy.com |
| dheffer@foley.com | eweinick@otterbourg.com |
| dhurst@coleschotz.com | ezujkowski@emmetmarvin.com |
| dhw@dhclegal.com | farrington.yates@kobrekim.com |
| djcarragher@daypitney.com | fcarruzzo@kramerlevin.com |

LEHMAN BROTHERS HOLDINGS INC., *et al.* - Case No. 08-13555 (JMP)
Electronic Mail Master Service List

| | |
|---|---|
| ffm@bostonbusinesslaw.com | jbrody@americanmlg.com |
| foont@foontlaw.com | jbrody@johnstonthomas.com |
| fsosnick@shearman.com | jcarberry@cl-law.com |
| gabriel.delvirginia@verizon.net | jchristian@tobinlaw.com |
| gary.ravertpllc@gmail.com | jdoran@haslaw.com |
| gavin.alexander@ropesgray.com | jdwarner@warnerandscheuerman.com |
| gbray@milbank.com | jdyas@halperinlaw.net |
| gcacuci@law.nyc.gov | jean-david.barnea@usdoj.gov |
| general@mklawnyc.com | jeanites@whiteandwilliams.com |
| ggitomer@mkbattorneys.com | jeannette.boot@wilmerhale.com |
| ggoodman@foley.com | jeff.wittig@united.com |
| giddens@hugheshubbard.com | jeldredge@velaw.com |
| gkaden@goulstonstorrs.com | jennifer.demarco@cliffordchance.com |
| glenn.siegel@morganlewis.com | jennifer.gore@shell.com |
| gmoss@riemerlaw.com | jg5786@att.com |
| goldenberg@ssnylaw.com | jgenovese@gjb-law.com |
| gspilsbury@jsslaw.com | jguy@orrick.com |
| harrisjm@michigan.gov | jhiggins@fdlaw.com |
| harveystrickon@paulhastings.com | jhorgan@phxa.com |
| hbeltzer@chadbourne.com | jhuggett@margolisedelstein.com |
| heiser@chapman.com | jim@atkinslawfirm.com |
| hmagaliff@r3mlaw.com | jjureller@klestadt.com |
| holsen@stroock.com | jlamar@maynardcooper.com |
| hooper@sewkis.com | jlawlor@wmd-law.com |
| howard.hawkins@cwt.com | jlee@foley.com |
| hseife@chadbourne.com | jlevitin@cahill.com |
| hsnovikoff@wlrk.com | jlscott@reedsmith.com |
| hsteel@brownrudnick.com | jmaddock@mcguirewoods.com |
| ipetersen@johnstonthomas.com | jmazermarino@msek.com |
| irethy@stblaw.com | jmelko@gardere.com |
| j.zelloe@stahlzelloe.com | jmerva@fult.com |
| jacobsonn@sec.gov | jmr@msf-law.com |
| james.berg@piblaw.com | john.beck@hoganlovells.com |
| james.mcclammy@dpw.com | john.goodchild@morganlewis.com |
| james.sprayregen@kirkland.com | john.monaghan@hklaw.com |
| jamesboyajian@gmail.com | john.mule@state.mn.us |
| jamestecce@quinnemanuel.com | jonathan.goldblatt@bnymellon.com |
| jar@outtengolden.com | jonathan.henes@kirkland.com |
| jay.hurst@oag.state.tx.us | jorbach@hahnhessen.com |
| jay@kleinsolomon.com | joseph.cordaro@usdoj.gov |
| jbeemer@entwistle-law.com | joshua.dorchak@morganlewis.com |

LEHMAN BROTHERS HOLDINGS INC., *et al.* - Case No. 08-13555 (JMP)
Electronic Mail Master Service List

jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrapisardi@omm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keith.simon@lw.com
kelly.kleist@solidcounsel.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmanka@johnstonthomas.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@laniadlerpartners.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
leo.crowley@pillsburylaw.com
lgomez@msek.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.roitman@ropesgray.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
maryann.gagliardi@wilmerhale.com
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com

4

LEHMAN BROTHERS HOLDINGS INC., *et al.* - Case No. 08-13555 (JMP)
Electronic Mail Master Service List

mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcolomar@diazreus.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanin@kasowitz.com
mhopkins@cov.com
michael.kelly@monarchlp.com
michael.kraut@morganlewis.com
michael.mccrory@btlaw.com
michael.solow@apks.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mitchell.berger@squirepb.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpackman@fisherbrothers.com
mparry@mosessinger.com
mrosenthal@gibsondunn.com

mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
mshuster@hsgllp.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neil.herman@morganlewis.com
neilberger@teamtogut.com
ngueron@cgr-law.com
nicholas.zalany@squirepb.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
nlieberman@hsgllp.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
patrick.miller@faegrebd.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com

LEHMAN BROTHERS HOLDINGS INC., *et al.* - Case No. 08-13555 (JMP)
Electronic Mail Master Service List

psp@njlawfirm.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rthomas@johnstonthomas.com
russj4478@aol.com
rweiss@johnstonthomas.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com

scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
soneal@cgsh.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com

LEHMAN BROTHERS HOLDINGS INC., *et al*. - Case No. 08-13555 (JMP)
Electronic Mail Master Service List

tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@beckerglynn.com
wtaylor@mccarter.com
yuwatoko@mofo.com

**LEHMAN BROTHERS HOLDINGS INC., *et al*. – Case No. 08-13555 (JMP)**
**Electronic Mail Additional Service List**

Rex_wu@live.com
dnello@yahoo.com
communications@oag.texas.gov
NYAG.Pressoffice@ag.ny.gov