**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

---

IN RE: Lehman Brothers Holdings Inc.                    CASE NO.: 08−13555−scc

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER: 11
13−3216325

---

**NOTICE OF TRANSMITTAL OF**
**RECORD OF APPEAL**

All documents regarding the notice of appeal filed in the above referenced proceeding on 7/9/19, document number 59813, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 19−civ−06397 assigned to the Honorable Paul A. Engelmayer.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: August 9, 2019                                   Vito Genna
                                                        Clerk of the Court