# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 8/9/2019 |
| Case: 08−13555−scc | Form ID: tranapl | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| cr | Rex Wu | 6315 N Campbell | Chicago, IL 60659 |
| unk | Dan Lanello | PO Box 796 | Granger, IN 46530 |

TOTAL: 2