WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                :
In re                                           :     Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :     08-13555 (SCC)
                                                :
                   Debtors.                     :     (Jointly Administered)
                                                :
------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 12, 2019 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTER:**

1.   Plan Administrator's Objection to Certain Amended Claims (Reduce and Disallow Claims) **[ECF No. 59622]**

     Response Deadline:    May 17, 2019 at 4:00 p.m.

     Response Received:

          A.    Opposition to Plan Administrator's Objection to Certain Amended Claims (Reduce and Disallow Claims) **[ECF No. 59716]**

Related Documents:

B. Plan Administrator's Reply in Support of Plan Administrator's Objection to Certain Amended Claims (Reduce and Disallow Claims) **[ECF No. 59860]**

C. Plan Administrator's 431st Omnibus Objection to Claims **[ECF No. 39569]**

D. Plan Administrator's Supplemental Objection to Claims **[ECF No. 50054]**

E. Claimants' Opposition Brief **[ECF No. 50457]**

F. Plan Administrator's Reply to Opposition Brief **[ECF No. 50497]**

Status: This matter is going forward on a contested basis.

Dated: August 9, 2019
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2