WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
| In re | : | Chapter 11 Case No. |
| :--- | :--- | :--- |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

**NOTICE OF AMENDED AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON AUGUST 12, 2019 AT 2:00 P.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTER:**

1.   Plan Administrator's Objection to Certain Amended Claims (Reduce and Disallow Claims) **[ECF No. 59622]**

   Response Deadline:   May 17, 2019 at 4:00 p.m.

   Response Received:

   A.   Opposition to Plan Administrator's Objection to Certain Amended Claims (Reduce and Disallow Claims) **[ECF No. 59716]**

Related Documents:

    B.    Plan Administrator's Reply in Support of Plan Administrator's Objection to Certain Amended Claims (Reduce and Disallow Claims) **[ECF No. 59860]**

    C.    Plan Administrator's 431st Omnibus Objection to Claims **[ECF No. 39569]**

    D.    Plan Administrator's Supplemental Objection to Claims **[ECF No. 50054]**

    E.    Claimants' Opposition Brief **[ECF No. 50457]**

    F.    Plan Administrator's Reply to Opposition Brief **[ECF No. 50497]**

Status: This matter is going forward on a contested basis.

Dated: August 9, 2019
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2