yUNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x
: Chapter 11
In re :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 59607,
: 59836-59848, 59850, 59852,
: and 59854
:
:
------------------------------------------------------------------------ x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 6, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 6, 2019, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
8th day of August, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:  BAR(23) MAILID *** 000148552330 ***     LBH TRFNTC (ADDRESS2, ADRKEYID3) 22479



BANK HAPOALIM (SWITZERLAND), LTD.
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER
STOCKERSTRASSE 33
ZURICH CH-8002
SWITZERLAND

Please note that your claim # 455855-03 in the above referenced case and in the amount of $1,000,000.00 allowed at $1,000,000.00 has been transferred (unless previously expunged by court order)

BENOUAICH, ORLY
TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD.
715 GAIL CHAMBERS RD
JACKSON, NJ 08527

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     59854     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/06/2019     Vito Genna, Clerk of Court

/s/ Betina Wheelon
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 6, 2019.

# EXHIBIT B

08-13555-mg    Doc 59879    Filed 08/13/19    Entered 08/13/19 16:30:15    Main Document
Pg 5 of 9

| Claim Name | Address Information |
|---|---|
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD.,, ATTN. PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | CLEARLY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDRE A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| BANK JULIUS BAER EUROPE AG | TRANSFEROR: CREDIT SUISSE, ATTN: MICHALE SCHUTZ/ JULIA KUNKELS, P.O. BOX 1407, 24013 KIEL  GERMANY |
| BENOUAICH, ORLY | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., 715 GAIL CHAMBERS RD, JACKSON, NJ 08527 |
| CANYON BALANCED MASTER FUND, LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O CANYON CAPITAL ADVISORS LLC, ATTN: RAJ VENKATARAMAN IYER, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FL., LOS ANGELES, CA 90067 |
| CANYON BALANCED MASTER FUND, LTD. | SIDLEY AUSTIN LLP, ATTN: ALEX R. ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON BALANCED MASTER FUND, LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O CANYON CAPITAL ADVISORS LLC, ATTN: RAJ VENKATARAMAN IYER, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FL., LOS ANGELES, CA 90067 |
| CANYON BALANCED MASTER FUND, LTD. | SIDLEY AUSTIN LLP, ATTN: ALEX R. ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON VALUE REALIZATION FUND, LP | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O CANYON CAPITAL ADVISORS LLC, ATTN: RAJ VENKATARAMAN IYER, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FL., LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION FUND, LP | SIDLEY AUSTIN LLP, ATTN: ALEX R. ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON VALUE REALIZATION FUND, LP | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O CANYON CAPITAL ADVISORS LLC, ATTN: RAJ VENKATARAMAN IYER, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FL., LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION FUND, LP | SIDLEY AUSTIN LLP, ATTN: ALEX R. ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON VALUE REALIZATION FUND, LP | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O CANYON CAPITAL ADVISORS LLC, ATTN: RAJ VENKATARAMAN IYER, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FL., LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION FUND, LP | SIDLEY AUSTIN LLP, ATTN: ALEX R. ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON VALUE REALIZATION FUND, LP | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O CANYON CAPITAL ADVISORS LLC, ATTN: RAJ VENKATARAMAN IYER, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FL., LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION FUND, LP | SIDLEY AUSTIN LLP, ATTN: ALEX R. ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON VALUE REALIZATION FUND, LP | C/O CANYON CAPITAL ADVISORS LLC, ATTN: CORPORATE ACTIONS & JOHN PLAGA, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION FUND, LP | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON VALUE REALIZATION MAC 18 LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O CANYON CAPITAL ADVISORS LLC, ATTN: RAJ VENKATARAMAN IYER, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FL, LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION MAC 18 LTD. | SIDLEY AUSTIN LLP, ATTN: ALEX R. ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON VALUE REALIZATION MAC 18 LTD. | TRANSFEROR: J.P. MORGAN SECURITIES, LLC, C/O CANYON CAPITAL ADVISORS LLC, ATTN: RAJ VENKATARAMAN IYER, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FL., LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION MAC 18 LTD. | SIDLEY AUSTIN LLP, ATTN: ALEX R. ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY |

