B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re Lehman Brothers Holdings Inc.,                                    Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | DEUTSCHE BANK AG, LONDON BRANCH |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    HBK Master Fund L.P.
    c/o HBK Services LLC
    2300 North Field Street, Suite 2200
    Dallas, Texas 75201

Court Claim # (if known): Claim No. 28105

Amount of Claim Transferred: $765,000.00
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:  (214) 758-6161
Last Four Digits of Acct #:N/A

Phone:
Last Four Digits of Acct #:N/A

Name and Address where transferee payments should be sent (if different from above):

Court Claim # (if known): Claim No. 20121

Amount of Claim Transferred: $1,157,151.00
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 27141

Amount of Claim Transferred: $3,967,000.00
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): <u>Claim No. 22276</u>

Amount of Claim Transferred: <u>$144,975.00</u>
Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 17882</u>

Amount of Claim Transferred: <u>$257,000.00</u>
Date Claim Filed: <u>September 18, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 30669</u>

Amount of Claim Transferred: <u>$911,329.00</u>
Date Claim Filed: <u>September 22, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 66108</u>

Amount of Claim Transferred: <u>$1,022,000.00</u>
Date Claim Filed: <u>January 12, 2010</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 67346</u>

Amount of Claim Transferred: <u>$1,637,000.00</u>
Date Claim Filed: <u>February 25, 2011</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 19464</u>

Amount of Claim Transferred: <u>$1,022,000.00</u>
Date Claim Filed: <u>September 18, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 11305</u>

Amount of Claim Transferred: <u>$280,577.00</u>
Date Claim Filed: <u>September 10, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 11306</u>

Amount of Claim Transferred: <u>$1,354,566.00</u>
Date Claim Filed: <u>September 10, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 22852</u>

Amount of Claim Transferred: <u>$271,425.00</u>
Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 22813</u>

Amount of Claim Transferred: <u>$943,373.00</u>
Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): Claim No. 28104

Amount of Claim Transferred: $765,000.00
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 20149

Amount of Claim Transferred: $1,157,151.00
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 26969

Amount of Claim Transferred: $3,967,000.00
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 19808

Amount of Claim Transferred: $144,975.00
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 17881

Amount of Claim Transferred: $257,000.00
Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 32403

Amount of Claim Transferred: $911,329.00
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 66107

Amount of Claim Transferred: $1,022,000.00
Date Claim Filed: January 12, 2010
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 67138

Amount of Claim Transferred: $1,637,000.00
Date Claim Filed: October 25, 2010
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 19466

Amount of Claim Transferred: $1,022,000.00
Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 11308

Amount of Claim Transferred: $280,577.00
Date Claim Filed: September 10, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): <u>Claim No. 11307</u>

Amount of Claim Transferred: <u>$1,354,566.00</u>
Date Claim Filed: <u>September 10, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 22854</u>

Amount of Claim Transferred: <u>$271,425.00</u>
Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 22843</u>

Amount of Claim Transferred: <u>$943,373.00</u>
Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/ J. R. Smith</u>                          Date:  <u>August 14, 2019</u>
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO:     Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13888 (SCC) (Jointly Administered)

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto **HBK MASTER FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the Proof of Claim Numbers set forth below, in the allowed amounts set forth below (collectively, the "Assigned Claims") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

| Proof of Claim Number | Allowed Amount Transferred |
|---|---|
| 28105 | $765,000.00 |
| 20121 | $1,157,151.00 |
| 27141 | $3,967,000.00 |
| 22276 | $144,975.00 |
| 17882 | $257,000.00 |
| 30669 | $911,329.00 |
| 66108 | $1,022,000.00 |
| 67346 | $1,637,000.00 |
| 19464 | $1,022,000.00 |
| 11305 | $280,577.00 |
| 11306 | $1,354,566.00 |
| 22852 | $271,425.00 |
| 22813 | $943,373.00 |

Seller hereby waives any objection to the transfer of the Assigned Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claims and recognizing the Buyer as the sole owner and holder of the Assigned Claims.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claims to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated __August 12__, 2019.

