WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                        :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (SCC)
:
Debtors.                                         :    (Jointly Administered)
:
------------------------------------------------------------------x

### NOTICE OF NINETEENTH DISTRIBUTION DATE AND RECORD DATE IN CONNECTION WITH THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS

PLEASE TAKE NOTICE:

- In accordance with sections 1.48 and 8.3 of the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, dated December 5, 2011 [ECF No. 22973] (the "Plan"),[1] and the *Order In Aid of Execution of The Modified Third Amended Chapter 11 Plan of Lehman Brothers Holdings Inc. And Its Affiliated Debtors*, dated January 31, 2013 [ECF No. 34348] (the "Order"), **the nineteenth Distribution Date is scheduled for October 3, 2019** (the "Nineteenth Distribution Date").

- Pursuant to section 8.11 of the Plan and the Order, for purposes of the Nineteenth Distribution Date, **the Debtors and the Plan Administrator will not recognize any transfer of Claims after August 24, 2019** (the "Record Date").

- **The Debtors may not make any Distribution to a holder of an Allowed Claim unless such Claim holder has submitted or submits, on or before September 5, 2019, both the appropriate (i) Internal Revenue Service tax form ("Tax Form") and (ii) certification pertaining to Office of Foreign Assets Control compliance ("OFAC Certification")**. For further information concerning the Tax Form and OFAC Certification, please review the

---

[1] Capitalized terms used but not defined shall have the meanings ascribed to them in the Plan.

*Notice to Holders of Allowed Claims Regarding Plan Distributions*, dated February 15, 2012 [ECF No. 25392].  Copies of the Tax Form and form for OFAC Certification are available at www.lehman-docket.com.  **Consult the claims register on this website to determine whether a Tax Form previously submitted is still valid.**

Copies of the Plan and related documents are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.  Copies are also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.lehman-docket.com.

Dated: August 16, 2019
       New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and Certain of its Affiliates