# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re: Lehman Brothers Holdings Inc.,
                         Debtors.

No. 08-13555 (SCC)

------------------------------------------------------------X

Attestor Capital LLP,

                         Appellant,

18 **CIVIL 7682** (KPF)

          -against-

Lehman Brothers Holdings Inc., et al.,
                         Appellees.

------------------------------------------------------------X

Deutsche Bank AG,

                         Appellant,

18 **CIVIL 7804** (KPF)

          -against-

**JUDGMENT**

Lehman Brothers Holdings Inc., et al.,
                         Appellees.

------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 16, 2019, the Order of the Bankruptcy Court is hereby affirmed.

**Dated:** New York, New York
            August 16, 2019

                                                           **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                                           BY:
                                                           **Deputy Clerk**