FILED / RECEIVED

AUG 1 9 2019

EPIQ

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc          ,     Case No.  08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Christopher John Gardner | Union Bancaire Privée, UBP SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Trident Trust Company(I.O.M.),12-14
  Finch Road,Douglas,Isle of Mann,IM1 2PT

Court Claim # (if known):  545221.01
Amount of Claim:  $710,000.00
Date Claim Filed:  10/29/2009

Phone:  +33 621 96 93 32
Last Four Digits of Acct #:

Phone:  +41.58.819.3428
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):
  Christopher John Gardner,BARCGB22X
  (BIC),GB61BUKB20338323009092 (IBA)

Phone:  +44 07442506065
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Christopher John Gardner              Date: 13th August 2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficency of which are hereby acknowledged, **UNION BANCAIRE PRIVEE, UBP SA** ("Transferor") unconditionally and irrevocably transferred to **Christopher Johan Gardner** all of its right, title, interest claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **545221.01**) in nominal amount of EUR 710'000.- related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 15th August 2019.

**UNION BANCAIRE PRIVEE, UBP SA**

Securities departement
Director

Securities departement
Associate

Schedule I

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim | Date Claim Filed | Issuer | Claim Unsecured | Allowed Unsecured |
|---|---|---|---|---|---|
| ISIN XS0257807288<br><br>Lehman Brothers due 22.11.2010 | 545221.01 | 26th October 2009 | Lehman Brothers Treasury BV | EUR 710'000 | N/A |




