yUNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| | : | **Chapter 11** |
| **In re** | : | |
| | : | **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | **Ref. Docket Nos. 59810,** |
| | : | **59856, 59862 and 59871-** |
| | : | **59874** |
| | : | |
| | : | |

------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 16, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 16, 2019, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
19th day of August, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000148620201 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000103073



CREDIT SUISSE
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

Please note that your claim # 5355829-78 in the above referenced case and in the amount of
$0.00 allowed at $61,041.46 has been transferred (unless previously expunged by court order)

UBS AG
TRANSFEROR: CREDIT SUISSE
ATTN: HUGO KOLLER
BAHNHOFSTRASSE 45
ZURICH 8001
 SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          59810                    in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/16/2019                          Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 16, 2019.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANCA MEDIOLANUM S.P.A. | ATTN: HEAD OF OPERATIONS CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO ( MILANO ) 20080 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: BANCA MEDIOLANUM S.P.A., ATTN: VALERIA VIGANO, PIAZZA SALIMBENI, 3 - VIA ROSELLINI 16, 20124 MILANO  ITALY |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| LGT BANK (SINGAPORE) LTD. | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE, 3 TEMASEK AVENUE #30-01, CENTENNIAL TOWER, 039190 SINGAPORE  SINGAPORE |
| MERRILL LYNCH INTERNATIONAL | ATTN: CHRISTOPHER J. HAAS, BANK OF AMERICA TOWER, ONE BRYANT PARK, NEW YORK, NY 10036 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK & NED S. SCHODEK, SHEARMAN & STERLING LLP, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| MERRILL LYNCH INTERNATIONAL | ATTN: CHRISTOPHER J. HAAS, BANK OF AMERICA TOWER, ONE BRYANT PARK, NEW YORK, NY 10036 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK & NED S. SCHODEK, SHEARMAN & STERLING LLP, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| MERRILL LYNCH INTERNATIONAL | CHRISTOPHER J. HAAS, BANK OF AMERICA TOWER, ONE BRYANT PARK, NEW YORK, NY 10036 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK, NED S. SCHODEK, SHEARMAN & STERLING LLP, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| MERRILL LYNCH INTERNATIONAL | CHRISTOPHER J. HAAS, BANK OF AMERICA TOWER, ONE BRYANT PARK, NEW YORK, NY 10036 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK, NED S. SCHODEK, SHEARMAN & STERLING LLP, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| TACONIC MASTER FUND 1.5 LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, TACONIC CAPITAL ADVISORS-R. ROTHSTEIN, 450 PARK AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| TACONIC MASTER FUND 1.5 LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, TACONIC CAPITAL ADVISORS-R. ROTHSTEIN, 450 PARK AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| TACONIC OPPORTUNITY MASTER FUND L.P. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, TACONIC CAPITAL ADVISORS- R. ROTHSTEIN, 450 PARK AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| TACONIC OPPORTUNITY MASTER FUND L.P. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, TACONIC CAPITAL ADVISORS- R. ROTHSTEIN, 450 PARK AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| UBS AG | TRANSFEROR: CREDIT SUISSE, ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, ZURICH 8001 SWITZERLAND |

**Total Creditor Count 19**