**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                           :

**In re**                           :        **Chapter 11 Case No.**
                           :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (SCC)**
                           :

                  **Debtors.**    :        **(Jointly Administered)**
                           :

------------------------------------------------------------------------x   **Ref. Docket No. 59891**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 16, 2019, I caused to be served the "Notice of Nineteenth Distribution Date and Record Date In Connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors," dated August 16, 2019 [Docket No. 59891], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A,

    b.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed Exhibit B, and

    c.  delivered via electronic mail to those parties listed in the annexed Exhibit C.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              /s/ Wing Chan
                                                              Wing Chan

Sworn to before me this
19th day of August, 2019
/s/ John Chau
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

\\p054ebsfile01\ebs\ClientInfo\Clients\LBH\Affidavits\Ntc of 19th Distibution_DI 59891_AFF_8-16-19.docx

# EXHIBIT A

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Overnight Mail Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
First Class Mail Additional Parties

OFFICE OF THE ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX 78711-2548

TISHMAN SPEYER
ATTN: MICHAEL B. BENNER
ROCKEFELLER CENTER
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

STAHL ZELLOE, P.C.
ATTN: JAMES T. ZELLOE
11350 RANDOM HILLS RD.
STE. 700
FAIRFAX, VA 22030-6044

MCBREEN & KOPKO
209 W. JACKSON BOULEVARD, SUITE 900
CHICAGO, IL 60606

MENAKER & HERRMANN LLP
ATTN: MICHAEL A. BLOEMSMA
10 EAST 40TH STREET, 43RD FLOOR
NEW YORK, NEW YORK 10016

OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224-0341

BROWN RUDNICK LLP
ATTN: HOWARD STEEL
7 TIMES SQUARE
NEW YORK, NY 10036

**EXHIBIT C**

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcy@morrisoncohen.com |
| aalfonso@willkie.com | bankruptcy@ntexas-attorneys.com |
| abeaumont@fklaw.com | bankruptcymatters@us.nomura.com |
| abraunstein@riemerlaw.com | barbra.parlin@hklaw.com |
| acaton@kramerlevin.com | bbisignani@postschell.com |
| adarwin@nixonpeabody.com | bcarlson@co.sanmateo.ca.us |
| adiamond@diamondmccarthy.com | bdemay@hsgllp.com |
| adk@msf-law.com | bdk@schlamstone.com |
| aentwistle@entwistle-law.com | benjamin.mintz@apks.com |
| aglenn@kasowitz.com | bguiney@pbwt.com |
| agold@herrick.com | bmiller@mofo.com |
| aisenberg@saul.com | boneill@kramerlevin.com |
| akadish@dtlawgroup.com | brosenblum@jonesday.com |
| akolod@mosessinger.com | brotenberg@wolffsamson.com |
| alexander.lorenzo@alston.com | broy@rltlawfirm.com |
| allison.holubis@wilsonelser.com | bruce.wright@sutherland.com |
| alum@ftportfolios.com | bsellier@rlrpclaw.com |
| amartin@sheppardmullin.com | bstrickland@wtplaw.com |
| amcmullen@boultcummings.com | btrust@mayerbrown.com |
| amh@amhandlerlaw.com | bturk@tishmanspeyer.com |
| andrew.lourie@kobrekim.com | bwolfe@sheppardmullin.com |
| andrewtenzer@paulhastings.com | cahn@clm.com |
| angelich.george@arentfox.com | canelas@pursuitpartners.com |
| angie.owens@skadden.com | cbelisle@wfw.com |
| anthony_boccanfuso@aporter.com | cbelmonte@ssbb.com |
| aostrow@beckerglynn.com | cdesiderio@nixonpeabody.com |
| appleby@chapman.com | cfarley@mccarter.com |
| arainone@bracheichler.com | cgoldstein@stcwlaw.com |
| arancier@offitkurman.com | chad.husnick@kirkland.com |
| arosenblatt@chadbourne.com | chammerman@paulweiss.com |
| arthur.rosenberg@hklaw.com | charles@filardi-law.com |
| arwolf@wlrk.com | charles_malloy@aporter.com |
| aschwartz@homerbonner.com | chemrick@thewalshfirm.com |
| aseuffert@lawpost-nyc.com | chipford@parkerpoe.com |
| ashmead@sewkis.com | chris.donoho@hoganlovells.com |
| asnow@ssbb.com | christopher.greco@kirkland.com |
| asomers@rctlegal.com | claude.montgomery@dentons.com |
| aunger@sidley.com | clynch@reedsmith.com |
| austin.bankruptcy@publicans.com | cohen@sewkis.com |
| avenes@whitecase.com | cp@stevenslee.com |
| bankruptcy@goodwin.com | cpappas@dilworthlaw.com |

1

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

| | |
|---|---|
| cparyse@contrariancapital.com | djoseph@stradley.com |
| craig.goldblatt@wilmerhale.com | dkessler@ktmc.com |
| craigjustinalbert@gmail.com | dkozusko@willkie.com |
| crmomjian@attorneygeneral.gov | dlipke@vedderprice.com |
| csalomon@beckerglynn.com | dmark@kasowitz.com |
| cschreiber@winston.com | dmcguire@winston.com |
| cshore@whitecase.com | dmiller@steinlubin.com |
| cszyfer@stroock.com | dmurray@jenner.com |
| cwalsh@mayerbrown.com | dneier@winston.com |
| cward@polsinelli.com | dodonnell@milbank.com |
| cweiss@ingramllp.com | dpegno@dpklaw.com |
| dallas.bankruptcy@publicans.com | drosenzweig@fulbright.com |
| dave.davis@isgria.com | drosner@goulstonstorrs.com |
| david.bennett@tklaw.com | drosner@kasowitz.com |
| david.livshiz@freshfields.com | dshaffer@wtplaw.com |
| david.powlen@btlaw.com | dspelfogel@foley.com |
| david.wender@alston.com | dsullivan@hsgllp.com |
| davids@blbglaw.com | dtheising@harrisonmoberly.com |
| davidwheeler@mvalaw.com | dwdykhouse@pbwt.com |
| dbarber@bsblawyers.com | dworkman@bakerlaw.com |
| dbaumstein@whitecase.com | ebcalvo@pbfcm.com |
| dbesikof@loeb.com | ecohen@russellinvestments.com |
| dblack@hsgllp.com | edelucia@hsgllp.com |
| dcimo@gjb-law.com | edward.flanders@pillsburylaw.com |
| dcoffino@cov.com | efisher@binderschwartz.com |
| dcrapo@gibbonslaw.com | efleck@milbank.com |
| ddavis@paulweiss.com | efriedman@fklaw.com |
| ddunne@milbank.com | efriedman@friedmanspring.com |
| deggermann@kramerlevin.com | ekbergc@lanepowell.com |
| deggert@freebornpeters.com | eleicht@whitecase.com |
| demetra.liggins@tklaw.com | ellen.halstead@cwt.com |
| dennis.tracey@hoganlovells.com | emagnelli@bracheichler.com |
| dfelder@orrick.com | emerberg@mayerbrown.com |
| dflanigan@polsinelli.com | enkaplan@kaplanlandau.com |
| dgoldberg@hsgllp.com | eobrien@sbchlaw.com |
| dhayes@mcguirewoods.com | etillinghast@sheppardmullin.com |
| dhealy@hsgllp.com | evanhorn@grosspolowy.com |
| dheffer@foley.com | eweinick@otterbourg.com |
| dhurst@coleschotz.com | ezujkowski@emmetmarvin.com |
| dhw@dhclegal.com | farrington.yates@kobrekim.com |
| djcarragher@daypitney.com | fcarruzzo@kramerlevin.com |

2

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

ffm@bostonbusinesslaw.com
foont@foontlaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
gcacuci@law.nyc.gov
general@mklawnyc.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnylaw.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@chadbourne.com
heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ipetersen@johnstonthomas.com
irethy@stblaw.com
j.zelloe@stahlzelloe.com
jacobsonn@sec.gov
james.berg@piblaw.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com

jbrody@americanmlg.com
jbrody@johnstonthomas.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@united.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.beck@hoganlovells.com
john.goodchild@morganlewis.com
john.monaghan@hklaw.com
john.mule@state.mn.us
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@morganlewis.com

3

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

| | |
|---|---|
| jowen769@yahoo.com | kressk@pepperlaw.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com |
| jpintarelli@mofo.com | ksebaski@hsgllp.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com |
| jprol@lowenstein.com | kurt.rademacher@morganlewis.com |
| jrabinowitz@rltlawfirm.com | ladler@laniadlerpartners.com |
| jrapisardi@omm.com | landon@slollp.com |
| jrosenthal@mhlawcorp.com | lapeterson@foley.com |
| jrsmith@hunton.com | lawallf@pepperlaw.com |
| jschiller@bsfllp.com | lawrence.gelber@srz.com |
| jschwartz@hahnhessen.com | lberkoff@moritthock.com |
| jsheerin@mcguirewoods.com | lee.stremba@troutmansanders.com |
| jsherman@bsfllp.com | lee.whidden@dentons.com |
| jshickich@riddellwilliams.com | leo.crowley@pillsburylaw.com |
| jsmairo@pbnlaw.com | lgomez@msek.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com |
| jtimko@shutts.com | lhandelsman@stroock.com |
| judy.morse@crowedunlevy.com | lisa.solomon@att.net |
| jvail@ssrl.com | ljkotler@duanemorris.com |
| jwcohen@daypitney.com | lkatz@ltblaw.com |
| jwest@velaw.com | lkiss@klestadt.com |
| jwh@njlawfirm.com | lmarinuzzi@mofo.com |
| jzulack@fzwz.com | lmcgowen@orrick.com |
| kanema@formanlaw.com | lnashelsky@mofo.com |
| karen.wagner@dpw.com | loizides@loizides.com |
| karl.geercken@alston.com | lperlman@hsgllp.com |
| kdwbankruptcydepartment@kelleydrye.com | lschweitzer@cgsh.com |
| keith.simon@lw.com | lucdespins@paulhastings.com |
| kelly.kleist@solidcounsel.com | mabrams@willkie.com |
| ken.coleman@allenovery.com | maofiling@cgsh.com |
| kerry.moynihan@hro.com | marc.roitman@ropesgray.com |
| kgwynne@reedsmith.com | margolin@hugheshubbard.com |
| kiplok@hugheshubbard.com | mark.bane@ropesgray.com |
| kkelly@ebglaw.com | mark.ellenberg@cwt.com |
| kkolbig@mosessinger.com | mark.mckane@kirkland.com |
| klyman@irell.com | mark.salzberg@squirepb.com |
| klynch@formanlaw.com | mark.sherrill@sutherland.com |
| kmanka@johnstonthomas.com | maryann.gagliardi@wilmerhale.com |
| kobak@hugheshubbard.com | matt@willaw.com |
| korr@orrick.com | matthew.klepper@dlapiper.com |
| kovskyd@pepperlaw.com | maustin@orrick.com |

4

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcolomar@diazreus.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanin@kasowitz.com
mhopkins@cov.com
michael.kelly@monarchlp.com
michael.kraut@morganlewis.com
michael.mccrory@btlaw.com
michael.solow@apks.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mitchell.berger@squirepb.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpackman@fisherbrothers.com
mparry@mosessinger.com
mrosenthal@gibsondunn.com

mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
mshuster@hsgllp.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neil.herman@morganlewis.com
neilberger@teamtogut.com
ngueron@cgr-law.com
nicholas.zalany@squirepb.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
nlieberman@hsgllp.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
patrick.miller@faegrebd.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

psp@njlawfirm.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rthomas@johnstonthomas.com
russj4478@aol.com
rweiss@johnstonthomas.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com

scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
soneal@cgsh.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

tdewey@dpklaw.com

tgoren@mofo.com

tgrinsell@hsgllp.com

thenderson@americanmlg.com

thomas.califano@dlapiper.com

timothy.harkness@freshfields.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmm@mullaw.org

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

uitkin@kasowitz.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

william.hao@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@beckerglynn.com

wtaylor@mccarter.com

yuwatoko@mofo.com