UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: Chapter 11
**In re** :
: Case No. 08-13555 (SCC)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 59863
:
:
:
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 19, 2019, I caused to be served the "Notice of Defective Transfer," dated August 5, 2019, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Wing Chan*
Wing Chan

Sworn to before me this
20th day of August, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

-2-

\\p054ebsfile01\ebs\ClientInfo\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers (Proc 8-5 Through 8-18)_DI 59863_AFF_8-19-19.docx

**EXHIBIT A**

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000148647039 ***          LBH DEFTRFNTC (MERGE2, TXNUM2) 4000188449



BANK JULIUS BAER EUROPE AG
TRANSFEROR: CREDIT SUISSE
ATTN: MICHALE SCHUTZ/ JULIA KUNKELS
P.O. BOX 1407
24013 KIEL
 GERMANY



          UBS AG
          BAHNHOFSTRASSE 45
          CH-8001 ZURICH
           SWITZERLAND


**Your transfer  of claim # 5355829-57 is defective for the reason(s) checked below:**

Other DUPLICATE OF DOCKET 59850; ISIN ALREADY TRANSFERRED


Docket Number   59863          Date:  08/05/2019

/s/ Betina Wheelon

_____

_____
Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER EUROPE AG | TRANSFEROR: CREDIT SUISSE, ATTN: MICHALE SCHUTZ/ JULIA KUNKELS, P.O. BOX 1407, 24013 KIEL   GERMANY |
| UBS AG | BAHNHOFSTRASSE 45, CH-8001 ZURICH   SWITZERLAND |

**Total Creditor Count 2**