yUNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------- x
                                        :   Chapter 11
In re                                   :
                                        :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., et al.,  :
                                        :   (Jointly Administered)
                        Debtors.        :
                                        :   Ref. Docket Nos. 59875-
                                        :   59878 and 59880-59890
                                        :
                                        :
                                        :
-------------------------------------------------------------------- x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 19, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 19, 2019, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
20th day of August, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:     BAR(23) MAILID *** 000148646963 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000178228



CANYON BALANCED MASTER FUND, LTD.
TRANSFEROR: CANPARTNERS INVESTMENTS IV, LLC
C/O CANYON CAPITAL ADVISORS LLC/ATTN: JAMES PAGNAM
2000 AVENUE OF THE STARS, 11TH FLOOR
LOS ANGELES, CA 90067

Please note that your claim # 67346-24 in the above referenced case and in the amount of
$14,495,000.00 has been transferred (unless previously expunged by court order)

CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: CANYON BALANCED MASTER FUND, LTD.
ATTN: KENNETH KEELEY
390 GREENWICH STREET, 4TH FLOOR
NEW YORK, NY 10013

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          59885          in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/19/2019                              Vito Genna, Clerk of Court

                                             /s/ Betina Wheelon
                                             _____

                                             Epiq Corporate Restructuring, LLC

                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 19, 2019.

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| CANYON BALANCED MASTER FUND, LTD. | TRANSFEROR: CANPARTNERS INVESTMENTS IV, LLC, C/O CANYON CAPITAL ADVISORS LLC/ATTN: JAMES PAGNAM, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON BLUE CREDIT INVESTMENT FUND, L.P. | TRANSFEROR: CANPARTNERS INVESTMENTS IV, LLC, C/O CANYON CAPITAL ADVISORS LLC/GEN CNSL, ATTN: JAMES PAGNAM, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION FUND, L.P. | TRANSFEROR: CANPARTNERS INVESTMENTS IV, LLC, C/O CANYON CAPITAL ADVISORS LLC/JAMES PAGNAM, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION MAC 18 LTD | TRANSFEROR: CANPARTNERS INVESTMENTS IV, LLC, C/O CANYON CAPITAL ADVISORS LLC/ATTN: JAMES PAGNAM, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION MASTER FUND, LP | TRANSFEROR: CANPARTNERS INVESTMENTS IV, LLC, C/O CANYON CAPITAL ADVISORS LLC/ATTN: JAMES PAGNAM, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BALANCED MASTER FUND, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BLUE CREDIT INVESTMENT FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MASTER FUND, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (SCHWEIZ) AG | TRANSFEROR: VALIANT BANK AG, C/O CRAVATH, SWAINE & MOORE LLP – ATTN: MR TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (SCHWEIZ) AG | ATTN: MRS ST. SWEENEY, C/O KWJS & S, 200 WEST 41ST STREET, 17TH FLOOR, NEW YORK, NY 10036 |
| CREDIT SUISSE (SCHWEIZ) AG | TRANSFEROR: VALIANT BANK AG, C/O CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (SCHWEIZ) AG | ATTN: MRS ST. SWEENEY, C/O KWJS & S, 200 WEST 41ST STREET, 17TH FLOOR, NEW YORK, NY 10036 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH |

| Claim Name | Address Information |
|---|---|
| HBK MASTER FUND, L.P. | FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| ILLIQUIDX LIMITED | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MR CELESTINO AMORE - 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| UBS AG | TRANSFEROR: CREDIT SUISSE, BAHNHOFSTRASSE 45, CH-8001 ZURICH  SWITZERLAND |
| VALIANT BANK AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., BUNDESPLATZ 4, POSTFACH, 3001 BERN SWITZERLAND |
| VALIANT BANK AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., BUNDESPLATZ 4, POSTFACH, 3001 BERN SWITZERLAND |
| YORK SELECT INVESTORS MASTER FUND, L.P. | TRANSFEROR: YORK GLOBAL VALUE PARTNERS, L.P., ATTN: LAUREN SEARING YUN, C/O YORK CAPITAL MANAGEMENT, 767 FIFTH AVENUE, 17TH FL., NEW YORK, NY 10153 |
| YORK SELECT MASTER FUND, L.P. | TRANSFEROR: YORK SELECT UNIT TRUST, ATTN: LAUREN SEARING YUN, C/O YORK CAPITAL MANAGEMENT, 767 FIFTH AVENUE, 17TH FL., NEW YORK, NY 10153 |
| YORK SELECT STRATEGY MASTER FUND, L.P. | TRANSFEROR: YORK SELECT INVESTORS MASTER FUND, L.P., C/O YORK CAPITAL MANAGEMENT - ATTN: LAUREN SEARING YUN, 767 FIFTH AVENUE, 17TH FL., NEW YORK, NY 10153 |
| YORK SELECT STRATEGY MASTER FUND, L.P. | TRANSFEROR: YORK SELECT MASTER FUND, L.P., C/O YORK CAPITAL MANAGEMENT - ATTN: LAUREN SEARING YUN, 767 FIFTH AVENUE, 17TH FL., NEW YORK, NY 10153 |
| YORK SELECT STRATEGY MASTER FUND, L.P. | TRANSFEROR: YORK SELECT, L.P., C/O YORK CAPITAL MANAGEMENT - ATTN: LAUREN SEARING YUN, 767 FIFTH AVENUE, 17TH FL, NEW YORK, NY 10153 |
| YORK SELECT, L.P. | C/O YORK CAPITAL MANAGEMENT, ATTN: ADAM SEMLER, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| **Claim Name** | **Address Information** |
| --- | --- |

**Total Creditor Count 79**