# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No.: 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

**To:**   **U.S. Bank National Association, Assignor/Transferor**
540 West Madison Street, Suite 1840
Chicago, Illinois 60661
Attention: Corporate Trust Services

Your claim relating to Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-17H included in claim number 700008 (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise, the "**Claim**") in the bankruptcy cases in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (SCC), or any other court with jurisdiction over such proceedings, has been transferred to Ambac Assurance Corporation, Assignee/Transferee.

No action is required if you do not object to the transfer of your Claim. If you object to the transfer, within twenty-one (21) days of the date of this notice, you must file a written objection and provide written notice to the Assignee/Transferee:

**Ambac Assurance Corporation, Assignee/Transferee**
1 State Street, New York, NY 10004
Attention: General Counsel
JRoman@ambac.com
212-208-3408

## EVIDENCE OF TRANSFER

**U.S. Bank National Association, not individually but solely in its capacity as Trustee**, its successors and assigns (collectively, "**Assignor**"), has hereby absolutely and unconditionally sold, conveyed, transferred and assigned to **Ambac Assurance Corporation**, its successors and assigns (collectively, "**Assignee**"), its claim relating to Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-17H included in claim number 700008 (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation or otherwise, the "**Claim**") in the bankruptcy cases in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (SCC), or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment of the Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly-authorized representatives this 26th day of August, 2019.

(*Signatures on following page*)

| **U.S. Bank National Association,** | **Ambac Assurance Corporation** |
|---|---|
| not individually but solely in its capacity as Trustee | |
| By: *[signature]* | By: _____ |
| Name: ERIC M. OTT | Name: _____ |
| Title: VICE PRESIDENT | Title: _____ |

[Proof of Claim Transfer – LXS 2007-17H]

| | |
|---|---|
| **U.S. Bank National Association,** not individually but solely in its capacity as Trustee | **Ambac Assurance Corporation** |
| By:_____ | By: /s/ Robert Tyrrell |
| Name: _____ | Name: Robert Tyrrell |
| Title: _____ | Title: First Vice President |

## Affidavit of Service

STATE OF NEW YORK        )
                         :SS.:
COUNTY OF NEW YORK  )

David J. Lawrence, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a part to the action, and am a resident of the State of New Jersey, Essex County. I am employed by Patterson Belknap Webb & Tyler LLP.

2. On August 26, 2019, I served the **Notice of Transfer of Claim Pursuant to Fed. R. Bankr. P. 3001(e)(2)**, dated 8/26/2019 upon:

U.S. Bank National Association, Assignor/Transferor
540 West Madison Street, Suite 1840
Chicago, Illinois 60661
Attention: Corporate Trust Services

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attention: Clerk's Office

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Garrett A. Fail, Esq.
Counsel for the Debtors

3. I made such service by personally depositing a true and correct copy of the aforementioned document, enclosed in a properly addressed, securely sealed, postpaid wrapper, into a depository under the exclusive care and custody of the United States Post Office within the State of New York.

David J. Lawrence

Sworn to before me this
26th day of August, 2019

Notary Public

ANGELA M. SCORESE
Notary Public, State of New York
No. 01SC6359494
Qualified in New York
Commission Expires May 30, 2021