Schedule B

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Mr. Tiong Ngie Kiang | The Hongkong and Shanghai Banking Corporation Limited, Singapore Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: Mr. Tiong Ngie Kiang, No.49 Brooke Drive, 96000 Sibu, Sarawak, Malaysia.

Court Claim # (if known): **[56671]**

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Phone: +60 84333471 (office)
       +60 128893700 (mobile)

Date Claim Filed: 29 October 2009

Full Bank Acct. Details
Agent Bank: JPMorgan Chase Bank N.A.
SWIFT: CHASUS33

Beneficiary Bank: DBS Bank Limited
SWIFT: DBSSSGSGPCG

Beneficiary Acct Name: Tiong Ngie Kiang
Beneficiary Acct No.: S-271585

Name and Address where transferee payments should be sent (if different from above): As above

Phone: As above

Phone: +852 3604 7640
Last Four Digits of Acct. #: **6253**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 17th July 2019
Transferee / Transferee's Agent
Name: Tiong Ngie Kiang
Title: Mr.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

E2.277894 RESTRICTED

| Checker: | Karina Lee 43840746 |
|---|---|
| Signature verified: | |

Schedule C
Evidence of transfer of claim

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED SINGAPORE BRANCH ("**Transferor**"), does hereby certify that, as of _____, 2019, it has unconditionally and irrevocably transferred and assigned to **Mr. Tiong Ngie Kiang** ("**Transferee**"), to the extent specified below (the "**Transferred Claim**"), Transferor's right, title and interest in and to Proof of Claim Number [**56671**] filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (SCC) in the United States Bankruptcy Court for the Southern District of New York, solely in the following amounts (the "**Claim**").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|---|---|---|---|
| XS0229584296 | LEHMAN BROTHERS TREASURY CO. B.V. | LEHMAN BROTHERS HOLDINGS INC | EUR 200,000.00 |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the _____ of _____ 2019.

THE HONGKONG AND SHANGHAI
BANKING CORPORATION LIMITED

By: _____
Name: Ang Sok Leng
Title: Head of Credit Advisory, South East Asia
Tel.: HSBC Private Banking

TIONG NGIE KIANG

By: _____
Tel.: +60 84333471 (office)
 +60 128893700 (mobile)

| Checker : | Karina Lee 43840746 | / |
|---|---|---|
| Signature verified: | | / |

E2.277894 RESTRICTED