Schedule B

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Mr. Dandy Linardi | The Hongkong and Shanghai Banking Corporation Limited, Singapore Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: Mr. Dandy Linardi, 7 Pandan Valley, #11-502 Poinciana Court, Singapore 597631

Phone: +62 81 61834722 (mobile)

Full Bank Acct. Details
Correspondence Bank: HSBC Bank USA, New York
SWIFT: MRMDUS33

Beneficiary Bank: HSBC Bank (Singapore) Limited
SWIFT: HSBCSGS2
Bank address: 6 Claymore Hill, #03-01 Claymore Plaza, Singapore 229571
Beneficiary Acct Name: Dandy Linardi
Beneficiary Acct No.: 152-170486-270 (USD)

Name and Address where transferee payments should be sent (if different from above): As above

Phone: As above

Court Claim # (if known): **56671**

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Date Claim Filed: 29 October 2009

Phone: +852 3604 7640
Last Four Digits of Acct. #: **6253**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____
Transferee / Transferee's Agent
Name: Dandy Linardi
Title: Mr.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

E2.277894 RESTRICTED

## Schedule C
## Evidence of transfer of claim

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED SINGAPORE BRANCH** ("Transferor"), does hereby certify that, as of _____, 2019, it has unconditionally and irrevocably transferred and assigned to **Mr. Dandy Linardi** ("Transferee"), to the extent specified below (the "**Transferred Claim**"), Transferor's right, title and interest in and to Proof of Claim Number 56671 filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (SCC) in the United States Bankruptcy Court for the Southern District of New York, solely in the following amounts (the "**Claim**").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|---|---|---|---|
| XS0326025920 | LEHMAN BROTHERS TREASURY CO. B.V. | LEHMAN BROTHERS HOLDINGS INC | USD200,000 |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the _____ of _____ 2019.

THE HONGKONG AND SHANGHAI
BANKING CORPORATION LIMITED

By: _____
Name: _____
   Ang Sok Leng
Title: Head of Credit Advisory, South East Asia
Tel.: HSBC Private Banking

**DANDY LINARDI**

By: _____
Tel.: **+62 81 61834722 (mobile)**

E2.277894 RESTRICTED