| | |
|---|---|
| David R. Seligman, P.C. | Mark McKane, P.C. (admitted *pro hac vice*) |
| Joseph M. Graham (admitted *pro hac vice*) | Kevin Chang (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | **KIRKLAND & ELLIS LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 300 North LaSalle | 555 California Street |
| Chicago, Illinois 60654 | San Francisco, California 94104 |
| Telephone: (312) 862-2000 | Telephone: (415) 439-1400 |
| Facsimile: (312) 862-2200 | Facsimile: (415) 439-1500 |

*Counsel to the Joint Liquidators*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF JOINT LIQUIDATORS' MOTION**
**FOR AN ORDER ENFORCING THE MODIFIED THIRD AMENDED**
**JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC.**
**AND ITS AFFILIATED DEBTORS FOR PURPOSES OF DISTRIBUTIONS**

**PLEASE TAKE NOTICE** that on January 22, 2019, Bruce Alexander Mackay and Matthew Robert Haw of RSM Restructuring Advisory LLP (the "***Joint Liquidators***") filed the *Joint Liquidators' Motion for an Order Enforcing the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for Purposes of Distributions* [Dkt. No. 59409] (the "***Motion***") with the United States Bankruptcy Court for the Southern District of New York (the "***Court***").

**PLEASE TAKE FURTHER NOTICE** that on August 23, 2019, (a) Lehman Brothers UK Capital Funding IV LP, Lehman Brothers UK Capital Funding V LP, LB GP No. 1 Ltd., acting by the Joint Liquidators, as general partner to LP IV and LP V, and the Joint Liquidators (without personal liability); (b) Lehman Brothers Holdings Inc., as Plan Administrator, and Lehman Brothers Special Financing Inc.; and (c) LB Investment Holdings Ltd. (in liquidation) (acting by Sarah Megan Rayment and Mark James Shaw of BDO LLP, the "***PLP Liquidators***"), and the PLP Liquidators (without personal liability) entered into a settlement agreement (the "***Settlement Agreement***").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Settlement Agreement, the Joint Liquidators hereby withdraw the Motion with prejudice.

| | |
|---|---|
| Dated: August 27, 2019<br>New York, New York | */s/ David R. Seligman, P.C.*<br>David R. Seligman, P.C.<br>Joseph M. Graham (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email: david.seligman@kirkland.com<br>           joe.graham@kirkland.com<br><br>-and-<br><br>Mark McKane, P.C. (admitted *pro hac vice*)<br>Kevin Chang (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>555 California Street<br>San Francisco, California 94104<br>Telephone:   (415) 439-1400<br>Facsimile:    (415) 439-1500<br>Email:  mark.mckane@kirkland.com<br>            kevin.chang@kirkland.com<br><br>*Counsel to the Joint Liquidators* |