Elizabeth Harrison
1413 N. Vermont St.
Arlington, Va. 22201
571-480-2520
Eharrison165@gmail.com



August 23rd, 2019

The Honorable Shelley C. Chapman
United States Bankruptcy Judge Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: Lehman Brothers Holding, Inc., Docket No. 08-13555-SCC (Bankr. S.D.N.Y.)

Dear Honorable Judge Chapman:

I am respectfully writing you this letter to ensure that the honorable court is aware and enforces that our Capital Trusts guarantee, "will not be discharged except by payment of the guarantee payments in full to the extent not paid by the trust or upon distribution of the junior subordinated debt securities to the holders of the preferred securities in exchange for all such preferred securities."

Respectfully, our trusts are on the exempt entities list as provided by the LBHI estate with an enforceable prospectus contract and guarantees.

Additionally, the aforementioned Capital Trusts are guaranteed under the Global Guarantee and the Board of Director's Guarantee established on June 2005. All rights afforded by both guarantees apply to LBHI's Capital Trust III, IV, V and VI. Please be aware that because of the Guarantee within the prospectuses, the Global Guarantee and the Board of Director's Guarantee that LBHI's Capital Trust III, IV, V and VI are not dischargeable without fulfilling the obligations under each prospectus.

The same information is also transmitted to the US Trustee, Trustee of the Capital Trust (BNYM), LBHI and the Plan Administrator. I believe that this important fact is overlooked and would like to respectfully bring it to your attention. The four Capital Trusts are listed below:

Lehman Brothers Capital Trust  III  (LEHKQ) CUSIP 52519Y209

Lehman Brothers Capital Trust  IV  (LEHLQ) CUSIP 52520B206

Lehman Brothers Capital Trust  V  (LHHMQ) CUSIP 52520E200

Lehman Brothers Capital Trust  VI  (LEHNQ) CUSIP 52520X208

Thank you for your valuable time.

Respectfully Submitted,

*Elizabeth Harrison*

Elizabeth Harrison
Pro Se

EXHIBIT A

Excerpt from LEHKQ PROSPECTUS, p. 21

**Status of the Guarantees**

The guarantee will constitute an unsecured obligation of Lehman Brothers Holdings and will rank:

- subordinate and junior in right of payment to all other liabilities of Lehman Brothers Holdings,

- on a parity with the most senior preferred or preference stock now or hereafter issued by Lehman Brothers Holdings and with any guarantee now or hereafter entered into by Lehman Brothers Holdings in respect of any preferred securities of any affiliate of Lehman Brothers Holdings, and

- senior to Lehman Brothers Holding's common stock.

*The guarantee will* not place a limitation on the amount of additional senior debt that may be incurred by Lehman Brothers Holdings.

The guarantee will constitute a guarantee of payment and not of collection (that is, the guaranteed party may institute a legal proceeding directly against Lehman Brothers Holdings to enforce its rights under the guarantee without first instituting a legal proceeding against any other person or entity). The guarantee will not be discharged except by payment of the guarantee payments in full to the extent not paid by the trust or upon distribution of the junior subordinated debt securities to the holders of the preferred securities in exchange for all such preferred securities.

The guarantee, when taken together with Lehman Brothers Holdings' obligations under the junior subordinated debt securities, the indenture and the declaration, including its obligations to pay costs, expenses, debts and liabilities of the trust, other than those relating to trust securities, will provide a full and unconditional guarantee on a subordinated basis by Lehman Brothers Holdings of payments due on the preferred securities. See "Effect of Obligations Under the Junior Subordinated Debt Securities and the Guarantee."