**WOLLMUTH MAHER & DEUTSCH LLP**
500 Fifth Avenue
Mara R. Lieber
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | |

**NOTICE OF WITHDRAWAL**

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that Wollmuth Maher & Deutsch LLP ("WMD") pursuant to Local Rule 2090-1(e) hereby withdraws counsel Mara R. Lieber, as counsel of record for Lehman Brothers Holdings Inc., and requests that Mara R. Lieber be removed from all notices, including the Court's CM/ECF electronic notification list, notices, pleadings, and any applicable service lists given or filed in the above captioned matter.

**PLEASE TAKE FURTHER NOTICE** that this withdrawal is limited to Mara R. Lieber, Esq., and does not impact the representation of Lehman Brothers Holdings Inc. by WMD attorneys in the above-captioned matter.

Dated: August 28, 2019
      New York, New York

                                                      */s/ Mara R. Lieber*
                                                      Mara R. Lieber

                                                      WOLLMUTH MAHER & DEUTSCH LLP
                                                      500 Fifth Avenue
                                                      New York, New York 10110
                                                      (212) 382-3300
                                                      mlieber@wmd-law.com

                                                      *Counsel for Lehman Brothers Holdings Inc.*