**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
|  | : |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

------------------------------------------------------------------------x    **Ref. Docket No. 59912**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
    ) ss.:
COUNTY OF NEW YORK    )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 27, 2019, I caused to be served the "Reply in Support of Plan Administrator's Brief on Remand in Support of Five Hundred Nineteenth Omnibus Objection to Claims," dated August 27, 2019 [Docket No. 59912], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed <u>Exhibit A</u>,

    b. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed <u>Exhibit B</u>, and

    c. delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Forrest Kuffer*
                                                    Forrest Kuffer

Sworn to before me this
29th day of August, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

**EXHIBIT A**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Overnight Mail Master Service List**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**First Class Mail Additional Service List**

MAVERICK CAPITAL, LTD.
ATTN: JOHN T. MCCAFFERTY, GENERAL COUNSEL
300 CRESCENT COURT, 18TH FLOOR
DALLAS, TX 75201

MOHRMAN, KAARDAL & ERICKSON, P.A.
150 SOUTH FIFTH STREET, SUITE 3100
MINNEAPOLIS, MINNESOTA 55402

OFFICE OF THE ATTORNEY GENERAL OF NEW YORK
THE CAPITOL
ALBANY, NY 12224-0341

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
300 W. 15TH STREET
AUSTIN, TX 78701

STAHL FOREST & ZELLOE PC
11350 RANDOM HILLS RD
SUITE 700
FAIRFAX, VA 22030

WIGGIN AND DANA LLP
ONE CENTURY TOWER
265 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510

**EXHIBIT C**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

AAARONSON@DILWORTHLAW.COM
AALFONSO@WILLKIE.COM
ABEAUMONT@FKLAW.COM
ABRAUNSTEIN@RIEMERLAW.COM
ACATON@KRAMERLEVIN.COM
ADARWIN@NIXONPEABODY.COM
ADIAMOND@DIAMONDMCCARTHY.COM
ADK@MSF-LAW.COM
AENTWISTLE@ENTWISTLE-LAW.COM
AGLENN@KASOWITZ.COM
AGOLD@HERRICK.COM
AISENBERG@SAUL.COM
AKADISH@DTLAWGROUP.COM
AKOLOD@MOSESSINGER.COM
ALEXANDER.LORENZO@ALSTON.COM
ALLISON.HOLUBIS@WILSONELSER.COM
ALUM@FTPORTFOLIOS.COM
AMARTIN@SHEPPARDMULLIN.COM
AMCMULLEN@BOULTCUMMINGS.COM
AMH@AMHANDLERLAW.COM
ANDREW.LOURIE@KOBREKIM.COM
ANDREWTENZER@PAULHASTINGS.COM
ANGELICH.GEORGE@ARENTFOX.COM
ANGIE.OWENS@SKADDEN.COM
ANTHONY_BOCCANFUSO@APORTER.COM
AOSTROW@BECKERGLYNN.COM
APPLEBY@CHAPMAN.COM
ARAINONE@BRACHEICHLER.COM
ARANCIER@OFFITKURMAN.COM
AROSENBLATT@CHADBOURNE.COM
ARTHUR.ROSENBERG@HKLAW.COM
ARWOLF@WLRK.COM
ASCHWARTZ@HOMERBONNER.COM
ASEUFFERT@LAWPOST-NYC.COM
ASHMEAD@SEWKIS.COM
ASNOW@SSBB.COM
ASOMERS@RCTLEGAL.COM
AUNGER@SIDLEY.COM
AUSTIN.BANKRUPTCY@PUBLICANS.COM
AVENES@WHITECASE.COM
BANKRUPTCY@GOODWIN.COM
BANKRUPTCY@MORRISONCOHEN.COM
BANKRUPTCY@NTEXAS-ATTORNEYS.COM

BANKRUPTCYMATTERS@US.NOMURA.COM
BARBRA.PARLIN@HKLAW.COM
BBISIGNANI@POSTSCHELL.COM
BCARLSON@CO.SANMATEO.CA.US
BDEMAY@HSGLLP.COM
BDK@SCHLAMSTONE.COM
BENJAMIN.MINTZ@APKS.COM
BGUINEY@PBWT.COM
BMILLER@MOFO.COM
BONEILL@KRAMERLEVIN.COM
BROSENBLUM@JONESDAY.COM
BROTENBERG@WOLFFSAMSON.COM
BROY@RLTLAWFIRM.COM
BRUCE.WRIGHT@SUTHERLAND.COM
BSELLIER@RLRPCLAW.COM
BSTRICKLAND@WTPLAW.COM
BTRUST@MAYERBROWN.COM
BTURK@TISHMANSPEYER.COM
BWOLFE@SHEPPARDMULLIN.COM
CAHN@CLM.COM
CANELAS@PURSUITPARTNERS.COM
CBELISLE@WFW.COM
CBELMONTE@SSBB.COM
CDESIDERIO@NIXONPEABODY.COM
CFARLEY@MCCARTER.COM
CGOLDSTEIN@STCWLAW.COM
CHAD.HUSNICK@KIRKLAND.COM
CHAMMERMAN@PAULWEISS.COM
CHARLES@FILARDI-LAW.COM
CHARLES_MALLOY@APORTER.COM
CHEMRICK@THEWALSHFIRM.COM
CHIPFORD@PARKERPOE.COM
CHRIS.DONOHO@HOGANLOVELLS.COM
CHRISTOPHER.GRECO@KIRKLAND.COM
CLAUDE.MONTGOMERY@DENTONS.COM
CLYNCH@REEDSMITH.COM
COHEN@SEWKIS.COM
CP@STEVENSLEE.COM
CPAPPAS@DILWORTHLAW.COM
CPARYSE@CONTRARIANCAPITAL.COM
CRAIG.GOLDBLATT@WILMERHALE.COM
CRAIGJUSTINALBERT@GMAIL.COM
CRMOMJIAN@ATTORNEYGENERAL.GOV

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

CSALOMON@BECKERGLYNN.COM
CSCHREIBER@WINSTON.COM
CSHORE@WHITECASE.COM
CSZYFER@STROOCK.COM
CWALSH@MAYERBROWN.COM
CWARD@POLSINELLI.COM
CWEISS@INGRAMLLP.COM
DALLAS.BANKRUPTCY@PUBLICANS.COM
DAVE.DAVIS@ISGRIA.COM
DAVID.BENNETT@TKLAW.COM
DAVID.LIVSHIZ@FRESHFIELDS.COM
DAVID.POWLEN@BTLAW.COM
DAVID.WENDER@ALSTON.COM
DAVIDS@BLBGLAW.COM
DAVIDWHEELER@MVALAW.COM
DBARBER@BSBLAWYERS.COM
DBAUMSTEIN@WHITECASE.COM
DBESIKOF@LOEB.COM
DBLACK@HSGLLP.COM
DCIMO@GJB-LAW.COM
DCOFFINO@COV.COM
DCRAPO@GIBBONSLAW.COM
DDAVIS@PAULWEISS.COM
DDUNNE@MILBANK.COM
DEGGERMANN@KRAMERLEVIN.COM
DEGGERT@FREEBORNPETERS.COM
DEMETRA.LIGGINS@TKLAW.COM
DENNIS.TRACEY@HOGANLOVELLS.COM
DFELDER@ORRICK.COM
DFLANIGAN@POLSINELLI.COM
DGOLDBERG@HSGLLP.COM
DHAYES@MCGUIREWOODS.COM
DHEALY@HSGLLP.COM
DHEFFER@FOLEY.COM
DHURST@COLESCHOTZ.COM
DHW@DHCLEGAL.COM
DJCARRAGHER@DAYPITNEY.COM
DJOSEPH@STRADLEY.COM
DKESSLER@KTMC.COM
DKOZUSKO@WILLKIE.COM
DLIPKE@VEDDERPRICE.COM
DMARK@KASOWITZ.COM
DMCGUIRE@WINSTON.COM

DMILLER@STEINLUBIN.COM
DMURRAY@JENNER.COM
DNEIER@WINSTON.COM
DODONNELL@MILBANK.COM
DPEGNO@DPKLAW.COM
DROSENZWEIG@FULBRIGHT.COM
DROSNER@GOULSTONSTORRS.COM
DROSNER@KASOWITZ.COM
DSHAFFER@WTPLAW.COM
DSPELFOGEL@FOLEY.COM
DSULLIVAN@HSGLLP.COM
DTHEISING@HARRISONMOBERLY.COM
DWDYKHOUSE@PBWT.COM
DWORKMAN@BAKERLAW.COM
EBCALVO@PBFCM.COM
ECOHEN@RUSSELLINVESTMENTS.COM
EDELUCIA@HSGLLP.COM
EDWARD.FLANDERS@PILLSBURYLAW.COM
EFISHER@BINDERSCHWARTZ.COM
EFLECK@MILBANK.COM
EFRIEDMAN@FKLAW.COM
EFRIEDMAN@FRIEDMANSPRING.COM
EKBERGC@LANEPOWELL.COM
ELEICHT@WHITECASE.COM
ELLEN.HALSTEAD@CWT.COM
EMAGNELLI@BRACHEICHLER.COM
EMERBERG@MAYERBROWN.COM
ENKAPLAN@KAPLANLANDAU.COM
EOBRIEN@SBCHLAW.COM
ETILLINGHAST@SHEPPARDMULLIN.COM
EVANHORN@GROSSPOLOWY.COM
EWEINICK@OTTERBOURG.COM
EZUJKOWSKI@EMMETMARVIN.COM
FARRINGTON.YATES@KOBREKIM.COM
FCARRUZZO@KRAMERLEVIN.COM
FFM@BOSTONBUSINESSLAW.COM
FOONT@FOONTLAW.COM
FSOSNICK@SHEARMAN.COM
GABRIEL.DELVIRGINIA@VERIZON.NET
GARY.RAVERTPLLC@GMAIL.COM
GAVIN.ALEXANDER@ROPESGRAY.COM
GBRAY@MILBANK.COM
GCACUCI@LAW.NYC.GOV

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| GENERAL@MKLAWNYC.COM | JEFF.WITTIG@UNITED.COM |
| GGITOMER@MKBATTORNEYS.COM | JELDREDGE@VELAW.COM |
| GGOODMAN@FOLEY.COM | JENNIFER.DEMARCO@CLIFFORDCHANCE.COM |
| GIDDENS@HUGHESHUBBARD.COM | JENNIFER.GORE@SHELL.COM |
| GKADEN@GOULSTONSTORRS.COM | JG5786@ATT.COM |
| GLENN.SIEGEL@MORGANLEWIS.COM | JGENOVESE@GJB-LAW.COM |
| GMOSS@RIEMERLAW.COM | JGUY@ORRICK.COM |
| GOLDENBERG@SSNYLAW.COM | JHIGGINS@FDLAW.COM |
| GSPILSBURY@JSSLAW.COM | JHORGAN@PHXA.COM |
| HARRISJM@MICHIGAN.GOV | JHUGGETT@MARGOLISEDELSTEIN.COM |
| HARVEYSTRICKON@PAULHASTINGS.COM | JIM@ATKINSLAWFIRM.COM |
| HBELTZER@CHADBOURNE.COM | JJURELLER@KLESTADT.COM |
| HEISER@CHAPMAN.COM | JLAMAR@MAYNARDCOOPER.COM |
| HMAGALIFF@R3MLAW.COM | JLAWLOR@WMD-LAW.COM |
| HOLSEN@STROOCK.COM | JLEE@FOLEY.COM |
| HOOPER@SEWKIS.COM | JLEVITIN@CAHILL.COM |
| HOWARD.HAWKINS@CWT.COM | JLSCOTT@REEDSMITH.COM |
| HSEIFE@CHADBOURNE.COM | JMADDOCK@MCGUIREWOODS.COM |
| HSNOVIKOFF@WLRK.COM | JMAZERMARINO@MSEK.COM |
| HSTEEL@BROWNRUDNICK.COM | JMELKO@GARDERE.COM |
| IPETERSEN@JOHNSTONTHOMAS.COM | JMERVA@FULT.COM |
| IRETHY@STBLAW.COM | JMR@MSF-LAW.COM |
| J.ZELLOE@STAHLZELLOE.COM | JOHN.BECK@HOGANLOVELLS.COM |
| JACOBSONN@SEC.GOV | JOHN.GOODCHILD@MORGANLEWIS.COM |
| JAMES.BERG@PIBLAW.COM | JOHN.MONAGHAN@HKLAW.COM |
| JAMES.MCCLAMMY@DPW.COM | JOHN.MULE@STATE.MN.US |
| JAMES.SPRAYREGEN@KIRKLAND.COM | JONATHAN.GOLDBLATT@BNYMELLON.COM |
| JAMESBOYAJIAN@GMAIL.COM | JONATHAN.HENES@KIRKLAND.COM |
| JAMESTECCE@QUINNEMANUEL.COM | JORBACH@HAHNHESSEN.COM |
| JAR@OUTTENGOLDEN.COM | JOSEPH.CORDARO@USDOJ.GOV |
| JAY.HURST@OAG.STATE.TX.US | JOSHUA.DORCHAK@MORGANLEWIS.COM |
| JAY@KLEINSOLOMON.COM | JOWEN769@YAHOO.COM |
| JBEEMER@ENTWISTLE-LAW.COM | JOY.MATHIAS@DUBAIIC.COM |
| JBRODY@AMERICANMLG.COM | JPINTARELLI@MOFO.COM |
| JBRODY@JOHNSTONTHOMAS.COM | JPORTER@ENTWISTLE-LAW.COM |
| JCARBERRY@CL-LAW.COM | JPROL@LOWENSTEIN.COM |
| JCHRISTIAN@TOBINLAW.COM | JRABINOWITZ@RLTLAWFIRM.COM |
| JDORAN@HASLAW.COM | JRAPISARDI@OMM.COM |
| JDWARNER@WARNERANDSCHEUERMAN.COM | JROSENTHAL@MHLAWCORP.COM |
| JDYAS@HALPERINLAW.NET | JRSMITH@HUNTON.COM |
| JEAN-DAVID.BARNEA@USDOJ.GOV | JSCHILLER@BSFLLP.COM |
| JEANITES@WHITEANDWILLIAMS.COM | JSCHWARTZ@HAHNHESSEN.COM |
| JEANNETTE.BOOT@WILMERHALE.COM | JSHEERIN@MCGUIREWOODS.COM |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

JSHERMAN@BSFLLP.COM
JSHICKICH@RIDDELLWILLIAMS.COM
JSMAIRO@PBNLAW.COM
JSTOLL@MAYERBROWN.COM
JTIMKO@SHUTTS.COM
JUDY.MORSE@CROWEDUNLEVY.COM
JVAIL@SSRL.COM
JWCOHEN@DAYPITNEY.COM
JWEST@VELAW.COM
JWH@NJLAWFIRM.COM
JZULACK@FZWZ.COM
KANEMA@FORMANLAW.COM
KAREN.WAGNER@DPW.COM
KARL.GEERCKEN@ALSTON.COM
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
KEITH.SIMON@LW.COM
KELLY.KLEIST@SOLIDCOUNSEL.COM
KEN.COLEMAN@ALLENOVERY.COM
KERRY.MOYNIHAN@HRO.COM
KGWYNNE@REEDSMITH.COM
KIPLOK@HUGHESHUBBARD.COM
KKELLY@EBGLAW.COM
KKOLBIG@MOSESSINGER.COM
KLYMAN@IRELL.COM
KLYNCH@FORMANLAW.COM
KMANKA@JOHNSTONTHOMAS.COM
KOBAK@HUGHESHUBBARD.COM
KORR@ORRICK.COM
KOVSKYD@PEPPERLAW.COM
KRESSK@PEPPERLAW.COM
KROSEN@LOWENSTEIN.COM
KSEBASKI@HSGLLP.COM
KURT.MAYR@BGLLP.COM
KURT.RADEMACHER@MORGANLEWIS.COM
LADLER@LANIADLERPARTNERS.COM
LANDON@SLOLLP.COM
LAPETERSON@FOLEY.COM
LAWALLF@PEPPERLAW.COM
LAWRENCE.GELBER@SRZ.COM
LBERKOFF@MORITTHOCK.COM
LEE.STREMBA@TROUTMANSANDERS.COM
LEE.WHIDDEN@DENTONS.COM

LEO.CROWLEY@PILLSBURYLAW.COM
LGOMEZ@MSEK.COM
LGRANFIELD@CGSH.COM
LHANDELSMAN@STROOCK.COM
LISA.SOLOMON@ATT.NET
LJKOTLER@DUANEMORRIS.COM
LKATZ@LTBLAW.COM
LKISS@KLESTADT.COM
LMARINUZZI@MOFO.COM
LMCGOWEN@ORRICK.COM
LNASHELSKY@MOFO.COM
LOIZIDES@LOIZIDES.COM
LPERLMAN@HSGLLP.COM
LSCHWEITZER@CGSH.COM
LUCDESPINS@PAULHASTINGS.COM
MABRAMS@WILLKIE.COM
MAOFILING@CGSH.COM
MARC.ROITMAN@ROPESGRAY.COM
MARGOLIN@HUGHESHUBBARD.COM
MARK.BANE@ROPESGRAY.COM
MARK.ELLENBERG@CWT.COM
MARK.MCKANE@KIRKLAND.COM
MARK.SALZBERG@SQUIREPB.COM
MARK.SHERRILL@SUTHERLAND.COM
MARYANN.GAGLIARDI@WILMERHALE.COM
MATT@WILLAW.COM
MATTHEW.KLEPPER@DLAPIPER.COM
MAUSTIN@ORRICK.COM
MBENNER@TISHMANSPEYER.COM
MBIENENSTOCK@PROSKAUER.COM
MBLOEMSMA@MHJUR.COM
MBOSSI@THOMPSONCOBURN.COM
MCADEMARTORI@SHEPPARDMULLIN.COM
MCARTHURK@SULLCROM.COM
MCCARTHYJ@SULLCROM.COM
MCOLOMAR@DIAZREUS.COM
MCORDONE@STRADLEY.COM
MCYGANOWSKI@OSHR.COM
MDORVAL@STRADLEY.COM
MELOROD@GTLAW.COM
MELTZERE@PEPPERLAW.COM
METKIN@LOWENSTEIN.COM
MFELDMAN@WILLKIE.COM

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

MGORDON@BRIGGS.COM
MGREGER@ALLENMATKINS.COM
MH1@MCCALLARAYMER.COM
MHANIN@KASOWITZ.COM
MHOPKINS@COV.COM
MICHAEL.KELLY@MONARCHLP.COM
MICHAEL.KRAUT@MORGANLEWIS.COM
MICHAEL.MCCRORY@BTLAW.COM
MICHAEL.SOLOW@APKS.COM
MILLEE12@NATIONWIDE.COM
MILLER@TAFTLAW.COM
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV
MITCHELL.AYER@TKLAW.COM
MITCHELL.BERGER@SQUIREPB.COM
MJEDELMAN@VEDDERPRICE.COM
MJR1@WESTCHESTERGOV.COM
MLAHAIE@AKINGUMP.COM
MLANDMAN@LCBF.COM
MLICHTENSTEIN@CROWELL.COM
MLYNCH2@TRAVELERS.COM
MMORREALE@US.MUFG.JP
MNEIER@IBOLAW.COM
MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM
MPACKMAN@FISHERBROTHERS.COM
MPARRY@MOSESSINGER.COM
MROSENTHAL@GIBSONDUNN.COM
MSCHIMEL@SJU.EDU
MSEGARRA@MAYERBROWN.COM
MSHINER@TUCKERLAW.COM
MSHUSTER@HSGLLP.COM
MSOLOW@KAYESCHOLER.COM
MSPEISER@STROOCK.COM
MSTAMER@AKINGUMP.COM
MUNNO@SEWKIS.COM
MVENDITTO@REEDSMITH.COM
MWARNER@COLESCHOTZ.COM
MWARREN@MTB.COM
NATHAN.SPATZ@PILLSBURYLAW.COM
NBINDER@BINDERSCHWARTZ.COM
NBOJAR@FKLAW.COM
NCOCO@MWE.COM
NEAL.MANN@OAG.STATE.NY.US

NED.SCHODEK@SHEARMAN.COM
NEIL.HERMAN@MORGANLEWIS.COM
NEILBERGER@TEAMTOGUT.COM
NGUERON@CGR-LAW.COM
NICHOLAS.ZALANY@SQUIREPB.COM
NISSAY_10259-0154@MHMJAPAN.COM
NLEPORE@SCHNADER.COM
NLIEBERMAN@HSGLLP.COM
NOTICE@BKCYLAW.COM
NYROBANKRUPTCY@SEC.GOV
OTCCORPACTIONS@FINRA.ORG
PARONZON@MILBANK.COM
PATRICK.MILLER@FAEGREBD.COM
PBATTISTA@GJB-LAW.COM
PBOSSWICK@SSBB.COM
PDUBLIN@AKINGUMP.COM
PEISENBERG@LOCKELORD.COM
PETER.GILHULY@LW.COM
PETER.MEISELS@WILSONELSER.COM
PETER.SIMMONS@FRIEDFRANK.COM
PETER@BANKRUPT.COM
PFELDMAN@OSHR.COM
PFINKEL@WILMINGTONTRUST.COM
PMAXCY@SONNENSCHEIN.COM
PPASCUZZI@FFWPLAW.COM
PSP@NJLAWFIRM.COM
RAJ.MADAN@SKADDEN.COM
RAMONA.NEAL@HP.COM
RBEACHER@PRYORCASHMAN.COM
RBERNARD@FOLEY.COM
RBYMAN@JENNER.COM
RDAVERSA@ORRICK.COM
RELGIDELY@GJB-LAW.COM
RFRIEDMAN@SILVERMANACAMPORA.COM
RGMASON@WLRK.COM
RGOODMAN@MOUNDCOTTON.COM
RGRAHAM@WHITECASE.COM
RHETT.CAMPBELL@TKLAW.COM
RICHARD.LEAR@HKLAW.COM
RICHARD@RWMAPLC.COM
RICK.MURPHY@SUTHERLAND.COM
RLEEK@HODGSONRUSS.COM
RMATZAT@HAHNHESSEN.COM

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| RNETZER@WILLKIE.COM | SMILLMAN@STROOCK.COM |
| ROBERT.HONEYWELL@KLGATES.COM | SMULLIGAN@BSBLAWYERS.COM |
| ROBERT.MALONE@DBR.COM | SNEWMAN@KATSKYKORINS.COM |
| ROBERT.YALEN@USDOJ.GOV | SONEAL@CGSH.COM |
| ROBIN.KELLER@LOVELLS.COM | SORY@FDLAW.COM |
| ROGER@RNAGIOFF.COM | SQUSBA@STBLAW.COM |
| RPEDONE@NIXONPEABODY.COM | SREE@LCBF.COM |
| RRAINER@WMD-LAW.COM | SSCHULTZ@AKINGUMP.COM |
| RROUPINIAN@OUTTENGOLDEN.COM | SSELBST@HERRICK.COM |
| RTHOMAS@JOHNSTONTHOMAS.COM | SSTARR@STARRANDSTARR.COM |
| RUSSJ4478@AOL.COM | STEPHEN.COWAN@DLAPIPER.COM |
| RWEISS@JOHNSTONTHOMAS.COM | STEPHEN.HESSLER@KIRKLAND.COM |
| RYASPAN@YASPANLAW.COM | STEVE.GINTHER@DOR.MO.GOV |
| SABIN.WILLETT@MORGANLEWIS.COM | STEVEN.USDIN@FLASTERGREENBERG.COM |
| SABRAMOWITZ@VELAW.COM | STREUSAND@SLOLLP.COM |
| SABVANROOY@HOTMAIL.COM | SUSHEELKIRPALANI@QUINNEMANUEL.COM |
| SALLY.HENRY@SKADDEN.COM | SWOLOWITZ@MAYERBROWN.COM |
| SCARGILL@LOWENSTEIN.COM | SZUBER@CSGLAW.COM |
| SCHAGER@SSNYLAW.COM | SZUCH@WIGGIN.COM |
| SCHANNEJ@PEPPERLAW.COM | TANNWEILER@GREERHERZ.COM |
| SCHEPIS@PURSUITPARTNERS.COM | TBROCK@SSBB.COM |
| SCHNABEL.ERIC@DORSEY.COM | TDEWEY@DPKLAW.COM |
| SCHRISTIANSON@BUCHALTER.COM | TGOREN@MOFO.COM |
| SCOTT.GOLDEN@HOGANLOVELLS.COM | TGRINSELL@HSGLLP.COM |
| SCOTTJ@SULLCROM.COM | THENDERSON@AMERICANMLG.COM |
| SCOTTSHELLEY@QUINNEMANUEL.COM | THOMAS.CALIFANO@DLAPIPER.COM |
| SCOUSINS@ARMSTRONGTEASDALE.COM | TIMOTHY.HARKNESS@FRESHFIELDS.COM |
| SDNYECF@DOR.MO.GOV | TKIRIAKOS@MAYERBROWN.COM |
| SEHLERS@ARMSTRONGTEASDALE.COM | TLAURIA@WHITECASE.COM |
| SFALANGA@THEWALSHFIRM.COM | TMACWRIGHT@WHITECASE.COM |
| SFINEMAN@LCHB.COM | TMM@MULLAW.ORG |
| SFOX@MCGUIREWOODS.COM | TNIXON@GKLAW.COM |
| SGORDON@CAHILL.COM | TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV |
| SGRAZIANO@BLBGLAW.COM | TOMWELSH@ORRICK.COM |
| SGUBNER@EBG-LAW.COM | TSALTER@BLANKROME.COM |
| SHARBECK@SIPC.ORG | TSLOME@MSEK.COM |
| SHARI.LEVENTHAL@NY.FRB.ORG | TUNRAD@BURNSLEV.COM |
| SKATONA@POLSINELLI.COM | UITKIN@KASOWITZ.COM |
| SLDREYFUSS@HLGSLAW.COM | VGULDI@ZUCKERMAN.COM |
| SLEO@BM.NET | VILLA@SLOLLP.COM |
| SLERMAN@EBGLAW.COM | VMILIONE@NIXONPEABODY.COM |
| SLERNER@SSD.COM | VRUBINSTEIN@LOEB.COM |
| SLODEN@DIAMONDMCCARTHY.COM | WANDA.GOODLOE@CBRE.COM |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al*. **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

WBENZIJA@HALPERINLAW.NET
WCURCHACK@LOEB.COM
WFOSTER@MILBANK.COM
WILL.SUGDEN@ALSTON.COM
WILLIAM.HAO@ALSTON.COM
WISOTSKA@PEPPERLAW.COM
WK@PWLAWYERS.COM
WMAHER@WMD-LAW.COM
WMARCARI@EBGLAW.COM
WMCKENNA@FOLEY.COM
WSILVERM@OSHR.COM
WSWEARINGEN@BECKERGLYNN.COM
WTAYLOR@MCCARTER.COM
YUWATOKO@MOFO.COM