**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (SCC)
                                              :
             Debtors.                         :    (Jointly Administered)
                                              :
------------------------------------------------------------------x    Ref. Docket No. 59901
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 22, 2019, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Release Agreement With U.S. Bank National Association and Certain Affiliates," dated August 22, 2019 [Docket No. 59901], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A,

    b. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed Exhibit B, and

    c. delivered via electronic mail to those parties listed in the annexed Exhibit C.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
28th day of August, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

T:\Clients\LBH\Affidavits\CNO re US Bank Agreement_DI 59901_AFF_8-22-19_JN.docx

**EXHIBIT A**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Overnight Mail Master Service List**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**LEHMAN BROTHERS HOLDINGS INC.,** *et al*. **– Case No. 08-13555 (SCC)**
**Overnight Mail Additional Service List**

CHAPMAN AND CUTLER LLP
COUNSEL TO US BANK NA
ATTN: JAMES SPIOTTO, ANN ACKER, JEREMY SCHREIBER
111 WEST MONROE ST
CHICAGO, IL 60603

CHAPMAN AND CUTLER LLP
COUNSEL TO US BANK NA
ATTN: CRAIG PRICE
330 MADISON AVE, 34TH FL
NEW YORK, NY 10017-5010

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC., et al. – Case No. 08-13555 (SCC)
First Class Mail Additional Service List

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL
120 BROADWAY, 24TH FLOOR
NEW YORK, NY 10271

BIEGING SHAPIRO & BURNS LLP
ATTN: DUNCAN E. BARBER, STEVEN T. MULLIGAN
(COUNSEL TO PAYREEL, INC.)
4582 SOUTH ULSTER STREET PARKWAY, SUITE 1650
DENVER, CO 80237

BROWN RUDNICK LLP
ATTN: HOWARD S. STEEL, ESQ.
(COUNSEL TO ASR LEVENSVERZEKERING N.V., FALCON LEVEN N.V., ET AL.)
SEVEN TIMES SQUARE
NEW YORK, NY 10036

JAY HURST, ASSISTANT ATTORNEY GENERAL
(COUNSEL TO THE COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS)
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548

MCBREEN & KOPKO
209 W. JACKSON BLVD, STE 900
CHICAGO, IL 60606

MENAKER & HERRMANN LLP
ATTN: MICHIEL BLOEMSMA & ALBENA PERRAKOV
(COUNSEL TO STIBBE N.V.)
10 EAST 40TH STREET
NEW YORK, NY 10016

NATIONWIDE FUND ADVISORS
ATTN: ERIC E MILLER, ESQ, SVP/GENERAL COUNSEL
1000 CONTINENTAL DR STE 400
KING OF PRUSSIA, PA 19406-2850

STAHL ZELLOE, P.C.
ATTN: JAMES T. ZELLOE
11350 RANDOM HILLS RD., SUITE 700
FAIRFAX, VA 22030-6044

TISHMAN SPEYER
ATTN: MICHAEL B. BENNER
ROCKEFELLER CENTER
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

# EXHIBIT C

**LEHMAN BROTHERS HOLDINGS INC.,** *et al*. **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| AAARONSON@DILWORTHLAW.COM | BANKRUPTCYMATTERS@US.NOMURA.COM |
| AALFONSO@WILLKIE.COM | BARBRA.PARLIN@HKLAW.COM |
| ABEAUMONT@FKLAW.COM | BBISIGNANI@POSTSCHELL.COM |
| ABRAUNSTEIN@RIEMERLAW.COM | BCARLSON@CO.SANMATEO.CA.US |
| ACATON@KRAMERLEVIN.COM | BDEMAY@HSGLLP.COM |
| ADARWIN@NIXONPEABODY.COM | BDK@SCHLAMSTONE.COM |
| ADIAMOND@DIAMONDMCCARTHY.COM | BENJAMIN.MINTZ@APKS.COM |
| ADK@MSF-LAW.COM | BGUINEY@PBWT.COM |
| AENTWISTLE@ENTWISTLE-LAW.COM | BMILLER@MOFO.COM |
| AGLENN@KASOWITZ.COM | BONEILL@KRAMERLEVIN.COM |
| AGOLD@HERRICK.COM | BROSENBLUM@JONESDAY.COM |
| AISENBERG@SAUL.COM | BROTENBERG@WOLFFSAMSON.COM |
| AKADISH@DTLAWGROUP.COM | BROY@RLTLAWFIRM.COM |
| AKOLOD@MOSESSINGER.COM | BRUCE.WRIGHT@SUTHERLAND.COM |
| ALEXANDER.LORENZO@ALSTON.COM | BSELLIER@RLRPCLAW.COM |
| ALLISON.HOLUBIS@WILSONELSER.COM | BSTRICKLAND@WTPLAW.COM |
| ALUM@FTPORTFOLIOS.COM | BTRUST@MAYERBROWN.COM |
| AMARTIN@SHEPPARDMULLIN.COM | BTURK@TISHMANSPEYER.COM |
| AMCMULLEN@BOULTCUMMINGS.COM | BWOLFE@SHEPPARDMULLIN.COM |
| AMH@AMHANDLERLAW.COM | CAHN@CLM.COM |
| ANDREW.LOURIE@KOBREKIM.COM | CANELAS@PURSUITPARTNERS.COM |
| ANDREWTENZER@PAULHASTINGS.COM | CBELISLE@WFW.COM |
| ANGELICH.GEORGE@ARENTFOX.COM | CBELMONTE@SSBB.COM |
| ANGIE.OWENS@SKADDEN.COM | CDESIDERIO@NIXONPEABODY.COM |
| ANTHONY_BOCCANFUSO@APORTER.COM | CFARLEY@MCCARTER.COM |
| AOSTROW@BECKERGLYNN.COM | CGOLDSTEIN@STCWLAW.COM |
| APPLEBY@CHAPMAN.COM | CHAD.HUSNICK@KIRKLAND.COM |
| ARAINONE@BRACHEICHLER.COM | CHAMMERMAN@PAULWEISS.COM |
| ARANCIER@OFFITKURMAN.COM | CHARLES@FILARDI-LAW.COM |
| AROSENBLATT@CHADBOURNE.COM | CHARLES_MALLOY@APORTER.COM |
| ARTHUR.ROSENBERG@HKLAW.COM | CHEMRICK@THEWALSHFIRM.COM |
| ARWOLF@WLRK.COM | CHIPFORD@PARKERPOE.COM |
| ASCHWARTZ@HOMERBONNER.COM | CHRIS.DONOHO@HOGANLOVELLS.COM |
| ASEUFFERT@LAWPOST-NYC.COM | CHRISTOPHER.GRECO@KIRKLAND.COM |
| ASHMEAD@SEWKIS.COM | CLAUDE.MONTGOMERY@DENTONS.COM |
| ASNOW@SSBB.COM | CLYNCH@REEDSMITH.COM |
| ASOMERS@RCTLEGAL.COM | COHEN@SEWKIS.COM |
| AUNGER@SIDLEY.COM | CP@STEVENSLEE.COM |
| AUSTIN.BANKRUPTCY@PUBLICANS.COM | CPAPPAS@DILWORTHLAW.COM |
| AVENES@WHITECASE.COM | CPARYSE@CONTRARIANCAPITAL.COM |
| BANKRUPTCY@GOODWIN.COM | CRAIG.GOLDBLATT@WILMERHALE.COM |
| BANKRUPTCY@MORRISONCOHEN.COM | CRAIGJUSTINALBERT@GMAIL.COM |
| BANKRUPTCY@NTEXAS-ATTORNEYS.COM | CRMOMJIAN@ATTORNEYGENERAL.GOV |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| CSALOMON@BECKERGLYNN.COM | DMILLER@STEINLUBIN.COM |
| CSCHREIBER@WINSTON.COM | DMURRAY@JENNER.COM |
| CSHORE@WHITECASE.COM | DNEIER@WINSTON.COM |
| CSZYFER@STROOCK.COM | DODONNELL@MILBANK.COM |
| CWALSH@MAYERBROWN.COM | DPEGNO@DPKLAW.COM |
| CWARD@POLSINELLI.COM | DROSENZWEIG@FULBRIGHT.COM |
| CWEISS@INGRAMLLP.COM | DROSNER@GOULSTONSTORRS.COM |
| DALLAS.BANKRUPTCY@PUBLICANS.COM | DROSNER@KASOWITZ.COM |
| DAVE.DAVIS@ISGRIA.COM | DSHAFFER@WTPLAW.COM |
| DAVID.BENNETT@TKLAW.COM | DSPELFOGEL@FOLEY.COM |
| DAVID.LIVSHIZ@FRESHFIELDS.COM | DSULLIVAN@HSGLLP.COM |
| DAVID.POWLEN@BTLAW.COM | DTHEISING@HARRISONMOBERLY.COM |
| DAVID.WENDER@ALSTON.COM | DWDYKHOUSE@PBWT.COM |
| DAVIDS@BLBGLAW.COM | DWORKMAN@BAKERLAW.COM |
| DAVIDWHEELER@MVALAW.COM | EBCALVO@PBFCM.COM |
| DBARBER@BSBLAWYERS.COM | ECOHEN@RUSSELLINVESTMENTS.COM |
| DBAUMSTEIN@WHITECASE.COM | EDELUCIA@HSGLLP.COM |
| DBESIKOF@LOEB.COM | EDWARD.FLANDERS@PILLSBURYLAW.COM |
| DBLACK@HSGLLP.COM | EFISHER@BINDERSCHWARTZ.COM |
| DCIMO@GJB-LAW.COM | EFLECK@MILBANK.COM |
| DCOFFINO@COV.COM | EFRIEDMAN@FKLAW.COM |
| DCRAPO@GIBBONSLAW.COM | EFRIEDMAN@FRIEDMANSPRING.COM |
| DDAVIS@PAULWEISS.COM | EKBERGC@LANEPOWELL.COM |
| DDUNNE@MILBANK.COM | ELEICHT@WHITECASE.COM |
| DEGGERMANN@KRAMERLEVIN.COM | ELLEN.HALSTEAD@CWT.COM |
| DEGGERT@FREEBORNPETERS.COM | EMAGNELLI@BRACHEICHLER.COM |
| DEMETRA.LIGGINS@TKLAW.COM | EMERBERG@MAYERBROWN.COM |
| DENNIS.TRACEY@HOGANLOVELLS.COM | ENKAPLAN@KAPLANLANDAU.COM |
| DFELDER@ORRICK.COM | EOBRIEN@SBCHLAW.COM |
| DFLANIGAN@POLSINELLI.COM | ETILLINGHAST@SHEPPARDMULLIN.COM |
| DGOLDBERG@HSGLLP.COM | EVANHORN@GROSSPOLOWY.COM |
| DHAYES@MCGUIREWOODS.COM | EWEINICK@OTTERBOURG.COM |
| DHEALY@HSGLLP.COM | EZUJKOWSKI@EMMETMARVIN.COM |
| DHEFFER@FOLEY.COM | FARRINGTON.YATES@KOBREKIM.COM |
| DHURST@COLESCHOTZ.COM | FCARRUZZO@KRAMERLEVIN.COM |
| DHW@DHCLEGAL.COM | FFM@BOSTONBUSINESSLAW.COM |
| DJCARRAGHER@DAYPITNEY.COM | FOONT@FOONTLAW.COM |
| DJOSEPH@STRADLEY.COM | FSOSNICK@SHEARMAN.COM |
| DKESSLER@KTMC.COM | GABRIEL.DELVIRGINIA@VERIZON.NET |
| DKOZUSKO@WILLKIE.COM | GARY.RAVERTPLLC@GMAIL.COM |
| DLIPKE@VEDDERPRICE.COM | GAVIN.ALEXANDER@ROPESGRAY.COM |
| DMARK@KASOWITZ.COM | GBRAY@MILBANK.COM |
| DMCGUIRE@WINSTON.COM | GCACUCI@LAW.NYC.GOV |

LEHMAN BROTHERS HOLDINGS INC., *et al*. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

| | |
|---|---|
| GENERAL@MKLAWNYC.COM | JEFF.WITTIG@UNITED.COM |
| GGITOMER@MKBATTORNEYS.COM | JELDREDGE@VELAW.COM |
| GGOODMAN@FOLEY.COM | JENNIFER.DEMARCO@CLIFFORDCHANCE.COM |
| GIDDENS@HUGHESHUBBARD.COM | JENNIFER.GORE@SHELL.COM |
| GKADEN@GOULSTONSTORRS.COM | JG5786@ATT.COM |
| GLENN.SIEGEL@MORGANLEWIS.COM | JGENOVESE@GJB-LAW.COM |
| GMOSS@RIEMERLAW.COM | JGUY@ORRICK.COM |
| GOLDENBERG@SSNYLAW.COM | JHIGGINS@FDLAW.COM |
| GSPILSBURY@JSSLAW.COM | JHORGAN@PHXA.COM |
| HARRISJM@MICHIGAN.GOV | JHUGGETT@MARGOLISEDELSTEIN.COM |
| HARVEYSTRICKON@PAULHASTINGS.COM | JIM@ATKINSLAWFIRM.COM |
| HBELTZER@CHADBOURNE.COM | JJURELLER@KLESTADT.COM |
| HEISER@CHAPMAN.COM | JLAMAR@MAYNARDCOOPER.COM |
| HMAGALIFF@R3MLAW.COM | JLAWLOR@WMD-LAW.COM |
| HOLSEN@STROOCK.COM | JLEE@FOLEY.COM |
| HOOPER@SEWKIS.COM | JLEVITIN@CAHILL.COM |
| HOWARD.HAWKINS@CWT.COM | JLSCOTT@REEDSMITH.COM |
| HSEIFE@CHADBOURNE.COM | JMADDOCK@MCGUIREWOODS.COM |
| HSNOVIKOFF@WLRK.COM | JMAZERMARINO@MSEK.COM |
| HSTEEL@BROWNRUDNICK.COM | JMELKO@GARDERE.COM |
| IPETERSEN@JOHNSTONTHOMAS.COM | JMERVA@FULT.COM |
| IRETHY@STBLAW.COM | JMR@MSF-LAW.COM |
| J.ZELLOE@STAHLZELLOE.COM | JOHN.BECK@HOGANLOVELLS.COM |
| JACOBSONN@SEC.GOV | JOHN.GOODCHILD@MORGANLEWIS.COM |
| JAMES.BERG@PIBLAW.COM | JOHN.MONAGHAN@HKLAW.COM |
| JAMES.MCCLAMMY@DPW.COM | JOHN.MULE@STATE.MN.US |
| JAMES.SPRAYREGEN@KIRKLAND.COM | JONATHAN.GOLDBLATT@BNYMELLON.COM |
| JAMESBOYAJIAN@GMAIL.COM | JONATHAN.HENES@KIRKLAND.COM |
| JAMESTECCE@QUINNEMANUEL.COM | JORBACH@HAHNHESSEN.COM |
| JAR@OUTTENGOLDEN.COM | JOSEPH.CORDARO@USDOJ.GOV |
| JAY.HURST@OAG.STATE.TX.US | JOSHUA.DORCHAK@MORGANLEWIS.COM |
| JAY@KLEINSOLOMON.COM | JOWEN769@YAHOO.COM |
| JBEEMER@ENTWISTLE-LAW.COM | JOY.MATHIAS@DUBAIIC.COM |
| JBRODY@AMERICANMLG.COM | JPINTARELLI@MOFO.COM |
| JBRODY@JOHNSTONTHOMAS.COM | JPORTER@ENTWISTLE-LAW.COM |
| JCARBERRY@CL-LAW.COM | JPROL@LOWENSTEIN.COM |
| JCHRISTIAN@TOBINLAW.COM | JRABINOWITZ@RLTLAWFIRM.COM |
| JDORAN@HASLAW.COM | JRAPISARDI@OMM.COM |
| JDWARNER@WARNERANDSCHEUERMAN.COM | JROSENTHAL@MHLAWCORP.COM |
| JDYAS@HALPERINLAW.NET | JRSMITH@HUNTON.COM |
| JEAN-DAVID.BARNEA@USDOJ.GOV | JSCHILLER@BSFLLP.COM |
| JEANITES@WHITEANDWILLIAMS.COM | JSCHWARTZ@HAHNHESSEN.COM |
| JEANNETTE.BOOT@WILMERHALE.COM | JSHEERIN@MCGUIREWOODS.COM |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| JSHERMAN@BSFLLP.COM | LEO.CROWLEY@PILLSBURYLAW.COM |
| JSHICKICH@RIDDELLWILLIAMS.COM | LGOMEZ@MSEK.COM |
| JSMAIRO@PBNLAW.COM | LGRANFIELD@CGSH.COM |
| JSTOLL@MAYERBROWN.COM | LHANDELSMAN@STROOCK.COM |
| JTIMKO@SHUTTS.COM | LISA.SOLOMON@ATT.NET |
| JUDY.MORSE@CROWEDUNLEVY.COM | LJKOTLER@DUANEMORRIS.COM |
| JVAIL@SSRL.COM | LKATZ@LTBLAW.COM |
| JWCOHEN@DAYPITNEY.COM | LKISS@KLESTADT.COM |
| JWEST@VELAW.COM | LMARINUZZI@MOFO.COM |
| JWH@NJLAWFIRM.COM | LMCGOWEN@ORRICK.COM |
| JZULACK@FZWZ.COM | LNASHELSKY@MOFO.COM |
| KANEMA@FORMANLAW.COM | LOIZIDES@LOIZIDES.COM |
| KAREN.WAGNER@DPW.COM | LPERLMAN@HSGLLP.COM |
| KARL.GEERCKEN@ALSTON.COM | LSCHWEITZER@CGSH.COM |
| KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM | LUCDESPINS@PAULHASTINGS.COM |
| KEITH.SIMON@LW.COM | MABRAMS@WILLKIE.COM |
| KELLY.KLEIST@SOLIDCOUNSEL.COM | MAOFILING@CGSH.COM |
| KEN.COLEMAN@ALLENOVERY.COM | MARC.ROITMAN@ROPESGRAY.COM |
| KERRY.MOYNIHAN@HRO.COM | MARGOLIN@HUGHESHUBBARD.COM |
| KGWYNNE@REEDSMITH.COM | MARK.BANE@ROPESGRAY.COM |
| KIPLOK@HUGHESHUBBARD.COM | MARK.ELLENBERG@CWT.COM |
| KKELLY@EBGLAW.COM | MARK.MCKANE@KIRKLAND.COM |
| KKOLBIG@MOSESSINGER.COM | MARK.SALZBERG@SQUIREPB.COM |
| KLYMAN@IRELL.COM | MARK.SHERRILL@SUTHERLAND.COM |
| KLYNCH@FORMANLAW.COM | MARYANN.GAGLIARDI@WILMERHALE.COM |
| KMANKA@JOHNSTONTHOMAS.COM | MATT@WILLAW.COM |
| KOBAK@HUGHESHUBBARD.COM | MATTHEW.KLEPPER@DLAPIPER.COM |
| KORR@ORRICK.COM | MAUSTIN@ORRICK.COM |
| KOVSKYD@PEPPERLAW.COM | MBENNER@TISHMANSPEYER.COM |
| KRESSK@PEPPERLAW.COM | MBIENENSTOCK@PROSKAUER.COM |
| KROSEN@LOWENSTEIN.COM | MBLOEMSMA@MHJUR.COM |
| KSEBASKI@HSGLLP.COM | MBOSSI@THOMPSONCOBURN.COM |
| KURT.MAYR@BGLLP.COM | MCADEMARTORI@SHEPPARDMULLIN.COM |
| KURT.RADEMACHER@MORGANLEWIS.COM | MCARTHURK@SULLCROM.COM |
| LADLER@LANIADLERPARTNERS.COM | MCCARTHYJ@SULLCROM.COM |
| LANDON@SLOLLP.COM | MCOLOMAR@DIAZREUS.COM |
| LAPETERSON@FOLEY.COM | MCORDONE@STRADLEY.COM |
| LAWALLF@PEPPERLAW.COM | MCYGANOWSKI@OSHR.COM |
| LAWRENCE.GELBER@SRZ.COM | MDORVAL@STRADLEY.COM |
| LBERKOFF@MORITTHOCK.COM | MELOROD@GTLAW.COM |
| LEE.STREMBA@TROUTMANSANDERS.COM | MELTZERE@PEPPERLAW.COM |
| LEE.WHIDDEN@DENTONS.COM | METKIN@LOWENSTEIN.COM |
| | MFELDMAN@WILLKIE.COM |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

MGORDON@BRIGGS.COM
MGREGER@ALLENMATKINS.COM
MH1@MCCALLARAYMER.COM
MHANIN@KASOWITZ.COM
MHOPKINS@COV.COM
MICHAEL.KELLY@MONARCHLP.COM
MICHAEL.KRAUT@MORGANLEWIS.COM
MICHAEL.MCCRORY@BTLAW.COM
MICHAEL.SOLOW@APKS.COM
MILLEE12@NATIONWIDE.COM
MILLER@TAFTLAW.COM
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV
MITCHELL.AYER@TKLAW.COM
MITCHELL.BERGER@SQUIREPB.COM
MJEDELMAN@VEDDERPRICE.COM
MJR1@WESTCHESTERGOV.COM
MLAHAIE@AKINGUMP.COM
MLANDMAN@LCBF.COM
MLICHTENSTEIN@CROWELL.COM
MLYNCH2@TRAVELERS.COM
MMORREALE@US.MUFG.JP
MNEIER@IBOLAW.COM
MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM
MPACKMAN@FISHERBROTHERS.COM
MPARRY@MOSESSINGER.COM
MROSENTHAL@GIBSONDUNN.COM
MSCHIMEL@SJU.EDU
MSEGARRA@MAYERBROWN.COM
MSHINER@TUCKERLAW.COM
MSHUSTER@HSGLLP.COM
MSOLOW@KAYESCHOLER.COM
MSPEISER@STROOCK.COM
MSTAMER@AKINGUMP.COM
MUNNO@SEWKIS.COM
MVENDITTO@REEDSMITH.COM
MWARNER@COLESCHOTZ.COM
MWARREN@MTB.COM
NATHAN.SPATZ@PILLSBURYLAW.COM
NBINDER@BINDERSCHWARTZ.COM
NBOJAR@FKLAW.COM
NCOCO@MWE.COM
NEAL.MANN@OAG.STATE.NY.US

NED.SCHODEK@SHEARMAN.COM
NEIL.HERMAN@MORGANLEWIS.COM
NEILBERGER@TEAMTOGUT.COM
NGUERON@CGR-LAW.COM
NICHOLAS.ZALANY@SQUIREPB.COM
NISSAY_10259-0154@MHMJAPAN.COM
NLEPORE@SCHNADER.COM
NLIEBERMAN@HSGLLP.COM
NOTICE@BKCYLAW.COM
NYROBANKRUPTCY@SEC.GOV
OTCCORPACTIONS@FINRA.ORG
PARONZON@MILBANK.COM
PATRICK.MILLER@FAEGREBD.COM
PBATTISTA@GJB-LAW.COM
PBOSSWICK@SSBB.COM
PDUBLIN@AKINGUMP.COM
PEISENBERG@LOCKELORD.COM
PETER.GILHULY@LW.COM
PETER.MEISELS@WILSONELSER.COM
PETER.SIMMONS@FRIEDFRANK.COM
PETER@BANKRUPT.COM
PFELDMAN@OSHR.COM
PFINKEL@WILMINGTONTRUST.COM
PMAXCY@SONNENSCHEIN.COM
PPASCUZZI@FFWPLAW.COM
PSP@NJLAWFIRM.COM
RAJ.MADAN@SKADDEN.COM
RAMONA.NEAL@HP.COM
RBEACHER@PRYORCASHMAN.COM
RBERNARD@FOLEY.COM
RBYMAN@JENNER.COM
RDAVERSA@ORRICK.COM
RELGIDELY@GJB-LAW.COM
RFRIEDMAN@SILVERMANACAMPORA.COM
RGMASON@WLRK.COM
RGOODMAN@MOUNDCOTTON.COM
RGRAHAM@WHITECASE.COM
RHETT.CAMPBELL@TKLAW.COM
RICHARD.LEAR@HKLAW.COM
RICHARD@RWMAPLC.COM
RICK.MURPHY@SUTHERLAND.COM
RLEEK@HODGSONRUSS.COM
RMATZAT@HAHNHESSEN.COM

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| RNETZER@WILLKIE.COM | SMILLMAN@STROOCK.COM |
| ROBERT.HONEYWELL@KLGATES.COM | SMULLIGAN@BSBLAWYERS.COM |
| ROBERT.MALONE@DBR.COM | SNEWMAN@KATSKYKORINS.COM |
| ROBERT.YALEN@USDOJ.GOV | SONEAL@CGSH.COM |
| ROBIN.KELLER@LOVELLS.COM | SORY@FDLAW.COM |
| ROGER@RNAGIOFF.COM | SQUSBA@STBLAW.COM |
| RPEDONE@NIXONPEABODY.COM | SREE@LCBF.COM |
| RRAINER@WMD-LAW.COM | SSCHULTZ@AKINGUMP.COM |
| RROUPINIAN@OUTTENGOLDEN.COM | SSELBST@HERRICK.COM |
| RTHOMAS@JOHNSTONTHOMAS.COM | SSTARR@STARRANDSTARR.COM |
| RUSSJ4478@AOL.COM | STEPHEN.COWAN@DLAPIPER.COM |
| RWEISS@JOHNSTONTHOMAS.COM | STEPHEN.HESSLER@KIRKLAND.COM |
| RYASPAN@YASPANLAW.COM | STEVE.GINTHER@DOR.MO.GOV |
| SABIN.WILLETT@MORGANLEWIS.COM | STEVEN.USDIN@FLASTERGREENBERG.COM |
| SABRAMOWITZ@VELAW.COM | STREUSAND@SLOLLP.COM |
| SABVANROOY@HOTMAIL.COM | SUSHEELKIRPALANI@QUINNEMANUEL.COM |
| SALLY.HENRY@SKADDEN.COM | SWOLOWITZ@MAYERBROWN.COM |
| SCARGILL@LOWENSTEIN.COM | SZUBER@CSGLAW.COM |
| SCHAGER@SSNYLAW.COM | SZUCH@WIGGIN.COM |
| SCHANNEJ@PEPPERLAW.COM | TANNWEILER@GREERHERZ.COM |
| SCHEPIS@PURSUITPARTNERS.COM | TBROCK@SSBB.COM |
| SCHNABEL.ERIC@DORSEY.COM | TDEWEY@DPKLAW.COM |
| SCHRISTIANSON@BUCHALTER.COM | TGOREN@MOFO.COM |
| SCOTT.GOLDEN@HOGANLOVELLS.COM | TGRINSELL@HSGLLP.COM |
| SCOTTJ@SULLCROM.COM | THENDERSON@AMERICANMLG.COM |
| SCOTTSHELLEY@QUINNEMANUEL.COM | THOMAS.CALIFANO@DLAPIPER.COM |
| SCOUSINS@ARMSTRONGTEASDALE.COM | TIMOTHY.HARKNESS@FRESHFIELDS.COM |
| SDNYECF@DOR.MO.GOV | TKIRIAKOS@MAYERBROWN.COM |
| SEHLERS@ARMSTRONGTEASDALE.COM | TLAURIA@WHITECASE.COM |
| SFALANGA@THEWALSHFIRM.COM | TMACWRIGHT@WHITECASE.COM |
| SFINEMAN@LCHB.COM | TMM@MULLAW.ORG |
| SFOX@MCGUIREWOODS.COM | TNIXON@GKLAW.COM |
| SGORDON@CAHILL.COM | TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV |
| SGRAZIANO@BLBGLAW.COM | TOMWELSH@ORRICK.COM |
| SGUBNER@EBG-LAW.COM | TSALTER@BLANKROME.COM |
| SHARBECK@SIPC.ORG | TSLOME@MSEK.COM |
| SHARI.LEVENTHAL@NY.FRB.ORG | TUNRAD@BURNSLEV.COM |
| SKATONA@POLSINELLI.COM | UITKIN@KASOWITZ.COM |
| SLDREYFUSS@HLGSLAW.COM | VGULDI@ZUCKERMAN.COM |
| SLEO@BM.NET | VILLA@SLOLLP.COM |
| SLERMAN@EBGLAW.COM | VMILIONE@NIXONPEABODY.COM |
| SLERNER@SSD.COM | VRUBINSTEIN@LOEB.COM |
| SLODEN@DIAMONDMCCARTHY.COM | WANDA.GOODLOE@CBRE.COM |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

WBENZIJA@HALPERINLAW.NET
WCURCHACK@LOEB.COM
WFOSTER@MILBANK.COM
WILL.SUGDEN@ALSTON.COM
WILLIAM.HAO@ALSTON.COM
WISOTSKA@PEPPERLAW.COM
WK@PWLAWYERS.COM
WMAHER@WMD-LAW.COM
WMARCARI@EBGLAW.COM
WMCKENNA@FOLEY.COM
WSILVERM@OSHR.COM
WSWEARINGEN@BECKERGLYNN.COM
WTAYLOR@MCCARTER.COM
YUWATOKO@MOFO.COM