UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
In re                                                      :     Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al*     :     08-13555 (SCC)
                                                           :
                           Debtors.                :     (Jointly Administered)
------------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL WITH PREJUDICE OF CLAIM NO. 200199 BY DR. H.C. TSCHIRA BETEILIGUNGS GMBH & CO. KG AND KLAUS TSCHIRA STIFTUNG GGMBH

DR. H.C. Tschira beteiligungs GmbH & Co. KG and Klaus Tschira Stiftung gGmbH (the "**Tschira Entities**"), were allowed a contingent guaranty claim (the "**Claim**") pursuant to a certain settlement agreement among them and Lehman Brothers Holdings Inc., as plan administrator ("**LBHI**"), entered as of February 26, 2014, which settlement agreement was approved by this Court's order, dated March 5, 2014 [Dkt. No. 43426]. The Claim was marked on LBHI's claim register as claim No. 200199.

The Tschira Entities, by their undersigned counsel, Dechert LLP, hereby withdraw the Claim with prejudice and authorize the Claim be marked as such on LBHI's claims register.

Dated: New York, New York
       September 6, 2019

                                                    DECHERT LLP

                                                    By: */s/ Shmuel Vasser*_____
                                                        Shmuel Vasser
                                                    1095 Avenue of the Americas
                                                    New York, New York 10036
                                                    Tel: (212) 698-3500
                                                    Fax: (212) 698-3599
                                                    svasser@dechert.com
                                                    *Counsel for the Tschira Entities*

26031902.1