WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
: 
In re                                                                                              :    **Chapter 11 Case No.**
                                                                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         :    **08-13555 (SCC)**
                                                                                                         :
                                              Debtors.                                :    (Jointly Administered)
                                                                                                         :
-------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR THE HEARING ON SEPTEMBER 10, 2019 AT 2:30 P.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTER:**

1. Motion of the Plan Administrator for Orders Authorizing a Claims Consolidation Auction  **[ECF No. 59903]**

    Response Deadline:   September 6, 2019 at 12:00 p.m. (Eastern Time)

    Responses Received:   None.

    Related Documents:   None.

    Status: This matter is going forward on an uncontested basis.

**II.    CONTESTED MATTER:**

2.  Brief on Remand in Further Support of Plan Administrators Five Hundred Nineteenth Omnibus Objection to Claims **[ECF No. 59807]**

    Response Deadline:    July 25, 2019 at 12:00 p.m. (Eastern Time).

    Response Filed:

    A.  Opposition of the Maverick Entities to the Brief on Remand in Support of Plan Administrator's Five Hundred Nineteenth Omnibus Objection to Claims **[ECF No. 59865]**

    Related Document:

    B.  Reply in Support of Plan Administrator's Brief on Remand in Support of Five Hundred Nineteenth Omnibus Objection to Claims **[ECF No. 59912]**

    Status:  This matter is going forward on a contested basis.

Dated:  September 9, 2019
        New York, New York

/s/ Garrett A. Fail
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL:\97175324\1\58399.0011