**WOLLMUTH MAHER & DEUTSCH LLP**
500 Fifth Avenue
Paul R. Defilippo
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | CHAPTER 11<br><br>Case No. 08-13555 (SCC) |

**NOTICE OF WITHDRAWAL**

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that Wollmuth Maher & Deutsch LLP ("WMD") pursuant to Local Rule 2090-1(e) hereby withdraws William F. Dahill, as counsel of record for Lehman Brothers Holdings Inc., and requests that William F. Dahill be removed from all notices, including the Court's CM/ECF electronic notification list, notices, pleadings, and any applicable service lists given or filed in the above captioned matter. Although, William F. Dahill is leaving the firm, WMD will continue to serve as counsel to Lehman Brothers Holdings Inc.

**PLEASE TAKE FURTHER NOTICE** that this withdrawal is limited to William F. Dahill, and does not impact the representation of Lehman Brothers Holdings Inc. by WMD attorneys in the above-captioned matter.

Dated: September 9, 2019
New York, New York

*/s/ Paul R. Defilippo*
Paul R. Defilippo

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300
pdefilippo@wmd-law.com

*Counsel for Lehman Brothers Holdings Inc*.