UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                         :         Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :         Case No. 08-13555 (SCC)
:
Debtors.                             :         (Jointly Administered)
:
---------------------------------------------------------------x

### REQUEST FOR REMOVAL FROM CM/ECF CASE SERVICE LIST

**PLEASE TAKE NOTICE** that Edward L. Schnitzer hereby requests that he be removed from all service lists in the above-captioned case and adversary proceedings, including all electronic service lists and the ECF notification system for these cases.

Dated: September 10, 2019          Montgomery McCracken Walker & Rhoads LLP


By: */s/ Edward L. Schnitzer*
      Edward L. Schnitzer
437 Madison Avenue
New York, NY 10022
Telephone:  (212) 551-7781
Facsimile:  (212) 599-5085
Email:  eschnitzer@mmwr.com