CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
Franklin H. Top, III (admitted *pro hac vice*)

Attorneys for U.S. Bank National Association, as Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | CASE No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF PROOF OF CLAIM OF U.S. BANK NATIONAL ASSOCIATION,**
**AS TRUSTEE FILED AGAINST BNC MORTGAGE LLC**

**PLEASE TAKE NOTICE** that U.S. Bank National Association, not individually but as Trustee, hereby withdraws its Proof of Claim Number 31036 filed against BNC Mortgage LLC.

No other claim of U.S. Bank National Association, in any capacity, shall be affected hereby.

September 12, 2019
Chicago, Illinois

                                                                  Respectfully submitted,

                                                                  /s/ Franklin H. Top III

                                                                  Franklin H. Top III
                                                                  Chapman and Cutler LLP
                                                                  111 West Monroe Street
                                                                  Chicago, Illinois  60603

                                                                  Counsel to U.S. Bank National Association, as Trustee