# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al.*      Case No. 08-13555 (SCC) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **HSBC Bank plc** | **Commerzbank AG – Group Intensive Care** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

8 Canada Square, Level 24
London E14 5HQ
England
Telephone: +44 203 359 3333
Email: slt.offline.closing@hsbc.com
Attn/Ref: Stephen Bartlett

Court Claim No.: 18996

Amount of Claim Transferred: US$89,000,000.00, plus all interest, fees and other recoveries due.

Date Claim Filed: September 18, 2009

Last Four Digits of Acct. #:

Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**HSBC BANK PLC**

By: _[signature]_            Date: 12 September 2019
Name:
Title:

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

566-912/CERTS/5865932.2

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al.*           Case No. 08-13555 (SCC) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM No. 18996 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of the claim, the transferee filed a Transfer of Claims other than for Security in the Clerk's office of this court on         .

| **Commerzbank AG – Group Intensive Care** | **HSBC Bank plc** |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor:<br>c/o Commerzbank AG, London Branch<br>30 Gresham Street<br>London  EC2V 7PG<br>England<br>Telephone: + 44 20 7475 8247<br>Email: robert.boelstler@commerzbank.com<br>Attn/Ref:  Robert Boelstler | Address of Transferee:<br>8 Canada Square, Level 24<br>London  E14 5HQ<br>England<br>Telephone: +44 203 359 3333<br>Email: slt.offline.closing@hsbc.com<br>Attn/Ref:  Stephen Bartlett |

| ~DEADLINE TO OBJECT TO TRANSFER~ |
|---|

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                                                                            CLERK OF THE COURT

566-912/CERTS/5865932.2

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 18996

**COMMERZBANK AG – GROUP INTENSIVE CARE**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**HSBC BANK PLC**

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 18996, in the allowed amount of US$89,000,000.00 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September 12, 2019.

| **HSBC BANK PLC** | **COMMERZBANK AG – GROUP INTENSIVE CARE** |
|---|---|
| By: _[signature]_ By: Ehidesh Abd Rahim Title: Authorized Signatory | By: _____ |
| Name: | Name: |
| Title: | Title: |
| | By: _____ |
| | Name: |
| | Title: |

566-912/CERTS/5865975.1

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 18996

**COMMERZBANK AG – GROUP INTENSIVE CARE**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**HSBC BANK PLC**

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 18996, in the allowed amount of US$89,000,000.00 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September 12, 2019.

| HSBC BANK PLC | COMMERZBANK AG – GROUP INTENSIVE CARE |
|---|---|
| By: _____ | By: *E. Zeu* |
| Name: | Name: Erika Zeu |
| Title: | Title: Director |
| | By: *[signature]* |
| | Name: Jocelin Bolluarti |
| | Title: Director |

566-912/CERTS/5865975.1