# Exhibit G

| | |
|---|---|
| **From:** | Winter, Greg |
| **Sent:** | Monday, July 9, 2018 5:14 PM |
| **To:** | Mitsugu Saito; DL-lehman |
| **Cc:** | product_planning@capital.co.jp; operation@capital.co.jp |
| **Subject:** | Lehman Brothers- LBT Overpayment Letter |
| **Attachments:** | Capital Partners Securities Co Ltd Demand Letter - LBT Overpayment.pdf |
| **Importance:** | High |

Dear Mitsui Saito,

Re: Capital Partners Securities Co, Ltd.

On June 6th, 2018, Lehman Brothers Holdings Inc (LBHI) mailed you a letter requesting you to pay to LBHI the Overpayment Amount indicated on Exhibit A. I have attached a copy of that letter for your reference. In the letter, it is requested that you respond within 15 days of the notice. The Plan Administrator is awaiting your response to LBHI's request from the June 6th, 2018 letter. Please confirm receipt of this email and advise on the status of the request for the Overpayment Amount.

Regards,
Gregory Winter


**Gregory Winter**
Epiq | Case Manager
777 Third Avenue, 12th Floor
New York, NY 10017
Phone: +1 646 282 2517
Mobile: +1 917 504 6594
Email: gwinter@epiqglobal.com

**People. Partnership. Performance**
www.epiqglobal.com

*This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.*