# Exhibit H

# LEHMAN BROTHERS HOLDINGS INC.

CAPITAL PARTNERS SECURITIES CO., LTD
ATTN: MITSUGU SAITO
1-13-17 UCHIKANDA
CHIYODA-KU
TOKYO 101-0047
JAPAN

NOVEMBER 30, 2018

Re:   *In re Lehman Brothers Holdings Inc., et al.*, Ch. 11 Case No. 08-13555 (SCC)
      Demand for Turnover of $5,312,096.18 in Overpayments

To Holder of Allowed Guarantee Claim against Lehman Brothers Holdings Inc.:

This letter is being sent to you by Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator pursuant to the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* (the "Plan"). Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan. A copy of the Plan is available at www.lehman-docket.com.

You are the record holder of the proof of claim that was filed against LBHI and is identified on Exhibit A attached hereto ("Your Claim").

Your Claim is an Allowed Guarantee Claim against LBHI. The Primary Obligor for the corresponding Primary Claim is Lehman Brothers Treasury Co. B.V. ("LBT").

Pursuant to Section 8.13(a) of the Plan, an Allowed Guarantee Claim is deemed satisfied in full when Distributions from LBHI combined with distributions or other consideration provided on account of the corresponding Primary Claim equal the amount of the Allowed Guarantee Claim. Pursuant to section 8.13(b), the Plan Administrator is not permitted to make Distributions on account of an Allowed Guarantee Claim that has been satisfied in full. Section 8.13(d) of the Plan provides the means for calculating distributions made by a Primary Obligor, including LBT.

Your Claim has been satisfied in full in accordance with Section 8.13(a) of the Plan.[8] Your Claim has also received combined Distributions and distributions from LBT that exceed the Allowed amount of Your Claim. These amounts (the "Overpayment Amount") must be turned over to LBHI.

---

[8] *See Order Granting The Plan Administrator's Five-Hundred Twenty-First Omnibus Objection to Claims (Satisfied Guarantee Claims)* [ECF No. 56275]; *Order Granting the Plan Administrator's Five-Hundred Twenty-Second Omnibus Objection to Claims (Structured Securities Guarantee Claims)* [ECF No. 57598]; *Order Granting the Plan Administrator's Five-Hundred Twenty-Fourth Omnibus Objection to Claims (Structured Securities Guarantee Claims)* [ECF No. 58123]; *Order Granting The Plan Administrator's Five-Hundred Twenty-Sixth Omnibus Objection to Claims (Structured Securities Guarantee Claims)* [ECF No. 58812];

# LEHMAN BROTHERS HOLDINGS INC.

You are hereby requested promptly to pay to LBHI the Overpayment Amount. The Overpayment Amount is specified on Exhibit A attached hereto.

In addition, in the event that you receive future distributions from LBT on account of the Primary Claim corresponding to Your Claim, you are requested to remit such amounts to LBHI, within five business days of your receipt of such amounts, up to the total "Additional Specified Amount" set forth on Exhibit A attached hereto. The Additional Specified Amount is equal to the amount paid by LBHI on account of Your Claim less any amounts you have already repaid to LBHI on account of Your Claim.

Payments should be sent to LBHI using the following wire instructions:

Branch: Citibank New York
SWIFT: CITIUS33
ABA: 021000089
Address: 111 WALL STREET
NEW YORK, NEW YORK 10043 (USA)

Account Number: 3078-4686
Account Name: Lehman Brothers Holdings Inc.

LBHI reserves all of its rights, including its right to commence an action in court to collect from you the amounts referenced above, together with any additional amounts (including interest) the court may award. Please return the Overpayment Amount by 15 days from the date of the letter and timely make future additional payments up to the Additional Specified Amount to avoid such actions.

Please contact Gregory Winter at lehmancallcenter@epiqglobal.com or (646) 282-2517 with any questions regarding Your Claim or this letter.

Regards,

Lehman Brothers Holdings Inc.

**EXHIBIT A**
**Creditor:  CAPITAL PARTNERS SECURITIES CO., LTD**

| Claim Number | ISIN | Blocking Number | Claim Allowed Amount by: | | Distributions Paid by [1]: | | Total Distributions | Overpaid Amount [1],[2] | Additional Specified Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | LBHI | LBT | LBHI | LBT | | | |
| | | | A | | B | C | D = B + C | E = D - A | F = B - E |
| 62783 | XS0333106507 | 6045670 | $1,705,115.17 | $3,540,805.72 | $434,358.48 | $1,758,868.52 | $2,193,227.00 | $434,358.48 | $0.00 |
| 62783 | XS0333106259 | 6045667 | $1,721,923.78 | $3,447,355.78 | $438,640.28 | $1,712,447.97 | $2,151,088.25 | $429,164.47 | $9,475.81 |
| 62783 | XS0349442615 | 6045751 | $1,628,579.21 | $3,233,620.69 | $428,808.47 | $1,606,276.68 | $2,035,085.15 | $406,505.94 | $22,302.53 |
| 62783 | XS0328666119 | 6045637 | $1,322,662.55 | $2,527,353.27 | $348,259.95 | $1,255,443.66 | $1,603,703.61 | $281,041.06 | $67,218.89 |
| 62783 | XS0349757368 | 6045752 | $982,776.30 | $1,973,210.40 | $250,350.96 | $980,177.38 | $1,230,528.34 | $247,752.04 | $2,598.92 |
| 62783 | XS0362661398 | 6045793 | $960,536.97 | $2,044,799.02 | $244,685.75 | $1,015,738.48 | $1,260,424.23 | $244,685.75 | $0.00 |
| 62783 | XS0327082854 | 6045636 | $933,952.33 | $2,009,622.74 | $237,913.62 | $998,264.93 | $1,236,178.55 | $237,913.62 | $0.00 |
| 62783 | XS0302264535 | 6045543 | $1,275,066.36 | $2,390,043.58 | $335,727.76 | $1,187,236.11 | $1,522,963.88 | $247,897.52 | $87,830.25 |
| 62783 | XS0366374634 | 6045804 | $857,091.43 | $1,717,586.38 | $218,334.19 | $853,198.07 | $1,071,532.26 | $214,440.83 | $3,893.36 |
| 62783 | XS0297459868 | 6045532 | $793,703.32 | $1,593,362.42 | $202,186.79 | $791,490.76 | $993,677.55 | $199,974.23 | $2,212.56 |
| 62783 | XS0329067531 | 6045644 | $850,832.14 | $1,676,289.30 | $224,025.97 | $832,684.06 | $1,056,710.03 | $205,877.89 | $18,148.08 |
| 62783 | XS0353875106 | 6045766 | $757,348.92 | $1,510,424.99 | $192,925.93 | $750,292.22 | $943,218.14 | $185,869.22 | $7,056.70 |
| 62783 | XS0360775141 | 6045787 | $724,106.05 | $1,663,000.74 | $184,457.69 | $826,083.07 | $1,010,540.76 | $184,457.69 | $0.00 |
| 62783 | XS0354482928 | 6045777 | $1,187,694.43 | $2,139,150.20 | $312,722.54 | $1,062,606.72 | $1,375,329.26 | $187,634.83 | $125,087.71 |
| 62783 | XS0346508616 | 6045750 | $656,570.93 | $1,327,802.02 | $167,253.89 | $659,575.63 | $826,829.53 | $167,253.89 | $0.00 |
| 62783 | XS0329878267 | 6045650 | $618,800.42 | $1,416,322.16 | $157,632.29 | $703,547.34 | $861,179.64 | $157,632.29 | $0.00 |
| 62783 | XS0338675571 | 6045710 | $588,202.67 | $1,239,281.90 | $149,837.87 | $615,603.93 | $765,441.80 | $149,837.87 | $0.00 |
| 62783 | XS0357773000 | 6045772 | $576,270.60 | $1,213,231.51 | $146,798.31 | $602,663.60 | $749,461.91 | $146,798.31 | $0.00 |
| 62783 | XS0305127150 | 6045559 | $490,653.02 | $1,150,761.75 | $124,988.21 | $571,632.21 | $696,620.43 | $124,988.21 | $0.00 |
| 62783 | XS0362680778 | 6045795 | $480,947.80 | $1,076,353.66 | $122,515.92 | $534,670.56 | $657,186.48 | $122,515.92 | $0.00 |
| 62783 | XS0364649250 | 6045800 | $470,137.23 | $1,076,130.34 | $119,762.05 | $534,559.63 | $654,321.68 | $119,762.05 | $0.00 |
| 62783 | XS0307903830 | 6045567 | $419,282.43 | $1,150,761.75 | $106,807.38 | $571,632.21 | $678,439.59 | $106,807.38 | $0.00 |
| 62783 | XS0312057432 | 6045579 | $405,917.33 | $973,721.48 | $103,402.77 | $483,688.80 | $587,091.57 | $103,402.77 | $0.00 |
| 62783 | XS0319683990 | 6045604 | $567,952.14 | $1,042,991.14 | $149,543.04 | $518,097.98 | $667,641.02 | $99,688.88 | $49,854.16 |
| 62783 | XS0362376435 | 6045791 | $371,235.23 | $1,184,094.57 | $94,567.91 | $588,190.04 | $682,757.95 | $94,567.91 | $0.00 |
| 62783 | XS0368926092 | 6045817 | $310,683.08 | $753,057.72 | $79,142.94 | $374,075.74 | $453,218.68 | $79,142.94 | $0.00 |
| 62783 | XS0313664459 | 6045587 | $292,735.16 | $885,201.34 | $74,570.92 | $439,717.09 | $514,288.00 | $74,570.92 | $0.00 |
| 62783 | XS0340462042 | 6045721 | $210,553.65 | $442,600.67 | $53,636.12 | $219,858.54 | $273,494.66 | $53,636.12 | $0.00 |
| 62783 | XS0354483140 | 6045775 | $225,565.55 | $339,924.76 | $60,627.66 | $168,855.06 | $229,482.72 | $3,917.17 | $56,710.49 |
| | | | | | | | Total | $5,312,096.18 | $452,389.48 |

[1] As of May 2018. Distributions received thereafter will result in further overpayments.

[2] Up to the distributions made by LBHI.