# <u>Exhibit I</u>

| | |
|---|---|
| **From:** | Winter, Greg |
| **Sent:** | Wednesday, January 16, 2019 4:54 PM |
| **To:** | 'F.KOJIMA@CAPITAL-AM.CO.JP'; 'm.saito@capital.co.jp'; 'operation@capital.co.jp' |
| **Cc:** | DL-lehmancallcenter |
| **Subject:** | RE: Lehman Brothers Holdings Inc- Notice of Overpayment on Satisfied Guarantee Claim |
| **Attachments:** | CAPITAL PARTNERS SECURITIES CO., LTD.pdf |

Dear CAPITAL PARTNERS SECURITIES CO., LTD,

On November 30th, 2018 Lehman Brothers Holdings Inc (LBHI) served a notice requesting you to remit to LBHI the Overpayment Amount indicated on Exhibit A of the attached letter. Our records indicate that you have not responded to this request. The deadline for returning the Overpayment Amount was established as fifteen days from the date of the notice served. Please confirm receipt of this email and advise on the status for returning the funds to LBHI.

Regards,
Gregory Winter

**Gregory Winter**
Epiq | Case Manager
Phone:  +1 646 282 2517
Mobile:  +1 917 504 6594
Email:  gwinter@epiqglobal.com


**From:** Winter, Greg
**Sent:** Friday, November 30, 2018 6:08 PM
**To:** F.KOJIMA@CAPITAL-AM.CO.JP; m.saito@capital.co.jp; operation@capital.co.jp
**Cc:** DL-lehmancallcenter <lehmancallcenter@epiqglobal.com>
**Subject:** Lehman Brothers Holdings Inc- Notice of Overpayment on Satisfied Guarantee Claim

Dear CAPITAL PARTNERS SECURITIES CO., LTD,

Please see the attached letter from Lehman Brothers Holdings Inc. regarding your satisfied guarantee claim in the LBHI Chapter 11 bankruptcy proceedings. A copy of this letter was mailed to you on November 30th, 2018 as well. Your response is required.

Regards,
Gregory Winter


**Gregory Winter**
Epiq | Case Manager
777 Third Avenue, 12th Floor
New York, NY 10017
Phone:  +1 646 282 2517
Mobile:  +1 917 504 6594
Email:  gwinter@epiqglobal.com

**People. Partnership. Performance**
www.epiqglobal.com