# Exhibit J

| | |
|---|---|
| From: | Mitsugu Saito <m.saito@capital.co.jp> |
| Sent: | Tuesday, March 19, 2019 4:00 AM |
| To: | DL-lehmancallcenter |
| Cc: | product_planning@capital.co.jp; operation@capital.co.jp |
| Subject: | LBHI GUARANTEE CLAIMS CERTIFICATION - Capital Partners Securities Co, Ltd. |
| Attachments: | LBHI GUARANTEE CLAIMS CERTIFICATION_CPS 20190319.pdf |
| | |
| Categories: | Red Category |

**CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Team,

Please see LBHI GUARANTEE CLAIMS CERTIFICATION as attached.
Kindly let me know in case the original copy is required.


Mitsugu Saito
-----------------------------------------------------------------------------
Capital Partners Securities Co., Ltd.
Shikoku Building, 8th Floor
1-13-7, Uchikanda, Chiyoda-ku, Tokyo, 101-0047
Direct: +81.3.3518.9332
Fax: +81.3.5259.7335
E-mail: m.saito@capital.co.jp
http://www.capital.co.jp

1

THIS SOLICITATION MEMORANDUM IS ADDRESSED TO DIRECT PARTICIPANTS AND QUALIFIED NOTEHOLDERS

## PART 2 – LBHI GUARANTEE CLAIMS CERTIFICATION

| Qualified Noteholder's name: | Capital Partners Securities Co., Ltd. |
|---|---|
| Address: | Shikoku Building 8F, 1-13-7 Uchikanda, Chiyoda-ku, Tokyo, Japan, 101-0047 |
| E-mail address: | m.saito@capital.co.jp |
| Telephone number: | +81-3-3518-9332 |

Reference is made to the solicitation memorandum dated 24 January 2019 (the "Solicitation Memorandum"), and published by Lehman Brothers Treasury Co. B.V. in liquidation ("LBT"). Capitalised terms used but not defined herein have the meanings specified in the Solicitation Memorandum.

The undersigned hereby represents, warrants, and certifies that, in accordance with the section entitled "*Partial Wind-Down, Solicitation and Final Distribution – LBHI Guarantee Claims*" of the Solicitation Memorandum:

(i) it is a Qualified Noteholder of the Eligible Notes listed on Exhibit A hereto; and
(ii) as at the Expiration Deadline, it has elected to substitute the Eligible Notes listed on Exhibit A for Substitute Notes in lieu of the Final Distribution.

Signed on: _19 March, 2019_

By: _____
Name: Mitsugu SAITO
Title: General Manager/ Product Development

## LBHI GUARANTEE CLAIMS CERTIFICATION – EXHIBIT A

| ISIN | Notional amount (in underlying currency | LBHI Guarantee Claim number | Blocking number |
|---|---|---|---|
| XS0297459868 | JPY 170,000,000 | 62783.81 & 62783.82 | |
| XS0302264535 | JPY 230,000,000 | 62783.81 & 62783.82 | |
| XS0305127150 | JPY 130,000,000 | 62783.81 & 62783.82 | |
| XS0307903830 | JPY 90,000,000 | 62783.81 & 62783.82 | |
| XS0312057432 | JPY 60,000,000 | 62783.81 & 62783.82 | |
| XS0313664459 | JPY 100,000,000 | 62783.81 & 62783.82 | |
| XS0318599056 | JPY 180,000,000 | 62783.81 & 62783.82 | |
| XS0319683990 | JPY 100,000,000 | 62783.81 & 62783.82 | |
| XS0327082854 | JPY 140,000,000 | 62783.81 & 62783.82 | |
| XS0328666119 | JPY 230,000,000 | 62783.81 & 62783.82 | |
| XS0329067531 | JPY 140,000,000 | 62783.81 & 62783.82 | |
| XS0329878267 | JPY 120,000,000 | 62783.81 & 62783.82 | |
| XS0333106259 | JPY 340,000,000 | 62783.81 & 62783.82 | |

| | | | |
|---|---|---|---|
| XS0333106507 | JPY 380,000,000 | 62783.81 & 62783.82 | |
| XS0338675571 | JPY 100,000,000 | 62783.81 & 62783.82 | |
| XS0340462042 | JPY 30,000,000 | 62783.81 & 62783.82 | |
| XS0346508616 | JPY 140,000,000 | 62783.81 & 62783.82 | |
| XS0349442615 | JPY 180,000,000 | 62783.81 & 62783.82 | |
| XS0349757368 | JPY 160,000,000 | 62783.81 & 62783.82 | |
| XS0353875106 | JPY 100,000,000 | 62783.81 & 62783.82 | |
| XS0354482928 | JPY 160,000,000 | 62783.81 & 62783.82 | |
| XS0354483140 | JPY 30,000,000 | 62783.81 & 62783.82 | |
| XS0357773000 | JPY 70,000,000 | 62783.81 & 62783.82 | |
| XS0360775141 | JPY 80,000,000 | 62783.81 & 62783.82 | |
| XS0362376435 | JPY 110,000,000 | 62783.81 & 62783.82 | |
| XS0362661398 | JPY 180,000,000 | 62783.81 & 62783.82 | |
| XS0362680778 | JPY 100,000,000 | 62783.81 & 62783.82 | |
| XS0364649250 | JPY 100,000,000 | 62783.81 & 62783.82 | |
| XS0366374634 | JPY 160,000,000 | 62783.81 & 62783.82 | |
| XS0368926092 | JPY 70,000,000 | 62783.81 & 62783.82 | |
| total | JPY 4,180,000,000 | | |

Please send the completed and signed form to LBHI to the following e-mail address: lehmancallcenter@epiqglobal.com