# Exhibit K

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                     :    Chapter 11
                                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,                    :    Case No. 08-13555 (SCC)
                                                          :
                        Debtors.                          :    (Jointly Administered)
------------------------------------------------------------------x
```

**ORDER GRANTING MOTION OF THE PLAN ADMINISTRATOR
FOR AN ORDER IN AID OF EXECUTION OF THE MODIFIED THIRD
AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN
BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

Upon the motion, dated September 17, 2019 ("**Motion**"),[1] of Lehman Brothers Holdings Inc. ("**LBHI**" and, in its capacity as Plan Administrator, the "**Plan Administrator**"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors ("**Plan**"), for an order in aid of execution of the Plan with respect to Capital Partners Securities Co., Ltd. ("**Capital Partners**"), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [ECF No. 9635] on (i) the U.S. Trustee; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

York; (v) Capital Partners; (vi) all other holders of Allowed Guarantee Claims who received excess distributions; and (vii) all parties who have requested notice in the Chapter 11 Cases, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and determined that the relief sought in the Motion is in the best interests of LBHI, its estate, its creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that Capital Partners is hereby directed to disgorge the Excess Payment in the amount of $5,718,351.21 ("**Excess Payment Amount**"), and to remit and pay the Excess Payment Amount to the LBHI bankruptcy estate within five (5) business days of entry of this Order; and it is further

ORDERED that, to the extent Capital Partners (or any predecessor, subsequent transferee, assignee or successor) receives, after the date of this Order, any additional distributions from LBT on account of Capital Partners' Primary Claim (each, an "**LBT Distribution**"), the amount of such LBT Distribution shall be remitted and paid by to the LBHI bankruptcy estate within five (5) business days of receipt; for the avoidance of doubt, all future LBT Distributions received by Capital Partners (or any predecessor, subsequent transferee, assignee or successor) shall be subject to this paragraph until such time as the amount of all Distributions to Capital Partners on account of the Capital Partners Allowed Guarantee Claim has been returned to the LBHI bankruptcy estate; and it is further

ORDERED that service of the Motion as provided in the Notice of Motion shall be deemed good and sufficient notice of the relief requested in the Motion; and it is further

ORDERED that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2019
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE