B 2100A (Form 2100A) (12/15)

**FILED / RECEIVED**
**SEP 1 2 2019**
**EPIQ**

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc.         ,           Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Kaupthing ehf | Ålandsbanken Abp(Finland),Svensk Filia |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Borgartun 26
  IS-105 Reykjavik, ICELAND

Court Claim # (if known):  62822
Amount of Claim:  $44,859.00
Date Claim Filed:  11/02/2009

Phone:  +354 444 8878
Last Four Digits of Acct #: _____

Phone:  +358 204 29 011
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____          Date:  09/11/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.