UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                         :   Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :   08-13555 (JMP)
                                                              :
                Debtors.                                      :   (Jointly Administered)
                                                              :
---------------------------------------------------------------x   Ref. Docket No. 59936

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 17, 2019, I caused to be served the:

   a. "Notice of Motion of the Plan Administrator for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors," dated September 17, 2019, to which was attached the "Motion of the Plan Administrator for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors," dated September 17, 2019 [Docket No. 59936], (the "Motion"), and

   b. "Notice of Motion of the Plan Administrator for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors," dated September 17, 2019, *related to Docket No. 59936*, (the "Notice"),

   by causing true and correct copies of the:

   i. Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A,

   ii. Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed Exhibit B,

    iii.    Notice, to be delivered via electronic mail to those parties listed in the annexed <u>Exhibit C</u>, and

    iv.    Motion, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the following party: *Capital Partners Securities Co., Ltd., Attn: Mitsugu Saito, 1-13-17 Uchikanda, Chiyoda-Ku, Tokyo, 101-0047, Japan.*

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                        */s/ Wing Chan*
                                                                        Wing Chan

Sworn to before me this
20th day of September, 2019
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Overnight Mail Master Service List**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Overnight Mail Additional Service List**

U.S. ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NY
ATTN: GEOFFREY S. BERMAN
1 SAINT ANDREW'S PLAZA
NEW YORK, NY 10007

SECURITIES EXCHANGE COMMISSION
200 VESEY STREET, #400
NEW YORK, NY 10281

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AKIO ISOMOTO | FINANCIAL PRODUCTS TRADING DEPT. COSMO SECURITIES CO., LTD. 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO 101-8742 JAPAN |
| AKIO ISOMOTO | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU 107-0052 JAPAN |
| AKIO ISOMOTO | 23-15, SUGIMOTO 2-CHOME, SUMIYOSHI-KU OSAKA 558-0022 JAPAN |
| AOYAMA, TAMOTSU | COSMO SECURITIES CO., LTD. ATTN: FINANCIAL PRODUCTS TRADING DEPT. 1-13-4, UCHIKANDA CHIYODA-KU TOKYO 101-8742 JAPAN |
| AOYAMA, TAMOTSU | ATTN: KIMIKO TAKAHASHI MITSUI COMPANY 14-2 AKASAKA 2CHOME, MINATO-KU TOKYO 107-0052 JAPAN |
| AOYAMA, TAMOTSU | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPANY AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| AOYAMA, TAMOTSU | 1-30, UMEGAOKA NAGAOKAKYO KYOTO 617-0841 JAPAN |
| ARCADIA HILL INC. | SUITE 28153 1942 NE 148TH ST MIAMI FL 33181-1161 |
| BANK OF EAST ASIA LTD., THE, AS NOMINEE | FOR A/C E.A. INT'L TRUSTEES LTD-E 1015 35/F BEA TOWER, MILLENNIUM CITY 5 CYD DEPT KWUN TONG HONG KONG |
| BARCLAYS BANK PLC | TRANSFEROR: AG CENTRE STREET PARTNERSHIP, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: RBS SECURITIES INC. C/O ROPES & GRAY LLP ATTN: GAVIN ALEXANDER PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| CANFORD ENTERPRISES LIMITED | PO BOX 210, 3RD FLOOR 24 SAND STREET ST. HELIER, JERSEY CHANNEL ISLANDS JE2 3QF UNITED KINGDOM |
| CF SENECA DIVERSIFIED GROWTH FUND | F/K/A CF MIDAS BALANCED GROWTH FUND BEAUFORT HOUSE 51 NEW NORTH ROAD EXETER, DEVON EX4 4EP UNITED KINGDOM |
| DAH SING BANK, LIMITED | TRANSFEROR: D.A.H. HAMBROS BANK (CHANNEL ISLANDS) LIMITED C/O BAKER & MCKENZIE LLP; ATTN: IRA REID 452 FIFTH AVENUE NEW YORK NY 10018 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DEUTSCHE SECURITIES INC. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DORELLA INVESTMENTS | SUITE 28153 1942 NE 148TH ST MIAMI FL 33181-1161 |
| EIKO UENO | FINANCIAL PRODUCTS TRADING DEPT. COSMO SECURITIES CO., LTD. 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO 101-8742 JAPAN |
| EIKO UENO | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU 107-0052 JAPAN |
| EIKO UENO | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPANY AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| EIKO UENO | 4-23, FUKAEMINAMI 2-CHOME HIGASHINARI-KU OSAKA 537-0002 JAPAN |
| FATAI INVESTMENT LIMITED | PO BOX 210, 3RD FLOOR 24 SAND STREET ST. HELIER, JERSEY CHANNEL ISLANDS JE2 3QF UNITED KINGDOM |
| FIRST COMMERCIAL BANK | C/O MORRISON & FOERSTER LLP ATTN: BRETT H. MILLER 250 WEST 55TH STREET NEW YORK NY 10019 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| H.S. SECURITIES CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: YOSHIAKI MISHIMA SUMITOMO FUDOSAN SHINJUKU OAK TOWER 27F, 6-8-1 NISHI-SHINJUKU, SHINJUKU-KU TOKYO 163-6027 JAPAN |
| HBK MASTER FUND, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC 2300 NORTH FIELD STREET, SUITE 2200 DALLAS TX 75201 |
| HISAKAZU MATSUSHIMA | FINANCIAL PRODUCTS TRADING DEPT. COSMO SECURITIES CO., LTD. 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO 101-8742 JAPAN |
| HISAKAZU MATSUSHIMA | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU 107-0052 JAPAN |
| HISAKAZU MATSUSHIMA | 9-7 NAGAYOSHIROKUTAN 2-CHOME HIRANO-KU OSAKA 547-0012 JAPAN |
| HSBC TRINKAUS & BURKHARDT INTERNATIONAL SA | 8 RUE LOU HEMMER LUXEMBOURG-FINDEL L-1748 LUXEMBOURG |
| JUNKO ISOMOTO | FINANCIAL PRODUCTS TRADING DEPT. COSMO SECURITIES CO., LTD. 1-13-4, UCHIKANDA, |

| Claim Name | Address Information |
|---|---|
| JUNKO ISOMOTO | CHIYODA-KU TOKYO 101-8742 JAPAN |
| JUNKO ISOMOTO | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| JUNKO ISOMOTO | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPANY AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| JUNKO ISOMOTO | 23-15 SUGIMOTO 2-CHOME SUMIYOSHI-KU OSAKA 558-0022 JAPAN |
| KEIKO YOSHIDA | FINANCIAL PRODUCTS TRADING DEPT. COSMO SECURITIES CO., LTD. 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO 101-8742 JAPAN |
| KEIKO YOSHIDA | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU 107-0052 JAPAN |
| KEIKO YOSHIDA | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPANY AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| KEIKO YOSHIDA | 1280 ROKUJO-CHO NARA 630-8041 JAPAN |
| KEIMEI SHOJI CO, LTD | FINANCIAL PRODUCTS TRADING, DEPT. COSMO SECURITIES CO., LTD. 1-13-4 UCHIKANDA CHIYODA-KU TOKYO 101-8742 JAPAN |
| KEIMEI SHOJI CO, LTD | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| KEIMEI SHOJI CO, LTD | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPANY AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| KEIMEI SHOJI CO, LTD | 249 KUGIKAKUSHICHO BUKKOUJI KARASUMA-NISHIIRU SHIMOGYO-KU KYOTO 600-8423 JAPAN |
| KNIGHTHEAD (NY) FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA L. TORRADO, ESQ. 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036 |
| KOHEI ENOKI | FINANCIAL PRODUCTS TRADING, DEPT. COSMO SECURITIES CO., LTD. 1-13-4 UCHIKANDA CHIYODA-KU TOKYO 101-8742 JAPAN |
| KOHEI ENOKI | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| KOHEI ENOKI | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPANY AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| KOHEI ENOKI | A/B/O SHOJI ENOKI 6-3 FURUEDAI 2-CHOME SUITA CITY OSAKA 565-0874 JAPAN |
| LIGHTEN UP CORPORATION | 2/F, 15 WANG CHIU ROAD KOWLOON BAY HONG KONG |
| MASAKI NODA | FINANCIAL PRODUCTS TRADING DEPT. COSMO SECURITIES CO., LTD. 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO 101-8742 JAPAN |
| MASAKI NODA | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU 107-0052 JAPAN |
| MASAKI NODA | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPANY AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| MASAKI NODA | 7-1-1823, TAKAHAMACHO, ASHIYA-CITY HYOGO 659-0033 JAPAN |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MIFCOR | ATTN: ALBERT NASSER 4 CHEMIN DU PORT NOIR 1207 GENEVE SWITZERLAND |
| MINAMI TAXI CO, LTD. | FINANCIAL PRODUCTS TRADING, DEPT. COSMO SECURITIES CO., LTD. 1-13-4 UCHIKANDA CHIYODA-KU TOKYO 101-8742 JAPAN |
| MINAMI TAXI CO, LTD. | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| MINAMI TAXI CO, LTD. | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPANY AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| MINAMI TAXI CO, LTD. | 3-5-35, TSURUHASHI IKUNO-KU OSAKA 544-0031 JAPAN |
| MITSUBISHI UFJ MORGAN STANLEY SECURITIES CO., LTD. | ATTN: MS. HISAKO KUBO, LEGAL DEPARTMENT MR. TOMOHIRO NAKAMURA, CORPORATE PLANNING DIVISION MR. HIROKA KIKUCHI- STRUCTURED PRODUCTS DIVISION 22ND FLOOR, OTEMACHI FINANCIAL CITY GRAND CUBE 1-9-2 OTEMACHI, CHIYODA-KU TOKYO 100 JAPAN |
| MITSUBISHI UFJ MORGAN STANLEY SECURITIES CO., LTD. | MITSUBISHI UFJ SECURITIES CO., LTD LEGAL DIVISION MARUNOUCHI BUILDING, 2-4-1 MARUNOUCHI CHIYODA-KU TOKYO 100-6317 JAPAN |
| MITSUBISHI UFJ MORGAN STANLEY | MORRISON & FOERSTER LLP. LORENZO MARINUZZI, STACY MOLISON 250 WEST 55TH STREET |

| Claim Name | Address Information |
|---|---|
| SECURITIES CO., LTD. | NEW YORK NY 10019 |
| MIYOKO SHINNOU | FINANCIAL PRODUCTS TRADING DEPT. COSMO SECURITIES CO., LTD. 1-13-4, UCHIKANDA, CHIYODA-KU TOKYO 101-8742 JAPAN |
| MIYOKO SHINNOU | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU 107-0052 JAPAN |
| MIYOKO SHINNOU | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPANY AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| MIYOKO SHINNOU | 10-12, SAIGOUDOURI 1-CHOME MORIGUCHI-CITY OSAKA 570-0034 JAPAN |
| MIZUHO SECURITIES CO LTD | ATTENTION: CREDIT TRADING & DERIVATIVE PRODUCTS DEPARTMENT; K. TANAKA OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI CHIYODA-KU, TOKYO 100-0004 JAPAN |
| MIZUHO SECURITIES CO LTD | STROOCK & STROOCK & LAVAN LLP ATTENTION: SHERRY MILLMAN ESQ. 180 MAIDEN LANE NEW YORK NY 10038 |
| MIZUHO SECURITIES CO., LTD | F/K/A MIZUHO INVESTORS SECURITIES CO., LTD ATTN: KUNIKO TAKIZAWA MITA NN BLDG. 4-1-23, SHIBA, MINATO-KU TOKYO 108-0014 JAPAN |
| MIZUHO SECURITIES CO., LTD | STROOCK & STROOCK & LAVAN LLP ATTN: SHERRY MILLMAN 180 MAIDEN LANE NEW YORK NY 10038 |
| NG POH KIM ZITA | 3 SIN MING WALK # 20-22 THE GARDENS AT BISHAN SINGAPORE 575575 SINGAPORE |
| NOMURA SECURITIES CO., LTD. | TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD FINANCIAL PRODUCT DEPARTMENT 2-2-2, OTEMACHI, CHIYODA-KU TOKYO JAPAN |
| NOMURA SECURITIES CO., LTD. | 1-9-1, NIHONBASHI, CHUO-KU TOKYO JAPAN |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO. MOSES & SINGER LLP - ATTN: MARK N. PARRY THE CHRYSLER BUILDING-405 LEXINGTON AVE NEW YORK NY 10174-1299 |
| ROTH IRA FBO LEE BATCHA PERSHING LLC AS CUSTODIAN | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE ATTN: LEE BATCHA 21 BROOK TERRACE FAIR HAVEN NJ 07704 |
| ROTH IRA FBO MICHAEL ZLATIN PERSHING LLC AS CUSTOD | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE ATTN: MICHAEL ZLATIN 552 CUMBERLAND STREET ENGLEWOOD NJ 07631 |
| ROYAL BANK OF SCOTLAND PLC, THE | C/O NATWEST MARKETS SECURITIES INC ATTN: BRIAN GELDERT 600 WASHINGTON BLVD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036 |
| TOSHIHISA HATANAKA | FINANCIAL PRODUCTS TRADING, DEPT. COSMO SECURITIES CO., LTD. 1-13-4 UCHIKANDA CHIYODA-KU TOKYO 101-8742 JAPAN |
| TOSHIHISA HATANAKA | KIMIKO TAKAHASHI AKASAKA 2.14 PLAZA BUILDING 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| TOSHIHISA HATANAKA | TAKUHIDE MITSUI, ATTORNEYS AT LAW OF MITSUI COMPANY AKASAKA 2.14 PLAZA BUILDING, 14-32 AKASAKA 2-CHOME MINATO-KU TOKYO 107-0052 JAPAN |
| TOSHIHISA HATANAKA | 11-6 SHIBATSUJI-CHO 2 CHOME NARA-SHI NARA 630-8114 JAPAN |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| WONG SHUK CHING, PAULINE & | CHU KAR LAI, CAROLYN G/F 172 HENNESSY ROAD WANCHAI HONG KONG |
| ZAMA INTERNATIONAL LIMITED | TRANSFEROR: ZAMA INTERNATIONAL LIMITED P.O. BOX 210, 3RD FLOOR 24 SAND STREET ST. HELIER, JERSEY JE2 3QF CHANNEL ISLANDS |

**Total Creditor count  84**

# EXHIBIT C

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Master Service List**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alexander.lorenzo@alston.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amh@amhandlerlaw.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
arainone@bracheichler.com
arancier@offitkurman.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Master Service List**

cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.wender@alston.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dblack@hsgllp.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgoldberg@hsgllp.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com

dspelfogel@foley.com
dsullivan@hsgllp.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
ebcalvo@pbfcm.com
ecohen@russellinvestments.com
edelucia@hsgllp.com
edward.flanders@pillsburylaw.com
efisher@binderschwartz.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
evanhorn@grosspolowy.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
farrington.yates@kobrekim.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
foont@foontlaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
gcacuci@law.nyc.gov
general@mklawnyc.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnylaw.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@chadbourne.com

**Lehman Brothers Holding Inc., *et al*. – 08-13555 (SCC)**
**Electronic Mail Master Service List**

heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ipetersen@johnstonthomas.com
irethy@stblaw.com
j.zelloe@stahlzelloe.com
jacobsonn@sec.gov
james.berg@piblaw.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbrody@americanmlg.com
jbrody@johnstonthomas.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@united.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com

jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.beck@hoganlovells.com
john.goodchild@morganlewis.com
john.monaghan@hklaw.com
john.mule@state.mn.us
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrapisardi@omm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keith.simon@lw.com
kelly.kleist@solidcounsel.com
ken.coleman@allenovery.com

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Master Service List**

kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmanka@johnstonthomas.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@laniadlerpartners.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
leo.crowley@pillsburylaw.com
lgomez@msek.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.roitman@ropesgray.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com

mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
maryann.gagliardi@wilmerhale.com
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcolomar@diazreus.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanin@kasowitz.com
mhopkins@cov.com
michael.kelly@monarchlp.com
michael.kraut@morganlewis.com
michael.mccrory@btlaw.com
michael.solow@apks.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mitchell.berger@squirepb.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpackman@fisherbrothers.com
mparry@mosessinger.com

**Lehman Brothers Holding Inc., *et al*. – 08-13555 (SCC)**
**Electronic Mail Master Service List**

mrosenthal@gibsondunn.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
mshuster@hsgllp.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neil.herman@morganlewis.com
neilberger@teamtogut.com
ngueron@cgr-law.com
nicholas.zalany@squirepb.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
nlieberman@hsgllp.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
patrick.miller@faegrebd.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
psp@njlawfirm.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rthomas@johnstonthomas.com
russj4478@aol.com
rweiss@johnstonthomas.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfineman@lchb.com
sfox@mcguirewoods.com

**Lehman Brothers Holding Inc., *et al*. – 08-13555 (SCC)**
**Electronic Mail Master Service List**

sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
soneal@cgsh.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com

tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@beckerglynn.com
wtaylor@mccarter.com
yuwatoko@mofo.com

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Additional Service List**

armen.a.tutuyan@jpmorgan.com
christine.wright@db.com
corporate.actions@bankofamerica.com
cristoforo.pavone@ubs.com
daniel.miranda@barclays.com
darren.jones2@rbs.com
dharris@mofo.com
dharris@mofo.com
distressedclosers@barclays.com
f.kojima@capital-am.co.jp
felsnet@gmail.com
fernandosuaya@gmail.com
fernandosuaya@gmail.com
fersuaya@fibertel.com.ar
ficc-sbd-distressedteam@gs.com
georg.schneck@hsbctrinkaus.lu
hiroaki.usui@nomura.com
hkpi@netvigator.com
hugo.koller@ubs.com
i97010@firstbank.com.tw
info@knighthead.com
janet.young@db.com
joerg.meier@hsbc.de
john.m.parsons@barclays.com
joshua.dorchak@morganlewis.com
kameshrao.korangi@natwestmarkets.com
kikuchi-hiroka@sc.mufg.jp
kubo-hisako@sc.mufg.jp
kuniko.takizawa@mizuho-sc.com
lawrence.lo@hld.com
lawrence.lo@hld.com
mparry@mosessinger.com
mzlatin@odeoncap.com
ops@knighthead.com
otcops@hbk.com
pbsettlement@dahsing.com
petra.blank@hsbc.de
primebrokerage@hbk.com
pur_in_fb-payments@mizuho-sc.com
pur_in_lehman@mizuho-sc.com
pur_in_urid@mizuho-sc.com
pur_in_wsc_debt@mizuho-sc.com
robyn.parry@db.com
scott.dandrea@barclayscapital.com
settlements@baupost.com
shumlmh@hkbea.com

vhchk@netvigator.com
y-mishima@ma.hs-sec.co.jp
yukiomot@yahoo.co.jp