B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____,    Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____          _____
Name of Transferee                                         Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): _____
should be sent:                                                       Amount of Claim: _____
                                                                              Date Claim Filed: _____

                                                                              Phone: _____
                                                                              Last Four Digits of Acct. #: _____

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
    Lehman Brothers Holdings Plc (in administration) acting by one of its administrators
    (as its agent and without personal liability)
By:_____
    Transferee/Transferee's Agent               Date:_____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

**EVIDENCE OF TRANSFER OF CLAIM**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Lehman Brothers Europe Limited (in administration) ("**Transferor**") unconditionally and irrevocably transferred and assigned to Lehman Brothers Holdings Plc (in administration) ("**Transferee**") all of its right, title and interest in and to, or arising under or in connection with, an allowed general unsecured claim assigned claim # 200058 by Epiq Corporate Restructuring, LLC ("**Epiq**") in the aggregate amount of $4,974,264.00 (the "**Claim**") against Lehman Commercial Paper Inc. (the "**Debtor**") currently pending in the chapter 11 cases of In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) (Jointly Administered) in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The Claim was allowed pursuant to Section 2.04 and Schedule 9 of the Settlement Agreement, dated as of October 24, 2011, among the Debtor, the Transferor, the Transferee and certain other parties party thereto. The Settlement Agreement was approved in connection with the confirmation of the Debtor's chapter 11 plan and it became effective on March 6, 2012.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor, Epiq and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be applicable under Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Claim to Transferee and recognizing the Transferee as the sole owner and holder of the Claim. Transferor further directs the Debtor, Epiq, the clerk of the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Transferee.

The administrators of the Transferor and the administrators of the Transferee have each signed this Evidence of Transfer of Claim as agents for and on behalf of the Transferor and the Transferee (respectively). Neither they, their firm, their and their firms' members, partners, directors, officers, employees, agents, advisers or representatives shall incur any personal liability whatsoever under or in relation to this Evidence of Transfer of Claim; or under or in relation to any associated arrangements or negotiations; or under any document or assurance made pursuant to this Evidence of Transfer of Claim. The exclusion of liability set out in this paragraph shall arise and continue notwithstanding the termination of the agency of the administrators of the Transferor and/or the administrators of the Transferee (as relevant) before or after the signing of this Evidence of Transfer of Claim and shall operate as a waiver of any and all claims, including, but not limited to, claims in tort, equity and common law as well as under the laws of contract but excluding fraud or willful misconduct.

The administrators of the Transferor, the administrators of the Transferee, each of their firms, their and their firms' members, partners, directors, officers, employees, agents, advisers and

representatives shall each be entitled to enforce and rely on the preceding paragraph to this Evidence of Transfer of Claim to the same extent as if they were a party to this Evidence of Transfer of Claim. This Evidence of Transfer of Claim shall not confer third-party beneficiary rights upon any other person.

      IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on September 24, 2019.

| **Transferor** | **Transferee** |
|---|---|
| Lehman Brothers Europe Limited (in administration) acting by one of its administrators (as its agent and without personal liability) | Lehman Brothers Holdings Plc (in administration) acting by one of its administrators (as its agent and without personal liability) |
| By: */s/ Russell Downs* <br> Name  Russell Downs <br> Title Joint Administrator | By: */s/ Gillian Bruce* <br> Name  Gillian Bruce <br> Title Joint Administrator |

2