WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------------x

**NOTICE REGARDING NINETEENTH DISTRIBUTION PURSUANT TO**
**THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF**
**LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

As previously disclosed, additional Distributions under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, dated December 5, 2011 [ECF No. 23023] (the "Plan"),[1] will commence on October 3, 2019 (the "Nineteenth Distribution Date").

Attached hereto as Exhibit A is a list that indicates the percentage recovery that will be distributed to holders of Allowed Claims (other than secured, administrative, priority or convenience claims) against each Debtor in each Class under the Plan as well as the cumulative percentage recovery.

Attached hereto as Exhibit B is a summary of the aggregate amount that will be distributed to holders of Allowed non-priority unsecured Claims on the Nineteenth Distribution Date.

Attached hereto as Exhibit C is a schedule that indicates the amount and percentage of the Minimum Cash Reserve and the Asset-to-Reserve Ratio that will be maintained by each Debtor that uses Non-Cash Assets in lieu of Available Cash as reserves for Disputed Claims.

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Plan or the *Order Authorizing Use of Non-Cash Assets In Lieu of Available Cash As Reserves for Disputed Claims Pursuant to Section 8.4 of the Debtors' Confirmed Joint Plan* [ECF No. 25641], as applicable.

Attached hereto as Exhibit D is a summary of the aggregate amount of Allowed Claims eligible for distributions from certain Debtors, listed by Plan Class.

The aggregate amount that will be distributed on the Nineteenth Distribution Date will total approximately $393 million and will include approximately (i) $392 million of Distributions identified in Exhibit B, and (ii) $1 million of Distributions to holders of recently Allowed Claims for amounts that would have been received had such Claims been Allowed at the time of previous Distributions.

Dated: September 26, 2019
       New York, New York

/s/ Garrett A. Fail

Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**Exhibit A**

Exhibit A

# Distribution to Holders of Allowed Non-Priority Unsecured Claims

| | | | Distribution as a % of Allowed Claims | | |
|---|---|---|---|---|---|
| | | | Prior Distributions [1] | Nineteenth Distribution on 10/3/2019 [1] | Cumulative Distributions [1] |
| **Lehman Brothers Holdings Inc.** | | | | | |
| Class | 3 | Senior Unsecured | 45.780926% | 0.202045% | 45.982971% |
| Class | 4A | Senior Affiliate Claims | 36.819309% | 0.179426% | 36.998735% |
| Class | 4B | Senior Affiliate Guarantee | 35.927162% | 0.175451% | 36.102613% |
| Class | 5 | Senior Third-Party Guarantee | 28.746067% | 0.140360% | 28.886427% |
| Class | 6A | Convenience Claims | 26.000000% | N/A | 26.000000% |
| Class | 6B | Guarantee Convenience Claims | 17.000000% | N/A | 17.000000% |
| Class | 7 | General Unsecured | 42.862925% | 0.187577% | 43.050502% |
| Class | 8 | Affiliate Claims | 33.827277% | 0.164957% | 33.992234% |
| Class | 9A | Third Party Guarantee Claims other than of the RACERS Trusts | 27.059013% | 0.131966% | 27.190979% |
| Class | 9B | Third Party Guarantee Claims of the RACERS Trusts | 16.450678% | 0.080265% | 16.530943% |
| Class | 10A | Subordinated Class 10A Claims | N/A [2] | N/A [2] | N/A [2] |
| Class | 10B | Subordinated Class 10B Claims | N/A [2] | N/A [2] | N/A [2] |
| Class | 10C | Subordinated Class 10C Claims | N/A [2] | N/A [2] | N/A [2] |
| **Lehman Commercial Paper Inc.** | | | | | |
| Class | 3 | Convenience Claims | 60.000000% | N/A | 60.000000% |
| Class | 4A | General Unsecured Claims other than those of Designated Entities | 77.388666% | 0.036667% | 77.425333% |
| Class | 4B | General Unsecured Claims of Designated Entities | 65.981888% | 0.034109% | 66.015997% |
| Class | 5A | Affiliate Claims of LBHI [3] | 81.749167% | 0.042637% | 81.791804% |
| Class | 5B | Affiliate Claims of Participating Subsidiary Debtors | 65.981888% | 0.034109% | 66.015997% |
| Class | 5C | Affiliate Claims other than those of Participating Subsidiary Debtors | 70.930531% | 0.036667% | 70.967198% |
| **Lehman Brothers Special Financing Inc.** | | | | | |
| Class | 3 | Convenience Claims | 32.000000% | N/A [5] | 32.000000% |
| Class | 4A | General Unsecured Claims other than those of Designated Entities | 40.300113% | N/A [5] | 40.300113% |
| Class | 4B | General Unsecured Claims of Designated Entities | 20.433070% | N/A [5] | 20.433070% |
| Class | 5A | Affiliate Claims of LBHI [3] | 40.884807% | N/A [5] | 40.884807% |
| Class | 5B | Affiliate Claims of Participating Subsidiary Debtors | 33.594376% | N/A [5] | 33.594376% |
| Class | 5C | Affiliate Claims other than those of Participating Subsidiary Debtors | 39.799043% | N/A [5] | 39.799043% |
| **Lehman Brothers OTC Derivatives Inc.** | | | | | |
| Class | 3 | Convenience Claims | 34.000000% | N/A | 34.000000% |
| Class | 4 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 5A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 5B | Affiliate Claims of Participating Subsidiary Debtors | 100.000000% | N/A | 100.000000% |
| Class | 5C | Affiliate Claims other than those of Participating Subsidiary Debtors | 100.000000% | N/A | 100.000000% |
| **BNC Mortgage LLC [6]** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | 100.000000% | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | 100.000000% | 100.000000% |
| **Lehman Brothers Commodity Services Inc. [4]** | | | | | |
| Class | 3 | Convenience Claims | 55.000000% | N/A | 55.000000% |
| Class | 4 | General Unsecured Claims | 82.188514% | N/A | 82.188514% |
| Class | 5A | Affiliate Claims of LBHI [3] | 95.568039% | N/A | 95.568039% |
| Class | 5B | Affiliate Claims of Participating Subsidiary Debtors | N/A | N/A | N/A |
| Class | 5C | Affiliate Claims other than those of Participating Subsidiary Debtors | 82.188514% | N/A | 82.188514% |

Exhibit A

# Distribution to Holders of Allowed Non-Priority Unsecured Claims

| | | | Distribution as a % of Allowed Claims | | |
|---|---|---|---|---|---|
| | | | Prior Distributions [1] | Nineteenth Distribution on 10/3/2019 [1] | Cumulative Distributions [1] |
| **Lehman Brothers Commercial Corporation** [4] | | | | | |
| Class | 3 | Convenience Claims | 40.000000% | N/A | 40.000000% |
| Class | 4 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 5A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 5B | Affiliate Claims of Participating Subsidiary Debtors | 100.000000% | N/A | 100.000000% |
| Class | 5C | Affiliate Claims other than those of Participating Subsidiary Debtors | 100.000000% | N/A | 100.000000% |
| **Structured Asset Securities Corporation** [4] | | | | | |
| Class | 3 | General Unsecured Claims | 88.856933% | N/A | 88.856933% |
| Class | 4A | Affiliate Claims of LBHI [3] | 88.856933% | N/A | 88.856933% |
| Class | 4B | Affiliate Claims other than those of LBHI | 88.856933% | N/A | 88.856933% |
| **Lehman Brothers Derivative Products Inc.** [4] | | | | | |
| Class | 3 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | 100.000000% | N/A | 100.000000% |
| **Lehman Brothers Financial Products Inc.** [4] | | | | | |
| Class | 3 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate Claims other than those of LBHI | 100.000000% | N/A | 100.000000% |
| **Lehman Scottish Finance LP** [4] | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |
| **LB Rose Ranch LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |
| **Luxembourg Residential Properties Loan Finance S.a.r.l.** [4] | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | 71.169788% | N/A | 71.169788% |
| **Merit LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | 33.822175% | N/A | 33.822175% |
| **East Dover Limited** [4] | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |
| **LB 745 LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |

**Exhibit A**

## Distribution to Holders of Allowed Non-Priority Unsecured Claims

|  |  |  | Distribution as a % of Allowed Claims | | |
|---|---|---|---|---|---|
|  |  |  | Prior Distributions [1] | Nineteenth Distribution on 10/3/2019 [1] | Cumulative Distributions [1] |
| **PAMI Statler Arms LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | 47.254213% | N/A | 47.254213% |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |
| **CES Aviation LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate Claims other than those of LBHI | 100.000000% | N/A | 100.000000% |
| **CES Aviation V LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | 36.302126% | N/A | 36.302126% |
| Class | 4A | Affiliate Claims of LBHI [3] | 36.302126% | N/A | 36.302126% |
| Class | 4B | Affiliate Claims other than those of LBHI | 36.302126% | N/A | 36.302126% |
| **CES Aviation IX LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | 64.323989% | N/A | 64.323989% |
| Class | 4A | Affiliate Claims of LBHI [3] | 64.323989% | N/A | 64.323989% |
| Class | 4B | Affiliate Claims other than those of LBHI | 64.323989% | N/A | 64.323989% |
| **LB 2080 Kalakaua Owners LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |
| **LB Somerset LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |
| **LB Preferred Somerset LLC** [4] | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate Claims other than those of LBHI | N/A | N/A | N/A |

*Notes:*

[1] "N/A" indicates either $0 Available Cash for Distributions, $0 in Allowed Claims within the specific class or classes that were satisfied in the previous Distributions.

[2] Distributions reallocated in accordance with Section 6.4 of the Plan.

[3] In accordance with sections 6.5 (b) and 6.5 (c) of the Plan, LBHI is participating in Distributions in the amount and to the extent set forth on Page 4 of the Debtor's Claims Schedule, as amended.

[4] These Debtors' Chapter 11 cases were closed pursuant to final decrees entered by the Bankruptcy Court (Docket Nos. 51920, 54163, 58257 & 59472).

[5] In accordance with section 8.3 of the Plan, the Plan Administrator is not required to make a Distribution that is less than $10,000,000 in the agregate of a Debtor's Available Cash.

[6] Distribution is subject to Bankruptcy Court approval of settlement agreement (See ECF No. 59929). In accordance with section 8.13(e) of the Plan, Distributions will be made to satisfy allowed amounts due for postpetition interest payments.

**Exhibit B**

**Exhibit B**
**Summary of Nineteenth Distribution to Non-Priority Unsecured Claims (October 3, 2019)**

*$ in millions*

| Debtors [1] | Initial Cash Available for Distribution | Cash Available from Distributions among Debtors and Certain Controlled / Non-Controlled Entities [2] | Plan Adjustment [3] | Cash Released from / (Added to) Claims Reserves | Catch-Up and Interest on Newly Allowed | Payment to Allowed Creditors | Allowed [5] | Disputed [6] | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Claims [4] | | |
| Lehman Brothers Holdings Inc. | $ 325.0 | $ 51.8 | $ 1.0 | $ 0.6 | $ (0.5) | $ 377.9 [7] | $ 228,489.2 | $ 864.6 | $ 229,353.7 |
| Lehman Commercial Paper Inc. | $ 2.4 | $ 8.5 | $ (0.8) | $ - | $ - | $ 10.1 | $ 25,638.5 | $ - | $ 25,638.5 |
| BNC Mortgage LLC | $ 4.5 | $ - | $ - | $ - | $ - | $ 4.5 [8] | $ 4.3 | $ - | $ 4.3 |
| | | | | $ 0.6 | | $ 392.5 | | | |

*Notes:*

(1) Includes all Debtors making a Distribution on the Nineteenth Distribution Date. Other Debtors not listed will not be making Distributions to non-priority unsecured creditors on this date.

(2) Includes receipts from Debtors and Debtor Controlled Entities, as well as receipts on claims a Debtor holds against itself by way of assignment or purchase.

(3) Plan Adjustment is calculated based on payment of Allowed Claims including Distributions on newly Allowed Claims. It is not calculated on the Disputed Claims Reserve.

(4) Does not include Convenience Claims.

(5) In accordance with sections 6.5 (b) and 6.5 (c) of the Plan, LBHI is participating in Distributions in the amount and to the extent set forth on Page 4 of the Debtor's Claims Schedule, as amended. Allowed Claims satisfied in full in accordance with section 8.13(a) of the Plan are not included.

(6) Estimate of Disputed Claims for reserve purposes only. Certain Claims have been estimated at less than filed amounts as agreed to through a stipulation or settlement agreement or pursuant to Court order. Does not include estimates for unliquidated Claims.

(7) Includes $0.5 million of prior Distributions recovered by way of subrogation on account of Guarantee Claims corresponding to Primary Claims against Lehman Commercial Paper Inc. As such amount was reported in cumulative distributions to date, it is excluded from the reported amount of Distributions made on the Nineteenth Distribution Date.

(8) Distribution is subject to Bankruptcy Court approval of settlement agreement (See ECF No. 59929). In accordance with section 8.13(e) of the Plan, BNC Mortgage LLC is also making Distributions to satisfy allowed amounts due for postpetition interest in the amount of $0.2 million.

**Exhibit C**

# Minimum Cash Reserve and Asset-to-Reserve Ratio for the Nineteenth Distribution (October 3, 2019)

*$ in millions*

| Description | Lehman Brothers Holdings Inc. |
|---|---:|
| **Assets** | |
| Financial Inventory as of 12/31/18 [1] | $ 6 |
| Subsequent Collections [2] | (4) |
| Receivables & Other Assets [3] | 78 |
| Investment in Affiliates [4] | 880 |
| Receivables from Controlled Affiliates [5] | 82 |
| Receivables from Non - Controlled Affiliates [6] | 366 |
| Pledged Assets [7] | (69) |
| Asset Adjustment for Cash Reserves [9] | (143) |
| **Total Assets** | $ 1,196 |
| **Required Claims Reserve** | |
| % of Cash Reserves for Disputed Claims | **25%** |
| Reserve for Disputed Claims | $ 294 |
| Less: Plan Adjustments & Plan Settlement Reserves [8] | (0) |
| Reserve Available to All Classes | 294 |
| Less: Minimum Cash Reserves [9] | (73) |
| **Net Asset Requirement** | $ 220 |
| **Total Asset-to-Reserve Ratio** | 5.4x |

*Notes:*

[1] As reflected in the June 30, 2019 Quarterly Financial Report filed with the Bankruptcy Court on Thursday, September 26, 2019.

[2] Reflects significant cash receipts related to the monetization of financial inventory through September 12, 2019.

[3] Reflects amounts included in the Quarterly Financial Report - Balance Sheets as third party receivables in the caption "Receivables from Controlled Affiliates and Other Assets" as of June 30, 2019 adjusted for cash activity through September 12, 2019.

[4] Includes estimated recoveries from Investments in Affiliates reflected in the June 30, 2019 Quarterly Financial Report adjusted for cash activity through September 12, 2019.

[5] Includes estimated recoveries (i) from pre-petition intercompany receivables as presented in the June 30, 2019 Quarterly Financial Report reduced for (a) cash activity through September 12, 2019, and (b) estimated distributions from Debtors, and (ii) post-petition intercompany receivables as presented in the June 30, 2019 Quarterly Financial Report - Balance Sheets in the caption "Receivables from Controlled Affiliates and Other Assets" adjusted for cash activity through September 12, 2019.

[6] Includes estimated recoveries from Non-Controlled Affiliates per the June 30, 2019 Quarterly Financial Report reduced for collections through September 12, 2019.

[7] Certain assets have been pledged as collateral for intercompany loans and therefore are not used in the calculation of Asset to Reserve Ratios (LBHI borrowing from Aurora for $69 million).

[8] Includes only portion of Plan Adjustments and Plan Settlement amounts reserved for Disputed Claims.

[9] The Company has entered into various agreements with certain holders of disputed guarantee claims to substitute non-cash assets for cash reserved on account of such claims pursuant to the Order Authorizing Use of Non-Cash Assets in Lieu of Available Cash as Reserves for Disputed Claims Pursuant to Section 8.4 of the Debtors' Confirmed Joint Chapter 11 Plan [ECF No. 25641].

*This schedule is not meant to be relied upon as a complete description of the Company, its business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. This report was produced for the sole purpose of calculating the Minimum Cash Reserve and Asset-to-Reserve Ratio's for the Nineteenth Distribution. The report should be read in conjunction with previously filed reports by the Company, including the June 30, 2019 Quarterly Financial Report, Form 8-K reports, the Plan and related Disclosure Statement.*

**Exhibit D**

-

**Exhibit D**
**Allowed Claims Eligible for the Nineteenth Distribution (October 3, 2019)**

*$ in millions*

| Debtor Class | Designation | Allowed Claims Eligible for Distributions at D18 [1] | D19 Activity Bridge — Newly Allowed Claims [2] | D19 Activity Bridge — Claims Satisfied in Full & Other [3] | Allowed Claims Eligible for Distributions at D19 [1] |
|---|---|---|---|---|---|
| **Lehman Brothers Holdings Inc.** | | | | | |
| 3 | Senior Unsecured | $ 83,744.0 | $ - | $ - | $ 83,744.0 |
| 4A | Senior Affiliate Claims | 58,816.1 | - | - | 58,816.1 |
| 4B | Senior Affiliate Guarantee | 10,958.3 | - | - | 10,958.3 [4] |
| 5 | Senior Third-Party Guarantee | 31,969.1 | - | (28.2) | 31,940.9 |
| 7 | General Unsecured | 5,884.4 | - | - | 5,884.4 |
| 8 | Affiliate Claims | 497.8 | - | - | 497.8 |
| 9A | Third Party Guarantee Claims other than of the RACERS Trusts | 19,475.9 | 1.5 | - | 19,477.4 |
| 9B | Third Party Guarantee Claims of the RACERS Trusts | 1,947.7 | - | - | 1,947.7 |
| 10A | Subordinated Class 10A Claims | 3,399.1 | - | - | 3,399.1 |
| 10B | Subordinated Class 10B Claims | 10,330.4 | - | - | 10,330.4 |
| 10C | Subordinated Class 10C Claims | 1,492.9 | - | - | 1,492.9 |
|  | Total | $ 228,515.8 | $ 1.5 | $ (28.2) | $ 228,489.2 [5] |
| **Lehman Commercial Paper Inc.** | | | | | |
| 4A | General Unsecured Claims other than those of Designated Entities | $ 1,538.5 | $ - | $ - | $ 1,538.5 |
| 4B | General Unsecured Claims of Designated Entities | 5,230.0 | - | - | 5,230.0 |
| 5A | Affiliate Claims of LBHI | 13,737.9 | - | - | 13,737.9 |
| 5B | Affiliate Claims of Participating Subsidiary Debtors | 5.5 | - | - | 5.5 |
| 5C | Affiliate Claims other than those of Participating Subsidiary Debtors | 5,126.6 | - | - | 5,126.6 |
|  | Total | $ 25,638.5 | $ - | $ - | $ 25,638.5 |
| **Lehman Brothers Special Financing Inc.** | | | | | |
| 4A | General Unsecured Claims other than those of Designated Entities | $ 19,798.4 | $ 1.5 | $ - | $ 19,799.9 |
| 4B | General Unsecured Claims of Designated Entities | 1,947.7 | - | - | 1,947.7 |
| 5A | Affiliate Claims of LBHI | 15,172.6 | - | - | 15,172.6 |
| 5B | Affiliate Claims of Participating Subsidiary Debtors | 521.5 | - | - | 521.5 |
| 5C | Affiliate Claims other than those of Participating Subsidiary Debtors | 1,689.0 | - | - | 1,689.0 |
|  | Total | $ 39,129.2 | $ 1.5 | $ - | $ 39,130.7 |

[1] "Allowed" claims as reported in aggregate on Exhibit B of the Eighteenth and Nineteenth Distribution Notice filed on July 11, 2019 and hereto, respectively.

[2] Claims allowed subsquent to the Eighteenth Distribution.

[3] Represents allowed claims that were satisfied in full through the combination of the primary obligor and guarantee distributions from LBHI.
Also includes previously allowed claims that have been reclassified, withdrawn or reinstated subsequent to the Eighteenth Distribution.

[4] Distributions on $0.7 billion of LBHI Class 4B claims were witheld and reserved for in cash pending resolution of the Adversary Proceeding
No. 19-01125 Docket No.1 filed on April 30, 2019 against Lehman Brothers Limited (in administration), MBAM Investor Limited
Eldon Street Holdings Limited (in administration) and LB Holdings Intermediate 2 Limited (in administration).

[5] LBHI is the holder of Allowed Claims against itself of approximately $24.8 billion, including: $1.2 billion of Class 3 Claims, $19.3 billion of
Class 4A Claims, $0.4 billion of Class 4B Claims, $0.6 billion of Class 7 Claims, $1.2 billion of Class 9A Claims, and $1.9 billion of Class 9B Claims.