CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
Franklin H. Top, III (admitted *pro hac vice*)

Attorneys for U.S. Bank National Association, as Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | CASE No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF PROOFS OF CLAIM OF U.S. BANK NATIONAL ASSOCIATION AND
WITHDRAWAL OF OBJECTION TO THE ASSUMPTION OF CONTRACTS IN THE MODIFIED THIRD
AMENDED JOINT CHAPTER 11 PLAN.**

**PLEASE TAKE NOTICE** that U.S. Bank National Association, hereby withdraws the Proofs of Claim listed on the attached Exhibit A in the above captioned cases.

Further, U.S. Bank withdraws its Objections, ECF Nos. 21655, 21833, 21922 and 22281 filed on November 4, 2011, November 9, 2011, November 10, 2011 and November 17, 2011 respectively, to a list of contracts to be assumed by the Debtors included as part a Plan Supplement [ECF No. 21254], filed on October 25, 2011, to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc.

September 26, 2019
Chicago, Illinois

Respectfully submitted,

/s/ Franklin H. Top III
Franklin H. Top III
Chapman and Cutler LLP
111 West Monroe Street
Chicago, Illinois  60603

Counsel to U.S. Bank National Association, as Trustee

**Exhibit A**
**U.S. Bank Claims**

| Claim Number | Creditor Entity | Debtor Entity |
|---|---|---|
| 30992 | U.S. Bank | LBSF |
| 32902 | U.S. Bank | LBSF |
| 30969 | U.S. Bank | LBSF |
| 32887 | U.S. Bank | LBSF |
| 27154 | U.S. Bank | LBSF |
| 30949 | U.S. Bank | LBSF |
| 30988 | U.S. Bank | LBSF |
| 32907 | U.S. Bank | LBSF |
| 30868 | U.S. Bank | LBSF |
| 32885 | U.S. Bank | LBSF |
| 32881 | U.S. Bank | LBSF |
| 32894 | U.S. Bank | LBSF |
| 32893 | U.S. Bank | LBSF |
| 32884 | U.S. Bank | LBSF |
| 32878 | U.S. Bank | LBSF |
| 32876 | U.S. Bank | LBSF |
| 32883 | U.S. Bank | LBSF |
| 30880 | U.S. Bank | LBSF |
| 32892 | U.S. Bank | LBSF |
| 32874 | U.S. Bank | LBSF |
| 32875 | U.S. Bank | LBSF |
| 32891 | U.S. Bank | LBSF |
| 32903 | U.S. Bank | LBSF |
| 32904 | U.S. Bank | LBSF |
| 32886 | U.S. Bank | LBSF |
| 32890 | U.S. Bank | LBSF |
| 32905 | U.S. Bank | LBSF |
| 32889 | U.S. Bank | LBSF |
| 32877 | U.S. Bank | LBSF |
| 32882 | U.S. Bank | LBSF |
| 32849 | U.S. Bank | LBSF |
| 30931 | U.S. Bank | LBSF |
| 30864 | U.S. Bank | LBHI |
| 31003 | U.S. Bank | LBHI |
| 30864 | U.S. Bank | LBHI |
| 30894 | U.S. Bank | LBHI |
| 27155 | U.S. Bank | LBHI |
| 30950 | U.S. Bank | LBHI |
| 30981 | U.S. Bank | LBHI |
| 30963 | U.S. Bank | LBHI |
| 30866 | U.S. Bank | LBHI |
| 30892 | U.S. Bank | LBHI |
| 30889 | U.S. Bank | LBHI |
| 31000 | U.S. Bank | LBHI |

| 31007 | U.S. Bank | LBHI |
|---|---|---|
| 30898 | U.S. Bank | LBHI |
| 30887 | U.S. Bank | LBHI |
| 30886 | U.S. Bank | LBHI |
| 30891 | U.S. Bank | LBHI |
| 31006 | U.S. Bank | LBHI |
| 30874 | U.S. Bank | LBHI |
| 30877 | U.S. Bank | LBHI |
| 31008 | U.S. Bank | LBHI |
| 31004 | U.S. Bank | LBHI |
| 31005 | U.S. Bank | LBHI |
| 30893 | U.S. Bank | LBHI |
| 30867 | U.S. Bank | LBHI |
| 30879 | U.S. Bank | LBHI |
| 30897 | U.S. Bank | LBHI |
| 32906 | U.S. Bank | LBHI |
| 30896 | U.S. Bank | LBHI |
| 30885 | U.S. Bank | LBHI |
| 30890 | U.S. Bank | LBHI |
| 23439 | U.S. Bank | LBHI |
| 32832 | U.S. Bank | LBHI |
| 27159 | U.S. Bank | LBHI |
| 23451 | U.S. Bank | LBHI |
| 23450 | U.S. Bank | LBHI |