United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (SCC)

(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

BKM Holdings (Cayman) Ltd.
Name of Transferee

Goldman Sachs & Co. LLC
Name of Transferor

Court Claim #: multiple – see Schedule 1
Claim Amount: multiple – see Schedule 1

Name and Address where notices to Transferee should be sent:

BKM Holdings (Cayman) Ltd.
c/o Davidson Kempner Capital Management
520 Madison Avenue, 30th Floor
New York, NY 10022
Attn.: Jennifer Donovan
(212) 446-4018
jdonovan@dkpartners.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BKM HOLDINGS (CAYMAN) LTD.
By: Midtown Acquisitions L.P., its sole shareholder
By: Midtown Acquisitions GP LLC, its general partner

By: _____
Name: CONOR RASTABLE
Title: MANAGER

Date: September 25, 2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

KL2 3110024.1

## Schedule 1

| ISIN | POC | Allowed Claim Amount | Aggregate Allowed Claim Amount |
|---|---|---|---|
| XS0264737726 | 13114.00 | $11,196,503.33 | $11,196,503.33 |
| XS0264737726 | 28989.00 | $1,281,856.09 | $1,281,856.09 |
| XS0264737726 | 28990.00 | $819,641.46 | $819,641.46 |
| XS0264737726 | 28991.00 | $2,461,316.80 | $2,461,316.80 |
| XS0264737726 | 28992.00 | $24,911,741.43 | $24,911,741.43 |
| XS0264737726 | 28993.00 | $1,324,441.08 | $1,324,441.08 |
| XS0264737726 | 28994.00 | $4,625,974.11 | $4,625,974.11 |
| XS0264737726 | 28995.00 | $2,711,084.95 | $2,711,084.95 |
| XS0264737726 | 28996.00 | $7,460,029.21 | $7,460,029.21 |
| XS0264737726 | 28997.00 | $1,245,491.37 | $1,245,491.37 |
| XS0264737726 | 29148.00 | $2,920,660.53 | $2,920,660.53 |
| XS0324058865 | 29149.00 | $5,866,938.24 | $5,866,938.24 |
| XS0324058865 | 29150.00 | $2,964,462.89 | $2,964,462.89 |
| XS0324058865 | 29151.00 | $6,598,026.56 | $6,598,026.56 |
| XS0324058865 | 29152.00 | $88,312,188.07 | $88,312,188.07 |
| XS0324058865 | 29153.00 | $4,581,608.39 | $4,581,608.39 |
| XS0324058865 | 29154.00 | $19,620,879.21 | $19,620,879.21 |
| XS0324058865 | 29155.00 | $9,464,038.65 | $9,464,038.65 |
| XS0324058865 | 29156.00 | $23,666,477.70 | $23,666,477.70 |
| XS0324058865 | 29157.00 | $4,082,061.75 | $4,082,061.75 |
| XS0324058865 | 29158.00 | $9,866,957.65 | $9,866,957.65 |
| XS0161241418 | 30481.00 | $249,725.26 | $249,725.26 |
| XS0161241418 | 30482.00 | $114,160.12 | $114,160.12 |
| XS0161241418 | 30483.00 | $235,455.24 | $235,455.24 |

KL2 3110024.1

| ISIN | POC | Allowed Claim Amount | Aggregate Allowed Claim Amount |
|---|---|---|---|
| XS0161241418 | 30484.00 | $3,945,659.07 | $3,945,659.07 |
| XS0161241418 | 30485.00 | $192,645.20 | $192,645.20 |
| XS0161241418 | 30486.00 | $877,605.91 | $877,605.91 |
| XS0161241418 | 30487.00 | $399,560.41 | $399,560.41 |
| XS0161241418 | 30488.00 | $991,766.02 | $991,766.02 |
| XS0161241418 | 30489.00 | $171,240.18 | $171,240.18 |
| XS0161241418 | 30490.00 | $406,695.42 | $406,695.42 |
| XS0287860265 | 55741.04 | $42,948,344.78 | $42,948,344.78 |
| XS0161241418 | 57933.00 | $5,572,440.75 | $5,572,440.75 |
| XS0161241418 | 57934.00 | $16,374,841.89 | $16,374,841.89 |
| XS0161241418 | 57935.00 | $2,782,652.87 | $2,782,652.87 |
| XS0161241418 | 57989.00 | $8,397,903.66 | $8,397,903.66 |
| XS0161241418 | 57990.00 | $15,554,316.04 | $15,554,316.04 |
| XS0161241418 | 57991.00 | $2,746,977.83 | $2,746,977.83 |
| XS0161241418 | 58004.00 | $3,217,888.32 | $3,217,888.32 |
| XS0161241418 | 58005.00 | $6,692,636.90 | $6,692,636.90 |
| XS0161241418 | 58021.00 | $3,046,648.14 | $3,046,648.14 |
| XS0161241418 | 58022.00 | $3,018,108.11 | $3,018,108.11 |
| XS0183360063 | 58781.91 | $25,381.33 | $25,381.33 |
| XS0183360063 | 58792.21 | $46,371,682.45 | $46,371,682.45 |
| XS0293892419 | 62743.17 | $10,217,561.55 | $10,217,561.55 |
| XS0293892419 | 62744.10 | $16,106,850.51 | |
| XS0293892419 | 62744.11 | $81,917,880.66 | |
| XS0293892419 | 62744.12 | $16,773,648.97 | $131,693,015.60 |
| XS0293892419 | 62744.13 | $59,602.44 | |
| XS0293892419 | 62744.86 | $6,811,707.71 | |

- 3 -

| ISIN | POC | Allowed Claim Amount | Aggregate Allowed Claim Amount |
|---|---|---|---|
| XS0293892419 | 62744.92 | $7,063,128.00 | |
| XS0293892419 | 62744.96 | $2,960,197.31 | |
| XS0356444660 | 63595.09 | $3,417,243.31 | |
| XS0356444660 | 63595.21 | $26,486,232.33 | |
| XS0330837773 | 63595.42 | $4,705,571.87 | |
| XS0330837773 | 63595.43 | $2,028,763.44 | |
| XS0330837773 | 63595.44 | $289,823.34 | $89,606,614.88 |
| XS0330837773 | 63595.45 | $16,230,107.47 | |
| XS0330837773 | 63595.46 | $23,116,310.21 | |
| XS0356444660 | 63595.53 | $12,033,058.89 | |
| XS0356444660 | 63595.54 | $1,298,344.73 | |
| XS0330837773 | 63595.73 | $1,159.29 | |
| XS0264737726 | 67475.12 | $3,827,864.38 | $3,827,864.38 |

- 4 -

KL2 31102024.1

*Execution Version*

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1.   For value received, the adequacy and sufficiency of which are hereby acknowledged, **GOLDMAN SACHS & CO. LLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **BKM HOLDINGS (CAYMAN) LTD.** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the allowed amounts specified in Schedule 1 attached hereto (collectively, the "Purchased Claim"), in Seller's right, title and interest in and to the Proofs of Claim related to the Purchased Claim as specified in Schedule 1 attached hereto filed by or on behalf of Seller's predecessors in interest (the "Proofs of Claim") against Lehman Brothers Holdings Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (SCC) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any predecessor in interest acquired the rights underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) the security or securities[1] (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto, and (d) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"). For the avoidance of doubt, Purchaser does not assume and shall not be responsible for any obligations or liabilities of the Seller related to or in connection with the Transferred Claims or the Proceedings.

2.   Seller hereby represents and warrants to Purchaser that: (a) the Proofs of Claim were duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proofs of Claim relate to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer of Claim; (e) the Proofs of Claim include the Purchased Claim specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that, with respect to the Transferred Claims, will give rise to any setoff, defense or counterclaim or will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other general unsecured creditors of the same class and type as the Purchased Claim; (g) Seller has delivered to Purchaser true and correct copies of distribution notices on account of the Transferred Claims, to the extent provided to Seller by Seller's predecessors in interest (and, to Seller's knowledge, there have been no supplements, amendments or revisions thereto); (h) Seller has delivered to Purchaser true and correct copies of the distribution notices (but subject to certain redactions of information not pertinent to the Transferred Claims) received by it from the Debtor relating to the thirteenth distribution on or about October 5, 2017, the fourteenth distribution on or about December 7, 2017 the fifteenth distribution on or about April 5, 2018, the sixteenth distribution on or about October 4, 2018, the

---

[1] On or around April 1, 2019, the original purchased securities set forth in this agreement were exchanged for ISIN XS1932636159 pursuant to the Partial Wind-Down of Lehman BV, as further described in the Information Notice on the Partial Wind-Down, dated as of January 24, 2019, and the Solicitation Memorandum, dated as of January 24, 2019.

1008654v.11 3091/00717

seventeenth distribution on or about April 4, 2019, and the eighteenth distribution on or about July 18, 2019 (which have not been supplemented, amended or revised) that set forth the distributions paid by the Debtor to Seller on account of the Transferred Claims (collectively, the "LBHI Statements"); (i) Seller has received the distributions paid by the Debtor in respect of the Transferred Claims in the amounts set forth in the LBHI Statements and reflected in Schedule 2 attached hereto (collectively, the "LBHI Distributions"); (j) Seller has received the distributions paid by Lehman Brothers Treasury Co. B.V. ("Lehman BV") in respect of the Transferred Claims (collectively, the "BV Distributions") reflected in Schedule 3 attached hereto[2]; (k) other than the LBHI Distributions and BV Distributions, Seller has not received any payments or distributions, whether directly or indirectly, on account of the Transferred Claims; (l) (i) the Agreements and Evidences of Transfer of Claim (and Schedule 1 to the corresponding notice of transfer with the Court pursuant to the Federal Rule of Bankruptcy Procedure 3001(e)) that were filed with the Court on August 21, 2015 under docket numbers 50738, 50740, 50744, 50750, and 50759 (the "Pyrell Predecessor Transfer Agreements") have been have been redacted to remove the Pyrell Fund, L.L.C. signature blocks and signatures and (ii) Seller has delivered to Purchaser the true and correct unredacted copies of the Pyrell Predecessor Transfer Agreements; (m) the Agreements and Evidence of Transfer of Claim that were filed with the Court on November 24, 2015 under docket numbers 51540, 51542, 51545, 51547, 51548, 51549 and 51550 (the "51000 Predecessor Transfer Agreements") have been redacted to remove the distribution numbers from Schedule 1 thereto and (ii) Seller has delivered to Purchaser the true and correct unredacted copies of the 51000 Predecessor Transfer Agreements; (n) (i) the Agreements and Evidences of Transfer of Claim (and Schedule 1 to the corresponding notice of transfer with the Court pursuant to the Federal Rule of Bankruptcy Procedure 3001(e)) that were filed with the Court on February 17, 2016, under docket numbers 52065, 52066 and 52069 (the "Lavine Predecessor Transfer Agreements") have been redacted to remove the Lavine Holdings, L.L.C. signature blocks and signatures and (ii) Seller has delivered to Purchaser the true and correct unredacted copies of the Lavine Predecessor Transfer Agreements; (o) (i) the Agreements and Evidence of Transfer of Claim that were filed with the Court on July 6, 2017 under docket numbers 55708, 55709, 55710, 55711, 55712, 55713, 55714, 55715, 55716, 55717, 55718, 55719, 55720  (the "Baupost Predecessor Transfer Agreements") have been redacted to (A) remove certain claims from Schedule 1 (and Schedule 1 to the corresponding notice of transfer to the Court pursuant to the Federal Rule of Bankruptcy Procedure 3001(e)) and (B) remove certain of the sellers' signature blocks and signatures and (ii) Seller has delivered to Purchaser the true and correct unredacted copies of the Baupost Predecessor Transfer Agreements; (p) the Agreement and Evidence of Transfer of Claim that was filed with the Court on November 24, 2015 under docket number 51540 incorrectly set forth the (i) LBHI Distributions as $4,060,578.03; whereas such LBHI Distributions received by Seller's predecessor in interest were $2,631,443.34 and (ii) BV Distributions as €5,488,220.17; whereas such BV Distributions received by Seller's predecessor in interest were €3,588,820.42; (q) the Agreement and Evidence of Transfer of Claim that was filed with the Court on November 24, 2015 under docket number 51548 incorrectly set forth the BV Distributions as €626,053.53; whereas such BV Distributions received by Seller's predecessor in interest were €1,457,404.75; (r) the Agreement and Evidence of Transfer of Claim that was filed with the Court on November 24, 2015 under docket number 51549 incorrectly set forth the (i) LBHI Distributions as $467,345.23; whereas such LBHI Distributions received by Seller's predecessor in interest were $9,350.41 and (ii) BV Distributions as €844,101.10; whereas such BV Distributions received by Seller's predecessor in interest were €12,752.29 and (s) the Agreement and Evidence of Transfer of Claim that was filed with the Court on November 24, 2015 under docket number 51550 incorrectly set forth the (i) LBHI Distributions as $12,994,564.87; whereas such LBHI Distributions received by Seller's predecessor in interest were $14,423,699.62 and (ii) BV Distributions as €17,771,921.42; whereas such BV Distributions received by Seller's predecessor in interest were €19,671,359.39.

3.     Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims.  Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim.  Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the

---

[2] Distributions received from Lehman BV on or before April 1, 2019 were based off the Lehman BV acknowledged amount, in its original currency, for each of the original purchased securities.

Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Following the date of this Agreement, Seller shall promptly (but in any event no later than three (3) business days) remit to Purchaser any payments, distributions or proceeds received by Seller in respect of the Transferred Claims on or after the trade date of January 9, 2018. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer of Claim, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

*[Remainder of page intentionally blank]*

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 25th day of September, 2019.

**GOLDMAN SACHS & CO. LLC**

By: /s/ Thomas Melafronte
Name: Thomas Melafronte
Title: Managing Director

Address:
200 West Street
New York, NY 10282-2198
Fax: (646) 769-7700
Attn: Melissa Brown
E-mail: melissa.v.brown@gs.com
With copies to:
E-mail: ficc-ny-closers@gs.com;
gsd.link@gs.com;
gs-sbd-admin-contacts@ny.email.gs.com

**BKM HOLDINGS (CAYMAN) LTD.**
By: Midtown Acquisitions L.P., its sole shareholder
By: Midtown Acquisitions GP LLC, its general partner

By:_____
Name:
Title:

Address:
c/o Davidson Kempner Capital Management,
520 Madison Avenue, 30th Floor,
New York, NY 10022

Tel: 212 446 4018
Fax: 212 371 4318
Email: jdonovan@dkpartners.com
Attn: Jennifer Donovan

1008654v.11 3091/00717

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 25th day of September, 2019.

**GOLDMAN SACHS & CO. LLC**

By:_____
Name:
Title:

Address:
200 West Street
New York, NY 10282-2198
Fax: (646) 769-7700
Attn: Melissa Brown
E-mail: melissa.v.brown@gs.com
With copies to:
E-mail: ficc-ny-closers@gs.com;
gsd.link@gs.com;
gs-sbd-admin-contacts@ny.email.gs.com

**BKM HOLDINGS (CAYMAN) LTD.**
By: Midtown Acquisitions L.P., its sole shareholder
By: Midtown Acquisitions GP LLC, its general partner

By: _____
Name: CONOR BASTABLE
Title: MANAGER

Address:
c/o Davidson Kempner Capital Management,
520 Madison Avenue, 30th Floor,
New York, NY 10022

Tel: 212 446 4018
Fax: 212 371 4318
Email: jdonovan@dkpartners.com
Attn: Jennifer Donovan

1008654v.11 3091/00717

Schedule 1

## Transferred Claims

Purchased Claim

The Purchased Claim consists of the Allowed Amounts in U.S. Dollars of the Securities under the Proofs of Claim set forth below.

Lehman Programs Securities to which Transfer Relates

| | ISIN[3] | Issuer | Guarantor | Proof of Claim Number | Blocking Number | Original Note Currency | Principal / Notional Amount of Security Purchased[4] | Allowed Amount in USD Being Transferred Hereunder |
|---|---|---|---|---|---|---|---|---|
| 1 | XS1932636159 (received in exchange for XS0264737726) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 29148.00 | CA88694 | MXN | 30,520,000.00 | $2,920,660.53 |
| 2 | XS1932636159 (received in exchange for XS0264737726) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 28997.00 | CA88694 | MXN | 13,015,000.00 | $1,245,491.37 |
| 3 | XS1932636159 (received in exchange for XS0264737726) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 28996.00 | CA88694 | MXN | 77,955,000.00 | $7,460,029.21 |
| 4 | XS1932636159 (received in exchange for XS0264737726) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 28991.00 | CA88694 | MXN | 25,720,000.00 | $2,461,316.80 |
| 5 | XS1932636159 (received in exchange for XS0264737726) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 28990.00 | CA88694 | MXN | 8,565,000.00 | $819,641.46 |
| 6 | XS1932636159 (received in exchange for XS0264737726) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 28989.00 | CA88694 | MXN | 13,395,000.00 | $1,281,856.09 |
| 7 | XS1932636159 (received in exchange for XS0264737726) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 28995.00 | CA88694 | MXN | 28,330,000.00 | $2,711,084.95 |
| 8 | XS1932636159 (received in exchange for XS0264737726) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 28994.00 | CA88694 | MXN | 48,340,000.00 | $4,625,974.11 |
| 9 | XS1932636159 (received in exchange for XS0264737726) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 28993.00 | CA88694 | MXN | 13,840,000.00 | $1,324,441.08 |
| 10 | XS1932636159 (received in exchange for XS0264737726) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 28992.00 | CA88694 | MXN | 260,320,000.00 | $24,911,741.43 |

---

[3] On or around April 1, 2019, the original purchased securities set forth in this column were exchanged for ISIN XS1932636159 pursuant to the Partial Wind-Down of Lehman BV, as further described in the Information Notice on the Partial Wind-Down, dated as of January 24, 2019, and the Solicitation Memorandum, dated as of January 24, 2019.

[4] Amount expressed in the quantity and denomination of currency of the security prior to its exchange.

1008654v.11 3091/00717

| | ISIN[3] | Issuer | Guarantor | Proof of Claim Number | Blocking Number | Original Note Currency | Principal / Notional Amount of Security Purchased[4] | Allowed Amount in USD Being Transferred Hereunder |
|---|---|---|---|---|---|---|---|---|
| 11 | XS1932636159 (received in exchange for XS0264737726) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 13114.00 | 6059741 | MXN | 117,000,000.00 | $11,196,503.33 |
| 12 | XS1932636159 (received in exchange for XS0264737726) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 67475.12 | 6033096 | MXN | 40,000,000.00 | $3,827,864.38 |
| 13 | XS1932636159 (received in exchange for XS0324058865) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 29158.00 | CA88692 | ILS | 27,060,000.00 | $9,866,957.65 |
| 14 | XS1932636159 (received in exchange for XS0324058865) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 29157.00 | CA88692 | ILS | 11,195,000.00 | $4,082,061.75 |
| 15 | XS1932636159 (received in exchange for XS0324058865) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 29156.00 | CA88692 | ILS | 64,905,000.00 | $23,666,477.70 |
| 16 | XS1932636159 (received in exchange for XS0324058865) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 29151.00 | CA88692 | ILS | 18,095,000.00 | $6,598,026.56 |
| 17 | XS1932636159 (received in exchange for XS0324058865) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 29150.00 | CA88692 | ILS | 8,130,000.00 | $2,964,462.89 |
| 18 | XS1932636159 (received in exchange for XS0324058865) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 29149.00 | CA88692 | ILS | 16,090,000.00 | $5,866,938.24 |
| 19 | XS1932636159 (received in exchange for XS0324058865) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 29155.00 | CA88692 | ILS | 25,955,000.00 | $9,464,038.65 |
| 20 | XS1932636159 (received in exchange for XS0324058865) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 29154.00 | CA88692 | ILS | 53,810,000.00 | $19,620,879.21 |
| 21 | XS1932636159 (received in exchange for XS0324058865) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 29153.00 | CA88692 | ILS | 12,565,000.00 | $4,581,608.39 |
| 22 | XS1932636159 (received in exchange for XS0324058865) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 29152.00 | CA88692 | ILS | 242,195,000.00 | $88,312,188.07 |
| 23 | XS1932636159 (received in exchange for XS0161241418) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 30490.00 | CA88683 | EUR | 285,000.00 | $406,695.42 |
| 24 | XS1932636159 (received in exchange for XS0161241418) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 58005.00 | CA18597 | EUR | 4,690,000.00 | $6,692,636.90 |
| 25 | XS1932636159 (received in exchange for XS0161241418) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 30489.00 | CA88683 | EUR | 120,000.00 | $171,240.18 |

1008654v.11 3091/00717

| | ISIN[3] | Issuer | Guarantor | Proof of Claim Number | Blocking Number | Original Note Currency | Principal / Notional Amount of Security Purchased[4] | Allowed Amount in USD Being Transferred Hereunder |
|---|---|---|---|---|---|---|---|---|
| 26 | XS1932636159 (received in exchange for XS0161241418) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 57935.00 | CA18597 | EUR | 1,950,000.00 | $2,782,652.87 |
| 27 | XS1932636159 (received in exchange for XS0161241418) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 30488.00 | CA88683 | EUR | 695,000.00 | $991,766.02 |
| 28 | XS1932636159 (received in exchange for XS0161241418) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 57934.00 | CA18597 | EUR | 11,475,000.00 | $16,374,841.89 |
| 29 | XS1932636159 (received in exchange for XS0161241418) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 30483.00 | CA88683 | EUR | 165,000.00 | $235,455.24 |
| 30 | XS1932636159 (received in exchange for XS0161241418) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 57989.00 | CA18597 | EUR | 5,885,000.00 | $8,397,903.66 |
| 31 | XS1932636159 (received in exchange for XS0161241418) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 30482.00 | CA88683 | EUR | 80,000.00 | $114,160.12 |
| 32 | XS1932636159 (received in exchange for XS0161241418) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 58022.00 | CA18597 | EUR | 2,115,000.00 | $3,018,108.11 |
| 33 | XS1932636159 (received in exchange for XS0161241418) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 30481.00 | CA88683 | EUR | 175,000.00 | $249,725.26 |
| 34 | XS1932636159 (received in exchange for XS0161241418) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 58021.00 | CA18597 | EUR | 2,135,000.00 | $3,046,648.14 |
| 35 | XS1932636159 (received in exchange for XS0161241418) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 30487.00 | CA88683 | EUR | 280,000.00 | $399,560.41 |
| 36 | XS1932636159 (received in exchange for XS0161241418) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 57933.00 | CA18597 | EUR | 3,905,000.00 | $5,572,440.75 |
| 37 | XS1932636159 (received in exchange for XS0161241418) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 30486.00 | CA88683 | EUR | 615,000.00 | $877,605.91 |
| 38 | XS1932636159 (received in exchange for XS0161241418) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 58004.00 | CA18597 | EUR | 2,255,000.00 | $3,217,888.32 |
| 39 | XS1932636159 (received in exchange for XS0161241418) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 30485.00 | CA88683 | EUR | 135,000.00 | $192,645.20 |
| 40 | XS1932636159 (received in exchange for XS0161241418) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 57991.00 | CA18597 | EUR | 1,925,000.00 | $2,746,977.83 |

1008654v.11 3091/00717

| | ISIN[3] | Issuer | Guarantor | Proof of Claim Number | Blocking Number | Original Note Currency | Principal / Notional Amount of Security Purchased[4] | Allowed Amount in USD Being Transferred Hereunder |
|---|---|---|---|---|---|---|---|---|
| 41 | XS1932636159 (received in exchange for XS0161241418) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 30484.00 | CA88683 | EUR | 2,765,000.00 | $3,945,659.07 |
| 42 | XS1932636159 (received in exchange for XS0161241418) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 57990.00 | CA18597 | EUR | 10,900,000.00 | $15,554,316.04 |
| 43 | XS1932636159 (received in exchange for XS0183360063) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 58781.91 | 6032977 | USD | 25,000.00 | $25,381.33 |
| 44 | XS1932636159 (received in exchange for XS0183360063) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 58792.21 | 6032872 | USD | 45,675,000.00 | $46,371,682.45 |
| 45 | XS1932636159 (received in exchange for XS0293892419) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 62743.17 | 6046217 | EUR | 7,200,000.00 | $10,217,561.55 |
| 46 | XS1932636159 (received in exchange for XS0293892419) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 62744.10 | 6046344 | EUR | 11,350,000.00 | $16,106,850.51 |
| 47 | XS1932636159 (received in exchange for XS0293892419) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 62744.11 | 6046344 | EUR | 57,725,000.00 | $81,917,880.66 |
| 48 | XS1932636159 (received in exchange for XS0293892419) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 62744.12 | 6046344 | EUR | 11,819,872.00 | $16,773,648.97 |
| 49 | XS1932636159 (received in exchange for XS0293892419) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 62744.13 | 6046344 | EUR | 42,000.00 | $59,602.44 |
| 50 | XS1932636159 (received in exchange for XS0293892419) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 62744.86 | 6046344 | EUR | 4,800,000.00 | $6,811,707.71 |
| 51 | XS1932636159 (received in exchange for XS0293892419) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 62744.92 | 6046344 | EUR | 4,977,168.00 | $7,063,128.00 |
| 52 | XS1932636159 (received in exchange for XS0293892419) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 62744.96 | 6046344 | EUR | 2,085,960.00 | $2,960,197.31 |
| 53 | XS1932636159 (received in exchange for XS0287860265) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55741.04 | CA76961 | EUR | 30,000,000.00 | $42,948,344.78 |
| 54 | XS1932636159 (received in exchange for XS0356444660) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 63595.09 | N/A | EUR | 2,632,000.00 | $3,417,243.31 |
| 55 | XS1932636159 (received in exchange for XS0356444660) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 63595.21 | N/A | EUR | 20,400,000.00 | $26,486,232.33 |

1008654v.11 3091/00717

| | ISIN[3] | Issuer | Guarantor | Proof of Claim Number | Blocking Number | Original Note Currency | Principal / Notional Amount of Security Purchased[4] | Allowed Amount in USD Being Transferred Hereunder |
|---|---|---|---|---|---|---|---|---|
| 56 | XS1932636159 (received in exchange for XS0356444660) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 63595.53 | N/A | EUR | 9,268,000.00 | $12,033,058.89 |
| 57 | XS1932636159 (received in exchange for XS0356444660) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 63595.54 | N/A | EUR | 1,000,000.00 | $1,298,344.73 |
| 58 | XS1932636159 (received in exchange for XS0330837773) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 63595.42 | CA60809, CA60813, CA60812, CA60811 | EUR | 4,059,000.00 | $4,705,571.87 |
| 59 | XS1932636159 (received in exchange for XS0330837773) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 63595.43 | CA60809, CA60813, CA60812, CA60811 | EUR | 1,750,000.00 | $2,028,763.44 |
| 60 | XS1932636159 (received in exchange for XS0330837773) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 63595.44 | CA60809, CA60813, CA60812, CA60811 | EUR | 250,000.00 | $289,823.34 |
| 61 | XS1932636159 (received in exchange for XS0330837773) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 63595.45 | CA60809, CA60813, CA60812, CA60811 | EUR | 14,000,000.00 | $16,230,107.47 |
| 62 | XS1932636159 (received in exchange for XS0330837773) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 63595.46 | CA60809, CA60813, CA60812, CA60811 | EUR | 19,940,000.00 | $23,116,310.21 |
| 63 | XS1932636159 (received in exchange for XS0330837773) | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 63595.73 | CA60809, CA60813, CA60812, CA60811 | EUR | 1,000.00 | $1,159.29 |

08-13555-mg    Doc 59960    Filed 09/26/19    Entered 09/26/19 12:28:18    Main Document
Pg 15 of 17

Schedule 2

LBHI Distributions

| ISIN[5] | POC # | Allowed Amount | October 5, 2017 | December 7, 2017 | April 5, 2018 | October 4, 2018 | April 4, 2019 | July 18, 2019 |
|---|---|---|---|---|---|---|---|---|
| XS0264737726 | 29148.00 | $2,920,660.53 | $16,000.80 | $22,770.60 | $9,189.71 | $14,205.74 | $2,606.80 | $5,785.03 |
| XS0264737726 | 28997.00 | $1,245,491.37 | $6,823.41 | $9,710.33 | $3,918.87 | $6,057.92 | $1,111.65 | $2,466.98 |
| XS0264737726 | 28996.00 | $7,460,029.21 | $40,869.69 | $58,161.29 | $23,472.60 | $36,284.68 | $6,658.37 | $14,776.30 |
| XS0264737726 | 28991.00 | $2,461,316.80 | $13,484.29 | $19,189.38 | $7,744.41 | $11,971.54 | $2,196.82 | $4,875.20 |
| XS0264737726 | 28990.00 | $819,641.46 | $4,490.39 | $6,390.24 | $2,578.96 | $3,986.63 | $731.56 | $1,623.48 |
| XS0264737726 | 28989.00 | $1,281,856.09 | $7,022.63 | $9,993.85 | $4,033.29 | $6,234.79 | $1,144.10 | $2,539.01 |
| XS0264737726 | 28995.00 | $2,711,084.95 | $14,852.65 | $21,136.67 | $8,530.29 | $13,186.39 | $2,419.75 | $5,369.92 |
| XS0264737726 | 28994.00 | $4,625,974.11 | $25,343.35 | $36,065.89 | $14,555.39 | $22,500.18 | $4,128.86 | $9,162.80 |
| XS0264737726 | 28993.00 | $1,324,441.08 | $7,255.93 | $10,325.85 | $4,167.28 | $6,441.92 | $1,182.11 | $2,623.36 |
| XS0264737726 | 28992.00 | $24,911,741.43 | $136,478.72 | $194,221.65 | $78,383.54 | $121,167.72 | $22,234.72 | $49,343.43 |
| XS0264737726 | 13114.00 | $11,196,503.33 | $61,339.93 | $87,292.30 | $35,229.23 | $54,458.44 | $9,993.32 | $22,177.25 |
| XS0264737726 | 67475.12 | $3,827,864.38 | $20,970.91 | $29,843.52 | $12,044.18 | $18,618.27 | $3,416.52 | $7,581.96 |
| XS0324058865 | 29158.00 | $9,866,957.65 | $54,056.02 | $76,926.64 | $31,045.88 | $47,991.69 | $8,806.65 | $19,543.77 |
| XS0324058865 | 29157.00 | $4,082,061.75 | $22,363.53 | $31,825.34 | $12,844.00 | $19,854.65 | $3,643.40 | $8,085.46 |
| XS0324058865 | 29156.00 | $23,666,477.70 | $129,656.56 | $184,513.09 | $74,465.38 | $115,110.90 | $21,123.27 | $46,876.90 |
| XS0324058865 | 29151.00 | $6,598,026.56 | $36,147.22 | $51,440.78 | $20,760.36 | $32,092.00 | $5,889.00 | $13,068.90 |
| XS0324058865 | 29150.00 | $2,964,462.89 | $16,240.78 | $23,112.10 | $9,327.53 | $14,418.79 | $2,645.90 | $5,871.80 |
| XS0324058865 | 29149.00 | $5,866,938.24 | $32,141.96 | $45,740.93 | $18,460.02 | $28,536.08 | $5,236.47 | $11,620.82 |
| XS0324058865 | 29155.00 | $9,464,038.65 | $51,848.64 | $73,785.33 | $29,778.12 | $46,031.94 | $8,447.03 | $18,745.70 |
| XS0324058865 | 29154.00 | $19,620,879.21 | $107,492.79 | $152,972.02 | $61,736.11 | $95,433.60 | $17,512.41 | $38,863.66 |
| XS0324058865 | 29153.00 | $4,581,608.39 | $25,100.29 | $35,720.00 | $14,415.80 | $22,284.39 | $4,089.26 | $9,074.92 |
| XS0324058865 | 29152.00 | $88,312,188.07 | $483,817.43 | $688,516.25 | $277,869.88 | $429,539.88 | $78,822.16 | $174,922.60 |
| XS0161241418 | 30490.00 | $406,695.42 | $2,228.07 | $3,170.75 | $1,279.64 | $1,978.11 | $362.99 | $805.55 |
| XS0161241418 | 58005.00 | $6,692,636.90 | $36,665.54 | $52,178.40 | $21,058.04 | $32,552.18 | $5,973.44 | $13,256.30 |
| XS0161241418 | 30489.00 | $171,240.18 | $938.13 | $1,335.05 | $538.79 | $832.89 | $152.83 | $339.18 |
| XS0161241418 | 57935.00 | $2,782,652.87 | $15,244.73 | $21,694.64 | $8,755.47 | $13,534.48 | $2,483.62 | $5,511.68 |
| XS0161241418 | 30488.00 | $991,766.02 | $5,433.38 | $7,732.19 | $3,120.54 | $4,823.83 | $885.19 | $1,964.42 |
| XS0161241418 | 57934.00 | $16,374,841.89 | $89,709.40 | $127,664.65 | $51,522.62 | $79,645.26 | $14,615.20 | $32,434.14 |
| XS0161241418 | 30483.00 | $235,455.24 | $1,289.93 | $1,835.70 | $740.84 | $1,145.22 | $210.15 | $466.37 |
| XS0161241418 | 57989.00 | $8,397,903.66 | $46,007.83 | $65,473.33 | $26,423.58 | $40,846.39 | $7,495.46 | $16,633.97 |
| XS0161241418 | 30482.00 | $114,160.12 | $625.42 | $890.03 | $359.19 | $555.26 | $101.89 | $226.12 |
| XS0161241418 | 58022.00 | $3,018,108.11 | $16,534.67 | $23,530.34 | $9,496.32 | $14,679.71 | $2,693.78 | $5,978.05 |
| XS0161241418 | 30481.00 | $249,725.26 | $1,368.11 | $1,946.95 | $785.74 | $1,214.63 | $222.88 | $494.63 |
| XS0161241418 | 58021.00 | $3,046,648.14 | $16,691.03 | $23,752.85 | $9,586.12 | $14,818.53 | $2,719.25 | $6,034.58 |
| XS0161241418 | 30487.00 | $399,560.41 | $2,188.98 | $3,115.12 | $1,257.19 | $1,943.41 | $356.62 | $791.42 |
| XS0161241418 | 57933.00 | $5,572,440.75 | $30,528.56 | $43,444.92 | $17,533.40 | $27,103.68 | $4,973.62 | $11,037.50 |
| XS0161241418 | 30486.00 | $877,605.91 | $4,807.95 | $6,842.15 | $2,761.34 | $4,268.56 | $783.29 | $1,738.30 |
| XS0161241418 | 58004.00 | $3,217,888.32 | $17,629.16 | $25,087.91 | $10,124.92 | $15,651.42 | $2,872.09 | $6,373.76 |
| XS0161241418 | 30485.00 | $192,645.20 | $1,055.40 | $1,501.93 | $606.14 | $937.00 | $171.94 | $381.57 |
| XS0161241418 | 57991.00 | $2,746,977.83 | $15,049.29 | $21,416.51 | $8,643.22 | $13,360.97 | $2,451.78 | $5,441.02 |
| XS0161241418 | 30484.00 | $3,945,659.07 | $21,616.25 | $30,761.89 | $12,414.81 | $19,191.21 | $3,521.65 | $7,815.28 |
| XS0161241418 | 57990.00 | $15,554,316.04 | $85,214.16 | $121,267.51 | $48,940.87 | $75,654.32 | $13,882.84 | $30,808.90 |
| XS0183360063 | 58781.91 | $25,381.33 | $139.05 | $197.88 | $79.86 | $123.45 | $22.65 | $50.27 |

---

[5] On or around April 1, 2019, the original purchased securities set forth in this column were exchanged for ISIN XS1932636159 pursuant to the Partial Wind-Down of Lehman BV, as further described in the Information Notice on the Partial Wind-Down, dated as of January 24, 2019, and the Solicitation Memorandum, dated as of January 24, 2019.

1008654v.11 3091/00717

| ISIN[5] | POC # | Allowed Amount | October 5, 2017 | December 7, 2017 | April 5, 2018 | October 4, 2018 | April 4, 2019 | July 18, 2019 |
|---|---|---|---|---|---|---|---|---|
| XS0183360063 | 58792.21 | $46,371,682.45 | $254,046.79 | $361,531.72 | $145,906.18 | $225,546.29 | $41,388.58 | $91,849.78 |
| XS0293892419 | 62743.17 | $10,217,561.55 | $55,976.80 | $79,660.09 | $32,149.04 | $49,696.99 | $9,119.58 | $20,238.23 |
| XS0293892419 | 62744.10 | $16,106,850.51 | $88,241.21 | $125,575.28 | $50,679.39 | $78,341.78 | $14,376.00 | $31,903.32 |
| XS0293892419 | 62744.11 | $81,917,880.66 | $448,786.29 | $638,663.74 | $257,750.51 | $398,438.74 | $73,114.98 | $162,257.20 |
| XS0293892419 | 62744.12 | $16,773,648.97 | $91,894.26 | $130,773.90 | $52,777.44 | $81,585.01 | $14,971.15 | $33,224.06 |
| XS0293892419 | 62744.13 | $59,602.44 | $326.53 | $464.68 | $187.53 | $289.89 | $53.19 | $118.05 |
| XS0293892419 | 62744.86 | $6,811,707.71 | $37,317.87 | $53,106.72 | $21,432.69 | $33,131.32 | $6,079.72 | $13,492.15 |
| XS0293892419 | 62744.92 | $7,063,128.00 | $38,695.27 | $55,066.90 | $22,223.77 | $34,354.20 | $6,304.12 | $13,990.14 |
| XS0293892419 | 62744.96 | $2,960,197.31 | $16,217.41 | $23,078.85 | $9,314.11 | $14,398.04 | $2,642.09 | $5,863.35 |
| XS0287860265 | 55741.04 | $42,948,344.78 | $235,292.07 | $334,842.04 | $135,134.81 | $208,895.59 | $38,333.11 | $85,069.07 |
| XS0356444660 | 63595.09 | $3,417,243.31 | $18,721.33 | $26,642.16 | $10,752.18 | $16,621.06 | $3,050.02 | $6,768.63 |
| XS0356444660 | 63595.21 | $26,486,232.33 | $145,104.55 | $206,496.99 | $83,337.60 | $128,825.85 | $23,640.02 | $52,462.07 |
| XS0356444660 | 63595.53 | $12,033,058.89 | $65,922.99 | $93,814.41 | $37,861.41 | $58,527.35 | $10,739.98 | $23,834.24 |
| XS0356444660 | 63595.54 | $1,298,344.73 | $7,112.96 | $10,122.40 | $4,085.17 | $6,314.99 | $1,158.82 | $2,571.67 |
| XS0330837773 | 63595.42 | $4,705,571.87 | $25,779.42 | $36,686.47 | $14,805.84 | $22,887.33 | $4,199.91 | $9,320.46 |
| XS0330837773 | 63595.43 | $2,028,763.44 | $11,114.56 | $15,817.03 | $6,383.40 | $9,867.66 | $1,810.75 | $4,018.43 |
| XS0330837773 | 63595.44 | $289,823.34 | $1,587.79 | $2,259.57 | $911.91 | $1,409.66 | $258.67 | $574.06 |
| XS0330837773 | 63595.45 | $16,230,107.47 | $88,916.48 | $126,536.24 | $51,067.22 | $78,941.29 | $14,486.02 | $32,147.46 |
| XS0330837773 | 63595.46 | $23,116,310.21 | $126,642.47 | $180,223.76 | $72,734.31 | $112,434.95 | $20,632.23 | $45,787.16 |
| XS0330837773 | 63595.73 | $1,159.29 | $6.35 | $9.03 | $3.64 | $5.63 | $1.03 | $2.29 |

Schedule 3

Lehman BV Distributions

| ISIN/CUSIP[6] | Note Currency | Principal / Notional Amount | October 23, 2017 | January 16, 2018 | May 1, 2018 | October 23, 2018 |
|---|---|---|---|---|---|---|
| XS0264737726 | MXN | 677,000,000 | 8,477,009.48 | 12,269,708.08 | 4,635,232.26 | 7,470,081.62 |
| XS0324058865 | ILS | 480,000,000 | 3,775,965.51 | 5,286,021.76 | 2,104,464.45 | 3,466,305.96 |
| XS0161241418 | EUR | 52,550,000 | 438,020.56 | 615,748.85 | 232,370.36 | 395,879.11 |
| XS0183360063 | USD | 45,700,000 | 417,448.91 | 593,820.95 | 228,548.61 | 369,349.12 |
| XS0293892419 | EUR | 100,000,000 | 848,954.07 | 1,193,420.00 | 450,371.02 | 767,277.19 |
| XS0287860265 | EUR | 30,000,000 | 222,248.75 | 312,426.92 | 117,903.19 | 200,866.46 |
| XS0356444660 | EUR | 33,300,000 | 287,438.75 | 404,067.98 | 152,486.56 | 259,784.60 |
| XS0330837773 | EUR | 40,000,000 | 281,834.25 | 396,189.44 | 149,513.37 | 254,719.31 |

| ISIN/CUSIP | Original Note Currency | Original Principal / Notional Amount | May 2, 2019 | July 30, 2019 |
|---|---|---|---|---|
| XS1932636159 (received in exchange for XS0264737726) | MXN | 677,000,000 | US $24,347.04 | US $162,144.01 |
| XS1932636159 (received in exchange for XS0324058865) | ILS | 480,000,000 | US $58,498.64 | US $389,583.41 |
| XS1932636159 (received in exchange for XS0161241418) | EUR | 52,550,000 | US $28,122.85 | US $187,289.73 |
| XS1932636159 (received in exchange for XS0183360063) | USD | 45,700,000 | US $22,636.41 | US $150,751.73 |
| XS1932636159 (received in exchange for XS0293892419) | EUR | 100,000,000 | US $54,506.59 | US $362,997.53 |
| XS1932636159 (received in exchange for XS0287860265) | EUR | 30,000,000 | US $14,269.35 | US $95,029.57 |
| XS1932636159 (received in exchange for XS0356444660) | EUR | 33,300,000 | US $18,454.83 | US $122,903.65 |
| XS1932636159 (received in exchange for XS0330837773) | EUR | 40,000,000 | US $18,095.00 | US $120,507.27 |

---

[6] On or around April 1, 2019, the original purchased securities set forth in this column were exchanged for ISIN XS1932636159 pursuant to the Partial Wind-Down of Lehman BV, as further described in the Information Notice on the Partial Wind-Down, dated as of January 24, 2019, and the Solicitation Memorandum, dated as of January 24, 2019.