UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |
|---|---|

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $25,000,000.00 of the claim set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount | Proof of Claim<br>No. |
|---|---|
| $ 620,406,164.00 | 58352 |

has been transferred and assigned to **SPCP Group, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $25,000,000.00 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: Citigroup Financial Products Inc.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature: *DocuSigned by: Joelle Gavlick / 240CDA98C9F64D3...*
Name: Joelle Gavlick
Title:
Date: 9/20/19

Joelle Gavlick - Authorized Signatory

ASSIGNEE: SPCP Group, LLC

Address for notice:
SPCP Group, LLC
2 Greenwich Plaza
1st Floor
Greenwich CT 06830
Attn :Operations

Address for payments:
SPCP Group, LLC
Mail Code: 11084
P.O. Box 70280
Philadelphia, PA 19176-0280

Signature: _____
Name: _____
Title: _____
Date: _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $25,000,000.00 of the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $ 620,406,164.00 | 58352 |

has been transferred and assigned to SPCP Group, LLC ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $25,000,000.00 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: Citigroup Financial Products Inc.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNEE: SPCP Group, LLC

Address for notice:
SPCP Group, LLC
2 Greenwich Plaza
1st Floor
Greenwich CT 06830
Attn :Operations

Address for payments:
SPCP Group, LLC
Mail Code: 11084
P.O. Box 70280
Philadelphia, PA 19176-0280

Signature: _____
Name: Jeff_ __uccia
Title: Authorized Signatory
Date: Sept 20, 2019

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**CITIGROUP FINANCIAL PRODCTS INC.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **SPCP GROUP, LLC**, its successors and assigns ("Buyer"), a 100% interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc.** (Claim No.: **58352**) in the amount of $25,000,000.00 (the "Claim"), in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC)

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of September 20, 2019.

SPCP GROUP, LLC

By: _____
Name:  Jennifer Poccia
Title:  Authorized Signatory

CITIGROUP FINANCIAL PRODUCTS INC.

By: _____
Name:
Title:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**CITIGROUP FINANCIAL PRODCTS INC.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **SPCP GROUP, LLC**, its successors and assigns ("Buyer"), a **100%** interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc.** (Claim No.: **58352**) in the amount of $25,000,000.00 (the "Claim"), in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC)

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of September 20, 2019.

**SPCP GROUP, LLC**

By: _____
Name:
Title:

CITIGROUP FINANCIAL PRODUCTS INC.

By: *Joelle Gavlick* (DocuSigned by: 240CDA98C9F64D3...)
Name:
Title:

Joelle Gavlick - Authorized Signatory