MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
Brian Trust
Joaquin M. C de Baca

*Counsel to Capital Partners Securities Co., Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to § 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Mayer Brown LLP hereby appears as counsel to Capital Partners Securities Co., Ltd. ("CPS"), a party in interest in the above-captioned chapter 11 cases. Pursuant to Rules 2002, 3017(a), 9007 and 9010 of the Bankruptcy Rules and § 1109(b) of the Bankruptcy Code, the undersigned respectfully requests that all notices and papers filed or entered in these cases be given to and served upon the following persons:

　　　　　　　　　　Brian Trust
　　　　　　　　　　Joaquin M. C de Baca
　　　　　　　　　　MAYER BROWN LLP
　　　　　　　　　　1221 Avenue of the Americas

New York, New York 10020<br>
Telephone: (212) 506-2500<br>
Facsimile: (212) 262-1910<br>
Email: btrust@mayerbrown.com<br>
jcdebaca@mayerbrown.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telecopier, or otherwise, which affect the above-captioned Debtors, property of such Debtors or CPS.

**PLEASE TAKE FURTHER NOTICE** that CPS does not intend that this Notice of Appearance and Request for Notices and Papers or any later appearance, pleading, proof of claim, claim, or suit be deemed or construed to be a waiver of (1) the right to have final orders entered only after *de novo* review by a District Judge, (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, or (5) to any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments CPS expressly reserves.

Dated: New York, New York
October 1, 2019

Respectfully submitted,

By: */s/ Brian Trust*
Brian Trust
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
Email: btrust@mayerbrown.com

*Counsel to Capital Partners Securities Co., Ltd.*