**ADJOURNED OBJECTION/RESPONSE DEADLINE: October 28, 2019 at 4:00 p.m.**
**ADJOURNED HEARING DATE AND TIME: November 14, 2019 at 2:00 p.m.**

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

*Attorneys for Lehman Brothers Holdings Inc.,*
*As Plan Administrator*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                      :    Chapter 11
                                           :
LEHMAN BROTHERS HOLDINGS INC, *et al.*,    :    Case No.:  08-13555 (SCC)
                                           :
                    Debtors.               :    (Jointly Administered)
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF THE**
**PLAN ADMINISTRATOR FOR AN ORDER IN AID OF EXECUTION**
**OF THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN**
**OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

PLEASE TAKE NOTICE that the hearing in connection with the *Motion Of The Plan Administrator For An Order In Aid Of Execution Of The Modified Third Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. And Its Affiliated Debtors*, filed on September 17, 2019 [Dkt. No. 59936] ("**Motion in Aid**"), previously scheduled for October 30, 2019 at 11:00 a.m., has been adjourned to **November 14, 2019 at 2:00 p.m.**

PLEASE TAKE FURTHER NOTICE that the objection/response deadline for the Motion in Aid has been extended from October 10, 2019 at 4:00 p.m. to **October 28, 2019 at 4:00 p.m.**

DMSLIBRARY01\35344020.v1

Dated: New York, New York
October 3, 2019

Respectfully submitted,

/s/ Arthur Steinberg
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222

*Attorneys for Lehman Brothers Holdings Inc.,
As Plan Administrator*