PHILLIPS LYTLE LLP
Angela Z. Miller (AM4473)
Preston L. Zarlock (PZ 8313)
340 Madison Ave.
17th Floor
New York, New York  10173-1922
Telephone:  (212) 759-4888
Facsimile:  (212) 308-9079


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>LEHMAN BROTHER HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE OF CHANGE OF NOTICE ADDRESS WITH RESPECT TO CREDITOR HSBC MORTGAGE SERVICES INC. ("HMS") REGARDING CLAIM NO. 4521

PLEASE TAKE NOTICE that the notice name and address where notices should be sent with respect to proof of claim number 4521 filed by HSBC Mortgage Services Inc. in Case No. 09-10137 (Debtor, BNC Mortgage LLC) is amended to the following name and address effective October 8, 2019:

Phillips Lytle LLP
Angela Z. Miller (AM 4473)
Preston L. Zarlock (PZ 8313)
340 Madison Ave.
17th Floor
New York, New York 10173-1922
Telephone:  (212) 759-4888
Facsimile:  (212) 308-9079
E-mail:  amiller@phillipslytle.com
       pzarlock@phillipslytle.com

PLEASE TAKE FURTHER NOTICE that HMS respectfully requests that notice and service lists maintained in these cases be updated accordingly.

Dated: New York, New York
       October 8, 2019

                                        PHILLIPS LYTLE LLP

                                        By  /s/ Angela Z. Miller
                                              Angela Z. Miller (AM 4473)
                                              Preston L. Zarlock (PZ 8313)
                                        340 Madison Ave.
                                        17th Floor
                                        New York, New York 10173-1922
                                        Telephone:  (212) 759-4888
                                        Facsimile:  (212) 308-9079
                                        amiller@phillipslytle.com
                                        pzarlock@phillipslytle.com

AZMsat
Doc #01-2847909.1