WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Gregory M. Starner, Esq.

*Attorneys for SRM Global Master Fund Limited Partnership*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                                     :   Chapter 11
In re:                                                               :
                                                                     :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                             :
                                                                     :   Jointly Administered
                       Debtors.                                      :
                                                                     :
---------------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF CLAIM NO. 29606

Please take notice that, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, SRM Global Master Fund Limited Partnership ("SRM") hereby withdraws Claim No. 29606 (the "Claim") in the above-captioned Chapter 11 case with respect to the ISDA Documentation (as defined in the Claim).

Dated:    October 11, 2019
          New York, New York

                                        WHITE & CASE LLP

                                By:   */s/ Gregory M. Starner*
                                      Gregory M. Starner, Esq.
                                      1221 Avenue of the Americas
                                      New York, NY 10020
                                      Telephone: (212) 819-8200
                                      Facsimile: (212) 354-8113
                                      gstarner@whitecase.com
                                      *Attorneys for SRM Global Master Fund Limited Partnership*

AMERICAS 101209673