B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**　　　　　　　Case No. 08-13555 (SCC)
　　　　　　　　　　　　　　　　　　　　　　　　　　(jointly administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Banc of America Credit Products, Inc.**　　　　　**NB 530 Offshore Fund, Ltd.**
Name of Transferee　　　　　　　　　　　　　　　Transferor

Name and Address where notices to transferee　　　Court Claim # (if known):  28307
should be sent:　　　　　　　　　　　　　　　　Total Amount of Claim Transferred:
　　　　　　　　　　　　　　　　　　　　　　　USD $7,635,000.00
Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036　　　　　　　　　　　　　Date Claim Filed: September 22, 2009
Attn: Ryan Weddle / Ante Jakic
Telephone: (646) 855-7450
Fax: (646) 834-9780 / (804) 264-1108
E-mail: ryan.weddle@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:　/s/Seth Denson　　　　　　　　　　　　Date:　　　10/17/2019
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

NB 530 Offshore Fund, Ltd. ("Transferor") does hereby certify that it has transferred and assigned to Banc of America Credit Products, Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to $7,635,000.00 of the allowed claim of Lehman Re against Lehman Brothers Holdings Inc. (Claim No.: 28307) in the amount of $415,000,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of 1.839759036% of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the date set forth below.

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: _____
Name:
Title: SETH DENSON
Date: DIRECTOR 10/17/19

**NB 530 OFFSHORE FUND, LTD.**

By: _____
Name:
Title:
Date:

140916565v3

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

NB 530 Offshore Fund, Ltd. ("Transferor") does hereby certify that it has transferred and assigned to Banc of America Credit Products, Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to $7,635,000.00 of the allowed claim of Lehman Re against Lehman Brothers Holdings Inc. (Claim No.: 28307) in the amount of $415,000,000.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of 1.839759036% of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to this portion of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the date set forth below.

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: _____
Name:
Title:
Date:

**NB 530 OFFSHORE FUND, LTD.**

By: _____
Name: Graham Quigley
Title: Director – CFO
Date: 10/17/19