**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------- x
                                          :    Chapter 11
                                          :
In re                                     :
                                          :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., et al.,    :
                                          :    (Jointly Administered)
                    Debtors.              :
                                          :    Ref. Docket Nos. 59906,
                                          :    59907, 59908, 59920, 59927,
                                          :    59932, 59933, 59934, 59935,
                                          :    59937, 59938, 59939, 59940,
                                          :    59941, 59942, 59943, 59944,
                                          :    59945, 59946, 59947
-------------------------------------------------------------------- x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 15, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 15, 2019, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
16th day of October, 2019
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While   **transferee**   refers to the party who is purchasing or otehwise being assigned the claim.

To:

LXS 2007-17H POOLING REMIC 1
ATTN: BRAD ZWETZIG
190 S. LASALLE STREET, MK-IL-SL10
CHICAGO, IL 60603

Please note that your claim # 700008 in the above referenced case and in the amount of
$39,427,904.43 allowed at $39,427,904.43 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000158558316 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000190903



AMBAC ASSURANCE CORPORATION
TRANSFEROR: LXS 2007-17H POOLING REMIC 1
ATTN: GENERAL COUNSEL
1 STATE STREET
NEW YORK, NY 10004

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          59906                    in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/15/2019                                    Vito Genna, Clerk of Court

/s/ Betina Wheelon

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 15, 2019.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ALANDSBANKEN ABP (FINLAND), SVENSK FILIAL | TRANSFEROR: KAUPTHING HF., STUREPLAN 19, SE-107 81 STOCKHOLM  SWEDEN |
| ALANDSBANKEN ABP (FINLAND), SVENSK FILIAL | TRANSFEROR: ALANDSBANKEN SVERIGE AB (PUBL), ATTN: MAGNUS LINNERSAND, STUREPLAN 19, STOCKHOLM SE-107 81 SWEDEN |
| AMBAC ASSURANCE CORPORATION | TRANSFEROR: LXS 2007-17H POOLING REMIC 1, ATTN: GENERAL COUNSEL, 1 STATE STREET, NEW YORK, NY 10004 |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANQUE PICTET & CIE SA | TRANSFEROR: BANK JULIUS BAER & CO. LTD., ATTN: DAVID AESCHLIMANN, ROUTE DES ACACIAS 60, 1211 GENEVA 73  SWITZERLAND |
| CANYON BALANCED MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O CANYON CAPITAL ADVISORS LLC, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON BALANCED MASTER FUND, LTD. | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON BALANCED MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O CANYON CAPITAL ADVISORS LLC, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON BALANCED MASTER FUND, LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON BLUE CREDIT INVESTMENT FUND L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O CANYON CAPITAL ADVISORS LLC, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON BLUE CREDIT INVESTMENT FUND L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON BLUE CREDIT INVESTMENT FUND L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O CANYON CAPITAL ADVISORS LLC, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON BLUE CREDIT INVESTMENT FUND L.P. | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON VALUE REALIZATION MAC 18 LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O CANYON CAPITAL ADVISORS LLC, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION MAC 18 LTD. | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON VALUE REALIZATION MAC 18 LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O CANYON CAPITAL ADVISORS LLC, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION MAC 18 LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON VALUE REALIZATION MASTER FUND, L.P, THE | TRANSFEROR: GOLDMAN SACHS & CO., C/O CANYON CAPITAL ADVISORS LLC, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION MASTER FUND, L.P, THE | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON VALUE REALIZATION MASTER FUND, L.P., THE | TRANSFEROR: GOLDMAN SACHS & CO., C/O CANYON CAPITAL ADVISORS LLC, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION MASTER FUND, L.P., THE | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BALANCED MASTER FUND, LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BALANCED MASTER FUND, LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BLUE CREDIT INVESTMENT FUND L.P., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BLUE CREDIT INVESTMENT FUND L.P., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MASTER FUND, L.P., THE, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MASTER FUND, L.P., THE, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION FUND, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BALANCED MASTER FUND, LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION FUND, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MASTER FUND, L.P., THE, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON-BLUE CREDIT INVESTMENT FUND L.P., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION FUND, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BALANCED MASTER FUND, LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION FUND, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MASTER FUND, L.P., THE, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON-BLUE CREDIT INVESTMENT FUND L.P., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION FUND, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MASTER FUND, L.P., THE, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| COMMERZBANK AG | (HYPOTHEKENBANK FRANKFURT AG), GROUP INTENSIVE CARE CORPORATES, ATTN: JOACHIM BALLERSTAEDT, KAISERSTRASSE 16, 60311 FRANKFURT AM MAIN  GERMANY |
| COMMERZBANK AG | (HYPOTHEKENBANK FRANKFURT AG), GROUP INTENSIVE CARE CORPORATES, ATTN: JOACHIM BALLERSTAEDT, KAISERSTRASSE 16, 60311 FRANKFURT AM MAIN  GERMANY |
| COMMERZBANK AG - GROUP INTENSIVE CARE | INTENSIVE CARE CORPORATES INTERNATIONAL, ATTN: JOACHIM BALLERSTAEDT, KAISERSTRASSE 16, FRANKFURT AM MAIN 60261 GERMANY |
| COMMERZBANK AG - GROUP INTENSIVE CARE | INTENSIVE CARE CORPORATES INTERNATIONAL, ATTN: JOACHIM BALLERSTAEDT, KAISERSTRASSE 16, FRANKFURT AM MAIN 60261 GERMANY |
| COMMERZBANK AG - GROUP INTENSIVE CARE | COMMERZBANK AG - LEGAL DEPARTMENT, ATTN: AMELIA GIBBONS, P.O. BOX 52715, 30 GRESHAM STREET, LONDON EC2P2XY UNITED KINGDOM |
| COMMERZBANK AG - GROUP INTENSIVE CARE | COMMERZBANK AG, NEW YORK BRANCH - LEGAL DEPARTMENT, ATTN: STEVEN TROYER, 2 WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1050 |
| HONGKONG AND SHANGHAI BANKING CORP LTD, THE | TRANSFEROR: VAN DER WERF, K.W., PRIVATE BANKING DIVISION - ATTN: ALICE SO, LEVEL 13 & 14, NO. 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HSBC BANK PLC | TRANSFEROR: COMMERZBANK AG, ATTN: STEPHEN BARTLETT, 8 CANADA SQUARE, LEVEL 24, LONDON E14 5 HQ   UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: COMMERZBANK AG, ATTN: STEPHEN BARTLETT, 8 CANADA SQUARE, LEVEL 24, LONDON E14 5HQ   UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: COMMERZBANK AG - GROUP INTENSIVE CARE, ATTN: STEPHEN BARTLETT, 8 CANADA SQUARE, LEVEL 24, LONDON E14 5HQ   UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: COMMERZBANK AG - GROUP INTENSIVE CARE, ATTN: STEPHEN BARTLETT, 8 CANADA SQUARE, LEVEL 24, LONDON E14 5HQ   UNITED KINGDOM |
| KAUPTHING EHF. | TRANSFEROR: ALANDSBANKEN ABP (FINLAND), SVENSK FILIAL, BORGARTUN 26, IS-105 REYKJAVIK   ICELAND |
| KAUPTHING HF. | RESOLUTION COMMITTEE, ATTN: PAL RYFORS, BORGARTUN 19, REYKJAVIK IS-105 ICELAND |
| KAUPTHING HF. | MARK BERMAN, ESQ, NIXON PEABODY LLP, 100 SUMMER STREET, BOSTON, MA 02110 |
| KIANG, TIONG NGIE | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE, NO. 49 BROOKE DRIVE, 96000 SIBU, SARAWAK   MALAYSIA |
| LINARDI, DANDY | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE, 7 PANDAN VALLEY, #11-502 POINCIANA COURT, SINGAPORE 597631   SINGAPORE |
| LXS 2007-17H POOLING REMIC 1 | ATTN: BRAD ZWETZIG, 190 S. LASALLE STREET, MK-IL-SL10, CHICAGO, IL 60603 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O STONEHILL CAPITAL MGMT LLC - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O STONEHILL CAPITAL MGMT LLC - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O STONEHILL CAPITAL MGMT LLC - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O STONEHILL CAPITAL MGMT LLC - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O STONEHILL CAPITAL MGMT LLC - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O STONEHILL CAPITAL MGMT LLC - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O STONEHILL CAPITAL MGMT LLC - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O STONEHILL CAPITAL MGMT LLC - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O STONEHILL CAPITAL MGMT LLC - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O STONEHILL CAPITAL MGMT LLC - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O STONEHILL CAPITAL MGMT LLC - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O STONEHILL CAPITAL MGMT LLC - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O STONEHILL CAPITAL MGMT LLC - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O STONEHILL CAPITAL MGMT LLC - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O STONEHILL CAPITAL MGMT LLC - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O STONEHILL CAPITAL MGMT LLC - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| STONEHILL MASTER FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O STONEHILL CAPITAL MGMT LLC – OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORP LTD, THE, ATTN: CHARMAINE WILSON, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 10016 |

**Total Creditor Count 111**