07:30 05SEP'19

**FILED / RECEIVED**

OCT 01 2019

EPIQ

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc            ,          Case No.  08-13555 (JMP)


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.


|  Klaus-Dieter Haas  | Union Bancaire Privée, UBP SA |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): _545221.01_ |
|---|---|
| Haas Klaus-Dieter, Am Mühlrain 4, 69151 Beckargemünd, Germany N | Amount of Claim:    $90,000.00 |
| | Date Claim Filed:    10/29/2009 |

Phone:  +49 6223 22 05

Last Four Digits of Acct #: _____

Phone: _+41.58.819.3428_

Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):
IBAN DE43672500200007110693, BIC:
SOLADES1HDB, Sparkasse Heidelberg

Phone:  +49 (0)6221 511 30 50

Last Four Digits of Acct #:_____


I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____          Date:_____
Transferee/Transferee's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficency of which are hereby acknowledged, **UNION BANCAIRE PRIVEE, UBP SA** ("Transferor") unconditionally and irrevocably transferred to **Klaus-Dieter Haas** all of its right, title, interest claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **545221.01**) in nominal amount of EUR 90'000.- related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 16th September 2019.

UNION BANCAIRE PRIVEE, UBP SA

Securities departement                          Securities departement
Managing Director                               Associate

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim | Date Claim Filed | Issuer | Claim Unsecured | Allowed Unsecured |
|---|---|---|---|---|---|
| ISIN XS0213629487<br><br>Lehman Brothers due 09.03.2009 | 545221.01 | 26th October 2009 | Lehman Brothers Treasury BV | EUR 90'000 | N/A |

The UPS EXPRESS ENVELOPE is to be used for document shipments only.

Der UPS E
la UPS EX
El uso del
de docum
L'utilisatio
de docum
Koperta U
Cash and
Der Vers
Vietato i
dinero
Il los enva
Niedozw
Przedmi

+41228192290
UBP
RUE DU RHONE 96 98
1204 GENèVE
SWITZERLAND

**ENV**          1 OF 1
SHP#: 8A60 40FW J3J
DATE: 16 SEP 2019

SHIP TO:

LEHMAN BROTHERS HOLDINGS CLAIMS
(646) 282-2500

SHIP TO:
EPIQ BANKRUPTCY SOLUTIONS, LLC
NEW ADD
777 3RD AVE
FL 12
NEW YORK NY 10017 4020

30/Sep/2019 21:41 1007—F010—4124

**UPS SAVER**
TRACKING # 1Z 8A6 040 04 4049 9274

1Z8A60400440499274

NY 100 9 — 44

1P

BILLING: P/P
DESC: DOCUMENTS

Nº de facture: 4605

FILED/RECEIVED
OCT 01 2019
EPIQ
WS 22017

EDI-DOC

L0620D 15 0A 07/2019

---

**Place UPS shipping documentation here.**

Document de secours - Veuillez le placer sur le colis

TR#: 1Z 8A6 040 04 4049 9274         SHP#: 8A60 40FW J3J

www.ups.com

tion hier an.
PS ici.
llata qui.

Shipper agrees to the UPS Terms found at www.ups.com and UPS service centers. For international air carriage, the Warsaw Convention as amended or Montreal Convention may apply and limits UPS's liability for loss or damage to cargo. International carriage by road may be subject to the Convention on the Contract for the International Carriage of Goods By Road. Except as otherwise governed by international conventions or other mandatory law, the UPS Terms limit UPS's liability for damage, loss or delay of this shipment. There are no stopping places agreed upon at the time of tender of the shipment and UPS reserves the right to route the shipment in any way it deems appropriate. Where allowed by law, Shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

Shipper's Signature:                    Date:

WS 22 017         L0620D 15 0A 07/2019

Al vostro servizio da più di 100 anni
A su servicio desde hace más de 100 años
À votre service depuis plus de 100 ans

UPS