

FaegreBD.com

USA ▾ UK ▾ CHINA

**Kaela T. McCabe**
*Associate*
kaela.mccabe@FaegreBD.com
Direct +1 612 766 8352

Faegre Baker Daniels LLP
2200 Wells Fargo Center ▾ 90 South Seventh Street
Minneapolis ▾ Minnesota 55402-3901
Main **+1 612 766 7000**
Fax **+1 612 766 1600**

October 21, 2019

**VIA UPS**

United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NY 10004-1408

Re:   Notice of Withdrawal of Claim – In re: Lehman Brothers Holdings Inc. (08-13555)

Dear Sir/Madam:

Enclosed is a Notice of Claim Withdrawal relating to Claim No. 33107 in the above referenced proceeding.

Please contact me if you have any questions.

Very truly yours,

*Kaela McCabe*

Kaela T. McCabe

Enclosures

US.125120588.01

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x  Chapter 11 Case No.
In re                                                         :
                                                              :  08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :
                                                              :  (Jointly Administered)
           Debtors.                                           :
                                                              :
------------------------------------------------------------- :

RECEIVED OCT 22 2019 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

## NOTICE OF WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., *et al.* 08-13555 (JMP) |
|---|---|
| Creditor Name and Address: | Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee of the BNC Mortgage Loan Trust 2007-4 Mortgage Pass-Through Certificates Series 2007-4 c/o Bill Fay MAC N2702-011 9062 Old Annapolis Road Columbia, MD 21045 |
| Court Claim Number: | 33107 |
| Date Claim Filed: | 9/22/09 |
| Total Amount of Claim Filed: | Contingent and Unliquidated |

Wells Fargo Bank, National Association, as Trustee of the BNC Mortgage Loan Trust 2007-4 Mortgage Pass-Through Certificates Series 2007-4 (hereinafter, the "Creditor"), having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: October 17, 2019

Wells Fargo Bank, National Association

By: _____
Name: William M. Fay, Jr.
Title: Vice President

US.125026925.01