# **EXHIBIT A**

734846731

| Claim Number | ISIN | Blocking Number | LBT Distributions | |
|---|---|---|---|---|
| | | | Alleged by Plan Administrator | Actually Received by CPS |
| 62783 | XS0297459868 | 6045532 | $ 791,490.76 | $ 591,165.64 |
| 62783 | XS0302264535 | 6045543 | $ 1,187,236.11 | $ 886,748.48 |
| 62783 | XS0305127150 | 6045559 | $ 571,632.21 | $ 426,952.96 |
| 62783 | XS0307903830 | 6045567 | $ 571,632.21 | $ 427,158.36 |
| 62783 | XS0312057432 | 6045579 | $ 483,688.80 | $ 361,267.89 |
| 62783 | XS0313664459 | 6045587 | $ 439,717.09 | $ 328,425.38 |
| 62783 | XS0319683990 | 6045604 | $ 518,097.98 | $ 386,968.28 |
| 62783 | XS0327082854 | 6045636 | $ 998,264.93 | $ 745,607.34 |
| 62783 | XS0328666119 | 6045637 | $ 1,255,443.66 | $ 937,694.28 |
| 62783 | XS0329067531 | 6045644 | $ 832,684.06 | $ 621,933.59 |
| 62783 | XS0329878267 | 6045650 | $ 703,547.34 | $ 525,480.55 |
| 62783 | XS0333106259 | 6045667 | $ 1,712,447.97 | $ 1,279,030.72 |
| 62783 | XS0333106507 | 6045670 | $ 1,758,868.52 | $ 1,313,701.43 |
| 62783 | XS0338675571 | 6045710 | $ 615,603.93 | $ 459,795.50 |
| 62783 | XS0340462042 | 6045721 | $ 219,858.54 | $ 164,212.70 |
| 62783 | XS0346508616 | 6045750 | $ 659,575.63 | $ 492,638.03 |
| 62783 | XS0349442615 | 6045751 | $ 1,606,276.68 | $ 1,199,732.36 |
| 62783 | XS0349757368 | 6045752 | $ 980,177.38 | $ 732,097.64 |
| 62783 | XS0353875106 | 6045766 | $ 750,292.22 | $ 560,395.14 |
| 62783 | XS0354482928 | 6045777 | $ 1,062,606.72 | $ 793,662.68 |
| 62783 | XS0354483140 | 6045775 | $ 168,855.06 | $ 126,118.02 |
| 62783 | XS0357773000 | 6045772 | $ 602,663.60 | $ 450,131.00 |
| 62783 | XS0360775141 | 6045787 | $ 826,083.07 | $ 617,003.82 |
| 62783 | XS0362376435 | 6045791 | $ 588,190.04 | $ 439,320.28 |
| 62783 | XS0362661398 | 6045793 | $ 1,015,738.48 | $ 758,657.36 |
| 62783 | XS0362680778 | 6045795 | $ 534,670.56 | $ 399,347.13 |
| 62783 | XS0364649250 | 6045800 | $ 534,559.63 | $ 399,264.06 |
| 62783 | XS0366374634 | 6045804 | $ 853,198.07 | $ 637,255.52 |
| 62783 | XS0368926092 | 6045817 | $ 374,075.74 | $ 279,397.96 |
| | | | | |
| | | Total | $ 23,217,176.99 | $ 17,341,164.11 |

734846731

# **<u>EXHIBIT B</u>**

734846731

| ISIN Code | Distribution Date | 1st 08-May-13 | 2nd 24-Oct-13 | 3rd 28-Apr-14 | 4th 28-Oct-14 | 5th 27-Apr-15 | 6th 29-Oct-15 | 7th 28-Apr-16 | 8th 15-Jul-16 | 9th 29-Nov-16 | 10th 04-May-17 | 11th 23-Oct-17 | 12th 16-Jan-18 | 13th 02-May-18 | Sub-total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EURO/USD | 0.76888 | 0.73578 | 0.71980 | 0.78880 | 0.94570 | 0.87480 | 0.88480 | 0.90457 | 0.92100 | 0.94318 | 0.84990 | 0.84987 | 0.81079 | |
| | AUD/USD | 0.96296 | 1.03477 | 1.06732 | 1.13804 | 1.29122 | 1.38545 | 1.28014 | 1.33387 | 1.35677 | 1.32617 | 1.26716 | 1.27541 | 1.31639 | |
| | JPY/USD | 97.371036 | 97.725894 | 102.55896 | 106.85224 | 119.49218 | 119.90702 | 109.18131 | 100.81466 | 110.87563 | 110.83565 | 111.88523 | 112.93481 | 109.12633 | |
| XS0297459868 | LBT | 190,025.34 | 77,331.60 | 83,729.98 | 64,126.98 | 43,178.73 | 33,209.59 | 9,278.44 | 13,573.37 | 23,959.36 | 18,189.20 | 11,637.43 | 16,554.25 | 6,371.37 | 591,165.64 |
| XS0302264535 | LBT | 285,038.02 | 115,997.40 | 125,594.98 | 96,190.47 | 64,768.09 | 49,814.38 | 13,917.66 | 20,360.06 | 35,939.03 | 27,283.80 | 17,456.16 | 24,831.38 | 9,557.04 | 886,748.48 |
| XS0305127150 | LBT | 137,240.52 | 55,850.60 | 60,471.65 | 46,313.93 | 31,184.63 | 23,984.70 | 6,701.09 | 9,802.99 | 17,303.98 | 13,136.65 | 8,404.82 | 11,955.84 | 4,601.54 | 426,952.96 |
| XS0307903830 | LBT | 137,445.91 | 55,850.60 | 60,471.65 | 46,313.93 | 31,184.63 | 23,984.70 | 6,701.09 | 9,803.00 | 17,303.97 | 13,136.65 | 8,404.82 | 11,955.85 | 4,601.55 | 427,158.36 |
| XS0312057432 | LBT | 116,126.60 | 47,258.20 | 51,168.32 | 39,188.71 | 26,387.00 | 20,294.75 | 5,670.16 | 8,294.85 | 14,641.83 | 11,115.62 | 7,111.77 | 10,116.48 | 3,893.62 | 361,267.89 |
| XS0313664459 | LBT | 105,569.64 | 42,962.00 | 46,516.66 | 35,626.09 | 23,988.18 | 18,449.77 | 5,154.69 | 7,540.77 | 13,310.75 | 10,105.12 | 6,465.25 | 9,196.81 | 3,539.65 | 328,425.38 |
| XS0319683990 | LBT | 124,387.74 | 50,620.36 | 54,808.40 | 41,976.56 | 28,264.03 | 21,738.49 | 6,073.52 | 8,884.93 | 15,683.44 | 11,906.38 | 7,617.69 | 10,836.16 | 4,170.60 | 386,968.28 |
| XS0327082854 | LBT | 239,668.84 | 97,536.07 | 105,604.17 | 80,879.94 | 54,458.79 | 41,885.48 | 11,702.40 | 17,119.38 | 30,218.66 | 22,941.08 | 14,677.67 | 20,878.99 | 8,035.87 | 745,607.34 |
| XS0328666119 | LBT | 301,413.64 | 122,662.27 | 132,810.50 | 101,716.67 | 68,489.84 | 52,676.25 | 14,717.24 | 21,529.77 | 38,003.75 | 28,851.29 | 18,459.02 | 26,257.95 | 10,106.10 | 937,694.28 |
| XS0329067531 | LBT | 199,915.25 | 81,357.35 | 88,087.73 | 67,464.48 | 45,425.57 | 34,937.99 | 9,761.33 | 14,279.81 | 25,206.32 | 19,135.86 | 12,243.11 | 17,415.82 | 6,702.97 | 621,933.59 |
| XS0329878267 | LBT | 168,911.41 | 68,739.20 | 74,426.65 | 57,001.75 | 38,381.09 | 29,519.63 | 8,247.50 | 12,065.22 | 21,297.20 | 16,168.18 | 10,344.39 | 14,714.89 | 5,663.44 | 525,480.55 |
| XS0333106259 | LBT | 411,133.68 | 167,314.30 | 181,155.93 | 138,743.39 | 93,419.34 | 71,851.36 | 20,074.57 | 29,366.99 | 51,837.81 | 39,353.66 | 25,178.44 | 35,816.33 | 13,784.91 | 1,279,030.72 |
| XS0333106507 | LBT | 422,278.53 | 171,848.01 | 186,066.64 | 142,504.40 | 95,952.72 | 73,799.08 | 20,618.75 | 30,163.05 | 53,243.02 | 40,420.45 | 25,860.97 | 36,787.22 | 14,158.59 | 1,313,701.43 |
| XS0338675571 | LBT | 147,797.48 | 60,146.80 | 65,123.32 | 49,876.54 | 33,583.45 | 25,829.68 | 7,216.56 | 10,557.07 | 18,635.06 | 14,147.16 | 9,051.35 | 12,875.53 | 4,955.50 | 459,795.50 |
| XS0340462042 | LBT | 52,784.81 | 21,481.00 | 23,258.33 | 17,813.05 | 11,994.09 | 9,224.89 | 2,577.35 | 3,770.38 | 6,655.38 | 5,052.56 | 3,232.63 | 4,598.41 | 1,769.83 | 164,212.70 |
| XS0346508616 | LBT | 158,354.45 | 64,443.00 | 69,774.99 | 53,439.15 | 35,982.27 | 27,674.66 | 7,732.03 | 11,311.14 | 19,966.13 | 15,157.67 | 9,697.87 | 13,795.21 | 5,309.47 | 492,638.03 |
| XS0349442615 | LBT | 385,643.51 | 156,940.39 | 169,924.31 | 130,141.34 | 87,629.00 | 67,396.60 | 18,829.95 | 27,546.24 | 48,623.89 | 36,913.75 | 23,617.39 | 33,595.73 | 12,930.25 | 1,199,732.36 |
| XS0349757368 | LBT | 235,326.34 | 95,768.89 | 103,690.76 | 79,414.50 | 53,471.78 | 41,126.57 | 11,490.36 | 16,809.19 | 29,671.14 | 22,525.41 | 14,411.74 | 20,500.69 | 7,890.27 | 732,097.64 |
| XS0353875106 | LBT | 180,134.17 | 73,307.08 | 79,371.69 | 60,789.05 | 40,931.21 | 31,480.97 | 8,795.47 | 12,866.86 | 22,712.23 | 17,242.42 | 11,031.69 | 15,692.58 | 6,039.72 | 560,395.14 |
| XS0354482928 | LBT | 255,116.30 | 103,821.00 | 112,410.71 | 86,092.92 | 57,968.90 | 44,585.14 | 12,456.66 | 18,222.78 | 32,166.36 | 24,419.71 | 15,623.71 | 22,224.72 | 8,553.80 | 793,662.68 |
| XS0354483140 | LBT | 40,539.57 | 16,497.78 | 17,862.76 | 13,680.71 | 9,211.73 | 7,084.86 | 1,979.44 | 2,895.71 | 5,111.43 | 3,880.44 | 2,482.70 | 3,531.65 | 1,359.25 | 126,118.02 |
| XS0357773000 | LBT | 144,690.71 | 58,883.27 | 63,754.39 | 48,828.11 | 32,877.38 | 25,286.73 | 7,064.86 | 10,335.15 | 18,243.33 | 13,849.78 | 8,861.07 | 12,604.87 | 4,851.34 | 450,131.00 |
| XS0360775141 | LBT | 198,330.45 | 80,712.69 | 87,389.43 | 66,929.66 | 45,065.71 | 34,661.02 | 9,683.95 | 14,166.60 | 25,006.51 | 18,984.17 | 12,146.05 | 17,277.76 | 6,649.83 | 617,003.82 |
| XS0362376435 | LBT | 141,215.81 | 57,468.49 | 62,223.27 | 47,655.45 | 32,088.04 | 24,679.44 | 6,895.20 | 10,086.95 | 17,805.21 | 13,517.16 | 8,648.27 | 12,302.16 | 4,734.82 | 439,320.28 |
| XS0362661398 | LBT | 243,863.94 | 99,242.38 | 107,452.64 | 82,295.64 | 55,412.08 | 42,618.63 | 11,907.23 | 17,419.03 | 30,747.60 | 23,342.63 | 14,934.60 | 21,244.45 | 8,176.52 | 758,657.36 |
| XS0362680778 | LBT | 128,366.57 | 52,239.99 | 56,561.56 | 43,319.28 | 29,168.44 | 22,433.86 | 6,267.80 | 9,169.13 | 16,185.11 | 12,287.23 | 7,861.36 | 11,182.79 | 4,304.01 | 399,347.13 |
| XS0364649250 | LBT | 128,339.94 | 52,228.74 | 56,549.83 | 43,310.29 | 29,162.58 | 22,429.20 | 6,266.50 | 9,167.23 | 16,181.75 | 12,284.68 | 7,859.73 | 11,180.47 | 4,303.11 | 399,264.06 |
| XS0366374634 | LBT | 204,840.36 | 83,361.32 | 90,257.87 | 69,126.53 | 46,544.97 | 35,798.72 | 10,001.81 | 14,631.61 | 25,827.32 | 19,607.30 | 12,544.73 | 17,844.87 | 6,868.09 | 637,255.52 |
| XS0368926092 | LBT | 89,810.11 | 36,548.66 | 39,572.61 | 30,307.81 | 20,407.36 | 15,695.57 | 4,385.19 | 6,415.07 | 11,323.71 | 8,596.61 | 5,500.11 | 7,823.89 | 3,011.25 | 279,397.96 |
| LBT Total | | 5,574,309.62 | 2,268,419.46 | 2,456,091.75 | 1,881,067.30 | 1,266,581.63 | 974,152.71 | 272,168.81 | 398,154.33 | 702,811.28 | 533,552.62 | 341,366.54 | 485,593.73 | 186,894.32 | 17,341,164.11 |