**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
Tel. (212) 506-2500
Fax (212) 262-1910
Brian Trust
Joaquin M. C de Baca
Youmi Kim

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> **Case No. 08-13555 (SCC)** <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on October 28, 2019, I caused copies of the (i) Response of Capital Partners Securities Co., Ltd. in Opposition to Plan Administrator's Motion for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Response") and (ii) Declaration of Kunihiko Shimoda in Support of Response of Capital Partners Securities Co., Ltd. in Opposition to Plan Administrator's Motion for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Declaration") to be delivered by United Parcel Service Next Day Air to The Honorable Shelley C. Chapman, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004.

735089814

I further certify that on October 28, 2019, I caused copies of the Response and Declaration to be served by electronic mail upon (i) King & Spalding, LLP, 1185 Avenue of the Americas, New York, New York 10036 (Attn: Arthur Steinberg, Esq., asteinberg@kslaw.com, and Scott Davidson, Esq., sdavidson@kslaw.com), and (ii) Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Andrea B. Schwartz, Esq., andrea.b.schwartz@usdoj.gov).

I further certify that on October 28, 2019, upon electronic filing of the Response and Declaration, electronic mail filing notifications of the Response and Declaration were caused to be sent to all attorneys of record registered to receive electronic mail notices of filings in these cases via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:   New York, New York
         October 29, 2019

                                            /s/ James Hennessey
                                            James Hennessey