

FILED / RECEIVED

OCT 2 4 2019

EPIQ

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re __Lehman Brothers Holdings Inc__ .        Case No. __08-13555__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__Banca Valsabbina__                              __Hypo alpe Adria Bank spa__
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): __55238__
should be sent:                                   Amount of Claim: __58102,53__

  Banca Valsabbina                                Date Claim Filed: __18/10/2011__
  Via XXV aprile 8 25121 Brescia                  isin XS0181945972
Phone: __+3987986079__                            Phone: _____
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

                                                  HYPO ALPE ADRIA-BANK

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/_____                       Date: __16/10/2019__
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# Winter, Greg

| | |
|---|---|
| **From:** | Samantha Asquini <samantha.asquini@hypo-alpe-adria.it> |
| **Sent:** | Tuesday, October 15, 2019 10:30 AM |
| **To:** | DL-lehmancallcenter |
| **Subject:** | Lehman Aggregation number W0000711 |

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe.

We will informe you we transfered all the lehman broters to other institute .

We ask to change the informations in your sistem :

- isin XS0181945972 and XS0189294225 the new bank is Banca Valsabbina Via XXv aprile n8 25121 Brescia

- isin xs0208459023 the new bank is banca intesa Sanpaolo piazza San Carlo 156 10121 Torino

- isin XS0220704109 the new bank is Che Banca! viale Luigi Bodio 37  20158 Milano


best regards

Samantha Asquini
Accounting
Hypo Alpe- Adria-Bank S.p.A.
samantha.asquini@hypo-alpe-adria.it

IMPORTANT
Please do not use e-mail addresses related to the domain hypo-alpe-adria.com to exchange e-mail with Hypo Alpe Adria Bank Italia.

The exchange of messages with HYPO ALPE-ADRIA-BANK S.p.A. via e-mail is not binding. Declarations regarding legal transactions must not be exchanged via this medium. The information contained in this e-mail message is confidential and intended exclusively for the addressee. Persons receiving this
e-mail message who are not the named addressee (or his/her co-workers, or persons authorized to take delivery) must not use, forward or reproduce its contents. If you have received this e-mail this email message beyond retrieval.

IMPORTANTE
Vi preghiamo di non utilizzare piu' gli indirizzi di posta elettronica relativi al dominio hypo-alpe-adria.com per lo scambio di e-mail con Hypo Alpe Adria Bank Italia.

Lo scambio di messaggi con HYPO ALPE-ADRIA-BANK S.p.A. via e-mail non è ritenuto vincolante. Lo scambio di messaggi contenenti transazioni legali, dati privati o sensibili non deve essere effettuato via e-mail. Le informazioni contenute in questo messaggio sono da intendersi confidenziali e
destinate esclusivamente ai destinatari. I lettori del presente messaggio, se non sono inclusi tra gli espliciti destinatari (o non espressamente autorizzati al trattamento del dato), non possono in qualsiasi forma usare, riprodurre, modificare ed inoltrare il contenuto di questa e-mail. Se avete ricevuto questo messaggio per errore, siete pregati di contattarci