UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                          Case No. 08-13555 (SCC)

Lehman Brothers                                                 Chapter 11
Holdings Inc., et al., Debtors

                                                                Jointly Administered

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

**PLEASE TAKE NOTICE** that $48,370,000.00 of or an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $48,370,000.00 | 67346 |

has been transferred and assigned to WLSO Investments, LP ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $48,370,000.00 of or an undivided 100% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE:                                                       ASSIGNOR:

WLSO INVESTMENTS, LP                                            CITIGROUP FINANCIAL
                                                                PRODUCTS INC.
By: Whitefort Capital Management, LP,
Its Investment Advisor

By: _____                                   By: _____
Name: David Salanic                                             Name:
Title: Co-Managing Partner                                      Title:
Date: 10/23/19                                                  Date:

710-018/MISC/6012447.2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 (SCC) |
| Lehman Brothers Holdings Inc., *et al.*, Debtors | Chapter 11 |
| | Jointly Administered |

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

**PLEASE TAKE NOTICE** that $48,370,000.00 of or an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $48,370,000.00 | 67346 |

has been transferred and assigned to WLSO Investments, LP ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $48,370,000.00 of or an undivided 100% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

**ASSIGNEE:**

**WLSO INVESTMENTS, LP**

By: Whitefort Capital Management, LP,
Its Investment Advisor

By:_____
Name: David Salanic
Title: Co-Managing Partner
Date:_____

**ASSIGNOR:**

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: *Joelle Gavlick* (DocuSigned by: 240CDA98C9F64D3)
Name:
Title: Joelle Gavlick – Authorized Signatory
Date: 11/1/2019

710-018/MISC/6012447.2