TYRONE K. ARMSTRONG
3713 Brentcove Drive
North Las Vegas, Nevada 89032



NOV - 1 2019

RE:    Case No: 09-10137-scc

Dear Court Clerk,

Please find enclosed documents to be filed with the Court, preferably in the following sequence:

1. Motion to Proceed Without Payment of Filing Fees;

*related filings*
2a. Notice of Motion for Relief from Automatic Stay to Allow Civil Litigation to Proceed;

2b. Affirmation in Support of Motion for Relief from Automatic Stay to Allow Civil Litigation to Proceed;

2c. Memorandum of Law in Support of Motion for Relief from Automatic Stay to Allow Civil Litigation to Proceed;

*related filings*
3a. Notice of Motion for Leave to File a Late Proof of Claim;

3b. Affirmation in Support of Motion for Leave to File a Late Proof of Claim; and

3c. Memorandum of Law in Support of Motion for Leave to File a Late Proof of Claim.

Please return a file-stamped copy in the enclosed self-addressed, prepaid envelope.

DATED this 31st day of October, 2019.

Respectfully Submitted,

/s/ *Tyrone Keith Armstrong*
TYRONE KEITH ARMSTRONG
3713 Brentcove Drive
North Las Vegas, Nevada 89032
Tel: (725) 212-1041
Email: performanceoneautomotive@gmail.com
*Movant Pro Se*