UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In Re:                                               :
                                                     :     Chapter 11
                                                     :
BNC MORTGAGE, LLC,                                   :     Case No: 09-10137-scc
                                                     :
          Debtor.                                    :     Hon. Shelley C. Chapman
                                                     :     Bankruptcy Judge
-----------------------------------------------------------------x

NOV - 1 2019

## MOTION TO PROCEED WITHOUT PAYMENT OF FILING FEES

I, Tyrone Keith Armstrong, Pro Se ("Movant"), respectfully move the Court to grant me permission to file documents without the requirement of payment of filing fees.

On June 27, 2019, the Eighth Judicial District Court of Clark County, Nevada entered an Order finding me to be indigent.[1]  Said Order does not expire until June 27, 2020.  Movant respectfully requests this Court to give full faith and credit to the Order entered by the Nevada state court and permit Movant to proceed without payment of fees until such time that the Order expires.

Dated: Clark County, Nevada
October 31, 2019

By: /s/ Tyrone Keith Armstrong
TYRONE KEITH ARMSTRONG
3713 Brentcove Drive
North Las Vegas, Nevada 89032
Telephone: (725) 212-1041
Email: performanceoneautomotive@gmail.com
*Movant Pro Se*

---

[1] Attached as Exhibit "1".

37

Electronically Filed
06/27/2019

*/s/ [signature]*
CLERK OF THE COURT

OIFP

Name: Tyrone Keith Armstrong
Address: 3713 Brentcove Drive
City, State, Zip: North Las Vegas, NV 89032
Phone: 702-491-8426
Email: performanceoneautomotive@gmail.com
Self-Represented

DISTRICT COURT
CLARK COUNTY, NEVADA

| Tyrone Keith Armstrong | CASE NO.: A-19-796941-C |
|---|---|
| Plaintiff, | DEPT: 18 |
| vs. | |
| U.S. Bank National Association | |
| Defendant. | |

Order to Proceed in Forma Pauperis

Upon consideration of the movant's Application to Proceed in Forma Pauperis, and it appearing that there is not sufficient income, property, or resources with which to maintain the action, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that (*name*) Tyrone Keith Armstrong shall be permitted to proceed In Forma Pauperis with this action pursuant to the terms of this Order.

**IT IS FURTHER ORDERED** that if the above-named party prevails in this action, the Court shall enter an order pursuant to NRS 12.015 requiring the opposing party to pay the Court, within five (5) days, the costs which would have been incurred by the prevailing party, and those costs must then be paid as provided by law.

RECEIVED
JUN 27 2019
CLERK OF THE COURT

© Clark County Self-Help Center
Rev. Nov. 2015

1

Fee Waiver Order
ALL RIGHTS RESERVED

IT IS FURTHER ORDERED that the above-named party shall be permitted to commence or defend the action without costs. The Clerk of Court shall file or issue any necessary writ, process, pleading, or paper without charge.

IT IS FURTHER ORDERED that the Sheriff or other appropriate officer within this State shall make personal service of any necessary writ, pleading, or paper without charge.

IT IS FURTHER ORDERED that this Order shall not apply to costs for transcripts or recordings of court proceedings. A separate application and order shall be required to waive any such fees.

IT IS FURTHER ORDERED that this Order shall expire one year from the date the Order is filed. The party shall be required to reapply for any further waiver after this Order expires.

DATED this 26th day of June, 2019.

_____
DISTRICT COURT JUDGE

Respectfully Submitted:
(Signature) _____
(Printed Name) **Tyrone Keith Armstrong**

In Proper Person