UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In Re:                                                  :
                                                        :         Chapter 11
                                                        :
BNC MORTGAGE, LLC,                                      :         Case No: 09-10137-scc
                                                        :
        Debtor.                                         :         Hon. Shelley C. Chapman
                                                        :         Bankruptcy Judge
-------------------------------------------------------------x

NOV – 1 2019

### NOTICE OF MOTION TO TAKE LEAVE TO FILE LATE PROOF OF CLAIM

**PLEASE TAKE NOTICE** that on December 04, 2019 at 11:00am (EST) or as soon thereafter as the matter can be heard, a hearing will be held on the motion of Tyrone Keith Armstrong, Pro Se ("Movant"), for leave to file a claim in this chapter 11 case after the bar date previously set by the Court with respect to BNC Mortgage, LLC (f/k/a BNC Mortgage, Inc.) ("Debtor"). The claim will be heard before the Honorable Shelley C. Chapman, Judge of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

Dated: Clark County, Nevada
October 31, 2019

By: /s/ Tyrone Keith Armstrong
TYRONE KEITH ARMSTRONG
3713 Brentcove Drive
North Las Vegas, Nevada 89032
Telephone: (725) 212-1041
Email: performanceoneautomotive@gmail.com
*Movant Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of October, 2019, I served a true and correct copy of the foregoing *Notice of Motion to Take Leave to File Late Proof of Claim* via U.S. Mail, first class postage prepaid, addressed to the following:

Jacqueline Marcus, Esq.
Garrett A. Fail, Esq.
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
USPS certified mail tracking: 7019 0160 0001 0602 9736

BNC Mortgage LLC
(f/k/a BNC Mortgage, Inc.)
1901 Main Street
Irvine, CA 92624
USPS certified mail tracking: 7019 0160 0001 0602 9743

United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
USPS certified mail tracking: 7019 0160 0001 0602 9750

Epiq Corporate Restructuring, LLC
777 Third Avenue, 12th Floor
New York, NY 10017
USPS certified mail tracking: 7019 0160 0001 0602 9767

By: */s/ Tyrone Keith Armstrong*
TYRONE KEITH ARMSTRONG
3713 Brentcove Drive
North Las Vegas, Nevada 89032
Telephone: (725) 212-1041
Email: performanceoneautomotive@gmail.com
*Movant Pro Se*