B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*,    Case No. 08-13555
Debtors.    (jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Warbler Run II, LLC**    **Deutsche Bank AG, London Branch**
Name of Transferee    Name of Transferor

Name and Address where notices to    Court Claim # (if known): 8869
transferee should be sent:

Warbler Run II, LLC
c/o Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808    Total Amount of Claim Transferred:
Email: ops@warblerrun.com    USD $14,773,639.66

Name and Address where transferee payments    Date Claim Filed: August 21, 2009
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/    Date: 11/05/2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIMS

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13888 (SCC) (Jointly Administered)

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto **WARBLER RUN II, LLC**, its successors and assigns ("Buyer"), all rights, title and interest in and to the Proof of Claim Numbers set forth below, in the allowed amounts set forth below (collectively, the "Assigned Claims") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

| Proof of Claim Number | Allowed Amount Transferred |
|---|---|
| 2000022 | $97,505,639.86 |
| 33061 | $25,440,001.48 |
| 67937 | $28,852,996.00 |
| 8869 | $14,773,639.66 |

Seller hereby waives any objection to the transfer of the Assigned Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claims and recognizing the Buyer as the sole owner and holder of the Assigned Claims.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claims to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claims by its duly authorized representative dated November 4, 2019.

**WARBLER RUN II, LLC**

By: _____
Name: S. Clifton
Title: Authorised Signatory

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name: Alex Darbyshire
Title: Director

By: _____
Name:
Title: Simon Glennie
Director