**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                               :   Chapter 11 Case
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :   No. 08-13555 (SCC)
:
Debtors.                              :   (Jointly Administered)
:
---------------------------------------------------------------x   Ref. Docket No. 60014

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 5, 2019, I caused to be served the "Notice of Hearing on the Plan Administrator's Five-Hundred Thirty-First Omnibus Objection to Claims (Satisfied Guarantee Claims)," dated November 5, 2019 [Docket No. 60014], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A,

   b. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed Exhibit B, and

   c. delivered via electronic mail to those parties listed in the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Wing Chan*
                                                            Wing Chan

Sworn to before me this
6th day of November, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Overnight Mail Master Service List**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO., LTD. ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: MACQUARIE BANK LIMITED C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, LP | C/O DAVIS POLK WARDWELL LLP; ATTN: ARYEN ETHAN PALK 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | C/O DAVIS POLK & WARDWELL LLP; ATTN: ARYEH ETHAN PALK 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | C/O DAVIS POLK & WARDWELL LLP; ATTN ARYEH ETHAN FALK 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | C/O DAVIS POLK & WARDWELL LLP; ARYEH ETHAN FALK 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK WARDWELL LLP; ATTN ARYEH ETHAN PALK 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN ARYEH ETHAN PALK 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP; ATTN ARYEH ETHAN FALK 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |

**Total Creditor count  10**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ATTORNEY GENERAL OF THE STATE OF NY | ATTN: NEAL MANN 120 BROADWAY, 24TH FL NEW YORK NY 10271 |
| BIEGING SHAPIRO & BURNS LLP | ATTN: DUNCAN E. BARBER, STEVEN MULLIGAN 4582 S ULSTER ST PKWY STE 1650 DENVER CO 80237 |
| BOULT, CUMMINGS, CONNERS & BERRY PLC | ATTN: AUSTIN L. MCMULLEN 1600 DIVISION ST, STE 700 P.O. BOX 340025 NASHVILLE TN 37203 |
| BRACEWELL & GIULIANI LLP | ATTN: KURT MAYR 225 ASYLUM ST, STE 2600 HARTFORD CT 06103 |
| BROWN RUDNICK LLP | ATTN: HOWARD STEEL SEVEN TIMES SQUARE NEW YORK NY 10036 |
| CHADBOURNE & PARKE LLP | ATTN: HOWARD BELTZER 1301 AVE OF THE AMERICAS NEW YORK NY 10019-6022 |
| DRINKER BIDDLE & REATH LLP | ATTN: ROBERT MALONE 500 CAMPUS DR FLORHAM PARK NJ 07932-1047 |
| GAY MCCALL ISAACKS | GORDON & ROBERTS PC 777 EAST 15TH ST PLANO TX 75074 |
| LINEBARGER GOGGAN | BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS TX 75201 |
| LINEBARGER GOGGAN | BLAIR & SAMPSON, LLP ATTN: DIANE SANDERS 1949 SOUTH I.H. 35 PO BOX 17428 AUSTIN TX 78760 |
| MEYER SUOZZI ENGLISH & KLEIN | ATTN: THOMAS SLOME 900 STEWART AVE, STE 300 PO BOX 9194 GARDEN CITY NY 11530 |
| NATIONWIDE FUND ADVISORS | ATTN: ERIC E MILLER 1000 CONTINENTAL DR STE 400 KING OF PRUSSIA PA 19406-2850 |
| OFFICE OF CHARLENE M. INDELICATO | ATTN: MELISSA-JEAN ROTINI WESTCHESTER COUNTY ATTORNEY 148 MARTINE AVE, 6TH FL WHITE PLAINS NY 10601 |
| STAHL ZELLOE PC | ATTN: JAMES ZELLOE 11350 RANDOM HILLS ROAD STE 700 FAIRFAX VA 22030 |
| WIGGIN AND DANA LLP | ATTN: SHARYN B. ZUCH 185 ASYLUM ST HARTFORD CT 06103-3402 |

**Total Creditor count  15**

# EXHIBIT C

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | bcarlson@co.sanmateo.ca.us |
| aalfonso@willkie.com | bdemay@hsgllp.com |
| abeaumont@fklaw.com | bdk@schlamstone.com |
| abraunstein@riemerlaw.com | benjamin.mintz@apks.com |
| acaton@kramerlevin.com | bguiney@pbwt.com |
| adarwin@nixonpeabody.com | bmiller@mofo.com |
| adiamond@diamondmccarthy.com | boneill@kramerlevin.com |
| adk@msf-law.com | brosenblum@jonesday.com |
| aentwistle@entwistle-law.com | brotenberg@wolffsamson.com |
| aglenn@kasowitz.com | broy@rltlawfirm.com |
| agold@herrick.com | bruce.wright@sutherland.com |
| aisenberg@saul.com | bsellier@rlrpclaw.com |
| akadish@dtlawgroup.com | bstrickland@wtplaw.com |
| akolod@mosessinger.com | btrust@mayerbrown.com |
| alexander.lorenzo@alston.com | bturk@tishmanspeyer.com |
| allison.holubis@wilsonelser.com | bwolfe@sheppardmullin.com |
| alum@ftportfolios.com | cahn@clm.com |
| amartin@sheppardmullin.com | canelas@pursuitpartners.com |
| amcmullen@boultcummings.com | cbelisle@wfw.com |
| amh@amhandlerlaw.com | cbelmonte@ssbb.com |
| andrew.lourie@kobrekim.com | cdesiderio@nixonpeabody.com |
| andrewtenzer@paulhastings.com | cfarley@mccarter.com |
| angelich.george@arentfox.com | cgoldstein@stcwlaw.com |
| angie.owens@skadden.com | chad.husnick@kirkland.com |
| anthony_boccanfuso@aporter.com | chammerman@paulweiss.com |
| aostrow@beckerglynn.com | charles@filardi-law.com |
| appleby@chapman.com | charles_malloy@aporter.com |
| arainone@bracheichler.com | chemrick@thewalshfirm.com |
| arancier@offitkurman.com | chipford@parkerpoe.com |
| arosenblatt@chadbourne.com | chris.donoho@hoganlovells.com |
| arthur.rosenberg@hklaw.com | christopher.greco@kirkland.com |
| arwolf@wlrk.com | claude.montgomery@dentons.com |
| aschwartz@homerbonner.com | clynch@reedsmith.com |
| aseuffert@lawpost-nyc.com | cohen@sewkis.com |
| ashmead@sewkis.com | cp@stevenslee.com |
| asnow@ssbb.com | cpappas@dilworthlaw.com |
| asomers@rctlegal.com | cparyse@contrariancapital.com |
| aunger@sidley.com | craig.goldblatt@wilmerhale.com |
| austin.bankruptcy@publicans.com | craigjustinalbert@gmail.com |
| avenes@whitecase.com | crmomjian@attorneygeneral.gov |
| bankruptcy@goodwin.com | csalomon@beckerglynn.com |
| bankruptcy@morrisoncohen.com | cschreiber@winston.com |
| bankruptcy@ntexas-attorneys.com | cshore@whitecase.com |
| bankruptcymatters@us.nomura.com | cszyfer@stroock.com |
| barbra.parlin@hklaw.com | cwalsh@mayerbrown.com |
| bbisignani@postschell.com | cward@polsinelli.com |

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.* – **Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| cweiss@ingramllp.com | dspelfogel@foley.com |
| dallas.bankruptcy@publicans.com | dsullivan@hsgllp.com |
| dave.davis@isgria.com | dtheising@harrisonmoberly.com |
| david.bennett@tklaw.com | dwdykhouse@pbwt.com |
| david.livshiz@freshfields.com | dworkman@bakerlaw.com |
| david.powlen@btlaw.com | ebcalvo@pbfcm.com |
| david.wender@alston.com | ecohen@russellinvestments.com |
| davids@blbglaw.com | edelucia@hsgllp.com |
| davidwheeler@mvalaw.com | edward.flanders@pillsburylaw.com |
| dbarber@bsblawyers.com | efisher@binderschwartz.com |
| dbaumstein@whitecase.com | efleck@milbank.com |
| dbesikof@loeb.com | efriedman@fklaw.com |
| dblack@hsgllp.com | efriedman@friedmanspring.com |
| dcimo@gjb-law.com | ekbergc@lanepowell.com |
| dcoffino@cov.com | eleicht@whitecase.com |
| dcrapo@gibbonslaw.com | ellen.halstead@cwt.com |
| ddavis@paulweiss.com | emagnelli@bracheichler.com |
| ddunne@milbank.com | emerberg@mayerbrown.com |
| deggermann@kramerlevin.com | enkaplan@kaplanlandau.com |
| deggert@freebornpeters.com | eobrien@sbchlaw.com |
| demetra.liggins@tklaw.com | etillinghast@sheppardmullin.com |
| dennis.tracey@hoganlovells.com | evanhorn@grosspolowy.com |
| dfelder@orrick.com | eweinick@otterbourg.com |
| dflanigan@polsinelli.com | ezujkowski@emmetmarvin.com |
| dgoldberg@hsgllp.com | farrington.yates@kobrekim.com |
| dhayes@mcguirewoods.com | fcarruzzo@kramerlevin.com |
| dhealy@hsgllp.com | ffm@bostonbusinesslaw.com |
| dheffer@foley.com | foont@foontlaw.com |
| dhurst@coleschotz.com | fsosnick@shearman.com |
| dhw@dhclegal.com | gabriel.delvirginia@verizon.net |
| djcarragher@daypitney.com | gary.ravertpllc@gmail.com |
| djoseph@stradley.com | gavin.alexander@ropesgray.com |
| dkessler@ktmc.com | gbray@milbank.com |
| dkozusko@willkie.com | gcacuci@law.nyc.gov |
| dlipke@vedderprice.com | general@mklawnyc.com |
| dmark@kasowitz.com | ggitomer@mkbattorneys.com |
| dmcguire@winston.com | ggoodman@foley.com |
| dmiller@steinlubin.com | giddens@hugheshubbard.com |
| dmurray@jenner.com | gkaden@goulstonstorrs.com |
| dneier@winston.com | glenn.siegel@morganlewis.com |
| dodonnell@milbank.com | gmoss@riemerlaw.com |
| dpegno@dpklaw.com | goldenberg@ssnylaw.com |
| drosenzweig@fulbright.com | gspilsbury@jsslaw.com |
| drosner@goulstonstorrs.com | harrisjm@michigan.gov |
| drosner@kasowitz.com | harveystrickon@paulhastings.com |
| dshaffer@wtplaw.com | hbeltzer@chadbourne.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| heiser@chapman.com | jlee@foley.com |
| hmagaliff@r3mlaw.com | jlevitin@cahill.com |
| holsen@stroock.com | jlscott@reedsmith.com |
| hooper@sewkis.com | jmaddock@mcguirewoods.com |
| howard.hawkins@cwt.com | jmazermarino@msek.com |
| hseife@chadbourne.com | jmelko@gardere.com |
| hsnovikoff@wlrk.com | jmerva@fult.com |
| hsteel@brownrudnick.com | jmr@msf-law.com |
| ipetersen@johnstonthomas.com | john.beck@hoganlovells.com |
| irethy@stblaw.com | john.goodchild@morganlewis.com |
| j.zelloe@stahlzelloe.com | john.monaghan@hklaw.com |
| jacobsonn@sec.gov | john.mule@state.mn.us |
| james.berg@piblaw.com | jonathan.goldblatt@bnymellon.com |
| james.mcclammy@dpw.com | jonathan.henes@kirkland.com |
| james.sprayregen@kirkland.com | jorbach@hahnhessen.com |
| jamesboyajian@gmail.com | joseph.cordaro@usdoj.gov |
| jamestecce@quinnemanuel.com | joshua.dorchak@morganlewis.com |
| jar@outtengolden.com | jowen769@yahoo.com |
| jay.hurst@oag.state.tx.us | joy.mathias@dubaiic.com |
| jay@kleinsolomon.com | jpintarelli@mofo.com |
| jbeemer@entwistle-law.com | jporter@entwistle-law.com |
| jbrody@americanmlg.com | jprol@lowenstein.com |
| jbrody@johnstonthomas.com | jrabinowitz@rltlawfirm.com |
| jcarberry@cl-law.com | jrapisardi@omm.com |
| jcdebaca@mayerbrown.com | jrosenthal@mhlawcorp.com |
| jchristian@tobinlaw.com | jrsmith@hunton.com |
| jdoran@haslaw.com | jschiller@bsfllp.com |
| jdwarner@warnerandscheuerman.com | jschwartz@hahnhessen.com |
| jdyas@halperinlaw.net | jsheerin@mcguirewoods.com |
| jean-david.barnea@usdoj.gov | jsherman@bsfllp.com |
| jeanites@whiteandwilliams.com | jshickich@riddellwilliams.com |
| jeannette.boot@wilmerhale.com | jsmairo@pbnlaw.com |
| jeff.wittig@united.com | jstoll@mayerbrown.com |
| jeldredge@velaw.com | jtimko@shutts.com |
| jennifer.demarco@cliffordchance.com | judy.morse@crowedunlevy.com |
| jennifer.gore@shell.com | jvail@ssrl.com |
| jg5786@att.com | jwcohen@daypitney.com |
| jgenovese@gjb-law.com | jwest@velaw.com |
| jguy@orrick.com | jwh@njlawfirm.com |
| jhiggins@fdlaw.com | jzulack@fzwz.com |
| jhorgan@phxa.com | kanema@formanlaw.com |
| jhuggett@margolisedelstein.com | karen.wagner@dpw.com |
| jim@atkinslawfirm.com | karl.geercken@alston.com |
| jjureller@klestadt.com | kdwbankruptcydepartment@kelleydrye.com |
| jlamar@maynardcooper.com | keith.simon@lw.com |
| jlawlor@wmd-law.com | kelly.kleist@solidcounsel.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| ken.coleman@allenovery.com | mark.mckane@kirkland.com |
| kerry.moynihan@hro.com | mark.salzberg@squirepb.com |
| kgwynne@reedsmith.com | mark.sherrill@sutherland.com |
| kiplok@hugheshubbard.com | maryann.gagliardi@wilmerhale.com |
| kkelly@ebglaw.com | matt@willaw.com |
| kkolbig@mosessinger.com | matthew.klepper@dlapiper.com |
| klyman@irell.com | maustin@orrick.com |
| klynch@formanlaw.com | mbenner@tishmanspeyer.com |
| kmanka@johnstonthomas.com | mbienenstock@proskauer.com |
| kobak@hugheshubbard.com | mbloemsma@mhjur.com |
| korr@orrick.com | mbossi@thompsoncoburn.com |
| kovskyd@pepperlaw.com | mcademartori@sheppardmullin.com |
| kressk@pepperlaw.com | mcarthurk@sullcrom.com |
| krosen@lowenstein.com | mccarthyj@sullcrom.com |
| ksebaski@hsgllp.com | mcolomar@diazreus.com |
| kurt.mayr@bgllp.com | mcordone@stradley.com |
| kurt.rademacher@morganlewis.com | mcyganowski@oshr.com |
| ladler@laniadlerpartners.com | mdorval@stradley.com |
| landon@slollp.com | melorod@gtlaw.com |
| lapeterson@foley.com | meltzere@pepperlaw.com |
| lawallf@pepperlaw.com | metkin@lowenstein.com |
| lawrence.gelber@srz.com | mfeldman@willkie.com |
| lberkoff@moritthock.com | mgordon@briggs.com |
| lee.stremba@troutmansanders.com | mgreger@allenmatkins.com |
| lee.whidden@dentons.com | mh1@mccallaraymer.com |
| leo.crowley@pillsburylaw.com | mhanin@kasowitz.com |
| lgomez@msek.com | mhopkins@cov.com |
| lgranfield@cgsh.com | michael.kelly@monarchlp.com |
| lhandelsman@stroock.com | michael.kraut@morganlewis.com |
| lisa.solomon@att.net | michael.mccrory@btlaw.com |
| ljkotler@duanemorris.com | michael.solow@apks.com |
| lkatz@ltblaw.com | millee12@nationwide.com |
| lkiss@klestadt.com | miller@taftlaw.com |
| lmarinuzzi@mofo.com | mimi.m.wong@irscounsel.treas.gov |
| lmcgowen@orrick.com | mitchell.ayer@tklaw.com |
| lnashelsky@mofo.com | mitchell.berger@squirepb.com |
| loizides@loizides.com | mjedelman@vedderprice.com |
| lperlman@hsgllp.com | mjr1@westchestergov.com |
| lschweitzer@cgsh.com | mlahaie@akingump.com |
| lucdespins@paulhastings.com | mlandman@lcbf.com |
| mabrams@willkie.com | mlichtenstein@crowell.com |
| maofiling@cgsh.com | mlynch2@travelers.com |
| marc.roitman@ropesgray.com | mmorreale@us.mufg.jp |
| margolin@hugheshubbard.com | mneier@ibolaw.com |
| mark.bane@ropesgray.com | monica.lawless@brookfieldproperties.com |
| mark.ellenberg@cwt.com | mpackman@fisherbrothers.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| mparry@mosessinger.com | rbeacher@pryorcashman.com |
| mrosenthal@gibsondunn.com | rbernard@foley.com |
| mschimel@sju.edu | rbyman@jenner.com |
| msegarra@mayerbrown.com | rdaversa@orrick.com |
| mshiner@tuckerlaw.com | relgidely@gjb-law.com |
| mshuster@hsgllp.com | rfriedman@silvermanacampora.com |
| msolow@kayescholer.com | rgmason@wlrk.com |
| mspeiser@stroock.com | rgoodman@moundcotton.com |
| mstamer@akingump.com | rgraham@whitecase.com |
| munno@sewkis.com | rhett.campbell@tklaw.com |
| mvenditto@reedsmith.com | richard.lear@hklaw.com |
| mwarner@coleschotz.com | richard@rwmaplc.com |
| mwarren@mtb.com | rick.murphy@sutherland.com |
| nathan.spatz@pillsburylaw.com | rleek@hodgsonruss.com |
| nbinder@binderschwartz.com | rmatzat@hahnhessen.com |
| nbojar@fklaw.com | rnetzer@willkie.com |
| ncoco@mwe.com | robert.honeywell@klgates.com |
| neal.mann@oag.state.ny.us | robert.malone@dbr.com |
| ned.schodek@shearman.com | robert.yalen@usdoj.gov |
| neil.herman@morganlewis.com | robin.keller@lovells.com |
| neilberger@teamtogut.com | roger@rnagioff.com |
| ngueron@cgr-law.com | rpedone@nixonpeabody.com |
| nicholas.zalany@squirepb.com | rrainer@wmd-law.com |
| nissay_10259-0154@mhmjapan.com | rroupinian@outtengolden.com |
| nlepore@schnader.com | rthomas@johnstonthomas.com |
| nlieberman@hsgllp.com | russj4478@aol.com |
| notice@bkcylaw.com | rweiss@johnstonthomas.com |
| nyrobankruptcy@sec.gov | ryaspan@yaspanlaw.com |
| otccorpactions@finra.org | sabin.willett@morganlewis.com |
| paronzon@milbank.com | sabramowitz@velaw.com |
| patrick.miller@faegrebd.com | sabvanrooy@hotmail.com |
| pbattista@gjb-law.com | sally.henry@skadden.com |
| pbosswick@ssbb.com | scargill@lowenstein.com |
| pdublin@akingump.com | schager@ssnylaw.com |
| peisenberg@lockelord.com | schannej@pepperlaw.com |
| peter.gilhuly@lw.com | schepis@pursuitpartners.com |
| peter.meisels@wilsonelser.com | schnabel.eric@dorsey.com |
| peter.simmons@friedfrank.com | schristianson@buchalter.com |
| peter@bankrupt.com | scott.golden@hoganlovells.com |
| pfeldman@oshr.com | scottj@sullcrom.com |
| pfinkel@wilmingtontrust.com | scottshelley@quinnemanuel.com |
| pmaxcy@sonnenschein.com | scousins@armstrongteasdale.com |
| ppascuzzi@ffwplaw.com | sdnyecf@dor.mo.gov |
| psp@njlawfirm.com | sehlers@armstrongteasdale.com |
| raj.madan@skadden.com | sfalanga@thewalshfirm.com |
| ramona.neal@hp.com | sfineman@lchb.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
skatona@polsinelli.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
soneal@cgsh.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com

tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@beckerglynn.com
wtaylor@mccarter.com
yuwatoko@mofo.com