UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | CHAPTER 11<br><br>Case No. 08-13555 (SCC) |

### NOTICE OF WITHDRAWAL

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that Dunnington, Bartholow & Miller LLP pursuant to Local Rule 2090-1(e) hereby withdraws William F. Dahill, as counsel of record for Lehman Brothers Holdings Inc., and requests that William F. Dahill be removed from all notices, including the Court's CM/ECF electronic notification list, notices, pleadings, and any applicable service lists given or filed in the above captioned matter.

Dated: November 8, 2019
New York, New York

/s/ *William F. Dahill*
William F. Dahill

DUNNINGTON, BARTHOLOW
& MILLER LLP
230 Park Avenue
New York, NY 10169