Christopher Harris
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: christopher.harris@lw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF APPEARANCE AND REQUEST**
**TO BE REMOVED FROM ECF AND ALL OTHER SERVICE LISTS**

PLEASE TAKE NOTICE that the undersigned hereby withdraws his appears as counsel for Veyance Technologies, Inc. and ACTS Retirement-Life Communities, Inc., in the above-captioned case for the below reasons:

- Veyance Technologies, Inc. was dismissed from this case via the Stipulation of Dismissal filed on November 22, 2010 [Dkt No. 23] in Adversary Proceeding No. 09-01535; and

- Latham & Watkins LLP was substituted as counsel for ACTS Retirement-Life Communities, Inc. ("ACTS") by Drinker Biddle & Reath LLP and ACTS was dismissed from this case via the Stipulation of Dismissal filed on February 13, 2017 [Dkt. No. 21] in Adversary Proceeding No. 15-01430.

The undersigned and hereby requests to be removed from ECF and any other service in this case. Please remove the name, mailing address, and email address listed below from any mailing list and the Court's CM/ECF system for this case:

> Christopher Harris
> Latham & Watkins LLP
> 885 Third Avenue
> New York, New York 10022
> Tel: (212) 906-1200
> Fax: (212) 751-4864
> Email: christopher.harris@lw.com

Dated: November 8, 2019
      New York, New York

**LATHAM & WATKINS LLP**

By: /s/ Christopher Harris
     Christopher Harris
     885 Third Avenue, Suite 1000
     New York, New York 10022
     Tel: (212) 906-1200
     Fax: (212) 751-4864
     Email: christopher.harris@lw.com

*Attorneys for Veyance Technologies, Inc. and ACTS Retirement-Life Communities, Inc.*
.

## CERTIFICATE OF SERVICE

I, Christopher Harris, certify that on November 8, 2019, I served a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request to be Removed from ECF and All Other Service Lists, dated November 8, 2019, to be served upon all counsel of record who receive electronic service through CM/ECF.

Dated: November 8, 2019
   New York, New York

/s/ Christopher Harris
Christopher Harris