**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                         :       Chapter 11 Case No.
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,     :       08-13555 (SCC)
                                                              :
                    Debtors.                              :       (Jointly Administered)
                                                              :
------------------------------------------------------------------x

**NOTICE OF SPONSOR SELECTION**
**IN THE CLAIMS CONSOLIDATION AUCTION**[1]

**PLEASE TAKE NOTICE** that on September 11, 2019, this Court entered the *Order Approving (I) Claims Consolidation Auction; (II) The Sponsor Bid Form; (III) The Form of the Notice of Such Procedures; (IV) the Form of the Election, Assignment, and Release; (V) The Population of Eligible Claims; and (VI) The Form of the Notice of Electing Claims* (ECF No. 59928) (the "Claims Consolidation Auction Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Claims Consolidation Procedures Order, the Plan Administrator has selected the entities identified in the chart below to serve as Sponsor for each of the respective Eligible Classes. Each Sponsor has agreed to purchase all Electing Claims in the respective Eligible Class at the Rate set forth below.

| Eligible Class | Sponsor | Rate |
|---|---|---|
| LBHI CLASS 3 - SENIOR UNSECURED CLAIMS | BKM HOLDINGS (CAYMAN) LTD. | 1.2980% |
| LBHI CLASS 4A - SENIOR AFFILIATE CLAIMS | SEAPORT LOAN PRODUCTS LLC | 1.1300% |
| LBHI CLASS 4B - SENIOR AFFILIATE GUARANTEE CLAIMS | BKM HOLDINGS (CAYMAN) LTD. | 1.0550% |
| LBHI CLASS 5 - SENIOR THIRD-PARTY GUARANTEE CLAIMS | SEAPORT LOAN PRODUCTS LLC | 0.9000% |
| LBHI CLASS 7 - GENERAL UNSECURED CLAIMS | EMERY 68, L.L.C. | 1.1740% |
| LBHI CLASS 8 - AFFILIATE CLAIMS | BKM HOLDINGS (CAYMAN) LTD. | 1.0690% |
| LBHI CLASS 9A - THIRD PARTY GUARANTEE CLAIMS | EMERY 68, L.L.C. | 0.8260% |

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing on **November 12, 2019 at 11:00 a.m. (Prevailing Eastern Time)** (the "Hearing") to consider approval of forgoing Sponsors.

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton

---

[1] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Procedures, attached as Exhibit 1 to the Procedures Order. (ECF No. 59928.)

Custom House, One Bowling Green, New York, New York, Courtroom 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:   New York, New York
         November 8, 2019

                                             /s/ Garrett A. Fail
                                             Garrett A. Fail

                                             WEIL, GOTSHAL & MANGES LLP
                                             767 Fifth Avenue
                                             New York, New York 10153
                                             Telephone: (212) 310-8000
                                             Facsimile: (212) 310-8007

                                             Attorneys for Lehman Brothers Holdings Inc.
                                             and Certain of Its Affiliates