WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
**In re**                                                 :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :    08-13555 (SCC)
:
Debtors.                            :    (Jointly Administered)
:
-------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON NOVEMBER 12, 2019 AT 11:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**I.   UNCONTESTED MATTER:**

  1.   Motion of the Plan Administrator for Orders Authorizing a Claims Consolidation Auction **[ECF No. 59903]**

       Response Filed: None

1

Related Documents:

A. Declaration of Anton Kolev in Support of Motion for Order Authorizing Plan Administrator to Effectuate Claims Consolidation Auction **[To be filed]**

B. Notice of Sponsor Selection in the Claims Consolidation Auction **[ECF No. 60130]**

C. Order Approving (I) Claims Consolidation Auction; (II) the Sponsor Bid Form; (III) the Form of the Notice of such Procedures; (IV) the Form of the Election, Assignment, and Release; (V) the Population of Eligible Claims; and (VI) the Form of the Notice of Electing Claims **[ECF No. 59928]**

Status: This matter is going forward on an uncontested basis.

Dated: November 11, 2019
New York, New York

/s/ Garrett A. Fail
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL:\97263837\1\58399.0011