ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile:  (202) 339-8500
Debra L. Felder, Esq.

*Counsel for Ballyrock ABS CDO 2007-1 Limited*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

<u>**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***</u>

I, Debra L. Felder, hereby request admission *pro hac vice* in the above-referenced chapter 11 cases to represent Ballyrock ABS CDO 2007-1 Limited.  I certify that I am a member in good standing of the bars of the District of Columbia and the State of Maryland, the United States Supreme Court, the U.S. District Court for the District of Columbia, and the U.S. District Court for the District of Maryland.  I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated:  November 12, 2019
    Washington, D.C.

*/s/ Debra L. Felder*
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8567
Facsimile:  (202) 339-8500
Email: dfelder@orrick.com

*Counsel to Ballyrock ABS CDO 2007-1 Limited*