**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Debra L. Felder, to be admitted, *pro hac vice*, to represent Ballyrock ABS CDO 2007-1 Limited in the above-referenced chapter 11 cases, and upon the movant's certification that she is a member in good standing of the bars of the District of Columbia and the State of Maryland, the United States Supreme Court, the U.S. District Court for the District of Columbia, and the U.S. District Court for the District of Maryland, it is hereby

**ORDERED**, that Debra L. Felder, Esq. is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Ballyrock ABS CDO 2007-1 Limited in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2019      _____
New York, New York                            THE HONORABLE SHELLEY C. CHAPMAN
                                                              UNITED STATES BANKRUPTCY JUDGE