KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

*Counsel for Lehman Brothers Holdings Inc.,*
*As Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :     Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :     Case No.: 08-13555 (SCC)
                                                               :
                                                               :
                  Debtors.                                     :     (Jointly Administered)
                                                               :
--------------------------------------------------------------- x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON NOVEMBER 14, 2019 AT 2:00 P.M. (EASTERN TIME)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, Courtroom 623, One Bowling Green, New York, NY 10004-1408.

**I.** **CONTESTED MATTERS**

1. *Motion of the Plan Administrator for an Order in Aide of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors filed on behalf of Lehman Brothers Holdings Inc.* (including all exhibits) **(ECF No. 59936)**

   Response Filed:

   A.   *Response of Capital Partners Securities Co., Ltd. In Opposition to Plan Administrator's Motion for An Order in Aid of Execution of The Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. And Its Affiliated Debtors, filed on behalf of Capital Partners Securities Co., Ltd.* (including exhibits) **(ECF No. 59989)**

B. *Declaration of Kunihiko Shimoda In Support of Response of Capital Partners Securities Co., Ltd. In Opposition to Plan Administrator's Motion for An Order in Aid of Execution of The Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. And Its Affiliated Debtors, filed on behalf of Capital Partners Securities Co., Ltd.* (including exhibits) **(ECF No. 59990)**

Reply Filed:

A. *Reply to Motion for an Order in Aide of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, filed on behalf of Lehman Brothers Holdings Inc.* **(ECF No. 60129)**

Related Document:

A. *Notice of Adjournment of Hearing on Motion of The Plan Administrator for An Order In Aid Of Execution Of The Modified Third Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. And Its Affiliated Debtors*, filed on behalf of Lehman Brothers Holdings Inc. **(ECF No. 59972)**

Status: This matter is going forward.

Dated: November 13, 2019
New York, New York

        KING & SPALDING LLP

        By: /s/   Arthur J. Steinberg
        Arthur J. Steinberg
        Scott Davidson
        King & Spalding LLP
        1185 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 556-2100
        Facsimile: (212) 556-2222
        *Counsel for Lehman Brothers Holdings Inc.,*
        *As Plan Administrator*