UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :   Chapter 11 Case
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :   No. 08-13555 (SCC)
                                                               :
Debtors.                                                       :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x   Ref. Docket Nos. 60152 and 60190

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 11, 2019, I caused to be served the:

   a. "Notice of Agenda of Matters Scheduled for the Hearing on November 12, 2019 at 11:00 A.M.," dated November 11, 2019 [Docket No. 60152], and

   b. "Declaration of Anton Kolev in Support of Motion for Order Authorizing Plan Administrator to Effectuate Claims Consolidation Auction," dated November 11, 2019 [Docket No. 60190],

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed in the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
12th day of November, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC**
**Overnight Mail – Master Service List**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC
## Electronic Mail – Master Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alexander.lorenzo@alston.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amh@amhandlerlaw.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
arainone@bracheichler.com
arancier@offitkurman.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com

1

**LEHMAN BROTHERS HOLDINGS INC**
**Electronic Mail – Master Service List**

cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.wender@alston.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dblack@hsgllp.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgoldberg@hsgllp.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
djcarragher@daypitney.com

djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dsullivan@hsgllp.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
ebcalvo@pbfcm.com
ecohen@russellinvestments.com
edelucia@hsgllp.com
edward.flanders@pillsburylaw.com
efisher@binderschwartz.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
evanhorn@grosspolowy.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
farrington.yates@kobrekim.com
fcarruzzo@kramerlevin.com

2

# LEHMAN BROTHERS HOLDINGS INC
## Electronic Mail – Master Service List

| | |
|---|---|
| ffm@bostonbusinesslaw.com | jbrody@americanmlg.com |
| foont@foontlaw.com | jbrody@johnstonthomas.com |
| fsosnick@shearman.com | jcarberry@cl-law.com |
| gabriel.delvirginia@verizon.net | jcdebaca@mayerbrown.com |
| gary.ravertpllc@gmail.com | jchristian@tobinlaw.com |
| gavin.alexander@ropesgray.com | jdoran@haslaw.com |
| gbray@milbank.com | jdwarner@warnerandscheuerman.com |
| gcacuci@law.nyc.gov | jdyas@halperinlaw.net |
| general@mklawnyc.com | jean-david.barnea@usdoj.gov |
| ggitomer@mkbattorneys.com | jeanites@whiteandwilliams.com |
| ggoodman@foley.com | jeannette.boot@wilmerhale.com |
| giddens@hugheshubbard.com | jeff.wittig@united.com |
| gkaden@goulstonstorrs.com | jeldredge@velaw.com |
| glenn.siegel@morganlewis.com | jennifer.demarco@cliffordchance.com |
| gmoss@riemerlaw.com | jennifer.gore@shell.com |
| goldenberg@ssnylaw.com | jg5786@att.com |
| gspilsbury@jsslaw.com | jgenovese@gjb-law.com |
| harrisjm@michigan.gov | jguy@orrick.com |
| harveystrickon@paulhastings.com | jhiggins@fdlaw.com |
| hbeltzer@chadbourne.com | jhorgan@phxa.com |
| heiser@chapman.com | jhuggett@margolisedelstein.com |
| hmagaliff@r3mlaw.com | jim@atkinslawfirm.com |
| holsen@stroock.com | jjureller@klestadt.com |
| hooper@sewkis.com | jlamar@maynardcooper.com |
| howard.hawkins@cwt.com | jlawlor@wmd-law.com |
| hseife@chadbourne.com | jlee@foley.com |
| hsnovikoff@wlrk.com | jlevitin@cahill.com |
| hsteel@brownrudnick.com | jlscott@reedsmith.com |
| ipetersen@johnstonthomas.com | jmaddock@mcguirewoods.com |
| irethy@stblaw.com | jmazermarino@msek.com |
| j.zelloe@stahlzelloe.com | jmelko@gardere.com |
| jacobsonn@sec.gov | jmerva@fult.com |
| james.berg@piblaw.com | jmr@msf-law.com |
| james.mcclammy@dpw.com | john.beck@hoganlovells.com |
| james.sprayregen@kirkland.com | john.goodchild@morganlewis.com |
| jamesboyajian@gmail.com | john.monaghan@hklaw.com |
| jamestecce@quinnemanuel.com | john.mule@state.mn.us |
| jar@outtengolden.com | jonathan.goldblatt@bnymellon.com |
| jay.hurst@oag.state.tx.us | jonathan.henes@kirkland.com |
| jay@kleinsolomon.com | jorbach@hahnhessen.com |
| jbeemer@entwistle-law.com | joseph.cordaro@usdoj.gov |

3

# LEHMAN BROTHERS HOLDINGS INC
## Electronic Mail – Master Service List

joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrapisardi@omm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keith.simon@lw.com
kelly.kleist@solidcounsel.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmanka@johnstonthomas.com
kobak@hugheshubbard.com
korr@orrick.com

kovskyd@pepperlaw.com
kressk@pepperlaw.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@laniadlerpartners.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
leo.crowley@pillsburylaw.com
lgomez@msek.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.roitman@ropesgray.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
maryann.gagliardi@wilmerhale.com
matt@willaw.com
matthew.klepper@dlapiper.com

4

**LEHMAN BROTHERS HOLDINGS INC**
**Electronic Mail – Master Service List**

| | |
|---|---|
| maustin@orrick.com | mrosenthal@gibsondunn.com |
| mbenner@tishmanspeyer.com | mschimel@sju.edu |
| mbienenstock@proskauer.com | msegarra@mayerbrown.com |
| mbloemsma@mhjur.com | mshiner@tuckerlaw.com |
| mbossi@thompsoncoburn.com | mshuster@hsgllp.com |
| mcademartori@sheppardmullin.com | msolow@kayescholer.com |
| mcarthurk@sullcrom.com | mspeiser@stroock.com |
| mccarthyj@sullcrom.com | mstamer@akingump.com |
| mcolomar@diazreus.com | munno@sewkis.com |
| mcordone@stradley.com | mvenditto@reedsmith.com |
| mcyganowski@oshr.com | mwarner@coleschotz.com |
| mdorval@stradley.com | mwarren@mtb.com |
| melorod@gtlaw.com | nathan.spatz@pillsburylaw.com |
| meltzere@pepperlaw.com | nbinder@binderschwartz.com |
| metkin@lowenstein.com | nbojar@fklaw.com |
| mfeldman@willkie.com | ncoco@mwe.com |
| mgordon@briggs.com | neal.mann@oag.state.ny.us |
| mgreger@allenmatkins.com | ned.schodek@shearman.com |
| mh1@mccallaraymer.com | neil.herman@morganlewis.com |
| mhanin@kasowitz.com | neilberger@teamtogut.com |
| mhopkins@cov.com | ngueron@cgr-law.com |
| michael.kelly@monarchlp.com | nicholas.zalany@squirepb.com |
| michael.kraut@morganlewis.com | nissay_10259-0154@mhmjapan.com |
| michael.mccrory@btlaw.com | nlepore@schnader.com |
| michael.solow@apks.com | nlieberman@hsgllp.com |
| millee12@nationwide.com | notice@bkcylaw.com |
| miller@taftlaw.com | nyrobankruptcy@sec.gov |
| mimi.m.wong@irscounsel.treas.gov | otccorpactions@finra.org |
| mitchell.ayer@tklaw.com | paronzon@milbank.com |
| mitchell.berger@squirepb.com | patrick.miller@faegrebd.com |
| mjedelman@vedderprice.com | pbattista@gjb-law.com |
| mjr1@westchestergov.com | pbosswick@ssbb.com |
| mlahaie@akingump.com | pdublin@akingump.com |
| mlandman@lcbf.com | peisenberg@lockelord.com |
| mlichtenstein@crowell.com | peter.gilhuly@lw.com |
| mlynch2@travelers.com | peter.meisels@wilsonelser.com |
| mmorreale@us.mufg.jp | peter.simmons@friedfrank.com |
| mneier@ibolaw.com | peter@bankrupt.com |
| monica.lawless@brookfieldproperties.com | pfeldman@oshr.com |
| mpackman@fisherbrothers.com | pfinkel@wilmingtontrust.com |
| mparry@mosessinger.com | pmaxcy@sonnenschein.com |

**LEHMAN BROTHERS HOLDINGS INC**
**Electronic Mail – Master Service List**

ppascuzzi@ffwplaw.com
psp@njlawfirm.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rthomas@johnstonthomas.com
russj4478@aol.com
rweiss@johnstonthomas.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com

schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
skatona@polsinelli.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
soneal@cgsh.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com

**LEHMAN BROTHERS HOLDINGS INC**
**Electronic Mail – Master Service List**

tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@beckerglynn.com
wtaylor@mccarter.com
yuwatoko@mofo.com