**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x

In re

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,

                    Debtors.

------------------------------------------------------------------------ x

**Chapter 11**

Case No. 08-13555 (SCC)

(Jointly Administered)

Ref. Docket Nos. 59995, 59996, 59997, 59998, 59999, 60001, 60002, 60003, 60004

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                 ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 6, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated November 6, 2019, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Wing Chan
Wing Chan

Sworn to before me this
7th day of November, 2019
/s/ John Chau
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   BAR(23) MAILID *** 000159184652 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000190784



CVI GVF LUXEMBOURG TWELVE S.A.R.L.
TRANSFEROR: C.V.I G.V.F. LUX MASTER S.A.R.L.. UK
C/O CARVAL INVESTORS LLC
ATTN: TERRI SALBERG
9230 EXCELSIOR BLVD, 7TH FLOOR
HOPKINS, MN 55343

Please note that your claim # 33061-01 in the above referenced case and in the amount of $52,181,600.00 allowed at $52,181,600.00 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L.
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: RICH VICHAIDITH; 60 WALL ST.
NEW YORK, NY 10005

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER   59995   in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/06/2019                Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 6, 2019.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA VALSABBINA | TRANSFEROR: HYPO ALPE-ADRIA-BANK S.P.A., VIA XXV APRILE 8, 25121 BRESCIA ITALY |
| BANCA VALSABBINA | TRANSFEROR: HYPO ALPE-ADRIA-BANK S.P.A., VIA XXV APRILE 8, 25121 BRESCIA ITALY |
| CHE BANCA! | TRANSFEROR: HYPO ALPE-ADRIA-BANK S.P.A., VIALE LUIGI BODIO 37, 20158 MILANO ITALY |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: C.V.I G.V.F. LUX MASTER S.A.R.L.. UK, C/O CARVAL INVESTORS LLC, ATTN: TERRI SALBERG, 9230 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| HYPO ALPE-ADRIA-BANK S.P.A. | ATTN: MS. ERICA GONANO, VIA ALPE ADRIA, 6, TAVAGNACCO (UDINE) 33010 ITALY |
| HYPO ALPE-ADRIA-BANK S.P.A. | ATTN: MS. ERICA GONANO, VIA ALPE ADRIA, 6, TAVAGNACCO (UDINE) 33010 ITALY |
| HYPO ALPE-ADRIA-BANK S.P.A. | ATTN: MS. ERICA GONANO, VIA ALPE ADRIA, 6, TAVAGNACCO (UDINE) 33010 ITALY |
| HYPO ALPE-ADRIA-BANK S.P.A. | ATTN: MS. ERICA GONANO, VIA ALPE ADRIA, 6, TAVAGNACCO (UDINE) 33010 ITALY |
| INTESA SAN PAOLO SPA | TRANSFEROR: HYPO ALPE-ADRIA-BANK S.P.A., PIAZZA SAN CARLO 156, 10121 TORINO ITALY |
| TACONIC MASTER FUND 1.5 LP | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC MASTER FUND 1.5 LP | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC MASTER FUND 1.5 LP | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC MASTER FUND 1.5 LP | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC MASTER FUND 1.5 LP | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC MASTER FUND 1.5 LP | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P., C/O TACONIC CAPITAL ADVISORS |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| TACONIC MASTER FUND 1.5 LP | LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC OPPORTUNITY MASTER FUND LP | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC OPPORTUNITY MASTER FUND LP | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC OPPORTUNITY MASTER FUND LP | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC OPPORTUNITY MASTER FUND LP | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC OPPORTUNITY MASTER FUND LP | TRANSFEROR: TACONIC OPPORTUNITY FUND, L.P., C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |

**Total Creditor Count 34**