**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | Case No. 08-13555 (SCC) |
|  | (Jointly Administered) |
| Debtors. |  |
|  | Ref. Docket Nos. 59994, 60005-60008, 60010, 60013, 60015-60019, 60021-60044 and 60046-60061 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 11, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated November 11, 2019, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Wing Chan
Wing Chan

Sworn to before me this
12th day of November, 2019
/s/ John Chau
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

-2-

\\p054ebsfile01\ebs\ClientInfo\Clients\LBH\Affidavits\Transfer Affidavits\Transfer Notices (Processed 11-6 to 11-10)_AFF_11-11-19.docx

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000159196839 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 26366



CCP CREDIT ACQUISITION HOLDINGS, LLC
DAVID HOYT
ANDREWS KURTH LLP
450 LEXINGTON AVENUE
NEW YORK, NY 10017

CCP CREDIT ACQUISITION HOLDINGS, LLC
TRANSFEROR: SCHRODER INVESTMENT MANAGEMENT LIMITED ON BEHALF OF SCHRODER ALTERNATIVE SOLUTIONS
C/O CENTERBRIDGE PARTNERS, LP
ATTN: LAUREN GRAINER
375 PARK AVE, 13TH FLOOR
NEW YORK, NY 10152

Please note that your claim # 67933 in the above referenced case and in the amount of $7,991,053.98 allowed at $7,991,053.98 has been transferred (unless previously expunged by court order)

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC
ATTN: JORDAN TRAVIS
2001 ROSS AVE, 29TH FLOOR
DALLAS, TX 75201

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER   60018   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/11/2019                Vito Genna, Clerk of Court

/s/ Betina Wheelon
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 11, 2019.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: GMBH (LEHMAN BROTHERS CAPITAL GMBH), C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MF), C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, 375 PARK AVENUE, 13TH FLOOR, ATTN: MIKE EPSTEIN/DAN BORIS, NEW YORK, NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, 375 PARK AVENUE, 13TH FLOOR, ATTN: MIKE EPSTEIN/DAN BORIS, NEW YORK, NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: MIKE EPSTEIN/DAN BORIS, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: MIKE EPSTEIN/DAN BORIS, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: SCHRODER INVESTMENT MANAGEMENT LIMITED ON BEHALF OF, SCHRODER ALTERNATIVE SOLUTIONS, C/O CENTERBRIDGE PARTNERS, LP, ATTN: LAUREN GRAINER, 375 PARK AVE, 13TH FLOOR, NEW YORK, NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | DAVID HOYT, ANDREWS KURTH LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | TRANSFEROR: SCHRODER INVESTMENT MANAGEMENT LIMITED ON BEHALF OF, SCHRODER ALTERNATIVE SOLUTIONS, C/O CENTERBRIDGE PARTNERS, LP, ATTN: LAUREN GRAINER, 375 PARK AVE, 13TH FLOOR, NEW YORK, NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | DAVID HOYT, ANDREWS KURTH LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BALANCED MASTER FUND, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MASTER FUND, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BLUE CREDIT INVESTMENT FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MASTER FUND, L.P., THE, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BALANCED MASTER FUND, LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MASTER FUND, L.P, THE, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BALANCED MASTER FUND, LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BALANCED MASTER FUND, LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BLUE CREDIT INVESTMENT FUND L.P., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BALANCED MASTER FUND, LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BLUE CREDIT INVESTMENT FUND L.P., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE. 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE. 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE. 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, |

| Claim Name | Address Information |
| --- | --- |
| EMPYREAN LHMN SPV, LP | LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | C/O CARTER LEDYARD & MILBURN LLP, ATTN: ANN BATCHELOR PACE, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | C/O CARTER LEDYARD & MILBURN LLP, ATTN: ANN BATCHELOR PACE, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | C/O CARTER LEDYARD & MILBURN LLP, ATTN: ANN BATCHELOR PACE, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ATTN:ANN BATCHELOR PACE, C/O CARTER LADYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | C/O CARTER LEDYARD & MILBURN LLP, ATTN: ANN BATCHELOR PACE, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |

| Claim Name | Address Information |
|---|---|
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC OPPORTUNITY MASTER FUND LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. LLC | TRANSFEROR: TACONIC MASTER FUND 1.5 LP, ATTN: THIERRY C. LE JOUAN, 30 HUDSON ST, 4TH FL, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, ATTN: JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, ATTN: JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, ATTN: JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, ATTN: JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, ATTN: JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP, ATTN: JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS & CO. LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS & CO. LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - OPS |

| Claim Name | Address Information |
|---|---|
| STONEHILL MASTER FUND LTD. | DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. LLC, C/O STONEHILL CAPITAL MGMT - OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| WARBLER RUN I, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 |
| WARBLER RUN I, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 |
| WARBLER RUN I, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 |
| WARBLER RUN I, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 |
| WARBLER RUN II, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 |
| WARBLER RUN II, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 |
| WARBLER RUN II, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 |
| WARBLER RUN II, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |

| Claim Name | Address Information |
|---|---|
| WLSO INVESTMENTS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |

**Total Creditor Count 212**