**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                             :    Chapter 11 Case
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :    No. 08-13555 (SCC)
                                                  :
                                  Debtors.        :    (Jointly Administered)
                                                  :
------------------------------------------------------------------------x    Ref. Docket Nos. 60222-60224

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

FORREST HOUKU, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 13, 2019, I caused to be served the:

   a. "Notice of Matters Scheduled for Hearing on November 14, 2019 at 2:00 P.M. (Eastern Time)," dated November 13, 2019 [Docket No. 60222], (the "Agenda"),

   b. "Notice of Presentment of Stipulation and Agreed Order," dated November 13, 2019 [Docket No. 60223], (the "Stipulation"), and

   c. "Notice of Second Adjournment of Hearing on Motion of the Plan Administrator for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors," dated November 13, 2019 [Docket No. 60224], (the "Notice"),

   by causing true and correct copies of the:

   i. Agenda, Stipulation and Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A,

   ii. Agenda, Stipulation and Notice, to be delivered via electronic mail to those parties listed in the annexed Exhibit B,

    iii.    Agenda and Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed <u>Exhibit C</u>,

    iv.    Stipulation, to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: *Gross Polowy, LLC, Attn: Ehret Van Horn, 1775 Wehrle Drive, Suite 100, Williamsville, NY 14221*, and

    v.    Agenda and Notice, to be delivered via electronic mail to those parties listed in the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

          */s/ Forrest Houku*
          Forrest Houku

Sworn to before me this
14th day of November, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Overnight Mail Master Service List**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | bcarlson@co.sanmateo.ca.us |
| aalfonso@willkie.com | bdemay@hsgllp.com |
| abeaumont@fklaw.com | bdk@schlamstone.com |
| abraunstein@riemerlaw.com | benjamin.mintz@apks.com |
| acaton@kramerlevin.com | bguiney@pbwt.com |
| adarwin@nixonpeabody.com | bmiller@mofo.com |
| adiamond@diamondmccarthy.com | boneill@kramerlevin.com |
| adk@msf-law.com | brosenblum@jonesday.com |
| aentwistle@entwistle-law.com | brotenberg@wolffsamson.com |
| aglenn@kasowitz.com | broy@rltlawfirm.com |
| agold@herrick.com | bruce.wright@sutherland.com |
| aisenberg@saul.com | bsellier@rlrpclaw.com |
| akadish@dtlawgroup.com | bstrickland@wtplaw.com |
| akolod@mosessinger.com | btrust@mayerbrown.com |
| alexander.lorenzo@alston.com | bturk@tishmanspeyer.com |
| allison.holubis@wilsonelser.com | bwolfe@sheppardmullin.com |
| alum@ftportfolios.com | cahn@clm.com |
| amartin@sheppardmullin.com | canelas@pursuitpartners.com |
| amcmullen@boultcummings.com | cbelisle@wfw.com |
| amh@amhandlerlaw.com | cbelmonte@ssbb.com |
| andrew.lourie@kobrekim.com | cdesiderio@nixonpeabody.com |
| andrewtenzer@paulhastings.com | cfarley@mccarter.com |
| angelich.george@arentfox.com | cgoldstein@stcwlaw.com |
| angie.owens@skadden.com | chad.husnick@kirkland.com |
| anthony_boccanfuso@aporter.com | chammerman@paulweiss.com |
| aostrow@beckerglynn.com | charles@filardi-law.com |
| appleby@chapman.com | charles_malloy@aporter.com |
| arainone@bracheichler.com | chemrick@thewalshfirm.com |
| arancier@offitkurman.com | chipford@parkerpoe.com |
| arosenblatt@chadbourne.com | chris.donoho@hoganlovells.com |
| arthur.rosenberg@hklaw.com | christopher.greco@kirkland.com |
| arwolf@wlrk.com | claude.montgomery@dentons.com |
| aschwartz@homerbonner.com | clynch@reedsmith.com |
| aseuffert@lawpost-nyc.com | cohen@sewkis.com |
| ashmead@sewkis.com | cp@stevenslee.com |
| asnow@ssbb.com | cpappas@dilworthlaw.com |
| asomers@rctlegal.com | cparyse@contrariancapital.com |
| aunger@sidley.com | craig.goldblatt@wilmerhale.com |
| austin.bankruptcy@publicans.com | craigjustinalbert@gmail.com |
| avenes@whitecase.com | crmomjian@attorneygeneral.gov |
| bankruptcy@goodwin.com | csalomon@beckerglynn.com |
| bankruptcy@morrisoncohen.com | cschreiber@winston.com |
| bankruptcy@ntexas-attorneys.com | cshore@whitecase.com |
| bankruptcymatters@us.nomura.com | cszyfer@stroock.com |
| barbra.parlin@hklaw.com | cwalsh@mayerbrown.com |
| bbisignani@postschell.com | cward@polsinelli.com |

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Master Service List**

cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.wender@alston.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dblack@hsgllp.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgoldberg@hsgllp.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com

dspelfogel@foley.com
dsullivan@hsgllp.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
ebcalvo@pbfcm.com
ecohen@russellinvestments.com
edelucia@hsgllp.com
edward.flanders@pillsburylaw.com
efisher@binderschwartz.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
evanhorn@grosspolowy.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
farrington.yates@kobrekim.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
foont@foontlaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
gcacuci@law.nyc.gov
general@mklawnyc.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnylaw.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@chadbourne.com

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| heiser@chapman.com | jlevitin@cahill.com |
| hmagaliff@r3mlaw.com | jlscott@reedsmith.com |
| holsen@stroock.com | jmaddock@mcguirewoods.com |
| hooper@sewkis.com | jmazermarino@msek.com |
| howard.hawkins@cwt.com | jmelko@gardere.com |
| hseife@chadbourne.com | jmerva@fult.com |
| hsnovikoff@wlrk.com | jmr@msf-law.com |
| hsteel@brownrudnick.com | john.beck@hoganlovells.com |
| ipetersen@johnstonthomas.com | john.goodchild@morganlewis.com |
| irethy@stblaw.com | john.monaghan@hklaw.com |
| j.zelloe@stahlzelloe.com | john.mule@state.mn.us |
| jacobsonn@sec.gov | jonathan.goldblatt@bnymellon.com |
| james.berg@piblaw.com | jonathan.henes@kirkland.com |
| james.mcclammy@dpw.com | jorbach@hahnhessen.com |
| james.sprayregen@kirkland.com | joseph.cordaro@usdoj.gov |
| jamesboyajian@gmail.com | joshua.dorchak@morganlewis.com |
| jamestecce@quinnemanuel.com | jowen769@yahoo.com |
| jar@outtengolden.com | joy.mathias@dubaiic.com |
| jay.hurst@oag.state.tx.us | jpintarelli@mofo.com |
| jay@kleinsolomon.com | jporter@entwistle-law.com |
| jbeemer@entwistle-law.com | jprol@lowenstein.com |
| jbrody@americanmlg.com | jrabinowitz@rltlawfirm.com |
| jbrody@johnstonthomas.com | jrapisardi@omm.com |
| jcarberry@cl-law.com | jrosenthal@mhlawcorp.com |
| jchristian@tobinlaw.com | jrsmith@hunton.com |
| jdoran@haslaw.com | jschiller@bsfllp.com |
| jdwarner@warnerandscheuerman.com | jschwartz@hahnhessen.com |
| jdyas@halperinlaw.net | jsheerin@mcguirewoods.com |
| jean-david.barnea@usdoj.gov | jsherman@bsfllp.com |
| jeanites@whiteandwilliams.com | jshickich@riddellwilliams.com |
| jeannette.boot@wilmerhale.com | jsmairo@pbnlaw.com |
| jeff.wittig@united.com | jstoll@mayerbrown.com |
| jeldredge@velaw.com | jtimko@shutts.com |
| jennifer.demarco@cliffordchance.com | judy.morse@crowedunlevy.com |
| jennifer.gore@shell.com | jvail@ssrl.com |
| jg5786@att.com | jwcohen@daypitney.com |
| jgenovese@gjb-law.com | jwest@velaw.com |
| jguy@orrick.com | jwh@njlawfirm.com |
| jhiggins@fdlaw.com | jzulack@fzwz.com |
| jhorgan@phxa.com | kanema@formanlaw.com |
| jhuggett@margolisedelstein.com | karen.wagner@dpw.com |
| jim@atkinslawfirm.com | karl.geercken@alston.com |
| jjureller@klestadt.com | kdwbankruptcydepartment@kelleydrye.com |
| jlamar@maynardcooper.com | keith.simon@lw.com |
| jlawlor@wmd-law.com | kelly.kleist@solidcounsel.com |
| jlee@foley.com | ken.coleman@allenovery.com |

**Lehman Brothers Holding Inc., *et al*. – 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| kerry.moynihan@hro.com | mark.salzberg@squirepb.com |
| kgwynne@reedsmith.com | mark.sherrill@sutherland.com |
| kiplok@hugheshubbard.com | maryann.gagliardi@wilmerhale.com |
| kkelly@ebglaw.com | matt@willaw.com |
| kkolbig@mosessinger.com | matthew.klepper@dlapiper.com |
| klyman@irell.com | maustin@orrick.com |
| klynch@formanlaw.com | mbenner@tishmanspeyer.com |
| kmanka@johnstonthomas.com | mbienenstock@proskauer.com |
| kobak@hugheshubbard.com | mbloemsma@mhjur.com |
| korr@orrick.com | mbossi@thompsoncoburn.com |
| kovskyd@pepperlaw.com | mcademartori@sheppardmullin.com |
| kressk@pepperlaw.com | mcarthurk@sullcrom.com |
| krosen@lowenstein.com | mccarthyj@sullcrom.com |
| ksebaski@hsgllp.com | mcolomar@diazreus.com |
| kurt.mayr@bgllp.com | mcordone@stradley.com |
| kurt.rademacher@morganlewis.com | mcyganowski@oshr.com |
| ladler@laniadlerpartners.com | mdorval@stradley.com |
| landon@slollp.com | melorod@gtlaw.com |
| lapeterson@foley.com | meltzere@pepperlaw.com |
| lawallf@pepperlaw.com | metkin@lowenstein.com |
| lawrence.gelber@srz.com | mfeldman@willkie.com |
| lberkoff@moritthock.com | mgordon@briggs.com |
| lee.stremba@troutmansanders.com | mgreger@allenmatkins.com |
| lee.whidden@dentons.com | mh1@mccallaraymer.com |
| leo.crowley@pillsburylaw.com | mhanin@kasowitz.com |
| lgomez@msek.com | mhopkins@cov.com |
| lgranfield@cgsh.com | michael.kelly@monarchlp.com |
| lhandelsman@stroock.com | michael.kraut@morganlewis.com |
| lisa.solomon@att.net | michael.mccrory@btlaw.com |
| ljkotler@duanemorris.com | michael.solow@apks.com |
| lkatz@ltblaw.com | millee12@nationwide.com |
| lkiss@klestadt.com | miller@taftlaw.com |
| lmarinuzzi@mofo.com | mimi.m.wong@irscounsel.treas.gov |
| lmcgowen@orrick.com | mitchell.ayer@tklaw.com |
| lnashelsky@mofo.com | mitchell.berger@squirepb.com |
| loizides@loizides.com | mjedelman@vedderprice.com |
| lperlman@hsgllp.com | mjr1@westchestergov.com |
| lschweitzer@cgsh.com | mlahaie@akingump.com |
| lucdespins@paulhastings.com | mlandman@lcbf.com |
| mabrams@willkie.com | mlichtenstein@crowell.com |
| maofiling@cgsh.com | mlynch2@travelers.com |
| marc.roitman@ropesgray.com | mmorreale@us.mufg.jp |
| margolin@hugheshubbard.com | mneier@ibolaw.com |
| mark.bane@ropesgray.com | monica.lawless@brookfieldproperties.com |
| mark.ellenberg@cwt.com | mpackman@fisherbrothers.com |
| mark.mckane@kirkland.com | mparry@mosessinger.com |

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Master Service List**

mrosenthal@gibsondunn.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
mshuster@hsgllp.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neil.herman@morganlewis.com
neilberger@teamtogut.com
ngueron@cgr-law.com
nicholas.zalany@squirepb.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
nlieberman@hsgllp.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
patrick.miller@faegrebd.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
psp@njlawfirm.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rthomas@johnstonthomas.com
russj4478@aol.com
rweiss@johnstonthomas.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfineman@lchb.com
sfox@mcguirewoods.com

**Lehman Brothers Holding Inc., *et al*. – 08-13555 (SCC)**
**Electronic Mail Master Service List**

sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
soneal@cgsh.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com

tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@beckerglynn.com
wtaylor@mccarter.com
yuwatoko@mofo.com

# EXHIBIT C

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Overnight Mail Additional Service List**

U.S. ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NY
ATTN: GEOFFREY S. BERMAN
1 SAINT ANDREW'S PLAZA
NEW YORK, NY 10007

SECURITIES EXCHANGE COMMISSION
200 VESEY STREET, #400
NEW YORK, NY 10281

MAYER BROWN LLP
COUNSEL TO CAPITAL PARTNERS SECURITIES
ATTN: JOAQUIN M C DE BACA, ESQ.
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1001

# EXHIBIT D

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Additional Service List**

armen.a.tutuyan@jpmorgan.com
christine.wright@db.com
corporate.actions@bankofamerica.com
cristoforo.pavone@ubs.com
daniel.miranda@barclays.com
darren.jones2@rbs.com
dharris@mofo.com
dharris@mofo.com
distressedclosers@barclays.com
f.kojima@capital-am.co.jp
felsnet@gmail.com
fernandosuaya@gmail.com
fernandosuaya@gmail.com
fersuaya@fibertel.com.ar
ficc-sbd-distressedteam@gs.com
garrett.fail@weil.com
georg.schneck@hsbctrinkaus.lu
hiroaki.usui@nomura.com
hkpi@netvigator.com
hugo.koller@ubs.com
i97010@firstbank.com.tw
info@knighthead.com
janet.young@db.com
jason.hufendick@weil.com
jcdebaca@mayerbrown.com
joerg.meier@hsbc.de
john.m.parsons@barclays.com
joshua.dorchak@morganlewis.com
kameshrao.korangi@natwestmarkets.com
kikuchi-hiroka@sc.mufg.jp
kubo-hisako@sc.mufg.jp
kuniko.takizawa@mizuho-sc.com
lawrence.lo@hld.com
lawrence.lo@hld.com
mparry@mosessinger.com
mzlatin@odeoncap.com
ops@knighthead.com
otcops@hbk.com
pbsettlement@dahsing.com
petra.blank@hsbc.de
primebrokerage@hbk.com
pur_in_fb-payments@mizuho-sc.com
pur_in_lehman@mizuho-sc.com
pur_in_urid@mizuho-sc.com
pur_in_wsc_debt@mizuho-sc.com
robyn.parry@db.com

scott.dandrea@barclayscapital.com
settlements@baupost.com
shumlmh@hkbea.com
vhchk@netvigator.com
y-mishima@ma.hs-sec.co.jp
yukiomot@yahoo.co.jp