B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,   Case No. <u>08-13555</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | SEAPORT LOAN PRODUCTS, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  HBK Master Fund L.P.
  c/o HBK Services LLC
  2300 North Field Street, Suite 2200
  Dallas, Texas 75201

Court Claim # (if known): <u>Claim No. 300001</u>

Amount of Claim Transferred: <u>$16,749,282.62</u>
Date Claim Filed: <u>N/A</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>(214) 758-6161</u>
Last Four Digits of Acct #:<u>N/A</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

Court Claim # (if known): <u>Claim No. 300003</u>

Amount of Claim Transferred: <u>$823,515,130.99</u>
Date Claim Filed: <u>N/A</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J. R. Smith</u>   Date: <u>November 26, 2019</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Pg 2 of 2

<u>Exhibit A to Assignment of Claim Agreement</u>

Form of Evidence of Transfer

To:     United States Bankruptcy Court, Southern District of New York; and
        Seaport Loan Products LLC

From:   HBK Master Fund L.P., as Transferee

Date:   November 21, 2019

<u>In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) (Jointly Administered)</u>

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a) under **Claim No:** [300001] filed in the aggregate amount of US$37,220,628.04 (the "Class 4A Claim") and under **Claim No:** [300003] filed in the aggregate amount of US$1,830,033,624.43 (the "Class 5 Claim"). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Federal Rules Bankruptcy Procedure of the partial transfer, other than for security, of the Class 4A Claim in the amount of US$16,749,282.62 and of the Class 5 Claim in the amount of US$823,515,130.99 (collectively the Transferred Amount of the Claims) to Transferee.

<u>Seaport Loan Products LLC</u>
(Name of Transferor)

<u>HBK Master Fund L.P.</u>
(Name of Transferee)

<u>Name and Address where notices to Transferee should be sent</u>:
HBK Master Fund L.P.
c/o HBK Services LLC
2300 North Field Street, Suite 200
Dallas, Texas 75201
Attention: General Counsel
Telephone: (214) 758-6107
Email: legal@hbk.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SEAPORT LOAN PRODUCTS LLC

By: _____
Name:  Jonathan Silverman
Title:  General Counsel


HBK MASTER FUND L.P.
By: HBK Services LLC
Its: Investment Advisor

By: _____
Name:  Beauregard A. Fournet
Title:  Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571*