**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: Lehman Brothers Holdings Inc. | CASE NO.: 08–13555–scc |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 13–3216325 | CHAPTER: 11 |

# NOTICE OF ADJOURNMENT OF HEARING

Please take notice that the hearing scheduled for December 4, 2019 has been adjourned. The new hearing date is January 14, 2020 at 11:00 a.m. with an objection deadline of January 7, 2020. The following motions are set to be heard:

Doc #60011 Motion to Take Leave to File Late Proof of Claim
filed by Tyrone K. Armstrong

Doc #60012 Motion for Relief from Stay to Allow Civil Litigation to Proceed filed by Tyrone K. Armstrong

Thank you

Dated: November 26, 2019                              Vito Genna
                                                     Clerk of the Court