# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 11/26/2019 |
| Case: 08−13555−scc | Form ID: 143 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

cr     Tyrone K. Armstrong     3713 Brentcove Drive     North Las Vegas, NV 89032

TOTAL: 1