B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,   Case No.   08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **LGT Bank (Singapore) Ltd.** | **The Hongkong and Shanghai Banking Corporation Limited, Singapore branch** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
3 Temasek Avenue #30-01 Centennial Tower
Singapore 039190
Phone: 6415 3800
Last Four Digits of Acct. #: **8791**

Name and Address where transferee payments should be sent (if different from above):
Phone:
Last Four Digits of Acct. #:

Court Claim # (if known): **56671**

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Date Claim Filed: 29 October 2009

Phone: +852 3604 7640
Last Four Digits of Acct. #: **6253**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: _____
Transferee/Transferee's Agent
Name:  Tan Lay See          Loh Chi Kiang
Title:  Head of Operations  Chief Operating Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RESTRICTED

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, SINGAPORE BRANCH ("Transferor"), does hereby certify that, as of _____, it has unconditionally and irrevocably transferred and assigned to **LGT Bank (Singapore) Ltd** ("**Transferee**"), to the extent specified below (the "**Transferred Claim**"), Transferor's right, title, interest, claims and causes of action in and to or arising under or in connection with Proof of Claim Number **56671** filed by or on behalf of Transferor against Lehman Brothers Holdings Inc. (the "**Debtor**"), debtor in Case No. 08-13555 (SCC) in the United States Bankruptcy Court for the Southern District of New York, solely in the following amounts (the "**Claim**"):

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|---|---|---|---|
| XS0326025920 | LEHMAN BROTHERS TREASURY CO. B.V. | LEHMAN BROTHERS HOLDINGS INC | USD200,000 |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor recognizing the assignment evidenced by this Evidence of Partial Transfer of Claim as an unconditional assignment and Transferee herein as the sole and valid owner and holder of the Transferred Claim. Transferor further requests the Debtor, the Bankruptcy Court and all other interested parties to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the _____ of _____ 2019.

THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED

By: _____
Name: Ang Sok Leng
Title: PB Head of Credit Advisory, South East Asia
Tel.: (65) 6658 3542

LGT BANK (SINGAPORE) LTD.

By: _____
Name: Tan Lay See
Title: Head of Operations
Tel.: (65) 6415 3336

RESTRICTED