UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                              :   Chapter 11 Case
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :   No. 08-13555 (SCC)
                                                   :
        Debtors.                                   :   (Jointly Administered)
                                                   :
------------------------------------------------------------------------x   Ref. Docket No. 60253

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 27, 2019, I caused to be served the "October 2019 Post-Effective Operating Report," dated November 27, 2019 [Docket No. 60253], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A,

    b. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed Exhibit B, and

    c. delivered via electronic mail to those parties listed in the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Wing Chan
Wing Chan

Sworn to before me this
2nd day of December, 2019
/s/ Forrest Kuffer
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Overnight Mail Master Service List**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**First Class Mail Additional Service List**

FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

| Claim Name | Address Information |
|---|---|
| ATTORNEY GENERAL OF THE STATE OF NY | ATTN: NEAL MANN 120 BROADWAY, 24TH FL NEW YORK NY 10271 |
| BIEGING SHAPIRO & BURNS LLP | ATTN: DUNCAN E. BARBER STEVEN MULLIGAN 7979 E TUFTS AVE STE 1600 DENVER CO 80237-3358 |
| BOULT, CUMMINGS, CONNERS & BERRY PLC | ATTN: AUSTIN L. MCMULLEN 1600 DIVISION ST, STE 700 P.O. BOX 340025 NASHVILLE TN 37203 |
| BRACEWELL & GIULIANI LLP | ATTN: KURT MAYR 225 ASYLUM ST, STE 2600 HARTFORD CT 06103 |
| BROWN RUDNICK LLP | ATTN: HOWARD STEEL SEVEN TIMES SQUARE NEW YORK NY 10036 |
| CHADBOURNE & PARKE LLP | ATTN: HOWARD BELTZER 1301 AVE OF THE AMERICAS NEW YORK NY 10019-6022 |
| DRINKER BIDDLE & REATH LLP | ATTN: ROBERT MALONE 500 CAMPUS DR FLORHAM PARK NJ 07932-1047 |
| GAY MCCALL ISAACKS | GORDON & ROBERTS PC 777 EAST 15TH ST PLANO TX 75074 |
| LINEBARGER GOGGAN | BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS TX 75201 |
| LINEBARGER GOGGAN | BLAIR & SAMPSON, LLP ATTN: DIANE SANDERS 1949 SOUTH I.H. 35 PO BOX 17428 AUSTIN TX 78760 |
| MEYER SUOZZI ENGLISH & KLEIN | ATTN: THOMAS SLOME 900 STEWART AVE, STE 300 PO BOX 9194 GARDEN CITY NY 11530 |
| NATIONWIDE FUND ADVISORS | ATTN: ERIC E MILLER 1000 CONTINENTAL DR STE 400 KING OF PRUSSIA PA 19406-2850 |
| OFFICE OF CHARLENE M. INDELICATO | ATTN: MELISSA-JEAN ROTINI WESTCHESTER COUNTY ATTORNEY 148 MARTINE AVE, 6TH FL WHITE PLAINS NY 10601 |
| STAHL ZELLOE PC | ATTN: JAMES ZELLOE 11350 RANDOM HILLS ROAD STE 700 FAIRFAX VA 22030 |
| WIGGIN AND DANA LLP | ATTN: SHARYN B. ZUCH 185 ASYLUM ST HARTFORD CT 06103-3402 |

**Total Creditor count  15**

**EXHIBIT C**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | bcarlson@co.sanmateo.ca.us |
| aalfonso@willkie.com | bdemay@hsgllp.com |
| abeaumont@fklaw.com | bdk@schlamstone.com |
| abraunstein@riemerlaw.com | benjamin.mintz@apks.com |
| acaton@kramerlevin.com | bguiney@pbwt.com |
| adarwin@nixonpeabody.com | bmiller@mofo.com |
| adiamond@diamondmccarthy.com | boneill@kramerlevin.com |
| adk@msf-law.com | brosenblum@jonesday.com |
| aentwistle@entwistle-law.com | brotenberg@wolffsamson.com |
| aglenn@kasowitz.com | broy@rltlawfirm.com |
| agold@herrick.com | bruce.wright@sutherland.com |
| aisenberg@saul.com | bsellier@rlrpclaw.com |
| akadish@dtlawgroup.com | bstrickland@wtplaw.com |
| akolod@mosessinger.com | btrust@mayerbrown.com |
| alexander.lorenzo@alston.com | bturk@tishmanspeyer.com |
| allison.holubis@wilsonelser.com | bwolfe@sheppardmullin.com |
| alum@ftportfolios.com | cahn@clm.com |
| amartin@sheppardmullin.com | canelas@pursuitpartners.com |
| amcmullen@boultcummings.com | cbelisle@wfw.com |
| amh@amhandlerlaw.com | cbelmonte@ssbb.com |
| andrew.lourie@kobrekim.com | cdesiderio@nixonpeabody.com |
| andrewtenzer@paulhastings.com | cfarley@mccarter.com |
| angelich.george@arentfox.com | cgoldstein@stcwlaw.com |
| angie.owens@skadden.com | chad.husnick@kirkland.com |
| anthony_boccanfuso@aporter.com | chammerman@paulweiss.com |
| aostrow@beckerglynn.com | charles@filardi-law.com |
| appleby@chapman.com | charles_malloy@aporter.com |
| arainone@bracheichler.com | chemrick@thewalshfirm.com |
| arancier@offitkurman.com | chipford@parkerpoe.com |
| arosenblatt@chadbourne.com | chris.donoho@hoganlovells.com |
| arthur.rosenberg@hklaw.com | christopher.greco@kirkland.com |
| arwolf@wlrk.com | claude.montgomery@dentons.com |
| aschwartz@homerbonner.com | clynch@reedsmith.com |
| aseuffert@lawpost-nyc.com | cohen@sewkis.com |
| ashmead@sewkis.com | cp@stevenslee.com |
| asnow@ssbb.com | cpappas@dilworthlaw.com |
| asomers@rctlegal.com | cparyse@contrariancapital.com |
| aunger@sidley.com | craig.goldblatt@wilmerhale.com |
| austin.bankruptcy@publicans.com | craigjustinalbert@gmail.com |
| avenes@whitecase.com | crmomjian@attorneygeneral.gov |
| bankruptcy@goodwin.com | csalomon@beckerglynn.com |
| bankruptcy@morrisoncohen.com | cschreiber@winston.com |
| bankruptcy@ntexas-attorneys.com | cshore@whitecase.com |
| bankruptcymatters@us.nomura.com | cszyfer@stroock.com |
| barbra.parlin@hklaw.com | cwalsh@mayerbrown.com |
| bbisignani@postschell.com | cward@polsinelli.com |

**LEHMAN BROTHERS HOLDINGS INC., *et al.* – Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| cweiss@ingramllp.com | dspelfogel@foley.com |
| dallas.bankruptcy@publicans.com | dsullivan@hsgllp.com |
| dave.davis@isgria.com | dtheising@harrisonmoberly.com |
| david.bennett@tklaw.com | dwdykhouse@pbwt.com |
| david.livshiz@freshfields.com | dworkman@bakerlaw.com |
| david.powlen@btlaw.com | ebcalvo@pbfcm.com |
| david.wender@alston.com | ecohen@russellinvestments.com |
| davids@blbglaw.com | edelucia@hsgllp.com |
| davidwheeler@mvalaw.com | edward.flanders@pillsburylaw.com |
| dbarber@bsblawyers.com | efisher@binderschwartz.com |
| dbaumstein@whitecase.com | efleck@milbank.com |
| dbesikof@loeb.com | efriedman@fklaw.com |
| dblack@hsgllp.com | efriedman@friedmanspring.com |
| dcimo@gjb-law.com | ekbergc@lanepowell.com |
| dcoffino@cov.com | eleicht@whitecase.com |
| dcrapo@gibbonslaw.com | ellen.halstead@cwt.com |
| ddavis@paulweiss.com | emagnelli@bracheichler.com |
| ddunne@milbank.com | emerberg@mayerbrown.com |
| deggermann@kramerlevin.com | enkaplan@kaplanlandau.com |
| deggert@freebornpeters.com | eobrien@sbchlaw.com |
| demetra.liggins@tklaw.com | etillinghast@sheppardmullin.com |
| dennis.tracey@hoganlovells.com | evanhorn@grosspolowy.com |
| dfelder@orrick.com | eweinick@otterbourg.com |
| dflanigan@polsinelli.com | ezujkowski@emmetmarvin.com |
| dgoldberg@hsgllp.com | farrington.yates@kobrekim.com |
| dhayes@mcguirewoods.com | fcarruzzo@kramerlevin.com |
| dhealy@hsgllp.com | ffm@bostonbusinesslaw.com |
| dheffer@foley.com | foont@foontlaw.com |
| dhurst@coleschotz.com | fsosnick@shearman.com |
| dhw@dhclegal.com | gabriel.delvirginia@verizon.net |
| djcarragher@daypitney.com | gary.ravertpllc@gmail.com |
| djoseph@stradley.com | gavin.alexander@ropesgray.com |
| dkessler@ktmc.com | gbray@milbank.com |
| dkozusko@willkie.com | gcacuci@law.nyc.gov |
| dlipke@vedderprice.com | general@mklawnyc.com |
| dmark@kasowitz.com | ggitomer@mkbattorneys.com |
| dmcguire@winston.com | ggoodman@foley.com |
| dmiller@steinlubin.com | giddens@hugheshubbard.com |
| dmurray@jenner.com | gkaden@goulstonstorrs.com |
| dneier@winston.com | glenn.siegel@morganlewis.com |
| dodonnell@milbank.com | gmoss@riemerlaw.com |
| dpegno@dpklaw.com | goldenberg@ssnylaw.com |
| drosenzweig@fulbright.com | gspilsbury@jsslaw.com |
| drosner@goulstonstorrs.com | harrisjm@michigan.gov |
| drosner@kasowitz.com | harveystrickon@paulhastings.com |
| dshaffer@wtplaw.com | hbeltzer@chadbourne.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ipetersen@johnstonthomas.com
irethy@stblaw.com
j.zelloe@stahlzelloe.com
jacobsonn@sec.gov
james.berg@piblaw.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbrody@americanmlg.com
jbrody@johnstonthomas.com
jcarberry@cl-law.com
jcdebaca@mayerbrown.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@united.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.beck@hoganlovells.com
john.goodchild@morganlewis.com
john.monaghan@hklaw.com
john.mule@state.mn.us
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrapisardi@omm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keith.simon@lw.com
kelly.kleist@solidcounsel.com

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| ken.coleman@allenovery.com | mark.mckane@kirkland.com |
| kerry.moynihan@hro.com | mark.salzberg@squirepb.com |
| kgwynne@reedsmith.com | mark.sherrill@sutherland.com |
| kiplok@hugheshubbard.com | maryann.gagliardi@wilmerhale.com |
| kkelly@ebglaw.com | matt@willaw.com |
| kkolbig@mosessinger.com | matthew.klepper@dlapiper.com |
| klyman@irell.com | maustin@orrick.com |
| klynch@formanlaw.com | mbenner@tishmanspeyer.com |
| kmanka@johnstonthomas.com | mbienenstock@proskauer.com |
| kobak@hugheshubbard.com | mbloemsma@mhjur.com |
| korr@orrick.com | mbossi@thompsoncoburn.com |
| kovskyd@pepperlaw.com | mcademartori@sheppardmullin.com |
| kressk@pepperlaw.com | mcarthurk@sullcrom.com |
| krosen@lowenstein.com | mccarthyj@sullcrom.com |
| ksebaski@hsgllp.com | mcolomar@diazreus.com |
| kurt.mayr@bgllp.com | mcordone@stradley.com |
| kurt.rademacher@morganlewis.com | mcyganowski@oshr.com |
| ladler@laniadlerpartners.com | mdorval@stradley.com |
| landon@slollp.com | melorod@gtlaw.com |
| lapeterson@foley.com | meltzere@pepperlaw.com |
| lawallf@pepperlaw.com | metkin@lowenstein.com |
| lawrence.gelber@srz.com | mfeldman@willkie.com |
| lberkoff@moritthock.com | mgordon@briggs.com |
| lee.stremba@troutmansanders.com | mgreger@allenmatkins.com |
| lee.whidden@dentons.com | mh1@mccallaraymer.com |
| leo.crowley@pillsburylaw.com | mhanin@kasowitz.com |
| lgomez@msek.com | mhopkins@cov.com |
| lgranfield@cgsh.com | michael.kelly@monarchlp.com |
| lhandelsman@stroock.com | michael.kraut@morganlewis.com |
| lisa.solomon@att.net | michael.mccrory@btlaw.com |
| ljkotler@duanemorris.com | michael.solow@apks.com |
| lkatz@ltblaw.com | millee12@nationwide.com |
| lkiss@klestadt.com | miller@taftlaw.com |
| lmarinuzzi@mofo.com | mimi.m.wong@irscounsel.treas.gov |
| lmcgowen@orrick.com | mitchell.ayer@tklaw.com |
| lnashelsky@mofo.com | mitchell.berger@squirepb.com |
| loizides@loizides.com | mjedelman@vedderprice.com |
| lperlman@hsgllp.com | mjr1@westchestergov.com |
| lschweitzer@cgsh.com | mlahaie@akingump.com |
| lucdespins@paulhastings.com | mlandman@lcbf.com |
| mabrams@willkie.com | mlichtenstein@crowell.com |
| maofiling@cgsh.com | mlynch2@travelers.com |
| marc.roitman@ropesgray.com | mmorreale@us.mufg.jp |
| margolin@hugheshubbard.com | mneier@ibolaw.com |
| mark.bane@ropesgray.com | monica.lawless@brookfieldproperties.com |
| mark.ellenberg@cwt.com | mpackman@fisherbrothers.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* **– Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

mparry@mosessinger.com
mrosenthal@gibsondunn.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
mshuster@hsgllp.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neil.herman@morganlewis.com
neilberger@teamtogut.com
ngueron@cgr-law.com
nicholas.zalany@squirepb.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
nlieberman@hsgllp.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
patrick.miller@faegrebd.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
psp@njlawfirm.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rthomas@johnstonthomas.com
russj4478@aol.com
rweiss@johnstonthomas.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfineman@lchb.com

**LEHMAN BROTHERS HOLDINGS INC., *et al.* – Case No. 08-13555 (SCC)**
**Electronic Mail Master Service List**

sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
skatona@polsinelli.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
soneal@cgsh.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com

tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@beckerglynn.com
wtaylor@mccarter.com
yuwatoko@mofo.com