B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*,
          Debtors.

Case No. 08-13555
(jointly administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Warbler Run II, LLC**
Name of Transferee

**Seaport Loan Products LLC**
Name of Transferor

Name and Address where notices to transferee should be sent:

Warbler Run II, LLC
c/o Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808
Email: ops@warblerrun.com

Court Claim # (if known): 300003

Total Amount of Claim Transferred:
USD $538,088,410.00

Name and Address where transferee payments should be sent (if different from above):

Date Claim Filed: November 12, 2019

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _s. [signature]_
    Transferee/Transferee's Agent

Date: 12/03/2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

<u>**Exhibit A to Assignment of Claim Agreement**</u>

**Form of Evidence of Transfer**

To:   United States Bankruptcy Court, Southern District of New York; and
      Seaport Loan Products LLC

From: Warbler Run II, LLC, as Transferee

Date: November 21, 2019

<u>In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) (Jointly Administered)</u>

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a) under Claim No: 300001 filed in the aggregate amount of US$37,220,628.04 (the "Class 4A Claim") and under Claim No: 300003 filed in the aggregate amount of US$1,830,033,624.43 (the "Class 5 Claim"). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Federal Rules Bankruptcy Procedure of the partial transfer, other than for security, of the Class 4A Claim in the amount of US$10,944,055.00 and of the Class 5 Claim in the amount of US$538,088,410.00 (collectively the Transferred Amount of the Claims) to Transferee.

<u>Seaport Loan Products LLC</u>                    <u>Warbler Run II, LLC</u>
(Name of Transferor)                              (Name of Transferee)

                                                  <u>Name and Address where notices
                                                  to Transferee should be sent:</u>

                                                  Warbler Run II, LLC
                                                  c/o Corporation Service Company
                                                  251 Little Falls Dr.
                                                  Wilmington, DE 19808
                                                  Email: ops@warblerrun.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name: Jonathan Silverman
Title: General Counsel

**WARBLER RUN II, LLC**

By: _____
Name: J. [illegible]
Title: Authorized

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*