Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,     Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Credit Suisse (Schweiz) AG | HSBC PRIVATE BANK (SUISSE) S.A., GENEVA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Cravath, Swaine & Moore LLP     KWJS & S
Mr. Trevor Broad                Mrs. St. Sweeney
825 8th Avenue                  200 West 41st Street
New York NY 10019               17th Floor
                                New York, NY 10036

Phone: 212 972-3000
Last Four Digits of Acct #: -

Court Claim # (if known): 51762
Date Claim Filed: October 28, 2009
Amount of Claim: -
Portion of Claim Transferred (see Schedule I): see Evidence of Transfe of Claim form

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sandro Hunziker  /s/ Adrian Graf     Date: December 11, 2019
    Transferee/Transferee's Agent
    (Assistant Vice President)   (Assistant Vice President)

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

[*Lehman Brothers*]

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transfers to CREDIT SUISSE (Schweiz) AG 8045 Zuerich ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: _11___December 2019_____    Date: _11 December 19_____

**Transferor**    **Transferee**

HSBC PRIVATE BANK (SUISSE) S.A.    CREDIT SUISSE (Schweiz) AG

Quai des Bergues 9 – 17 / P.O. Box 2888    Uetlibergstrasse 231,

CH- 1211 Geneva 1    CH – 8045 Zürich, Switzerland

     Contact: Marija Petrovic

     +41 44 332 86 11

     marija.petrovic@credit-suisse.com

Signature: _____    Signature: _____
Anthony Grillet    Adrian Graf
     (Assistant Vice President)

Signature: _____    Signature: _____
Jérôme Rüttimann    Sandro Hunziker
Associate Director    (Assistant Vice President)

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN/CUSIP | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amounts or Units |
|---|---|---|---|---|
| ZZ1001939302 (ex XS0322064840) | 51762 | 10/28/2009 | LEHMAN BROTHERS LBT CARBON | EUR 300'000.00 |