**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| | : | **Chapter 11** |
| **In re** | : | |
| | : | **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | **Ref. Docket Nos. 60064,** |
| | : | **60065, 60067, 60069, 60072,** |
| | : | **60073, 60076, 60078, 60080,** |
| | : | **60082, 60084, 60087, 60088,** |
| | : | **60091, 60093, 60095, 60098,** |
| | : | **60099, 60101, 60104, 60106,** |
| | : | **60107, 60109, 60111, 60113,** |
| | : | **60115, 60117, 60119, 60122,** |
| | : | **60125, 60131, 60133, 600137,** |
| | : | **60138, 60140, 60142, 60145** |

------------------------------------------------------------------- x    **and 60147**

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 6, 2019, I caused to be served the "Notice of Defective Transfer," dated November 8, 2019, a sample of which is annexed hereto as <u>Exhibit A,</u> by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
9th day of December, 2019
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires December 2, 2022

**EXHIBIT A**

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000159745522 ***           LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 32598



EMPYREAN LHMN SPV, LP
ANN BATCHELOR PACE
C/O CARTER LEDYARD & MILBURN LLP
2 WALL STREET
NEW YORK, NY 10005

EMPYREAN LHMN SPV, LP
TRANSFEROR: DEUTSCHE BANK AG, LONDON
BRANCH
ATTN: STERLING HATHAWAY
10250 CONSTELLATION BLVD., STE 2950
LOS ANGELES, CA 90067

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: ELANIT SNOW
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

**Your transfer of claim # 20676-01 is defective for the reason(s) checked below:**

Other CLAIM WAS ALREADY SOLD DURING SCA AUCTION
Other CLAIM WAS ALREADY SOLD DURING SCA AUCTION

Docket Number   60117                    Date:   11/08/2019

/s/ Betina Wheelon

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANNE BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL ST, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | C/O CARTER LEDYARD & MILBURN LLP, ATTN: ANN B. PACE, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 |

| Claim Name | Address Information |
|---|---|
| EMPYREAN LHMN SPV, LP | CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANNE BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL ST, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANNE BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL ST, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |

| Claim Name | Address Information |
|---|---|
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PLACE, CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANNE BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL ST, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |

| Claim Name | Address Information |
|---|---|
| GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |

| Claim Name | Address Information |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELANIT SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |

**Total Creditor Count 114**