ADJOURNED HEARING DATE AND TIME: **January 21, 2020 at 2:00 p.m.**

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

*Attorneys for Lehman Brothers Holdings Inc.,*
*As Plan Administrator*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC, *et al.*, | : | Case No.: 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

# NOTICE OF FOURTH ADJOURNMENT OF HEARING ON MOTION OF THE PLAN ADMINISTRATOR FOR AN ORDER IN AID OF EXECUTION OF THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS

PLEASE TAKE NOTICE that the hearing in connection with the *Motion Of The Plan Administrator For An Order In Aid Of Execution Of The Modified Third Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. And Its Affiliated Debtors*, filed on September 17, 2019 [Dkt. No. 59936] ("**Motion in Aid**"), originally scheduled for October 30, 2019 at 11:00 a.m., and previously adjourned to November 14, 2019 at 2:00 p.m., December 5, 2019 at 10:00 a.m., and December 19, 2019 at 10:00 a.m., has been further adjourned to **January 21, 2020 at 2:00 p.m.**

Dated: New York, New York
December 18, 2019

                    Respectfully submitted,

                    /s/ Arthur Steinberg
                    Arthur Steinberg
                    Scott Davidson
                    KING & SPALDING LLP
                    1185 Avenue of the Americas
                    New York, New York  10036
                    Telephone:    (212) 556-2100
                    Facsimile:    (212) 556-2222

                    *Attorneys for Lehman Brothers Holdings Inc.,*
                    *As Plan Administrator*