BY DHL
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 1004-1408
Attn : Lehman Brothers Holding INC



B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re   Lehman Brother Holding Limited          Case No.      08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Triple A Global Limited | HSBC Private Bank (Suisse) SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee

should be sent: c/o RADIANT MGMT

SFODMCC Off no 39J Almastower,

PO Box 625847, DUBAI

Phone: +971 50 456 2998

Last Four Digits of Acct #: _____

Court Claim # (if known): _____51762

Amount of Claim: _____
USD 7'000'000.00(XS0284024816)

Date Claim Filed: 10/28/2009 _____

Phone:+4158 7055612 _____

Last Four Digits of Acct. #: _____

Name and Address wehere transferee payments

should be sent (if different from above)

Phone

Last Four Digits of Acct#

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief

INTERNAL

By: *[signature: Ramesh Kumar Grover]*                                         Date: 12th December 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**INTERNAL**