**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------- x
                                            :
In re                                       :
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :
                                            :
                               Debtors.     :
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :
                                            :
------------------------------------------------------------------- x
```

**Chapter 11**

**Case No. 08-13555 (SCC)**

**(Jointly Administered)**

**Ref. Docket Nos. 30914,**
**60150, 60153, 60155, 60157,**
**60160, 60161, 60163, 60166,**
**60169-60171, 60174, 60176,**
**60177, 60179, 60181, 60184,**
**60187-60189, 60193, 60194,**
**60197, 60198, 60202, 60204,**
**60208-60211, 60213, 60215,**
**60218-30220, 60230, 60232-**
**60245, 60247, 60249, 60251,**
**60252, 60255, 60261-60265,**
**60267, 60268 and 60272**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 16, 2019, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated December 16, 2019, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
20th day of December, 2019
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

**EXHIBIT A**

Southern District of New York

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,     **transferor**     refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**     refers to the party who is purchasing or otehwise being assigned the claim.

To:     BAR(23) MAILID *** 000159824795 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 22479



BANK HAPOALIM (SWITZERLAND), LTD.
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER
STOCKERSTRASSE 33
ZURICH CH-8002
 SWITZERLAND

Please note that your claim # 455855-04 in the above referenced case and in the amount of $70,000.00 allowed at $70,130.99 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH (UK)
TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
LONDON EC2N 2DB
 UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          60230                    in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/16/2019                              Vito Genna, Clerk of Court

                                                    /s/ Betina Wheelon

                                                    _____

                                                    Epiq Corporate Restructuring, LLC

                                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2019.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO  ITALY |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO  ITALY |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO  ITALY |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO  ITALY |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO  ITALY |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO  ITALY |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO  ITALY |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO  ITALY |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO ITALIANO SPA | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO  ITALY |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO ITALIANO SPA | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO  ITALY |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO ITALIANO SPA | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO  ITALY |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO ITALIANO SPA | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO  ITALY |
| CASSA CENTRALE BANCA CREDITO COOPERATIVO ITALIANO SPA | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MARCO MOSCON, VIA G. SEGANTINI, 5, 38122 TRENTO  ITALY |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EMPYREAN LHMN SPV, LP, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, TRADING TOWER 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | THE AMERICAS, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: MR. TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | MRS. ST. SWEENEY, C/O KWJS & S, 200 WEST 41ST STREET, 17TH FLOOR, NEW YORK, NY 10036 |
| CREDIT SUISSE AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, ATTN: MR. TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | MRS. ST. SWEENEY, C/O KWJS & S, 200 WEST 41ST STREET, 17TH FLOOR, NEW YORK, NY 10036 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: METEOR ASSET MANAGEMENT LTD, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: METEOR ASSET MANAGEMENT LTD, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | C/O CARTER LEDYARD & MILBURN LLP, ATTN: ANN B. PACE, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |

| Claim Name | Address Information |
|---|---|
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | C/O CARTER LEDYARD & MILBURN LLP, ATTN: ANN BATCHELOR PACE, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANNE BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL ST, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | C/O CARTER LEDYARD & MILBURN LLP, ATTN: ANN BATCHELOR PACE, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILLBURN LLP, 2 WALL STREET, NEW YORK, NY 10003 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | C/O CARTER LEDYARD & MILBURN LLP, ATTN: ANN BATCHELOR PACE, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 |

| Claim Name | Address Information |
|---|---|
| EMPYREAN LHMN SPV, LP | CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, CARTER LEDYARD & MILBURN, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | C/O CARTER LEDYARD & MILBURN LLP, ATTN: ANN BATCHELOR PACE, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ATTN: ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILLBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, C/O CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | C/O CARTER LEDYARD & MILBURN LLP, ATTN: ANN BATCHELOR PACE, 2 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | ANN BATCHELOR PACE, CARTER LEDYARD & MILBURN LLP, 2 WALL STREET, NEW YORK, NY 10005 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |

| Claim Name | Address Information |
| --- | --- |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN:  BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN:  BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: JOSEPH WHITE, 505 5TH AVENUE, STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: JOSEPH WHITE, 505 5TH AVENUE, STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: JOSEPH WHITE, 505 5TH AVENUE, STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: JOSEPH WHITE, 505 5TH AVENUE, STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: JOSEPH WHITE, 505 5TH AVENUE, STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: JOSEPH WHITE, 505 5TH AVENUE, STE 900, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SEAN LOBO, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN:  BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS, LLC | 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FIFTH STREET STATION LLC, C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |

| Claim Name | Address Information |
|---|---|
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| LGT BANK (SINGAPORE) LTD. | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE, 3 TEMASEK AVENUE #30-01, CENTENNIAL TOWER, SINGAPORE 039190  SINGAPORE |
| LGT BANK (SINGAPORE) LTD. | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE, 3 TEMASEK AVENUE #30-01, CENTENNIAL TOWER, SINGAPORE 039190  SINGAPORE |
| LGT BANK (SINGAPORE) LTD. | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LTD., SINGAPORE, 3 TEMASEK AVENUE #30-01, CENTENNIAL TOWER, SINGAPORE 039190  SINGAPORE |
| LONDON INTERNATIONAL CAPITAL LTD. | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: MARCUS VON THIELE, 20-22 WENLOCK ROAD, LONDON N1 7GU UNITED KINGDOM |
| METEOR ASSET MANAGEMENT LTD | ATTN: SIMON BOTTOMLEY, 55 KING WILLIAM STREET, LONDON EC4R 9AD UNITED KINGDOM |
| METEOR ASSET MANAGEMENT LTD | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., 55 KING WILLIAM STREET, LONDON EC4R9AD UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| SEAPORT LOAN PRODUCTS, LLC | 360 MADISON AVE, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS, LLC | 360 MADISON AVE, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS, LLC | 360 MADISON AVE, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS, LLC | 360 MADISON AVE, NEW YORK, NY 10017 |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: HYPOSWISS PRIVATBANK AG, ST. LEONHARDSTRASSE 25, ST. GALLEN 9000 SWITZERLAND |
| UBS AG | TRANSFEROR: CREDIT SUISSE, BAHNHOFSTRASSE 45, CH-8001 ZURICH  SWITZERLAND |
| UBS AG | TRANSFEROR: CREDIT SUISSE, BAHNHOFSTRASSE 45, CH-8001 ZURICH  SWITZERLAND |
| UBS AG | TRANSFEROR: CREDIT SUISSE, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| WARBLER RUN I, LLC | TRANSFEROR: SEAPORT LOAN PRODUCTS, LLC, C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 |
| WARBLER RUN I, LLC | TRANSFEROR: SEAPORT LOAN PRODUCTS, LLC, C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 |
| WARBLER RUN II, LLC | TRANSFEROR: SEAPORT LOAN PRODUCTS, LLC, C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 |
| WARBLER RUN II, LLC | TRANSFEROR: SEAPORT LOAN PRODUCTS, LLC, C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 |

**Total Creditor Count 252**