WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Alfredo R. Pérez

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                                                  :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (SCC)
:
Debtors.                     :    (Jointly Administered)
:
:
---------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF SUBPOENA ISSUED TO LEHMAN BROTHERS
FINANCE AG (IN LIQUIDATION) A/K/A LEHMAN BROTHERS FINANCE SA (EN
LIQUIDATION) PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY
TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND
<u>AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES</u>**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. hereby withdraws with prejudice its Subpoena served upon Lehman Brothers Finance AG (in Liquidation) a/k/a Lehman Brothers Finance SA (en Liquidation) on October 20, 2014, the issuance of which was noticed in a filing with the Court on October 22, 2014 [ECF No. 46572].

Dated: December 27, 2019
       Houston, Texas

/s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Alfredo R. Pérez

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*