FILED / RECEIVED
DEC 1 9 2019
EPIQ

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDING INC.,    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| VANESSA COELHO | SWINGS MANAGEMEN INC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
vanessa_pmc93@hotmail.com
Avenida Marginal, 53 68 S. Pedro do Estoril
2765-351 Estoril Portugal

Phone: +351916676381
Last Four Digits of Acct #: _____

Court Claim # (if known): 50343/50344
Amount of Claim: 50343 - $151,452.73 / 50344 - $53,700 6.49
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct #: _____

RECEIVED
DEC 23 2019
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: 11/12/19
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.