FILED / RECEIVED
DEC 1 6 2019
EPIQ

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG, Bahnhofstrasse 45, CH-8001 Zurich** ("Transferor") unconditionally and irrevocably transferred to **Bank J. Safra Sarasin Ltd** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS August 6th 2019.

UBS AG

By: _____
Name: Cristoforo Pavone
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

RECEIVED
DEC 2 3 2019
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

TOC561 UBS240 JSAFRASARASIN 100K_3689141

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

| ISIN | Court Claim Nr. | Date Claim Filed | Issuer | Principal Amount / Nominal Amount / Amount of Claim related to Security |
|---|---|---|---|---|
| CH0036891411 | 59233 | October 30, 2009 | Lehman Brothers Securities NV | CHF 100'000.00 |

TOC561 UBS240 JSAFRASARASIN 100K_3689141

Gibraltar, 11th December 2019

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case Nos. 08-13555 (JMP)
**(Jointly Administered)**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by UBS AG (Switzerland) (the "Transferor"), against Lehman Brothers Holdings Inc., which has been designated as Claim No. 59233 (the "Claim"). Transferee (as that term is defined below) hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. Rule 3001(e)(2), of the transfer, other than for security, of the Claim, in the nominal amount of CHF 100,000 (the "Transferred Portion"). For the avoidance of doubt, the Transferred Portion relates to ISIN CH0036891411. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

| Name of Transferee | Name of Transferor |
|---|---|
| Bank J. Safra Sarasin (Gibraltar) Ltd | UBS AG (Switzerland) |
| **Name and Address where notices to Transferee should be sent:** | **Name and Address where notices to Transferor should be sent:** |
| Attn: Marvin Cartwright<br>Bank J. Safra Sarasin (Gibraltar) Ltd<br>First Floor, Neptune House, Marina Bay,<br>PO Box 542, Gibraltar | Attn: Stephan Gfeller<br>UBS AG (Switzerland)<br>Bahnhofstrasse 45<br>CH-8001 Zurich, Switzerland |
| Phone: + 350 2000 2550 | Phone: + 41 44 235 62 83 |
| Last Four Digits of Acct #: 1403 | Last Four Digits of Acct. #: N/A |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Clearstream Banking Luxembourg<br>L-2967<br>Luxembourg<br>Acc BK J. Safra Sar.(Gibraltar)-CLTS A/C<br>Acc No: 11403 | Court Claim # (if known): 59233<br>Date Claim Filed: October 29, 2009<br>Transferred Portion: CHF 100,000 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 11th December 2019
    Transferee
Name: Marvin Cartwright
Title: Chief Executive Officer

By: _____  Date: 11th December 2019
    Transferee
Name: Abigail Carroll
Title: Chief Operating Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

## Exhibit A

3



Sustainable Private Banking since 1841

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
777 Third Avenue, 12th Floor
New York, NY10017
USA

Gibraltar, 11th December 2019

**Transfer of Claim, Epiq Claims No: 59233**

Dear Sir, Madam,

Bank J. Safra Sarasin is sending you herewith the enclosed original copy of the completed 210A transfer forms, evidence of the claim and Schedule 1 (Epiq Claim number 59233) against Lehman Brothers Holdings Inc by the following Transferor:

UBS AG (Switzerland)
Bahnhofstrasse 45
CH-8001 Zurich, Switzerland

Yours faithfully,

Abigail Carroll
Chief Operations Office
Bank J. Safra Sarasin (Gibraltar) Ltd

Bank J. Safra Sarasin (Gibraltar) Ltd
First Floor, Neptune House, Marina Bay, P.O. Box 542, Gibraltar, GX11 1AA
T: +350 2000 2500, F: +350 2000 2501, www.jsafrasarasin.com.gi
Registered Office: 57/63 Line Wall Road, Gibraltar, Registered in Gibraltar No: 82334, Authorised by the
Gibraltar Financial Services Commission to conduct banking and investment services                    1 | 1