UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                      :

In re                                                    :         Chapter 11 Case

LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :         No. 08-13555 (SCC)

                   Debtors.                         :         (Jointly Administered)

------------------------------------------------------------------------x     Ref. Docket No. 60327

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 18, 2019, I caused to be served the "Notice of Fourth Adjournment of Hearing on Motion of the Plan Administrator for an Order In Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors," dated December 18, 2019 [Docket No. 60327], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed in the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i>/s/ Wing Chan</i><br>
Wing Chan

Sworn to before me this
23rd day of December, 2019
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Overnight Mail Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Overnight Mail Additional Parties

U.S. ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NY
ATTN: GEOFFREY S. BERMAN
1 SAINT ANDREW'S PLAZA
NEW YORK, NY 10007


SECURITIES EXCHANGE COMMISSION
200 VESEY STREET, #400
NEW YORK, NY 10281


MAYER BROWN LLP
COUNSEL TO CAPITAL PARTNERS SECURITIES
ATTN: JOAQUIN M C DE BACA, ESQ.
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1001

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcy@goodwin.com |
| aalfonso@willkie.com | bankruptcy@morrisoncohen.com |
| abeaumont@fklaw.com | bankruptcy@ntexas-attorneys.com |
| abraunstein@riemerlaw.com | bankruptcymatters@us.nomura.com |
| acaton@kramerlevin.com | barbra.parlin@hklaw.com |
| adarwin@nixonpeabody.com | bbisignani@postschell.com |
| adiamond@diamondmccarthy.com | bcarlson@co.sanmateo.ca.us |
| adk@msf-law.com | bdemay@hsgllp.com |
| aentwistle@entwistle-law.com | bdk@schlamstone.com |
| aglenn@kasowitz.com | benjamin.mintz@apks.com |
| agold@herrick.com | bguiney@pbwt.com |
| aisenberg@saul.com | bmiller@mofo.com |
| akadish@dtlawgroup.com | boneill@kramerlevin.com |
| akolod@mosessinger.com | brosenblum@jonesday.com |
| alexander.lorenzo@alston.com | brotenberg@wolffsamson.com |
| allison.holubis@wilsonelser.com | broy@rltlawfirm.com |
| alum@ftportfolios.com | bruce.wright@sutherland.com |
| amartin@sheppardmullin.com | bsellier@rlrpclaw.com |
| amcmullen@boultcummings.com | bstrickland@wtplaw.com |
| amh@amhandlerlaw.com | btrust@mayerbrown.com |
| andrew.lourie@kobrekim.com | bturk@tishmanspeyer.com |
| andrewtenzer@paulhastings.com | bwolfe@sheppardmullin.com |
| angelich.george@arentfox.com | cahn@clm.com |
| angie.owens@skadden.com | canelas@pursuitpartners.com |
| anthony_boccanfuso@aporter.com | cbelisle@wfw.com |
| aostrow@beckerglynn.com | cbelmonte@ssbb.com |
| appleby@chapman.com | cdesiderio@nixonpeabody.com |
| arainone@bracheichler.com | cfarley@mccarter.com |
| arancier@offitkurman.com | cgoldstein@stcwlaw.com |
| arosenblatt@chadbourne.com | chad.husnick@kirkland.com |
| arthur.rosenberg@hklaw.com | chammerman@paulweiss.com |
| arwolf@wlrk.com | charles@filardi-law.com |
| aschwartz@homerbonner.com | charles_malloy@aporter.com |
| aseuffert@lawpost-nyc.com | chemrick@thewalshfirm.com |
| ashmead@sewkis.com | chipford@parkerpoe.com |
| asnow@ssbb.com | chris.donoho@hoganlovells.com |
| asomers@rctlegal.com | christopher.greco@kirkland.com |
| aunger@sidley.com | claude.montgomery@dentons.com |
| austin.bankruptcy@publicans.com | clynch@reedsmith.com |
| avenes@whitecase.com | cohen@sewkis.com |

1

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

cp@stevenslee.com
cpappas@dilworthlaw.com
cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.wender@alston.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dblack@hsgllp.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgoldberg@hsgllp.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dsullivan@hsgllp.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
ebcalvo@pbfcm.com
ecohen@russellinvestments.com
edelucia@hsgllp.com
edward.flanders@pillsburylaw.com
efisher@binderschwartz.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
evanhorn@grosspolowy.com

2

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
farrington.yates@kobrekim.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
foont@foontlaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
gcacuci@law.nyc.gov
general@mklawnyc.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnylaw.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@chadbourne.com
heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ipetersen@johnstonthomas.com
irethy@stblaw.com
j.zelloe@stahlzelloe.com
jacobsonn@sec.gov
james.berg@piblaw.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbrody@americanmlg.com
jbrody@johnstonthomas.com
jcarberry@cl-law.com
jcdebaca@mayerbrown.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@united.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.beck@hoganlovells.com
john.goodchild@morganlewis.com

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

| | |
|---|---|
| john.monaghan@hklaw.com | kkelly@ebglaw.com |
| john.mule@state.mn.us | kkolbig@mosessinger.com |
| jonathan.goldblatt@bnymellon.com | klyman@irell.com |
| jonathan.henes@kirkland.com | klynch@formanlaw.com |
| jorbach@hahnhessen.com | kmanka@johnstonthomas.com |
| joseph.cordaro@usdoj.gov | kobak@hugheshubbard.com |
| joshua.dorchak@morganlewis.com | korr@orrick.com |
| jowen769@yahoo.com | kovskyd@pepperlaw.com |
| joy.mathias@dubaiic.com | kressk@pepperlaw.com |
| jpintarelli@mofo.com | krosen@lowenstein.com |
| jporter@entwistle-law.com | ksebaski@hsgllp.com |
| jprol@lowenstein.com | kurt.mayr@bgllp.com |
| jrabinowitz@rltlawfirm.com | kurt.rademacher@morganlewis.com |
| jrapisardi@omm.com | ladler@laniadlerpartners.com |
| jrosenthal@mhlawcorp.com | landon@slollp.com |
| jrsmith@hunton.com | lapeterson@foley.com |
| jschiller@bsfllp.com | lawallf@pepperlaw.com |
| jschwartz@hahnhessen.com | lawrence.gelber@srz.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com |
| jsherman@bsfllp.com | lee.stremba@troutmansanders.com |
| jshickich@riddellwilliams.com | lee.whidden@dentons.com |
| jsmairo@pbnlaw.com | leo.crowley@pillsburylaw.com |
| jstoll@mayerbrown.com | lgomez@msek.com |
| jtimko@shutts.com | lgranfield@cgsh.com |
| judy.morse@crowedunlevy.com | lhandelsman@stroock.com |
| jvail@ssrl.com | lisa.solomon@att.net |
| jwcohen@daypitney.com | ljkotler@duanemorris.com |
| jwest@velaw.com | lkatz@ltblaw.com |
| jwh@njlawfirm.com | lkiss@klestadt.com |
| jzulack@fzwz.com | lmarinuzzi@mofo.com |
| kanema@formanlaw.com | lmcgowen@orrick.com |
| karen.wagner@dpw.com | lnashelsky@mofo.com |
| karl.geercken@alston.com | loizides@loizides.com |
| kdwbankruptcydepartment@kelleydrye.com | lperlman@hsgllp.com |
| keith.simon@lw.com | lschweitzer@cgsh.com |
| kelly.kleist@solidcounsel.com | lucdespins@paulhastings.com |
| ken.coleman@allenovery.com | mabrams@willkie.com |
| kerry.moynihan@hro.com | maofiling@cgsh.com |
| kgwynne@reedsmith.com | marc.roitman@ropesgray.com |
| kiplok@hugheshubbard.com | margolin@hugheshubbard.com |

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

| | |
|---|---|
| mark.bane@ropesgray.com | mlahaie@akingump.com |
| mark.ellenberg@cwt.com | mlandman@lcbf.com |
| mark.mckane@kirkland.com | mlichtenstein@crowell.com |
| mark.salzberg@squirepb.com | mlynch2@travelers.com |
| mark.sherrill@sutherland.com | mmorreale@us.mufg.jp |
| maryann.gagliardi@wilmerhale.com | mneier@ibolaw.com |
| matt@willaw.com | monica.lawless@brookfieldproperties.com |
| matthew.klepper@dlapiper.com | mpackman@fisherbrothers.com |
| maustin@orrick.com | mparry@mosessinger.com |
| mbenner@tishmanspeyer.com | mrosenthal@gibsondunn.com |
| mbienenstock@proskauer.com | mschimel@sju.edu |
| mbloemsma@mhjur.com | msegarra@mayerbrown.com |
| mbossi@thompsoncoburn.com | mshiner@tuckerlaw.com |
| mcademartori@sheppardmullin.com | mshuster@hsgllp.com |
| mcarthurk@sullcrom.com | msolow@kayescholer.com |
| mccarthyj@sullcrom.com | mspeiser@stroock.com |
| mcolomar@diazreus.com | mstamer@akingump.com |
| mcordone@stradley.com | munno@sewkis.com |
| mcyganowski@oshr.com | mvenditto@reedsmith.com |
| mdorval@stradley.com | mwarner@coleschotz.com |
| melorod@gtlaw.com | mwarren@mtb.com |
| meltzere@pepperlaw.com | nathan.spatz@pillsburylaw.com |
| metkin@lowenstein.com | nbinder@binderschwartz.com |
| mfeldman@willkie.com | nbojar@fklaw.com |
| mgordon@briggs.com | ncoco@mwe.com |
| mgreger@allenmatkins.com | neal.mann@oag.state.ny.us |
| mh1@mccallaraymer.com | ned.schodek@shearman.com |
| mhanin@kasowitz.com | neil.herman@morganlewis.com |
| mhopkins@cov.com | neilberger@teamtogut.com |
| michael.kelly@monarchlp.com | ngueron@cgr-law.com |
| michael.kraut@morganlewis.com | nicholas.zalany@squirepb.com |
| michael.mccrory@btlaw.com | nissay_10259-0154@mhmjapan.com |
| michael.solow@apks.com | nlepore@schnader.com |
| millee12@nationwide.com | nlieberman@hsgllp.com |
| miller@taftlaw.com | notice@bkcylaw.com |
| mimi.m.wong@irscounsel.treas.gov | nyrobankruptcy@sec.gov |
| mitchell.ayer@tklaw.com | otccorpactions@finra.org |
| mitchell.berger@squirepb.com | paronzon@milbank.com |
| mjedelman@vedderprice.com | patrick.miller@faegrebd.com |
| mjr1@westchestergov.com | pbattista@gjb-law.com |

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
psp@njlawfirm.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rthomas@johnstonthomas.com
russj4478@aol.com

rweiss@johnstonthomas.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
scargill@lowenstein.com
schager@ssnylaw.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
skatona@polsinelli.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
soneal@cgsh.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Master Service List

sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com

wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@beckerglynn.com
wtaylor@mccarter.com
yuwatoko@mofo.com

LEHMAN BROTHERS HOLDINGS INC. – Case No. 08-13555 (SCC)
Electronic Mail Additional Parties

fernandosuaya@gmail.com
shumlmh@hkbea.com
scott.dandrea@barclayscapital.com
daniel.miranda@barclays.com
distressedclosers@barclays.com
john.m.parsons@barclays.com
settlements@baupost.com
lawrence.lo@hld.com
f.kojima@capital-am.co.jp
pbsettlement@dahsing.com
robyn.parry@db.com
christine.wright@db.com
janet.young@db.com
fersuaya@fibertel.com.ar
fernandosuaya@gmail.com
lawrence.lo@hld.com
dharris@mofo.com
i97010@firstbank.com.tw
ficc-sbd-distressedteam@gs.com
y-mishima@ma.hs-sec.co.jp
otcops@hbk.com
primebrokerage@hbk.com
petra.blank@hsbc.de
joerg.meier@hsbc.de
georg.schneck@hsbctrinkaus.lu
yukiomot@yahoo.co.jp
ops@knighthead.com
info@knighthead.com
hkpi@netvigator.com
corporate.actions@bankofamerica.com
armen.a.tutuyan@jpmorgan.com
kubo-hisako@sc.mufg.jp
kikuchi-hiroka@sc.mufg.jp
dharris@mofo.com
kuniko.takizawa@mizuho-sc.com
pur_in_fb-payments@mizuho-sc.com
pur_in_wsc_debt@mizuho-sc.com
pur_in_urid@mizuho-sc.com
pur_in_lehman@mizuho-sc.com
hiroaki.usui@nomura.com
mparry@mosessinger.com
felsnet@gmail.com

darren.jones2@rbs.com
kameshrao.korangi@natwestmarkets.com
hugo.koller@ubs.com
vhchk@netvigator.com
cristoforo.pavone@ubs.com
mzlatin@odeoncap.com
joshua.dorchak@morganlewis.com
jcdebaca@mayerbrown.com
garrett.fail@weil.com
jason.hufendick@weil.com