**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                                                              :                Chapter 11
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*       :               Case No. 08-13555 (SCC)
:
                             Debtors.                                                      :               (Jointly Administered)
---------------------------------------------------------------x

**ORDER GRANTING MOTION OF NEWPORT GLOBAL OPPORTUNITIES FUND L.P. AND NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. TO WITHDRAW AND EXPUNGE CLAIM NOS. 26372 AND 29235 IN THEIR ENTIRETY**

Upon the Motion of Newport Global Opportunities Fund L.P. and Newport Global Credit Fund (Master) L.P. to Withdraw and Expunge Claim Nos. 26372 and 29235 in Their Entirety, dated January 7, 2020 (the "Withdrawal Motion"),[1] seeking, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, this Court's: (i) authorization that the Newport Funds may withdraw the Claims; (ii) disallowance and expungement of the Claims; and (iii) direction to the Clerk of this Court, or the duly appointed Claims Agent, to reflect the withdrawal, disallowance and expungement of the Claims on the official claims register for Debtors, all as more fully described in the Withdrawal Motion; and due and proper notice of the Withdrawal Motion having been provided as stated therein, and it appearing that no other or further notice need be provided; and the Court having found and determined that the legal and factual bases set forth in the Withdrawal Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is:

ORDERED that the relief requested in the Withdrawal Motion is granted, as set forth herein, and it is further

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Withdrawal Motion.

ORDERED that, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, the Newport Funds are authorized to withdraw the Claims; and it is further

ORDERED that the Claims are hereby withdrawn, disallowed, and expunged in their entirety with prejudice, without any further Order of this Court; and it is further

ORDERED that the Clerk of the Court, or the duly appointed Claims Agent shall reflect the withdrawal and expungement of the Claims on the official claims register for the Debtors; and it is further

ORDERED that as of the date of the entry of this Order, the Supplemental Order Granting the Four Hundred Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) [ECF No. 48761] shall become a final order for purposes of (i) any appeal under Bankruptcy Code Rule 8001, et seq., or (ii) any motion for rehearing or motion for relief under Federal Rule of Civil Procedure 60(b) and/or Bankruptcy Rule 9024; and it is further

ORDERED that the Plan Administrator is authorized to take all necessary steps to effectuate this Order with the Claims Agent; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2020
       New York, New York

                                                    _____
                                                    UNITED STATES BANKRUPTCY JUDGE