David J. Molton, Esq.
D. Cameron Moxley, Esq.
Gerard T. Cicero, Esq.
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Newport Global Opportunities
Fund L.P. and Newport Global Credit Fund (Master) L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                      :    Chapter 11
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*               :    Case No. 08-13555 (SCC)
:
Debtors.                           :    (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF THE OBJECTION OF NEWPORT GLOBAL OPPORTUNITIES FUND L.P. AND NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. TO THE MOTION OF PLAN ADMINISTRATOR PURSUANT TO SECTION 8.4, 9.3, AND 14.1 OF THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS TO ESTIMATE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES

Newport Global Opportunities Fund L.P. ("NGOF") and Newport Global Credit Fund (Master) L.P. ("NGCF", and together with NGOF, the "Newport Funds"), by and through their undersigned attorneys, hereby withdraw, with prejudice, the *Objection of Newport Global Opportunities Fund L.P. and Newport Global Credit Fund (Master) L.P. To the Motion of Plan Administrator Pursuant to Section 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes* [ECF No. 50276], filed on July 10, 2015.

- 2 -

Dated:  January 7, 2020
       New York, New York

**BROWN RUDNICK LLP**

By: /s/ *David J. Molton*
David J. Molton
D. Cameron Moxley
Gerard T. Cicero
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Newport Global Opportunities Fund L.P. and Newport Global Credit Fund (Master) L.P.*