The Financial and Risk business of Thomson Reuters is now Refinitiv

refinitiv.com

**REFINITIV**™

January 6, 2020



VIA FEDERAL EXPRESS

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004-1408

Attention:  Lehman Brothers Holdings Inc.

Dear Sir or Madam:

We are transferring our claim from Thomson Reuters Corporation to Refinitiv US LLC.  Please find attached a Transfer of Claim Other Than For Security form and an Evidence of Transfer of Claim form.

If you have any questions, please do not hesitate to call me at 646-223-4204.

Thank you.

Regards,

*Maria Diaz*

Maria Diaz
Associate General Counsel

B 210A (Form 210A) (12/09)



# UNITED STATES BANKRUPTCY COURT

In re: <u>Lehman Brothers Holdings Inc.</u>  Case No.: <u>08-13555</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>REFINITIV US LLC</u> | THOMSON REUTERS CORPORATION |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

3 Times Square
New York, NY  10036

Court Claim# (if known): <u>32003</u> Amount of Claim: <u>$2,111,121.90</u>
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct.#: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

_____
Transferee/Transferee's Agent

***Penalty for making a false statement:*** Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 USC §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**Thomson Reuters Corporation,** located at 333 Bay Street, Suite 400, Toronto, Ontario M5H 2R2, Canada ("Assignor") for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that Assignor has unconditionally and irrevocably transferred and assigned to **Refinitiv US LLC,** its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor against **Lehman Brothers Holdings Inc.** (the "Claim"), having the Claim Number in the Transferred Claim Amount as set forth below in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

Court Claim#: 32003   Amount of Claim: $2,111,121.90

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect to the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of this 2nd day of January 2020.

| Refinitiv US LLC | Thomson Reuters Corporation |
|---|---|
| By: *Shmuel Bulka* (DocuSigned: F786B74761EC4DB) | By: *Marc E. Gold* (DocuSigned: 9E6C45CC2A27451) |
| Name: Shmuel Bulka | Name: Marc E. Gold |
| Title: Vice President and Assistant Secretary | Title: Deputy Company Secretary |