Rex Wu
6315 N. Campbell
Chicago, IL 60659
Tel: (312)785-0348
Email: rex_wu@live.com
Pro-Se

**RECEIVED**

**JAN -7 2020**

**U.S. BANKRUPTCY COURT, SDNY**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Regards: Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case # 08-13555 (SCC)
Motion to Reclassify (Docket# 60337)   JOINDER

**Joinder of Rex Wu to Motion to Reclassify (Docket # 60337) filed by Joseph Waske on January 3, 2020.**

Rex Wu, hereby joins in the Motion to Reclassify filed by Joseph Waske on January 3rd, 2020 (Docket # 60337) and respectfully represents as follows:

1. Like Joseph Waske, Rex Wu holds LBHI's Preferred Securities:
   LEHKQ, LEHLQ, LEHNQ and LHHMQ issued by Lehman Brothers Holdings
   Capital Trust 3, 4, 5 and 6.

2. As a result of Motion #59614 filed by Rex Wu, there was new information discovered during the hearing regarding the SRM decision that effects all holders of the Lehman Brothers Holdings Inc. Capital Trusts III, IV, V and VI. This also effects Rex Wu's most current legal holdings.

3. Rex Wu have similar arguments to the Motion to Reclassify. The Motion to Reclassify pertains to many facts that Rex Wu would present if he were to file on his own in particularly relating to the SRM decision and the arguments for and if it applies with certain other rights afforded in the Prospectuses. Would the SRM decision apply if the holders can pursue their rights as if it were the rights of the Trustee? What are the rights of the holders if they purchased their shares after the Hearing of Motion #59614? The answers to the questions should be, they are protected under the GUARANTEE and their shares are in parity with the most senior preference shares of Lehman Brothers Holdings Inc. and/or their affiliates issued on or thereafter as stated on the prospectuses. These are some of the points that Rex Wu shares between myself and Mr. Waske and thereby request to join the motion. (EXHIBIT A)

4. Rex Wu hereby adopts and incorporates all the arguments and statements raised in the Motion to Reclassify as if such arguments and statements raised were in set forth herein and asserted by Rex Wu.

1 of 3

5. Rex Wu reserves all of his rights and remedies, and nothing contained in this Joinder shall constitute an admission by Rex Wu for any other purpose or a waiver of any rights or remedies available to Rex Wu.

WHEREFORE, Rex Wu joins in Joseph Waske's Motion to Reclassify and respectfully requests that this court carefully review the documents submitted and grant the Motion to Reclass in its entirety.

Respectfully Submitted,

January 3, 2020

Rex Wu
6315 N Campbell
Chicago, IL 60659
312-785-0348
rex_wu@live.com
Pro-Se

**EXHIBIT A**

**Transcript pg. 81 and 82 from the June 19th 2019 Docket #59614 Ruling**

```
21        THE COURT:  So, what you're referring to is the
22   law that's clear and that I set forth in the recent SRM
23   decision, which I wouldn't charge Mr. Gregory or Mr. Wu with
24   being aware of.  But the law is that when there is a general
25   guarantee, as opposed to a specific guarantee, and corporate
```

Page 82

```
1   resolution is a general guarantee, it's necessary to show
2   that one acted in reliance -- with knowledge of and in
3   reliance on the general guarantee.  So, by definition,
4   that's not the case here.
```