Rex Wu
6315 N. Campbell
Chicago, IL 60659
Tel: (312)785-0348
Email: rex_wu@live.com
Pro-Se

RECEIVED
JAN -7 2020
U.S. BANKRUPTCY COURT, SDNY

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Regards: Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case # 08-13555 (SCC)
Motion to Reclassify (Docket # 60337)

### PROOF OF SERVICE

On January 3rd, 2020, I caused to be served the Motion to Reclassify Docket No. 60337, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via USPS

First Class mail to:

Attention: Kristine Dickson and Matthew Cantor, c/o Lehman Brothers Holdings Inc., 277 Park Avenue, 46th floor, New York, New York 10172. (EXHIBIT A)

Joseph Waske, 22862 Vis Genoa, Dana Point CA, 92629 (EXHIBIT A)

Respectfully Submitted,

[signature]

January 3, 2020

Rex Wu
6315 N Campbell
Chicago, IL 60659
312-785-0348
rex_wu@live.com
Pro-Se

Exhibit A

