David J. Molton, Esq.
D. Cameron Moxley, Esq.
Gerard T. Cicero, Esq.
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Newport Global Opportunities*
*Fund L.P. and Newport Global Credit Fund (Master) L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                                        :
**In re**                                                               :    Chapter 11
                                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                            :    Case No. 08-13555 (SCC)
                                                                        :
                                    Debtors.                            :    (Jointly Administered)
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, David J. Molton, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on January 7, 2020, I caused copies of the Notice of Hearing on Motion of Newport Global Opportunities Fund L.P. and Newport Global Credit Fund (Master) L.P. to Withdraw and Expunge Claim Nos. 26372 and 29235 in Their Entirety [Docket No. 60344] (the "Motion") and Withdrawal of the Objection of Newport Global Opportunities Fund L.P. and Newport Global Credit Fund (Master) L.P. to the Motion of Plan Administrator Pursuant to Section 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings, Inc. and its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes [Docket No. 603545] (the "Withdrawal") to be delivered in postage pre-

paid envelopes via first-class mail to the parties listed in the annexed Exhibit A.

I further certify that on January 7, 2019, I caused copies of the Motion and the Withdrawal to be served by electronic mail upon the parties listed in the annexed Exhibit B.

I further certify that on January 8, 2020 upon electronic filing of the Motion and Withdrawal, electronic mail filing notifications of the Motion and Withdrawal were caused to be sent to all attorneys of record registered to receive electronic mail notices of filings in these cases via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:   New York, New York
         January 8, 2020

/s/ David J. Molton
David J. Molton

# **EXHIBIT A**

Honorable Shelley C. Chapman
One Bowling Green
New York, New York 10004
Courtroom 623

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Jacqueline Marcus, Esq.
Garrett A. Fail, Esq.

Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York, 10022
Attn: Cindi M. Giglio, Esq.

Office of the United States Trustee for Region 2
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn: William K. Harrington, Esq.
Susan Golden, Esq.
Andrea B. Schwartz, Esq.

**EXHIBIT B**

| | |
|---|---|
| aaaronson@dilworthlaw.com | austin.bankruptcy@publicans.com |
| aalfonso@willkie.com | avenes@whitecase.com |
| abeaumont@fklaw.com | bankruptcy@goodwin.com |
| abraunstein@riemerlaw.com | bankruptcy@morrisoncohen.com |
| acaton@kramerlevin.com | bankruptcy@ntexas-attorneys.com |
| adarwin@nixonpeabody.com | bankruptcymatters@us.nomura.com |
| adiamond@diamondmccarthy.com | barbra.parlin@hklaw.com |
| adk@msf-law.com | bbisignani@postschell.com |
| aentwistle@entwistle-law.com | bcarlson@co.sanmateo.ca.us |
| aglenn@kasowitz.com | bdemay@hsgllp.com |
| agold@herrick.com | bdk@schlamstone .com |
| aisenberg@saul.com | benjamin.mintz@apks.com |
| akadish@dtlawgroup.com | bguiney@pbwt.com |
| akolod@mosessinger.com | bmiller@mofo.com |
| alexander.lorenzo@alston.com | boneill@kramerlevin.com |
| allison.holubis@wilsonelser.com | brosenblum@jonesday.com |
| alum@ftportfolios.com | brotenberg@wolffsamson.com |
| amartin@sheppardmullin.com | broy@rltlawfirm.com |
| amcmullen@boultcummings.com | bruce.wright@sutherland.com |
| amh@amhandlerlaw.com | bsellier@rlrpclaw.com |
| andrew.lourie@kobrekim.com | bstrickland@wtplaw.com |
| andrewtenzer@paulhastings.com | btrust@mayerbrown.com |
| angelich.george@arentfox.com | bturk@tishmanspeyer.com |
| angie.owens@skadden.com | bwolfe@sheppardmullin.com |
| anthony_boccanfuso@aporter.com | cahn@clm.com |
| aostrow@beckerglynn.com | canelas@pursuitpartners.com |
| appleby@chapman.com | cbelisle@wfw.com |
| arainone@bracheichler.com | cbelmonte@ssbb.com |
| arancier@offitkurman.com | cdesiderio@nixonpeabody.com |
| arosenblatt@chadbourne.com | cfarley@mccarter.com |
| arthur.rosenberg@hklaw.com | cgoldstein@stcwlaw.com |
| arwolf@wlrk.com | chad.husnick@kirkland.com |
| aschwartz@homerbonner.com | chammerman@paulweiss.com |
| aseuffert@lawpost-nyc.com | charles@filardi-law.com |
| ashmead@sewkis.com | charles_malloy@aporter.com |
| asnow@ssbb.com | chemrick@thewalshfirm.com |
| asomers@rctlegal.com | chipford@parkerpoe.com |
| aunger@sidley.com | chris.donoho@hoganlovells.com |

B-1

christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.wender@alston.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dblack@hsgllp.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgoldberg@hsgllp.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com

dhw@dhclegal.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dsullivan@hsgllp.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
ebcalvo@pbfcm.com
ecohen@russellinvestments.com
edelucia@hsgllp.com
edward.flanders@pillsburylaw.com
efisher@binderschwartz.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
evanhorn@grosspolowy.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
farrington.yates@kobrekim.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
foont@foontlaw.com
fsosnick@shearman.com

gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
gcacuci@law.nyc.gov
general@mklawnyc.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenb erg@ssnylaw.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@chadbourne.com
heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ipetersen@johnstonthomas.com
irethy@stblaw.com
j.zelloe@stahlzelloe.com
jacobsonn@sec.gov
james.berg@piblaw.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbrody@americanmlg.com
jbrody@johnstonthomas.com
jcarberry@cl-law.com
jcdebaca@mayerbrown.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@united.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmr@msf-law.com
john.beck@hoganlovells.com
john.goodchild@morganlewis.com
john.monaghan@hklaw.com
john.mule@state.mn.us
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrapisardi@omm.com
jrosenthal@mhlawcorp.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com

jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keith.simon@lw.com
kelly.kleist@solidcounsel.com
ken.coleman@allenovery.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmanka@johnstonthomas.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
krosen@lowenstein.com
ksebaski@hsgllp.com
kurt.mayr@bgllp.com
kurt.rademacher@morganlewis.com
ladler@laniadlerpartners.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
leo.crowley@pillsburylaw.com
lgomez@msek.com
lgranfield@cgsh.com
lhandelsman@stroock.com

lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lperlman@hsgllp.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.roitman@ropesgray.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
maryann.gagliardi@wilmerhale.com
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcolomar@diazreus.com
mcordone@stradley.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanin@kasowitz.com
mhopkins@cov.com
michael.kelly@monarchlp.com
michael.kraut@morganlewis.com

michael.mccrory@btlaw.com
michael.solow@apks.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mitchell.berger@squirepb.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpackman@fisherbrothers.com
mparry@mosessinger.com
mrosenthal@gibsondunn.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
mshuster@hsgllp.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neil.herman@morganlewis.com
neilberger@teamtogut.com
ngueron@cgr-law.com
nicholas.zalany@squirepb.com
nissay10259-0154@mhmjapan.com
nlepore@schnader.com
nlieberman@hsgllp.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org

paronzon@milbank.com
patrick.miller@faegrebd.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
psp@njlawfirm.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff. com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rthomas@johnstonthomas.com
russj4478@aol.com
rweiss@johnstonthomas.com
ryaspan@yaspanlaw.com
sabin.willett@morganlewis.com

| | |
|---|---|
| sabramowitz@velaw.com | szuch@wiggin.com |
| sabvanrooy@hotmail.com | tannweiler@greerherz.com |
| sally.henry@skadden.com | tbrock@ssbb.com |
| scargill@lowenstein.com | tdewey@dpklaw.com |
| schager@ssnylaw.com | tgoren@mofo.com |
| schannej@pepperlaw.com | tgrinsell@hsgllp.com |
| schepis@pursuitpartners.com | thenderson@americanmlg.com |
| schnabel.eric@dorsey.com | thomas.califano@dlapiper.com |
| schristianson@buchalter.com | timothy.harkness@freshfields.com |
| scott.golden@hoganlovells.com | tkiriakos@mayerbrown.com |
| scottj@sullcrom.com | tlauria@whitecase.com |
| scottshelley@quinnemanuel.com | tmacwright@whitecase.com |
| scousins@armstrongteasdale.com | tmm@mullaw.org |
| sdnyecf@dor.mo.gov | tnixon@gklaw.com |
| sehlers@armstrongteasdale.com | toby.r.rosenberg@irscounsel.treas.gov |
| sfalanga@thewalshfirm.com | tomwelsh@orrick.com |
| sfineman@lchb.com | tsalter@blankrome.com |
| sfox@mcguirewoods.com | tslome@msek.com |
| sgordon@cahill.com | tunrad@burnslev.com |
| sgraziano@blbglaw.com | uitkin@kasowitz.com |
| sgubner@ebg-law.com | vguldi@zuckerman.com |
| sharbeck@sipc.org | villa@slollp.com |
| shari.leventhal@ny.frb.org | vmilione@nixonpeabody.com |
| skatona@polsinelli.com | vrubinstein@loeb.com |
| sleo@bm.net | wanda.goodloe@cbre.com |
| slerman@ebglaw.com | wbenzij a@halperinlaw.net |
| slerner@ssd.com | wcurchack@loeb.com |
| sloden@diamondmccarthy.com | wfoster@milbank.com |
| smillman@stroock.com | will.sugden@alston.com |
| smulligan@bsblawyers.com | william.hao@alston.com |
| snewman@katskykorins.com | wisotska@pepperlawc.om |
| soneal@cgsh.com | wk@pwlawyers.com |
| sory@fdlaw.com | wmaher@wmd-law.com |
| squsba@stblaw.com | wmarcari@ebglaw.com |
| sree@lcbf.com | wmckenna@foley.com |
| sschultz@akingump.com | wsilverm@oshr.com |
| sselbst@ herrick.com | wswearingen@beckerglynn.com |
| sstarr@starrandstarr.com | wtaylor@mccarter.com |
| stephen.cowan@dlapiper.com | yuwatoko@mofo.com |
| stephen.hessler@kirkland.com | fernandosuaya@gmail.com |
| steve.ginther@dor.mo.gov | shumlmh@hkbea.com |
| steven.usdin@flastergreenberg.com | scott.dandrea@barclayscapital.com |
| streusand@slollp.com | daniel.miranda@barclays.com |
| susheelkirpalani@quinnemanuel.com | distressedclosers@barclays.com |
| swolowitz@mayerbrown.com | john.m.parsons@barclays.com |
| szuber@csglaw.com | settlements@baupost.com |

lawrence.lo@hld.com
f.kojima@capital-am.co.jp
pbsettlement@dahsing.com
robyn.parry@db.com
christine.wright@db.com
janet.young@db.com
fersuaya@fibertel.com.ar
fernandosuaya@gmail.com
lawrence.lo@hld.com
dharris@mofo.com
i97010@firstbank.com.tw
ficc-sbd-distressedteam@gs.com
y-mishima@ma.hs-sec.co.jp
otcops@hbk.com
primebrokerage@hbk.com
petra.blank@hsbc.de
joerg.meier@hsbc.de
georg.schneck@hsbctrinkaus.lu
yukiomot@yahoo.co.jp
ops@knighthead.com
info@knighthead.com
hkpi@netvigator.com
corporate.actions@bankofamerica.com
armen.a.tutuyan@jpmorgan.com
kubo-hisako@sc.mufg.jp
kikuchi-hiroka@sc.mufg.jp
dharris@mofo.com
kuniko.takizawa@mizuho-sc.com
pur_in_fb-payments@mizuho-sc.com
pur_in_wsc_debt@mizuho-sc.com
pur_in_urid@mizuho-sc.com
pur_in_lehman@mizuho-sc.com
hiroaki.usui@nomura.com
mparry@mosessinger.com
felsnet@gmail.com
darren.jones2@rbs.com
kameshrao.korangi@natwestmarkets.com
hugo.koller@ubs.com
vhchk@netvigator.com
cristoforo.pavone@ubs.com
mzlatin@odeoncap.com
joshua.dorchak@morganlewis.com
jcdebaca@mayerbrown.com
garrett.fail@weil.com
jason.hufendick@weil.com

63604401 v1