**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re                                                              :   **Chapter 11**
                                                                   :
                                                                   :   Case No. 08-13555 (SCC)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                       :
                                                                   :   (Jointly Administered)
                      Debtors.                                     :
                                                                   :   Ref. Docket No. 60219
                                                                   :
------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 3, 2020, I caused to be served the "Notice of Defective Transfer," dated November 12, 2019, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Wing Chan*
                                                          Wing Chan

Sworn to before me this
6th day of January, 2020
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires January 26, 2021

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

# EXHIBIT A

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000160702076 ***          LBH DEFTRFNTC (MERGE2, TXNUM2) 4000165138



FIFTH STREET STATION LLC
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC
ATTN: BENJAMIN KOLPA
505 5TH AVENUE SOUTH
SEATTLE, WA 98104




GOLDMAN SACHS LENDING PARTNERS, LLC
C/O GOLDMAN SACHS & CO- JORDAN TRAVIS
2001 ROSS AVE, 29TH FLOOR
DALLAS, TX 75201


**Your transfer of claim # 17714 is defective for the reason(s) checked below:**

Other CLAIM WAS ALREADY SOLD DURING SCA AUCTION




Docket Number   60219          Date: 11/12/2019

/s/ Betina Wheelon

_____

_____
Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |

**Total Creditor Count 2**