

Alex Olivo
16452 Harold Street
Oak Forest, IL 60452
Telephone: (630) 697-9464
Email: olivo_alex@yahoo.com
Pro Se

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Chapter 11 LEHMAN BROTHERS HOLDINGS INC, et al., Case No. 08-13555 (SCC)
Debtors, Jointly Administered

Joinder of Alex Olivo to Motion of Joseph J. Waske's request of the honorable court to reclassify his shares of
Lehman Brothers Holding Inc Capital Trust III, IV, V, and VI based on new information that the guarantee is
enforceable through the SRM decision as mentioned on the June 19th, 2019 hearing of docket #59614.

Alex Olivo is also stating that LBIE Preferred A and B shares are equity and not debt. Therefore, the Capital
Trust III, IV, V, and VI are not subordinated in nature to equity.

Alex Olivo hereby joins in the motion filed on January 2, 2020 [Doc. No. 60337] (the Motion) by Joseph J.
Waske, to request the honorable court to reclassify his shares of Lehman Brothers Holding Inc Capital Trust
III, IV, V, and VI based on new information that the guarantee is also enforceable through the SRM decision.

1. Like Joseph J. Waske, Alex Olivo holds LBHI's Preferred Securities: LEHKQ, LEHLQ, LEHNQ and LHHMQ
issued by Lehman Brothers Holdings Capital Trust III, IV, IV, and IV.

2.The Lehman Brothers Capital Trusts 3,4,5 and 6 are also not dischargeable per the enforceable prospectus
without meeting all the obligations within the prospectus.

3.Just as Joseph J. Waske, Alex Olivo hereby adopts and incorporates all of the arguments raised in the
Motion (Doc. No. 60337) as if such arguments were set forth herein and asserted by Alex Olivo. As Joseph J.
Waske correctly argues in the Motion, the relief requested in the Motion is supported by, among other
things, the plain language of the confirmed Plan, the SRM decision and applicable bankruptcy law.

4.Alex Olivio reserves all his rights and do not waiver any rights by filing this joinder.

Dated: January 6, 2020
Respectfully Submitted,

Alex Olivo
16452 Harold
Oak Forest, IL 60452
Telephone: (630) 697-9464
Email: olivo_alex@yahoo.com
Pro Se