Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,   Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CREDIT SUISSE AG, HONG KONG BRANCH | CREDIT SUISSE (SCHWEIZ) AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

C/O Klestadt Winters Jureller Southard & Stevens, LLP
Attn: Stephanie Sweeney, Esq
200 West 41st St, 17th Floor, New York, New York 10036

Phone: +65 6306 8006
Last Four Digits of Acct #: _____

Court Claim # (if known): 55829
Date Claim Filed: 29 OCT 2009
Amount of Claim: USD 2100000
Portion of Claim Transferred (see Schedule I): _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ /s/ _____   Date: 20 NOV 2019
    Transferee/Transferee's Agent
    LIM YOU RENG    REGINA TEO
    AVP

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

CREDIT SUISSE