WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
In re                                                              :      **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,      :      **08-13555 (SCC)**
:
Debtors.                                            :      **(Jointly Administered)**
:
------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON JANUARY 14, 2020 AT 11:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS:**

1.    Motion of Tyrone K. Armstrong to Take Leave to File Late Proof of Claim **[ECF No. 60011]**

    Response Filed:

        A.    Plan Administrator's Objection **[ECF No. 60342]**

    Related Document:

        B.    Declaration of Claire Leonard in Support of Objection **[ECF No. 60343]**

    Status:  This matter is going forward on a contested basis.

2. Motion of Tyrone K. Armstrong for Relief from Automatic Stay to Allow Civil Litigation to Proceed **[ECF No. 60012]**

Response Filed:

    A. Plan Administrator's Objection **[ECF No. 60342]**

Related Document:

    B. Declaration of Claire Leonard in Support of Objection **[ECF No. 60343]**

Status: This matter is going forward on a contested basis.

Dated: January 13, 2020
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates