**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

|  |  |
|---|---|
| | : | **Chapter 11** |
| **In re** | : | |
| | : | **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | **Ref. Docket Nos. 60276,** |
| | : | **60307, 60317, 60318, 60328,** |
| | : | **60330, 60338, 60339, 60340** |

------------------------------------------------------------------- x   **and 60347**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK         )
                                              ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 10, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 10, 2020, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
10th day of January, 2020
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires January 26, 2021

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,     **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000160729041 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000185737



AMORTIZING RESIDENTIAL COLLATERAL TRUST,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-BC8 REMIC 1
ATTN: MARY SOHLBERG
600 SOUTH FOURTH STREET, MAC N9300-061
MINNEAPOLIS, MN 55479

Please note that your claim # 710249-01 in the above referenced case and in the amount of
$9,752.17 allowed at $9,752.17 has been transferred (unless previously expunged by court order)

NATIONSTAR MORTGAGE LLC
TRANSFEROR: AMORTIZING RESIDENTIAL COLLATERAL TRUST,
ATTN: MICHELE OLDS
9135 S. RIDGELINE BLVD, SUITE 200
HIGHLANDS RANCH, CO 80129

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          60330                    in your objection.  If you file an
objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS
AS THE CLAIMANT.**

Date:  01/10/2020                           Vito Genna, Clerk of Court

/s/Andrea Speelman

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 10, 2020.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AMORTIZING RESIDENTIAL COLLATERAL TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-BC8 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| AMORTIZING RESIDENTIAL COLLATERAL TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-BC8 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| AMORTIZING RESIDENTIAL COLLATERAL TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-BC8 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| AMORTIZING RESIDENTIAL COLLATERAL TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-BC8 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| BANK J. SAFRA SARASIN (GIBRALTAR) LTD. | TRANSFEROR: UBS AG, ATTN: MARVIN CARTWRIGHT, FIRST FLOOR, NEPTUNE HOUSE, MARINA BAY, PO BOX 542, GIBRALTAR  GIBRALTAR |
| BANK JULIUS BAER & CO LTD | TRANSFEROR: UBS AG, ATTN: PATRICK ROOS, BAHNHOFSTRASSE 36, CH-8010 ZURICH  SWITZERLAND |
| BANK JULIUS BAER & CO LTD | TRANSFEROR: UBS AG, ATTN: PATRICK ROOS, BAHNHOFSTRASSE 36, CH-8010 ZURICH  SWITZERLAND |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| COELHO, VANESSA | TRANSFEROR: SWINGS MANAGEMENT INC, AVENIDA MARGINAL, 5368, S. PEDRO DO ESTORIL, 2765-351 ESTORIL  PORTUGAL |
| COELHO, VANESSA | TRANSFEROR: SWINGS MANAGEMENT INC, AVENIDA MARGINAL, 5368, S. PEDRO DO ESTORIL, 2765-351 ESTORIL  PORTUGAL |
| CREDIT SUISSE (SCHWEIZ) AG | TRANSFEROR: UBS AG, C/O CRAVATH, SWAINE & MOORE LP, ATTN: MR. TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (SCHWEIZ) AG | MRS. ST. SWEENEY, C/O KWJS & S, 200 WEST 41ST STREET, 17TH FLOOR, NEW YORK, NY 10036 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| LONDON INTERNATIONAL CAPITAL LTD. | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: MARCUS VON THIELE, 20-22 WENLOCK ROAD, LONDON N1 7GU  UNITED KINGDOM |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: AMORTIZING RESIDENTIAL COLLATERAL TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: AMORTIZING RESIDENTIAL COLLATERAL TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: AMORTIZING RESIDENTIAL COLLATERAL TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: AMORTIZING RESIDENTIAL COLLATERAL TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE |

| Claim Name | Address Information |
| --- | --- |
| NATIONSTAR MORTGAGE LLC | OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: STRUCTURED ASSET SECURITIES CORPORATION,, ATTN: MICHELE OLDS, 9135 S. RIDGELINE BLVD, SUITE 200, HIGHLANDS RANCH, CO 80129 |
| REFINITIV US LLC | TRANSFEROR: THOMSON REUTERS CORPORATION FOR ITSELF AND, 3 TIMES SQUARE, NEW YORK, NY 10036 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |

| Claim Name | Address Information |
|---|---|
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-10 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-2 SWAP REMIC, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-2 REMIC II-1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2 SWAP REMIC, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2 REMIC II-1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-16 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-16 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-16 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-16 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-16 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-16 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-16 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-16 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-16 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-16 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-16 REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ASSET SECURITIES CORPORATION | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-15A REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ASSET SECURITIES CORPORATION | MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-15A REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ASSET SECURITIES CORPORATION, | MORTGAGE PASS-THROUGH CERTIFICATES,, SERIES 2003-15A REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ASSET SECURITIES CORPORATION, | MORTGAGE PASS-THROUGH CERTIFICATES,, SERIES 2003-15A REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ASSET SECURITIES | MORTGAGE PASS-THROUGH CERTIFICATES,, SERIES 2003-15A REMIC 1, ATTN: MARY |

| Claim Name | Address Information |
|---|---|
| CORPORATION, | SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| STRUCTURED ASSET SECURITIES CORPORATION, | MORTGAGE PASS-THROUGH CERTIFICATES,, SERIES 2003-15A REMIC 1, ATTN: MARY SOHLBERG, 600 SOUTH FOURTH STREET, MAC N9300-061, MINNEAPOLIS, MN 55479 |
| SWINGS MANAGEMENT INC | RUA CIDADE DE FARO, BLOCO 2-2B, CONDOMINIO DAS AVENCAS, 2775-181 PAREDE PORTUGAL |
| SWINGS MANAGEMENT INC | RUA CIDADE DE FARO, BLOCO 2-2B, CONDOMINIO DAS AVENCAS, 2775-181 PAREDE PORTUGAL |
| THOMSON REUTERS CORPORATION FOR ITSELF AND | CERTAIN OF ITS AFFILIATES AND SUBSIDIARIES, ATTN: MARIA B. DIAZ, 7TH FLOOR, OFFICE O-409, 3 TIMES SQUARE, NEW YORK, NY 10036 |
| THOMSON REUTERS CORPORATION FOR ITSELF AND | ATTN: ANDREW B. ECKSTEIN, C/O BLANK ROME LLP, 405 LEXINGTON AVENUE, NEW YORK, NY 10174 |
| TRIPLE A GLOBAL LIMITED | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, C/O RADIANT MANAGEMENT SFO DMCC, OFFICE NO. 39-J ALMAS TOWER, PO BOX 625847, DUBAI  UNITED ARAB EMIRATES |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 94**