Joseph Waske
22862 Via Genoa
Dana Point, CA 92629
Tel: (949) 517-8330
Email: jwaske3@yahoo.com
Pro-Se



## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Regards:  Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case # 08-13555 (SCC)
Motion to Reclassify (Docket 60337)

### PROOF OF SERVICE

On December 30, 2019, I caused to be served the "Motion to Reclassify," Docket No.60337, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via USPS

USPS Priority Mail to:
Attention: Kristine Dickson and Matthew Cantor, c/o Lehman Brothers Holdings Inc.,277 Park Avenue, 46th floor,New York, New York 10172.  (EXHIBIT A)

On December 31, 2019, I caused to be served the "Motion to Reclassify," Docket No.60337, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via USPS

USPS Priority Mail to:
Attention: Office of the U.S. Trustee, c/o William K. Harrington, Esq., Susan D. Golden, Esq., Andrea B. Schwartz, Esq., U.S. Federal Office Building, 201 Varick St., Suite 1006, New York, NY 10014 (EXHIBIT B)

Respectfully Submitted,

January 9, 2020
Joseph Waske
22862 Via Genoa
Dana Point, CA 92629
Tel: (949) 517-8330
Email: jwaske3@yahoo.com
Pro-Se

1/10/2020 08-13555-mg    Doc 60363    Filed 01/13/20    Entered 01/14/20 14:11:55    Main Document
Yahoo Mail - USPS eReceipt
Pg 2 of 5

Exhibit A

## USPS eReceipt

From: donotreply@ereceipt.usps.gov
To: jwaske3@yahoo.com
Date: Monday, December 30, 2019, 10:40 AM PST

```
==============================================================
                         DANA POINT
                      24551 DEL PRADO
                   DANA POINT, CA, 92629-9998
                         051998-9550
                        (800)275-8777
                      12/30/2019 10:39 AM
==============================================================
==============================================================
--------------------------------------------------------------
Product                     Qty    Unit Price       Price
--------------------------------------------------------------
PM Exp 1-Day                 1        $25.50       $25.50
Flat Rate Env
    (Domestic)
    (NEW YORK, NY  10004)
    (Weight:7.20 oz)
    (Scheduled Delivery Day)
    (Tuesday 12/31/2019 12:00 PM)
    (Money Back Guarantee)
    (Signature Waiver)
    (USPS Tracking #)
    ( 9570 1065 8501 9364 1485 65 )
Signature Waived                                    $0.00
PM Exp Insurance                                    $0.00
    (Up to $100.00 included)
PM 2-Day                     1         $7.35        $7.35
Flat Rate Env
    (Domestic)
    (NEW YORK, NY  10172)
    (Expected Delivery Day)
    (Friday 01/03/2020)
    (USPS Tracking #)
    ( 9502 6065 8501 9364 1485 83 )
Certified                                           $3.50
--------------------------------------------------------------
Total:                                             $36.35

--------------------------------------------------------------
AMEX                                               $36.35
    (Account #:XXXXXXXXXXX1046)
    (Approval #:831551)
    (Transaction #:747)
    (Receipt #:000747)
    (AID:A000000025010801             Chip)
    (AL:AMERICAN EXPRESS)
    (PIN:Not Required)

Clerk ID: 00
Receipt #: 840-19260262-1-751679-1


             Includes up to $50 insurance

             Includes up to $100 insurance

         Text your tracking number to 28777
            (2USPS) to get the latest status.
            Standard Message and Data rates may
         apply. You may also visit www.usps.com
         USPS Tracking or call 1-800-222-1811.


             Save this receipt as evidence of
             insurance. For information on filing
                an insurance claim go to
            https://www.usps.com/help/claims.htm

                     Preview your Mail
                     Track your Packages
                     Sign up for FREE @
                     www.informeddelivery.com
            All sales final on stamps and postage.
            Refunds for guaranteed services only.
                Thank you for your business.


Privacy Act Statement: Your information will be used to provide you with an
electronic receipt for your purchase transaction via email. Collection is
authorized by 39 USC 401, 403, and 404. Providing the information is
voluntary, but if not provided, we will be unable to process your request to
receive an electronic receipt. We do not disclose your information to third
```

Sent to:
Lehman Brothers Holding Inc.

# USPS Tracking®

FAQs >

Exhibit A

## Track Another Package +

Remove ✗

**Tracking Number:** 420101729502606585019364148583

Your item was delivered to an individual at the address at 6:07 pm on January 6, 2020 in NEW YORK, NY 10017.



## ✓ Delivered

January 6, 2020 at 6:07 pm
Delivered, Left with Individual
NEW YORK, NY 10017

Get Updates ∨

Feedback

---

**Text & Email Updates** ∨

---

**Tracking History** ∨

---

**Product Information** ∧

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $50 insurance included. Restrictions Apply ⓘ

See Less ∧

3

*Exhibit B*

### USPS eReceipt

From: donotreply@ereceipt.usps.gov
To: jwaske3@yahoo.com
Date: Tuesday, December 31, 2019, 11:58 AM PST

```
================================================================
                        DANA POINT
                     24551 DEL PRADO
                 DANA POINT, CA, 92629-9998
                        051998-9550
                       (800)275-8777
                     12/31/2019 12:01 PM
================================================================
================================================================
----------------------------------------------------------------
Product                     Qty      Unit Price      Price
----------------------------------------------------------------
PM 2-Day                     1         $7.35         $7.35
Flat Rate Env
    (Domestic)
    (NEW YORK, NY  10014)
    (Expected Delivery Day)
    (Friday 01/03/2020)
    (USPS Tracking #)
    ( 9505 5065 8501 9365 1489 64 )
Insurance                                            $0.00
    (Up to $50.00 included)
----------------------------------------------------------------
Total:                                               $7.35

----------------------------------------------------------------
AMEX                                                 $7.35
    (Account #:XXXXXXXXXXX1046)
    (Approval #:811174)
    (Transaction #:769)
    (Receipt #:000769)
    (AID:A000000025010801          Chip)
    (AL:AMERICAN EXPRESS)
    (PIN:Not Required)

Clerk ID: 00
Receipt #: 840-19260262-1-753737-1


              Includes up to $50 insurance

          Text your tracking number to 28777
           (2USPS) to get the latest status.
           Standard Message and Data rates may
           apply. You may also visit www.usps.com
           USPS Tracking or call 1-800-222-1811.


              Save this receipt as evidence of
            insurance. For information on filing
                an insurance claim go to
            https://www.usps.com/help/claims.htm

                    Preview your Mail       .
                    Track your Packages
                    Sign up for FREE @
                   www.informeddelivery.com
            All sales final on stamps and postage.
            Refunds for guaranteed services only.
                 Thank you for your business.


Privacy Act Statement: Your information will be used to provide you with an
electronic receipt for your purchase transaction via email. Collection is
authorized by 39 USC 401, 403, and 404. Providing the information is
voluntary, but if not provided, we will be unable to process your request to
receive an electronic receipt. We do not disclose your information to third
parties without your consent, except to facilitate the transaction, to act
on your behalf or request, or as legally required. This includes the
following limited circumstances: to a congressional office on your behalf;
to financial entities regarding financial transaction issues; to a U.S.
Postal Service auditor; to entities, including law enforcement, as required
by law or in legal proceedings; to contractors and other entities aiding us
to fulfill the service (service providers); to process servers; to domestic
government agencies if needed as part of their duties; and to a foreign
government agency for violations and alleged violations of law. For more
information on our privacy policies visit
www.usps.com/privacypolicy.
----------------------------------------------------------------

This is an automated email. Please do not reply to this message. This
```

*Sent to: U.S. Trustee*

# USPS Tracking®

FAQs >

Exhibit B

Track Another Package +

**Tracking Number:** 420100149505506585019365148964

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:29 am on January 6, 2020 in NEW YORK, NY 10014.

## ✓ Delivered

January 6, 2020 at 11:29 am
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10014

Get Updates ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|
| Tracking History | ⌄ |
| Product Information | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.