UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                            :  Chapter 11 Case
                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :  No. 08-13555 (SCC)
                                                 :
                             Debtors.            :  (Jointly Administered)
                                                 :
------------------------------------------------------------------------x  Ref. Docket No. 60361

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 13, 2020, I caused to be served the "Notice of Agenda of Matters Scheduled for the Hearing on January 14, 2020 at 11:00 a.m.," dated January 13, 2020 [Docket No. 60361], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed in the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Wing Chan*
                                                    Wing Chan

Sworn to before me this
14th day of January, 2020
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Overnight Mail Master Service List**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

**Lehman Brothers Holding Inc., *et al*. – 08-13555 (SCC)**
**Electronic Mail Master Service List**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alexander.lorenzo@alston.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amh@amhandlerlaw.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
arainone@bracheichler.com
arancier@offitkurman.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Master Service List**

cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.wender@alston.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dblack@hsgllp.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgoldberg@hsgllp.com
dhayes@mcguirewoods.com
dhealy@hsgllp.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com

dspelfogel@foley.com
dsullivan@hsgllp.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
ebcalvo@pbfcm.com
ecohen@russellinvestments.com
edelucia@hsgllp.com
edward.flanders@pillsburylaw.com
efisher@binderschwartz.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
evanhorn@grosspolowy.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
farrington.yates@kobrekim.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
foont@foontlaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
gcacuci@law.nyc.gov
general@mklawnyc.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnylaw.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@chadbourne.com

**Lehman Brothers Holding Inc.,** *et al***. – 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| heiser@chapman.com | jlevitin@cahill.com |
| hmagaliff@r3mlaw.com | jlscott@reedsmith.com |
| holsen@stroock.com | jmaddock@mcguirewoods.com |
| hooper@sewkis.com | jmazermarino@msek.com |
| howard.hawkins@cwt.com | jmelko@gardere.com |
| hseife@chadbourne.com | jmerva@fult.com |
| hsnovikoff@wlrk.com | jmr@msf-law.com |
| hsteel@brownrudnick.com | john.beck@hoganlovells.com |
| ipetersen@johnstonthomas.com | john.goodchild@morganlewis.com |
| irethy@stblaw.com | john.monaghan@hklaw.com |
| j.zelloe@stahlzelloe.com | john.mule@state.mn.us |
| jacobsonn@sec.gov | jonathan.goldblatt@bnymellon.com |
| james.berg@piblaw.com | jonathan.henes@kirkland.com |
| james.mcclammy@dpw.com | jorbach@hahnhessen.com |
| james.sprayregen@kirkland.com | joseph.cordaro@usdoj.gov |
| jamesboyajian@gmail.com | joshua.dorchak@morganlewis.com |
| jamestecce@quinnemanuel.com | jowen769@yahoo.com |
| jar@outtengolden.com | joy.mathias@dubaiic.com |
| jay.hurst@oag.state.tx.us | jpintarelli@mofo.com |
| jay@kleinsolomon.com | jporter@entwistle-law.com |
| jbeemer@entwistle-law.com | jprol@lowenstein.com |
| jbrody@americanmlg.com | jrabinowitz@rltlawfirm.com |
| jbrody@johnstonthomas.com | jrapisardi@omm.com |
| jcarberry@cl-law.com | jrosenthal@mhlawcorp.com |
| jchristian@tobinlaw.com | jrsmith@hunton.com |
| jdoran@haslaw.com | jschiller@bsfllp.com |
| jdwarner@warnerandscheuerman.com | jschwartz@hahnhessen.com |
| jdyas@halperinlaw.net | jsheerin@mcguirewoods.com |
| jean-david.barnea@usdoj.gov | jsherman@bsfllp.com |
| jeanites@whiteandwilliams.com | jshickich@riddellwilliams.com |
| jeannette.boot@wilmerhale.com | jsmairo@pbnlaw.com |
| jeff.wittig@united.com | jstoll@mayerbrown.com |
| jeldredge@velaw.com | jtimko@shutts.com |
| jennifer.demarco@cliffordchance.com | judy.morse@crowedunlevy.com |
| jennifer.gore@shell.com | jvail@ssrl.com |
| jg5786@att.com | jwcohen@daypitney.com |
| jgenovese@gjb-law.com | jwest@velaw.com |
| jguy@orrick.com | jwh@njlawfirm.com |
| jhiggins@fdlaw.com | jzulack@fzwz.com |
| jhorgan@phxa.com | kanema@formanlaw.com |
| jhuggett@margolisedelstein.com | karen.wagner@dpw.com |
| jim@atkinslawfirm.com | karl.geercken@alston.com |
| jjureller@klestadt.com | kdwbankruptcydepartment@kelleydrye.com |
| jlamar@maynardcooper.com | keith.simon@lw.com |
| jlawlor@wmd-law.com | kelly.kleist@solidcounsel.com |
| jlee@foley.com | ken.coleman@allenovery.com |

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| kerry.moynihan@hro.com | mark.salzberg@squirepb.com |
| kgwynne@reedsmith.com | mark.sherrill@sutherland.com |
| kiplok@hugheshubbard.com | maryann.gagliardi@wilmerhale.com |
| kkelly@ebglaw.com | matt@willaw.com |
| kkolbig@mosessinger.com | matthew.klepper@dlapiper.com |
| klyman@irell.com | maustin@orrick.com |
| klynch@formanlaw.com | mbenner@tishmanspeyer.com |
| kmanka@johnstonthomas.com | mbienenstock@proskauer.com |
| kobak@hugheshubbard.com | mbloemsma@mhjur.com |
| korr@orrick.com | mbossi@thompsoncoburn.com |
| kovskyd@pepperlaw.com | mcademartori@sheppardmullin.com |
| kressk@pepperlaw.com | mcarthurk@sullcrom.com |
| krosen@lowenstein.com | mccarthyj@sullcrom.com |
| ksebaski@hsgllp.com | mcolomar@diazreus.com |
| kurt.mayr@bgllp.com | mcordone@stradley.com |
| kurt.rademacher@morganlewis.com | mcyganowski@oshr.com |
| ladler@laniadlerpartners.com | mdorval@stradley.com |
| landon@slollp.com | melorod@gtlaw.com |
| lapeterson@foley.com | meltzere@pepperlaw.com |
| lawallf@pepperlaw.com | metkin@lowenstein.com |
| lawrence.gelber@srz.com | mfeldman@willkie.com |
| lberkoff@moritthock.com | mgordon@briggs.com |
| lee.stremba@troutmansanders.com | mgreger@allenmatkins.com |
| lee.whidden@dentons.com | mh1@mccallaraymer.com |
| leo.crowley@pillsburylaw.com | mhanin@kasowitz.com |
| lgomez@msek.com | mhopkins@cov.com |
| lgranfield@cgsh.com | michael.kelly@monarchlp.com |
| lhandelsman@stroock.com | michael.kraut@morganlewis.com |
| lisa.solomon@att.net | michael.mccrory@btlaw.com |
| ljkotler@duanemorris.com | michael.solow@apks.com |
| lkatz@ltblaw.com | millee12@nationwide.com |
| lkiss@klestadt.com | miller@taftlaw.com |
| lmarinuzzi@mofo.com | mimi.m.wong@irscounsel.treas.gov |
| lmcgowen@orrick.com | mitchell.ayer@tklaw.com |
| lnashelsky@mofo.com | mitchell.berger@squirepb.com |
| loizides@loizides.com | mjedelman@vedderprice.com |
| lperlman@hsgllp.com | mjr1@westchestergov.com |
| lschweitzer@cgsh.com | mlahaie@akingump.com |
| lucdespins@paulhastings.com | mlandman@lcbf.com |
| mabrams@willkie.com | mlichtenstein@crowell.com |
| maofiling@cgsh.com | mlynch2@travelers.com |
| marc.roitman@ropesgray.com | mmorreale@us.mufg.jp |
| margolin@hugheshubbard.com | mneier@ibolaw.com |
| mark.bane@ropesgray.com | monica.lawless@brookfieldproperties.com |
| mark.ellenberg@cwt.com | mpackman@fisherbrothers.com |
| mark.mckane@kirkland.com | mparry@mosessinger.com |

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Master Service List**

| | |
|---|---|
| mrosenthal@gibsondunn.com | rbernard@foley.com |
| mschimel@sju.edu | rbyman@jenner.com |
| msegarra@mayerbrown.com | rdaversa@orrick.com |
| mshiner@tuckerlaw.com | relgidely@gjb-law.com |
| mshuster@hsgllp.com | rfriedman@silvermanacampora.com |
| msolow@kayescholer.com | rgmason@wlrk.com |
| mspeiser@stroock.com | rgoodman@moundcotton.com |
| mstamer@akingump.com | rgraham@whitecase.com |
| munno@sewkis.com | rhett.campbell@tklaw.com |
| mvenditto@reedsmith.com | richard.lear@hklaw.com |
| mwarner@coleschotz.com | richard@rwmaplc.com |
| mwarren@mtb.com | rick.murphy@sutherland.com |
| nathan.spatz@pillsburylaw.com | rleek@hodgsonruss.com |
| nbinder@binderschwartz.com | rmatzat@hahnhessen.com |
| nbojar@fklaw.com | rnetzer@willkie.com |
| ncoco@mwe.com | robert.honeywell@klgates.com |
| neal.mann@oag.state.ny.us | robert.malone@dbr.com |
| ned.schodek@shearman.com | robert.yalen@usdoj.gov |
| neil.herman@morganlewis.com | robin.keller@lovells.com |
| neilberger@teamtogut.com | roger@rnagioff.com |
| ngueron@cgr-law.com | rpedone@nixonpeabody.com |
| nicholas.zalany@squirepb.com | rrainer@wmd-law.com |
| nissay_10259-0154@mhmjapan.com | rroupinian@outtengolden.com |
| nlepore@schnader.com | rthomas@johnstonthomas.com |
| nlieberman@hsgllp.com | russj4478@aol.com |
| notice@bkcylaw.com | rweiss@johnstonthomas.com |
| nyrobankruptcy@sec.gov | ryaspan@yaspanlaw.com |
| otccorpactions@finra.org | sabin.willett@morganlewis.com |
| paronzon@milbank.com | sabramowitz@velaw.com |
| patrick.miller@faegrebd.com | sabvanrooy@hotmail.com |
| pbattista@gjb-law.com | sally.henry@skadden.com |
| pbosswick@ssbb.com | scargill@lowenstein.com |
| pdublin@akingump.com | schager@ssnylaw.com |
| peisenberg@lockelord.com | schannej@pepperlaw.com |
| peter.gilhuly@lw.com | schepis@pursuitpartners.com |
| peter.meisels@wilsonelser.com | schnabel.eric@dorsey.com |
| peter.simmons@friedfrank.com | schristianson@buchalter.com |
| peter@bankrupt.com | scott.golden@hoganlovells.com |
| pfeldman@oshr.com | scottj@sullcrom.com |
| pfinkel@wilmingtontrust.com | scottshelley@quinnemanuel.com |
| pmaxcy@sonnenschein.com | scousins@armstrongteasdale.com |
| ppascuzzi@ffwplaw.com | sdnyecf@dor.mo.gov |
| psp@njlawfirm.com | sehlers@armstrongteasdale.com |
| raj.madan@skadden.com | sfalanga@thewalshfirm.com |
| ramona.neal@hp.com | sfineman@lchb.com |
| rbeacher@pryorcashman.com | sfox@mcguirewoods.com |

**Lehman Brothers Holding Inc.,** *et al.* **– 08-13555 (SCC)**
**Electronic Mail Master Service List**

sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
soneal@cgsh.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
tgrinsell@hsgllp.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com

tslome@msek.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@beckerglynn.com
wtaylor@mccarter.com
yuwatoko@mofo.com