# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>Debtors. | Chapter 11 Case No.<br><br>Case No.: 08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE OF OMNIBUS TRANSFER OF CLAIMS
## PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

**To:** Wells Fargo Bank, National Association, Assignor/Transferor
Corporate Trust Operations
MAC N9300-070
600 South Fourth Street, 7th Floor
Minneapolis, MN 55479

Your claims relating to First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates Series 2002-FF3 ("**FFML 2002-FF3**" or the "**Trust**"), as set forth in claim numbers 710232.01 and 710232.02 (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation, or otherwise) (the "**Claims**"), in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (SCC), or any other court with jurisdiction over such proceedings, have been transferred to Nationstar Mortgage LLC, Assignee/Transferee.

No action is required if you do not object to the transfer of your Claims. If you object to the transfer, within twenty-one (21) days of the date of this notice, you must file a written objection and provide written notice to the Assignee/Transferee:

**Nationstar Mortgage LLC, Assignee/Transferee**
9135 S. Ridgeline Blvd., Ste 200
Highlands Ranch, Colorado 80129
Attention: Michele Olds

01/14/2020

## EVIDENCE OF TRANSFER

**Wells Fargo Bank, N.A.**, as trustee for the Trust (as defined below), its successors and assigns (collectively, "**Assignor**"), has hereby absolutely and unconditionally sold, conveyed, transferred, and assigned to **Nationstar Mortgage LLC**, its successors and assigns (collectively, "**Assignee**"), its claims relating to First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates Series 2002-FF3 ("**FFML 2002-FF3**" or the "**Trust**"), as set forth in claim numbers 710232.01 and 710232.02 (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation, or otherwise) (the "**Claims**"), in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (SCC), or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claims as an unconditional assignment and Assignee as the valid owner of the Claims.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer by their duly-authorized representatives this 14th day of January, 2020.

| | |
|---|---|
| **Wells Fargo Bank, National Association,** as trustee of First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates Series 2002-FF3 | **Nationstar Mortgage LLC** |
| By: _/s/ William M Fay Jr_ | By: _____ |
| Name: WILLIAM M FAY JR | Name: _____ |
| Title: VICE PRESIDENT | Title: _____ |

## **EVIDENCE OF TRANSFER**

**Wells Fargo Bank, N.A.**, as trustee for the Trust (as defined below), its successors and assigns (collectively, "**Assignor**"), has hereby absolutely and unconditionally sold, conveyed, transferred, and assigned to **Nationstar Mortgage LLC**, its successors and assigns (collectively, "**Assignee**"), its claims relating to First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates Series 2002-FF3 ("**FFML 2002-FF3**" or the "**Trust**"), as set forth in claim numbers 710232.01 and 710232.02 (whether against Lehman Brothers Holdings Inc., Structured Asset Securities Corporation, or otherwise) (the "**Claims**"), in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-13555 (SCC), or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claims as an unconditional assignment and Assignee as the valid owner of the Claims.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer by their duly-authorized representatives this 14th day of January, 2020.

| | |
|---|---|
| **Wells Fargo Bank, National Association,** as trustee of First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates Series 2002-FF3 | **Nationstar Mortgage LLC** |
| By: _____ | By: _[signature]_____ |
| Name: _____ | Name: DianeMoormann |
| Title: _____ | Title: Vice President |