UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                                  Chapter 11

LEHMAN BROTHERS HOLDINGS,                        Case No. 08-13555 (SCC)
INC. et al,                                                            (Jointly Administered)

      Debtors.
_____/

## WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST AND REQUEST TO STOP ELECTRONIC NOTICES

The undersigned counsel withdraws her appearance in this case as counsel for Steven Sembler and Sandra C. Sembler, and requests that the Clerk of this Court and all parties remove undersigned counsel from all service lists, including, but not limited to, the service list contained with the Court's CM/ECF system.

    /s/ *Elena Paras Ketchum*
Elena Paras Ketchum [Florida Bar No. 0129267]
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 Madison Street, Suite 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Fax:  (813) 229-1811
Email:  eketchum.ecf@srbp.com
ATTORNEYS FOR M. STEVEN SEMBLER AND SANDRA C. SEMBLER

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing **WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST AND REQUEST TO STOP ELECTRONIC NOTICES** has been furnished on this **16th** day of **January, 2020** by the Court's CM/ECF system to all parties receiving CM/ECF electronic noticing.

/s/ *Elena Paras Ketchum*
Elena Paras Ketchum