UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : No. 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x Ref. Docket Nos. 60368, 60369

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 15, 2020, I caused to be served the:

    a. "Notice of Hearing on Plan Administrator's Objection to Certain Claims Filed by Bank of America on Behalf of Pyxis ABS CDO 2007-1 (No Liability)," dated January 15, 2020, to which was attached the "Plan Administrator's Objection to Certain Claims Filed by Bank of America on Behalf of Pyxis ABS CDO 2007-1 (No Liability)," dated January 15, 2020 [Docket No. 60368], (the "BoA Claims Objection"), and

    b. "Notice of Hearing on Plan Administrator's Objection to Certain Claims Filed by Wells Fargo on Behalf of Ballyrock ABS CDO 2007-1 (No Liability)," dated January 15, 2020, to which was attached the "Plan Administrator's Objection to Certain Claims Filed by Wells Fargo on Behalf of Ballyrock ABS CDO 2007-1 (No Liability)," dated January 15, 2020 [Docket No. 60369], (the "Wells Fargo Claims Objection"),

    by causing true and correct copies of the:

    i. BoA Claims Objection and Wells Fargo Claims Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed Exhibit A,

    ii. BoA Claims Objection and Wells Fargo Claims Objection, to be delivered via electronic mail to those parties listed in the annexed Exhibit B,

    iii.    BoA Claims Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed <u>Exhibit C</u>, and

    iv.    Wells Fargo Claims Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    */s/ Wing Chan*
                                                                      Wing Chan

Sworn to before me this
16th day of January, 2020
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
## Overnight Mail – Master Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
## Electronic Mail – Master Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alexander.lorenzo@alston.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amcmullen@bradley.com
amh@amhandlerlaw.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
appleby@chapman.com
arainone@bracheichler.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
benjamin.mintz@apks.com
bguiney@pbwt.com
bmiller@mofo.com
boneill@kramerlevin.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cohen@sewkis.com
cp@stevenslee.com

# LEHMAN BROTHERS HOLDINGS INC.
## Electronic Mail – Master Service List

| | |
|---|---|
| cpappas@dilworthlaw.com | djcarragher@daypitney.com |
| cparyse@contrariancapital.com | djoseph@stradley.com |
| craig.goldblatt@wilmerhale.com | dkessler@ktmc.com |
| craigjustinalbert@gmail.com | dkozusko@willkie.com |
| crmomjian@attorneygeneral.gov | dlipke@vedderprice.com |
| csalomon@beckerglynn.com | dmark@kasowitz.com |
| cschreiber@winston.com | dmcguire@winston.com |
| cshore@whitecase.com | dmiller@steinlubin.com |
| cszyfer@stroock.com | dmurray@jenner.com |
| cwalsh@mayerbrown.com | dneier@winston.com |
| cward@polsinelli.com | dodonnell@milbank.com |
| cweiss@ingramllp.com | dpegno@dpklaw.com |
| dallas.bankruptcy@publicans.com | drosenzweig@fulbright.com |
| dave.davis@isgria.com | drosner@goulstonstorrs.com |
| david.bennett@tklaw.com | drosner@kasowitz.com |
| david.livshiz@freshfields.com | dshaffer@wtplaw.com |
| david.powlen@btlaw.com | dspelfogel@foley.com |
| david.wender@alston.com | dsullivan@hsgllp.com |
| davids@blbglaw.com | dtheising@harrisonmoberly.com |
| davidwheeler@mvalaw.com | dwdykhouse@pbwt.com |
| dbarber@bsblawyers.com | dworkman@bakerlaw.com |
| dbaumstein@whitecase.com | ebcalvo@pbfcm.com |
| dbesikof@loeb.com | ecohen@russellinvestments.com |
| dblack@hsgllp.com | edelucia@hsgllp.com |
| dcimo@gjb-law.com | edward.flanders@pillsburylaw.com |
| dcoffino@cov.com | efisher@binderschwartz.com |
| dcrapo@gibbonslaw.com | efleck@milbank.com |
| ddavis@paulweiss.com | efriedman@fklaw.com |
| ddunne@milbank.com | efriedman@friedmanspring.com |
| deggermann@kramerlevin.com | ekbergc@lanepowell.com |
| deggert@freebornpeters.com | eleicht@whitecase.com |
| demetra.liggins@tklaw.com | ellen.halstead@cwt.com |
| dennis.tracey@hoganlovells.com | emagnelli@bracheichler.com |
| dfelder@orrick.com | emerberg@mayerbrown.com |
| dflanigan@polsinelli.com | enid.stuart@ag.ny.gov |
| dgoldberg@hsgllp.com | enkaplan@kaplanlandau.com |
| dhayes@mcguirewoods.com | eobrien@sbchlaw.com |
| dhealy@hsgllp.com | etillinghast@sheppardmullin.com |
| dheffer@foley.com | evanhorn@grosspolowy.com |
| dhurst@coleschotz.com | eweinick@otterbourg.com |
| dhw@dhclegal.com | ezujkowski@emmetmarvin.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| farrington.yates@kobrekim.com | jbrody@americanmlg.com |
| fcarruzzo@kramerlevin.com | jbrody@johnstonthomas.com |
| ffm@bostonbusinesslaw.com | jcarberry@cl-law.com |
| foont@foontlaw.com | jcdebaca@mayerbrown.com |
| fsosnick@shearman.com | jchristian@tobinlaw.com |
| gabriel.delvirginia@verizon.net | jdoran@haslaw.com |
| gary.ravertpllc@gmail.com | jdwarner@warnerandscheuerman.com |
| gavin.alexander@ropesgray.com | jdyas@halperinlaw.net |
| gbray@milbank.com | jean-david.barnea@usdoj.gov |
| gcacuci@law.nyc.gov | jeanites@whiteandwilliams.com |
| ggitomer@mkbattorneys.com | jeannette.boot@wilmerhale.com |
| ggoodman@foley.com | jeff.wittig@united.com |
| giddens@hugheshubbard.com | jeldredge@velaw.com |
| gkaden@goulstonstorrs.com | jennifer.demarco@cliffordchance.com |
| glenn.siegel@morganlewis.com | jennifer.gore@shell.com |
| gmoss@riemerlaw.com | jg5786@att.com |
| goldenberg@ssnylaw.com | jgenovese@gjb-law.com |
| gspilsbury@jsslaw.com | jguy@orrick.com |
| harrisjm@michigan.gov | jhiggins@fdlaw.com |
| harveystrickon@paulhastings.com | jhorgan@phxa.com |
| hbeltzer@chadbourne.com | jhuggett@margolisedelstein.com |
| heiser@chapman.com | jim@atkinslawfirm.com |
| hmagaliff@r3mlaw.com | jjureller@klestadt.com |
| holsen@stroock.com | jlamar@maynardcooper.com |
| hooper@sewkis.com | jlawlor@wmd-law.com |
| howard.hawkins@cwt.com | jlee@foley.com |
| hseife@chadbourne.com | jlevitin@cahill.com |
| hsnovikoff@wlrk.com | jlscott@reedsmith.com |
| hsteel@brownrudnick.com | jmaddock@mcguirewoods.com |
| ipetersen@johnstonthomas.com | jmelko@gardere.com |
| irethy@stblaw.com | jmerva@fult.com |
| j.zelloe@stahlzelloe.com | jmr@msf-law.com |
| jacobsonn@sec.gov | john.beck@hoganlovells.com |
| james.berg@piblaw.com | john.goodchild@morganlewis.com |
| james.mcclammy@dpw.com | john.monaghan@hklaw.com |
| james.sprayregen@kirkland.com | john.mule@state.mn.us |
| jamesboyajian@gmail.com | jonathan.goldblatt@bnymellon.com |
| jamestecce@quinnemanuel.com | jonathan.henes@kirkland.com |
| jar@outtengolden.com | jorbach@hahnhessen.com |
| jay@kleinsolomon.com | joseph.cordaro@usdoj.gov |
| jbeemer@entwistle-law.com | joshua.dorchak@morganlewis.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Electronic Mail – Master Service List

| | |
|---|---|
| jowen769@yahoo.com | kreynolds@mklawnyc.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com |
| jpintarelli@mofo.com | ksebaski@hsgllp.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com |
| jprol@lowenstein.com | kurt.rademacher@morganlewis.com |
| jrabinowitz@rltlawfirm.com | ladler@laniadlerpartners.com |
| jrapisardi@omm.com | landon@slollp.com |
| jrosenthal@mhlawcorp.com | lapeterson@foley.com |
| jrsmith@hunton.com | lawallf@pepperlaw.com |
| jschiller@bsfllp.com | lawrence.gelber@srz.com |
| jschwartz@hahnhessen.com | lberkoff@moritthock.com |
| jsheerin@mcguirewoods.com | lee.stremba@troutmansanders.com |
| jsherman@bsfllp.com | lee.whidden@dentons.com |
| jshickich@riddellwilliams.com | leo.crowley@pillsburylaw.com |
| jsmairo@pbnlaw.com | lgranfield@cgsh.com |
| jstoll@mayerbrown.com | lhandelsman@stroock.com |
| jtimko@shutts.com | lisa.solomon@att.net |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com |
| jvail@ssrl.com | lkatz@ltblaw.com |
| jwcohen@daypitney.com | lkiss@klestadt.com |
| jwest@velaw.com | lmarinuzzi@mofo.com |
| jwh@njlawfirm.com | lmcgowen@orrick.com |
| jzulack@fzwz.com | lnashelsky@mofo.com |
| kanema@formanlaw.com | loizides@loizides.com |
| karen.wagner@dpw.com | lperlman@hsgllp.com |
| karl.geercken@alston.com | lschweitzer@cgsh.com |
| kdwbankruptcydepartment@kelleydrye.com | lucdespins@paulhastings.com |
| keith.simon@lw.com | mabrams@willkie.com |
| kelly.kleist@solidcounsel.com | maofiling@cgsh.com |
| ken.coleman@allenovery.com | marc.roitman@ropesgray.com |
| kerry.moynihan@hro.com | margolin@hugheshubbard.com |
| kgwynne@reedsmith.com | mark.bane@ropesgray.com |
| kiplok@hugheshubbard.com | mark.ellenberg@cwt.com |
| kkelly@ebglaw.com | mark.mckane@kirkland.com |
| kkolbig@mosessinger.com | mark.salzberg@squirepb.com |
| klynch@formanlaw.com | mark.sherrill@sutherland.com |
| kmanka@johnstonthomas.com | maryann.gagliardi@wilmerhale.com |
| kobak@hugheshubbard.com | matt@willaw.com |
| korr@orrick.com | matthew.klepper@dlapiper.com |
| kovskyd@pepperlaw.com | maustin@orrick.com |
| kressk@pepperlaw.com | mbienenstock@proskauer.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Electronic Mail – Master Service List

| | |
|---|---|
| mbloemsma@offitkurman.com | mshuster@hsgllp.com |
| mbossi@thompsoncoburn.com | msolow@kayescholer.com |
| mcademartori@sheppardmullin.com | mspeiser@stroock.com |
| mcarthurk@sullcrom.com | mstamer@akingump.com |
| mccarthyj@sullcrom.com | munno@sewkis.com |
| mcolomar@diazreus.com | mvenditto@reedsmith.com |
| mcordone@stradley.com | mwarner@coleschotz.com |
| mcyganowski@oshr.com | mwarren@mtb.com |
| mdorval@stradley.com | nathan.spatz@pillsburylaw.com |
| melorod@gtlaw.com | nbinder@binderschwartz.com |
| meltzere@pepperlaw.com | nbojar@fklaw.com |
| metkin@lowenstein.com | ncoco@mwe.com |
| mfeldman@willkie.com | ned.schodek@shearman.com |
| mgordon@briggs.com | neil.herman@morganlewis.com |
| mgreger@allenmatkins.com | neilberger@teamtogut.com |
| mh1@mccallaraymer.com | ngueron@cgr-law.com |
| mhanin@kasowitz.com | nicholas.zalany@squirepb.com |
| mhopkins@cov.com | nissay_10259-0154@mhmjapan.com |
| michael.kelly@monarchlp.com | nlepore@schnader.com |
| michael.kraut@morganlewis.com | nlieberman@hsgllp.com |
| michael.mccrory@btlaw.com | notice@bkcylaw.com |
| michael.solow@apks.com | nyrobankruptcy@sec.gov |
| millee12@nationwide.com | otccorpactions@finra.org |
| miller@taftlaw.com | paronzon@milbank.com |
| mimi.m.wong@irscounsel.treas.gov | patrick.miller@faegrebd.com |
| mitchell.ayer@tklaw.com | pbattista@gjb-law.com |
| mitchell.berger@squirepb.com | pbosswick@ssbb.com |
| mjedelman@vedderprice.com | pdublin@akingump.com |
| mlahaie@akingump.com | peisenberg@lockelord.com |
| mlandman@lcbf.com | peter.gilhuly@lw.com |
| mlichtenstein@crowell.com | peter.meisels@wilsonelser.com |
| mlynch2@travelers.com | peter.simmons@friedfrank.com |
| mmorreale@us.mufg.jp | peter@bankrupt.com |
| mneier@ibolaw.com | pfeldman@oshr.com |
| monica.lawless@brookfieldproperties.com | pfinkel@wilmingtontrust.com |
| mpackman@fisherbrothers.com | pmaxcy@sonnenschein.com |
| mparry@mosessinger.com | ppascuzzi@ffwplaw.com |
| mrosenthal@gibsondunn.com | psp@njlawfirm.com |
| mschimel@sju.edu | rachel.obaldo@oag.texas.gov |
| msegarra@mayerbrown.com | raj.madan@skadden.com |
| mshiner@tuckerlaw.com | ramona.neal@hp.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

| | |
|---|---|
| rbeacher@pryorcashman.com | scousins@armstrongteasdale.com |
| rbernard@foley.com | sdnyecf@dor.mo.gov |
| rbyman@jenner.com | sehlers@armstrongteasdale.com |
| rdaversa@orrick.com | sfalanga@thewalshfirm.com |
| relgidely@gjb-law.com | sfineman@lchb.com |
| rfriedman@silvermanacampora.com | sfox@mcguirewoods.com |
| rgmason@wlrk.com | sgordon@cahill.com |
| rgoodman@moundcotton.com | sgraziano@blbglaw.com |
| rgraham@whitecase.com | sgubner@ebg-law.com |
| rhett.campbell@tklaw.com | sharbeck@sipc.org |
| richard.lear@hklaw.com | shari.leventhal@ny.frb.org |
| richard@rwmaplc.com | skatona@polsinelli.com |
| rick.murphy@sutherland.com | sleo@bm.net |
| rleek@hodgsonruss.com | slerman@ebglaw.com |
| rmatzat@hahnhessen.com | slerner@ssd.com |
| rnetzer@willkie.com | sloden@diamondmccarthy.com |
| robert.honeywell@klgates.com | smillman@stroock.com |
| robert.malone@dbr.com | smulligan@bsblawyers.com |
| robert.yalen@usdoj.gov | snewman@katskykorins.com |
| robin.keller@lovells.com | soneal@cgsh.com |
| roger@rnagioff.com | sory@fdlaw.com |
| rpedone@nixonpeabody.com | squsba@stblaw.com |
| rrainer@wmd-law.com | sree@lcbf.com |
| rroupinian@outtengolden.com | sschultz@akingump.com |
| rthomas@johnstonthomas.com | sselbst@herrick.com |
| russj4478@aol.com | sstarr@starrandstarr.com |
| rweiss@johnstonthomas.com | stephen.cowan@dlapiper.com |
| ryaspan@yaspanlaw.com | stephen.hessler@kirkland.com |
| sabin.willett@morganlewis.com | steve.ginther@dor.mo.gov |
| sabramowitz@velaw.com | steven.usdin@flastergreenberg.com |
| sabvanrooy@hotmail.com | streusand@slollp.com |
| sally.henry@skadden.com | susheelkirpalani@quinnemanuel.com |
| scargill@lowenstein.com | swolowitz@mayerbrown.com |
| schager@ssnylaw.com | szuber@csglaw.com |
| schannej@pepperlaw.com | tannweiler@greerherz.com |
| schepis@pursuitpartners.com | tbrock@ssbb.com |
| schnabel.eric@dorsey.com | tdewey@dpklaw.com |
| schristianson@buchalter.com | tgoren@mofo.com |
| scott.golden@hoganlovells.com | tgrinsell@hsgllp.com |
| scottj@sullcrom.com | thenderson@americanmlg.com |
| scottshelley@quinnemanuel.com | thomas.califano@dlapiper.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Electronic Mail – Master Service List**

timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tunrad@burnslev.com
uitkin@kasowitz.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
william.hao@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@beckerglynn.com
wtaylor@mccarter.com
yuwatoko@mofo.com

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| PYXIS ABS CDO 2007-1 LTD, BY BANK OF AMERICA, | NA AS SUCCESSOR BY J. WILLIAM BOONE, ESQ ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| PYXIQ ABS CDO 2007-1 LTD, BY BANK OF AMERICA, | NA AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSO., AS TTEE ATTN: VANESSA DANNER 135 SOUTH LASALLE STREET MAIL CODE IL4-135-15-11 CHICAGO IL 60603 |

**Total Creditor count  2**

# EXHIBIT D

| Claim Name | Address Information |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | LOCKE LORD BISSELL & LIDDELL LLP C/O PAUL KJELSBERG 600 TRAVIS STREET, SUITE 3200 HOUSTON TX 77002 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | LOCKE LORD BISSELL & LIDDELL LLP C/O PAUL KJELSBERG 600 TRAVIS STREET, SUITE 3200 HOUTON TX 77002 |

**Total Creditor count  3**