WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                              :
In re                                         :      Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :      08-13555 (SCC)
                                              :
                    Debtors.                  :      (Jointly Administered)
------------------------------------------------------------x
```

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING**
**THE PLAN ADMINISTRATOR'S FIVE-HUNDRED THIRTY-FIRST**
**OMNIBUS OBJECTION TO CLAIMS (SATISFIED GUARANTEE CLAIMS)**

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case
management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of
the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and
Case Management Procedures [**ECF No. 9635**] (the "Second Amended Case Management
Order"), the undersigned hereby certifies as follows:

1.      On November 5, 2019, Lehman Brothers Holdings Inc. (the "Plan
Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11
Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors*, filed *The Plan
Administrator's Five-Hundred Thirty-First Omnibus Objection to Claims (Satisfied Guarantee
Claims)* [**ECF No. 60014**] (the "Motion") with the Court for hearing.

2.      In accordance with the Second Amended Case Management Order, the

Plan Administrator established a deadline (the "Objection Deadline") for parties to object or file

responses to the Motion.  The Objection Deadline was set for **December 5, 2019 at 4:00 p.m.**

(Eastern Time).  The Second Amended Case Management Order provides that pleadings may be

granted without a hearing, provided that no objections or other responsive pleadings have been

filed on or prior to the relevant response deadline and the attorney for the entity who filed the

pleading complies with the relevant procedural and notice requirements.

3.      The Objection Deadline has now passed.  To the best of my knowledge,

no responsive pleadings have been (a) filed with the Court on the docket of the above-referenced

chapter 11 cases in accordance with the procedures set forth in the Second Amended Case

Management Order, or (b) served on counsel to the Plan Administrator.  Accordingly, the Plan

Administrator respectfully requests that the proposed order granting the Motion, annexed hereto

as **Exhibit A**, be entered in accordance with the procedures described in the Second Amended

Case Management Order.

I declare that the foregoing is true and correct.


Dated:    January 16, 2020
          New York, New York

                                        /s/ Garrett A. Fail
                                        Garrett A. Fail

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        *Attorneys for Lehman Brothers Holdings Inc.*
                                        *and Certain of Its Affiliates*

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

---------------------------------------------------------------------x

**ORDER GRANTING THE PLAN**
**ADMINISTRATOR'S FIVE-HUNDRED THIRTY-FIRST OMNIBUS**
**<u>OBJECTION TO CLAIMS (SATISFIED GUARANTEE CLAIMS)</u>**

Upon the five-hundred thirty-first omnibus objection to claims, dated November

5, 2019 (the "<u>Objection</u>"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the

Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its

Affiliated Debtors for the entities in the above-referenced chapter 11 cases, pursuant to sections

105(a) and 1142 of title 11 of the Bankruptcy Code, Rule 3007(d) of the Bankruptcy Rules, and

this Court's order approving procedures for the filing of omnibus objections to proofs of claim

(ECF No. 6664), seeking to deem satisfied in full in accordance with the Plan Satisfied ISIN

Claims, all as more fully described in the Objection; and due and proper notice of the Objection

having been provided, and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief sought in the Objection is in the best interests

of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual

bases set forth in the Objection establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms
in the Objection.

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Satisfied ISIN Claims listed on Exhibit 1 annexed hereto are deemed satisfied in full in accordance with the Plan; and it is further

ORDERED that neither the Plan Administrator nor LBHI shall make any further Distributions on account of the Satisfied ISIN Claims listed on Exhibit 1 annexed hereto; and

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____
      New York, New York

                                      _____
                                        UNITED STATES BANKRUPTCY JUDGE

2

**<u>Exhibit 1 to Proposed Order</u>**

**Satisfied ISIN Guarante**

**Exhibit 1**
*Satisifed ISIN Claims*

| ISIN | Blocking Number | Claim Number |
|---|---|---|
| XS0283819562 | 6041182 | 62818 |
| XS0283819562 | 6041183 | 62821 |
| XS0283819562 | 6041184 | 62814 |
| XS0283819562 | 6041185 | 62815 |
| XS0283819562 | 6041186 | 62813 |
| XS0283819562 | 6041187 | 62817 |
| XS0283819562 | 6041188 | 62816 |
| XS0283819562 | 6041189 | 62820 |
| XS0310885933 | 6045572 | 62783 |