Alex Olivo
16452 Harold Street
Oak Forest, IL 60452
Telephone: (630) 697-9464
Email: olivo_alex@yahoo.com
Pro Se

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                              Chapter 11

LEHMAN BROTHERS HOLDINGS INC, et al., Case No. 08-13555 (SCC)

PROOF OF SERVICE

I sent out copies of the letter documented as Docket # 60354 to Kristine Dickson and Matthew Cantor of LBHI and Joseph J. Waske. Motion to Reclassify Docket 60337, details are documented below.

Docket # 60354
Motion to Join Joinder to Motion to Reclassify Docket 60337 filed by Joseph J. Waske filed by Alex Olivo. (White, Greg)

USPS Priority Mail to:
Attention: Kristine Dickson and Matthew Cantor, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Page 2)

USPS Priority Mail to:
Attention: Joseph J. Waske 22862 Via Genoa, Dana Point, CA 92629 (Page 2)

Dated: January 15, 2020
Respectfully Submitted,

Alex Olivo
16452 Harold
Oak Forest, IL 60452
Telephone: (630) 697-9464
Email: olivo_alex@yahoo.com
Pro Se

```
                              LINCOLNSHIRE
                             125 SCHELTER RD
                         LINCOLNSHIRE, IL 60069-3666
                                164480-0069
                                (800)275-8777
                             01/08/2020 03:02 PM
```

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM 2-Day Flat Rate Env (Domestic) (DANA POINT, CA 92629) (Flat Rate) (Expected Delivery Day) (Friday 01/10/2020) (USPS Tracking #) (9505 5105 4303 0008 3556 49) | 1 | $7.35 | $7.35 |
| Insurance (Up to $50.00 included) | | | $0.00 |
| PM 2-Day Flat Rate Env (Domestic) (NEW YORK, NY 10153) (Flat Rate) (Expected Delivery Day) (Friday 01/10/2020) (USPS Tracking #) (9505 5105 4303 0008 3556 56) | 1 | $7.35 | $7.35 |
| Insurance (Up to $50.00 included) | | | $0.00 |
| **Total:** | | | **$14.70** |

```
Credit Card Remitd                    $14.70
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX8374)
    (Approval #:06307C)
    (Transaction #:890)
    (AID:A0000000031010       Chip)
    (AL:VISA CREDIT)
    (PIN:Not Required     CHASE VISA)
```

Includes up to $50 insurance

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5600-0043-003-00031-64852-02

---

Handwritten annotations:

- Sent to Joseph J. Waske [bracketing the first tracking entry, Dana Point CA]
- Sent to: Kristine Dickson & Matthew Cantor AT Weil Gotshal & Manges LLP [bracketing the second tracking entry, New York NY]