Elizabeth Harrison
1413 N. Vermont Street
Arlington, Va. 22201
Telephone: 571-480-2520
Email: eharrison165@gmail.com
Pro Se



## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lehman Brothers Holdings Inc., et al, | ) Chapter 11 Case No.: 08-13555 (SCC) <br> ) <br> ) 08-13555 (SCC) <br> ) |
| Debtors | ) (Jointly Administered) |

## JOINDER OF ELIZABETH A. HARRISON TO MOTION OF JOSEPH J. WASKE, AS PRO SE, TO RECLASSIFY SHARES OF LEHMAN BROTHERS HOLDINGS INC CAPITAL TRUSTS, III, IV, V AND VI BASED ON NEW INFORMATION THAT THE GUARANTEE IS ENFORCEABLE, FILED ON JANUARY 02, 2020 [DOCKET # 60337]

TO THE HONORABLE SHELLEY C CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

Elizabeth A. Harrison hereby joins in the motion filed on January 02, 2020 [Docket # 60337] (the "Motion") by Joseph J. Waske to reclassify shares of Lehman Brothers Holdings Inc. Capital Trusts III, IV, V and VI based on new information that the guarantee is enforceable through the SRM decision as mentioned on the June 19th, 2019 hearing of [Docket #59614 and respectfully presents as follows:

1. Like Joseph J. Waske, Elizabeth A. Harrison owns shares of Lehman Brothers Holdings Inc Preferred Securities LEHKQ, LEHNQ and LHHMQ issued by Lehman Brothers Holdings Inc Capital Trust III, V and VI.

2. The Lehman Brothers Capital Trusts III,IV, V and VI also are not dischargeable per the enforceable prospectus without meeting all of the obligations within the prospectus.

3. Elizabeth A. Harrison hereby adopts and incorporates all of the arguments raised in the Motion as if such arguments were set forth herein and asserted by Elizabeth A. Harrison. As Joseph J. Waske correctly argues in the Motion, the relief requested in the Motion is supported by, among other things, the plain language of the confirmed Plan and applicable bankruptcy law.

4. Elizabeth A. Harrison reserves all rights to be heard before the Court, with appropriate email notice as the hearing is scheduled, to allow for intra-state travel with regard to the issues raised in the Motion and this Joinder. Elizabeth A. Harrison reserves all of her rights and remedies, and nothing contained in this Joinder shall constitute an admission by Elizabeth A. Harrison for any other purpose or a waiver of any rights or remedies available to Elizabeth A. Harrison. WHEREFORE, Elizabeth A. Harrison joins in Joseph J. Waske's Motion and respectfully requests that this Court approve the Motion in its entirety.

Dated: January 16, 2020
      Arlington, Virginia

Respectfully Submitted

PRO SE

By: *Elizabeth A. Harrison*
    Elizabeth A. Harrison

Elizabeth A. Harrison
1413 N. Vermont St.
Arlington, Va. 22201
Telephone: (571)480-2520
Email: charrison165@gmail.com

Elizabeth Harrison
1413 N. Vermont Street
Arlington, Va. 22201
Telephone: 571-480-2520
Email: eharrison165@gmail.com
Pro Se

JAN 21 2020

# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lehman Brothers Holdings Inc., et al, | ) Chapter 11 Case No.: 08-13555 (SCC) <br> ) <br> ) 08-13555 (SCC) <br> ) |
| Debtors | ) (Jointly Administered) |

## PROOF OF SERVICE

TO THE HONORABLE SHELLEY C CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

On January 16, 2020, I caused to be served my motion of joinder by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via the United States Post Office to the following:

Kristine Dickson and Matthew Cantor, c/o Lehman Bros Holdings Inc.,

277 Park Avenue, New York, New York, 10172. (Exhibit A)

Joseph Waske, 22862 Via Genoa, Dana Point CA, 92629. (Exhibit A)

William K. Harrington, Esq., Susan D. Golden, Esq., Andrea B. Schwartz, Esq.,

U.S. Federal Office Building, 201 Varick St., Suite 2006,

New York, N.Y. 10014 (Exhibit A)

Page **1** of 3

Dated: January 17, 2020
     Arlington, Virginia

                                       Respectfully Submitted

                                       PRO SE

                                       By: _/s/ Elizabeth A. Harrison_
                                            Elizabeth A. Harrison

                                      Elizabeth A. Harrison
                                      1413 N. Vermont St.
                                      Arlington, Va. 22201
                                      Telephone: (571)480-2520
                                      Email: eharrison165@gmail.com

EXHIBIT A

```
===================================
       NORTH ARLINGTON
    2200 N GEORGE MASON DR
    ARLINGTON, VA 22207-9998
          510312-0137
          (800)275-8777
       01/16/2020 03:28 PM
===================================
===================================
-----------------------------------
                        Unit    Price
Product          Qty   Price
-----------------------------------
PM 2-Day            1   $7.35   $7.35
Window FR Env
    (Domestic)
    (NEW YORK, NY  10004)    BAnkruptcyCourt
    (Flat Rate)
    (Expected Delivery Day)
    (Saturday 01/18/2020)
    (USPS Tracking #)
    (9505 5152 3029 0016 5941 00)   $0.00
Insurance
    (Up to $50.00 included)
                    1   $7.35   $7.35
PM 2-Day
Window FR Env
    (Domestic)
    (NEW YORK, NY  10014)    U.S. Trustee
    (Flat Rate)
    (Expected Delivery Day)
    (Saturday 01/18/2020)
    (USPS Tracking #)
    (9505 5152 3029 0016 5941 17)   $0.00
Insurance
    (Up to $50.00 included)
                    1   $7.35   $7.35
PM 2-Day
Window FR Env
    (Domestic)
    (NEW YORK, NY  10172)
    (Flat Rate)
    (Expected Delivery Day)   LBHI
    (Saturday 01/18/2020)
    (USPS Tracking #)
    (9505 5152 3029 0016 5941 24)   $0.00
Insurance
    (Up to $50.00 included)
                    1   $7.35   $7.35
PM 2-Day
Window FR Env
    (Domestic)
    (DANA POINT, CA  92629)
    (Flat Rate)                Joseph Waske
    (Expected Delivery Day)
    (Saturday 01/18/2020)
    (USPS Tracking #)
    (9505 5152 3029 0016 5941 31)   $0.00
Insurance
    (Up to $50.00 included)
PurpleHeartMedal   10   $0.55   $5.50
-----------------------------------
Total:                         $34.90
-----------------------------------

                               $40.00
Cash                          ($5.10)
Change
```

PAGE 3 OF 3