Glenn Blaze
748 Port Monmouth Road
Port Monmouth, New Jersey, 07758
Telephone: 732-769-2398
Email: glennblaze2@gmail.com
Pro Se



## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Lehman Brothers Holdings Inc., et al,** | ) Chapter 11 Case No.: 08-13555 (SCC) <br> ) <br> ) 08-13555 (SCC) <br> ) |
| **Debtors** | ) (Jointly Administered) |

### JOINDER OF GLENN BLAZE TO JOSEPH J. WASKE'S MOTION TO RECLASSIFY
### [DOCKET # 60337]

**TO THE HONORABLE SHELLEY C CHAPMAN**
**UNITED STATES BANKRUPTCY JUDGE:**

Glenn Blaze hereby joins in the motion filed on January 02, 2020 [Docket # 60337] (the "Motion") by Joseph J. Waske to reclassify shares of Lehman Brothers Holdings Inc. Capital Trusts III, IV, V and VI and respectfully presents as follows:

1. Like Joseph J. Waske, and Rex Wu (Docket #59614), Glenn Blaze read the SRM Decision, read the Board of Directors Guarantee/Global Guarantee/General Guarantee and relied on the information to buy his new shares.

2. Like Joseph J. Waske, the transcripts on the hearing on motion #59614 on June 19th, 2019 prompted Glenn Blaze to further research the SRM Decision.

3. Like Joseph J. Waske , Glenn Blaze owns shares of Lehman Brothers Holdings Inc. Preferred Securities LEHKQ, LEHNQ and LHHMQ issued by Lehman Brothers Holdings Inc. Capital Trust III, V and VI.

4. Glenn Blaze hereby adopts and incorporates all the arguments and Statement's raised in the Motion to Re class as if such arguments and statements raised were in set forth herein and asserted by Glenn Blaze.

5. Glenn Blaze reserves all of his rights and remedies, and nothing contained in this Joinder shall constitute an admission by Glenn Blaze for any other purpose or a waiver of any rights or remedies available to Glenn Blaze.

WHEREFORE, Glenn Blaze joins in Joseph J. Waske's Motion and respectfully requests that this Court approve the Motion in its entirety.

Respectfully Submitted,

PRO SE

By: *Glenn Blaze*

Glenn Blaze

January 18, 2020
Glenn Blaze
748 Port Monmouth Road
Port Monmouth New Jersey, 07758
732-769-2398
Email: glennblaze2@gmail.com