B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings, Inc.,   Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Julius Baer & Cie SA | Banque Pictet & Cie SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Patrik Roos
Bank Julius Baer & Co. Ltd.
Bahnofstrasse 36
CH-8010 Zurich, Switzerland

Phone: + 41 58 887 7336
Last Four Digits of Acct #:  n/a

Court Claim # (if known)  64249.08

Amount of Claim:  This is a partial transfer of claim. See attached Evidence of Transfer of Claim

Date Claim Filed:  10/29/2009

Phone:
Last Four Digits of Acct #:  n/a

Name and Address where transferee payments should be sent (if different from above):

(same as above)

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ James McLane_   Date: 01/21/20
Davis Polk & Wardwell LLP as counsel for Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Banque Pictet & Cie SA** ("Transferor") unconditionally and irrevocably transferred to **Julius Baer & Cie SA** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No.64249.08**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON JANUARY 14, 2020

Banque Pictet & Cie SA

By: ...........................
Name: David Aeschlimann
Title: Vice President

By: ...........................
Name: Mélanie Pichonnaz
Title: Officer

## SCHEDULE I

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0221564387 | 64249.08 | October 29, 2009 | Lehman Brothers Treasury. | USD 30'000 |
|  |  |  |  |  |

Allowed Claim Amount = USD 30'000