RICH MICHAELSON MAGALIFF, LLP
335 Madison Avenue 9th Floor
New York, NY 10017
646.453.7851
Howard P. Magaliff
*Counsel for SecurityNational Mortgage Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al*.,

                Debtors.

Chapter 11

Case No. 08-13555 (SCC)

------------------------------------------------------------ x

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

– against –

1st ADVANTAGE MORTGAGE, L.L.C., et al.

                Defendants.

Adv. Pro. No. 16-01019 (SCC)

------------------------------------------------------------ x

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

– against –

SECURITYNATIONAL MORTGAGE COMPANY,

                Defendant.

Adv. Pro. No. 18-01819 (SCC)

------------------------------------------------------------ x

## NOTICE OF DISTRICT COURT FILING

PLEASE TAKE NOTICE that on January 15, 2020, SecurityNational Mortgage Company filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction and Standing Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(c) and 12(h)(3) in the United States District Court for Southern District of New York with memorandum of law, declarations and exhibits,

{00028027v1 }

captioned *SecurityNational Mortgage Company, Movant v. Lehman Brothers Holdings Inc., Respondent*, Case No. 20-mc-00027 (LAK) (DCF).

Copies of the documents are available upon request.

Dated: New York, New York
January 27, 2020

RICH MICHAELSON MAGALIFF, LLP
Attorneys for SecurityNational Mortgage Co.
By:

/s/ Howard P. Magaliff
HOWARD P. MAGALIFF
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
hmagaliff@r3mlaw.com

{00028027v1 }                                     2