```
FILED / RECEIVED
JAN 2 3 2020
EPIQ
```

**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:    Lehman Brothers Holdings Inc.          Case No.: __UMP__
                                                 Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> Entris Banking AG, CH-3073 Gümligen | Name of Transferor: <br> Incore Bank AG Zurich |
|---|---|
| Notices to Transferee should be sent to: <br> Entris Banking AG <br> c/o Swisscom (Schweiz) AG <br> Business Customers / CTG <br> Froburgstrasse 10 <br> CH-4600 Olten <br><br> E-mail: bas.corporateactions@swisscom.com | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): <br> Entris Banking AG <br> c/o Swisscom (Schweiz) AG <br> Business Customers / CTG <br> Froburgstrasse 10 <br> CH-4600 Olten | Name and Current Address of Transferor <br> Incore Bank AG <br> Wiesenstrasse 17, CH-8952 Schlieren/Zurich <br> (formerly Stauffacherstrasse 41, CH-8036 Zurich) <br><br> Attn: Christian Kummer <br> christian.kummer@incorebank.ch |
| **Amount of Claim Being Transferred:** <br><br> Various, see table below, total claim amount is <br> USD 1'189'064.65 | |
| **Court Claim No. (if known):** <br> 44885 / 44886 / 44887.01 / 44888 / 44890 / 44891 <br> 44892 / 44894 / 44895 / 44897 / 44899 / 44900 <br> 44901 / 44902 / 44903 / 44906 / 44908 / 44909 / <br> 44910 <br> 44976 / 51630 | |
| **Date Claim Filed:** October 21st, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **InCore Bank AG**
Wiesenstrasse 17
CH-8952 Schlieren/Zürich

Date: 23 Jan. 2020

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

### EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:  Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc.,* No. 08-13555 (JMP)

Proof of Claim Numbers: **44885 / 44886 / 44887.01 / 44888 / 44890 / 44891 / 44892 / 44894 / 44895 / 44897 / 44899 / 44900 / 44901 / 44902 / 44903 / 44906 / 44908 / 44909 / 44910 /44976 / 51630**
(the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| | CH0027120648 | LBHI | LBHI | EUR 10'000 |
| | CH0027120655 | LBHI | LBHI | CHF 25'000 |
| | CH0027120663 | LBHI | LBHI | CHF 10'000 |
| | CH0027120689 | LBHI | LBHI | EUR 35'000 |
| | CH0027121034 | LBHI | LBHI | CHF 130'000 |
| | XS0270987547 | LBHI | LBHI | EUR 200'000 |
| | XS0300658597 | LBHI | LBHI | CHF 100'000 |
| | CH0036891395 | LBHI | LBHI | EUR 30'000 |
| | CH0039308660 | LBHI | LBHI | CHF 30'000 |

|  | XS0228154158 | LBHI | LBHI | CHF 40'000 |
|---|---|---|---|---|
|  | XS0242136413 | LBHI | LBHI | CHF 200'000 |
|  | ANN521334311 | LBHI | LBHI | (USD) 103 UNITS |
|  | XS0251180906 | LBHI | LBHI | CHF 10'000 |
|  | XS0258396927 | LBHI | LBHI | CHF 50'000 |
|  | XS0264209387 | LBHI | LBHI | CHF 50'000 |
|  | ANN5214A1118 | LBHI | LBHI | (CHF) 45 UNITS |
|  | XS0300658597 | LBHI | LBHI | CHF 20'000 |
|  | XS0302351266 | LBHI | LBHI | CHF 30'000 |
|  | XS0302350888 | LBHI | LBHI | EUR 20'000 |
|  | XS0320322901 | LBHI | LBHI | CHF 75'000 |
|  | XS0324890440 | LBHI | LBHI | CHF 70'000 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

**INCORE BANK AG, ZURICH** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Entris Banking AG
c/o Swisscom (Schweiz) AG
Business Customers / CTG
Froburgstrasse 10
CH-4600 Olten

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December 13, 2019.

**Incore Bank AG Zurich**
Transferor

By: _____
Name: Christian Kummer
Title: Member of the Senior Management

By: _____
Name: Thomas Huerzeler
Title: Authorized Officer

ACKNOWLEDGED BY:

**Entris Baking AG, Gümligen**
Transferee

By: _____
Name: Katharina Tschannen
Title: Head of Corporate Actions & Entitlements

By: _____
Name: Thomas Hornsperger
Title: Specialist Corporate Actions & Entitlements