Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors.</u>   Case <u>No. 08-13555 (JMP)</u>


JAN 27 2020

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Multiplicity Partners AG | St. Galler Kantonalbank AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Multiplicity Partners AG
Bodmerstrasse 5
8002 Zurich
Switzerland

Court Claim # (if known): see schedule 3
Date Claim Filed: see schedule 3
Amount of Claim: see schedule 3
Portion of Claim Transferred (see Schedule I): see schedule 3

Phone: +41 44 500 45 50              Phone: +41 71 231 34 13
Last Four Digits of Acct #: _____   Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 20 January 2020
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Andres Hefti, Partner
Multiplicity Partners AG

Thomas Ritter, Partner

**Schedule 3**

| CH0034774536 | 39104 | 10/13/2009 | Lehman Brothers Securities NV | USD 370'755.87 |
|---|---|---|---|---|
| CH0034783669 | 39105 | 10/13/2009 | Lehman Brothers Treasury Bv | USD 11'352.85 |
| CH0034783651 | 39106 | 10/13/2009 | Lehman Brothers Treasury Bv | USD 14'191.06 |
| CH0027120887 | 39107 | 10/13/2009 | Lehman Brothers Securities NV | USD 7'513.32 |
| CH0027120986 | 39108 | 10/13/2009 | Lehman Brothers Treasury Bv | USD 35'681.71 |
| CH0034783636 | 39111 | 10/13/2009 | Lehman Brothers Treasury Bv | USD 26'761.28 |
| CH0034783693 | 39112 | 10/13/2009 | Lehman Brothers Treasury Bv | USD 189'402.34 |
| CH0027120655 | 39114 | 10/13/2009 | Lehman Brothers Treasury Bv | USD 22'368.74 |
| CH0027120663 | 39115 | 10/13/2009 | Lehman Brothers Treasury Bv | USD 481'703.04 |
| CH0027120671 | 39116 | 10/13/2009 | Lehman Brothers Treasury Bv | USD 111'505.35 |

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **St.Galler Kantonalbank AG**, ("Transferor") unconditionally and irrevocably transferred to **Multiplicity Partners AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**several Claim No. as attached**) of **several USD amounts** in nominal value/units related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **January 15, 2020.**

St. Galler Kantonalbank AG

By: _____
Name: Anina Zürcher
Title:   Member of Management

By: _____
Name: Pascal Schmid
Title:   Member of Management

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|---|---|---|---|---|
| | | | | Allowed Amount of Claim transferred to Purchaser: |
| CH0034774536 | 39104 | 10/13/2009 | Lehman Brothers Securities NV | USD 370'755.87 |
| CH0034783669 | 39105 | 10/13/2009 | Lehman Brothers Treasury Bv | USD 11'352.85 |
| CH0034783651 | 39106 | 10/13/2009 | Lehman Brothers Treasury Bv | USD 14'191.06 |
| CH0027120887 | 39107 | 10/13/2009 | Lehman Brothers Securities NV | USD 7'513.32 |
| CH0027120986 | 39108 | 10/13/2009 | Lehman Brothers Treasury Bv | USD 35'681.71 |
| CH0034783636 | 39111 | 10/13/2009 | Lehman Brothers Treasury Bv | USD 26'761.28 |
| CH0034783693 | 39112 | 10/13/2009 | Lehman Brothers Treasury Bv | USD 189'402.34 |
| CH0027120655 | 39114 | 10/13/2009 | Lehman Brothers Treasury Bv | USD 22'368.74 |
| CH0027120663 | 39115 | 10/13/2009 | Lehman Brothers Treasury Bv | USD 481'703.04 |
| CH0027120671 | 39116 | 10/13/2009 | Lehman Brothers Treasury Bv | USD 111'505.35 |