JAN 2 7 2020

**Form 210A (10/06)**

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,        Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Multiplicity Partners AG
_____
Name of Transferee

Name and Address where notices
to transferee should be sent:

Multiplicity Partners AG
Bodmerstrasse 5
8002 Zurich
Switzerland

Phone: +41 44 500 45 50
Last Four Digits of Acct #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

Hyposwiss Privatbank AG
_____
Name of Transferor

Court Claim # (if known): see schedule 8
Date Claim Filed: see schedule 8
Amount of Claim: see schedule 8
Portion of Claim Transferred (see
Schedule I): see schedule 8

Phone: +41 71 231 34 13
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: 20 January 2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Andres Hefti, Partner
Multiplicity Partners AG

Thomas Ritter, Partner

**Schedule 8**

| ANN5214R8254 | 40660 | 10/16/2009 | Lehman Brothers Securities NV | USD 105'974.10 |
| --- | --- | --- | --- | --- |
| XS0223109926 | 40669 | 10/16/2009 | Lehman Brothers Treasury Bv | USD 45'421.88 |

## EVIDENCE OF TRANSFER OF CLAIM

**TO:   THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Hyposwiss Privatbank AG,** ("Transferor") unconditionally and irrevocably transferred to **Multiplicity Partners AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**several Claim No. as attached** ) of **several USD amounts** in nominal value/units related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **January 20, 2020.**

**HSZH Verwaltungs AG on behalf of
Hyposwiss Privatbank AG**

By:_____
Name: Gregor Gmeiner
Title:    Member of Management

By:_____
Name: Stefan Klinger
Title:    Member of Senior Management

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|------|---------------|------------------|--------|---------------------------------------------|
| | | | | Allowed Amount of Claim transferred to Purchaser: |
| ANN5214R8254 | 40660 | 10/16/2009 | Lehman Brothers Securities NV | USD 105'974.10 |
| XS0223109926 | 40669 | 10/16/2009 | Lehman Brothers Treasury Bv | USD 45'421.88 |