FILED / RECEIVED

JAN 2 8 2020

EPIQ

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings, Inc.  .                Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| IDB TLV LTD. | IDB Swiss Bank Ltd, en liquidation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

23 Yehuda Halevi St.
6513601 Tel Aviv, Israel

Phone: +972-76-805 76 06
Last Four Digits of Acct #: _____

Court Claim # (if known): as per attached Schedule
Amount of Claim: as per attached Schedule
Date Claim Filed: as per attached Schedule

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/signature/_                Date: 28/1/2020
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U.S.C. §§ 152 & 3571.*

**SCHEDULE**

**Transfer of Claim**

In Re: Lehman Brothers Holdings, Inc

Case No. 08-13555

Transferee: IDB TLV Ltd.

Transferor: IDB Swiss Bank Ltd, en liquidation

| Claim # | Filed | Ccy | Claim amount |
|---|---|---|---|
| 55047 | 29.10.2009 | EUR | 682'000.00 |
| 55051 | 29.10.2009 | USD | 240'000.00 |
| 55052 | 29.10.2009 | USD | 258'000.00 |
| 55053 | 29.10.2009 | EUR | 149'000.00 |