FILED / RECEIVED
JAN 2 7 2020
EPIQ

**Form 210A (10/06)**

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>    Case <u>No. 08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Vall Banc SA | Credit Suisse (Shweiz) AG |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

Name and Address where notices
to transferee should be sent:

Fernando López Safont
Avingunda Carlemany 119, Escaldes Engordany
AD700, Andorra, Europe

Court Claim # (if known): 5055829
Date Claim Filed: October 29, 2009
Amount of Claim: See Evidence of Transfer of Claim
Portion of Claim Transferred (see
Schedule I): _____

Phone: +376 750790
Last Four Digits of Acct #: -_____

Phone: 0041 44 332 86 11
Last Four Digits of Acct. #: -_____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: -_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 30/12/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

     For value received, the adequacy and sufficiency of which are hereby acknowledged **Credit Suisse (Schweiz) AG** ("Transferor") unconditionally and irrevocably transferred to **Vall Banc SA** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 5055829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

     Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

     IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **December 30, 2019.**

Credit Suisse (Schweiz) AG

By:_____
Name: Adrian Graf
Title:  AVP

By:_____
Name: Sandro Hunziker
Title:  AVP

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0229269856 | 5055829 | October 29, 2009 | LEHMAN BROTHERS UK CAPITAL FUNDING II LP | EUR 26'933'000 |
| XS0282978666 | 5055829 | October 29, 2009 | LEHMAN BROTHERS UK CAPITAL FUNDING IV LP | EUR 13'943'707 |

2 de 5

https://www.fedex.com/shipping/html/en/PrintIFrame.html

22/01/2020 12:20

Luego de imprimir esta etiqueta:
COPIA FEDEX-AWB, COLOCAR DESPUÉS DE LA COPIA DEL CONSIGNATARIO
1. Doble la página impresa por la línea horizontal.
2. Coloque la etiqueta en la bolsa de su paquete y adhiérala a su envío.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

For all commodities, technology or software previously exported from the United States, this was done in accordance with the Export Administration Regulations. Diversion of these items contrary to U.S. law or any other applicable country's law is prohibited.
The Montreal or Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract on the reverse.

COUNTRY MFG: ES
SIGN: VALLBANC
CARRIAGE VALUE: 0.00 EUR    T/C: S 318321191
CUSTOMS VALUE: 0.00 EUR    D/T: R

REF:
DESC1: Correspondence/No Commercial Value
DESC2:
DESC3:
DESC4:

INTL PRIORITY
10:30A

TRK# 7775 7383 5782    Form 0430

PKG:ENV

NM OGSA

AWB

(US)

UNITED STATES, US
NEW YORK, NY 10017
757 THIRD AVENUE 3rd FLOOR
EPIQ BANKRUPTCY SOLUTIONS LLC
TO LEHMAN BROTHERS HOLDINGS INC
(866) 879-0688

BILL SENDER
EINVAT:
SPAIN, ES
LA SEU D URGELL, 25700
AVDA. SALORIA, 5, 4 - 2
MARIA YANED JIMENEZ REYES
VALLBANC
ORIGIN ID:XJBT8 0037636433

SHIP DATE: 22JAN20
ACTWGT: 0.50 KG
CAD: 103626177/INET4220