**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

|  |  |
|---|---|
|  | : | **Chapter 11** |

**In re**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,

**Debtors.**

: 
: **Chapter 11**
:
: **Case No. 08-13555 (SCC)**
:
: **(Jointly Administered)**
:
: **Ref. Docket Nos. 60297,**
: **60386, 60388, 60389, 60390,**
: **60391**

------------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK     )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 29, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 29, 2020, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
30th day of January, 2020
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires January 26, 2021

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.   While   **transferee**   refers to the party who is purchasing or otehwise being assigned the claim.

To:

GOLDMAN SACHS & CO.
TRANSFEROR: TURNPIKE LIMITED
ATTN: MICHELLE LATZONI
200 WEST STREET
NEW YORK, NY 10282

Please note that your claim # 545214-38 in the above referenced case and in the amount of
$182,334.82 allowed at $69,365.43 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000160931898 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000192678



BKM HOLDINGS (CAYMAN) LTD.
TRANSFEROR: GOLDMAN SACHS & CO.
C/O DAVIDSON KEMPNER-J.DONOVAN
520 MADISON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.   However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.   Refer to INTERNAL CONTROL NUMBER          60297                   in your objection.   If you file an
objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS
AS THE CLAIMANT.**

Date:  01/29/2020                              Vito Genna, Clerk of Court

                                             /s/Andrea Speelman

                                             _____

                                             Epiq Corporate Restructuring, LLC

                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 29, 2020.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO LTD | TRANSFEROR: CREDIT SUISSE, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, CH-8010 ZURICH   SWITZERLAND |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| ENTRIS BANKING AG | TRANSFEROR: INCORE BANK AG, C/O SWISSCOM SCHWEIZ AG- CTG, FROBURGSTR. 10, CH-4600 OLTEN   SWITZERLAND |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| INCORE BANK AG | SWISS BANKING SERVICES, DREIKONIGSTRASSE 8, ZURICH 8022 SWITZERLAND |
| INCORE BANK AG | SWISS BANKING SERVICES, DREIKONIGSTRASSE 8, ZURICH 8022 SWITZERLAND |
| INCORE BANK AG | TRANSFEROR: LIQUIDITY SOLUTIONS, INC., SWISS BANKING SERVICES, DREIKONIGSTRASSE 8, ZURICH 8022 SWITZERLAND |
| INCORE BANK AG | SWISS BANKING SERVICES, DREIKONIGSTRASSE 8, ZURICH 8022 SWITZERLAND |
| INCORE BANK AG | SWISS BANKING SERVICES, DREIKONIGSTRASSE 8, ZURICH 8022 SWITZERLAND |
| INCORE BANK AG | SWISS BANKING SERVICES, DREIKONIGSTRASSE 8, ZURICH 8022 SWITZERLAND |
| INCORE BANK AG | SWISS BANKING SERVICES, DREIKONIGSTRASSE 8, ZURICH 8022 SWITZERLAND |
| INCORE BANK AG | SWISS BANKING SERVICES, DREIKONIGSTRASSE 8, ZURICH 8022 SWITZERLAND |
| INCORE BANK AG | SWISS BANKING SERVICES, DREIKONIGSTRASSE 8, ZURICH CH-8022 SWITZERLAND |
| INCORE BANK AG | SWISS BANKING SERVICES, DREIKONIGSTRASSE 8, ZURICH CH-8022 SWITZERLAND |
| INCORE BANK AG | SWISS BANKING SERVICES, DREIKONIGSTRASSE 8, ZURICH CH-8022 SWITZERLAND |
| INCORE BANK AG | SWISS BANKING SERVICES, DREIKONIGSTRASSE 8, ZURICH CH-8022 SWITZERLAND |
| INCORE BANK AG | SWISS BANKING SERVICES, DREIKONIGSTRASSE 8, ZURICH CH-8022 SWITZERLAND |
| INCORE BANK AG | SWISS BANKING SERVICES, DREIKONIGSTRASSE 8, ZURICH CH-8022 SWITZERLAND |
| INCORE BANK AG | SWISS BANKING SERVICES, DREIKONIGSTRASSE 8, ZURICH CH-8022 SWITZERLAND |
| INCORE BANK AG | SWISS BANKING SERVICES, DREIKONIGSTRASSE 8, ZURICH CH-8022 SWITZERLAND |
| INCORE BANK AG | SWISS BANKING SERVICES, DREIKONIGSTRASSE 8, ZURICH CH-8022 SWITZERLAND |
| INCORE BANK AG | SWISS BANKING SERVICES, DREIKONIGSTRASSE 8, ZURICH CH-8022 SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |

**Total Creditor Count 69**