Rex Wu
6315 N. Campbell
Chicago, IL 60659
Tel: (312)785-0348
Email: rex_wu@live.com
Pro-Se

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Regards: Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case # 08-13555 (SCC)
Motion to Reclass (Docket # 60337)

## PROOF OF SERVICE

On January 30th, 2020, I caused to be served the Letter:

"Lehman Brothers Holding, Inc. ,Docket No. 08-13555-SCC (Bankr. S.D.N.Y.) - WASKE Motion Docket # 60337 ,"

by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via USPS

First Class mail to:

Attention: Kristine Dickson and Matthew Cantor, c/o Lehman Brothers Holdings Inc., 277 Park Avenue, 46th floor, New York, New York 10172.  (EXHIBIT A)

Respectfully Submitted,

January 30th, 2020

Rex Wu
6315 N Campbell
Chicago, IL 60659
312-785-0348
rex_wu@live.com
Pro-Se

Exhibit A

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailin**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailir
This form may be used for domestic and international mail

From: Rex Wu
6315 N. Campbell
Chicago IL 60659

To: Kristine Dickson and Matthew
C/o Lehman Brothers Holdings In
277 Park Ave, 46th Floor
New York, NY 10172

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
CHICAGO, IL
60660
JAN 30, 20
AMOUNT
$1.50
R2303S101212-3