**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x

In re

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,

                Debtors.

: **Chapter 11**
:
: **Case No. 08-13555 (SCC)**
:
: **(Jointly Administered)**
:
: **Ref. Docket No. 60312**

------------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 3, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 3, 2020, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
4th day of January, 2020
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires January 26, 2021

-2-

\\p054ebsfile01\ebs\ClientInfo\Clients\LBH\Affidavits\Transfer Affidavits\Transfer Notices (Processed 1-31 to 2-2)_AFF_2-3-20.docx

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

GOLDMAN SACHS & CO.
TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P.
ATTN: MICHELLE LATZONI
200 WEST STREET
NEW YORK, NY 10282

Please note that your claim # 50357-10 in the above referenced case and in the amount of $147,400.39 allowed at $147,187.04 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000161079439 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000192744



BKM HOLDINGS (CAYMAN) LTD.
TRANSFEROR: GOLDMAN SACHS & CO.
C/O DAVIDSON KEMPNER-J.DONOVAN
520 MADISON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER       60312       in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/03/2020                    Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 3, 2020.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |

**Total Creditor Count 2**