**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x

| | : | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| | : | **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | **Ref. Docket Nos. 60394 and 60395** |
| | : | |

------------------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK    )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 6, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 6, 2020, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
7th day of January, 2020
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires January 26, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

ST. GALLER KANTONALBANK
ST. LEONHARDSTRASSE 25
ST. GALLEN CH-9001
SWITZERLAND

Please note that your claim # 39117-01 in the above referenced case and in the amount of $28,368.49 allowed at $28,382.12 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000161109596 ***     LBH TRFNTC (MERGE2, TXNUM2) 4000192745



MULTIPLICITY PARTNERS AG
TRANSFEROR: ST. GALLER KANTONALBANK
BODMERSTRASSE 5
8002 ZURICH
SWITZERLAND

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    60394    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/06/2020                    Vito Genna, Clerk of Court

                                    /s/Andrea Speelman
                                    _____
                                    Epiq Corporate Restructuring, LLC
                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 6, 2020.

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH   SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH   SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH   SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH   SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH   SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH   SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH   SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH   SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH   SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, BODMERSTRASSE 5, 8002 ZURICH   SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, BODMERSTRASSE 5, 8002 ZURICH   SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, BODMERSTRASSE 5, 8002 ZURICH   SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, BODMERSTRASSE 5, 8002 ZURICH   SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, BODMERSTRASSE 5, 8002 ZURICH   SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, BODMERSTRASSE 5, 8002 ZURICH   SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, BODMERSTRASSE 5, 8002 ZURICH   SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, BODMERSTRASSE 5, 8002 ZURICH   SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, BODMERSTRASSE 5, 8002 ZURICH   SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | TRANSFEROR: PICTET & CIE, ST. LEONHARDSTRASSE 25, POSTFACH, ST. GALLEN 9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | TRANSFEROR: HYPOSWISS PRIVATBANK AG, ST. LEONHARDSTRASSE 25, POSTFACH, 9001 ST. GALLEN   SWITZERLAND |
| ST. GALLER KANTONALBANK | TRANSFEROR: HYPOSWISS PRIVATE BANK GENEVE SA, ST. LEONHARDSTRASSE 25, ST. GALLEN 9000 SWITZERLAND |
| ST. GALLER KANTONALBANK | TRANSFEROR: CREDIT SUISSE, ST. LEONHARDSTRASSE 25, ST. GALLEN 9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | TRANSFEROR: CREDIT SUISSE, ST. LEONHARDSTR. 25, POSTFACH, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | TRANSFEROR: PICTET & CIE, ST. LEONHARDSTRASSE 25, POSTFACH, ST. GALLEN 9001 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: HYPOSWISS PRIVATBANK AG, ST. LEONHARDSTRASSE 25, ST. GALLEN 9000 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: HYPOSWISS PRIVATBANK AG, ST. LEONHARDSTRASSE 25, ST. GALLEN 9000 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: HYPOSWISS PRIVATBANK AG, ST. LEONHARDSTRASSE 25, ST. GALLEN 9000 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: HYPOSWISS PRIVATBANK AG, ST. LEONHARDSTRASSE 25, POSTFACH, 9000 ST. GALLEN   SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: HYPOSWISS PRIVATBANK AG, ST. LEONHARDSTRASSE 25, ST. GALLEN 9000 |

| Claim Name | Address Information |
|---|---|
| ST. GALLER KANTONALBANK AG | SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: HYPOSWISS PRIVATE BANK GENEVE SA, ST. LEONHARDSTRASSE 25, ST. GALLEN 9000 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: HYPOSWISS PRIVATE BANK GENEVE SA, ST. LEONHARDSTRASSE 25, ST. GALLEN 9000 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: ST. GALLER KANTONALBANK AG - SUCURSAL EM PORTUGAL, ATTN: ANINA ZURCHER / SFCA, ST. LEONHARDSTRASSE 25, ST. GALLEN 9001 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: CREDIT SUISSE AG, ST. LEONHARDSTRASSE 25, ST. GALLEN 9001 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: CREDIT SUISSE AG, ST. LEONHARDSTRASSE 25, ST. GALLEN 9001 SWITZERLAND |

**Total Creditor Count 38**