

Joseph Waske
22862 Via Genoa
Dana Point, CA 92629
Tel: (949) 517-8330
Email: jwaske3@yahoo.com
Pro-Se

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Regards:  Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case # 08-13555 (SCC)
Response to Plan Administrators Objection to Motion to Reclassify (Docket 60403)

### PROOF OF SERVICE

On January 30, 2020, I caused to be served the "Response to Plan Administrators Objection to Motion to Reclassify," Docket No.60403, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via USPS

USPS Priority Mail to:
Attention: Kristine Dickson and Matthew Cantor, c/o Lehman Brothers Holdings Inc.,277 Park Avenue, 46th floor,New York, New York 10172.  (EXHIBIT A)

On January 30, 2020, I caused to be served the "Response to Plan Administrators Objection to Motion to Reclassify," Docket No.60403, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via USPS

USPS Priority Mail to:
Attention: Office of the U.S. Trustee, c/o William K. Harrington, Esq., Susan D. Golden, Esq., Andrea B. Schwartz, Esq., U.S. Federal Office Building, 201 Varick St., Suite 1006, New York, NY 10014 (EXHIBIT B)

Respectfully Submitted,

January 5, 2020
Joseph Waske
22862 Via Genoa
Dana Point, CA 92629
Tel: (949) 517-8330
Email: jwaske3@yahoo.com
Pro-Se

*Exhibit A*

```
================================================
                 LAGUNA BEACH
                29911 NIGUEL RD

                 LAGUNA NIGUEL
                      CA
                   92607-9998
                   054050-9550
1/30/2020         (800)275-8777         10:02 AM
================================================
================================================
Product                Qty  Unit Price     Price
------------------------------------------------
PM 2-Day                1      $7.75      $7.75
Flat Rate Env
    (Domestic)
    (NEW YORK, NY  10172)
    (Expected Delivery Day)
    (Saturday 02/01/2020)
    (USPS Tracking #)
    ( 9502 6065 8881 0030 1876 87)
Certified                                 $3.55
------------------------------------------------
Total:                                   $11.30
------------------------------------------------

AMEX                                     $11.30
    (Account #:XXXXXXXXXXXX1046)
    (Approval #:803972)
    (Transaction #:068)
    (Receipt #:000088)
    (AID:A000000025010801
    (AL:AMERICAN EXPRESS)                 Chip)
    (PIN:Not Required)
------------------------------------------------

       Receipt #: 840-19260311-1-1059656-1


            Includes up to $50 insurance

        Text your tracking number to 28777
         (2USPS) to get the latest status.
         Standard Message and Data rates may
        apply. You may also visit www.usps.com
        USPS Tracking or call 1-800-222-1811.


          Save this receipt as evidence of
        insurance. For information on filing
              an insurance claim go to
          https://www.usps.com/help/claims.htm

                 Preview your Mail
                 Track your Packages
                 Sign up for FREE @
                 www.informeddelivery.com


        All sales final on stamps and postage.
        Refunds for guaranteed services only.
              Thank you for your business.
```

*Exhibit B*

```
=============================================
               LAGUNA BEACH
              29911 NIGUEL RD

               LAGUNA NIGUEL
                    CA
                 92607-9998
                054050-9550
 1/30/2020     (800)275-8777
=============================================           10:05 AM
=============================================
 Product
                    Qty   Unit Price      Price
---------------------------------------------
 PM 2-Day
 Flat Rate Env       1      $7.75         $7.75
     (Domestic)
     (NEW YORK, NY  10014)
     (Expected Delivery Day)
     (Saturday 02/01/2020)
     (USPS Tracking #)
     ( 9505 5065 8891 2030 1877 00)
 Insurance
     (Up to $50.00 included)               $0.00
---------------------------------------------
 Total:
                                           $7.75
---------------------------------------------
 AMEX
     (Account #:XXXXXXXXXXX1046)           $7.75
     (Approval #:867496)
     (Transaction #:089)
     (Receipt #:000089)
     (AID:A000000025010801
     (AL:AMERICAN EXPRESS)                 Chip)
     (PIN:Not Required)
---------------------------------------------

        Receipt #: 840-19260311-1-1059703-1


              Includes up to $50 insurance

        Text your tracking number to 28777
        (2USPS) to get the latest status.
        Standard Message and Data rates may
        apply. You may also visit www.usps.com
        USPS Tracking or call 1-800-222-1811.


        Save this receipt as evidence of
        insurance. For information on filing
             an insurance claim go to
        https://www.usps.com/help/claims.htm

                Preview your Mail
                Track your Packages
                Sign up for FREE @
                www.informeddelivery.com


        All sales final on stamps and postage.
        Refunds for guaranteed services only.
             Thank you for your business.
```