**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------- x
```
|  |  |
|---|---|
| | : **Chapter 11** |
| **In re** | : |
| | : **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : |
| | : **(Jointly Administered)** |
| **Debtors.** | : |
| | : **Ref. Docket Nos. 60396-** |
| | : **60398** |
| | : |
```
------------------------------------------------------------------- x
```

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 7, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 7, 2020, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Wing Chan*
                                                    Wing Chan

Sworn to before me this
10th day of January, 2020
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires January 26, 2021

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or otehwise being assigned the claim.

To:      BAR(23) MAILID *** 000161112998 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000087250



HYPOSWISS PRIVATBANK AG
SCHUTZENGASSE 4
ZURICH CH-8021
 SWITZERLAND

Please note that your claim # 40660 in the above referenced case and in the amount of
$190,000.01 allowed at $105,974.10 has been transferred (unless previously expunged by court order)

MULTIPLICITY PARTNERS AG
TRANSFEROR: HYPOSWISS PRIVATBANK AG
BODMERSTRASSE 5
8002 ZURICH
 SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          60398                    in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  02/07/2020                              Vito Genna, Clerk of Court

/s/Andrea Speelman

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 7, 2020.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HYPOSWISS PRIVATBANK AG | SCHUTZENGASSE 4, ZURICH CH-8021 SWITZERLAND |
| HYPOSWISS PRIVATBANK AG | SCHUTZENGASSE 4, ZURICH CH-8021 SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: HYPOSWISS PRIVATBANK AG, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: HYPOSWISS PRIVATBANK AG, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK, BODMERSTRASSE 5, 8002 ZURICH  SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, BODMERSTRASSE 5, 8002 ZURICH SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, BODMERSTRASSE 5, 8002 ZURICH SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, BODMERSTRASSE 5, 8002 ZURICH SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, BODMERSTRASSE 5, 8002 ZURICH SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, BODMERSTRASSE 5, 8002 ZURICH SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, BODMERSTRASSE 5, 8002 ZURICH SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, BODMERSTRASSE 5, 8002 ZURICH SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, BODMERSTRASSE 5, 8002 ZURICH SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, BODMERSTRASSE 5, 8002 ZURICH SWITZERLAND |
| MULTIPLICITY PARTNERS AG | TRANSFEROR: ST. GALLER KANTONALBANK AG, BODMERSTRASSE 5, 8002 ZURICH SWITZERLAND |
| ST. GALLER KANTONALBANK | TRANSFEROR: UBS AG, ST. LEONHARDSTRASSE 25, ST. GALLEN CH-9001 SWITZERLAND |
| ST. GALLER KANTONALBANK | TRANSFEROR: UBS AG, ST. LEONHARDSTRASSE 25, ST. GALLEN 9000 SWITZERLAND |
| ST. GALLER KANTONALBANK | TRANSFEROR: UBS AG, ATTN: ANINA ZURCHER / SFCA, ST. LEONHARDSTRASSE 25, 9001 ST. GALLEN  SWITZERLAND |
| ST. GALLER KANTONALBANK | TRANSFEROR: UBS AG, ATTN: ANINA ZURCHER / SFCA, ST. LEONHARDSTRASSE 25, 9001 ST. GALLEN  SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: HYPOSWISS PRIVATBANK AG, ST. LEONHARDSTRASSE 25, ST. GALLEN, 9000 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: UBS AG, ST. LEONHARDSTRASSE 25, ST. GALLEN 9001 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: HYPOSWISS PRIVATBANK AG, ST. LEONHARDSTRASSE 25, ST. GALLEN, 9000 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: UBS AG, ST. LEONHARDSTRASSE 25, ST. GALLEN 9001 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: UBS AG, ST. LEONHARDSTRASSE 25, ST. GALLEN 9001 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: UBS AG, ST. LEONHARDSTRASSE 25, ST. GALLEN 9001 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: UBS AG, ST. LEONHARDSTRASSE 25, ST. GALLEN 9001 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: UBS AG, ATTN: ANINA ZURCHER / SFCA, ST. LEONHARDSTRASSE 25, 9001 ST. GALLEN  SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: UBS AG, ATTN: SFCA, ST. LEONHARDSTRASSE 25, ST. GALLEN 9001 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: UBS AG, ST. LEONHARDSTRASSE 25, 9001 ST GALLEN  SWITZERLAND |

| Claim Name | Address Information |
|---|---|
| ST. GALLER KANTONALBANK AG | TRANSFEROR: UBS AG, ST. LEONHARDSTRASSE 25, ST. GALLEN 9001 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: UBS AG, ATTN: ANINA ZURCHER / SFCA, ST. LEONHARDSTRASSE 25, ST. GALLEN 9001 SWITZERLAND |

**Total Creditor Count 36**