**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             : 08-13555 (SCC)
                                                     :
                        Debtors.                     : (Jointly Administered)
------------------------------------------------------------------x

**ORDER GRANTING PLAN ADMINISTRATOR'S OBJECTION TO**
**CERTAIN CLAIMS FILED BY BANK OF AMERICA ON BEHALF OF PYXIS ABS**
**CDO 2007-1 (NO LIABILITY)**

Upon the objection to claims, dated January 15, 2020 (the "Objection"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. ("LBHI") and its Affiliated Debtors, seeking entry of an order disallowing and expunging Claim No. 28327 filed by Bank of America, N.A., as successor by merger to LaSalle Bank National Association ("Bank of America") against Lehman Brothers Special Financing Inc. ("LBSF") and Claim No. 28328 filed by Bank of America against LBHI (collectively, the "Claims"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], all as more fully described in the Objection; and due and proper notice of the Objection having been provided as stated therein, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest,

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Claims are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: February 19, 2020
      New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE