UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                          :     Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     08-13555 (SCC)
                                                               :
                      Debtors.                            :     (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING THE PLAN ADMINISTRATOR'S FIVE-HUNDRED THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (SATISFIED GUARANTEE CLAIMS)

Upon the five-hundred thirty-first omnibus objection to claims, dated November 5, 2019 (the "Objection"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, pursuant to sections 105(a) and 1142 of title 11 of the Bankruptcy Code, Rule 3007(d) of the Bankruptcy Rules, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim (ECF No. 6664), seeking to deem satisfied in full in accordance with the Plan Satisfied ISIN Claims, all as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Satisfied ISIN Claims listed on <u>Exhibit 1</u> annexed hereto are deemed satisfied in full in accordance with the Plan; and it is further

ORDERED that neither the Plan Administrator nor LBHI shall make any further Distribiutions on account of the Satisfied ISIN Cliams listed on <u>Exhibit 1</u> annexed hereto; and

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: February 20, 2020
       New York, New York

<u>/S/ Shelley C. Chapman</u>
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1 to Proposed Order**

**Satisfied ISIN Guarante**

**Exhibit 1**
*Satisifed ISIN Claims*

| ISIN | Blocking Number | Claim Number |
|---|---|---|
| XS0283819562 | 6041182 | 62818 |
| XS0283819562 | 6041183 | 62821 |
| XS0283819562 | 6041184 | 62814 |
| XS0283819562 | 6041185 | 62815 |
| XS0283819562 | 6041186 | 62813 |
| XS0283819562 | 6041187 | 62817 |
| XS0283819562 | 6041188 | 62816 |
| XS0283819562 | 6041189 | 62820 |
| XS0310885933 | 6045572 | 62783 |