# United States Bankruptcy Court

## Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al.*     Case No. 08-13555 (SCC) (Jointly Administered)

### PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claims referenced in this evidence and notice.

| Stonehill Institutional Partners, L.P. | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. |
|---|---|
| Name of Transferee | Name of Transferor |
|  | Claim No.: 3635   Claim Amount: $950,000.00 |
|  | Claim No.: 3642   Claim Amount: $950,000.00 |
| Name and Address where notices to transferee should be sent: | Claim No.: 3638   Claim Amount: $350,000.00 |
|  | Claim No.: 3653   Claim Amount: $350,000.00 |
| c/o Stonehill Institutional Partners, L.P. | Claim No.: 3640   Claim Amount: $100,000.00 |
| 885 Third Avenue, 30th Fl | Claim No.: 3647   Claim Amount: $100,000.00 |
| New York, NY 10022 | Claim No.: 3650   Claim Amount: $300,000.00 |
|  | Claim No.: 3649   Claim Amount: $300,000.00 |
|  | Claim No.: 3652   Claim Amount: $1,225,000.00 |
|  | Claim No.: 3634   Claim Amount: $1,225,000.00 |
|  | Date Claims Filed: July 10, 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Stonehill Institutional Partners, L.P.
By: Stonehill Capital Management LLC, its Investment Adviser

By: *Paul Malek*     Date: February 11, 2020
Name: Paul Malek
Title: General Counsel

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**C.V.I. G.V.F. (LUX) MASTER S.A.R.L.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a participation of claim agreement, Seller hereby unconditionally and irrevocably sells, transfers and assigns to **Stonehill Institutional Partners, L.P.** its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc, and Lehman Brothers Special Financing, Inc as listed below (the "Claims") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| Claim Number | Debtor | Claim Amount Transferred | Existing Event Docket Reference |
|---|---|---|---|
| 3635 | LBSF | $950,000.00 | 4328 |
| 3642 | LBHI | $950,000.00 | 5131 |
| 3638 | LBSF | $350,000.00 | 4356 |
| 3653 | LBHI | $350,000.00 | 4345 |
| 3640 | LBSF | $100,000.00 | 4333 |
| 3647 | LBHI | $100,000.00 | 4339 |
| 3650 | LBSF | $300,000.00 | 4342 |
| 3649 | LBHI | $300,000.00 | 4341 |
| 3652 | LBSF | $1,225,000.00 | 4344 |
| 3634 | LBHI | $1,225,000.00 | 4327 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of February ___, 2020.

| C.V.I. G.V.F. (LUX) MASTER S.A.R.L.<br>By: Carval Investors, LP,<br>Its Attorney-In-Fact<br><br>By: _____<br>Name: Jeremiah Gerhardson<br>Title: Authorized Signer | STONEHILL INSTITUTIONAL PARTNERS, L.P.<br>By: Stonehill Capital Management LLC, its Investment Adviser<br><br>By: _Paul Malek_____<br>Name: Paul Malek<br>Title: General Counsel, Authorized Signatory |
|---|---|