FILED / RECEIVED

FEB 1 4 2020

EPIQ

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _Lehman Brothers Holdings, Inc._    Case No. _08-13555_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Sokolova Anastasia_
**Name of Transferee**

_Sokolov Vladimir_
_Sokolova Natalia_
**Name of Transferor**

Name and Address where notices to transferee should be sent: _Moscow, Prospekt Mira, 118-20, 129164    stasyasokolova@mail.ru_

Court Claim # (if known): _63541_
Amount of Claim: _$191,910.58_
Date Claim Filed: _11.02.2009_

Phone: _+7-915-997-69-40_
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: _02.13.2020_
**Transferee/Transferee's Agent**

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.