```
FILED / RECEIVED
FEB 1 2 2020
EPIQ
```

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc, et al.      ,    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Southey Capital Ltd
Name of Transferee

Mr Johannes Kux
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 31134
Amount of Claim: $70,755.00
Date Claim Filed: 09/22/2009

Phone: +44 203 745 7940
Last Four Digits of Acct #: _____

Phone: +49 4321 852555
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]              Date: 12 Feb 2020
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.