# United States Bankruptcy Court
## Southern District of New York

FEB 20 2020

In re:  Lehman Brothers Special Financing (Debtor)
Case Number 08-13555

Court ID (Court use only)_____

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer of the claim referenced in this evidence and notice.

Name of Transferee
**Corre Opportunities Qualified Master Fund, LP**
Name and Address where notices to transferee should be sent:
Court Record Address of Transferor
(Court Use Only)

**Corre Opportunities Qualified Master Fund, LP**
12 East 49th Street, Suite 4003
New York, NY 10017
Attn: Claims Processing (Bankruptcy)

Phone:
646.863.7151

Last Four Digits of Account #:_____

Name and Address where transferee payments should be sent (if different from above)

Phone: *Same as Above*

Last Four Digits of Account #:_____

Name of Transferor
**Corre Opportunities II Master Fund, LP**

Last Four Digits of Account #:_____

Name and Current Address of Transferor

**Corre Opportunities II Master Fund, LP**
12 East 49th Street, Suite 4003
New York, NY 10017
Attn: Claims Processing (Bankruptcy)

**Partial Transfer Claim Amount: $83,597.00**
Phone:

Last Four Digits of Account #:_____

Court Claim # (if known): 10340.05
Date Claim Filed:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/Ryan Quinn_____    Date:   01/29/2020
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                            _____
                                                     CLERK OF THE COURT

## NOTICE OF PARTIAL CLAIMS PURCHASE AGREEMENT
## CLAIM REFERENCE NUMBER 10340.05

**CORRE OPPORTUNITIES II MASTER FUND, LP** (as assignee of Yorvik Partners LLP) a Delaware limited partnership, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP**, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the partial principal amount of **$83,597.00** (defined as the "Claim") against **LEHMAN BROTHERS SPECIAL FINANCING** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, Southern District of New York or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case No. 08-13555 defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the 24 day of January in the year of 2020

WITNESS _____
(Signature)
Ryan Quinn  Trade Claim Analyst
(Print Name and Title Of Witness)

CORRE OPPORTUNITIES II MASTER FUND, LP
_____
(Signature of Corporate Officer)
Eric Soderlund  Authorized Signatory
(Print Name and Title of Corporate Officer)

WITNESS _____
(Signature)
Ryan Quinn  Trade Claim Analyst
(Print Name and Title of Witness)

CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP
_____
(Signature of Corporate Officer)
Eric Soderlund  Authorized Signatory
(Print Name and Title of Corporate Officer)

**Exhibit "A"**