FILED / RECEIVED

FEB 1·8 2020

EPIQ

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDINGS, INC   Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

STANDARD BANK JERSEY
Name of Transferee

BBH.
Name of Transferor

Name and Address where notices to transferee should be sent: STANDARD BANK JERSEY LTD. LA MOTTE STREET, ST HELIER, JERSEY, JE2 4S2.

Court Claim # (if known): 56986
Amount of Claim: $6,430,461·08
Date Claim Filed: Oct 30 2009.

Phone: +44 1534 881262.
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

FEB 2 4 2020

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: _____
Transferee/Transferee's Agent
NATALIE RUELLAN.
STANDARD BANK JERSEY LTD.

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 & 3571

DEREK JACKSON
STANDARD BANK JERSEY LTD.