**Schedule B**

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,        Case No. 08-13555 (SCC)
                                                      (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Mr. Wan Kai Hung** | **The Hongkong and Shanghai Banking Corporation Limited, Singapore branch** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: Mr. Wan Kai Hung, Blk G, 2/F East Sun Industrial Centre, No.16 Shing Yip Street, Kwun Tong, Kowloon, Hong Kong

Phone: +852 2428 4343(office),
         +852 6114 7760(mobile)
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):
**As above**

Phone: **As above**
Last Four Digits of Acct. #:

Court Claim # (if known): 56671

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Date Claim Filed: 29 October 2009

Phone: +852 3604 7640
Last Four Digits of Acct. #: **6253**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_        Date: 29-11-2019

Transferee/Transferee's Agent
Name: **Wan Kai Hung**
Title: Mr

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RESTRICTED