Joseph Waske
22862 Via Genoa
Dana Point, CA 92629
949-517-8330
jwaske3@yahoo.com


### UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph Waske,<br><br>     vs.<br><br>Lehman Brothers Holdings INC.,<br><br>et al,<br><br>Debtors. | Case No.: 08-13555 (SCC)<br><br>(Jointly Administered)<br><br>Docket #60337 |

RECEIVED
FEB 25 2020
U.S. BANKRUPTCY COURT

---

### MOTION TO RESERVE FOR MOTION TO RECLASSIFY

TO THE HONORABLE SHELLEY C CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

Joseph Waske, as Pro Se, requests the honorable court to set up a reserve for the "Motion to Reclassify" (Docket #60337) pursuant to section 13.10 of the Modified Third Amended Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors "The Plan" and sections 105(a), 502(c) and 1142(b) of title 11 of the United States Code (the "Bankruptcy Code"). Joseph Waske respectfully states as follows:

<u>Preliminary Statement</u>

1. Joseph Waske is requesting the honorable court to grant a reserve because of the character of the arguments being

made. Joseph Waske and the Joinders reserve all their rights under section 13.10 of the "The Plan".

2. There is a classification error that provides legal grounds for Joseph Waske to establish a reserve. The error has been unintentionally or intentionally disregarded and omitted in texts by the Plan Administrator and the Debtor. This omission has led to incorrectly classifying the Lehman Brothers Holdings Inc. Capital Trusts III, IV, V and VI into a subordinated 10B class.

3. Joseph Waske filed the motion Docket #60337 to seek the courts help in order to correct the error and reclassify the Lehman Brother Holdings Inc. Capital Trusts III, IV, V and VI into the appropriate proper class.

4. "The Plan" does not provide protection for errors nor does bankruptcy or contract law. "The Plan" was not compiled to knowingly disregard or ignore unintentional errors by the Plan Administrator or the Debtor. The Debtor and the Plan Administrator have an obligation to fix all errors once they have been documented and presented.

5. The Definition of the Trust Securities offered by the Lehman Brothers Inc Capital Trust III, IV, V and VI through the disclosure statements is shown on Exhibit A. LBHI equity (preferred and common shares) are not the same as the Lehman Brothers Holdings Inc. Capital Trust Securities offered by Lehman Brothers Holdings Inc. Capital Trust III, IV, V and VI. The Lehman Brothers Holdings Inc. Capital Trusts III, IV, V and VI are separate entities that LBHI established. The trusts preferred securities had specific senior preferred parity rights to LBHI and its affiliates most senior preference shares. The LBHI Capital Trust Securities are not subordinate to equity securities of any LBHI's affiliates. The subordinate guarantee only applies to liabilities of LBHI and not its affiliate's equity as stated within each prospectus.

6. After further analysis, the relief sought in the "Motion to Reclassify" from both the legal prospectus contractual language and the financial recoveries provided by LBHI or affiliates to other senior preferred equity or senior preferred trust shares, Joseph Waske and the Joinders submit that such relief is reasonable and appropriate under the circumstances. We ask that the relief be granted by the Court.

## Jurisdiction

7. The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and Article XIV, Section 14.1(h) of the Plan. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. §§ 157(b). The statutory bases for the relief requested in this motion are sections 105(a) and 1141 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code").

## Statement

8. Joseph Waske relied on knowledge of June 19, 2019 transcripts (Docket #59614) regarding the general guarantee/BOD Resolution/Global Guarantee. Joseph Waske is also aware of the terms of the subordinated guarantee offered by the Lehman Brother Holdings Inc. Capital Trusts III, IV, V and VI. Joseph Waske filed the "Motion to Reclassify." (ECF No. 60337) as a holder of Capital Trust Preferred shares and as allowed within the prospectus rights since the guarantee trustees failure to act. Additionally, with knowledge the senior preferred parity

rights and that the prospectus covenants have not been
honored or acknowledged.


9. There is a need to reclassify the Lehman Brothers Holdings
Inc. Capital Trusts III, IV, V and VI, because the current
class 10B is incorrect.  The Lehman Brothers Holdings Inc.
Capital Trusts III, IV, V and VI are in parity with the
most senior preference shares of LBHI and its AFFILIATES as
argued on the "Motion to Reclassify" (ECF No. 60337) and the
Joinder's letters addressed to the court.


10.    The current classification of the Lehman Brothers
Holding Inc. Capital Trusts III, IV, V and VI in class 10B
is for subordinated debt. The description of Class 10B can
be found on Exhibit B from the disclosure statements. The
disclosure statements pertaining to Lehman Brothers
Holdings Inc and its 12 classes under the LBHI bankruptcy.
"The Company" refers to LBHI only and is clearly stated on
the title. The Lehman Brothers Holdings Inc Capital Trusts
III, IV, V and VI are not subordinated debt based on the
general guarantee and the prospectus guarantee's parity
rights to LBHI and its Affiliates. Lehman Brothers Holdings
Inc. Capital Trusts III, IV, V and VI are in parity at
least with the LBIE's Senior Preference Shares, Neuberger

Berman's equity shares during the bankruptcy process, the
ECAPS preference shares, or LBMB's affiliate equity –
whichever equity has been classed higher. All of these
preferred securities are a part of the Lehman Brothers
Bankruptcy globally and domestically as an affiliate or
subsidiary. The Lehman Brothers Holdings Inc. Capital
Trusts III, VI, V and VI preferred shares are not
subordinated to LBHI's Equity or the Equity of LBHI's
affiliates.   This Senior Preferred parity and the error of
placing the Lehman Brothers Holdings Inc. Capital Trust
III, IV, V and VI in class 10B. Further, the set-off
provisions provided for within each prospectus, a reserve
should be allowed to be established. The Neuberger Berman
preferred security transaction was completed after the
bankruptcy was filed.   The LBMB preferred security
transactions were also completed after the bankruptcy was
filed. The ECAPs settlement in which the trust preferred
equity saw benefits occurred recently during the
bankruptcy.   The Neuberger Berman, LBMB as well as other
transactions completed before the POR was approved and
before the disclosure statement was ratified.   The Debtor
and the Plan Administrator knew the Lehman Brothers
Holdings Inc. Capital Trusts III, IV, V and VI were in
parity with affiliates' and subsidiaries' senior preference

equity or equity prior to placing the LBHI's Capital Trust
III, IV, V and VI into class 10B which is a subordinated
debt class.  That is an error the Debtor and the Plan
Administrator must now correct and reclassify the LBHI's CT
III, IV, V and VI to its proper class.

11.     It is unclear to why the words "affiliate" and
"parity" have been and continue to be omitted by the Plan
Administrator when clearly it is an obligation to them.  It
is disturbing to this date the words "Affiliate" and
"parity" are routinely ignored by the Plan Administrator
even though its clearly stated in each Capital Trust
Securities Prospectus. If the error is unintentional, a
reserve should be granted and the Debtor should correct the
error.

12.     The Plan Administrator and management of the Debtor
has changed since the Plan of Reorganization and the
creation of the disclosure statements.  The prior plan
administrator and LBHI estate management is believed to be
relieved off all liabilities before resigning and the
current Plan Administrator or Debtor will not be held
accountable for the past work. Lehman Brothers Holding Inc
(The Debtor) as an entity can be held responsible for

intentional or unintentional misdeeds through enforcement by the courts and review of the bankruptcy. Joseph Waske is seeking the court to look into the matter and grant this reserve request to protect involved Capital Trust preferred shareholders of the Lehman Brothers Holdings Inc. Capital Trusts III, IV, V and VI from further harm. The trustee has also been contacted in the past. An error has been brought to the attention of the Debtor and Plan Administrator through this honorable court.

13.     The Affiliate Senior Preferred parity combined with the dividend and payment stopper language within each Lehman Brothers Capital Trust III, IV, V,  IV preferred security prospectus "Important Covenants" should define where the Lehman Brothers Capital Trust III, IV, V, IV preferred securities rank. The dividend and payment stopper covenant language clearly states:

**"Important Covenants Of Lehman Brothers Holdings**

**In the guarantee, Lehman Brothers Holdings will covenant that,**

**so long as any trust securities remain outstanding, if:**

- there shall have occurred any event of default under the indenture,

- Lehman Brothers Holdings shall be in default with respect to its payment of any obligations under the guarantee, or

- Lehman Brothers Holdings shall have given notice of its election to defer interest payments and shall not have rescinded such notice, and while such interest is deferred, then **Lehman Brothers Holdings** will not, and **will not permit any subsidiary** to:

- **declare or pay any dividends or distributions on, or redeem, purchase, acquire or make a liquidation payment with respect to, any of Lehman Brothers Holdings' capital stock**, or

- make any payment of principal, interest or premium, if any, on or repay, repurchase or redeem any debt securities of Lehman Brothers Holdings that rank on a parity with or junior in interest to the junior subordinated debt securities **or make any guarantee payments with respect to any guarantee by Lehman Brothers Holdings of the debt securities of any subsidiary of Lehman Brothers Holdings if such guarantee ranks on a parity with or junior in interest to such junior subordinated debt securities, other than**

  - **dividends or distributions in common stock of Lehman Brothers Holdings,**
  - **payments under the guarantee made by Lehman Brothers Holdings in respect of the trust securities of the trust,**
  - **any declaration of a dividend in connection with the implementation of a shareholders' rights plan, or the issuance of stock under any such plan in the future, or the**

**redemption or repurchase of any such rights pursuant thereto, and**

• purchases of common stock related to the issuance of common stock or rights under any of Lehman Brothers Holdings' benefit plans." (Exhibit D)

14.    The amount Joseph Waske and the Joinders seek to reserve is $71,698,276. Please see Exhibit C.

## RESERVATION OF RIGHTS

Joseph Waske and the joinder group reserve all rights under the law and do not waive any rights including being able to purchase additional Capital Trust III, IV, V, IV preferred shares in the open market.

## CONCLUSION

For all the reasons set forth herein and in the Motion, Joseph Waske respectfully requests that the Court grant a reserve to be established for the amount requested and grant such other relief as is just.

Respectfully Submitted,
Dated this 14th day of February, 2020

Joseph Waske
22862 Via Genoa
Dana Point, CA 92629

Exhibit A

for six or more quarters, whether or not consecutive, the authorized number of directors of LBHI would have automatically increased by two. The holders of the series C, D, F or G Preferred Stock had the right, with holders of any other equally-ranked series of Preferred Stock, to elect two directors to fill such newly created directorships until the dividends in arrears were paid.

In March 2008, LBHI issued $4 billion aggregate liquidation preference of 7.25% Non-Cumulative Perpetual Convertible Preferred Stock, series P. On June 12, 2008, LBHI issued two million shares ($2 billion aggregate liquidation preference) of 8.75% Non-Cumulative Mandatory Convertible Preferred Stock, series Q.

### g. Common Stock

As of August 31, 2008, LBHI had 689,030,169 shares of Common Stock outstanding. As of the Commencement Date, the largest holders of LBHI Common Stock were (i) AXA and related parties owning 40,094,986 shares, or 7.25%; (ii) ClearBridge Advisors, LLC and related parties owning 34,980,989 shares, or 6.33%, and (iii) FMR LLC and related parties owning 32,441,882 shares, or 5.87%.

In 1997, LBHI established an irrevocable grantor trust (the "RSU Trust") to provide Common Stock voting rights to employees who held outstanding restricted stock units ("RSUs"). In 2007, 2006 and 2005, LBHI transferred 24.5 million, 21.0 million and 22.0 million treasury shares, respectively, into the RSU Trust. At November 30, 2007, approximately 72.5 million shares were held in the RSU Trust with a total value of approximately $2.3 billion.

### h. Trust Securities

Lehman formed certain trusts or limited partnerships (collectively, the "Trusts"), which acquired Lehman's junior subordinated notes and issued trust preferred securities secured by Lehman's junior subordinated securities.

Exhibit B

Additionally, in the case of LBHI, the following also does not constitute Senior Debt:

(x) indebtedness for goods or materials purchased in the ordinary course of business or for services obtained in the ordinary course of business or indebtedness consisting of trade payables or

(y) indebtedness which is subordinated to any obligation of LBHI of the type specified in clauses (a) through (d) above.

The effect of clause (y) is that LBHI may not issue or assume any indebtedness for money borrowed which is junior to the Senior Debt and senior to the Subordinated Debt.

*See* Fiscal Agency Agreement at p. 46.

### 2.    LBHI Subordinated Class 10B Notes

#### a.    Supplemental Indentures 4, 5, 6 & 7

The (1) **Fourth Supplemental Indenture**, dated as of March 17, 2003; (2) **Fifth Supplemental Indenture**, dated as of October 31, 2003; (3) **Sixth Supplemental Indenture**, dated as of April 22, 2004; and (4) **Seventh Supplemental Indenture**, dated as of January 18, 2005, provide that:

The Company agrees, and each Holder of the Securities and related coupons by his acceptance thereof likewise agrees, that the payment of the principal of (and premium, if any) and interest, if any, on the Securities and related coupons is subordinated, to the extent and in the manner provided in this Article, to the prior payment in full when due of the principal of (and premium, if any) and interest, if any, on all Senior Debt.

"Senior Debt" means:

all obligations (whether now outstanding or hereafter created, assumed or incurred) for the payment of which the Company is responsible or liable as obligor, guarantor or otherwise in respect of all principal of (and premium, if any) and interest if any (including any interest, if any, accruing subsequent to the commencement of a proceeding in bankruptcy by or against the Company) on

(i) any indebtedness for money borrowed or evidenced by bonds, notes, debentures or similar instruments,

(ii) indebtedness under capitalized leases,

Exhibit B

(iii) any indebtedness representing the deferred and unpaid purchase price of any property or business, and

(iv) all deferrals, renewals, extensions and refundings of any such indebtedness or obligation;

provided, that the following shall not constitute Senior Debt:

(a) indebtedness evidenced by the Securities and related coupons,

(b) indebtedness which is expressly made equal in right of payment with the Securities or subordinate and subject in right of payment to the Securities,

(c) indebtedness for goods or materials purchased in the ordinary course of business or for services obtained in the ordinary course of business or indebtedness consisting of trade payables, or

(d) indebtedness which is subordinated to any obligation of the type specified in clauses (i) through (iv) above.

*See* Indenture at §1401 (Supplemental Indentures 4, 5, 6 & 7 do not amend §1401 of the Indenture).

<center>b.    <strong>Supplemental Indentures 9, 10, 13, 14, 15 & 16</strong></center>

The (1) **Ninth Supplemental Indenture**, dated as of October 24, 2006; the **Tenth Supplemental Indenture**, dated as of May 1, 2007; (2) **Thirteenth Supplemental Indenture**, dated as of July 19, 2007; (3) **Fourteenth Supplemental Indenture**, dated as of July 19, 2007; (4) **Fifteenth Supplemental Indenture**, dated as of December 21, 2007; and (5) **Sixteenth Supplemental Indenture**, dated as of May 9, 2008, provide that:

> The Company agrees, and each Holder of the Subordinated Notes and related coupons by his acceptance thereof likewise agrees, that the payment of the principal of (and premium, if any) and interest, if any, on the Subordinated Notes and related coupons is subordinated, to the extent and in the manner provided in this Article 14, to the prior payment in full when due of the principal of (and premium, if any) and interest, if any, on (i) all Senior Debt and (ii) under the circumstances described in Section 1412, Other Financial Obligations.

Exhibit B

"Senior Debt" means:

all obligations (whether now outstanding or hereafter created, assumed or incurred) for the payment of which the Company is responsible or liable as obligor, guarantor or otherwise in respect of all principal of (and premium, if any) and interest if any (including any interest, if any, accruing subsequent to the commencement of a proceeding in bankruptcy by or against the Company) on

(i) any indebtedness for money borrowed or evidenced by bonds, notes, debentures or similar instruments,

(ii) indebtedness under capitalized leases,

(iii) any indebtedness representing the deferred and unpaid purchase price of any property or business,

(iv) indebtedness for money borrowed by another person that the Company guarantees, and

(v) all deferrals, renewals, extensions and refundings of any such indebtedness or obligation;

provided, that the following shall not constitute Senior Debt:

(a) indebtedness evidenced by the Subordinated Notes and related coupons,

(b) indebtedness which is expressly made equal in right of payment with the Subordinated Notes or subordinate and subject in right of payment to the Subordinated Notes,

(c) indebtedness for goods or materials purchased in the ordinary course of business or for services obtained in the ordinary course of business or indebtedness consisting of trade payables, or

(d) indebtedness which is subordinated to any obligation of the type specified in clauses (i) through (v) above.

"Other Financial Obligations" means:

all obligations (whether now outstanding or hereafter created, assumed or incurred) for the payment of which the Company is responsible or liable as obligor, guarantor or otherwise in respect of all principal of (and premium, if any) and interest if any

10-9

Exhibit B

(including any interest, if any, accruing subsequent to the commencement of a proceeding in bankruptcy by or against the Company) in respect to derivative products (including without limitation, interest and foreign exchange rate contracts, commodity contracts and similar arrangements) except any such obligations that are expressly stated to have the same rank as or not to be senior to the Subordinated Notes.

*See, e.g.*, Ninth Supplemental Indenture at § 2.3 (amending §1401 of the Indenture in its entirety).

3.      **LBHI Subordinated Class 10C Notes**

The (1) **Eleventh Supplemental Indenture**, dated as of May 17, 2007, and (2) **Twelfth Supplemental Indenture**, dated as of May 17, 2007, provides that:

The Company agrees, and each Holder of the Junior Subordinated Debentures and related coupons by his acceptance thereof likewise agrees, that the payment of the principal of (and premium, if any) and interest, if any, on the Junior Subordinated Debentures and related coupons is subordinated, to the extent and in the manner provided in this Article 14, to the prior payment in full when due of the principal of (and premium, if any) and interest, if any, on (i) all Junior Subordinated Debentures[8] and (ii) under the circumstances described in Section 1412[9], Other Financial Obligations.

"Senior Debt" means:

---

[8]      The heading of this section reads "Section 1401. *Junior Subordinated Debentures Subordinated to Senior Debt and Other Financial Obligations.*" However, the first sentence of this definition states that the Junior Subordinated Debentures are subordinated to "all Junior Subordinated Debentures." The Debtors believe that the reference to "all Junior Subordinated Debentures" was a typographical error and that the clear intent (as reflected in the definitive Junior Subordinated Debentures themselves) was to subordinate the Junior Subordinated Debentures to all Senior Debt.

[9]      Unlike Section 1412 of Supplemental Indentures 9, 10, 13, 14, 15 and 16, Section 1412 of Supplemental Indentures 11 and 12 makes no reference to Other Financial Obligations, but provides that under certain circumstances the subordination in Section 14 will cease to apply to the Junior Subordinated Notes. For various reasons, the Debtors believe that this is a drafting error in the documents and that it was intended that the Junior Subordinated Debentures are subordinated to "Other Financial Obligations" to the same extent as in Supplemental Indentures 9, 10, 13, 14, 15 and 16 – i.e., that "Other Financial Obligations" are entitled to "Excess Proceeds" only after "Senior Debt has been paid in full. However, because Senior Debt will not be satisfied in full, and, thus, there will be no "Excess Proceeds," "Other Financial Obligations" are not classified as senior claims by the Plan. Thus, whether the Junior Subordinated Notes are subordinated to "Other Financial Obligations" under Supplemental Indentures 11 and 12 is irrelevant.

*Exhibit C*

**LBHI CT Holdings Post June 19th, 2019**

**Redemption Value @$25 per share**

**Brokerage**

| Symbol | Name | Number of Shares |
|--------|------|------------------|
| LEHKQ | Lehman Brothers Holdings Capital Trust III | - |
| LEHLQ | Lehman Brothers Holdings Capital Trust IV | 2,000 |
| LHHMQ | Lehman Brothers Holdings Capital Trust V | - |
| LEHNQ | Lehman Brothers Holdings Capital Trust VI | 6,160 |

|  | | |
|--|--|--|
| | 434,684 | Total Shares |
| | $10,867,100.00 | Redemption Value |

**Roth/IRA**

| Symbol | Name | Number of Shares |
|--------|------|------------------|
| LEHKQ | Lehman Brothers Holdings Capital Trust III | 122,495 |
| LEHLQ | Lehman Brothers Holdings Capital Trust IV | 99,001 |
| LHHMQ | Lehman Brothers Holdings Capital Trust V | 76,301 |
| LEHNQ | Lehman Brothers Holdings Capital Trust VI | 128,727 |

**Interest**

| Symbol | Name | Number of Shares | Redemption Value at $25 per share | Number of Quarters** | Interest Rate | Total Interest |
|--------|------|------------------|-----------------------------------|----------------------|---------------|----------------|
| LEHKQ | Lehman Brothers Holdings Capital Trust III | 122495 | 3,062,375 | 42 | 0.06375 | $  8,199,509.06 |
| LEHLQ | Lehman Brothers Holdings Capital Trust IV | 101001 | 2,525,025 | 42 | 0.06375 | $  6,760,754.44 |
| LHHMQ | Lehman Brothers Holdings Capital Trust V | 76301 | 1,907,525 | 42 | 0.06 | $  4,806,963.00 |
| LEHNQ | Lehman Brothers Holdings Capital Trust VI | 134887 | 3,372,175 | 42 | 0.0624 | $  8,837,796.24 |

|  | | |
|--|--|--|
| | 434,684 | Total Shares |
| | $28,605,023 | Total Interest |

*** September 15, 2008 through September 2019 = 42 Quarters*

**\*IRA/ROTH IRA Tax Exempt Addback @ 39% tax rate**          =(abd)+c

| | | a | b | c | d | |
|--|--|---|---|---|---|--|
| Symbol | Name | Number of Shares | RV @ $25 per share | Interest/Dividends | Tax Rate 39% Ordinary Income | Total Tax Addback |
| LEHKQ | Lehman Brothers Holdings Capital Trust III | 122495 | 25 | $  8,199,509.06 | **0.39 | $  9,393,835.31 |
| LEHLQ | Lehman Brothers Holdings Capital Trust IV | 99001 | 25 | $  6,626,879.44 | **0.39 | $  7,592,139.19 |
| LHHMQ | Lehman Brothers Holdings Capital Trust V | 76301 | 25 | $  4,806,963.00 | **0.39 | $  5,550,897.75 |
| LEHNQ | Lehman Brothers Holdings Capital Trust VI | 128727 | 25 | $  8,434,193.04 | **0.39 | $  9,689,281.29 |
| | | 426,524 | Total Shares | | | |

| | | |
|--|--|--|
| $  32,226,153.54 | Total Tax Addback | |

| | | |
|--|--|--|
| $  71,698,276.28 | Total To Be Reserved | |

*Tax Addback is to reserve for taxes from tax exempt vehicles with proceeds not being included in the Roth/IRA
** ONLY IRA/ROTH IRA Shares (Net Brokerage Shares)

**LBHI CT Holdings Post June 19th, 2019**    Waske

Redemption Value @$25 per share
Brokerage                                                            Roth/IRA

| Symbol | Name | Number of Shares |  | Symbol | Name | Number of Shares |
|--------|------|------------------|--|--------|------|------------------|
| LEHKQ | Lehman Brothers Holdings Capital Trust III | | | LEHKQ | Lehman Brothers Holdings Capital Trust III | 121.525 |
| LEHLQ | Lehman Brothers Holdings Capital Trust IV | | | LEHLQ | Lehman Brothers Holdings Capital Trust IV | 93528 |
| LHHMQ | Lehman Brothers Holdings Capital Trust V | | | LHHMQ | Lehman Brothers Holdings Capital Trust V | 76049 |
| LEHNQ | Lehman Brothers Holdings Capital Trust VI | | | LEHNQ | Lehman Brothers Holdings Capital Trust VI | 127865 |

418,967    Total Shares

$10,474,175.00    Redemption Value

Interest

| Symbol | Name | Number of Shares | Redemption Value at $25 per share | Number of Quarters** | Interest Rate | Total Interest | |
|--------|------|------------------|-----------------------------------|----------------------|---------------|----------------|--|
| LEHKQ | Lehman Brothers Holdings Capital Trust III | 121525 | 3,038,125 | 42 | 0.06375 | $ | 8,134,579.69 |
| LEHLQ | Lehman Brothers Holdings Capital Trust IV | 93528 | 2,338,200 | 42 | 0.06375 | $ | 6,260,530.50 |
| LHHMQ | Lehman Brothers Holdings Capital Trust V | 76049 | 1,901,225 | 42 | 0.06 | $ | 4,791,087.00 |
| LEHNQ | Lehman Brothers Holdings Capital Trust VI | 127865 | 3,196,625 | 42 | 0.0624 | $ | 8,377,714.80 |

418,967    Total Shares

$27,563,912    Total Interest

** September 15, 2008 through September 2019 = 42 Quarters

| *IRA/ROTH IRA Tax Exempt Addback @ 39% tax rate | | =(abd)+c | | | | |
|---|---|---|---|---|---|---|
| | | a | b | c | d | |
| Symbol | Name | Number of Shares | RV @ $25 per share | Interest/Dividends | Tax Rate 39% Ordinary Income | Total Tax Addback |
| LEHKQ | Lehman Brothers Holdings Capital Trust III | 0 | 25 | $  8,134,579.69 | **0.39 | $  8,134,579.69 |
| LEHLQ | Lehman Brothers Holdings Capital Trust IV | 0 | 25 | $  6,260,530.50 | **0.39 | $  6,260,530.50 |
| LHHMQ | Lehman Brothers Holdings Capital Trust V | 0 | 25 | $  4,791,087.00 | **0.39 | $  4,791,087.00 |
| LEHNQ | Lehman Brothers Holdings Capital Trust VI | 0 | 25 | $  8,377,714.80 | **0.39 | $  8,377,714.80 |

$    -    Total Shares

$    27,563,911.99    Total Tax Addback

65,601,998.98    Total To Be Reserved

*Tax Addback is to reserve for taxes from tax exempt vehicles with proceeds not being included in the Roth/IRA
** ONLY IRA/ROTH IRA Shares (Net Brokerage Shares)

LBHI CT Holdings Post June 19th, 2019                    Wu

**Redemption Value @$25 per share**
**Brokerage**                                                              Roth/IRA

| Symbol | Name | Number of Shares | | Symbol | Name | Number of Shares |
|--------|------|------------------|--|--------|------|------------------|
| LEHKQ | Lehman Brothers Holdings Capital Trust III | | | LEHKQ | Lehman Brothers Holdings Capital Trust III | 970 |
| LEHLQ | Lehman Brothers Holdings Capital Trust IV | | | LEHLQ | Lehman Brothers Holdings Capital Trust IV | 5473 |
| LHHMQ | Lehman Brothers Holdings Capital Trust V | | | LHHMQ | Lehman Brothers Holdings Capital Trust V | 252 |
| LEHNQ | Lehman Brothers Holdings Capital Trust VI | 1260 | | LEHNQ | Lehman Brothers Holdings Capital Trust VI | 862 |

|  | 8,817 | Total Shares |
|--|-------|-------------|
|  | $220,425.00 | Redemption Value |

**Interest**

| Symbol | Name | Number of Shares | Redemption Value at $25 per share | Number of Quarters** | Interest Rate | | Total Interest | |
|--------|------|------------------|-----------------------------------|----------------------|---------------|--|----------------|--|
| LEHKQ | Lehman Brothers Holdings Capital Trust III | 970 | 24,250 | 42 | 0.06375 | $ | 64,929.38 |
| LEHLQ | Lehman Brothers Holdings Capital Trust IV | 5473 | 136,825 | 42 | 0.06375 | $ | 366,348.94 |
| LHHMQ | Lehman Brothers Holdings Capital Trust V | 252 | 6,300 | 42 | 0.06 | $ | 15,876.00 |
| LEHNQ | Lehman Brothers Holdings Capital Trust VI | 2122 | 53,050 | 42 | 0.0624 | $ | 139,033.44 |

|  | 8,817 | Total Shares |
|--|-------|-------------|
|  | $586,188 | Total Interest |

** September 15, 2008 through September 2019 = 42 Quarters

**'IRA/ROTH IRA Tax Exempt Addback @ 39% tax rate**    =(abd)+c

| | | a | b | c | | d | | | |
| Symbol | Name | Number of Shares | RV @ $25 per share | Interest/Dividends | | Tax Rate 39% Ordinary Income | | Total Tax Addback | |
|--------|------|------------------|--------------------|--------------------|--|------------------------------|--|-------------------|--|
| LEHKQ | Lehman Brothers Holdings Capital Trust III | 970 | 25 | $ | 64,929.38 ** | 0.39 | $ | 74,386.88 |
| LEHLQ | Lehman Brothers Holdings Capital Trust IV | 5473 | 25 | $ | 366,348.94 ** | 0.39 | $ | 419,710.69 |
| LHHMQ | Lehman Brothers Holdings Capital Trust V | 252 | 25 | $ | 15,876.00 ** | 0.39 | $ | 18,333.00 |
| LEHNQ | Lehman Brothers Holdings Capital Trust VI | 862 | 25 | $ | 56,478.24 ** | 0.39 | $ | 64,882.74 |
| | | 7,557 | Total Shares | | | | | |

| $ | 577,313.30 | Total Tax Addback |
|---|------------|-------------------|

| 1,383,926.06 | Total To Be Reserved |
|--------------|----------------------|

*Tax Addback is to reserve for taxes from tax exempt vehicles with proceeds not being included in the Roth/IRA
** ONLY IRA/ROTH IRA Shares (Net Brokerage Shares)

Exhibit C

LBHI CT Holdings Post June 19th, 2019     Blaze

Redemption Value @$25 per share

**Brokerage**

| Symbol | Name | Number of Shares |
|---|---|---|
| LEHKQ | Lehman Brothers Holdings Capital Trust III | |
| LEHLQ | Lehman Brothers Holdings Capital Trust IV | 2000 |
| LHHMQ | Lehman Brothers Holdings Capital Trust V | |
| LEHNQ | Lehman Brothers Holdings Capital Trust VI | 2600 |
| | | 4,600  Total Shares |
| | | $115,000.00  Redemption Value |

**Roth/IRA**

| Symbol | Name | Number of Shares |
|---|---|---|
| LEHKQ | Lehman Brothers Holdings Capital Trust III | |
| LEHLQ | Lehman Brothers Holdings Capital Trust IV | |
| LHHMQ | Lehman Brothers Holdings Capital Trust V | |
| LEHNQ | Lehman Brothers Holdings Capital Trust VI | |

**Interest**

| Symbol | Name | Number of Shares | Redemption Value at $25 per share | Number of Quarters** | Interest Rate | | Total Interest |
|---|---|---|---|---|---|---|---|
| LEHKQ | Lehman Brothers Holdings Capital Trust III | 0 | - | 42 | 0.06375 | $ | - |
| LEHLQ | Lehman Brothers Holdings Capital Trust IV | 2000 | 50,000 | 42 | 0.06375 | $ | 133,875.00 |
| LHHMQ | Lehman Brothers Holdings Capital Trust V | 0 | - | 42 | 0.06 | $ | - |
| LEHNQ | Lehman Brothers Holdings Capital Trust VI | 2600 | 65,000 | 42 | 0.0624 | $ | 170,352.00 |
| | | 4,600 | Total Shares | | | | |
| | | $304,227 | Total Interest | | | | |

** September 15, 2008  through September 2019 = 42 Quarters

*IRA/ROTH IRA Tax Exempt Addback @ 39% tax rate    =(abd)+c

| | | a | b | c | d | | |
|---|---|---|---|---|---|---|---|
| Symbol | Name | Number of Shares | RV @ $25 per share | Interest/Dividends | Tax Rate 39% Ordinary Income | | Total Tax Addback |
| LEHKQ | Lehman Brothers Holdings Capital Trust III | 0 | 25 | $ - | 0.39 | $ | - |
| LEHLQ | Lehman Brothers Holdings Capital Trust IV | 0 | 25 | $ - | 0.39 | $ | - |
| LHHMQ | Lehman Brothers Holdings Capital Trust V | 0 | 25 | $ - | 0.39 | $ | - |
| LEHNQ | Lehman Brothers Holdings Capital Trust VI | 0 | 25 | $ - | 0.39 | $ | - |
| | | $ - | Total Shares | | | | |
| | | $ - | Total Tax Addback | | | | |
| | | 419,227.00 | Total To Be Reserved | | | | |

*Tax Addback is to reserve for taxes from tax exempt vehicles with proceeds not being included in the Roth/IRA
** ONLY IRA/ROTH IRA Shares (Net Brokerage Shares)

EXHIBIT C

LBHI CT Holdings Post June 19th, 2019                    Harrison

**Redemption Value @$25 per share**
Brokerage                                                                        Roth/IRA

| Symbol | Name | Number of Shares | | Symbol | Name | Number of Shares |
|---|---|---|---|---|---|---|
| LEHKQ | Lehman Brothers Holdings Capital Trust III | | | LEHKQ | Lehman Brothers Holdings Capital Trust III | |
| LEHLQ | Lehman Brothers Holdings Capital Trust IV | | | LEHLQ | Lehman Brothers Holdings Capital Trust IV | |
| LHHMQ | Lehman Brothers Holdings Capital Trust V | | | LHHMQ | Lehman Brothers Holdings Capital Trust V | |
| LEHNQ | Lehman Brothers Holdings Capital Trust VI | 2300 | | LEHNQ | Lehman Brothers Holdings Capital Trust VI | |

|  | |
|---|---|
| 2,300 | Total Shares |
| $57,500.00 | Redemption Value |

**Interest**

| Symbol | Name | Number of Shares | Redemption Value at $25 per share | Number of Quarters** | Interest Rate | | Total Interest |
|---|---|---|---|---|---|---|---|
| LEHKQ | Lehman Brothers Holdings Capital Trust III | 0 | - | 42 | 0.06375 | $ | - |
| LEHLQ | Lehman Brothers Holdings Capital Trust IV | 0 | - | 42 | 0.06375 | $ | - |
| LHHMQ | Lehman Brothers Holdings Capital Trust V | 0 | - | 42 | 0.06 | $ | - |
| LEHNQ | Lehman Brothers Holdings Capital Trust VI | 2300 | 57,500 | 42 | 0.0624 | $ | 150,696.00 |

|  | |
|---|---|
| 2,300 | Total Shares |
| $150,696 | Total Interest |

** September 15, 2008  through September 2019 = 42 Quarters

**\*IRA/ROTH IRA Tax Exempt Addback @ 39% tax rate**        =(abd)+c

| Symbol | Name | a Number of Shares | b RV @ $25 per share | c Interest/Dividends | | d Tax Rate 39% Ordinary Income | | Total Tax Addback |
|---|---|---|---|---|---|---|---|---|
| LEHKQ | Lehman Brothers Holdings Capital Trust III | 0 | 25 | $ | - | 0.39 | $ | - |
| LEHLQ | Lehman Brothers Holdings Capital Trust IV | 0 | 25 | $ | - | 0.39 | $ | - |
| LHHMQ | Lehman Brothers Holdings Capital Trust V | 0 | 25 | $ | - | 0.39 | $ | - |
| LEHNQ | Lehman Brothers Holdings Capital Trust VI | 0 | 25 | $ | - | 0.39 | $ | - |

|  | | |
|---|---|---|
| $ | - | Total Shares |
| $ | - | Total Tax Addback |

|  | |
|---|---|
| 208,196.00 | Total To Be Reserved |

*Tax Addback is to reserve for taxes from tax exempt vehicles with proceeds not being included in the Roth/IRA
** ONLY IRA/ROTH IRA Shares (Net Brokerage Shares)

 **Ameritrade**

2/24/2020

TD Ameritrade

View: LBHI Holdings

### Stocks

| Symbol | Volume | Qty | Div yield | Asset | Coupon rate* | Maturity date | Exch |
|--------|--------|-----|-----------|-------|--------------|---------------|------|
| | -- | | -- | Equity | -- | -- | OTCBBN |
| | | | -- | Equity | -- | -- | OTCBBN |
| | | | -- | Equity | -- | -- | OTCBBN |
| | | | -- | Equity | -- | -- | OTCBBN |
| | | | -- | Equity | -- | -- | NYSE |
| | | | -- | Equity | -- | -- | OTCBBN |
| LEHKQ | -- | 142,000 | -- | Equity | -- | -- | OTCBBN |
| LEHLQ | 337 | 200,000 | -- | Equity | -- | -- | OTCBBN |
| LEHNQ | -- | 85,500 | -- | Equity | -- | -- | OTCBBN |
| LHHMQ | 82 | 121,063 | -- | Equity | -- | -- | OTCBBN |

*Most data is streaming, but values marked with * update every 5 minutes. 1:00:00 pm ET 2/24/20   Update now

Current value:



Ex. C



*Ex. C*

 **Ameritrade**

## Stocks

View: LBHI holdings

| Symbol | Volume | Description | Qty | Asset | Div yield | Div amount | Maturity date | Coupon rate* | Last trade size |
|--------|--------|-------------|-----|-------|-----------|------------|---------------|--------------|-----------------|
| | | | | Equity | 8.10% | 2.24 | -- | -- | 400 |
| LHHMQ | 82 | Lehman Brothers Holdings, Inc. 6.00% Prefd Sec Srs M | 145,000 | Equity | -- | -- | -- | -- | 100 |
| LEHNQ | -- | Lehman Brothers Fin SA Capital Trust VI 6.24 Pfd Srs N | 83,399 | Equity | -- | -- | -- | -- | 1.00K |
| LEHLQ | 337 | Lehman Brothers Holdings, Inc. Capital Trust IV Preferred Stock Series L | 115,000 | Equity | -- | -- | -- | -- | 300 |
| LEHKQ | -- | Lehman Brothers Holdings, Inc. Lehman Brothers Holdings Capital Trust III 6.375% | 116,875 | Equity | -- | -- | -- | -- | 100 |
| | | | | Equity | 5.96% | 1.63 | -- | -- | 400 |
| | | | | Equity | -- | -- | -- | -- | 100 |
| | | | | Equity | -- | -- | -- | -- | 500 |
| | | | | Equity | -- | -- | -- | -- | 500 |
| | | | | Equity | 7.69% | 0.48 | -- | -- | 100 |
| | | | | Equity | -- | -- | -- | -- | 100 |
| | | | | Equity | -- | -- | -- | -- | 200 |
| | | | | Equity | -- | -- | -- | -- | 400 |
| | | | | Equity | 9.37% | 0.91 | -- | -- | 100 |

EXhibit

GLENN A BLAZE   ⌄

Activity data is available for the past two years. Please access your st

| Range | Year to Date ▼ | | Symbol |
| --- | --- | --- | --- |

| Date | Activity | Quantity | Symb |
| --- | --- | --- | --- |
| 02/07/20 | Bought | 1,100 | LEHNQ |
| 02/06/20 | Bought | 1,001 | LEHLQ |
| 02/05/20 | Bought | 499 | LEHLQ |
| 02/03/20 | Bought | 400 | LEHNQ |
| 01/31/20 | Bought | 500 | LEHLQ |
| 01/30/20 | Bought | 100 | LEHNQ |
| 01/23/20 | Bought | 600 | LEHNQ |
| 01/15/20 | Bought | 400 | LEHNQ |



We're now commission-free on U.S. exchange-listed stock, ETF

Exhibit C

GLENN A BLAZE                    ⌄

Activity data is available for the past two years. Please access your statements un

| Range | Year 2018 ▼ | Symbol | Show |
|---|---|---|---|

| Date | Activity | Quantity | Symbol |
|---|---|---|---|
| 03/22/18 | Bought | 500 | LEHKQ |
| 03/19/18 | Bought | 200 | LEHKQ |
| 03/16/18 | Bought | 400 | LEHKQ |
| 03/15/18 | Bought | 2,000 | LHHMQ |
| 03/14/18 | Bought | 400 | LEHKQ |
| 01/08/18 | Bought | 49 | LEHKQ |
| 01/04/18 | Bought | 1,000 | LEHKQ |
| 01/03/18 | Bought | 600 | LEHKQ |

**About**

About Us

**Legal**

Account Protection

**Accoun**

Open an

A BLAZE

Type **All Securities** ▼    Filter By **All Orders**

▶                                              ▶              **Find**

e all

| Qty | Symbol | Description | Order | Bid | Ask | Dur | Qual | Date |
|---|---|---|---|---|---|---|---|---|
| 5,000 leaves | LEHNQ | LEHMAN BROTHERS HLD | Limit | – | – | GTC | | 01/16/20 |
| 2,300 | | CAP TR VI | $0 08 | | | | | 8 14 AM ET |
| 100 | | | | | | | | 02/11/20 10 10 AM ET |
| 400 | | | | | | | | 02/11/20 9 47 AM ET |
| 200 | | | | | | | | 02/07/20 3 33 PM ET |
| 900 | | | | | | | | 02/07/20 10 44 AM ET |
| 400 | | | | | | | | 02/03/20 3 20 PM ET |
| 100 | | | | | | | | 01/30/20 11 33 AM ET |
| 600 | | | | | | | | 01/23/20 12 47 PM ET |

Ex. C

Ally Invest - Activity

We're now commission-free on U.S. exchange-listed stock, ETF, and option trades for all our customers.

Account ▬▬▬▬ Individual

As of: 02/13/20 8:48 AM ET | Export to Excel | |

Range   Last 12 Months ▼   Symbol                 Show   Bought/Sold ▼

| Date | Activity | Quantity | Symbol | Description | Price | Comm. | Fees [1] | Amount |
|------|----------|----------|--------|-------------|-------|-------|------|--------|
| 01/13/20 | Bought | 860 | LEHNQ | LEHMAN BROTHERS HLD CAP TR VI | $0.1280 | $5.50 | | -$115.58 |
| 06/21/19 | Bought | 400 | LEHNQ | LEHMAN BROTHERS HLD CAP TR VI | $0.06 | $4.95 | | -$28.95 |

[ Go ]

Ex. C

2/13/2020                                          Ally Invest - Activity

**Account** 38991315 - roth                                          As of: 02/13/20 8:45 AM ET | Export to Excel | |

We're now commission-free on U.S. exchange-listed stock, ETF, and option trades for all our customers.

Range    Last 12 Months ▼    **Symbol**          Show    Bought/Sold ▼

| Date | Activity | Quantity | Symbol | Description | Price | Comm. | Fees | Amount |
|------|----------|----------|--------|-------------|-------|-------|------|--------|
| 07/10/19 | Bought | 400 | LEHLQ | LEHMAN BROTHERS HOLDINGS CAP | $0.06 | | | -$24.00 |
| 07/02/19 | Bought | 220 | LEHLQ | LEHMAN BROTHERS HOLDINGS CAP | $0.0520 | $4.95 | | -$16.39 |

Go

Ex. C

2/13/2020                                    Firstrade - History

 FIRSTRADE
Investor Center

English    Feedback    Shortcuts    Symbol or Company     A R WU

Balances    Positions    Gain/Loss    Portfolio Watchlist    History    Profile    E-Documents    Deposit/Transfer    Tax Center

## Account History    Page Help

Search Account History    |    Download Account History

| Showing: | Select All | ✔ Buys | Sells | Dividends | Interest | Deposit | Withdraw | Other |
|---|---|---|---|---|---|---|---|---|

Symbol:    Separate mutiple symbols with commas    ☐ Exact Match Only

Date Range:    Custom ▼    From 02/19/2019    To 02/13/2020

Note: For records beyond the past three years and within ten years, please refer to your account statements/confirms under E-Documents.

### Search Results

| Date | Transaction | Quantity | Description | Symbol | AcctType | Price | Amount |
|---|---|---|---|---|---|---|---|
| 02/03/2020 | Bought | 30 | LEHMAN BROTHERS HLD CAP TR VI 6.24% PFD SECS DUE 01/18/2054 INTERNET ORDER UNSOLICITED S/D: 02/05/2020 | LEHNQ | Cash | 0.13 | -3.90 |
| 01/31/2020 | Bought | 14 | LEHMAN BRO HLD CP TR V 6% PFD DUE 04/22/2053 INTERNET ORDER UNSOLICITED S/D: 02/04/2020 | LHHMQ | Cash | 0.11 | -1.54 |
| 01/31/2020 | Bought | 13 | LEHMAN BRO HLD CP TR V 6% PFD DUE 04/22/2053 INTERNET ORDER UNSOLICITED S/D: 02/04/2020 | LHHMQ | Cash | 0.11 | -1.43 |
| 01/30/2020 | Bought | 1 | LEHMAN BRO HLD CP TR V 6% PFD DUE 04/22/2053 INTERNET ORDER UNSOLICITED S/D: 02/03/2020 | LHHMQ | Cash | 0.128 | -0.13 |
| 01/29/2020 | Bought | 10 | LEHMAN BRO HLD CP TR V 6% PFD DUE 04/22/2053 INTERNET ORDER UNSOLICITED | LHHMQ | Cash | 0.11 | -1.10 |

Get Quote    Please enter a stock, option, or mutual fund symbol to the left and click [GO]    98691017 ▼    Buying Power ▼

https://invest.firstrade.com/cgi-bin/main#/content/myaccount/history/                                    1/6

Ex. C

2/13/2020                                                                 Firstrade - History

| Date | Transaction | Quantity | Description | Symbol | AcctType | Price | Amount |
|---|---|---|---|---|---|---|---|
| 01/27/2020 | Bought | 23 | LEHMAN BRO HLD CP TR V 6% PFD DUE 04/22/2053 INTERNET ORDER UNSOLICITED S/D: 01/29/2020 | LHHMQ | Cash | 0.13 | -2.99 |
| 01/23/2020 | Bought | 16 | LEHMAN BROTHERS HLD CAP TR VI 6.24% PFD SECS DUE 01/18/2054 INTERNET ORDER UNSOLICITED S/D: 01/27/2020 | LEHNQ | Cash | 0.13 | -2.08 |
| 01/22/2020 | Bought | 20 | LEHMAN BROTHERS HLD CAP TR VI 6.24% PFD SECS DUE 01/18/2054 INTERNET ORDER UNSOLICITED S/D: 01/24/2020 | LEHNQ | Cash | 0.13 | -2.60 |
| 01/21/2020 | Bought | 8 | LEHMAN BROTHERS HLD CAP TR VI 6.24% PFD SECS DUE 01/18/2054 INTERNET ORDER UNSOLICITED S/D: 01/23/2020 | LEHNQ | Cash | 0.13 | -1.04 |
| 01/17/2020 | Bought | 38 | LEHMAN BROTHERS HOLDINGS CAP TRUST IV 6.375 PFD SECS DUE 10/31/52 INTERNET ORDER UNSOLICITED S/D: 01/22/2020 | LEHLQ | Cash | 0.1099 | -4.18 |
| 01/17/2020 | Bought | 9 | LEHMAN BROTHERS HOLDINGS CAP TRUST IV 6.375 PFD SECS DUE 10/31/52 INTERNET ORDER UNSOLICITED S/D: 01/22/2020 | LEHLQ | Cash | 0.1099 | -0.99 |
| 01/13/2020 | Bought | 152 | LEHMAN BROTHERS HLD CAP TR VI 6.24% PFD SECS DUE 01/18/2054 INTERNET ORDER UNSOLICITED S/D: 01/15/2020 | LEHNQ | Cash | 0.13 | -19.76 |
| 12/31/2019 | Bought | 3790 | LEHMAN BROTHERS HOLDINGS CAP TRUST IV 6.375 PFD SECS DUE 10/31/52 INTERNET ORDER UNSOLICITED S/D: 01/03/2020 | LEHLQ | Cash | 0.1399 | -530.22 |

Get Quote        Please enter a stock, option, or mutual fund symbol to the left and click [GO]        98691017  ▼    Buying Power  ▼

Ex. C

2/13/2020

Firstrade - History

| Date | Transaction | Quantity | Description | Symbol | AcctType | Price | Amount |
|------|-------------|----------|-------------|--------|----------|-------|--------|
| 12/31/2019 | Bought | 3 | LEHMAN BROTHERS HOLDINGS CAP TRUST IV 6.375 PFD SECS DUE 10/31/52 INTERNET ORDER UNSOLICITED S/D: 01/03/2020 | LEHLQ | Cash | 0.1399 | -0.42 |
| 12/20/2019 | Bought | 200 | LEHMAN BROTHERS HOLDINGS CAP TRUST IV 6.375 PFD SECS DUE 10/31/52 INTERNET ORDER UNSOLICITED S/D: 12/24/2019 | LEHLQ | Cash | 0.0801 | -16.02 |
| 12/19/2019 | Bought | 481 | LEHMAN BROTHERS HOLDINGS CAP TRUST IV 6.375 PFD SECS DUE 10/31/52 INTERNET ORDER UNSOLICITED S/D: 12/23/2019 | LEHLQ | Cash | 0.1109 | -53.34 |
| 12/16/2019 | Bought | 18 | LEHMAN BRO HLD CP TR V 6% PFD DUE 04/22/2053 INTERNET ORDER UNSOLICITED S/D: 12/18/2019 | LHHMQ | Cash | 0.10 | -1.80 |
| 12/11/2019 | Bought | 1 | LEHMAN BROTHERS HOLDINGS CAP TRUST IV 6.375 PFD SECS DUE 10/31/52 INTERNET ORDER UNSOLICITED S/D: 12/13/2019 | LEHLQ | Cash | 0.08 | -0.08 |
| 11/20/2019 | Bought | 21 | LEHMAN BRO HLD CP TR V 6% PFD DUE 04/22/2053 INTERNET ORDER UNSOLICITED S/D: 11/22/2019 | LHHMQ | Cash | 0.14 | -2.94 |
| 11/18/2019 | Bought | 7 | LEHMAN BROTHERS HLD CAP TR VI 6.24% PFD SECS DUE 01/18/2054 INTERNET ORDER UNSOLICITED S/D: 11/20/2019 | LEHNQ | Cash | 0.189 | -1.32 |
| 11/18/2019 | Bought | 161 | LEHMAN BRO HLD CP TR III PFD 6.375% SER K DUE 3/15/52 INTERNET ORDER UNSOLICITED S/D: 11/20/2019 | LEHKQ | Cash | 0.1038 | -16.71 |

Get Quote        Please enter a stock, option, or mutual fund symbol to the left and click [GO]        98691017 ▼    Buying Power ▼

Ex. C

2/13/2020                                              Firstrade - History

| Date | Transaction | Quantity | Description | Symbol | AcctType | Price | Amount |
|------|-------------|----------|-------------|--------|----------|-------|--------|
| 11/01/2019 | Bought | 8 | LEHMAN BROTHERS HOLDINGS CAP TRUST IV 6.375 PFD SECS DUE 10/31/52 INTERNET ORDER UNSOLICITED S/D: 11/05/2019 | LEHLQ | Cash | 0.15 | -1.20 |
| 11/01/2019 | Bought | 1 | LEHMAN BROTHERS HOLDINGS CAP TRUST IV 6.375 PFD SECS DUE 10/31/52 INTERNET ORDER UNSOLICITED S/D: 11/05/2019 | LEHLQ | Cash | 0.15 | -0.15 |
| 10/31/2019 | Bought | 117 | LEHMAN BRO HLD CP TR V 6% PFD DUE 04/22/2053 INTERNET ORDER UNSOLICITED S/D: 11/04/2019 | LHHMQ | Cash | 0.106 | -12.40 |
| 10/21/2019 | Bought | 90 | LEHMAN BROTHERS HOLDINGS CAP TRUST IV 6.375 PFD SECS DUE 10/31/52 INTERNET ORDER UNSOLICITED S/D: 10/23/2019 | LEHLQ | Cash | 0.1029 | -9.26 |
| 09/30/2019 | Bought | 1 | LEHMAN BRO HLD CP TR III PFD 6.375% SER K DUE 3/15/52 INTERNET ORDER UNSOLICITED S/D: 10/02/2019 | LEHKQ | Cash | 0.189 | -0.19 |
| 09/30/2019 | Bought | 13 | LEHMAN BROTHERS HLD CAP TR VI 6.24% PFD SECS DUE 01/18/2054 INTERNET ORDER UNSOLICITED S/D: 10/02/2019 | LEHNQ | Cash | 0.0653 | -0.85 |
| 09/27/2019 | Bought | 6 | LEHMAN BROTHERS HOLDINGS CAP TRUST IV 6.375 PFD SECS DUE 10/31/52 INTERNET ORDER UNSOLICITED S/D: 10/01/2019 | LEHLQ | Cash | 0.18 | -1.08 |
| 09/27/2019 | Bought | 15 | LEHMAN BROTHERS HOLDINGS CAP TRUST IV 6.375 PFD SECS DUE 10/31/52 INTERNET ORDER UNSOLICITED S/D: 10/01/2019 | LEHLQ | Cash | 0.18 | -2.70 |

Get Quote          Please enter a stock, option, or mutual fund symbol to the left and click [GO]          98691017  ▼    Buying Power  ▼

Ex. C

2/13/2020                                                          Firstrade - History

| Date | Transaction | Quantity | Description | Symbol | AcctType | Price | Amount |
|------|-------------|----------|-------------|--------|----------|-------|--------|
| 09/26/2019 | Bought | 279 | LEHMAN BRO HLD CP TR III PFD 6.375% SER K DUE 3/15/52 INTERNET ORDER UNSOLICITED S/D: 09/30/2019 | LEHKQ | Cash | 0.101 | -28.18 |
| 09/26/2019 | Bought | 15 | LEHMAN BRO HLD CP TR III PFD 6.375% SER K DUE 3/15/52 INTERNET ORDER UNSOLICITED S/D: 09/30/2019 | LEHKQ | Cash | 0.189 | -2.84 |
| 09/24/2019 | Bought | 262 | LEHMAN BRO HLD CP TR III PFD 6.375% SER K DUE 3/15/52 INTERNET ORDER UNSOLICITED S/D: 09/26/2019 | LEHKQ | Cash | 0.10 | -26.20 |
| 09/23/2019 | Bought | 359 | LEHMAN BROTHERS HLD CAP TR VI 6.24% PFD SECS DUE 01/18/2054 INTERNET ORDER UNSOLICITED S/D: 09/25/2019 | LEHNQ | Cash | 0.0002 | -0.07 |
| 09/19/2019 | Bought | 252 | LEHMAN BRO HLD CP TR III PFD 6.375% SER K DUE 3/15/52 INTERNET ORDER UNSOLICITED S/D: 09/23/2019 | LEHKQ | Cash | 0.1041 | -26.23 |
| 08/13/2019 | Bought | 39 | LEHMAN BROTHERS HLD CAP TR VI 6.24% PFD SECS DUE 01/18/2054 INTERNET ORDER UNSOLICITED S/D: 08/15/2019 | LEHNQ | Cash | 0.165 | -6.44 |
| 08/12/2019 | Bought | 208 | LEHMAN BROTHERS HOLDINGS CAP TRUST IV 6.375 PFD SECS DUE 10/31/52 INTERNET ORDER UNSOLICITED S/D: 08/14/2019 | LEHLQ | Cash | 0.07 | -14.56 |
| 08/01/2019 | Bought | 200 | LEHMAN BROTHERS HLD CAP TR VI 6.24% PFD SECS DUE 01/18/2054 INTERNET ORDER UNSOLICITED S/D: 08/05/2019 | LEHNQ | Cash | 0.088 | -17.60 |
| 08/01/2019 | Bought | 17 | LEHMAN BROTHERS HLD CAP TR VI 6.24% PFD SECS DUE | LEHNQ | Cash | 0.19 | -3.23 |

Get Quote        Please enter a stock, option, or mutual fund symbol to the left and click [GO]        98691017 ▼    Buying Power ▼

Ex. C

2/13/2020                                                      Firstrade - History

| Date | Transaction | Quantity | Description | Symbol | AcctType | Price | Amount |
|------|-------------|----------|-------------|--------|----------|-------|--------|
| 08/01/2019 | Bought | 1 | LEHMAN BROTHERS HLD CAP TR VI 6.24% PFD SECS DUE 01/18/2054 INTERNET ORDER UNSOLICITED S/D: 08/05/2019 | LEHNQ | Cash | 0.19 | -0.19 |
| 02/26/2019 | Bought | 3 | LEHMAN BROTHERS HOLDINGS CAP TRUST IV 6.375 PFD SECS DUE 10/31/52 INTERNET ORDER UNSOLICITED S/D: 02/28/2019 | LEHLQ | Cash | 0.17 | -0.51 |
| 02/19/2019 | Bought | 32 | LEHMAN BRO HLD CP TR V 6% PFD DUE 04/22/2053 INTERNET ORDER UNSOLICITED S/D: 02/21/2019 | LHHMQ | Cash | 0.15 | -4.80 |
| 02/19/2019 | Bought | 3 | LEHMAN BRO HLD CP TR V 6% PFD DUE 04/22/2053 INTERNET ORDER UNSOLICITED S/D: 02/21/2019 | LHHMQ | Cash | 0.15 | -0.45 |

Showing 1 to 42 of 42 entries

Show  50  ▼  entries

First  Previous  1  Next  Last

Home | My Account | Trading | Research & Tools | Retirement & Planning | Education | Customer Service |
Terms & Conditions | Privacy & Security | Disclosures | Account Protection | Sitemap

*Proudly serving
investors since 1985*

System response and access times may vary due to market conditions, system performance, and other factors.
Unauthorized use is prohibited. Usage is monitored. ©2020 Firstrade Securities Inc. All rights reserved. Member FINRA/SIPC.

Get Quote          Please enter a stock, option, or mutual fund symbol to the left and click [GO]

98691017   ▼   Buying Power   ▼

Under the Extended Insurance Sweep Deposit Account (ESDA) with dynamic deposit limits on a daily basis and that your agreement contains additional details... in the ESDA program are not covered by SIPC. The balance in your up to an aggregate of at least $1,250,000. Uninvested deposits at rates in the ESDA program are not covered by SIPC. The balance in your order and proceeds returned to your securities account or remitted to you. To see a list of Program Banks please visit www.etrade.c (1-800-387-2331).

**TOTAL CASH & CASH EQUIVALENTS**

## STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (96.12% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL VALUE |
|---|---|---|---|---|---|
| | | | | | |

## PREFERRED STOCKS (3.88% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | |
|---|---|---|---|---|---|
| | | | | 0.1232 | |
| LEHMAN BRO HLD CP TR III PFD 6.375% SER K DUE 3/15/52 | LEHKQ | Cash | 54,947 | | |
| | | | | 0.1200 | |
| LEHMAN BRO HLD CP TR V 6% PFD DUE 04/22/2053 | LHHMQ | Cash | 654 | | |
| | | | | 0.1290 | |
| LEHMAN BROTHERS HLD CAP TR VI 6.24% PFD SECS DUE 01/18/2054 | LEHNQ | Cash | 173 | | |

**TOTAL PREFERRED STOCKS**

E*TRADE Securities LLC • PO Box 484, Jersey City, NJ 07303-0484 • www.etrade.com

Ex. C

**E*TRADE FINANCIAL®**
Trading • Investing • Banking

E*TRADE
Investment
TRADE

**Account Number:** XXXX-3108

**Account Name:**
ELIZABETH HARRISON

**E*TRADE Securities LLC**
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

EX. C

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | $ |
|---|---|---|---|---|---|---|
| 01/31/20 | 02/04/20 | 6 1 | LEHNQ | BUY | 2,300 | $.129 |

LEHMAN BROTHERS HLD CAP TR VI 6.24% PFD SECS DUE 01/18/2054
01/05/05 DATED DATE
CALLABLE 03/02/20 25.00

- the aggregate liquidation amount of the preferred securities and all accrued and unpaid distributions thereon, or

- the amount of assets of the trust remaining for distribution to holders of the preferred securities upon a liquidation of the trust.

## Status of the Guarantees

The guarantee will constitute an unsecured obligation of Lehman Brothers Holdings and will rank:

- subordinate and junior in right of payment to all other liabilities of Lehman Brothers Holdings,

- on a parity with the most senior preferred or preference stock now or hereafter issued by Lehman Brothers Holdings and with any guarantee now or hereafter entered into by Lehman Brothers Holdings in respect of any preferred securities of any affiliate of Lehman Brothers Holdings, and

- senior to Lehman Brothers Holding's common stock.

The guarantee will not place a limitation on the amount of additional senior debt that may be incurred by Lehman Brothers Holdings.

The guarantee will constitute a guarantee of payment and not of collection (that is, the guaranteed party may institute a legal proceeding directly against Lehman Brothers Holdings to enforce its rights under the guarantee without first instituting a legal proceeding against any other person or entity). The guarantee will not be discharged except by payment of the guarantee payments in full to the extent not

21

paid by the trust or upon distribution of the junior subordinated debt securities to the holders of the preferred securities in exchange for all such preferred securities.

The guarantee, when taken together with Lehman Brothers Holdings' obligations under the junior subordinated debt securities, the indenture and the declaration, including its obligations to pay costs, expenses, debts and liabilities of the trust, other than those relating to trust securities, will provide a full and unconditional guarantee on a subordinated basis by Lehman Brothers Holdings of payments due on the preferred securities. See "Effect of Obligations Under the Junior Subordinated Debt Securities and the Guarantee."

## Important Covenants Of Lehman Brothers Holdings

In the guarantee, Lehman Brothers Holdings will covenant that, so long as any trust securities remain outstanding, if:

- there shall have occurred any event of default under the indenture,

- Lehman Brothers Holdings shall be in default with respect to its payment of any obligations under the guarantee, or

- Lehman Brothers Holdings shall have given notice of its election to defer interest payments and shall not have rescinded such notice, and while such interest is deferred,

then Lehman Brothers Holdings will not, and will not permit any subsidiary to:

- declare or pay any dividends or distributions on, or redeem, purchase, acquire or make a liquidation payment with respect to, any of Lehman Brothers Holdings' capital stock, or

- make any payment of principal, interest or premium, if any, on or repay, repurchase or redeem any debt securities of Lehman Brothers Holdings that rank on a parity with or junior in interest to the junior subordinated debt securities or make any guarantee payments with respect to any guarantee by Lehman Brothers Holdings of the debt securities of any subsidiary of Lehman Brothers Holdings if such guarantee ranks on a parity with or junior in interest to such junior subordinated debt securities, other than

- dividends or distributions in common stock of Lehman Brothers Holdings,

- payments under the guarantee made by Lehman Brothers Holdings in respect of the trust securities of the trust,

- any declaration of a dividend in connection with the implementation of a shareholders' rights plan, or the issuance of stock under any such plan in the future, or the redemption or repurchase of any such rights pursuant thereto, and

- purchases of common stock related to the issuance of common stock or rights under any of Lehman Brothers Holdings' benefit plans.

**Events of Default**

An event of default under the guarantee will occur upon the failure of Lehman Brothers Holdings to perform any of its payment or other obligations required by the guarantee. The holders of a majority in aggregate liquidation amount of the preferred securities have the right to direct the time, method and place of conducting any proceeding for any remedy available to the guarantee trustee in respect of the guarantee or to direct the exercise of any trust or power conferred upon the guarantee trustee under the guarantee.

Within 90 days after a default under the guarantee actually known to the trustee, the trustee will notify the holders by first-class mail of the default unless the default has been cured prior to sending

22

notice. The trustee may withhold a notice of default under the guarantee if the trustee determines in good faith that withholding the notice is in the interests of the holders of the preferred securities.

If the guarantee trustee fails to enforce the guarantee trustee's rights under the guarantee, any holder of related preferred securities may directly sue Lehman Brothers Holdings to enforce the guarantee trustee's rights under the guarantee without first suing the trust, the guarantee trustee or any other person or entity.

Lehman Brothers Holdings, as guarantor, will be required to file annually with the guarantee trustee a certificate as to whether or not Lehman Brothers Holdings is in compliance with all the conditions and covenants applicable to it under the guarantee.

**Modification of Guarantee; Assignment**

The guarantee may be amended only with the prior approval of the holders of not less than $66^2/3\%$ in aggregate liquidation amount of the outstanding preferred and common securities. No vote will be required, however, for any changes that do not materially adversely affect the rights of holders of preferred securities. All guarantees and agreements contained in the guarantee shall bind the successors, assignees, receivers, trustees and representatives of Lehman Brothers Holdings and shall inure to the benefit of the holders of the preferred securities then outstanding.

**Information Concerning the Guarantee Trustee**

Prior to the occurrence of a default relating to the guarantee, the guarantee trustee undertakes to perform only such duties as are specifically set forth in the guarantee. After such default, the guarantee trustee will exercise the same degree of care as a prudent individual would exercise in the conduct of his or her own affairs. Provided that the foregoing requirements have been met, the guarantee trustee is under no obligation to exercise any of the powers vested in it by the guarantee at the request of any holder of preferred securities unless it is offered reasonable indemnity against the costs, expenses and liabilities that might be incurred thereby.

**Termination Of The Guarantee**

The guarantee will terminate as to the preferred securities upon full payment of the redemption price of all preferred securities, upon distribution of the junior subordinated debt securities to the holders of the preferred securities or upon full payment of the amounts payable upon liquidation of the trust. The guarantee will continue to be effective or will be reinstated, as the case may be, if at any time any holder of preferred securities must restore payment of any sums paid under the preferred securities or the guarantee.

**Governing Law**