Joseph Waske
22862 Via Genoa
Dana Point, CA 92629
Tel: (949) 517-8330
Email: jwaske3@yahoo.com
Pro-Se

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Regards: Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case # 08-13555 (SCC)
Response to Plan Administrators Objection to Motion to Reclassify (Docket 60403)

**PROOF OF SERVICE**

On February 14, 2020, I caused to be served the "Motion to Reserve for Motion to Reclassify," by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via USPS

USPS Priority Mail to:
Attention: Kristine Dickson and Matthew Cantor, c/o Lehman Brothers Holdings Inc.,277 Park Avenue, 46th floor,New York, New York 10172. (EXHIBIT A)

On February 14, 2020, I caused to be served the "Motion to Reserve for Motion to Reclassify," by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via USPS

USPS Priority Mail to:
Attention: Office of the U.S. Trustee, c/o William K. Harrington, Esq., Susan D. Golden, Esq., Andrea B. Schwartz, Esq., U.S. Federal Office Building, 201 Varick St., Suite 1006, New York, NY 10014 (EXHIBIT A)

Respectfully Submitted,

February 24, 2020

Joseph Waske
22862 Via Genoa
Dana Point, CA 92629
Tel: (949) 517-8330
Email: jwaske3@yahoo.com
Pro-Se

USPS eReceipt

Exhibit A

From: donotreply@ereceipt.usps.gov
To: jwaske3@yahoo.com
Date: Friday, February 14, 2020, 02:03 PM PST

```
==========================================================================
                         SAN JUAN CAPISTRANO
                         28081 MARGUERITE PKWY
                     MISSION VIEJO, CA, 92690-9998
                              056846-9551
                             (800)275-8777
                          02/14/2020 02:01 PM
==========================================================================
==========================================================================
--------------------------------------------------------------------------
Product                         Qty      Unit Price        Price
--------------------------------------------------------------------------
PM 2-Day                         1            $7.75        $7.75
Flat Rate Env
    (Domestic)
    (NEW YORK, NY  10004)
    (Expected Delivery Day)
    (Tuesday 02/18/2020)
    (USPS Tracking #)
    ( 9502 6065 8406 0045 3111 55 )
Certified                                                  $3.55
PM 2-Day                         1            $7.75        $7.75
Flat Rate Env
    (Domestic)
    (NEW YORK, NY  10172)
    (Expected Delivery Day)
    (Tuesday 02/18/2020)
    (USPS Tracking #)
    ( 9505 5065 8406 0045 3111 79 )
Insurance                                                  $0.00
    (Up to $50.00 included)
PM 2-Day                         1            $7.75        $7.75
Flat Rate Env
    (Domestic)
    (NEW YORK, NY  10014)
    (Expected Delivery Day)
    (Tuesday 02/18/2020)
    (USPS Tracking #)
    ( 9505 5065 8406 0045 3111 93 )
Insurance                                                  $0.00
    (Up to $50.00 included)
--------------------------------------------------------------------------
Total:                                                    $26.80

--------------------------------------------------------------------------
AMEX                                                      $26.80
    (Account #:XXXXXXXXXXX1046)
    (Approval #:831375)
    (Transaction #:383)
    (Receipt #:000383)
    (AID:A000000025010801                Chip)
    (AL:AMERICAN EXPRESS)
    (PIN:Not Required)

Clerk ID: 00
Receipt #: 840-19260337-1-1662791-1


                   Includes up to $50 insurance

                Text your tracking number to 28777
                  (2USPS) to get the latest status.
                Standard Message and Data rates may
               apply. You may also visit www.usps.com
                USPS Tracking or call 1-800-222-1811.


                  Save this receipt as evidence of
                insurance. For information on filing
                     an insurance claim go to
               https://www.usps.com/help/claims.htm

                        Preview your Mail
                        Track your Packages
                        Sign up for FREE @
                     www.informeddelivery.com
               All sales final on stamps and postage.
                Refunds for guaranteed services only.
                     Thank you for your business.


Privacy Act Statement: Your information will be used to provide you with an
```

Original copy to the Court
Note, USPS is send cert. signature card. Motion cannot be found at Courthouse. Re-sent 2/24/20.

Copy to Plan Admin.

Copy to U.S. Trustee