UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

|  |  |
|---|---|
| | : | **Chapter 11** |
| **In re** | : |
| | : | **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : |
| | : | **(Jointly Administered)** |
| **Debtors.** | : |
| | : | **Ref. Docket Nos. 60423-60424** |
| | : |
| | : |

------------------------------------------------------------------- x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC[1], located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 21, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 21, 2020, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
27th day of February, 2020
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires January 26, 2021

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or otehwise being assigned the claim.

To:

OCP CREDIT STRATEGY FUND
TRANSFEROR: OCP INVESTMENT TRUST
C/O U.S BANK N.A.
1 FEDERAL STREET, 3RD FLOOR
BOSTON, MA 02110

Please note that your claim # 67167 in the above referenced case and in the amount of

$36,021.92 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000161311490 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000192793



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: OCP CREDIT STRATEGY FUND
C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          60424          in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  02/21/2020                          Vito Genna, Clerk of Court

/s/Andrea Speelman

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 21, 2020.

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC | TRANSFEROR: OCP CREDIT STRATEGY FUND, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: ONEX DEBT OPPORTUNITY FUND, LTD., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| OCP CREDIT STRATEGY FUND | TRANSFEROR: OCP INVESTMENT TRUST, C/O U.S BANK N.A., 1 FEDERAL STREET,3RDFLOOR, BOSTON, MA 02110 |
| ONEX DEBT OPPORTUNITY FUND, LTD. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC, C/O ONEX CREDIT PARTNERS,LLC,910 SYLVAN AVENUE, SUITE 100, ENGLEWOOD CLIFFS, NJ 07632 |
| ONEX DEBT OPPORTUNITY FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: STEVE GUTMAN, C/O ONEXCREDIT PARTNERS, LLC, 910 SYLVAN AVENUE, SUITE 100, ENGLEWOOD CLIFFS, NJ 07632 |

**Total Creditor Count 5**