SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000

*Counsel for Merrill Lynch International and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM SERVICE LISTS**

PLEASE TAKE NOTICE that Skadden, Arps, Slate, Meagher & Flom LLP hereby withdraws its appearance on behalf of Merrill Lynch International and Certain of Its Affiliates in the above captioned chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that service of pleadings and notices in this case, including CM/ECF electronic notification, upon the undersigned counsel should be discontinued.

Dated: New York, New York
February 28, 2020

By: */s/ Jay S. Goffman*
Jay M. Goffman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Counsel for Merrill Lynch International and Certain of its Affiliates*