SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000

*Counsel for H/2 Credit Partners Master Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM SERVICE LISTS**

PLEASE TAKE NOTICE that Skadden, Arps, Slate, Meagher & Flom LLP hereby withdraws its appearance on behalf of H/2 Credit Partners Master Fund Ltd. in the above captioned chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that service of pleadings and notices in this case, including CM/ECF electronic notification, upon the undersigned counsel should be discontinued.

Dated: New York, New York
February 28, 2020

By: */s/ Jay M. Goffman*
Jay M. Goffman
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Counsel for H/2 Credit Partners Master Fund Ltd.*