Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 08-13555-scc

4    - - - - - - - - - - - - - - - - - - - - - - - - - -x

5    In the Matter of:

6

7    LEHMAN BROTHERS HOLDINGS INC.

8              Debtors.

9    - - - - - - - - - - - - - - - - - - - - - - - - - -x

10   Adv. Case No. 16-01019-scc

11   - - - - - - - - - - - - - - - - - - - - - - - - - -x

12   LEHMAN BROTHERS HOLDINGS INC.

13                 Plaintiff,

14           v.

15   1ST ADVANTAGE MORTGAGE, L.L.C. et al.,

16                 Defendants.

17   - - - - - - - - - - - - - - - - - - - - - - - - - -x

18   Adv. Case No. 16-01001-sec

19   - - - - - - - - - - - - - - - - - - - - - - - - - -x

20   LEHMAN BROTHERS HOLDINGS INC.,

21                 Plaintiff,

22           v.

23   STEARNS LENDING. LLC,

24                 Defendants.

25   - - - - - - - - - - - - - - - - - - - - - - - - - -x

Page 2



1    Adv. Case No. 16-01002-SCC

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.,

4                    Plaintiff,

5            v.

6    STANDARD PACIFIC MORTGAGE, INC.,

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 16-01003-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.,

12                   Plaintiff,

13           v.

14   AMERICAN BANK et al.,

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01283-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.,

20                   Plaintiff,

21           v.

22   IMORTGAGE.COM, INC. et al.,

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 3

1    Adv. Case No. 16-01284-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.,

4                   Plaintiff,

5              v.

6    APPROVED FUNDING CORP.,

7                   Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 16-01285-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.,

12                  Plaintiff,

13             v.

14   BANK OF ENGLAND,

15                  Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01286-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.,

20                  Plaintiff,

21   BROADVIEW MORTGAGE CORPORATION,        v.

22

23                  Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 4

1    Adv. Case No. 16-01287-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.,

4                   Plaintiff,

5          v.

6    CHERRY CREEK MORTGAGE CO., INC.

7                   Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 16-01288-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.,

12                  Plaintiff,

13         v.

14   CORNERSTONE MORTGAGE, INC.,

15                  Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01289-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.,

20                  Plaintiff,

21         v.

22   FIRST BANK,

23                  Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 5

1    Adv. Case No. 16-01290-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.,

4                    Plaintiff,

5            v.

6    FIRST MORTGAGE CORPORATION,

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 16-01291-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.,

12                   Plaintiff,

13           v.

14   GATEWAY MORTGAGE GROUP, LLC,

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01292-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.,

20                   Plaintiff,

21           v.

22   GUARANTEED RATE, INC.,

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 6

1    Adv. Case No. 16-01293-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.,

4                      Plaintiff,

5              v.

6    PARAMOUNT RESIDENTIAL MORTGAGE GROUP., INC.,

7                      Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 16-01294-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.,

12                     Plaintiff,

13             v.

14   SHEA MORTGAGE INC.,

15                     Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01295-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.,

20                     Plaintiff,

21             v.

22   SUBURBAN MORTGAGE, INC.

23                     Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 7

1    Adv. Case No. 16-01296-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.,

4                    Plaintiff,

5            v.

6    SUN AMERICAN MORTGAGE COMPANY,

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 16-01297-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.,

12                   Plaintiff,

13           v.

14   UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC,

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01298-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.,

20                   Plaintiff,

21           v.

22   OAKTREE FUNDING CORP.,

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 8

```
 1   Adv. Case No. 16-01299-scc

 2   - - - - - - - - - - - - - - - - - - - - - - - - -x

 3   LEHMAN BROTHERS HOLDINGS INC.,

 4                   Plaintiff,

 5            v.

 6   NEW FED MORTGAGE CORP.,

 7                   Defendants.

 8   - - - - - - - - - - - - - - - - - - - - - - - - -x

 9   Adv. Case No. 16-01300-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.,

12                   Plaintiff,

13            v.

14   AMERICAN HOME EQUITY CORPORATION,

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01301-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.,

20                   Plaintiff,

21            v.

22   MEGASTAR FINANCIAL CORP.,

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 9

```
 1    Adv. Case No. 16-01302-scc

 2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

 3    LEHMAN BROTHERS HOLDINGS INC.,

 4                     Plaintiff,

 5              v.

 6    BONDCORP REALITY SERVICES INC.,

 7                     Defendants.

 8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

 9    Adv. Case No. 16-01303-scc

10    - - - - - - - - - - - - - - - - - - - - - - - - - -x

11    LEHMAN BROTHERS HOLDINGS INC.,

12                     Plaintiff,

13              v.

14    CITY FIRST MORTGAGE SERVICES, L.L.C.,

15                     Defendants.

16    - - - - - - - - - - - - - - - - - - - - - - - - - -x

17    Adv. Case No. 16-01304-scc

18    - - - - - - - - - - - - - - - - - - - - - - - - - -x

19    LEHMAN BROTHERS HOLDINGS INC.,

20                     Plaintiff,

21              v.

22    MEGA CAPITAL FUNDING, INC.,

23                     Defendants.

24    - - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 10

```
1    Adv. Case No. 16-01305-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.,

4                    Plaintiff,

5            v.

6    FIRST EQUITY MORTGAGE BANKERS, INC.

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 16-01306-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.,

12                   Plaintiff,

13           v.

14   CRESTLINE FUNDING CORPORATION,

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01307-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21           v.

22   FIRST RESIDENTIAL MORTGAGE SERVICES CORPORATION,

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 11

```
 1   Adv. Case No. 16-01308-scc

 2   - - - - - - - - - - - - - - - - - - - - - - - - - -x

 3   LEHMAN BROTHERS HOLDINGS INC.

 4                  Plaintiff,

 5          v.

 6   PARKSIDE LENDING, LLC,

 7                  Defendants.

 8   - - - - - - - - - - - - - - - - - - - - - - - - - -x

 9   Adv. Case No. 16-01309-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                  Plaintiff,

13          v.

14   LOAN SIMPLE, INC. F/K/A ASCENT HOME LOANS INC.,

15                  Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01311-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                  Plaintiff,

21          v.

22   ATLANTIC BAY MORTGAGE GROUP, L.L.C.,

23                  Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 12

1    Adv. Case No. 16-01312-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                    Plaintiff,

5            v.

6    AURORA FINANCIAL, LLC F/K/A AURORA MORTGAGE, LLC,

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 16-01313-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13           v.

14   FIRST CALIFORNIA MORTGAGE COMPANY,

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01314-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21           v.

22   SOUTHEAST FUNDING ALLIANCE, INC.,

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

1    Adv. Case No. 16-01316-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                        Plaintiff,

5            v.

6    STERLING NATIONAL MORTGAGE COMPANY, INC.,

7        Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 16-01317-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                        Plaintiff,

13           v.

14   HARTLAND MORTGAGE CENTERS, INC.,

15                        Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01318-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                        Plaintiff,

21           v.

22   MORTGAGE CAPITAL ASSOCIATES, INC.,

23                        Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 14

1   Adv. Case No. 16-01319-scc

2   - - - - - - - - - - - - - - - - - - - - - - - - - -x

3   LEHMAN BROTHERS HOLDINGS INC.

4                   Plaintiff,

5           v.

6   HOME LOAN MORTGAGE CORPORATION,

7                   Defendants.

8   - - - - - - - - - - - - - - - - - - - - - - - - - -x

9   Adv. Case No. 16-01320-scc

10  - - - - - - - - - - - - - - - - - - - - - - - - - -x

11  LEHMAN BROTHERS HOLDINGS INC.

12                  Plaintiff,

13          v.

14  LAKELAND MORTGAGE CORPORATION,

15                  Defendants.

16  - - - - - - - - - - - - - - - - - - - - - - - - - -x

17  Adv. Case No. 16-01322-scc

18  - - - - - - - - - - - - - - - - - - - - - - - - - -x

19  LEHMAN BROTHERS HOLDINGS INC.

20                  Plaintiff,

21          v.

22  MARIBELLA MORTGAGE, LLC,

23                  Defendants.

24  - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 15

1    Adv. Case No. 16-01324-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                    Plaintiff,

5            v.

6    ROSS MORTGAGE CORPORATION,

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 16-01325-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13           v.

14   SECURITY NATIONAL MORTGAGE COMPANY,

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01326-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21           v.

22   WR STARKEY MORTGAGE, LLP,

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 16

```
 1   Adv. Case No. 16-01327-scc

 2   - - - - - - - - - - - - - - - - - - - - - - - - -x

 3   LEHMAN BROTHERS HOLDINGS INC.

 4                   Plaintiff,

 5            v.

 6   NATIONAL FUNDING COMPANY, LLC,

 7                   Defendants.

 8   - - - - - - - - - - - - - - - - - - - - - - - - -x

 9   Adv. Case No. 16-01330-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13            v.

14   ORO REAL, INC.,

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01331-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21            v.

22   THE LENDING COMPANY, INC.,

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 17

```
 1   Adv. Case No. 16-01332-scc

 2   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 3   LEHMAN BROTHERS HOLDINGS INC.

 4              Plaintiff,

 5        v.

 6   CMG MORTGAGE, INC.,

 7              Defendants.

 8   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 9   Adv. Case No. 16-01333-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12              Plaintiff,

13        v.

14   WINDSOR CAPITAL MORTGAGE CORPORATION,

15              Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01334-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20              Plaintiff,

21        v.

22   MC ADVANTAGE, LLC, F/K/A REPUBLIC MORTGAGE HOME LO,

23              Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 18

```
 1   Adv. Case No. 16-01335-scc

 2   - - - - - - - - - - - - - - - - - - - - - - - - - -x

 3   LEHMAN BROTHERS HOLDINGS INC.

 4                   Plaintiff,

 5             v.

 6   POPULAR MORTGAGE CORP.,

 7                   Defendants.

 8   - - - - - - - - - - - - - - - - - - - - - - - - - -x

 9   Adv. Case No. 16-01337-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13             v.

14   LOAN CORRESPONDENTS, INC.,

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01339-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21             v.

22   NORTH ATLANTIC MORTGAGE CORPORATION,

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 19

1   Adv. Case No. 16-01341-scc

2   - - - - - - - - - - - - - - - - - - - - - - - - - -x

3   LEHMAN BROTHERS HOLDINGS INC.

4                    Plaintiff,

5            v.

6   SIERRA PACIFIC MORTGAGE COMPANY, INC.,

7                    Defendants.

8   - - - - - - - - - - - - - - - - - - - - - - - - - -x

9   Adv. Case No. 16-01342-scc

10  - - - - - - - - - - - - - - - - - - - - - - - - - -x

11  LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13           v.

14  HOME LOAN CENTER, INC.,

15                   Defendants.

16  - - - - - - - - - - - - - - - - - - - - - - - - - -x

17  Adv. Case No. 16-01343-scc

18  - - - - - - - - - - - - - - - - - - - - - - - - - -x

19  LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21           v.

22  RESPONSE MORTGAGE SERVICES., INC.

23                   Defendants.

24  - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 20

1    Adv. Case No. 16-01344-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                    Plaintiff,

5            v.

6    HOME CAPITAL FUNDING, D/B/A SECURITY ONE LENDING,

7            Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 16-01345-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13           v.

14   DIRECTORS MORTGAGE, INC.,

15           Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01346-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21           v.

22   WEI MORTGAGE LLC F/K/A WEI MORTGAGE CORPORATION,

23           Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 21

1    Adv. Case No. 16-01347-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                    Plaintiff,

5            v.

6    AMERICAN LENDING NETWORK, INC.,

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 16-01349-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13           v.

14   MOUNTAIN WEST FINANCIAL, INC.,

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01350-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21           v.

22   SACRAMENTO 1ST MORTGAGE, INC., INDIVIDUALLY AND AS

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 22

1    Adv. Case No. 16-01351-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                   Plaintiff,

5           v.

6    ARLINGTON CAPITAL MORTGAGE CORPORATION, ET AL.,

7                   Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 16-01353-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                  Plaintiff,

13          v.

14   PMAC LENDING SERVICES, INC., INDIVIDUALLY AND AS

15                  Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01354-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                  Plaintiff,

21          v.

22   THE MORTGAGE STORE FINANCIAL, INC.,

23                  Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 23

1    Adv. Case No. 16-01357-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                    Plaintiff,

5              v.

6    SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, FSB,

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 16-01358-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13             v.

14   SUNSET MORTGAGE COMPANY L.P., et al.

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01359-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21             v.

22   CTX MORTGAGE COMPANY, LLC,

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 24

1    Adv. Case No. 16-01360-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                  Plaintiff,

5            v.

6    DIVERSIFIED CAPITAL FUNDING, INC., ET AL,

7                  Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 16-01361-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                 Plaintiff,

13           v.

14   RESIDENTIAL HOME FUNDING CORP.,

15                 Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01363-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                 Plaintiff,

21           v.

22   GATEWAY BANK, F.S.B.,

23                 Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 25

```
 1   Adv. Case No. 16-01364-scc

 2   - - - - - - - - - - - - - - - - - - - - - - - - -x

 3   LEHMAN BROTHERS HOLDINGS INC.

 4                   Plaintiff,

 5           v.

 6   CIRCLE ONE MORTGAGE COMPANY, ET AL.,

 7                   Defendants.

 8   - - - - - - - - - - - - - - - - - - - - - - - - -x

 9   Adv. Case No. 16-01365-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13           v.

14   REPUBLIC STATE MORTGAGE CO.

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01367-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21           v.

22   CAPITAL BANK CORPORATION

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 26

```
 1   Adv. Case No. 16-01369-scc

 2   - - - - - - - - - - - - - - - - - - - - - - - - -x

 3   LEHMAN BROTHERS HOLDINGS INC.

 4                  Plaintiff,

 5            v.

 6   WINTRUST MORTGAGE CORPORATION

 7                  Defendants.

 8   - - - - - - - - - - - - - - - - - - - - - - - - -x

 9   Adv. Case No. 16-01370-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                  Plaintiff,

13            v.

14   WJ CAPITAL CORPORATION et al

15                  Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01371-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                  Plaintiff,

21            v.

22   WINSTAR MORTGAGE PARTNERS, INC.

23                  Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 27

1    Adv. Case No. 16-01373-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                      Plaintiff,

5              v.

6    FREEDOM MORTGAGE CORPORATION

7                      Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 16-01374-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                      Plaintiff,

13             v.

14   DHI MORTGAGE COMPANY, LTD.

15                      Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01376-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                      Plaintiff,

21             v.

22   BWC MORTGAGE SERVICES ET AL

23                      Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 28

```
 1   Adv. Case No. 16-01377-scc

 2   - - - - - - - - - - - - - - - - - - - - - - - - - -x

 3   LEHMAN BROTHERS HOLDINGS INC.

 4                 Plaintiff,

 5           v.

 6   1 AM, LLC F/K/A 1ST ADVANTAGE MORTGAGE et al

 7                 Defendants.

 8   - - - - - - - - - - - - - - - - - - - - - - - - - -x

 9   Adv. Case No. 16-01378-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                 Plaintiff,

13           v.

14   AMERICA'S MORTGAGE ALLIANCE, INC. et al

15                 Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 16-01379-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                 Plaintiff,

21           v.

22   FIRST CAPITAL GROUP, L.P. et al

23                 Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 29

1    Adv. Case No. 16-01382-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                    Plaintiff,

5            v.

6    FAIRMONT FUNDING LTD.

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 16-01383-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                    Plaintiff,

13           v.

14   EAGLE MORTGAGE HOLDINGS, LLC

15                    Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 17-01001-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                    Plaintiff,

21           v.

22   GUILD MORTGAGE COMPANY

23                    Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 30

1    Adv. Case No. 18-01695-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                    Plaintiff,

5            v.

6    1ST 2ND MORTGAGE COMPANY OF N.J., INC.

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 18-01696-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13           v.

14   ALL HOME LENDING, INC.

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 18-01697-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21           v.

22   AMERICAN CAPITAL MORTGAGE, INC.

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 31

```
 1    Adv. Case No. 18-01698-scc

 2    - - - - - - - - - - - - - - - - - - - - - - - - -x

 3    LEHMAN BROTHERS HOLDINGS INC.

 4                    Plaintiff,

 5            v.

 6    AMERICAN INTERBANC MORTGAGE, LLC

 7                    Defendants.

 8    - - - - - - - - - - - - - - - - - - - - - - - - -x

 9    Adv. Case No. 18-01699-scc

10    - - - - - - - - - - - - - - - - - - - - - - - - -x

11    LEHMAN BROTHERS HOLDINGS INC.

12                    Plaintiff,

13            v.

14    COLONIAL SAVINGS, F.A.

15                    Defendants.

16    - - - - - - - - - - - - - - - - - - - - - - - - -x

17    Adv. Case No. 18-01700-scc

18    - - - - - - - - - - - - - - - - - - - - - - - - -x

19    LEHMAN BROTHERS HOLDINGS INC.

20                    Plaintiff,

21            v.

22    COLORADO FEDERAL SAVINGS BANK

23                    Defendants.

24    - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 32

1    Adv. Case No. 18-01701-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                     Plaintiff,

5              v.

6    FIRST CREDIT UNION

7                     Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 18-01702-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                    Plaintiff,

13             v.

14   FIRST GUARANTY MORTGAGE CORP.

15                    Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 18-01704-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                    Plaintiff,

21             v.

22   FIRST INDEPENDENT MORTGAGE COMPANY

23                    Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 33

1   Adv. Case No. 18-01705-scc

2   - - - - - - - - - - - - - - - - - - - - - - - - -x

3   LEHMAN BROTHERS HOLDINGS INC.

4                  Plaintiff,

5            v.

6   GENPACT MORTGAGE SERVICES, INC.

7                  Defendants.

8   - - - - - - - - - - - - - - - - - - - - - - - - -x

9   Adv. Case No. 18-01706-scc

10  - - - - - - - - - - - - - - - - - - - - - - - - -x

11  LEHMAN BROTHERS HOLDINGS INC.

12                 Plaintiff,

13           v.

14  VICTORIA CAPITAL, INC.

15                 Defendants.

16  - - - - - - - - - - - - - - - - - - - - - - - - -x

17  Adv. Case No. 18-01707-scc

18  - - - - - - - - - - - - - - - - - - - - - - - - -x

19  LEHMAN BROTHERS HOLDINGS INC.

20                 Plaintiff,

21           v.

22  GEORGE MASON MORTGAGE LLC

23                 Defendants.

24  - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 34

1    Adv. Case No. 18-01708-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                    Plaintiff,

5            v.

6    GFI MORTGAGE BANKERS, INC.

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 18-01709-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13           v.

14   MASON MCDUFFIE MORTGAGE CORPORATION

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 18-01710-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21           v.

22   MERRIMACK MORTGAGE COMPANY, INC.

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 35

1    Adv. Case No. 18-01711-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                    Plaintiff,

5              v.

6    GRAND BANK, NA CORP.

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 18-01712-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13             v.

14   NETWORK MORTGAGE SERVICES, INC.

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 18-01713-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21             v.

22   BANC OF CALIFORNIA, INC.

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 36

1    Adv. Case No. 18-01714-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                    Plaintiff,

5            v.

6    NOVA FINANCIAL & INVESTMENT CORPORATION

7                Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 18-01715-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13           v.

14   LHM FINANCIAL CORPORATION

15               Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 18-01716-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21           v.

22   ON Q FINANCIAL, INC.

23               Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 37

```
 1    Adv. Case No. 18-01717-scc

 2    - - - - - - - - - - - - - - - - - - - - - - - - -x

 3    LEHMAN BROTHERS HOLDINGS INC.

 4                    Plaintiff,

 5            v.

 6    LUXURY MORTGAGE CORP.

 7                    Defendants.

 8    - - - - - - - - - - - - - - - - - - - - - - - - -x

 9    Adv. Case No. 18-01718-scc

10    - - - - - - - - - - - - - - - - - - - - - - - - -x

11    LEHMAN BROTHERS HOLDINGS INC.

12                    Plaintiff,

13            v.

14    RBC CENTURA BANK

15                    Defendants.

16    - - - - - - - - - - - - - - - - - - - - - - - - -x

17    Adv. Case No. 18-01719-scc

18    - - - - - - - - - - - - - - - - - - - - - - - - -x

19    LEHMAN BROTHERS HOLDINGS INC.

20                    Plaintiff,

21            v.

22    AMERICAN HOME BANK, N.A., a DIVISION OF GRAYSTONE

23                    Defendants.

24    - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 38

```
 1    Adv. Case No. 18-01720-scc

 2    - - - - - - - - - - - - - - - - - - - - - - - - -x

 3    LEHMAN BROTHERS HOLDINGS INC.

 4                    Plaintiff,

 5            v.

 6    RMS & ASSOCIATES

 7                    Defendants.

 8    - - - - - - - - - - - - - - - - - - - - - - - - -x

 9    Adv. Case No. 18-01721-scc

10    - - - - - - - - - - - - - - - - - - - - - - - - -x

11    LEHMAN BROTHERS HOLDINGS INC.

12                    Plaintiff,

13            v.

14    SEATTLE BANK F/KlA SEATTLE SAVINGS BANK

15                    Defendants.

16    - - - - - - - - - - - - - - - - - - - - - - - - -x

17    Adv. Case No. 18-01722-scc

18    - - - - - - - - - - - - - - - - - - - - - - - - -x

19    LEHMAN BROTHERS HOLDINGS INC.

20                    Plaintiff,

21            v.

22    SKYLINE FINANCIAL CORP.

23                    Defendants.

24    - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 39

```
 1   Adv. Case No. 18-01723-scc

 2   - - - - - - - - - - - - - - - - - - - - - - - - -x

 3   LEHMAN BROTHERS HOLDINGS INC.

 4                   Plaintiff,

 5            v.

 6   WEBSTER BANK N.A.

 7                   Defendants.

 8   - - - - - - - - - - - - - - - - - - - - - - - - -x

 9   Adv. Case No. 18-01724

10   - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13            v.

14   BALTIMORE AMERICAN MORTGAGE CORPORATION INC.

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 18-01724-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21            v.

22   BALTIMORE AMERICAN MORTGAGE CORPORATION INC.

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 40

```
 1   Adv. Case No. 18-01726-scc

 2   - - - - - - - - - - - - - - - - - - - - - - - - -x

 3   LEHMAN BROTHERS HOLDINGS INC.

 4                  Plaintiff,

 5            v.

 6   SOUTHERN FIDELITY MORTGAGE, LLC

 7                  Defendants.

 8   - - - - - - - - - - - - - - - - - - - - - - - - -x

 9   Adv. Case No. 18-01727-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                  Plaintiff,

13            v.

14   SYNOVUS MORTGAGE CORP.

15                  Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 18-01728-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                  Plaintiff,

21            v.

22   TEXAS CAPITAL BANK, NA

23                  Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 41

```
 1    Adv. Case No. 18-01729-scc

 2    - - - - - - - - - - - - - - - - - - - - - - - - -x

 3    LEHMAN BROTHERS HOLDINGS INC.

 4                    Plaintiff,

 5            v.

 6    THE MORTGAGE HOUSE, INC.

 7                    Defendants.

 8    - - - - - - - - - - - - - - - - - - - - - - - - -x

 9    Adv. Case No. 18-01730-scc

10    - - - - - - - - - - - - - - - - - - - - - - - - -x

11    LEHMAN BROTHERS HOLDINGS INC.

12                    Plaintiff,

13            v.

14    UNION MORTGAGE GROUP, INC.

15                    Defendants.

16    - - - - - - - - - - - - - - - - - - - - - - - - -x

17    Adv. Case No. 18-01731-scc

18    - - - - - - - - - - - - - - - - - - - - - - - - -x

19    LEHMAN BROTHERS HOLDINGS INC.

20                    Plaintiff,

21            v.

22    JERSEY MORTGAGE COMPANY OF NEW JERSEY, INC.

23                    Defendants.

24    - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 42

```
 1   Adv. Case No. 18-01732-scc

 2   - - - - - - - - - - - - - - - - - - - - - - - - -x

 3   LEHMAN BROTHERS HOLDINGS INC.

 4                   Plaintiff,

 5           v.

 6   UNITED BANK,

 7                   Defendant.

 8   - - - - - - - - - - - - - - - - - - - - - - - - -x

 9   Adv. Case No. 01733-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13           v.

14   GROUP 2000 REAL ESTATE SERVICES, INC.

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 18-01734-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21           v.

22   VITEK REAL ESTATE INDUSTRIES GROUP, INC.

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 43

1     Adv. Case No. 18-01735-scc

2     - - - - - - - - - - - - - - - - - - - - - - - - - -x

3     LEHMAN BROTHERS HOLDINGS INC.

4                    Plaintiff,

5            v.

6     SUN WEST MORTGAGE COMPANY, INC.

7                    Defendants.

8     - - - - - - - - - - - - - - - - - - - - - - - - - -x

9     Adv. Case No. 18-01736-scc

10    - - - - - - - - - - - - - - - - - - - - - - - - - -x

11    LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13           v.

14    SALEM FIRE MORTGAGE COMPANY, LLC

15                   Defendants.

16    - - - - - - - - - - - - - - - - - - - - - - - - - -x

17    Adv. Case No. 18-01737-scc

18    - - - - - - - - - - - - - - - - - - - - - - - - - -x

19    LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21           v.

22    MONARCH FUNDING CORP.,

23                   Defendant.

24    - - - - - - - - - - - - - - - - - - - - - - - - - - x

25

Page 44

```
 1    Adv. Case No. 18-01738-scc

 2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

 3    LEHMAN BROTHERS HOLDINGS INC.

 4                    Plaintiff,

 5             v.

 6    ALLIANCE MORTGAGE BANKING, CORP.

 7                    Defendants.

 8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

 9    Adv. Case No. 18-01739-scc

10    - - - - - - - - - - - - - - - - - - - - - - - - - -x

11    LEHMAN BROTHERS HOLDINGS INC.

12                    Plaintiff,

13             v.

14    LENDUS, LLC, AS SUCCESSOR BY MERGER TO NL, INC.,

15        Defendants.

16    - - - - - - - - - - - - - - - - - - - - - - - - - -x

17    Adv. Case No. 18-01740-scc

18    - - - - - - - - - - - - - - - - - - - - - - - - - -x

19    LEHMAN BROTHERS HOLDINGS INC.

20                    Plaintiff,

21             v.

22    MORTGAGE WORLD BANKERS, INC.

23                    Defendants.

24    - - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 45

1   Adv. Case No. 18-01741-scc

2   - - - - - - - - - - - - - - - - - - - - - - - - -x

3   LEHMAN BROTHERS HOLDINGS INC.

4                    Plaintiff,

5           v.

6   RBC MORTGAGE COMPANY

7                    Defendants.

8   - - - - - - - - - - - - - - - - - - - - - - - - -x

9   Adv. Case No. 18-01742-scc

10  - - - - - - - - - - - - - - - - - - - - - - - - -x

11  LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13          v.

14  SUMMIT FUNDING, INC.

15                   Defendants.

16  - - - - - - - - - - - - - - - - - - - - - - - - -x

17  Adv. Case No. 18-01743-scc

18  - - - - - - - - - - - - - - - - - - - - - - - - -x

19  LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21          v.

22  SUTTON BANK

23                   Defendant.

24  - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 46

1    Adv. Case No. 18-01744-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                    Plaintiff,

5            v.

6    GREENWICH HOME MORTGAGE CORP.

7            Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 18-01745-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13           v.

14   THE MORTGAGE FIRM, INC.

15           Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 18-01746-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21           v.

22   WALL STREET MORTGAGE BANKERS, LTD.

23           Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 47

```
 1    Adv. Case No. 18-01747-scc

 2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

 3    LEHMAN BROTHERS HOLDINGS INC.

 4                  Plaintiff,

 5            v.

 6    TBI MORTGAGE COMPANY f/k/a WESTMINSTER MORTGAGE CO

 7                  Defendants.

 8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

 9    Adv. Case No. 18-01748-scc

10    - - - - - - - - - - - - - - - - - - - - - - - - - -x

11    LEHMAN BROTHERS HOLDINGS INC.

12                  Plaintiff,

13            v.

14    MARKET STREET MORTGAGE CORP.

15                  Defendants.

16    - - - - - - - - - - - - - - - - - - - - - - - - - -x

17    Adv. Case No. 18-01750-scc

18    - - - - - - - - - - - - - - - - - - - - - - - - - -x

19    LEHMAN BROTHERS HOLDINGS INC.

20                  Plaintiff,

21            v.

22    JUST MORTGAGE, INC.

23                  Defendants.

24    - - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 48

1    Adv. Case No. 18-01751-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                      Plaintiff,

5              v.

6    COVINO & COMPANY, INC.

7                      Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 18-01752-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                     Plaintiff,

13             v.

14   HOMEWARD RESIDENTIAL, INC.

15                     Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 18-01753-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                     Plaintiff,

21             v.

22   CHOICE MORTGAGE BANK, INC.

23                     Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 49

```
 1    Adv. Case No. 18-01754-scc

 2    - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 3    LEHMAN BROTHERS HOLDINGS INC.

 4                   Plaintiff,

 5              v.

 6    GOLDWATER BANK, N.A.

 7                   Defendants.

 8    - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 9    Adv. Case No. 18-01755-scc

10    - - - - - - - - - - - - - - - - - - - - - - - - - - -x

11    LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13              v.

14    BRANCH BANKING AND TRUST COMPANY

15                   Defendants.

16    - - - - - - - - - - - - - - - - - - - - - - - - - - -x

17    Adv. Case No. 18-01756-scc

18    - - - - - - - - - - - - - - - - - - - - - - - - - - -x

19    LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21              v.

22    EMBRACE HOME LOANS, INC. f/k/a ADVANCED FINANCIAL

23                   Defendants.

24    - - - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 50

1    Adv. Case No. 18-01757-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                     Plaintiff,

5              v.

6    ACCESS NATIONAL BANK

7                     Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 18-01758-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                    Plaintiff,

13             v.

14   EQUITY MORTGAGE, LLC

15                    Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 18-01759-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                    Plaintiff,

21             v.

22   FIRST HORIZON HOME LOAN CORPORATION

23                    Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

```
 1    Adv. Case No. 18-01760-scc

 2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

 3    LEHMAN BROTHERS HOLDINGS INC.

 4                    Plaintiff,

 5             v.

 6    AMERIS BANK

 7                    Defendants.

 8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

 9    Adv. Case No. 18-01761-scc

10    - - - - - - - - - - - - - - - - - - - - - - - - - -x

11    LEHMAN BROTHERS HOLDINGS INC.

12                    Plaintiff,

13             v.

14    BANCO POPULAR NORTH AMERICA

15                    Defendants.

16    - - - - - - - - - - - - - - - - - - - - - - - - - -x

17    Adv. Case No. 18-01762-scc

18    - - - - - - - - - - - - - - - - - - - - - - - - - -x

19    LEHMAN BROTHERS HOLDINGS INC.

20                    Plaintiff,

21             v.

22    E-LOAN, INC.

23                    Defendants.

24    - - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 52

```
 1    Adv. Case No. 18-01763-scc

 2    - - - - - - - - - - - - - - - - - - - - - - - - -x

 3    LEHMAN BROTHERS HOLDINGS INC.

 4                    Plaintiff,

 5            v.

 6    FLAGSTAR CAPITAL MARKETS CORPORATION et al.

 7                    Defendants.

 8    - - - - - - - - - - - - - - - - - - - - - - - - -x

 9    Adv. Case No. 18-01764-scc

10    - - - - - - - - - - - - - - - - - - - - - - - - -x

11    LEHMAN BROTHERS HOLDINGS INC.

12                    Plaintiff,

13            v.

14    MOUNTAIN AMERICA FINANCIAL SERVICES, LLC et al.

15                    Defendants.

16    - - - - - - - - - - - - - - - - - - - - - - - - -x

17    Adv. Case No. 18-01766-scc

18    - - - - - - - - - - - - - - - - - - - - - - - - -x

19    LEHMAN BROTHERS HOLDINGS INC.

20                    Plaintiff,

21            v.

22    MORTGAGE SERVICES III, LLC et al.

23                    Defendants.

24    - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 53

1    Adv. Case No. 18-01790-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                    Plaintiff,

5            v.

6    APPROVED FUNDING CORP.

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 18-01791-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13           v.

14   LOAN SIMPLE, INC. f/k/a ASCENT HOME LOANS, INC. f/

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 18-01792-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21           v.

22   BONDCORP REALTY SERVICES INC.

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 54

1    Adv. Case No. 18-01793-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                    Plaintiff,

5              v.

6    BROADVIEW MORTGAGE CORPORATION

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 18-01795-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13             v.

14   CHERRY CREE MORTGAGE CO., INC.

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 18-01796-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21             v.

22   CMG MORTGAGE, INC.  et al.

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 55

1    Adv. Case No. 18-01797-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                      Plaintiff,

5              v.

6    FIRST CALIFORNIA MORTGAGE COMPANY

7                      Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 18-01798-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                     Plaintiff,

13             v.

14   FIRST MORTGAGE CORPORATION

15                     Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 18-01799-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                     Plaintiff,

21             v.

22   GUARANTEED RATE, INC. d/b/a GUARANTEED RATE.COM

23                     Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 56

1    Adv. Case No. 18-01800-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                    Plaintiff,

5            v.

6    HARTLAND MORTGAGE CENTERS, INC.

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 18-01801-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13           v.

14   MEGA CAPITAL FUNDING, INC.

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 18-01804-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21           v.

22   MEGASTAR FINANCIAL CORP.

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 57

```
1   Adv. Case No. 18-01806-scc

2   - - - - - - - - - - - - - - - - - - - - - - - - - -x

3   LEHMAN BROTHERS HOLDINGS INC.

4                   Plaintiff,

5           v.

6   NEW FED MORTGAGE, CORP.

7                   Defendants.

8   - - - - - - - - - - - - - - - - - - - - - - - - - -x

9   Adv. Case No. 18-01808-scc

10  - - - - - - - - - - - - - - - - - - - - - - - - - -x

11  LEHMAN BROTHERS HOLDINGS INC.

12                  Plaintiff,

13          v.

14  OAKTREE FUNDING CORP.

15                  Defendants.

16  - - - - - - - - - - - - - - - - - - - - - - - - - -x

17  Adv. Case No. 18-01811-scc

18  - - - - - - - - - - - - - - - - - - - - - - - - - -x

19  LEHMAN BROTHERS HOLDINGS INC.

20                  Plaintiff,

21          v.

22  MC ADVANTAGE, LLC, f/k/a REPUBLIC MORTGAGE HOME LO

23                  Defendants.

24  - - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 58

```
 1    Adv. Case No. 18-01813-scc

 2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

 3    LEHMAN BROTHERS HOLDINGS INC.

 4                    Plaintiff,

 5             v.

 6    REPUBLIC STATE MORTGAGE CO., individually and as s

 7                    Defendants.

 8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

 9    Adv. Case No. 18-01815-scc

10    - - - - - - - - - - - - - - - - - - - - - - - - - -x

11    LEHMAN BROTHERS HOLDINGS INC.

12                    Plaintiff,

13             v.

14    RESIDENTIAL HOME FUNDING CORP.

15                    Defendants.

16    - - - - - - - - - - - - - - - - - - - - - - - - - -x

17    Adv. Case No. 18-01818-scc

18    - - - - - - - - - - - - - - - - - - - - - - - - - -x

19    LEHMAN BROTHERS HOLDINGS INC.

20                    Plaintiff,

21             v.

22    RESPONSE MORTGAGE SERVICES, INC.

23                    Defendants.

24    - - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 59

```
 1    Adv. Case No. 18-01819-scc

 2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

 3    LEHMAN BROTHERS HOLDINGS INC.

 4              Plaintiff,

 5         v.

 6    SECURITYNATIONAL MORTGAGE COMPANY

 7              Defendants.

 8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

 9    Adv. Case No. 18-01820-scc

10    - - - - - - - - - - - - - - - - - - - - - - - - - -x

11    LEHMAN BROTHERS HOLDINGS INC.

12              Plaintiff,

13         v.

14    WINTRUST MORTGAGE COMPANY, as successor by mer

15              Defendants.

16    - - - - - - - - - - - - - - - - - - - - - - - - - -x

17    Adv. Case No. 18-01821-scc

18    - - - - - - - - - - - - - - - - - - - - - - - - - -x

19    LEHMAN BROTHERS HOLDINGS INC.

20              Plaintiff,

21         v.

22    SIERRA PACIFIC MORTGAGE COMPANY, INC.

23              Defendants.

24    - - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 60

```
 1   Adv. Case No. 18-01823-scc

 2   - - - - - - - - - - - - - - - - - - - - - - - - - -x

 3   LEHMAN BROTHERS HOLDINGS INC.

 4                  Plaintiff,

 5           v.

 6   BWC MORTGAGE SERVICES et al.

 7                  Defendants.

 8   - - - - - - - - - - - - - - - - - - - - - - - - - -x

 9   Adv. Case No. 18-01824-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                  Plaintiff,

13           v.

14   STERLING NATIONAL MORTGAGE COMPANY, INC.

15                  Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 18-01825-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                  Plaintiff,

21           v.

22   SUBURBAN MORTGAGE, INC.

23                  Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

Page 61

1    Adv. Case No. 18-01826-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                    Plaintiff,

5            v.

6    SUN AMERICAN MORTGAGE COMPANY

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 18-01827-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13           v.

14   WR STARKEY MORTGAGE, LLP

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 18-01828-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21           v.

22   WINDSOR CAPITAL MORTGAGE CORPORATION

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 62

1    Adv. Case No. 18-01829-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                    Plaintiff,

5            v.

6    CIRCLE ONE MORTGAGE COMPANY et al.

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 18-01830-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                   Plaintiff,

13           v.

14   DITECH FINANCIAL LLC, as successor to merger to DI

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 18-01831-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20                   Plaintiff,

21           v.

22   ROSS MORTGAGE CORPORATION

23                   Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 63

1    Adv. Case No. 18-01839-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4              Plaintiff,

5         v.

6    IMORTGAGE.COM, INC. et al.

7              Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 18-01840-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12              Plaintiff,

13         v.

14   ARLINGTON CAPITAL MORTGAGE CORPORATION et al.

15              Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - -x

17   Adv. Case No. 18-01842-scc

18   - - - - - - - - - - - - - - - - - - - - - - - - -x

19   LEHMAN BROTHERS HOLDINGS INC.

20              Plaintiff,

21         v.

22   PMAC LENDING SERVICES, INC., individually and as s

23              Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - -x

25

Page 64

1    Adv. Case No. 18-01866-scc

2    - - - - - - - - - - - - - - - - - - - - - - - - - -x

3    LEHMAN BROTHERS HOLDINGS INC.

4                 Plaintiff,

5          v.

6    GUILD MORTGAGE COMPANY individually and as success

7                 Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - -x

9    Adv. Case No. 18-01867-scc

10   - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   LEHMAN BROTHERS HOLDINGS INC.

12                Plaintiff,

13         v.

14   AMERICAN BANK et al.

15                Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - -x

17

18

19

20

21

22

23

24

25

Page 65

1                    United States Bankruptcy Court

2                    One Bowling Green

3                    New York, NY   10004

4

5                    March 7, 2019

6                    11:07 AM

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21    B E F O R E :

22    HON SHELLEY C. CHAPMAN

23    U.S. BANKRUPTCY JUDGE

24

25    ECRO:  MATTHEW

Page 66

1   HEARING RE

2

3   08-13555-scc Lehman Brothers Holdings Inc.

4   Doc #59501 Motion to Withdraw as Attorney of Record for

5   Bondcorp Realty Services Inc. filed by Tracy Lee Henderson

6   on behalf of Bondcorp Realty Services Inc

7

8   08-13555-scc Lehman Brothers Holdings Inc.

9   Doc #59550 Motion to Withdraw as Attorney of Record for

10  Americas Mortgage, LLC and Americas Mortgage Alliance, Inc.

11  filed by Meshach Y Rhoades

12

13  Adversary proceeding: 16-01019-scc Lehman Brothers Holdings

14  Inc. v. 1st Advantage Mortgage, L.L.C. et al

15  Status Conference

16

17  Adversary proceeding: 16-01019-scc Lehman Brothers Holdings

18  Inc. v. 1st Advantage Mortgage, L.L.C. et al

19  Doc #779 Motion to Withdraw as Attorney of Record for

20  Bondcorp Realty Services Inc. filed by Tracy Lee Henderson

21

22  Adversary proceeding: 16-01019-scc Lehman Brothers Holdings

23  Inc. v. 1st Advantage Mortgage, L.L.C. et al

24  Doc #794 Motion to Withdraw as Attorney as Counsel of Record

25  for Americas Mortgage, LLC and Americas Mortgage Alliance,

1    Inc. filed by Meshach Y Rhoades

2

3    Adversary proceeding: 16-01019-scc Lehman Brothers Holdings

4    Inc. v. 1st Advantage Mortgage, L.L.C. et al

5    Doc #704 Defendants' Motion to Consolidate Adversary

6    Proceedings and Incorporated Memorandum of Law filed by Enza

7    Boderone on behalf of Eagle Home Mortgage, LLC, Universal

8    American Mortgage Company, LLC

9

10    Adversary proceeding: 16-01001-sec Lehman Brothers Holdings

11    Inc. v. Stearns Lending, LLC

12    Doc# 61 Notice of Hearing

13

14    Adversary proceeding: 16-01002-scc Lehman Brothers Holdings

15    Inc. v. Standard Pacific Mortgage, Inc.

16    Doc# 90 Notice of Hearing

17

18    Adversary proceeding: 16-01003-scc Lehman Brothers Holdings

19    Inc. v. American Bank et al

20    Doc# 109 Notice of Hearing

21

22    Adversary proceeding: 16-01283-scc Lehman Brothers Holdings

23    Inc. v. Imortgage.com, Inc. et al

24    Doc# 44 Notice of Hearing

25

Page 68

1    Adversary proceeding: 16-01284-scc Lehman Brothers Holdings

2    Inc. v. Approved Funding Corp.

3    Doc# 56 Notice of Hearing

4

5    Adversary proceeding: 16-01285-scc Lehman Brothers Holdings

6    Inc. v. Bank of England

7    Doc# 32 Notice of Hearing

8

9    Adversary proceeding: 16-01286-scc Lehman Brothers Holdings

10   Inc. v. Broadview Mortgage Corporation

11   Doc# 56 Notice of Hearing

12

13   Adversary proceeding: 16-01287-scc Lehman Brothers Holdings

14   Inc. v. Cherry Creek Mortgage Co., Inc.

15   Doc# 48 Notice of Hearing

16

17   Adversary proceeding: 16-01288-scc Lehman Brothers Holdings

18   Inc. v. Cornerstone Mortgage, Inc.

19   Doc# 39 Notice of Hearing

20

21   Adversary proceeding: 16-01289-scc Lehman Brothers Holdings

22   Inc. v. First Bank Doc# 44 Notice of Hearing

23

24   Adversary proceeding: 16-01290-scc Lehman Brothers Holdings

25   Inc. v. First Mortgage Corporation

Page 69

1    Doc# 56 Notice of Hearing

2

3    Adversary proceeding: 16-01291-scc Lehman Brothers Holdings

4    Inc. v. Gateway Mortgage Group, LLC

5    Doc# 33 Notice of Hearing

6

7    Adversary proceeding: 16-01292-scc Lehman Brothers Holdings

8    Inc. v. Guaranteed Rate, Inc.

9    Doc# 51 Notice of Hearing

10

11   Adversary proceeding: 16-01293-scc Lehman Brothers Holdings

12   Inc. v. Paramount Residential Mortgage Group, Inc.

13   Doc# 32 Notice of Hearing

14

15   Adversary proceeding: 16-01294-scc Lehman Brothers Holdings

16   Inc. v. Shea Mortgage Inc.

17   Doc# 32 Notice of Hearing

18

19   Adversary proceeding: 16-01295-scc Lehman Brothers Holdings

20   Inc. v. Suburban Mortgage, Inc.

21   Doc# 54 Notice of Hearing

22

23   Adversary proceeding: 16-01296-scc Lehman Brothers Holdings

24   Inc. v. Sun American Mortgage Company

25   Doc# 55 Notice of Hearing

Page 70

1    Adversary proceeding: 16-01297-scc Lehman Brothers Holdings

2    Inc. v. Universal American Mortgage Company, LLC

3    Doc# 49 Notice of Hearing

4

5    Adversary proceeding: 16-01298-scc Lehman Brothers Holdings

6    Inc. v. Oaktree Funding Corp.

7    Doc# 55 Notice of Hearing

8

9    Adversary proceeding: 16-01299-scc Lehman Brothers Holdings

10   Inc. v. New Fed Mortgage Corp.

11   Doc# 55 Notice of Hearing

12

13   Adversary proceeding: 16-01300-scc Lehman Brothers Holdings

14   Inc. v. American

15   Home Equity Corporation

16   Doc# 28 Notice of Hearing

17

18   Adversary proceeding: 16-01301-scc Lehman Brothers Holdings

19   Inc. v. MegaStar Financial Corp.

20   Doc# 35 Notice of Hearing

21

22   Adversary proceeding: 16-01302-scc Lehman Brothers Holdings

23   Inc. v. Bondcorp Realty Services Inc.

24   Doc #46 Motion to Withdraw as Attorney of Record for

25   Bondcorp Realty Services Inc. filed by Tracy Lee Henderson

Page 71

1    Adversary proceeding: 16-01302-scc Lehman Brothers Holdings

2    Inc. v. Bondcorp Realty Services Inc.

3    Doc# 45 Notice of Hearing

4

5    Adversary proceeding: 16-01303-scc Lehman Brothers Holdings

6    Inc. v. City First Mortgage Services, L.L.C.

7    Doc# 28 Notice of Hearing

8

9    Adversary proceeding: 16-01304-scc Lehman Brothers Holdings

10   Inc. v. Mega Capital Funding, Inc.

11   Doc# 56 Notice of Hearing

12

13   Adversary proceeding: 16-01305-scc Lehman Brothers Holdings

14   Inc. v. First Equity Mortgage Bankers, Inc.

15   Doc# 34 Notice of Hearing

16

17   Adversary proceeding: 16-01306-scc Lehman Brothers Holdings

18   Inc. v. Crestline Funding Corporation

19   Doc# 33 Notice of Hearing

20

21   Adversary proceeding: 16-01307-scc Lehman Brothers Holdings

22   Inc. v. First Residential Mortgage Services Corporation

23   Doc# 28 Notice of Hearing

24

25   Adversary proceeding: 16-01308-scc Lehman Brothers Holdings

Page 72

1    Inc. v. Parkside Lending, LLC

2    Doc# 40 Notice of Hearing

3

4    Adversary proceeding: 16-01309-scc Lehman Brothers Holdings

5    Inc. v. Loan Simple, Inc. f/k/a Ascent Home Loans Inc.,

6    Doc# 62 Notice of Hearing

7

8    Adversary proceeding: 16-01311-scc Lehman Brothers Holdings

9    Inc. v. Atlantic Bay Mortgage Group, L.L.C.

10   Doc# 24 Notice of Hearing

11

12   Adversary proceeding: 16-01312-scc Lehman Brothers Holdings

13   Inc. v. Aurora Financial, LLC f/k/a Aurora Mortgage, LLC

14   Doc# 28 Notice of Hearing

15

16   Adversary proceeding: 16-0 I 313-scc Lehman Brothers

17   Holdings Inc. v. First California Mortgage Company

18   Doc# 49 Notice of Hearing

19

20   Adversary proceeding: 16-01314-scc Lehman Brothers Holdings

21   Inc. v. Southeast Funding Alliance, Inc.

22   Doc# 29 Notice of Hearing

23

24   Adversary proceeding: 16-01316-scc Lehman Brothers Holdings

25   Inc. v. Sterling National Mortgage Company, Inc.

Page 73

1    Doc# 48 Notice of Hearing

2

3    Adversary proceeding: 16-01317-scc Lehman Brothers Holdings

4    Inc. v. Hartland Mortgage Centers, Inc.

5    Doc# 53 Notice of Hearing

6

7    Adversary proceeding: 16-01318-scc Lehman Brothers Holdings

8    Inc. v. Mortgage Capital Associates, Inc.

9    Doc# 34 Notice of Hearing

10

11   Adversary proceeding: 16-01319-scc Lehman Brothers Holdings

12   Inc. v. Home Loan Mortgage Corporation

13   Doc# 26 Notice of Hearing

14

15   Adversary proceeding: 16-01320-scc Lehman Brothers Holdings

16   Inc. v. Lakeland Mortgage Corporation Doc# 25 Notice of

17   Hearing

18

19   Adversary proceeding: 16-01322-scc Lehman Brothers Holdings

20   Inc. v. Maribella Mortgage, LLC

21   Doc# 25 Notice of Hearing

22

23   Adversary proceeding: 16-01324-scc Lehman Brothers Holdings

24   Inc. v. Ross Mortgage Corporation

25   Doc# 58 Notice of Hearing

Page 74

 1    Adversary proceeding: 16-01325-scc Lehman Brothers Holdings

 2    Inc. v. SecurityNational Mortgage Company

 3    Doc# 41 Notice of Hearing

 4

 5    Adversary proceeding: 16-01326-scc Lehman Brothers Holdings

 6    Inc. v. WR Starkey Mortgage, LLP

 7    Doc# 56 Notice of Hearing

 8

 9    Adversary proceeding: 16-01327-scc Lehman Brothers Holdings

10    Inc. v. National Funding Company, LLC

11    Doc# 28 Notice of Hearing

12

13    Adversary proceeding: 16-01330-scc Lehman Brothers Holdings

14    Inc. v. Oro Real, Inc. Doc# 26 Notice of Hearing

15

16    Adversary proceeding: 16-01331-scc Lehman Brothers Holdings

17    Inc. v. The Lending Company, Inc.

18    Doc# 26 Notice of Hearing

19

20    Adversary proceeding: 16-01332-scc Lehman Brothers Holdings

21    Inc. v. CMG Mortgage, Inc.

22    Doc# 67 Notice of Hearing

23

24    Adversary proceeding: 16-01333-scc Lehman Brothers Holdings

25    Inc. v. Windsor Capital Mortgage Corporation

Page 75

1   Doc# 58 Notice of Hearing

2

3   Adversary proceeding: 16-01334-scc Lehman Brothers Holdings

4   Inc. v. MC Advantage, LLC, f/k/a Republic Mortgage Home Lo

5   Doc# 59 Notice of Hearing

6

7   Adversary proceeding: 16-01335-scc Lehman Brothers Holdings

8   Inc. v. Popular Mortgage Corp.

9   Doc# 29 Notice of Hearing

10

11   Adversary proceeding: 16-01337-scc Lehman Brothers Holdings

12   Inc. v. Loan Correspondents, Inc.

13   Doc# 32 Notice of Hearing

14

15   Adversary proceeding: 16-01339-scc Lehman Brothers Holdings

16   Inc. v. North Atlantic Mortgage Corporation

17   Doc# 44 Notice of Hearing

18

19   Adversary proceeding: 16-01341-scc Lehman Brothers Holdings

20   Inc. v. Sierra Pacific Mortgage Company, Inc.

21   Doc# 33 Notice of Hearing

22

23   Adversary proceeding: 16-01342-scc Lehman Brothers Holdings

24   Inc. v. Home Loan Center, Inc.

25   Doc# 34 Notice of Hearing

Page 76

1    Adversary proceeding: 16-01343-scc Lehman Brothers Holdings

2    Inc. v. Response Mortgage Services, Inc.

3    Doc# 43 Notice of Hearing

4

5    Adversary proceeding: 16-01344-scc Lehman Brothers Holdings

6    Inc. v. Home Capital Funding, d/b/a Security One Lending e

7    Doc# 63 Notice of Hearing

8

9    Adversary proceeding: 16-01345-scc Lehman Brothers Holdings

10   Inc. v. Directors Mortgage, Inc.

11   Doc# 39 Notice of Hearing

12

13   Adversary proceeding: 16-01346-scc Lehman Brothers Holdings

14   Inc. v. Wei Mortgage LLC f/k/a Wei Mortgage Corporation

15   Doc# 33 Notice of Hearing

16

17   Adversary proceeding: 16-0134 7-scc Lehman Brothers Holdings

18   Inc. v. American  Lending Network, Inc.

19   Doc# 27 Notice of Hearing

20

21   Adversary proceeding: 16-01349-scc Lehman Brothers Holdings

22   Inc. v. Mountain West Financial, Inc.

23   Doc# 33 Notice of Hearing

24

25

Page 77

1    Adversary proceeding: 16-01350-scc Lehman Brothers Holdings

2    Inc. v. Sacramento 1st Mortgage, Inc. individually and as

3    Doc# 39 Notice of Hearing

4

5    Adversary proceeding: 16-01351-scc Lehman Brothers Holdings

6    Inc. v. Arlington Capital Mortgage Corporation et al

7    Doc# 77 Notice of Hearing

8

9    Adversary proceeding: 16-01353-scc Lehman Brothers Holdings

10   Inc. v. PMAC  Lending Services, Inc., individually and as s

11   Doc# 40 Notice of Hearing

12

13   Adversary proceeding: 16-013 54-scc Lehman Brothers Holdings

14   Inc. v. The Mortgage Store Financial, Inc.

15   Doc# 32 Notice of Hearing

16

17   Adversary proceeding: 16-01357-scc Lehman Brothers Holdings

18   Inc. v. Santander Bank, N.A., f/k/a Sovereign Bank, FSB

19   Doc# 31 Notice of Hearing

20

21   Adversary proceeding: 16-01358-scc Lehman Brothers Holdings

22   Inc. v. Sunset Mortgage Company L.P. et al

23   Doc# 35 Notice of Hearing

24

25   Adversary proceeding: 16-01359-scc Lehman Brothers Holdings

Page 78

```
 1    Inc. v. CTX Mortgage Company, LLC

 2    Doc# 36 Notice of Hearing

 3

 4    Adversary proceeding: 16-01360-scc Lehman Brothers Holdings

 5    Inc. v. Diversified Capital Funding, Inc. et al

 6    Doc# 50 Notice of Hearing

 7

 8    Adversary proceeding: 16-01361-scc Lehman Brothers Holdings

 9    Inc. v. Residential Home Funding Corp.

10    Doc# 53 Notice of Hearing

11

12    Adversary proceeding: 16-01363-scc Lehman Brothers Holdings

13    Inc. v. Gateway Bank, F.S.B

14    Doc# 27 Notice of Hearing

15

16    Adversary proceeding: 16-01364-scc Lehman Brothers Holdings

17    Inc. v. Circle One Mortgage Company et al

18    Doc# 54 Notice of Hearing

19

20    Adversary proceeding: 16-01365-scc Lehman Brothers Holdings

21    Inc. v. Republic State Mortgage Co., individually and ass

22    Doc# 58 Notice of Hearing

23

24    Adversary proceeding: 16-01367-scc Lehman Brothers Holdings

25    Inc. v. Capital Bank Corporation, as successor by merger t
```

Page 79

1    Doc# 40 Notice of Hearing

2

3    Adversary proceeding: 16-01369-scc Lehman Brothers Holdings

4    Inc. v. Wintrust Mortgage Corporation

5    Doc# 53 Notice of Hearing

6

7    Adversary proceeding: 16-013 70-scc Lehman Brothers Holdings

8    Inc. v. W J Capital Corporation et al

9    Doc# 51 Notice of Hearing

10

11   Adversary proceeding: 16-01371-scc Lehman Brothers Holdings

12   Inc. v. Winstar Mortgage Partners, Inc.

13   Doc# 25 Notice of Hearing

14

15   Adversary proceeding: 16-013 73-scc Lehman Brothers Holdings

16   Inc. v. Freedom Mortgage Corporation

17   Doc# 35 Notice of Hearing

18

19   Adversary proceeding: 16-01374-scc Lehman Brothers Holdings

20   Inc. v. DHI Mortgage Company, Ltd.

21   Doc# 32 Notice of Hearing

22

23   Adversary proceeding: 16-01376-scc Lehman Brothers Holdings

24   Inc. v. BWC Mortgage Services et al

25   Doc# 71 Notice of Hearing

Page 80

1    Adversary proceeding: 16-01377-scc Lehman Brothers Holdings

2    Inc. v. 1 AM, LLC f/k/a 1st Advantage Mortgage, L.L.C et a

3    Doc# 34 Notice of Hearing

4

5    Adversary proceeding: 16-01378-scc Lehman Brothers Holdings

6    Inc. v. America's Mortgage Alliance, Inc. et al

7    Doc# 45 Notice of Hearing

8

9    Adversary proceeding: 16-01378-scc Lehman Brothers Holdings

10   Inc. v. America's Mortgage Alliance, Inc. et al

11   Doc# 46 Motion to Withdraw as Attorney as Attorney of Record

12   for Americas Mortgage Alliance, Inc. and Americas Mortgage,

13   LLC

14

15   Adversary proceeding: 16-01378-scc Lehman Brothers Holdings

16   Inc. v. America's Mortgage Alliance, Inc. et al

17   Doc# 47 Notice of Hearing

18

19   Adversary proceeding: 16-01379-scc Lehman Brothers Holdings

20   Inc. v. First Capital Group, L.P. et al

21   Doc# 32 Notice of Hearing

22

23   Adversary proceeding: 16-01382-scc Lehman Brothers Holdings

24   Inc. v. Fairmont Funding Ltd.

25   Doc# 26 Notice of Hearing

Page 81

1    Adversary proceeding: 16-01383-scc Lehman Brothers Holdings

2    Inc. v. Eagle Mortgage Holdings, LLC as successor by merge

3    Doc# 51 Notice of Hearing

4

5    Adversary proceeding: 17-01001-scc Lehman Brothers Holdings

6    Inc. v. Guild Mortgage Company

7    Doc# 82 Notice of Hearing

8

9    Adversary proceeding: 18-01695-scc Lehman Brothers Holdings

10    Inc. v. 1st 2nd Mortgage Company of N.J., Inc.

11    Doc# 11 Notice of Hearing

12

13    Adversary proceeding: 18-01696-scc Lehman Brothers Holdings

14    Inc. v. All Home Lending, Inc.

15    Doc# 11 Notice of Hearing

16

17    Adversary proceeding: 18-01697-scc Lehman Brothers Holdings

18    Inc. v. American Capital Mortgage, Inc.

19    Doc# IO Notice of Hearing

20

21    Adversary proceeding: 18-01698-scc Lehman Brothers Holdings

22    Inc. v. American Interbanc Mortgage, LLC

23    Doc# 11 Notice of Hearing

24

25    Adversary proceeding: 18-01699-scc Lehman Brothers Holdings

Page 82

1    Inc. v. Colonial Savings, F .A.

2    Doc# 14 Notice of Hearing

3

4    Adversary proceeding: 18-01700-scc Lehman Brothers Holdings

5    Inc. v. Colorado Federal Savings Bank

6    Doc# 11 Notice of Hearing

7

8    Adversary proceeding: 18-0170 I -sec Lehman Brothers

9    Holdings Inc. v. First Credit Union

10   Doc# 12 Notice of Hearing

11

12   Adversary proceeding: 18-01702-scc Lehman Brothers Holdings

13   Inc. v. First Guaranty Mortgage Corp.

14   Doc# 10 Notice of Hearing

15

16   Adversary proceeding: 18-01704-scc Lehman Brothers Holdings

17   Inc. v. First Independent Mortgage Company

18   Doc# 10 Notice of Hearing

19

20   Adversary proceeding: 18-01705-scc Lehman Brothers Holdings

21   Inc. v. Genpact Mortgage Services, Inc.

22   Doc# 12 Notice of Hearing

23

24   Adversary proceeding: 18-01706-scc Lehman Brothers Holdings,

25   Inc. v. Victoria Capital, Inc.

Page 83

1    Doc# 10 Notice of Hearing

2

3    Adversary proceeding: 18-01707-scc Lehman Brothers Holdings

4    Inc. v. George Mason Mortgage LLC

5    Doc# 13 Notice of Hearing

6

7    Adversary proceeding: 18-01708-scc Lehman Brothers Holdings

8    Inc. v. GFI Mortgage Bankers, Inc.

9    Doc# 10 Notice of Hearing

10

11   Adversary proceeding: 18-01709-scc Lehman Brothers Holdings,

12   Inc. v. MASON MCDUFFIE MORTGAGE CORPORATION

13   Doc# 11 Notice of Hearing

14

15   Adversary proceeding: 18-01710-scc Lehman Brothers Holdings,

16   Inc. v. Merrimack Mortgage Company, Inc.

17   Doc# 11 Notice of Hearing

18

19   Adversary proceeding: 18-01711-scc Lehman Brothers Holdings

20   Inc. v. Grand Bank, NA Corp.

21   Doc# 13 Notice of Hearing

22

23   Adversary proceeding: 18-01712-scc Lehman Brothers Holdings

24   Inc. v. Network Mortgage Services, Inc.

25   Doc# 10 Notice of Hearing

Page 84

1    Adversary proceeding: 18-01713-scc Lehman Brothers Holdings,

2    Inc. v. Banc of California, Inc., as successor by merger t

3    Doc# 11 Notice of Hearing

4

5    Adversary proceeding: 18-01714-scc Lehman Brothers Holdings

6    Inc. v. Nova Financial & Investment Corporation

7    Doc# 11 Notice of Hearing

8

9    Adversary proceeding: 18-01 715-scc Lehman Brothers

10   Holdings, Inc. v. LHM Financial Corporation

11   Doc# 15 Notice of Hearing

12

13   Adversary proceeding: 18-01 716-scc Lehman Brothers Holdings

14   Inc. v. On Q Financial, Inc.

15   Doc# 13 Notice of Hearing

16

17   Adversary proceeding: 18-01717-scc Lehman Brothers Holdings,

18   Inc. v. Luxury Mortgage Corp.

19   Doc# 15 Notice of Hearing

20

21   Adversary proceeding: 18-0 I 718-scc Lehman Brothers

22   Holdings Inc. v. RBC Centura Bank

23   Doc# 12 Notice of Hearing

24

25   Adversary proceeding: 18-0 I 719-scc Lehman Brothers

Page 85

1    Holdings, Inc. v. American Home Bank, N.A., a Division of

2    Graystone

3    Doc# 12 Notice of Hearing

4

5    Adversary proceeding: 18-01720-scc Lehman Brothers Holdings

6    Inc. v. RMS & Associates

7    Doc# 10 Notice of Hearing

8

9    Adversary proceeding: 18-01721-scc Lehman Brothers Holdings

10   Inc. v. Seattle Bank F/K/A Seattle Savings Bank

11   Doc# 12 Notice of Hearing

12

13   Adversary proceeding: 18-01722-scc Lehman Brothers Holdings

14   Inc. v. Skyline Financial Corp.

15   Doc# 10 Notice of Hearing

16

17   Adversary proceeding: 18-01723-scc Lehman Brothers Holdings

18   Inc. v. Webster Bank N.A.

19   Doc# 13 Notice of Hearing

20

21   Adversary proceeding: 18-01724-scc Lehman Brothers Holdings

22   Inc. v. Baltimore American Mortgage Corporation Inc.

23   Doc# 11 Notice of Hearing

24

25   Adversary proceeding: 18-01 725-scc Lehman Brothers Holdings

Page 86

1    Inc. v. LOANDEPOT.COM, LLC, as successor by merger to MORT

2    Doc# 12 Notice of Hearing

3

4    Adversary proceeding: 18-01726-scc Lehman Brothers Holdings

5    Inc. v. Southern Fidelity Mortgage, LLC

6    Doc# 11 Notice of Hearing

7

8    Adversary proceeding: 18-0 I 72 7-scc Lehman Brothers

9    Holdings Inc. v. Synovus Mortgage Corp.

10   Doc# 12 Notice of Hearing

11

12   Adversary proceeding: 18-01 728-scc Lehman Brothers Holdings

13   Inc. v. Texas Capital Bank, NA

14   Doc# 21 Notice of Hearing

15

16   Adversary proceeding: 18-01729-scc Lehman Brothers Holdings

17   Inc. v. The Mortgage House, Inc.

18   Doc# 11 Notice of Hearing

19

20   Adversary proceeding: 18-01730-scc Lehman Brothers Holdings

21   Inc. v. Union Mortgage Group, Inc.

22   Doc# 11 Notice of Hearing

23

24   Adversary proceeding: 18-01731-scc Lehman Brothers Holdings

25   Inc. v. Jersey Mortgage Company of New Jersey, Inc.

Page 87

```
 1    Doc# 11 Notice of Hearing

 2

 3    Adversary proceeding: 18-01732-scc Lehman Brothers Holdings

 4    Inc. v. United Bank

 5    Doc# 10 Notice of Hearing

 6

 7    Adversary proceeding: 18-01733-scc Lehman Brothers Holdings

 8    Inc. v. Group 2000 Real Estate Services, Inc.

 9    Doc# 12 Notice of Hearing

10

11    Adversary proceeding: 18-01734-scc Lehman Brothers Holdings

12    Inc. v. Vitek Real Estate Industries Group, Inc.

13    Doc# 12 Notice of Hearing

14

15    Adversary proceeding: 18-01735-scc Lehman Brothers Holdings

16    Inc. v. Sun West Mortgage Company, Inc.

17    Doc# 14 Notice of Hearing

18

19    Adversary proceeding: 18-01736-scc Lehman Brothers Holdings

20    Inc. v. Salem Five Mortgage Company, LLC

21    Doc# 9 Notice of Hearing

22

23    Adversary proceeding: 18-0173 7-scc Lehman Brothers Holdings

24    Inc. v. Monarch Funding Corp.

25    Doc# 10 Notice of Hearing
```

Page 88

1   Adversary proceeding: 18-01738-scc Lehman Brothers Holdings

2   Inc. v. Alliance Mortgage Banking, Corp.

3   Doc# 10 Notice of Hearing

4

5   Adversary proceeding: 18-0173 9-scc Lehman Brothers Holdings

6   Inc. v. Lend us, LLC, as successor by merger to NL, Inc.

7   Doc# 10 Notice of Hearing

8

9   Adversary proceeding: 18-01740-scc Lehman Brothers Holdings

10   Inc. v. Mortgage World Bankers, Inc.

11   Doc# 11 Notice of Hearing

12

13   Adversary proceeding: 18-01741-scc Lehman Brothers Holdings

14   Inc. v. RBC Mortgage Company

15   Doc# 12 Notice of Hearing

16

17   Adversary proceeding: 18-01742-scc Lehman Brothers Holdings

18   Inc. v. Summit Funding, Inc.

19   Doc# 9 Notice of Hearing

20

21   Adversary proceeding: 18-01743-scc Lehman Brothers Holdings

22   Inc. v. Sutton Bank

23   Doc# 21 Notice of Hearing

24

25   Adversary proceeding: 18-01744-scc Lehman Brothers Holdings

Page 89

1    Inc. v. Greenwich Home Mortgage Corp.

2    Doc# 10 Notice of Hearing

3

4    Adversary proceeding: 18-01745-scc Lehman Brothers Holdings

5    Inc. v. The Mortgage Firm, Inc.

6    Doc# 10 Notice of Hearing

7

8    Adversary proceeding: 18-01746-scc Lehman Brothers Holdings

9    Inc. v. Wall Street Mortgage Bankers, Ltd.

10   Doc# 12 Notice of Hearing

11

12   Adversary proceeding: 18-01747-scc Lehman Brothers Holdings

13   Inc. v. TBI Mortgage Company f/k/a Westminster Mortgage Co

14   Doc# 14 Notice of Hearing

15

16   Adversary proceeding: 18-01748-scc Lehman Brothers Holdings

17   Inc. v. Market Street Mortgage Corp.

18   Doc# 10 Notice of Hearing

19

20   Adversary proceeding: 18-01750-scc Lehman Brothers Holdings

21   Inc. v. Just Mortgage, Inc.

22   Doc# 10 Notice of Hearing

23

24   Adversary proceeding: 18-01751-scc Lehman Brothers Holdings

25   Inc. v. Covino & Company, Inc. d/b/a Luxmac, as successor

Page 90

1    Doc# 9 Notice of Hearing

2

3    Adversary proceeding: 18-01752-scc Lehman Brothers Holdings

4    Inc. v. Homeward Residential, Inc. as successor to Lendia,

5    Doc# 10 Notice of Hearing

6

7    Adversary proceeding: 18-01753-scc Lehman Brothers Holdings

8    Inc. v. Choice Mortgage Bank, Inc., as successor to K & B

9    Doc# 11 Notice of Hearing

10

11   Adversary proceeding: 18-01754-scc Lehman Brothers Holdings

12   Inc. v. Goldwater Bank, N .A., as successor to Community Ba

13   Doc# 13 Notice of Hearing

14

15   Adversary proceeding: 18-01755-scc Lehman Brothers Holdings

16   Inc. v. Branch Banking and Trust Company, as successor by

17   Doc# 13 Notice of Hearing

18

19   Adversary proceeding: 18-01756-scc Lehman Brothers Holdings

20   Inc. v. EMBRACE HOME LOANS, INC. f/k/a ADVANCED FINANCIAL

21   Doc# 12 Notice of Hearing

22

23   Adversary proceeding: 18-01757-scc Lehman Brothers Holdings

24   Inc. v. Access National Bank, as successor to Access Natio

25   Doc# 11 Notice of Hearing

Page 91

1    Adversary proceeding: 18-01758-scc Lehman Brothers Holdings

2    Inc. v. Equity Mortgage, LLC

3    Doc# 10 Notice of Hearing

4

5    Adversary proceeding: 18-01759-scc Lehman Brothers Holdings

6    Inc. v. First Horizon Home Loan Corporation

7    Doc# 20 Notice of Hearing

8

9    Adversary proceeding: 18-01760-scc Lehman Brothers Holdings

10    Inc. v. Ameris Bank, as successor by merger to The Coastal

11    Doc# 12 Notice of Hearing

12

13    Adversary proceeding: 18-01761-scc Lehman Brothers Holdings

14    Inc. v. Banco Popular North America

15    Doc# 11 Notice of Hearing

16

17    Adversary proceeding: 18-01762-scc Lehman Brothers Holdings

18    Inc. v. E-Loan, Inc.

19    Doc# 12 Notice of Hearing

20

21    Adversary proceeding: 18-01763-scc Lehman Brothers Holdings

22    Inc. v. Flagstar Capital Markets Corporation et al

23    Doc# 16 Notice of Hearing

24

25    Adversary proceeding: 18-01764-scc Lehman Brothers Holdings

Page 92

```
 1    Inc. v. Mountain America Financial Services, LLC et al

 2    Doc# 14 Notice of Hearing

 3

 4    Adversary proceeding: 18-01766-scc Lehman Brothers Holdings

 5    Inc. v. Mortgage Services III, LLC et al

 6    Doc# 12 Notice of Hearing

 7

 8    Adversary proceeding: 18-01790-scc Lehman Brothers Holdings

 9    Inc. v. APPROVED FUNDING CORP.

10    Doc# 7 Notice of Hearing

11

12    Adversary proceeding: 18-01791-scc Lehman Brothers Holdings

13    Inc. v. LOAN SIMPLE, INC. f/k/a ASCENT HOME LOANS, INC. fl

14    Doc# 7 Notice of Hearing

15

16    Adversary proceeding: 18-01792-scc Lehman Brothers Holdings

17    Inc. v. BONDCORP REAL TY SERVICES INC.

18    Doc# 3 Notice of Hearing

19

20    Adversary proceeding: 18-01793-scc Lehman Brothers Holdings

21    Inc. v. Broadview Mortgage Corporation

22    Doc# 7 Notice of Hearing

23

24    Adversary proceeding: 18-01795-scc Lehman Brothers Holdings

25    Inc. v. CHERRY CREEK MORTGAGE CO., INC.
```

Page 93

1    Doc# 3 Notice of Hearing

2

3    Adversary proceeding: 18-01796-scc Lehman Brothers Holdings

4    Inc. v. CMG MORTGAGE, INC. et al

5    Doc# 8 Notice of Hearing

6

7    Adversary proceeding: 18-01797-scc Lehman Brothers Holdings

8    Inc. v. FIRST CALIFORNIA MORTGAGE COMPANY

9    Doc# 3 Notice of Hearing

10

11   Adversary proceeding: 18-01798-scc Lehman Brothers Holdings

12   Inc. v. FIRST MORTGAGE CORPORATION

13   Doc# 7 Notice of Hearing

14

15   Adversary proceeding: 18-01799-scc Lehman Brothers Holdings

16   Inc. v. GUARANTEED RATE, INC. d/b/a GUARANTEED RATE.COM

17   Doc# 3 Notice of Hearing

18

19   Adversary proceeding: 18-01800-scc Lehman Brothers Holding

20   Inc. v. HARTLAND MORTGAGE CENTERS, INC.

21   Doc# 7 Notice of Hearing

22

23   Adversary proceeding: 18-0180 I -sec Lehman Brothers

24   Holdings Inc. v. MEGA CAPITAL FUNDING, INC.

25   Doc# 7 Notice of Hearing

Page 94

1     Adversary proceeding: 18-01804-scc Lehman Brothers Holdings

2     Inc. v. MEGA ST AR FINANCIAL CORP.

3     Doc# 6 Notice of Hearing

4

5     Adversary proceeding: 18-01806-scc Lehman Brothers Holdings

6     Inc. v. NEW FED MORTGAGE, CORP.

7     Doc# 7 Notice of Hearing

8

9     Adversary proceeding: 18-01808-scc Lehman Brothers Holdings

10    Inc. v. OAKTREE FUNDING CORP.

11    Doc# 7 Notice of Hearing

12

13    Adversary proceeding: 18-01811-scc Lehman Brothers Holdings

14    Inc. v. MC ADVANTAGE, LLC, f/k/a REPUBLIC MORTGAGE HOME LO

15    Doc# 7 Notice of Hearing

16

17    Adversary proceeding: 18-01813-scc Lehman Brothers Holdings

18    Inc. v. REPUBLIC STATE MORTGAGE CO., individually and as s

19    Doc# 7 Notice of Hearing

20

21    Adversary proceeding: 18-01815-scc Lehman Brothers Holdings

22    Inc. v. RESIDENTIAL HOME FUNDING CORP.

23    Doc# 7 Notice of Hearing

24

25    Adversary proceeding: 18-01818-scc Lehman Brothers Holdings

Page 95

1    Inc. v. RESPONSE MORTGAGE SERVICES, INC.

2    Doc# 5 Notice of Hearing

3

4    Adversary proceeding: 18-01819-scc Lehman Brothers Holdings

5    Inc. v. SECURITYNATIONAL MORTGAGE COMPANY

6    Doc# 3 Notice of Hearing

7

8    Adversary proceeding: 18-01820-scc Lehman Brothers Holdings

9    Inc. v. WINTRUST MORTGAGE CORPORATION, as successor by mer

10   Doc# 3 Notice of Hearing

11

12   Adversary proceeding: 18-01821-scc Lehman Brothers Holdings

13   Inc. v. SIERRA PACIFIC MORTGAGE COMPANY, INC.

14   Doc# 5 Notice of Hearing

15

16   Adversary proceeding: 18-01823-scc Lehman Brothers Holdings

17   Inc. v. BWC MORTGAGE SERVICES et al

18   Doc# 8 Notice of Hearing

19

20   Adversary proceeding: 18-01824-scc Lehman Brothers Holdings

21   Inc. v. STERLING NATIONAL MORTGAGE COMPANY, INC.

22   Doc# 7 Notice of Hearing

23

24   Adversary proceeding: 18-01825-scc Lehman Brothers Holdings

25   Inc. v. SUBURBAN MORTGAGE, INC.

Page 96

1    Doc# 4 Notice of Hearing

2

3    Adversary proceeding: 18-01826-scc Lehman Brothers Holdings

4    Inc. v. SUN AMERICAN MORTGAGE COMPANY

5    Doc# 6 Notice of Hearing

6

7    Adversary proceeding: 18-01827-scc Lehman Brothers Holdings

8    Inc. v. WR STARKEY MORTGAGE, LLP

9    Doc# 6 Notice of Hearing

10

11   Adversary proceeding: 18-0 I 828-scc Lehman Brothers

12   Holdings Inc. v. Windsor Capital Mortgage Corporation

13   Doc# 6 Notice of Hearing

14

15   Adversary proceeding: 18-01829-scc Lehman Brothers Holdings

16   Inc. v. Circle One Mortgage Company et al

17   Doc# 6 Notice of Hearing

18

19   Adversary proceeding: 18-01830-scc Lehman Brothers Holdings

20   Inc. v. DITECH FINANCIAL LLC, as successor to merger to DI

21   Doc# 3 Notice of Hearing

22

23   Adversary proceeding: 18-01831-scc Lehman Brothers Holdings

24   Inc. v. Ross Mortgage Corporation

25   Doc# 6 Notice of Hearing

Page 97

1    Adversary proceeding: 18-01839-scc Lehman Brothers Holdings

2    Inc. v. !mortgage.com, Inc. et al

3    Doc# 3 Notice of Hearing

4

5    Adversary proceeding: 18-01840-scc Lehman Brothers Holdings

6    Inc. v. Arlington Capital Mortgage Corporation et al

7    Doc# 6 Notice of Hearing

8

9    Adversary proceeding: 18-01842-scc Lehman Brothers Holdings

10   Inc. v. PMAC Lending Services, Inc., individually and as s

11   Doc# 3 Notice of Hearing

12

13   Adversary proceeding: 18-01866-scc Lehman Brothers Holdings

14   Inc. v. Guild Mortgage Company individually and as success

15   Doc# 8 Notice of Hearing

16

17   Adversary proceeding: 18-01867-scc Lehman Brothers Holdings

18   Inc. v. American Bank et al

19   Doc# 6 Notice of Hearing

20

21

22

23

24

25   Transcribed by:  Sonya Ledanski Hyde

Page 98

1   A P P E A R A N C E S :

2

3   AMERICAN MORTGAGE LAW GROUP, PC

4        775 Baywood Drive, Suite 100

5        Petaluma, CA 94954

6

7   BY:  TRACY L. HENDERSON

8

9   LANI ADLER PARTNERS

10       Attorneys for Defendant, Suburban Mortgage, Inc.

11       299 Park Avenue

12       New York, NY 10171

13

14   BY:  LANI A. ADLER

15

16   BUCKLEY SANDLER LLP

17       Attorneys for RBC Mortgage, Flagstar Bank, Ditech

18       Financial, Security One Lending

19       1250 24th Street, N.W., Suite 700

20       Washington, D.C. 20036

21

22   BY:  AMANDA LAWRENCE

23

24

25

Page 99

1   WOLLMUTH MAHER & DEUTSCH LLP

2        Attorneys for LBHI

3        500 Fifth Avenue

4        New York, NY 10110

5

6   BY:  MARA R. LIEBER

7        WILLIAM A. MAHER

8        ADAM M. BIALEK

9

10   BILZIN SUMBERG BAENA PRICE & AXELROD LLP

11        Attorneys for CTX Mortgage Company, LLC, DHI Mortgage

12        Company, Ltd., Freedom Mortgage Corporation, Mountain

13        West Financial, Inc., Shea Mortgage, Inc., Standard

14        Pacific Mortgage, Inc., Universal American Mortgage

15        Company, LLC.

16        1450 Brickell Avenue, 23rd Floor

17        Miami, FL 33131

18

19   BY:  ENZA BODERONE

20

21   RIGANO LLC

22        538 Broad Hollow Road, Suite 301

23        Melville, NY 11747

24

25   BY:  NICHOLAS C. RIGANO

Page 100

1   MOYE WHITE LLP

2        Attorneys for Cherry Creek Mortgage Co. Inc.

3        16 Market Street, 6th Floor

4        1400 16th Street

5        Denver, CO 80202

6

7   BY:  TIMOTHY M. SWANSON

8

9   PINKS, LIPSHI, WHITE & NEMETH

10        Attorneys for WEI Mortgage

11        140 Fell Court

12        Hauppauge, NY 11788

13

14   BY:  JONATHAN W. LIPSHIE

15

16   BLANK ROME LLP

17        Attorneys for Southern Fidelity Mortgage Corporation,

18        Group 2000 Real Estate Services, Inc., First Savings

19        Mortgage Corporation, Avenue Mortgage, Inc.

20        The Chrysler Building

21        405 Lexington Avenue

22        New York, NY 10174

23

24   BY:  TIMOTHY W. SALTER

25

Page 101

```
 1    ALSO PRESENT TELEPHONICALLY:

 2

 3    CHRISTOPHER CARRINGTON

 4    ROBERT WEISS

 5    SHARON MARKOWITZ

 6    MICHAEL GALEN

 7    MICHAEL DISCOLL

 8    KATE MANKA

 9    CHRISTOPHER LAVOY

10    ZACHARY TRUMPP

11    PATRICK MOHAN

12    GIFFORD PRICE

13    KENNETH DUVALL

14    PHILIP STEIN

15    MICHAEL STRAUCH

16    AMJAD KHAN

17    THOMAS PANOFF

18    SAM ASHURAEY

19    MATHEW LAURITSCH

20    EHRICH LENZ

21    BARCLAY FREEMAN

22    KYLE THOMASON

23    ALEC HARRIS

24    JOSHUA ROSENTHAL

25    JONATHAN JENKINS
```

1    JACK VALINOTI

2    JASON MIZRAHI

3    RAJEEV K. ADLAKHA

4    LILIT ASADOURIAN

5    BRIAN SERAFIN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 103

PROCEEDINGS

1

2

3    THE COURT:  Okay.  Have a seat, have a seat.

4    Okay.  So first of all, thank you for responding to my

5    entreaties to get together and try to narrow the disputes as

6    much as possible.  The latest draft that I have obviously

7    shows that you did that.  And there do remain open issues,

8    but not as many.

9         So my proposal, fairly obvious, is that we should

10    just walk through the open issues and we'll just come to a

11    resolution.  Okay?  I think, I think each side will get a

12    little something and be a little unhappy.  It is what it is.

13        So how should we, how should we kick off?  I have

14    a document that was Document 806-2, it was filed on March

15    1st.  It's a joint draft.  My understanding is that the

16    clean, if you will, represents Ms. Henderson's work product

17    and the blackline represents Lehman's preferred language.

18        MR. BIALEK:  Correct, Your Honor.

19        THE COURT:  Okay?

20        MR. BIALEK:  Adam Bialek on behalf of the plan

21    administrator.  And the blackline or the modified version

22    also is not just the plan administrator's, but the one, or

23    as what I call them, group one defendants --

24        THE COURT:  Right.

25        MR. BIALEK:  -- which is approximately --

Page 104

1    comprised of approximately 69 defendants, 21 law firms, and

2    over half of the damages in this case.

3              THE COURT:  Okay.

4              MR. BIALEK:  So, I guess, the way that we could do

5    this --

6              THE COURT:  I think we just --

7              MR. BIALEK:  -- if we want to flip through.

8              THE COURT:  Yeah.  We're going to have to just

9    page turn.

10             MR. BIALEK:  And the way that I'm looking at it,

11   is I'm looking at the Exhibit B, which is the blackline --

12             THE COURT:  Yeah.

13             MR. BIALEK:  -- to do that.

14             THE COURT:  I'm with you.

15             MR. BIALEK:  Okay?

16             THE COURT:  Mm hmm.

17             MR. BIALEK:  So on Page 2 of I-B applicability and

18   scope, here, we have language that says, "Consistent with

19   Paragraph 6 of the original case management order and

20   Paragraph 2 of the order to bind the matter, 16-01019 serves

21   as the master docket for the coordinated actions."

22             And then there is a block quote.  That block quote

23   comes from, or at least our language comes from, no less

24   than three Court orders that's been heavily litigated by all

25   parties, including Ms. Henderson and Ms. Adler.  So we

Page 105

1    believe there's no reason to modify that language.  They're

2    just simply relitigating the language that the Court has

3    already ordered and is in numerous dockets already, so we

4    think that that language makes sense.

5                And I don't know if Your Honor wants to go one by

6    one or if you want to just go through?

7                THE COURT:  Yeah.  I think we should -- I think we

8    should just go one by one because I don't, I don't, I don't

9    understand the point of this.

10               MS. ADLER:  Okay.  So Your Honor, we don't dispute

11   --

12               THE COURT:  Okay, so I'm sorry.

13               MS. ADLER:  I'm sorry.

14               THE COURT:  I thought I was going to be talking to

15   Ms. Henderson.

16               MS. HENDERSON:  Good morning, Your Honor.  Tracy

17   Henderson for the defendants listed on Document 765-1.  Miss

18   Adler and I will be addressing Your Honor, if it's okay.

19               THE COURT:  Okay, but not both of you on the same

20   point.

21               MS. HENDERSON:  No, no, absolutely not, Your

22   Honor.

23               THE COURT:  Okay.

24               MS. HENDERSON:  Yeah.  And I believe some of my

25   joint defense group colleagues may have a point, but we are

Page 106

1    all separated out, Judge.

2            THE COURT:  Okay.

3            MS. HENDERSON:  Yeah.

4            THE COURT:  All right.  Ms. Adler.

5            MS. ADLER:  Lani Adler for defendant,  Suburban

6    Mortgage.  Good morning, Your Honor.

7            THE COURT:  Good morning.

8            MS. ADLER:  We don't dispute that the block quote

9    is an accurate block quote.  But (a), the language is

10   supposed to be substantially in the form; and (b), our

11   concerns --

12           THE COURT:  I don't understand.  I don't

13   understand what you just said.  What language is supposed to

14   be substantially in the form?

15           MS. ADLER:  Well, the docket entry, according to

16   the language here, will be made, quote, "Substantially in

17   the form stated in Paragraph 2 of the order to bind."  It

18   doesn't say identical to what's in Paragraph 2 of the order

19   to bind.

20           But our concerns, our substantive concerns, are

21   that we don't want this to be a reason that an indefinite

22   number of additional RMBS adversary proceeding defendants

23   can be added into the group with which we are obligated to

24   coordinate.

25           As Your Honor knows, it's self-evident.  The group

Page 107

1    is now approximately -- consists of approximately 200

2    defendants, give or take.  We, when we were last in Court,

3    it was about 140.  And at that point, Your Honor asked Mr.

4    Maher if he intended to bring in more, and my recollection

5    is, Mr. Maher said no.  We're not saying we have no -- we

6    can't preclude, obviously, the plaintiff from bringing in

7    more defendants.

8            THE COURT:  I'm not understanding what the

9    language that you -- that's the blackline language here;

10   what's the connection between your concern that you've just

11   expressed and this language.

12           MS. ADLER:  So the added language at the back

13   speaks to the central docket being the central docket for

14   all adversary proceedings covered under the Court's order,

15   and we're concerned that that will not be a limited number.

16   And the concern is a very practical one because it's very

17   difficult coordinating and getting to a consensus.

18           THE COURT:  I understand the conceptual issue.

19           MS. ADLER:  Okay.

20           THE COURT:  I don't understand the language

21   change.  Am I just looking at the block quote, or am I

22   looking at the sentence above the block quote?

23           MS. ADLER:  No, you're just looking at the block

24   quote.

25           THE COURT:  Okay.

Page 108

```
 1              MS. ADLER:  And, again, we don't dispute it.

 2              THE COURT:  So in the block -- in the block quote,

 3     there's a strikethrough for the words "for certain

 4     purposes."

 5              MS. ADLER:  No, we had proposed that it be

 6     coordinated for certain purposes.  I believe the plaintiff -

 7     -

 8              THE COURT:  Okay.

 9              MS. ADLER:  -- took that out.

10              THE COURT:  Right.  And then directing it to be

11     coordinated with other similar adversary proceedings.

12              MS. ADLER:  Right.  And, of course, some of us

13     dispute that the adversary proceedings are similar because

14     they involve --

15              THE COURT:  What's the point of having the word

16     similar?

17              MS. ADLER:  I didn't include it.  It's what

18     plaintiff wanted in there.

19              MR. BIALEK:  Your Honor, just to be clear; that

20     was just the language that was already in the order.  So we

21     were just using literally verbatim --

22              THE COURT:  Okay.

23              MR. BIALEK:  -- what's already in the Court orders

24     previously.

25              THE COURT:  Okay.
```

Page 109

```
 1                    MR. BIALEK:  And I believe --
 2                    THE COURT:  Could we just be practical here?  The
 3      point is, I understand your point, Ms. Adler.
 4                    MS. ADLER:  Thank you.  Thank you, Judge.
 5                    THE COURT:  You don't want a thousand -- you don't
 6      have to coordinate with a thousand additional actions.
 7                    MS. ADLER:  No.
 8                    THE COURT:  Just, I'm taking an absurd extreme
 9      example.
10                    MS. ADLER:  I understand.
11                    THE COURT:  Okay?
12                    MS. ADLER:  That is the point.
13                    THE COURT:  But we've gone -- I mean, we've all
14      gone through this and we want to -- I mean, I want to move
15      this forward.
16                    MS. ADLER:  Understood.
17                    THE COURT:  So what are we really talking about?
18                    MR. BIALEK:  My understanding is that this
19      language has nothing to do with how many parties we move or
20      seek to bind to this order.
21                    THE COURT:  But Ms. Adler's point is that, is that
22      she reluctantly is being -- is subject to an order that
23      binds a lot of people together and, in their view, causes
24      extra work.  So the concern is that if you still have cases
25      to commence, how many more -- you want to bind them.  She
```

1    doesn't want a cumb- -- what she views as a cumbersome

2    process to become more cumbersome.  So what are we talking -

3    - what --

4              MR. BIALEK:  Correct.  If -- my understanding is

5    that there could be a potential of 10 to 15 more parties

6    that would be bound by it, and that is -- or that we would

7    seek to be bound by it, which we would move within the next

8    week to move to bind them to this case management order.

9              And then it's my understanding, or at this point,

10   that the train has left the station.  And if we bring more,

11   it'll be under a separate something.

12             MS. ADLER:  Your Honor, we would have to live with

13   that, obviously, if there literally are not going to be

14   more.

15             THE COURT:  Well, counsel is making a

16   representation that, I think that addresses your point that

17   it's not going to be a burdensome number of additional

18   parties.  And that if there -- frankly, if there are, if

19   they somehow, heaven help us, uncover a new treasure trove

20   of defendants, that that won't be part of your group.  All

21   right?

22             So based on that representation, we'll go with

23   Lehman's language, which is identical to the prior language.

24   All right?

25             MS. ADLER:  That's fine, Your Honor.

Page 111

1          THE COURT:  But I hear your concerns.

2          MS. ADLER:  That's fine, Your Honor.

3          THE COURT:  Okay, thank you.  All right.

4          MS. ADLER:  And we'll remove the word similar?  I

5  mean, I'm not going to make a huge stink, but that was a

6  word that --

7          MR. BIALEK:  Yeah, but that was the words that --

8          MS. ADLER:  -- Mr. Bialek thought was very

9  important.

10          MR. BIALEK:  -- were in the previous order.

11          THE COURT:  We're going to use the words from the

12  previous order.

13          MS. ADLER:  As long as it's clear.  I have no

14  problem with the quote, as long as it's clear that by being

15  bound, we don't necessarily obviously agree with --

16          THE COURT:  Of course not.

17          MS. ADLER:  Okay.  Fine, Your Honor.  Thank you.

18          THE COURT:  All right, on Page 3 in Paragraph A.

19          MS. ADLER:  There's another thing on Page 2, isn't

20  there, Adam?  That they're all rules of civil procedure and

21  seek --

22          MR. BIALEK:  There is.  This point here was a very

23  small point.  We believe that the Federal Rules of Civil

24  Procedure don't govern the procedure of this adversary case;

25  it's governed under the Federal Rules of Bankruptcy

Page 112

```
 1    Procedure, to the extent the bankruptcy incorporate --
 2              THE COURT:  Right.
 3              MR. BIALEK:  -- we'd forget it.  But we don't
 4    think that that is technically correct and try to explain
 5    that, but they would not agree.
 6              MS. ADLER:  So our point, Your Honor, is that to
 7    the extent that there is a disparity between the Federal
 8    Rules of Bankruptcy Procedure and the Federal Rules of Civil
 9    Procedure for a particular point, since some of these cases
10    will be tried courts where the Federal Rules of Civil
11    Procedures would govern, we think that the Federal Rules of
12    Civil Procedure should be included in the law that is
13    describing what --
14              THE COURT:  Right now, the cases are here.
15    They're governed by the Federal Rules of Bankruptcy
16    Procedure, which incorporate the Federal Rules of Civil
17    Procedure.  If they ever go somewhere else, they're
18    obviously going to be bound by the rules that are applicable
19    in that court.  So we're going to leave that, we'll leave
20    that the way it is.  Okay?
21              MS. ADLER:  Okay.
22              THE COURT:  On Page 3, in Paragraph A, the third
23    line from the bottom, the word or should be inserted after
24    the parenthetical Fannie Mae.  It's just a typo.  Everyone
25    got that?
```

Page 113

1          MR. BIALEK:  Got it.

2          THE COURT:  Okay.  So then the next thing is Page

3    4, which has to do with Rule 12 motions.  And my

4    understanding is that at the bottom of this page, there's

5    language that Ms. Henderson has proposed, correct?

6          MS. ADLER:  There's language that Ms. Henderson's

7    group proposed, Your Honor.  And the reason that it's in

8    there is one that addresses the merits of a motion to

9    transfer venue.  So no one wants to make a gratuitous motion

10   to transfer venue.

11         THE COURT:  But this one is -- there are two,

12   there are two different venue motions.  Okay?  This is

13   improper venue.

14         MS. ADLER:  No.  This is actually talking about it

15   was intended, this pro forma, to talk about a 1404(a) motion

16   to transfer venue, Your Honor.

17         THE COURT:  That's on Page 7.

18         MS. ADLER:  No.  If you look, Your Honor,

19   respectfully, if you look on Page 4 --

20         THE COURT:  Yeah.

21         MS. ADLER:  -- 10 lines up from the bottom.

22         THE COURT:  Yeah.

23         MS. ADLER:  The line that begins, "Any defendant

24   that filed a Rule 12 motion to dismiss or motion to transfer

25   venue in connection with the GSE claims."

Page 114

1          THE COURT:  See, that's the problem, is that there

2     are two buckets: there's the bucket of, I don't have

3     jurisdiction, and this is an improper venue; then there's

4     the bucket of venue transfers.

5          MS. ADLER:  Agreed.

6          THE COURT:  All right?

7          MS. ADLER:  Agreed.

8          THE COURT:  But this part should not be dealing

9     with venue transfers.  It should say motion to transfer

10    venue.

11         MS. ADLER:  Well, then we'll deal with that

12    elsewhere.

13         THE COURT:  Okay?

14         MS. ADLER:  And I'm happy to explain the problem

15    to you.

16         THE COURT:  Okay.  That's the problem is that the

17    one --

18         MS. ADLER:  You understand, yes.

19         THE COURT:  Okay?  So that the whole concept of

20    the unique individual affidavit is inapplicable to the lack

21    of subject matter and the improper venue.

22         MS. ADLER:  Yes, it may be.  I mean, there may be

23    new arguments, but that's correct.  But the unique

24    individual affidavit that was foc- -- that is reflected in

25    the crossed-out language at the bottom of Page 4, is indeed

1       about a 1404(a) motion; that's correct, Your Honor.

2                   THE COURT:  Yes.  But that's why that language

3       does not belong on Page 4.  It belongs on Page 7, where we

4       are dealing with 1404(a) motions.

5                   MS. ADLER:   That's fine, Your Honor.

6                   THE COURT:  Okay.

7                   MS. ADLER:  We agree.  We're not -- I think the --

8                   THE COURT:  Okay, everyone?  Okay?

9                   MS. ADLER:  We have to deal with it on Page 7 as

10      well.

11                  THE COURT:  Correct.

12                  MS. ADLER:  Yes, that's fine.

13                  THE COURT:  Okay?

14                  MS. ADLER:  We could just relocate that

15      conversation.

16                  THE COURT:  Yeah, exactly.

17                  MS. ADLER:  That's fine, Your Honor.

18                  THE COURT:  Exactly.

19                  MS. ADLER:  We agree.

20                  THE COURT:  Does everybody understand what we're

21      doing?

22                  MS. ADLER:  Yeah.

23                  THE COURT:  Okay.  So we have to strike on Page 4

24      --

25                  MS. ADLER:  Take out, "Or motion to transfer

Page 116

```
1    venue."

2              THE COURT:  Exactly.  Okay?  And then the unique

3    backed thing is going to be in the motions to change venue.

4              MS. ADLER:  So we'll come back to that on Page 7.

5              THE COURT:  Right.

6              MS. ADLER:  Okay.

7              THE COURT:  And I will reiterate my statement that

8    I've made before, which is: on the one hand, folks who

9    weren't here before are not bound by the prior rulings; law

10   of the case is what it is; and I have implored you to not do

11   over things that are unnecessary.

12             But I understand that the rulings have to be made

13   applicable to, you know, new kids on the block in a way that

14   complies with due process.  Right?  So we're all on the same

15   page about that, right?

16             MS. ADLER:  I think we are, Your Honor.  There's

17   an additional piece to it, which is: if you made an

18   unsuccessful motion to transfer venue, as every defendant

19   did in the --

20             THE COURT:  Yes.

21             MS. ADLER:  -- GSE case and wanted to make another

22   one to preserve the record without giving the Court

23   additional work, without radically creating additional work

24   for each of us.

25             THE COURT:  You want to preserve your points,
```

Page 117

1    yeah.

2              MS. ADLER:  It's hard to do in a 1404(a) because,

3    precisely because as you and I have discussed on a number of

4    occasions --

5              THE COURT:  Yes.

6              MS. ADLER:  -- in the past, it's individual.  And

7    it turns, among the critical factors, are the third-party

8    witnesses who have knowledge of the loans at issue.  The

9    RMBS loans are different than the GSE loans.

10             THE COURT:  Right.

11             MS. ADLER:  So I think the problem that we were

12   having when it was mislocated on Page 4 was simply to come

13   up with a mechanism -- and maybe Mr. Bialek and we can

14   continue to talk about it -- that would preserve rights that

15   would address that individual aspect, but that would not

16   create a lot of additional work.

17             THE COURT:  I don't really understand why you

18   couldn't, through some good lawyering, do that.  I mean, if

19   the prior motion, for example, failed and you had witnesses

20   in four different places and now, you want to make a new

21   motion that has witnesses in four other different places,

22   you know.  Look, I don't want to -- it's not --

23             MS. ADLER:  You understand.  We want to preserve

24   rights.  We don't want to gratuitously increase anyone's

25   work.

Page 118

1           THE COURT:  But I think there -- I get your point.

2    I just, I think there's a way to do that via a stipulation.

3           MS. ADLER:  I think there probably is.

4           THE COURT:  I think there is.

5           MS. ADLER:  I agree with you.  Thank you.

6           THE COURT:  Yeah, okay.  Very good.  On Page 5 in

7    Paragraph E, there's the supplemental briefing procedure,

8    which is somewhat cumbersome, but I guess it's the best we

9    can do and it's what we did before.  Correct?

10          MS. ADLER:  Yes, Your Honor.

11          MR. BIALEK:  That's correct.

12          THE COURT:  Okay.  On the fifth line from the

13   bottom that says, "Any omnibus motion," you should insert

14   the words, to dismiss.

15          MS. ADLER:  Okay.

16          THE COURT:  Okay?

17          MS. ADLER:  Good point.

18          THE COURT:  And whenever possible, if and when

19   that comes up, just try to agree with each other.  Okay.  On

20   Page 7, just a couple of nits.  I mean, do you care -- we

21   have found nits throughout this that we'll correct.

22          MS. ADLER:  We're -- I appreciate them.

23          THE COURT:  Do you want me to say -- tell you what

24   they are or do you want me to just do, just --

25          MS. ADLER:  Well, probably, because if the outcome

Page 119

1   of today is that we're going to go back and agree upon a

2   final version.

3           THE COURT:  The outcome of today is, hopefully,

4   that you're not going to leave here without a final version.

5           MS. ADLER:  Okay.

6           MS. HENDERSON:  That's as I understood it, Your

7   Honor.

8           THE COURT:  That's the outcome of today.

9           MR. BIALEK:  Providing them, it's fine with claim

10  administrator.

11          THE COURT:  What's that?

12          MR. BIALEK:  Providing the nits as we go along is

13  fine with us.

14          THE COURT:  So now we're on Page 7, which is the

15  1404 provision.  Right?

16          MS. ADLER:  Yup.

17          THE COURT:  So you just have to make sure that

18  it's internally consistent and that this particular

19  procedure only deals with motions covered by this paragraph.

20  Right?  That these are the -- the individual filing

21  mechanism only deals with these types of motions.  Right?

22  You have unique facts about lack of personal jurisdiction.

23  You have unique facts about process.  You have unique facts

24  about change of venue.  Right?

25          MR. BIALEK:  That's correct, Your Honor.

Page 120

1                THE COURT:  Right?

2                MS. ADLER:  Yes, Your Honor.

3                THE COURT:  Okay.  So when you look down about a

4    third of the way from the bottom of the paragraph, and it

5    says, "Notwithstanding the foregoing," you said, "To the

6    extent any existing defendant filed a Rule 12 motion to

7    dismiss or motion to transfer venue, it needs to -- it needs

8    to be referential to -- of the kind listed above herein."

9    Right?  Are you following?  As opposed to improper venue,

10   lack of subject matter jurisdiction.

11               MS. ADLER:  Because we've already --

12               THE COURT:  Yes.

13               MS. ADLER:  -- come up with the procedure --

14               THE COURT:  Exactly.

15               MS. ADLER:  -- on Page 4 --

16               THE COURT:  Yes, exactly.

17               MS. ADLER:  -- for the other kinds of --

18               THE COURT:  Yes.

19               MS. ADLER:  -- Rule 12 motions.

20               THE COURT:  Okay?

21               MS. ADLER:  Okay.

22               THE COURT:  So in there, you just say a Rule 12

23   motion, you know, of the kind listed herein above, or some

24   similar language like that.

25               MS. ADLER:  Okay.

Page 121

1              THE COURT:  Okay?

2              MS. ADLER:  Yup.

3              THE COURT:  All right.  And then, and then the

4    nits are one, two, three, four, five, six, seven line down -

5    - seven lines down.  To request a pre-motion conference,

6    such a defendant -- strike a -- such defendant shall file a

7    letter, et cetera, et cetera.  Any letter request, et

8    cetera.  And then it says, the Court shall schedule a pre-

9    trial conference, that should be a pre-motion conference --

10             MS. ADLER:  Good catch.

11             THE COURT:  -- or conferences to determine the

12   appropriate way to handle.  And then instead of the word

13   any, insert the words, the briefing and/or hearing schedule

14   for the individual jurisdiction venue motion.  I really

15   wouldn't use the word jurisdiction because it's not what

16   we're talking about.  Well, it is; it's personal

17   jurisdiction.

18             MS. ADLER:  It's personal.

19             THE COURT:  That's fine.  Okay?  And finally in

20   the pen ultimate line from the bottom, in order to preserve

21   its appellate rights, if any; instead of that defendant,

22   just say such defendant.

23             MS. ADLER:  Your Honor, one --

24             THE COURT:  And then we need the language that was

25   on Page 4 to be imported here about the individual unique

1   facts.  Right, Ms. Adler?

2            MS. ADLER:  Yes, that's what I was -- that is one

3   point I was going to make.  And the second point I was going

4   to make was that in the event that the parties can agree

5   amongst themselves on the briefing and/or hearing schedule--

6            THE COURT:  There's no need to come.

7            MS. ADLER:  -- I assume the Court would welcome

8   that kind of an agreement.

9            THE COURT:  Right, I would be delighted.  Yes, I

10  would be delighted.

11           MS. ADLER:  Subject to your schedule, of course.

12           THE COURT:  I made you laugh.  I think that's a

13  new -- that's a first, good.  Okay.  May I turn the page to

14  Page 8?  All right.  In Paragraph J, it should read: If the

15  Court wishes to hear -- instead of have -- oral argument on

16  any omnibus motion to dismiss, including issues, any issues

17  raised by supplemental briefs, and then let's do an and/or--

18           MS. ADLER:  Okay.

19           THE COURT:  -- on any individual jurisdiction

20  venue motion.  And then instead of the words it, let's say

21  such hearing, parenthesis (s) hearing(s), shall be

22  conducted, et cetera, et cetera.  And then on the fourth

23  line, we have another omnibus motion to dismiss, and then

24  give me an and/or --

25           MS. ADLER:  Okay.

Page 123

1              THE COURT:  -- on any individual motion.  Next

2        line, the Court will advise the parties how much time --

3        insert the -- in the aggregate.

4              And then in K, third line down, I don't believe

5        applicable rule is a defined term, so that A should be a

6        lowercase a in applicable.

7              MS. ADLER:  I think it was supposed to be a

8        defined term.

9              THE COURT:  Is that where we quibbled about the

10       Federal Rules of Civil Procedure?

11             MS. ADLER:  Yes.  Well, that's described as

12       applicable rules, but it's at the second line from the top

13       on Page 2.

14             THE COURT:  Okay, that's fine.

15             MS. ADLER:  So I guess the applicable rule on K on

16       Page should be plural, applicable rules.

17             THE COURT:  Okay.  So the next, at the bottom of

18       Page 8, I think we get to a substantive point.

19             MS. ADLER:  Yes.

20             MR. BIALEK:  Your Honor, the group two seeks to

21       add additional reservation of rights language here.  Plan

22       administrator doesn't believe that it's necessary.  For

23       example, Romanette (ii), which talks about reserving their

24       rights to seek the review of any of the Court's decisions

25       with respect to the motions to dismiss; that's already in

Page 124

1    here.  We pointed that out to group two in the reservation

2    of rights section 11, Page 16-E.  So that would be

3    duplicative, from the way I read it, and confusing.

4              And with respect to Romanette (i) in the

5    reservation of rights seems like, you know, they already

6    have those rights.  They don't need to keep putting them in.

7              THE COURT:  With respect to both of these points,

8    you have these rights.  There's no way that these rights can

9    be taken away from you.  So that strikes -- that language

10   that's stricken through should be stricken.

11             MS. ADLER:  I think -- I can accept that.  The

12   concern, Your Honor, was that the reservation of rights on

13   Page 15 in Roman 11(c) said, nothing in this order or in the

14   participation and the briefing or discovery contemplated

15   shall then -- shall be construed as a waiver, and then of

16   certain matters, subject matter, personal or venue issues.

17   And the concern here was that filing an answer is not

18   necessarily participation in the briefing or discovery.

19             THE COURT:  Well, look at D: "Nothing in this

20   order will be constructed to waive or limit any otherwise

21   applicable right of any party under the Federal Rules of

22   Civil Procedure or other applicable rule."  That's full-

23   throated reservation of rights.

24             MS. ADLER:  Okay, Your Honor.

25             THE COURT:  Okay?

Page 125

1           MS. ADLER:  We'll live with that.

2           THE COURT:  Okay.

3           MS. ADLER:  That's fine, as long as its clear that

4      is --

5           THE COURT:  Okay.  Down at the bottom of Page 9;

6      this one I don't understand.  There's a parenthetical that

7      says, but perhaps not all?

8           MR. BIALEK:  Sure.  Your Honor, I think this was

9      language that was added by group one.  The purpose of it, as

10     I understand it, is to make sure that if common requests

11     applied to multiple defendants, but not all defendants, it

12     doesn't get counted as a unique request, as opposed to a

13     common request.  We have no objection, but I don't know if

14     Miss Markowitz has anything else to add.

15          MS. LAWRENCE:  This is Amanda Lawrence on behalf

16     of the group one.

17          MS. MARKOWITZ:  This is Sharon Markowitz.  Oh, I'm

18     sorry.

19          MS. LAWRENCE:  That was the idea behind this

20     language.

21          THE COURT:  Okay.  All right.  So we're going to

22     leave in, but perhaps not all; everyone's okay with that?

23     All right.  Hearing no objection, then that language will

24     stay in.  Okay.

25          Now we're down to the horse trading over numbers.

Page 126

1    Okay, so we're on Page 10, and we're talking about

2    interrogatories.

3            MR. BIALEK:  Your Honor, with respect to

4    interrogatories, the plan administrator and group one of the

5    defendants worked hard to reach resolution here.  We came up

6    from 30 common interrogatories and 10 unique interrogatories

7    to 110 common interrogatories, and the group one came down

8    from 30 unique interrogatories to 10.

9            We think that the 120 common interrogatories and

10   10 unique interrogatories, with the ability of a party to

11   seek to serve additional interrogatories by stipulation or

12   leave to court is ample.  The plan --

13           THE COURT:  Is that agreed?  I'm sorry.  I'm

14   looking at the chart, which is very helpful.

15           MR. BIALEK:  It is agreed between the plan

16   administrator and group one.  But group two has asked for

17   120 interrogatories and 25 unique interrogatories per party.

18           MS. HENDERSON:  Your Honor, this is Tracy

19   Henderson.

20           THE COURT:  Okay, hold on.  Let me -- I just need

21   to get oriented, okay?  Just give me one second.  So you're

22   in agreement on the common, 120 common interrogatories.

23           MS. HENDERSON:  That's correct, Your Honor.

24           THE COURT:  And you disagree on the time of

25   service of the interrogatories and the number of unique

Page 127

 1    interrogatories.

 2             MS. HENDERSON:  That's correct.

 3             THE COURT:  Okay.

 4             MS. HENDERSON:  Your Honor, I believe just shortly

 5    before we came to court, group one took the same position

 6    that we did, and then they had some side negotiations and

 7    came down.  Our, the reasoning behind our position is really

 8    simple, Judge.  We're just seeking to have our statutorily

 9    set limits under the Federal Rules of Civil Procedure made

10    applicable by the bankruptcy rules.

11             Here, Judge, in terms of the interrogatories, as

12    an example, it's 25 interrogatories.  You know, if I was

13    sitting here representing one individual defendant, I

14    submit, Your Honor, we wouldn't be having this conversation,

15    you know, but we're here.

16             THE COURT:  What do you -- I don't understand what

17    you mean by that?  If you were, if you were a solo, what

18    would your request on this be?

19             MS. HENDERSON:  Just to follow the Federal Rules

20    of Civil Procedure, Judge.

21             THE COURT:  Which, in your view, says what?

22             MS. HENDERSON:  It says, it says in the statute 25

23    interrogatories that are unique.

24             THE COURT:  But what about the fact that you're

25    going to have 120 common interrogatories?

Page 128

1          MS. HENDERSON:  Well, having 120 common

2     interrogatories will provide for things that are actually

3     common.  But when you're talking about a situation for a

4     defendant who has a large number of loans, it may not -- we

5     -- that may not suffice.  For example, I have a client that

6     has 80 million in claims.  I submit, Your Honor, in all

7     those loan files considering each loan file is unique like a

8     snowflake, that there's going to be some unique issues that

9     are not covered by the common interrogatories.

10          Judge, we're just not prepared at this point to

11     concede.

12          THE COURT:  I mean, I guess that my view of this

13     is that the notion that you -- that in the situation you

14     describe, that you should not count at all the fact that

15     you're getting 120 other interrogatories that actually apply

16     to your loans.  It just doesn't -- that just doesn't make

17     sense to me.

18          I mean, if you say that -- I mean, interrogatories

19     -- I mean, lawyers are clever, right?  They can have parts

20     (a)(b) and (c).  I mean, it just -- the utility of this just

21     seems limited.

22          MS. HENDERSON:  I agree from a practical

23     perspective with Your Honor.  But when you're talking about

24     the fact that the plan administrator has a burden of proof

25     to prove a material breach on a loan-by-loan level;

Page 129

```
1    likewise, we have the burden to defend each individual

2    breach.

3              THE COURT:  Right.  But if you were -- if it were

4    just you against them, you would have 25 interrogatories.

5              MS. HENDERSON:  We'd have 25 interrogatories,

6    right.

7              THE COURT:  You now are asking for 145

8    interrogatories.

9              MS. HENDERSON:  Well, the common interrogatories,

10   Your Honor, may not touch the individual facts within the

11   loan.  There are very different --

12             THE COURT:  But stick with me here.  If the common

13   interrogatories are going to ask for facts that, in fact,

14   have to do with your loans, right?  So you are 120

15   interrogatories -- you are 95 interrogatories up from what

16   you would have otherwise had if you were just by yourself.

17             MS. HENDERSON:  It depends on how you ask the

18   questions.  You know, Your Honor, we may get, on a general

19   level, something applicable to all 200 defendants.  But when

20   you're getting into dealing with defending a loan,

21   individual loan that's very different from the other

22   thousands of loans out there.

23             A loan defense can turn on one question, Judge.  A

24   loan defense can turn on one document --

25             THE COURT:  Yes, I understand that.
```

Page 130

1                MS. HENDERSON:  -- having gone through this.

2                THE COURT:  And a loan defense and prevailing in

3       an action is not going to turn on whether or not you've

4       gotten to ask a particular interrogatory.

5                MS. HENDERSON:  It may or may not, Your Honor.  It

6       may or may not.

7                THE COURT:  The outcome of a case is not going to

8       turn on whether or not you got in an interrogatory.  The

9       outcome of the case is if we go to trial, you're going to

10      get full document production, and whether or not you ask

11      them a question about something, it's not going to turn on

12      that.  You're already getting 120 common interrogatories and

13      you're basically saying they should count for nothing.

14               MS. HENDERSON:  I'm just saying they're different,

15      Judge.  And I'm actually --

16               THE COURT:  You would ask those anyway.  You would

17      ask 20 of them anyway.  You would ask, you would ask them

18      anyway.  You're getting 120 interrogatories worth of

19      information, and on top of that, you're getting unique

20      interrogatories.

21               MS. HENDERSON:  Across 200 defendants, Judge, with

22      many, many loans at stake.

23               THE COURT:  That's irrelevant.  You, as one of the

24      common -- you're getting the benefit of answers to 120

25      interrogatories.  You're getting the benefit of those

Page 131

1    answers.

2             MS. HENDERSON:  I agree, Your Honor, but I have

3    2000 loans to defend.  There's a chance that those 120

4    interrogatories may not suffice, and I may need more -- I

5    may need the 25 unique, yeah.

6             THE COURT:  Okay.  So you think -- so 10 won't do

7    it, but 25 interrogatories --

8             MS. HENDERSON:  Could potentially, yes, Your

9    Honor.

10            THE COURT:  -- would make the difference in

11   whether or not you prevail.

12            MS. HENDERSON:  Yeah.  And the position, Judge --

13            THE COURT:  You don't seriously mean that.  Your -

14   - they're going to be documents cases.  They're --

15            MS. HENDERSON:  They could be.  They could be

16   borrower intent in an occupancy claim, Your Honor.  It's --

17   the point is is that the Federal Rules of Civil Procedure

18   provide that, and I have 2000 loans.

19            THE COURT:  But you're not --

20            MS. HENDERSON:  There are many, many hundreds of

21   loans.

22            THE COURT:  You're not counting the 120; they

23   count.  It's not that they count a fraction of.  If you have

24   a pile of interrogatories in front of you, for each of your

25   clients, you have 120.  They each have that in their pile of

Page 132

1    interrogatories.

2            MS. HENDERSON:  My concern, Judge, is although 120

3    sounds like a large number, when you're talking about 200

4    lawyers that have different worldviews on how to litigate

5    this case -- I personally have 2000 loans to defend, 25

6    replies -- there is a chance the particular interrogatory

7    that I need for my clients is not going to be able to be

8    asked in that group.

9            THE COURT:  So let's assume, okay, that in that

10   120, you prevail and 10 of your interrogatories get accepted

11   into that group.  Don't you think that it's likely that you

12   would prevail in getting that 120 to include 10 of the

13   interrogatories that you want to ask?

14           MS. HENDERSON:  I would respectfully tell Your

15   Honor I don't think it's likely because I am one attorney

16   out of hundreds.

17           THE COURT:  You don't think, given the role that

18   you've taken and the number of clients you represent, you

19   don't think that you would likely prevail and get 10; that

20   you would get shutout and that the 10 interrogatories that

21   Tracy Henderson wants would not be included in that group?

22   I respectfully disagree.

23           I think that you're going to get at least 10

24   interrogatories in that group; and, therefore, I'm going to

25   give you 15 unique interrogatories.  Okay?

Page 133

1            MS. HENDERSON:  Thank you, Your Honor.

2            THE COURT:  All right.

3            MS. HENDERSON:  So you had another point, another

4    question, Judge.

5            THE COURT:  There seems to be a difference about

6    the service date of the interrogatories; 65 days versus 70

7    days.

8            MS. HENDERSON:  You know, I think Miss

9    (indiscernible) may want to weigh in on this, Your Honor.

10           THE COURT:  I'm sorry?

11           MS. HENDERSON:  I think Miss (indiscernible) may

12   want to weigh in on this, Your Honor, but here's the

13   position.  So in this proposed case management order, LBHI

14   is obviously, for good reason, trying to move these things

15   along, but they're frontloading a lot of procedural

16   deliverables in the first 60 days.

17           And just taking my firm as an example, we've got

18   20 -- 46 initial disclosures to do.  We've got to discuss a

19   protective order.  We're looking at discussing ESI protocol,

20   search terms.

21           THE COURT:  We've got a courtroom full of people

22   and we're arguing over 10 days.

23           MS. HENDERSON:  No, the point -- it's a larger

24   point I'm trying to make, Your Honor.  In normal litigation,

25   you would have the complaint filed and answer would be due,

Page 134

1    and then you would begin to start doing discovery, right?

2    In a lot of these -- in this particular case, they're

3    seeking to serve the document demands, the interrogatories,

4    I think before the -- once the case management order is

5    entered, which is the way the language is written.

6            So, again, what we would be facing is a great

7    frontloaded --

8            THE COURT:  I'm sorry, I missed it.  I don't

9    understand that.  There's going to start discovery before

10   this order gets entered?

11           MS. HENDERSON:  So the way it's -- yeah.  The way

12   it's written, Your Honor, is it says, if you look at on Page

13   10, No. 1, "Initial interrogatories shall be served no later

14   than 65 days after the entry of the order."  The way that

15   language is written, it provides the plaintiff the

16   opportunity to serve the discovery once the case management

17   order is entered; and, in fact, we've received draft

18   discovery, Judge.

19           So the concern here is that we're in the middle of

20   negotiating a protective order, dealing with initial

21   disclosures, dealing with deciding whether to answer or

22   respond to the complaint with a motion.  There's also the

23   ESI protocol that needs to be -- the search terms.  And if

24   you turn over to, I believe, it's --

25           THE COURT:  Let -- just let's skip to the bottom

Page 135

1     line here.  What is it that you want?

2              MS. HENDERSON:  More spread out procedural

3     deliverables, Your Honor.  The language that we propose

4     would be, shall be served no earlier than 65 days.  That

5     gives us more bandwidth within the first 60 days to deal

6     with the issues I just put before the Court.

7              MR. BIALEK:  Your Honor, can I jump in here?

8              THE COURT:  Yeah.

9              MR. BIALEK:  There's a theme here, and you'll see

10    it as we go through the remainder of the CMO, the case

11    management order, is anything that the defendants -- I

12    guess, particularly, group two -- has to do early on, they

13    try to push back.  And anything that they want the plan

14    administrator to do, they try to push forward, which is

15    inconsistent.

16             Here, obviously, we're asking for initial

17    interrogatories to be served no later than 65 days, which

18    was a compromise in and of itself with group one.  It

19    doesn't have to be every single interrogatory, obviously,

20    but we would like to start the --

21             THE COURT:  What's the definition of -- how does

22    that work, what's the definition of initial interrogatories?

23             MR. BIALEK:  I think it's a good faith effort to

24    start the interrogatory process.

25             THE COURT:  I mean, here's the thing.  We've been

Page 136

1   at this for a really long time.  I mean, the fact that you

2   are making the arguments that you're making, Ms. Henderson,

3   about your need for interrogatories reflects that you've

4   thought about these issues for a long time.  Sixty-five days

5   is a long time; it's over two months.  It's a long time.  We

6   need to get going.

7          We need -- we've been at this for a long time and

8   the time's been lengthened by the fact that we have had to

9   have extended negotiations, if you will, over these orders.

10  There are cases even larger and more complex than this in

11  which these kinds of deadlines are reasonable; they're not

12  unreasonable.

13         I mean, I have no doubt you could go back to your

14  office and, within a couple of days, turn out a pretty

15  decent set of interrogatories.  So given that these are only

16  initial interrogatories, I just don't see the issue.

17         MS. HENDERSON:  Your Honor, it took me 16 hours'

18  negotiation in the initial matter for the case management

19  among the group, the joint defense group.  It is not an

20  insignificant task to come up with 120 interrogatories or

21  interrogatories.

22         THE COURT:  Okay.  But, I mean, but you could, if

23  we started the clock today, you could -- the group could

24  have 10 days to send in their proposals, and then you could

25  have discussions.  Sixty days is a long time, it's a long

Page 137

1    time.

2            MS. HENDERSON:  We're not seeking to shorten the

3    65 days, Judge.  We're just seeking to have the discovery

4    start at the 65th day or later, so that we can work on

5    motions, initial disclosures, the protocol, et cetera.

6            THE COURT:  Motions aren't the same --

7            MS. HENDERSON:  Et cetera.

8            THE COURT:  The motions, the motions -- you've

9    been given the opportunity and a mechanism to not have to

10   repeat work, while at the same time, preserving your rights.

11   There are no different -- there -- the issues are largely

12   the same.  It does not require all-consuming round-the-clock

13   work; it just doesn't.  That's the whole point of this is

14   efficiency, and you're turning that concept on its head.

15           MS. HENDERSON:  Let me put it a different way,

16   Judge.  I think the plaintiff has somewhere around 400

17   initial disclosures to deal with in the first 60 days.

18   Right?  I've only done 46.  I've done my 23 answer

19   templates.  But I've got to look at -- you know, there's --

20   and I'm potentially drafting motions, even pro forma motions

21   are work.

22           And then you add into the mix coordinating with

23   200 other lawyers and their schedules and their ideas.

24   We're still discussing the protective order after two weeks,

25   Judge.  It's just -- there's too much procedural

Page 138

1    deliverables in the first 60 days.  The request is simply

2    that we move some of them to the 60th day.  And by way of

3    example --

4              MR. BIALEK:  More than half of the defendants

5    already have agreed that this is a reasonable schedule, and

6    we spent a whole lot of time negotiating that with them in

7    coming up with this.  So we think that this is a reasonable

8    timeframe.

9              THE COURT:  It says initial interrogatories.

10   There literally is no reason why -- I just gave you 15

11   unique interrogatories.  There's literally no reason why you

12   wouldn't be able to sit down and do those.

13             And I just -- it is not, it's not credible that

14   this group hasn't thought about these issues and that there

15   aren't already templates for the types of things you want to

16   know about these loan files.  It's inconsistent with the

17   motion practice that's already occurred in this case.

18             So we're going to do with what the plan

19   administrator wants, but we're going to say -- we're going

20   to stick with the no later than and we'll call it 70 days.

21             MS. HENDERSON:  Your Honor, I think there's

22   another point in here that may be apropos to discuss at this

23   time.

24             THE COURT:  In No. 1?

25             MS. HENDERSON:  Your Honor, it has to do --

Page 139

1   actually, you know what, Your Honor?  I'll wait until we get

2   to that page.

3           THE COURT:  Okay.  So for the interrogatories,

4   they'll be served no later than 70 days after the entry of

5   this order.  Now, in the request for production, okay, let's

6   hear the bid and the ask on that.

7           MR. BIALEK:  Sure.  For the request for

8   production, the plan administrator and group one have agreed

9   that unlimited number of common requests and 10 unique

10  requests per party, and that the initial set be served

11  within 30 days after the entry the CMO.  The plan

12  administrator had already provided our draft request in

13  December, so they've had it for a very long time.

14          Group two would like unlimited number of common

15  requests and unlimited number of unique requests, and they

16  would like the requests to be served no earlier than 90 days

17  from the date of this order.  Obviously, it's our position

18  that if you have unlimited, unique and unlimited common, why

19  would we use the common?  So basically, they're attempting

20  to avoid any effort to coordinate their document requests.

21          MS. HENDERSON:  That's, Your Honor, the defendants

22  have agreed to endeavor to coordinate, and we have worked

23  really hard to coordinate.  It's a very difficult task with

24  the number of attorneys, Judge.

25          This is another situation where it's based on the

Page 140

```
 1    Federal Rules of Civil Procedure.  We're just seeking to

 2    have our statutorily limited rights under the Federal Rules;

 3    that's it, Judge.  And it's -- I can tell you, I've been

 4    talking to a large number of joint defense group colleagues,

 5    as well as my clients, don't have any documents.  So part of

 6    what we need to do in this effort is have meaningful

 7    discovery.  My clients cannot --

 8               THE COURT:  I don't under why, in the same breath,

 9    you're telling me that you don't have any documents.  What

10    does that have to do with the fact that you want unlimited

11    individual requests for production?

12               MS. HENDERSON:  It's what the Federal Rules of

13    Civil Procedure say, Your Honor.

14               THE COURT:  No, no, no.  What is the fact -- you

15    said my clients don't have documents; what does that have to

16    do with your desire to have unlimited individual requests

17    for production?

18               MS. HENDERSON:  I'm sorry, Your Honor, I wasn't

19    clear.  It's a separate point.  Thirty days is a very short

20    timeline.

21               THE COURT:  Okay.  But you're jumping all over,

22    okay.  You say you have no documents, right?

23               MS. HENDERSON:  For the most part, yes, Your

24    Honor.

25               THE COURT:  Okay.  I'll accept that for the
```

Page 141

1   purpose of this.  Does that have anything to do with the

2   fact that you want unlimited requests for production to

3   serve on Lehman?

4              MS. HENDERSON:  No.  Thank you for clarifying

5   that.

6              THE COURT:  Okay.  No, that has nothing to do with

7   that, right?

8              MS. HENDERSON:  Yeah.

9              THE COURT:  The idea that, that you should be able

10  to have unlimited requests for production and then the

11  burden would shift to them to go through, to parse what you

12  mean and to parse what each one means and whether there's

13  overlap.  That's just asking for everyone to have to do

14  unnecessary work.

15             MS. HENDERSON:  Your Honor, the statute provides

16  for the opportunity for the plan administrator to come to

17  Your Honor and claim unduly burden production requests.

18             THE COURT:  Of course, everyone --

19             MS. HENDERSON:  We're just asking for the statute

20  to be followed; that's it.

21             THE COURT:  Everyone has that.

22             MS. HENDERSON:  Right, right.  We're not intending

23  to do that, Judge; we're just seeking our statutory rights.

24             THE COURT:  Miss Henderson, I'm going to get --

25  you're going to serve a document request that's going to be

Page 142

1     40 pages long; that's what you're going to do.

2          MS. HENDERSON:  I hope not.

3          THE COURT:  Well, I mean --

4          MS. HENDERSON:  I hope not.

5          MR. BIALEK:  Your Honor, they're getting unlimited

6     common issues -- common document requests, unlimited, so

7     they get to do a lot with that.  And, frankly, the issues

8     overlap.

9          THE COURT:  Let me -- just think about that,

10    right?  In the interrogatories, you wouldn't agree with me

11    that you would be able to successfully negotiate 10

12    interrogatories to count in the -- against the 120, okay.  I

13    disagree with you.  I think that you're far more effective

14    than that.

15          Here, with unlimited number of requests related to

16    common issues, you get to lob in your requests, and they get

17    to go on the common list and like stead because the issue

18    that you came up just became a common issue for everybody.

19    So I'm not going to give you the ability to bury them in

20    paper, and then everyone have to go through and me to have

21    to go through what the burdens are.

22          We're going to come up with some reasonable

23    number, and you're going to have the ability to seek to

24    serve additional interrogatories.  It's much simpler than

25    going through 40 pages and comparing unique requests with

Page 143

1    common requests and having arguments about whether that's

2    covered by that.  You will get documents.  You will get a

3    ton of documents, right?

4              And then you'll be able to say to yourself, huh, I

5    didn't get any documents that relate to X, Y and Z issues.

6    And either they're covered by the requests, in which case,

7    you're going to say to them, where are those documents.

8    They'll say we don't have any.  You'll say, great, certify.

9    I'll say, great, certify.  Or if not, you'll get leave to

10   file additional requests.

11             That's a much more streamlined procedure than two

12   sets of voluminous document requests where we're going to

13   have to parse and match and word, you know, and nitpick.

14   Okay?  So why don't we say you get 25 unique requests with

15   leave to seek to propound additional requests for cause

16   shown.

17             MS. HENDERSON:  Thank you, Your Honor.

18             THE COURT:  Okay?  All right.  Now the timing for

19   this.

20             MS. HENDERSON:  So, Your Honor, again, it's the

21   same argument.  I don't want to repeat myself.

22             THE COURT:  Yes.

23             MS. HENDERSON:  But it's just too much procedural

24   deliverables in the first 60 days, especially when it's

25   dealing with documents.  And what I was trying to say

Page 144

1   earlier, Your Honor, is, the discovery needs to be

2   meaningful, so I -- we need loan files from -- we have no

3   loan files from the plaintiff.  And I believe they're

4   endeavoring to deliver them within 60 days.  Before we get

5   those loan files, I don't even think we can draft meaningful

6   interrogatories or document demand requests.

7           THE COURT:  Yeah, but that's -- that suggests the

8   opposite.  Initial requests as to common issues should be

9   served within 30 days after the CMO.  Request no. 1, all

10  loan files.

11          MS. HENDERSON:  That'll be by court order here,

12  this is entered, so we won't waste that one and the one

13  enjoining.

14          THE COURT:  We've got to get started, okay?  We've

15  got to get started.

16          MS. HENDERSON:  We don't seek to delay, Judge.  We

17  just want it to be meaningful.  We don't have anything to

18  ask right now, at least on the RMBS side, Judge.

19          THE COURT:  You don't have anything to ask?

20          MS. HENDERSON:  We have general things we could

21  ask, yes, Your Honor.  But in order for it to be meaningful,

22  remember, we're dealing with a loan-by-loan defense and

23  burden of proof here.  For it to be meaningful, to get to

24  the meat of our loans, we need loan files.  We don't have

25  any of that.  Our firm needs addresses.  I think I'm lucky

Page 145

1    in that regard.

2              THE COURT:  Initial request as to common issues to

3    be served within 45 days after the entry of the CMO.  Look,

4    at any time, you have the right and the ability to send a

5    letter or make a request for relief based on burden or other

6    circumstances.  You know that -- you know that I'm

7    responsive.

8              MS. HENDERSON:  Absolutely, Your Honor.

9              THE COURT:  Okay.

10             MS. HENDERSON:  Yeah, absolutely.  Thank you, Your

11   Honor.

12             THE COURT:  I'm just -- I am, I am concerned with,

13   with moving, moving this forward.  Okay, request for

14   admission.

15             MR. BIALEK:  Your Honor, the plan administrator

16   and group one negotiated 30 common requests per side and 10

17   unique per party.  And group two requests 120 common per

18   side and unlimited individual requests for admission

19   individually or unique issues.  In the plan administrator's

20   mind, requests for admissions aren't particularly helpful,

21   other than with respect to perhaps authenticating documents.

22             THE COURT:  Right.

23             MR. BIALEK:  Which we have specifically carved out

24   in the last sentence, that at the close of discovery, the

25   parties shall meet and confer as to the authentication of

Page 146

1   documents by stipulation or through additional requests for

2   admission.  We think that our offer and what we agreed on

3   with group one is reasonable and workable and efficient.

4           THE COURT:  I mean, you're always free prior to

5   trial, be it here or somewhere else, to stipulation to

6   agreed facts, right?  Just personally never been a huge fan

7   of requests to admit.

8           MS. HENDERSON:  I have nothing to add on this one,

9   Your Honor.

10          THE COURT:  All right.  Well, we're going to go

11  with the plan administrator's views on this one.  Okay, I

12  think I can turn the page to 11.  And explain to me the

13  first one, Ms. Henderson, is this the 30/60 day, or Miss

14  Adler?

15          MS. ADLER:  Well, we wanted 30 days and we wanted

16  additional documents inside those 30 days.  And the

17  documents that we've requested are the documents that are

18  integral to the complaint and that support or will not

19  support or provide facts where there are none for the

20  allegations of the complaint, as well as the rights --

21          THE COURT:  I understand.

22          MS. ADLER:  -- the rights under which --

23          THE COURT:  Yeah, I got it.

24          MS. ADLER:  -- the defendants purport to sue.

25          THE COURT:  So let's, let's --

Page 147

1        MS. ADLER:  And the reason that we asked for 30

2   days, Your Honor, is because motions and responses are due

3   the 60th day.

4        THE COURT:  I understand.

5        MS. ADLER:  Okay.

6        THE COURT:  Okay.  So let's just talk about

7   practicality, okay?  So we're going to talk about loan

8   files, then we're going to talk about other stuff, and we're

9   going to talk about 30 versus 60.  As a practical matter,

10   where does the estate stand in terms of its ability to turn

11   over loan files?

12        MR. BIALEK:  As a practical matter, the estate can

13   turn over loan files within 60 days, and that's what we

14   offered to do.

15        THE COURT:  Could you turn over loan files in 30

16   days?

17        MR. BIALEK:  We do not believe that we could.

18        THE COURT:  Could you turn over any loan files in

19   30 days?

20        MR. BIALEK:  Perhaps.  But, unfortunately, Bates

21   stamping electronically and organizing in folders so that

22   we're not turning over the wrong loan files to the wrong

23   counterparties takes a lot more time than you would imagine.

24   So we have volunteered this, and we've been working to

25   achieve that goal, and we think that we could hit the 60-day

Page 148

1    mark.

2              THE COURT:  Well, Ms. Adler, when -- what's the

3    date that you would have to file a motion on?

4              MS. ADLER:  The 60th day, same day.  So we would

5    not have the benefit of being able to see the loan files to

6    assess defenses or possible motions.

7              THE COURT:  But let's think about this, okay?  For

8    lack of subject matter jurisdiction, been there/done that.

9              MS. ADLER:  What about a 12(b)(6), Your Honor,

10   respectfully?

11             THE COURT:  Yes.

12             MS. ADLER:  And there may be additional arguments

13   that are contained with resp- --

14             THE COURT:  Yeah, yeah.

15             MS. ADLER:  You know, I don't know, in those loan

16   files and/or the other documents listed there that speak to

17   subject matter jurisdiction, possibly improper venue,

18   possibly a 12(b)(6).

19             THE COURT:  I just -- some of the 12(b)(6) that I

20   am not smart enough to think of, I get.  But how anything in

21   the loan file could possibly bear on improper venue; we've

22   been there/done that.  The Court's subject matter

23   jurisdiction; been there/done that.  A 1404 motion, you know

24   --

25             MS. ADLER:  Well, I can imagine if a loan purchase

Page 149

1    agreement or a broker agreement had a venue provision

2    elsewhere, right, that that might speak to it.

3            MR. BIALEK:  I don't mean to interrupt, but I'm

4    not aware that you're entitled to discovery before initial

5    motion practice.  In an ordinary course, you get a

6    complaint, you have 30 days to answer or move to dismiss,

7    and whatever documents you have, you have kind of falls

8    under -- you know, we offer this to kickstart discovery, not

9    to make us face summary judgment motions, which attaching

10   outside documents.

11           THE COURT:  Here's what we're going to do, okay?

12   You -- Lehman needs to start producing loan files no later

13   than the 30th day after entry of this order, and you need to

14   complete production by the 60th day.  There's no reason why

15   you need to dump loan files on the 59th day.  I mean, you

16   must have loan files ready to go -- must.

17           MR. MAHER:  Your Honor, it's more complicated than

18   that because we have to produce certain loan files to

19   certain people under the protocols.

20           THE COURT:  Okay.

21           MR. MAHER:  It is not an easy task to take all of

22   these loan files, which are fairly voluminous, and start

23   producing them piecemeal within 30 days.  We wanted to do it

24   in a comprehensive organized fashion, so we'd be able to do

25   it within 60 days; that's the issue.

Page 150

1            MR. BIALEK:  The other practical part is we kind

2      of have --

3            THE COURT:  I am not -- I'm sorry, I just don't

4      understand this.  I mean, on the 60th day, it's not going to

5      be that all the loan files are going to be ready to go.

6      There are going to be loan files ready to go.  I'm not

7      suggesting that you -- that I'm not trying to impose chaos.

8      But when you, when you have a set of loan files, however you

9      might categorize them and I suppose there are a number of

10     different ways, there's no reason to hold production of them

11     until you have everything.  I'm just not understanding that.

12           MR. MAHER:  Your Honor, there's -- I understand

13     what you're saying.  But there's really a separate issue

14     here, which is we have voluntarily agreed to start producing

15     discovery within 60 days.  That's not part of what -- the

16     normal process they're going to ask for discovery.  It's

17     something we're volunteering.  Now, they're saying you have

18     to do it quicker and in the way we want to do it.

19           It doesn't seem reasonable to say we're going to

20     produce all the loan files and then 60 days seems

21     reasonable.

22           THE COURT:  I want you to answer my question.  Why

23     can -- I refuse to believe, and I would be annoyed to find

24     out, that the plan administrator has not been working and

25     does not have available to it loan files in a form that

Page 151

1     could be shared.

2            We've already been through or going to go through

3     ADR and mediations.  There has to be something that you are

4     in the position to be able to turn over.  I mean --

5            MR. MAHER:  We hear what you're saying, Your

6     Honor, and we will do our best to comply.

7            THE COURT:  Well, I'm going to -- then the order

8     is going to say that you're going to start -- on a rolling

9     basis in good faith you're going to turn over loan files,

10    commencing on the 30th day and completing it by the 16th

11    day.

12            MR. BIALEK:  What we're talking about, Your Honor,

13    is the way that the process works is that we have loan files

14    in one database.  You have to move it to another database,

15    put it into a searchable format.  You need to inventory it

16    so that you know what you're actually producing.  And then

17    we can find it and everything like that.

18            THE COURT:  Sure, mm hmm.

19            MR. BIALEK:  And it's also counterparty by

20    counterparty, and it's just a longer process than 30 days.

21            THE COURT:  But what you're telling me is that

22    it's a longer process than 30 days and that not a one will

23    be ready before the 30th day, but that all of them will be

24    ready between the 30th day and the 59th day.  And that's

25    just not reality.  That's just -- I don't -- I'm sorry, I

Page 152

1    just don't believe that.

2            MR. MAHER:  We understand what Your Honor is

3    ordering.  We'll certainly do our best to comply with the

4    order, Your Honor.  That's our job and our responsibility.

5            THE COURT:  Okay.  We're going to stick with that.

6    And if there's some glitch, to use a technical legal term,

7    if there's some glitch when you go to your vendor or whoever

8    it is and -- I mean, my view is that you should have been

9    working on this all along.  Okay?

10           MR. MAHER:  Yes.

11           THE COURT:  So that's my view.  If there is some

12   glitch that truly will make this impossible, truly will make

13   this impossible, then you should let us know.  And then

14   we're going to have to give them some relief.  I understand

15   the point that this is a little topsy-turvy from the way the

16   usual world works.  But we're in kind of a topsy-turvy world

17   because you are making claims against the Defendants

18   relating to the loan files.  And they are saying, and I take

19   them at their word, they don't have the loan files.

20           MR. BIALEK:  Just to be clear, Your Honor, only

21   one of the Defendants' counsel said that they didn't have

22   the loan files.  That's not necessarily what we've been

23   hearing from a number of other counterparts.

24           MS. ADLER:  Your Honor, with respect to that, I

25   just want to point out in the schedules -- and we've had

Page 153

1    this conversation -- that were attached to the complaints,

2    that listed the particular loans at issue, the numbers that

3    were listed were not the mortgage-originated owners; they

4    were Lehman or the trustees or somebody else's numbers.

5            THE COURT:  Ms. Adler, you won this point.

6            MS. ADLER:  I understand.  Thank you, Your Honor.

7    Thank you.  I appreciate it.

8            THE COURT:  All right.  Okay.  But then now we

9    have to get to the second bucket of issues, which is the

10   other stuff.  Okay?  And there's no way that they're going

11   to complete document production of all the other stuff to

12   which you're entitled.  But they're not going to be able to

13   complete that in that same timeframe.  That's just not going

14   to happen.  So to the extent that -- and I don't believe

15   that -- to the extent that you received something in

16   document production after the deadline for making a motion

17   contemplated by this order, you would obviously be entitled

18   to make a motion based on what you discovered.  To me,

19   that's a motion for summary judgement, or a motion for

20   partial summary judgement, or some other type of a Rule 12

21   motion that's not already covered by all of this stuff,

22   which is the generic we-don't-want-to-be-here motions.

23           So, again, keeping to the principles of reasonable

24   deadlines, moving this along, and not denying your rights

25   that you're entitled to under the federal rules and due

Page 154

1      process, there's got to be a way to work this out.

2              So what's Lehman's offer on when you will produce

3      these other documents that are now stricken through in this

4      document production paragraph?

5              MR. MAHER:  Your Honor, that's part of their

6      document requests.  They're going to serve document requests

7      on us, we're going to serve document requests on them.

8      We're going to respond to the document requests in the

9      ordinary course.

10             THE COURT:  Right, okay.

11             MS. ADLER:  Your Honor, our position is that the

12     documents in addition to the loan files that are listed here

13     are documents that are integral to the complaint.  And but

14     for those documents, the Plaintiff could not have brought

15     the complaints.

16             So for example, with respect to assignments, it

17     contends that it got the rights to bring these actions

18     pursuant to assignments.  We know that the judge is clear,

19     your theory, Your Honor, on subject matter jurisdiction is

20     that Lehman Holdings had these pre-petition contingent on

21     matured rights.  But if those rights were not assigned to

22     them until after the petition was filed, that arguably

23     creates a whole new subject matter jurisdiction argument.

24             The loan purchase agreements are those that they

25     contend they're suing under, and broker agreements.  The

Page 155

1    trust agreements could generate a 12(b)(6) motion.

2            They say that they have these rights precisely --

3    these are integral to the complaint.

4            THE COURT:  So how did we go through the whole

5    last round without you having these?

6            MS. HENDERSON:  It was a longer period of time,

7    Your Honor.

8            Your Honor, Tracy Henderson.  Additionally, in the

9    GSC space, as you stated earlier, we were given the

10   documents for the ADR purpose.  Because it went demand, ADR,

11   then lawsuit.  Here it's lawsuit, then ADR.  And a faster

12   timeline.

13           MS. ADLER:  And at this point we both have lived

14   through things.  The Plaintiff alleges that it made, never

15   specifying in the complaints, quote, coextensive

16   representations.  Surely we are entitled to know what those

17   representations were and when they were made, since

18   obviously there would be a problem if they didn't warrant

19   assigned -- the reps and warranties that they reportedly

20   relied on in part, according go the complaint.  And that

21   generates the alleged liability for our clients if they

22   didn't have the reps in mid to -- at the time.

23           THE COURT:  But turn the page.  Look at additional

24   disclosures.

25           MS. ADLER:  I'm sorry, you're on Page 12, Your

Page 156

1    Honor?

2            THE COURT:  Yeah, on Page 12.

3            MS. ADLER:  Okay.  So on Page 12 we're talking

4    about the trust agreements.

5            THE COURT:  Right.

6            MS. ADLER:  And again, that's 45 days, which might

7    make it tough to put a 12(b)(6) together in the 15-day

8    period between 45 days and 60 days when the motion is--

9            THE COURT:  The plan administrator --

10           MS. MARKOWITZ:  Sorry to interrupt, but it's very

11   difficult to hear Ms. Adler over the phone.  If she could

12   get closer to the microphone or speak up.

13           MS. ADLER:  Surely, thank you.  Is that better?

14           THE COURT:  Let's deal with this group of

15   documents under the additional disclosures section.  Right?

16   Why don't we just deal with it under the additional

17   disclosures section?

18           MS. ADLER:  Well, then we should add some of the

19   other documents into the additional disclosures and we

20   should address the timeframe.  Since, again, the way that

21   the additional disclosures is written --

22           MR. BIALEK:  Your Honor, the additional

23   disclosures section, which was heavily negotiated between

24   the plan administrator and group one is a much narrower

25   group of initial disclosures.  On Page 11 they're asking for

Page 157

1      numerous categories of documents.  On the initial

2      disclosures we've agreed to give them a schedule --

3              THE COURT:  Let's do this with an example, to use

4      Ms. Adler's example so that we can come to a practical

5      solution to this.  Ms. Adler posits that perhaps there is an

6      assignment that occurred post-petition?

7              MS. ADLER:  Yes, Your Honor.

8              THE COURT:  Okay.  And that she wants to make a

9      motion with respect to the Court's jurisdiction once she

10     discovers an assignment agreement that's post-petition.

11     Okay.

12              Under your view of this order, how does she get to

13     do that?  Because she won't have gotten that document within

14     the timeframe for making that motion?  I find it useful to

15     take a concrete example and solve for that and then --

16             MR. MAHER:  Sure.  Your Honor, we start from the

17     principle that we've made allegations in the pleading.

18             THE COURT:  Right.

19             MR. MAHER:  And they're now seeking evidence which

20     either confirms or contradicts what we've pleaded in the

21     pleading.  My point is that the normal course of litigation

22     that we start producing evidence, and then they sit back and

23     say, well, give me more evidence and I will then file some

24     kind of a motion.

25             THE COURT:  Okay.  But answer my question.  This

Page 158

```
 1    order purports to set a timeframe for them to make certain

 2    motions.

 3                MR. MAHER:  Right.

 4                THE COURT:  Okay.  You're quite right, normal

 5    course is all of that proceeds and then discovery proceeds.

 6    But in a normal litigation, they then would have the

 7    opportunity to make motions based on what the documents

 8    produce.

 9                MR. MAHER:  Certainly.

10                THE COURT:  So in the hypothetical that Ms. Adler

11    has identified where she gets a document at a time that's

12    outside the timeframe as contemplated by this order --

13                MR. MAHER:  Yes.

14                THE COURT: -- how does she have the right to make

15    that motion?

16                MR. MAHER:  Initially she makes a motion with

17    respect to the pleadings as provided for in the documents.

18    If there is a subsequent production that she thinks gives

19    her a basis to file a motion on subject matter jurisdiction,

20    which is not a waivable defense, as you well know, Your

21    Honor --

22                THE COURT:  Yes.

23                MR. MAHER:  -- that can be brought to the Court's

24    attention at that appropriate time, and she can request

25    relief.
```

1            THE COURT:  That's what I thought I said about 15

2     minutes ago.  To the extent that you get documents and you

3     say ah-ha, I now have a dispositive motion, you're going to

4     get to make that motion notwithstanding these other

5     deadlines, which frankly are largely focused on what we've

6     already done already.

7            MS. ADLER:  Your Honor, if there were an

8     assignment and it exists right now, then one ought -- and it

9     generated a lack of subject matter jurisdiction in this

10    court --

11            THE COURT:  But don't assume -- I mean --

12            MS. ADLER:  I'm not assuming.  If it did.  But to

13    follow up on this hypothetical.  Then a client, a defendant

14    should not be put to the expense and burden of --

15            THE COURT:  It's no different --

16            MS. ADLER:  -- discovery.

17            THE COURT:  It's no different from anything else

18    that happens in litigation.  It's --

19            MS. ADLER:  I think it is different in the sense,

20    Your Honor, that if this were not being treated in a

21    collective forum and it were a one-on-one litigation with

22    respect to particular contracts and particular reps and

23    warranties, those contracts, those reps and warranties and

24    any contract that enabled the plaintiff to sue would be

25    attached to the complaint or provided up front.

Page 160

1         THE COURT:  That's -- I disagree with that.

2         MS. ADLER:  On a breach of contract, we made reps

3    and warranties --

4         THE COURT:  There's no -- you don't have to attach

5    all of your evidence to a complaint.  And on subject matter

6    jurisdiction -- your hypothetical, right?  A document

7    emerges that supports your theory.  I agree with your

8    theory.  Right?  The case is not going to go away, it's just

9    going to go to a different court.

10        MS. ADLER:  Understood.

11        THE COURT:  Okay?  So --

12        MS. ADLER:  It is if the plaintiff brings it

13   elsewhere, right?  I mean -- but --

14        MR. DINNER:  This is Dean Dinner.  And if I might

15   interject.  Because I think there's perhaps another example

16   also, although it is a much more limited example.  And that

17   is the successor liability situation.  As you'll note, we --

18        THE COURT:  Excuse me.  I'm going to stop you.

19   Okay?  I'm not going to start talking about successor

20   liability right now.  Okay?  Successor liability --

21        MR. DINNER:  That's fine.

22        THE COURT:  The facts with respect to successor

23   liability are within the control of the Defendants.  We've

24   been through this.  If you -- if Defendants have documents

25   that demonstrate the fact that they do not believe they have

Page 161

1    successor liability, that's not within Lehman's control.

2    We're talking about trust agreements, loan purchase

3    agreements and the like.  So we're going to stick to that

4    point.  Okay?

5              MR. DINNER:  Your Honor, I hear what you're

6    saying.  However, of course I wasn't involved previously in

7    any of this.  I haven't had a chance to have my -- put forth

8    my position with regard to successor liability.  And all I

9    have is a literally one sentence allegation in a complaint

10   that there's successor liability.  So I think I'm entitled

11   to know what they have that they think supports that

12   allegation and meets their requirements for pleading.

13             THE COURT:  I'm going to continue dealing with the

14   issue that I am trying to deal with.  And I will come back

15   to your point before we conclude today.  Thank you.

16             MR. DINNER:  Thank you.

17             THE COURT:  Let's resolve this issue.

18             MS. ADLER:  Your Honor, I just want to make that

19   point that if we put subject matter jurisdiction to the

20   side, because that is not waivable, these documents, which

21   were, quote, integral to the complaint within the way -- and

22   therefore could well be considered by the Court on a

23   12(b)(6) motion.  That's the Time V. Chambers and their

24   progeny cases law, we will I think be unable to bring a

25   12(b)(6) if we don't do it within 60 days and we don't get

Page 162

1    these critical and integral documents prior to the 60th day.

2    And we won't unless, you know, we get this resolved.

3              THE COURT:  Well, I am not going to -- there is a

4    practicality factor here.  Okay?  The first thing you need -

5    - about 15 minutes ago you're telling me we don't even know

6    what the loans are, right?  Okay?  So first you're going to

7    get the loan files.  Then you're going to actually know what

8    you're talking about to the extent that you don't already

9    know.  Then in a second wave you'll get these other

10   documents.

11             MS. ADLER:  I think those are different, Your

12   Honor.  And I just want to make the point --

13             THE COURT:  Ms. Adler, I know that they're

14   different.  I understand that they're different.  My point

15   is you have to walk before you can run.  And there is no way

16   that I'm going to deprive you of your right to make a

17   substantive motion that you learn of or become aware of as a

18   result of document production that you receive after any

19   timeframe in this order, period, full stop.  Not going to

20   happen.

21             MS. ADLER:  Okay, Your Honor.

22             THE COURT:  Okay?

23             MS. ADLER:  I respect that.  Just so I'm clear, if

24   you answer on the 60th day because you don't have these

25   documents --

Page 163

1             THE COURT:  Yes.

2             MS. ADLER:  -- but production of them supports a

3    12(b)(6) -- not necessarily summary judgement, 12(b)(6), so

4    you can arguably stop proceeding --

5             THE COURT:  That you only became aware of as a

6    result of documents that you didn't theretofore have.

7             MS. ADLER:  Right.  Okay.

8             THE COURT:  If you could have brought the motion

9    before and you didn't, you're done.  If you get documents

10   that reveal the basis for a motion to dismiss that you

11   didn't have before, I think you should be entitled to bring

12   the motion.  Help me out here.

13            MR. MAHER:  Your Honor, I think technically it

14   would be a motion for summary judgement.

15            THE COURT:  I do, too.

16            MS. ADLER:  Well, my point, Your Honor, though, is

17   if it would predicate a motion to dismiss, a successful

18   motion to dismiss, you shouldn't -- a defendant should not

19   be held to the burden of having and expense of having to

20   proceed with discovery to get through to summary judgement.

21   That would be the point.

22            THE COURT:  Now we're into just different labels.

23   You get documents and you open the documents and you say ah-

24   ha, I have a dispositive motion.  Okay?  This is not my

25   loan, whatever it is that you want.  Whether we call that --

Page 164

1    I don't think that's a 12(b)(6) motion.  I think that that's

2    a summary judgement motion.  You're at the same place.  You

3    are literally at the same place drafting a document that

4    says as a matter of law I'm allowed to be -- I should be out

5    of this case.  Period.  That's what you want.

6             MS. ADLER:  I'm actually -- that is true.  I would

7    agree with the Court, obviously that is a summary judgement

8    motion.  It occurs to me that there could be language in a

9    trust agreement or an assignment agreement that basically

10   would support a 12(b)(6) that shows that either the

11   plaintiff has not pled or could not plead the elements of

12   their claims.  For example, that they had no good defenses,

13   which is one of the elements in an indemnity claim.  And you

14   would be able to get the benefit, or arguably should be able

15   to have the opportunity to get the benefit of that document

16   which is, unless a matter of public record, a document

17   exclusively in the plaintiff's possession or control or

18   custody prior to waiting to make a summary judgement motion.

19   That's my point.  That's my point.  And I don't think it's

20   unreasonable to ask for critical documents on which they

21   rely --

22             THE COURT:  In a normal case, what would the rule

23   be?  In a normal case.

24             MS. ADLER:  The normal case on a 12(b)(6) is that

25   the court can take judicial notice, and should, of documents

Page 165

```
 1   that are integral to the complaint without turning it into a

 2   summary judgement motion.  And integral to the complaint

 3   means -- and we cited the cases in that letter we sent

 4   January 30.  Integral to the complaint means documents that

 5   the --

 6             THE COURT:  I understand.

 7             MS. ADLER:  -- plaintiff either references and

 8   incorporates or relies upon in crafting its complaint.

 9             THE COURT:  I understand.

10             MS. ADLER:  Thank you.  Or possibly a 12(c)

11   motion, that's true, on the pleadings.  But --

12             MR. MAHER:  Your Honor, this issue was actually

13   already addressed in the current order.

14             THE COURT:  Show me.

15             MR. MAHER:  It's in Reservations, 11 is on Page

16   15.  B, it said, "Nothing in this order prevents any party

17   from filing a summary judgement motion at any time."  We

18   believe it would be a summary judgement motion after we get

19   past the pleadings.

20             THE COURT:  Where is that?  I'm sorry.

21             MR. MAHER:  This is Reservations 11B on Page 15.

22   "Subject to local Rule 70561 and accordance with any

23   applicable rule, nothing in this order prevents any party

24   from filing a motion for summary judgment at any time."

25             So she can get whatever documents she thinks are
```

Page 166

1    important in discovery and make a motion for summary

2    judgement.

3              THE COURT:  That's what I think.  I just --

4              MS. ADLER:  Your Honor, I don't agree with that.

5    Because you have this body of law that enables you, if the

6    documents are there and integral to the complaint, to make a

7    12(b)(6) without converting it to a summary judgement.  And

8    we all know that one could make a summary judgment motion at

9    any time, and maybe some of us may, that it's easy to defeat

10   summary judgment by finding questions of fact that need to

11   be resolved with additional discovery.  Right?  So it

12   doesn't really preserve one's procedural rights with respect

13   to the documents that they rely on.

14             THE COURT:  Well, I will give you a safety vale

15   with respect to a dispositive motion based on information

16   contained in documents that were produced subsequent to the

17   deadline be otherwise applicable for making such motion.

18   That's just the only way to do it.  But I'm going to

19   strictly enforce it.  I mean, you can't -- this is not

20   intended to be to create multiple, multiple, multiple

21   rounds.

22             MS. ADLER:  Understood, Your Honor.

23             THE COURT:  All right?

24             MS. ADLER:  That's why I was asking for it up

25   front, precisely to avoid --

1          THE COURT:  But they can't do it up front.  But do

2     you want them to -- I mean, if they were to say they're

3     going to send all these documents to you within 60 days --

4          MS. ADLER:  Well, it would have to be -- it would

5     either have to be at least within 45 so you had a couple

6     weeks to be with them, or --

7          THE COURT:  So I mean, you know --

8          MS. ADLER:  -- or we could -- I'm not looking to

9     extend backwards the time to respond to the complaints.  I'm

10    really not.  I understand.  We all want to move this

11    forward, Your Honor.  We're fine with that.  But we want to

12    do it with appropriate wherewithal.

13         MR. MAHER:  Your Honor, we --

14         THE COURT:  I don't have a visibility into where

15    the plan administrator is in terms of being able to produce

16    this category of documents.

17         MR. MAHER:  Your Honor, it's a broad category of

18    documents.

19         THE COURT:  It is.

20         MR. MAHER:  It's not just -- we're not in a

21    position to --

22         THE COURT:  Okay.

23         MR. MAHER:  -- be able to produce it in that

24    timeframe.

25         THE COURT:  Okay.  But I'm not going to cut off

Page 168

1    their rights to make a substantive/dispositive motion based

2    on documents that they don't have until some later date.

3    How could I do that?  I'm really struggling to understand

4    how I could do that.

5              MR. MAHER:  Your Honor, it's a summary judgement

6    motion.  It is a document that they have that they think is

7    dispositive after the pleadings.

8              THE COURT:  I agree.  But Ms. Adler seems to have

9    something else in mind.  And I can't --

10             MR. MAHER:  Yes.  She wants all the discovery from

11   Lehman preloaded before she files a motion to dismiss so she

12   can rummage through it and try to figure out what she's got

13   with the discovery in the guise of a motion to dismiss when

14   it's really evidence which is in the guise of a motion for

15   summary judgment.

16             THE COURT:  I am not going to hear from six people

17   on this point.

18             MR. SALTER:  I think everyone's in agreement with

19   each other.  So what Lani's talking about is a Rule 12(c)

20   motion, which is after the pleads are closed.

21             THE COURT:  Did you just hear me say I'm not going

22   to hear from six people on this point?

23             MR. SALTER:  They're in agreement.  They're both

24   saying the same thing, Your Honor, is that Rule 12(c) allows

25   her to make a dispositive motion shortly after the pleadings

Page 169

1    are closed, after you give the documents.  So the right that

2    she wants, she already has that right.  So I don't think

3    that we need to be talking about it.

4            MS. ADLER:  What I understand the judge, you to be

5    saying, Your Honor, just so I'm clear with the proposal

6    you've made, is that Mr. Maher and I may debate whether

7    there's a summary judgement, but we will answer or do

8    whatever by the 16th day.  And if documents produced

9    thereafter in our opinion, in my opinion support a 12(b)(6),

10   we won't be precluded from making that 12(b)(6) even though

11   we will have already answered.  So it would be somewhat

12   procedurally unique.

13           THE COURT:  This is just -- I'm taking a break.

14   You people talk to each other.  Because this is ridiculous.

15   All right?  It's 25 of one.  I'll be back in ten minutes.  I

16   suggest you talk to each other and work out something that

17   makes sense.  Because we're arguing over nothing.

18           MS. ADLER:  Thank you, Your Honor.

19      (Recess)

20           THE COURT:  All right.  Any progress on the issue

21   that I left you with?

22           MR. MAHER:  Your Honor, during the break we

23   attempted to agree to Your Honor's suggestion, which was

24   similar to Mr. Salter's suggestion, which we would also

25   agree to, which is there would be a poppet valve in the

Page 170

1    event that they wind up finding out something later on.  And

2    we can include that in the order.

3              THE COURT:  Okay.

4              MR. MAHER:  And we thought that that would resolve

5    the issue, but it doesn't.  Because Ms. Adler now is adding

6    a new request which is, well, I want the assignment

7    agreement within a defined timeframe beyond the 60 days.  So

8    I want specific documents that she wants to have us produce

9    on some schedule as opposed to the original protection,

10   which was I just need it as a poppet valve.

11             So the demands keep changing, Your Honor.  We

12   agree with Your Honor's suggestion or Mr. Salter suggesting

13   that 12(c) would also cover it.  And we're happy to include

14   that in the order, Your Honor.  Ms. Adler wants to make it

15   an additional request or demand.

16             MS. ADLER:  Your Honor, I don't think that's

17   entirely accurate.  What -- the suggestion that we agreed

18   upon, or the piece of it that we agreed upon, is that

19   defendants would not waive their right to bring a 12(c)

20   motion for judgement on the pleadings within a reasonable

21   time after the documents that would predicate such a 12(c)

22   motion would be -- and since those 12(c) motions have to be

23   brought within, quote, a reasonable time after you file your

24   answer, we would work out something on the timing.  But I

25   don't want to be in a position where the production of the

Page 171

1    assignment agreements is backloaded and not produced in a

2    realistic, reasonable period of time, 60 days, 90 days, 120

3    days, because then it kind of defeats the purpose.  Why are

4    we going through all the --

5              THE COURT:  What's the time period for the

6    production of the group of documents that are reflected in

7    for trust agreements, the LPAs, the broker agreements, et

8    cetera?  What's the time period?

9              MS. ADLER:  There is none.

10             MR. MAHER:  Those documents would be produced in

11   the ordinary course on behalf of all defendants --

12             THE COURT:  Right.

13             MR. MAHER:  -- when we get a document request --

14             THE COURT:  Right.

15             MR. MAHER:  -- from them that we would respond to.

16             THE COURT:  Right.  So that's what we're going to

17   do.

18             MS. ADLER:  Your Honor --

19             THE COURT:  That's what we're going to do.

20             MS. ADLER:  Your Honor, just so I can be clear --

21             THE COURT:  That's what we're going to do.  You're

22   going to produce a document request like people in normal

23   litigation, and they're going to produce documents to you.

24   And then if you have a dispositive motion, you're going to

25   get to bring it.  If you have a dispositive motion based on

Page 172

1    the documents that you've then receive pursuant to document

2    requests like people do in normal cases every day, you're

3    going to get to bring that motion.

4              MS. ADLER:  So two points, Your Honor.  First --

5              THE COURT:  Ms. Adler, that's my decision.  I'm

6    not going to continue --

7              MS. ADLER:  I respect that --

8              THE COURT:  I'm not going to continue to argue

9    with you.

10             MS. ADLER:  I'm asking in view of the complaint

11   statement, that it arises out of that the dispute arises out

12   of the Defendant's sale to LBHI's assignor, how we avoid a

13   situation where the Defendant -- or the Plaintiff, sorry,

14   for strategic reasons doesn't produce those assignment

15   agreements and other critical documents until late in

16   production.  That's the concern.

17             MR. MAHER:  Your Honor, she's re-arguing the point

18   you just ruled on.

19             THE COURT:  I just -- if I wanted to spend a lot

20   of time talking about things that each of you could do

21   strategically and tactically to make the other side

22   miserable, I could be here for several hours.  So we're

23   going to assume good faith.  And if there's evidence of bad

24   faith, someone's going to bring it to my attention.  But

25   we're now speaking out of both sides of our mouth.

Page 173

1    Everyone's upset because this is a group process and you

2    don't want to be prejudiced.  We want it to be like a normal

3    litigation.  But in a normal litigation, document production

4    and motion practice would roll out the way the plan

5    administrator is providing.  So we're trying to do this

6    bespoke procedure that moves things along that preserves

7    people's rights.  I can't proceed on the evil-doer

8    assumption that you just outlined.  I understand you have a

9    particular interest in one or more categories of these

10   documents.  You're going to get them pursuant to the normal

11   course of document production, and you're not going to be

12   deprived of your right to make a motion based on those

13   documents, period.

14          MS. ADLER:  Thank you, Your Honor.

15          THE COURT:  Okay?  So what is going to be the

16   operative language with respect to what I call the phase two

17   documents, the normal other documents that are going to be

18   pursuant to the document requests, right?

19          MR. MAHER:  Yes, Your Honor.

20          THE COURT:  So it's not going to be -- the

21   language in 4A is going to be stricken through, correct?

22          MR. MAHER:  Correct.  Yes.

23          THE COURT:  Okay.  And then do you need to add

24   anything to the reservation of rights to make clear that

25   none of the Defendant's rights are -- there's a reference to

Page 174

1    the local Rule 7056.  Do you want to add a reference to -- I

2    mean, you always have your rights under the Federal Rules of

3    Civil Procedure.

4            MR. MAHER:  I think your comments on the record

5    are sufficient, Your Honor.

6            MS. ADLER:  I can -- we can append your comments

7    on the record, Your Honor.  I mean, I guess what arises is

8    if you want to make a 12(c) motion for judgement on the

9    pleadings after these documents have been produced, do you

10   then write a letter to the court requesting permission?  You

11   know, we just haven't really thought this all through.

12           THE COURT:  Well, because it's being unnecessarily

13   complicated.  The fact of the matter is that the types of

14   things that you're talking about fit into the rubric of a

15   summary judgment motion.  So what do you want, Ms. Adler?

16   What do you want that covers your point?

17           MS. ADLER:  I want language that says that

18   defendants have the right to move under rule 12(c) within 60

19   days of receipt of the documents that we had listed here,

20   any of the documents.

21           THE COURT:  So add a paragraph that says nothing

22   in this order will be construed to waive or limit the

23   applicable right of a party to make a motion under Federal

24   Rule of Civil Procedure -- or bankruptcy rule of civil

25   procedure 12(c) within X number of --

Page 175

```
 1              MS. ADLER:  Well, it's a little different.
 2    Because a 12(c) motion would otherwise have to be brought
 3    within, quote, a reasonable time of the --
 4              THE COURT:  I was saying a timeframe, but you
 5    spoke over me.
 6              MS. ADLER:  I'm sorry, Your Honor.
 7              THE COURT:  Mr. Maher, did you want to say
 8    something?
 9              MR. MAHER:  No, Your Honor.  We accept Your
10    Honor's revision.
11              THE COURT:  All right.
12              MS. ADLER:  I'm sorry, Your Honor, I didn't catch
13    the timeframe because I spoke over you.
14              THE COURT:  You said 60 days, right?
15              MS. ADLER:  Sixty days after receiving any of the
16    documents, right?
17              THE COURT:  Yeah, right.  Okay.  And then is there
18    any issue with respect to Paragraph 4D?
19              MS. HENDERSON:  Your Honor, Tracy Henderson here.
20    The issue is that we want these documents to be delivered by
21    the parties pursuant to the normal course of a document
22    production as well.  In our meet and confer attempts, it
23    became clear that the word begin to collect means more than
24    to gather the organization charts and put them on a desk and
25    be ready to produce.  It actually means the formal
```

Page 176

1    collection process in ESI.  So this is premature.  It

2    precludes a formal document demand and it does not allow the

3    right to respond and potentially object to these.

4            So we would just seek to have these be pursuant to

5    the normal course of document production process.

6            I believe, Your Honor, Mr. Price on the phone may

7    have some additional comments on that.

8            THE COURT:  Hold on, please.  Just let me read the

9    language again.

10           MR. MAHER:  Your Honor --

11           THE COURT:  Please.  May I please have a moment to

12   just read what's on the page?

13           I don't understand this.

14           MR. BIALEK:  Your Honor --

15           THE COURT:  I don't understand what the problem is

16   with this paragraph.

17           MS. HENDERSON:  It's the same issue with asking

18   for the broker agreements and the assignments earlier than a

19   document production demand.  It's the same issue, Judge.

20   They want particular documents early.  In addition, they

21   want not only the documents to be gathered, as I first

22   interpreted collect to mean --

23           THE COURT:  It says -- let's read this, okay?

24   "Except as otherwise provided and while the parties are

25   negotiating search terms and custodians, the parties shall

Page 177

1    begin to collect the following categories of documents: loan

2    files, policies and procedures documents, documents

3    regarding the seller's guide, servicing files, claim

4    tracking spreadsheets."

5              What's the problem with that?

6              MS. HENDERSON:  It precludes the document demand,

7    Your Honor.  This will go into effect the moment the case

8    management order is entered.  And collection --

9              MR. BIALEK:  Your Honor, we've given them our

10   document demands, draft document demands in December.  So

11   they know that -- and even with --

12             THE COURT:  You guys just said you want them to

13   produce loan files within 30 days.  Right?  So now you don't

14   want them to do that?

15             MS. HENDERSON:  No, Your Honor.  We want -- just

16   as they are objecting to the assignment agreements and they

17   want them to be part of a formal document demand and

18   response process, similarly, we want these particularized

19   documents to be part of the formal document demand and

20   response process.

21             THE COURT:  I am just completely lost.  This says

22   while you're negotiating ESI terms -- okay, which is going

23   to be just a load of fun in this case -- okay, a load of fun

24   -- that people should go out and start collecting the stuff

25   that everybody knows you need.  The loan files.  What's the

Page 178

1    problem with that?

2            MS. HENDERSON:  Your Honor, ESI process is

3    premature is the problem.  The ESI process starts with

4    meeting and conferring with your client --

5            THE COURT:  No, no, no, no, no.  The ESI process

6    involves search terms and custodians, right?

7            MS. HENDERSON:  Which you typically do first.

8            THE COURT:  I understand that.  But in a typical

9    case, you don't have -- you just got done arguing to me

10   vociferously all the important stuff that you know that you

11   need, that you want right away.  But now you're telling me

12   oh, no, no, we have to have a negotiation over ESI terms.

13   That's not true.  There are loan files, there are servicing

14   files, there are discrete categories of documents that are

15   not dependent on search terms.  What am I missing here?

16           MR. MAHER:  You're not missing anything, Your

17   Honor.  We have -- and just for the record, Your Honor, we

18   have spent literally months at the estate trying to collect

19   these loan files to be able to produce them in an organized

20   fashion and in a timely manner.  And that was part of the

21   issue that we were trying to address with you earlier in

22   terms of the timing.

23           What this is saying is when the shoe is on the

24   other foot, the Defendants don't want to have to do that.

25   So we want to move this case forward efficiently.  We not

Page 179

1    only want to collect the loan files, we want to collect all

2    these other categories of documents as well.  The Defendants

3    don't want to have to do that.  And so they're objecting to

4    them having to do anything until much later after the ESI

5    protocol is negotiated.  Even though they already have our

6    document requests, uh, and have and them since early

7    December when we were here in court and we said, Your Honor,

8    we're going to give them our document request so there's no

9    misunderstanding about what we're going to be seeking.  W

10   gave them to them.  They have them now for, what, three

11   months?  And they're not even going to start collecting the

12   stuff that we've already asked for under their proposal.

13            What we're saying is let's move forward

14   efficiently.  Both sides, us too.  We're going to start

15   collecting this stuff and producing it.  But they should

16   have to do it, too.

17            And the other group of defendants, the larger

18   group of defendants, agreed that this is reasonable.  What

19   we have here and what we've had here all day is this group

20   saying I want to take what the negotiation starting point

21   was and I want to renegotiate that more in my favor, and I

22   don't want to have to do anything on my side to collect any

23   documents in order to move this process forward efficiently.

24            THE COURT:  In order to comply with your

25   obligations as counsel, you must have something.  You have

Page 180

1   stuff, right?

2           MS. HENDERSON:  Your Honor, if I could just focus

3   the issue possibly.  The issue is on collect, if in fact

4   collect means hard copy and not ESI formal collection

5   process, we suggested in our meet and confer to add back the

6   word collect hard copy documents.  That would solve the

7   problem.

8           THE COURT:  No.  I'm sorry.  If you -- if --

9           MS. HENDERSON:  otherwise, Judge, it's the same

10  argument Mr. Maher made earlier.  We just want it pursuant

11  to the normal document production process so we have the

12  opportunity to create a record with a response and object,

13  and then have our time to collect.

14          THE COURT:  What are you talking about?  You can -

15  -

16          MS. HENDERSON:  I'm sorry.  I understand I'm

17  confusing, Your Honor.

18          THE COURT:  In my experience, lawyers can spend

19  weeks and months negotiating search terms.  Okay?  Weeks and

20  months.  In this case, we are blessed with knowing that

21  there are these categories of documents that we need.  And

22  what you're saying is you are unwilling to go -- and again,

23  to take you up on your desire to be treated as if all these

24  people weren't here.  You have clients.  You can pick up the

25  phone and sit down with them and say hey, do you have loan

Page 181

1    files on your system?  Great, produce them.  Hey, do you

2    have policy and procedures files?  Great, produce them.

3    That doesn't require ESI search terms.

4              MS. HENDERSON:  In my place, Your Honor --

5              THE COURT:  You can do your ESI search terms

6    afterwards to say but not loan files.  It's not duplicative.

7              MS. HENDERSON:  It's just a time-consuming

8    process, Judge.  And I would just turn it back -- I would be

9    happy to exchange documents informally.  I have called and

10   asked for the assignments, Your Honor.  I've called and

11   asked for the trust agreements.

12             THE COURT:  No, you're changing the subject now.

13   You don't want to do anything.

14             MS. HENDERSON:  That's not true, Judge.

15             THE COURT:  Well, then you're going to start to

16   collect your documents.

17             MS. HENDERSON:  We just want all of the documents

18   requested by both sides to go through the normal document

19   production process.  That's it.

20             THE COURT:  Ms. Adler just got done arguing with

21   me for 15 minutes about how she would like tomorrow for them

22   to produce trust agreements and loan purchase agreements and

23   assignment agreements.  There was no mention of a normal

24   process.  So if there's going to be a normal process, there

25   is going to be a normal process.  There is not going to be a

Page 182

1    they have to -- because they know about these documents that

2    are super-important to you, they have to produce them first,

3    and because there are these documents that you must have --

4              MS. HENDERSON:  Why isn't it the same, Your Honor?

5    Why isn't the standard the same for both parties?

6              THE COURT:  They're starting to produce their -- I

7    ordered them to start producing loan files within 30 days.

8              MS. HENDERSON:  The loan files are an isolated

9    issue.  That's a separate issue here.  Judge, the point is

10   that in a normal document production process, you start

11   meeting and conferring with your client, you identify

12   custodians and network map, and you're starting with a

13   document demand.  And you have 60 days according to the CMO

14   to do the response to the document demand.  And in there

15   you're afforded the right to object.  After the 60 day --

16   the response is produced, then you begin the ESI collection.

17   That's the request, Judge.

18             THE COURT:  Ms. Henderson, you're -- the documents

19   that are in this paragraph, there's going to be no objection

20   to them.  If you have loan files, you need to produce them.

21   If you have policies and procedure documents, you need to

22   produce them.  If you have documents regarding the seller's

23   guide, you need to produce them.  If you have servicing

24   files, you need to produce them.  We're not going to be

25   discussing that.

Page 183

1           MS. HENDERSON:  No, I agree.  I agree.

2           THE COURT:  Okay.  So then produce them.

3           MS. HENDERSON:  It's the ESI collection portion is

4     premature before a document demand has even been served,

5     Judge.  This is what this case management order requires, is

6     for us to formally collect.  That's the issue.

7           MR. MAHER:  Your Honor, you're exactly correct and

8     you're put your finger on it.  They have our document

9     requests now for three months.  They asked for these things.

10    They don't want to lift a finger and do anything to start

11    producing them.  We want to move the case forward.  We're

12    willing to start collecting and producing these materials.

13    We spent three months already putting tighter protocols that

14    we can try to produce the loan files in a timely fashion.

15    We're going to --

16          THE COURT:  You are making this more complicated

17    than cases that are orders of magnitude in fact more

18    complicated.  This has become unnecessarily complicated.

19    There is no reason why with respect to these discrete

20    categories you cannot do what this language says, which is

21    while you're negotiating the search terms, you begin to

22    collect these categories of documents.  That's acting in

23    good faith.  While they're doing what they're doing, they're

24    going to begin to collect the broker agreements, and the

25    loan purchase agreements, and the trust agreements, and

Page 184

1    everything else.

2            MR. PRICE:  Your Honor --

3            MS. HENDERSON:  I hear Your Honor.  Go ahead,

4    Gifford.

5            MR. PRICE:  Your Honor, it's Gifford Price.  And I

6    know we want to cut through this quickly, and I appreciate

7    your patience on it.

8            THE COURT:  Well, cutting through this quickly

9    left the building about two hours ago.

10           MR. PRICE:  I can understand that.  I believe it.

11   If Your Honor could (indiscernible) I think I have the

12   understanding of what they're saying.  Obviously the loan

13   documents that we have, or loan files like they have done

14   are going to work to deal with that.

15           The other category that they were asked to produce

16   ahead of time, they are going to do by the usual procedure

17   of a request for production and a response.  And we said

18   that they have a request for production (indiscernible) or

19   whatever so we can respond.  So other than the loan file, it

20   seems these other categories, just like their other

21   categories, should be requested in the normal course of

22   requesting documents --

23           THE COURT:  I'm sorry, you are literally -- you

24   are literally --

25           MR. PRICE:  -- to the normal answer and response

Page 185

1    (indiscernible) process.  And the language -- of course

2    people can start collecting things, and that's what the

3    language says (indiscernible), but that's not what they say

4    in their chart (indiscernible) collecting.  And I agree.

5    People can start collecting.  The only point is loan files

6    like they have if they're going to put together and try,

7    we'll try to collect those and have -- and then look for a

8    reasonable production.  The other things they can just do by

9    the normal request for production, and I think that solves

10   the problem and it makes it equal.

11           THE COURT:  Paragraph 4D says, "Except as

12   otherwise provided herein, while the parties are negotiating

13   search terms and custodians, the parties shall begin to

14   collect the following categories of documents:  loan files,

15   policies and procedures documents, documents regarding the

16   seller's guide, servicing files, claims tracking

17   spreadsheets, applicable underwriting guidelines, hard copy

18   communications regarding the parties' contracts,

19   organization charts, quality control documents, and

20   documents related to successor liability to the extent that

21   such production is practical without the use of search

22   terms."

23           MS. HENDERSON:  Is that Your Honor's addition?

24           THE COURT:  That's what this language says.

25           MS. HENDERSON:  Oh, on the next page.  I'm sorry,

Page 186

1    Your Honor.

2              THE COURT:  That's what we're going to do.

3              MR. PRICE:  I suppose to the language there of

4    course in that section (indiscernible) and written here to

5    all of the media, (indiscernible) with the rules provided

6    with respect to obligations as well as reservation of rights

7    (indiscernible), because we can dispute some of that and I

8    see that B does provide for that.

9              THE COURT:  I'm sorry, I don't know what you're

10   talking about.

11             MR. PRICE:  Well, reservation of rights.  It says

12   without waiver of the parties' discovery rights and

13   obligations (indiscernible) giving up our rights obviously

14   from a bring bringing documents together or production with

15   respect to any concerns of production for privileges or what

16   timeframe we're looking for or issues of that nature because

17   that shouldn't (indiscernible) preserved here in Section B.

18             THE COURT:  Could we try together to stop

19   retreading the same ground?  Nothing in this order is

20   depriving anybody of their rights to assert attorney-client

21   privilege, to make substantive motions.  This is not a game

22   of gotcha.  Could we just apply some common sense here,

23   please?

24             We're going to move on.  Page 12, Paragraph B.

25   Now, have we already taken care of this?  I've lost track.

Page 187

1           MR. BIALEK:  We have, Your Honor.

2           THE COURT:  Anybody disagree?

3           MS. HENDERSON:  No, Your Honor.

4           THE COURT:  Okay.  Page 13, Paragraph C.  In

5     Paragraph C there's no hard date.

6           MS. HENDERSON:  Your Honor, I believe we met and

7     conferred and reached a compromise on the C --

8           THE COURT:  The problem --

9           MS. HENDERSON:  -- but there was just not enough

10    time to put it in before we got here, Your Honor.

11          THE COURT:  Oh.

12          MS. HENDERSON:  Where we suggested a compromise.

13          MR. BIALEK:  Your Honor, I don't actually recall

14    that.  But if the compromise is 45 days, we're fine with

15    that.

16          THE COURT:  Wait.  I'm sorry.

17          MR. BIALEK:  Are we on C on page --

18          MS. HENDERSON:  13C.

19          MR. BIALEK:  13C.

20          THE COURT:  Yeah.

21          MS. HENDERSON:  Yeah.  I believe that the offer of

22    compromise was 90.  And it was -- originally 60 was posited.

23    I'm talking about the first line.

24          THE COURT:  There are two dates.  The --

25          MR. BIALEK:  Oh, I'm sorry,  I didn't see the two

Page 188

```
 1   dates.

 2            MS. HENDERSON:  I'm talking about two.

 3            THE COURT:  Two dates.

 4            MS. ADLER:  We could agree on 45 toward the --

 5            MS. HENDERSON:  Yeah, we --

 6            MS. ADLER:  -- the last one.

 7            MS. HENDERSON:  To split the baby.  We offer to

 8   split the baby.

 9            MR. MAHER:  Your Honor, this is an indication of

10   the degree of minutiae that we are not able to agree upon --

11            THE COURT:  Let's just --

12            MR. MAHER:  I'm trying to give you as much notice

13   as possible about a dispute.  And so we said 60 days.

14            THE COURT:  Parties shall meet and confer no later

15   than -- but how do you know when that day occurs?  What's

16   the --

17            MR. BIALEK:  We have a date set forth.  I believe

18   it's April --

19            MS. HENDERSON:  I believe it's Page 12E, at the

20   top, Your Honor.  I believe that's --

21            MS. ADLER:  It's 13 months.

22            MS. HENDERSON:  Thirteen months.  So whatever 13

23   months is.

24            THE COURT:  I'm sorry, I missed that.  Where was

25   that?
```

Page 189

1              MS. ADLER:  Page 12 --

2              MS. HENDERSON:  E.

3              THE COURT:  Thirteen months from -- thank you.

4     Okay.

5              MS. HENDERSON:  You're welcome.  So that's

6     determinant on Your Honor's entry of the order.

7              THE COURT:  Thank you.  Okay.  So do you have an

8     agreement on this?  The meet and confer shall be no later

9     than how many days before the completion?

10             MS. HENDERSON:  Your Honor, I met and conferred

11    with Brent and I had offered 90.  And his response was he

12    had to talk to his client and there wasn't enough time.  So

13    we haven't had a chance to meet and confer prior to today on

14    that.  So the offer of compromise is 90.

15             MR. MAHER:  Your Honor, the thought process is we

16    should meet and confer as long in advance as possible to try

17    to reach agreement.  And if we can't reach agreement, come

18    to you with sufficient advance notice that you can be able

19    to --

20             THE COURT:  Ninety days before the discovery

21    should be fine.

22             MR. MAHER:  Okay.

23             THE COURT:  Right?  So we're going to do 90.  But

24    then if the parties are unable to agree on a protocol,

25    parties shall inform the court no later than --

Page 190

1        MS. ADLER:  I think the compromise there as 45

2    days, in the middle, Your Honor.

3        MS. HENDERSON:  That was the offer.

4        THE COURT:  We'll call it 45 days.  Okay.  Then in

5    D the language is not crisp.  Provided that third party

6    depositions -- you mean that they -- you can notice them,

7    but they're not going to occur earlier than X number of days

8    after the entry of the order.  Right?

9        MR. MAHER:  Correct.

10       MS. ADLER:  The Defendants thought that date

11   should be 90 days and the Plaintiff thought it should be 180

12   days.  And we've come up with 120 days.  And the reason is

13   that third party discovery is third party discovery, and it

14   may speak to a motion that some defendant wishes to make.

15       THE COURT:  And why wouldn't you want to do it

16   sooner?

17       MS. ADLER:  Well, we had 90.  I'm offering it as a

18   compromise.  It was the Plaintiff that wanted it later.

19       MR. BIALEK:  Yeah.  Your Honor, the group one of

20   defendants and the plan administrator thought 180 days was

21   appropriate.  Obviously there's a lot of stuff going on in

22   the first, as group two here as described.  Motion practice,

23   producing documents, doing document requests, responding.

24   To put this earlier is just going to wreak havoc.

25       THE COURT:  But this is what I don't understand

Page 191

1    about the language.  This is in the negative, "Will not be

2    notice to occur."  Nothing precludes you from doing it be

3    later.  This just says that you can't do it within this

4    period of time.

5           MS. ADLER:  Right.  So our point was you couldn't

6    take a third party deposition within 90 days of after entry

7    of the order, but you could thereafter if you saw it

8    appropriate.  We didn't think one should have to wait six

9    months after entry of the order --

10          THE COURT:  Give me an example of a third party

11   that you're talking about.

12          MS. ADLER:  ALS, the servicer.  I'm pulling that

13   out of the ether.  If you had a bridge claim where the

14   contention was you didn't have a qualified appraiser, you

15   might take a deposition of the appraiser to show that indeed

16   the appraiser was in fact qualified at the time.  I'm making

17   things up, Your Honor.

18          THE COURT:  Yes, you are.

19          MS. ADLER:  Well, you asked for examples.

20          MS. HENDERSON:  Your Honor, what the plan

21   administrator is concerned about is if they're going to go

22   out and attempt to depose owners of property or, you know,

23   all across the country thousands of them that this -- if

24   that's what they're going to do or something like that, we'd

25   like it future out than right away.

Page 192

1            MS. ADLER:  Well, our position is --

2            THE COURT:  You're not even going to have all the

3    documents at that point.

4            MS. ADLER:  Right.  So you may not make the thing,

5    but you shouldn't be precluded from doing so.  And I'll

6    point out that when we --

7            THE COURT:  But you're --

8            MS. ADLER:  When we were concerned about being so

9    front-loaded with so many deliverables in the first 60 days

10   --

11           THE COURT:  Right.

12           MS. ADLER:  You know, the Plaintiff made light of

13   that.

14           THE COURT:  So this is the exact opposite point.

15   Right?  You've got all these deliverables that you've got to

16   do early.  You want them to produce documents early.  But

17   now you want the ability to go out and do this stuff early

18   while you're busy doing all that other stuff that for the

19   purpose of third party discovery doesn't bother you.

20           MS. ADLER:  It's simply the opportunity.  You may

21   or may not avail yourself of it.  But again, it's third

22   party discovery.  They shouldn't really be controlling to

23   any substantial -- in any real way your ability to take --

24           MR. MAHER:  Your Honor, respectfully, this is an

25   issue of little to no importance.

Page 193

```
 1          MS. ADLER:  -- third party -- to obtain third

 2  party discovery.

 3          MR. MAHER:  We already reached agreement with a

 4  large group of defendants on this number.  Here was have Ms.

 5  Adler, who represents one defendant, dominating the

 6  conversation to try to argue hypothetically for a different

 7  number on an --

 8          THE COURT:  We're going to go with 180 days.

 9          MS. ADLER:  I just want to point out the

10  inconsistency, Your Honor, with respect to --

11          THE COURT:  No.  I've already pointed out the

12  inconsistency, Ms. Adler.  And I've already made a decision

13  on this point.

14          MS. ADLER:  I -- I --

15          THE COURT:  And I would appreciate it very much if

16  you would refrain from continuing to argue the point.

17          We're on Page 13, Paragraph G.

18          MR. BIALEK:  Your Honor, this is a point that we

19  raised when we were at agreement with group one regarding --

20  this is an issue that came up in the RFC case where they had

21  a problem identifying which contracts went with certain

22  loans and exception reports went with certain loans.  We do

23  not know for sure if it's going to be a problem here.  So

24  what we negotiated was that the parties would meet and

25  confer and determine if a protocol was necessary.  If there
```

Page 194

1    is one, we will attempt to establish one.  If it's not

2    necessary, we will abandon the issue.  And if one party

3    thinks it is necessary and the other, we'll come to the

4    court and attempt to establish something.

5              THE COURT:  Can you -- I don't really understand

6    this.  Can you explain this?

7              MR. BIALEK:  Sure.  It --

8              THE COURT:  It says identify loan level contracts.

9              MR. BIALEK:  Right.  And that may be a simple as

10   the loan purchase agreement and broker agreement and whether

11   -- with originators there are often multiple agreements.

12   And if there is a dispute, sometimes they may have

13   addendums.  So if there is a dispute as to --

14             THE COURT:  I see.

15             MR. BIALEK:  -- which loan is sold with which

16   agreement --

17             THE COURT:  This would occur after the completion

18   of document production?

19             MR. BIALEK:  We would at least meet and confer to

20   discuss a protocol no later than a 180 days after this order

21   --

22             THE COURT:  That's what I don't understand.  I

23   don't understand what a protocol is.  Is it -- I'm sorry, I

24   just don't understand this.

25             MR. BIALEK:  Right.  And we would work that out I

Page 195

1    think between the parties.

2              THE COURT:  What are you working -- I don't

3    understand what -- I'm sorry, I just don't understand what

4    you're talking about.

5              MR. BIALEK:  Right.

6              THE COURT:  What's a protocol to identify --

7              MR. BIALEK:  It may be a way to do it, for

8    example, through written questions where the parties can

9    reach agreement on which contracts apply to which loans.  As

10   opposed to, for example, doing it through depositions.  Or

11   there's a number of different ways that I think we can

12   creatively reach a resolution so as not to conduct

13   additional discovery that's not necessary.  Again, it's just

14   really an agreement to meet and confer, and nothing more at

15   this point.

16             MS. HENDERSON:  We have no objection to agreement

17   to meet and confer.  But, Your Honor, we're on the same page

18   as you.  We don't understand what the point is.  I do recall

19   from the RMBS transcripts, Mr. Trump did some sort of

20   contract work with the Rollin Law -- contract matching work

21   with the Rollin Law Firm.  So we're wondering what

22   defendants' role in this is.  Especially considering it's

23   not our burden of proof.

24             So a simple meet and confer is fine with us,

25   Judge.

Page 196

1         MS. ADLER:  Or we can take it out, Your Honor, and

2    if it arises, then obviously we'll meet and confer.  But we

3    weren't sure what its objective was and didn't, in my

4    opinion, get a very clear answer.

5         MR. BIALEK:  Again, we agreed with the larger

6    group of defendants that also thought it was a good idea at

7    least to meet and confer on the issue.

8         THE COURT:  Can you just explain it to me one more

9    time?  Pretend we're at a meet and confer on this topic.

10        MR. BIALEK:  Sure.

11        THE COURT:  What would you say?

12        MR. BIALEK:  If there are for example -- and

13   perhaps it's done through -- the meet and confer would be

14   okay, we've got multiple contracts from one originator and

15   we've got these loans during a certain time period.  And

16   we're trying to --

17        THE COURT:  What's a contract from an originator?

18        MR. BIALEK:  A loan purchase agreement.

19        THE COURT:  A loan purchase agreement.

20        MR. BIALEK:  Right.

21        THE COURT:  Okay.

22        MR. BIALEK:  And you're trying to match up which

23   loans were sold under which loan purchase agreements.

24        THE COURT:  Right.

25        MR. BIALEK:  And if the parties can meet and

1    confer and perhaps decide that we can do it through notices

2    to admit or perhaps a stipulation, then that's great.  If

3    not, we'll try to work out --

4              THE COURT:  You're positing a situation where you

5    can't from the face of the documents tell --

6              MR. BIALEK:  Exactly.

7              THE COURT:  -- that certain loan files are

8    connected to certain loan purchase agreements?

9              MR. BIALEK:  Perhaps.

10             MR. MAHER:  There are a number of different issues

11   that might arise, Your Honor.  It is intended as a broad

12   catchall to cover a whole host.  That's one example.

13   Another example is there may be different seller's

14   guidelines that were produced at different times.

15             THE COURT:  Yeah.

16             MR. MAHER:  And so people are trying to match

17   which seller's guide and provision --

18             THE COURT:  Yeah, okay.

19             MR. MAHER:  So there's a meet and confer to try to

20   see if we can reach agreement on what those might be.

21             THE COURT:  Okay.  All right.  That's fine.  It

22   seems like chicken soup, frankly.  It seems like a good

23   idea.  Maybe something will come of it, maybe something

24   won't.

25             MR. MAHER:  Correct.

Page 198

1           THE COURT:  I mean, do you -- to decrease the

2     burden on out-of-town folks, are you providing for the

3     ability to do some of this telephonically?

4           MR. MAHER:  Everything we've done, Your Honor has

5     been --

6           THE COURT:  Okay.

7           MR. MAHER:  -- by group conference call.

8           THE COURT:  Okay.

9           MS. HENDERSON:  Which is where all the

10    disagreement between two hired attorneys comes from, Judge.

11    It's really entertaining.  I was trying to lighten it,

12    lighten the situation.

13          THE COURT:  Yeah, I understand.  Nice try. Okay.

14    So for VII -- so that's keyed off of 6C, which is keyed off

15    of four-something.

16          MS. ADLER:  The 13 months.

17          MR. MAHER:  Your Honor, what might be easier is if

18    -- we have a date of the entry of the order, we can put

19    actual dates in here.

20          THE COURT:  Yes.  That would be great.  That way

21    everybody can not have to compute, and you'd all have

22    definite dates.  Okay.  Okay.  Do we have an issue on IX(a)

23          MR. BIALEK:  It's a small issue, Your Honor.  Two

24    things we here were concerned about.  One was if these cases

25    eventually got transferred to a district court that there

Page 199

1    might be some confusion.  We were trying to keep all of the

2    -- as much as possible the rules of how to do things in this

3    order itself as opposed to referring to changes.

4           Also specifically with respect to your rules,

5    there is some notion of calling chambers to set up hearings

6    or motions.  And we thought it made more logistical sense to

7    keep it with a letter request as specific -- as it's written

8    here.  And the first group of defendants was fine with that.

9    The second group was not.

10          MS. HENDERSON:  Your Honor, no objection.

11          THE COURT:  So what they want is okay?

12          MS. HENDERSON:  Yeah.

13          THE COURT:  Okay, good.  By the way, if and when

14   we send letters, you have to send them to chamber's email.

15   Because our docket -- you know, it's constantly flashing.

16   So we won't find anything.

17          And then just a stylistic change in the last

18   paragraph on Page 16, Paragraph F, I would move up that

19   date, February 3rd, 2016, right after Roman at one, or roman

20   at (i), or whatever lawyers call that.  So it would say one,

21   February 3rd, 2016, comma, in the case of defendants that

22   were subject to the original CMO.

23          MR. BIALEK:  The one last point which is just in

24   here so that there's no disagreement, on Roman X we've put

25   in dispositive motions and trial, and we had later in there

Page 200

1   trial readiness.  Group one and plan administrator believed

2   that that was necessary so that when the case is ready for

3   trial, the court is aware of it.  I believe the group two

4   here doesn't believe that there will be any trials

5   potentially in this court, so they want any reference to the

6   word trial stricken.  We think it should stay in because

7   there may be cases that are tried here by people who do not

8   object to it.  And also even if there aren't, there needs to

9   be some sort of trial readiness so that this court knows

10   when the case is ready for trial and can be sent somewhere

11   else.

12          MS. HENDERSON:  I defer to Your Honor.  I think

13   we're all exhausted.

14          THE COURT:  We'll leave in trial readiness.

15          MR. BIALEK:  Your Honor, I believe there's one

16   other counsel who has something to say.

17          THE COURT:  Yes, sir.

18          MR. SWANSON:  Good afternoon, Your Honor.  Very

19   brief.  Tim Swanson on behalf of Cherry Creek Mortgage

20   company.

21          THE COURT:  Say it again?

22          MR. SWANSON:  Oh behalf of Cherry Creek Mortgage

23   Company, Incorporated.

24          THE COURT:  Yes, mm hmm.

25          MR. SWANSON:  A moment of clarity and maybe just a

Page 201

```
1    couth of cleanup.

2              THE COURT:  Sure.

3              MR. SWANSON:  On Page 10, footnote 5, there is a

4    reference to Cherry Creek --

5              THE COURT:  Yes.

6              MR. SWANSON:  -- in footnote five.  We have not

7    taken any position.

8              THE COURT:  Okay.

9              MR. SAWNSON:  Apologies for the confusion.  At

10   Docket 811 we filed a letter saying that we agree with the

11   proposal.

12             THE COURT:  Okay.

13             MR. SWANSON:  And to the extent Cherry Creek and

14   my firm can be stricken from that footnote, it would be much

15   appreciated.

16             THE COURT:  Okay.  So that footnote should come

17   out.

18             MR. SWANSON:  Well, as to Cherry Creek.

19             THE COURT:  Okay.

20             MR. SWANSON:  There's a Webster Bank -- I don't

21   represent Webster Bank.

22             THE COURT:  Okay.

23             MR. SWANSON:  But you could probably put a period

24   after interrogatories.

25             THE COURT:  Did you -- okay, that's going to come
```

Page 202

1    out entirely.  I think that was just like note to me.

2            MR. SWANSON:  Okay.  I just wanted to --

3            THE COURT:  So that's not going to make it into

4    the final order.

5            MR. SWANSON:  Perfectly clear.  I just wanted to -

6    -

7            THE COURT:  Thank you.

8            MR. SWANSON:  -- clean it up.  Thank you very

9    much, Your Honor.

10           THE COURT:  Okay.  Now, did someone want to talk

11   about successor liability earlier, on the phone?

12           MS. ADLER:  I think Dean Dinner may have.

13           MS. HENDERSON:  Maybe Mr. Dinner.

14           MR. DINNER:  Dean Dinner.

15           THE COURT:  Yeah.

16           MR. DINNER:  Yes.

17           THE COURT:  Sir, go ahead now, please.

18           MR. DINNER:  All right.  The point I was making is

19   that we were requesting -- it's a small group, a relatively

20   defined group of people, maybe 10 to 15 defendants who are

21   requesting that they receive information with regard to

22   successor liability allegations that are made in the

23   complaint.  The complaint itself, at least the one as to my

24   client, only has a one sentence, one paragraph, pardon me,

25   allegation that says upon information (indiscernible)

Page 203

1     Goldwater expressly or (indiscernible) assumes all debts,

2     liabilities, and obligations of CBC's mortgage loan

3     business.  As a result of the foregoing, Goldwater is named

4     in this action in its capacity as successor to CBC.

5                 Because it doesn't have any facts whatsoever that

6     might substantiate successor liability that you would

7     normally expect to find in a complaint, I was simply asking

8     for documentation early on that they have to have had in

9     order to have made that allegation.

10                In my client's case, for instance, my client

11    didn't even exist at the time that these loans were sold.

12    So I don't think it was unreasonable to say okay, you have

13    to have some documentation, I'd like to get that so I don't

14    have to go try and file a motion for a more definite

15    statement, I want to just see what you've got that really

16    supports that so I can validly respond to the complaint.

17                There are, as I said, others who have that

18    successor liability situation who are in the same position.

19    I apologize to the Court that you've apparently previously

20    discussed this with other defendants.  But I'm part of that

21    roughly 130 group of defendants who have just recently been

22    joined in this matter.

23                THE COURT:  Okay.  Thank you very much.  So what's

24    the plan administrator willing to do on this?

25                MR. BIALEK:  It was our desire to treat it like in

Page 204

1    the ordinary course of discovery and produce documents.

2    We've tried it previously, when apparently this counterparty

3    was not involved, to do expedited successor discovery.  And

4    in our experience, it's actually not really worked out too

5    well for anybody, it's been costly for everybody, and the

6    result has not led anywhere.

7              THE COURT:  The request here is simply to know

8    what you know, which I think is a fair ask.

9              MR. MAHER:  Your Honor, we're happy to have an

10   informal dialogue and we're always open as to an informal

11   dialogue.  Many of these people don't even contact us, Your

12   Honor, to have a dialogue about it.

13             THE COURT:  Okay, I understand.

14             MR. MAHER:  If we have a dialogue about it, we're

15   happy to have a discussion with everybody who is a defendant

16   in this case, including the people who are alleged

17   successors.

18             THE COURT:  Right, okay.

19             MR. MAHER:  To the extent we can't resolve that

20   informally, we think we should just go forward with the

21   normal litigation procedure.

22             THE COURT:  Right.  But what Mr. Dinner is saying

23   I think is reasonable.  You've made an allegation on

24   information and belief.  He just wants to know what you

25   know.  And then he can tell you what he knows and --

Page 205

1          MR. MAHER:  If it worked that way, wonderful, Your

2     Honor.  We are here and available to have discussions with

3     people.

4          THE COURT:  Hope springs eternal.  So --

5          MR. MAHER:  He can call us, and we will be happy

6     to have a dialogue with him or anybody else who is an

7     alleged successor.

8          THE COURT:  Okay.  I mean, you know --

9          MR. DINNER:  Your Honor --

10          THE COURT:  Wait.  Consistent with Rule 11, you

11     must have a basis for having --

12          MR. MAHER:  Correct.

13          THE COURT:  -- pled what you've pled.  So I think

14     all he's asking is to know what you know or what you think

15     you know.  So, Mr. Dinner, how about that as a starting

16     point?

17          MR. DINNER:  Your Honor, that is what I want.  And

18     I did indeed figure it was easiest just to call them, and

19     did call them.  Matter of fact, a couple times.  And

20     unfortunately we stand here today and I don't have a

21     response to that.  So that's why I raised it.

22          THE COURT:  Okay.  Well, they're going to call you

23     back.  All right?

24          MR. MAHER:  Absolutely.

25          MR. DINNER:  All right.

Page 206

1           THE COURT:  And then we can take it from there.  I

2    think we're done.

3           MS. ADLER:  I think so, Your Honor.

4           MS. HENDERSON:  Yes, Your Honor.  Thank you.

5           THE COURT:  Okay.  Thank you very much, folks.

6    See you next time, whenever that is.

7           MR. MAHER:  Your Honor, one point of just

8    housekeeping.

9           THE COURT:  Mm hmm.

10          MR. MAHER:  We're going to make what we believe

11   are the changes Your Honor has authorized and ordered.  And

12   we're going to submit a revised proposed order to you.  But

13   in order to fill in dates on timeframes for --

14          THE COURT:  Yes.

15          MR. MAHER:  It's going to be December whatever or

16   February whatever.

17          THE COURT:  Right.

18          MR. MAHER:  We kind of need to know when the date

19   is that you're going to --

20          THE COURT:  Right.

21          MR. MAHER:  -- enter the order in order to --

22          THE COURT:  Well, can I assume that we're not

23   going to have -- I'm not going to have competing orders?

24          MS. HENDERSON:  No, Your Honor --

25          MS. ADLER:  No.  We just asked for the opportunity

Page 207

1   to review it before it goes to you.  But, no.

2           MS. HENDERSON:  Judge, I think you made your

3   decisions very clear on the record.  If there's any

4   confusion, we will get a copy of the transcript.

5           THE COURT:  I think I did, too.  Okay.  So let's

6   see.  Today is March 7th.  So how about -- so do you just

7   want me to pick a date?

8           MR. MAHER:  Yes.

9           THE COURT:  So when do you think you can send them

10  a copy of the order?

11          MR. MAHER:  Tomorrow.

12          THE COURT:  Tomorrow?

13          MR. MAHER:  Yes.

14          THE COURT:  Tomorrow being Friday the 8th.

15          MR. MAHER:  Yes.  But this all should be non-

16  controversial.  You've already made rules.

17          THE COURT:  Yes, I know that.  But that would be

18  unprecedented that we would have non-controversy.  So I'm

19  trying to build in --

20          MS. ADLER:  Hope springs eternal, Your Honor, to

21  coin a phrase.

22          THE COURT:  Why don't we just say that I'm going

23  to enter an order, hell or high water, on Wednesday, March

24  13th.

25          MR. MAHER:  Very well.

Page 208

1          MS. ADLER:  Okay.

2          THE COURT:  Okay?  And then you can key off your

3    dates off of that.

4          So now -- hold on, before you all go.  There were

5    some motions to withdraw as counsel for some of you, right?

6          MR. SALTER:  Yes, Your Honor.  Blank Rome, Tim

7    Salter (indiscernible) motion to be removed as counsel for

8    Group 2000 Real Estate.

9          THE COURT:  Okay.  So we'll enter that.  Were

10   there an others?

11         MR. MAHER:  Your Honor, the only concern that we

12   have expressed previously and currently with respect to

13   counsel who withdraw is that there be a contact person for

14   the client or some other attorney who substitutes in so we

15   can communicate with somebody on behalf of the client if a

16   lawyer is leaving.

17         MR. SALTER:  I provided the client with the

18   information for Adam.  And then --

19         THE COURT:  No.  They want --

20         MR. SALTER:  And this particular client, we did

21   have a settlement agreement, but I will follow up with

22   information.  But, I mean, I think  -- I don't remember if

23   it was in the settlement agreement or not.  It might not

24   have been.  So (indiscernible).

25         MR. MAHER:  Okay.  So we just -- we can't say

Page 209

```
 1    where are you, there's nobody here anymore and nobody's

 2    responding.  We need --

 3              THE COURT:  Okay.  Can you put that in your --

 4    well, I don't necessarily want to put it in an order.  You

 5    need to -- how are we going to do this procedurally?  They

 6    need to know who to talk to at the client.

 7              MR. SALTER:  I will send them an email

 8    (indiscernible) with his name and -- email address is fine,

 9    or phone number?

10              MR. MAHER:  Whatever.  A name, address, a

11    telephone number, an email address.

12              THE COURT:  So going forward if there are

13    additional motions to withdraw, we will in each instance

14    check with counsel and make sure they know where to find the

15    client as to whom counsel is withdrawing so that we don't

16    have a situation where the client shows up in three months

17    and says oh, I didn't know what was going on.  Okay.  And so

18    we need those orders inward to chambers, as usual.

19              I think those were the only things that were

20    miscellaneous.

21              MS. HENDERSON:  Your Honor, I had sent a letter

22    request on Hartland to meet in chambers.

23              THE COURT:  Yeah.  I'm not going to hear that

24    today.

25              MS. HENDERSON:  Okay.  Maybe we could do it
```

1   telephonically, Judge?

2            THE COURT:  Maybe we can.

3            MS. HENDERSON:  Okay.

4            THE COURT:  I have to think about it.

5            MS. HENDERSON:  Okay.  I'll submit a request.

6            THE COURT:  Maybe we can in the sense of either we

7   can or we won't at all.  Not that you're going to come back

8   for it.  But I have not -- I got (indiscernible) letter.  I

9   haven't looked at the document.

10           MS. HENDERSON:  Okay.  I'll reach out.

11           THE COURT:  Please.

12           MS. HENDERSON:  I'll take the burden.  Thank you.

13           THE COURT:  All right.  You folks --

14           MR. HARRIS:  Your Honor, this is Alec Harris from

15   (indiscernible) another motion to withdraw.  Just wanted to

16   make my appearance and let you know that we had also

17   submitted a motion (indiscernible) for hearing today and

18   that pursuant to your instructions today, we will submit

19   that proposed order.

20           THE COURT:  Okay, great.

21           MR. MAHER:  And hopefully they'll be sending us an

22   email with contact information.

23           THE COURT:  And sending the name of a client

24   contact person.

25           MR. MAHER:  Name, address, telephone number, email

Page 211

1    address for a client contact.

2              MR. HARRIS: Yes, Your Honor.  We will send that

3    over to counsel as well.

4              THE COURT:  Okay.  All right.  Now I think we're

5    done.  Go have some lunch.  Thank you very much.

6              (Whereupon these proceedings were concluded at

7    1:39 PM)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 212

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5    Sonya

6    Ledanski Hyde

Digitally signed by Sonya Ledanski
Hyde
DN: cn=Sonya Ledanski Hyde, o, ou,
email=digital@veritext.com, c=US
Date: 2020.02.04 11:03:51 -05'00'

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  March 8, 2019

**&**

**&**   36:6 38:6 48:6
84:6 85:6 89:25
90:8 99:1,10
100:9

**0**

**01733**   42:9
**08-13555**   1:3 66:3
66:8

**1**

**1**   28:6 80:2 134:13
138:24 144:9
**10**   82:14,18 83:1,9
83:25 85:7,15
87:5,25 88:3,7
89:2,6,18,22 90:5
91:3 110:5 113:21
126:1,6,8,10
131:6 132:10,12
132:19,20,23
133:22 134:13
136:24 139:9
142:11 145:16
201:3 202:20
**100**   98:4
**10004**   65:3
**10110**   99:4
**10171**   98:12
**10174**   100:22
**109**   67:20
**11**   81:11,15,23
82:6 83:13,17
84:3,7 85:23 86:6
86:18,22 87:1
88:11 90:9,25
91:15 124:2,13
146:12 156:25
165:15 205:10
**110**   126:7
**11501**   212:23
**11747**   99:23

**11788**   100:12
**11:07**   65:6
**11b**   165:21
**12**   82:10,22 84:23
85:3,11 86:2,10
87:9,13 88:15
89:10 90:21 91:11
91:19 92:6 113:3
113:24 120:6,19
120:22 148:9,18
148:19 153:20
155:1,25 156:2,3
156:7 161:23,25
163:3,3 164:1,10
164:24 165:10
166:7 168:19,24
169:9,10 170:13
170:19,21,22
174:8,18,25 175:2
186:24 189:1
**120**   126:9,17,22
127:25 128:1,15
129:14 130:12,18
130:24 131:3,22
131:25 132:2,10
132:12 136:20
142:12 145:17
171:2 190:12
**1250**   98:19
**12e**   188:19
**13**   83:5,21 84:15
85:19 90:13,17
187:4 188:21,22
193:17 198:16
**130**   203:21
**13c**   187:18,19
**13th**   207:24
**14**   82:2 87:17
89:14 92:2
**140**   100:11 107:3
**1400**   100:4
**1404**   113:15 115:1
115:4 117:2

119:15 148:23
**145**   129:7
**1450**   99:16
**15**   84:11,19 110:5
124:13 132:25
138:10 156:7
159:1 162:5
165:16,21 181:21
202:20
**16**   91:23 100:3
124:2 136:17
199:18
**16-0**   72:16
**16-01001**   1:18
67:10
**16-01002**   2:1
67:14
**16-01003**   2:9
67:18
**16-01019**   1:10
66:13,17,22 67:3
104:20
**16-01283**   2:17
67:22
**16-01284**   3:1 68:1
**16-01285**   3:9 68:5
**16-01286**   3:17
68:9
**16-01287**   4:1
68:13
**16-01288**   4:9
68:17
**16-01289**   4:17
68:21
**16-01290**   5:1
68:24
**16-01291**   5:9 69:3
**16-01292**   5:17
69:7
**16-01293**   6:1
69:11
**16-01294**   6:9
69:15

**16-01295**   6:17
69:19
**16-01296**   7:1
69:23
**16-01297**   7:9 70:1
**16-01298**   7:17
70:5
**16-01299**   8:1 70:9
**16-013**   77:13 79:7
79:15
**16-01300**   8:9
70:13
**16-01301**   8:17
70:18
**16-01302**   9:1
70:22 71:1
**16-01303**   9:9 71:5
**16-01304**   9:17
71:9
**16-01305**   10:1
71:13
**16-01306**   10:9
71:17
**16-01307**   10:17
71:21
**16-01308**   11:1
71:25
**16-01309**   11:9
72:4
**16-01311**   11:17
72:8
**16-01312**   12:1
72:12
**16-01313**   12:9
**16-01314**   12:17
72:20
**16-01316**   13:1
72:24
**16-01317**   13:9
73:3
**16-01318**   13:17
73:7

| | | | |
|---|---|---|---|
| **16-01319** 14:1 73:11 | **16-01347** 21:1 | **16-01379** 28:17 80:19 | **18-01710** 34:17 83:15 |
| **16-01320** 14:9 73:15 | **16-01349** 21:9 76:21 | **16-01382** 29:1 80:23 | **18-01711** 35:1 83:19 |
| **16-01322** 14:17 73:19 | **16-01350** 21:17 77:1 | **16-01383** 29:9 81:1 | **18-01712** 35:9 83:23 |
| **16-01324** 15:1 73:23 | **16-01351** 22:1 77:5 | **16th** 100:4 151:10 169:8 | **18-01713** 35:17 84:1 |
| **16-01325** 15:9 74:1 | **16-01353** 22:9 77:9 | **17-01001** 29:17 81:5 | **18-01714** 36:1 84:5 |
| **16-01326** 15:17 74:5 | **16-01354** 22:17 | **18-0** 84:21,25 86:8 96:11 | **18-01715** 36:9 |
| **16-01327** 16:1 74:9 | **16-01357** 23:1 77:17 | **18-01** 84:9,13 85:25 86:12 | **18-01716** 36:17 |
| **16-01330** 16:9 74:13 | **16-01358** 23:9 77:21 | **18-01695** 30:1 81:9 | **18-01717** 37:1 84:17 |
| **16-01331** 16:17 74:16 | **16-01359** 23:17 77:25 | **18-01696** 30:9 81:13 | **18-01718** 37:9 |
| **16-01332** 17:1 74:20 | **16-01360** 24:1 78:4 | **18-01697** 30:17 81:17 | **18-01719** 37:17 |
| **16-01333** 17:9 74:24 | **16-01361** 24:9 78:8 | **18-01698** 31:1 81:21 | **18-01720** 38:1 85:5 |
| **16-01334** 17:17 75:3 | **16-01363** 24:17 78:12 | **18-01699** 31:9 81:25 | **18-01721** 38:9 85:9 |
| **16-01335** 18:1 75:7 | **16-01364** 25:1 78:16 | **18-0170** 82:8 | **18-01722** 38:17 85:13 |
| **16-01337** 18:9 75:11 | **16-01365** 25:9 78:20 | **18-01700** 31:17 82:4 | **18-01723** 39:1 85:17 |
| **16-01339** 18:17 75:15 | **16-01367** 25:17 78:24 | **18-01701** 32:1 | **18-01724** 39:9,17 85:21 |
| **16-0134** 76:17 | **16-01369** 26:1 79:3 | **18-01702** 32:9 82:12 | **18-01726** 40:1 86:4 |
| **16-01341** 19:1 75:19 | **16-01370** 26:9 | **18-01704** 32:17 82:16 | **18-01727** 40:9 |
| **16-01342** 19:9 75:23 | **16-01371** 26:17 79:11 | **18-01705** 33:1 82:20 | **18-01728** 40:17 |
| **16-01343** 19:17 76:1 | **16-01373** 27:1 | **18-01706** 33:9 82:24 | **18-01729** 41:1 86:16 |
| **16-01344** 20:1 76:5 | **16-01374** 27:9 79:19 | **18-01707** 33:17 83:3 | **18-0173** 87:23 88:5 |
| **16-01345** 20:9 76:9 | **16-01376** 27:17 79:23 | **18-01708** 34:1 83:7 | **18-01730** 41:9 86:20 |
| **16-01346** 20:17 76:13 | **16-01377** 28:1 80:1 | **18-01709** 34:9 83:11 | **18-01731** 41:17 86:24 |
| | **16-01378** 28:9 80:5,9,15 | | **18-01732** 42:1 87:3 |
| | | | **18-01733** 87:7 |
| | | | **18-01734** 42:17 87:11 |

| 18-01735 | 43:1 | 18-01759 | 50:17 | 18-01811 | 57:17 | **180** | 190:11,20 |
| 87:15 | | 91:5 | | 94:13 | | 193:8 194:20 |
| 18-01736 | 43:9 | 18-01760 | 51:1 | 18-01813 | 58:1 | **1:39** | 211:7 |
| 87:19 | | 91:9 | | 94:17 | | **1st** | 1:15 21:22 |
| 18-01737 | 43:17 | 18-01761 | 51:9 | 18-01815 | 58:9 | 28:6 30:6 66:14 |
| 18-01738 | 44:1 | 91:13 | | 94:21 | | 66:18,23 67:4 |
| 88:1 | | 18-01762 | 51:17 | 18-01818 | 58:17 | 77:2 80:2 81:10 |
| 18-01739 | 44:9 | 91:17 | | 94:25 | | 103:15 |
| 18-01740 | 44:17 | 18-01763 | 52:1 | 18-01819 | 59:1 | | |
| 88:9 | | 91:21 | | 95:4 | | **2** | |
| 18-01741 | 45:1 | 18-01764 | 52:9 | 18-01820 | 59:9 | | |
| 88:13 | | 91:25 | | 95:8 | | **2** | 104:17,20 |
| 18-01742 | 45:9 | 18-01766 | 52:17 | 18-01821 | 59:17 | 106:17,18 111:19 |
| 88:17 | | 92:4 | | 95:12 | | 123:13 |
| 18-01743 | 45:17 | 18-01790 | 53:1 | 18-01823 | 60:1 | **20** | 91:7 130:17 |
| 88:21 | | 92:8 | | 95:16 | | 133:18 |
| 18-01744 | 46:1 | 18-01791 | 53:9 | 18-01824 | 60:9 | **200** | 107:1 129:19 |
| 88:25 | | 92:12 | | 95:20 | | 130:21 132:3 |
| 18-01745 | 46:9 | 18-01792 | 53:17 | 18-01825 | 60:17 | 137:23 |
| 89:4 | | 92:16 | | 95:24 | | **2000** | 42:14 87:8 |
| 18-01746 | 46:17 | 18-01793 | 54:1 | 18-01826 | 61:1 | 100:18 131:3,18 |
| 89:8 | | 92:20 | | 96:3 | | 132:5 208:8 |
| 18-01747 | 47:1 | 18-01795 | 54:9 | 18-01827 | 61:9 | **20036** | 98:20 |
| 89:12 | | 92:24 | | 96:7 | | **2016** | 199:19,21 |
| 18-01748 | 47:9 | 18-01796 | 54:17 | 18-01828 | 61:17 | **2019** | 65:5 212:25 |
| 89:16 | | 93:3 | | 96:11 | | **21** | 86:14 88:23 |
| 18-01750 | 47:17 | 18-01797 | 55:1 | 18-01829 | 62:1 | 104:1 |
| 89:20 | | 93:7 | | 96:15 | | **23** | 137:18 |
| 18-01751 | 48:1 | 18-01798 | 55:9 | 18-01830 | 62:9 | **23rd** | 99:16 |
| 18-01752 | 48:9 | 93:11 | | 96:19 | | **24** | 72:10 |
| 90:3 | | 18-01799 | 55:17 | 18-01831 | 62:17 | **24th** | 98:19 |
| 18-01753 | 48:17 | 93:15 | | 96:23 | | **25** | 73:16,21 79:13 |
| 90:7 | | 18-0180 | 93:23 | 18-01839 | 63:1 | 126:17 127:12,22 |
| 18-01754 | 49:1 | 18-01800 | 56:1 | 97:1 | | 129:4,5 131:5,7 |
| 90:11 | | 93:19 | | 18-01840 | 63:9 | 132:5 143:14 |
| 18-01755 | 49:9 | 18-01801 | 56:9 | 97:5 | | 169:15 |
| 90:15 | | 18-01804 | 56:17 | 18-01842 | 63:17 | **26** | 73:13 74:14,18 |
| 18-01756 | 49:17 | 94:1 | | 97:9 | | 80:25 |
| 90:19 | | 18-01806 | 57:1 | 18-01866 | 64:1 | **27** | 76:19 78:14 |
| 18-01757 | 50:1 | 94:5 | | 97:13 | | **28** | 70:16 71:7,23 |
| 90:23 | | 18-01808 | 57:9 | 18-01867 | 64:9 | 72:14 74:11 |
| 18-01758 | 50:9 | 94:9 | | 97:17 | | **29** | 72:22 75:9 |
| 91:1 | | | | 18-0l751 | 89:24 | **299** | 98:11 |
| | | | | | | **2nd** | 30:6 81:10 |

[3 - able]                                                                    Page 4

**3**

**3**  92:18 93:1,9,17
95:6,10 96:21
97:3,11 111:18
112:22
**30**  126:6,8 139:11
144:9 145:16
146:15,16 147:1,9
147:15,19 149:6
149:23 151:20,22
165:4 177:13
182:7
**30/60**  146:13
**300**  212:22
**301**  99:22
**30th**  149:13
151:10,23,24
**31**  77:19
**313**  72:16
**32**  68:7 69:13,17
75:13 77:15 79:21
80:21
**33**  69:5 71:19
75:21 76:15,23
**330**  212:21
**33131**  99:17
**34**  71:15 73:9
75:25 80:3
**35**  70:20 77:23
79:17
**36**  78:2
**39**  68:19 76:11
77:3
**3rd**  199:19,21

**4**

**4**  96:1 113:3,19
114:25 115:3,23
117:12 120:15
121:25
**40**  72:2 77:11 79:1
142:1,25
**400**  137:16

**405**  100:21
**41**  74:3
**43**  76:3
**44**  67:24 68:22
75:17
**45**  71:3 80:7 145:3
156:6,8 167:5
187:14 188:4
190:1,4
**46**  70:24 80:11
133:18 137:18
**47**  80:17
**48**  68:15 73:1
**49**  70:3 72:18
**4a**  173:21
**4d**  175:18 185:11

**5**

**5**  95:2,14 118:6
201:3
**50**  78:6
**500**  99:3
**51**  69:9 79:9 81:3
**53**  73:5 78:10 79:5
**538**  99:22
**54**  69:21 77:13
78:18
**55**  69:25 70:7,11
**56**  68:3,11 69:1
71:11 74:7
**58**  73:25 75:1
78:22
**59**  75:5
**59501**  66:4
**59550**  66:9
**59th**  149:15
151:24

**6**

**6**  94:3 96:5,9,13
96:17,25 97:7,19
104:19 148:9,18
148:19 155:1
156:7 161:23,25
163:3,3 164:1,10

164:24 166:7
169:9,10
**60**  133:16 135:5
137:17 138:1
143:24 144:4
147:9,13,25
149:25 150:15,20
156:8 161:25
167:3 170:7 171:2
174:18 175:14
182:13,15 187:22
188:13 192:9
**60th**  138:2 147:3
148:4 149:14
150:4 162:1,24
**61**  67:12
**62**  72:6
**63**  76:7
**65**  133:6 134:14
135:4,17 137:3
**65th**  137:4
**67**  74:22
**69**  104:1
**6c**  198:14
**6th**  100:3

**7**

**7**  65:5 76:17 86:8
87:23 92:10,14,22
93:13,21,25 94:7
94:11,15,19,23
95:22 113:17
115:3,9 116:4
118:20 119:14
**70**  79:7 133:6
138:20 139:4
**700**  98:19
**704**  67:5
**7056**  174:1
**70561**  165:22
**71**  79:25
**715**  84:9
**716**  84:13

**718**  84:21
**719**  84:25
**72**  86:8
**725**  85:25
**728**  86:12
**73**  79:15
**765-1**  105:17
**77**  77:7
**775**  98:4
**779**  66:19
**794**  66:24
**7th**  207:6

**8**

**8**  93:5 95:18 97:15
122:14 123:18
212:25
**80**  128:6
**80202**  100:5
**806-2**  103:14
**811**  201:10
**82**  81:7
**828**  96:11
**8th**  207:14

**9**

**9**  87:21 88:5,19
90:1 125:5
**90**  67:16 139:16
171:2 187:22
189:11,14,23
190:11,17 191:6
**94954**  98:5
**95**  129:15

**a**

**abandon**  194:2
**ability**  126:10
142:19,23 145:4
147:10 192:17,23
198:3
**able**  132:7 138:12
141:9 142:11
143:4 148:5
149:24 151:4

153:12 164:14,14
167:15,23 178:19
188:10 189:18
**absolutely** 105:21
145:8,10 205:24
**absurd** 109:8
**accept** 124:11
140:25 175:9
**accepted** 132:10
**access** 50:6 90:24
90:24
**accurate** 106:9
170:17 212:4
**achieve** 147:25
**acting** 183:22
**action** 130:3
203:4
**actions** 104:21
109:6 154:17
**actual** 198:19
**adam** 99:8 103:20
111:20 208:18
**add** 123:21
125:14 137:22
146:8 156:18
173:23 174:1,21
180:5
**added** 106:23
107:12 125:9
**addendums**
194:13
**adding** 170:5
**addition** 154:12
176:20 185:23
**additional** 106:22
109:6 110:17
116:17,23,23
117:16 123:21
126:11 142:24
143:10,15 146:1
146:16 148:12
155:23 156:15,16
156:19,21,22

166:11 170:15
176:7 195:13
209:13
**additionally**
155:8
**address** 117:15
156:20 178:21
209:8,10,11
210:25 211:1
**addressed** 165:13
**addresses** 110:16
113:8 144:25
**addressing**
105:18
**adlakha** 102:3
**adler** 98:9,14
104:25 105:10,13
105:18 106:4,5,5
106:8,15 107:12
107:19,23 108:1,5
108:9,12,17 109:3
109:4,7,10,12,16
110:12,25 111:2,4
111:8,13,17,19
112:6,21 113:6,14
113:18,21,23
114:5,7,11,14,18
114:22 115:5,7,9
115:12,14,17,19
115:22,25 116:4,6
116:16,21 117:2,6
117:11,23 118:3,5
118:10,15,17,22
118:25 119:5,16
120:2,11,13,15,17
120:19,21,25
121:2,10,18,23
122:1,2,7,11,18
122:25 123:7,11
123:15,19 124:11
124:24 125:1,3
146:14,15,22,24
147:1,5 148:2,4,9

148:12,15,25
152:24 153:5,6
154:11 155:13,25
156:3,6,11,13,18
157:5,7 158:10
159:7,12,16,19
160:2,10,12
161:18 162:11,13
162:21,23 163:2,7
163:16 164:6,24
165:7,10 166:4,22
166:24 167:4,8
168:8 169:4,18
170:5,14,16 171:9
171:18,20 172:4,5
172:7,10 173:14
174:6,15,17 175:1
175:6,12,15
181:20 188:4,6,21
189:1 190:1,10,17
191:5,12,19 192:1
192:4,8,12,20
193:1,5,9,12,14
196:1 198:16
202:12 206:3,25
207:20 208:1
**adler's** 109:21
157:4
**administrator**
103:21 119:10
123:22 126:4,16
128:24 135:14
138:19 139:8,12
141:16 145:15
150:24 156:9,24
167:15 173:5
190:20 191:21
200:1 203:24
**administrator's**
103:22 145:19
146:11
**admission** 145:14
145:18 146:2

**admissions**
145:20
**admit** 146:7 197:2
**adr** 151:3 155:10
155:10,11
**adv** 1:10,18 2:1,9
2:17 3:1,9,17 4:1
4:9,17 5:1,9,17
6:1,9,17 7:1,9,17
8:1,9,17 9:1,9,17
10:1,9,17 11:1,9
11:17 12:1,9,17
13:1,9,17 14:1,9
14:17 15:1,9,17
16:1,9,17 17:1,9
17:17 18:1,9,17
19:1,9,17 20:1,9
20:17 21:1,9,17
22:1,9,17 23:1,9
23:17 24:1,9,17
25:1,9,17 26:1,9
26:17 27:1,9,17
28:1,9,17 29:1,9
29:17 30:1,9,17
31:1,9,17 32:1,9
32:17 33:1,9,17
34:1,9,17 35:1,9
35:17 36:1,9,17
37:1,9,17 38:1,9
38:17 39:1,9,17
40:1,9,17 41:1,9
41:17 42:1,9,17
43:1,9,17 44:1,9
44:17 45:1,9,17
46:1,9,17 47:1,9
47:17 48:1,9,17
49:1,9,17 50:1,9
50:17 51:1,9,17
52:1,9,17 53:1,9
53:17 54:1,9,17
55:1,9,17 56:1,9
56:17 57:1,9,17
58:1,9,17 59:1,9

[adv - apologies]                                                                                    Page 6

59:17 60:1,9,17
61:1,9,17 62:1,9
62:17 63:1,9,17
64:1,9
**advance** 189:16
189:18
**advanced** 49:22
90:20
**advantage** 1:15
17:22 28:6 57:22
66:14,18,23 67:4
75:4 80:2 94:14
**adversary** 66:13
66:17,22 67:3,5
67:10,14,18,22
68:1,5,9,13,17,21
68:24 69:3,7,11
69:15,19,23 70:1
70:5,9,13,18,22
71:1,5,9,13,17,21
71:25 72:4,8,12
72:16,20,24 73:3
73:7,11,15,19,23
74:1,5,9,13,16,20
74:24 75:3,7,11
75:15,19,23 76:1
76:5,9,13,17,21
77:1,5,9,13,17,21
77:25 78:4,8,12
78:16,20,24 79:3
79:7,11,15,19,23
80:1,5,9,15,19,23
81:1,5,9,13,17,21
81:25 82:4,8,12
82:16,20,24 83:3
83:7,11,15,19,23
84:1,5,9,13,17,21
84:25 85:5,9,13
85:17,21,25 86:4
86:8,12,16,20,24
87:3,7,11,15,19
87:23 88:1,5,9,13
88:17,21,25 89:4

89:8,12,16,20,24
90:3,7,11,15,19
90:23 91:1,5,9,13
91:17,21,25 92:4
92:8,12,16,20,24
93:3,7,11,15,19
93:23 94:1,5,9,13
94:17,21,25 95:4
95:8,12,16,20,24
96:3,7,11,15,19
96:23 97:1,5,9,13
97:17 106:22
107:14 108:11,13
111:24
**advise** 123:2
**affidavit** 114:20
114:24
**afforded** 182:15
**afternoon** 200:18
**aggregate** 123:3
**ago** 159:2 162:5
184:9
**agree** 111:15
112:5 115:7,19
118:5,19 119:1
122:4 128:22
131:2 142:10
160:7 164:7 166:4
168:8 169:23,25
170:12 183:1,1
185:4 188:4,10
189:24 201:10
**agreed** 114:5,7
126:13,15 138:5
139:8,22 146:2,6
150:14 157:2
170:17,18 179:18
196:5
**agreement** 122:8
126:22 149:1,1
157:10 164:9,9
168:18,23 170:7
189:8,17,17 193:3

193:19 194:10,10
194:16 195:9,14
195:16 196:18,19
197:20 208:21,23
**agreements**
154:24,25 155:1
156:4 161:2,3
171:1,7,7 172:15
176:18 177:16
181:11,22,22,23
183:24,25,25
194:11 196:23
197:8
**ah** 159:3 163:23
**ahead** 184:3,16
202:17
**al** 1:15 2:14,22
22:6 23:14 24:6
25:6 26:14 27:22
28:6,14,22 52:6
52:14,22 54:22
60:6 62:6 63:6,14
64:14 66:14,18,23
67:4,19,23 77:6
77:22 78:5,17
79:8,24 80:6,10
80:16,20 91:22
92:1,5 93:4 95:17
96:16 97:2,6,18
**alec** 101:23
210:14
**allegation** 161:9
161:12 202:25
203:9 204:23
**allegations** 146:20
157:17 202:22
**alleged** 155:21
204:16 205:7
**alleges** 155:14
**alliance** 12:22
28:14 44:6 66:10
66:25 72:21 80:6
80:10,12,16 88:2

**allow** 176:2
**allowed** 164:4
**allows** 168:24
**als** 191:12
**amanda** 98:22
125:15
**america** 51:14
52:14 91:14 92:1
**america's** 28:14
80:6,10,16
**american** 2:14 7:6
7:14 8:14 21:6
30:22 31:6 37:22
39:14,22 61:6
64:14 67:8,19
69:24 70:2,14
76:18 81:18,22
85:1,22 96:4
97:18 98:3 99:14
**americas** 66:10,10
66:25,25 80:12,12
**ameris** 51:6 91:10
**amjad** 101:16
**ample** 126:12
**annoyed** 150:23
**answer** 124:17
133:25 134:21
137:18 149:6
150:22 157:25
162:24 169:7
170:24 184:25
196:4
**answered** 169:11
**answers** 130:24
131:1
**anybody** 186:20
187:2 204:5 205:6
**anymore** 209:1
**anyone's** 117:24
**anyway** 130:16,17
130:18
**apologies** 201:9

apologize  203:19
apparently
  203:19 204:2
appearance
  210:16
appellate  121:21
append  174:6
applicability
  104:17
applicable  112:18
  116:13 123:5,6,12
  123:15,16 124:21
  124:22 127:10
  129:19 165:23
  166:17 174:23
  185:17
applied  125:11
apply  128:15
  186:22 195:9
appraiser  191:14
  191:15,16
appreciate  118:22
  153:7 184:6
  193:15
appreciated
  201:15
appropriate
  121:12 158:24
  167:12 190:21
  191:8
approved  3:6 53:6
  68:2 92:9
approximately
  103:25 104:1
  107:1,1
april  188:18
apropos  138:22
ar  94:2
arguably  154:22
  163:4 164:14
argue  172:8 193:6
  193:16

arguing  133:22
  169:17 172:17
  178:9 181:20
argument  122:15
  143:21 154:23
  180:10
arguments  114:23
  136:2 143:1
  148:12
arises  172:11,11
  174:7 196:2
arlington  22:6
  63:14 77:6 97:6
asadourian  102:4
ascent  11:14
  53:14 72:5 92:13
ashuraey  101:18
asked  107:3
  126:16 132:8
  147:1 179:12
  181:10,11 183:9
  184:15 191:19
  206:25
asking  129:7
  135:16 141:13,19
  156:25 166:24
  172:10 176:17
  203:7 205:14
aspect  117:15
ass  78:21
assert  186:20
assess  148:6
assigned  154:21
  155:19
assignment  157:6
  157:10 159:8
  164:9 170:6 171:1
  172:14 177:16
  181:23
assignments
  154:16,18 176:18
  181:10

assignor  172:12
associates  13:22
  38:6 73:8 85:6
assume  122:7
  132:9 159:11
  172:23 206:22
assumes  203:1
assuming  159:12
assumption  173:8
atlantic  11:22
  18:22 72:9 75:16
attach  160:4
attached  153:1
  159:25
attaching  149:9
attempt  191:22
  194:1,4
attempted  169:23
attempting
  139:19
attempts  175:22
attention  158:24
  172:24
attorney  66:4,9
  66:19,24 70:24
  80:11,11 132:15
  186:20 208:14
attorneys  98:10
  98:17 99:2,11
  100:2,10,17
  139:24 198:10
aurora  12:6,6
  72:13,13
authenticating
  145:21
authentication
  145:25
authorized
  206:11
avail  192:21
available  150:25
  205:2

avenue  98:11 99:3
  99:16 100:19,21
avoid  139:20
  166:25 172:12
aware  149:4
  162:17 163:5
  200:3
axelrod  99:10

**b**

b  20:6 55:22
  65:21 76:6 89:25
  90:8 93:16 104:11
  104:17 106:10
  128:20 148:9,18
  148:19 155:1
  156:7 161:23,25
  163:3,3 164:1,10
  164:24 165:16
  166:7 169:9,10
  186:8,17,24
ba  90:12
baby  188:7,8
back  107:12 116:4
  119:1 135:13
  136:13 157:22
  161:14 169:15
  180:5 181:8
  205:23 210:7
backed  116:3
backloaded  171:1
backwards  167:9
bad  172:23
baena  99:10
baltimore  39:14
  39:22 85:22
banc  35:22 84:2
banco  51:14 91:14
bandwidth  135:5
bank  2:14 3:14
  4:22 23:6,6 24:22
  25:22 31:22 35:6
  37:14,22 38:14,14
  39:6 40:22 42:6

45:22 48:22 49:6
50:6 51:6 64:14
67:19 68:6,22
77:18,18 78:13,25
82:5 83:20 84:22
85:1,10,10,18
86:13 87:4 88:22
90:8,12,24 91:10
97:18 98:17
201:20,21
**bankers**  10:6 34:6
44:22 46:22 71:14
83:8 88:10 89:9
**banking**  44:6
49:14 88:2 90:16
**bankruptcy**  1:1
65:1,23 111:25
112:1,8,15 127:10
174:24
**barclay**  101:21
**based**  110:22
139:25 145:5
153:18 158:7
166:15 168:1
171:25 173:12
**basically**  130:13
139:19 164:9
**basis**  151:9
158:19 163:10
205:11
**bates**  147:20
**bay**  11:22 72:9
**baywood**  98:4
**bear**  148:21
**begins**  113:23
**behalf**  66:6 67:7
103:20 125:15
171:11 200:19,22
208:15
**belief**  204:24
**believe**  105:1,24
108:6 109:1
111:23 123:4,22

127:4 134:24
144:3 147:17
150:23 152:1
153:14 160:25
165:18 176:6
184:10 187:6,21
188:17,19,20
200:3,4,15 206:10
**believed**  200:1
**belong**  115:3
**belongs**  115:3
**benefit**  130:24,25
148:5 164:14,15
**bespoke**  173:6
**best**  118:8 151:6
152:3
**better**  156:13
**beyond**  170:7
**bialek**  99:8
103:18,20,20,25
104:4,7,10,13,15
104:17 108:19,23
109:1,18 110:4
111:7,8,10,22
112:3 113:1
117:13 118:11
119:9,12,25
123:20 125:8
126:3,15 135:7,9
135:23 138:4
139:7 142:5
145:15,23 147:12
147:17,20 149:3
150:1 151:12,19
152:20 156:22
176:14 177:9
187:1,13,17,19,25
188:17 190:19
193:18 194:7,9,15
194:19,25 195:5,7
196:5,10,12,18,20
196:22,25 197:6,9
198:23 199:23

200:15 203:25
**bid**  139:6
**bilzin**  99:10
**bind**  104:20
106:17,19 109:20
109:25 110:8
**binds**  109:23
**blackline**  103:17
103:21 104:11
107:9
**blank**  100:16
208:6
**blessed**  180:20
**block**  104:22,22
106:8,9 107:21,22
107:23 108:2,2
116:13
**boderone**  67:7
99:19
**body**  166:5
**bondcorp**  9:6
53:22 66:5,6,20
70:23,25 71:2
92:17
**borrower**  131:16
**bother**  192:19
**bottom**  112:23
113:4,21 114:25
118:13 120:4
121:20 123:17
125:5 134:25
**bound**  110:6,7
111:15 112:18
116:9
**bowling**  65:2
**branch**  49:14
90:16
**breach**  128:25
129:2 160:2
**break**  169:13,22
**breath**  140:8
**brent**  189:11

**brian**  102:5
**brickell**  99:16
**bridge**  191:13
**brief**  200:19
**briefing**  118:7
121:13 122:5
124:14,18
**briefs**  122:17
**bring**  107:4
110:10 154:17
161:24 163:11
170:19 171:25
172:3,24 186:14
**bringing**  107:6
186:14
**brings**  160:12
**broad**  99:22
167:17 197:11
**broadview**  3:21
54:6 68:10 92:21
**broker**  149:1
154:25 171:7
176:18 183:24
194:10
**brothers**  1:7,12
1:20 2:3,11,19 3:3
3:11,19 4:3,11,19
5:3,11,19 6:3,11
6:19 7:3,11,19 8:3
8:11,19 9:3,11,19
10:3,11,19 11:3
11:11,19 12:3,11
12:19 13:3,11,19
14:3,11,19 15:3
15:11,19 16:3,11
16:19 17:3,11,19
18:3,11,19 19:3
19:11,19 20:3,11
20:19 21:3,11,19
22:3,11,19 23:3
23:11,19 24:3,11
24:19 25:3,11,19
26:3,11,19 27:3

27:11,19 28:3,11
28:19 29:3,11,19
30:3,11,19 31:3
31:11,19 32:3,11
32:19 33:3,11,19
34:3,11,19 35:3
35:11,19 36:3,11
36:19 37:3,11,19
38:3,11,19 39:3
39:11,19 40:3,11
40:19 41:3,11,19
42:3,11,19 43:3
43:11,19 44:3,11
44:19 45:3,11,19
46:3,11,19 47:3
47:11,19 48:3,11
48:19 49:3,11,19
50:3,11,19 51:3
51:11,19 52:3,11
52:19 53:3,11,19
54:3,11,19 55:3
55:11,19 56:3,11
56:19 57:3,11,19
58:3,11,19 59:3
59:11,19 60:3,11
60:19 61:3,11,19
62:3,11,19 63:3
63:11,19 64:3,11
66:3,8,13,17,22
67:3,10,14,18,22
68:1,5,9,13,17,21
68:24 69:3,7,11
69:15,19,23 70:1
70:5,9,13,18,22
71:1,5,9,13,17,21
71:25 72:4,8,12
72:16,20,24 73:3
73:7,11,15,19,23
74:1,5,9,13,16,20
74:24 75:3,7,11
75:15,19,23 76:1
76:5,9,13,17,21
77:1,5,9,13,17,21

77:25 78:4,8,12
78:16,20,24 79:3
79:7,11,15,19,23
80:1,5,9,15,19,23
81:1,5,9,13,17,21
81:25 82:4,8,12
82:16,20,24 83:3
83:7,11,15,19,23
84:1,5,9,13,17,21
84:25 85:5,9,13
85:17,21,25 86:4
86:8,12,16,20,24
87:3,7,11,15,19
87:23 88:1,5,9,13
88:17,21,25 89:4
89:8,12,16,20,24
90:3,7,11,15,19
90:23 91:1,5,9,13
91:17,21,25 92:4
92:8,12,16,20,24
93:3,7,11,15,19
93:23 94:1,5,9,13
94:17,21,25 95:4
95:8,12,16,20,24
96:3,7,11,15,19
96:23 97:1,5,9,13
97:17
**brought**  154:14
158:23 163:8
170:23 175:2
**bucket**  114:2,4
153:9
**buckets**  114:2
**buckley**  98:16
**build**  207:19
**building**  100:20
184:9
**burden**  128:24
129:1 141:11,17
144:23 145:5
159:14 163:19
195:23 198:2
210:12

**burdens**  142:21
**burdensome**
110:17
**bury**  142:19
**business**  203:3
**busy**  192:18
**bwc**  27:22 60:6
79:24 95:17

### c

**c**  65:22 98:1 99:25
103:2 124:13
128:20 165:10
168:19,24 170:13
170:19,21,22
174:8,18,25 175:2
187:4,5,7,17
212:1,1
**ca**  98:5
**california**  12:14
35:22 55:6 72:17
84:2 93:8
**call**  103:23 138:20
163:25 173:16
190:4 198:7
199:20 205:5,18
205:19,22
**called**  181:9,10
**calling**  199:5
**capacity**  203:4
**capital**  9:22 13:22
17:14 20:6 22:6
24:6 25:22 26:14
28:22 30:22 33:14
40:22 52:6 56:14
61:22 63:14 71:10
73:8 74:25 76:6
77:6 78:5,25 79:8
80:20 81:18 82:25
86:13 91:22 93:24
96:12 97:6
**care**  118:20
186:25

**carrington**  101:3
**carved**  145:23
**case**  1:3,10,18 2:1
2:9,17 3:1,9,17
4:1,9,17 5:1,9,17
6:1,9,17 7:1,9,17
8:1,9,17 9:1,9,17
10:1,9,17 11:1,9
11:17 12:1,9,17
13:1,9,17 14:1,9
14:17 15:1,9,17
16:1,9,17 17:1,9
17:17 18:1,9,17
19:1,9,17 20:1,9
20:17 21:1,9,17
22:1,9,17 23:1,9
23:17 24:1,9,17
25:1,9,17 26:1,9
26:17 27:1,9,17
28:1,9,17 29:1,9
29:17 30:1,9,17
31:1,9,17 32:1,9
32:17 33:1,9,17
34:1,9,17 35:1,9
35:17 36:1,9,17
37:1,9,17 38:1,9
38:17 39:1,9,17
40:1,9,17 41:1,9
41:17 42:1,9,17
43:1,9,17 44:1,9
44:17 45:1,9,17
46:1,9,17 47:1,9
47:17 48:1,9,17
49:1,9,17 50:1,9
50:17 51:1,9,17
52:1,9,17 53:1,9
53:17 54:1,9,17
55:1,9,17 56:1,9
56:17 57:1,9,17
58:1,9,17 59:1,9
59:17 60:1,9,17
61:1,9,17 62:1,9
62:17 63:1,9,17

64:1,9 104:2,19
110:8 111:24
116:10,21 130:7,9
132:5 133:13
134:2,4,16 135:10
136:18 138:17
143:6 160:8 164:5
164:22,23,24
177:7,23 178:9,25
180:20 183:5,11
193:20 199:21
200:2,10 203:10
204:16
**cases** 109:24
112:9,14 131:14
136:10 161:24
165:3 172:2
183:17 198:24
200:7
**catch** 121:10
175:12
**catchall** 197:12
**categories** 157:1
173:9 177:1
178:14 179:2
180:21 183:20,22
184:20,21 185:14
**categorize** 150:9
**category** 167:16
167:17 184:15
**cause** 143:15
**causes** 109:23
**cbc** 203:4
**cbc's** 203:2
**center** 19:14
75:24
**centers** 13:14 56:6
73:4 93:20
**central** 107:13,13
**centura** 37:14
84:22
**certain** 108:3,6
124:16 149:18,19

158:1 193:21,22
196:15 197:7,8
**certainly** 152:3
158:9
**certified** 212:3
**certify** 143:8,9
**cetera** 121:7,7,8
122:22,22 137:5,7
171:8
**chamber's** 199:14
**chambers** 161:23
199:5 209:18,22
**chance** 131:3
132:6 161:7
189:13
**change** 107:21
116:3 119:24
199:17
**changes** 199:3
206:11
**changing** 170:11
181:12
**chaos** 150:7
**chapman** 65:22
**chart** 126:14
185:4
**charts** 175:24
185:19
**check** 209:14
**cherry** 4:6 54:14
68:14 92:25 100:2
200:19,22 201:4
201:13,18
**chicken** 197:22
**choice** 48:22 90:8
**christopher** 101:3
101:9
**chrysler** 100:20
**circle** 25:6 62:6
78:17 96:16
**circumstances**
145:6

**cited** 165:3
**city** 9:14 71:6
**civil** 111:20,23
112:8,10,12,16
123:10 124:22
127:9,20 131:17
140:1,13 174:3,24
174:24
**claim** 119:9
131:16 141:17
164:13 177:3
191:13
**claims** 113:25
128:6 152:17
164:12 185:16
**clarifying** 141:4
**clarity** 200:25
**clean** 103:16
202:8
**cleanup** 201:1
**clear** 108:19
111:13,14 125:3
140:19 152:20
154:18 162:23
169:5 171:20
173:24 175:23
196:4 202:5 207:3
**clever** 128:19
**client** 128:5
159:13 178:4
182:11 186:20
189:12 202:24
203:10 208:14,15
208:17,20 209:6
209:15,16 210:23
211:1
**client's** 203:10
**clients** 131:25
132:7,18 140:5,7
140:15 155:21
180:24
**clock** 136:23
137:12

**close** 145:24
**closed** 168:20
169:1
**closer** 156:12
**cmg** 17:6 54:22
74:21 93:4
**cmo** 135:10
139:11 144:9
145:3 182:13
199:22
**coastal** 91:10
**coextensive**
155:15
**coin** 207:21
**colleagues** 105:25
140:4
**collect** 175:23
176:22 177:1
178:18 179:1,1,22
180:3,4,6,13
181:16 183:6,22
183:24 185:7,14
**collecting** 177:24
179:11,15 183:12
185:2,4,5
**collection** 176:1
177:8 180:4
182:16 183:3
**collective** 159:21
**colonial** 31:14
82:1
**colorado** 31:22
82:5
**come** 103:10
116:4 117:12
120:13 122:6
136:20 141:16
142:22 157:4
161:14 189:17
190:12 194:3
197:23 201:16,25
210:7

**comes** 104:23,23
  118:19 198:10
**coming** 138:7
**comma** 199:21
**commence** 109:25
**commencing**
  151:10
**comments** 174:4,6
  176:7
**common** 125:10
  125:13 126:6,7,9
  126:22,22 127:25
  128:1,3,9 129:9
  129:12 130:12,24
  139:9,14,18,19
  142:6,6,16,17,18
  143:1 144:8 145:2
  145:16,17 186:22
**communicate**
  208:15
**communications**
  185:18
**community** 90:12
**company** 7:6,14
  12:14 13:6 15:14
  16:6,22 19:6
  23:14,22 25:6
  27:14 29:22 30:6
  32:22 34:22 41:22
  43:6,14 45:6 47:6
  48:6 49:14 55:6
  59:6,14,22 60:14
  61:6 62:6 64:6
  67:8 69:24 70:2
  72:17,25 74:2,10
  74:17 75:20 77:22
  78:1,17 79:20
  81:6,10 82:17
  83:16 86:25 87:16
  87:20 88:14 89:13
  89:25 90:16 93:8
  95:5,13,21 96:4
  96:16 97:14 99:11

99:12,15 200:20
  200:23
**comparing** 142:25
**competing** 206:23
**complaint** 133:25
  134:22 146:18,20
  149:6 154:13
  155:3,20 159:25
  160:5 161:9,21
  165:1,2,4,8 166:6
  172:10 202:23,23
  203:7,16
**complaints** 153:1
  154:15 155:15
  167:9
**complete** 149:14
  153:11,13
**completely**
  177:21
**completing**
  151:10
**completion** 189:9
  194:17
**complex** 136:10
**complicated**
  149:17 174:13
  183:16,18,18
**complies** 116:14
**comply** 151:6
  152:3 179:24
**comprehensive**
  149:24
**comprised** 104:1
**compromise**
  135:18 187:7,12
  187:14,22 189:14
  190:1,18
**compute** 198:21
**concede** 128:11
**concept** 114:19
  137:14
**conceptual**
  107:18

**concern** 107:10
  107:16 109:24
  124:12,17 132:2
  134:19 172:16
  208:11
**concerned** 107:15
  145:12 191:21
  192:8 198:24
**concerns** 106:11
  106:20,20 111:1
  186:15
**conclude** 161:15
**concluded** 211:6
**concrete** 157:15
**conduct** 195:12
**conducted** 122:22
**confer** 145:25
  175:22 180:5
  188:14 189:8,13
  189:16 193:25
  194:19 195:14,17
  195:24 196:2,7,9
  196:13 197:1,19
**conference** 66:15
  121:5,9,9 198:7
**conferences**
  121:11
**conferred** 187:7
  189:10
**conferring** 178:4
  182:11
**confirms** 157:20
**confusing** 124:3
  180:17
**confusion** 199:1
  201:9 207:4
**connected** 197:8
**connection**
  107:10 113:25
**consensus** 107:17
**considered**
  161:22

**considering** 128:7
  195:22
**consistent** 104:18
  119:18 205:10
**consists** 107:1
**consolidate** 67:5
**constantly** 199:15
**constructed**
  124:20
**construed** 124:15
  174:22
**consuming** 137:12
  181:7
**contact** 204:11
  208:13 210:22,24
  211:1
**contained** 148:13
  166:16
**contemplated**
  124:14 153:17
  158:12
**contend** 154:25
**contends** 154:17
**contention** 191:14
**contingent** 154:20
**continue** 117:14
  161:13 172:6,8
**continuing** 193:16
**contract** 159:24
  160:2 195:20,20
  196:17
**contracts** 159:22
  159:23 185:18
  193:21 194:8
  195:9 196:14
**contradicts**
  157:20
**control** 160:23
  161:1 164:17
  185:19
**controlling**
  192:22

**controversial**
207:16
**controversy**
207:18
**conversation**
115:15 127:14
153:1 193:6
**converting** 166:7
**coordinate** 106:24
109:6 139:20,22
139:23
**coordinated**
104:21 108:6,11
**coordinating**
107:17 137:22
**copy** 180:4,6
185:17 207:4,10
**cornerstone** 4:14
68:18
**corp** 3:6 7:22 8:6
8:22 18:6 24:14
32:14 35:6 37:6
38:22 40:14 43:22
44:6 46:6 47:14
53:6 56:22 57:6
57:14 58:14 68:2
70:6,10,19 75:8
78:9 82:13 83:20
84:18 85:14 86:9
87:24 88:2 89:1
89:17 92:9 94:2,6
94:10,22
**corporation** 3:21
5:6 8:14 10:14,22
14:6,14 15:6
17:14 18:22 20:22
22:6 25:22 26:6
26:14 27:6 34:14
36:6,14 39:14,22
50:22 52:6 54:6
55:14 61:22 62:22
63:14 68:10,25
70:15 71:18,22

73:12,16,24 74:25
75:16 76:14 77:6
78:25 79:4,8,16
83:12 84:6,10
85:22 91:6,22
92:21 93:12 95:9
96:12,24 97:6
99:12 100:17,19
**correct** 103:18
110:4 112:4 113:5
114:23 115:1,11
118:9,11,21
119:25 126:23
127:2 173:21,22
183:7 190:9
197:25 205:12
**correspondents**
18:14 75:12
**costly** 204:5
**counsel** 66:24
110:15 152:21
179:25 200:16
208:5,7,13 209:14
209:15 211:3
**count** 128:14
130:13 131:23,23
142:12
**counted** 125:12
**counterparties**
147:23
**counterparts**
152:23
**counterparty**
151:19,20 204:2
**counting** 131:22
**country** 191:23
212:21
**couple** 118:20
136:14 167:5
205:19
**course** 108:12
111:16 122:11
141:18 149:5

154:9 157:21
158:5 161:6
171:11 173:11
175:21 176:5
184:21 185:1
186:4 204:1
**court** 1:1 65:1
100:11 103:3,19
103:24 104:3,6,8
104:12,14,16,24
105:2,7,12,14,19
105:23 106:2,4,7
106:12 107:2,8,18
107:20,25 108:2,8
108:10,15,22,23
108:25 109:2,5,8
109:11,13,17,21
110:15 111:1,3,11
111:16,18 112:2
112:14,19,22
113:2,11,17,20,22
114:1,6,8,13,16
114:19 115:2,6,8
115:11,13,16,18
115:20,23 116:2,5
116:7,20,22,25
117:5,10,17 118:1
118:4,6,12,16,18
118:23 119:3,8,11
119:14,17 120:1,3
120:12,14,16,18
120:20,22 121:1,3
121:8,11,19,24
122:6,7,9,12,15
122:19 123:1,2,9
123:14,17 124:7
124:19,25 125:2,5
125:21 126:12,13
126:20,24 127:3,5
127:16,21,24
128:12 129:3,7,12
129:25 130:2,7,16
130:23 131:6,10

131:13,19,22
132:9,17 133:2,5
133:10,21 134:8
134:25 135:6,8,21
135:25 136:22
137:6,8 138:9,24
139:3 140:8,14,21
140:25 141:6,9,18
141:21,24 142:3,9
143:18,22 144:7
144:11,14,19
145:2,9,12,22
146:4,10,21,23,25
147:4,6,15,18
148:2,7,11,14,19
149:11,20 150:3
150:22 151:7,18
151:21 152:5,11
153:5,8 154:10
155:4,23 156:2,5
156:9,14 157:3,8
157:18,25 158:4
158:10,14,22
159:1,10,11,15,17
160:1,4,9,11,18
160:22 161:13,17
161:22 162:3,13
162:22 163:1,5,8
163:15,22 164:7
164:22,25 165:6,9
165:14,20 166:3
166:14,23 167:1,7
167:14,19,22,25
168:8,16,21
169:13,20 170:3
171:5,12,14,16,19
171:21 172:5,8,19
173:15,20,23
174:10,12,21
175:4,7,11,14,17
176:8,11,15,23
177:12,21 178:5,8
179:7,24 180:8,14

180:18 181:5,12
181:15,20 182:6
182:18 183:2,16
184:8,23 185:11
185:24 186:2,9,18
187:2,4,8,11,16
187:20,24 188:3
188:11,14,24
189:3,7,20,23,25
190:4,15,25
191:10,18 192:2,7
192:11,14 193:8
193:11,15 194:4,5
194:8,14,17,22
195:2,6 196:8,11
196:17,19,21,24
197:4,7,15,18,21
198:1,6,8,13,20
198:25 199:11,13
200:3,5,9,14,17
200:21,24 201:2,5
201:8,12,16,19,22
201:25 202:3,7,10
202:15,17 203:19
203:23 204:7,13
204:18,22 205:4,8
205:10,13,22
206:1,5,9,14,17
206:20,22 207:5,9
207:12,14,17,22
208:2,9,19 209:3
209:12,23 210:2,4
210:6,11,13,20,23
211:4
**court's** 107:14
123:24 148:22
157:9 158:23
**courtroom** 133:21
**courts** 112:10
**couth** 201:1
**cover** 170:13
197:12

**covered** 107:14
119:19 128:9
143:2,6 153:21
**covers** 174:16
**covino** 48:6 89:25
**crafting** 165:8
**create** 117:16
166:20 180:12
**creates** 154:23
**creating** 116:23
**creatively** 195:12
**credible** 138:13
**credit** 32:6 82:9
**cree** 54:14
**creek** 4:6 68:14
92:25 100:2
200:19,22 201:4
201:13,18
**crestline** 10:14
71:18
**crisp** 190:5
**critical** 117:7
162:1 164:20
172:15
**crossed** 114:25
**ctx** 23:22 78:1
99:11
**cumb** 110:1
**cumbersome**
110:1,2 118:8
**current** 165:13
**currently** 208:12
**custodians** 176:25
178:6 182:12
185:13
**custody** 164:18
**cut** 167:25 184:6
**cutting** 184:8

**d**

**d** 20:6 55:22 76:6
89:25 93:16 103:2
124:19 190:5

**d.c.** 98:20
**damages** 104:2
**database** 151:14
151:14
**date** 133:6 139:17
148:3 168:2 187:5
188:17 190:10
198:18 199:19
206:18 207:7
212:25
**dates** 187:24
188:1,3 198:19,22
206:13 208:3
**day** 137:4 138:2
146:13 147:3,25
148:4,4 149:13,14
149:15 150:4
151:10,11,23,24
151:24 156:7
162:1,24 169:8
172:2 179:19
182:15 188:15
**days** 133:6,7,16
133:22 134:14
135:4,5,17 136:4
136:14,24,25
137:3,17 138:1,20
139:4,11,16
140:19 143:24
144:4,9 145:3
146:15,16 147:2
147:13,16,19
149:6,23,25
150:15,20 151:20
151:22 156:6,8,8
161:25 167:3
170:7 171:2,2,3
174:19 175:14,15
177:13 182:7,13
187:14 188:13
189:9,20 190:2,4
190:7,11,12,12,20
191:6 192:9 193:8

194:20
**deadline** 153:16
166:17
**deadlines** 136:11
153:24 159:5
**deal** 114:11 115:9
135:5 137:17
156:14,16 161:14
184:14
**dealing** 114:8
115:4 129:20
134:20,21 143:25
144:22 161:13
**deals** 119:19,21
**dean** 160:14
202:12,14
**debate** 169:6
**debtors** 1:8
**debts** 203:1
**december** 139:13
177:10 179:7
206:15
**decent** 136:15
**decide** 197:1
**deciding** 134:21
**decision** 172:5
193:12
**decisions** 123:24
207:3
**decrease** 198:1
**defeat** 166:9
**defeats** 171:3
**defend** 129:1
131:3 132:5
**defendant** 42:7
43:23 45:23 98:10
106:5 113:23
116:18 120:6
121:6,6,21,22
127:13 128:4
159:13 163:18
172:13 190:14
193:5 204:15

**defendant's**
172:12 173:25
**defendants**  1:16
1:24 2:7,15,23 3:7
3:15,23 4:7,15,23
5:7,15,23 6:7,15
6:23 7:7,15,23 8:7
8:15,23 9:7,15,23
10:7,15,23 11:7
11:15,23 12:7,15
12:23 13:7,15,23
14:7,15,23 15:7
15:15,23 16:7,15
16:23 17:7,15,23
18:7,15,23 19:7
19:15,23 20:7,15
20:23 21:7,15,23
22:7,15,23 23:7
23:15,23 24:7,15
24:23 25:7,15,23
26:7,15,23 27:7
27:15,23 28:7,15
28:23 29:7,15,23
30:7,15,23 31:7
31:15,23 32:7,15
32:23 33:7,15,23
34:7,15,23 35:7
35:15,23 36:7,15
36:23 37:7,15,23
38:7,15,23 39:7
39:15,23 40:7,15
40:23 41:7,15,23
42:15,23 43:7,15
44:7,15,23 45:7
45:15 46:7,15,23
47:7,15,23 48:7
48:15,23 49:7,15
49:23 50:7,15,23
51:7,15,23 52:7
52:15,23 53:7,15
53:23 54:7,15,23
55:7,15,23 56:7
56:15,23 57:7,15

57:23 58:7,15,23
59:7,15,23 60:7
60:15,23 61:7,15
61:23 62:7,15,23
63:7,15,23 64:7
64:15 67:5 103:23
104:1 105:17
106:22 107:2,7
110:20 125:11,11
126:5 129:19
130:21 135:11
138:4 139:21
146:24 152:17,21
160:23,24 170:19
171:11 174:18
178:24 179:2,17
179:18 190:10,20
193:4 195:22
196:6 199:8,21
202:20 203:20,21
**defending**  129:20
**defense**  105:25
129:23,24 130:2
136:19 140:4
144:22 158:20
**defenses**  148:6
164:12
**defer**  200:12
**defined**  123:5,8
170:7 202:20
**definite**  198:22
203:14
**definition**  135:21
135:22
**degree**  188:10
**delay**  144:16
**delighted**  122:9
122:10
**deliver**  144:4
**deliverables**
133:16 135:3
138:1 143:24
192:9,15

**delivered**  175:20
**demand**  144:6
155:10 170:15
176:2,19 177:6,17
177:19 182:13,14
183:4
**demands**  134:3
170:11 177:10,10
**demonstrate**
160:25
**denver**  100:5
**denying**  153:24
**dependent**  178:15
**depends**  129:17
**depose**  191:22
**deposition**  191:6
191:15
**depositions**  190:6
195:10
**deprive**  162:16
**deprived**  173:12
**depriving**  186:20
**describe**  128:14
**described**  123:11
190:22
**describing**  112:13
**desire**  140:16
180:23 203:25
**desk**  175:24
**determinant**
189:6
**determine**  121:11
193:25
**deutsch**  99:1
**dhi**  27:14 79:20
99:11
**di**  62:14 96:20
**dialogue**  204:10
204:11,12,14
205:6
**difference**  131:10
133:5

**different**  113:12
117:9,20,21
129:11,21 130:14
132:4 137:11,15
150:10 159:15,17
159:19 160:9
162:11,14,14
163:22 175:1
193:6 195:11
197:10,13,14
**difficult**  107:17
139:23 156:11
**dinner**  160:14,14
160:21 161:5,16
202:12,13,14,14
202:16,18 204:22
205:9,15,17,25
**directing**  108:10
**directors**  20:14
76:10
**disagree**  126:24
132:22 142:13
160:1 187:2
**disagreement**
198:10 199:24
**disclosures**
133:18 134:21
137:5,17 155:24
156:15,17,19,21
156:23,25 157:2
**discoll**  101:7
**discovered**  153:18
**discovers**  157:10
**discovery**  124:14
124:18 134:1,9,16
134:18 137:3
140:7 144:1
145:24 149:4,8
150:15,16 158:5
159:16 163:20
166:1,11 168:10
168:13 186:12
189:20 190:13,13

192:19,22 193:2
195:13 204:1,3
**discrete** 178:14
183:19
**discuss** 133:18
138:22 194:20
**discussed** 117:3
203:20
**discussing** 133:19
137:24 182:25
**discussion** 204:15
**discussions**
136:25 205:2
**dismiss** 113:24
118:14 120:7
122:16,23 123:25
149:6 163:10,17
163:18 168:11,13
**disparity** 112:7
**dispositive** 159:3
163:24 166:15
168:1,7,25 171:24
171:25 199:25
**dispute** 105:10
106:8 108:1,13
172:11 186:7
188:13 194:12,13
**disputes** 103:5
**district** 1:2 198:25
**ditech** 62:14
96:20 98:17
**diversified** 24:6
78:5
**division** 37:22
85:1
**doc** 66:4,9,19,24
67:5,12,16,20,24
68:3,7,11,15,19
68:22 69:1,5,9,13
69:17,21,25 70:3
70:7,11,16,20,24
71:3,7,11,15,19
71:23 72:2,6,10

72:14,18,22 73:1
73:5,9,13,16,21
73:25 74:3,7,11
74:14,18,22 75:1
75:5,9,13,17,21
75:25 76:3,7,11
76:15,19,23 77:3
77:7,11,15,19,23
78:2,6,10,14,18
78:22 79:1,5,9,13
79:17,21,25 80:3
80:7,11,17,21,25
81:3,7,11,15,19
81:23 82:2,6,10
82:14,18,22 83:1
83:5,9,13,17,21
83:25 84:3,7,11
84:15,19,23 85:3
85:7,11,15,19,23
86:2,6,10,14,18
86:22 87:1,5,9,13
87:17,21,25 88:3
88:7,11,15,19,23
89:2,6,10,14,18
89:22 90:1,5,9,13
90:17,21,25 91:3
91:7,11,15,19,23
92:2,6,10,14,18
92:22 93:1,5,9,13
93:17,21,25 94:3
94:7,11,15,19,23
95:2,6,10,14,18
95:22 96:1,5,9,13
96:17,21,25 97:3
97:7,11,15,19
**docket** 104:21
106:15 107:13,13
199:15 201:10
**dockets** 105:3
**document** 103:14
103:14 105:17
129:24 130:10
134:3 139:20

141:25 142:6
143:12 144:6
153:11,16 154:4,6
154:6,7,8 157:13
158:11 160:6
162:18 164:3,15
164:16 168:6
171:13,22 172:1
173:3,11,18
175:21 176:2,5,19
177:6,10,10,17,19
179:6,8 180:11
181:18 182:10,13
182:14 183:4,8
190:23 194:18
210:9
**documentation**
203:8,13
**documents** 131:14
140:5,9,15,22
143:2,3,5,7,25
145:21 146:1,16
146:17,17 148:16
149:7,10 154:3,12
154:13,14 155:10
156:15,19 157:1
158:7,17 159:2
160:24 161:20
162:1,10,25 163:6
163:9,23,23
164:20,25 165:4
165:25 166:6,13
166:16 167:3,16
167:18 168:2
169:1,8 170:8,21
171:6,10,23 172:1
172:15 173:10,13
173:17,17 174:9
174:19,20 175:16
175:20 176:20,21
177:1,2,2,19
178:14 179:2,23
180:6,21 181:9,16

181:17 182:1,3,18
182:21,22 183:22
184:13,22 185:14
185:15,15,19,20
186:14 190:23
192:3,16 197:5
204:1
**doer** 173:7
**doing** 115:21
134:1 183:23,23
190:23 191:2
192:5,18 195:10
**dominating** 193:5
**doubt** 136:13
**draft** 103:6,15
134:17 139:12
144:5 177:10
**drafting** 137:20
164:3
**drive** 98:4
**due** 116:14 133:25
147:2 153:25
**dump** 149:15
**duplicative** 124:3
181:6
**duvall** 101:13

---
**e**
---

**e** 51:22 65:21,21
76:6 91:18 98:1,1
103:2,2 118:7
124:2 189:2 212:1
**eagle** 29:14 67:7
81:2
**earlier** 135:4
139:16 144:1
155:9 176:18
178:21 180:10
190:7,24 202:11
**early** 135:12
176:20 179:6
192:16,16,17
203:8

easier  198:17
easiest  205:18
easy  149:21 166:9
ecro  65:25
effect  177:7
effective  142:13
efficiency  137:14
efficient  146:3
efficiently  178:25
  179:14,23
effort  135:23
  139:20 140:6
ehrich  101:20
either  143:6
  157:20 164:10
  165:7 167:5 210:6
electronically
  147:21
elements  164:11
  164:13
else's  153:4
email  199:14
  209:7,8,11 210:22
  210:25
embrace  49:22
  90:20
emerges  160:7
enabled  159:24
enables  166:5
endeavor  139:22
endeavoring
  144:4
enforce  166:19
england  3:14 68:6
enjoining  144:13
enter  206:21
  207:23 208:9
entered  134:5,10
  134:17 144:12
  177:8
entertaining
  198:11

entirely  170:17
  202:1
entitled  149:4
  153:12,17,25
  155:16 161:10
  163:11
entreaties  103:5
entry  106:15
  134:14 139:4,11
  145:3 149:13
  189:6 190:8 191:6
  191:9 198:18
enza  67:6 99:19
equal  185:10
equity  8:14 10:6
  50:14 70:15 71:14
  91:2
esi  133:19 134:23
  176:1 177:22
  178:2,3,5,12
  179:4 180:4 181:3
  181:5 182:16
  183:3
especially  143:24
  195:22
establish  194:1,4
estate  42:14,22
  87:8,12 100:18
  147:10,12 178:18
  208:8
et  1:15 2:14,22
  22:6 23:14 24:6
  25:6 26:14 27:22
  28:6,14,22 52:6
  52:14,22 54:22
  60:6 62:6 63:6,14
  64:14 66:14,18,23
  67:4,19,23 77:6
  77:22 78:5,17
  79:8,24 80:2,6,10
  80:16,20 91:22
  92:1,5 93:4 95:17
  96:16 97:2,6,18

121:7,7,7 122:22
  122:22 137:5,7
  171:7
eternal  205:4
  207:20
ether  191:13
event  122:4 170:1
eventually  198:25
everybody  115:20
  142:18 177:25
  198:21 204:5,15
everyone's  125:22
  168:18 173:1
evidence  157:19
  157:22,23 160:5
  168:14 172:23
evident  106:25
evil  173:7
exact  192:14
exactly  115:16,18
  116:2 120:14,16
  183:7 197:6
example  109:9
  117:19 123:23
  127:12 128:5
  133:17 138:3
  154:16 157:3,4,15
  160:15,16 164:12
  191:10 195:8,10
  196:12 197:12,13
examples  191:19
exception  193:22
exchange  181:9
exclusively
  164:17
excuse  160:18
exhausted  200:13
exhibit  104:11
exist  203:11
existing  120:6
exists  159:8
expect  203:7

expedited  204:3
expense  159:14
  163:19
experience  180:18
  204:4
explain  112:4
  114:14 146:12
  194:6 196:8
expressed  107:11
  208:12
expressly  203:1
extend  167:9
extended  136:9
extent  112:1,7
  120:6 153:14,15
  159:2 162:8
  185:20 201:13
  204:19
extra  109:24
extreme  109:8

f

f  11:14 12:6 17:22
  20:22 23:6 28:6
  38:14 47:6 49:22
  53:14,14 57:22
  65:21 72:5,13
  75:4 76:14 77:18
  80:2 82:1 85:10
  89:13 90:20 92:13
  94:14 199:18
  212:1
f.a.  31:14
f.s.b  78:13
f.s.b.  24:22
face  149:9 197:5
facing  134:6
fact  127:24
  128:14,24 129:13
  134:17 136:1,8
  140:10,14 141:2
  160:25 166:10
  174:13 180:3
  183:17 191:16

[fact - frankly]                                                                    Page 17

205:19
**factor** 162:4
**factors** 117:7
**facts** 119:22,23,23
  122:1 129:10,13
  146:6,19 160:22
  203:5
**failed** 117:19
**fair** 204:8
**fairly** 103:9
  149:22
**fairmont** 29:6
  80:24
**faith** 135:23 151:9
  172:23,24 183:23
**falls** 149:7
**fan** 146:6
**fannie** 112:24
**far** 142:13
**fashion** 149:24
  178:20 183:14
**faster** 155:11
**favor** 179:21
**february** 199:19
  199:21 206:16
**fed** 8:6 57:6 70:10
  94:6
**federal** 31:22 82:5
  111:23,25 112:7,8
  112:10,11,15,16
  123:10 124:21
  127:9,19 131:17
  140:1,2,12 153:25
  174:2,23
**fell** 100:11
**fidelity** 40:6 86:5
  100:17
**fifth** 99:3 118:12
**figure** 168:12
  205:18
**file** 121:6 128:7
  143:10 148:3,21
  157:23 158:19

170:23 184:19
  203:14
**filed** 66:5,11,20
  67:1,6 70:25
  103:14 113:24
  120:6 133:25
  154:22 201:10
**files** 128:7 138:16
  144:2,3,5,10,24
  147:8,11,13,15,18
  147:22 148:5,16
  149:12,15,16,18
  149:22 150:5,6,8
  150:20,25 151:9
  151:13 152:18,19
  152:22 154:12
  162:7 168:11
  177:2,3,13,25
  178:13,14,19
  179:1 181:1,2,6
  182:7,8,20,24
  183:14 184:13
  185:5,14,16 197:7
**filing** 119:20
  124:17 165:17,24
**fill** 206:13
**final** 119:2,4
  202:4
**finally** 121:19
**financial** 8:22
  12:6 21:14 22:22
  36:6,14,22 38:22
  49:22 52:14 56:22
  62:14 70:19 72:13
  76:22 77:14 84:6
  84:10,14 85:14
  90:20 92:1 94:2
  96:20 98:18 99:13
**find** 150:23
  151:17 157:14
  199:16 203:7
  209:14

**finding** 166:10
  170:1
**fine** 110:25 111:2
  111:17 115:5,12
  115:17 119:9,13
  121:19 123:14
  125:3 160:21
  167:11 187:14
  189:21 195:24
  197:21 199:8
  209:8
**finger** 183:8,10
**fire** 43:14
**firm** 46:14 89:5
  133:17 144:25
  195:21 201:14
**firms** 104:1
**first** 4:22 5:6 9:14
  10:6,22 12:14
  28:22 32:6,14,22
  50:22 55:6,14
  68:22,25 71:6,14
  71:22 72:17 80:20
  82:9,13,17 91:6
  93:8,12 100:18
  103:4 122:13
  133:16 135:5
  137:17 138:1
  143:24 146:13
  162:4,6 172:4
  176:21 178:7
  182:2 187:23
  190:22 192:9
  199:8
**fit** 174:14
**five** 87:20 121:4
  136:4 201:6
**fl** 92:13 99:17
**flagstar** 52:6
  91:22 98:17
**flashing** 199:15
**flip** 104:7

**floor** 99:16 100:3
**foc** 114:24
**focus** 180:2
**focused** 159:5
**folders** 147:21
**folks** 116:8 198:2
  206:5 210:13
**follow** 127:19
  159:13 208:21
**followed** 141:20
**following** 120:9
  177:1 185:14
**foot** 178:24
**footnote** 201:3,6
  201:14,16
**foregoing** 120:5
  203:3 212:3
**forget** 112:3
**form** 106:10,14,17
  150:25
**forma** 113:15
  137:20
**formal** 175:25
  176:2 177:17,19
  180:4
**formally** 183:6
**format** 151:15
**forth** 161:7
  188:17
**forum** 159:21
**forward** 109:15
  135:14 145:13
  167:11 178:25
  179:13,23 183:11
  204:20 209:12
**found** 118:21
**four** 117:20,21
  121:4 198:15
**fourth** 122:22
**fraction** 131:23
**frankly** 110:18
  142:7 159:5
  197:22

**free** 146:4
**freedom** 27:6
  79:16 99:12
**freeman** 101:21
**friday** 207:14
**front** 131:24
  159:25 166:25
  167:1 192:9
**frontloaded** 134:7
**frontloading**
  133:15
**fsb** 23:6 77:18
**full** 124:22 130:10
  133:21 162:19
**fun** 177:23,23
**funding** 3:6 7:22
  9:22 10:14 12:22
  16:6 20:6 24:6,14
  29:6 43:22 45:14
  53:6 56:14 57:14
  58:14 68:2 70:6
  71:10,18 72:21
  74:10 76:6 78:5,9
  80:24 87:24 88:18
  92:9 93:24 94:10
  94:22
**future** 191:25

**g**

**g** 103:2 193:17
**galen** 101:6
**game** 186:21
**gateway** 5:14
  24:22 69:4 78:13
**gather** 175:24
**gathered** 176:21
**general** 129:18
  144:20
**generate** 155:1
**generated** 159:9
**generates** 155:21
**generic** 153:22
**genpact** 33:6
  82:21

**george** 33:22 83:4
**getting** 107:17
  128:15 129:20
  130:12,18,19,24
  130:25 132:12
  142:5
**gfi** 34:6 83:8
**gifford** 101:12
  184:4,5
**give** 107:2 122:24
  126:21 132:25
  142:19 152:14
  157:2,23 166:14
  169:1 179:8
  188:12 191:10
**given** 132:17
  136:15 137:9
  155:9 177:9
**gives** 135:5
  158:18
**giving** 116:22
  186:13
**glitch** 152:6,7,12
**go** 105:5,6,8
  110:22 112:17
  119:1,12 130:9
  135:10 136:13
  141:11 142:17,20
  142:21 146:10
  149:16 150:5,6
  151:2 152:7 155:4
  155:20 160:8,9
  177:7,24 180:22
  181:18 184:3
  191:21 192:17
  193:8 202:17
  203:14 204:20
  208:4 211:5
**goal** 147:25
**goes** 207:1
**going** 104:8
  105:14 110:13,17
  111:5,11 112:18

112:19 116:3
119:1,4 122:3,3
125:21 127:25
128:8 129:13
130:3,7,9,11
131:14 132:7,23
132:24 134:9
136:6 138:18,19
138:19 141:24,25
141:25 142:1,19
142:22,23,25
143:7,12 146:10
147:7,8,9 149:11
150:4,5,6,16,19
151:2,7,8,8,9
152:5,14 153:10
153:12,13 154:6,7
154:8 159:3 160:8
160:9,18,19 161:3
161:13 162:3,6,7
162:16,19 166:18
167:3,25 168:16
168:21 171:4,16
171:19,21,22,23
171:24 172:3,6,8
172:23,24 173:10
173:11,15,17,20
173:21 177:22
179:8,9,11,14
181:15,24,25,25
182:19,24 183:15
183:24 184:14,16
185:6 186:2,24
189:23 190:7,21
190:24 191:21,24
192:2 193:8,23
201:25 202:3
205:22 206:10,12
206:15,19,23,23
207:22 209:5,12
209:17,23 210:7
**goldwater** 49:6
90:12 203:1,3

**good** 105:16 106:6
106:7 117:18
118:6,17 121:10
122:13 133:14
135:23 151:9
164:12 172:23
183:23 196:6
197:22 199:13
200:18
**gotcha** 186:22
**gotten** 130:4
157:13
**govern** 111:24
112:11
**governed** 111:25
112:15
**grand** 35:6 83:20
**gratuitous** 113:9
**gratuitously**
117:24
**graystone** 37:22
85:2
**great** 134:6 143:8
143:9 181:1,2
197:2 198:20
210:20
**green** 65:2
**greenwich** 46:6
89:1
**ground** 186:19
**group** 5:14 6:6
11:22 28:22 41:14
42:14,22 69:4,12
72:9 80:20 86:21
87:8,12 98:3
100:18 103:23
105:25 106:23,25
110:20 113:7
123:20 124:1
125:9,16 126:4,7
126:16,16 127:5
132:8,11,21,24
135:12,18 136:19

136:19,23 138:14
139:8,14 140:4
145:16,17 146:3
156:14,24,25
171:6 173:1
179:17,18,19
190:19,22 193:4
193:19 196:6
198:7 199:8,9
200:1,3 202:19,20
203:21 208:8

**gsc** 155:9
**gse** 113:25 116:21
117:9
**guaranteed** 5:22
55:22,22 69:8
93:16,16
**guaranty** 32:14
82:13
**guess** 104:4 118:8
123:15 128:12
135:12 174:7
**guide** 177:3
182:23 185:16
197:17
**guidelines** 185:17
197:14
**guild** 29:22 64:6
81:6 97:14
**guise** 168:13,14
**guys** 177:12

**h**

**ha** 159:3 163:24
**half** 104:2 138:4
**hand** 116:8
**handle** 121:12
**happen** 153:14
162:20
**happens** 159:18
**happy** 114:14
170:13 181:9
204:9,15 205:5

**hard** 117:2 126:5
139:23 180:4,6
185:17 187:5
**harris** 101:23
210:14,14 211:2
**hartland** 13:14
56:6 73:4 93:20
209:22
**hauppauge**
100:12
**havoc** 190:24
**head** 137:14
**hear** 111:1 122:15
139:6 151:5
156:11 161:5
168:16,21,22
184:3 209:23
**hearing** 66:1
67:12,16,20,24
68:3,7,11,15,19
68:22 69:1,5,9,13
69:17,21,25 70:3
70:7,11,16,20
71:3,7,11,15,19
71:23 72:2,6,10
72:14,18,22 73:1
73:5,9,13,17,21
73:25 74:3,7,11
74:14,18,22 75:1
75:5,9,13,17,21
75:25 76:3,7,11
76:15,19,23 77:3
77:7,11,15,19,23
78:2,6,10,14,18
78:22 79:1,5,9,13
79:17,21,25 80:3
80:7,17,21,25
81:3,7,11,15,19
81:23 82:2,6,10
82:14,18,22 83:1
83:5,9,13,17,21
83:25 84:3,7,11
84:15,19,23 85:3

85:7,11,15,19,23
86:2,6,10,14,18
86:22 87:1,5,9,13
87:17,21,25 88:3
88:7,11,15,19,23
89:2,6,10,14,18
89:22 90:1,5,9,13
90:17,21,25 91:3
91:7,11,15,19,23
92:2,6,10,14,18
92:22 93:1,5,9,13
93:17,21,25 94:3
94:7,11,15,19,23
95:2,6,10,14,18
95:22 96:1,5,9,13
96:17,21,25 97:3
97:7,11,15,19
121:13 122:5,21
122:21 125:23
152:23 210:17
**hearings** 199:5
**heaven** 110:19
**heavily** 104:24
156:23
**held** 163:19
**hell** 207:23
**help** 110:19
163:12
**helpful** 126:14
145:20
**henderson** 66:5
66:20 70:25 98:7
104:25 105:15,16
105:17,21,24
106:3 113:5 119:6
126:18,19,23
127:2,4,19,22
128:1,22 129:5,9
129:17 130:1,5,14
130:21 131:2,8,12
131:15,20 132:2
132:14,21 133:1,3
133:8,11,23

134:11 135:2
136:2,17 137:2,7
137:15 138:21,25
139:21 140:12,18
140:23 141:4,8,15
141:19,22,24
142:2,4 143:17,20
143:23 144:11,16
144:20 145:8,10
146:8,13 155:6,8
175:19,19 176:17
177:6,15 178:2,7
180:2,9,16 181:4
181:7,14,17 182:4
182:8,18 183:1,3
184:3 185:23,25
187:3,6,9,12,18
187:21 188:2,5,7
188:19,22 189:2,5
189:10 190:3
191:20 195:16
198:9 199:10,12
200:12 202:13
206:4,24 207:2
209:21,25 210:3,5
210:10,12
**henderson's**
103:16 113:6
**hey** 180:25 181:1
**high** 207:23
**hired** 198:10
**hit** 147:25
**hmm** 104:16
151:18 200:24
206:9
**hold** 126:20
150:10 176:8
208:4
**holding** 93:19
**holdings** 1:7,12
1:20 2:3,11,19 3:3
3:11,19 4:3,11,19
5:3,11,19 6:3,11

[holdings - horizon]                                                                    Page 20

| | | | |
|---|---|---|---|
| 6:19 7:3,11,19 8:3 | 64:11 66:3,8,13 | 154:20 | 154:5,11,19 155:7 |
| 8:11,19 9:3,11,19 | 66:17,22 67:3,10 | **hollow** 99:22 | 155:8 156:1,22 |
| 10:3,11,19 11:3 | 67:14,18,22 68:1 | **home** 8:14 11:14 | 157:7,16 158:21 |
| 11:11,19 12:3,11 | 68:5,9,13,17,21 | 14:6 17:22 19:14 | 159:7,20 161:5,18 |
| 12:19 13:3,11,19 | 68:24 69:3,7,11 | 20:6 24:14 30:14 | 162:12,21 163:13 |
| 14:3,11,19 15:3 | 69:15,19,23 70:1 | 37:22 46:6 49:22 | 163:16 165:12 |
| 15:11,19 16:3,11 | 70:5,9,13,18,22 | 50:22 53:14 57:22 | 166:4,22 167:11 |
| 16:19 17:3,11,19 | 71:1,5,9,13,17,21 | 58:14 67:7 70:15 | 167:13,17 168:5 |
| 18:3,11,19 19:3 | 71:25 72:4,8,12 | 72:5 73:12 75:4 | 168:24 169:5,18 |
| 19:11,19 20:3,11 | 72:17,20,24 73:3 | 75:24 76:6 78:9 | 169:22 170:11,14 |
| 20:19 21:3,11,19 | 73:7,11,15,19,23 | 81:14 85:1 89:1 | 170:16 171:18,20 |
| 22:3,11,19 23:3 | 74:1,5,9,13,16,20 | 90:20 91:6 92:13 | 172:4,17 173:14 |
| 23:11,19 24:3,11 | 74:24 75:3,7,11 | 94:14,22 | 173:19 174:5,7 |
| 24:19 25:3,11,19 | 75:15,19,23 76:1 | **homeward** 48:14 | 175:6,9,12,19 |
| 26:3,11,19 27:3 | 76:5,9,13,17,21 | 90:4 | 176:6,10,14 177:7 |
| 27:11,19 28:3,11 | 77:1,5,9,13,17,21 | **hon** 65:22 | 177:9,15 178:2,17 |
| 28:19 29:3,11,14 | 77:25 78:4,8,12 | **honor** 103:18 | 178:17 179:7 |
| 29:19 30:3,11,19 | 78:16,20,24 79:3 | 105:5,10,16,18,22 | 180:2,17 181:4,10 |
| 31:3,11,19 32:3 | 79:7,11,15,19,23 | 106:6,25 107:3 | 182:4 183:7 184:2 |
| 32:11,19 33:3,11 | 80:1,5,9,15,19,23 | 108:19 110:12,25 | 184:3,5,11 186:1 |
| 33:19 34:3,11,19 | 81:1,2,5,9,13,17 | 111:2,17 112:6 | 187:1,3,6,10,13 |
| 35:3,11,19 36:3 | 81:21,25 82:4,9 | 113:7,16,18 115:1 | 188:9,20 189:10 |
| 36:11,19 37:3,11 | 82:12,16,20,24 | 115:5,17 116:16 | 189:15 190:2,19 |
| 37:19 38:3,11,19 | 83:3,7,11,15,19 | 118:10 119:7,25 | 191:17,20 192:24 |
| 39:3,11,19 40:3 | 83:23 84:1,5,10 | 120:2 121:23 | 193:10,18 195:17 |
| 40:11,19 41:3,11 | 84:13,17,22 85:1 | 123:20 124:12,24 | 196:1 197:11 |
| 41:19 42:3,11,19 | 85:5,9,13,17,21 | 125:8 126:3,18,23 | 198:4,17,23 |
| 43:3,11,19 44:3 | 85:25 86:4,9,12 | 127:4,14 128:6,23 | 199:10 200:12,15 |
| 44:11,19 45:3,11 | 86:16,20,24 87:3 | 129:10,18 130:5 | 200:18 202:9 |
| 45:19 46:3,11,19 | 87:7,11,15,19,23 | 131:2,9,16 132:15 | 204:9,12 205:2,9 |
| 47:3,11,19 48:3 | 88:1,5,9,13,17,21 | 133:1,9,12,24 | 205:17 206:3,4,7 |
| 48:11,19 49:3,11 | 88:25 89:4,8,12 | 134:12 135:3,7 | 206:11,24 207:20 |
| 49:19 50:3,11,19 | 89:16,20,24 90:3 | 136:17 138:21,25 | 208:6,11 209:21 |
| 51:3,11,19 52:3 | 90:7,11,15,19,23 | 139:1,21 140:13 | 210:14 211:2 |
| 52:11,19 53:3,11 | 91:1,5,9,13,17,21 | 140:18,24 141:15 | **honor's** 169:23 |
| 53:19 54:3,11,19 | 91:25 92:4,8,12 | 141:17 142:5 | 170:12 175:10 |
| 55:3,11,19 56:3 | 92:16,20,24 93:3 | 143:17,20 144:1 | 185:23 189:6 |
| 56:11,19 57:3,11 | 93:7,11,15,24 | 144:21 145:8,11 | **hope** 142:2,4 |
| 57:19 58:3,11,19 | 94:1,5,9,13,17,21 | 145:15 146:9 | 205:4 207:20 |
| 59:3,11,19 60:3 | 94:25 95:4,8,12 | 147:2 148:9 | **hopefully** 119:3 |
| 60:11,19 61:3,11 | 95:16,20,24 96:3 | 149:17 150:12 | 210:21 |
| 61:19 62:3,11,19 | 96:7,12,15,19,23 | 151:6,12 152:2,4 | **horizon** 50:22 |
| 63:3,11,19 64:3 | 97:1,5,9,13,17 | 152:20,24 153:6 | 91:6 |

**horse**  125:25
**host**  197:12
**hours**  136:17
    172:22 184:9
**house**  41:6 86:17
**housekeeping**
    206:8
**huge**  111:5 146:6
**huh**  143:4
**hundreds**  131:20
    132:16
**hyde**  97:25 212:3
    212:8
**hypothetical**
    158:10 159:13
    160:6
**hypothetically**
    193:6

**i**

**idea**  125:19 141:9
    196:6 197:23
**ideas**  137:23
**identical**  106:18
    110:23
**identified**  158:11
**identify**  182:11
    194:8 195:6
**identifying**
    193:21
**ii**  123:23
**iii**  52:22 92:5
**imagine**  147:23
    148:25
**imortgage.com**
    2:22 63:6 67:23
**implored**  116:10
**importance**
    192:25
**important**  111:9
    166:1 178:10
    182:2
**imported**  121:25

**impose**  150:7
**impossible**  152:12
    152:13
**improper**  113:13
    114:3,21 120:9
    148:17,21
**inapplicable**
    114:20
**include**  108:17
    132:12 170:2,13
**included**  112:12
    132:21
**including**  104:25
    122:16 204:16
**inconsistency**
    193:10,12
**inconsistent**
    135:15 138:16
**incorporate**  112:1
    112:16
**incorporated**  67:6
    200:23
**incorporates**
    165:8
**increase**  117:24
**indefinite**  106:21
**indemnity**  164:13
**independent**
    32:22 82:17
**indication**  188:9
**indiscernible**
    133:9,11 184:11
    184:18 185:1,3,4
    186:4,5,7,13,17
    202:25 203:1
    208:7,24 209:8
    210:8,15,17
**individual**  114:20
    114:24 117:6,15
    119:20 121:14,25
    122:19 123:1
    127:13 129:1,10
    129:21 140:11,16

145:18
**individually**
    21:22 22:14 58:6
    63:22 64:6 77:2
    77:10 78:21 94:18
    97:10,14 145:19
**industries**  42:22
    87:12
**inform**  189:25
**informal**  204:10
    204:10
**informally**  181:9
    204:20
**information**
    130:19 166:15
    202:21,25 204:24
    208:18,22 210:22
**initial**  133:18
    134:13,20 135:16
    135:22 136:16,18
    137:5,17 138:9
    139:10 144:8
    145:2 149:4
    156:25 157:1
**initially**  158:16
**insert**  118:13
    121:13 123:3
**inserted**  112:23
**inside**  146:16
**insignificant**
    136:20
**instance**  203:10
    209:13
**instructions**
    210:18
**integral**  146:18
    154:13 155:3
    161:21 162:1
    165:1,2,4 166:6
**intended**  107:4
    113:15 166:20
    197:11

**intending**  141:22
**intent**  131:16
**interbanc**  31:6
    81:22
**interest**  173:9
**interject**  160:15
**internally**  119:18
**interpreted**
    176:22
**interrogatories**
    126:2,4,6,6,7,8,9
    126:10,11,17,17
    126:22,25 127:1
    127:11,12,23,25
    128:2,9,15,18
    129:4,5,8,9,13,15
    129:15 130:12,18
    130:20,25 131:4,7
    131:24 132:1,10
    132:13,20,24,25
    133:6 134:3,13
    135:17,22 136:3
    136:15,16,20,21
    138:9,11 139:3
    142:10,12,24
    144:6 201:24
**interrogatory**
    130:4,8 132:6
    135:19,24
**interrupt**  149:3
    156:10
**inventory**  151:15
**investment**  36:6
    84:6
**involve**  108:14
**involved**  161:6
    204:3
**involves**  178:6
**inward**  209:18
**io**  81:19
**irrelevant**  130:23
**isolated**  182:8

**issue** 107:18 117:8
  136:16 142:17,18
  149:25 150:13
  153:2 161:14,17
  165:12 169:20
  170:5 175:18,20
  176:17,19 178:21
  180:3,3 182:9,9
  183:6 192:25
  193:20 194:2
  196:7 198:22,23
**issues** 103:7,10
  122:16,16 124:16
  128:8 135:6 136:4
  137:11 138:14
  142:6,7,16 143:5
  144:8 145:2,19
  153:9 186:16
  197:10
**it'll** 110:11
**ix** 198:22

**j**

**j** 79:8 122:14
**jack** 102:1
**january** 165:4
**jason** 102:2
**jenkins** 101:25
**jersey** 41:22,22
  86:25,25
**job** 152:4
**joined** 203:22
**joint** 103:15
  105:25 136:19
  140:4
**jonathan** 100:14
  101:25
**joshua** 101:24
**judge** 65:23 106:1
  109:4 127:8,11,20
  128:10 129:23
  130:15,21 131:12
  132:2 133:4
  134:18 137:3,16

137:25 139:24
  140:3 141:23
  144:16,18 154:18
  169:4 176:19
  180:9 181:8,14
  182:9,17 183:5
  195:25 198:10
  207:2 210:1
**judgement** 153:19
  153:20 163:3,14
  163:20 164:2,7,18
  165:2,17,18 166:2
  166:7 168:5 169:7
  170:20 174:8
**judgment** 149:9
  165:24 166:8,10
  168:15 174:15
**judicial** 164:25
**jump** 135:7
**jumping** 140:21
**jurisdiction** 114:3
  119:22 120:10
  121:14,15,17
  122:19 148:8,17
  148:23 154:19,23
  157:9 158:19
  159:9 160:6
  161:19

**k**

**k** 11:14 12:6
  17:22 20:22 23:6
  28:6 47:6 49:22
  53:14 57:22 72:5
  72:13 75:4 76:14
  77:18 80:2 85:10
  89:13 90:8,20
  92:13 94:14 102:3
  123:4,15
**kate** 101:8
**keep** 124:6 170:11
  199:1,7
**keeping** 153:23

**kenneth** 101:13
**key** 208:2
**keyed** 198:14,14
**khan** 101:16
**kick** 103:13
**kickstart** 149:8
**kids** 116:13
**kind** 120:8,23
  122:8 149:7 150:1
  152:16 157:24
  171:3 206:18
**kinds** 120:17
  136:11
**kla** 38:14
**know** 105:5
  116:13 117:22
  120:23 124:5
  125:13 127:12,15
  129:18 133:8
  137:19 138:16
  139:1 143:13
  145:6,6 148:15,15
  148:23 149:8
  151:16 152:13
  154:18 155:16
  158:20 161:11
  162:2,5,7,9,13
  166:8 167:7
  174:11 177:11
  178:10 182:1
  184:6 186:9
  188:15 191:22
  192:12 193:23
  199:15 204:7,8,24
  204:25 205:8,14
  205:14,15 206:18
  207:17 209:6,14
  209:17 210:16
**knowing** 180:20
**knowledge** 117:8
**knows** 106:25
  177:25 200:9
  204:25

**kyle** 101:22

**l**

**l** 98:7
**l.l.c** 80:2
**l.l.c.** 1:15 9:14
  11:22 66:14,18,23
  67:4 71:6 72:9
**l.p.** 23:14 28:22
  77:22 80:20
**labels** 163:22
**lack** 114:20
  119:22 120:10
  148:8 159:9
**lakeland** 14:14
  73:16
**language** 103:17
  104:18,23 105:1,2
  105:4 106:9,13,16
  107:9,9,11,12,20
  108:20 109:19
  110:23,23 113:5,6
  114:25 115:2
  120:24 121:24
  123:21 124:9
  125:9,20,23 134:5
  134:15 135:3
  164:8 173:16,21
  174:17 176:9
  183:20 185:1,3,24
  186:3 190:5 191:1
**lani** 98:9,14 106:5
**lani's** 168:19
**large** 128:4 132:3
  140:4 193:4
**largely** 137:11
  159:5
**larger** 133:23
  136:10 179:17
  196:5
**late** 172:15
**latest** 103:6
**laugh** 122:12

| | | | |
|---|---|---|---|
| lauritsch 101:19 | 19:11,19 20:3,11 | 73:7,11,15,19,23 | 67:11 72:1 74:17 |
| lavoy 101:9 | 20:19 21:3,11,19 | 74:1,5,9,13,16,20 | 76:6,18 77:10 |
| law 67:6 98:3 | 22:3,11,19 23:3 | 74:24 75:3,7,11 | 81:14 97:10 98:18 |
| 104:1 112:12 | 23:11,19 24:3,11 | 75:15,19,23 76:1 | lendus 44:14 |
| 116:9 161:24 | 24:19 25:3,11,19 | 76:5,9,13,17,21 | lengthened 136:8 |
| 164:4 166:5 | 26:3,11,19 27:3 | 77:1,5,9,13,17,21 | lenz 101:20 |
| 195:20,21 | 27:11,19 28:3,11 | 77:25 78:4,8,12 | letter 121:7,7 |
| lawrence 98:22 | 28:19 29:3,11,19 | 78:16,20,24 79:3 | 145:5 165:3 |
| 125:15,15,19 | 30:3,11,19 31:3 | 79:7,11,15,19,23 | 174:10 199:7 |
| lawsuit 155:11,11 | 31:11,19 32:3,11 | 80:1,5,9,15,19,23 | 201:10 209:21 |
| lawyer 208:16 | 32:19 33:3,11,19 | 81:1,5,9,13,17,21 | 210:8 |
| lawyering 117:18 | 34:3,11,19 35:3 | 81:25 82:4,8,12 | letters 199:14 |
| lawyers 128:19 | 35:11,19 36:3,11 | 82:16,20,24 83:3 | level 128:25 |
| 132:4 137:23 | 36:19 37:3,11,19 | 83:7,11,15,19,23 | 129:19 194:8 |
| 180:18 199:20 | 38:3,11,19 39:3 | 84:1,5,9,13,17,21 | lexington 100:21 |
| lbhi 99:2 133:13 | 39:11,19 40:3,11 | 84:25 85:5,9,13 | lhm 36:14 84:10 |
| lbhi's 172:12 | 40:19 41:3,11,19 | 85:17,21,25 86:4 | liabilities 203:2 |
| learn 162:17 | 42:3,11,19 43:3 | 86:8,12,16,20,24 | liability 155:21 |
| leave 112:19,19 | 43:11,19 44:3,11 | 87:3,7,11,15,19 | 160:17,20,20,23 |
| 119:4 125:22 | 44:19 45:3,11,19 | 87:23 88:1,5,9,13 | 161:1,8,10 185:20 |
| 126:12 143:9,15 | 46:3,11,19 47:3 | 88:17,21,25 89:4 | 202:11,22 203:6 |
| 200:14 | 47:11,19 48:3,11 | 89:8,12,16,20,24 | 203:18 |
| leaving 208:16 | 48:19 49:3,11,19 | 90:3,7,11,15,19 | lieber 99:6 |
| led 204:6 | 50:3,11,19 51:3 | 90:23 91:1,5,9,13 | lift 183:10 |
| ledanski 97:25 | 51:11,19 52:3,11 | 91:17,21,25 92:4 | light 192:12 |
| 212:3,8 | 52:19 53:3,11,19 | 92:8,12,16,20,24 | lighten 198:11,12 |
| lee 66:5,20 70:25 | 54:3,11,19 55:3 | 93:3,7,11,15,19 | likewise 129:1 |
| left 110:10 169:21 | 55:11,19 56:3,11 | 93:23 94:1,5,9,13 | lilit 102:4 |
| 184:9 | 56:19 57:3,11,19 | 94:17,21,25 95:4 | limit 124:20 |
| legal 152:6 212:20 | 58:3,11,19 59:3 | 95:8,12,16,20,24 | 174:22 |
| lehman 1:7,12,20 | 59:11,19 60:3,11 | 96:3,7,11,15,19 | limited 107:15 |
| 2:3,11,19 3:3,11 | 60:19 61:3,11,19 | 96:23 97:1,5,9,13 | 128:21 140:2 |
| 3:19 4:3,11,19 5:3 | 62:3,11,19 63:3 | 97:17 141:3 | 160:16 |
| 5:11,19 6:3,11,19 | 63:11,19 64:3,11 | 149:12 153:4 | limits 127:9 |
| 7:3,11,19 8:3,11 | 66:3,8,13,17,22 | 154:20 168:11 | line 112:23 113:23 |
| 8:19 9:3,11,19 | 67:3,10,14,18,22 | lehman's 103:17 | 118:12 121:4,20 |
| 10:3,11,19 11:3 | 68:1,5,9,13,17,21 | 110:23 154:2 | 122:23 123:2,4,12 |
| 11:11,19 12:3,11 | 68:24 69:3,7,11 | 161:1 | 135:1 187:23 |
| 12:19 13:3,11,19 | 69:15,19,23 70:1 | lend 88:6 | lines 113:21 121:5 |
| 14:3,11,19 15:3 | 70:5,9,13,18,22 | lendia 90:4 | lipshi 100:9 |
| 15:11,19 16:3,11 | 71:1,5,9,13,17,21 | lending 1:23 11:6 | lipshie 100:14 |
| 16:19 17:3,11,19 | 71:25 72:4,8,12 | 16:22 20:6 21:6 | list 142:17 |
| 18:3,11,19 19:3 | 72:16,20,24 73:3 | 22:14 30:14 63:22 | |

**listed**   105:17
  120:8,23 148:16
  153:2,3 154:12
  174:19
**literally**   108:21
  110:13 138:10,11
  161:9 164:3
  178:18 184:23,24
**litigate**   132:4
**litigated**   104:24
**litigation**   133:24
  157:21 158:6
  159:18,21 171:23
  173:3,3 204:21
**little**   103:12,12
  152:15 175:1
  192:25
**live**   110:12 125:1
**lived**   155:13
**llc**   1:23 5:14 7:14
  11:6 12:6,6 14:22
  16:6 17:22 20:22
  23:22 28:6 29:14
  31:6 33:22 40:6
  43:14 44:14 50:14
  52:14,22 57:22
  62:14 66:10,25
  67:7,8,11 69:4
  70:2 72:1,13,13
  73:20 74:10 75:4
  76:14 78:1 80:2
  80:13 81:2,22
  83:4 86:1,5 87:20
  88:6 91:2 92:1,5
  94:14 96:20 99:11
  99:15,21
**llp**   15:22 61:14
  74:6 96:8 98:16
  99:1,10 100:1,16
**lo**   17:22 57:22
  75:4 94:14
**load**   177:23,23

**loaded**   192:9
**loan**   11:14 14:6
  18:14 19:14 50:22
  51:22 53:14 72:5
  73:12 75:12,24
  91:6,18 92:13
  128:7,7,25,25
  129:11,20,21,23
  129:24 130:2
  138:16 144:2,3,5
  144:10,22,22,24
  147:7,11,13,15,18
  147:22 148:5,15
  148:21,25 149:12
  149:15,16,18,22
  150:5,6,8,20,25
  151:9,13 152:18
  152:19,22 154:12
  154:24 161:2
  162:7 163:25
  177:1,13,25
  178:13,19 179:1
  180:25 181:6,22
  182:7,8,20 183:14
  183:25 184:12,13
  184:19 185:5,14
  194:8,10,15
  196:18,19,23
  197:7,8 203:2
**loandepot.com**
  86:1
**loans**   11:14 49:22
  53:14 72:5 90:20
  92:13 117:8,9,9
  128:4,16 129:14
  129:22 130:22
  131:3,18,21 132:5
  144:24 153:2
  162:6 193:22,22
  195:9 196:15,23
  203:11
**lob**   142:16

**local**   165:22 174:1
**logistical**   199:6
**long**   111:13,14
  125:3 136:1,4,5,5
  136:7,25,25
  139:13 142:1
  189:16
**longer**   151:20,22
  155:6
**look**   113:18,19
  117:22 120:3
  124:19 134:12
  137:19 145:3
  155:23 185:7
**looked**   210:9
**looking**   104:10,11
  107:21,22,23
  126:14 133:19
  167:8 186:16
**lost**   177:21 186:25
**lot**   109:23 117:16
  133:15 134:2
  138:6 142:7
  147:23 172:19
  190:21
**lowercase**   123:6
**lpas**   171:7
**lucky**   144:25
**lunch**   211:5
**luxmac**   89:25
**luxury**   37:6 84:18

**m**

**m**   99:8 100:7
**mae**   112:24
**magnitude**   183:17
**maher**   99:1,7
  107:4,5 149:17,21
  150:12 151:5
  152:2,10 154:5
  157:16,19 158:3,9
  158:13,16,23
  163:13 165:12,15
  165:21 167:13,17

167:20,23 168:5
  168:10 169:6,22
  170:4 171:10,13
  171:15 172:17
  173:19,22 174:4
  175:7,9 176:10
  178:16 180:10
  183:7 188:9,12
  189:15,22 190:7
  192:24 193:3
  197:10,16,19,25
  198:4,7,17 204:9
  204:14,19 205:1,5
  205:12,24 206:7
  206:10,15,18,21
  207:8,11,13,15,25
  208:11,25 209:10
  210:21,25
**making**   110:15
  136:2,2 152:17
  153:16 157:14
  166:17 169:10
  183:16 191:16
  202:18
**management**
  104:19 110:8
  133:13 134:4,16
  135:11 136:18
  177:8 183:5
**manka**   101:8
**manner**   178:20
**map**   182:12
**mara**   99:6
**march**   65:5
  103:14 207:6,23
  212:25
**maribella**   14:22
  73:20
**mark**   148:1
**market**   47:14
  89:17 100:3
**markets**   52:6
  91:22

**markowitz** 101:5
125:14,17,17
156:10
**mason** 33:22
34:14 83:4,12
**master** 104:21
**match** 143:13
196:22 197:16
**matching** 195:20
**material** 128:25
**materials** 183:12
**mathew** 101:19
**matter** 1:5 104:20
114:21 120:10
124:16 136:18
147:9,12 148:8,17
148:22 154:19,23
158:19 159:9
160:5 161:19
164:4,16 174:13
203:22 205:19
**matters** 124:16
**matthew** 65:25
**matured** 154:21
**mc** 17:22 57:22
75:4 94:14
**mcduffie** 34:14
83:12
**mean** 109:13,14
111:5 114:22
117:18 118:20
127:17 128:12,18
128:18,19,20
131:13 135:25
136:1,13,22
141:12 142:3
146:4 149:3,15
150:4 151:4 152:8
159:11 160:13
166:19 167:2,7
174:2,7 176:22
190:6 198:1 205:8
208:22

**meaningful** 140:6
144:2,5,17,21,23
**means** 141:12
165:3,4 175:23,25
180:4
**meat** 144:24
**mechanism**
117:13 119:21
137:9
**media** 186:5
**mediations** 151:3
**meet** 145:25
175:22 180:5
188:14 189:8,13
189:16 193:24
194:19 195:14,17
195:24 196:2,7,9
196:13,25 197:19
209:22
**meeting** 178:4
182:11
**meets** 161:12
**mega** 9:22 56:14
71:10 93:24 94:2
**megastar** 8:22
56:22 70:19
**melville** 99:23
**memorandum**
67:6
**mention** 181:23
**mer** 59:14 95:9
**merge** 81:2
**merger** 44:14
62:14 78:25 84:2
86:1 88:6 91:10
96:20
**merits** 113:8
**merrimack** 34:22
83:16
**meshach** 66:11
67:1
**met** 187:6 189:10

**miami** 99:17
**michael** 101:6,7
101:15
**microphone**
156:12
**mid** 155:22
**middle** 134:19
190:2
**million** 128:6
**mind** 145:20
168:9
**mineola** 212:23
**minutes** 159:2
162:5 169:15
181:21
**minutiae** 188:10
**miscellaneous**
209:20
**miserable** 172:22
**mislocated** 117:12
**missed** 134:8
188:24
**missing** 178:15,16
**misunderstanding**
179:9
**mix** 137:22
**mizrahi** 102:2
**mm** 104:16
151:18 200:24
206:9
**modified** 103:21
**modify** 105:1
**mohan** 101:11
**moment** 176:11
177:7 200:25
**monarch** 43:22
87:24
**months** 136:5
178:18 179:11
180:19,20 183:9
183:13 188:21,22
188:23 189:3
191:9 198:16

209:16
**morning** 105:16
106:6,7
**mort** 86:1
**mortgage** 1:15 2:6
3:21 4:6,14 5:6,14
6:6,14,22 7:6,14
8:6 9:14 10:6,22
11:22 12:6,14
13:6,14,22 14:6
14:14,22 15:6,14
15:22 17:6,14,22
18:6,22 19:6,22
20:14,22,22 21:22
22:6,22 23:14,22
25:6,14 26:6,22
27:6,14,22 28:6
28:14 29:14,22
30:6,22 31:6
32:14,22 33:6,22
34:6,14,22 35:14
37:6 39:14,22
40:6,14 41:6,14
41:22 43:6,14
44:6,22 45:6 46:6
46:14,22 47:6,6
47:14,22 48:22
50:14 52:22 54:6
54:14,22 55:6,14
56:6 57:6,22 58:6
58:22 59:6,14,22
60:6,14,22 61:6
61:14,22 62:6,22
63:14 64:6 66:10
66:10,14,18,23,25
66:25 67:4,7,8,15
68:10,14,18,25
69:4,12,16,20,24
70:2,10 71:6,14
71:22 72:9,13,17
72:25 73:4,8,12
73:16,20,24 74:2
74:6,21,25 75:4,8

75:16,20 76:2,10
76:14,14 77:2,6
77:14,22 78:1,17
78:21 79:4,12,16
79:20,24 80:2,6
80:10,12,12,16
81:2,6,10,18,22
82:13,17,21 83:4
83:8,12,16,24
84:18 85:22 86:5
86:9,17,21,25
87:16,20 88:2,10
88:14 89:1,5,9,13
89:13,17,21 90:8
91:2 92:5,21,25
93:4,8,12,20 94:6
94:14,18 95:1,5,9
95:13,17,21,25
96:4,8,12,16,24
97:6,14 98:3,10
98:17 99:11,11,12
99:13,14,14 100:2
100:10,17,19,19
106:6 153:3
200:19,22 203:2
**mortgage.com**
97:2
**motion**  66:4,9,19
66:24 67:5 70:24
80:11 113:8,9,15
113:24,24 114:9
115:1,25 116:18
117:19,21 118:13
120:6,7,23 121:5
121:9,14 122:16
122:20,23 123:1
134:22 138:17
148:3,23 149:5
153:16,18,19,19
153:21 155:1
156:8 157:9,14,24
158:15,16,19
159:3,4 161:23

162:17 163:8,10
163:12,14,17,18
163:24 164:1,2,8
164:18 165:2,11
165:17,18,24
166:1,8,15,17
168:1,6,11,13,14
168:20,25 170:20
170:22 171:24,25
172:3 173:4,12
174:8,15,23 175:2
190:14,22 203:14
208:7 210:15,17
**motions**  113:3,12
115:4 116:3
119:19,21 120:19
123:25 137:5,6,8
137:8,20,20 147:2
148:6 149:9
153:22 158:2,7
170:22 186:21
199:6,25 208:5
209:13
**mountain**  21:14
52:14 76:22 92:1
99:12
**mouth**  172:25
**move**  109:14,19
110:7,8 133:14
138:2 149:6
151:14 167:10
174:18 178:25
179:13,23 183:11
186:24 199:18
**moves**  173:6
**moving**  145:13,13
153:24
**moye**  100:1
**multiple**  125:11
166:20,20,20
194:11 196:14

**n**

**n**  90:12 98:1
103:2 212:1
**n.a.**  23:6 37:22
39:6 49:6 77:18
85:1,18
**n.j.**  30:6 81:10
**n.w.**  98:19
**name**  209:8,10
210:23,25
**named**  203:3
**narrow**  103:5
**narrower**  156:24
**natio**  90:24
**national**  13:6
15:14 16:6 50:6
60:14 72:25 74:10
90:24 95:21
**nature**  186:16
**necessarily**
111:15 124:18
152:22 163:3
209:4
**necessary**  123:22
193:25 194:2,3
195:13 200:2
**need**  121:24 122:6
124:6 126:20
131:4,5 132:7
136:3,6,7 140:6
144:2,24 149:13
149:15 151:15
162:4 166:10
169:3 170:10
173:23 177:25
178:11 180:21
182:20,21,23,24
206:18 209:2,5,6
209:18
**needs**  120:7,7
134:23 144:1,25
149:12 200:8

**negative**  191:1
**negotiate**  142:11
**negotiated**  145:16
156:23 179:5
193:24
**negotiating**
134:20 138:6
176:25 177:22
180:19 183:21
185:12
**negotiation**
136:18 178:12
179:20
**negotiations**
127:6 136:9
**nemeth**  100:9
**network**  21:6
35:14 76:18 83:24
182:12
**never**  146:6
155:14
**new**  1:2 8:6 41:22
57:6 65:3 70:10
86:25 94:6 98:12
99:4 100:22
110:19 114:23
116:13 117:20
122:13 154:23
170:6
**nice**  198:13
**nicholas**  99:25
**ninety**  189:20
**nitpick**  143:13
**nits**  118:20,21
119:12 121:4
**nl**  44:14 88:6
**nobody's**  209:1
**non**  207:15,18
**normal**  133:24
150:16 157:21
158:4,6 164:22,23
164:24 171:22
172:2 173:2,3,10

173:17 175:21
176:5 180:11
181:18,23,24,25
182:10 184:21,25
185:9 204:21
**normally**  203:7
**north**  18:22 51:14
75:16 91:14
**note**  160:17 202:1
**notice**  67:12,16,20
67:24 68:3,7,11
68:15,19,22 69:1
69:5,9,13,17,21
69:25 70:3,7,11
70:16,20 71:3,7
71:11,15,19,23
72:2,6,10,14,18
72:22 73:1,5,9,13
73:16,21,25 74:3
74:7,11,14,18,22
75:1,5,9,13,17,21
75:25 76:3,7,11
76:15,19,23 77:3
77:7,11,15,19,23
78:2,6,10,14,18
78:22 79:1,5,9,13
79:17,21,25 80:3
80:7,17,21,25
81:3,7,11,15,19
81:23 82:2,6,10
82:14,18,22 83:1
83:5,9,13,17,21
83:25 84:3,7,11
84:15,19,23 85:3
85:7,11,15,19,23
86:2,6,10,14,18
86:22 87:1,5,9,13
87:17,21,25 88:3
88:7,11,15,19,23
89:2,6,10,14,18
89:22 90:1,5,9,13
90:17,21,25 91:3
91:7,11,15,19,23

92:2,6,10,14,18
92:22 93:1,5,9,13
93:17,21,25 94:3
94:7,11,15,19,23
95:2,6,10,14,18
95:22 96:1,5,9,13
96:17,21,25 97:3
97:7,11,15,19
164:25 188:12
189:18 190:6
191:2
**notices**  197:1
**notion**  128:13
199:5
**notwithstanding**
120:5 159:4
**nova**  36:6 84:6
**number**  106:22
107:15 110:17
117:3 126:25
128:4 132:3,18
139:9,14,15,24
140:4 142:15,23
150:9 152:23
174:25 190:7
193:4,7 195:11
197:10 209:9,11
210:25
**numbers**  125:25
153:2,4
**numerous**  105:3
157:1
**ny**  65:3 98:12
99:4,23 100:12,22
212:23

**o**

**o**  65:21 103:2
212:1
**oaktree**  7:22
57:14 70:6 94:10
**object**  176:3
180:12 182:15
200:8

**objecting**  177:16
179:3
**objection**  125:13
125:23 182:19
195:16 199:10
**objective**  196:3
**obligated**  106:23
**obligations**
179:25 186:6,13
203:2
**obtain**  193:1
**obvious**  103:9
**obviously**  103:6
107:6 110:13
111:15 112:18
133:14 135:16,19
139:17 153:17
155:18 164:7
184:12 186:13
190:21 196:2
**occasions**  117:4
**occupancy**  131:16
**occur**  190:7 191:2
194:17
**occurred**  138:17
157:6
**occurs**  164:8
188:15
**offer**  146:2 149:8
154:2 187:21
188:7 189:14
190:3
**offered**  147:14
189:11
**offering**  190:17
**office**  136:14
**oh**  125:17 178:12
185:25 187:11,25
200:22 209:17
**okay**  103:3,4,11
103:19 104:3,15
105:10,12,18,19
105:23 106:2

107:19,25 108:8
108:22,25 109:11
111:3,17 112:20
112:21 113:2,11
114:13,16,19
115:6,8,8,13,23
116:2,6 118:6,12
118:15,16,19
119:5 120:3,20,21
120:25 121:1,19
122:13,18,25
123:14,17 124:24
124:25 125:2,5,21
125:22,24 126:1
126:20,21 127:3
131:6 132:9,25
136:22 139:3,5
140:21,22,25
141:6 142:12
143:14,18 144:14
145:9,13 146:11
147:5,6,7 148:7
149:11,20 152:5,9
153:8,10 154:10
156:3 157:8,11,25
158:4 160:11,19
160:20 161:4
162:4,6,21,22
163:7,24 167:22
167:25 170:3
173:15,23 175:17
176:23 177:22,23
180:19 183:2
187:4 189:4,7,22
190:4 196:14,21
197:18,21 198:6,8
198:13,22,22
199:11,13 201:8
201:12,16,19,22
201:25 202:2,10
203:12,23 204:13
204:18 205:8,22
206:5 207:5 208:1

208:2,9,25 209:3
209:17,25 210:3,5
210:10,20 211:4
**old** 212:21
**omnibus** 118:13
122:16,23
**once** 134:4,16
157:9
**one's** 166:12
**open** 103:7,10
163:23 204:10
**operative** 173:16
**opinion** 169:9,9
196:4
**opportunity**
134:16 137:9
141:16 158:7
164:15 180:12
192:20 206:25
**opposed** 120:9
125:12 170:9
195:10 199:3
**opposite** 144:8
192:14
**oral** 122:15
**order** 104:19,20
106:17,18 107:14
108:20 109:20,22
110:8 111:10,12
121:20 124:13,20
133:13,19 134:4
134:10,14,17,20
135:11 137:24
139:5,17 144:11
144:21 149:13
151:7 152:4
153:17 157:12
158:1,12 162:19
165:13,16,23
170:2,14 174:22
177:8 179:23,24
183:5 186:19
189:6 190:8 191:7

191:9 194:20
198:18 199:3
202:4 203:9
206:12,13,21,21
207:10,23 209:4
210:19
**ordered** 105:3
182:7 206:11
**ordering** 152:3
**orders** 104:24
108:23 136:9
183:17 206:23
209:18
**ordinary** 149:5
154:9 171:11
204:1
**organization**
175:24 185:19
**organized** 149:24
178:19
**organizing** 147:21
**oriented** 126:21
**original** 104:19
170:9 199:22
**originally** 187:22
**originated** 153:3
**originator** 196:14
196:17
**originators**
194:11
**oro** 16:14 74:14
**ought** 159:8
**outcome** 118:25
119:3,8 130:7,9
**outlined** 173:8
**outside** 149:10
158:12
**overlap** 141:13
142:8
**owners** 153:3
191:22

## p

**p** 98:1,1 103:2
**pacific** 2:6 19:6
59:22 67:15 75:20
95:13 99:14
**page** 104:9,17
111:18,19 112:22
113:2,4,17,19
114:25 115:3,3,9
115:23 116:4,15
117:12 118:6,20
119:14 120:15
121:25 122:13,14
123:13,16,18
124:2,13 125:5
126:1 134:12
139:2 146:12
155:23,25 156:2,3
156:25 165:15,21
176:12 185:25
186:24 187:4,17
188:19 189:1
193:17 195:17
199:18 201:3
**pages** 142:1,25
**panoff** 101:17
**paper** 142:20
**paragraph** 104:19
104:20 106:17,18
111:18 112:22
118:7 119:19
120:4 122:14
154:4 174:21
175:18 176:16
182:19 185:11
186:24 187:4,5
193:17 199:18,18
202:24
**paramount** 6:6
69:12
**pardon** 202:24
**parenthesis**
122:21

**parenthetical**
112:24 125:6
**park** 98:11
**parkside** 11:6
72:1
**parse** 141:11,12
143:13
**part** 110:20 114:8
140:5,23 150:1,15
154:5 155:20
177:17,19 178:20
203:20
**partial** 153:20
**participation**
124:14,18
**particular** 112:2,9
119:18 130:4
132:6 134:2 153:2
159:22,22 173:9
176:20 208:20
**particularized**
177:18
**particularly**
135:12 145:20
**parties** 104:25
109:19 110:5,18
122:4 123:2
145:25 175:21
176:24,25 182:5
185:12,13,18
186:12 188:14
189:24,25 193:24
195:1,8 196:25
**partners** 26:22
79:12 98:9
**parts** 128:19
**party** 117:7
124:21 126:10,17
139:10 145:17
165:16,23 174:23
190:5,13,13 191:6
191:10 192:19,22
193:1,2 194:2

patience 184:7
patrick 101:11
pc 98:3
pen 121:20
people 109:23
  133:21 149:19
  168:16,22 169:14
  171:22 172:2
  177:24 180:24
  185:2,5 197:16
  200:7 202:20
  204:11,16 205:3
people's 173:7
perfectly 202:5
period 155:6
  156:8 162:19
  164:5 171:2,5,8
  173:13 191:4
  196:15 201:23
permission
  174:10
person 208:13
  210:24
personal 119:22
  121:16,18 124:16
personally 132:5
  146:6
perspective
  128:23
petaluma 98:5
petition 154:20,22
  157:6,10
phase 173:16
philip 101:14
phone 156:11
  176:6 180:25
  202:11 209:9
phrase 207:21
pick 180:24 207:7
piece 116:17
  170:18
piecemeal 149:23

pile 131:24,25
pinks 100:9
place 164:2,3
  181:4
places 117:20,21
plaintiff 1:13,21
  2:4,12,20 3:4,12
  3:20 4:4,12,20 5:4
  5:12,20 6:4,12,20
  7:4,12,20 8:4,12
  8:20 9:4,12,20
  10:4,12,20 11:4
  11:12,20 12:4,12
  12:20 13:4,12,20
  14:4,12,20 15:4
  15:12,20 16:4,12
  16:20 17:4,12,20
  18:4,12,20 19:4
  19:12,20 20:4,12
  20:20 21:4,12,20
  22:4,12,20 23:4
  23:12,20 24:4,12
  24:20 25:4,12,20
  26:4,12,20 27:4
  27:12,20 28:4,12
  28:20 29:4,12,20
  30:4,12,20 31:4
  31:12,20 32:4,12
  32:20 33:4,12,20
  34:4,12,20 35:4
  35:12,20 36:4,12
  36:20 37:4,12,20
  38:4,12,20 39:4
  39:12,20 40:4,12
  40:20 41:4,12,20
  42:4,12,20 43:4
  43:12,20 44:4,12
  44:20 45:4,12,20
  46:4,12,20 47:4
  47:12,20 48:4,12
  48:20 49:4,12,20
  50:4,12,20 51:4
  51:12,20 52:4,12

52:20 53:4,12,20
  54:4,12,20 55:4
  55:12,20 56:4,12
  56:20 57:4,12,20
  58:4,12,20 59:4
  59:12,20 60:4,12
  60:20 61:4,12,20
  62:4,12,20 63:4
  63:12,20 64:4,12
  107:6 108:6,18
  134:15 137:16
  144:3 154:14
  155:14 159:24
  160:12 164:11
  165:7 172:13
  190:11,18 192:12
plaintiff's 164:17
plan 103:20,22
  123:21 126:4,12
  126:15 128:24
  135:13 138:18
  139:8,11 141:16
  145:15,19 146:11
  150:24 156:9,24
  167:15 173:4
  190:20 191:20
  200:1 203:24
plead 164:11
pleaded 157:20
pleading 157:17
  157:21 161:12
pleadings 158:17
  165:11,19 168:7
  168:25 170:20
  174:9
pleads 168:20
please 176:8,11
  176:11 186:23
  202:17 210:11
pled 164:11
  205:13,13
plural 123:16

pm 211:7
pmac 22:14 63:22
  77:10 97:10
point 105:9,20,25
  107:3 108:15
  109:3,3,12,21
  110:9,16 111:22
  111:23 112:6,9
  118:1,17 122:3,3
  123:18 128:10
  131:17 133:3,23
  133:24 137:13
  138:22 140:19
  152:15,25 153:5
  155:13 157:21
  161:4,15,19
  162:12,14 163:16
  163:21 164:19,19
  168:17,22 172:17
  174:16 179:20
  182:9 185:5 191:5
  192:3,6,14 193:9
  193:13,16,18
  195:15,18 199:23
  202:18 205:16
  206:7
pointed 124:1
  193:11
points 116:25
  124:7 172:4
policies 177:2
  182:21 185:15
policy 181:2
poppet 169:25
  170:10
popular 18:6
  51:14 75:8 91:14
portion 183:3
posited 187:22
positing 197:4
position 127:5,7
  131:12 133:13
  139:17 151:4

154:11 161:8
167:21 170:25
192:1 201:7
203:18
**posits** 157:5
**possession** 164:17
**possible** 103:6
118:18 148:6
188:13 189:16
199:2
**possibly** 148:17
148:18,21 165:10
180:3
**post** 157:6,10
**potential** 110:5
**potentially** 131:8
137:20 176:3
200:5
**practical** 107:16
109:2 128:22
147:9,12 150:1
157:4 185:21
**practicality** 147:7
162:4
**practice** 138:17
149:5 173:4
190:22
**pre** 121:5,8,9
154:20
**precisely** 117:3
155:2 166:25
**preclude** 107:6
**precluded** 169:10
192:5
**precludes** 176:2
177:6 191:2
**predicate** 163:17
170:21
**preferred** 103:17
**prejudiced** 173:2
**preloaded** 168:11
**premature** 176:1
178:3 183:4

**prepared** 128:10
**present** 101:1
**preserve** 116:22
116:25 117:14,23
121:20 166:12
**preserved** 186:17
**preserves** 173:6
**preserving** 137:10
**pretend** 196:9
**pretty** 136:14
**prevail** 131:11
132:10,12,19
**prevailing** 130:2
**prevents** 165:16
165:23
**previous** 111:10
111:12
**previously** 108:24
161:6 203:19
204:2 208:12
**price** 99:10
101:12 176:6
184:2,5,5,10,25
186:3,11
**principle** 157:17
**principles** 153:23
**prior** 110:23
116:9 117:19
146:4 162:1
164:18 189:13
**privilege** 186:21
**privileges** 186:15
**pro** 113:15 137:20
**probably** 118:3
118:25 201:23
**problem** 111:14
114:1,14,16
117:11 155:18
176:15 177:5
178:1,3 180:7
185:10 187:8
193:21,23

**procedural** 
133:15 135:2
137:25 143:23
166:12
**procedurally** 
169:12 209:5
**procedure** 111:20
111:24,24 112:1,8
112:9,12,16,17
118:7 119:19
120:13 123:10
124:22 127:9,20
131:17 140:1,13
143:11 173:6
174:3,24,25
182:21 184:16
204:21
**procedures** 
112:11 177:2
181:2 185:15
**proceed** 163:20
173:7
**proceeding** 66:13
66:17,22 67:3,10
67:14,18,22 68:1
68:5,9,13,17,21
68:24 69:3,7,11
69:15,19,23 70:1
70:5,9,13,18,22
71:1,5,9,13,17,21
71:25 72:4,8,12
72:16,20,24 73:3
73:7,11,15,19,23
74:1,5,9,13,16,20
74:24 75:3,7,11
75:15,19,23 76:1
76:5,9,13,17,21
77:1,5,9,13,17,21
77:25 78:4,8,12
78:16,20,24 79:3
79:7,11,15,19,23
80:1,5,9,15,19,23
81:1,5,9,13,17,21

81:25 82:4,8,12
82:16,20,24 83:3
83:7,11,15,19,23
84:1,5,9,13,17,21
84:25 85:5,9,13
85:17,21,25 86:4
86:8,12,16,20,24
87:3,7,11,15,19
87:23 88:1,5,9,13
88:17,21,25 89:4
89:8,12,16,20,24
90:3,7,11,15,19
90:23 91:1,5,9,13
91:17,21,25 92:4
92:8,12,16,20,24
93:3,7,11,15,19
93:23 94:1,5,9,13
94:17,21,25 95:4
95:8,12,16,20,24
96:3,7,11,15,19
96:23 97:1,5,9,13
97:17 106:22
163:4
**proceedings** 67:6
107:14 108:11,13
211:6 212:4
**proceeds** 158:5,5
**process** 110:2
116:14 119:23
135:24 150:16
151:13,20,22
154:1 173:1 176:1
176:5 177:18,20
178:2,3,5 179:23
180:5,11 181:8,19
181:24,24,25
182:10 185:1
189:15
**produce** 149:18
150:20 154:2
158:8 167:15,23
170:8 171:22,23
172:14 175:25

177:13 178:19
181:1,2,22 182:2
182:6,20,22,23,24
183:2,14 184:15
192:16 204:1
**produced** 166:16
169:8 171:1,10
174:9 182:16
197:14
**producing** 149:12
149:23 150:14
151:16 157:22
179:15 182:7
183:11,12 190:23
**product** 103:16
**production**
130:10 139:5,8
140:11,17 141:2
141:10,17 149:14
150:10 153:11,16
154:4 158:18
162:18 163:2
170:25 171:6
172:16 173:3,11
175:22 176:5,19
180:11 181:19
182:10 184:17,18
185:8,9,21 186:14
186:15 194:18
**progeny** 161:24
**progress** 169:20
**proof** 128:24
144:23 195:23
**property** 191:22
**proposal** 103:9
169:5 179:12
201:11
**proposals** 136:24
**propose** 135:3
**proposed** 108:5
113:5,7 133:13
206:12 210:19

**propound** 143:15
**protection** 170:9
**protective** 133:19
134:20 137:24
**protocol** 133:19
134:23 137:5
179:5 189:24
193:25 194:20,23
195:6
**protocols** 149:19
183:13
**prove** 128:25
**provide** 128:2
131:18 146:19
186:8
**provided** 139:12
158:17 159:25
176:24 185:12
186:5 190:5
208:17
**provides** 134:15
141:15
**providing** 119:9
119:12 173:5
198:2
**provision** 119:15
149:1 197:17
**public** 164:16
**pulling** 191:12
**purchase** 148:25
154:24 161:2
181:22 183:25
194:10 196:18,19
196:23 197:8
**purport** 146:24
**purports** 158:1
**purpose** 125:9
141:1 155:10
171:3 192:19
**purposes** 108:4,6
**pursuant** 154:18
172:1 173:10,18
175:21 176:4

180:10 210:18
**push** 135:13,14
**put** 135:6 137:15
151:15 156:7
159:14 161:7,19
175:24 183:8
185:6 187:10
190:24 198:18
199:24 201:23
209:3,4
**putting** 124:6
183:13

**q**

**qualified** 191:14
191:16
**quality** 185:19
**question** 129:23
130:11 133:4
150:22 157:25
**questions** 129:18
166:10 195:8
**quibbled** 123:9
**quicker** 150:18
**quickly** 184:6,8
**quite** 158:4
**quote** 104:22,22
106:8,9,16 107:21
107:22,24 108:2
111:14 155:15
161:21 170:23
175:3

**r**

**r** 65:21 98:1 99:6
103:2 212:1
**radically** 116:23
**raised** 122:17
193:19 205:21
**rajeev** 102:3
**rate** 5:22 55:22
69:8 93:16
**rate.com** 55:22
93:16

**rbc** 37:14 45:6
84:22 88:14 98:17
**reach** 126:5
189:17,17 195:9
195:12 197:20
210:10
**reached** 187:7
193:3
**read** 122:14 124:3
176:8,12,23
**readiness** 200:1,9
200:14
**ready** 149:16
150:5,6 151:23,24
175:25 200:2,10
**real** 16:14 42:14
42:22 74:14 87:8
87:12 92:17
100:18 192:23
208:8
**realistic** 171:2
**reality** 9:6 151:25
**really** 109:17
117:17 121:14
127:7 136:1
139:23 150:13
166:12 167:10
168:3,14 174:11
192:22 194:5
195:14 198:11
203:15 204:4
**realty** 53:22 66:5
66:6,20 70:23,25
71:2
**reason** 105:1
106:21 113:7
133:14 138:10,11
147:1 149:14
150:10 183:19
190:12
**reasonable**
136:11 138:5,7
142:22 146:3

150:19,21 153:23
170:20,23 171:2
175:3 179:18
185:8 204:23
**reasoning** 127:7
**reasons** 172:14
**recall** 187:13
195:18
**receipt** 174:19
**receive** 162:18
172:1 202:21
**received** 134:17
153:15
**receiving** 175:15
**recess** 169:19
**recollection** 107:4
**record** 66:4,9,19
66:24 70:24 80:11
116:22 164:16
174:4,7 178:17
180:12 207:3
212:4
**reference** 173:25
174:1 200:5 201:4
**references** 165:7
**referential** 120:8
**referring** 199:3
**reflected** 114:24
171:6
**reflects** 136:3
**refrain** 193:16
**refuse** 150:23
**regard** 145:1
161:8 202:21
**regarding** 177:3
182:22 185:15,18
193:19
**reiterate** 116:7
**relate** 143:5
**related** 142:15
185:20
**relating** 152:18

**relatively** 202:19
**relied** 155:20
**relief** 145:5
152:14 158:25
**relies** 165:8
**relitigating** 105:2
**relocate** 115:14
**reluctantly**
109:22
**rely** 164:21
166:13
**remain** 103:7
**remainder** 135:10
**remember** 144:22
208:22
**remove** 111:4
**removed** 208:7
**renegotiate**
179:21
**repeat** 137:10
143:21
**replies** 132:6
**reportedly** 155:19
**reports** 193:22
**represent** 132:18
201:21
**representation**
110:16,22
**representations**
155:16,17
**representing**
127:13
**represents** 103:16
103:17 193:5
**reps** 155:19,22
159:22,23 160:2
**republic** 17:22
25:14 57:22 58:6
75:4 78:21 94:14
94:18
**request** 121:5,7
125:12,13 127:18
138:1 139:5,7,12

141:25 144:9
145:2,5,13 158:24
170:6,15 171:13
171:22 179:8
182:17 184:17,18
185:9 199:7 204:7
209:22 210:5
**requested** 146:17
181:18 184:21
**requesting** 174:10
184:22 202:19,21
**requests** 125:10
139:9,10,15,15,16
139:20 140:11,16
141:2,10,17 142:6
142:15,16,25
143:1,6,10,12,14
143:15 144:6,8
145:16,17,18,20
146:1,7 154:6,6,7
154:8 172:2
173:18 179:6
183:9 190:23
**require** 137:12
181:3
**requirements**
161:12
**requires** 183:5
**reservation**
123:21 124:1,5,12
124:23 173:24
186:6,11
**reservations**
165:15,21
**reserving** 123:23
**residential** 6:6
10:22 24:14 48:14
58:14 69:12 71:22
78:9 90:4 94:22
**resolution** 103:11
126:5 195:12
**resolve** 161:17
170:4 204:19

**resolved** 162:2
166:11
**resp** 148:13
**respect** 123:25
124:4,7 126:3
145:21 152:24
154:16 157:9
158:17 159:22
160:22 162:23
166:12,15 172:7
173:16 175:18
183:19 186:6,15
193:10 199:4
208:12
**respectfully**
113:19 132:14,22
148:10 192:24
**respond** 134:22
154:8 167:9
171:15 176:3
184:19 203:16
**responding** 103:4
190:23 209:2
**response** 19:22
58:22 76:2 95:1
177:18,20 180:12
182:14,16 184:17
184:25 189:11
205:21
**responses** 147:2
**responsibility**
152:4
**responsive** 145:7
**result** 162:18
163:6 203:3 204:6
**retreading** 186:19
**reveal** 163:10
**review** 123:24
207:1
**revised** 206:12
**revision** 175:10
**rfc** 193:20

**rhoades** 66:11
  67:1
**ridiculous** 169:14
**rigano** 99:21,25
**right** 103:24
  106:4 108:10,12
  110:21,24 111:3
  111:18 112:2,14
  114:6 116:5,14,15
  117:10 119:15,20
  119:21,24 120:1,9
  121:3 122:1,9,14
  124:21 125:21,23
  128:19 129:3,6,14
  133:2 134:1
  137:18 140:22
  141:7,22,22
  142:10 143:3,18
  144:18 145:4,22
  146:6,10 149:2
  153:8 154:10
  156:5,15 157:18
  158:3,4,14 159:8
  160:6,8,13,20
  162:6,16 163:7
  166:11,23 169:1,2
  169:15,20 170:19
  171:12,14,16
  173:12,18 174:18
  174:23 175:11,14
  175:16,17 176:3
  177:13 178:6,11
  180:1 182:15
  189:23 190:8
  191:5,25 192:4,11
  192:15 194:9,25
  195:5 196:20,24
  197:21 199:19
  202:18 204:18,22
  205:23,25 206:17
  206:20 208:5
  210:13 211:4

**rights** 117:14,24
  121:21 123:21,24
  124:2,5,6,8,8,12
  124:23 137:10
  140:2 141:23
  146:20,22 153:24
  154:17,21,21
  155:2 166:12
  168:1 173:7,24,25
  174:2 186:6,11,12
  186:13,20
**rmbs** 106:22
  117:9 144:18
  195:19
**rms** 38:6 85:6
**road** 99:22 212:21
**robert** 101:4
**role** 132:17
  195:22
**roll** 173:4
**rollin** 195:20,21
**rolling** 151:8
**roman** 124:13
  199:19,19,24
**romanette** 123:23
  124:4
**rome** 100:16
  208:6
**rosenthal** 101:24
**ross** 15:6 62:22
  73:24 96:24
**roughly** 203:21
**round** 137:12
  155:5
**rounds** 166:21
**rubric** 174:14
**rule** 113:3,24
  120:6,19,22 123:5
  123:15 124:22
  153:20 164:22
  165:22,23 168:19
  168:24 174:1,18
  174:24,24 205:10

**ruled** 172:18
**rules** 111:20,23
  111:25 112:8,8,10
  112:11,15,16,18
  123:10,12,16
  124:21 127:9,10
  127:19 131:17
  140:1,2,12 153:25
  174:2 186:5 199:2
  199:4 207:16
**rulings** 116:9,12
**rummage** 168:12
**run** 162:15

**s**

**s** 58:6 63:22 77:10
  94:18 97:10 98:1
  103:2 122:21,21
**sacramento** 21:22
  77:2
**safety** 166:14
**sale** 172:12
**salem** 43:14 87:20
**salter** 100:24
  168:18,23 170:12
  208:6,7,17,20
  209:7
**salter's** 169:24
**sam** 101:18
**sandler** 98:16
**santander** 23:6
  77:18
**savings** 31:14,22
  38:14 82:1,5
  85:10 100:18
**saw** 191:7
**sawnson** 201:9
**saying** 107:5
  130:13,14 150:13
  150:17 151:5
  152:18 161:6
  168:24 169:5
  175:4 178:23
  179:13,20 180:22

184:12 201:10
  204:22
**says** 104:18
  118:13 120:5
  121:8 125:7
  127:21,22,22
  134:12 138:9
  164:4 174:17,21
  176:23 177:21
  183:20 185:3,11
  185:24 186:11
  191:3 194:8
  202:25 209:17
**scc** 1:3,10 2:1,9,17
  3:1,9,17 4:1,9,17
  5:1,9,17 6:1,9,17
  7:1,9,17 8:1,9,17
  9:1,9,17 10:1,9,17
  11:1,9,17 12:1,9
  12:17 13:1,9,17
  14:1,9,17 15:1,9
  15:17 16:1,9,17
  17:1,9,17 18:1,9
  18:17 19:1,9,17
  20:1,9,17 21:1,9
  21:17 22:1,9,17
  23:1,9,17 24:1,9
  24:17 25:1,9,17
  26:1,9,17 27:1,9
  27:17 28:1,9,17
  29:1,9,17 30:1,9
  30:17 31:1,9,17
  32:1,9,17 33:1,9
  33:17 34:1,9,17
  35:1,9,17 36:1,9
  36:17 37:1,9,17
  38:1,9,17 39:1,17
  40:1,9,17 41:1,9
  41:17 42:1,9,17
  43:1,9,17 44:1,9
  44:17 45:1,9,17
  46:1,9,17 47:1,9
  47:17 48:1,9,17

49:1,9,17 50:1,9
50:17 51:1,9,17
52:1,9,17 53:1,9
53:17 54:1,9,17
55:1,9,17 56:1,9
56:17 57:1,9,17
58:1,9,17 59:1,9
59:17 60:1,9,17
61:1,9,17 62:1,9
62:17 63:1,9,17
64:1,9 66:3,8,13
66:17,22 67:3,14
67:18,22 68:1,5,9
68:13,17,21,24
69:3,7,11,15,19
69:23 70:1,5,9,13
70:18,22 71:1,5,9
71:13,17,21,25
72:4,8,12,16,20
72:24 73:3,7,11
73:15,19,23 74:1
74:5,9,13,16,20
74:24 75:3,7,11
75:15,19,23 76:1
76:5,9,13,17,21
77:1,5,9,13,17,21
77:25 78:4,8,12
78:16,20,24 79:3
79:7,11,15,19,23
80:1,5,9,15,19,23
81:1,5,9,13,17,21
81:25 82:4,12,16
82:20,24 83:3,7
83:11,15,19,23
84:1,5,9,13,17,21
84:25 85:5,9,13
85:17,21,25 86:4
86:8,12,16,20,24
87:3,7,11,15,19
87:23 88:1,5,9,13
88:17,21,25 89:4
89:8,12,16,20,24
90:3,7,11,15,19

90:23 91:1,5,9,13
91:17,21,25 92:4
92:8,12,16,20,24
93:3,7,11,15,19
94:1,5,9,13,17,21
94:25 95:4,8,12
95:16,20,24 96:3
96:7,11,15,19,23
97:1,5,9,13,17
**schedule**  121:8,13
122:5,11 138:5
157:2 170:9
**schedules**  137:23
152:25
**scope**  104:18
**search**  133:20
134:23 176:25
178:6,15 180:19
181:3,5 183:21
185:13,21
**searchable**  151:15
**seat**  103:3,3
**seattle**  38:14,14
85:10,10
**sec**  1:18 67:10
82:8 93:23
**second**  122:3
123:12 126:21
153:9 162:9 199:9
**section**  124:2
156:15,17,23
186:4,17
**security**  15:14
20:6 76:6 98:18
**securitynational**
59:6 74:2 95:5
**see**  114:1 135:9
136:16 148:5
186:8 187:25
194:14 197:20
203:15 206:6
207:6

**seek**  109:20 110:7
111:21 123:24
126:11 142:23
143:15 144:16
176:4
**seeking**  127:8
134:3 137:2,3
140:1 141:23
157:19 179:9
**seeks**  123:20
**self**  106:25
**seller's**  177:3
182:22 185:16
197:13,17
**send**  136:24 145:4
167:3 199:14,14
207:9 209:7 211:2
**sending**  210:21,23
**sense**  105:4
128:17 159:19
169:17 186:22
199:6 210:6
**sent**  165:3 200:10
209:21
**sentence**  107:22
145:24 161:9
202:24
**separate**  110:11
140:19 150:13
182:9
**separated**  106:1
**serafin**  102:5
**seriously**  131:13
**serve**  126:11
134:3,16 141:3,25
142:24 154:6,7
**served**  134:13
135:4,17 139:4,10
139:16 144:9
145:3 183:4
**serves**  104:20
**service**  126:25
133:6

**servicer**  191:12
**services**  9:6,14
10:22 19:22 22:14
27:22 33:6 35:14
42:14 52:14,22
53:22 58:22 60:6
63:22 66:5,6,20
70:23,25 71:2,6
71:22 76:2 77:10
79:24 82:21 83:24
87:8 92:1,5,17
95:1,17 97:10
100:18
**servicing**  177:3
178:13 182:23
185:16
**set**  127:9 136:15
139:10 150:8
158:1 188:17
199:5
**sets**  143:12
**settlement**  208:21
208:23
**seven**  121:4,5
**shared**  151:1
**sharon**  101:5
125:17
**shea**  6:14 69:16
99:13
**shelley**  65:22
**shift**  141:11
**shoe**  178:23
**short**  140:19
**shorten**  137:2
**shortly**  127:4
168:25
**show**  165:14
191:15
**shown**  143:16
**shows**  103:7
164:10 209:16
**shutout**  132:20

**side** 103:11 127:6
144:18 145:16,18
161:20 172:21
179:22
**sides** 172:25
179:14 181:18
**sierra** 19:6 59:22
75:20 95:13
**similar** 108:11,13
108:16 111:4
120:24 169:24
**similarly** 177:18
**simple** 11:14
53:14 72:5 92:13
127:8 194:9
195:24
**simpler** 142:24
**simply** 105:2
117:12 138:1
192:20 203:7
204:7
**single** 135:19
**sir** 200:17 202:17
**sit** 138:12 157:22
180:25
**sitting** 127:13
**situation** 128:3,13
139:25 160:17
172:13 197:4
198:12 203:18
209:16
**six** 121:4 168:16
168:22 191:8
**sixty** 136:4,25
175:15
**skip** 134:25
**skyline** 38:22
85:14
**small** 111:23
198:23 202:19
**smart** 148:20
**snowflake** 128:8

**sold** 194:15
196:23 203:11
**solo** 127:17
**solution** 157:5
**solutions** 212:20
**solve** 157:15
180:6
**solves** 185:9
**somebody** 153:4
208:15
**someone's** 172:24
**somewhat** 118:8
169:11
**sonya** 97:25 212:3
212:8
**sooner** 190:16
**sorry** 105:12,13
125:18 126:13
133:10 134:8
140:18 150:3
151:25 155:25
156:10 165:20
172:13 175:6,12
180:8,16 184:23
185:25 186:9
187:16,25 188:24
194:23 195:3
**sort** 195:19 200:9
**sounds** 132:3
**soup** 197:22
**southeast** 12:22
72:21
**southern** 1:2 40:6
86:5 100:17
**sovereign** 23:6
77:18
**space** 155:9
**speak** 148:16
149:2 156:12
190:14
**speaking** 172:25
**speaks** 107:13

**specific** 170:8
199:7
**specifically**
145:23 199:4
**specifying** 155:15
**spend** 172:19
180:18
**spent** 138:6
178:18 183:13
**split** 188:7,8
**spoke** 175:5,13
**spread** 135:2
**spreadsheets**
177:4 185:17
**springs** 205:4
207:20
**st** 94:2
**stake** 130:22
**stamping** 147:21
**stand** 147:10
205:20
**standard** 2:6
67:15 99:13 182:5
**starkey** 15:22
61:14 74:6 96:8
**start** 134:1,9
135:20,24 137:4
149:12,22 150:14
151:8 157:16,22
160:19 177:24
179:11,14 181:15
182:7,10 183:10
183:12 185:2,5
**started** 136:23
144:14,15
**starting** 179:20
182:6,12 205:15
**starts** 178:3
**state** 25:14 58:6
78:21 94:18
**stated** 106:17
155:9

**statement** 116:7
172:11 203:15
**states** 1:1 65:1
**station** 110:10
**status** 66:15
**statute** 127:22
141:15,19
**statutorily** 127:8
140:2
**statutory** 141:23
**stay** 125:24 200:6
**stead** 142:17
**stearns** 1:23 67:11
**stein** 101:14
**sterling** 13:6
60:14 72:25 95:21
**stick** 129:12
138:20 152:5
161:3
**stink** 111:5
**stipulation** 118:2
126:11 146:1,5
197:2
**stop** 160:18
162:19 163:4
186:18
**store** 22:22 77:14
**strategic** 172:14
**strategically**
172:21
**strauch** 101:15
**streamlined**
143:11
**street** 46:22 47:14
89:9,17 98:19
100:3,4
**stricken** 124:10
124:10 154:3
173:21 200:6
201:14
**strictly** 166:19
**strike** 115:23
121:6

strikes 124:9
strikethrough
  108:3
struggling 168:3
stuff 147:8 153:10
  153:11,21 177:24
  178:10 179:12,15
  180:1 190:21
  192:17,18
stylistic 199:17
subject 109:22
  114:21 120:10
  122:11 124:16
  148:8,17,22
  154:19,23 158:19
  159:9 160:5
  161:19 165:22
  181:12 199:22
submit 127:14
  128:6 206:12
  210:5,18
submitted 210:17
subsequent
  158:18 166:16
substantial
  192:23
substantially
  106:10,14,16
substantiate
  203:6
substantive
  106:20 123:18
  162:17 168:1
  186:21
substitutes 208:14
suburban 6:22
  60:22 69:20 95:25
  98:10 106:5
success 64:6 97:14
successful 163:17
successfully
  142:11

successor 44:14
  59:14 62:14 78:25
  81:2 84:2 86:1
  88:6 89:25 90:4,8
  90:12,16,24 91:10
  95:9 96:20 160:17
  160:19,20,22
  161:1,8,10 185:20
  202:11,22 203:4,6
  203:18 204:3
  205:7
successors 204:17
sue 146:24 159:24
suffice 128:5
  131:4
sufficient 174:5
  189:18
suggest 169:16
suggested 180:5
  187:12
suggesting 150:7
  170:12
suggestion 169:23
  169:24 170:12,17
suggests 144:7
suing 154:25
suite 98:4,19
  99:22 212:22
sumberg 99:10
summary 149:9
  153:19,20 163:3
  163:14,20 164:2,7
  164:18 165:2,17
  165:18,24 166:1,7
  166:8,10 168:5,15
  169:7 174:15
summit 45:14
  88:18
sun 7:6 43:6 61:6
  69:24 87:16 96:4
sunset 23:14
  77:22

super 182:2
supplemental
  118:7 122:17
support 146:18,19
  164:10 169:9
supports 160:7
  161:11 163:2
  203:16
suppose 150:9
  186:3
supposed 106:10
  106:13 123:7
sure 119:17 125:8
  125:10 139:7
  151:18 157:16
  193:23 194:7
  196:3,10 201:2
  209:14
surely 155:16
  156:13
sutton 45:22
  88:22
swanson 100:7
  200:18,19,22,25
  201:3,6,13,18,20
  201:23 202:2,5,8
synovus 40:14
  86:9
system 181:1

**t**

t 78:25 84:2 212:1
  212:1
tactically 172:21
take 107:2 115:25
  149:21 152:18
  157:15 164:25
  179:20 180:23
  191:6,15 192:23
  196:1 206:1
  210:12
taken 124:9
  132:18 186:25
  201:7

takes 147:23
talk 113:15
  117:14 147:6,7,8
  147:9 169:14,16
  189:12 202:10
  209:6
talking 105:14
  109:17 110:2
  113:14 121:16
  126:1 128:3,23
  132:3 140:4
  151:12 156:3
  160:19 161:2
  162:8 168:19
  169:3 172:20
  174:14 180:14
  186:10 187:23
  188:2 191:11
  195:4
talks 123:23
task 136:20
  139:23 149:21
tbi 47:6 89:13
technical 152:6
technically 112:4
  163:13
telephone 209:11
  210:25
telephonically
  101:1 198:3 210:1
tell 118:23 132:14
  140:3 197:5
  204:25
telling 140:9
  151:21 162:5
  178:11
templates 137:19
  138:15
ten 169:15
term 123:5,8
  152:6
terms 127:11
  133:20 134:23

147:10 167:15
176:25 177:22
178:6,12,15,22
180:19 181:3,5
183:21 185:13,22
**texas**   40:22 86:13
**thank**   103:4 109:4
109:4 111:3,17
118:5 133:1 141:4
143:17 145:10
153:6,7 156:13
161:15,16 165:10
169:18 173:14
189:3,7 202:7,8
203:23 206:4,5
210:12 211:5
**theme**   135:9
**theory**   154:19
160:7,8
**theretofore**   163:6
**thing**   111:19
113:2 116:3
135:25 162:4
168:24 192:4
**things**   116:11
128:2 133:14
138:15 144:20
155:14 172:20
173:6 174:14
183:9 185:2,8
191:17 198:24
199:2 209:19
**think**   103:11,11
104:6 105:4,7,7
110:16 112:4,11
115:7 116:16
117:11 118:1,2,3
118:4 122:12
123:7,18 124:11
125:8 126:9 131:6
132:11,15,17,19
132:23 133:8,11
134:4 135:23

137:16 138:7,21
142:9,13 144:5,25
146:2,12 147:25
148:7,20 159:19
160:15 161:10,11
161:24 162:11
163:11,13 164:1,1
164:19 166:3
168:6,18 169:2
170:16 174:4
184:11 185:9
190:1 191:8 195:1
195:11 200:6,12
202:1,12 203:12
204:8,20,23
205:13,14 206:2,3
207:2,5,9 208:22
209:19 210:4
211:4
**thinks**   158:18
165:25 194:3
**third**   112:22
117:7 120:4 123:4
190:5,13,13 191:6
191:10 192:19,21
193:1,1
**thirteen**   188:22
189:3
**thirty**   140:19
**thomas**   101:17
**thomason**   101:22
**thought**   105:14
111:8 136:4
138:14 159:1
170:4 174:11
189:15 190:10,11
190:20 196:6
199:6
**thousand**   109:5,6
**thousands**   129:22
191:23
**three**   104:24
121:4 179:10

183:9,13 209:16
**throated**   124:23
**tighter**   183:13
**tim**   200:19 208:6
**time**   123:2 126:24
136:1,4,5,5,7,25
137:1,10 138:6,23
139:13 145:4
147:23 155:6,22
158:11,24 161:23
165:17,24 166:9
167:9 170:21,23
171:2,5,8 172:20
175:3 180:13
181:7 184:16
187:10 189:12
191:4,16 196:9,15
203:11 206:6
**time's**   136:8
**timeframe**   138:8
153:13 156:20
157:14 158:1,12
162:19 167:24
170:7 175:4,13
186:16
**timeframes**
206:13
**timeline**   140:20
155:12
**timely**   178:20
183:14
**times**   197:14
205:19
**timing**   143:18
170:24 178:22
**timothy**   100:7,24
**today**   119:1,3,8
136:23 161:15
189:13 205:20
207:6 209:24
210:17,18
**tomorrow**   181:21
207:11,12,14

**ton**   143:3
**top**   123:12 130:19
188:20
**topic**   196:9
**topsy**   152:15,16
**touch**   129:10
**tough**   156:7
**town**   198:2
**track**   186:25
**tracking**   177:4
185:16
**tracy**   66:5,20
70:25 98:7 105:16
126:18 132:21
155:8 175:19
**trading**   125:25
**train**   110:10
**transcribed**   97:25
**transcript**   207:4
212:4
**transcripts**
195:19
**transfer**   113:9,10
113:16,24 114:9
115:25 116:18
120:7
**transferred**
198:25
**transfers**   114:4,9
**treasure**   110:19
**treat**   203:25
**treated**   159:20
180:23
**trial**   121:9 130:9
146:5 199:25
200:1,3,6,9,10,14
**trials**   200:4
**tried**   112:10 200:7
204:2
**trove**   110:19
**true**   164:6 165:11
178:13 181:14
212:4

**truly** 152:12,12
**trump** 195:19
**trumpp** 101:10
**trust** 49:14 90:16
  155:1 156:4 161:2
  164:9 171:7
  181:11,22 183:25
**trustees** 153:4
**try** 103:5 112:4
  118:19 135:13,14
  168:12 183:14
  185:6,7 186:18
  189:16 193:6
  197:3,19 198:13
  203:14
**trying** 133:14,24
  143:25 150:7
  161:14 173:5
  178:18,21 188:12
  196:16,22 197:16
  198:11 199:1
  207:19
**turn** 104:9 122:13
  129:23,24 130:3,8
  130:11 134:24
  136:14 146:12
  147:10,13,15,18
  151:4,9 155:23
  181:8
**turning** 137:14
  147:22 165:1
**turns** 117:7
**turvy** 152:15,16
**two** 113:11,12
  114:2 121:4
  123:20 124:1
  126:16 135:12
  136:5 137:24
  139:14 143:11
  145:17 172:4
  173:16 184:9
  187:24,25 188:2,3
  190:22 198:10,23

200:3
**ty** 92:17
**type** 153:20
**types** 119:21
  138:15 174:13
**typical** 178:8
**typically** 178:7
**typo** 112:24

## u

**u.s.** 65:23
**uh** 179:6
**ultimate** 121:20
**unable** 161:24
  189:24
**uncover** 110:19
**understand** 105:9
  106:12,13 107:18
  107:20 109:3,10
  114:18 115:20
  116:12 117:17,23
  125:6,10 127:16
  129:25 134:9
  146:21 147:4
  150:4,12 152:2,14
  153:6 162:14
  165:6,9 167:10
  168:3 169:4 173:8
  176:13,15 178:8
  180:16 184:10
  190:25 194:5,22
  194:23,24 195:3,3
  195:18 198:13
  204:13
**understanding**
  103:15 107:8
  109:18 110:4,9
  113:4 150:11
  184:12
**understood**
  109:16 119:6
  160:10 166:22
**underwriting**
  185:17

**unduly** 141:17
**unfortunately**
  147:20 205:20
**unhappy** 103:12
**union** 32:6 41:14
  82:9 86:21
**unique** 114:20,23
  116:2 119:22,23
  119:23 121:25
  125:12 126:6,8,10
  126:17,25 127:23
  128:7,8 130:19
  131:5 132:25
  138:11 139:9,15
  139:18 142:25
  143:14 145:17,19
  169:12
**united** 1:1 42:6
  65:1 87:4
**universal** 7:14
  67:7 70:2 99:14
**unlimited** 139:9
  139:14,15,18,18
  140:10,16 141:2
  141:10 142:5,6,15
  145:18
**unnecessarily**
  174:12 183:18
**unnecessary**
  116:11 141:14
**unprecedented**
  207:18
**unreasonable**
  136:12 164:20
  203:12
**unsuccessful**
  116:18
**unwilling** 180:22
**upset** 173:1
**use** 111:11 121:15
  139:19 152:6
  157:3 185:21

**useful** 157:14
**usual** 152:16
  184:16 209:18
**utility** 128:20

## v

**v** 1:14,22 2:5,13
  2:21 3:5,13,21 4:5
  4:13,21 5:5,13,21
  6:5,13,21 7:5,13
  7:21 8:5,13,21 9:5
  9:13,21 10:5,13
  10:21 11:5,13,21
  12:5,13,21 13:5
  13:13,21 14:5,13
  14:21 15:5,13,21
  16:5,13,21 17:5
  17:13,21 18:5,13
  18:21 19:5,13,21
  20:5,13,21 21:5
  21:13,21 22:5,13
  22:21 23:5,13,21
  24:5,13,21 25:5
  25:13,21 26:5,13
  26:21 27:5,13,21
  28:5,13,21 29:5
  29:13,21 30:5,13
  30:21 31:5,13,21
  32:5,13,21 33:5
  33:13,21 34:5,13
  34:21 35:5,13,21
  36:5,13,21 37:5
  37:13,21 38:5,13
  38:21 39:5,13,21
  40:5,13,21 41:5
  41:13,21 42:5,13
  42:21 43:5,13,21
  44:5,13,21 45:5
  45:13,21 46:5,13
  46:21 47:5,13,21
  48:5,13,21 49:5
  49:13,21 50:5,13
  50:21 51:5,13,21
  52:5,13,21 53:5

53:13,21 54:5,13
54:21 55:5,13,21
56:5,13,21 57:5
57:13,21 58:5,13
58:21 59:5,13,21
60:5,13,21 61:5
61:13,21 62:5,13
62:21 63:5,13,21
64:5,13 66:14,18
66:23 67:4,11,15
67:19,23 68:2,6
68:10,14,18,22,25
69:4,8,12,16,20
69:24 70:2,6,10
70:14,19,23 71:2
71:6,10,14,18,22
72:1,5,9,13,17,21
72:25 73:4,8,12
73:16,20,24 74:2
74:6,10,14,17,21
74:25 75:4,8,12
75:16,20,24 76:2
76:6,10,14,18,22
77:2,6,10,14,18
77:22 78:1,5,9,13
78:17,21,25 79:4
79:8,12,16,20,24
80:2,6,10,16,20
80:24 81:2,6,10
81:14,18,22 82:1
82:5,9,13,17,21
82:25 83:4,8,12
83:16,20,24 84:2
84:6,10,14,18,22
85:1,6,10,14,18
85:22 86:1,5,9,13
86:17,21,25 87:4
87:8,12,16,20,24
88:2,6,10,14,18
88:22 89:1,5,9,13
89:17,21,25 90:4
90:8,12,16,20,24
91:2,6,10,14,18

91:22 92:1,5,9,13
92:17,21,25 93:4
93:8,12,16,20,24
94:2,6,10,14,18
94:22 95:1,5,9,13
95:17,21,25 96:4
96:8,12,16,20,24
97:2,6,10,14,18
161:23
**vale** 166:14
**validly** 203:16
**valinoti** 102:1
**valve** 169:25
170:10
**vendor** 152:7
**venue** 113:9,10,12
113:13,16,25
114:3,4,9,10,21
116:1,3,18 119:24
120:7,9 121:14
122:20 124:16
148:17,21 149:1
**verbatim** 108:21
**veritext** 212:20
**version** 103:21
119:2,4
**versus** 133:6
147:9
**victoria** 33:14
82:25
**view** 109:23
127:21 128:12
152:8,11 157:12
172:10
**views** 110:1
146:11
**vii** 198:14
**visibility** 167:14
**vitek** 42:22 87:12
**vociferously**
178:10
**voluminous**
143:12 149:22

**voluntarily**
150:14
**volunteered**
147:24
**volunteering**
150:17

**w**

**w** 79:8 100:14,24
179:9
**wait** 139:1 187:16
191:8 205:10
**waiting** 164:18
**waivable** 158:20
161:20
**waive** 124:20
170:19 174:22
**waiver** 124:15
186:12
**walk** 103:10
162:15
**wall** 46:22 89:9
**want** 104:7 105:6
106:21 109:5,14
109:14,25 110:1
116:25 117:20,22
117:23,24 118:23
118:24 132:13
133:9,12 135:1,13
138:15 140:10
141:2 143:21
144:17 150:18,22
152:25 153:22
161:18 162:12
163:25 164:5
167:2,10,11 170:6
170:8,25 173:2,2
174:1,8,15,16,17
175:7,20 176:20
176:21 177:12,14
177:15,17,18
178:11,24,25
179:1,1,3,20,21
179:22 180:10

181:13,17 183:10
183:11 184:6
190:15 192:16,17
193:9 199:11
200:5 202:10
203:15 205:17
207:7 208:19
209:4
**wanted** 108:18
116:21 146:15,15
149:23 172:19
190:18 202:2,5
210:15
**wants** 105:5 113:9
132:21 138:19
157:8 168:10
169:2 170:8,14
204:24
**warrant** 155:18
**warranties**
155:19 159:23,23
160:3
**washington** 98:20
**waste** 144:12
**water** 207:23
**wave** 162:9
**way** 104:4,10
112:20 116:13
118:2 120:4
121:12 124:3,8
134:5,11,11,14
137:15 138:2
150:18 151:13
152:15 153:10
154:1 156:20
161:21 162:15
166:18 173:4
192:23 195:7
198:20 199:13
205:1
**ways** 150:10
195:11

we've 109:13,13
120:11 133:17,18
133:21 134:17
135:25 136:7
144:14,14 146:17
147:24 148:21
151:2 152:22,25
157:2,17,20 159:5
160:23 177:9
179:12,19 190:12
196:14,15 198:4
199:24 204:2
webster 39:6
85:18 201:20,21
wednesday
207:23
week 110:8
weeks 137:24
167:6 180:19,19
wei 20:22,22
76:14,14 100:10
weigh 133:9,12
weiss 101:4
welcome 122:7
189:5
went 155:10
193:21,22
west 21:14 43:6
76:22 87:16 99:13
westminster 47:6
89:13
we'll 185:7
whatsoever 203:5
wherewithal
167:12
white 100:1,9
william 99:7
willing 183:12
203:24
wind 170:1
windsor 17:14
61:22 74:25 96:12

winstar 26:22
79:12
wintrust 26:6
59:14 79:4 95:9
wishes 122:15
190:14
withdraw 66:4,9
66:19,24 70:24
80:11 208:5,13
209:13 210:15
withdrawing
209:15
witnesses 117:8
117:19,21
wj 26:14
wollmuth 99:1
won 153:5
wonderful 205:1
wondering 195:21
word 108:15
111:4,6 112:23
121:12,15 143:13
152:19 175:23
180:6 200:6
words 108:3
111:7,11 118:14
121:13 122:20
work 103:16
109:24 116:23,23
117:16,25 135:22
137:4,10,13,21
141:14 154:1
169:16 170:24
184:14 194:25
195:20,20 197:3
workable 146:3
worked 126:5
139:22 204:4
205:1
working 147:24
150:24 152:9
195:2

works 151:13
152:16
world 44:22 88:10
152:16,16
worldviews 132:4
worth 130:18
wr 15:22 61:14
74:6 96:8
wreak 190:24
write 174:10
written 134:5,12
134:15 156:21
186:4 195:8 199:7
wrong 147:22,22

x

x 1:4,9,11,17,19
1:25 2:2,8,10,16
2:18,24 3:2,8,10
3:16,18,24 4:2,8
4:10,16,18,24 5:2
5:8,10,16,18,24
6:2,8,10,16,18,24
7:2,8,10,16,18,24
8:2,8,10,16,18,24
9:2,8,10,16,18,24
10:2,8,10,16,18
10:24 11:2,8,10
11:16,18,24 12:2
12:8,10,16,18,24
13:2,8,10,16,18
13:24 14:2,8,10
14:16,18,24 15:2
15:8,10,16,18,24
16:2,8,10,16,18
16:24 17:2,8,10
17:16,18,24 18:2
18:8,10,16,18,24
19:2,8,10,16,18
19:24 20:2,8,10
20:16,18,24 21:2
21:8,10,16,18,24
22:2,8,10,16,18
22:24 23:2,8,10

23:16,18,24 24:2
24:8,10,16,18,24
25:2,8,10,16,18
25:24 26:2,8,10
26:16,18,24 27:2
27:8,10,16,18,24
28:2,8,10,16,18
28:24 29:2,8,10
29:16,18,24 30:2
30:8,10,16,18,24
31:2,8,10,16,18
31:24 32:2,8,10
32:16,18,24 33:2
33:8,10,16,18,24
34:2,8,10,16,18
34:24 35:2,8,10
35:16,18,24 36:2
36:8,10,16,18,24
37:2,8,10,16,18
37:24 38:2,8,10
38:16,18,24 39:2
39:8,10,16,18,24
40:2,8,10,16,18
40:24 41:2,8,10
41:16,18,24 42:2
42:8,10,16,18,24
43:2,8,10,16,18
43:24 44:2,8,10
44:16,18,24 45:2
45:8,10,16,18,24
46:2,8,10,16,18
46:24 47:2,8,10
47:16,18,24 48:2
48:8,10,16,18,24
49:2,8,10,16,18
49:24 50:2,8,10
50:16,18,24 51:2
51:8,10,16,18,24
52:2,8,10,16,18
52:24 53:2,8,10
53:16,18,24 54:2
54:8,10,16,18,24
55:2,8,10,16,18

[x - zachary]                                                              Page 41

| |
|---|
| 55:24 56:2,8,10 |
| 56:16,18,24 57:2 |
| 57:8,10,16,18,24 |
| 58:2,8,10,16,18 |
| 58:24 59:2,8,10 |
| 59:16,18,24 60:2 |
| 60:8,10,16,18,24 |
| 61:2,8,10,16,18 |
| 61:24 62:2,8,10 |
| 62:16,18,24 63:2 |
| 63:8,10,16,18,24 |
| 64:2,8,10,16 |
| 143:5 174:25 |
| 190:7 199:24 |

**y**

| |
|---|
| **y**   66:11 67:1 143:5 |
| **yeah**   104:8,12 |
| 105:7,24 106:3 |
| 111:7 113:20,22 |
| 115:16,22 117:1 |
| 118:6 131:5,12 |
| 134:11 135:8 |
| 141:8 144:7 |
| 145:10 146:23 |
| 148:14,14 156:2 |
| 175:17 187:20,21 |
| 188:5 190:19 |
| 197:15,18 198:13 |
| 199:12 202:15 |
| 209:23 |
| **york**   1:2 65:3 |
| 98:12 99:4 100:22 |
| **yup**   119:16 121:2 |

**z**

| |
|---|
| **z**   143:5 |
| **zachary**   101:10 |