B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors       Case No. 08-13555 (SCC)
                                                           (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Barclays Bank PLC | QVT Fund V LP (now known as QVT Family Office Fund LP) |
| Name and address where notices to transferee should be sent: | |
| Barclays Bank PLC<br>125 S. West St., 6th Floor<br>Wilmington, DE 19801<br>Attn: Salvatore Russo, Distressed Loan Closing<br>Email: distressedclosers@barclays.com | Court Claim # (if known): 26969<br><br>Amount of Claim Transferred: $14,762,941.26<br><br>Date Claim Filed: September 22, 2009<br><br>Debtor: Lehman Brothers Special Financing Inc. |
| With a copy to:<br><br>Barclays Bank PLC<br>745 Seventh Avenue, 2nd Floor<br>New York, NY 10019<br>Attn: Daniel Miranda<br>Email: daniel.miranda@barclays.com | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Salvatore Russo          Date: 2020.02.27 11:35:40 -05'00'
Name: Salvatore Russo
Title: Authorized Signatory

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

US_ACTIVE-138951977

# **EXHIBIT B**

EVIDENCE OF TRANSFER OF INTEREST IN CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
     Attn: Clerk

AND TO:  Lehman Brothers Special Financing Inc. ("Debtor")
         Case No. 08-13888 (SCC) (Jointly Administered)

Proof of Claim Number 26969

**QVT Fund V LP**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**BARCLAYS BANK PLC**, its successors and assigns ("Buyer"), all rights, title and interest in and to that portion of Proof of Claim Number 26969 previously transferred to Seller by the Partial Transfer of Claim Other Than for Security dated December 30, 2013, in the amount of $14,762,941.26 (the "Assigned Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer at the following address:

Barclays Bank PLC
125 S. West St., 6th Floor
Wilmington, DE 19801
Attn: Salvatore Russo
Email: distressedclosers@barclays.com

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Interest in Claim by its duly authorized representative dated February 27, 2020.

**QVT FUND V LP**
**(now known as QVT Family Office Fund LP)**
By its General Partner QVT Associates GP LLC

By: _____
Name:  Nicholas Brumm
Title:  Managing Member