

Elizabeth Harrison
1413 N. Vermont Street
Arlington, VA. 22201
Telephone: (571)480-2520
Email: Eharrison165@gmail.com
Pro Se

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Regards: Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case No. 08-13555 (SCC)

Statement Joinder to Motion to Reclassify Shares (Docket 60379)

## PROOF OF SERVICE

On January 16, 2020 I caused to be served the "Statement Joinder to Motion to Reclassify Shares", Docket No. 60379, by causing true and correct copies to be enclosed securely in separate postage paid envelopes and delivered via USPS, (USPS Receipts Exhibit A, USPS Deliveries Confirmation Exhibit B):

Attention: Office of the U.S. Trustee, c/o William K. Harrington, Esq., Susan D. Golden, Esq., Andrea B. Schwartz, Esq., U.S. Federal Office Building, 201 Varick St., Suite 1006, New York, NY 10014

Attention: Kristine Dickson and Matthew Cantor, c/o Lehman Brothers Holdings, Inc., 277 Park Avenue, 46th Floor, New York, NY 10172

Joseph Waske, 22862 Via Genoa, Dana Point, CA. 92629

Respectfully Submitted,

*Elizabeth Harrison*

February 28, 2020
Elizabeth Harrison
1413 N. Vermont Street
Arlington, VA. 22201
Telephone: (571)480-2520
Email: Eharrison165@gmail.com
By:/s/Elizabeth Harrison
Pro Se

# EXHIBIT A

```
            NORTH ARLINGTON
          2200 N GEORGE MASON DR
          ARLINGTON, VA 22207-9998
               510312-0137
               (800)275-8777
            01/16/2020 03:28 PM
===========================================
===========================================

Product            Qty   Unit      Price
                         Price
-------------------------------------------
PM 2-Day            1    $7.35     $7.35
Window FR Env
    (Domestic)
    (NEW YORK, NY  10004)  ✓ Bankruptcy Court
    (Flat Rate)
    (Expected Delivery Day)
    (Saturday 01/18/2020)       ✓
    (USPS Tracking #)
    (9505 5152 3029 0016 5941 00)
Insurance                          $0.00
    (Up to $50.00 included)
PM 2-Day            1    $7.35     $7.35
Window FR Env
    (Domestic)
    (NEW YORK, NY  10014)  ✓ U.S. Trustee
    (Flat Rate)
    (Expected Delivery Day)
    (Saturday 01/18/2020)       ✓
    (USPS Tracking #)
    (9505 5152 3029 0016 5941 17)
Insurance                          $0.00
    (Up to $50.00 included)
PM 2-Day            1    $7.35     $7.35
Window FR Env
    (Domestic)
    (NEW YORK, NY  10172)
    (Flat Rate)
    (Expected Delivery Day)
    (Saturday 01/18/2020)   LBHI
    (USPS Tracking #)           ✓
    (9505 5152 3029 0016 5941 24)
Insurance                          $0.00
    (Up to $50.00 included)
PM 2-Day            1    $7.35     $7.35
Window FR Env
    (Domestic)
    (DANA POINT, CA  92629)
    (Flat Rate)
    (Expected Delivery Day)  Joseph Waske
    (Saturday 01/18/2020)       ✓
    (USPS Tracking #)
    (9505 5152 3029 0016 5941 31)
Insurance                          $0.00
    (Up to $50.00 included)
PurpleHeartMedal   10    $0.55     $5.50
-------------------------------------------
Total:                            $34.90
-------------------------------------------

-------------------------------------------
Cash                              $40.00
Change                            ($5.10)
-------------------------------------------
```

# EXHIBIT B





