Tal M. Unrad
Burns & Levinson LLP
125 High Street
Boston, MA 02110
Phone: (617) 345-3000
Fax: (617) 345-3299
tunrad@burnslev.com

*Counsel to ZPR International Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: ) | |
| ) | **Chapter 11** |
| **LEHMAN BROTHERS INC.** ) | **Case Number: 1:08-BK-13555** |
| ) | |
| Debtors. ) | |
| ) | |

| | |
|---|---|
| In Re: ) | |
| ) | **Adversary Proceeding** |
| **LEHMAN BROTHERS INC.** ) | **Case Number: 1:08-AP-01420** |
| ) | |
| Debtors. ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL**
**AND REQUEST FOR REMOVAL FROM COURT MATRIX AND SERVICE LIST**

PLEASE TAKE NOTICE that Attorney Tal Unrad of Burns & Levinson LLP, hereby withdraws as counsel on behalf of ZPR International Inc. effective as of March 4, 2020 pursuant to LBR 2090-1 and requests that his name be removed from the Court's mailing matrix and service list for this chapter 11 case and the above-captioned SIPA proceeding.

   /s/ Tal Unrad
Tal M. Unrad, TU6734
Burns & Levinson LLP
125 High Street
Boston, MA 02110
Phone: (617) 345-3000
Fax: (617) 345-3299
tunrad@burnslev.com

Dated: March 4, 2020

Tal M. Unrad
Burns & Levinson LLP
125 High Street
Boston, MA 02110
Phone: (617) 345-3000
Fax: (617) 345-3299
tunrad@burnslev.com

*Counsel to ZPR International Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In Re:** ) | |
| ) | **Chapter 11** |
| **LEHMAN BROTHERS INC.** ) | **Case Number: 1:08-BK-13555** |
| ) | |
| **Debtors.** ) | |
| ) | |

| | |
|---|---|
| **In Re:** ) | |
| ) | **Adversary Proceeding** |
| **LEHMAN BROTHERS INC.** ) | **Case Number: 1:08-AP-01420** |
| ) | |
| **Debtors.** ) | |
| ) | |

**CERTIFICATE OF SERVICE**

    I, Tal Unrad, hereby certify that on March 4, 2020, a true copy of the above Withdrawal of Appearance was served by the Court electronic filing system on the ECF participants and by U.S. Mail to ZPR International Inc.'s last known mailing address.

    /s/ Tal Unrad
Tal M. Unrad, TU6734
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Phone: (617) 345-3000
Fax: (617) 345-3299
tunrad@burnslev.com

March 4, 2020

4840-4873-7206.1