B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,         Case No. <u>08-13555</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | BARCLAYS BANK PLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    HBK Master Fund L.P.
    c/o HBK Services LLC
    2300 North Field Street, Suite 2200
    Dallas, TX 75201

Court Claim # (if known): <u>Claim No. 26969</u>

Amount of Claim Transferred:
<u>$19,178,568.04</u>

Date Claim Filed: <u>September 22, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone: <u>(214) 758-6107</u>
Last Four Digits of Acct #:<u>N/A</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

Court Claim # (if known): <u>Claim No. 27141</u>

Amount of Claim Transferred:
<u>$19,178,568.04</u>

Date Claim Filed: <u>September 22, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 66600</u>

Amount of Claim Transferred:
<u>$11,406,180.00</u>

Date Claim Filed: <u>May 5, 2010</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 66601

Amount of Claim Transferred:
$11,406,180.00

Date Claim Filed: May 5, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 21217

Amount of Claim Transferred:
$193,046,453.78

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 21140

Amount of Claim Transferred:
$193,046,453.78

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 20421

Amount of Claim Transferred:
$21,952,221.33

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 21146

Amount of Claim Transferred: $21,952,221.33

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J.R. Smith                                    Date: March 5, 2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF INTEREST IN CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 21140

**BARCLAYS BANK PLC**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**HBK MASTER FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to that portion of Proof of Claim Number 21140 in the amount of $193,046,453.78 (the "Assigned Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer at the following address:

HBK Master Fund L.P.
c/o HBK Services LLC
2300 North Field Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 758-6107
Facsimile: (214) 758-1207
Attention: General Counsel
Email: legal@hbk.com

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Interest in Claim by its duly authorized representative dated February 27, 2020.

BARCLAYS BANK PLC

By: _____
Name: Salvatore Russo
Title: Authorized Signatory

Date: 2020.02.26 11:46:28 -05'00'

US_ACTIVE-151465231.1

Restricted - External

EVIDENCE OF TRANSFER OF INTEREST IN CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 21146

**BARCLAYS BANK PLC**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**HBK MASTER FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to that portion of Proof of Claim Number 21146 in the amount of $21,952,221.33 (the "Assigned Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer at the following address:

HBK Master Fund L.P.
c/o HBK Services LLC
2300 North Field Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 758-6107
Facsimile: (214) 758-1207
Attention: General Counsel
Email: legal@hbk.com

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Interest in Claim by its duly authorized representative dated February 27, 2020.

BARCLAYS BANK PLC

By: _____
Name: Salvatore Russo
Title: Authorized Signatory

Date: 2020.02.26 11:47:01 -05'00'

US_ACTIVE-151465359.1

EVIDENCE OF TRANSFER OF INTEREST IN CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 27141

**BARCLAYS BANK PLC**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**HBK MASTER FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to that portion of Proof of Claim Number 27141 in the amount of $19,178,568.04 (the "Assigned Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer at the following address:

HBK Master Fund L.P.
c/o HBK Services LLC
2300 North Field Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 758-6107
Facsimile: (214) 758-1207
Attention: General Counsel
Email: legal@hbk.com

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Interest in Claim by its duly authorized representative dated February 27, 2020.

BARCLAYS BANK PLC

By: _____
Name: Salvatore Russo
Title: Authorized Signatory

Date: 2020.02.26 11:47:35 -05'00'

US_ACTIVE-151465387.1

EVIDENCE OF TRANSFER OF INTEREST IN CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
    Attn: Clerk

AND TO:    Lehman Brothers Holdings, Inc. ("Debtor")
    Case No. 08-13555 (SCC) (Jointly Administered)

Proof of Claim Number 66601

**BARCLAYS BANK PLC**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**HBK MASTER FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to that portion of Proof of Claim Number 66601 in the amount of $11,406,180.00 (the "Assigned Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer at the following address:

HBK Master Fund L.P.
c/o HBK Services LLC
2300 North Field Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 758-6107
Facsimile: (214) 758-1207
Attention: General Counsel
Email: legal@hbk.com

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Interest in Claim by its duly authorized representative dated February 27, 2020.

BARCLAYS BANK PLC

By: _____
Name: Salvatore Russo
Title: Authorized Signatory

Date: 2020.02.26 11:48:01 -05'00'

US_ACTIVE-151465408.1

EVIDENCE OF TRANSFER OF INTEREST IN CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
      Attn: Clerk

AND TO:   Lehman Brothers Special Financing Inc. ("Debtor")
          Case No. 08-13888 (SCC) (Jointly Administered)

Proof of Claim Number 20421

**BARCLAYS BANK PLC**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**HBK MASTER FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in Proof of Claim Number 20421 in the amount of $21,952,221.33 (the "Assigned Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer at the following address:

HBK Master Fund L.P.
c/o HBK Services LLC
2300 North Field Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 758-6107
Facsimile: (214) 758-1207
Attention: General Counsel
Email: legal@hbk.com

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Interest in Claim by its duly authorized representative dated February 27, 2020.

**BARCLAYS BANK PLC**

By: _____
Name:
Title:

Name: Salvatore Russo
Title: Authorized Signatory

Date: 2020.02.26 11:48:26 -05'00'

US_ACTIVE-151465556.1-ARPAPAZO 02/26/2020 11:28 AM

EVIDENCE OF TRANSFER OF INTEREST IN CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13888 (SCC) (Jointly Administered)

Proof of Claim Number 21217

**BARCLAYS BANK PLC**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**HBK MASTER FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in Proof of Claim Number 21217 in the amount of $193,046,453.78 (the "Assigned Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer at the following address:

HBK Master Fund L.P.
c/o HBK Services LLC
2300 North Field Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 758-6107
Facsimile: (214) 758-1207
Attention: General Counsel
Email: legal@hbk.com

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Interest in Claim by its duly authorized representative dated February 27, 2020.

**BARCLAYS BANK PLC**

By: _____   Date: 2020.02.26 11:48:51 -05'00'
Name:
Title:

Name: Salvatore Russo
Title: Authorized Signatory

US_ACTIVE-151465195.1-ARPAPAZO 02/26/2020 11:30 AM

EVIDENCE OF TRANSFER OF INTEREST IN CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13888 (SCC) (Jointly Administered)

Proof of Claim Number 26969

**BARCLAYS BANK PLC**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**HBK MASTER FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in Proof of Claim Number 26969 in the amount of $19,178,568.04 (the "Assigned Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer at the following address:

HBK Master Fund L.P.
c/o HBK Services LLC
2300 North Field Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 758-6107
Facsimile: (214) 758-1207
Attention: General Counsel
Email: legal@hbk.com

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Interest in Claim by its duly authorized representative dated February 27, 2020.

**BARCLAYS BANK PLC**

By: _____   Date:
Name:                         2020.02.2
Title:                        6 11:49:22
Name: Salvatore Russo         -05'00'
Title: Authorized Signatory

US_ACTIVE-151465616.1-ARPAPAZO 02/26/2020 11:30 AM

EVIDENCE OF TRANSFER OF INTEREST IN CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
      Attn: Clerk

AND TO:   Lehman Brothers Special Financing Inc. ("Debtor")
          Case No. 08-13888 (SCC) (Jointly Administered)

Proof of Claim Number 66600

**BARCLAYS BANK PLC**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**HBK MASTER FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in Proof of Claim Number 66600 in the amount of $11,406,180.00 (the "Assigned Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer at the following address:

HBK Master Fund L.P.
c/o HBK Services LLC
2300 North Field Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 758-6107
Facsimile: (214) 758-1207
Attention: General Counsel
Email: legal@hbk.com

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Interest in Claim by its duly authorized representative dated February 27, 2020.

**BARCLAYS BANK PLC**

By: _____    Date: 2020.02.26 11:49:49 -05'00'
Name:
Title:

Name: Salvatore Russo
Title: Authorized Signatory

US_ACTIVE-151465631.1-ARPAPAZO 02/26/2020 11:31 AM