Jeffrey Lenore Wood
402 W Allen Ave.
Springdale, AR 72764
(479) 841-6233
Jeff@USadman.com
Pro Se

RECEIVED
MAR - 9 2020
U.S. BANKRUPTCY COURT, SDNY

## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Lehman Brothers Holdings Inc., et al, | ) Case No.: 08-13555 (SCC) ) ) (Jointly Administered) |
| Debtors | ) ) ) |

### LETTER IN SUPPORT OF MOTION BY JOSEPH WASKE

TO THE HONORABLE SHELLEY C CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

I submit this letter in support of the motion by Joseph Waske (Docket # 60337) to reclassify Lehman Brothers Holdings Inc. Capital Trust III, IV, V and VI shares to be treated in parity with LBIE's Senior Preference Shares A and B issued in 2006 and 2007 based on the Prospectus of the Lehman Brothers Holdings Inc. Capital Trust III, IV, V and VI. The rights of these shares are clearly stated yet they have been awarded an inferior class. That is not fair to shareholders and not in line with the guaranteed position as stated in the Prospectus.

It has been proven that the Capital Trust shares are on parity with the most senior Neuberger Berman stock, which was made whole during the bankruptcy.

The Capital Trust shares also are proven to be on parity with the ECAPs Equity, which saw a settlement and got favorable terms.

I currently hold shares of all four Capital Trusts.

I support Mr. Waske's motion to enforce the Guarantee and ask the court to grant all shareholders the same privilege to enforce our rights under the guarantee.

                                                    Respectfully Submitted

                                      Dated this 5th day of March, 2020

*/s/ Jeffrey Lenore Wood*

                                                        Jeffrey Lenore Wood
                                                        402 W Allen Ave.
                                                      Springdale, AR 72764
                                                         (479) 841-6233
                                                    Jeff@USadman.com
                                                                   Pro Se