**United States Bankruptcy Court**
Southern District of New York
Court Clerk of Judge Chapman's Chambers
One Bowling Green
New York, NY 10004-1408

March 5, 2020

RECEIVED

MAR - 9 2020

U.S. BANKRUPTCY COURT, SDNY

**TO THE HONORABLE SHELLEY C CHAPMAN**
**UNITED STATES BANKRUPTCY JUDGE**

I am submitting this letter in support of the motion by Joseph Waske (Docket # 60337) to reclassify Lehman Brothers Holdings Inc. Capital Trust III, IV, V and VI shares to be treated in parity with LBIE's Senior Preference Shares A and B issued in 2006 and 2007 based on the Prospectus of the Lehman Brothers Holdings Inc. Capital Trust III, IV, V and VI. The rights of these shares are clearly stated yet they have been awarded an inferior class.

It has been proven that the Capital Trust shares are on parity with the most senior Neuberger Berman stock, which was made whole during the bankruptcy. The Capital Trust shares also are proven to be on parity with the ECAPs Equity, which saw a settlement and got favorable terms  That is not fair to shareholders and not in line with the guaranteed position as stated in the Prospectus. As a layman I would ask the court to review and correct this unequal parity.

I currently hold shares of three of the four Capital Trusts.

I support Mr. Waske's motion to enforce the Guarantee and ask the court to grant all shareholders the same privilege to enforce our rights under the guarantee.

Respectfully Submitted
Dated this 5th day of March, 2020

*Brian L. Linse*
Brian L. Linse
2495 SW Timberline Dr.
Portland, Or. 97225