

# Sparkasse Münsterland Ost

Sparkasse Münsterland Ost    48135 Münster

U.S. Bankruptcy Cort
for the Southern District of N.Y.
One Bowling Green,

New York, N.Y. 1004 USA



RECEIVED
MAR 2 0 2020
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

BeratungsCenter
Kinderhaus
Gudula Lehringfeld

Fon 0251 598-40904
Fax 0251 59840971

gudula.lehringfeld
@sparkasse-mslo.de

09.03.2020

Sehr geehrte Damen und Herren

wir bitten um

| ☐ Kenntnisnahme | ☐ Erledigung | ☐ Prüfung |
| ☐ Korrektur | ☐ Stellungnahme | ☐ Unterschrift |
| ☐ Rücksprache | ☐ Rückgabe | ☐ |
| ☐ Gewünschtes anbei | ☐ Mit Dank zurück | ☐ Verbleib |

Mit freundlichen Grüßen

Gudula Lehringfeld

Anlage

Sitz: Münster

Hauptstellen:

Weseler Straße 230
48151 Münster

Münsterstraße 21
48231 Warendorf

Bahnhofstraße 29
59302 Oelde

Moltkestraße 38
59229 Ahlen

www.sparkasse-mslo.de

Amtsgericht Münster:
A 4940

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

   For value received, the adequacy and sufficiency of which are hereby acknowledged **Credit Suisse (Schweiz) AG** ("Transferor") unconditionally and irrevocably transferred to **DWP Bank, Sparkasse Münsterland Ost** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

   Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

   IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **February 11, 2020.**

**Credit Suisse (Schweiz) AG**

By:_____
Name: Adrian Graf
Title:  AVP

By:_____
Name: Philipp Oswald
Title:  AVP

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0226380334 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | CHF 9'000 |

10A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,   Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____
Name of Transferee

Name and Address where notices
to transferee should be sent:

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

_____
Name of Transferor

Court Claim # (if known): _____
Date Claim Filed: _____
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): _____

Phone: _____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __[signature]__      Date: March, 9th, 2020
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.