**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x

| | |
|---|---|
| : | **Chapter 11** |
| **In re** : | |
| : | **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | |
| : | **(Jointly Administered)** |
| **Debtors.** : | |
| : | **Ref. Docket No. 60431-60444** |
| : | |
| : | |

------------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
　　　　　　　　　　　　　 ) ss.:
COUNTY OF HARTFORD　 )

MARC ORFITELLI, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 77 Maplewood Road, Southington, Connecticut  06489. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 25, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 25, 2020, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Marc Orfitelli*
　　　　　　　　　　　　　　　　　　　　　　　 Marc Orfitelli

Sworn to before me this
24th day of March, 2020
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
No. 100624
Qualified in Hartford County
Commission Expires August 31, 2022

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000161408592 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 25262



ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.
ROBERT SCHEININGER
SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019

ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.
TRANSFEROR: DEUTSCHE BANK AG, LONDON
BRANCH (UK)
ATTN: SUSAN MORIELLO
610 BROADWAY, 6TH FLOOR
NEW YORK, NY 10012

Please note that your claim # 59006-03 in the above referenced case and in the amount of
$98,000,000.00 allowed at $98,000,000.00 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: WHITNEY ZELEDON; 60 WALL ST.
NEW YORK, NY 10005

No action is required if you do not object to the transfer of your claim.  However      **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          60431                    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  02/25/2020                        Vito Genna, Clerk of Court

/s/Andrea Speelman

_____

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 25, 2020.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), ATTN: SUSAN MORIELLO, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O ANCHORAGE CAPITAL GROUP, LLC, ATTN: SUSAN MORIELLO, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BASELLANDSCHAFTLICHE KANTONALBANK, LIESTAL | TRANSFEROR: CREDIT SUISSE, ATTN: GIANPIETRO ZANIER, RHEINSTRASSE 7, CH-4410 LIESTAL  SWITZERLAND |
| BLUE DAISY CO., LTD. | TRANSFEROR: SUMITOMO MITSUI BANKING CORPORATION, DECO TOKYO 4F, 3-5-12, NIHONBASHI CHUO-KU, TOKYO 103-0027  JAPAN |
| BROWN BROTHERS HARRIMAN INVESTOR SERVICES LIMITED | AS CUSTODIAN FOR STANDARD BANK JERSEY LIMITED, C/O BROWN BROTHERS HARRIMAN & CO, ATTN: CORPORATE ACTIONS, NEWPORT TOWER, 525 WASHINGTON BLVD, JERSEY CITY, NJ 07310 |
| CORRE OPPORTUNITIES II MASTER FUND, L.P. | TRANSFEROR: CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP, ATTN: CLAIMS PROCESSING (BANKRUPTCY), 12 EAST 49TH STREET, SUITE 4003, NEW YORK, NY 10017 |
| CORRE OPPORTUNITIES II MASTER FUND, L.P. | TRANSFEROR: CORRE OPPORTUNITIES FUND, L.P., ATTN: CLAIMS PROCESSING (BANKRUPTCY), 12 EAST 49TH STREET, SUITE 4003, NEW YORK, NY 10017 |
| CORRE OPPORTUNITIES II MASTER FUND, L.P. | TRANSFEROR: CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP, ATTN: CLAIMS PROCESSING (BANKRUPTCY), 12 EAST 49TH STREET, SUITE 4003, NEW YORK, NY 10017 |
| CORRE OPPORTUNITIES II MASTER FUND, L.P. | TRANSFEROR: CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP, ATTN: CLAIMS PROCESSING (BANKRUPTCY), 12 EAST 49TH STREET, SUITE 4003, NEW YORK, NY 10017 |
| CORRE OPPORTUNITIES II MASTER FUND, LP | TRANSFEROR: CORRE OPPORTUNITIES FUND, L.P., ATTN: CLAIMS PROCESSING (BANKRUPTCY), 12 EAST 49TH STREET, SUITE 4003, NEW YORK, NY 10017 |
| CORRE OPPORTUNITIES II MASTER FUND, LP | TRANSFEROR: CORRE OPPORTUNITIES FUND, L.P., ATTN: CLAIMS PROCESSING (BANKRUPTCY), 12 EAST 49TH STREET, SUITE 4003, NEW YORK, NY 10017 |
| CORRE OPPORTUNITIES II MASTER FUND, LP | TRANSFEROR: CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP, ATTN: CLAIMS PROCESSING (BANKRUPTCY), 12 EAST 49TH STREET, SUITE 4003, NEW YORK, NY 10017 |
| CORRE OPPORTUNITIES QUALIFIED MASTER FND | TRANSFEROR: CORRE OPPORTUNITIES II MASTER FUND, L.P., ATTN: CLAIMS PROCESSING (BANKRUPTCY), 12 EAST 49TH STREET, SUITE 4003, NEW YORK, NY 10017 |
| CORRE OPPORTUNITIES QUALIFIED MASTER FND | TRANSFEROR: CORRE OPPORTUNITIES II MASTER FUND, L.P., ATTN: CLAIMS PROCESSING (BANKRUPTCY), 12 EAST 49TH STREET, SUITE 4003, NEW YORK, NY 10017 |
| CORRE OPPORTUNITIES QUALIFIED MASTER FND | TRANSFEROR: CORRE OPPORTUNITIES II MASTER FUND, L.P., ATTN: CLAIMS PROCESSING (BANKRUPTCY), 12 EAST 49TH STREET, SUITE 4003, NEW YORK, NY 10017 |
| CORRE OPPORTUNITIES QUALIFIED MASTER FND | TRANSFEROR: CORRE OPPORTUNITIES II MASTER FUND, L.P., ATTN: CLAIMS PROCESSING (BANKRUPTCY), 12 EAST 49TH STREET, SUITE 4003, NEW YORK, NY 10017 |
| CORRE OPPORTUNITIES QUALIFIED MASTER FND | TRANSFEROR: CORRE OPPORTUNITIES II MASTER FUND, LP, ATTN: CLAIMS PROCESSING (BANKRUPTCY), 12 EAST 49TH STREET, SUITE 4003, NEW YORK, NY 10017 |
| CORRE OPPORTUNITIES QUALIFIED MASTER FND | TRANSFEROR: CORRE OPPORTUNITIES II MASTER FUND, LP, ATTN: CLAIMS PROCESSING (BANKRUPTCY), 12 EAST 49TH STREET, SUITE 4003, NEW YORK, NY 10017 |
| CORRE OPPORTUNITIES QUALIFIED MASTER FND | TRANSFEROR: CORRE OPPORTUNITIES II MASTER FUND, LP, ATTN: CLAIMS PROCESSING (BANKRUPTCY), 12 EAST 49TH STREET, SUITE 4003, NEW YORK, NY 10017 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: WHITNEY ZELEDON; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: WHITNEY ZELEDON; 60 WALL ST., NEW YORK, NY 10005 |
| KUX, JOHANNES | FEUERBACHSTR. 7, NEUMUENSTER 24539 GERMANY |
| SOKOLOV, VLADIMIR AND NATALIA SOKOLOVA | C/O ALSTON & BIRD LLP, ATTN: KARL GEERCKEN, 90 PARK AVENUE, NEW YORK, NY 10016 |
| SOKOLOV, VLADIMIR AND NATALIA SOKOLOVA | 123001, TRECHPRUDNY P 10/2 U. 9, MOSCOW  RUSSIA |
| SOKOLOVA, ANASTASIA | TRANSFEROR: SOKOLOV, VLADIMIR AND NATALIA SOKOLOVA, PROSPEKT MIRA, 118-20, MOSCOW 129164  RUSSIA |

| Claim Name | Address Information |
|---|---|
| SOUTHEY CAPITAL LTD. | TRANSFEROR: KUX, JOHANNES, ATTN: ROBERT SOUTHEY, SUITE 17, ENSIGN HOUSE, LONDON E14 9XQ  UNITED KINGDOM |
| STANDARD BANK JERSEY | TRANSFEROR: BROWN BROTHERS HARRIMAN INVESTOR SERVICES LIMITED, LA MOTTE STREET, ST. HELIER, JERSEY JE2 4S2 UNITED KINGDOM |
| SUMITOMO MITSUI BANKING CORPORATION | ATTN: SPECIAL CREDITS GROUP, 277 PARK AVENUE, FL 5, NEW YORK, NY 10172 |
| SUMITOMO MITSUI BANKING CORPORATION | MAYER BROWN LLP, ATTN: RICK HYMAN, ESQ., 1675 BROADWAY, NEW YORK, NY 10019-5820 |

**Total Creditor Count 33**