**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
Tel. (212) 506-2500
Fax (212) 262-1910
Christopher J. Houpt
Jarman D. Russell

*Counsel to Citibank, N.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>**Case No. 08-13555 (SCC)**<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on March 30, 2020, I caused copies of the Letter Re: Covered Loans and Transferor Loans Settlement Agreements (the "Letter") to be served by United States Postal Service First Class Mail upon: (i) The Honorable Shelley C. Chapman, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004; and (ii) Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Andrea B. Schwartz, Esq.).

736677287

I further certify that on March 27, 2020, upon electronic filing of the Letter, electronic mail filing notifications of the Letter were caused to be sent to all parties of record registered to receive electronic mail notices of filings in these cases via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: New York, New York
March 30, 2020

/s/ James Hennessey
James Hennessey