# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: Lehman Brothers Holdings Inc. | CASE NO.: 08–13555–scc |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 13–3216325 | CHAPTER: 11 |

---

# NOTICE OF HEARING

Please take notice that a hearing has been scheduled in the above−captioned case for June 3, 2020 at 10:00 a.m. on the following motions:

Motion to Reserve for Motion to Reclassify filed by Joseph Waske (Dkt. No. 60448)

Motion for Summary Judgment filed by Joseph Waske (Dkt. No. 60484)

Responses are due by May 18, 2020 at 5:00 p.m. This will be a telephonic conference. Participants can register with Court Solutions at www.court−solutions.com.

Thank you

Dated: April 6, 2020                                                    Vito Genna
                                                                        Clerk of the Court