**Notice Recipients**

District/Off: 0208−1    User:    Date Created: 4/6/2020
Case: 08−13555−scc    Form ID: 143    Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk    Joseph Waske    22862 Via Genoa    Dana Point, CA 92629

TOTAL: 1