UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555-(SCC) |
| Debtor | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE AND PAPERS**

**PLEASE TAKE NOTICE** that Nover Ventures, LLC ("Nover") hereby enters an appearance in the above-captioned Chapter 11 matter by its undersigned counsel and requests, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Sections 102(1) and 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given in connection with the above-captioned Chapter 11 matter, and all papers served or required to be served in connection therewith, be given and served upon the following persons:

> Gayle R. Klein
> David I. Schiefelbein
> Steven R. Fisher
> McKool Smith, P.C.
> One Manhattan West
> 395 Ninth Avenue, 50th Floor
> New York, New York 10001
> gklein@mckoolsmith.com
> dschiefelbein@mckoolsmith.com
> sfisher@mckoolsmith.com
> (t) (212) 402-9400
> (f) (212) 402-9444

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all notices in respect to any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in the above-captioned Chapter 11 matter, whether such notice is formal, informal, written or oral, and whether transmitted by hand,

1

United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, consent to the jurisdiction of the Bankruptcy Court over Nover. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of Nover's substantive or procedural rights, including without limitation: (1) Nover's right to have final orders entered only after *de novo* review by a District Court Judge; (2) Nover's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) Nover's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Nover expressly reserves.

Dated: April 6, 2020
      New York, New York

Respectfully submitted,

By: */s/ Gayle R. Klein*
    Gayle R. Klein
    David I. Schiefelbein
    Steven R. Fisher

One Manhattan West
395 Ninth Avenue, 50th Floor
New York, New York 10001
gklein@mckoolsmith.com
dschiefelbein@mckoolsmith.com
sfisher@mckoolsmith.com
(t) (212) 402-9400
(f) (212) 402-9444

*Attorneys for Nover Ventures, LLC*