UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., (SCC)   Case No. 08-13555

(Jointly Administered)

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Taconic Master Fund 1.5 LP
_____
Name of Transferee

Taconic Capital Partners 1.5 L.P.
_____
Name of Transferor

Court Claim #: 37334

Amount of Claim Transferred: $10,780,000.00

Name and Address where notices to Transferee should be sent:

Taconic Master Fund 1.5 LP
c/o Taconic Capital Advisors LP
280 Park Avenue, 5th Floor
NY, NY  10017
Attention : Michael Zaczyk
Phone: 212 209-3124
Fax 212-209-3189
e-mail: mzaczyk@taconiccap.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**TACONIC MASTER FUND 1.5 LP**
By: Taconic Capital Advisors LP, as Investment Advisor

By: _____   Date: April 6, 2020
Name: Peyton McNutt
Title: Deputy General Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

KL2 3176289.2