**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

| | |
|---|---|
| IN RE: Lehman Brothers Holdings Inc. | CASE NO.: 08−13555−scc |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 13−3216325 | CHAPTER: 11 |

# NOTICE OF HEARING

Please take notice that a hearing has been scheduled in the above−captioned case for June 3, 2020 at 10:00 a.m. on the following motions:

Motion to Reserve for Motion to Reclassify filed by Joseph Waske (Dkt. No. 60448)

Motion for Summary Judgment filed by Joseph Waske (Dkt. No. 60484)

Responses are due by May 18, 2020 at 5:00 p.m. This will be a telephonic conference. Participants can register with Court Solutions at www.court−solutions.com.

Thank you

Dated: April 6, 2020                              Vito Genna
                                                  Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:                                                                    Case No. 08-13555-scc
Lehman Brothers Holdings Inc.                                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1          User:                      Page 1 of 1              Date Rcvd: Apr 06, 2020
                              Form ID: 143               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2020.
unk             +Joseph Waske,    22862 Via Genoa,    Dana Point, CA 92629-3416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2020 at the address(es) listed below:
NONE.                                                                                               TOTAL: 0