**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               )
In re:                                                         )    Chapter 11
                                                               )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       )    Case No. 08-13555 (JMP)
                                                               )
                                                               )
                                                               )
         Debtors                                               )    (Jointly Administered)
---------------------------------------------------------------x

# TERMINATION OF TRANSFER OF CLAIMS FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(4),** Fed. R. Bankr. P., of the termination of the transfer for security, of the claims referenced in this evidence and notice.

CVF Lux Finco, LLC
Name of Transferee

CVF Lux Securities Trading S.à r.l.
Name of Transferor

Name and Address where notices to transferee should be sent:

CVF Lux Finco, LLC
c/o Carval Investors LP
9320 Excelsior Boulevard
Hopkins, Minnesota 55343
Attn: Karl Kittelson
(952) 984-3416

Court Claim # (if known): See attached Schedule 1
Amount of Claim: See attached Schedule 1
Debtors: Lehman Brothers Special Financing Inc. ("LBSF") and Lehman Brothers Holding, Inc.("LBHI") as described on attached Schedule 1.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee/Transferee's Agent

CVF Lux Finco, LLC
By: CVF Lux Master S.a.r.l.
Its sole Managing Member

By: _____
Name: [signature]
Title: Authorized Signer
Date: January 24, 2020

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF
# TERMINATION OF SECURITY INTEREST IN CLAIMS

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

Pursuant to those certain 3001(e)(4) (Transfer of Claims for Security) and Evidences of Transfer, referenced on the attached **Schedule 1**, CVF Lux Finco, LLC ("Finco") granted a first priority security interest (the "Security Interest") to CVF Lux Securities Trading S.a.r.l. ("Trading") in all right, title, interest, claims and causes of action in and to, or arising under or in consideration with, the claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) listed on attached **Schedule 1** (each a "Claim" and collectively, the "Claims") against Debtor in the above captioned jointly administered bankruptcy proceeding Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claims related to the Claims held by Finco with the Bankruptcy Court.

For value received, the adequacy and sufficiency of which are hereby acknowledged, Trading hereby unconditionally and irrevocably terminates its Security Interest in the Claims.

Trading hereby waives any objection to the termination of its Security Interest in the Claims on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.

IN WITNESS WHEREOF, this Evidence of Termination of Security Interest in Claims is executed this 24 day of January, 2020

| CVF Lux Finco, LLC<br>By: CVF Lux Master S.a.r.l.<br>Its sole Managing Member<br><br>By: _____<br>Name: Jeremiah Gerhardson<br>Title: Authorized Signer | CVF Lux Securities Trading S.a.r.l.<br>by Carval Investors, LP<br>its attorney-in-fact<br><br>By: _____<br>Name: Jeremiah Gerhardson<br>Title: Authorized Signer |
| --- | --- |

**Schedule 1**

| Claim Number | Claim Amount | Debtor | Docket Reference (Original 3001e4 Filing) |
|---|---|---|---|
| 11307 | $16,569,952.92 | LBSF | 49746 |
| 11306 | $16,569,952.92 | LBHI | 49746 |
| 24531 | $16,181,557.41 | LBSF | 49746 |
| 24535 | $16,181,557.41 | LBHI | 49746 |
| 37431 | $202,892,619.50 | LBSF | 49745 |
| 37433 | $202,892,619.50 | LBHI | 49745 |
| 28824 | $150,000,000.00 | LBSF | 49745 |
| 28823 | $150,000,000.00 | LBHI | 49745 |
| 17423 | $65,000,000.00 | LBSF | 49745 |
| 17424 | $65,000,000.00 | LBHI | 49745 |
| 20149 | $35,249,897.92 | LBSF | 49745 |
| 20121 | $35,249,897.92 | LBHI | 49745 |
| 28104 | $21,217,000.00 | LBSF | 49745 |
| 28105 | $21,217,000.00 | LBHI | 49745 |