Christopher R. Belmonte (CB-2163)
Pamela A. Bosswick (PB-5307)
Abigail Snow (AS-2960)
DUANE MORRIS LLP
230 Park Avenue
New York, New York 10169
Telephone:  (212) 818-9200
Facsimile: (212) 818-9606

*Attorneys for International Business Machines Corporation
Moody's Investors Service*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| Debtor, | Jointly Administered |

### NOTICE OF CHANGE OF LAW FIRM NAME AND E-MAIL ADDRESSES

**PLEASE TAKE NOTICE** that the law firm SATTERLEE STEPHENS LLP, attorneys for International Business Machines Corporation and Moody's Investors Service, has combined with and changed its name to DUANE MORRIS LLP.  The address, phone numbers, and facsimile number of the firm will remain the same.  The email addresses for Christopher R. Belmonte, Pamela A. Bosswick and Abigail Snow have changed to the following:

Christopher R. Belmonte, Esq.    CRBelmonte@duanemorris.com
Pamela A. Bosswick, Esq.         PABosswick@duanemorris.com
Abigail Snow, Esq.               AESnow@duanemorris.com

DM3\6730463.1

Dated: New York, New York
April 13, 2020

                        DUANE MORRIS LLP

By:    /s/ Christopher R, Belmonte
       Christopher R. Belmonte
       Pamela A. Bosswick
       AbigailSnow
230 Park Avenue
New York, New York 10169
Phone: (212) 818-9200
Fax: (212) 818-9606
Email: CRBelmonte@duanemorris.com
        PABosswick@duanemorris.com
        AESnow@duanemorris.com

*Attorneys for International Business Machines Corporation and Moody's Investors Inc.*