## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 4/14/2020 |
| Case: 08−13555−scc | Form ID: pdf001 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

unk        Joseph Waske        22862 Via Genoa        Dana Point, CA 92629

TOTAL: 1