# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (SCC)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **Seaport Loan Products LLC** | **CVF Lux Finco, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferor should be sent:

Address of Transferee:
360 Madison Avenue
New York, New York 10017
Telephone: (212) 616-7700
Attention: General Counsel

Court Claim Nos. and Amount of Claims:

(1) with respect to Claim No. 33171, the sum of $3,737,547.10;
(2) with respect to Claim No. 33172, the sum of $3,737,547.10;
(3) with respect to Claim No. 37431, the sum of $202,892,619.50;
(4) with respect to Claim No. 37433, the sum of $202,892,619.50;
(5) with respect to Claim No. 66653, the sum of $10,000,000.00;
(6) with respect to Claim No. 66655, the sum of $10,000,000.00;
(7) with respect to Claim No. 66800, the sum of $4,000,000.00; and
(8) with respect to Claim No. 66799, the sum of $4,000,000.00;

plus, in each case, all interest, fees and other recoveries due.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**SEAPORT LOAN PRODUCTS LLC**

By: _____    Date: 4/16/2020
Name:  Victor Kurylak
Title:   Chief Operating Officer

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

574-079/CERTS/6115260.1

# United States Bankruptcy Court
# Southern District of New York

In re: Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (SCC)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS 33171, 33172, 37431, 37433, 66653, 66655, 66800 and 66799 were filed or deemed filed under 11 U.S.C. § 1111(a) in this case.  As evidence of the transfer of the claims, the transferee filed a Transfer of Claims other than for Security in the Clerk's office of this court on          .

| | |
|---|---|
| **CVF Lux Finco, LLC**<br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br>c/o CarVal Investors, LLC<br>9320 Excelsior Blvd, 7th Floor<br>Hopkins, Minnesota  55343 | **Seaport Loan Products LLC**<br>Name of Transferee<br><br>Address of Transferee:<br>360 Madison Avenue<br>New York, New York  10017<br>Telephone:  (212) 616-7700<br>Attention:  General Counsel |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____              _____
                                                                                        CLERK OF THE COURT

**EVIDENCE OF TRANSFER OF CLAIMS**

TO:  United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

**CVF LUX FINCO, LLC,** its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto **SEAPORT LOAN PRODUCTS LLC**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claims and in the allowed amounts set forth below (collectively, the "Assigned Claims") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

| Claim Number | Claim Amount | Debtor |
|---|---|---|
| 11307 | 16,569,952.66 | LBSF |
| 11306 | 16,569,952.66 | LBHI |
| 13939 | $37,000,000.00 | LBSF |
| 13940 | $37,000,000.00 | LBHI |
| 15921 | $9,662,500.00 | LBSF |
| 15922 | $9,662,500.00 | LBHI |
| 17423 | $65,000,000.00 | LBSF |
| 17424 | $65,000,000.00 | LBHI |
| 20121 | $72,365,946.46 | LBSF |
| 20149 | $72,364,969.40 | LBHI |
| 24531 | $16,181,557.41 | LBSF |
| 24535 | $16,181,557.41 | LBHI |
| 26212 | $598,698.66 | LBSF |
| 26211 | $598,698.66 | LBHI |
| 26214 | $1,446,732.83 | LBSF |
| 26213 | $1,446,732.83 | LBHI |
| 26216 | $310,574.74 | LBSF |
| 26215 | $310,574.74 | LBHI |
| 26219 | $1,180,207.87 | LBSF |
| 26217 | $1,180,207.87 | LBHI |
| 26218 | $605,095.20 | LBSF |
| 26220 | $605,095.20 | LBHI |
| 27976 | $1,138,300.01 | LBSF |
| 27975 | $1,138,300.01 | LBHI |
| 28099 | $12,500,000.00 | LBSF |

| | | |
|---:|---:|---|
| 28103 | $12,500,000.00 | LBHI |
| 28104 | $21,217,000.00 | LBSF |
| 28105 | $21,217,000.00 | LBHI |
| 28824 | $150,000,000.00 | LBSF |
| 28823 | $150,000,000.00 | LBHI |
| 33171 | $3,737,547.10 | LBSF |
| 33172 | $3,737,547.10 | LBHI |
| 37431 | $202,892,619.50 | LBSF |
| 37433 | $202,892,619.50 | LBHI |
| 66653 | $10,000,000.00 | LBSF |
| 66655 | $10,000,000.00 | LBHI |
| 66800 | $4,000,000.00 | LBSF |
| 66799 | $4,000,000.00 | LBHI |

Seller hereby waives any objection to the transfer of the Assigned Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claims and recognizing the Buyer as the sole owner and holder of the Assigned Claims.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claims to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claims by its duly authorized representative dated April  9 , 2020.

| CVF LUX FINCO, LLC<br>By:  CarVal Investors, LP<br>Its Attorney in Fact<br><br>By: _____<br>Name: Jeremiah Gerhardson<br>Title: Authorized Signer | SEAPORT LOAN PRODUCTS LLC<br><br><br><br>By: _____<br>Name: Jonathan Silverman<br>Title: General Counsel |
|---|---|