Joseph Waske
22862 Via Genoa
Dana Point, CA 92629
Tel: (949) 517-8330
Email: jwaske3@yahoo.com
Pro-Se

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Regards:  Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case # 08-13555 (SCC)
Response to Objection to Motion to Reserve (Docket 60542)

### PROOF OF SERVICE

On April 20, 2020, I caused to be served the "Response to Objection to Motion to Reserve," Docket No.60542, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via USPS

USPS Priority Mail to:
Attention: Kristine Dickson and Matthew Cantor, c/o Lehman Brothers Holdings Inc.,277 Park Avenue, 46th floor,New York, New York 10172.  (EXHIBIT A)

On April 20, 2020, I caused to be served the "Response to Objection to Motion to Reserve," Docket No.60542, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via USPS

USPS Priority Mail to:
Attention: Office of the U.S. Trustee, c/o William K. Harrington, Esq., Susan D. Golden, Esq., Andrea B. Schwartz, Esq., U.S. Federal Office Building, 201 Varick St., Suite 1006, New York, NY 10014 (EXHIBIT A)

Respectfully Submitted,

April 20, 2020
Joseph Waske
22862 Via Genoa
Dana Point, CA 92629
Tel: (949) 517-8330
Email: jwaske3@yahoo.com
Pro-Se

Exhibit A

```
==========================================
              LAGUNA BEACH
             29911 NIGUEL RD

                LAGUNA NIGUEL
                     CA
                 92607-9998
                054050-9550
4/20/2020        (800)275-8777              09:45 AM
==========================================
==========================================
Product            Qty   Unit Price    Price
------------------------------------------
PM 2-Day            1      $7.75       $7.75
Flat Rate Env
    (Domestic)
    (NEW YORK, NY 10172)
    (Expected Delivery Day)
    (Thursday 04/23/2020)
    (USPS Tracking #)
    ( 9505 5065 8881 0111 2258 71)
Insurance                              $0.00
    (Up to $50.00 included)
PM 2-Day            1      $7.75       $7.75
Flat Rate Env
    (Domestic)
    (NEW YORK, NY 10014)
    (Expected Delivery Day)
    (Thursday 04/23/2020)
    (USPS Tracking #)
    ( 9505 5065 8881 0111 2258 95)
Insurance                              $0.00
    (Up to $50.00 included)
------------------------------------------
Total:                                $15.50
------------------------------------------
                                      $15.50
MasterCard
    (Account #:XXXXXXXXXXXX0744)
    (Approval #:085012)
    (Transaction #:780)
    (Receipt #:000780)
    (AID:A0000000041010)              Chip)
    (AL:MasterCard)
    (PIN:Not Required)
------------------------------------------

        Receipt #: 840-19260311-1-1243096-1



         Text your tracking number to 28777
           (2USPS) to get the latest status.
          Standard Message and Data rates may
         apply. You may also visit www.usps.com
          USPS Tracking or call 1-800-222-1811.


           Save this receipt as evidence of
         insurance. For information on filing
               an insurance claim go to
            https://www.usps.com/help/claims.htm

                  Preview your Mail
                 Track your Packages
                  Sign up for FREE @
                www.informeddelivery.com


          All sales final on stamps and postage.
          Refunds for guaranteed services only.
               Thank you for your business.
```

→ To: Lehman Brothers Holding Inc.

To: U.S. Trustee