**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re
LEHMAN BROTHERS HOLDINGS INC., *et al.*,
                                        Debtors.
---------------------------------------------------------------- x

: Chapter 11
:
: Case No. 08-13555 (SCC)
:
: (Jointly Administered)
:
: **Ref. Docket No.** 60293,
: 60298, 60305, 60445, 60450,
: 60457, 60458, 60459, 60462-
: 60472, 60475-60476

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT )
                     ) ss.:
COUNTY OF MIDDLESEX  )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 16, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 16, 2020, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
17th day of April, 2020
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
No. 100624
Commission Expires August 31, 2022

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfer Notices (Processed 2-25 through 4-15)_AFF_4-16-20_AS.docx

# EXHIBIT A

08-13555-mg    Doc 60544    Filed 04/20/20    Entered 04/20/20 14:58:53    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

QUINTESSENCE FUND L.P.
TRANSFEROR: DEUTSCHE BANK AG
C/O QVT ASSOCIATES GP LLC; ATTN: JULIAN SALE
1177 AVENUE OF THE AMERICAS, 9TH FLOOR
NEW YORK, NY 10036

Please note that your claim # 27141-18 in the above referenced case and in the amount of $6,650,987.44 allowed at $2,017,585.37 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000163691085 ***           LBH TRFNTC (MERGE2, TXNUM2) 4000192836



BARCLAYS BANK PLC
TRANSFEROR: QUINTESSENCE FUND L.P.
ATTN: SALVATORE RUSSO
125 S. WEST ST, 6TH FL
WILMINGTON, DE 19801

BARCLAYS BANK PLC
DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 60458 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2020                Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 16, 2020.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: QUINTESSENCE FUND L.P., ATTN: SALVATORE RUSSO, 125 S. WEST ST, 6TH FL, WILMINGTON, DE 19801 |
| BARCLAYS BANK PLC | DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: QVT FUND IV LP, ATTN: SALVATORE RUSSO, 125 S. WEST ST, 6TH FL, WILMINGTON, DE 19801 |
| BARCLAYS BANK PLC | TRANSFEROR: QVT FUND LP, ATTN: SALVATORE RUSSO, 125 S. WEST ST, 6TH FL, WILMINGTON, DE 19801 |
| BARCLAYS BANK PLC | TRANSFEROR: QVT FUND LP, ATTN: SALVATORE RUSSO, 125 S. WEST ST, 6TH FL, WILMINGTON, DE 19801 |
| BARCLAYS BANK PLC | TRANSFEROR: QVT FUND V LP, ATTN: SALVATORE RUSSO, 125 S. WEST ST, 6TH FL, WILMINGTON, DE 19801 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: NOTENSTEIN PRIVATBANK AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG  HONG KONG |
| HUNG, WAN KAI | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE, BLK G, 2/F, EAST SUN INDUSTRIAL CENTRE, NO. 16 SHING YIP ST, KWUN TONG, KOWLOON  HONG KONG |
| QUINTESSENCE FUND L.P. | TRANSFEROR: DEUTSCHE BANK AG, C/O QVT ASSOCIATES GP LLC; ATTN: JULIAN SALE, 1177 AVENUE OF THE AMERICAS, 9TH FLOOR, NEW YORK, NY 10036 |
| QUINTESSENCE FUND L.P. | TRANSFEROR: DEUTSCHE BANK AG, C/O QVT ASSOCIATES GP LLC; ATTN: JULIAN SALE, 1177 AVENUE OF THE AMERICAS, 9TH FLOOR, NEW YORK, NY 10036 |
| QUINTESSENCE FUND LP | C/O QVT FINANCIAL LP, ATTN: JULIAN SALE, 1177 AVENUE OF THE AMERICAS, 9TH FLOOR, NEW YORK, NY 10036 |
| QUINTESSENCE FUND LP | LOVELLS LLP, 875 3RD AVE LBBY 1, NEW YORK, NY 10022-7222 |
| QUINTESSENCE FUND LP | TRANSFEROR: CARILLON LTD., C/O NICK BRUMM, QVT FINANCIAL LP, 1177 AVENUE OF THE AMERICAS, 9TH FL, NEW YORK, NY 10036 |
| QUINTESSENCE FUND LP | C/O QVT FINANCIAL LP, ATTN: JULIAN SALE, 1177 AVENUE OF THE AMERICAS, 9TH FLOOR, NEW YORK, NY 10036 |
| QUINTESSENCE FUND LP | LOVELLS LLP, 875 3RD AVE LBBY 1, NEW YORK, NY 10022-7222 |
| QUINTESSENCE FUND LP | TRANSFEROR: CARILLON LTD., C/O NICK BRUMM, QVT FINANCIAL LP, 1177 AVENUE OF THE AMERICAS, 9TH FL, NEW YORK, NY 10036 |
| QVT FUND IV LP | TRANSFEROR: DEUTSCHE BANK AG, C/O QVT ASSOCIATES GP LLC; ATTN: JULIAN SALE, 1177 AVENUE OF THE AMERICAS, 9TH FLOOR, NEW YORK, NY 10036 |
| QVT FUND IV LP | TRANSFEROR: QVT FUND LP, C/O QVT ASSOCIATES GP LLC; ATTN: JULIAN SALE, 1177 AVENUE OF THE AMERICAS, 9TH FLOOR, NEW YORK, NY 10036 |

| Claim Name | Address Information |
|---|---|
| QVT FUND IV LP | TRANSFEROR: DEUTSCHE BANK AG, C/O QVT ASSOCIATES GP LLC; ATTN: JULIAN SALE, 1177 AVENUE OF THE AMERICAS, 9TH FLOOR, NEW YORK, NY 10036 |
| QVT FUND IV LP | TRANSFEROR: QVT FUND LP, C/O QVT ASSOCIATES GP LLC; ATTN JULIAN SALE, 1177 AVENUE OF THE AMERICAS, 9TH FLOOR, NEW YORK, NY 10036 |
| QVT FUND LP | C/O QVT FINANCIAL LP, ATTN: JULIAN SALE, 1177 AVENUE OF THE AMERICAS, 9TH FLOOR, NEW YORK, NY 10036 |
| QVT FUND LP | ROBIN E. KELLER, ESQ., LOVELLS LLP, 590 MADISON AVE, 7TH FLOOR, NEW YORK, NY 10022 |
| QVT FUND LP | C/O QVT FINANCIAL LP, ATTN: JULIAN SALE, 1177 AVENUE OF THE AMERICAS, 9TH |
| QVT FUND LP | LOVELLS LLP, ATTN: ROBIN E. KELLER, ESQ., 590 MADISON AVE, 7TH FLOOR, NEW |
| QVT FUND LP | C/O QVT FINANCIAL LP, ATTN: JULIAN SALE, 1177 AVENUE OF THE AMERICAS, 9TH |
| QVT FUND LP | 130 ELGIN AVENUE, GEORGE TOWN, GRAND CAYMAN KY1-9005 CAYMAN ISLANDS |
| QVT FUND V LP | TRANSFEROR: DEUTSCHE BANK AG, C/O QVT ASSOCIATES GP LLC; ATTN: JULIAN SALE, |
| QVT FUND V LP | TRANSFEROR: QVT FUND LP, C/O QVT ASSOCIATES GP LLC; ATTN: JULIAN SALE, 1177 |
| QVT FUND V LP | TRANSFEROR: DEUTSCHE BANK AG, C/O QVT ASSOCIATES GP LLC; ATTN: JULIAN SALE, |
| QVT FUND V LP | TRANSFEROR: QVT FUND LP, C/O QVT ASSOCIATES GP LLC; ATTN: JULIAN SALE, 1177 AVENUE OF THE AMERICAS, 9TH FLOOR, NEW YORK, NY 10036 |

**Total Creditor Count 39**