B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re Lehman Brothers Holdings Inc.,                    Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | SEAPORT LOAN PRODUCTS LLC |
|---|---|
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): Claim No. 6490 |
| HBK Master Fund L.P. | Amount of Claim Transferred: |
| c/o HBK Services LLC | $1,045,572.99 |
| 2300 North Field Street, Suite 2200 | |
| Dallas, TX 75201 | Date Claim Filed: July 28, 2009 |
| | Debtor: Lehman Brothers Special Financing Inc. |
| Phone:  (214) 758-6107 | Phone: |
| Last Four Digits of Acct #:N/A | Last Four Digits of Acct #:N/A |
| Name and Address where transferee payments should be sent (if different from above): | Court Claim # (if known): Claim No. 6489 |
| | Amount of Claim Transferred: |
| | $1,045,572.99 |
| | Date Claim Filed: July 28, 2009 |
| | Debtor: Lehman Brothers Holdings Inc. |
| Phone: | Phone: |
| Last Four Digits of Acct #:N/A | Last Four Digits of Acct #:N/A |
| | Court Claim # (if known): Claim No. 7908 |
| | Amount of Claim Transferred: |
| | $63,118.66 |
| | Date Claim Filed: August 10, 2009 |
| | Debtor: Lehman Brothers Special Financing Inc. |

Phone:_____
Last Four Digits of Acct #:N/A_____

Court Claim # (if known): Claim No. 7905____

Amount of Claim Transferred:
$63,118.66

Date Claim Filed: August 10, 2009_____
Debtor: Lehman Brothers Holdings Inc._____

Phone:_____
Last Four Digits of Acct #:N/A_____

Court Claim # (if known): Claim No. 12880___

Amount of Claim Transferred:
$1,768,500.00

Date Claim Filed: September 15, 2009_____
Debtor: Lehman Brothers Special Financing
Inc._____

Phone:_____
Last Four Digits of Acct #:N/A_____

Court Claim # (if known): Claim No. 12895___

Amount of Claim Transferred:
$1,768,500.00

Date Claim Filed: September 15, 2009_____
Debtor: Lehman Brothers Holdings Inc._____

Phone:_____
Last Four Digits of Acct #:N/A_____

Court Claim # (if known): Claim No. 13771___

Amount of Claim Transferred:
$60,070.44

Date Claim Filed: September 16, 2009_____
Debtor: Lehman Brothers Special Financing
Inc._____

Phone:_____
Last Four Digits of Acct #:N/A_____

Court Claim # (if known): Claim No. 13726

Amount of Claim Transferred:
$60,070.44

Date Claim Filed: September 16, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 14798

Amount of Claim Transferred:
$12,500,000.00

Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Special Financing
Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 14799

Amount of Claim Transferred:
$12,500,000.00

Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 15921

Amount of Claim Transferred:
$200,000.00

Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Special Financing
Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 15922

Amount of Claim Transferred:
$200,000.00

Date Claim Filed: <u>September 17, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 17198</u>

Amount of Claim Transferred:
<u>$375,579.24</u>

Date Claim Filed: <u>September 18, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 17199</u>

Amount of Claim Transferred:
<u>$375,579.24</u>

Date Claim Filed: <u>September 18, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 17423.14</u>

Amount of Claim Transferred:
<u>$2,409,000.00</u>

Date Claim Filed: <u>September 18, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 17424.15</u>

Amount of Claim Transferred:
<u>$2,409,000.00</u>

Date Claim Filed: <u>September 18, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 17674</u>

Amount of Claim Transferred:
<u>$47,000.00</u>

Date Claim Filed: <u>September 18, 2009</u>
Debtor: <u>Lehman Brothers Special Financing
Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 17673</u>

Amount of Claim Transferred:
<u>$47,000.00</u>

Date Claim Filed: <u>September 18, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 19173</u>

Amount of Claim Transferred:
<u>$5,304,000.00</u>

Date Claim Filed: <u>September 18, 2009</u>
Debtor: <u>Lehman Brothers Special Financing
Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 19174</u>

Amount of Claim Transferred:
<u>$5,304,000.00</u>

Date Claim Filed: <u>September 18, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 19936</u>

Amount of Claim Transferred:

$4,693,920.77

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing
Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 19937

Amount of Claim Transferred:
$4,693,920.77

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 20292

Amount of Claim Transferred:
$4,102,163.98

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing
Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 20319

Amount of Claim Transferred:
$4,102,163.98

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 20649

Amount of Claim Transferred:
$183,446.96

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing
Inc.

Phone:_____
Last Four Digits of Acct #:N/A_____

Court Claim # (if known): Claim No. 20648____

Amount of Claim Transferred:
$183,446.96

Date Claim Filed: September 21, 2009_____
Debtor: Lehman Brothers Holdings Inc._____

Phone:_____
Last Four Digits of Acct #:N/A_____

Court Claim # (if known): Claim No. 21407____

Amount of Claim Transferred:
$1,984,500.00

Date Claim Filed: September 21, 2009_____
Debtor: Lehman Brothers Special Financing
Inc._____

Phone:_____
Last Four Digits of Acct #:N/A_____

Court Claim # (if known): Claim No. 21406____

Amount of Claim Transferred:
$1,984,500.00

Date Claim Filed: September 21, 2009_____
Debtor: Lehman Brothers Holdings Inc._____

Phone:_____
Last Four Digits of Acct #:N/A_____

Court Claim # (if known): Claim No. 22195____

Amount of Claim Transferred:
$1.114,000.00

Date Claim Filed: September 21, 2009_____
Debtor: Lehman Brothers Special Financing
Inc._____

Phone:_____
Last Four Digits of Acct #:N/A_____

Court Claim # (if known): Claim No. 22194____

Amount of Claim Transferred:
$1.114,000.00

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 22241

Amount of Claim Transferred:
$9,879.13

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing
Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 22234

Amount of Claim Transferred:
$9,879.13

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 22843

Amount of Claim Transferred:
$6,913,485.72

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing
Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 22813

Amount of Claim Transferred:
$6,913,485.72

Date Claim Filed: September 21, 2009

Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 22854</u>

Amount of Claim Transferred:
<u>$1,989,133.81</u>

Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Special Financing
Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 22852</u>

Amount of Claim Transferred:
<u>$1,989,133.81</u>

Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 25167</u>

Amount of Claim Transferred:
<u>$5,496,617.76</u>

Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Special Financing
Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 25010</u>

Amount of Claim Transferred:
<u>$5,496,617.76</u>

Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): Claim No. 26912

Amount of Claim Transferred:
$35,573.15

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing
Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 26913

Amount of Claim Transferred:
$35,573.15

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 26915

Amount of Claim Transferred:
$28,850.05

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing
Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 26914

Amount of Claim Transferred:
$28,850.05

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 26969

Amount of Claim Transferred:
$3,953,460.78

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing
Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 27141

Amount of Claim Transferred:
$3,953,460.78

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 28099

Amount of Claim Transferred:
$10,815,544.00

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing
Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 28103

Amount of Claim Transferred:
$10,815,544.00

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 28375.01

Amount of Claim Transferred:
$21,963.56

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing
Inc.

Phone:

Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 28374.01

Amount of Claim Transferred:
$21,963.56

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 33324

Amount of Claim Transferred:
$16,109.65

Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Special Financing
Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 33323

Amount of Claim Transferred:
$16,109.65

Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 33584

Amount of Claim Transferred:
$318,501.88

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing
Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 33587

Amount of Claim Transferred:

$318,501.88

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 33659

Amount of Claim Transferred:
$2,500,000.00

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing
Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 33658

Amount of Claim Transferred:
$2,500,000.00

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 34197.01

Amount of Claim Transferred:
$245,076.01

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing
Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 34195.01

Amount of Claim Transferred:
$245,076.01

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:_____

Last Four Digits of Acct #:N/A_____

Court Claim # (if known): Claim No. 34229____

Amount of Claim Transferred:
$2,200.00

Date Claim Filed: September 22, 2009_____

Debtor: Lehman Brothers Special Financing
Inc._____

Phone:_____

Last Four Digits of Acct #:N/A_____

Court Claim # (if known): Claim No. 34228____

Amount of Claim Transferred:
$2,200.00

Date Claim Filed: September 22, 2009_____

Debtor: Lehman Brothers Holdings Inc._____

Phone:_____

Last Four Digits of Acct #:N/A_____

Court Claim # (if known): Claim No. 37431.02__

Amount of Claim Transferred:
$101,446,309.75

Date Claim Filed: October 13, 2009_____

Debtor: Lehman Brothers Special Financing
Inc._____

Phone:_____

Last Four Digits of Acct #:N/A_____

Court Claim # (if known): Claim No. 37433.02__

Amount of Claim Transferred:
$101,446,309.75

Date Claim Filed: October 13, 2009_____

Debtor: Lehman Brothers Holdings Inc._____

Phone:_____

Last Four Digits of Acct #:N/A_____

Court Claim # (if known): Claim No. 40682

Amount of Claim Transferred:
$85,000,000.00

Date Claim Filed: October 16, 2009
Debtor: Lehman Brothers Special Financing
Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 40683

Amount of Claim Transferred:
$85,000,000.00

Date Claim Filed: October 16, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 66107

Amount of Claim Transferred:
$4,555,649.81

Date Claim Filed: January 12, 2010
Debtor: Lehman Brothers Special Financing
Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 66108

Amount of Claim Transferred:
$4,555,649.81

Date Claim Filed: January 12, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 66530

Amount of Claim Transferred:
$71,750.02

Date Claim Filed: <u>April 14, 2010</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:

Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 66529</u>

Amount of Claim Transferred:
<u>$71,750.02</u>

Date Claim Filed: <u>April 14, 2010</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:

Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 66540</u>

Amount of Claim Transferred:
<u>$35,890,267.50</u>

Date Claim Filed: <u>April 16, 2010</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:

Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 66537</u>

Amount of Claim Transferred:
<u>$35,890,267.50</u>

Date Claim Filed: <u>April 16, 2010</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:

Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 66653</u>

Amount of Claim Transferred:
<u>$5,170,000.00</u>

Date Claim Filed: <u>May 20, 2010</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:

Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 66655

Amount of Claim Transferred:
$5,170,000.00

Date Claim Filed: May 20, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 66800

Amount of Claim Transferred:
$3,025,848.32

Date Claim Filed: June 7, 2010
Debtor: Lehman Brothers Special Financing
Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 66799

Amount of Claim Transferred:
$3,025,848.32

Date Claim Filed: June 7, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 67075

Amount of Claim Transferred:
$57,761.71

Date Claim Filed: September 13, 2010
Debtor: Lehman Brothers Special Financing
Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 67074

Amount of Claim Transferred:

$57,761.71

Date Claim Filed: September 13, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 67084.03

Amount of Claim Transferred:
$564,656.78

Date Claim Filed: September 23, 2010
Debtor: Lehman Brothers Special Financing
Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 67085.03

Amount of Claim Transferred:
$564,656.78

Date Claim Filed: September 23, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 67138

Amount of Claim Transferred:
$16,759,684.50

Date Claim Filed: October 25, 2010
Debtor: Lehman Brothers Special Financing
Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 67346

Amount of Claim Transferred:
$16,759,684.50

Date Claim Filed: October 25, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone:_____

Last Four Digits of Acct #:<u>N/A</u>_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J.R. Smith</u>_____    Date: <u>April 21, 2020</u>_____

　　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIMS

TO:    United States Bankruptcy Court for the Southern District of New York ("<u>Bankruptcy</u> <u>Court</u>")
        Attn: Clerk

AND TO:  Lehman Brothers Holdings Inc. ("<u>Debtor</u>")
        Case No. 08-13555 (SCC) (Jointly Administered)

**SEAPORT LOAN PRODUCTS LLC,** its successors and assigns ("<u>Seller</u>"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto **HBK MASTER FUND L.P.**, its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to the claims and in the allowed amounts set forth below (collectively, the "<u>Assigned Claims</u>") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

| Claim Number | Claim Amount | Debtor |
|---|---|---|
| 6489 | $1,045,572.99 | 9A |
| 6490 | $1,045,572.99 | 4A |
| 7905 | $63,118.66 | 9A |
| 7908 | $63,118.66 | 4A |
| 12880 | $1,768,500.00 | 4A |
| 12895 | $1,768,500.00 | 9A |
| 13726 | $60,070.44 | 9A |
| 13771 | $60,070.44 | 4A |
| 14798 | $12,500,000.00 | 4A |
| 14799 | $12,500,000.00 | 9A |
| 15921 | $200,000.00 | 4A |
| 15922 | $200,000.00 | 9A |
| 17198 | $375,579.24 | 4A |
| 17199 | $375,579.24 | 9A |
| 17423.14 | $2,409,000.00 | 4A |
| 17424.15 | $2,409,000.00 | 9A |
| 17673 | $47,000.00 | 9A |
| 17674 | $47,000.00 | 4A |
| 19173 | $5,304,000.00 | 9A |
| 19174 | $5,304,000.00 | 9A |
| 19936 | $4,693,920.77 | 4A |
| 19937 | $4,693,920.77 | 9A |
| 20292 | $4,102,163.98 | 4A |
| 20319 | $4,102163.98 | 9A |

| | | |
|---|---|---|
| 20648 | $183,446.96 | 9A |
| 20649 | $183,446.96 | 4A |
| 21406 | $1,984,500.00 | 9A |
| 21407 | $1,984,500.00 | 4A |
| 22194 | $1,114,000.00 | 9A |
| 22195 | $1,114,000.00 | 4A |
| 22234 | $9,879.13 | 9A |
| 22241 | $9,879.13 | 4A |
| 22813 | $6,913,485.72 | 9A |
| 22843 | $6,913,485.72 | 4A |
| 22852 | $1,989,133.81 | 9A |
| 22854 | $1,989,133.81 | 4A |
| 25010 | $5,496,617.76 | 9A |
| 25167 | $5,496,617.76 | 4A |
| 26912 | $35,573.15 | 4A |
| 26913 | $35,573.15 | 9A |
| 26914 | $28,850.05 | 9A |
| 26915 | $28,850.05 | 4A |
| 26969 | $3,953,460.78 | 4A |
| 27141 | $3,953,460.78 | 9A |
| 28099 | $10,815,544.00 | 4A |
| 28103 | $10,815,544.00 | 9A |
| 28374.01 | $21,963.56 | 9A |
| 28375.01 | $21,963.56 | 4A |
| 33323 | $16,109.65 | 9A |
| 33324 | $16,109.65 | 4A |
| 33584 | $318,501.88 | 4A |
| 33587 | $318,501.88 | 9A |
| 33658 | $2,500,000.00 | 9A |
| 33659 | $2,500,000.00 | 4A |
| 34195.01 | $245,076.01 | 9A |
| 34197.01 | $245,076.01 | 4A |
| 34228 | $2,200.00 | 9A |
| 34229 | $2,200.00 | 4A |
| 37431.02 | $101,446,309.75 | 4A |
| 37433.02 | $101,446,309.75 | 9A |
| 40682 | $85,000,000.00 | 4A |
| 40683 | $85,000,000.00 | 9A |
| 66107 | $4,555,649.81 | 4A |
| 66108 | $4,555,649.81 | 9A |
| 66529 | $71,750.02 | 9A |

| 66530 | $71,750.02 | 4A |
|---|---|---|
| 66537 | $35,890,267.50 | 9A |
| 66540 | $35,890,267.50 | 4A |
| 66653 | $5,170,000.00 | 4A |
| 66655 | $5,170,000.00 | 9A |
| 66799 | $3,025,848.32 | 9A |
| 66800 | $3,025,848.32 | 4A |
| 67074 | $57,761.71 | 9A |
| 67075 | $57,761.71 | 4A |
| 67084.03 | $564,656.78 | 4A |
| 67085.03 | $564,656.78 | 9A |
| 67138 | $16,759,684.50 | 4A |
| 67346 | $16,759,684.50 | 9A |

Seller hereby waives any objection to the transfer of the Assigned Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claims and recognizing the Buyer as the sole owner and holder of the Assigned Claims.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claims to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claims by its duly authorized representative dated April <u>21</u>, 2020.

| SEAPORT LOAN PRODUCTS LLC | HBK MASTER FUND L.P. |
|---|---|
| | By:  HBK Services LLC, Investment Advisor |
| By: _____ | By: _____ |
| Name:  Jonathan Silverman | Name:    Beauregard A. Fournet |
| Title:    General Counsel | Title:    Authorized Signatory |