B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,                             Case No. <u>08-13555</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | SEAPORT LOAN PRODUCTS LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    HBK Master Fund L.P.
    c/o HBK Services LLC
    2300 North Field Street, Suite 2200
    Dallas, TX 75201

Court Claim # (if known): <u>Claim No. 18076.02</u>

Amount of Claim Transferred:
<u>$13,500,000.00</u>

Date Claim Filed: <u>September 18, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone: <u>(214) 758-6107</u>
Last Four Digits of Acct #: <u>N/A</u>

Phone: <u> </u>
Last Four Digits of Acct #: <u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

Court Claim # (if known): <u>Claim No. 18074.2</u>

Amount of Claim Transferred:
<u>$13,500,000.00</u>

Date Claim Filed: <u>September 18, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u> </u>
Last Four Digits of Acct #: <u>N/A</u>

Phone: <u> </u>
Last Four Digits of Acct #: <u>N/A</u>

Court Claim # (if known): <u>Claim No. 16739.01</u>

Amount of Claim Transferred:
<u>$9,403,056.17</u>

Date Claim Filed: <u>September 18, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 16738.01

Amount of Claim Transferred:
$9,403,056.17

Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 16741.01

Amount of Claim Transferred:
$2,760,662.72

Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 16740.01

Amount of Claim Transferred:
$2,760,662.72

Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 16743.01

Amount of Claim Transferred:
$1,442,137.20

Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 16742.01

Amount of Claim Transferred:
$1,442,137.20

Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 16745.01

Amount of Claim Transferred:
$2,121,793.24

Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 16744.01

Amount of Claim Transferred:
$2,121,793.24

Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 23518.01

Amount of Claim Transferred:
$2,001,015.02

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 23517.01

Amount of Claim Transferred:
$2,001,015.02

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 23519.01

Amount of Claim Transferred:
$1,258,988.59

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 23520.01

Amount of Claim Transferred:
$1,258,988.59

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 23516.01

Amount of Claim Transferred:
$14,012,347.09

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 23559.01

Amount of Claim Transferred:
$14,012,347.09

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 16059

Amount of Claim Transferred: $4,623,949.00

Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 16060

Amount of Claim Transferred: $4,767,985.75

Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 22843.02

Amount of Claim Transferred: $8,282,677.63

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 22813.02

Amount of Claim Transferred: $8,282,677.63

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 22854.02

Amount of Claim Transferred:

$2,383,074.87

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 22852.02

Amount of Claim Transferred:
$2,383,074.87

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 20149

Amount of Claim Transferred:
$7,277,690.06

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 20121

Amount of Claim Transferred:
$7,277,880.17

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J.R. Smith                                            Date: April 21, 2020
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIMS**

TO:   United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO:  Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

**SEAPORT LOAN PRODUCTS LLC,** its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto **HBK MASTER FUND L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claims and in the allowed amounts set forth below (collectively, the "Assigned Claims") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

| Claim Number | Claim Amount | Debtor |
|---|---|---|
| 18074.2 | $ 13,500,000.00 | Lehman Brothers Holdings Inc. |
| 18076.02 | $ 13,500,000.00 | Lehman Brothers Special Financing Inc. |
| 16738.01 | $ 9,403,056.17 | Lehman Brothers Holdings Inc. |
| 16739.01 | $ 9,403,056.17 | Lehman Brothers Special Financing Inc. |
| 16740.01 | $ 2,760,662.72 | Lehman Brothers Holdings Inc. |
| 16741.01 | $ 2,760,662.72 | Lehman Brothers Special Financing Inc. |
| 16742.01 | $ 1,442,137.20 | Lehman Brothers Holdings Inc. |
| 16743.01 | $ 1,442,137.20 | Lehman Brothers Special Financing Inc. |
| 16744.01 | $ 2,121,793.24 | Lehman Brothers Holdings Inc. |
| 16745.01 | $ 2,121,793.24 | Lehman Brothers Special Financing Inc. |
| 23517.01 | $ 2,001,015.02 | Lehman Brothers Holdings Inc. |
| 23518.01 | $ 2,001,015.02 | Lehman Brothers Special Financing Inc. |
| 23520.01 | $ 1,258,988.59 | Lehman Brothers Holdings Inc. |
| 23519.01 | $ 1,258,988.59 | Lehman Brothers Special Financing Inc. |
| 23559.01 | $ 14,012,347.09 | Lehman Brothers Holdings Inc. |
| 23516.01 | $ 14,012,347.09 | Lehman Brothers Special Financing Inc. |
| 16060 | $ 4,767,985.75 | Lehman Brothers Holdings Inc. |
| 16059 | $ 4,623,949.00 | Lehman Brothers Special Financing Inc. |
| 22813.02 | $ 8,282,677.63 | Lehman Brothers Holdings Inc. |
| 22843.02 | $ 8,282,677.63 | Lehman Brothers Special Financing Inc. |
| 22852.02 | $ 2,383,074.87 | Lehman Brothers Holdings Inc. |
| 22854.02 | $ 2,383,074.87 | Lehman Brothers Special Financing Inc. |
| 20149 | $ 7,277,690.06 | Lehman Brothers Special Financing Inc. |

| 20121 | $ 7,277,880.17 | Lehman Brothers Holdings Inc. |

Seller hereby waives any objection to the transfer of the Assigned Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claims and recognizing the Buyer as the sole owner and holder of the Assigned Claims.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claims to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claims by its duly authorized representative dated April 21, 2020.

| **SEAPORT LOAN PRODUCTS LLC** | **HBK MASTER FUND L.P.** |
|---|---|
|  | By: HBK Services LLC, Investment Advisor |
| By: _____ | By: _____ |
| Name: Jonathan Silverman | Name: Beauregard A. Fournet |
| Title: General Counsel | Title: Authorized Signatory |