UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. |  |

**SECOND AMENDED ALTERNATIVE DISPUTE RESOLUTION
PROCEDURES ORDERS FOR INDEMNIFICATION CLAIMS OF
THE DEBTORS AGAINST CERTAIN MORTGAGE LOAN SELLERS**

Upon the motion of Lehman Brothers Holdings Inc. for Leave to Amend and Extend the Scope of the Alternative Dispute Resolution Procedures Orders For Indemnification Claims of the Debtors Against Mortgage Loan Sellers, dated October 1, 2018 [Docket No. 58858] (the "Motion"),[1] of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator, for the amendment of, *inter alia*, Alternative Dispute Resolution Procedures Order For Indemnification Claims of the Debtors Against Mortgage Loan Sellers Universal American Mortgage Company, LLC, Standard Pacific Mortgage, Inc., Shea Mortgage, Inc., CTX Mortgage Company, LLC, PrimeLending, A PlainsCapital, Company, Allied Mortgage Group, Inc., and DHI Mortgage Company, LTD., dated July 21, 2014 [Docket No. 45315] (the "Modified ADR Order"), in the chapter 11 cases of LBHI and its affiliated debtors (collectively, the "Debtors"), all as more fully described in the Motion, and the Court having previously granted the relief stated in the Motion by entry of the Amended Alternative Dispute Resolution Procedures Orders for Indemnification Claims of the Debtors Against Certain Mortgage Loan Sellers [Docket No. 59066] (the "Amended ADR Order"), and the Plan Administrator and Additional Sellers (defined below) having conferred and agreed to the relief sought below,

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY FOUND AND DETERMINED THAT THE MODIFIED ADR ORDER IS AMENDED AS FOLLOWS:**

A.  The Amended ADR Order is expanded to include the following Sellers: (i) Acre Mortgage & Financial, Inc., (ii) Arlington Capital Mortgage Corporation and Gateway Funding Diversified Mortgage Services, L.P., (iii) Hartland Mortgage Centers, Inc., (iv) LHM Financial Corporation, (v) Loan Simple, Inc. f/k/a Ascent Home Loans, Inc. f/k/a Placer Financial Inc., (vi) Luxury Mortgage Corp., (vii) MC Advantage, LLC, f/k/a Republic Mortgage Home Loans, LLC, (viii) Mega Capital Funding, Inc., (ix) Oaktree Funding Corp., (x) Sun American Mortgage Company, (xi) Windsor Capital Mortgage Corporation, and (xiii) WR Starkey Mortgage, LLP (collectively, the "Additional Sellers" and individually, the "Additional Seller").[2]

B.  With respect to the Additional Sellers only, the first sentence of paragraph 8(b) of the Modified ADR Order shall be amended as follows: "An Additional Seller must respond to the Indemnification ADR Notice in writing through a "Statement of Position" within thirty (30) calendar days from the date of service of the Notice."

C.  All other aspects of the Modified ADR Order and Amended ADR Order shall remain in effect.

**IT IS SO ORDERED:**

April 28, 2020
New York, New York

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

---

[2] All references to "Universal American Sellers" in the Modified ADR Order shall include the "Additional Sellers."