**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x
In re

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

                Debtors.

------------------------------------------------------------------------ x

**Chapter 11**

**Case No. 08-13555 (SCC)**

**(Jointly Administered)**

**Ref. Docket No.** 60446

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                            ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 17, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 17, 2020, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                */s/ Angharad Bowdler*
                                                                                 Angharad Bowdler

Sworn to before me this
23rd day of April, 2020
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
No. 100624
Commission Expires August 31, 2022

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000163694216 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 32575



CREDIT SUISSE AG
ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA
CRAVATH SWAINE & MOORE LLP
825 8TH AVENUE
NEW YORK, NY 10019

CREDIT SUISSE AG
PARADEPLATZ 8
ZURICH CH-8001
 SWITZERLAND

Please note that your claim # 55813-97 in the above referenced case and in the amount of $0.00 allowed at $70,955.29 has been transferred (unless previously expunged by court order)

UBS AG
TRANSFEROR: CREDIT SUISSE AG
BAHNHOFSTRASSE 45
CH-8001 ZURICH
 SWITZERLAND

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    60446    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/17/2020                                     Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 17, 2020.

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN/ SOPHIA YOO, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | PARADEPLATZ 8, ZURICH CH-8001 SWITZERLAND |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| UBS AG | TRANSFEROR: CREDIT SUISSE AG, BAHNHOFSTRASSE 45, CH-8001 ZURICH  SWITZERLAND |
| UBS AG | TRANSFEROR: CREDIT SUISSE AG, BAHNHOFSTRASSE 45, CH-8001 ZURICH  SWITZERLAND |

**Total Creditor Count 7**