**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x

In re

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

                 Debtors.

------------------------------------------------------------------------ x

Chapter 11

Case No. 08-13555 (SCC)

(Jointly Administered)

**Ref. Docket No.** 60477, 60480, 60481, 60500

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                           ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 23, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 23, 2020, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Angharad Bowdler*
                                                          Angharad Bowdler

Sworn to before me this
27th day of April, 2020
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
No. 100624
Commission Expires August 31, 2022

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000164497446 ***   LBH TRFNTC (MERGE2, TXNUM2) 4000192836



BARCLAYS BANK PLC
TRANSFEROR: QUINTESSENCE FUND L.P.
ATTN: SALVATORE RUSSO
125 S. WEST ST, 6TH FL
WILMINGTON, DE 19801

BARCLAYS BANK PLC
DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

Please note that your claim # 27141-18 in the above referenced case and in the amount of $6,650,987.44 allowed at $2,017,585.37 has been transferred (unless previously expunged by court order)

HBK MASTER FUND, L.P.
TRANSFEROR: BARCLAYS BANK PLC
C/O HBK SERVICES LLC
2300 NORTH FIELD ST, STE 2200
DALLAS, TX 75201

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER   60477   in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/23/2020                            Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 23, 2020.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: QUINTESSENCE FUND L.P., ATTN: SALVATORE RUSSO, 125 S. WEST ST, 6TH FL, WILMINGTON, DE 19801 |
| BARCLAYS BANK PLC | DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: QVT FUND IV LP, ATTN: SALVATORE RUSSO, 125 S. WEST ST, 6TH FL, WILMINGTON, DE 19801 |
| BARCLAYS BANK PLC | TRANSFEROR: QVT FUND V LP, ATTN: SALVATORE RUSSO, 125 S. WEST ST, 6TH FL, WILMINGTON, DE 19801 |
| BARCLAYS BANK PLC | TRANSFEROR: QVT FUND LP, ATTN: SALVATORE RUSSO, 125 S. WEST ST, 6TH FL, WILMINGTON, DE 19801 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG, SINGAPORE BRANCH | TRANSFEROR: CREDIT SUISSE, C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, ATTN: STEPHANIE SWEENEY, ESQ., 200 WEST 41ST STREET, 17TH FLOOR, NEW YORK, NY |
| DWP BANK, SPARKASSE MUNSTERLAND OST | TRANSFEROR: CREDIT SUISSE, BERATUNGSCENTER, WESELER STRASSE 230, 48151 MUNSTER GERMANY |
| HBK MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| TACONIC CAPITAL PARTNERS 1.5 L.P. | C/O TACONIC CAPITAL ADVISORS LP, MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TACONIC MASTER FUND 1.5 LP | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P., TACONIC CAPITAL ADVISORS- MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |

**Total Creditor Count 12**