B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**　　　　　　　　Case No. 08-13555 (SCC)

　　　　　　　　　　　　　　　　　　　　　　　　　　**(jointly administered)**

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Banc of America Credit Products, Inc.** | **York Global Finance BDH, LLC** |
|---|---|
| Name of Transferee | Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known):  58352
Total Amount of Claim Transferred:
USD $90,000,000.00

Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036
Attn: Ryan Weddle / Ante Jakic
Telephone: (646) 855-7450
Fax: (646) 834-9780 / (804) 264-1108
E-mail: ryan.weddle@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/Seth Denson_　　　　　　　　　　　　Date:　　　5/1/2020
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**York Global Finance BDH, LLC,** with offices at c/o York Capital Management, 767 Fifth Avenue, 17th Floor, New York, NY 10153 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Banc of America Credit Products, Inc.**, its successors and assigns ("Buyer"), an undivided pro rata share to the extent of a **14.5066%** interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc**. (Claim No.: **58352**) in the amount of $620,406,164.00 (the "Claim Amount"), which pro rata share represents **$90,000,000** of the Claim Amount (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC)

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the _1st_ day of May, 2020.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name: Seth Denson
Title: Director


YORK GLOBAL FINANCE BDH, LLC


By: _____
Name:
Title:

A-14

144271993v3

EXHIBIT A

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**York Global Finance BDH, LLC,** with offices at c/o York Capital Management, 767 Fifth Avenue, 17th Floor, New York, NY 10153 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Banc of America Credit Products, Inc.**, its successors and assigns ("Buyer"), an undivided pro rata share to the extent of a **14.5066%** interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc**. (Claim No.: **58352**) in the amount of $620,406,164.00 (the "Claim Amount"), which pro rata share represents **$90,000,000** of the Claim Amount (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC)

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the  1st   day of May, 2020.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title:

YORK GLOBAL FINANCE BDH, LLC

By: _____
Name:   Kevin M. Carr
Title:    Director of Operations

A-14

144271993v3