Joseph Waske
22862 Via Genoa
Dana Point, CA 92629
Tel: (949) 517-8330
Email: jwaske3@yahoo.com
Pro-Se



### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In Regards:  Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case # 08-13555 (SCC)
        Motion for a Summary Judgment for the Motion to Reserve

### PROOF OF SERVICE

On March 18, 2020 I caused to be served the "Motion for a Summary Judgment for the
Motion to Reserve," by causing true and correct copies to be enclosed securely in a separate
postage paid envelope and delivered via USPS

USPS Priority Mail to:
Attention: Kristine Dickson and Matthew Cantor, c/o Lehman Brothers Holdings Inc.,277 Park
Avenue, 46th floor,New York, New York 10172.  (EXHIBIT A)

On March 18, 2020 I caused to be served the "Motion for a Summary Judgment for the
Motion to Reserve," by causing true and correct copies to be enclosed securely in a separate
postage paid envelope and delivered via USPS

USPS Priority Mail to:
Attention: Office of the U.S. Trustee, c/o William K. Harrington, Esq., Susan D. Golden, Esq.,
Andrea B. Schwartz, Esq., U.S. Federal Office Building, 201 Varick St., Suite 1006, New York, NY
10014 (EXHIBIT A)

Respectfully Submitted,

March 23, 2020
Joseph Waske
22862 Via Genoa
Dana Point, CA 92629
Tel: (949) 517-8330
Email: jwaske3@yahoo.com
Pro-Se

Exhibit A

USPS eReceipt

From: donotreply@ereceipt.usps.gov

To: jwaske3@yahoo.com

Date: Wednesday, March 18, 2020, 05:43 PM PDT

```
==================================================
                    DANA POINT
                 24551 DEL PRADO
            DANA POINT, CA, 92629-9998
                   051998-9550
                  (800)275-8777
              03/18/2020 05:42 PM
==================================================
==================================================
--------------------------------------------------
Product                    Qty   Unit Price   Price
--------------------------------------------------
PM 2-Day                    1       $7.75     $7.75
Flat Rate Env
   (Domestic)
   (NEW YORK, NY  10172)
   (Expected Delivery Day)
   (Friday 03/20/2020)
   (USPS Tracking #)
   ( 9505 5065 8501 0078 1715 15 )
Insurance                                     $0.00
   (Up to $50.00 included)
PM 2-Day                    1       $7.75     $7.75
Flat Rate Env
   (Domestic)
   (NEW YORK, NY  10014)
   (Expected Delivery Day)
   (Friday 03/20/2020)
   (USPS Tracking #)
   ( 9505 5065 8501 0078 1715 39 )
Insurance                                     $0.00
   (Up to $50.00 included)
--------------------------------------------------
Total:                                       $15.50
--------------------------------------------------
MasterCard                                   $15.50
   (Account #:XXXXXXXXXXXX0288)
   (Approval #:069515)
   (Transaction #:650)
   (Receipt #:000650)
   (AID:A0000000041010         Chip)
   (AL:MasterCard)
   (PIN:Not Required)

Clerk ID: 00
Receipt #: 840-19260262-1-856332-1

          Text your tracking number to 28777
             (2USPS) to get the latest status.
           Standard Message and Data rates may
          apply. You may also visit www.usps.com
          USPS Tracking or call 1-800-222-1811.

             Save this receipt as evidence of
           insurance. For information on filing
              an insurance claim go to
           https://www.usps.com/help/claims.htm

              Preview your Mail
              Track your Packages
             Sign up for FREE @
           www.informeddelivery.com
        All sales final on stamps and postage.
        Refunds for guaranteed services only.
           Thank you for your business.
```

Sent to LBHI

Sent to U.S. Trustee

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic

Exhibit A

**USPS eReceipt**

From: donotreply@ereceipt.usps.gov

To: jwaske3@yahoo.com

Date: Wednesday, March 18, 2020, 05:34 PM PDT

```
==================================================
                  DANA POINT
                24551 DEL PRADO
          DANA POINT, CA, 92629-9998
                  051998-9550
                  (800)275-8777
               03/18/2020 05:33 PM
==================================================
--------------------------------------------------
Product                    Qty  Unit Price   Price
--------------------------------------------------
PM Exp 2-Day                 1     $26.35    $26.35
Flat Rate Env
    (Domestic)
    (NEW YORK, NY  10004)
    (Weight:1.50 oz)
    (Scheduled Delivery Day)
    (Friday 03/20/2020 12:00 PM)
    (Money Back Guarantee)
    (Signature Waiver)
    (USPS Tracking #)
    ( 9570 1065 8501 0078 1714 98 )
Signature Waived                            $0.00
PM Exp Insurance                            $0.00
    (Up to $100.00 included)
--------------------------------------------------
Total:                                     $26.35
--------------------------------------------------
AMEX                                       $26.35
    (Account #:XXXXXXXXXXX1046)
    (Approval #:804204)
    (Transaction #:649)
    (Receipt #:000649)
    (AID:A000000025010801      Chip)
    (AL:AMERICAN EXPRESS)
    (PIN:Not Required)

Clerk ID: 00
Receipt #: 840-19260262-1-856279-1

          Text your tracking number to 28777
           (2USPS) to get the latest status.
          Standard Message and Data rates may
          apply. You may also visit www.usps.com
          USPS Tracking or call 1-800-222-1811.

           Save this receipt as evidence of
         insurance. For information on filing
                an insurance claim go to
         https://www.usps.com/help/claims.htm

                 Preview your Mail
                Track your Packages
                Sign up for FREE @
               www.informeddelivery.com
          All sales final on stamps and postage.
          Refunds for guaranteed services only.
             Thank you for your business.

Privacy Act Statement: Your information will be used to provide you with an
electronic receipt for your purchase transaction via email. Collection is
authorized by 39 USC 401, 403, and 404. Providing the information is
voluntary, but if not provided, we will be unable to process your request to
receive an electronic receipt. We do not disclose your information to third
parties without your consent, except to facilitate the transaction, to act
on your behalf or request, or as legally required. This includes the
following limited circumstances: to a congressional office on your behalf;
to financial entities regarding financial transaction issues; to a U.S.
Postal Service auditor; to entities, including law enforcement, as required
by law or in legal proceedings; to contractors and other entities aiding us
to fulfill the service (service providers); to process servers; to domestic
government agencies if needed as part of their duties; and to a foreign
government agency for violations and alleged violations of law. For more
information on our privacy policies visit
www.usps.com/privacypolicy.
--------------------------------------------------
```

Original
Copy to U.S.
Bankruptcy Court
S.D.N.Y

1/2