B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.,</u>　　　　　　　　Case No. <u>08-13555</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>HBK MASTER FUND L.P.</u> | <u>BANC OF AMERICA CREDIT PRODUCTS, INC.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  HBK Master Fund L.P.
  c/o HBK Services LLC
  2300 North Field Street, Suite 2200
  Dallas, TX 75201

Court Claim # (if known): <u>Claim No. 22195</u>

Amount of Claim Transferred:
<u>$14,600,000.00</u>

Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone: <u>(214) 758-6107</u>
Last Four Digits of Acct #:<u>N/A</u>

Phone:<u>　　　　　　　　</u>
Last Four Digits of Acct #:<u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

Court Claim # (if known): <u>Claim No. 22194</u>

Amount of Claim Transferred:
<u>$14,600,000.00</u>

Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>　　　　　　　　</u>
Last Four Digits of Acct #:<u>N/A</u>

Phone:<u>　　　　　　　　</u>
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 66653</u>

Amount of Claim Transferred:
<u>$53,000,000.00</u>

Date Claim Filed: <u>May 20, 2010</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 66655

Amount of Claim Transferred:
$53,000,000.00

Date Claim Filed: May 20, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 26969

Amount of Claim Transferred:
$44,080,000.00

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 27141

Amount of Claim Transferred:
$44,080,000.00

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 17198

Amount of Claim Transferred:
$25,000,000.00

Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 17199

Amount of Claim Transferred:
$25,000,000.00

Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 39821

Amount of Claim Transferred:
$11,600,000.00

Date Claim Filed: October 13, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 40642

Amount of Claim Transferred:
$11,600,000.00

Date Claim Filed: October 13, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 28104

Amount of Claim Transferred:
$76,720,000.00

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #:N/A

Court Claim # (if known): Claim No. 28105

Amount of Claim Transferred:
$76,720,000.00

        Date Claim Filed: <u>September 22, 2009</u>
        Debtor: <u>Lehman Brothers Holdings Inc.</u>

        Phone:
        Last Four Digits of Acct #:<u>N/A</u>

        Court Claim # (if known): <u>Claim No. 28099</u>

        Amount of Claim Transferred:
        <u>$25,000,000.00</u>

        Date Claim Filed: <u>September 22, 2009</u>
        Debtor: <u>Lehman Brothers Special Financing Inc.</u>

        Phone:
        Last Four Digits of Acct #:<u>N/A</u>

        Court Claim # (if known): <u>Claim No. 28103</u>

        Amount of Claim Transferred:
        <u>$25,000,000.00</u>

        Date Claim Filed: <u>September 22, 2009</u>
        Debtor: <u>Lehman Brothers Holdings Inc.</u>

        Phone:
        Last Four Digits of Acct #:<u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J.R. Smith</u>                Date: <u>May 6, 2020</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.**, located at 410 Park Avenue - 11th Floor, New York, NY 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc**., having the Claim Numbers in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| LBSF Claim # | Transferred Claim Amount |
|---|---|
| 22195 | $14,600,000.00 |
| 66653 | $38,000,000.00 |
| 26969 | $44,080,000.00 |
| 17198 | $25,000,000.00 |
| 66653 | $15,000,000.00 |
| 39821 | $11,600,000.00 |
| 28104 | $76,720,000.00 |
| 28099 | $25,000,000.00 |
| **Total** | **$250,000,000.00** |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of May  1 , 2020.

**Banc of America Credit Products, Inc.**                               **HBK Master Fund L.P.**

By: _____                              By: _____
Name: Seth Denson                                                Name:
Title: Director                                                  Title:

143497599v4

EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.**, located at 410 Park Avenue - 11th Floor, New York, NY 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc**., having the Claim Numbers in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| LBSF Claim # | Transferred Claim Amount |
|---|---|
| 22195 | $14,600,000.00 |
| 66653 | $38,000,000.00 |
| 26969 | $44,080,000.00 |
| 17198 | $25,000,000.00 |
| 66653 | $15,000,000.00 |
| 39821 | $11,600,000.00 |
| 28104 | $76,720,000.00 |
| 28099 | $25,000,000.00 |
| **Total** | **$250,000,000.00** |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of May _1_, 2020.

**Banc of America Credit Products, Inc.**              **HBK Master Fund L.P.**
                                                       By:  HBK Services LLC, Investment Advisor

By: _____              By: _____
Name:                                                  Name:  Beauregard A. Fournet
Title:                                                 Title:   Authorized Signatory

143497599v4

EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.**, located at 410 Park Avenue - 11th Floor, New York, NY 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.**, having the Claim Numbers in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| LBHI Claim # | Transferred Claim Amount |
|---|---|
| 22194 | $14,600,000.00 |
| 66655 | $38,000,000.00 |
| 27141 | $44,080,000.00 |
| 17199 | $25,000,000.00 |
| 66655 | $15,000,000.00 |
| 40642 | $11,600,000.00 |
| 28105 | $76,720,000.00 |
| 28103 | $25,000,000.00 |
| **Total** | **$250,000,000.00** |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of May 1, 2020.

**Banc of America Credit Products, Inc.**                    **HBK Master Fund L.P.**

By: _____/s/ Seth Denson_____                                By: _____
Name: Seth Denson                                                              Name:
Title: Director                                                                         Title:

143497599v4

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.**, located at 410 Park Avenue - 11th Floor, New York, NY 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.**, having the Claim Numbers in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| LBHI Claim # | Transferred Claim Amount |
|---|---|
| 22194 | $14,600,000.00 |
| 66655 | $38,000,000.00 |
| 27141 | $44,080,000.00 |
| 17199 | $25,000,000.00 |
| 66655 | $15,000,000.00 |
| 40642 | $11,600,000.00 |
| 28105 | $76,720,000.00 |
| 28103 | $25,000,000.00 |
| **Total** | **$250,000,000.00** |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of May  1 , 2020.

**Banc of America Credit Products, Inc.**                **HBK Master Fund L.P.**
                                                         By:  HBK Services LLC, Investment Advisor

By: _____                         By: _____
Name:                                                    Name:  Beauregard A. Fournet
Title:                                                   Title:   Authorized Signatory

143497599v4