B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.,</u>　　　　　　　　　Case No. <u>08-13555</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>HBK MASTER FUND L.P.</u><br>Name of Transferee | <u>BANC OF AMERICA CREDIT PRODUCTS, INC.</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br>HBK Master Fund L.P.<br>c/o HBK Services LLC<br>2300 North Field Street, Suite 2200<br>Dallas, TX 75201 | Court Claim # (if known): <u>Claim No. 15325</u><br><br>Amount of Claim Transferred:<br><u>$27,480,227.29</u><br><br>Date Claim Filed: <u>September 17, 2009</u><br>Debtor: <u>Lehman Brothers Special Financing Inc.</u> |
| Phone: <u>(214) 758-6107</u><br>Last Four Digits of Acct #:<u>N/A</u> | Phone:<br>Last Four Digits of Acct #:<u>N/A</u> |
| Name and Address where transferee payments should be sent (if different from above): | Court Claim # (if known): <u>Claim No. 15329</u><br><br>Amount of Claim Transferred:<br><u>$27,480,227.29</u><br><br>Date Claim Filed: <u>September 17, 2009</u><br>Debtor: <u>Lehman Brothers Holdings Inc.</u> |
| Phone:<br>Last Four Digits of Acct #:<u>N/A</u> | Phone:<br>Last Four Digits of Acct #:<u>N/A</u><br><br>Court Claim # (if known): <u>Claim No. 13309</u><br><br>Amount of Claim Transferred:<br><u>$4,016,666.68</u><br><br>Date Claim Filed: <u>September 16, 2009</u><br>Debtor: <u>Lehman Brothers Special Financing Inc.</u> |

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 13310

Amount of Claim Transferred:
$4,016,666.68

Date Claim Filed: September 16, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 67140

Amount of Claim Transferred:
$1,373,505.46

Date Claim Filed: October 25, 2010
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 67139

Amount of Claim Transferred:
$1,373,505.46

Date Claim Filed: October 25, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 20137

Amount of Claim Transferred:
$407,887.57

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): <u>Claim No. 20105</u>

Amount of Claim Transferred:
<u>$407,887.57</u>

Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 24736</u>

Amount of Claim Transferred:
<u>$801,413.03</u>

Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 24573</u>

Amount of Claim Transferred:
<u>$801,413.03</u>

Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 20149</u>

Amount of Claim Transferred:
<u>$6,869,551.74</u>

Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 20121</u>

Amount of Claim Transferred:
<u>$6,869,551.74</u>

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 11307

Amount of Claim Transferred:
$8,653,647.19

Date Claim Filed: September 10, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 11306

Amount of Claim Transferred:
$8,653,647.19

Date Claim Filed: September 10, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 23650

Amount of Claim Transferred:
$397,101.04

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 23651

Amount of Claim Transferred:
$397,101.04

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J.R. Smith                                      Date: May 12, 2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.**, located at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P.** ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc**., having the Claim Number in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| LBSF Claim # | Transferred Claim Amount |
|---|---|
| 15325 | $3,388,854.70 |
| 15325 | $21,605,000.00 |
| 15325 | $2,486,372.59 |
| 13309 | $2,008,333.34 |
| 13309 | $2,008,333.34 |
| 67140 | $1,373,505.46 |
| 20137 | $407,887.57 |
| 24736 | $801,413.03 |
| 20149 | $6,359,692.28 |
| 20149 | $509,859.46 |
| 11307 | $1,026,850.00 |
| 11307 | $252,878.00 |
| 11307 | $3,841,169.00 |
| 11307 | $3,532,750.19 |
| 23650 | $255,471.08 |
| 23650 | $141,629.96 |
| *Aggregate Claim Amount* | **$50,000,000.00** |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of May __8__, 2020.

**Banc of America Credit Products, Inc.**

By: _____
Name: Seth Denson
Title: Director

**HBK Master Fund L.P.**
By: HBK Services LLC, Investment Advisor

By: _____
Name:
Title:   Authorized Signatory

144276545v3

EXHIBIT A

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.**, located at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P.** ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.**, having the Claim Number in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| LBSF Claim # | Transferred Claim Amount |
|---|---|
| 15325 | $3,388,854.70 |
| 15325 | $21,605,000.00 |
| 15325 | $2,486,372.59 |
| 13309 | $2,008,333.34 |
| 13309 | $2,008,333.34 |
| 67140 | $1,373,505.46 |
| 20137 | $407,887.57 |
| 24736 | $801,413.03 |
| 20149 | $6,359,692.28 |
| 20149 | $509,859.46 |
| 11307 | $1,026,850.00 |
| 11307 | $252,878.00 |
| 11307 | $3,841,169.00 |
| 11307 | $3,532,750.19 |
| 23650 | $255,471.08 |
| 23650 | $141,629.96 |
| *Aggregate Claim Amount* | $50,000,000.00 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of May _8_, 2020.

**Banc of America Credit Products, Inc.**

By: _____
Name:
Title:

**HBK Master Fund L.P.**
By: HBK Services LLC, Investment Advisor

By: _[signature]_
Name: Beauregard A. Fournet
Title:   Authorized Signatory

144276545v3

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.**, located at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P.** ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.**, having the Claim Number in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| LBHI Claim # | Transferred Claim Amount |
|---|---|
| 15329 | $3,388,854.70 |
| 15329 | $21,605,000.00 |
| 15329 | $2,486,372.59 |
| 13310 | $2,008,333.34 |
| 13310 | $2,008,333.34 |
| 67139 | $1,373,505.46 |
| 20105 | $407,887.57 |
| 24573 | $801,413.03 |
| 20121 | $6,359,692.28 |
| 20121 | $509,859.46 |
| 11306 | $1,026,850.00 |
| 11306 | $252,878.00 |
| 11306 | $3,841,169.00 |
| 11306 | $3,532,750.19 |
| 23651 | $255,471.08 |
| 23651 | $141,629.96 |
| *Aggregate Claim Amount* | $50,000,000.00 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of May _8_, 2020.

**Banc of America Credit Products, Inc.**

By: _____
Name: Seth Denson
Title: Director

**HBK Master Fund L.P.**
By:  HBK Services LLC, Investment Advisor

By: _____
Name:
Title:   Authorized Signatory

144276545v3

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.**, located at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **HBK Master Fund L.P.** ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.**, having the Claim Number in the Transferred Claim Amount as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| LBHI Claim # | Transferred Claim Amount |
|---|---|
| 15329 | $3,388,854.70 |
| 15329 | $21,605,000.00 |
| 15329 | $2,486,372.59 |
| 13310 | $2,008,333.34 |
| 13310 | $2,008,333.34 |
| 67139 | $1,373,505.46 |
| 20105 | $407,887.57 |
| 24573 | $801,413.03 |
| 20121 | $6,359,692.28 |
| 20121 | $509,859.46 |
| 11306 | $1,026,850.00 |
| 11306 | $252,878.00 |
| 11306 | $3,841,169.00 |
| 11306 | $3,532,750.19 |
| 23651 | $255,471.08 |
| 23651 | $141,629.96 |
| **Aggregate Claim Amount** | **$50,000,000.00** |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of May __8__, 2020.

**Banc of America Credit Products, Inc.**

By: _____
Name:
Title:

**HBK Master Fund L.P.**
By: HBK Services LLC, Investment Advisor

By: _____
Name: Beauregard A. Fournet
Title:   Authorized Signatory

144276545v3