# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Case No. 08-135555 |
| | Chapter 11 |
| Lehman Brothers Holdings Inc., | Assigned to: |
| | Hon. Shelley C. Chapman |
| Debtor | Bankruptcy Judge |

**ORDER TERMINATING AUTOMATIC STAY**

Upon consideration of the unopposed motion of Lehman Brothers Bank, FSB, A Federal Savings Bank, or successor or assigns, (the "Motion"), dated _____, 2020, for an order pursuant to 11 U.S.C. § 362(d), granting them relief from automatic stay, and proof of service upon all necessary parties, and the Court having jurisdiction to consider the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and after the hearing held on _____, where counsel for McCabe, Weisberg & Conway, LLC appeared; and the Court having found that good and sufficient cause exists for granting the Motion, it is hereby

ORDERED, that the automatic stay instituted upon the filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. §362(d)(1) as to movant's, or successor or assigns, lien interest in the property located at 8600 W Charleston Blvd. 2138, Las Vegas, Nevada 89117, and it is further

ORDERED, that Secured Creditor is granted its attorneys' fees in the amount of $950.00 and costs in the amount of $181.00, for a total of $1,131.00 associated with the filing and prosecution of the Motion; and it is further

ORDERED, that this Order shall be effective immediately upon its entry, such that the fourteen day stay created by Bankruptcy Rule 4001(a)(3) or any other applicable rule is hereby waived; and it is further

ORDERED, that movant, or successor or assigns, shall account to this estate for any surplus proceeds realized after sale.

DATED:   New York, New York
_____, 2020

_____
Hon. Shelley C. Chapman
United States Bankruptcy Judge