**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
                                                             :   Chapter 11
In re                                                        :
                                                             :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :
                                                             :   (Jointly Administered)
                      Debtors.                               :
                                                             :   Ref. Docket No. 60218-60220,
                                                             :   60405
------------------------------------------------------------ x
```

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT )
                                   ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 27, 2020, I caused to be served the "Notice of Defective Transfer," dated February 27, 2019, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                    */s/ Angharad Bowdler*
                                                                                    Angharad Bowdler

Sworn to before me this
1st day of May, 2020
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
No. 100624
Commission Expires August 31, 2022

# EXHIBIT A

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000161587544 ***        LBH DEFTRFNTC (MERGE2, TXNUM2) 4000160815



FIFTH STREET STATION LLC
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC
ATTN: BENJAMIN KOLPA
505 5TH AVENUE SOUTH
SEATTLE, WA 98104



GOLDMAN SACHS LENDING PARTNERS, LLC
C/O GOLDMAN SACHS & CO- JORDAN TRAVIS
2001 ROSS AVE, 29TH FLOOR
DALLAS, TX 75201


**Your transfer of claim # 28103-35 is defective for the reason(s) checked below:**

Other CLAIM WAS ALREADY SOLD DURING SCA AUCTION



Docket Number   60219              Date:  11/12/2019

/s/ Andrea Speelman

_____

_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE | TRANSFEROR: CREDIT SUISSE, ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE AG, SINGAPORE BRANCH | TRANSFEROR: CREDIT SUISSE, ONE RAFFLES LINK, UNIT 05-02, SINGAPORE 039393 SINGAPORE |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SEAN LOBO, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | C/O GOLDMAN SACHS & CO- JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| VALL BANC SA | FERNANDO LOPEZ SAFONT, AV. CARLEMANY 119, ESCALDES ENGORDANY, AD 700 ANDORRA ANDORRA |

**Total Creditor Count 6**