UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
: **Chapter 11**
**In re** :
: **Case No. 08-13555 (SCC)**
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, :
: **(Jointly Administered)**
Debtors. :
: **Ref. Docket No.** 60512,
: 60513, 60514, 60515, 60516,
: 60517, 60518, 60519, 60520,
------------------------------------------------------------------ x    60521, 60522, 60523, 60524,
60525, 60526, 60527, 60528,
60529, 60530, 60531, 60532,
60533, 60534, 60535, 60536,
60537, 60538, 60539, 60540,
and 60541

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                     ) ss.:
COUNTY OF MIDDLESEX  )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 29, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 29, 2020, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  */s/ Angharad Bowdler*
                                                  Angharad Bowdler

Sworn to before me this
1st day of May, 2020
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
No. 100624
Commission Expires August 31, 2022

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

BAR(23) MAILID *** 000164604573 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000052815

To:



C.V.I G.V.F. LUX MASTER S.A.R.L.. UK
TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD
C/O CARVAL INVESTORS, LLC
9320 EXCELSIOR BLVD, 7TH FLOOR
HOPKINS, MN 55343

Please note that your claim # 3647 in the above referenced case and in the amount of $255,299.50 allowed at $100,000.00 has been transferred (unless previously expunged by court order)

SEAPORT LOAN PRODUCTS LLC
TRANSFEROR: C.V.I G.V.F. LUX MASTER S.A.R.L.. UK
ATTN: GENERAL COUNSEL
360 MADISON AVENUE
NEW YORK, NY 10017

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     60526     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/29/2020          Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 29, 2020.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| CVF LUX FINCO, LLC | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVF LUX FINCO, LLC | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: BARCLAY BANK PLC, C/O CARVAL INVESTORS UK LIMITED, KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD, UK |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: VARIOUS, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. UK | CANADIAN IMPERIAL BANK OF COMMERCE, ATTN: JACK S. MCMURRAY, 199 BAY STREET, 6TH FLOOR, TORONTO, ON M5L 1A2 CANADA |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | MAYER BROWN LLP, ATTN: RICK HYMAN, 1675 BROADWAY, NEW YORK, NY 10019 |
| CVI HH INVESTMENTS LP | TRANSFEROR: VARIOUS, C/O CARVAL INVESTORS, LLC, ATTN: RAYN MORRELL, 1095 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| SEAPORT LOAN PRODUCTS LLC | TRANSFEROR: VARIOUS, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW YORK, NY 10017 |
| VARIOUS | TRANSFEROR: VARIOUS, C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY ST., LONDON W1F 9LT UK |
| VARIOUS | TRANSFEROR: VARIOUS, TACONIC CAPITAL ADVISORS LP, ATTN: MICHAEL ZACZYK, 280 PARK AVENUE, 5TH FLOOR., NEW YORK, NY 10017 |
| VARIOUS | TRANSFEROR: VARIOUS, TACONIC CAPITAL ADVISORS-R. ROTHSTEIN, 450 PARK AVENUE, 8TH FLOOR., NEW YORK, NY 10022 |

**Total Creditor Count 11**