**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                                    :
In re                                               :    **Chapter 11 Case**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    **No. 08-13555 (SCC)**
                                                    :
                            **Debtors.**            :    **(Jointly Administered)**
                                                    :
-----------------------------------------------------------------------x    **Ref. Docket No. 60607**


<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

GREGORY WINTER, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 28, 2020, I caused to be served the "Certificate of No Objection Under 28 U.S.C. & 1746 Regarding Motion for Final Decree Closing Certain Chapter 11 Cases Pursuant to Section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022," dated April 28, 2020 [Docket No. 60607], by causing true and correct copies to be:

    a.  delivered via electronic mail to those parties listed in the annexed <u>Exhibit A</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT.


                                                    */s/ Gregory Winter*
                                                    Gregory Winter

Sworn to before me this
1st day of May, 2020
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

ddunne@milbank.com
wfoster@milbank.com
dodonnell@milbank.com
efleck@milbank.com
paronzon@milbank.com
gbray@milbank.com