UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    No. 08-13555 (SCC)
:
             Debtors.                                              :    (Jointly Administered)
:
------------------------------------------------------------------x    Ref. Docket No. 60632

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

GREGORY WINTER, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 12, 2020, I caused to be served the "Notice of Hearing on Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers," dated May 12, 2020 [Docket No. 60632], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT.

*/s/ Gregory Winter*
Gregory Winter

Sworn to before me this
14th day of May, 2020
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 1ST RELIANT HOME LOANS, INC. | ATTN: GENERAL COUNSEL 3002 DOW AVE., SUITE 202 TUSTIN CA 92780 |
| ABSOLUTE MORTGAGE | A DIVISION OF FINANCE OF AMERICA MORTGAGE LLC ATTN: GENERAL COUNSEL 2800 NORTHUP WAY BELLEVUE WA 98004 |
| AIM MORTGAGE LLC | ATTN: GENERAL COUNSEL 9415 SUNSET DRIVE SUITE #153 MIAMI FL 33173 |
| ANTHEM BANK AND TRUST | ATTN: GENERAL COUNSEL 23910 RAILROAD AVENUE PLAQUEMINE LA 70764 |
| BAY EQUITY LLC | ATTN: GENERAL COUNSEL 770 TAMALPAIS DRIVE, SUITE 207 CORTE MADERA CA 94925 |
| BAYBURG FINANCIAL, INC. | ATTN: GENERAL COUNSEL 1499 W PALMETTO PARK RD STE 302 BOCA RATON FL 33486-3322 |
| BLANK ROME LLP | TIMOTHY WILLIAM SALTER THE CHYSLER BUILDING 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BLANK ROME LLP | WAYNE STREIBICH ONE LOGAN SQUARE 130 NORTH 18TH STREET PHILADELPHIA PA 19103-6998 |
| BROWN NERI SMITH & KHAN LLP | AMJAD M. KHAN, ERIKA SHAPIRO KETE BARNES 11601 WILSHIRE BLVD. STE 2080 LOS ANGELES CA 90025 |
| CALIBER HOME LOANS | ATTN: GENERAL COUNSEL 1525 S BELT LINE RD. COPPELL TX 75019 |
| CENTERSTATE BANK OF FLORIDA | ATTN: GENERAL COUNSEL 1101 FIRST STREET SOUTH WINTER HAVEN FL 33880 |
| COMMERCE BANK A DIVISION OF BERKSHIRE BANK | ATTN: GENERAL COUNSEL 24 NORTH STREET PITTSFIELD MA 01201 |
| DAVIS WRIGHT TREMAINE LLP | HUGH R. MCCULLOUGH, FREDERICK BURNSIDE LAUREN DORSETT 920 FIFTH AVENUE, STE 3300 SEATTLE WA 98104-1610 |
| DAY PITNEY LLP | JOSHUA W. COHEN 195 CHURCH STREET, 15TH FLOOR NEW HAVEN CT 06510 |
| EAGLE BANK | ATTN: GENERAL COUNSEL 7830 OLD GEORGETOWN ROAD 3RD FLOOR BETHESDA MD 20814-2432 |
| EXCEL FUNDING REAL ESTATE SERVICES INC. | ATTN: GENERAL COUNSEL 28924 SOUTH WESTERN AVENUE, SUITE 110 RANCHO PALOS VERDES CA 90275 |
| FIDELITY HOME LOANS, LLC | ATTN: GENERAL COUNSEL 5115 MARYLAND WAY STE 301 BRENTWOOD TN 37027-7512 |
| FINANCE OF AMERICA MORTGAGE, LLC | ATTN: GENERAL COUNSEL 240 FRISCH CT #302 PARAMUS NJ 07652 |
| FIRST BANK TEXAS | ATTN: GENERAL COUNSEL 244 MARKET STREET BAIRD TX 79504 |
| FIRST COMMUNITY BANK | ATTN: GENERAL COUNSEL 5455 SUNSET BLVD. LEXINGTON SC 29072 |
| GENEVA FINANCIAL, LLC | ATTN: GENERAL COUNSEL 5862 W GARY DR CHANDLER AZ 85226 |
| HARGRAVE ROSENTHAL | JOSHUA A. ROSENTHAL 3562 ROUND BARN CIRCLE, SUITE 212 SANTA ROSA CA 95403 |
| HIENTON & CURRY, P.L.L.C. | CHRISTOPHER A. LAVOY 5045 NORTH 12TH STREET, SUITE 110 PHOENIX AZ 85214 |
| JOHNSTON \| THOMAS | JAMES W. BRODY, ROBERT P. WEISS RYAN F. THOMAS, INGRID PETERSEN 1400 N. DUTTON AVENUE, SUITE 21 SANTA ROSA CA 95401 |
| JOHNSTON \| THOMAS | ANTHONY GABRIEL BENTIVEGNA 1400 N. DUTTON AVENUE, SUITE 21 SANTA ROSA CA 95401 |
| LIBERTY MORTGAGE LENDING | ATTN: GENERAL COUNSEL 393 NE 5TH AVE. DELRAY BEACH FL 99483 |
| LMH CAPITAL | ATTN: GENERAL COUNSEL 2105 E VIRGINIA AVE DENVER CO 80209 |
| LUND MORTGAGE TEAM | ATTN: GENERAL COUNSEL 7170 W. CAMINO SAN XAVIER SUITE A-104 GLENDALE AZ 85308 |
| MLB RESIDENTIAL LENDING LLC | ATTN: GENERAL COUNSEL 51 COMMERCE STREET, STE. 101 SPRINGFIELD NJ 07081 |
| MORITT HOCK & HAMROFF LLP | STEPHEN E. TURMAN 400 GARDEN CITY PLAZA GARDEN CITY NY 11530 |
| MORTGAGE MANAGEMENT CONSULTANTS, INC. | ATTN: GENERAL COUNSEL 1008 W. AVENUE M-14, STE. H PALMDALE CA 93551 |
| MORTGAGE MASTER SERVICE CORPORATION | ATTN: GENERAL COUNSEL 20425 72ND AVE S., SUITE 210 KENT WA 98032 |
| NATIONSCHOICE MORTGAGE | ATTN: GENERAL COUNSEL 3303 E BASELINE RD BLDG 7 #118 GILBERT AZ 85234 |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 2-U.S. FEDERAL OFFICE BUILDING WILLIAM K. HARRINGTON & ANDREA B. SCHWARTZ 201 VARICK STREET, SUITE 1006 NEW YORK NY 10014 |
| OFFIT KURMAN P.A. | ALBENA PETRAKOV, ESQ. 10 E 40TH STREET, 25TH FLOOR NEW YORK NY 10016 |
| OHIO LENDING CONSULTANTS, LLC | ATTN: GENERAL COUNSEL 6594 SUMMER WIND DR BRECKSVILLE OH 44141 |
| OLD NATIONAL BANCORP | ATTN: GENERAL COUNSEL 100 N MAIN ST EVANSVILLE IN 47711 |
| PINNACLE FINANCIAL PARTNERS | ATTN: GENERAL COUNSEL 150 THIRD AVENUE SOUTH, SUITE 900 NASHVILLE TN 37201 |
| POLARIS HOME FUNDING CORP. | ATTN: GENERAL COUNSEL 302 EAST MAIN ST. LANCASTER OH 43130 |
| PREMIER CHOICE FUNDING | ATTN: GENERAL COUNSEL 8100 PENN AVE S, STE 154 BLOOMINGTON MN 55431 |
| PROSPERITY HOME MORTGAGE, LLC | ATTN: GENERAL COUNSEL 14501 GEORGE CARTER WAY, SUITE 300 CHANTILLY VA 20151 |

| Claim Name | Address Information |
|---|---|
| RABOBANK NA | ATTN: GENERAL COUNSEL 915 HIGHLAND POINTE DR. ROSEVILLE CA 95678 |
| REED SMITH LLP | MICHAEL J. VENDITTO 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | MICHAEL S. LEIB 10 S. WACKER DRIVE, SUITE 4000 CHICAGO IL 60606-7507 |
| REED SMITH LLP | LILIT ASADOURIAN 355 S. GRAD AVE # 2900 LOS ANGELES CA 90071 |
| REGENCY CENTERS CORPORATION | ATTN: GENERAL COUNSEL 1 INDEPENDENT DR., STE 114 JACKSONVILLE FL 32202-5505 |
| SENIOR LENDING CORPORATION | ATTN: GENERAL COUNSEL 7650 WEST COURTNEY CAMPBELL CAUSEWAY SUITE 1050 TAMPA FL 33607 |
| SILVER LINE FUNDING | ATTN: GENERAL COUNSEL 154-2 REMINGTON BLVD RONKONKOMA NY 11779 |
| SKYLINE HOME LOANS D/B/A NEW LEAF LENDING | A DIVISION OF SKYLINE FINANCIAL CORPORATION 27001 AGOURA RD STE 350 CALABASAS CA 91301 |
| SOUTH WIND FINANCIAL, INC. | ATTN: GENERAL COUNSEL 2980 S. RAINBOW BLVD #100-F LAS VEGAS NV 89146 |
| SOUTHERN MORTGAGE CORP | ATTN: GENERAL COUNSEL 400 GALLERIA PKWY SE, STE 1500 ATLANTA GA 30339 |
| SYNERGY ONE LENDING | ATTN: GENERAL COUNSEL 3131 CAMINO DEL RIO N #1100 SAN DIEGO CA 92108 |
| UNITED BANKSHARES, INC | ATTN: GENERAL COUNSEL 300 UNITED CENTER 500 VIRGINIA STREET EAST CHARLESTON WV 25301 |
| UNITED GUARANTEED MORTGAGE COMPANY | ATTN: GENERAL COUNSEL SILVER TOWERS BUILDING 125-10 QUEENS BLVD, SUITE 315 KEW GARDENS NY 11415 |
| URBAN FINANCIAL OF AMERICA, LLC | ATTN: GENERAL COUNSEL 8023 EAST 63RD PLACE, SUITE 700 TULSA OK 74133 |
| WASHINGTON FIRST MORTGAGE LOAN CORP | ATTN: GENERAL COUNSEL 4055 LAKE WASHINGTON BLVD, STE 100 KIRKLAND WA 98033 |
| WEINER BRODSKY KIDER PC | DAVID MONRO SOUDERS, MICHAEL KIEVAL BRIAN SERAFIN 1300 19TH STREET, N.W., STE 500 WASHINGTON DC 20036 |
| WHITNEY BANK | ATTN: GENERAL COUNSEL 2510 14TH STREET GULFPORT MS 39501 |

**Total Creditor count  58**