Joseph Waske
22862 Via Genoa
Dana Point, CA 92629
Tel: (949) 517-8330
Email: jwaske3@yahoo.com
Pro-Se

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Regards: Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case # 08-13555 (SCC)
Response to Plan Administrators Objection to Motion for Summary Judgment (Docket 60642)

### PROOF OF SERVICE

On May 20, 2020, I caused to be served the "Response to Plan Administrators Objection to Motion for Summary Judgement," Docket No.60642, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via USPS

USPS Priority Mail to:
Attention: Kristine Dickson and Matthew Cantor, c/o Lehman Brothers Holdings Inc.,277 Park Avenue, 46th floor,New York, New York 10172. (EXHIBIT A)

On May 20, 2020, I caused to be served the "Response to Plan Administrators Objection to Motion for Summary Judgement," Docket No.60642, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via USPS

USPS Priority Mail to:
Attention: Office of the U.S. Trustee, c/o William K. Harrington, Esq., Susan D. Golden, Esq., Andrea B. Schwartz, Esq., U.S. Federal Office Building, 201 Varick St., Suite 1006, New York, NY 10014 (EXHIBIT A)

Respectfully Submitted,

*/s/ Joseph Waske*

May 21, 2020
Joseph Waske
22862 Via Genoa
Dana Point, CA 92629
Tel: (949) 517-8330
Email: jwaske3@yahoo.com
Pro-Se

Exhibit A

```
=================================================
                    DANA POINT
                  24551 DEL PRADO

                    DANA POINT
                        CA
                    92629-9998
                    051998-9550
  5/20/2020        (800)275-8777         04:01 PM
=================================================
=================================================
  Product         Qty   Unit Price      Price
  -----------------------------------------------
  PM 2-Day         1       $7.75        $7.75
  Flat Rate Env
      (Domestic)
      (NEW YORK, NY  10014)
      (Expected Delivery Day)
      (Saturday 05/23/2020)
      (USPS Tracking #)
      ( 9505 5065 8501 0141 1906 89)
  Insurance                              $0.00
      (Up to $50.00 included)
  PM 2-Day         1       $7.75        $7.75
  Flat Rate Env
      (Domestic)
      (NEW YORK, NY  10172)
      (Expected Delivery Day)
      (Saturday 05/23/2020)
      (USPS Tracking #)
      ( 9505 5065 8501 0141 1907 02)
  Insurance                              $0.00
      (Up to $50.00 included)
  -----------------------------------------------
  Total:                                $15.50
  -----------------------------------------------

  AMEX                                  $15.50
      (Account #:XXXXXXXXXXXX1046)
      (Approval #:824167)
      (Transaction #:356)
      (Receipt #:000356)
      (AID:A000000025010801            Chip)
      (AL:AMERICAN EXPRESS)
      (PIN:Not Required)
  -----------------------------------------------

         Receipt #: 840-19260262-1-942578-1



       Text your tracking number to 28777
         (2USPS) to get the latest status.
        Standard Message and Data rates may
       apply. You may also visit www.usps.com
        USPS Tracking or call 1-800-222-1811.


         Save this receipt as evidence of
       insurance. For information on filing
              an insurance claim go to
         https://www.usps.com/help/claims.htm

                  Preview your Mail
                 Track your Packages
                  Sign up for FREE @
              www.informeddelivery.com


        All sales final on stamps and postage.
        Refunds for guaranteed services only.
              Thank you for your business.
```