**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re:<br><br>  Lehman Brothers Holdings Inc.,<br><br>      Debtor | **AFFIDAVIT OF SERVICE**<br><br>Case No. 08-13555-scc<br>Chapter 11<br><br>Assigned to:<br>Hon. Shelley C. Chapman<br>Bankruptcy Judge |

STATE OF PENNSYLVANIA        )
COUNTY OF PHILADELPHIA  ) SS:
CITY OF PHILADELPHIA           )

Kallie Pio-McNelly, being duly sworn, deposes and says that she is over eighteen (18) years of age and resides in Philadelphia, Pennsylvania.

That on May 22, 2020, deponent served the within Notice of Amended Motion and Application by depositing a true copy thereof, properly enclosed in a securely closed and duly postpaid wrapper in a depository regularly maintained by the United States Postal Service in the City of Philadelphia, Pennsylvania, directed as follows:

TO:

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

Adam M. Bialek
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110

Jerrold Lyle Bregman
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

David S. Cohen
Milbank, Tweed, Hadley & McCloy LLP
International Square Building
1850 K Street, NW
Suite 1100
Washington, DC 20006

Todd G. Cosenza
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Christopher J. Cox
Hogan Lovells US LLP
4085 Campbell Avenue
Suite 100
Menlo Park, CA 94025

William F. Dahill
Dunnington, Bartholow & Miller LLP
230 Park Avenue
21st Floor
New York, NY 10169

Brijesh P. Dave
Lehman Brothers Holdings, Inc.
1271 Avenue of the Americas
New York, NY 10020

Scott I. Davidson
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Joseph G. Davis
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006

Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
12th Floor
New York, NY 10110

Joshua Dorchak
Morgan, Lewis & Bockius LLP
399 Park Avenue
New York, NY 10022

Sarah Efronson
Jones Day
222 E. 41 St.
New York, NY 10017

Garrett A. Fail
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

John D Giampolo
Ice Miller LLP
1500 Broadway, 29th Floor
New York, NY 10036

Cindi Giglio
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022

Lynn P. Harrison, III
Curtis, Mallet-Prevost, Colt &
Mosle,LLP
101 Park Avenue
New York, NY 10178-0061

Diane Harvey
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Jonathan S. Henes
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4675

I-Heng Hsu
Jones Day
222 East 41st Street
New York, NY 10017

Thomas T. Janover
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

James N. Lawlor
Wollmuth Maher & Deutsch, LLP
One Gateway Center
9th Floor
Newark, NJ 07102

Robert J. Lemons
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

William A Maher
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
12th Floor
New York, NY 10110

Jacqueline Marcus
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

Arthur J. Margulies
Jones Day
222 East 41st Street
New York, NY 10017

Harvey R. Miller
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Ralph I. Miller
Weil, Gotshal & Manges, LLP
1300 Eye Street, N.W.
Suite 900
Washington, DC 20005

Thomas M. Mullaney
708 Third Avenue
Suite 2500
New York, NY 10017

Paul B. O'Neill
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Steven J. Reisman
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585

Michael A. Rollin
Fox Rothschild LLP
1225 17th Street

Suite 2200
Denver, CO 80202

Benjamin Rosenblum
Jones Day
250 Vesey Street
New York, NY 10281

Andrew J. Rossman
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

Laura Washington Sawyer
Jones Day
250 Vesey St.
New York, NY 10281

Arthur Jay Steinberg
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Shai Waisman
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

Jane Rue Wittstein
Jones Day
250 Vesey Street, Floor 34
New York, NY 10281-1047

Jeffrey R. Coleman
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

James C. Fitzpatrick
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Christopher K. Kiplok
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Sarah K. Loomis Cave

Hughes Hubbard & Reed, LLP
One Battery Park Plaza

Daniel Steven Lubell
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

William Maguire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10028

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

Neil J. Oxford
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Andrea Beth Schwartz
U.S. Department of Justice
Office of the U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Mark A. Speiser
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
David R. Seligman
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

James H.M. Sprayregen
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL 60654

Robert K. Dakis
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Dennis F. Dunne
Milbank LLP

55 Hudson Yards
New York, NY 10001-2163

Tyler Whitmer
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

Eric D. Winston
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

Bruce J. Duke
Bruce J. Duke, LLC
788 Shrewsbury Avenue
Suite 2220
648 Tabernacle Road
Tinton Falls, NJ 07747

Claims and Noticing Agent Epiq Corporate Restructuring, LLC Claims Agent (f/k/a Bankruptcy Services LLC)
777 Third Avenue, 12th Floor
New York, NY 10017

The Honorable Shelley C. Chapman
One Bowling Green
New York, New York 10004-1408

_____
Kalline Pio-McNelly

Subscribed and sworn to before me

May 22, 2020

_____
Notary Public

[Notary seal: MICHELLE A. SIARIS, MY COMMISSION EXPIRES JAN. 6, 2021, NOTARY PUBLIC STATE OF DELAWARE]