Alvin Wilson
6037 E. Dodge Rd.
Mount Morris MI, 48458

**May 22, 2020**

**Subject: LBHI's Capital Trusts Rights**

**Dear Honorable Judge Chapman;**

I submit this letter to inform you that as a preference shareholder of LBHI's Capital Trust that I support Joseph Waske and his motions. Our trustee failed to enforce our trust guarantee for each of the 4 Capital Trusts. All the preference holders have standing and the rights to sue LBHI to enforce the guarantee as stated within each prospectus of each Capital Trust if the trustee fails to enforce the guarantee. Our trustee have failed to enforce the guarantee.

I currently hold 38,609 amount of shares within the 4 Capital Trusts. I relied on the General Guarantee as well as the 4 prospectuses when I purchased all my shares. I find it very disturbing that LBHI and the Plan Administrator executed the Neuberger Berman sale during the start of the bankruptcy and then turned around and placed the 4 Capital Trusts in a subordinated claims class knowing that there is a " in parity with the most senior preference shares of any LBHI's affilaites" carve out in the prospectus that protects the rights of the CT holders. The Neuberger Berman transaction resulted in their equity benefiting from the transaction. If there are other transactions similar to the Neuberger Berman transaction, it makes it even more unacceptable. I read through articles published by the New York Times that states by the time LBHI emerged from the bankruptcy the Plan Administrator had charged $400 million in fees? That is not acceptable to a shareholder like me. I request that the court look into the matter to determine if what is claimed by the Waske motions are true or not. If the claims are true, I ask the court to remedy this matter by promptly holding LBHI and the Plan Administrator accountable for their actions.

As a shareholder without the willingness of our trustee to investigate the matter after requests by other shareholders for our trustee to help, I turn to this honorable court to make sure there are not any wrongdoings. Or any "errors" being committed that resulted in harming the LBHI 4 Capital Trusts to receive what they deserve in recoveries from the bankruptcy.

Sincerely,

Alvin Wilson

mrfidlsticks@gmail.com

810 287 8568