UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No.** 60548, 60550, 60552-60560, 60562, 60564 - 60566, 60568-60572, 60575-60589, 60596, 60622, and 60624-60625 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                             ) ss.:
COUNTY OF NEW YORK   )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 15, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 15, 2020, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

Sworn to before me this
19th day of May, 2020
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

YORK GLOBAL FINANCE BDH, LLC
TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC
C/O YORK CAPITAL MANAGEMENT; ATTN: LAUREN SEARING
767 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NY 10153

Please note that your claim # 11308-23 in the above referenced case and in the amount of $5,381,875.70 allowed at $2,818,268.47 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000165115212 ***     LBH TRFNTC (MERGE2, TXNUM2) 4000193518



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC
C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    60622    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/15/2020     Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 15, 2020.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| HBK LOAN I LLC | 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201-7849 |
| HBK LOAN I LLC | WILLOW HOUSE, CRICKET SQUARE, GRAND CAYMAN KY1-1001, CAYMAN ISLANDS |
| HBK MASTER FUND, L.P. | RE: TRANSFERS, C/O HBK SERVICES LLL, 2300 NORTH FIELD, STE. 2200, DALLAS, TEXAS 75201 |
| SEAPORT LOAN PRODUCTS LLC | RE: TRANSFERS, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW YORK, NY 10017 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: SEAPORT LOAN PRODUCTS LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S., STE 3300, MINNEAPOLIS, MN 55402 |
| HBK LOAN I LLC | TRANSFEROR: HBK MASTER FUND, L.P., C/O VIRTUS GROUP, LP; ATTN: PAUL PLANK, 5400 WESTHEIMER COURT, STE 760, HOUSTON, TX 77056 |
| YORK GLOBAL FINANCE BDH, LLC | RE: TRANSFERS, ATTN: YORK CAPITAL MGMT LP/ L. SEARING/ MARGARET MAURO, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |

**Total Creditor Count 8**