UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                    :     Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :     08-13555 (SCC)
                                                         :
                              Debtors.                   :     (Jointly Administered)
-----------------------------------------------------------------x

### ORDER GRANTING PLAN ADMINISTRATOR'S OBJECTION TO CLAIMS FILED BY EXUM RIDGE CBO 2007-2, LTD (NO LIABILITY)

Upon the objection to claims, dated April 24, 2020 (the "**Objection**"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. ("**LBHI**") and its Affiliated Debtors, seeking entry of (i) an order disallowing and expunging Claim No. 26461 filed by Exum Ridge CBO 2007-2 Ltd. (the "**Issuer**" or "**Exum Ridge**") against Lehman Brothers Special Financing Inc. ("**LBSF**") and (ii) Claim No. 26462 filed by Exum Ridge against LBHI (collectively, the "**Claims**"), pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], all as more fully described in the Objection; and due and proper notice of the Objection having been provided as stated therein, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

ORDERED that the relief requested in the Objection is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Claims are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: May 27, 2020
      New York, New York

                                                /S/ Shelley C. Chapman
                                                UNITED STATES BANKRUPTCY JUDGE