Joseph Waske
22862 Via Genoa
Dana Point, CA 92629
949-517-8330
jwaske3@yahoo.com

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Joseph Waske,<br><br>vs.<br><br>Lehman Brothers Holdings Inc.,<br><br>et al,<br><br>Debtors. | Case No.: 08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**

**FOR THE HEARING ON JUNE 3RD, 2020 AT 10:00 AM EST**

**Location of Hearing**

Telephonic Conference before the Honorable Shelley C. Chapman.

**Matters for Consideration**

1. Joseph Waske's Motion for Summary Judgment (Docket # 60484), filed on 3/20/2020

Responses Filed

A. Plan Administrator's Objection to Motion for Summary Judgment (Docket #60641), filed on 5/18/2020

1

B. Joseph Waske's Response to Plan Administrator's Objection to Motion for Summary Judgment (Docket #60642), filed on 5/19/2020

2. Motion to Reserve for Motion to Reclassify filed by Joseph Waske (Docket. No. 60448), filed on 2/25/2020

Responses Filed

A. Plan Administrator's Objection to Motion to Reserve (Docket #60482), filed on 3/24/2020

B. Joseph Waske's Response to Objection to Motion to Reserve (Docket #60542), filed on 4/20/2020

**Related Documents**

Certificate of Service (Docket # 60449), relating to Docket # 60448, filed February 25th, 2020.

Notice of Telephonic Hearing (Docket #60498), filed April 6th, 2020.

Letter to Judge Chapman (related document(s)[60498]) filed by Joseph Waske. (Docket #60507), filed April 9th, 2020.

Certificate of Mailing (Docket #60501), relating to docket # 60498, filed April 8th, 2020

Memorandum Endorsed Order Denying Request signed on 4/14/2020 (Docket #60508), filed April 14th, 2020.

Notice of Memorandum Endorsed Order Denying Request (Docket #60509), filed April 14th, 2020.

Certificate of Mailing (Docket #60511), relating to docket #60509, filed April 16th, 2020

2

Certificate of Service / Proof of Service (Docket 60626), filed May 2nd, 2020.

Certificate of Service / Proof of Service (Docket #60643) related to Docket 60642, filed May 21st, 2020.

Respectfully Submitted,
Dated this 28th day of May, 2020

_____
Joseph Waske
22862 Via Genoa
Dana Point, CA 92629