Michael Logan
1043 University Ave
Rochester NY, 14607

June 2, 2020

RE:  Classification Error of LBHI III,IV,V, and VI Capital Trust preferred shares

To The Honorable Judge Chapman,


I write the court to request its consideration of the existence of errors in the design and / or execution of the Chapter 11 Plan of Re-organization of Lehman Brothers Holdings with regard to their class 10B designation of the III,IV,V, and VI Capital Trust preferred shares as subordinated claims.

Considering the epic scale and complexity of this bankruptcy proceeding, it is not unreasonable that such errors can occur.  It is however unreasonable that both LBHI and the Plan Administrator should be allowed to avoid specifically addressing the disparate treatment of the III,IV,V, and VI Capital Trusts as so clearly illustrated by  Mr Waske in his initial motion [Docket #60448], as well as his response to LBHI's objection to the motion to reserve [Docket #60542].

The language used in the guarantee, as well as each prospectus' contract covenant between LBHI and holders of the Capital Trust preferred shares is clear in identifying them as " in parity with the most senior preference shares of any LBHI's affiliates".

The guarantee language is a sound basis on which to own the Capital Trust preferred shares, and provides a reasonable expectation that their treatment be commensurate with any other senior preference equity share, or that of LBHI affiliates.

I purchased 24,860 shares of the Capital Trust preferred shares based on this guarantee.  I take it as my obligation to reiterate the importance of this issue to the honorable Court's awareness, so that it may enjoin LBHI and the Plan Administrator to fully address and account for the demonstrable error in treatment and classification of the III,IV,V, and VI Capital Trust preferred shares.


Respectfully,

Michael Logan

Michael.Logan@RCSDk12.org

585 739 9239