Rex Wu
6315 N Campbell
Chicago, IL. 60659
312-785-0348
rex_wu@live.com

June 3rd, 2020

The Honorable Shelley C. Chapman
United States Bankruptcy Judge Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: Lehman Brothers Holding, Inc. , Docket No. 08-13555-SCC (Bankr. S.D.N.Y.)

Dear Honorable Judge Chapman:

I am respectfully writing you this letter to express how disappointed I am with your court and the way you handle your cases especially with the two motions I was involved in that were scheduled for hearings. They are for Notice of Hearings Docket #59635 and Notice of Hearing Docket #60498.

On both hearings you added a motion to the hearing without giving me any notice. I understand its your courtroom and you can hear any motion you choose. But, I believe I also have the right to be served or to be given notice if the original Notice of Hearings were to change especially if a new motion were to be added to the hearing so, I can properly prepare for the hearing. Without you serving me both times or simply letting me know before hand, it gives the Plan Administrator a huge advantage in these hearings. I am a Pro Se litigant. The Plan Administrator is a professional and a partner at a law firm and on top of that you are giving the Plan Administrator an unfair advantage. Both instances, the Plan Administrator had knowledge of you adding the motions. It is very apparent today.

You added motion docket #59773 to the Hearing docket #59635. Today, you added motion docket #60348 to the Hearing docket # 60498. I find out about the additions to the hearings during the hearing in court. How am I supposed to prepare for that? I plan for the hearings according to the motions listed on the Notice of Hearing(s) to understand which motion to prepare for. I hurts me to conclude that you are biased. As this is a pattern. It did not happen once. It happened twice. How can someone feel confident on what to expect or prepare for in your courtroom? I know I can't. I am a PRO SE. I hope your actions do not show discrimination or violates any rules. I feel that your rulings should be reviewed. That is my personal honest opinion.

I am writing you today to express how I feel and to share with you my experience in your courtroom. Maybe this is something you need to change and let participants in hearings know ahead of time if you are going to add motions to a hearing so, they can properly prepare for it.

Thank you for your valuable time.

Respectfully Submitted,

Rex Wu