Rex Wu
6315 N Campbell
Chicago, IL. 60659
312-785-0348
rex_wu@live.com

June 5th, 2020

The Honorable Shelley C. Chapman
United States Bankruptcy Judge Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re: Lehman Brothers Holding, Inc., Docket No. 08-13555-SCC (Bankr. S.D.N.Y.)

Dear Honorable Judge Chapman:

I am respectfully writing you this letter to inform you that the "Important Covenants to Lehman Brothers Holdings" exist and are enforceable under the above named Chapter 11 Bankruptcy filing. It has been brought to your attention in detail on docket #60448, docket #60337, docket #60542 and dockets #60642. A complete copy of the Prospectus which states the terms of the "Important Covenants to Lehman Brothers Holdings can be found on docket #60542. A telephonic hearing was held on June 3rd at 10am for all the above dockets.

All participants who were in the June 3rd Hearing at 10am should be aware of the "Important Covenant to Lehman Brothers Holdings."

Thank you for your valuable time.

Respectfully Submitted,

*(signature)*

Rex Wu