UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re                                                              :   Chapter 11
                                                                   :
                                                                   :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :
                                                                   :   (Jointly Administered)
                    Debtors.                                       :
                                                                   :   Ref. Docket No. 60627-60630
                                                                   :
                                                                   :
------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      )  ss.:
COUNTY OF NEW YORK    )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 29, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 29, 2020, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

Sworn to before me this
3rd day of June, 2020
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

08-13555-mg    Doc 60660    Filed 06/09/20    Entered 06/09/20 11:05:02    Main Document
Pg 3 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

BAR(23) MAILID *** 000165250651 ***      LBH TRFNTC (MERGE2, TXNUM2) 4000180253

To:



BANC OF AMERICA CREDIT PRODUCTS, INC
TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP
C/O BANK AMERICA MERRILL LYNCH
ATTN: RYAN WEDDLE / ANTE JAKIC
BANK OF AMERICA TOWER - 3RD FLOOR
ONE BRYANT PARK
NEW YORK, NY 10036

Please note that your claim # 11307-57 in the above referenced case and in the amount of $1,036,515.79 allowed at $1,026,850.00 has been transferred (unless previously expunged by court order)

HBK MASTER FUND, L.P.
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC
C/O HBK SERVICES LLC
2300 NORTH FIELD ST, STE 2200
DALLAS, TX 75201

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     60630     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/29/2020                    Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 29, 2020.

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC | RE: TRANSFERS, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIC, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |

**Total Creditor Count 2**