Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK



RECEIVED
JUN 10 2020
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

In re:   Lehman Brothers Holdings Inc.          Case No.: 08-13555 (JMP)
                                                Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Chung Yung-Kun | Name of Transferor:<br>DBS BANK LTD |
|---|---|
| Notices to Transferee should be sent to:<br><br>3F No. 2 Lane 52<br>Dazhi Street Taipei, Taiwan | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br><br>| Beneficiary Name | Chung Yung Kun |<br>| Beneficiary Account No. | 12105300023395 |<br>| Beneficiary Bank | Standard Chartered Bank (Taiwan) Limited |<br>| Swift Code / Routing Number | SCBLTWTPXXX | | Name and Current Address of Transferor<br>DBS BANK LTD<br>2 Changi Business Park Crescent #07-05 Lobby B DBS Asia Hub Singapore 486029<br>Attn : Head of Wealth Management Ops<br>Tel: +65 6878 4323  / +65 66820298<br>Email: PBCorporateAction@dbs.com |
| Amount of Claim Being Transferred:<br><br>$_____<br><br>OR<br><br>See attached  (face amount of securities) | |
| Court Claim No. (if known): 62901 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 &3571.As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: *62901* (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Interest LN, LEHMAN BROTHRS TREASURY CO. B.V. (Defaulted) | XS0332109221 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | USD 500,000 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**DBS BANK LTD**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Chung Yung-Kun

3F No. 2 Lane 52
Dazhi Street Taipei, Taiwan

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _____.

DBS BANK LTD
Transferor

By: _____
Name: Woon Li Tsan / Adrian Yap
Title: Senior Vice President / AVP

ACKNOWLEDGED BY:

Chung Yung-Kun

Transferee

By: _____
Name:
Title:

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.,et al</u>          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Chung Yung-Kun</u><br>Name of Transferee | <u>DBS BANK LTD</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>3F No. 2 Lane 52<br>Dazhi Street Taipei, Taiwan | Court Claim # (if known):<u>62901</u><br>Amount of Claim: <u>Refer to attached</u> |
| Phone: <u>8869 1703 4101</u><br>Last Four Digits of Acct #: _____ | Phone: <u>+65 68784323</u><br>Last Four Digits of Acct. #: _____ |

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.