**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
 : Chapter 11
**In re** :
 : Case No. 08-13555 (SCC)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :
 : (Jointly Administered)
Debtors. :
 : Ref. Docket No. 60640
 :
 :
------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 5, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 5, 2020, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                */s/ Geoff Zahm*
                                                Geoff Zahm

Sworn to before me this
10th day of June, 2020
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:

BANK JULIUS BAER & CO. LTD.
ATTN: MICHAEL GERNY
ATTN: PATRIK ROOS
BAHNHOFSTRASSE 36
ZURICH CH-8010
 SWITZERLAND

Please note that your claim # 58786-70 in the above referenced case and in the amount of $0.00 allowed at $100,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000165390219 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000194071



KAISER PARTNER PRIVATBANK AG
TRANSFEROR: BANK JULIUS BAER & CO. LTD.
HERRENGASSE 23
9490 VADUZ
 LIECHTENSTEIN

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     60640     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/05/2020                              Vito Genna, Clerk of Court

                                              /s/Andrea Speelman
                                              _____
                                              Epiq Corporate Restructuring, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 5, 2020.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| KAISER PARTNER PRIVATBANK AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., HERRENGASSE 23, 9490 VADUZ LIECHTENSTEIN |

**Total Creditor Count 2**

Epiq Corporate Restructuring, LLC                                                                                                                 Page 1 OF 1