Rex Wu
6315 N. Campbell
Chicago, IL 60659
Tel: (312)785-0348
Email: rex_wu@live.com
Pro-Se

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Regards:  Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case # 08-13555 (SCC)

Affidavit: Important Covenants to Lehman Brothers Holdings Communication

I attest the following email communications were sent to the following recipients:

1. Matthew Cantor via email communication: matthew.cantor@lehmanholdings.com (Exhibit D)
2. Kristine Dickson via email communication: kristine.dickson@lehmanholdings.com (Exhibit D)
3. Garrett Fails via email communication: garrett.fail@weil.com (Exhibit C)
4. Joseph Waske via email communication: jwnoble3@yahoo.com (Exhibit B)
5. Glenn Blaze via email communication: glennblaze2@gmail.com (Exhibit A)

Respectfully Submitted,

June 13th, 2020

Rex Wu
6315 N Campbell
Chicago, IL 60659
312-785-0348
rex_wu@live.com
Pro-Se

page 1 of 4

**From:** Rex W
**Sent:** Friday, June 12, 2020 10:22 PM
**To:** glennblaze2@gmail.com
**Subject:** Fwd: Important Covenant to Lehman Brothers Holding

*Exhibit A*

Hi Glenn,

I want send you an fyi that I notified LBHI, the bk court and the Plan Administrator about the "Covenant". LBHI or it's subsidiaries are not supposed to redeem or issue any new stock anytime during the bankruptcy or even post bankruptcy without first honoring the "Covenant" of our CTs. If they did, it's another error they must correct weather they are intentional or not. They are now notified and aware. Let's see if justice will prevail. Have a nice weekend.

Thanks,

Rex Wu
Mobile: (312) 785-0348

Sent via my mobile device

**From:** Rex W <rex_wu@live.com>
**Sent:** Tuesday, June 9, 2020, 3:20 PM
**To:** Joseph Waske
**Subject:** Fwd: Important Covenant to Lehman Brothers Holding

*Exhibit B*

Joe,

Fyi, below.

Rex Wu
Mobile: (312) 785-0348

Sent via my mobile device

**From:** Rex W <rex_wu@live.com>
**Sent:** Sunday, June 7, 2020, 11:30 PM
**To:** Fail, Garrett
**Subject:** FW: Important Covenant to Lehman Brothers Holding

*Exhibit C*

Hello Mr. Fails,

Exhibit C, Continued

Just an Fyi, I meant to add you to this email. A forward is just as good so, we are all aware and on the same page.

Best regards,

Rex Wu


Sent from Mail for Windows 10

**From:** Rex W
**Sent:** Saturday, June 6, 2020 4:19 PM
**To:** matthew.cantor@lehmanholdings.com; kristine.dickson@lehmanholdings.com
**Subject:** Important Covenant to Lehman Brothers Holding
**Importance:** High

Exhibit D

Greetings Mr. Cantor and Ms. Dickson,

I want to kindly bring to your attention this "Important Covenant to Lehman Brothers Holdings" letter I submitted to the Honorable Judge Chapman. The Covenant must be honored as LBHI proceeds to wrap up this bankruptcy. Thank you.

Best Regards,

Rex Wu

Sent from Mail for Windows 10

Rex Wu
6315 N Campbell
Chicago, IL. 60659
312-785-0348
rex_wu@live.com

June 5th, 2020

The Honorable Shelley C. Chapman
United States Bankruptcy Judge Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: Lehman Brothers Holding, Inc., Docket No. 08-13555-SCC (Bankr. S.D.N.Y.)

Dear Honorable Judge Chapman:

I am respectfully writing you this letter to inform you that the "Important Covenants to Lehman Brothers Holdings" exist and are enforceable under the above named Chapter 11 Bankruptcy filing. It has been brought to your attention in detail on docket #60448, docket #60337, docket #60542 and dockets #60642. A complete copy of the Prospectus which states the terms of the "Important Covenants to Lehman Brothers Holdings can be found on docket #60542. A telephonic hearing was held on June 3rd at 10am for all the above dockets.

All participants who were in the June 3rd Hearing at 10am should be aware of the "Important Covenant to Lehman Brothers Holdings."

Thank you for your valuable time.

Respectfully Submitted,

Rex Wu

page 4 of 4