Alex Olivo
16452 Harold Street
Oak Forest, IL
630-697-9464
Olivo_alex@yahoo.com

June 15th, 2020

The Honorable Shelley C. Chapman
United States Bankruptcy Judge Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: Lehman Brothers Holding, Inc. , Docket No. 08-13555-SCC (Bankr. S.D.N.Y.)

Dear Honorable Judge Chapman:

I am writing you this letter to inform you that the bankruptcy you are overseeing is in potential jeopardy.  Any new shares issued during the bankruptcy by LBHI or its subsidiaries are illegitimate from my understanding of the "Important Covenants to Lehman Brothers Holdings."

The issue was brought forth to your attention during the June 3rd hearing requested by Joseph Waske.  I want to remind the honorable court that it is the honorable court's duty to look into issues that are in violation of the law or in violation of the "Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors"  [Docket#23023-1] (the "Plan").  The "Important Covenants to Lehman Brothers Holdings" is part of the "Plan" that needs and should be enforced.

As mentioned on the dockets in the June 3rd hearing, if there are any errors they need to be corrected.  This error weather its intentional or not does not require anyone with standing, which I Alex Olivo do have standing, to be brought forth to your full attention.

The honorable court is now fully aware of the provisions of the "Important Covenants to Lehman Brothers Holdings".  The Plan Administrator should be as well.  The Covenant should be in consideration when making any decision going forward and be in consideration regarding past transactions that issued new stock of any kind by LBHI or its subsidiaries.

Thank you for listening to my concerns and for your valuable time.

Respectfully Submitted,

6/15/2020

X *Alex Olivo*
Alex Olivo

Signed by: Alex Olivo