LAW OFFICES
# McCABE, WEISBERG & CONWAY, LLC

| SUITE 210<br>145 HUGUENOT STREET<br>NEW ROCHELLE, NY 10801<br>(914)-636-8900<br>**GENERAL FAX** (914) 636-8901<br>**MEDIATION ONLY FAX** (855) 427-1278 | Melissa A. Sposato, NY Managing Attorney<br>NY ID 4098323 | SUITE 3C20<br>1 HUNTINGTON QUADRANGLE<br>MELVILLE, NY 11747<br>(631) 812-4084<br>FAX: (855) 845-2584 |

June 16, 2020

Judge Shelley C. Chapman
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:    Lehman Brothers Holdings, Inc.
Case No.    08-13555

Dear Judge Shelley C. Chapman:

The office of McCabe, Weisberg & Conway, P.C. represents Nationstar Mortgage LLC d/b/a Mr. Cooper in the instant loss mitigation proceeding. Please allow this letter to serve as confirmation that the Motion for Relief Stay (Docket No. 60631) hearing which was scheduled on July 17, 2020 as a telephonic hearing has been adjourned to July 14, 2020 @ 11:00 a.m. Please note that anyone who wishes to attend needs to appear by request at www.court-solutions.com.  Debtor's attorney consents to this adjournment request.

Thank you for your time and attention herein.

Very truly yours,

By:    */s/ Melissa DiCerbo*
Melissa DiCerbo, Esq.
McCabe, Weisberg & Conway, LLC
Attorneys for Secured Creditor
145 Huguenot Street, Suite 210
New Rochelle, NY 10801
Telephone 914-636-8900

cc:    Michael Akselrad via email: Michael.Akselrad@weil.com
Jacqueline Marcus via email: jacqueline.marcus@weil.com