EXECUTION COPY

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.                    Case No. 08-13555 (JMP)
                                                                          (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| Emery 68, L.L.C. | Bank Hapoalim (Switzerland), Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Emery 68, L.L.C.
P.O. Box 748
New York, NY 10150
info@emery68.net

with a copy to:
Paul Haskel/Tim Lin
Richards, Kibbe & Orbe LLP
200 Liberty Street
New York, NY 10281-1003
Telephone: 212-530-1823/212-530-1921
Facsimile: 917-344-8823/917-344-8921

Court Claim # (if known): 55855
Amount of Claim Transferred: $27,107,038.15
Date Claim Filed: 10/29/2009
Debtor: Lehman Brothers Holdings Inc.

6068377v.2 9999/08888

EXECUTION COPY

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 6/22/2020
Transferee/Transferee's Agent

By: _____  Date: 6/22/2020
Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 & 3571

6068377v.2 9999/08888