Form 210A (10/06)



RECEIVED
JUN 23 2020
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

## United States Bankruptcy Court

Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 CJMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banque Pictet & Cie SA | UBS AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices
to transferee should be sent:

Banque Pictet & Cie SA

Att : David Aeschlimann

Route des Acacias 60

1211 Geneva 73

Court Claim# (if known): 59233
Date Claim Filed: October 30, 2009
Amount of Claim: _____
Portion of Claim Transferred (see
Schedule I): 125 Units

Phone: +41 58 323 3486                    Phone: +41 44 235 62 83
Last Four Digits of Acct#:_____         Last Four Digits of Acct. #:_____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                Date : _____16.06.2020_____
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG** ("Transferor") unconditionally and irrevocably transferred to **Banque Pictet & Cie SA** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 12th day of June 2020.

**UBS AG (Transferor)**

By:_____
Name: Stepahn Gfeller
Title:   Associate Director

By:_____
Name: Beat Fleischmann
Title:   Associate Director

**Banque Pictet & Cie SA (Transferee)**
2, avenue de Monbenon, 1003 Lausanne, Switzerland
Attn. Mr. Stéphane Paschoud
+41 58 32376 16   spaschoud@pictet.com

By:_____
Name:
Title:

By:_____
Name:
Title:

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0261032238 | 59233 | October 30, 2009 | Lehman Brothers Tresury BV | Units 125 |