Joseph J. Waske
22862 Via Genoa
Dana Point, CA 92629
949-517-8330
jwaske3@yahoo.com

## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lehman Brothers Holdings Inc., et al,<br><br>Debtors. | Case No.: 08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE OF APPEAL

**TO THE HONORABLE SHELLEY C CHAPMAN**
**UNITED STATES BANKRUPTCY JUDGE:**

Joseph Waske, as Pro Se, files this notice of my intent to appeal the Order Denying (I) Motion to Reclassify (Related Doc # [60337]); (II) Motion to Reserve for Motion to Reclassify (Related Doc # [60448]); and (III) Motion for Summary Judgment (Related Doc # [60484]) issued by this court on 6/11/2020. (Docket #60678)

Respectfully Submitted,

Dated this 23rd day of June, 2020

Joseph J. Waske
22862 Via Genoa
Dana Point, CA 92629

Elizabeth Harrison
1413 N. Vermont St.
Arlington, VA 22201
571-480-2520
eharrison165@gmail.com

Glenn Blaze
748 Port Monmouth Rd
Port Monmouth, NJ 07758
732-769-2398
glennblaze2@gmail.com

Brian L. Linse
2495 SW Timberline Dr.
Portland, OR 97225

Alvin Wilson
6037 E. Dodge Rd.
Mount Morris, MI 48458
810-287-8568
mrfidlsticks@gmail.com

Garrett Fails
Weil, Gotshal and Manges
767 Fifth Ave
New York, NY 10153

Michael Logan
1043 University Ave
Rochester NY, 14607
585-739-9239
Michael.Logan@RCSDk12.org

Alex Olivo
16452 Harold St.
Oak Forest, IL 60452
630-697-9464
olivo_alex@yahoo.com

Jeffrey Lenore Wood
402 W Allen Ave
Springdale, AZ 72764
479-841-6233
jeff@USadman.com

Rex Wu
6315 N Campbell
Chicago, IL 60659
312-785-0348
rex.wu@live.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                             :

In re                           :        Chapter 11 Case No.
                             :

LEHMAN BROTHERS HOLDINGS INC., *et al.*   :        08-13555 (SCC)
                             :

    Debtors.                   :        (Jointly Administered)
                             :

------------------------------------------------------------x

### ORDER DENYING (I) MOTION TO RECLASSIFY (ECF NO. 60337); (II) MOTION TO RESERVE FOR MOTION TO RECLASSIFY (ECF NO. 60448); AND (III) MOTION FOR SUMMARY JUDGEMENT (ECF NO. 60484)

The Court having considered the following motions filed by Joseph Waske ("**Waske**"):

(i) *Motion to Reclassify* [ECF No. 60337] (the "**Motion to Reclassify**"), (ii) *Motion to Reserve for Motion to Reclassify* [ECF No. 60448] (the "**Motion to Reserve**"), (iii) *Motion for Summary Judgement* [ECF No. 60484] (the "**Motion for Summary Judgement**" and collectively with the Motion to Reclassify and the Motion to Reserve, the "**Motions**); and the Court having considered the timely objections by the Plan Administrator to the Motion to Reclassify [ECF No. 60378], to the Motion to Reserve [ECF No. 60482], and to the Motion for Summary Judgement [ECF No.60641]; and the Court having considered each of Waske's replies thereto [ECF Nos. 60403, 60542, and 60642]; and the Court having considered all of the joinders and statements filed in connection with the Motions (collectively, the "**Joinders**") [ECF Nos. 60348, 60354, 60379, 60381, 60400, 60478, 60479, 60507, 60645, and 60654]; and the Court having jurisdiction to decide the Motions and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Motions and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court

pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having conducted a hearing on the

Motions on June 3, 2020 (the "**Hearing**"); and after due deliberation and for the reasons stated

by the Court in its bench ruling at the Hearing, which are incorporated as if set forth herein and

made part hereof, the Court having determined that no party established sufficient factual or

legal basis for the requested relief in the Motions, it is hereby

      1.     ORDERED that each of the Motions is denied with prejudice; and it is

further

      2.     ORDERED that any relief sought by the Motions or the Joinders is denied

with prejudice.

      3.     ORDERED that this Court shall retain jurisdiction with respect to all

matters arising from or related to the implementation of this Order.

Dated: June 11, 2020
New York, New York

                        /S/ Shelley C. Chapman
                        THE HONORABLE SHELLEY C. CHAPMAN
                        UNITED STATES BANKRUPTCY JUDGE

JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
Joseph J. Waske
22862 Via Genoa, Dana Point, CA 92629

**DEFENDANTS**
Lehman Brothers Holdings Inc., et al

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
Pro Se
949-517-8330
jwaske3@yahoo.com

**ATTORNEYS (IF KNOWN)**
Garrett Fails - Weil, Gotshal and Manges
767 Fifth Ave
New York, NY 10153

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Notice of Appeal for Order Denying (60678) (I) Motion to Reclassify (60337); (II) Motion to Reserve for Motion to Reclassify (60448) and (III) Motion for Summary Judgment (60484)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☑

Judge Previously Assigned
Hon. S. Chapman

If yes, was this case  Vol. ☐  Invol. ☐   Dismissed.  No ☒  Yes ☐   If yes, give date _____  & Case No. 08-13555

**IS THIS AN INTERNATIONAL ARBITRATION CASE?**      No ☐      Yes ☐

*(PLACE AN [x] IN ONE BOX ONLY)*          NATURE OF SUIT

## TORTS

## ACTIONS UNDER STATUTES

**CONTRACT**

[ ] 110    INSURANCE
[ ] 120    MARINE
[ ] 130    MILLER ACT
[ ] 140    NEGOTIABLE INSTRUMENT
[ ] 150    RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151    MEDICARE ACT
[ ] 152    RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153    RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160    STOCKHOLDERS SUITS
[ ] 190    OTHER CONTRACT
[ ] 195    CONTRACT PRODUCT LIABILITY
[ ] 196    FRANCHISE

**REAL PROPERTY**

[ ] 210    LAND CONDEMNATION
[ ] 220    FORECLOSURE
[ ] 230    RENT LEASE & EJECTMENT
[ ] 240    TORTS TO LAND
[ ] 245    TORT PRODUCT LIABILITY
[ ] 290    ALL OTHER REAL PROPERTY

**PERSONAL INJURY**

[ ] 310    AIRPLANE
[ ] 315    AIRPLANE PRODUCT LIABILITY
[ ] 320    ASSAULT, LIBEL & SLANDER
[ ] 330    FEDERAL EMPLOYERS' LIABILITY
[ ] 340    MARINE
[ ] 345    MARINE PRODUCT LIABILITY
[ ] 350    MOTOR VEHICLE
[ ] 355    MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360    OTHER PERSONAL INJURY
[ ] 362    PERSONAL INJURY - MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**

[ ] 440    OTHER CIVIL RIGHTS (Non-Prisoner)
[ ] 441    VOTING
[ ] 442    EMPLOYMENT
[ ] 443    HOUSING/ ACCOMMODATIONS
[ ] 445    AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446    AMERICANS WITH DISABILITIES -OTHER
[ ] 448    EDUCATION

**PERSONAL INJURY**

[ ] 367    HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY
[ ] 365    PERSONAL INJURY PRODUCT LIABILITY
[ ] 368    ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**

[ ] 370    OTHER FRAUD
[ ] 371    TRUTH IN LENDING
[ ] 380    OTHER PERSONAL PROPERTY DAMAGE
[ ] 385    PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**

[ ] 463    ALIEN DETAINEE
[ ] 510    MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530    HABEAS CORPUS
[ ] 535    DEATH PENALTY
[ ] 540    MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**

[ ] 550    CIVIL RIGHTS
[ ] 555    PRISON CONDITION
[ ] 560    CIVIL DETAINEE CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**

[ ] 625    DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 690    OTHER

**PROPERTY RIGHTS**

[ ] 820    COPYRIGHTS
[ ] 830    PATENT
[ ] 835    PATENT-ABBREVIATED NEW DRUG APPLICATION
[ ] 840    TRADEMARK

**LABOR**

[ ] 710    FAIR LABOR STANDARDS ACT
[ ] 720    LABOR/MGMT RELATIONS
[ ] 740    RAILWAY LABOR ACT
[ ] 751    FAMILY MEDICAL LEAVE ACT (FMLA)
[ ] 790    OTHER LABOR LITIGATION
[ ] 791    EMPL RET INC SECURITY ACT (ERISA)

**IMMIGRATION**

[ ] 462    NATURALIZATION APPLICATION
[ ] 465    OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**

[x] 422    APPEAL 28 USC 158
[ ] 423    WITHDRAWAL 28 USC 157

**SOCIAL SECURITY**

[ ] 861    HIA (1395ff)
[ ] 862    BLACK LUNG (923)
[ ] 863    DIWC/DIWW (405(g))
[ ] 864    SSID TITLE XVI
[ ] 865    RSI (405(g))

**FEDERAL TAX SUITS**

[ ] 870    TAXES (U.S. Plaintiff or Defendant)
[ ] 871    IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**

[ ] 375    FALSE CLAIMS
[ ] 376    QUI TAM
[ ] 400    STATE REAPPORTIONMENT
[ ] 410    ANTITRUST
[ ] 430    BANKS & BANKING
[ ] 450    COMMERCE
[ ] 460    DEPORTATION
[ ] 470    RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480    CONSUMER CREDIT
[ ] 490    CABLE/SATELLITE TV
[ ] 850    SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 890    OTHER STATUTORY ACTIONS
[ ] 891    AGRICULTURAL ACTS
[ ] 893    ENVIRONMENTAL MATTERS
[ ] 895    FREEDOM OF INFORMATION ACT
[ ] 896    ARBITRATION
[ ] 899    ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION
[ ] 950    CONSTITUTIONALITY OF STATE STATUTES

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____  OTHER _____

**DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?**
IF SO, STATE:

JUDGE _____    DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES  ☒ NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*    **ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from (Specify District) ☐ 6 Multidistrict Litigation (Transferred) ☐ 7 Appeal to District Judge from Magistrate Judge

☐ a. all parties represented

☐ b. At least one party is pro se.

☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)*    **BASIS OF JURISDICTION**    ***IF DIVERSITY, INDICATE CITIZENSHIP BELOW.***

☒ 1 U.S. PLAINTIFF ☐ 2 U.S. DEFENDANT ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY) ☐ 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    ☐ **WHITE PLAINS**    ☐ **MANHATTAN**

DATE _____    SIGNATURE OF ATTORNEY OF RECORD    ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED  Mo. _____  Yr. _____)

RECEIPT # _____    Attorney Bar Code # _____

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
Joseph J. Waske
22862 Via Genoa, Dana Point, CA 92629

**DEFENDANTS**
Lehman Brothers Holdings Inc., et al

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
Pro Se
949-517-8330
jwaske3@yahoo.com

**ATTORNEYS (IF KNOWN)**
Garrett Fails - Weil, Gotshal and Manges
767 Fifth Ave
New York, NY 10153

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Notice of Appeal for Order Denying (60678) (I) Motion to Reclassify (60337); (II) Motion to Reserve for Motion to Reclassify (60448) and (III) Motion for Summary Judgment (60484)

Judge Previously Assigned

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☑   Hon. S. Chapman

If yes, was this case Vol. ☐ Invol. ☐ Dismissed. No ☒ Yes ☐   If yes, give date _____ & Case No. 08-13555

**IS THIS AN INTERNATIONAL ARBITRATION CASE?**     No ☐     Yes ☐

*(PLACE AN [x] IN ONE BOX ONLY)*         NATURE OF SUIT

|  |  |  |  |  |
|---|---|---|---|---|
| **TORTS** | | | **ACTIONS UNDER STATUTES** | |

**CONTRACT**
- [ ] 110  INSURANCE
- [ ] 120  MARINE
- [ ] 130  MILLER ACT
- [ ] 140  NEGOTIABLE INSTRUMENT
- [ ] 150  RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151  MEDICARE ACT
- [ ] 152  RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153  RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
- [ ] 160  STOCKHOLDERS SUITS
- [ ] 190  OTHER CONTRACT
- [ ] 195  CONTRACT PRODUCT LIABILITY
- [ ] 196  FRANCHISE

**REAL PROPERTY**
- [ ] 210  LAND CONDEMNATION
- [ ] 220  FORECLOSURE
- [ ] 230  RENT LEASE & EJECTMENT
- [ ] 240  TORTS TO LAND
- [ ] 245  TORT PRODUCT LIABILITY
- [ ] 290  ALL OTHER REAL PROPERTY

**PERSONAL INJURY**
- [ ] 310  AIRPLANE
- [ ] 315  AIRPLANE PRODUCT LIABILITY
- [ ] 320  ASSAULT, LIBEL & SLANDER
- [ ] 330  FEDERAL EMPLOYERS' LIABILITY
- [ ] 340  MARINE
- [ ] 345  MARINE PRODUCT LIABILITY
- [ ] 350  MOTOR VEHICLE
- [ ] 355  MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360  OTHER PERSONAL INJURY
- [ ] 362  PERSONAL INJURY - MED MALPRACTICE

**PERSONAL PROPERTY**
- [ ] 370  OTHER FRAUD
- [ ] 371  TRUTH IN LENDING
- [ ] 380  OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385  PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**
- [ ] 463  ALIEN DETAINEE
- [ ] 510  MOTIONS TO VACATE SENTENCE 28 USC 2255
- [ ] 530  HABEAS CORPUS
- [ ] 535  DEATH PENALTY
- [ ] 540  MANDAMUS & OTHER

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
- [ ] 440  OTHER CIVIL RIGHTS (Non-Prisoner)
- [ ] 441  VOTING
- [ ] 442  EMPLOYMENT
- [ ] 443  HOUSING/ACCOMMODATIONS
- [ ] 445  AMERICANS WITH DISABILITIES - EMPLOYMENT
- [ ] 446  AMERICANS WITH DISABILITIES -OTHER
- [ ] 448  EDUCATION

**PERSONAL INJURY**
- [ ] 367  HEALTHCARE/PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY
- [ ] 365  PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368  ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PRISONER CIVIL RIGHTS**
- [ ] 550  CIVIL RIGHTS
- [ ] 555  PRISON CONDITION
- [ ] 560  CIVIL DETAINEE CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**
- [ ] 625  DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 690  OTHER

**PROPERTY RIGHTS**
- [ ] 820  COPYRIGHTS
- [ ] 830  PATENT
- [ ] 835  PATENT-ABBREVIATED NEW DRUG APPLICATION
- [ ] 840  TRADEMARK

**LABOR**
- [ ] 710  FAIR LABOR STANDARDS ACT
- [ ] 720  LABOR/MGMT RELATIONS
- [ ] 740  RAILWAY LABOR ACT
- [ ] 751  FAMILY MEDICAL LEAVE ACT (FMLA)
- [ ] 790  OTHER LABOR LITIGATION
- [ ] 791  EMPL RET INC SECURITY ACT (ERISA)

**IMMIGRATION**
- [ ] 462  NATURALIZATION APPLICATION
- [ ] 465  OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**
- [☒] 422  APPEAL 28 USC 158
- [ ] 423  WITHDRAWAL 28 USC 157

**SOCIAL SECURITY**
- [ ] 861  HIA (1395ff)
- [ ] 862  BLACK LUNG (923)
- [ ] 863  DIWC/DIWW (405(g))
- [ ] 864  SSID TITLE XVI
- [ ] 865  RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870  TAXES (U.S. Plaintiff or Defendant)
- [ ] 871  IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**
- [ ] 375  FALSE CLAIMS
- [ ] 376  QUI TAM
- [ ] 400  STATE REAPPORTIONMENT
- [ ] 410  ANTITRUST
- [ ] 430  BANKS & BANKING
- [ ] 450  COMMERCE
- [ ] 460  DEPORTATION
- [ ] 470  RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 480  CONSUMER CREDIT
- [ ] 490  CABLE/SATELLITE TV
- [ ] 850  SECURITIES/COMMODITIES/EXCHANGE
- [ ] 890  OTHER STATUTORY ACTIONS
- [ ] 891  AGRICULTURAL ACTS
- [ ] 893  ENVIRONMENTAL MATTERS
- [ ] 895  FREEDOM OF INFORMATION ACT
- [ ] 896  ARBITRATION
- [ ] 899  ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION
- [ ] 950  CONSTITUTIONALITY OF STATE STATUTES

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☒ NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____  DOCKET NUMBER_____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*                                            **ORIGIN**

☒ 1 Original        ☐ 2 Removed from      ☐ 3 Remanded     ☐ 4 Reinstated or    ☐ 5 Transferred from    ☐ 6 Multidistrict        ☐ 7 Appeal to District
   Proceeding          State Court            from              Reopened            (Specify District)       Litigation              Judge from
                                             Appellate                                                      (Transferred)           Magistrate Judge
                    ☐ a. all parties represented    Court

                    ☐ b. At least one party                                                  ☐ 8 Multidistrict Litigation (Direct File)
                         is pro se.

*(PLACE AN x IN ONE BOX ONLY)*                **BASIS OF JURISDICTION**                    ***IF DIVERSITY, INDICATE***
☒ 1 U.S. PLAINTIFF    ☐ 2 U.S. DEFENDANT    ☐ 3 FEDERAL QUESTION    ☐ 4 DIVERSITY          ***CITIZENSHIP BELOW.***
                                              (U.S. NOT A PARTY)

### CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in box for Plaintiff and one box for Defendant)

|  | PTF DEF |  | PTF DEF |  | PTF DEF |
|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 [ ] 4 | FOREIGN NATION | [ ] 6 [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)




DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)




DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN
THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:




### COURTHOUSE ASSIGNMENT

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.


Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    ☐ **WHITE PLAINS**    ☐ **MANHATTAN**


DATE                    SIGNATURE OF ATTORNEY OF RECORD          ADMITTED TO PRACTICE IN THIS DISTRICT
                                                                [ ] NO
RECEIPT #                                                       [ ] YES (DATE ADMITTED  Mo. _____  Yr. _____)
                                                               Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.


UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
Joseph J. Waske
22862 Via Genoa, Dana Point, CA 92629

**DEFENDANTS**
Lehman Brothers Holdings Inc., et al

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
Pro Se
949-517-8330
jwaske3@yahoo.com

**ATTORNEYS (IF KNOWN)**
Garrett Fails - Weil, Gotshal and Manges
767 Fifth Ave
New York, NY 10153

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Notice of Appeal for Order Denying (60678) (I) Motion to Reclassify (60337); (II) Motion to Reserve for Motion to Reclassify (60448) and (III) Motion for Summary Judgment (60484)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☒

Judge Previously Assigned
Hon. S. Chapman

If yes, was this case  Vol. ☐  Invol. ☐  Dismissed. No ☒ Yes ☐  If yes, give date _____ & Case No. 08-13555

IS THIS AN INTERNATIONAL ARBITRATION CASE?    No ☐    Yes ☐

*(PLACE AN [x] IN ONE BOX ONLY)*    NATURE OF SUIT

TORTS

ACTIONS UNDER STATUTES

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | [ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY | [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 | ☒ 422 APPEAL 28 USC 158 | [ ] 375 FALSE CLAIMS |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT LIABILITY | | | | [ ] 376 QUI TAM |
| [ ] 130 MILLER ACT | [ ] 320 ASSAULT, LIBEL & SLANDER | [ ] 385 PERSONAL INJURY PRODUCT LIABILITY | [ ] 690 OTHER | [ ] 423 WITHDRAWAL 28 USC 157 | [ ] 400 STATE REAPPORTIONMENT |
| [ ] 140 NEGOTIABLE INSTRUMENT | [ ] 330 FEDERAL EMPLOYERS' LIABILITY | [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY | PROPERTY RIGHTS | | [ ] 410 ANTITRUST |
| [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 340 MARINE | | [ ] 820 COPYRIGHTS | | [ ] 430 BANKS & BANKING [ ] 450 COMMERCE |
| | [ ] 345 MARINE PRODUCT LIABILITY | PERSONAL PROPERTY | [ ] 830 PATENT | | [ ] 460 DEPORTATION |
| [ ] 151 MEDICARE ACT | [ ] 350 MOTOR VEHICLE | [ ] 370 OTHER FRAUD | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION | | [ ] 470 RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY | [ ] 371 TRUTH IN LENDING | [ ] 840 TRADEMARK | | [ ] 480 CONSUMER CREDIT |
| [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 380 OTHER PERSONAL INJURY | [ ] 380 OTHER PERSONAL PROPERTY DAMAGE | LABOR | SOCIAL SECURITY | [ ] 490 CABLE/SATELLITE TV |
| | [ ] 362 PERSONAL INJURY - MED MALPRACTICE | [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY | [ ] 710 FAIR LABOR STANDARDS ACT | [ ] 861 HIA (1395ff) [ ] 862 BLACK LUNG (923) [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE |
| [ ] 160 STOCKHOLDERS SUITS | | | [ ] 720 LABOR/MGMT RELATIONS | [ ] 864 SSID TITLE XVI [ ] 865 RSI (405(g)) | |
| [ ] 190 OTHER CONTRACT | | PRISONER PETITIONS | [ ] 740 RAILWAY LABOR ACT | | [ ] 890 OTHER STATUTORY ACTIONS |
| [ ] 195 CONTRACT PRODUCT LIABILITY | ACTIONS UNDER STATUTES | [ ] 463 ALIEN DETAINEE [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255 | [ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA) | FEDERAL TAX SUITS | [ ] 891 AGRICULTURAL ACTS |
| [ ] 196 FRANCHISE | CIVIL RIGHTS | [ ] 530 HABEAS CORPUS | [ ] 790 OTHER LABOR LITIGATION | [ ] 870 TAXES (U.S. Plaintiff or Defendant) | [ ] 893 ENVIRONMENTAL MATTERS |
| | [ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner) | [ ] 535 DEATH PENALTY [ ] 540 MANDAMUS & OTHER | [ ] 791 EMPL RET INC SECURITY ACT (ERISA) | [ ] 871 IRS-THIRD PARTY 26 USC 7609 | [ ] 895 FREEDOM OF INFORMATION ACT |
| REAL PROPERTY | [ ] 441 VOTING | | | | [ ] 896 ARBITRATION |
| [ ] 210 LAND CONDEMNATION | [ ] 442 EMPLOYMENT | PRISONER CIVIL RIGHTS | IMMIGRATION | | [ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION |
| [ ] 220 FORECLOSURE | [ ] 443 HOUSING/ ACCOMMODATIONS | [ ] 550 CIVIL RIGHTS | [ ] 462 NATURALIZATION APPLICATION | | |
| [ ] 230 RENT LEASE & EJECTMENT | [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT | [ ] 555 PRISON CONDITION [ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT | [ ] 465 OTHER IMMIGRATION ACTIONS | | [ ] 950 CONSTITUTIONALITY OF STATE STATUTES |
| [ ] 240 TORTS TO LAND | [ ] 446 AMERICANS WITH DISABILITIES -OTHER | | | | |
| [ ] 245 TORT PRODUCT LIABILITY | [ ] 448 EDUCATION | | | | |
| [ ] 290 ALL OTHER REAL PROPERTY | | | | | |

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____ OTHER _____    JUDGE _____ DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☒ NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*                    **ORIGIN**

☒ 1 Original       ☐ 2 Removed from      ☐ 3 Remanded    ☐ 4 Reinstated or   ☐ 5 Transferred from   ☐ 6 Multidistrict      ☐ 7 Appeal to District
  Proceeding          State Court            from              Reopened            (Specify District)       Litigation             Judge from
                                             Appellate                                                      (Transferred)          Magistrate Judge
                    ☐ a. all parties represented   Court

                    ☐ b. At least one party                                                             ☐ 8 Multidistrict Litigation (Direct File)
                         is pro se.

*(PLACE AN x IN ONE BOX ONLY)*          **BASIS OF JURISDICTION**          *IF DIVERSITY, INDICATE*
                                                                          *CITIZENSHIP BELOW.*
☒ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION   ☐ 4 DIVERSITY
                                             (U.S. NOT A PARTY)

### CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF DEF | | PTF DEF | | PTF DEF |
|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 [ ]4 | FOREIGN NATION | [ ]6 [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)




DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)




DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN
THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:




### COURTHOUSE ASSIGNMENT

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.


Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN


DATE                                                  ADMITTED TO PRACTICE IN THIS DISTRICT
            SIGNATURE OF ATTORNEY OF RECORD           [ ] NO
                                                      [ ] YES (DATE ADMITTED  Mo. _____ Yr. _____)
RECEIPT #                                             Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)