UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re
LEHMAN BROTHERS HOLDINGS INC., *et al.*,
                              Debtors.
------------------------------------------------------------ x

Chapter 11

Case No. 08-13555 (SCC)

(Jointly Administered)

**Ref. Docket No.** 60661, 60662, 60663, 60664, 60665, 60666, 60667, 60668, 60669, 60670, 60671, 60672, 60673, 60674, 60675, 60676, 60677

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 19, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 19, 2020, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

Sworn to before me this
24th day of June, 2020
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otherwise being assigned the claim.

To:

DEUTSCHE BANK AG, LONDON
TRANSFEROR: PRO CAPITAL SOCIEDAD DE BOLSA S.A.
60 WALL STREET, 3RD FLOOR
NEW YORK, NY 10005

Please note that your claim # 51125 in the above referenced case and in the amount of $50,000.00 allowed at $51,075.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000166710282 ***         LBH TRFNTC (MERGE2, TXNUM2) 4000194090



BKM HOLDINGS (CAYMAN) LTD.
TRANSFEROR: DEUTSCHE BANK AG, LONDON
C/O DAVIDSON KEMPNER-J.DONOVAN
520 MADISON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    60672    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/19/2020        Vito Genna, Clerk of Court

/s/Andrea Speelman
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 19, 2020.

# EXHIBIT B

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | RE: TRANSFERS, C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CHUNG YUNG-KUN | TRANSFEROR: DBS BANK LTD, 3F NO. 2 LANE 52, DAZHI STREET, TAIPEI, TAIWAN |
| CREDIT SUISSE (SCHWEIZ) AG | RE: TRANSFERS, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: TREVOR BROAD, 825 8TH AVE., NEW YORK, NY 10019 |
| DBS BANK LTD | TRANSFEROR: SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH, 2 CHANGI BUSINESS PARK CRESCENT #09-05, LOBBY B DBS ASIA HUB, SINGAPORE 486029 SINGAPORE |
| DEUTSCHE BANK AG, LONDON (HK) | TRANSFEROR: MIZUHO SECURITIES CO LTD, DEUTSCHE BANK AG, HONG KONG BRANCH; ATTN: JACK TSAI, 55/F CHEUNG KONG CENTER, 2 QUEEN'S ROAD, CENTRAL, HONG KONG |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: PRO CAPITAL SOCIEDAD DE BOLSA S.A., 60 WALL STREET, 3RD FLR., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON (HK) | 1 GREAT WINCHESTER ST., WINCHESTER HOUSE, LONDON, EC2N 2DB, UNITED KINGDOM |
| LUZERNER KANTONALBANK AG | IRA A. REID, BAKER & MCKENZIE LLP, 452 FIFTH AVENUE, NEW YORK, NY 10018 |
| LUZERNER KANTONALBANK AG | LEGAL & COMPLIANCE DEPT., PILATUSSTRASSE 12, LUZERN CH-6002, SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/05GC, PO BOX ZURICH 8098, SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001, SWITZERLAND |

**Total Creditor Count 11**