ADJOURNED HEARING DATE AND TIME: July 30, 2020 at 11:00 a.m.

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

*Attorneys for Lehman Brothers Holdings Inc.,*
*As Plan Administrator*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
LEHMAN BROTHERS HOLDINGS INC, *et al.*,        :    Case No.: 08-13555 (SCC)
                                               :
                    Debtors.                   :    (Jointly Administered)
------------------------------------------------------------------x

## NOTICE OF NINTH ADJOURNMENT OF HEARING ON MOTION OF THE PLAN ADMINISTRATOR FOR AN ORDER IN AID OF EXECUTION OF THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS

PLEASE TAKE NOTICE that the hearing in connection with the *Motion Of The Plan Administrator For An Order In Aid Of Execution Of The Modified Third Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. And Its Affiliated Debtors*, filed on September 17, 2019 [ECF No. 59936], originally scheduled for October 30, 2019 at 11:00 a.m., and previously adjourned to November 14, 2019 at 2:00 p.m., December 5, 2019 at 10:00 a.m., December 19, 2019 at 10:00 a.m., January 21, 2020 at 2:00 p.m., February 27, 2020 at 10:00 a.m., April 7, 2020 at 10:00 a.m., May 21, 2020 at 10:00 a.m., and July 1, 2020 at 10:00 a.m., has been further adjourned to **July 30, 2020 at 11:00 a.m.**

Dated: New York, New York
June 26, 2020

Respectfully submitted,

/s/ Arthur Steinberg
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222

*Attorneys for Lehman Brothers Holdings Inc.,
As Plan Administrator*