**EXHIBIT A**

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al.,</u>   Case No. <u>08-13555 (SCC)</u>

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Citigroup Financial Products Inc.** | **SPCP Group, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Citigroup Financial Products Inc.
388 Greenwich Street Trading Tower 6th Floor
New York, NY 10013
Attn : Kenneth Keeley
Email: Kenneth.keeley@citi.com

Court Claim # (if known): 200017

Amount of Claim Transferred: USD <u>$1,341,516.50</u>

Date Claim Filed: <u>March 6, 2012</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Citigroup Financial Products Inc.

By: _/s/ Joelle Gavlick_ (DocuSigned by: 240CDA98C9F64D3...)   By: _____   Date: _____
Transferee/Transferee's Agent

Joelle Gavlick – Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### EXHIBIT B

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**SPCP Group, LLC** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Citigroup Financial Products Inc.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (Claim No.: **200017**) in the amount of **$1,341,516.50** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 8th day of June, 2020.

**Citigroup Financial Products Inc.**          **SPCP Group, LLC**

By: _/s/ Joelle Gavlick_                By: _/s/ Chris Wahl_
Name:                           Name: Chris Wahl
Title: Joelle Gavlick – Authorized Signatory    Title: Authorized Signatory