UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

**NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that **$5,385,000.00** of the claim set forth below (the "Transferred Claim"), of **SPCP Group, LLC** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $ 620,406,164.00 | 58352 |

has been transferred and assigned to **Citigroup Financial Products Inc.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $**5,385,000.00** of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Citigroup Financial Products Inc.
Address: 388 Greenwich Street Trading Tower 6th Floor
New York, NY  10013
Attn: Kenneth Keeley
Email: Kenneth.keeley@citi.com
Signature: *DocuSigned by: Joelle Gavlick — 240CDA98C9F64D3...*
Name:
Title:
Date:

Joelle Gavlick – Authorized Signatory

ASSIGNOR: SPCP Group, LLC
Address:
2 Greenwich Plaza, 1st Floor
Greenwich CT 06830
Attn :Operations
Signature: *[signature]*
Name: Chris Wahl
Title: Authorized Signatory
Date:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**SPCP GROUP, LLC** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **CITIGROUP FINANCIAL PRODUCTS INC.**, its successors and assigns ("Buyer"), a **100%** interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc**. (Claim No.: **58352**) in the amount of $**5,385,000** (the "Claim"), in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of June 8, 2020.

**SPCP GROUP, LLC**

By: _[signature]_
Name: Chris Wahl
Title: Authorized Signatory

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _[DocuSigned by: Joelle Gavlick — 240CDA98C9F64D3...]_
Name: Joelle Gavlick
Title: Authorized Signatory