John H. Genovese, Esq.
GENOVESE, JOBLOVE & BATTISTA, P.A.
Bank of America Tower
100 S.E. 2nd Street, Suite 4400
Miami, Florida  33131
(305) 349-2300 (tel.)
(305) 349-2310 (fax)

Co-Counsel for Class Action Plaintiffs

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                 :        Chapter 11
                                                       :
LEHMAN BROTHERS HOLDINGS INC., et al.,                 :        Case No. 08-13555-SCC
                                                       :
                        Debtors.                       :
-----------------------------------------------------------------x

## NOTICE OF REQUEST TO BE REMOVED FROM MAILING MATRIX AND ELECTRONIC NOTICES

**PLEASE TAKE NOTICE** that John H. Genovese, Esq. of the law firm of Genovese

Joblove & Battista, P.A. requests to be removed from the mailing matrix and electronic notices

in the above styled case.

Dated this  26th  day of June, 2020.

                                    **GENOVESE JOBLOVE & BATTISTA, P.A.**
                                    100 S.E. 2nd Street, 44th Floor
                                    Miami, Florida 33131
                                    Telephone: (305) 349-2300
                                    Telecopier: (305) 349-2310

                                    By:    /s/ John H. Genovese
                                           John H. Genovese, Esq.
                                           Florida Bar No. 280852
                                           Email:  jgenovese@gjb-law.com