RECEIVED
JUN 29 2020

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc.         ,          Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Mr. Kors W. van der Werf | Granite Finance Ltd |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Rolderdiephof 120
  3521DB Utrecht, Netherlands

Court Claim # (if known):  62740
Amount of Claim:  $2,268,400.97
Date Claim Filed:  11/02/2009

Phone: +31 30 237 8130

Phone: +1 345 914 7550

Name and Address where transferee payments should be sent (if different from above):

  Wire payments under existing aggregation no W0021965 of Transferee

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Kors W. van der Werf
    Transferee/Transferee's Agent

Date:  05/21/2 020

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## SCHEDULE 4
## TRANSFERS OF CLAIMS

### LBHI EVIDENCE OF CLAIMS TRANSFER

· **Evidence of Transfer of Claims**

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Granite Finance Limited, a company incorporated with limited liability in the Cayman Islands whose registered office is at HSBC House, 68 West Bay Road, PO Box 1109, George Town, Grand Cayman, KY1-1102, Cayman Islands (the "**Assignor**"), hereby unconditionally and irrevocably transfers and assigns to Mr. Kors W. van der Werf, an individual resident at Rolderdiephof 120, 3521DB, Utrecht, the Netherlands (the "**Assignee**") all right, title, interest, in and to, or arising under or in connection with, Assignor's claim number 27824 and Assignor's claim number 62740 (the "**Claims**") against Lehman Brothers Holdings Inc. (the "**Debtor**"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (SCC)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the *Federal Rules of Bankruptcy Procedure*, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claims by its duly authorized representative dated the _____ day of May, 2020.

| ASSIGNOR:<br>Granite Finance Limited<br><br>*[signatures]*<br><br>Name: Ernest Lewis and Craig Perry<br>Title: Authorised signatories for Granite Finance | ASSIGNEE:<br>Mr Kors van der Werf<br><br>*[signature]*<br><br>Rolderdiephof 120<br>3521DB Utrecht<br>Netherlands |
|---|---|