# EXHIBIT A

.

| | |
|---|---|
| **From:** | Stuyvesant, Cindy <cstuyvesant@wintrust.com> |
| **Sent:** | Tuesday, April 9, 2019 4:27 PM |
| **To:** | Baker, John |
| **Subject:** | RE: [external email:] RE: American Homestead Mortgage LLC   [EXTERNAL EMAIL - CAUTION] |

John,

I'm out of the office until April 22 so I can't scan to you the schedule itself, but I can tell you that the Miscellaneous Contracts schedule has a single software license agreement with AMOZ Group.

Cindy

**Cindy S. Stuyvesant**
**Vice President – Assistant General Counsel – Litigation**
**Wintrust Financial Corporation**
9700 W. Higgins Road
Rosemont, Illinois 60018
(847) 939-9180
cstuyvesant@wintrust.com

This communication from Wintrust Financial Corporation is directed to and is for the use of the individual or entity to which it is addressed. It may contain information that is privileged or confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any distribution, dissemination, or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately, and then delete or destroy the material in its entirety.

**From:** Baker, John <john.baker@lehmanholdings.com>
**Sent:** Tuesday, April 9, 2019 10:04 AM
**To:** Stuyvesant, Cindy <cstuyvesant@wintrust.com>
**Subject:** RE: [external email:] RE: American Homestead Mortgage LLC [EXTERNAL EMAIL - CAUTION]

Cindy,

Can you send Schedule 1.1(d)(v), Miscellaneous Contracts?

John Baker
Lehman Brothers Holdings Inc.
4600 S Syracuse St – 9th Floor
Denver, CO 80237

O: (720) 945-4546
C: (303) 775-5163

**From:** Stuyvesant, Cindy [mailto:cstuyvesant@wintrust.com]
**Sent:** Monday, April 08, 2019 3:25 PM
**To:** Baker, John
**Subject:** RE: [external email:] RE: American Homestead Mortgage LLC [EXTERNAL EMAIL - CAUTION]

John,

I've attached what I think are the relevant parts of the asset purchase agreement – specifically the assets purchased/excluded and the liabilities assumed/excluded.

Cindy

*Cindy S. Stuyvesant*
*Vice President – Assistant General Counsel – Litigation*
*Wintrust Financial Corporation*
9700 W. Higgins Road
Rosemont, Illinois 60018
(847) 939-9180
cstuyvesant@wintrust.com

This communication from Wintrust Financial Corporation is directed to and is for the use of the individual or entity to which it is addressed. It may contain information that is privileged or confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any distribution, dissemination, or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately, and then delete or destroy the material in its entirety.

**From:** Baker, John <john.baker@lehmanholdings.com>
**Sent:** Thursday, April 4, 2019 3:58 PM
**To:** Stuyvesant, Cindy <cstuyvesant@wintrust.com>
**Subject:** RE: [external email:] RE: American Homestead Mortgage LLC [EXTERNAL EMAIL - CAUTION]

Understandable. Thanks, Cindy.

John Baker
Lehman Brothers Holdings Inc.
4600 S Syracuse St – 9th Floor
Denver, CO 80237

O: (720) 945-4546
C: (303) 775-5163

**From:** Stuyvesant, Cindy [mailto:cstuyvesant@wintrust.com]
**Sent:** Thursday, April 04, 2019 2:43 PM
**To:** Baker, John
**Subject:** RE: [external email:] RE: American Homestead Mortgage LLC [EXTERNAL EMAIL - CAUTION]

Yes there was. I'll check internally on disclosure. I believe the deal was confidential so I need to see whether we can share the agreement if certain deal terms are redacted.

Cindy

*Cindy S. Stuyvesant*
*Vice President – Assistant General Counsel – Litigation*
*Wintrust Financial Corporation*
9700 W. Higgins Road
Rosemont, Illinois 60018
(847) 939-9180
cstuyvesant@wintrust.com

This communication from Wintrust Financial Corporation is directed to and is for the use of the individual or entity to which it is addressed. It may contain information that is privileged or confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any distribution, dissemination, or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately, and then delete or destroy the material in its entirety.

**From:** Baker, John <john.baker@lehmanholdings.com>
**Sent:** Thursday, April 4, 2019 3:36 PM
**To:** Stuyvesant, Cindy <cstuyvesant@wintrust.com>
**Subject:** RE: [external email:] RE: American Homestead Mortgage LLC [EXTERNAL EMAIL - CAUTION]

Was there an asset purchase agreement that governed the transaction, and if so, would you be willing to provide it to us?

John Baker
Lehman Brothers Holdings Inc.
4600 S Syracuse St – 9th Floor
Denver, CO 80237

O: (720) 945-4546
C: (303) 775-5163

**From:** Stuyvesant, Cindy [mailto:cstuyvesant@wintrust.com]
**Sent:** Thursday, April 04, 2019 2:34 PM
**To:** Baker, John
**Subject:** [external email:] RE: American Homestead Mortgage LLC [EXTERNAL EMAIL - CAUTION]

John,

Thank you for thinking of us with this matter. I am not sad to tell you that unlike SGB, which Wintrust acquired in whole via a stock purchase transaction, Wintrust merely acquired certain assets of American Homestead Mortgage. Wintrust Mortgage did not assume any liability for any loans originated and sold by AHM prior to our acquisition of those certain assets. My guess is that the loans allegedly sold by AHM to Lehman that are the subject of this demand predate Wintrust's asset purchase by ten years or more. Accordingly, it is our position that Wintrust Mortgage is not legally responsible for any of AHM's obligations with respect to those loans. Happy to discuss further if you'd like.

Cindy

**Cindy S. Stuyvesant**
**Vice President – Assistant General Counsel – Litigation**
**Wintrust Financial Corporation**
9700 W. Higgins Road
Rosemont, Illinois 60018
(847) 939-9180
cstuyvesant@wintrust.com

This communication from Wintrust Financial Corporation is directed to and is for the use of the individual or entity to which it is addressed. It may contain information that is privileged or confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any distribution, dissemination, or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately, and then delete or destroy the material in its entirety.

**From:** Baker, John <john.baker@lehmanholdings.com>
**Sent:** Thursday, April 4, 2019 3:17 PM
**To:** Stuyvesant, Cindy <cstuyvesant@wintrust.com>
**Subject:** American Homestead Mortgage LLC [EXTERNAL EMAIL - CAUTION]

Hi Cindy,

I recently learned that Wintrust acquired American Homestead Mortgage, a broker in Montana. Please see attached letter pertaining to claims LBHI has on AHM loans. A copy is also coming via Fedex.

We'd like to include these in our discussions on the SGB loans, even though they aren't currently part of the litigation in NY. Let me know your thoughts. Thanks.

John Baker
Lehman Brothers Holdings Inc.
4600 S Syracuse St – 9th Floor
Denver, CO 80237

O: (720) 945-4546
C: (303) 775-5163

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.

CONFIDENTIALITY NOTICE: The content of this message and any files
transmitted with it is a confidential and proprietary business
communication, which is solely for the use of the intended recipient(s).
Any use, distribution, duplication or disclosure by any other person or
entity is strictly prohibited.  If you are not an intended recipient or this

has been received in error, please notify the sender and immediately
delete all copies of this communication.

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.

CONFIDENTIALITY NOTICE: The content of this message and any files
transmitted with it is a confidential and proprietary business
communication, which is solely for the use of the intended recipient(s).
Any use, distribution, duplication or disclosure by any other person or
entity is strictly prohibited.  If you are not an intended recipient or this
has been received in error, please notify the sender and immediately
delete all copies of this communication.

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.

CONFIDENTIALITY NOTICE: The content of this message and any files
transmitted with it is a confidential and proprietary business
communication, which is solely for the use of the intended recipient(s).
Any use, distribution, duplication or disclosure by any other person or
entity is strictly prohibited.  If you are not an intended recipient or this
has been received in error, please notify the sender and immediately
delete all copies of this communication.

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged or confidential information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If you have received this email in error, please notify the sender immediately and delete all copies from your system.