UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Jennifer M. Rosa, a partner of Mayer Brown LLP, enters an appearance in the above-captioned action as counsel for nonparty Caliber Home Loans, Inc. ("Caliber").  Pursuant to Bankruptcy Rules 2002, 3017, and 9007, and sections 342 and 1109(b) of the Bankruptcy Code, counsel hereby requests that copies of all notices and pleadings given or filed in this case be served upon:

> Jennifer M. Rosa
> MAYER BROWN LLP
> 1221 Avenue of the Americas
> New York, New York 10020
> Tel.:  (212) 506-2500
> jrosa@mayerbrown.com

This request includes not only the notices and papers referred to in the Rules and Sections specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telecopy, telegraph, telex, or otherwise filed with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice and service of papers is not, nor may it be deemed or construed to be, consent to the jurisdiction of the Bankruptcy Court over Caliber, or a waiver of any of Caliber's substantive or procedural rights, including without limitation: (1) Caliber's right to have final orders entered only after *de*

*novo* review by a District Court Judge; (2) Caliber's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) Caliber's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Caliber expressly reserves.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 7, 2020<br>New York, New York | */s/ Jennifer M. Rosa*<br>Jennifer M. Rosa<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel.: (212) 506-2500<br>jrosa@mayerbrown.com |