**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>           Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |

**DECLARATION OF JOSHUA A. ROSENTHAL IN SUPPORT OF BAY EQUITY, LLC'S OBJECTION AND RESPONSE TO LEHMAN BROTHERS HOLDINGS, INC.'S MOTION IN AID OF ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST MORTGAGE SELLERS**

I, Joshua A. Rosenthal, declare:

1. I am a partner at the law firm of Hargrave Rosenthal, PC, counsel for defendant Bay Equity, LLC in the above captioned adversary proceeding and I have personal knowledge of each fact stated in this declaration except for those facts declared to on information and belief, which I believe to be true.

2. I submit this declaration in support of Bay Equity, LLC's Objection And Response To Lehman Brothers Holdings, Inc.'s Motion In Aid Of Alternative Dispute Resolution Procedures Order For Indemnification Claims Of The Debtors Against Mortgage Sellers.

3. Annexed hereto as Exhibit 1 is a true and correct copy of the printout from the Nationwide Mortgage Licensing System ("NMLS") web site for Bay Equity, LLC that I printed on July

6, 2020.

4. Annexed hereto as Exhibit 2 is a true and correct copy of the printout from the NMLS web site for Melissa Solinsky that I printed on July 6, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date July 6, 2020                              _____/s/Joshua A. Rosenthal_____

                                                                Joshua A. Rosenthal