# NMLS consumer access

---

## Bay Equity LLC

| NMLS ID: 76988 | Street Address: 770 Tamalpais Drive Suite 207 Corte Madera, CA 94925 | Phone: 415-632-5150 Toll-Free Number: 800-229-3703 Fax: 415-946-3508 | Website: https://givingtoheroes.net/, https://www.bayequityhomeloans.com/, www.bayeq.com, www.bayeqloans.com |
|---|---|---|---|
| | Mailing Address: 2300 Clayton Road Suite 450 Concord, CA 94520 | | Email: Licensing@bayeq.com |

| Other Trade Names : | Bay Equity Home Loans; Bay Equity Home Loans Montana; Bay Equity Home Loans the Taylor Team; Bay Equity Home Loans the Touchstone Group; Bay Equity Idaho; Bay Equity Reverse; Cascade Pacific Home Loans powered by Bay Equity Northwest; Century Mortgage a division of Bay Equity Home Loans; Fidelity Mortgage; Fidelity Mortgage Holdings; Pacific One Mortgage; Pacific One Mortgage, powered by Bay Equity Northwest; Pinpoint Mortgage; Village a Division of Bay Equity Home Loans; www.bayeq.com |
|---|---|
| Prior Other Trade Names : | Aladdin Home Loans; Allstar Loans & Realty; Assent; Bankers Preferred; Bay Equity Home Loans Cal Pacific Team; Bay Equity Home Loans the Promark Group; Bay Equity Home Loans the Purchase Lender Group; Bay Equity Northwest; Bay Equity Private Client Group; Bay Equity Wholesale; Bay Equity Wholesale Lending; Bell Financial; Bishop Funding Group; Blackhawk Financial Group; Cal Pacific a division of Bay Equity Home Loans; Cal Pacific Mortgage; California Mortgage Direct; CalPac; Cavalier Financial; Cedar River Mortgage; Covenant Direct; Covenant Mortgage; Covenant Mortgage Direct; Covenant Mortgage Direct Home Loans; Emac Home Loans; EZQualify; First Capital Alliance; Fixed Rate Funding; Home Loan Center; Hometown Lending; Hometown Lending powered by Bay Equity Northwest; Hometown Lending the Hayes Group powered by Bay Equity Northwest; Hometown Lending, Reverse Division; Infinity Home Loans; Integrated Mortgage Solutions; Integrity One Home Mortgage; Loan Central; LoanCentral powered by Bay Equity Home Loans; LockDesk; My City Lender; One Team Mortgage; PE Finance; Peoples Choice Lending; Pilchuck Mortgage; Portfolio Lending Group; Security First Financial Services; Sheridan Financial; Sooner Lending Group; St. Julien Home Loans; State Mortgage; The Golden Dome Group; The Home Loan Center; The Jensen Mortgage Group; The Jensen Mortgage Group, powered by Bay Equity Northwest; TriStar Home Loans; Wenatchee Valley Home Loans |
| Prior Legal Names : | Bay Equity, LLC |
| Sponsored MLOs : | 462 |

| Fiscal Year End: 12/31 | Formed in: California, United States | Date Formed: 06/12/2007 | Stock Symbol: None | Business Structure: Limited Liability Company |
|---|---|---|---|---|

| Regulatory Actions : | Yes |
|---|---|

---

### Branch Locations (150 Active, 150 Inactive)

---

### State Licenses/Registrations (Displaying 57 Active of 60 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| **Alabama** | Consumer Credit License | Yes | **Submit to Regulator** |
| **Arizona** | Mortgage Banker License | Yes | **Submit to Regulator** |
| **Arkansas** | Combination Mortgage Banker-Broker-Servicer License | Yes | **Submit to Regulator** |
| **California - DBO** | Residential Mortgage Lending Act License | Yes | **Submit to Regulator** |
| **Colorado** | Mortgage Company Registration | Yes | **Submit to Regulator** |
| **Connecticut** | Mortgage Lender License | Yes | **Submit to Regulator** |
| **Florida** | Mortgage Lender Servicer License | Yes | **Submit to Regulator** |
| **Georgia** | Mortgage Lender License/Registration | Yes | **Submit to Regulator** |
| **Hawaii** | Mortgage Loan Originator Company License | Yes | **Submit to Regulator** |
| **Hawaii** | Mortgage Servicer License | Yes | **Submit to Regulator** |
| **Idaho** | Mortgage Broker/Lender License | Yes | **Submit to Regulator** |
| **Illinois** | Residential Mortgage License | Yes | **Submit to Regulator** |
| **Indiana-DFI** | Mortgage Lending License | Yes | **Submit to Regulator** |
| **Kansas** | Mortgage Company License | Yes | **Submit to Regulator** |
| **Kentucky** | Mortgage Company License | Yes | **Submit to Regulator** |
| **Louisiana** | Residential Mortgage Lending License | Yes | **Submit to Regulator** |

| Maine | Supervised Lender License | Yes | Submit to Regulator |
|---|---|---|---|
| Maryland | Mortgage Lender License | Yes | Submit to Regulator |
| Massachusetts | Mortgage Broker License | Yes | Submit to Regulator |
| Massachusetts | Mortgage Lender License | Yes | Submit to Regulator |
| Michigan | 1st Mortgage Broker/Lender/Servicer Registrant | Yes | Submit to Regulator |
| Michigan | 2nd Mortgage Broker/Lender Registrant | Yes | Submit to Regulator |
| Minnesota | Residential Mortgage Originator License | Yes | Submit to Regulator |
| Minnesota | Residential Mortgage Originator License Other Trade Name #1 | Yes | Submit to Regulator |
| Minnesota | Residential Mortgage Servicer License | Yes | Submit to Regulator |
| Minnesota | Residential Mortgage Servicer License Other Trade Name #1 | Yes | Submit to Regulator |
| Mississippi | Mortgage Lender License | Yes | Submit to Regulator |
| Missouri | Mortgage Company License | Yes | Submit to Regulator |
| Montana | Mortgage Lender License | Yes | Submit to Regulator |
| Nebraska | Mortgage Banker License | Yes | Submit to Regulator |
| Nevada | Mortgage Company License | Yes | Submit to Regulator |
| Nevada | Supplemental Mortgage Servicer License | Yes | Submit to Regulator |
| New Hampshire | Mortgage Banker License | Yes | Submit to Regulator |
| New Mexico | Mortgage Loan Company License | Yes | Submit to Regulator |
| North Carolina | Mortgage Lender License | Yes | Submit to Regulator |
| North Dakota | Money Broker License | Yes | Submit to Regulator |
| Oklahoma | Mortgage Lender License | Yes | Submit to Regulator |
| Oregon | Mortgage Lending License | Yes | Submit to Regulator |
| Oregon | Mortgage Servicer License | Yes | Submit to Regulator |
| Rhode Island | Lender License | Yes | Submit to Regulator |
| South Carolina-BFI | Mortgage Lender / Servicer License | Yes | Submit to Regulator |
| South Carolina-BFI | Mortgage Lender/Servicer License - Other Trade Name #1 | Yes | Submit to Regulator |
| South Dakota | Mortgage Lender License | Yes | Submit to Regulator |
| Tennessee | Mortgage License | Yes | Submit to Regulator |
| Texas - SML | Mortgage Banker Registration | Yes | Submit to Regulator |
| Utah-DRE | Mortgage Entity License | Yes | Submit to Regulator |
| Utah-DRE | Mortgage Entity License - Other Trade Name #1 | Yes | Submit to Regulator |
| Utah-DRE | Mortgage Entity License - Other Trade Name #2 | Yes | Submit to Regulator |
| Vermont | Lender License | Yes | Submit to Regulator |
| Vermont | Loan Servicer License | Yes | Submit to Regulator |
| Vermont | Mortgage Broker License | Yes | Submit to Regulator |
| Virginia | Broker License | Yes | Submit to Regulator |
| Virginia | Lender License | Yes | Submit to Regulator |
| Washington | Consumer Loan Company License | Yes | Submit to Regulator |
| Wisconsin | Mortgage Banker License | Yes | Submit to Regulator |
| Wisconsin | Mortgage Broker License | Yes | Submit to Regulator |
| Wyoming | Mortgage Lender/Broker License | Yes | Submit to Regulator |

### Regulatory Actions

While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link.

| Regulator | Action Type | Date of Action | Multi-state Action ID | Docket Number | Associated Document(s) |
|---|---|---|---|---|---|
| Oregon | Cease and Desist | 03/07/2012 | N/A | M-12-0002 | Final Order |
| Washington | Order - Consent Order | 04/15/2015 | N/A | C-14-1541-15-CO01 | Consent Order |
| Washington | Order - Consent Order | 10/01/2013 | N/A | C-13-1251-13-CO01 | Consent Order |

Information made available through NMLS Consumer Access^SM is derived from NMLS **(Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry)**, the financial services industry's online registration and licensing database. NMLS was created by the **Conference of State Bank Supervisors (CSBS)** and the **American Association of Residential Mortgage Regulators (AARMR)** and is owned and operated by the **State Regulatory Registry LLC (SRR)**, a wholly owned subsidiary of CSBS. For more information about the System, please visit the **NMLS Resource Center** or the **NMLS Federal Registry Resource Center** websites. | **Download PDF Reader**