

# Melissa Suzanne Solinsky

| NMLS ID: 121752 | Phone: 253-848-1255 | Fax: 866-311-7231 |
|---|---|---|
| Other Names : Lissa Solinsky, Lissa Suzanne Solinsky, Melissa Solinsky, Melissa Suzanne Mackay | Prior Other Names : None | Prior Legal Names : None |

Regulatory Actions : None posted in NMLS.

## Employment

Authorized to Represent : Bay Equity LLC (76988)     Engaged in other businesses : Yes

| From | To | Employer | Position | City | State | Zip Code | Financial Services |
|---|---|---|---|---|---|---|---|
| 08/2017 | Present | Bay Equity, LLC | Mortgage Advisor | Puyallup | WA | 98372 | Yes |
| 11/2015 | 07/2017 | Finance of America Mortgage LLC | Mortgage Advisor | Puyallup | WA | 98372 | Yes |
| 12/2009 | 11/2015 | PINNACLE CAPITAL MORTGAGE LLC | Mortgage Advisor | Puyallup | WA | 98372 | Yes |
| 09/2006 | 12/2009 | West Valley Mortgage | Loan Officer | Puyallup | WA | 98373 | Yes |
| 12/1996 | 08/2007 | Puyallup School District | Teacher | Puyallup | WA | 98371 | No |
| 09/1996 | 02/2003 | Powerhouse Restaurant and Brewery | Server | Puyallup | WA | 98372 | No |

## Office Locations

| Company | NMLS ID | Type | Street Address | City | State | Zip Code | Start Date |
|---|---|---|---|---|---|---|---|
| Bay Equity LLC | 1667660 | Branch | 110 East Stewart Ave. | Puyallup | WA | 98372 | 08/31/2017 |

## State Licenses/Registrations   (Displaying 1 Active of 1 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| **Washington** | Mortgage Loan Originator License | Yes | **Submit to Regulator** |

| Regulatory Actions | While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link. |
|---|---|

No regulatory actions have been posted in NMLS.

Information made available through NMLS Consumer Access[SM] is derived from NMLS **(Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry)**, the financial services industry's online registration and licensing database. NMLS was created by the Conference of State Bank Supervisors (CSBS) and the American Association of Residential Mortgage Regulators (AARMR) and is owned and operated by State Regulatory Registry LLC (SRR), a wholly owned subsidiary of CSBS. For more information about the System, please visit the NMLS Resource Center or the NMLS Federal Registry Resource Center websites. | Download PDF Reader