**NMLS consumer access**

## American Pacific Mortgage Corporation

| NMLS ID: 1850 | Street Address: 3000 Lava Ridge Court #200, Roseville, CA 95661<br>Mailing Address: 3000 Lava Ridge Court #200, Roseville, CA 95661 | Phone: 916-960-1325<br>Toll-Free Number: 866-851-4295<br>Fax: 916-848-3763 | Website: advancedmortgage.com, americanpacificmortgage.com, angrove.com, apmcfamily.com, apmobile.apmortgage.com, chrisbarryhomeloans.com, crm.apmortgage.com, hawaiivahomeloans.com, Hermistonloans.com, HomeBuying101.com, http://americanpacificmortgagenmls944387.businesssite?m+true, http://elementmortgage.com/, http://northwesternhomeloans.com/, http://sacrelender.com/, http://www.dmgloans.com/Hom, http://www.hermistonmortgages.com, https://jeffmandels.myloanofficer.us/, jimpassamonte.com, kimbarryhomeloans.com, LifeAfterPrograms.com, melisawebb.com, mgtmortgage.com, mortgagelenderportlandor.com, mortgagemichelle.com, Samanthaloans.com, SibleyMortgageGroup.com, Tri-cityloans.com, www.4LoanInfo.com, www.ampac-mortgage.com, www.angrove.com, www.apmortgage.com, www.apmortgagenw.com, www.apmwen.com, www.aprmg.com, www.financingdoneright.com, www.financingdoneright.com, www.jimpassamonte.com/why-rent, www.johnmayerloans.com, www.mortgagebyrhonda.com, www.mortgageproweb.com, www.mymortgageguyburke.com, www.oldrepublicmortgage.com, www.reversemortgagegoals.com, www.rivercapitalpdx.com, www.themortgagepros.com, www.tonyhomeloans.com, www.wenatcheehomeloans.com, www.wenatcheehomeloans.com<br>Email: khocking@apmortgage.com |

| Other Trade Names : | A Preferred Mortgage Team; Ability Mortgage; Advanced Mortgage Group; advancedmortgage.com; Advisory Lending Group; Aligned Mortgage; All California Mortgage; All Star Lending; Alli Azbill Mortgage Team; Ambeck Mortgage Associates; American Dream Home Mortgage; American Family Funding; American Pacific Mortgage; American Pacific Reverse Mortgage Group; AmericanPacMortgage.com; angrove.com; AP Connect; APCU Services; APM; APM Corporation; APMortgage.com; apmwen.com; APRMG.com; Award Mortgage Group; BestLoansNW.com; Big River Mortgage; Big Valley Mortgage; Big Valley Mortgage Reverse Group; Brebner Team; Bryte Home Loan Team; Bryte Home Loans; C&S California Capital; Cadet Mortgage Team; California Real Estate Loans; Capital Mortgage & Finance; Capstone Home Loans; CapstoneHomeLoans.com; Carizmic Home Loans; Clifton Home Loans; CLS Financial; Crane Financial Group; CraneHomeLoan.com; CU Homeland; DebbieMishko.com; Del Sur Mortgage; Diversified Capital Funding; Diversified Mortgage Group; Eastbank Mortgage; Element Mortgage; Element Mortgage Colorado; Element Mortgage Hawaii; Element Mortgage New Mexico; Element Mortgage Oregon; Element Mortgage Washington; Elite Mortgage Solutions; Equitable Mortgage Group; Erin Griffin Team; Expedient Mortgage; First Class Lending; First Priority Management; Global State Mortgage; Golden Eagle Mortgage Group; Granite Home Loans; Green Mortgage Northwest; GreenMortgageNW.com; GRLPDX.com; Guarantee Mortgage; Guardian Lending; Guardian Residential Lending; hawaiivahomeloans.com; Home Buyer's Assistance Programs; Home With Higgs; http://elementmortgage.com/; http://vancouverlending.com; https://americanpacificmortgagenmls944387.business.site/?m=true; Jenny B Team Home Lending; JJ Mack Team; johnmayerloans.com; joinapm.com; JulieSamsHomeLoans.com; JVM Lending; Kimball Team; Kimbarryhomeloans.com; Knight Financial Home Loans; Kristen Packard Lending Team; Lambros Team; LaSalle Mortgage Services; Life After Programs; Lisa Steffan Mortgage Team; Maciel Mortgage; Mak Mortgage; Marin Mortgage Group; Matyas Mortgage Team; Mike Bon Mortgage eam; Military Home Loans; Mortgage Associates of Hawaii; Mortgage Financial Group; Mortgage Pro; mortgageproweb.com; MortgageTree Lending Financial Services; Mountain West Mortgage; New Mexico Mortgage Company; New World Mortgage; North Pacific Mortgage; Northwest Home Loans; Northwestern Home Loans; NorthwesternHomeLoans.com; NPacificMortgage.com; O2 Mortgage; Old Republic Mortgage; OldRepublicMortgage.com; Olympic Lending Solutions; Olympic-Lending.com; Options Financial Residential Mortgage; OptionsRM.com; Pacific Guarantee Lending; Petaluma Home Loans; Preferred Rate; Residential Home Loans; River Capital; RiverCapitalPDX.com; Salmon Bay Community Lending; SalmonBayLending.com; Santa Cruz Home Finance; Santa Cruz Team; seattleloanofficer.business.site; Secure Funding Group; Sibley Group; SibleyMortgageGroup.com; Sierra Mortgage; Solano Mortgage; Specialty Wholesale Credit Union Division; Sterling Mortgage; Sure Mortgage Solutions; Team Brunner Jackson; Team Cooper; Team Germaine; Team Koehl; Team Rosa; Team Vets; The Allen Smith Team; The Bayles Team; The Bowers Team; The Brandon Drew Group; The Card Team; The Charles Team; The Clark Group; The Dream Team; The Frio Team; The Giangrande Team; The Green Team; The Hartmann Team; The Home Team; The Kelso Group; The Krakowski Team; The Marre/Good Team; The Mortgage Company; The Mortgage Phoenix Group; The Mortgage Veteran; The Mortgage Veterans; The Puleo Group; The Reverse Mortgage Group; The Rodrigo Jimenez Group; The Sibley Group; TheAdvisorsNW1.com; TheMortgagePros.com; Townsend Commercial Lending; TreeHouse Mortgage Group; Uniform Lending; US Lending Company; Vault Mortgage Group; WealthWise Mortgage Planning; wenatcheehomeloans.com; Willis Team; www.jimpassamonte.com; www.jimpassamonte.com/why-rent |
|---|---|
| Prior Other Trade Names : | 1st Loan Funding; AaronHoy.com; Accelerated Mortgage; Access Real Estate Lending; Advanced Mortage Group; Advanced Mortgage S.V.F.; Advanced Mortgage SVF; AdvancedMtg.com; Advantage Home Mortgage Group; Alaska Lending; All Pacific Mortgage; Alliance Mortgage Capital; Allied Mortgage Lending; Altamont Mortgage Group; Ambeck Mortgage Assocites; America's Loan Advisors; American Mortgage; American Pacific Funding; American Premier Mortgage; AP Mortgage Direct; APLending.com; apmcfamily.com; APMortgageCRM.com; ApplyBeforeYouBuy.com; Aspire Mortgage Group; Atlantic Mortgage; Attorneys Funding Group; Attorneys Mortgage Group; Bankers Preferred; Bay Area Reverse Mortgage; BestLoansForHomeBuyers.com; Better Living Reverse Mortgage; Big River Mortgage Company; Capital Funding Group; Capital Mortgage; Catalyst Lending; CenPac Mortgage; Central City Financial; Central Lending Group; Central Valley Home Loan Group; CF Mortgage; CFundingInc.com; CFundingMortgage.com; chrisbarryhomeloans.com; CLS Financial Services; Colonial Mortgage; |

Columbia Funding Mortgage; ColumbiaFundingMortgage.com; Community Lending Partners; Consumer's Edge; Covenant Mutual Mortgage; CraneFinancialGroup.com; CraneLoan.com; crm.apmortgage.com; curtvelo.wixsite.com/homebuyereducation; Direct Mortgage Funding; Diversified Commercial Capital; Diversity Home Lending; Entrust Home Loans; Executive Financial Solutions Group; First Interstate Mortgage; First Millennium Mortgage; First Option Mortgage; First Tracy Mortgage; Fortis Core Lending; Fountain Grove Mortgage; Freeman Lynch Financial; Granite Funding Group; Greystone Mortgage; GRLPDX.com/#!Valerie-Harjo/c1if3; GT Financial; GT Financial Group; GuardianPDX.com; HermistonHomeLoans.com; Hermistonloans.com; hermistonmortgages.com; Holmgren & Associates; Home Loan Center of Washington; Home Loan Source Funding; Home Town Mortgage Group; Homelinq Mortgage; HomeLoansbyRosa.com; homeloanscda.com; http:..jaygalland.220marketing.com; http://guardianpdx.com/index.html; http://www.bestloansforhomebuyers.com; http://www.hermistonmortgages.com; http://www.mgtmortgage.com; http://www.mortgagelenderportlandor.com; Infinity Lending Solutions; Innova Mortgage Services; Integrity Mortgage Group; joshbayley.com; Kathy Colkitt's Mortgage Group; Key Mortgage Group; KrisCrane.com; Lyndsey Mortgage; MAE Capital; MAE Capital Mortgage; MAHlLoans.com; Maidu Financial; MarKey Capital; MattPeebles.com; McRotM.com; McRunOfTheMill.com; MCS Mortgage; melisawebb.com; mgtmortgage.com; Mil-Loans.com; MillCreekBrokers.com; Millenium Mortgage Company; Modern Mortgage; Mortgage By Design; Mortgage by Rhonda; Mortgage Consultants Group; Mortgage Maestro Group; Mortgage One; Mortgage Options; Mortgage.Tropens.com; MortgageAdvisors.com; MortgageByRhonda.com; mortgagemichelle.com; mortgagesbymadeline.com; MortgageTree Financial; Mosaic Mortgage Group; Moxie Mortgage; MrMillCreek.biz; MrMillCreek.com; MrMillCreek.info; MrMillCreek.net; MrMillCreek.org; MyMortgageGuyJay.com; MyTrustedMortgageAdvisor.com; New Republic Funding; New United Funding; Next Mortgage; NextGen Mortgage Team; NextGen Mortgage Team at Equitable Mortgage Group; NextGen Mortgage Team at Equitable Mortgage Group, NMLS# 233608/1850; NicoleTennison.com; Norman Financial; Norman Financial Mortgage; North Bay Mortgage; NorthStar Financial Mortgage; Northwest Lending Group; Northwest Mortgage Advisors; Northwestern Loans; northwestreverse.com; NW Equity Solutions; O'Dette Mortgage Group; O'Donnell Financial Group; Olymipic Lending Solutions; Optimum Zendejas & Associates; Options Financial; Pacific Coast Mortgage Advisors; Pacific Coast Mortgage Services; Performance Capital Mortgage; Portland Home Loan Expert; Positive Lending; Preferred Mortgage Funding; Premier Home Mortgage; Premier Pacific Group; Real Estate Lending Group Services; RetirementReadyWithKimDodge.com; Riverside Mortgage; Rocky Mountain Mortgage Group; RonBHomeLoans.com; Root Mortgage; RootMortgage.com

**Prior Legal Names :** None

**Sponsored MLOs :** 1,432

| | | | | |
|---|---|---|---|---|
| Fiscal Year End: 09/30 | Formed in: California, United States | Date Formed: 03/08/1996 | Stock Symbol: None | Business Structure: Corporation |

**Regulatory Actions :** Yes

## Branch Locations  (437 Active, 251 Inactive)

## State Licenses/Registrations  (Displaying 74 Active of 87 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| **Alabama** | Consumer Credit License | Yes | **Submit to Regulator** |
| **Alaska** | Mortgage Broker/Lender License | Yes | **Submit to Regulator** |
| **Arizona** | Mortgage Banker License | Yes | **Submit to Regulator** |
| **Arizona** | Mortgage Banker License - Other Trade Name #1 | Yes | **Submit to Regulator** |
| **Arizona** | Mortgage Banker License - Other Trade Name #5 | Yes | **Submit to Regulator** |
| **Arkansas** | Combination Mortgage Banker-Broker-Servicer License | Yes | **Submit to Regulator** |
| **California - DBO** | Residential Mortgage Lending Act License | Yes | **Submit to Regulator** |
| **California - DRE** | Real Estate Corporation License Endorsement | Yes | **Submit to Regulator** |
| **Colorado** | Mortgage Company Registration | Yes | **Submit to Regulator** |
| **Connecticut** | Mortgage Lender License | Yes | **Submit to Regulator** |
| **Delaware** | Lender License | Yes | **Submit to Regulator** |
| **District of Columbia** | Mortgage Dual Authority License | Yes | **Submit to Regulator** |
| **Florida** | Mortgage Lender License | Yes | **Submit to Regulator** |
| **Georgia** | Mortgage Lender License/Registration | Yes | **Submit to Regulator** |
| **Hawaii** | Mortgage Loan Originator Company License | Yes | **Submit to Regulator** |
| **Hawaii** | Mortgage Servicer License | Yes | **Submit to Regulator** |
| **Idaho** | Mortgage Broker/Lender License | Yes | **Submit to Regulator** |
| **Idaho** | Regulated Lender License | Yes | **Submit to Regulator** |
| **Illinois** | Residential Mortgage License | Yes | **Submit to Regulator** |
| **Indiana-DFI** | Mortgage Lending License | Yes | **Submit to Regulator** |
| **Iowa** | Mortgage Banker License | Yes | **Submit to Regulator** |
| **Iowa** | Mortgage Banker License - Other Trade Name #2 | Yes | **Submit to Regulator** |
| **Kansas** | Mortgage Company License | Yes | **Submit to Regulator** |
| **Kentucky** | Mortgage Company License | Yes | **Submit to Regulator** |
| **Louisiana** | Residential Mortgage Lending License | Yes | **Submit to Regulator** |
| **Maine** | Supervised Lender License | Yes | **Submit to Regulator** |
| **Maryland** | Mortgage Lender License | Yes | **Submit to Regulator** |

| | | | |
|---|---|---|---|
| Massachusetts | Mortgage Broker License | Yes | Submit to Regulator |
| Massachusetts | Mortgage Lender License | Yes | Submit to Regulator |
| Massachusetts | Third Party Loan Servicer Registration | Yes | Submit to Regulator |
| Michigan | 1st Mortgage Broker/Lender/Servicer Registrant | Yes | Submit to Regulator |
| Michigan | 2nd Mortgage Broker/Lender/Servicer Registrant | Yes | Submit to Regulator |
| Minnesota | Residential Mortgage Originator License | Yes | Submit to Regulator |
| Mississippi | Mortgage Lender License | Yes | Submit to Regulator |
| Missouri | Mortgage Company License | Yes | Submit to Regulator |
| Montana | Mortgage Broker License | Yes | Submit to Regulator |
| Montana | Mortgage Lender License | Yes | Submit to Regulator |
| Montana | Mortgage Servicer License | Yes | Submit to Regulator |
| Nebraska | Mortgage Banker License | Yes | Submit to Regulator |
| Nevada | Mortgage Company License | Yes | Submit to Regulator |
| Nevada | Mortgage Company License Other Trade Name #1 | Yes | Submit to Regulator |
| Nevada | Mortgage Company License Other Trade Name #4 | Yes | Submit to Regulator |
| New Hampshire | Mortgage Banker License | Yes | Submit to Regulator |
| New Jersey | Residential Mortgage Lender License | Yes | Submit to Regulator |
| New Mexico | Mortgage Loan Company License | Yes | Submit to Regulator |
| North Carolina | Mortgage Lender License | Yes | Submit to Regulator |
| North Dakota | Money Broker License | Yes | Submit to Regulator |
| Ohio | Residential Mortgage Lending Act Certificate of Registration | Yes | Submit to Regulator |
| Oklahoma | Mortgage Lender License | Yes | Submit to Regulator |
| Oregon | Mortgage Lending License | Yes | Submit to Regulator |
| Oregon | Mortgage Servicer License | Yes | Submit to Regulator |
| Pennsylvania | Mortgage Lender License | Yes | Submit to Regulator |
| Rhode Island | Lender License | Yes | Submit to Regulator |
| Rhode Island | Loan Broker License | Yes | Submit to Regulator |
| South Carolina-BFI | Mortgage Lender / Servicer License | Yes | Submit to Regulator |
| South Carolina-BFI | Mortgage Lender/Servicer License - Other Trade Name #1 | Yes | Submit to Regulator |
| South Dakota | Mortgage Lender License | Yes | Submit to Regulator |
| Tennessee | Mortgage License | Yes | Submit to Regulator |
| Texas - SML | Mortgage Banker Registration | Yes | Submit to Regulator |
| Texas - SML | Residential Mortgage Loan Servicer Registration | Yes | Submit to Regulator |
| Utah-DFI | Residential First Mortgage Notification | Yes | Submit to Regulator |
| Utah-DRE | Mortgage Entity License | Yes | Submit to Regulator |
| Utah-DRE | Mortgage Entity License - Other Trade Name #1 | Yes | Submit to Regulator |
| Utah-DRE | Mortgage Entity License - Other Trade Name #2 | Yes | Submit to Regulator |
| Utah-DRE | Mortgage Entity License - Other Trade Name #3 | Yes | Submit to Regulator |
| Vermont | Combination License | Yes | Submit to Regulator |
| Virginia | Broker License | Yes | Submit to Regulator |
| Virginia | Lender License | Yes | Submit to Regulator |
| Washington | Consumer Loan Company License | Yes | Submit to Regulator |
| West Virginia | Mortgage Broker License | Yes | Submit to Regulator |
| West Virginia | Mortgage Lender License | Yes | Submit to Regulator |
| Wisconsin | Mortgage Banker License | Yes | Submit to Regulator |
| Wisconsin | Mortgage Broker License | Yes | Submit to Regulator |
| Wyoming | Mortgage Lender/Broker License | Yes | Submit to Regulator |

## Regulatory Actions

While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link.

| Regulator | Action Type | Date of Action | Multi-state Action ID | Docket Number | Associated Document(s) |
|---|---|---|---|---|---|

| Washington | Order - Consent Order | 09/09/2016 | N/A | C-15-1647-16-CO01 | Consent Order |

Information made available through NMLS Consumer Access<sup>SM</sup> is derived from NMLS **(Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry)**, the financial services industry's online registration and licensing database. NMLS was created by the **Conference of State Bank Supervisors (CSBS)** and the **American Association of Residential Mortgage Regulators (AARMR)** and is owned and operated by the **State Regulatory Registry LLC (SRR)**, a wholly owned subsidiary of CSBS. For more information about the System, please visit the **NMLS Resource Center** or the **NMLS Federal Registry Resource Center** websites. | Download PDF Reader