UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |

## DECLARATION OF JENNIFER M. ROSA

Pursuant to 28 U.S.C. § 1746, I, Jennifer M. Rosa, hereby declare:

1.      I am a member of the Bar of this Court and a partner at the law firm Mayer Brown

LLP, counsel for nonparty Caliber Home Loans, Inc. ("Caliber").  I respectfully submit this

declaration in support of Caliber's Objection to Motion in Aid of Alternative Dispute Resolution

Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers,

dated July 7, 2020.

2.      Attached as Exhibit A is a true and complete copy of a letter from Lehman

Brothers Holdings Inc. to Caliber, dated January 25, 2019.

3.      Attached as Exhibit B is a true and complete copy of a letter from Mayer Brown

LLP to Lehman Brothers Holdings Inc., dated February 22, 2019.

4.      Attached as Exhibit C is a true and complete copy of a letter from Patton Sullivan

Brodehl LLP to Lehman Brothers Holdings Inc., dated March 6, 2020.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 7, 2020                                    */s/ Jennifer M. Rosa*
       New York, New York                              Jennifer M. Rosa