# Exhibit A

# LEHMAN BROTHERS HOLDINGS INC.

January 25, 2019

<u>VIA FedEx DELIVERY</u>

Caliber Home Loans as successor to First Priority Financial, Inc
1525 S Belt Line Rd
Coppell, TX 75019

RE:     <u>Demand for Payment</u>

Dear Sir or Madam,

    I write on behalf of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator, in connection with the enforcement of the (i) Broker Agreements between Lehman Brothers Bank, FSB, and First Priority Financial, Inc (the "Broker"), dated as of May 19, 2004 and November 9, 2005 (the "Broker Agreements"), and the incorporated Lender's Guidelines, and (ii) Assignment Agreement between Aurora Bank FSB (formerly known as Lehman Brothers Bank, FSB) ("Lehman Bank") and LBHI, dated as of June 25, 2010 (the "Assignment Agreement").

    In sum, pursuant to the Broker Agreements, the Broker submitted to Lehman Bank application packages for residential mortgage loans, which were accepted and funded to create the loan(s) identified in Schedule A (the "Loan(s)"). Lehman Bank subsequently sold the Loan(s) to LBHI and assigned to LBHI its contractual rights with respect to the Loan(s), including its rights to indemnification. LBHI, as assignee of the agreements is entitled to all the benefits of the Broker Agreements and Lender's Guidelines. With respect to the Loan(s), the Broker breached representations, warranties and covenants and other provisions of the contracts. LBHI seeks to recover on claims it allowed in its bankruptcy with respect to the Loan(s) as a result of those breaches.

    More specifically, with respect to the application packages provided by Broker to Lehman Bank under the Broker Agreements, Broker made a number of representations, warranties and covenants concerning the Loan(s) set forth in Schedule A. The Loan(s) did not satisfy those representations, warranties and covenants set forth in the Broker Agreements. <u>See</u> Schedule A. As a result of Seller's breaches of its obligations, LBHI has incurred, *inter alia*, claims, losses, damages and/or judgments, as well as attorneys' fees, costs and expenses, with respect to the loan numbers and corresponding loan amounts set forth in Schedule A. LBHI demands that Seller indemnify it, and hold LBHI harmless, with respect to the Loans, and with respect to LBHI's attorneys' fees, costs and expenses incurred in connection therewith (the "Demand Amount"), which amount, if not resolved consensually, will be determined at trial. We look forward to engaging in a dialogue with you and to the opportunity to resolve these issues with you amicably.

As such, LBHI hereby demands that Broker immediately pay LBHI the Demand Amount. The Demand Amount must be paid no later than thirty (30) days after receipt of this demand notice by wire transfer to the following account:

| | |
|---|---|
| Bank: | Citibank |
| Account Name: | LBHI-DIP |
| Account Number: | 3079-0197 |
| ABA Number: | 021-000-089 |

Please note that LBHI is prepared to pursue its rights to address the Broker's breaches of the Broker Agreements in the event that payment is not received within thirty days. Indeed, if payment is not received or a mutually acceptable resolution reached between LBHI and Broker, LBHI may commence court ordered mediation or litigation. Moreover, if resolution is not reached promptly, LBHI will seek, in addition to the Demand Amount: (i) prejudgment interest on the Demand Amount at the statutory rate (9%); and (ii) its reasonable attorneys' fees incurred in enforcing Broker's indemnification obligations.

Please be guided accordingly.

Nothing in this letter shall be deemed to constitute a waiver by LBHI of any rights and remedies that LBHI may have against the Broker under the Agreements, at law, in equity or otherwise, all of which are expressly reserved.

Any question you may have regarding this matter should be directed to the undersigned. I look forward to your prompt response.

Very truly yours,

*Scot M. Osborne*

Scot M. Osborne
Lehman Brothers Holdings, Inc.
Scot.Osborne@lehmanholdings.com

Enclosures

Schedule A

| LBHI Loan Number | Claim Reason (1) | Claim Reason (2) | Claim Reason (3) | Claim Amount |
|---|---|---|---|---|
| 0019898774 | MISREP - DEBTS | | | $67,847.19 |
| 0019899442 | MISREP - DEBTS | | | $57,414.45 |
| 0019919414 | MISREP - INCOME/EMPLOY | | | $221,975.55 |
| 0035652734 | DOCUMENTATION | | | $75,244.36 |
| 0035399807 | MISREP - INCOME/EMPLOY | | | $78,176.74 |
| 0035973726 | DOCUMENTATION | | | $267,449.87 |
| 0036197119 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $83,495.28 |
| 0036358349 | MISREP - DEBTS | | | $51,044.80 |
| 0036445633 | MISREP - INCOME/EMPLOY | | | $76,254.48 |
| 0036496875 | DOCUMENTATION | | | $81,901.53 |
| 0036502946 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $270,524.20 |
| 0037055084 | MISREP - INCOME/EMPLOY | | | $170,693.27 |
| 0037110434 | MISREP - INCOME/EMPLOY | | | $102,102.16 |
| 0037327533 | DOCUMENTATION | | | $69,247.41 |
| 0037405925 | MISREP - DEBTS | | | $326,730.18 |
| 0037835964 | MISREP - DEBTS | | | $56,563.77 |
| 0037855947 | MISREP - INCOME/EMPLOY | | | $110,264.10 |
| 0037874625 | MISREP - INCOME/EMPLOY | | | $415,756.93 |
| 0038040200 | MISREP - INCOME/EMPLOY | | | $239,850.47 |
| 0038089249 | UW - OTHER | | | $101,066.95 |
| 0038132320 | MISREP - INCOME/EMPLOY | | | $125,440.41 |
| 0038152476 | MISREP - INCOME/EMPLOY | | | $238,370.39 |
| 0038190237 | MISREP - DEBTS | | | $235,611.40 |
| 0038768008 | MISREP - INCOME/EMPLOY | | | $288,739.75 |
| 0038781159 | MISREP - DEBTS | | | $30,221.01 |
| 0038781175 | MISREP - INCOME/EMPLOY | | | $28,648.78 |
| 0038850301 | COLLATERAL | | | $94,512.60 |
| 0038955753 | MISREP - INCOME/EMPLOY | | | $227,428.48 |
| 0038996211 | MISREP - INCOME/EMPLOY | | | $263,943.29 |
| 0039072327 | MISREP - INCOME/EMPLOY | | | $198,381.53 |
| 0039076062 | MISREP - INCOME/EMPLOY | | | $50,016.11 |
| 0039456454 | MISREP - INCOME/EMPLOY | | | $119,206.39 |
| 0039462916 | MISREP - INCOME/EMPLOY | | | $390,685.29 |
| 0039474119 | MISREP - INCOME/EMPLOY | | | $439,518.89 |
| 0039474549 | MISREP - INCOME/EMPLOY | | | $227,221.25 |

3

| | | | | |
|---|---|---|---|---|
| 0039569413 | DOCUMENTATION | | | $88,738.46 |
| 0039571120 | MISREP - INCOME/EMPLOY | | | $310,573.07 |
| 0039594106 | MISREP - INCOME/EMPLOY | | | $408,242.49 |
| 0039602008 | MISREP - INCOME/EMPLOY | | | $209,454.41 |
| 0045004371 | MISREP - INCOME/EMPLOY | | | $337,398.52 |
| 0045059748 | MISREP - INCOME/EMPLOY | | | $146,914.57 |
| 0045106358 | MISREP - INCOME/EMPLOY | | | $172,542.59 |
| 0045135605 | MISREP - DEBTS | | | $34,113.50 |
| 0045201167 | MISREP - INCOME/EMPLOY | | | $227,013.12 |
| 0045219433 | MISREP - OCCUPANCY | | | $79,179.68 |
| 0045291382 | MISREP - INCOME/EMPLOY | | | $237,433.35 |
| 0045291580 | MISREP - INCOME/EMPLOY | | | $261,852.08 |
| 0045335031 | MISREP - INCOME/EMPLOY | | | $187,959.76 |
| 0045898186 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $227,067.41 |
| 0046070512 | MISREP - INCOME/EMPLOY | | | $371,619.78 |
| 0046079208 | MISREP - INCOME/EMPLOY | | | $336,615.41 |
| 0046806857 | MISREP - INCOME/EMPLOY | | | $108,531.59 |
| 0047161864 | MISREP - INCOME/EMPLOY | | | $582,619.92 |
| 0047191630 | MISREP - INCOME/EMPLOY | | | $256,837.36 |
| 0047323522 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $159,145.42 |
| 0016977621 | MISREP - INCOME/EMPLOY | | | $113,431.77 |
| 0019335546 | DOCUMENTATION | | | $167,913.57 |
| 0019394337 | MISREP - INCOME/EMPLOY | | | $143,412.16 |
| 0035257237 | MISREP - INCOME/EMPLOY | | | $131,675.26 |
| 0035351790 | MISREP - INCOME/EMPLOY | | | $203,712.84 |
| 0035352004 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $52,441.42 |
| 0035389972 | MISREP - INCOME/EMPLOY | | | $340,636.91 |
| 0035444421 | MISREP - DEBTS | | | $117,953.74 |
| 0035463645 | MISREP - INCOME/EMPLOY | | | $17,700.26 |
| 0035567577 | DOCUMENTATION | | | $62,104.28 |
| 0035589647 | MISREP - DEBTS | | | $114,804.89 |
| 0035619253 | DOCUMENTATION | DOCUMENTATION | DOCUMENTATION | $45,734.33 |
| 0035647031 | DOCUMENTATION | | | $39,983.08 |
| 0035746726 | MISREP - DEBTS | | | $168,437.38 |
| 0035942952 | MISREP - DEBTS | | | $317,795.54 |
| 0036539732 | MISREP - INCOME/EMPLOY | | | $259,390.20 |
| 0036714087 | MISREP - INCOME/EMPLOY | | | $275,425.93 |
| 0036752517 | MISREP - INCOME/EMPLOY | | | $232,240.81 |

4

| | | | | |
|---|---|---|---|---|
| 0036845261 | DOCUMENTATION | | | $73,206.37 |
| 0036842185 | MISREP - INCOME/EMPLOY | | | $158,768.21 |
| 0036843522 | MISREP - DEBTS | | | $232,064.43 |
| 0036898377 | MISREP - INCOME/EMPLOY | | | $260,906.52 |
| 0036907418 | DOCUMENTATION | | | $81,332.55 |
| 0036955714 | DOCUMENTATION | | | $72,269.50 |
| 0037476652 | DOCUMENTATION | | | $87,249.58 |
| 0037477692 | DOCUMENTATION | | | $145,992.67 |
| 0037514726 | MISREP - OCCUPANCY | | | $311,834.84 |
| 0037515392 | DOCUMENTATION | | | $158,154.70 |
| 0037643822 | MISREP - INCOME/EMPLOY | | | $166,038.24 |
| 0037658978 | MISREP - ASSETS | | | $242,397.85 |
| 0037659398 | MISREP - OCCUPANCY | | | $36,523.66 |
| 0038264040 | MISREP - INCOME/EMPLOY | | | $229,424.65 |
| 0038264289 | MISREP - INCOME/EMPLOY | | | $83,015.36 |
| 0038402277 | MISREP - DEBTS | MISREP - OCCUPANCY | | $527,506.37 |
| 0038524351 | MISREP - INCOME/EMPLOY | | | $218,146.71 |
| 0039119359 | MISREP - INCOME/EMPLOY | | | $120,409.51 |
| 0039119375 | MISREP - INCOME/EMPLOY | | | $77,584.79 |
| 0039287115 | MISREP - INCOME/EMPLOY | | | $130,122.65 |
| 0039312632 | MISREP - INCOME/EMPLOY | | | $221,482.02 |
| 0039333497 | MISREP - INCOME/EMPLOY | | | $69,708.75 |
| 0039341706 | MISREP - DEBTS | | | $190,660.30 |
| 0039700000 | MISREP - INCOME/EMPLOY | | | $330,320.99 |
| 0039721352 | MISREP - DEBTS | | | $168,849.75 |
| 0039721394 | MISREP - DEBTS | | | $222,099.54 |
| 0039776547 | MISREP - INCOME/EMPLOY | | | $346,441.40 |
| 0039816632 | MISREP - INCOME/EMPLOY | | | $359,723.04 |
| 0039847843 | MISREP - DEBTS | | | $316,513.64 |
| 0039863642 | MISREP - INCOME/EMPLOY | | | $176,390.46 |
| 0039871876 | MISREP - INCOME/EMPLOY | | | $234,517.00 |
| 0039941349 | MISREP - INCOME/EMPLOY | | | $296,115.13 |
| 0045471588 | MISREP - OCCUPANCY | | | $222,147.51 |
| 0045496007 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $186,635.98 |
| 0045627361 | MISREP - INCOME/EMPLOY | | | $171,933.59 |
| 0045632858 | DOCUMENTATION | DOCUMENTATION | | $238,334.48 |
| 0046308995 | MISREP - INCOME/EMPLOY | | | $5,442.80 |
| 0046362778 | MISREP - DEBTS | | | $74,662.58 |
| 0046482774 | DOCUMENTATION | | | $411,181.35 |

| 0046490363 | MISREP - INCOME/EMPLOY | | | $148,539.41 |
| 0047799044 | MISREP - INCOME/EMPLOY | OTHER | MISREP - OCCUPANCY | $134,407.64 |
| | | | | |
| | | | **Demand Amount** | **$21,369,252.64** |



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.