# Exhibit C

# PATTON SULLIVAN BRODEHL LLP

ATTORNEYS AT LAW

March 6, 2019

**VIA U.S. MAIL & EMAIL**

Scot Osborne
Scot.Osborne.@lehmanholdings.com
Lehman Brothers Holdings Inc.
4600 South Syracuse Street, 9th Floor
Denver, Colorado 80237

**Re: Lehman Brothers Holdings, Inc.'s January 25, 2019, Demand for Payment**

Dear Mr. Osborne:

I am writing in response to your January 25, 2019 demand for payment, which was made to Caliber Home Loans based on a Broker Agreement reached with First Priority Financial, Inc. Specifically, I am writing on behalf of First Priority Financial, and to ensure Lehman Brothers Holdings Inc. (LBHI) understands that First Priority Financial, Inc. was not acquired by Caliber Home Loans. Please direct any and all future communication on this matter to my attention.

As stated, Caliber Home Loans is not a successor in interest to First Priority Financial, Inc. Enclosed as **Exhibit 1** is a copy of the Secretary of State information for First Priority Financial, Inc., which confirms the same. With respect to the demand for payment, First Priority Financial was party to a Broker Agreement with LBHI. Contrary to the demand for payment, the Broker Agreement did not make First Priority Financial strictly liable for failed loans.

Finally, as you know, First Priority Financial, Inc. settled a dispute in 2014 for these type of claims for approximately $9,000. If LBHI would like to further discuss this matter and the loans, or schedule a mediation, please provide the loan documentation referred to in the demand for payment, including: loan applications, broker agreements, and documentation relating to losses on the alleged loans.

Thank you for your cooperation and attention to this matter.

Sincerely,

PATTON SULLIVAN BRODEHL LLP

RANDY SULLIVAN
RS:amd
Enc.

**Alex Padilla**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, March 5, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C0828856    FIRST PRIORITY FINANCIAL, INC.

| | |
|---|---|
| **Registration Date:** | 10/18/1977 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | MICHAEL SOLDATI<br>3700 HILBORN RD STE 700<br>FAIRFIELD CA 94534 |
| **Entity Address:** | 3700 HILBORN RD STE 700<br>FAIRFIELD CA 94534 |
| **Entity Mailing Address:** | 3700 HILBORN RD STE 700<br>FAIRFIELD CA 94534 |

A Statement of Information is due EVERY year beginning five months before and through the end of October.

| Document Type | File Date | PDF |
|---|---|---|
| SI-NO CHANGE | 07/30/2018 | |
| SI-COMPLETE | 03/20/2013 | |
| AMENDMENT | 05/24/2012 | |
| AMENDMENT | 10/23/1992 | |
| AMENDMENT | 12/12/1991 | |
| REGISTRATION | 10/18/1977 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**EXHIBIT 1**