# EXHIBIT B

| | |
|---|---|
| **From:** | Slocum, Josh <JSlocum@WMD-LAW.com> |
| **Sent:** | Tuesday, July 7, 2020 11:17 AM |
| **To:** | Amjad Khan; Kuehn, Brant |
| **Cc:** | Bialek, Adam; Kete Barnes |
| **Subject:** | RE: LBHI |

Let's talk at 2pm ET.  I will send a dial in.

---

**From:** Amjad Khan <amjad.khan@bnsklaw.com>
**Sent:** Tuesday, July 7, 2020 10:49 AM
**To:** Kuehn, Brant <BKuehn@wmd-law.com>
**Cc:** Bialek, Adam <ABialek@WMD-LAW.COM>; Slocum, Josh <JSlocum@WMD-LAW.com>; Kete Barnes <kete@bnsklaw.com>
**Subject:** Re: LBHI

I am available to speak at 2 pm EDT if that works. But not sure how that relates to my email to Adam or the pending motion.  Our response to your motion is due today, and we never heard back.

**Amjad Mahmood Khan, Esq., Partner**
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, CA 90025
(310) 593-9896 (direct)
(310) 593-9980 (fax)
(951) 544-2835 (mobile)
amjad.khan@bnsklaw.com | Bio

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

On Jul 7, 2020, at 4:37 AM, Kuehn, Brant <BKuehn@wmd-law.com> wrote:

Amjad – I am checking in again since I did not hear from you yesterday, but I saw you e-mailed Adam regarding the motion in aid.  When are you available to speak?

_____
Brant Duncan Kuehn
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
Main: 212-382-3300
Direct: 212-556-0394
Fax: 212-382-0050

Cell: 917-714-0448
www.wmd-law.com

*This Electronic Message contains privileged client attorney communications from the law firm of
Wollmuth Maher & Deutsch LLP. The information is intended to be for the use of the addressee only. If
you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this
message is prohibited.*

---

**From:** Amjad Khan <amjad.khan@bnsklaw.com>
**Sent:** Friday, July 3, 2020 7:47 PM
**To:** Kuehn, Brant <BKuehn@wmd-law.com>
**Subject:** Re: LBHI

Sorry for delay here, Brant.  Been a very busy stretch.  Let's discuss on Monday.  I'd need to
know more because for such a mediation to be fruitful, we need to have a better sense of
expectations.  We're really far apart right now.

Have a great 4th!


**Amjad Mahmood Khan, Esq., Partner**

BROWN, NERI, SMITH & KHAN LLP

11601 Wilshire Blvd., Suite 2080

Los Angeles, CA 90025

(310) 593-9896 (direct)

(310) 593-9980 (fax)

(951) 544-2835 (mobile)

amjad.khan@bnsklaw.com | Bio

<image004.png>

This email may contain material that is confidential, privileged and/or attorney work product for the sole
use of the intended recipient.  Any review, reliance or distribution by others or forwarding without
express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender
and delete all copies.

---

**From:** Kuehn, Brant <BKuehn@wmd-law.com>
**Sent:** Monday, June 29, 2020 7:36 AM
**To:** Amjad Khan <amjad.khan@bnsklaw.com>
**Subject:** Re: LBHI

Amjad – Did I hear that your client would be interested in attempting a mediation?  If that's right, would you like to chat briefly regarding the option?


_____

Brant Duncan Kuehn

Wollmuth Maher & Deutsch LLP

500 Fifth Avenue, 12th Floor

New York, New York 10110

Main: 212-382-3300

Direct: 212-556-0359

Fax: 212-382-0050

Cell: 917-714-0448

www.wmd-law.com


*This Electronic Message contains privileged client attorney communications from the law firm of Wollmuth Maher & Deutsch LLP. The information is intended to be for the use of the addressee only. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited.*