# EXHIBIT C

| | |
|---|---|
| **From:** | Amjad Khan |
| **Sent:** | Monday, July 6, 2020 10:46 AM |
| **To:** | Kete Barnes |
| **Cc:** | Slocum, Josh; Maher, William; Axelrod, Brad J.; Lawlor, James; Bialek, Adam; Kuehn, Brant |
| **Subject:** | Re: In re LBHI/LBHI v. PMAC, et al. (08-13555; 16-01019; 18-01842) - M&C re ADR Motion |

Hi Adam:

Hope you are doing well and had a good 4th of July weekend.

Just a gentle follow-up on our June 23 correspondence. We will need an answer today since our response is due tomorrow. Will LBHI be withdrawing the motion as to our clients?

Thanks.

Amjad

**Amjad Mahmood Khan, Esq., Partner**
BROWN, NERI, SMITH & KHAN LLP
[11601 Wilshire Blvd.,](#) Suite 2080
[Los Angeles, CA 90025](#)
[(310) 593-9896](#) (direct)
[(310) 593-9980](#) (fax)
[(951) 544-2835](#) (mobile)
[amjad.khan@bnsklaw.com](#) | [Bio](#)

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

> On Jun 23, 2020, at 12:10 PM, Kete Barnes <kete@bnsklaw.com> wrote:
>
> Mr. Slocum,
>
> Please see the attached correspondence.
>
> Regards,
>
> Kete Barnes
>
> Kete Barnes – *Associate*
> Telephone: (310) 905-3495
> **BROWN NERI SMITH & KHAN LLP**
> 11601 Wilshire Blvd., Ste. 2080, Los Angeles, CA 90025
> <image001.png>

1

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

<20200623 - Meet and Confer Letter re ADR Motion.pdf>