**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
Tel. (212) 506-2500
Fax (212) 262-1910
Jennifer M. Rosa
Robert W. Hamburg

*Counsel for Nonparty Caliber Home Loans, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>**Case No. 08-13555 (SCC)**<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on July 7, 2020, I caused copies of the (i) Objection of Caliber Home Loans, Inc. to Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers (the "Objection"), (ii) Declaration of Jennifer M. Rosa (the "Rosa Declaration") and (iii) Declaration of Christopher Bass in Support of Caliber Home Loans, Inc.'s Objection to Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers (the "Bass Declaration") to be delivered by United States Postal Service First Class Mail to The Honorable Shelley C. Chapman, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004.

737574484

2

I further certify that on July 7, 2020, I caused copies of the Objection, Rosa Declaration, and Bass Declaration to be served by United States Postal Service First Class Mail upon (i) Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Andrea B. Schwartz, Esq.); and (ii) Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110 (Attn: Joshua M. Slocum, Esq.).

I further certify that on July 7, 2020, upon electronic filings of the Objection, Rosa Declaration and Bass Declaration, electronic mail filing notifications of the Objection, Rosa Declaration and Bass Declaration were caused to be sent to all parties of record registered to receive electronic mail notices of filings in these cases via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: New York, New York
July 7, 2020

/s/ James Hennessey
James Hennessey

737574484