UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: Chapter 11
In re :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :
: (Jointly Administered)
Debtors. :
: **Ref. Docket No.** 60690,
: 60691, 60692, 60693, 60694,
: 60696
------------------------------------------------------------ x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 8, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 8, 2020, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

08-13555-mg    Doc 60726    Filed 07/09/20    Entered 07/09/20 09:26:21    Main Document
Pg 2 of 6

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

Sworn to before me this
8th day of July, 2020
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

-2-

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfer Notices (Processed 6-26 through 7-7)_AFF_7-08-20_AS.docx

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

SPCP GROUP, LLC
TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
ATTN: OPERATIONS
2 GREENWICH PLAZA, 1ST FLOOR
GREENWICH, CT 06830

Please note that your claim # 29557-12 in the above referenced case and in the amount of $78,367,384.27 allowed at $8,897,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000170081749 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000194099



CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: SPCP GROUP, LLC
ATTN: KENNETH KEELEY
388 GREENWICH STREET, 6TH FL
NEW YORK, NY 10013

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 60690 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/08/2020                Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 8, 2020.

# EXHIBIT B

| Claim Name | Address Information |
| --- | --- |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SPCP GROUP, LLC, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, 6TH FL, NEW YORK, NY 10013 |
| GRANITE FINANCE LIMITED | ATTN: THE DIRECTORS, PO BOX 1109, HSBC HOUSE, 68 WEST BAY ROAD, GEORGETOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| GRANITE FINANCE LIMITED | CLIFFORD CHANCE US LLP, ATTN: JENNIFER C. DEMARCO, ESQ., DAVID A. SULLIVAN, ESQ., 31 WEST 52ND STREET, NEW YORK, NY 10019 |
| SPCP GROUP, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: OPERATIONS, 2 GREENWICH PLAZA, 1ST FLOOR, GREENWICH, CT 06830 |
| VAN DER WERF, K.W. | TRANSFEROR: GRANITE FINANCE LIMITED, ROLDERDIEPHOF 120, 3521 DB UTRECHT NETHERLANDS |

**Total Creditor Count 5**