WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Brad J. Axelrod
James N. Lawlor
Adam M. Bialek
Brant D. Kuehn
Joshua M. Slocum

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13555 (SCC)** |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION
IN AID OF ALTERNATIVE DISPUTE RESOLUTION PROCEDURES
ORDER FOR INDEMNIFICATION CLAIMS OF THE DEBTORS
AGAINST MORTGAGE LOAN SELLERS FOR OBJECTING DEFENDANTS**

PLEASE TAKE NOTICE of the following:

1. On May 12, 2020, Lehman Brothers Holdings Inc., as Plan Administrator pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan Administrator") filed the Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [Dkt. No. 60632] (the "Motion").

2. The Motion is scheduled to be heard on **July 14, 2020 at 10:00 a.m.**

3. The hearing is hereby adjourned solely for the following nine parties who filed responses to the Motion or with whom the Plan Administrator agreed to extend the deadline to respond to the Motion:

- PMAC Lending Services, Inc. & PMC Bancorp. [Dkt. No. 60721]
- Caliber Home Loans, Inc. [Dkt. No. 60718]
- Goldwater Bank, NA [Dkt. No. 60717]
- American Pacific Mortgage Corp. [Dkt. No. 60715]
- Bay Equity, LLC [Dkt. No. 60712]
- Cobalt Mortgage, Inc. [Dkt. No. 60710]
- Wintrust Mortgage [Dkt. No. 60704]
- Perl Mortgage, Inc. [Dkt. No. 60723]
- Delta Lending Group & Finance of America Mortgage [response deadline extended by agreement to July 14, 2020]

4. The hearing for the nine parties listed above will take place on **August 18, 2020, at 11:00 am**.

Dated: New York, New York
July 10, 2020

                                                <u>*/s/ Joshua M. Slocum*</u>
                                                     Joshua M. Slocum
                                                     William A. Maher
                                                     Brad J. Axelrod
                                                     James N. Lawlor
                                                     Adam M. Bialek
                                                     Brant Duncan Kuehn

                                              WOLLMUTH MAHER & DEUTSCH LLP
                                              500 Fifth Avenue
                                              New York, New York 10110
                                              Telephone: (212) 382-3300
                                              Facsimile: (212) 382-0050

                                              *Counsel for Lehman Brothers Holdings Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2020, a copy of the foregoing Notice of Adjournment of Hearing on Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers for Objecting Defendants, was served on all parties of record via transmission of Notice of Electronic Filing generated by CM/ECF and counsel of record for the parties listed in paragraph 3 above via Electronic Mail.

                                                                */s/* Monique J. Arrington
                                                                Monique J. Arrington