**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                                    :    **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (SCC)**
                                                         :
                          Debtors.           :    **(Jointly Administered)**
-------------------------------------------------------------------x

## NOTICE OF PARTIAL WITHDRAWAL OF CLAIM 56669

Reference is made to proof of claim number 56669 (the "**Claim**") against Lehman Brothers

Holdings Inc. ("**LBHI**") held by The Hongkong and Shanghai Banking Corporation Limited

("**HSBC**").

PLEASE TAKE NOTICE that, through their undersigned authorized representative, HSBC

hereby withdraws the portion or portions of the Claim identified in Exhibit A attached hereto (the

"**Withdrawn Portion**") and authorizes and directs Epiq Bankruptcy Solutions LLC, LBHI's

claims and noticing agent, to update the official claims register for LBHI to reflect such

withdrawal. For the avoidance of doubt, HSBC does not seek to withdraw any part of the Claim

other than the Withdrawn Portion.

Dated: July 9, 2020
         New York, New York

                                                    /s/ Jonathan Cho
                                                    Jonathan Cho
                                                    ALLEN & OVERY LLP
                                                    1221 Avenue of the Americas
                                                    New York, New York 10020
                                                    Telephone: (212) 610-6300
                                                    Facsimile: (212) 610-6399

                                                    *Attorneys for The Hongkong*
                                                    *and Shanghai Banking*
                                                    *Corporation Limited*

**EXHIBIT A**

| Description of Security | ISIN | Issuer | Guarantor | Principal Amount Withdrawn* |
|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY CO B.V. 2Y CDA STK AXA-26.4069 CBKG-28.4707 14.25% 26MAY2009 | XS0301340872 | LEHMAN BROTHERS TREASURY CO B.V. | LEHMAN BROTHERS HOLDINGS INC. | EUR 100,000 |

* No portion of the Claim, whether relating to ISIN XS0301340872 or otherwise, is being withdrawn in excess of the principal amount in this column.