LAW OFFICES
## McCABE, WEISBERG & CONWAY, LLC

| SUITE 210<br>145 HUGUENOT STREET<br>NEW ROCHELLE, NY 10801<br>(914)-636-8900<br>**GENERAL FAX** (914) 636-8901<br>**MEDIATION ONLY FAX** (855) 427-1278 | Melissa A. Sposato, NY Managing Attorney<br>NY ID 4098323 | SUITE 3C20<br>1 HUNTINGTON QUADRANGLE<br>MELVILLE, NY 11747<br>(631) 812-4084<br>FAX: (855) 845-2584 |
|---|---|---|

July 15, 2020

Judge Shelley C. Chapman
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:      Lehman Brothers Holdings, Inc.
Case No.   08-13555

Dear Judge Shelley C. Chapman:

The office of McCabe, Weisberg & Conway, P.C. represents Nationstar Mortgage LLC d/b/a Mr. Cooper in the instant loss mitigation proceeding. Please allow this letter to serve as confirmation that the Motion for Relief Stay hearing (Docket No. 60631), which was scheduled as a telephonic hearing, has been adjourned from July 16, 2020 to August 18, 2020 @ 11:00 a.m. This will be a telephonic hearing. Please note that anyone who wishes to attend needs to appear by request at [www.court-solutions.com](www.court-solutions.com). Debtor's attorney consents to this adjournment request.

       Thank you for your time and attention herein.

                                              Very truly yours,

                By:    */s/ Melissa DiCerbo*
                          Melissa DiCerbo, Esq.
                          McCabe, Weisberg & Conway, LLC
                          Attorneys for Secured Creditor
                          145 Huguenot Street, Suite 210
                          New Rochelle, NY 10801
                          Telephone 914-636-8900

cc:      Michael Akselrad via email: Michael.Akselrad@weil.com
           Jacqueline Marcus via email: jacqueline.marcus@weil.com