WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Brad J. Axelrod
James N. Lawlor
Adam M. Bialek
Brant D. Kuehn
Joshua M. Slocum

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13555 (SCC)** |

**AMENDED NOTICE OF ADJOURNMENT OF HEARING ON MOTION
IN AID OF ALTERNATIVE DISPUTE RESOLUTION PROCEDURES
ORDER FOR INDEMNIFICATION CLAIMS OF THE DEBTORS
AGAINST MORTGAGE LOAN SELLERS FOR OBJECTING DEFENDANTS**

PLEASE TAKE NOTICE of the following:

1. On May 12, 2020, Lehman Brothers Holdings Inc., as Plan Administrator pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan Administrator") filed the Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [Dkt. No. 60632] (the "Motion").

2. The Motion was heard on **July 14, 2020 at 10:00 a.m.**, except as to the parties listed in paragraph 3 below.

3. The Plan Administrator and the objecting parties have conferred and agreed to adjourn the hearing for the following nine parties who filed responses to the Motion:

- PMAC Lending Services, Inc. & PMC Bancorp. [Dkt. No. 60721]
- Caliber Home Loans, Inc. [Dkt. No. 60718]
- Goldwater Bank, NA [Dkt. No. 60717]
- American Pacific Mortgage Corp. [Dkt. No. 60715]
- Bay Equity, LLC [Dkt. No. 60712]
- Cobalt Mortgage, Inc. [Dkt. No. 60710]
- Wintrust Mortgage [Dkt. No. 60704]
- Perl Mortgage, Inc. [Dkt. No. 60723]
- Delta Lending Group & Finance of America Mortgage [Dkt. No. 60734]

4. The hearing for the nine parties listed above will take place on **August 25, 2020, at 11:00 am**.

Dated: New York, New York
July 16, 2020

/s/ Joshua M. Slocum
Joshua M. Slocum
William A. Maher
Brad J. Axelrod
James N. Lawlor
Adam M. Bialek
Brant Duncan Kuehn

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

*Counsel for Lehman Brothers Holdings Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2020, a copy of the foregoing Amended Notice of Adjournment of Hearing on Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers for Objecting Defendants, was served on all parties of record via transmission of Notice of Electronic Filing generated by CM/ECF and counsel of record for the parties listed in paragraph 3 above via Electronic Mail.

*/s/ Monique J. Arrington*
Monique J. Arrington