Joseph Waske
22862 Via Genoa
Dana Point, CA 92629
Tel: (949) 517-8330
Email: jwaske3@yahoo.com
Pro-Se

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Regards: <u>Chapter 11</u> LEHMAN BROTHERS HOLDINGS INC., et al., Case # <u>08-13555 (SCC)</u>: Adv. No. 1:20-cv-05083, Designation of Records and the Statement of Issues (Docket 60740)

### PROOF OF SERVICE

On July 15, 2020, I caused to be served the "Designation of Records and the Statement of Issues," by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via USPS

USPS Priority Mail to:
Attention: Kristine Dickson and Matthew Cantor, c/o Lehman Brothers Holdings Inc.,277 Park Avenue, 46th floor, New York, New York 10172. (EXHIBIT A)

On July 15, 2020, I caused to be served the "Designation of Records and the Statement of Issues," by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via USPS

USPS Priority Mail to:
Attention: Office of the U.S. Trustee, c/o William K. Harrington, Esq., Susan D. Golden, Esq., Andrea B. Schwartz, Esq., U.S. Federal Office Building, 201 Varick St., Suite 1006, New York, NY 10014 (EXHIBIT A)

Respectfully Submitted,
July 17, 2020

Joseph Waske
22862 Via Genoa
Dana Point, CA 92629
Tel: (949) 517-8330

```
===================================================
                   DANA POINT
                24551 DEL PRADO

                   DANA POINT
                      CA
                   92629-9998
                   051998-9550
7/15/2020       (800)275-8777         06:41 PM
===================================================
===================================================
Product              Qty   Unit Price      Price
---------------------------------------------------
PM 2-Day              1       $7.75        $7.75
Flat Rate Env
    Domestic
    NEW YORK, NY  10172
    Expected Delivery Day
    Monday 07/20/2020
    USPS Tracking #
    9505 5065 8501 0197 2101 33
Insurance                                  $0.00
    Up to $50.00 included
PM 2-Day              1       $7.75        $7.75
Flat Rate Env
    Domestic
    NEW YORK, NY  10014
    Expected Delivery Day
    Monday 07/20/2020
    USPS Tracking #
    9505 5065 8501 0197 2101 57
Insurance                                  $0.00
    Up to $50.00 included
---------------------------------------------------
Total:                                    $15.50
---------------------------------------------------

AMEX                                      $15.50
    Account #:XXXXXXXXXXXX1046
    Approval #:832900
    Transaction #:991
    Receipt #:000991
    AID:A000000025010801               Chip
    AL:AMERICAN EXPRESS
    PIN:Not Required
---------------------------------------------------

       Receipt #: 840-19260262-1-1024967-1



    ****************************************
            Due to limited transportation
             availability as a result of
              nationwide COVID-19 impacts
             package delivery times may be
          extended. Priority Mail Express©
                service will not change.
    ****************************************

            Includes up to $50 insurance

          Text your tracking number to 28777
             (2USPS) to get the latest status.
          Standard Message and Data rates may
         apply. You may also visit www.usps.com
          USPS Tracking or call 1-800-222-1811.


            Save this receipt as evidence of
         insurance. For information on filing
                an insurance claim go to
          https://www.usps.com/help/claims.htm

                 Preview your Mail
                 Track your Packages
                 Sign up for FREE @
                 www.informeddelivery.com


         All sales final on stamps and postage.
          Refunds for guaranteed services only.
                Thank you for your business.
```