B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re <u>LEHMAN BROTHERS HOLDINGS INC.</u>       Case No. <u>08-13555</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>LARS BERNDT</u>                                   <u>JOCHEN HORSTMEIER</u>
Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): <u>37682</u>
should be sent: AM BAHNEINSCHNITT 74                Amount of Claim: <u>235,668.85 USD</u>
D-33038 PADERBORN                                   Date Claim Filed: _____
GERMANY

Phone: <u>LARS_BERNDT@yahoo.de</u>                  Phone: _____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____                           Date: <u>30.06.2020</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED JUL 22 2020 U.S BANKRUPTCY [COURT] SO DIST OF NEW YORK

