B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*,  
        Debtors.

Case No. 08-13555  
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Warbler Run II, LLC**  
Name of Transferee

**Citigroup Financial Products Inc.**  
Name of Transferor

Name and Address where notices to transferee should be sent:

Warbler Run II, LLC  
c/o Corporation Service Company  
251 Little Falls Dr.  
Wilmington, DE 19808  
Email: ops@warblerrun.com

Court Claim # (if known): 58352

Total Amount of Claim Transferred:  
USD $4,668,723.20

Name and Address where transferee payments should be sent (if different from above):

Date Claim Filed: October 30, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/ signature/___                       Date: 08/04/2020  
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**CITIGROUP FINANCIAL PRODUCTS INC.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to, its successors and assigns WARBLER RUN II, LLC ("Buyer"), a **100%** interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc**. (Claim No.: **58352**) in the amount of $4,668,723.20 (the "Claim"), in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of July 27, 2020.

**WARBLER RUN II, LLC**

By: _S. Lfkt_
Name: S. Lefkowitz
Title: Authorized Signatory

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____

NY 78172077v2

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**CITIGROUP FINANCIAL PRODUCTS INC.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to, its successors and assigns WARBLER RUN II, LLC ("Buyer"), a **100%** interest in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Holdings Inc**. (Claim No.: **58352**) in the amount of $4,668,723.20 (the "Claim"), in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of July 27, 2020.

**WARBLER RUN II, LLC**

By: _____
Name:
Title:

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____
Name:
Joelle Gavlick – Authorized Signatory