B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*,  Case No. 08-13555
      Debtors.  (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Warbler Run II, LLC** <br> Name of Transferee | **Citigroup Financial Products Inc.** <br> Name of Transferor |
| Name and Address where notices to transferee should be sent: <br><br> Warbler Run II, LLC <br> c/o Corporation Service Company <br> 251 Little Falls Dr. <br> Wilmington, DE 19808 <br> Email: ops@warblerrun.com | Court Claim # (if known): 200024 <br><br><br><br> Total Amount of Claim Transferred: <br> USD $232,589,533.21 |
| Name and Address where transferee payments should be sent (if different from above): | Date Claim Filed: March 6, 2012 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ____[signature]____  Date: 08/04/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to, its successors and assigns **Warbler** Run II, LLC ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (Claim No.: **200024**) in the amount of **$232,589,533.21** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 27th day of July, 2020.

**Citigroup Financial Products Inc.**                **Warbler Run II, LLC**

By: _Joelle Gavlick_ (DocuSigned by, 240CDA98C9F64D3...)      By: _____
Name:                                                Name:
Title:                                               Title:
Joelle Gavlick – Authorized Signatory

13

## EXHIBIT B

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to, its successors and assigns **Warbler** Run II, LLC ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against Lehman Brothers Holdings Inc. (Claim No.: **200024**) in the amount of **$232,589,533.21** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 27th day of July, 2020.

**Citigroup Financial Products Inc.**                **Warbler Run II, LLC**

By: _____                By: _S. [signature]_
Name:                                              Name: S. Cotkowitz
Title:                                             Title: Authorised Signatory

13

NY 78172086v1