WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                    :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,             :    08-13555 (SCC)
:
Debtors.                      :    (Jointly Administered)
:
------------------------------------------------------------------------x

**NOTICE OF CANCELLATION OF TELEPHONIC**
**HEARING SCHEDULED FOR AUGUST 17, 2020 AT 10:30 A.M.**

**PLEASE TAKE NOTICE** that the telephonic hearing that was scheduled for August 17, 2020 at 10:30 a.m. (Prevailing Eastern Time), before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004-1408 **has been cancelled**.

Dated:  August 13, 2020
        New York, New York

                                        /s/ Jacqueline Marcus
                                        Jacqueline Marcus
                                        Garrett A. Fail

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        *Attorneys for Lehman Brothers Holdings Inc.*
                                        *and Certain of Its Affiliates*

WEIL:\97587848\1\58399.0011