UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered)<br><br>**Ref. Docket No.** 60708, 60709, 60735, 60736, 60737 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                        ) ss.:
COUNTY OF NEW YORK  )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 24, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 24, 2020, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                            */s/ Geoff Zahm*
                                                                                            Geoff Zahm

Sworn to before me this
11th day of August, 2020
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfer Notices (Processed 7-08 through 7-23)_AFF_7-24-20_KF.docx

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:  BAR(23) MAILID *** 000171381500 ***       LBH TRFNTC (MERGE2, TXNUM2) 4000103073



CREDIT SUISSE
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

Please note that your claim # 5355829-93 in the above referenced case and in the amount of $0.00 allowed at $3,235.52 has been transferred (unless previously expunged by court order)

BASELLANDSCHAFTLICHE KANTONALBANK, LIESTAL
TRANSFEROR: CREDIT SUISSE
ATTN: GIANPIETRO ZANIER
RHEINSTRASSE 7
CH-4410 LIESTAL
 SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    60709    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/24/2020         Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 24, 2020.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O ATTESTOR CAPITAL LLP/I.WHITE, 7 SEYMOUR STREET, LONDON W1H 7JW UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O ATTESTOR CAPITAL LLP/I.WHITE, 7 SEYMOUR STREET, LONDON W1H 7JW UNITED KINGDOM |
| BASELLANDSCHAFTLICHE KANTONALBANK, LIESTAL | TRANSFEROR: CREDIT SUISSE, ATTN: GIANPIETRO ZANIER, RHEINSTRASSE 7, CH-4410 LIESTAL   SWITZERLAND |
| BSID OCEAN TECHNOLOGIES LTD | TRANSFEROR: DBS BANK LTD, 3F, 18, NO. 5, SEC. 5, XING-YI RD, TAIPEI   TAIWAN |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| DBS BANK LTD | TRANSFEROR: SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH, 2 CHANGI BUSINESS PARK CRESCENT #09-05, LOBBY B DBS ASIA HUB, SINGAPORE 486029 SINGAPORE |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE, ATTN: MICHAEL SUTTON / PHILIPP ROEVER, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, ATTN: JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, ATTN: JORDAN TRAVIS, 2001 ROSS AVE, 29TH FLOOR, DALLAS, TX 75201 |
| TRINITY INVESTMENTS DAC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), ATTN: FRIEDRICH ANDREAE, FOURTH FLOOR, 3 GEORGE'S DECK, IFSC, DUBLIN 1   IRELAND |

**Total Creditor Count 11**