B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings Inc.  ,  Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Amstel Dynamic Fund | Amstel Alternative Credit Fund SICAV P.l.c. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Level 2, Vision Exchange Building
Territorials Street, Zone 1
Central Business District
Birkirkara CBD1070
Malta

Phone: +356 2132 0864
Last Four Digits of Acct #: _____

Court Claim # (if known): See Schedule A
Amount of Claim: See Schedule A
Date Claim Filed: _____

Phone: +356 2132 0864
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
please contact for fee of filing documents:
e-mail: avl@amstelcapital.com
Phone: +356 2132 0864  (Alex van Leyen)
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Alex van Leyen  /s/ Alex van Leyen        Date: 12th August 2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


RECEIVED AUG 20 2020 U.S BANKRUPTCY COURT SO DIST OF NEW YORK

## SCHEDULE A

| CLAIM | CLAIM # | CLAIM VALUE | STATUS | AGGREGATION # |
|---|---|---|---|---|
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | 35538 | $57,573.53 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | 37206 | $36,291.88 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | 38468 | $341,717.42 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | 40662 | $98,562.78 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | 40670 | $15,274.79 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | 48914 | $148,297.02 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | 48915 | $74,148.51 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | 49382 | $75,726.36 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | 49651.12 | $127,719.53 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | 54378 | $60,581.09 | Allowed | W0041479 |