B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re <u>Lehman Brothers Holdings Inc.</u>,        Case No. <u>08-13555</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Amstel Dynamic Fund</u> | <u>Amstel Alternative Credit Fund SICAV P.l.c.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Level 2, Vision Exchange Building
Territorials Street, Zone 1
Central Business District
Birkirkara CBD1070
Malta

Phone: <u>+356 2132 0864</u>
Last Four Digits of Acct #: _____

Court Claim # (if known): <u>See Schedule B</u>
Amount of Claim: <u>See Schedule B</u>
Date Claim Filed: _____

Phone: <u>+356 2132 0864</u>
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

please contact for fee of filing documents:
e-mail: avl@amstelcapital.com

Phone: <u>+356 2132 0864 (Alex van Leyen)</u>
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>Alex van Leyen  /s/ Alex van Leyen</u>        Date: <u>12th August 2020</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED
AUG 20 2020
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

## SCHEDULE B

| CLAIM | CLAIM # | CLAIM VALUE | STATUS | AGGREGATION # |
|---|---|---|---|---|
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | 67326.08 | $2,633,924.69 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | 5255829.08 | $66,903.20 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | 37667 | $30,440.66 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | 37713.01 | $114,441.95 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | 39590 | $354,776.44 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | 40210 | $26,092.00 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | 46676 | $78,275.98 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | 49208 | $75,726.36 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | 49651.2 | $43,764.76 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | 53926 | $73,386.00 | Allowed | W0041479 |