B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings Inc.  ,                    Case No.  08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Amstel Dynamic Fund | Amstel Alternative Credit Fund SICAV P.l.c. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Level 2, Vision Exchange Building
Territorials Street, Zone 1
Central Business District
Birkirkara CBD1070
Malta

Phone: +356 2132 0864
Last Four Digits of Acct #: _____

Court Claim # (if known):  See Schedule C
Amount of Claim:           See Schedule C
Date Claim Filed: _____

Phone:  +356 2132 0864
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
please contact for fee of filing documents:
e-mail: avl@amstelcapital.com

Phone: +356 2132 0864 (Alex van Leyen)
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Alex van Leyen  /s/               Date:  12th August 2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED AUG 20 2020 U.S BANKRUPTCY COURT SO DIST OF NEW YORK

## SCHEDULE C

| CLAIM | CLAIM # | CLAIM VALUE | STATUS | AGGREGATION # |
|---|---|---|---|---|
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | 53991 | $65,313.60 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | 54411 | $75,726.36 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | 56191 | $73,386.00 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | 56568 | $741,851.53 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | 59048 | $70,955.29 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | 65272.09 | $68,289.25 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | 67326.09 | $214,692.80 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | 67326.1 | $1,686,763.41 | Allowed | W0041479 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | 5159233.25 | $132,507.28 | Allowed | W0041479 |



United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc
One Bowling Green
New York, NY 10004-1408
USA

Amstel Alternative Credit Fund
SICAV plc

Level 2, Vision Exchange Building
Territorials Street
Mriehel BKR3000
Malta

T: (+356) 2132 0864
F: (+356) 2132 0904
E: info@amstelcapital.com
www.amstelcapital.com

RECEIVED
AUG 20 2020
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

13th August 2020

Dear Sir/Madam,

**Creditor Name: Amstel Alternative Credit Fund SICAV PLC**
**Case No. 08-13555**

We refer to the above Case Number and to our e-mail communication with Mr Gregory Winter of Epiq Systems on 12th August.

In relation to the requested transfer of claims from Amstel Alternative Credit Fund SICAV Plc to Amstel Dynamic Fund, please find attached the duly signed Claim Transfer Documents for processing.

For any fees in relation to the execution of these transfers, please contact us at: avl@amstelcapital.com or on the contact numbers as stated on the letterhead.

Should you require any further information, please let us know. We thank you in advance for your assistance.

Kind Regards,

Alexander G.F. van Leyen
f/ Amstel Alternative Credit Fund SICAV Plc

Attachment: Transfer of Claim documents (3x)

*The Company is a collective investment scheme licensed as a professional investor fund with variable share capital under the laws of Malta and licensed by the Malta Financial Services Authority under the Investment Services Act, 1994. Company Registration Number: SV194*