# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al*.       Case No. 08-13555 (SCC) (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| **SEAPORT LOAN PRODUCTS LLC** | **RSCC ASSETS LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim Nos.and Amount of Claims (as more specifically set forth on the attached Evidences of Transfer of Claims):

360 Madison Avenue
New York, New York 10017
Telephone: (212) 616-7700
Attention: General Counsel

Last Four Digits of Acct. #: N/A

(1)  with respect to Claim No. 18074, the sum of $2,307,500.00;
(2)  with respect to Claim No. 18076, the sum of $2,307,500.00;
(3)  with respect to Claim No. 28104, the sum of $1,242,500.00;
(4)  with respect to Claim No. 28105, the sum of $1,242,500.00;
(5)  with respect to Claim No. 17720, the sum of $1,454,277.91;
(6)  with respect to Claim No. 17718, the sum of $1,454,277.91;
(7)  with respect to Claim No. 13897, the sum of $363,875.00;
(8)  with respect to Claim No, 13896, the sum of $363,875.00;
(9)  with respect to Claim No. 13206, the sum of $142,000.00; and
(10) with respect to Claim No. 16840, the sum of $142,000.00.

Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**SEAPORT LOAN PRODUCTS LLC**

By: _____         Date: __8/20/2020__
Name:
Title:        Jonathan Silverman
           General Counsel

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**RSCC ASSETS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$2,307,500.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. docketed as Claim No. **18074** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 20 day of August, 2020.

SELLER:

**RSCC ASSETS LLC**

By: _____

Name: Giranjali Workman

Title: Attorney-in-Fact

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____

Name:

Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**RSCC ASSETS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$2,307,500.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. docketed as Claim No. **18074** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the  20  day of August, 2020.

SELLER:

**RSCC ASSETS LLC**

By: _____
Name:
Title:

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:        Jonathan Silverman
Title:        General Counsel

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**RSCC ASSETS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$2,307,500.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **18076** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

20

IN WITNESS WHEREOF, dated as of the ~~XX~~ day of August, 2020.

SELLER:

**RSCC ASSETS LLC**

By: _____
Name: Gitanjali Workman
Title: Attorney-in-Fact

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:
Title:

134-2061/6198910.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**RSCC ASSETS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$2,307,500.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **18076** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the  20  day of August, 2020.

SELLER:

**RSCC ASSETS LLC**


By: _____
Name:
Title:


BUYER:

**SEAPORT LOAN PRODUCTS LLC**


By: _____
Name:
Title:

Jonathan Silverman
General Counsel

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**RSCC ASSETS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$1,242,500.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. docketed as Claim No. **28104** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 20 day of August, 2020.

SELLER:

**RSCC ASSETS LLC**

By: _____
Name: Gitanjali Workman
Title: Attorney-in-Fact

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**RSCC ASSETS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$1,242,500.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. docketed as Claim No. **28104** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the  20  day of August, 2020.

SELLER:

**RSCC ASSETS LLC**


By: _____
Name:
Title:


BUYER:

**SEAPORT LOAN PRODUCTS LLC**


By: _____
Name:       Jonathan Silverman
Title:        General Counsel

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**RSCC ASSETS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$1,242,500.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **28105** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the ~~XX~~ 20 day of August, 2020.

SELLER:

**RSCC ASSETS LLC**

By: _Gitanjali Workman_
Name: Gitanjali Workman
Title: Attorney-in-Fact

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**RSCC ASSETS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$1,242,500.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **28105** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the  20  day of August, 2020.

SELLER:

**RSCC ASSETS LLC**


By: _____
Name:
Title:


BUYER:

**SEAPORT LOAN PRODUCTS LLC**


By: _____
Name:    Jonathan Silverman
Title:    General Counsel

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**RSCC ASSETS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$1,454,277.91** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. docketed as Claim No. **17720** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 20 day of August, 2020.

SELLER:

**RSCC ASSETS LLC**

By: _____
Name: Gitanjali Workman
Title: Attorney-in-Fact

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**RSCC ASSETS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$1,454,277.91** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. docketed as Claim No. **17720** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _20_ day of August, 2020.

SELLER:

**RSCC ASSETS LLC**

By: _____
Name:
Title:

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:       Jonathan Silverman
Title:         General Counsel

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**RSCC ASSETS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$1,454,277.91** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **17718** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 20 day of August, 2020.

SELLER:

**RSCC ASSETS LLC**

By: _____
Name: Gitanjali Workman
Title: Attorney-in-Fact

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**RSCC ASSETS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$1,454,277.91** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **17718** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 20_ day of August, 2020.

SELLER:

**RSCC ASSETS LLC**

By: _____
Name:
Title:

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name: Jonathan Silverman
Title: General Counsel

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**RSCC ASSETS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$363,875.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. docketed as Claim No. **13897** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 20 day of August, 2020.

SELLER:

**RSCC ASSETS LLC**

By: _____
Name: Gitanjali Workman
Title: Attorney-in-Fact

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**RSCC ASSETS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$363,875.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. docketed as Claim No. **13897** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 20 day of August, 2020.

SELLER:

**RSCC ASSETS LLC**

By: _____
Name:
Title:

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:       Jonathan Silverman
Title:       General Counsel

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**RSCC ASSETS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$363,875.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **13896** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the X̶X̶ 20 day of August, 2020.

SELLER:

**RSCC ASSETS LLC**

By: _Gitanjali Workman_
Name: Gitanjali Workman
Title: Attorney-in-Fact

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**RSCC ASSETS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$363,875.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **13896** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the  20  day of August, 2020.

SELLER:

**RSCC ASSETS LLC**

By: _____
Name:
Title:

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:     Jonathan Silverman
Title:     General Counsel

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**RSCC ASSETS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$142,000.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. docketed as Claim No. **13206** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the ~~XX~~ 20 day of August, 2020.

SELLER:

**RSCC ASSETS LLC**

By: _____
Name: Gitanjali Workman
Title: Attorney-in-Fact

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**RSCC ASSETS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$142,000.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. docketed as Claim No. **13206** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the  20  day of August, 2020.

SELLER:

**RSCC ASSETS LLC**


By: _____
Name:
Title:

BUYER:

**SEAPORT LOAN PRODUCTS LLC**


By: _____
Name:      Jonathan Silverman
Title:      General Counsel

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**RSCC ASSETS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$142,000.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **16840** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 20 day of August, 2020.

SELLER:

**RSCC ASSETS LLC**

By: _____
Name: Gitanjali Workman
Title: Attorney-in-Fact

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**RSCC ASSETS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SEAPORT LOAN PRODUCTS LLC ("**Buyer**"), **$142,000.00** of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. **16840** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the  20  day of August, 2020.

SELLER:

**RSCC ASSETS LLC**

By: _____
Name:
Title:

BUYER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:      Jonathan Silverman
Title:      General Counsel