B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,     Case No. <u>08-13555</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | SEAPORT LOAN PRODUCTS LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    HBK Master Fund L.P.
    c/o HBK Services LLC
    2300 North Field Street, Suite 2200
    Dallas, TX 75201

Court Claim # (if known): <u>Claim No. 20137</u>

Amount of Claim Transferred:
<u>$13,676,220.93</u>

Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone: <u>(214) 758-6107</u>
Last Four Digits of Acct #:<u>N/A</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

Court Claim # (if known): <u>Claim No. 20105</u>

Amount of Claim Transferred:
<u>$13,676,220.93</u>

Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 19173</u>

Amount of Claim Transferred:
<u>$32,500,000.00</u>

Date Claim Filed: <u>September 18, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 19174

Amount of Claim Transferred:
$32,500,000.00

Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 15325

Amount of Claim Transferred:
$17,443,901.31

Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 15329

Amount of Claim Transferred:
$17,443,901.31

Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 17205

Amount of Claim Transferred:
$18,250,000.00

Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 17204

Amount of Claim Transferred: $18,250,000.00

Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 20148

Amount of Claim Transferred: $2,047,089.23

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 20120

Amount of Claim Transferred: $2,047,089.23

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 18074

Amount of Claim Transferred: $32,500,000.00

Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 18076

Amount of Claim Transferred: $32,500,000.00

Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 28104

Amount of Claim Transferred:
$17,500,000.00

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 28105

Amount of Claim Transferred:
$17,500,000.00

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 17720

Amount of Claim Transferred:
$20,482,787.48

Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 17718

Amount of Claim Transferred:
$20,482,787.48

Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): <u>Claim No. 13897</u>

Amount of Claim Transferred:
<u>$5,125,000.00</u>

Date Claim Filed: <u>September 16, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 13896</u>

Amount of Claim Transferred:
<u>$5,125,000.00</u>

Date Claim Filed: <u>September 16, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 13206</u>

Amount of Claim Transferred:
<u>$2,000,000.00</u>

Date Claim Filed: <u>September 16, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 16840</u>

Amount of Claim Transferred:
<u>$2,000,000.00</u>

Date Claim Filed: <u>September 16, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:
Last Four Digits of Acct #:<u>N/A</u>

Court Claim # (if known): <u>Claim No. 21894</u>

Amount of Claim Transferred:
<u>$501,804.06</u>

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 21893

Amount of Claim Transferred: $501,804.06

Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 33660

Amount of Claim Transferred: $1,679,573.29

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 33581

Amount of Claim Transferred: $1,679,573.29

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 33617

Amount of Claim Transferred: $2,094,800.92

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:

Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 33616

Amount of Claim Transferred: $2,094,800.92

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 33661

Amount of Claim Transferred: $3,393,159.19

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 33618

Amount of Claim Transferred: $3,393,159.19

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 33662

Amount of Claim Transferred: $5,357,352.40

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 33657

Amount of Claim Transferred:

$5,357,352.40

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 66561

Amount of Claim Transferred:
$301,962.49

Date Claim Filed: April 23, 2010
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 66562

Amount of Claim Transferred:
$301,962.49

Date Claim Filed: April 23, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 31535

Amount of Claim Transferred:
$8,757,522.15

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #: N/A

Court Claim # (if known): Claim No. 31595

Amount of Claim Transferred:
$8,757,522.15

Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone:_____
Last Four Digits of Acct #: N/A_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J.R. Smith_____    Date: August 21, 2020_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al*.    Case No. 08-13555 (SCC) (Jointly Administered)

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| **HBK MASTER FUND L.P.** | **SEAPORT LOAN PRODUCTS LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim Nos. and Amount of Claims (as more specifically set forth on the attached Evidences of Transfer of Claims): |
| 2300 North Field Street<br>Suite 2200<br>Dallas, Texas 75201<br>Telephone: (  )  -<br>Attention:<br><br>Last Four Digits of Acct. #: N/A | (1) with respect to Claim No. 20137, the sum of $13,676,220.93;<br>(2) with respect to Claim No. 20105, the sum of $13,676,220.93;<br>(3) with respect to Claim No. 19173, the sum of $32,500,000.00;<br>(4) with respect to Claim No. 19174, the sum of $32,500,000.00;<br>(5) with respect to Claim No. 15325, the sum of $17,443,901.31;<br>(6) with respect to Claim No. 15329, the sum of $17,443,901.31;<br>(7) with respect to Claim No. 17205, the sum of $18,250,000.00;<br>(8) with respect to Claim No, 17204, the sum of $18,250,000.00;<br>(9) with respect to Claim No. 20148, the sum of $2,047,089.23;<br>(10) with respect to Claim No. 20120, the sum of $2,047,089.23;<br>(11) with respect to Claim No. 18074, the sum of $32,500,000.00;<br>(12) with respect to Claim No. 18076, the sum of $32,500,000.00;<br>(13) with respect to Claim No. 28104, the sum of $17,500,000.00;<br>(14) with respect to Claim No. 28105, the sum of $17,500,000.00;<br>(15) with respect to Claim No. 17720, the sum of $20,482,787.48;<br>(16) with respect to Claim No. 17718, the sum of $20,482,787.48;<br>(17) with respect to Claim No. 13897, the sum of $5,125,000.00;<br>(18) with respect to Claim No, 13896, the sum of $5,125,000.00;<br>(19) with respect to Claim No. 13206, the |

sum of $2,000,000.00;
(20) with respect to Claim No. 16840, the sum of $2,000,000.00;
(21) with respect to Claim No. 21894, the sum of $501,804.06;
(22) with respect to Claim No. 21893, the sum of $501,804.06;
(23) with respect to Claim No. 33660, the sum of $1,679,573.29;
(24) with respect to Claim No. 33581, the sum of $1,679,573.29;
(25) with respect to Claim No. 33617, the sum of $2,094,800.92;
(26) with respect to Claim No, 33616, the sum of $2,094,800.92;
(27) with respect to Claim No. 33661, the sum of $3,393,159.19;
(28) with respect to Claim No. 33618, the sum of $3,393,159.19;
(29) with respect to Claim No. 33662, the sum of $5,357,352.40;
(30) with respect to Claim No. 33657, the sum of $5,357,352.40;
(31) with respect to Claim No. 66561, the sum of $301,962.49;
(32) with respect to Claim No. 66562, the sum of $301,962.49;
(33) with respect to Claim No. 31535, the sum of $8,757,522.15; and
(34) with respect to Claim No. 31595, the sum of $8,757,522.15.

Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**HBK MASTER FUND L.P.**
**By:**   HBK Services LLC, Investment Advisor

By: _____(signature)_____   Date: 8/21/2020
Name: Beauregard A. Fournet
Title:   Authorized Signatory

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**SEAPORT LOAN PRODUCTS LLC** ("<u>Seller</u>"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **HBK MASTER FUND L.P.** ("<u>Buyer</u>") the Transferred Claim Amounts (as set forth in the table below) in and to all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. ("**LBSF**") and LEHMAN BROTHERS HOLDINGS INC ("**LBHI**") having the Claim Numbers as set forth below (the "<u>Assigned Rights</u>") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

| Claim Number | LBSF Transferred Claim Amount | LBHI Transferred Claim Amount |
|---|---|---|
| LBSF 20137 / LBHI 20105 | $13,676,220.93 | $13,676,220.93 |
| LBSF 19173 / LBHI 19174 | $32,500,000.00 | $32,500,000.00 |
| LBSF 15325 / LBHI 15329 | $17,443,901.31 | $17,443,901.31 |
| LBSF 18074 / LBHI 18076 | $32,500,000.00 | $32,500,000.00 |
| LBSF 31535 / LBHI 31595 | $8,757,522.15 | $8,757,522.15 |
| LBSF 28104 / LBHI 28105 | $17,500,000.00 | $17,500,000.00 |
| LBSF 17720 / LBHI 17718 | $20,482,787.48 | $20,482,787.48 |
| LBSF 13897 / LBHI 13896 | $5,125,000.00 | $5,125,000.00 |
| LBSF 13206 / LBHI 16840 | $2,000,000.00 | $2,000,000.00 |
| LBSF 17205 / LBHI 17204 | $18,250,000.00 | $18,250,000.00 |
| LBSF 20148 / LBHI 20120 | $2,047,089.23 | $2,047,089.23 |
| LBSF 21894 / LBHI 21893 | $501,804.06 | $501,804.06 |
| LBSF 33660 / LBHI 33581 | $1,679,573.29 | $1,679,573.29 |
| LBSF 33617 / LBHI 33616 | $2,094,800.92 | $2,094,800.92 |
| LBSF 33661 / LBHI 33618 | $3,393,159.19 | $3,393,159.19 |
| LBSF 33662 / LBHI 33657 | $5,357,352.40 | $5,357,352.40 |
| LBSF 66561 / LBHI 66562 | $301,962.49 | $301,962.49 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the __21__ day of August, 2020.

SELLER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:    Jonathan Silverman
Title:    General Counsel

BUYER:

**HBK MASTER FUND L.P.**
By:  HBK Services LLC, Investment Advisor

By: _____
Name:   Beauregard A. Fournet
Title:   Authorized Signatory