Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:     Lehman Brothers Holdings Inc.          Case No.: 08-13555 (JMP
                                                  Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to
Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims
referenced herein.

| Name of Transferee:<br>VONWIh CAPITAL MANAGEMENT LP | Name of Transferor:<br>The Hongkong and Shanghai Banking Corporation Limited |
|---|---|
| Notices to Transferee should be sent to:<br>VonWin Capital Management, L.P.<br>261 Fifth Avenue, 22"floor,<br>New York, NY 10016<br>USA<br>Attn: Charmaine Wilson<br>rs@southeycapital.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>The Hongkong and Shanghai Banking Corporation Limited<br>ATTN: I uccn's Ifuact Ccntral.<br>Central, Hong Kong |
| Amount of Claim Being Transferred:<br>See Schedule 1<br>(face amount of securities) | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 56669 | |
| Date Claim Filed: October 28, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By: _____          Date: 8/20/20
     Michael Winschuk
     VonWin Capital Management, L.P.
     261 Filth Avenue, 22"floor,
     New York, NY 10016, USA
     Contact: Charmaine Wilson
     cw@vonwincapital.com

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18
U.S.C. §§ 152 & 357f.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the
fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule
3001(e).

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated

_____ 20th , August 2020

**The Hongkong and Shanghai Banking Corporation Limited**
Transferor

By: _____
     Name:        TERRY LAM
     Title:        HEAD OF PRIVATE BANKING OPERATIONS

ACKNOWLEDGED BY:

VonWin Capital Management, L.P.
Transferee

By: _____
    Name: Michael Winschuh
    Title: Managing member of
    VonWin Capital , LLC,
     the general partner of
    Vonwin Capital Management, L.P..

INTERNAL                               RESTRICTED - 8

Schedule I

Transferred Claims

| ISIN/CUSIP | Court Claim # | Date Claim Filed | Issuer | CCY | Currency and nominal amounts or Units |
|---|---|---|---|---|---|
| XS03821 88083 | 56669 | 10/29/2009 | LEHMAN BROTHERS TREASURY BV | HKD | 1,500,000.00 |
| XS0325784626 | 56669 | 10/29/2009 | LEHMAN BROTHERS TREASURY BV | GBP | 200,000.00 |