# Notice Recipients

District/Off: 0208−1     User:     Date Created: 8/21/2020
Case: 08−13555−scc     Form ID: tranapl     Total: 2

**Recipients of Notice of Electronic Filing:**
aty     Garrett A. Fail     garrett.fail@weil.com

    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk     Joseph Waske     22862 Via Genoa     Dana Point, CA 92629

    TOTAL: 1