**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Lehman Brothers Holdings Inc.               CASE NO.: 08–13555–scc

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER: 11
13–3216325

---

### NOTICE OF TRANSMITTAL OF
### RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on June 30, 2020, document number 60727, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 20–cv–5823 assigned to the Honorable Ronnie Abrams.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: August 21, 2020                           Vito Genna
                                                 Clerk of the Court