# Notice Recipients

District/Off: 0208−1  User:  Date Created: 8/21/2020
Case: 08−13555−scc  Form ID: tranapl  Total: 2

**Recipients of Notice of Electronic Filing:**
aty   Garrett A. Fail   garrett.fail@weil.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr   Rex Wu   6315 N Campbell   Chicago, IL 60659

TOTAL: 1