B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Citigroup Financial Products Inc.**
_____
Name of Transferee

**PCI Fund L.L.C.**
_____
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): See attached Schedule A
Amount of Claim: See Transferred Claim Amounts in attached Schedule A
Date Claim Filed: Various

Citigroup Financial Products Inc.
Address: 388 Greenwich Street, Trading Tower 6th Fl
New York, NY  10013
Attn: Kenneth Keeley
Email: Kenneth.keeley@citi.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:____/s/ BSB/_____     Date:___August 20, 2020_____
   Transferee/Transferee's Agent

Brian S. Broyles - Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Schedule A

**PCI FUND L.L.C.** ("Seller") has sold, transferred and assigned to **CITIGROUP FINANCIAL PRODUCTS INC.** ("Buyer) the Transferred Claim Amounts (as set forth in the table below) in and to all rights, title and interest in and to the Claims of Seller against **Lehman Brothers Special Financing Inc**. having the Claim Numbers as set forth below in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| # | LBSF Claim # | Transferred Claim Amount |
|---|---|---|
| 1 | 23545 | $100,000.00 |
| 2 | 14093 | $250,000.00 |
| 3 | 21894 | $2,000,000.00 |
| 4 | 26905 | $1,000,000.00 |
| 5 | 11420 | $250,000.00 |
| 6 | 17563 | $319,881.04 |
| 7 | 20171 | $180,118.96 |
| 8 | 66911 | $13,875.09 |
| 9 | 66859 | $4,365.02 |
| 10 | 66909 | $90,218.22 |
|  |  |  |

EXHIBIT A

# EVIDENCE OF TRANSFER OF CLAIMS

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**PCI FUND L.L.C.** ("Seller") has sold, transferred and assigned to **CITIGROUP FINANCIAL PRODUCTS INC.** ("Buyer) the Transferred Claim Amounts (as set forth in the table below) in and to all rights, title and interest in and to the Claims of Seller against **Lehman Brothers Special Financing Inc**. having the Claim Numbers as set forth below (the "Assigned Rights") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| LBSF Claim # | Transferred Claim Amount |
|---|---|
| 23545 | $100,000.00 |
| 14093 | $250,000.00 |
| 21894 | $2,000,000.00 |
| 26905 | $1,000,000.00 |
| 11420 | $250,000.00 |
| 17563 | $319,881.04 |
| 20171 | $180,118.96 |
| 66911 | $13,875.09 |
| 66859 | $4,365.02 |
| 66909 | $90,218.22 |
| 66725 | $96,395.31 |
| 66901 | $547,451.87 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an assignment and Buyer herein as the valid owner of the Assigned Rights to the extent of the Transferred Claim Amount.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Rights to Buyer.

      IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly authorized representatives as of August 20, 2020.

| | |
|---|---|
| **PCI FUND L.L.C.**<br>By: Anchorage Capital Group, LLC,<br>Its Investment Manager<br><br>By: *[signature: Melissa K. Griffiths]*<br>Name: Melissa Griffiths<br>Title: Authorized Signatory | **CITIGROUP FINANCIAL PRODUCTS INC.**<br><br><br><br>By: _____<br>Name:<br>Title: |

2

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly authorized representatives as of August 20, 2020.

| **PCI FUND L.L.C.** | **CITIGROUP FINANCIAL PRODUCTS INC.** |
|---|---|
| By: Anchorage Capital Group, LLC, | |
| Its Investment Manager | |
| | DocuSigned by: BS BA  4D05618B5CD9437... |
| By: _____ | By: _____ |
| Name: | Name: |
| Title: | Title: Brian S. Broyles – Authorized Signatory |