## United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al.*    Case No. 08-13555 (SCC) (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| WARBLER RUN II, LLC | SEAPORT LOAN PRODUCTS LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim Nos.and Amount of Claims (as more specifically set forth on the attached Evidences of Transfer of Claims):

Warbler Run II, LLC
c/o Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808
Email: ops@warblerrun.com

(1) with respect to Claim No. 20137, the sum of $7,438,830.28;
(2) with respect to Claim No. 20105, the sum of $7,438,830.28;
(3) with respect to Claim No. 19173, the sum of $17,677,543.03;
(4) with respect to Claim No. 19174, the sum of $17,677,543.03;
(5) with respect to Claim No. 15325, the sum of $9,488,163.57;
(6) with respect to Claim No. 15329, the sum of $9,488,163.57;
(7) with respect to Claim No. 17205, the sum of $9,926,620.32;
(8) with respect to Claim No, 17204, the sum of $9,926,620.32;
(9) with respect to Claim No. 20148, the sum of $1,113,461.78;
(10) with respect to Claim No. 20120, the sum of $1,113,461.78;

Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**WARBLER RUN II, LLC**

By: *S. Lefkowitz  S. Lefkty*                              Date: *8/11/2020*
Name:
Title: *Authorized Signatory*

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

      **SEAPORT LOAN PRODUCTS LLC** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **WARBLER RUN II, LLC** ("**Buyer**") the Transferred Claim Amounts (as set forth in the table below) in and to all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. ("**LBSF**") and LEHMAN BROTHERS HOLDINGS INC ("**LBHI**") having the Claim Numbers as set forth below (the "<u>Assigned Rights</u>") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

| Claim Number | LBSF Transferred Claim Amount | LBHI Transferred Claim Amount |
|---|---|---|
| LBSF 20137 / LBHI 20105 | $7,438,830.28 | $7,438,830.28 |
| LBSF 19173 / LBHI 19174 | $17,677,543.03 | $17,677,543.03 |
| LBSF 15325 / LBHI 15329 | $9,488,163.57 | $9,488,163.57 |
| LBSF 18074 / LBHI 18076 | $17,677,543.03 | $17,677,543.03 |
| LBSF 31535 / LBHI 31595 | $4,763,429.99 | $4,763,429.99 |
| LBSF 28104 / LBHI 28105 | $9,518,677.01 | $9,518,677.01 |
| LBSF 17720 / LBHI 17718 | $11,141,087.91 | $11,141,087.91 |
| LBSF 13897 / LBHI 13896 | $2,787,612.55 | $2,787,612.55 |
| LBSF 13206 / LBHI 16840 | $1,087,848.80 | $1,087,848.80 |
| LBSF 17205 / LBHI 17204 | $9,926,620.32 | $9,926,620.32 |
| LBSF 20148 / LBHI 20120 | $1,113,461.78 | $1,113,461.78 |
| LBSF 21894 / LBHI 21893 | $272,943.47 | $272,943.47 |
| LBSF 33660 / LBHI 33581 | $913,560.89 | $913,560.89 |
| LBSF 33617 / LBHI 33616 | $1,139,413.33 | $1,139,413.33 |
| LBSF 33661 / LBHI 33618 | $1,845,622.08 | $1,845,622.08 |
| LBSF 33662 / LBHI 33657 | $2,913,994.69 | $2,913,994.69 |
| LBSF 66561 / LBHI 66562 | $164,244.76 | $164,244.76 |

      Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 19th day of August, 2020.

SELLER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name:        Jonathan Silverman
Title:         General Counsel

BUYER:

**WARBLER RUN II, LLC**

By: _____
Name: S. Lefkowitz
Title:  Authorized Signatory