# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al*.       Case No. 08-13555 (SCC) (Jointly Administered)

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **WARBLER RUN II, LLC**<br>Name of Transferee | **CITIGROUP FINANCIAL PRODUCTS INC.**<br>Name of Transferor |

Name and Address where notices to transferee should be sent:

Warbler Run II, LLC
c/o Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808
Email: ops@warblerrun.com

Court Claim Nos.and Amount of Claims (as more specifically set forth on the attached Evidences of Transfer of Claims):

(1)  with respect to Claim No. 66719, the sum of $585,398.98;
(2)  with respect to Claim No. 66746, the sum of $95,241.83;
(3)  with respect to Claim No. 66748, the sum of $80,051.63;
(4)  with respect to Claim No. 66721, the sum of $2,710,873.03;
(5)  with respect to Claim No. 66717, the sum of $310,478.77;
(6)  with respect to Claim No, 66727, the sum of $80,670.89;
(7)  with respect to Claim No. 66742, the sum of $48,918.77;
(8)  with respect to Claim No. 66732, the sum of $52,936.38;
(9)  with respect to Claim No. 66729, the sum of $347,435.70; and
(10) with respect to Claim No. 66731, the sum of $184,582.31.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**WARBLER RUN II, LLC**

By: *S. Lefkowitz*        Date: 8/21/2020
Name: S. Lefkowitz
Title: Authorized Signatory

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

SGL / MATCA / 590-148 v.1

EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIMS

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**CITIGROUP FINANCIAL PRODUCTS INC.** ("Seller") has sold, transferred and assigned to **WARBLER RUN II, LLC** ("Buyer) the Transferred Claim Amounts (as set forth in the table below) in and to all rights, title and interest in and to the Claims of Seller against **Lehman Brothers Holdings Inc**. having the Claim Numbers as set forth below (the "Assigned Rights") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| LBHI Claim # | Transferred Claim Amount |
|---|---|
| 23550 | $2,316,943.74 |
| 23548 | $1,914,610.06 |
| 23546 | $516,728.18 |
| 14092 | $27,604,163.27 |
| 24959 | $1,909,551.01 |
| 24606 | $11,059.31 |
| 24094 | $516,728.18 |
| 18986 | $10,834,040.12 |
| 67311 | $12,374,280.09 |
| 21893 | $26,108,371.17 |
| 23860 | $5,167,281.79 |
| 28105 | $15,773,807.58 |
| 26906 | $4,884,441.11 |
| 66905 | $2,151,746.83 |
| 66906 | $9,414,137.49 |
| 66899 | $1,883,067.66 |
| 66843 | $684,358.89 |
| 66839 | $1,204,316.79 |
| 66837 | $715.41 |
| 66750 | $134,616.40 |
| 66719 | $585,398.98 |
| 66746 | $95,241.83 |
| 66748 | $80,051.63 |
| 66721 | $2,710,873.03 |
| 66717 | $310,478.77 |
| 66727 | $80,670.89 |
| 66742 | $48,918.77 |
| 66732 | $52,936.38 |
| 66729 | $347,435.70 |

| | |
|---|---|
| 66731 | $184,582.31 |
| 66723 | $8,084,299.35 |
| 66709 | $66,116.11 |
| 66711 | $41,896.17 |
| 66868 | $2,604,251.78 |
| 12383 | $4,378,323.38 |
| 22243 | $24,908,647.31 |
| 22234 | $2,287,572.66 |
| 11421 | $6,350,880.90 |
| 17561 | $3,235,741.80 |
| 30804 | $1,821,984.98 |

  Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an assignment and Buyer herein as the valid owner of the Assigned Rights to the extent of the Transferred Claim Amount.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Rights to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly authorized representatives as of August 21, 2020.

| **WARBLER RUN II, LLC** | **CITIGROUP FINANCIAL PRODUCTS INC.** |
|---|---|
| By: | |
| By: *S. Lefkowitz* (signature) | By: _____ |
| Name: S. Lefkowitz | Name: |
| Title: Authorized Signatory | Title: |

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly authorized representatives as of August 21, 2020.

| **WARBLER RUN II, LLC** | **CITIGROUP FINANCIAL PRODUCTS INC.** |
|---|---|
| By: | By: *(DocuSigned by: BSBr, 4D05618B5CD9437...)* |
| By: _____ | By: _____ |
| Name: | Name: |
| Title: | Title: Brian S. Broyles – Authorized Signatory |