WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Brad J. Axelrod
James N. Lawlor
Adam M. Bialek
Brant D. Kuehn
Joshua M. Slocum

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13555 (SCC)** |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION
IN AID OF ALTERNATIVE DISPUTE RESOLUTION PROCEDURES
ORDER FOR INDEMNIFICATION CLAIMS OF THE DEBTORS
AGAINST MORTGAGE LOAN SELLERS FOR OBJECTING DEFENDANTS**

PLEASE TAKE NOTICE of the following:

1. On May 12, 2020, Lehman Brothers Holdings Inc., as Plan Administrator pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan Administrator") filed the Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [Dkt. No. 60632] (the "Motion").

2. The Motion was heard on **July 14, 2020 at 10:00 a.m.**, except as to the parties listed in paragraph 4 below.

3. A hearing was scheduled for August 25, 2020, at 11:00 a.m. for the parties listed in paragraph 4 below.

4. The August 25, 2020 hearing is hereby adjourned *sine die* for the following parties:

- PMAC Lending Services, Inc. & PMC Bancorp. [Dkt. No. 60721]
- Caliber Home Loans, Inc. [Dkt. No. 60718]
- Goldwater Bank, NA [Dkt. No. 60717]
- American Pacific Mortgage Corp. [Dkt. No. 60715]
- Bay Equity, LLC [Dkt. No. 60712]
- Cobalt Mortgage, Inc. [Dkt. No. 60710]
- Wintrust Mortgage [Dkt. No. 60704]
- Perl Mortgage, Inc. [Dkt. No. 60723]
- Finance of America Mortgage [Dkt. No. 60734]

5. The Plan Administrator will meet and confer with counsel for the above parties and contact the Court within two weeks to reschedule the hearing as to any parties who object to the Motion and whose objections then remain unresolved.

Dated: New York, New York
August 24, 2020

        */s/ Joshua M. Slocum*
           Joshua M. Slocum
           William A. Maher
           Brad J. Axelrod
           James N. Lawlor
           Adam M. Bialek
           Brant Duncan Kuehn

        WOLLMUTH MAHER & DEUTSCH LLP
        500 Fifth Avenue
        New York, New York 10110
        Telephone: (212) 382-3300
        Facsimile: (212) 382-0050

        *Counsel for Lehman Brothers Holdings Inc.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2020, a copy of the foregoing Notice of Adjournment of Hearing on Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers for Objecting Defendants, was served on all parties of record via transmission of Notice of Electronic Filing generated by CM/ECF and counsel of record for the parties listed in paragraph 4 above via Electronic Mail.

*/s/ Antonio Guzman Dominguez*
Antonio Guzman Dominguez