WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Brad J. Axelrod
James N. Lawlor
Adam M. Bialek
Brant D. Kuehn
Joshua M. Slocum

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13555 (SCC)** |

**NOTICE OF WITHDRAWAL OF MOTION IN AID OF ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST MORTGAGE SELLERS AS TO WINTRUST MORTGAGE CORPORATION**

1. On May 12, 2020, Lehman Brothers Holdings Inc., as Plan Administrator pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan Administrator") filed the Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [Dkt. No. 60632] (the "Motion").

2. On July 2, 2020, Wintrust Mortgage Corporation ("Wintrust") objected to the Motion [Dkt. No. 60704].

3. By this notice, the Plan Administrator hereby withdraws the Motion as to Wintrust.

Dated: New York, New York
August 28, 2020

/s/ Joshua M. Slocum
Joshua M. Slocum
William A. Maher
Brad J. Axelrod
James N. Lawlor
Adam M. Bialek
Brant Duncan Kuehn

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

*Counsel for Lehman Brothers Holdings Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, a copy of the foregoing Notice of Withdrawal of Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of The Debtors Against Mortgage Sellers as to Wintrust Mortgage Corporation was served on all parties of record via transmission of Notice of Electronic Filing generated by CM/ECF and counsel of record for Wintrust via Electronic Mail.

*/s/ Antonio Guzman Dominguez*
Antonio Guzman Dominguez