UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                              :    Chapter 11 Case
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    No. 08-13555 (SCC)
                                                                   :
         Debtors.                                              :    (Jointly Administered)
                                                                   :
------------------------------------------------------------------x    Ref. Docket No. 60768

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT    )
                                             ) ss.:
COUNTY OF HARTFORD    )

JENNIFER C. NOBLE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 11, 2020, I caused to be served the "Certificate of No Objection under 28 U.S.C. § 1746 Regarding Motion of Lehman Brothers Holdings Inc. for Approval of Plan Trust Amendment and Extension of Term Plan Trust," dated August 11, 2020 [Docket No. 60768], to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

                                                                                     */s/ Jennifer C. Noble*
                                                                                     Jennifer C. Noble

Sworn to before me this
12th day of August, 2020
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
No. 100624
Commission Expires August 31, 2022

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
Case No. 08-13555 - Counsel Email List

| Email |
|---|
| ddunne@milbank.com |
| wfoster@milbank.com |
| dodonnell@milbank.com |
| efleck@milbank.com |
| paronzon@milbank.com |
| gbray@milbank.com |