# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

August 30, 2020

VIA ECF

The Honorable Shelley C. Chapman, U.S.B.J.
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, New York 10004

Re:   *Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555— Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of The Debtors Against Mortgage Loan Sellers

Dear Judge Chapman:

    I write on behalf of the Plan Administrator, Lehman Brothers Holdings Inc. ("LBHI") and with the consent of counsel for Finance of America Mortgage, LLC ("FOA"), in regard to LBHI's Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of The Debtors Against Mortgage Loan Sellers (Dkt. # 60632) (the "Motion in Aid of ADR").

    In the Motion in Aid of ADR, FOA was named as a potential successor to Delta Lending Group ("Delta"), an entity that sold mortgage loans to affiliates of LBHI. In its response (Dkt. # 60734), FOA stated that it "has made it clear to LBHI that it is not the successor entity to Delta," but, "recognizing that this defense (along with all defenses that Delta may assert to LBHI's claims) is preserved, FOA has **no objection** to being bound by the ADR Order with respect to the claims asserted against Delta." Because there is no objection, LBHI respectfully requests that the Court enter the proposed order substantially in the form as was previously submitted as Exhibit B to the Motion in Aid of ADR with respect to FOA.[1] I have conferred with counsel to FOA (copied hereto), who agrees to the entry of the order for the reasons stated in FOA's response to the Motion in Aid of ADR, and that a hearing is not necessary on this application.

---

[1] A MS Word version of the proposed order with respect to FOA is enclosed, reflecting any changes from Exhibit B in track changes.

Should the Court have any questions, please do not hesitate to contact me.

Respectfully submitted,

/s/ *Joshua M. Slocum*

Joshua M. Slocum

Encl.

cc:     Philip R. Stein, Esq. (via e-mail)
        Jake M. Greenberg, Esq. (via e-mail)