UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: **Chapter 11**
**In re** :
: **Case No. 08-13555 (SCC)**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :
: **(Jointly Administered)**
Debtors. :
: **Ref. Docket No.** 60745,
: 60756-60765
:
---------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 13, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 13, 2020, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

Sworn to before me this
31st day of August, 2020
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>    Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

BAR(23) MAILID *** 000173369920 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000194099

To:



CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: SPCP GROUP, LLC
ATTN: KENNETH KEELEY
388 GREENWICH STREET, 6TH FL
NEW YORK, NY 10013

Please note that your claim # 29557-12 in the above referenced case and in the amount of $78,367,384.27 allowed at $8,897,000.00 has been transferred (unless previously expunged by court order)

WARBLER RUN II, LLC
TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
C/O CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     60757     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/13/2020      Vito Genna, Clerk of Court

    /s/Andrea Speelman
    _____
    Epiq Corporate Restructuring, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 13, 2020.

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BERNDT, LARS | TRANSFEROR: HORSTMEIER, JOCHEN, AM BAHNEINSCHNITT 74, 33088 PADERBORN   GERMANY |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SPCP GROUP, LLC, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, 6TH FLOOR, NEW YORK, NY 10013 |
| HORSTMEIER, JOCHEN | 30 COURS XAVIER ARNOZAN, BORDEAUX F-33000 FRANCE |
| WARBLER RUN I, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 |
| WARBLER RUN II, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 |

**Total Creditor Count 5**