**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** § <br> § <br> **LEHMAN BROTHERS HOLDINGS INC.,** § <br> § <br> **Debtor.** § § | Case No. 08-13555 <br><br> Chapter |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR REMOVAL FROM SERVICE LISTS
<u>AND ELECTRONIC NOTICING</u>**

**PLEASE TAKE NOTICE** that the attorney listed below hereby withdraws his appearance in the above-captioned case and request that service of all pleadings and notices, including CM/ECF electronic notification be discontinued and all names and contact information be removed from the appropriate service lists.

Jason A. Nagi<br>
Polsinelli PC<br>
600 Third Avenue, 42nd Floor<br>
New York, NY  10016<br>
Email/ECF:<br>
jnagi@polsinelli.com

Dated: September 10, 2020        Respectfully submitted,

**POLSINELLI PC**

*/s/*
Jason A. Nagi
600 Third Avenue, 42nd Floor
New York, NY  10016
(212) 644-2092
Email/ECF: jnagi@polsinelli.com