**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                        :
In re                                   :        **Chapter 11 Case**
                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **No. 08-13555 (SCC)**
                                        :
                        **Debtors.**    :        **(Jointly Administered)**
                                        :
------------------------------------------------------------------------x        **Ref. Docket Nos. 60855 and 60857**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF CONNECTICUT   )
                       ) ss.:
COUNTY OF HARTFORD     )

JENNIFER C. NOBLE, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 28, 2020, I caused to be served the:

    a.  "July 2020 Post-Effective Operating Report," dated August 28, 2020 [Docket No. 60855], (the "Operating Report"), and

    b.  "Notice of Eleventh Adjournment of Hearing on Motion of the Plan Administrator for an Order in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated August 28, 2020 [Docket No. 60757], (the "Notice"),

    by causing true and correct copies of the:

        i.   Operating Report and Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

        ii.  Operating Report to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

        iii. Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

    iv.      Operating Report and Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>, and

    v.      Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Jennifer C. Noble*
Jennifer C. Noble

Sworn to before me this
31st day of August, 2020
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
No. 100624
Commission Expires August 31, 2022

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

# EXHIBIT C

U.S. ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NY
ATTN: GEOFFREY S. BERMAN
1 SAINT ANDREW'S PLAZA
NEW YORK, NY 10007


SECURITIES EXCHANGE COMMISSION
200 VESEY STREET, #400
NEW YORK, NY 10281


MAYER BROWN LLP
COUNSEL TO CAPITAL PARTNERS SECURITIES
ATTN: JOAQUIN M C DE BACA, ESQ.
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1001

# EXHIBIT D

# LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| Email Addresses |
| --- |
| aaaronson@dilworthlaw.com |
| aalfonso@willkie.com |
| abeaumont@fklaw.com |
| abraunstein@riemerlaw.com |
| acaton@kramerlevin.com |
| adarwin@nixonpeabody.com |
| Adiamond@DiamondMcCarthy.com |
| adk@msf-law.com |
| aentwistle@entwistle-law.com |
| aglenn@kasowitz.com |
| agold@herrick.com |
| aisenberg@saul.com |
| akadish@dtklawgroup.com |
| akolod@mosessinger.com |
| alexander.lorenzo@alston.com |
| allison.holubis@wilsonelser.com |
| alum@ftportfolios.com |
| amartin@sheppardmullin.com |
| amcmullen@bradley.com |
| amh@amhandlerlaw.com |
| andrew.joseph@dbr.com |
| andrew.lourie@kobrekim.com |
| andrewtenzer@paulhastings.com |
| angelich.george@arentfox.com |
| angie.owens@skadden.com |
| anthony_boccanfuso@aporter.com |
| aostrow@beckerglynn.com |
| arainone@bracheichler.com |
| arosenblatt@chadbourne.com |
| arthur.rosenberg@hklaw.com |
| arwolf@wlrk.com |
| aschwartz@homerbonner.com |
| aseuffert@lawpost-nyc.com |
| ashmead@sewkis.com |
| asnow@ssbb.com |
| asomers@rctlegal.com |
| aunger@sidley.com |
| austin.bankruptcy@publicans.com |
| avenes@whitecase.com |
| bankruptcy@abernathy-law.com |
| bankruptcy@goodwin.com |

# LEHMAN BROTHERS HOLDINGS INC.

## Case No. 08-13555 - Electronic Mail Master Service List

| |
|---|
| bankruptcy@morrisoncohen.com |
| bankruptcymatters@us.nomura.com |
| barbra.parlin@hklaw.com |
| bbisignani@postschell.com |
| bcarlson@co.sanmateo.ca.us |
| bdemay@hsgllp.com |
| bdk@schlamstone.com |
| benjamin.mintz@apks.com |
| bguiney@pbwt.com |
| BMiller@mofo.com |
| boneill@kramerlevin.com |
| brosenblum@jonesday.com |
| broy@rltlawfirm.com |
| bruce.wright@sutherland.com |
| bsellier@rlrpclaw.com |
| bstrickland@wtplaw.com |
| btrust@mayerbrown.com |
| bturk@tishmanspeyer.com |
| bwolfe@sheppardmullin.com |
| cahn@clm.com |
| canelas@pursuitpartners.com |
| cbelisle@wfw.com |
| cbelmonte@ssbb.com |
| cdesiderio@nixonpeabody.com |
| cfarley@mccarter.com |
| cgoldstein@stcwlaw.com |
| Chad.Husnick@kirkland.com |
| chammerman@paulweiss.com |
| charles@filardi-law.com |
| charles_malloy@aporter.com |
| chemrick@thewalshfirm.com |
| chipford@parkerpoe.com |
| chris.donoho@hoganlovells.com |
| Christopher.Greco@kirkland.com |
| Claude.Montgomery@dentons.com |
| clynch@reedsmith.com |
| cohen@sewkis.com |
| cp@stevenslee.com |
| cparyse@contrariancapital.com |
| craig.goldblatt@wilmerhale.com |
| craigjustinalbert@gmail.com |
| crmomjian@attorneygeneral.gov |

**LEHMAN BROTHERS HOLDINGS INC.**
Case No. 08-13555 - Electronic Mail Master Service List

| |
|---|
| csalomon@beckerglynn.com |
| cschreiber@winston.com |
| cshore@whitecase.com |
| cszyfer@stroock.com |
| cwalsh@mayerbrown.com |
| cward@polsinelli.com |
| cweiss@ingramllp.com |
| dallas.bankruptcy@publicans.com |
| dave.davis@isgria.com |
| david.bennett@tklaw.com |
| david.livshiz@freshfields.com |
| david.powlen@btlaw.com |
| david.wender@alston.com |
| davids@blbglaw.com |
| davidwheeler@mvalaw.com |
| dbarber@sbbolaw.com |
| dbaumstein@whitecase.com |
| dbesikof@loeb.com |
| dblack@hsgllp.com |
| dcimo@gjb-law.com |
| dcoffino@cov.com |
| dcrapo@gibbonslaw.com |
| ddavis@paulweiss.com |
| ddunne@milbank.com |
| deggermann@kramerlevin.com |
| deggert@freebornpeters.com |
| demetra.liggins@tklaw.com |
| dennis.tracey@hoganlovells.com |
| dfelder@orrick.com |
| dflanigan@polsinelli.com |
| dgoldberg@hsgllp.com |
| dhayes@mcguirewoods.com |
| dhealy@hsgllp.com |
| dheffer@foley.com |
| dhw@dhclegal.com |
| djcarragher@daypitney.com |
| djoseph@stradley.com |
| dkessler@ktmc.com |
| dkozusko@willkie.com |
| dlipke@vedderprice.com |
| dmark@kasowitz.com |
| dmcguire@winston.com |

# LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| |
|---|
| dmiller@steinlubin.com |
| dmurray@jenner.com |
| dneier@winston.com |
| dodonnell@milbank.com |
| dpegno@dpklaw.com |
| drosenzweig@fulbright.com |
| drosner@goulstonstorrs.com |
| drosner@kasowitz.com |
| dschiefelbein@mckoolsmith.com |
| dshaffer@wtplaw.com |
| dspelfogel@foley.com |
| dsullivan@hsgllp.com |
| dtheising@harrisonmoberly.com |
| dwdykhouse@pbwt.com |
| dworkman@bakerlaw.com |
| ebcalvo@pbfcm.com |
| ecohen@russellinvestments.com |
| edelucia@hsgllp.com |
| edward.flanders@pillsburylaw.com |
| efisher@binderschwartz.com |
| efleck@milbank.com |
| efriedman@fklaw.com |
| efriedman@friedmanspring.com |
| ekbergc@lanepowell.com |
| eleicht@whitecase.com |
| ellen.halstead@cwt.com |
| emagnelli@bracheichler.com |
| emerberg@mayerbrown.com |
| enid.stuart@ag.ny.gov |
| enkaplan@kaplanlandau.com |
| eobrien@sbchlaw.com |
| etillinghast@sheppardmullin.com |
| evanhorn@grosspolowy.com |
| eweinick@otterbourg.com |
| ezujkowski@emmetmarvin.com |
| farrington.yates@kobrekim.com |
| fcarruzzo@kramerlevin.com |
| ffm@bostonbusinesslaw.com |
| foont@foontlaw.com |
| fsosnick@shearman.com |
| gabriel.delvirginia@verizon.net |
| gary.ravertpllc@gmail.com |

## LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555 - Electronic Mail Master Service List

| |
|---|
| gavin.alexander@ropesgray.com |
| gbray@milbank.com |
| gcacuci@law.nyc.gov |
| ggitomer@mkbattorneys.com |
| ggoodman@foley.com |
| giddens@hugheshubbard.com |
| gkaden@goulstonstorrs.com |
| gklein@mckoolsmith.com |
| glenn.siegel@morganlewis.com |
| gmoss@riemerlaw.com |
| goldenberg@ssnylaw.com |
| gspilsbury@jsslaw.com |
| harrisjm@michigan.gov |
| harveystrickon@paulhastings.com |
| heiser@chapman.com |
| hmagaliff@r3mlaw.com |
| holsen@stroock.com |
| hooper@sewkis.com |
| howard.hawkins@cwt.com |
| howard.seife@nortonrosefulbright.com |
| hseife@chadbourne.com |
| hsnovikoff@wlrk.com |
| info@pwlawyers.com |
| ipetersen@johnstonthomas.com |
| irethy@stblaw.com |
| jacobsonn@sec.gov |
| james.berg@piblaw.com |
| james.mcclammy@dpw.com |
| james.sprayregen@kirkland.com |
| jamesboyajian@gmail.com |
| jamestecce@quinnemanuel.com |
| jar@outtengolden.com |
| jay@kleinsolomon.com |
| jbeemer@entwistle-law.com |
| jbrody@americanmlg.com |
| jbrody@johnstonthomas.com |
| jcarberry@cl-law.com |
| jcdebaca@mayerbrown.com |
| jchristian@tobinlaw.com |
| jdoran@haslaw.com |
| jdwarner@warnerandscheuerman.com |
| jdyas@halperinlaw.net |

**LEHMAN BROTHERS HOLDINGS INC.**

Case No. 08-13555 - Electronic Mail Master Service List

| |
|---|
| jean-david.barnea@usdoj.gov |
| jeanites@whiteandwilliams.com |
| jeannette.boot@wilmerhale.com |
| jeff.wittig@united.com |
| jeldredge@velaw.com |
| jennifer.demarco@cliffordchance.com |
| jennifer.gore@shell.com |
| jg5786@att.com |
| jgenovese@gjb-law.com |
| jguy@orrick.com |
| jhiggins@fdlaw.com |
| jhorgan@phxa.com |
| jhuggett@margolisedelstein.com |
| jim@atkinslawfirm.com |
| jjureller@klestadt.com |
| jlamar@maynardcooper.com |
| jlawlor@wmd-law.com |
| jlee@foley.com |
| jlevitin@cahill.com |
| jlscott@reedsmith.com |
| jmaddock@mcguirewoods.com |
| jmelko@gardere.com |
| jmerva@fult.com |
| jmr@msf-law.com |
| john.beck@hoganlovells.com |
| john.goodchild@morganlewis.com |
| john.monaghan@hklaw.com |
| john.mule@state.mn.us |
| jonathan.goldblatt@bnymellon.com |
| Jonathan.Henes@kirkland.com |
| jorbach@hahnhessen.com |
| joshua.dorchak@morganlewis.com |
| jowen769@yahoo.com |
| joy.mathias@dubaiic.com |
| JPintarelli@mofo.com |
| jporter@entwistle-law.com |
| jprol@lowenstein.com |
| jrabinowitz@rltlawfirm.com |
| jrapisardi@omm.com |
| jrosa@mayerbrown.com |
| jrosenthal@mhlawcorp.com |
| jrsmith@hunton.com |

**LEHMAN BROTHERS HOLDINGS INC.**
Case No. 08-13555 - Electronic Mail Master Service List

| |
|---|
| jschiller@bsfllp.com |
| jschwartz@hahnhessen.com |
| jsheerin@mcguirewoods.com |
| jsherman@bsfllp.com |
| jshickich@riddellwilliams.com |
| jsmairo@pbnlaw.com |
| jtimko@shutts.com |
| judy.morse@crowedunlevy.com |
| jvail@ssrl.com |
| jwcohen@daypitney.com |
| jwest@velaw.com |
| jwh@njlawfirm.com |
| jzulack@fzwz.com |
| kanema@formanlaw.com |
| karen.wagner@dpw.com |
| karl.geercken@alston.com |
| kdwbankruptcydepartment@kelleydrye.com |
| keith.simon@lw.com |
| Kelly.Kleist@solidcounsel.com |
| Ken.Coleman@allenovery.com |
| kerry.moynihan@hro.com |
| kgwynne@reedsmith.com |
| kiplok@hugheshubbard.com |
| kkelly@ebglaw.com |
| kkolbig@mosessinger.com |
| klynch@formanlaw.com |
| kmanka@johnstonthomas.com |
| kobak@hugheshubbard.com |
| korr@orrick.com |
| kovskyd@pepperlaw.com |
| kressk@pepperlaw.com |
| kreynolds@mklawnyc.com |
| krosen@lowenstein.com |
| ksebaski@hsgllp.com |
| kurt.rademacher@morganlewis.com |
| ladler@laniadlerpartners.com |
| Landon@slollp.com |
| lapeterson@foley.com |
| lawallf@pepperlaw.com |
| lawrence.gelber@srz.com |
| lberkoff@moritthock.com |
| Lee.Stremba@troutmansanders.com |

**LEHMAN BROTHERS HOLDINGS INC.**
Case No. 08-13555 - Electronic Mail Master Service List

| |
|---|
| Lee.whidden@dentons.com |
| leo.crowley@pillsburylaw.com |
| lgranfield@cgsh.com |
| lhandelsman@stroock.com |
| lisa.solomon@att.net |
| LJKotler@duanemorris.com |
| lkatz@ltblaw.com |
| LKISS@KLESTADT.COM |
| lmarinuzzi@mofo.com |
| lmcgowen@orrick.com |
| lnashelsky@mofo.com |
| loizides@loizides.com |
| lschweitzer@cgsh.com |
| lspell@abernathy-law.com |
| lucdespins@paulhastings.com |
| mabrams@willkie.com |
| MAOFILING@CGSH.COM |
| marc.roitman@ropesgray.com |
| margolin@hugheshubbard.com |
| mark.bane@ropesgray.com |
| mark.dendinger@bracewell.com |
| mark.ellenberg@cwt.com |
| mark.mckane@kirkland.com |
| mark.salzberg@squirepb.com |
| mark.sherrill@sutherland.com |
| maryann.gagliardi@wilmerhale.com |
| matt@willaw.com |
| matthew.klepper@dlapiper.com |
| maustin@orrick.com |
| mbienenstock@proskauer.com |
| mbloemsma@offitkurman.com |
| mbossi@thompsoncoburn.com |
| mcademartori@sheppardmullin.com |
| mcarthurk@sullcrom.com |
| mcaruso@csglaw.com |
| mccarthyj@sullcrom.com |
| mcolomar@diazreus.com |
| mcordone@stradley.com |
| mcyganowski@oshr.com |
| mdorval@stradley.com |
| melorod@gtlaw.com |
| meltzere@pepperlaw.com |

**LEHMAN BROTHERS HOLDINGS INC.**

Case No. 08-13555 - Electronic Mail Master Service List

| |
|---|
| metkin@lowenstein.com |
| mfeldman@willkie.com |
| mgordon@briggs.com |
| mgreger@allenmatkins.com |
| mh1@mccallaraymer.com |
| mhanin@kasowitz.com |
| mhopkins@cov.com |
| michael.kelly@monarchlp.com |
| michael.kraut@morganlewis.com |
| michael.mccrory@btlaw.com |
| michael.solow@apks.com |
| miller@taftlaw.com |
| mimi.m.wong@irscounsel.treas.gov |
| mitchell.ayer@tklaw.com |
| mitchell.berger@squirepb.com |
| mjedelman@vedderprice.com |
| mlahaie@akingump.com |
| MLandman@lcbf.com |
| mlichtenstein@crowell.com |
| mlynch2@travelers.com |
| mmorreale@us.mufg.jp |
| mneier@ibolaw.com |
| monica.lawless@brookfieldproperties.com |
| mpackman@fisherbrothers.com |
| mparry@mosessinger.com |
| mrosenthal@gibsondunn.com |
| mschimel@sju.edu |
| msegarra@mayerbrown.com |
| mshiner@tuckerlaw.com |
| mshuster@hsgllp.com |
| msolow@kayescholer.com |
| mspeiser@stroock.com |
| mstamer@akingump.com |
| munno@sewkis.com |
| mvenditto@reedsmith.com |
| mwarner@coleschotz.com |
| mwarren@mtb.com |
| nathan.spatz@pillsburylaw.com |
| nbinder@binderschwartz.com |
| nbojar@fklaw.com |
| ncoco@mwe.com |
| ned.schodek@shearman.com |

**LEHMAN BROTHERS HOLDINGS INC.**

Case No. 08-13555 - Electronic Mail Master Service List

| |
|---|
| neil.herman@morganlewis.com |
| neilberger@teamtogut.com |
| ngueron@cgr-law.com |
| nicholas.zalany@squirepb.com |
| nissay_10259-0154@mhmjapan.com |
| nlepore@schnader.com |
| nlieberman@hsgllp.com |
| notice@bkcylaw.com |
| NYROBankruptcy@SEC.GOV |
| otccorpactions@finra.org |
| patrick.miller@FaegreBD.com |
| pbattista@gjb-law.com |
| pbosswick@ssbb.com |
| pdublin@akingump.com |
| peisenberg@lockelord.com |
| peter.gilhuly@lw.com |
| peter.meisels@wilsonelser.com |
| peter.simmons@friedfrank.com |
| peter@bankrupt.com |
| pfeldman@oshr.com |
| pfinkel@wilmingtontrust.com |
| pmaxcy@sonnenschein.com |
| ppascuzzi@ffwplaw.com |
| psp@njlawfirm.com |
| pwright@chapman.com |
| rachel.obaldo@oag.texas.gov |
| raj.madan@skadden.com |
| ramona.neal@hp.com |
| rbeacher@pryorcashman.com |
| rbernard@foley.com |
| rbyman@jenner.com |
| rdaversa@orrick.com |
| relgidely@gjb-law.com |
| rfriedman@silvermanacampora.com |
| rgmason@wlrk.com |
| rgoodman@moundcotton.com |
| rgraham@whitecase.com |
| rhamburg@mayerbrown.com |
| rhett.campbell@tklaw.com |
| richard.lear@hklaw.com |
| richard@rwmaplc.com |
| rick.murphy@sutherland.com |

**LEHMAN BROTHERS HOLDINGS INC.**

Case No. 08-13555 - Electronic Mail Master Service List

| |
|---|
| rleek@HodgsonRuss.com |
| rmatzat@hahnhessen.com |
| rnetzer@willkie.com |
| robert.honeywell@klgates.com |
| Robert.yalen@usdoj.gov |
| Robin.Keller@Lovells.com |
| roger@rnagioff.com |
| rpedone@nixonpeabody.com |
| rrainer@wmd-law.com |
| rroupinian@outtengolden.com |
| rthomas@johnstonthomas.com |
| russj4478@aol.com |
| rweiss@johnstonthomas.com |
| RYaspan@YaspanLaw.com |
| sabin.willett@morganlewis.com |
| sabramowitz@velaw.com |
| sabvanrooy@hotmail.com |
| Sally.Henry@skadden.com |
| scargill@lowenstein.com |
| schager@ssnylaw.com |
| schannej@pepperlaw.com |
| Schepis@pursuitpartners.com |
| schnabel.eric@dorsey.com |
| schristianson@buchalter.com |
| scott.golden@hoganlovells.com |
| scottj@sullcrom.com |
| scottshelley@quinnemanuel.com |
| scousins@armstrongteasdale.com |
| sdnyecf@dor.mo.gov |
| sehlers@armstrongteasdale.com |
| sfalanga@thewalshfirm.com |
| sfineman@lchb.com |
| sfisher@mckoolsmith.com |
| sfox@mcguirewoods.com |
| sgordon@cahill.com |
| sgraziano@blbglaw.com |
| sgubner@ebg-law.com |
| sharbeck@sipc.org |
| shari.leventhal@ny.frb.org |
| skatona@polsinelli.com |
| sleo@bm.net |
| slerman@ebglaw.com |

**LEHMAN BROTHERS HOLDINGS INC.**

Case No. 08-13555 - Electronic Mail Master Service List

| |
|---|
| slerner@ssd.com |
| SLoden@DiamondMcCarthy.com |
| smillman@stroock.com |
| snewman@katskykorins.com |
| soneal@cgsh.com |
| sory@fdlaw.com |
| squsba@stblaw.com |
| SRee@lcbf.com |
| sschultz@akingump.com |
| sselbst@herrick.com |
| sstarr@starrandstarr.com |
| stephen.cowan@dlapiper.com |
| stephen.hessler@kirkland.com |
| steve.ginther@dor.mo.gov |
| steven.usdin@flastergreenberg.com |
| Streusand@slollp.com |
| susheelkirpalani@quinnemanuel.com |
| swolowitz@mayerbrown.com |
| szuber@csglaw.com |
| tannweiler@greerherz.com |
| tbrock@ssbb.com |
| tdewey@dpklaw.com |
| TGoren@mofo.com |
| tgrinsell@hsgllp.com |
| thenderson@americanmlg.com |
| thomas.califano@dlapiper.com |
| timothy.harkness@freshfields.com |
| tkiriakos@mayerbrown.com |
| tlauria@whitecase.com |
| tmacwright@whitecase.com |
| tmm@mullaw.org |
| tnixon@gklaw.com |
| toby.r.rosenberg@irscounsel.treas.gov |
| tomwelsh@orrick.com |
| tsalter@blankrome.com |
| uitkin@kasowitz.com |
| USTP.REGION02@USDOJ.GOV |
| vguldi@zuckerman.com |
| Villa@slollp.com |
| vmilione@nixonpeabody.com |
| vrubinstein@loeb.com |
| wanda.goodloe@cbre.com |

**LEHMAN BROTHERS HOLDINGS INC.**

Case No. 08-13555 - Electronic Mail Master Service List

| |
|---|
| wbenzija@halperinlaw.net |
| wcurchack@loeb.com |
| wfoster@milbank.com |
| will.sugden@alston.com |
| william.hao@alston.com |
| wisotska@pepperlaw.com |
| wmaher@wmd-law.com |
| wmarcari@ebglaw.com |
| wmckenna@foley.com |
| wsilverm@oshr.com |
| wswearingen@beckerglynn.com |
| wtaylor@mccarter.com |
| YUwatoko@mofo.com |

COUNT: 516

**EXHIBIT E**

| EMAIL |
|---|
| FERNANDOSUAYA@GMAIL.COM |
| SHUMLMH@HKBEA.COM |
| daniel.miranda@barclays.com |
| distressedclosers@barclays.com |
| John.M.Parsons@barclays.com |
| SETTLEMENTS@BAUPOST.COM |
| lawrence.lo@hld.com |
| PBSETTLEMENT@DAHSING.COM |
| robyn.parry@db.com |
| christine.wright@db.com |
| janet.young@db.com |
| FERSUAYA@FIBERTEL.COM.AR |
| fernandosuaya@gmail.com |
| LAWRENCE.LO@HLD.COM |
| i97010@firstbank.com.tw |
| ficc-sbd-distressedteam@gs.com |
| OTCops@hbk.com |
| PrimeBrokerage@hbk.com |
| Petra.Blank@hsbc.de |
| joerg.meier@hsbc.de |
| YUKIOMOT@YAHOO.CO.JP |
| OPS@KNIGHTHEAD.COM |
| INFO@KNIGHTHEAD.COM |
| hkpi@netvigator.com |
| CORPORATE.ACTIONS@BANKOFAMERICA.COM |
| ARMEN.A.TUTUYAN@JPMORGAN.COM |
| kubo-hisako@sc.mufg.jp |
| kikuchi-hiroka@sc.mufg.jp |
| agupta@mofo.com |
| KUNIKO.TAKIZAWA@MIZUHO-SC.COM |
| pur_in_fb-payments@mizuho-sc.com |
| pur_in_wsc_debt@mizuho-sc.com |
| pur_in_urid@mizuho-sc.com |
| HIROAKI.USUI@NOMURA.COM |
| mparry@mosessinger.com |
| felsnet@gmail.com |
| Darren.jones2@rbs.com |
| hugo.koller@ubs.com |
| VHCHK@NETVIGATOR.COM |
| cristoforo.pavone@ubs.com |
| mzlatin@odeoncap.com |
| joshua.dorchak@morganlewis.com |
| jcdebaca@mayerbrown.com |
| Garrett.Fail@weil.com |
| Jason.Hufendick@weil.com |
| operation@capital.co.jp |

| |
|---|
| m.saito@capital.co.jp |
| Jennifer.Lobato-Church@natwestmarkets.com |
| hir-tamekuni@ma.hs-sec.co.jp |
| ryo-arashi@ma.hs-sec.co.jp |