# AFFIDAVIT

**STATE OF NEW JERSEY**            )
                                   ) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX** )

I, Blayre Bell, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher

of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout

the United States, and that the notice attached to this Affidavit has been regularly

published in THE WALL STREET JOURNAL for National distribution for

1    insertion(s) on the following date(s):

AUG-17-2020;

ADVERTISER: LEHMAN BROTHERS HOLDINGS INC., et al./LBH;

and that the foregoing statements are true and correct to the best of my knowledge.

*Blayre Bell*

Sworn to before me this
17   day of   August      2020

_____
Notary Public



IAN C MARTIN
NOTARY PUBLIC
ID # 50086494
COMMISSION EXPIRES
7/18/2023
STATE OF NEW JERSEY

# TECHNOLOGY

PERSONAL TECHNOLOGY | By Nicole Nguyen

# Apps Can Help When Work and Life Blur



Nonessential offices in San Francisco closed 22 weeks ago, and my husband and I have been working from home ever since. Early on, sharing our 400-square-foot apartment was a delicate dance.

Wearing noise-canceling headphones for calls made our voices too loud. Two simultaneous Zoom meetings? "Ha!" our feeble home internet cackled, as we watched our video feeds become pixel art.

Balancing work and life is difficult when home, office and school occupy the same space, and long-term remote work isn't working out like we thought it would. Every day can seem like a marathon: nonstop video calls, internet issues, juggling professional responsibilities with house chores and children's schedules.

Technology isn't a panacea, but cleverly designed calendar, reminder and organization apps can help you stay on top of things.

Here are some that are making lives a little easier in these weird times.

◆ **Share your calendar with your partner.** For Google Calendar, open the website (not the app) and, under My Calendar on the left, hover over the calendar you'd like to share. Click the three dots and select "Settings and sharing." Scroll down to "Share with specific people" and add your partner's email address. And yep, it works with corporate G Suite accounts, as long as your admin allows it. You can grant permission to show only free or busy times.

On Outlook.com, click the calendar icon at the bottom of the page and select "Share."





DownDog app helps you squeeze in yoga. Boomerang, an app for Gmail, can drop suggested meeting times into emails. Meeter puts all of your meeting links in one place.

◆ **Make video meeting links easier to find.** Add the Google Calendar or Outlook integrations to Slack. One minute before an event, the app will direct-message a reminder and a link to the meeting, provided you set it as the "location" of the event.

Another solution is Meeter, a free Mac and Windows app that sits in your menu bar and pulls all of your upcoming calls, as well as the corresponding Join links from Zoom, Cisco Webex, Google Meet and others, in one place. It's great for people who frequently join meetings on multiple apps.

◆ **Review your daily agenda on your smart speaker.** Add your Google, Microsoft or iCloud calendars to Alexa in the Alexa App under Settings > Calendar & Email. I have an Echo Dot in my bathroom that I ask, "What's on my calendar?" while I'm brushing my teeth every morning.

Google Home devices can read you your schedule, but only if it's on the Google Calendar associated with their linked account. Frustratingly, you can't add company-managed G Suite or other imported calendars.

◆ **Improve your smart-speaker reminders.** Reminders are great—except when they're constantly making every speaker in your house ring. In Alexa, enable "Link your reminders to your voice," which will send your personal reminders to your phone only. Google Home will only ping your phone if you've created a location-based reminder, like "Remind me to get a scone when I'm at Starbucks."

◆ **Minimize scheduling back-and-forth.** Boomerang is a Gmail app typically used to send emails at a later time. A new feature drops suggested meet times—or a live, updating view of your calendar, showing when you're free or busy—into an email.

Just note, Boomerang needs access to your email.

While it's generally a good idea to limit third-party access to such sensitive data, Google began requiring policy and security reviews of apps that access email data in 2018, making the email app ecosystem safer.

An alternative that doesn't require email access is Calendly. A special Calendly link, which you can easily add to your email, allows people to schedule time on your calendar like an appointment. Because the calendar is connected to your Google, Outlook or iCloud account, you don't have to worry about double bookings.

◆ **Solve for different time zones.** If you're taking the opportunity to work from anywhere in a location far away from company HQ, try the Chrome extension FIO, or Figure It Out, which replaces your default tab with a colorful display of time zones. The darker the color, the later in the day it is in that time zone. The event-creation tool is my favorite—when you set a time for the meeting, the extension will show you the corresponding time in each time zone.

Another helpful tool, especially if you're scheduling an international meeting, is Timeanddate.com, a website that can help you find when working hours overlap.

◆ **Stay on top of children's schedules.** Cozi, a popular family organization app for iOS and Android, combines a shared calendar, shopping list, to-do list and meal planner. Up to 12 people can share one account.

If that app seems too complicated, try color-coding your online calendar instead. "I have personally never found anything that worked as well as Google Calendar," said Jamie Heston, a home-schooling consultant based in California. "Each child has their own color, as do my husband and me. We have a fifth color for things we do as a family."

In Google Calendar, change the color of an event by right-clicking (Control-click on a Mac) and selecting a new hue.

◆ **Auto-sort your shopping list.** There are a lot of task apps out there, but my pick is Any.Do for this one reason: It organizes groceries by category ("Baked goods," "Dairy & cheese," etc.), which makes grocery-store runs more efficient and therefore less risky.

◆ **And when the day is done: Chill out, no matter how little time you have.** DownDog is an Android and iOS app that has helped me squeeze in yoga whenever I can. You can input your preferences for length—as little as four minutes, or as long as 90 minutes—your skill level, and area of focus. Then the app will generate a practice for you, based on those selections. You can save money (up to 30%, due to App Store commission fees) by subscribing on the website, where it costs $40 a year or $8 a month.





Shelter-in-place orders initially drove up internet usage, which later slipped as orders relaxed, school semesters ended and the weather warmed up.

**Change in broadband usage compared with week of March 1**

Upstream (sending data from computer)  Downstream (receiving)  Stay-at-home order in effect

[Charts showing broadband usage by state: New York, New Jersey, Connecticut, Maine, Rhode Island, Vermont, California, Florida, Texas, Ohio, Michigan, Illinois — April through July]

Source: NCTA—The Internet & Television Association          Sawyer Click/THE WALL STREET JOURNAL

## Broadband Usage Increased

*Continued from page B1*

Most providers usually have a year or more of additional capacity built into the network to ensure there won't be major slowdowns. Since the beginning of the pandemic, that cushion shrank considerably, but the relative slowdown in internet usage over the summer allowed for some providers to regain some of that headway.

"Yes, overall usage eased in the second quarter, but nothing is forever in this pandemic," said Mark Trudeau, chief executive of the broadband data firm OpenVault. He said the rest of the year might look different, citing the increase in upstream usage, a consumer shift to higher speeds and other question marks such as distance learning, continued work from home and the growing number of Covid-19 cases in some U.S. states.

"These are all flashing signals that higher consumption levels lie ahead," Mr. Trudeau said.



**Create Your Own WSJ Portrait**

The signature portrait style of your favorite Journal authors is now exclusively available to WSJ members. Use our AI-powered tool and upload a photo of yourself to create your own WSJ Portrait.

Make Your Portrait at **aiportrait.wsj.com**

THE WALL STREET JOURNAL.

© 2020 Dow Jones & Co., Inc. All rights reserved. 3DJ7953

---

ADVERTISEMENT

**The Marketplace**
To advertise: 800-366-3975 or WSJ.com/classifieds

**AVIATION**

Own 50% Of 2017 Hondajet For $1,350,000! Looking for Wisconsin based partner
Please e-mail layo@dynamicintl.com if interested

**BUSINESS OPPORTUNITIES**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
In re:                    Chapter 11 Case No.
LEHMAN BROTHERS     08-13555 (SCC)
HOLDINGS INC., et al.  (Jointly Administered)
              Debtors.
NOTICE OF AMENDMENT
TO PLAN TRUST AGREEMENT
ATTENTION HOLDERS OF RECORD OF STOCK OF LEHMAN BROTHERS HOLDINGS INC. (INCLUDING ANY PERMITTED SUCCESSOR THEREOF) AS OF MARCH 6, 2012:
PLEASE TAKE NOTICE THAT by unanimous written consent, dated July 15, 2020, the trustees under the Plan Trust Agreement, dated and effective as of March 6, 2012, by and among Lehman Brothers Holdings Inc. and such trustees (the "**Plan Trust Agreement**"), voted unanimously to approve an amendment to section 7.1(a) of the Plan Trust Agreement (the "**Plan Trust Amendment**") to provide that the plan trust shall terminate on the earlier of: (i) thirty (30) days after the final distribution of all of the stock distributions in accordance with the terms of the trust agreement, the plan and the confirmation order and the cancellation of the plan trust stock and (ii) December 6, 2025.
PLEASE TAKE FURTHER NOTICE THAT upon the Motion of Lehman Brothers Holdings Inc. for Approval of the Plan Trust (the "**Motion**"), on August 13, 2020, the United States Bankruptcy Court for the Southern District of New York, having jurisdiction over the chapter 11 cases of Lehman Brothers Holdings Inc. and its debtor affiliates, entered an order approving the Plan Trust Amendment.
PLEASE TAKE FURTHER NOTICE THAT upon publication of this notice, pursuant to section 8.1 of the Plan Trust Agreement, the amendment has become effective.
Dated: August 13, 2020, New York, New York
     Lehman Brothers Holdings Inc.,
                    Plan Administrator

**BUSINESS OPPORTUNITIES**

**BUSINESS FOR SALE**
If you have 10 Mil,
This Melbourne FL. Company
will earn 1 mil/yr.
Secured by Real Estate,
Work from home.
Omer S. Bader | President
Bader's Financial Center Inc.
305-310-1018

**Business Buyer, not Broker**
Hi, my name is Jacob Smith and *I want to buy your business*. I'm not a broker, *I'm a buyer*. I'm young, but serious about buying a business soon and promise not to waste your time.
Reach out at:
Sell2Jacob@gmail.com

USA Texas Horizontal Oil & Gas Developer seeking investor to provide a $6.7MM no risk deposit for 14 month period earning total of 21% interest paid at 1.50% per month and underwritten by Lloyds or Brinks. Equity source direct contact preferred/brokers with serious investors only please.
bharveston@santafepetro.com or
972.333.0000

THE WALL STREET JOURNAL.
**THE MARKETPLACE**
(800) 366-3975 | sales.mart@wsj.com
© 2020 Dow Jones & Company, Inc.
All Rights Reserved.



**The New York Times**
620 8TH AVENUE · NEW YORK, NY 10018

# PROOF OF PUBLICATION

Aug-17, 20**20**

I, Edgar Noblesala, in my capacity as a Principal Clerk of the Publisher of *The New York Times*, a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of *The New York Times* on the following date or dates, to wit on

Aug 17, 2020, NYT, pg B5

Sworn before me the

17 day of August, 2020.

_____
Notary Public

JAMES W SAPP
Notary Public, State of New York
NO. 01SA6190150
Qualified in New York County
Commission Expires 07/14/2024

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al. | 08-13555 (SCC) (Jointly Administered) |
| Debtors. | |

**NOTICE OF AMENDMENT TO PLAN TRUST AGREEMENT**
ATTENTION HOLDERS OF RECORD OF STOCK OF LEHMAN BROTHERS HOLDINGS INC. (INCLUDING ANY PERMITTED SUCCESSOR THEREOF) AS OF MARCH 6, 2012:

**PLEASE TAKE NOTICE THAT** by unanimous written consent, dated July 15, 2020, the trustees under the Plan Trust Agreement, dated and effective as of March 6, 2012, by and among Lehman Brothers Holdings Inc. and such trustees (the "**Plan Trust Agreement**"), voted unanimously to approve an amendment to section 7.1(a) of the Plan Trust Agreement (the "**Plan Trust Amendment**") to provide that the plan trust shall terminate on the earlier of: (i) thirty (30) days after the final distribution of all of the stock distributions in accordance with the terms of the trust agreement, the plan and the confirmation order and the cancellation of the plan trust stock and (ii) December 6, 2025.

**PLEASE TAKE FURTHER NOTICE THAT** upon the *Motion of Lehman Brothers Holdings Inc. for Approval of the Plan Trust Amendment and Extension of the Plan Trust* (the "**Motion**"), on August 13, 2020, the United States Bankruptcy Court for the Southern District of New York, having jurisdiction over the chapter 11 cases of Lehman Brothers Holdings Inc. and its debtor affiliates, entered an order approving the Plan Trust Amendment.

**PLEASE TAKE FURTHER NOTICE THAT** upon publication of this notice, pursuant to section 8.1 of the Plan Trust Agreement, the amendment has become effective.
Dated: August 13, 2020, New York, New York

Lehman Brothers Holdings Inc., Plan Administrator