Presentment Date: October 21, 2020
Presentment Time: 10:00a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
In re

   LEHMAN BROTHERS HOLDINGS, INC., et al.,

     Debtor

---------------------------------------------------------

Case No. 08-13555
Chapter 11

Assigned to:
Hon. Shelley C. Chapman
Bankruptcy Judge

NOTICE OF PRESENTMENT OF
STIPULATION, AGREEMENT AND ORDER
GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that upon the Stipulation dated September 18, 2020, filed on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper, or successor or assigns ("Secured Creditor"), the undersigned will present the attached proposed order to the Honorable Shelley C. Chapman, Courtroom 623, One Bowling Green, New York, NY 10004-1408 for signature on October 21, 2020 at 10:00 A.M. without hearing.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to (1) the Bankruptcy Judge's chambers and (2) the undersigned by the presentment date and time, there will not be a hearing and the order will be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify all parties of the date and time of the hearing.

Dated: September 18, 2020


*/s/ Melissa S. DiCerbo*
Melissa S. DiCerbo, Esq.
McCabe, Weisberg & Conway, PC
145 Huguenot Street, Suite 210
New Rochelle, New York 10801
914-636-8900