Rex Wu
6315 N Campbell
Chicago, IL 60659
312-785-0348
rex_wu@live.com

## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Lehman Brothers Holdings INC., et al,** ) | Case No.: 08-13555 (SCC) |
| ) | |
| **Debtors.** ) | **(Jointly Administered)** |
| ) | |

## NOTICE REGARDING THE IMPORTANT CONVENANT(S) OF LEHMAN BROTHERS HOLDINGS INC. AND CERTAIN UK LITIGATION(S)

PLEASE TAKE NOTICE that the Debtor, the Plan Administrator and the Honorable Court were all notified and presented with the details of the Important Covenant(s) of Lehman Brothers Holdings Inc and the details of the "Guarantee" relating to the Lehman Brothers Holdings Inc. Capital Trusts III, IV, V and VI as stated on previous communications and filings with the Honorable Court. All the communications were submitted to the honorable court and docketed.

The Important Covenant(s) of LBHI and the "Guarantee" are effective as of the effective date of the "PLAN" (Docket #23023-1). If there are distributions and transaction made since the effective date of the "PLAN" that violates the Important Covenant(s) of LBHI and the "GUARANTEE", the Debtor and the Plan Administrator have the obligation to correct those transactions.

Otherwise, LBHI is in violation of the "PLAN" and the status of the bankruptcy is in question. It is the responsibility of the Honorable Court to ensure that the "PLAN" and all the provisions of the bankruptcy are followed and not violated when the issue is brought to the attention to the court. The Important Covenant(s) of LBHI and the "Guarantee" have been effective since the effective date of the "PLAN" and is the responsibility of the Honorable Court, Debtor and Plan Administrator to enforce the "PLAN."

In regards to the UK Litigation (Docket #60706, Exhibit A), it is the responsibility of the Debtor and the Plan Administrator to ensure that there are not transactions made or will be made on the subordinated debts listed on Exhibit A that will violate the Important Covenants of LBHI and the "Guarantee." The Debtor and the Plan Administrator should know what is being distributed and transacted in regards to Exhibit A. It is their responsibility.

Respectfully Submitted,

Dated this 20th day of September, 2020

/s/ Rex Wu
Rex Wu
6315 N Campbell
Chicago, IL 60659
(312)785-0348