UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. |  |

**SECOND AMENDED ALTERNATIVE DISPUTE RESOLUTION
PROCEDURES ORDERS FOR INDEMNIFICATION CLAIMS OF
THE DEBTORS AGAINST CERTAIN MORTGAGE LOAN SELLERS**

Upon the motion of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator, for Leave to Amend and Extend the Scope of the Alternative Dispute Resolution Procedures Orders For Indemnification Claims of the Debtors Against Mortgage Loan Sellers, dated October 1, 2018 [Docket No. 58858] (the "Motion"),[1] for the amendment of, *inter alia*, Alternative Dispute Resolution Procedures Order For Indemnification Claims of the Debtors Against Mortgage Loan Sellers [Docket No. 45277] (the "ADR Order"), in the chapter 11 cases of LBHI and its affiliated debtors (collectively, the "Debtors"), all as more fully described in the Motion, and the Court having previously granted the relief stated in the Motion by entry of the Amended Alternative Dispute Resolution Procedures Orders for Indemnification Claims of the Debtors Against Certain Mortgage Loan Sellers [Docket No. 59085] (the "Amended ADR Order"), and the Plan Administrator and Additional Seller (defined below) having conferred and agreed to the relief sought below,

**IT IS HEREBY FOUND AND DETERMINED THAT THE AMENDED ADR ORDER IS AMENDED AS FOLLOWS:**

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

A. The Amended ADR Order is expanded to apply to Residential Home Funding Corp., (the "Additional Seller").

B. Schedule B to the Amended ADR Order is amended to remove the Additional Seller.

C. With respect to the Additional Seller only, the second sentence of paragraph 10(c) of the Amended ADR Order shall be amended as follows: "Within five (5) calendar days upon the request of LBHI, the Seller shall serve upon LBHI a list of four proposed mediators from those listed on Schedule A and LBHI will select a mediator from the list served by the Seller. Should the Seller fail to timely provide the proposed list of mediators, LBHI shall select a mediator from Schedule A."

D. With respect to the Additional Seller only, paragraph 10(d) of the Amended ADR Order shall be amended and restated as follows: "The parties may agree to make reasonable accommodations to conduct virtual mediation proceedings in light of the ongoing pandemic due to COVID-19. Should such virtual mediation proceedings prove unsuccessful, the parties will take reasonable steps to conduct in-person mediation proceedings in New York, New York."

E. All other aspects of the Amended ADR Order shall remain in effect.

**IT IS SO ORDERED:**

September 21, 2020
New York, New York

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE