**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

In re

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*

Debtors.

-------------------------------------------------------------------- x

:    **Chapter 11**
:
:    **Case No. 08-13555 (SCC)**
:
:    **(Jointly Administered)**
:
:    **Ref. Docket No. 60769,**
:    **60774, 60775, 60776, 60777,**
:    **60778, 60779, 60780, 60781,**
:    **60783, 60784, 60785, 60786,**
     **60787, 60788, 60789, 60790,**
     **60791, 60792, 60793, 60794,**
     **60795, 60796, 60798, 60799,**
     **60800, 60802, 60804, 60805,**
     **60806, 60807, 60808, 60809,**
     **60810, 60811, 60812, 60813,**
     **60814, 60815, 60816, 60817,**
     **60818, 60819, 60820, 60821,**
     **60822, 60823, 60825, 60826,**
     **60827, 60828, 60829, 60830,**
     **60831, 60832, 60833, 60834,**
     **60835, 60836, 60837, 60838,**
     **60839, 60840, 60841, 60842,**
     **60843, 60844, 60845, 60846,**
     **60847, 60848**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

GEOFF ZAHM, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 31, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 31, 2020, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed

securely in separate postage pre-paid envelopes and delivered via first class mail to those
parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                        */s/ Geoff Zahm*
                                                        Geoff Zahm


Sworn to before me this
24nd day of September, 2020
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

\\p054ebsfile01\ebs\ClientInfo\Clients\LBH\Affidavits\Transfer Affidavits\Transfer Notices (Processed 8-13 through 8-30)_AFF_8-31-
20_AS.docx

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,      **transferor**      refers to the claimant who is selling or otherwise assigning its claim.  While      **transferee**      refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000174964910 ***            LBH TRFNTC (MERGE2, TXNUM2) 4000161038



AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C.
TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION
ATTN: ALEX VAN LEYEN
WHITEHALL MANSIONS
TA'XBIEX SEAFRONT
TA'XBIEX XBX 1026
 MALTA

Please note that your claim # 35538 in the above referenced case and in the amount of
$66,909.20 allowed at $57,573.53 has been transferred (unless previously expunged by court order)

AMSTEL DYNAMIC FUND
TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C.
LEVEL 2, VISION EXCHANGE BLDG
TERRITORIALS ST, ZONE 1, CBD
BIRKIRHARA CBD 1070
 MALTA

No action is required if you do not object to the transfer of your claim.  However      **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      60775      in your objection.  If you file an objection, a hearing will be scheduled.      **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/31/2020            Vito Genna, Clerk of Court

/s/Andrea Speelman

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 31, 2020.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | TRANSFEROR: NOTENSTEIN PRIVATBANK AG, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | TRANSFEROR: HELANTO KAPTEIN INVEST AG, ATTN: ALEX VAN LEYEN, LEVEL 2, VISION EXCHANGE BUILDING, TERRITORIALS STREET, MRIEHEL BKR 3000  MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | TRANSFEROR: TRENCH CAPITAL PARTNERS LLP, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, GROUND FLOOR OFFICE, TA'XBIEX SEAFRONT XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| PLC | WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C., LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C., LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C., LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C., LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C., LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C., LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C., LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C., LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C., LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C., LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C., LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C., LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC, LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC, LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC, LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC, LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC, LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC, LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC, LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC, LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC, LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC, LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC, LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC, LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC, LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC, LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC, LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC, LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| AMSTEL DYNAMIC FUND | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC, LEVEL 2, VISION EXCHANGE BLDG, TERRITORIALS ST, ZONE 1, CBD, BIRKIRHARA CBD 1070 MALTA |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: VARIOUS ATTN: SUSAN MORIELLO, C/O ANCHORAGE CAPITAL GROUP, LLC, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | ATTN: ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVE, NEW YORK, NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | 190 ELGIN AVENUE, GEORGETOWN, GRAND CAYMAN KY1-9005 CAYMAN ISLANDS |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: ANCHORAGE CAPITAL MASTER OFFSHORE, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT SNOW, C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| HBK MASTER FUND, L.P. | TRANSFEROR: SEAPORT LOAN PRODUCTS LLC, C/O HBK SERVICES LLC, 2300 NORTH FIELD ST, STE 2200, DALLAS, TX 75201 |
| JSCC HOLDINGS LLC | TRANSFEROR: QPTF LLC, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVE, FLOOR 40, NEW YORK, NY 10106 |
| LUZERNER KANTONALBANK AG | TRANSFEROR: UBS AG, PILATUSSTRASSE 12, LUZERN CH-6002 SWITZERLAND |
| LUZERNER KANTONALBANK AG | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., LEGAL & COMPLIANCE DEPARTMENT, ATTN: PETER FELDER, PILATUSSTRASSE 42, LUZERN CH-6002 SWITZERLAND |
| MELWANI, ASHA DILIP & DILIP MULCHAND | TRANSFEROR: CREDIT SUISSE, 278 OCEAN DRIVE #05-23, THE COAST @ SENTOSA COVE, SINGAPORE 098450 SINGAPORE |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, C/O SOROS FUND MANAGEMENT LLC, ATTN: THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PCI FUND, LLC | TRANSFEROR: VARIOUS, C/O ANCHORAGE CAPITAL GROUP, L.L.C., ATTN: SUSAN MORIELLO, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| PCI FUND, LLC | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: VARIOUS, C/O SOROS FUND MANAGEMENT LLC, ATTN: THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | JESSICA ETRA, ESQ. & RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QUANTUM PARTNERS LP | C/O SOROS FUND MANAGEMENT LLC, ATTN: THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| SEAPORT LOAN PRODUCTS LLC | TRANSFEROR: VARIOUS, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW YORK, NY 10017 |

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| UBS SWITZERLAND, AG | TRANSFEROR: LUZERNER KANTONALBANK AG, BAHNHOFSTRASSE 45, 8001 ZURICH SWITZERLAND |
| UBS SWITZERLAND, AG | TRANSFEROR: LUZERNER KANTONALBANK AG, BAHNHOFSTR. 45, 8001 ZURICH  SWITZERLAND |
| WARBLER RUN I & II, LLC | TRANSFEROR: VARIOUS, C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 |

**Total Creditor Count 83**