**Hearing Date and Time: October 6, 2020 at 10:00 a.m.**

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg, Esq.
Scott Davidson, Esq.

*Attorneys for Lehman Brothers Holdings Inc.,
As Plan Administrator*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
In re:                                                         :         Chapter 11
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**   :         Case No. 08-13555 (SCC)
                                                               :
                                        Debtors.               :
------------------------------------------------------------------X

### <u>AMENDED</u> NOTICE OF HEARING ON MOTION FOR ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDER IN CONNECTION WITH CLAIMS HELD BY LEHMAN BROTHERS HOLDINGS INC. REGARDING EXCESS PAYMENTS RECEIVED BY CLAIMANTS ON ACCOUNT OF GUARANTEE CLAIMS

**PLEASE TAKE NOTICE** that on August 31, 2020, Lehman Brothers Holdings Inc. ("**LBHI**" or the "**Plan Administrator**"), as Plan Administrator for the entities in the above referenced chapter 11 cases, filed a motion [ECF No. 60863] for an alternative dispute resolution procedures order in connection with LBHI's claims against claimants who received excess payments on account of certain allowed guarantee claims (the "**Motion**"), and that a hearing (the "**Hearing**") to consider the Motion will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "**Court**"), One Bowling Green, New York, New York 10004, on **October 6, 2020, at 10:00 a.m. (Eastern Time)**.

The Hearing will be held telephonically and parties may register to participate or listen in via Court Solutions at www.court-solutions.com.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing telephonically, and failure to appear may result in relief being granted or denied upon default.

Dated: New York, New York
September 30, 2020

KING & SPALDING LLP

By:   /s/ Arthur Steinberg
Arthur Steinberg
Scott Davidson
1185 Avenue of the Americas
New York, NY  10036
(212) 556-2100

*Attorneys for Lehman Brothers Holdings Inc., as Plan Administrator*