STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
Mark A. Speiser
Claude G. Szyfer
Sherry J. Millman
Patrick N. Petrocelli

*Attorneys for Mizuho Securities Co., Ltd.*

| | |
|---|---|
| **In re:**<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13555 (SCC)** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        : ss.:
COUNTY OF NEW YORK  )

David Mohamed, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On September 29, 2020, affiant caused to be served a true and correct copy of Objection of Mizuho Securities Co., Ltd. to Motion for Alternative Dispute Resolution Procedures Order in Connection with Claims held by Lehman Brothers Holdings Inc. Regarding Excess Payments received by Claimants on Account of Guarantee Claims [ECF No. 60881], by overnight mail upon:

NY 78251060v1

King & Spalding LLP
Attn.: Arthur Steinberg, Esq. and Scott Davidson, Esq.
1185 Avenue of the Americas
New York, New York 10036

/s/ David Mohamed
David Mohamed

Sworn to before me this
2nd day of October, 2020

/s/ Shawn A. Bannister
NOTARY PUBLIC

Shawn A. Bannister
Notary Public, State of New York
No. 01BA5027453
Qualified in Richmond County
Commission Expires May 9, 2022