B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.    Case No. 08-13555 (JMP) (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

MWM Investments, Ltd.
Name of Transferee

Banesco Banco Universal S.A.C.A.
Name of Transferor

Name and Address where notices to transferee should be sent:

MWM Investments Ltd.
C/O Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Attn: Bennett S. Silverberg, Esq.
Gerard T. Cicero, Esq.

Court Claim # (if known): 62786

Amount of Claim: Only that portion of claim number 62786 relating to ISIN XS0336130835

Date Claim Filed: November 2, 2009

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By _____    Date: 09/30/2020
Transferee/Transferee's Agent
Name: Marlo ovalles
Title: Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                              : Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*             : 08-13555 (JMP)
                                                    :
                    Debtors.                        : (Jointly Administered)

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY PURSUANT TO RULE 3001(e)

Reference is made to (i) proof of claim number 62786 (the "Claim") filed on November 2, 2009 against Lehman Brothers Holdings Inc. ("LBHI") by Lehman Brothers International (Europe) (in administration) with respect to several Lehman Program Securities, and (ii) notice of partial transfer of the Claim filed by Banesco Banco Universal S.A.C.A. ("Assignor") on February 12, 2014.

PLEASE TAKE NOTICE that Assignor's portion of the Claim, which solely relates to the nominal amount of ISIN XS0336130835 bearing blocking number 6032415 (the "Transferred Claim"), has been transferred and assigned to MWM Investments, Ltd. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the Transferred Claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure. Assignor stipulates that the transfer and assignment is an unconditional assignment and the Assignee herein is the valid owner of the Transferred Claim. All future payments and distributions, and all notices and other communications, in respect of the Transferred Claim are requested to be made or given to the Assignee.

ASSIGNEE: MWM Investments, Ltd.

Address: Suite 1, Ground Floor, The Financial Services Centre, Bishop's Court Hill, St.Michael, Barbados 14004

Signature: _____

Name: Marlo Ovalles
Title: Director
Date: 09/30/2020

63482996 v5

ASSIGNOR: Banesco Banco Universal S.A.C.A.

Address: Avenida Principal De Bello Monte Entre Calles Lincoln Y Sorbona Edificio Ciudad Banesco, Piso 3 Caracas, Venezuela

Signature: _____

Name: MARCO ORTEGA
Title: LEGAL COUNSELOR
Date: 09/30/2020