B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

<u>In re Lehman Brothers Holdings Inc., et al.</u>    Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>MWM Investments, Ltd.</u><br>Name of Transferee | <u>Banesco Banco Universal S.A.C.A.</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>MWM Investments Ltd.<br>C/O Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>Attn: Bennett S. Silverberg, Esq.<br>Gerard T. Cicero, Esq. | Court Claim # (if known): <u>62723</u><br><br>Amount of Claim: <u>Three-Year Venezuelan Bolivar Fuerte Linked Note, issued by Lehman Brothers Holdings Inc. due January 7, 2009, in the claim amount of $15,500,000</u><br><br>Date Claim Filed: <u>November 2, 2009</u> |
| Name and Address where transferee payments should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By _____/s/ Marlo Ovalles_____    Date: <u>09/30/2020</u>
Transferee/Transferee's Agent
Name: <u>Marlo Ovalles</u>
Title: <u>Director</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                           : Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,           : 08-13555 (JMP)
                                                 :
            Debtors.                             : (Jointly Administered)

---

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY PURSUANT TO RULE 3001(e)

Reference is made to (i) proof of claim number 62723 (the "Claim") filed on November 2, 2009 against Lehman Brothers Holdings Inc. ("LBHI") by Banesco Holdings C.A. with respect to several Lehman Program Securities, and (ii) notice of partial transfer of the Claim filed by Banesco Banco Universal S.A.C.A. ("Assignor") on December 11, 2013.

PLEASE TAKE NOTICE that Assignor's portion of the Claim, which solely relates to the Three-Year Venezuelan Bolivar Fuerte Linked Note due January 7, 2009, issued by LBHI (the "Transferred Claim"), has been transferred and assigned to MWM Investments, Ltd. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the Transferred Claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure. Assignor stipulates that the transfer and assignment is an unconditional assignment and the Assignee herein is the valid owner of the Transferred Claim. All future payments and distributions, and all notices and other communications, in respect of the Transferred Claim are requested to be made or given to the Assignee.

| ASSIGNEE: MWM Investments, Ltd. | ASSIGNOR: Banesco Banco Universal S.A.C.A. |
|---|---|
| Address: Suite 1, Ground Floor, The Financial Services Centre, Bishop's Court Hill, St.Michael, Barbados 14004 | Address: Avenida Principal De Bello Monte Entre Calles Lincoln Y Sorbona Edificio Ciudad Banesco, Piso 3 Caracas, Venezuela |
| Signature: | Signature: |
| Name: Marlo Ovalles | Name: Marco Ortega |
| Title: Director | Title: Legal Counselor |
| Date: 09/30/2020 | Date: 09/30/2020 |

63482995 v4