UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                                              :       Chapter 11 Case No.
                                                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :       08-13555 (SCC)
                                                                                        :
                              Debtors.                                     :       (Jointly Administered)
------------------------------------------------------------------x

## NOTICE OF PARTIAL WITHDRAWAL OF CLAIM 56669

Reference is made to proof of claim number 56669 (the "**Claim**") against Lehman Brothers Holdings Inc. ("**LBHI**") held by The Hongkong and Shanghai Banking Corporation Limited. ("**HSBC**").

PLEASE TAKE NOTICE that, through their undersigned authorized representative, HSBC hereby withdraws the portion or portions of the Claim identified in <u>Exhibit A</u> attached hereto (the "**Withdrawn Portion**") and authorizes and directs Epiq Bankruptcy Solutions LLC, LBHI's claims and noticing agent, to update the official claims register for LBHI to reflect such withdrawal. For the avoidance of doubt, HSBC does not seek to withdraw any part of the Claim other than the Withdrawn Portion.

Dated: October 15, 2020
          New York, New York

                                                                            Jonathan Cho
                                                                            ALLEN & OVERY LLP
                                                                            1221 Avenue of the Americas
                                                                            New York, New York 10020
                                                                            Telephone: (212) 610-6300
                                                                            Facsimile: (212) 610-6399

                                                                            *Attorneys for The Hongkong and Shanghai Banking Corporation Limited*

RESTRICTEDE2.275175

**EXHIBIT A**

| Description of Security | ISIN | Issuer | Guarantor | Principal Amount Withdrawn* |
|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY CO B.V 1Y CDA STK 1398-5.343 2628-39.00 29% 30OCT2008 | XS0327235783 | LEHMAN BROTHERS TREASURY CO BV | LEHMAN BROTHERS HOLDINGS INC | AUD 300,000 |

\* No portion of the Claim, whether relating to ISIN XS0327235783 or otherwise, is being withdrawn in excess of the principal amount in this column.

RESTRICTEDE2.275175