**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Chapter 11 |
| Debtors, | Case No. 08-13555 (SCC) |

---

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., | |
| Plaintiff, | Adv. Pro. No. 16-01019 (SCC) |
| v. | |
| 1st ADVANTAGE MORTGAGE, L.L.C. *et al.*, | |
| Defendants. | |

---

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., | |
| Plaintiff, | Adv. Pro. No. 19-01009 (SCC) |
| v. | |
| ARK-LA-TEX FINANCIAL SERVICES, LLC, | |
| Defendant. | |

---

### NOTICE OF WITHDRAWAL (MARK J. CARPENTER)

His client having been dismissed from this matter, attorney Mark J. Carpenter hereby notifies the Court that he is withdrawing from this matter and wishes to be taken off the list of attorneys receiving ECF notices on Case No. 08-13555-scc.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 16, 2020 | /s Mark J. Carpenter<br>Mark J. Carpenter, Minn. Bar #252189*<br>CARPENTER LAW FIRM PLLC<br>7400 Metro Blvd., Suite 330<br>Edina, MN 55439<br>mark@carpenter-law-firm.com<br>Phone: (952) 921-7340<br>*admitted *pro hac vice* |
|  | Attorney for Defendant Ark-La-Tex Financial Services, LLC |