# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., *et al*.
Case No. 08-13555 (SCC) (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| **BKM HOLDINGS (CAYMAN) LTD.** | **SEAPORT LOAN PRODUCTS LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Walkers Corporate Limited
Cayman Corporate Centre
27 Hospital Road
George Town, Grand Cayman KY1-9008
Cayman Islands

Court Claim # (if known): 59006
Amount of Claim Transferred: $1,774,999.00
Date Claim Filed: October 30, 2009
Debtor: Lehman Commercial Paper Inc.

Last Four Digits of Acct. #: N/A

*With a copy to:*
c/o Davidson Kempner Capital Management
520 Madison Avenue, 30th Floor
New York, New York 10022

Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**BKM HOLDINGS (CAYMAN) LTD.**
**By:    Davidson Kempner Capital Management LP,**
         **its Investment Manager**

By: *AVRAM Z FRIEDMAN*    Date: 10/15/20
Name: AVRAM Z FRIEDMAN
Title: Managing Member

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

SGL / ATCA / 590-154 v.1

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**SEAPORT LOAN PRODUCTS LLC ("Seller")**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **BKM HOLDINGS (CAYMAN) LTD. ("Buyer"), $1,774,999.00** of all right, title and interest in and to the claims of Seller against LEHMAN COMMERCIAL PAPER INC. docketed as Claim No. **59006** (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (SCC) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 15th day of october, 2020.

SELLER:

**SEAPORT LOAN PRODUCTS LLC**

By: _____
Name: Jonathan Silverman
Title: General Counsel

BUYER:

**BKM HOLDINGS (CAYMAN) LTD.**
**By:** Davidson Kempner Capital Management LP,
its Investment Manager

By: _____
Name: AVRAM Z FRIEDMAN
Title: Managing Member

SGL / ATCA / 590-154 v.1