UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
: Chapter 11
In re :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 60852,
:
: 60892-60894
------------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 21, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 21, 2020, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

          */s/ Geoff Zahm*
          Geoff Zahm

Sworn to before me this
29th day of October, 2020
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000179878321 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 28583



BANESCO BANCO UNIVERSAL S.A.C.A.
C/O BROWN RUDNICK LLP
ATTN: CLARA KRIVOY
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BANESCO BANCO UNIVERSAL S.A.C.A.
TRANSFEROR: BANESCO HOLDINGS CA
ATTN: MARCO TULIO ORTEGA
AVENIDA PRINCIPAL DE BELLO MONTE
ENTRE CALLES LINCOLN Y SORBONA
EDIFICIO CIUDAD BANESCO, PISO 3
CARACAS
 VENEZUELA

Please note that your claim # 62723-03 in the above referenced case and in the amount of $15,500,000.00 allowed at $11,698,920.00 has been transferred (unless previously expunged by court order)

MWM INVESTMENTS, LTD
TRANSFEROR: BANESCO BANCO UNIVERSAL S.A.C.A.
C/O BROWN RUDNICK LLP
ATTN: BENNETT SILVERBERG/GERARD CICERO
SEVEN TIMES SQUARE
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    60893    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/21/2020              Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 21, 2020.

**Exhibit B**

| Claim Name | Address Information |
|---|---|
| BANESCO BANCO UNIVERSAL S.A.C.A. | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), ATTN: MARCO TULIO ORTEGA, AVENIDA PRINCIPAL DE BELLO MONTE, ENTRE CALLES LINCOLN Y SORBONA, EDIFICIO CIUDAD BANESCO, PISO 3, CARACAS   VENEZUELA |
| BANESCO BANCO UNIVERSAL S.A.C.A. | C/O BROWN RUDNICK LLP, ATTN: CLARA KRIVOY, SEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| BANESCO BANCO UNIVERSAL S.A.C.A. | TRANSFEROR: BANESCO HOLDINGS CA, ATTN: MARCO TULIO ORTEGA, AVENIDA PRINCIPAL DE BELLO MONTE, ENTRE CALLES LINCOLN Y SORBONA, EDIFICIO CIUDAD BANESCO, PISO 3, CARACAS   VENEZUELA |
| BANESCO BANCO UNIVERSAL S.A.C.A. | C/O BROWN RUDNICK LLP, ATTN: CLARA KRIVOY, SEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| LONDON INTERNATIONAL CAPITAL LTD. | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: MARCUS VON THIELE, 20-22 WENLOCK ROAD, LONDON N1 7GU UNITED KINGDOM |
| LONDON INTERNATIONAL CAPITAL LTD. | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: MARCUS VON THIELE, 20-22 WENLOCK ROAD, LONDON N1 7GU UNITED KINGDOM |
| MWM INVESTMENTS, LTD | TRANSFEROR: BANESCO BANCO UNIVERSAL S.A.C.A., C/O BROWN RUDNICK LLP, ATTN: BENNETT SILVERBERG/GERARD CICERO, SEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| MWM INVESTMENTS, LTD | TRANSFEROR: BANESCO BANCO UNIVERSAL S.A.C.A., C/O BROWN RUDNICK LLP, ATTN: BENNETT SILVERBERG/GERARD CICERO, SEVEN TIMES SQUARE, NEW YORK, NY 10036 |

**Total Creditor Count 12**