UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| | : | Case No. 08-13555 (SCC) |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Ref. Docket No. 60865 |
| | : | |

---------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                                 ) ss.:
COUNTY OF HARTFORD )

MARC ORFITELLI, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 21, 2020, I caused to be served the "Notice of Defective Transfer," dated September 9, 2019, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                          */s/ Marc Orfitelli*
                                                                          Marc Orfitelli

Sworn to before me this
29th day of October, 2020
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
No. 100624
Commission Expires August 31, 2022

**Exhibit A**

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

## NOTICE OF DEFECTIVE TRANSFER

CVF LUX SECURITIES TRADING SARL
TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V.
C/O CARVAL INVESTORS GB LLP
25 GREAT PULTENEY STREET
LONDON W1F9LT
UNITED KINGDOM

BAR(23) MAILID *** 000180903379 ***        LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1231

VAN DER WERF, KORS
ROLDERDIEPHOF 120
3521 DB UTRECHT
NETHERLANDS

**Your transfer of claim # 58649-77 is defective for the reason(s) checked below:**

Other Claim owned by CVF LUX SECURITIES TRADING SARL, not Tavira

Docket Number   60865            Date:  09/09/2020

/s/ Andrea Speelman

_____

_____
Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

# Exhibit B

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: GMBH (LEHMAN BROTHERS CAPITAL GMBH), C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| CVF LUX SECURITIES TRADING SARL | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., C/O CARVAL INVESTORS GB LLP, 25 GREAT PULTENEY STREET, LONDON W1F9LT UNITED KINGDOM |
| VAN DER WERF, KORS | ROLDERDIEPHOF 120, 3521 DB UTRECHT   NETHERLANDS |
| VAN DER WERF, KORS | ROLDERDIEPHOF 20, 3521 DB UTRECHT   NETHERLANDS |

**Total Creditor Count 4**