# Notice Pursuant to Bankruptcy Rule 3001

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:   Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> **VONWIN CAPITAL MANAGEMENT LP** | Name of Transferor: <br> **THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, SINGAPORE BRANCH** |
|---|---|
| Notices to Transferee should be sent to: <br> VonWin Capital Management, L.P. <br> 261 Fifth Avenue, 22nd floor, <br> New York, NY 10016 <br> USA <br> Attn: Charmaine Wilson <br> cw@primeshares.com | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor <br> **THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, SINGAPORE BRANCH** <br> ATTN: 1 Queen's Road Central, <br> Central, Hong Kong |
| Amount of Claim Being Transferred: <br> See Schedule 1 <br> (face amount of securities) | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| **Court Claim No. (if known): 56671** | |
| Date Claim Filed: October 28, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Roger Von Spiegel
VonWin Capital Management, L.P.
261 Fifth Avenue, 22nd floor,
New York, NY 10016, USA
Contact: Charmaine Wilson
cw@primeshares.com

Date: October 29, 2020

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

RESTRICTED

Schedule 1

Transferred Claims

| ISIN/CUSIP | Court Claim # | Date Claim Filed | Issuer | CCY | Currency and nominal amounts or Units |
|---|---|---|---|---|---|
| XS0326025920 | 56671 | 10/29/2009 | LEHMAN BROTHERS TREASURY BV | USD | 500,000 |
| XS0322469403 | 56671 | 10/29/2009 | LEHMAN BROTHERS TREASURY BV | SGD | 100,000 |
| XS0326025920 | 56671 | 10/29/2009 | LEHMAN BROTHERS TREASURY BV | USD | 100,000 |
| XS0322469403 | 56671 | 10/29/2009 | LEHMAN BROTHERS TREASURY BV | SGD | 100,000 |
| XS0275536307 | 56671 | 10/29/2009 | LEHMAN BROTHERS TREASURY BV | USD | 100,000 |

Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:   Lehman Brothers Holdings Inc. (the "Debtor")

*Case Name and Number:* In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)

*Proof of Claim Number:* 56671 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| ISIN/CUSIP | Court Claim # | Date Claim Filed | Issuer | CCY | Currency and nominal amounts or Units |
|---|---|---|---|---|---|
| XS0326025920 | 56671 | 10/29/2009 | LEHMAN BROTHERS TREASURY BV | USD | 500,000 |
| XS0322469403 | 56671 | 10/29/2009 | LEHMAN BROTHERS TREASURY BV | SGD | 100,000 |
| XS0326025920 | 56671 | 10/29/2009 | LEHMAN BROTHERS TREASURY BV | USD | 100,000 |
| XS0322469403 | 56671 | 10/29/2009 | LEHMAN BROTHERS TREASURY BV | SGD | 100,000 |
| XS0275536307 | 56671 | 10/29/2009 | LEHMAN BROTHERS TREASURY BV | USD | 100,000 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, SINGAPORE BRANCH ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

VonWin Capital Management, L.P.
261 Fifth Avenue, 22nd floor,
New York, NY 10016
USA

RESTRICTED

Email: cw@primeshares.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (SCC) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _____, 2020

THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, SINGAPORE BRANCH
Transferor

By: _____
Name: TERRY LAM
Title: HEAD OF PRIVATE BANKING OPERATIONS


ACKNOWLEDGED BY:

VonWin Capital Management, L.P.

Transferee


By: _____
Name: Roger Von Spiegel
Title: The general partner of
VonWin Capital Management, L.P.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated  10-29-2020         , 2020

**THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, SINGAPORE BRANCH**
Transferor

By: _____
    Name:
    Title:

ACKNOWLEDGED BY:

**VONWIN CAPITAL MANAGEMENT, L.P.**

Transferee

By: _____
    Name:  Roger Von Spiegel
    Title:   Managing member of VonWin
          Capital, LLC, the general partner of
          VonWin Capital Management, L.P.