Schedule B

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,     Case No. 08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Mr. Hendrik Chandra | The Hongkong and Shanghai Banking Corporation Limited, Singapore Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: Mr. Hendrik Chandra, 33A Chiltern Drive, Singapore 359764.

Court Claim # (if known): [56671]

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Phone: +65 9669 7414 (mobile)
Last Four Digits of Acct. #:

Date Claim Filed: 29 October 2009

Name and Address where transferee payments should be sent (if different from above): As above

Phone: As above
Last Four Digits of Acct. #:

Phone: +852 3604 7640
Last Four Digits of Acct. #: **6253**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee / Transferee's Agent
Name: Hendrik Chandra
Title: Mr.

Date: 18th August 2020

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Checker:
Signature verified: Vanessa Teo 45063540

RESTRICTED

Schedule C

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED SINGAPORE BRANCH** ("**Transferor**"), does hereby certify that, as of _____, 2020, it has unconditionally and irrevocably transferred and assigned to Mr. Hendrik Chandra ("**Transferee**"), to the extent specified below (the "**Transferred Claim**"), Transferor's right, title and interest in and to Proof of Claim Number [56671] filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (SCC) in the United States Bankruptcy Court for the Southern District of New York, solely in the following amounts (the "**Claim**").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|---|---|---|---|
| XS0229584296 | LEHMAN BROTHERS TREASURY CO. B.V. | LEHMAN BROTHERS HOLDINGS INC | EUR 500,000.00 |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the _____ of _____ 2020.

**THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED**

By: _____
Name: Ms. Ang Sok Leng
Title: Head of Credit Advisory, South East Asia, HSBC Private Banking.
Tel.: +65 6224 8080

**MR. HENDRIK CHANDRA**

By: _____
Tel.: +65 9669 7414 (mobile)

| ~~Checker:~~ | ✓ |
|---|---|
| Signature verified: | ✓ |

Vanessa Teo
45063540

E2.275192 RESTRICTED