B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Citigroup Financial Products Inc.** | **Canyon Value Realization Fund, L.P.** |
|---|---|
| _____ | _____ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Citigroup Financial Products Inc.
Address: 388 Greenwich Street, Trading Tower 6th Fl
New York, NY  10013
Attn: Kenneth Keeley
Email: Kenneth.keeley@citi.com

Court Claim # (if known): 58352
Amount of Claim: $22,792,900.00
Date Claim Filed: October 30, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/ B8 BA___ Brian S. Broyles - Authorized Signatory       Date: November 6, 2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Canyon Value Realization Fund, L.P.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **Citigroup Financial Products Inc.** ("Assignee") an undivided interest (equal to the Transferred Claim Amount set forth below) (the "Claim") in and to all of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the proof of claim number set forth below. Such proof of claim was filed against Lehman Brothers Holdings Inc. ("Debtor") currently pending in the United States Bankruptcy Court, Southern District of New York (the "Bankruptcy Court"), Case No. 08-13555 (Jointly Administered) (SCC).

| Proof of Claim No. | Transferred Claim Amount | Proof of Claim Amount |
|---|---|---|
| 58352 | $22,792,000.00 | $620,406,164.00 |

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed on October __28__, 2020.

**CANYON VALUE REALIZATION FUND, L.P.**     **CITIGROUP FINANCIAL PRODUCTS INC.**

By: _James Pagnam, Authorized Signatory_                By: _____
Name:                                                                               Name:
Title:                                                                                  Title:

Canyon Value Realization Fund, L.P.                       Citigroup Financial Products Inc.
Address: 2000 Avenue of the Stars, 11th Floor      Address: 388 Greenwich Street, Trading Tower
Los Angeles, CA 90067                                             6th Fl
Attn: James Pagnam                                                  New York, NY 10013
Email: jpagnam@CanyonPartners.com                   Attn: Kenneth Keeley
                                                                                       Email: Kenneth.keeley@citi.com

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**TO:  THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Canyon Value Realization Fund, L.P.**  ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **Citigroup Financial Products Inc.** ("Assignee") an undivided  interest (equal to the Transferred Claim Amount set forth below) (the "Claim") in and to all of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the proof of claim number set forth below. Such proof of claim was filed against Lehman Brothers Holdings Inc. ("Debtor") currently pending in the United States Bankruptcy Court, Southern District of New York (the "Bankruptcy Court"), Case No. 08-13555 (Jointly Administered) (SCC).

| Proof of Claim No. | Transferred Claim Amount | Proof of Claim Amount |
|---|---|---|
| 58352 | $22,792,000.00 | $620,406,164.00 |

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.  Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed on October 28, 2020.

**CANYON VALUE REALIZATION FUND, L.P.    CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____    By: _____*Joelle Gavlick*_____
Name:                                                             Name:  DocuSigned by: 240CDA98C9F64D3...
Title:                                                                Title: Joelle Gavlick – Authorized Signatory

Canyon Value Realization Fund, L.P.
Address: 2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067
Attn: James Pagnam
Email: jpagnam@CanyonPartners.com

Citigroup Financial Products Inc.
Address: 388 Greenwich Street, Trading Tower 6th Fl
New York, NY  10013
Attn: Kenneth Keeley
Email: Kenneth.keeley@citi.com