

Tavira Securities Ltd
88 Wood Street,
London
EC2V 7DA

25 September 2020

Dear Sir / Madam,

We have bought and sold a number of claims from various sellers (all linked to one another) and split between 4 different buyers. For ease, I attach a spreadsheet detailing the claims and their respective seller and ultimate buyer (trading and transferring via Tavira Securities Ltd.)

Please find enclosed transfer forms for all of the transactions.

Please note that for claim number 59098, we have split the claim on the form into its constituent underlying line items but that the total is USD 41,442,056.39 as per the Allowed Unsecured Amount on the docket.

I hope the spreadsheet makes it relatively easy to follow but please do not hesitate to get in touch if there are any questions.

Many thanks,

Ben Rana
Tavira Securities Ltd

Ben.rana@tavirasecurities.com

0044 771 262 5511

| Claim number | Allowed Amt (USD) | Class | Holder | | | | Buyer |
|---|---|---|---|---|---|---|---|
| 66500 | 4,647,353.63 | Class 9 | CVF Lux Master Sarl | -> | Tavira Securities Ltd | -> | Southey Capital Limited |
| 58649 | 21,005,830.06 | Class 4a | CVF Lux Securities Trading Sarl | -> | Tavira Securities Ltd | -> | Kors Van der Werf |
| 64025 | 20,663,520.00 | Class 5 | CVF Lux Securities Trading Sarl | -> | Tavira Securities Ltd | -> | Hof Hoorneman Investment Funds on behalf of subfun Phoenix Fund |
| 33061 | 67,025,603.00 | Class 4a | CVI CVF III Lux Master Sarl | -> | Tavira Securities Ltd | -> | TCV IV |
| 33059 | 14,553,045.00 | Class 4b | CVI CVF III Lux Master Sarl | -> | Tavira Securities Ltd | -> | TCV IV |
| 33057 | 700,837.00 | Class 8 | CVI CVF III Lux Master Sarl | -> | Tavira Securities Ltd | -> | Southey Capital Limited |
| 58233 | 24,123,602.00 | Class 8 | CVI CVF III Lux Master Sarl | -> | Tavira Securities Ltd | -> | Southey Capital Limited |
| 58469 | 677,097.88 | Class 4a | CVI GVF (Lux) Master Sarl | -> | Tavira Securities Ltd | -> | TCV IV |
| 8871 | 6,641,723.00 | Class 4b | CVI GVF (Lux) Master Sarl | -> | Tavira Securities Ltd | -> | Kors Van der Werf |
| 200202 | 34,262,688.29 | Class 5 | CVI GVF (Lux) Master Sarl | -> | Tavira Securities Ltd | -> | Hof Hoorneman Investment Funds on behalf of subfun Phoenix Fund |
| 24241 | 14,609,588.29 | Class 5 | CVI GVF (Lux) Master Sarl | -> | Tavira Securities Ltd | -> | Hof Hoorneman Investment Funds on behalf of subfun Phoenix Fund |
| 66879 | 8,685,109.13 | Class 5 | CVI GVF (Lux) Master Sarl | -> | Tavira Securities Ltd | -> | Hof Hoorneman Investment Funds on behalf of subfun Phoenix Fund |
| 47719 | 16,444,386.53 | Class 5 | CVI GVF (Lux) Master Sarl | -> | Tavira Securities Ltd | -> | Hof Hoorneman Investment Funds on behalf of subfun Phoenix Fund |
| 47721 | 6,205,428.88 | Class 5 | CVI GVF (Lux) Master Sarl | -> | Tavira Securities Ltd | -> | Hof Hoorneman Investment Funds on behalf of subfun Phoenix Fund |
| 55548 | 21,278,052.62 | Class 5 | CVI GVF (Lux) Master Sarl | -> | Tavira Securities Ltd | -> | Hof Hoorneman Investment Funds on behalf of subfun Phoenix Fund |
| 59098 | 921,270.00 | Class 5 | CVI GVF (Lux) Master Sarl | -> | Tavira Securities Ltd | -> | Hof Hoorneman Investment Funds on behalf of subfun Phoenix Fund |
| 59098 | 4,955,313.29 | Class 5 | CVI GVF (Lux) Master Sarl | -> | Tavira Securities Ltd | -> | Hof Hoorneman Investment Funds on behalf of subfun Phoenix Fund |
| 59098 | 2,131,662.46 | Class 5 | CVI GVF (Lux) Master Sarl | -> | Tavira Securities Ltd | -> | Hof Hoorneman Investment Funds on behalf of subfun Phoenix Fund |
| 59098 | 10,000,000.00 | Class 5 | CVI GVF (Lux) Master Sarl | -> | Tavira Securities Ltd | -> | Hof Hoorneman Investment Funds on behalf of subfun Phoenix Fund |
| 59098 | 11,626,299.31 | Class 5 | CVI GVF (Lux) Master Sarl | -> | Tavira Securities Ltd | -> | Hof Hoorneman Investment Funds on behalf of subfun Phoenix Fund |
| 59098 | 1,176,131.53 | Class 5 | CVI GVF (Lux) Master Sarl | -> | Tavira Securities Ltd | -> | Hof Hoorneman Investment Funds on behalf of subfun Phoenix Fund |
| 59098 | 6,712,563.89 | Class 5 | CVI GVF (Lux) Master Sarl | -> | Tavira Securities Ltd | -> | Hof Hoorneman Investment Funds on behalf of subfun Phoenix Fund |
| 59098 | 3,918,815.91 | Class 5 | CVI GVF (Lux) Master Sarl | -> | Tavira Securities Ltd | -> | Hof Hoorneman Investment Funds on behalf of subfun Phoenix Fund |
| 59457 | 2,482,171.55 | Class 5 | CVI GVF (Lux) Master Sarl | -> | Tavira Securities Ltd | -> | Hof Hoorneman Investment Funds on behalf of subfun Phoenix Fund |
| 62783 | 1,046,557.38 | Class 5 | CVIC II Lux Master Sarl | -> | Tavira Securities Ltd | -> | Hof Hoorneman Investment Funds on behalf of subfun Phoenix Fund |
| 20832 | 583,972.23 | Class 9 | CVIC II Lux Master Sarl | -> | Tavira Securities Ltd | -> | Southey Capital Limited |
| 27861 | 164,484.00 | Class 9 | CVIC II Lux Master Sarl | -> | Tavira Securities Ltd | -> | Southey Capital Limited |
| 27862 | 441,273.00 | Class 9 | CVIC II Lux Master Sarl | -> | Tavira Securities Ltd | -> | Southey Capital Limited |
| 27863 | 18,822.00 | Class 9 | CVIC II Lux Master Sarl | -> | Tavira Securities Ltd | -> | Southey Capital Limited |
| 66500 | 2,323,676.83 | Class 9 | CVIC Lux Master Sarl | -> | Tavira Securities Ltd | -> | Southey Capital Limited |