B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re : Lehman Brothers Holdings, Inc    ,    Case No. 08-13555_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Silver Point Capital Offshore Master Fund, L.P. | Offshore Asset Holding Vehicle A, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Silver Point Capital Offshore Master Fund, L.P.
2 Greenwich Plaza, First Floor
Greenwich, CT 06803
Phone: 203-542-4442
Last Four Digits of Acct #: _____

Court Claim # (if known): 58792.05
Amount of Claim: 24,302,935.39
Date Claim Filed: _____

Phone: 203-542-4442
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Silver Point Capital Offshore Master Fund, L.P.
2 Greenwich Plaza, First Floor
Greenwich, CT 06803
Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____[signature]_____    Date:_____November 03, 2020_____
   Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.