**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**REQUEST TO BE REMOVED FROM**
**RECEIVING ELECTRONIC FILINGS IN A CASE**

Bruce Bennett of Jones Day, whose e-mail address is bbennett@jonesday.com, requests removal from the mailing list and CM/ECF noticing system of electronic filings in the above-captioned case and any related adversary proceedings.

Dated: November 13, 2020

Respectfully submitted,

*/s/ Bruce S. Bennett*
Bruce S. Bennett
JONES DAY
555 South Flower St., Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 489-3939
Fax: (213) 243-2539
Email: bbennett@jonesday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2020, a copy of the foregoing instrument was served by CM/ECF upon all entities as listed in the CM/ECF system at the time of filing.

*/s/ Bruce S. Bennett*
Bruce S. Bennett