# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Citigroup Financial Products Inc.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **WLSO Investments, LP** ("Assignee") an undivided interest (equal to the Transferred Claim Amount set forth below) (the "Claim") in and to all of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the proof of claim number set forth below. Such proof of claim was filed against Lehman Brothers Holdings Inc. ("Debtor") currently pending in the United States Bankruptcy Court, Southern District of New York (the "Bankruptcy Court"), Case No. 08-13555 (Jointly Administered) (SCC).

| Proof of Claim No. | Transferred Claim Amount | Proof of Claim Amount |
|---|---|---|
| 58352 | $29,147,361 | $620,406,164.00 |

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed on November 10, 2020.

| | |
|---|---|
| **CITIGROUP FINANCIAL PRODUCTS INC., as Assignee** | **WLSO INVESTMENTS, LP, as Assignor** |
| | By: Whitefort Capital Management, LP, Its Investment Advisor |
| By: _[signed]_ *DocuSigned by: 4D05618B5CD9437...* | By: _____ |
| Name: | Name: |
| Title: Brian S. Broyles – Authorized Signatory | Title: |
| Citigroup Financial Products Inc. | WLSO Investments, LP |
| Address: 388 Greenwich Street, Trading Tower 6th Fl | Address: c/o Whitefort Capital Management, LP 780 Third Avenue, 26th Floor |
| New York, NY 10013 | New York, NY 10017 |
| Attn: Kenneth Keeley | Attn: Ran Shaham |
| Email: Kenneth.keeley@citi.com | Email: ran@whitefortcapital.com |

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Citigroup Financial Products Inc.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **WLSO Investments, LP** ("Assignee") an undivided interest (equal to the Transferred Claim Amount set forth below) (the "Claim") in and to all of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the proof of claim number set forth below. Such proof of claim was filed against Lehman Brothers Holdings Inc. ("Debtor") currently pending in the United States Bankruptcy Court, Southern District of New York (the "Bankruptcy Court"), Case No. 08-13555 (Jointly Administered) (SCC).

| Proof of Claim No. | Transferred Claim Amount | Proof of Claim Amount |
|---|---|---|
| 58352 | $29,147,361 | $620,406,164.00 |

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed on November 10, 2020.

| **CITIGROUP FINANCIAL PRODUCTS INC., as Assignee** | **WLSO INVESTMENTS, LP, as Assignor** |
|---|---|
| | By: Whitefort Capital Management, LP, Its Investment Advisor |
| | *Ran Shaham* (signature) |
| By:_____ | By:_____ |
| Name: | Name: Ran Shaham |
| Title: | Title: CFO |
| Citigroup Financial Products Inc. | WLSO Investments, LP |
| Address: 388 Greenwich Street, Trading Tower 6th Fl | Address: c/o Whitefort Capital Management, LP 780 Third Avenue, 26th Floor |
| New York, NY 10013 | New York, NY 10017 |
| Attn: Kenneth Keeley | Attn: Ran Shaham |
| Email: Kenneth.keeley@citi.com | Email: ran@whitefortcapital.com |