**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- x
                                                                  :   **Chapter 11**
                                                                  :
In re                                                             :
                                                                  :   **Case No. 08-13555 (SCC)**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :
                                                                  :   **(Jointly Administered)**
                                              Debtors.            :
                                                                  :   **Ref. Docket No. 60895,**
                                                                  :   **60896, 60898, 60899, 60900,**
                                                                  :   **60901, 60902, 60906, 60907,**
----------------------------------------------------------------- x   **60908, 60909, 60910, 60911,**
                                                                      **60912, 60913, 60914, 60920,**
                                                                      **60921**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )  ss.:
COUNTY OF NEW YORK         )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777
   Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not
   a party to the above-captioned action.

2. On November 6, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant
   to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated November 6, 2020, a
   sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be
   enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to
   those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

Sworn to before me this
18th day of November, 2020
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:

SEAPORT LOAN PRODUCTS LLC
TRANSFEROR: JSCC HOLDINGS LLC
ATTN: GENERAL COUNSEL
360 MADISON AVENUE
NEW YORK, NY 10017

Please note that your claim # 558233-03 in the above referenced case and in the amount of $6,159,997.04 allowed at $4,103,988.18 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000183757602 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000194930



BKM HOLDINGS (CAYMAN) LTD.
TRANSFEROR: SEAPORT LOAN PRODUCTS LLC
C/O DAVIDSON KEMPNER-J.DONOVAN
520 MADISON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          60907          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/06/2020                          Vito Genna, Clerk of Court

                                          /s/Andrea Speelman

                                          Epiq Corporate Restructuring, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 6, 2020.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: SEAPORT LOAN PRODUCTS LLC, C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: SEAPORT LOAN PRODUCTS LLC, C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: SEAPORT LOAN PRODUCTS LLC, C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: SEAPORT LOAN PRODUCTS LLC, C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: SEAPORT LOAN PRODUCTS LLC, C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: SEAPORT LOAN PRODUCTS LLC, C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: SEAPORT LOAN PRODUCTS LLC, C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: SEAPORT LOAN PRODUCTS LLC, C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: SEAPORT LOAN PRODUCTS LLC, C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CHANDRA, HENDRIK | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE, 33A CHILTERN DRIVE, SINGAPORE 359764 SINGAPORE |
| HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| JSCC HOLDINGS LLC | TRANSFEROR: QPTF LLC, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVE, FLOOR 40, NEW YORK, NY 10106 |
| JSCC HOLDINGS LLC | TRANSFEROR: QPTF LLC, ATTN: RICHARD D. HOLAHAN, JR., 888 SEVENTH AVE, FLOOR 40, NEW YORK, NY 10106 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, C/O SOROS FUND MANAGEMENT LLC, ATTN: THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PALINDROME MASTER FUND LP | TRANSFEROR: QPTF LLC, C/O SOROS FUND MANAGEMENT LLC, ATTN: THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, ATTN: THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP, C/O SOROS FUND MANAGEMENT LLC, ATTN: THOMAS O'GRADY, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| QPTF LLC | RICHARD CHOI, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| RSCC ASSETS LLC | TRANSFEROR: QPTF LLC, C/O SOROS CAPITAL MANAGEMENT LLC - ATTN ZACHARY BASKIND, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| SEAPORT LOAN PRODUCTS LLC | TRANSFEROR: JSCC HOLDINGS LLC, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS LLC | TRANSFEROR: JSCC HOLDINGS LLC, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SEAPORT LOAN PRODUCTS LLC | YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS LLC | TRANSFEROR: PALINDROME MASTER FUND LP, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS LLC | TRANSFEROR: PALINDROME MASTER FUND LP, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS LLC | TRANSFEROR: QPTF LLC, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS LLC | TRANSFEROR: QPTF LLC, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS LLC | TRANSFEROR: RSCC ASSETS LLC, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS LLC | TRANSFEROR: RSCC ASSETS LLC, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS LLC | TRANSFEROR: RSCC ASSETS LLC, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS LLC | TRANSFEROR: JSCC HOLDINGS LLC, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS LLC | TRANSFEROR: QPTF LLC, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS LLC | TRANSFEROR: RSCC ASSETS LLC, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS LLC | TRANSFEROR: RSCC ASSETS LLC, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS LLC | TRANSFEROR: PALINDROME MASTER FUND LP, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS LLC | TRANSFEROR: JSCC HOLDINGS LLC, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS LLC | TRANSFEROR: PALINDROME MASTER FUND LP, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS LLC | TRANSFEROR: QPTF LLC, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW YORK, NY 10017 |
| SEAPORT LOAN PRODUCTS LLC | TRANSFEROR: RSCC ASSETS LLC, ATTN: GENERAL COUNSEL, 360 MADISON AVENUE, NEW YORK, NY 10017 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE, ATTN: CHARMAINE WILSON, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 10016 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE, ATTN: CHARMAINE WILSON, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 10016 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE, ATTN: CHARMAINE WILSON, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 10016 |

**Total Creditor Count 46**