**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------x

## NOTICE OF PARTIAL WITHDRAWAL OF CLAIM 56669

Reference is made to proof of claim number 56669 (the "**Claim**") against Lehman Brothers Holdings Inc. ("**LBHI**") held by The Hongkong and Shanghai Banking Corporation Limited ("**HSBC**").

PLEASE TAKE NOTICE that, through their undersigned authorized representative, HSBC hereby withdraws the portion or portions of the Claim identified in Exhibit A attached hereto (the "**Withdrawn Portion**") and authorizes and directs Epiq Bankruptcy Solutions LLC, LBHI's claims and noticing agent, to update the official claims register for LBHI to reflect such withdrawal. For the avoidance of doubt, HSBC does not seek to withdraw any part of the Claim other than the Withdrawn Portion.

Dated: November 30, 2020
New York, New York

/s/ Jonathan Cho
Jonathan Cho
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Attorneys for The Hongkong and Shanghai Banking Corporation Limited*

**EXHIBIT A**

| Description of Security | ISIN | Issuer | Guarantor | Principal Amount Withdrawn* |
|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY CO B.V 2Y CDA STK 857-9.506+883-8.722 20% 04JAN2010 | XS0338330755 | LEHMAN BROTHERS TREASURY CO BV | LEHMAN BROTHERS HOLDINGS INC | USD 200,000.00 |
| LEHMAN BROTHERS TREASURY CO B.V 2Y CDA STK 66-21.528 2388-15.588 15.00000 % 18JAN2010 | XS0338845752 | LEHMAN BROTHERS TREASURY CO BV | LEHMAN BROTHERS HOLDINGS INC | USD 200,000.00 |
| LEHMAN BROTHERS TREASURY CO B.V 2Y CDA AAPL+HAL+C 19% 08MAY2009 | XS0298886556 | LEHMAN BROTHERS TREASURY CO BV | LEHMAN BROTHERS HOLDINGS INC | USD 300,000.00 |
| LEHMAN BROTHERS TREASURY CO B.V 2Y CDA HSBA+BNPP+C 16.5% 18MAY2009 | XS0300155099 | LEHMAN BROTHERS TREASURY CO BV | LEHMAN BROTHERS HOLDINGS INC | EUR 200,000.00 |

\* No portion of the Claim, whether relating to ISIN- XS0338330755, XS0338845752, XS0298886556 , XS0300155099 or otherwise, is being withdrawn in excess of the principal amount in this column.

E2.323252 RESTRICTED -