UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
In re                                                             :   Chapter 11
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   Case No. 08-13555 (SCC)
                                                                  :
                                        Debtors.                  :   (Jointly Administered)
                                                                  :
                                                                  :   Ref. Docket No. 60922-60933,
                                                                  :   60935, 60937, 60938, 60940-
                                                                  :   60942
----------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT   )
                       )  ss.:
COUNTY OF MIDDLESEX    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 30, 2020, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated November 30, 2020, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                */s/ Angharad Bowdler*
                                                                Angharad Bowdler

Sworn to before me this
30th day of November, 2020
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

DEUTSCHE BANK AG, LONDON BRANCH (UK)
TRANSFEROR: CREDIT SUISSE
ATTENTION: KAIRI JAMES
WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
LONDON EC2N 2DB
 UNITED KINGDOM

Please note that your claim # 55829-07 in the above referenced case and in the amount of $0.00 allowed at $851,463.46 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000186101433 ***      LBH TRFNTC (MERGE2, TXNUM2) 4000195001



BKM HOLDINGS (CAYMAN) LTD.
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)
C/O DAVIDSON KEMPNER-J.DONOVAN
520 MADISON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     60941     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/30/2020                                  Vito Genna, Clerk of Court

                                                  /s/Andrea Speelman
                                                  _____
                                                  Epiq Corporate Restructuring, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 30, 2020.

# Exhibit B

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER-J.DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: GMBH (LEHMAN BROTHERS CAPITAL GMBH), C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | SUSMAN GODFREY LLP, 1301 AVENUE OF THE AMERICAS FL 34, NEW YORK, NY 10019-6034 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: UBS AG, LONDON BRANCH, C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED, ATTN: DAVID SHORT/MATT SHIPTON, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | SUSMAN GODFREY LLP, 1301 AVENUE OF THE AMERICAS FL 34, NEW YORK, NY 10019-6034 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | SUSMAN GODFREY LLP, 1301 AVENUE OF THE AMERICAS FL 34, NEW YORK, NY 10019-6034 |
| CANYON BALANCED MASTER FUND, LTD. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O CANYON CAPITAL ADVISORS LLC; ATTN CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION FUND L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O CANYON CAPITAL ADVISORS LLC; ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION FUND L.P. | SIDLEY AUSTIN LLP, ATTN: ALEX R. ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON VALUE REALIZATION MASTER FUND, L.P., THE | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O CANYON CAPITAL ADVISORS LLC; ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION MASTER FUND, L.P., THE | SIDLEY AUSTIN LLP, ATTN: ALEX R. ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BALANCED MASTER FUND, LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION FUND L.P., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MASTER FUND, L.P., THE, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION MASTER FUND, L.P., THE, ATTN: KENNETH KEELEY, 388 GREENWICH STREET, 6TH FLOOR, NEW YORK, NY 10013 |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION FUND L.P., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON VALUE REALIZATION FUND L.P., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, 6TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANYON BALANCED MASTER FUND, LTD., ATTN: KENNETH KEELEY, 388 GREENWICH STREET, 6TH FLOOR, NEW YORK, NY 10013 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX SECURITIES TRADING SARL | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., C/O CARVAL INVESTORS GB LLP, 25 GREAT PULTENEY STREET, LONDON W1F9LT UNITED KINGDOM |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: VINCENT CONLEY, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A., 11-13 BOULEVARD DE LA FOIRE, LUXEMBOURG L-1528 LUXEMBOURG |
| CVI CVF III LUX MASTER S.A.R.L. | JEREMIAH GERHARDSON, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A., 11-13 BOULEVARD DE LA FOIRE, LUXEMBOURG L-1528 LUXEMBOURG |
| CVI CVF III LUX MASTER S.A.R.L. | JEREMIAH GERHARDSON, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A., 11-13 BOULEVARD DE LA FOIRE, LUXEMBOURG L-1528 LUXEMBOURG |
| CVI CVF III LUX MASTER S.A.R.L. | JEREMIAH GERHARDSON, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 UNITED STATES |
| CVI GVF LUX MASTER SARL | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., C/O CARVAL INVESTORS GB LLP, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| CVIC II LUX MASTER SARL | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CARVAL INVESTORS, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVIC II LUX MASTER SARL | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CARVAL INVESTORS, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVIC II LUX MASTER SARL | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CARVAL INVESTORS, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVIC II LUX MASTER SARL | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CARVAL INVESTORS, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVIC II LUX MASTER SARL | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), C/O CARVAL INVESTORS GB LLP, 25 GREAT PULTENEY STREET, 3RD FLOOR, LONDON W1F9LT UNITED KINGDOM |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CREDIT SUISSE, ATTENTION: KAIRI JAMES, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CREDIT SUISSE, ATTN: SIMON GLENNIE, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: MICHAEL SUTTON / SIMON GLENNIE / CANDICE CHENG, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | CONOR MCGOVERN, DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS, 21ST FLOOR, 99 BISHOPSGATE, LONDON EC2M 3XD UNITED KINGDOM |
| HOF HOORNEMAN INVESTMENT FUNDS NV | TRANSFEROR: TAVIRA SECURITIES LTD, FOR SUBFUND PHOENIX FUND NV, OOSTHAVEN 52, 2801 PE GOUDA  NETHERLANDS |
| HOF HOORNEMAN INVESTMENT FUNDS NV | TRANSFEROR: TAVIRA SECURITIES LTD, FOR SUBFUND PHOENIX FUND NV, OOSTHAVEN 52, 2801 PE GOUDA  NETHERLANDS |
| HOF HOORNEMAN INVESTMENT FUNDS NV | TRANSFEROR: TAVIRA SECURITIES LTD, FOR SUBFUND PHOENIX FUND NV, OOSTHAVEN 52, |

| Claim Name | Address Information |
|---|---|
| HOF HOORNEMAN INVESTMENT FUNDS NV | 2801 PE GOUDA   NETHERLANDS |
| HOF HOORNEMAN INVESTMENT FUNDS NV | TRANSFEROR: TAVIRA SECURITIES LTD, FOR SUBFUND PHOENIX FUND NV, OOSTHAVEN 52, 2801 PE GOUDA   NETHERLANDS |
| HOF HOORNEMAN INVESTMENT FUNDS NV | TRANSFEROR: TAVIRA SECURITIES LTD, FOR SUBFUND PHOENIX FUND NV, OOSTHAVEN 52, 2801 PE GOUDA   NETHERLANDS |
| HOF HOORNEMAN INVESTMENT FUNDS NV | TRANSFEROR: TAVIRA SECURITIES LTD, FOR SUBFUND PHOENIX FUND NV, OOSTHAVEN 52, 2801 PE GOUDA   NETHERLANDS |
| HOF HOORNEMAN INVESTMENT FUNDS NV | TRANSFEROR: TAVIRA SECURITIES LTD, FOR SUBFUND PHOENIX FUND NV, OOSTHAVEN 52, 2801 PE GOUDA   NETHERLANDS |
| HOF HOORNEMAN INVESTMENT FUNDS NV | TRANSFEROR: TAVIRA SECURITIES LTD, FOR SUBFUND PHOENIX FUND NV, OOSTHAVEN 52, 2801 PE GOUDA   NETHERLANDS |
| HOF HOORNEMAN INVESTMENT FUNDS NV | TRANSFEROR: TAVIRA SECURITIES LTD, FOR SUBFUND PHOENIX FUND NV, OOSTHAVEN 52, 2801 PE GOUDA   NETHERLANDS |
| HOF HOORNEMAN INVESTMENT FUNDS NV | TRANSFEROR: TAVIRA SECURITIES LTD, FOR SUBFUND PHOENIX FUND NV, OOSTHAVEN 52, 2801 PE GOUDA   NETHERLANDS |
| HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE | BRANCH; TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| SOUTHEY CAPITAL LTD | TRANSFEROR: TAVIRA SECURITIES LTD, ATTN: ROBERT SOUTHEY, SUITE 17, ENSIGN HOUSE, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| SOUTHEY CAPITAL LTD | TRANSFEROR: TAVIRA SECURITIES LTD, ATTN: ROBERT SOUTHEY, SUITE 17, ENSIGN HOUSE, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| SOUTHEY CAPITAL LTD | TRANSFEROR: TAVIRA SECURITIES LTD, ATTN: ROBERT SOUTHEY, SUITE 17, ENSIGN HOUSE, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| SOUTHEY CAPITAL LTD | TRANSFEROR: TAVIRA SECURITIES LTD, ATTN: ROBERT SOUTHEY, SUITE 17, ENSIGN HOUSE, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| SOUTHEY CAPITAL LTD | TRANSFEROR: TAVIRA SECURITIES LTD, ATTN: ROBERT SOUTHEY, SUITE 17, ENSIGN HOUSE, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| SOUTHEY CAPITAL LTD | TRANSFEROR: TAVIRA SECURITIES LTD, ATTN: ROBERT SOUTHEY, SUITE 17, ENSIGN HOUSE, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| SOUTHEY CAPITAL LTD | TRANSFEROR: TAVIRA SECURITIES LTD, ATTN: ROBERT SOUTHEY, SUITE 17, ENSIGN HOUSE, 2 ADMIRALS WAY, LONDON E14 9XQ UNITED KINGDOM |
| SUPRYANATA, KARTIKA | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORP LTD SINGAPORE, 20 BALMORAL PARK, #01-04, THE BALMORAL, SINGAPORE 259849 SINGAPORE |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVF LUX MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVF LUX SECURITIES TRADING S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVI CVF III LUX MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVIC II LUX MASTER SARL, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVIC II LUX MASTER SARL, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVIC II LUX MASTER SARL, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| TAVIRA SECURITIES LTD | TRANSFEROR: CVIC II LUX MASTER SARL, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVIC LUX MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVI CVF III LUX MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVI CVF III LUX MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVI CVF III LUX MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVF LUX SECURITIES TRADING SARL, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVI GVF LUX MASTER SARL, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVIC II LUX MASTER SARL, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVIC LUX MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVIC II LUX MASTER SARL, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVIC II LUX MASTER SARL, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVIC II LUX MASTER SARL, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVIC II LUX MASTER SARL, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVI CVF III LUX MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVI CVF III LUX MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVF LUX MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVI GVF LUX MASTER SARL, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVI CVF III LUX MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA |

| Claim Name | Address Information |
|---|---|
| TAVIRA SECURITIES LTD | UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVI CVF III LUX MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVIC II LUX MASTER SARL, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVF LUX SECURITIES TRADING S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LTD | TRANSFEROR: CVF LUX SECURITIES TRADING SARL, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TCV IV LP | TRANSFEROR: TAVIRA SECURITIES LTD, C/O BLUE NIGHT INVESTMENTS, CATS BUSINESS CENTRE, 28 BLVD PRINCESSE CHARLOTTE, 98000 MONACO  MONACO |
| TCV IV LP | TRANSFEROR: TAVIRA SECURITIES LTD, C/O BLUE NIGHT INVESTMENTS, CATS BUSINESS CENTRE, 28 BLVD PRINCESSE CHARLOTTE, 98000 MONACO  MONACO |
| TCV IV LP | TRANSFEROR: TAVIRA SECURITIES LTD, C/O BLUE NIGHT INVESTMENTS, CATS BUSINESS CENTRE, 28 BLVD PRINCESSE CHARLOTTE, 98000 MONACO  MONACO |
| VAN DER WERF, K.W. | TRANSFEROR: TAVIRA SECURITIES LTD, ROLDERDIEPHOF 120, 3521 DB UTRECHT NETHERLANDS |
| VAN DER WERF, K.W. | TRANSFEROR: TAVIRA SECURITIES LTD, ROLDERDIEPHOF 120, 3521 DB UTRECHT NETHERLANDS |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WHITEFORT CAPITAL MASTER FUND, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O WHITEFORT CAP. MGMT/ATT D SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |
| WLSO INVESTMENTS, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O WHITEFORT CAPITAL MGMT- D. SALANIC, 780 THIRD AVENUE, 26TH FLOOR, NEW YORK, NY 10017 |

**Total Creditor Count 121**