Laura E. Appleby
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: 212-248-3197
Facsimile:  212-248-3141
Email: laura.appleby@faegredrinker.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. | 08-13555 |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF LAURA E. APPLEBY, ESQ.

PLEASE TAKE NOTICE that effective immediately, Laura E. Appleby, Esq. hereby gives notice of her withdrawal as attorney for U.S. Bank National Association, as Trustee, (the "Trustee"), and that she be removed from receiving all correspondence; service copies of pleadings, orders, notices, and other documents filed with the Court in this action; and other materials related to this action.

PLEASE TAKE FURTHER NOTICE that the Trustee will continue to be represented in this action by Franklin H. Top, III and Chapman and Cutler LLP who are counsel of record for the Trustee in this action, and the Trustee should continue to be served with all pleadings, orders, notices, and other documents in this action through Franklin H. Top, III and Chapman and Cutler LLP whose contact information remains as follows:

4828-8931-0131
7023906

        Chapman and Cutler LLP
        Attn: Franklin H. Top, III
        111 West Monroe Street
        Chicago, Illinois 60603
        Telephone: (312) 845-3000
        Email: top@chapman.com

Dated: New York, New York
       December 9, 2020

        Respectfully submitted,

        /s/ Laura E. Appleby
        Laura E. Appleby (admitted *pro hac vice*)
        FAEGRE DRINKER BIDDLE & REATH LLP
        1177 Avenue of the Americas, 41st Floor
        New York, New York 10036
        Telephone: 212-248-3197
        Facsimile:  212-248-3141
        Email: laura.appleby@faegredrinker.com