Andrew J. Entwistle, Esq.
**ENTWISTLE & CAPPUCCI LLP**
299 Park Avenue, 20th Floor
New York, New York 10171
Telephone: (212) 894-7200
aentwistle@entwistle-law.com

*Attorneys for New York State Comptroller*
*Thomas P. DiNapoli, as Sole Trustee of the*
*New York State Common Retirement Fund*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM ECF SERVICE**

**PLEASE TAKE NOTICE** that Andrew J. Entwistle, of the firm Entwistle & Cappucci LLP, hereby moves for withdrawal of his appearance as counsel to New York State Comptroller Thomas P. DiNapoli, as Sole Trustee of the New York State Common Retirement Fund and requests to be removed from the service lists and from the Court's CM/ECF notice list.

EC.00110609.1

Dated: December 17, 2020

New York, New York

Respectfully submitted,

By: */s/ Andrew J. Entwistle*
Andrew J. Entwistle, Esq.
**ENTWISTLE & CAPPUCCI LLP**
299 Park Avenue, 20th Floor
New York, New York 10171
Telephone: (212) 894-7200
aentwistle@entwistle-law.com

*Attorneys for New York State Comptroller Thomas P. DiNapoli, as Sole Trustee of the New York State Common Retirement Fund*