B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**          Case No. **08-13555 (SCC)**
  **Lehman Brothers Special Financing Inc.**         **(Jointly Administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Banc of America Credit Products, Inc.** | **Fernwood Associates LLC** |
| Name of Transferee | Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): __19936__ |
| | Total Amount of Claim Transferred: USD  $7,500,000.00 |
| Banc of America Credit Products, Inc. | |
| c/o Bank of America Merrill Lynch | and |
| Bank of America Tower – 3rd Floor | |
| One Bryant Park | **Fernwood Restructurings Limited** |
| New York, NY 10036 | Transferor |
| Attn: Ryan Weddle / Ante Jakic | |
| Telephone: (646) 855-7450 | Court Claim # (if known): __19936__ |
| Fax: (646) 834-9780 / (804) 264-1108 | Total Amount of Claim Transferred: |
| E-mail: ryan.weddle@baml.com / ante.jakic@baml.com   USD  $7,500,000.00 | |
| Email: bas.infomanager@bankofamerica.com | |

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/Seth Denson__          Date: __12/17/2020__
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIMS

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Each Seller as set forth below for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that such Seller has unconditionally and irrevocably sold, transferred and assigned to **Banc of America Credit Products, Inc.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.**, having the Claim Numbers in in the Transferred Claim Amounts as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| Seller | LBSF Claim # | Transferred Claim Amount |
|---|---|---|
| Fernwood Associates LLC | 19936 | $7,500,000.00 |
| Fernwood Restructurings Limited | 19936 | $7,500,000.00 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives dated December 16 , 2020.

**Banc of America Credit Products, Inc.**

By: _____
Name: Seth Denson
Title: Director

**Fernwood Associates LLC**
**By:  Intermarket Corporation**

By: _____
Name:
Title:

By: _____
Name:
Title:

**Fernwood Restructurings Limited**

By: _____
Name:
Title:

By: _____
Name:
Title:

144381475v6

EVIDENCE OF TRANSFER OF CLAIMS

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

Each Seller as set forth below for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that such Seller has unconditionally and irrevocably sold, transferred and assigned to **Banc of America Credit Products, Inc.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc**., having the Claim Numbers in in the Transferred Claim Amounts as set forth below, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

| Seller | LBSF Claim # | Transferred Claim Amount |
|---|---|---|
| Fernwood Associates LLC | 19936 | $7,500,000.00 |
| Fernwood Restructurings Limited | 19936 | $7,500,000.00 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives dated December 16 , 2020.

**Banc of America Credit Products, Inc.**

By: _____
Name:
Title:

**Fernwood Associates LLC**
**By: Intermarket Corporation**

By: _____
Name:  David Forer
Title:   Managing Director

By: _____
Name: Sheldon Rubin
Title:  CFO

**Fernwood Restructurings Limited**

By: _____
Name: David Forer
Title:  Director

By: _____
Name: Sheldon Rubin
Title:  CFO

144381475v6