

Bank Vontobel AG
Gotthardstrasse 43
8022 Zurich
T +41 58 283 50 56
F +41 58 283 5160
roger.fivat@vontobel.com

CHE-116.300.767 MWST (VAT)

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
United States

1/1    Zurich, December 21, 2020

# Evidence of Transfer of Claim

Dear Sir or Madam

Enclosed please find the form "Evidence of Transfer of Claim" with 36 positions.
Please note, that the mentioned Lehman Products are deposited in our bank.
Our claim number is: 67373
If you have any questions, do not hesitate to contact us.

Best regards

**Bank Vontobel AG**


Andreas Sarbach
Executive Director

Anja Kaser
Authorized Officer



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,          Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| UBS AG, Zurich / Switzerland | Bank Vontobel AG, Zurich / Switzerland |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 67373.15
Date Claim Filed: not known
Amount of Claim: to be determined
Portion of Claim Transferred (see Schedule I): _____

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: December 21, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Bank Vontobel AG
Gotthardstrasse 43
CH-8022 Zürich

## EVIDENCE OF TRANSFER OF CLAIM

**TO:   THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **BANK VONTOBEL AG** ("Transferor") unconditionally and irrevocably transferred to **UBS AG,** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **(Claim No. 67373.15) SEVERAL** in nominal value related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON October 21, 2010.

**Bank Vontobel AG**

By:_____
Name: Andreas Sarbach
Title: Executive Director

By:_____
Name: Anja Kaser
Title: Authorized Officer

# SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount of Claim related to Security |
|---|---|---|---|---|
| CH0027120853 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 35,153.02 |
| XS0223590612 | 67373.15 | | | USD 31,221.49 |
| XS0232035534 | 67373.15 | | | USD 144,641.35 |
| XS0260445530 | 67373.15 | | | USD 8,455.94 |
| XS0345288459 | 67373.15 | | | USD 774,941.79 |
| CH0027120606 | 67373.15 | | | USD 35,681.71 |
| CH0029197156 | 67373.15 | | | USD 58,806.58 |
| XS0268576609 | 67373.15 | | | USD 76,539.92 |
| XS0318056354 | 67373.15 | | | USD 95,448.57 |
| XS0264966671 | 67373.15 | | | USD 40,000.00 |
| CH0034774536 SPLITTIN | 67373.15 FROM | October 29, 2009 TOTAL ALLOW | Lehman Brothers Treasury Co. BV AMOUNT USD 734,238.82 | USD 257,670.17 |
| XS0338495087 | 67373.15 | | | USD 53,122.92 |
| XS0270828584 | 67373.15 | | | USD 18,270.39 |
| CH0027120812 | 67373.15 | | | USD 272,073.02 |
| XS0186243118 | 67373.15 | | | USD 342,521.77 |
| XS0242136413 | 67373.15 | | | USD 49,062.35 |
| XS0257101856 | 67373.15 | | | USD 75,212.61 |
| XS0286181077 | 67373.15 | | | USD 74,185.15 |
| CH0036891411 | 67373.15 | | | USD 7,797.68 |
| XS0332199115 | 67373.15 | | | USD 12,626.41 |
| CH0027120820 | 67373.15 | | | USD 38,315.87 |
| CH0034783644 | 67373.15 | | | USD 151,647.25 |
| XS0279950637 | 67373.15 | | | USD 74,185.15 |
| XS0302351266 | 67373.15 | | | USD 26,813.89 |
| XS0268992145 | 67373.15 | | | USD 22,000.00 |
| CH0039308652 | 67373.15 | | | USD 15,251.61 |
| XS0248620899 | 67373.15 | | | USD 988,124.69 |
| XS0328873681 | 67373.15 | | | USD 8,920.43 |
| XS0326427480 | 67373.15 | | | USD 111,312.41 |
| XS0200265709 | 67373.15 | | | USD 465,510.87 |
| CH0027120697 | 67373.15 | | | USD 170,292.69 |
| CH0027120713 SPLITTING | 67373.15 FROM | October 29, 2009 TOTAL ALLOW | Lehman Brothers Treasury Co. BV AMOUNT USD 392,000.00 | USD 292,000.00 |
| CH0027120994 | 67373.15 | | | USD 153,218.53 |
| XS0232037159 | 67373.15 | | | USD 80,293.89 |
| CH0036891247 | 67373.15 | | | USD 18,448.38 |
| CH0027120838 | 67373.15 | | | USD 193,519.76 |