Form 210A (10/06)



# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>   Case <u>No. 08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

WLSO INVESTMENTS, LP
**Name of Transferee**

Credit Suisse (Schweiz) AG
**Name of Transferor**

Name and Address where notices to transferee should be sent:

WLSO INVESTMENTS, LP
c/o WHITEFORT CAPITAL MANAGEMENT, LP
780 3rd Avenue, 26th Floor
New York, NY 10017
ops@whitefortcapital.com

Phone: 212-259-4378
Last Four Digits of Acct #: _____

Court Claim # (if known): 55829
Date Claim Filed: October 29, 2009
Amount of Claim: 4,528,916
Portion of Claim Transferred (see Schedule I): see Evidence of Transfer of Claim Form

Phone: 0041 44 332 86 11
Last Four Digits of Acct. #: -

Name and Address where transferee payments should be sent (if different from above):
ABA: 021 000 021
BANK: JP MORGAN CHASE
AC: 066642426
NAME: GOLDMAN SACHS & CO., NEW YORK
FFC: WLSO INVESTMENTS, LP
FFC#:065010340

Phone: Attn: Pierre Carras (212) 357-9989
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: January 5, 2021
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse (Schweiz) AG** ("Transferor") unconditionally and irrevocably transferred to **WLSO Investments, LP c/o Whitefort Capital Management, LP 780 3rd Avenue, 26th Floor, New York, NY 10017** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

      Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **January 5, 2021.**

**Credit Suisse (Schweiz) AG**

By: _____
Name: Reto Baumgartner
Title:  DIR

By: _____
Name: Simon Bill
Title:  AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0229269856 | 55829 | October 29, 2009 | LEHMAN BROTHERS UK CAPITAL FUNDING II LP | EUR 4,528,916 |