## EVIDENCE OF TRANSFER OF CLAIM

### TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse (Schweiz) AG**  ("Transferor") unconditionally and irrevocably transferred to **Credit Suisse AG, Singapore Branch** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **December 14, 2020.**

**Credit Suisse (Schweiz) AG**

By: _____
Name: Marcel Matter
Title:  DIR

By: _____
Name: Hans Peter Kälin
Title:  AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|------|-------------|------------------|--------|------------------------------------------------|
| XS0203783526 | 55829 | October 29, 2009 | LEHMAN BROTHERS TREASURY BV | USD 100'000 |

**Form 210A (10/06)**

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CREDIT SUISSE AG, SINGAPORE BRANCH

Name of Transferee

CREDIT SUISSE (SCHWEIZ) AG

Name of Transferor

Name and Address where notices
to transferee should be sent:

C/O Klestadt Winters Jureller Southard & Stevens,
LLP
Attn: Stephanie Sweeney, Esq
200 West 41st St, 17th Floor, New York, New York
10036

Phone: +65 6306 8006

Last Four Digits of Acct #: _____

Court Claim # (if known): 55829
Date Claim Filed: OCTOBER 29, 2009
Amount of Claim: USD 100,000
Portion of Claim Transferred (see
Schedule I): _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to
the best of my knowledge and belief.

By: _____ LIM YOU RENG          Date: 13 JAN 2021 _____
Transferee/Transferee's Agent

Regina Teo

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.