# EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficency of which are hereby acknowledged, **UNION BANCAIRE PRIVEE, UBP SA** ("Transferor") unconditionally and irrevocably transferred to **Stephen Lever** all of its right, title, interest claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **545221.01**) in nominal amount of USD 250'000.- related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 7th January 2021.

**UNION BANCAIRE PRIVEE, UBP SA**

Dain HARRIS
Associate

Pierre MEYLAN
Director

Securities departement

Securities departement

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim | Date Claim Filed | Issuer | Claim Unsecured | Allowed Unsecured |
|---|---|---|---|---|---|
| ISIN XS0345680655<br><br>Lehman Brothers due 22.11.2010 | 545221.01 | 26th October 2009 | Lehman Brothers Treasury BV | USD 250'000 | N/A |

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc  ,    Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Stephen Lever_    _Union Bancaire Privée, UBP SA_
Name of Transferee    Name of Transferor

Name and Address where notices to transferee should be sent:
  B 33 03 Kiaramas Danai,8 Jalan Desa Kiara,Mt Kiara 50480,Kuala Lumpur,Malaysia

Court Claim # (if known): _545221.01_
Amount of Claim: _$250,000.00_
Date Claim Filed: _10/29/2009_

Phone: _+60124091949/stevelever@yahoo.c_
Last Four Digits of Acct #: _____

Phone: _+41.58.819.3428_
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  HSBC Bank,2 Leboh Ampang,Kuala Lumpur 50100 Malaysia HBMBMYK    Account nr. : 301 763249 710

Phone: _+60 3 2075 3000_
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Stephen Lever_    Date: _8-01-21_
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Reset    Save As...    Print



**UNION BANCAIRE PRIVÉE**

# INSTRUCTION POUR EXPÉDITION COURRIER

| | |
|---|---|
| Mode d'expédition | **DHL** |

| | |
|---|---|
| Société | **001 / Genève** |
| N° Tiers | |
| Intitulé du compte | |
| Nom destinataire | **EPIQ BANKRUPTCY SOLUTIONS, LLC** |
| Adresse destinataire | **ATTN LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING**<br>**757 THIRD AVENUE, 3RD FLOOR**<br>**NEW YORK, NY 10017**<br>**UNITED STATES** |
| Code postal / Ville / Pays | |
| Téléphone destinataire | * |
| Envoi spécifique | |

Par sa signature, l'expéditeur confirme observer scrupuleusement la Directive «courrier entrant, courrier sortant et blocage courrier», notamment ses points 2.1 (Interdiction d'envoyer du courrier privé/personnel), 4.6 (respect des instructions d'adressage des Clients), 4.10 (Restrictions concernant les envois d'objets ou documents personnels des Clients) et 4.12 (Restrictions concernant l'envoi de plis aux USA)

Accès à la directive en cliquant **ICI**

Nom expéditeur + initiales + Tél. + visa
Corpo Trad / MU1
Mrs Laurence FRANCOIS

Date **11 January 2021**

**Frais d'envoi:**
**Obligatoire**
Centre de frais (CF_) ou n° de compte client
Sans mention du CF, le compte Client concerné sera automatiquement débité.

N° de compte Client à débiter
   B
   **OU**
Centre de frais n°:    CF_    **4621**

+ visa Chef de Groupe

**Code postal, ville et pays à compléter**

EPIQ BANKRUPTCY SOLUTIONS, LLC
ATTN LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING
757 THIRD AVENUE, 3RD FLOOR
NEW YORK, NY 10017
UNITED STATES

