UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
In re                                                               :  Chapter 11
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                            :  Case No. 08-13555 (SCC)
                                                                    :
                                             Debtors.               :  (Jointly Administered)
                                                                    :
                                                                    :  Ref. Docket No. 60956,
                                                                    :       60959, 60965
                                                                    :
------------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT    )
                        ) ss.:
COUNTY OF MIDDLESEX     )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 13, 2021, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 13, 2021, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
14th day of January, 2020
*/s/ Amy E. Lewis*

Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:

FERNWOOD ASSOCIATES LLC
TRANSFEROR: BARCLAYS BANK PLC
C/O INTERMARKET CORPORATION
888 SEVENTH AVENUE
NEW YORK, NY 10019

Please note that your claim # 19936-02 in the above referenced case and in the amount of $9,689,093.61 allowed at $7,500,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000190120746 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000195050



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: FERNWOOD ASSOCIATES LLC
C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     60959     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/13/2021                          Vito Genna, Clerk of Court

                                          /s/Andrea Speelman
                                          _____
                                          Epiq Corporate Restructuring, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 13, 2021.

# Exhibit B

| Claim Name | Address Information |
|---|---|
| AUTOBEST CORPORATION | TRANSFEROR: CREDIT SUISSE, YIP TIN LEE/TAK HAR DIANA CHAN LEE, DUPLEX 5, DYNASTY VILLA 5, DYNASTY HEIGHTS, 2-8 YIN PING RD, KOWLOON   HONG KONG |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: FERNWOOD ASSOCIATES LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: FERNWOOD RESTRUCTURINGS LIMITED, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| FERNWOOD ASSOCIATES LLC | TRANSFEROR: BARCLAYS BANK PLC, C/O INTERMARKET CORPORATION, 888 SEVENTH AVENUE, NEW YORK, NY 10019 |
| FERNWOOD RESTRUCTURINGS LIMITED | TRANSFEROR: BARCLAYS BANK PLC, C/O INTERMARKET CORPORATION, 888 SEVENTH AVENUE, NEW YORK, NY 10019 |
| UBS AG | TRANSFEROR: CREDIT SUISSE, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH CH-8001   SWITZERLAND |
| UBS AG | TRANSFEROR: CREDIT SUISSE, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH CH-8001   SWITZERLAND |
| UBS AG | TRANSFEROR: CREDIT SUISSE, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH CH-8001   SWITZERLAND |

**Total Creditor Count 16**