

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>   Case <u>No. 08-13555 (JMP)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>UBS AG, Zurich / Switzerland</u>
Name of Transferee

<u>Bank Vontobel AG, Zurich / Switzerland</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>67373.15</u>
Date Claim Filed: <u>not known</u>
Amount of Claim: <u>to be determined</u>
Portion of Claim Transferred (see Schedule I): _____

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: <u>January 07, 2021</u>
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Bank Vontobel AG
Gotthardstrasse 43
CH-8022 Zürich

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **BANK VONTOBEL AG** ("Transferor") unconditionally and irrevocably transferred to **UBS AG**, ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 67373.15**) **SEVERAL** in nominal value related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON October 21, 2010.

Bank Vontobel AG

By: _____
Name: Andreas Sarbach
Title: Executive Director

By: _____
Name: Thomas Schwerzmann
Title: Director

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount of Claim related to Security |
|---|---|---|---|---|
| XS0268858502 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 9,933.74 |
| Xs0274445120 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 44,602.13 |
| ANN521338783 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 7,639.85 |
| CH0027120747 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 21,286.59 |
| XS0251180906 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 18,753.78 |
| XS0300658597 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 311,322.90 |
| ANN5214R8254 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 111,551.68 |
| XS0226380334 SPLITTING | 67373.15 FROM | October 29, 2009 TOTAL ALLOW | AMOUNT USD 53,522.56 | USD 26,761.28 |
| XS0347732892 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 20,327.45 |
| XS0267460359 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 70,955.29 |
| XS0186883798 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 52,000.00 |
| CH00027120648 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 28,554.05 |
| CH0027120671 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 75,823.64 |
| XS03203226901 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 64,698.48 |
| XS0324890440 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 146,204.94 |
| CH0036891148 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 35,681.70 |
| CH0036891122 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 27,835.09 |
| CH0027120770 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 35,576.09 |
| XS0211093041 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 43,091.27 |
| XS0367651782 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 41,926.01 |
| CH0027120978 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 42,573.17 |
| XS0176153350 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 58,353.02 |
| XS0337337710 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 27,366.09 |
| CH0027120655 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 26,842.49 |
| XS0234123650 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 35,753.34 |
| XS0270828584 SPLITTING | 67373.15 FROM | October 29, 2009 TOTAL ALLOW | AMOUNT USD 360,840.11 | USD 86,784.33 |
| XS0270987547 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 153,712.14 |
| XS0325550555 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 67,103.86 |
| CH0034783701 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 35,623.48 |
| CH0034783669 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 102,175.62 |
| CH0034783685 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 75,000.00 |
| XS0187967160 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 365,737.50 |
| XS0269969027 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 14,383.07 |
| XS0326086716 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 273,202.46 |
| CH0027120754 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 25,543.90 |
| XS0340756898 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | |

| CH0043088654 SPLITTING | 67373.15 FROM | October 29, 2009 TOTAL ALLOW | Lehman Brothers Treasury Co. BV AMOUNT USD 70,307.08 | USD 14,061.42 |
|---|---|---|---|---|
| ANN5214A1035 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 19,645.65 |
| CH0027120614 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 6,439.37 |
| CH0027120689 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 46,830.52 |

# Vontobel

Bank Vontobel AG
Gotthardstrasse 43
8022 Zurich
T +41 58 283 50 56
F +41 58 283 5160
roger.fivat@vontobel.com

CHE-116.300.767 MWST (VAT)

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
United States

1/1    Zurich, January 7, 2021

## Evidence of Transfer of Claim

Dear Sir or Madam

Enclosed please find one form "Evidence of Transfer of Claim" with 36 positions.
Please note, that the mentioned Lehman Products are deposited in our bank.
Our claim number is: 67373
If you have any questions, don't hesitate to contact us.

Best regards

**Bank Vontobel AG**

Andreas Sarbach  
Executive Director

Thomas Schwerzmann  
Director