WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

**NOTICE OF CHANGE OF**
**ADDRESS OF LEHMAN BROTHERS**
**HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE** that the corporate headquarters of the Debtors in the above-referenced chapter 11 cases has changed. Any notices to the Debtors shall be served upon the following address:

>   c/o Lehman Brothers Holdings Inc.
>   100 East 42nd Street, Suite 820-8th Floor
>   New York, New York 10017
>   Attention: Kristine Dickson and William Olshan

Dated:   January 28, 2021
         New York, New York

                                                            */s/ Garrett A. Fail*
                                                            Garrett A. Fail
                                                            WEIL, GOTSHAL & MANGES LLP
                                                            767 Fifth Avenue
                                                            New York, New York 10153
                                                            Telephone: (212) 310-8000
                                                            Facsimile: (212) 310-8007

                                                            Attorneys for Lehman Brothers Holdings Inc.
                                                            and Certain of Its Affiliates

WEIL:\97810296\1\58399.0011