UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Lehman Brothers Holdings INC., et al,

Debtors.

) Case No.: 08-13555 (SCC)
)
) (Jointly Administered)
)
) Docket #60984

NOTICE OF ERRATA IN RELATIONS TO THE MOTION TO COMPEL FILING OF THE IMPORTANT COVENANTS OF LBH CERTIFICATES

TO THE HONORABLE COURT:

Christopher P. Wossilek and Phillip Wossilek hereby gives Notice of Errata to the Court and all parties regarding page ten of Christopher P. Wossilek and Phillip Wossilek's "Motion to compel filing of important covenant of LBH certificates" received on January 28, 2021. Christopher P. Wossilek and Phillip Wossilek respectfully corrects an inadvertent typographical error of **Rex Wu** on page 10 which should be Christopher P. Wossilek and Phillip Wossilek. The corrected page 10 to the Motion is attached hereto as Exhibit A. Christopher P. Wossilek and Phillip Wossilek respectfully request this Court to substitute Exhibit A for page ten of the Motion.

Dated this 28th day of January, 2021                    Respectfully Submitted,

Christopher P. Wossilek          Phillip Wossilek
10687 Addison Ct                 6833 South Harvest Ct
Highlands Ranch, CO 80126        Aurora, CO 80016
303-330-9942                     720-209-3657
cwoss@protonmail.com             Wozz229@comcast.net

## EXHIBIT A

THIS PAGE IS INTENTIONALLY LEFT BLANK

LBHI and the Plan Administrator (ECF # 60976) to inquire and make sure that the Important Covenants of LBHI are not violated. LBHI and the Plan Administrator did not respond. There needs to be transparency and assurances that the Important Covenants of LBHI are not being violated by LBHI.

### Reservations of Rights

14. The Plaintiffs reserve all their rights that they are entitled to.

WHEREFORE, subject to the conditions set forth herein, Christopher P. Wossilek and Phillip Wossilek respectfully request that the Court enforce the Important Covenants of LBH by requiring LBHI to file Certificates for each of the years since the default for Lehman Brothers Holdings Inc. Capital Trusts III, IV, V and VI.

Respectfully Submitted,

Dated this 27th day of January 2021

Christopher P. Wossilek
10687 Addison Ct
Highlands Ranch, CO 80126

Phillip Wossilek
6833 South Harvest Ct
Aurora, CO 80016