**Rex Wu**
**6315 N Campbell**
**Chicago, IL 60659**
**312-785-0348**
rex_wu@live.com
**Pro Se**

### UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** ) | Case No.: 08-13555 (SCC) |
| ) | |
| **Lehman Brothers Holdings INC., et al,** ) | **(Jointly Administered)** |
| ) | |
| **Debtors.** ) | |

### JOINDER OF REX WU TO THE MOTION TO COMPEL THE FILING OF THE IMPORTANT COVENANTS OF LBH ANNUAL CERTIFICATES

Rex Wu, Pro Se, joins the Motion To Compel Filing Of The Important Covenants Of LBH Annual Certificates (the "Covenant Certificate Motion") Docket #60984. In support thereof Rex Wu respectfully states as follows:

### JOINDER

1. Rex Wu joins in the arguments raised in the "Covenant Certificate Motion" and adopts and incorporates such arguments as if more fully set forth herein and asserted by Rex Wu. As the "Covenant Certificate Motion" correctly argues, the relief requested in the motion is supported by, among other things, the plain language of the confirmed Plan, the LBHI Capital Trusts III, IV, V and VI Prospectuses and applicable bankruptcy laws.

2. Rex Wu shares the same grievances and arguments with Christopher P Wossilek and Phillip Wossilek. (Docket #60976)

3. Rex Wu respectfully requests the right to present argument on this motion

1

at the time of a hearing, and that this right to present argument continue and remain even if the United States Trustee withdraws or otherwise resolves the "Covenant Certificate Motion."

4. Rex Wu reserves all of his rights and remedies, and nothing contained in this Joinder shall constitute an admission by Rex Wu for any other purpose or a waiver of any rights or remedies available to Rex Wu.

5. Rex Wu respectfully requests that this Honorable Court approve the relief sought by the "Covenant Certificate Motion" with respect to the filing of the Important Covenants of LBH Certificates from date of default to current, the enforcement of the Dividend Stopper and the enforcement of the Non-Discharge provision for the reasons set forth in the "Covenant Certificate Motion" and incorporated herein by reference.

## CONCLUSION

WHEREFORE, Rex Wu joins in the "Covenant Certificate Motion" and respectfully requests that this Court approve the "Covenant Certificate Motion" in its entirety.

Respectfully Submitted,

Dated this 29th day of January, 2021         /s/ Rex Wu
                                             _____
                                             Rex Wu
                                             6315 N Campbell
                                             Chicago, IL 60659