Rex Wu
6315 N. Campbell
Chicago, IL 60659
Tel: (312)785-0348
Email: rex_wu@live.com
Pro-Se

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**In Regards:  Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case # 08-13555 (SCC)**

### PROOF OF SERVICE

On January 29th, 2021, I caused to be served the "JOINDER OF REX WU TO THE MOTION TO COMPEL FILING OF THE IMPORTANT COVENANTS OF LBH ANNUAL CERTIFICATES," Docket No. 60988, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via USPS

First Class mail to:

Attention: Kristine Dickson and William Olshan, c/o Lehman Brothers Holdings Inc., 100 East 42nd St, Suite 820-8th floor, New York, New York 10017. **(EXHIBIT A)**

Respectfully Submitted,

January 29th, 2021               /s/ Rex Wu
                                 _____
                                 Rex Wu
                                 6315 N Campbell
                                 Chicago, IL 60659
                                 312-785-0348
                                 rex_wu@live.com

Exhibit A



```
              NORTHTOWN
           3401 W DEVON AVE
         CHICAGO, IL 60659-9998
            (800)275-8777
01/29/2021                      05:28 PM

Product            Qty    Unit      Price
                          Price

First-Class Mail®   1               $0.55
 Letter
   New York, NY 10017
   Weight: 0 lb 0.40 oz
   Estimated Delivery Date
      Tue 02/02/2021
   Cert of Mailing            $1.55
Total                         $2.10

Grand Total:                  $2.10

Credit Card Remitted          $2.10
  Card Name: [redacted]
  Account #: XXXXXXXXXXXX[redacted]
  Approval #: 00127Z
  Transaction #: 911
  AID: A0000000042203       Chip
  AL: Citibank Card
  PIN: Not Required    Citibank Card

***********************************
USPS is experiencing unprecedented volume
   increases and limited employee
   availability due to the impacts of
COVID-19. We appreciate your patience.
***********************************

In a hurry? Self-service kiosks offer
  quick and easy check-out. Any Retail
     Associate can show you how.

         Preview your Mail
         Track your Packages
         Sign up for FREE @
         www.informeddelivery.com

All sales final on stamps and postage.
 Refunds for guaranteed services only.
     Thank you for your business.

    Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.
```



```
       or call 1-800-410-7420

UFN: 161570-0451
Receipt #: 840-56060055-4-4401247-3
Clerk: 12
```



**UNITED STATES POSTAL SERVICE®**    Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Rex Wu
6315 N. Campbell
Chicago IL 60659

To: C/o Lehman Brothers Holdings Inc.
100 East 42nd Street, Suite 820 - 8th Floor
New York, New York 10017
ATTN: Kristine Dickson and William Olshan

PS Form **3817**, April 2007  PSN 7530-02-000-9065



