Christopher P. Wossilek
10687 Addison Ct
Highlands Ranch, CO 80126
Tel: (303) 330-9942
Email: cwoss@protonmail.com
Pro-Se

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**In Regards:  Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case # 08-13555 (SCC)**

## PROOF OF SERVICE

On January 28th, 2021, I caused to be served the "Notice of Errata in Relations to the Motion to Compel Filing of the Important Covenants of LBH Certificates", Docket No. 60986, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via FedEx

Priority mail to:

1. Lehman Brothers Holdings Inc.

Attention: Kristine Dickson and Matthew Cantor, c/o Lehman Brothers Holdings Inc., 277 Park Avenue, 46th floor, New York, New York 10172.

    Tracking number: 783147307352


2. Lehman Brothers Holdings Inc.

Attention: Kristine Dickson and William Olshan, c/o Lehman Brothers Holdings Inc., 100 East 42nd Street, Suite 820-8th Floor, New York, New York 10017

    Tracking number: 783189443408

3. US Trustee

Attention: Mr. William K. Harrington, Esq., Ms. Susan D. Golden, Esq, Ms. Andrea B. Schwartz, Esq., U.S. Federal Office Building 201 Varick Street, Suite 1006 New York, NY 10014

Tracking number: 783147262066

Respectfully Submitted,

Dated this 30th day of January, 2021

Christopher P. Wossilek
10687 Addison Ct
Highlands Ranch, CO 80126