Alex Olivo
16452 Harold Street
Oak Forest, IL 60452
Telephone: (630) 697-9464
Email: olivo_alex@yahoo.com
Pro Se

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Case No.: 08-13555 (SCC) |
| Lehman Brothers Holdings INC., et al, ) | |
| Debtors. ) | (Jointly Administered) |

**Joinder of Alex Olivo To The Motion and Arguments Of Christopher P Wossilek and Phillip Wossilek Motion To Compel The Filing Of The Important Covenants of LBH Annual Certificates**

Alex Olivo, Pro Se, joins the Motion To Compel Filing Of The Important Covenants Of LBH Annual Certificates (the "Covenant Certificate Motion") Docket #60984. Like Christopher P Wossilek and Phillip Wossilek, In Support there of Alex Olivo respectfully states as follows:

Alex Olivo hereby joins in the motion filed and agrees with the arguments raised in the "Covenant Certificate Motion" and adopts and incorporates such arguments as if more fully set forth herein and asserted by Alex Olivo. As the "Covenant Certificate Motion" correctly argues, the relief requested in the motion is supported by, among other things, the plain language of the confirmed Plan, the LBHI Capital Trusts 3 to 6's Prospectuses and applicable bankruptcy laws.

Alex Olivo respectfully requests that this Honorable Court approve the relief sought by the "Covenant Certificate Motion."

Alex Olivo shares the same grievances and arguments with Christopher P Wossilek and Phillip Wossilek. LBHI is required to file the Covenant Certificates regardless of the Motion to Compel the Filing of the Important Covenants of LBH. Filing the Covenant Certificates are a matter of compliance with Bankruptcy code 510(A), the "PLAN and the Prospectuses.

Alex Olivo respectfully requests the right to present argument on this motion at the time of a hearing, and that this right to present argument continue and remain even if the United States Trustee withdraws or otherwise resolves the "Covenant Certificate Motion."

Alex Olivo reserves all his rights and remedies, and nothing contained in this Joinder shall constitute an admission by Alex Olivo for any other purpose or a waiver of any rights or remedies available to Alex Olivo.

WHEREFORE, Alex Olivo joins in the Motion to Compel the Filing of the Important Covenant of LBH Certificates and respectfully requests that this court approve the motion in its entirety.

Dated February 2, 2021
Respectfully Submitted,
Alex Olivo
By: /s/ Alex Olivo

Alex Olivo
16452 Harold
Oak Forest, IL 60452
Telephone: (630) 697-9464
Email: olivo_alex@yahoo.com
Pro Se