Lisa Wilson
6037 E. Dodge Rd.
Mount Morris, MI 48458
810-241-0243
lisa@pixbylisa.com
Pro Se

## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Case No.: 08-13555 (SCC) |
| Lehman Brothers Holdings INC., et al, | ) (Jointly Administered) |
| Debtors. | ) |

## JOINDER OF LISA WILSON TO THE MOTION TO COMPEL THE FILING OF THE IMPORTANT COVENANTS OF LBH ANNUAL CERTIFICATES

Lisa Wilson, Pro Se, herby joins the Motion To Compel Filing Of The Important Covenants Of LBH Annual Certificates (the "Covenant Annual Certificate Motion") Docket #60984. In support thereof Lisa Wilson respectfully states as follows:

## JOINDER

1. Lisa Wilson adopts and incorporates the arguments raised in the "Covenant Annual Certificate Motion" (Docket #60984). As the "Covenant Annual Certificate Motion" correctly argues, the relief requested in the motion is supported by, the plain language of the confirmed Plan, the LBHI Capital Trusts III, IV, V and VI Prospectuses and applicable bankruptcy laws.

2. Lisa Wilson reserves all of her rights and remedies, and nothing contained in this Joinder shall constitute an admission by Lisa Wilson for any other purpose or a waiver of any rights or remedies available to Lisa Wilson.

1

3. Lisa Wilson respectfully requests that this Honorable Court approve the relief sought by the "Covenant Annual Certificate Motion" (Docket #60984) with respect to the filing of the Important Covenants of LBH Certificates from date of default to current, the enforcement of the Non-Discharge provision and the enforcement of the Dividend Stopper for the reasons set forth in the approve the Motion To Compel Filing Of The Important Covenants Of LBH Annual Certificates and incorporated herein by reference

## CONCLUSION

WHEREFORE, Lisa Wilson joins in the "Covenant Annual Certificate Motion" (Docket #60984), and respectfully requests that this Court approve the Motion To Compel Filing Of The Important Covenants Of LBH Annual Certificates in its entirety.

Dated this 2cnd day of February, 2021

Respectfully Submitted,

_____
Lisa Wilson
6037 E. Dodge Rd.
Mount Morris, MI 48458