| Claim Name | Address Information |
|---|---|
| CANYON VALUE REALIZATION MAC 18 LTD. | 10019 |
| CANYON VALUE REALIZATION MAC 18 LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O CANYON CAPITAL ADVISORS LLC, ATTN: RAJ VENKATARAMAN IYER, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FL., LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION MAC 18 LTD. | SIDLEY AUSTIN LLP, ATTN: ALEX R. ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON VALUE REALIZATION MAC 18 LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O CANYON CAPITAL ADVISORS LLC, ATTN: RAJ VENKATARAMAN IYER, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FL, LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION MAC 18 LTD. | SIDLEY AUSTIN LLP, ATTN: ALEX R. ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON VALUE REALIZATION MAC 18 LTD. | TRANSFEROR: J.P. MORGAN SECURITIES, LLC, C/O CANYON CAPITAL ADVISORS LLC, ATTN: RAJ VENKATARAMAN IYER, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FL., LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION MAC 18 LTD. | SIDLEY AUSTIN LLP, ATTN: ALEX R. ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON VALUE REALIZATION MAC 18 LTD. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O CANYON CAPITAL ADVISORS LLC, ATTN: RAJ VENKATARAMAN IYER, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FL., LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION MAC 18 LTD. | SIDLEY AUSTIN LLP, ATTN: ALEX R. ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON VALUE REALIZATION MASTER FUND, L.P., THE | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O CANYON CAPITAL ADVISORS LLC, ATTN: RAJ VENKATARAMAN IYER, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FL., LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION MASTER FUND, L.P., THE | SIDLEY AUSTIN LLP, ATTN: ALEX R. ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON VALUE REALIZATION MASTER FUND, L.P., THE | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O CANYON CAPITAL ADVISORS LLC, ATTN: RAJ VENKATARAMAN IYER, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FL., LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION MASTER FUND, L.P., THE | SIDLEY AUSTIN LLP, ATTN: ALEX R. ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON VALUE REALIZATION MASTER FUND, L.P., THE | C/O CANYON CAPITAL ADVISORS LLC, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION MASTER FUND, L.P., THE | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON-BLUE CREDIT INVESTMENT FUND L.P. | TRANSFEROR: J.P. MORGAN SECURITIES, LLC, C/O CANYON CAPITAL ADVISORS LLC, ATTN: RAJ VENKATARAMAN IYER, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FL., LOS ANGELES, CA 90067 |
| CANYON-BLUE CREDIT INVESTMENT FUND L.P. | SIDLEY AUSTIN LLP, ATTN: ALEX R. ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON-BLUE CREDIT INVESTMENT FUND L.P. | TRANSFEROR: J.P. MORGAN SECURITIES, LLC, C/O CANYON CAPITAL ADVISORS LLC, ATTN: RAJ VENKATARAMAN IYER, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FL., LOS ANGELES, CA 90067 |
| CANYON-BLUE CREDIT INVESTMENT FUND L.P. | SIDLEY AUSTIN LLP, ATTN: ALEX R. ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BALANCED MASTER FUND, LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BALANCED MASTER FUND, LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION FUND, LP, ATTN: KENNETH KEELEY, 388 |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION FUND, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION FUND, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION FUND, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION FUND, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MASTER FUND, L.P., THE, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MASTER FUND, L.P., THE, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MASTER FUND, L.P., THE, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON-BLUE CREDIT INVESTMENT FUND L.P., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON-BLUE CREDIT INVESTMENT FUND L.P., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (SCHWEIZ) AG | TRANSFEROR: BANK J. SAFRA SARASIN LTD., C/O CRAVATH SWAINE & MOORE LLP, ATTN: MR. TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (SCHWEIZ) AG | MRS. ST. SWEENEY, C/O KWJS & S, 200 WEST 41ST STREET, 7TH FLOOR, NEW YORK, NY 10036 |
| CREDIT SUISSE AG, SINGAPORE BRANCH | TRANSFEROR: CREDIT SUISSE, C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP, ATTN: STEPHANIE SWEENEY, ESQ., 200 WEST 41ST ST., 17TH FLOOR, NEW YORK, NY 10036 |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| LONDON INTERNATIONAL CAPITAL LTD. | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: MARCUS VON THIELE, 20-22 WENLOCK ROAD, LONDON N1 7GU   UNITED KINGDOM |
| UBS AG | TRANSFEROR: BANK JULIUS BAER EUROPE AG, BAHNHOFSTRASSE 45, CH-8001 ZURICH SWITZERLAND |

**Total Creditor Count 86**