**HBK MASTER FUND L.P.**
By: HBK Services LLC, Investment Advisor

By: _____
Name:
Title:     Beauregard A. Fournet
          Authorized Signatory

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:
Title:

By: _____
Name:
Title:

**EVIDENCE OF TRANSFER OF CLAIM**

TO:      United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
            Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
            Case No. 08-13888 (SCC) (Jointly Administered)

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto **HBK MASTER FUND L.P.,** its successors and assigns ("Buyer"), all rights, title and interest in and to the Proof of Claim Numbers set forth below, in the allowed amounts set forth below (collectively, the "Assigned Claims") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

| Proof of Claim Number | Allowed Amount Transferred |
|---|---|
| 28105 | $765,000.00 |
| 20121 | $1,157,151.00 |
| 27141 | $3,967,000.00 |
| 22276 | $144,975.00 |
| 17882 | $257,000.00 |
| 30669 | $911,329.00 |
| 66108 | $1,022,000.00 |
| 67346 | $1,637,000.00 |
| 19464 | $1,022,000.00 |
| 11305 | $280,577.00 |
| 11306 | $1,354,566.00 |
| 22852 | $271,425.00 |
| 22813 | $943,373.00 |

Seller hereby waives any objection to the transfer of the Assigned Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claims and recognizing the Buyer as the sole owner and holder of the Assigned Claims.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claims to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated   __August 12__  , 2019.

**HBK MASTER FUND L.P.**
By:  HBK Services LLC, Investment Advisor

By: _____
       Name:
       Title:

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
       Name:
       Title:

By: _____
       Name:
       Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
       Attn: Clerk

AND TO:    Lehman Brothers Special Financing Inc. ("Debtor")
           Case No. 08-13888 (SCC) (Jointly Administered)

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto **HBK MASTER FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the Proof of Claim Numbers set forth below, in the allowed amounts set forth below (collectively, the "Assigned Claims") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

| Proof of Claim Number | Allowed Amount Transferred |
|---|---|
| 28104 | $765,000.00 |
| 20149 | $1,157,151.00 |
| 26969 | $3,967,000.00 |
| 19808 | $144,975.00 |
| 17881 | $257,000.00 |
| 32403 | $911,329.00 |
| 66107 | $1,022,000.00 |
| 67138 | $1,637,000.00 |
| 19466 | $1,022,000.00 |
| 11308 | $280,577.00 |
| 11307 | $1,354,566.00 |
| 22854 | $271,425.00 |
| 22843 | $943,373.00 |

Seller hereby waives any objection to the transfer of the Assigned Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claims and recognizing the Buyer as the sole owner and holder of the Assigned Claims.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claims to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___August 12___, 2019.

**HBK MASTER FUND L.P.**                          **DEUTSCHE BANK AG, LONDON BRANCH**
By: HBK Services LLC, Investment Advisor

By: _____                       By: _____
   Name:                                              Name:
   Title:   Beauregard A. Fournet                     Title:
            Authorized Signatory

                                                   By: _____
                                                      Name:
                                                      Title:

**EVIDENCE OF TRANSFER OF CLAIM**

TO:        United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
           Attn: Clerk

AND TO:    Lehman Brothers Special Financing Inc. ("Debtor")
           Case No. 08-13888 (SCC) (Jointly Administered)

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto **HBK MASTER FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the Proof of Claim Numbers set forth below, in the allowed amounts set forth below (collectively, the "Assigned Claims") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

| Proof of Claim Number | Allowed Amount Transferred |
|---|---|
| 28104 | $765,000.00 |
| 20149 | $1,157,151.00 |
| 26969 | $3,967,000.00 |
| 19808 | $144,975.00 |
| 17881 | $257,000.00 |
| 32403 | $911,329.00 |
| 66107 | $1,022,000.00 |
| 67138 | $1,637,000.00 |
| 19466 | $1,022,000.00 |
| 11308 | $280,577.00 |
| 11307 | $1,354,566.00 |
| 22854 | $271,425.00 |
| 22843 | $943,373.00 |

Seller hereby waives any objection to the transfer of the Assigned Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claims and recognizing the Buyer as the sole owner and holder of the Assigned Claims.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claims to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___August 12 , 2019.

**HBK MASTER FUND L.P.**                          **DEUTSCHE BANK AG, LONDON BRANCH**
By: HBK Services LLC, Investment Advisor

By: _____            By: _____
    Name:                                           Name:
    Title:                                          Title:

                                                 By: _____
                                                     Name:
                                                     Title: