B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc.         ,          Case No.  08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Southern Pacific Mortgage Limited | Marble Arch Residential Securitisation No. 4 PLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Southern Pacific Mortgage Limited

Attn: Anthony Mines and Lee Brandon

Email:
anthony.mines@southernpacific.co.uk
lee.brandon@southernpacific.co.uk

Court Claim # (if known): 28826
Amount of Claim: $13,500,000.00
Date Claim Filed: 09/22/2009

Phone: +44 2037867602
Last Four Digits of Acct. #: _____

Phone: +44 7715 651 900
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_ Transferee/Transferee's ~~Agent~~      Date: 02/03/21

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Marble Arch Residential Securitisation No. 4 PLC** (in liquidation) ("Assignor"), pursuant to the terms of the Assignment of Claims dated January 26, 2021 and entered into between Assignor and Assignee (as defined below), does hereby certify that it has unconditionally and irrevocably transferred and assigned to **Southern Pacific Mortgage Limited** ("Assignee") all right, title and interest in and to Claim Number 28826 (the "Claim") in Assignor's name against Lehman Brothers Holdings Inc. (the "Debtor"), a debtor in a chapter 11 case pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), jointly administered under Case No. 08-13888 (SCC), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing Claim (the "Assigned Claim").

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, title 11 of the United States Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Assignor by Assignee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Assigned Claim. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim, recognizing Assignee as the sole owner and holder of the Assigned Claim.  Assignor further directs the Debtor, the Debtor's claims agent, the clerk of the Bankruptcy Court and all other interested parties that all further notices or payments or distributions of money or property in respect of the Assigned Claim be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 26th day of January 2021.

**Assignor**
**Marble Arch Residential Securitisation No. 4 PLC (in liquidation)**

By: _C. Laughton_
Name: Christopher Laughton
Title: Joint Liquidator (acting as an agent of Marble Arch Residential Securitisation No. 4 PLC (in liquidation) and without personal liability

21 Lombard Street, 7th Floor
London, United Kingdom
EC3V 9AH

**Assignee**
**Southern Pacific Mortgage Limited**

By: _____
Name: LES BRANDON
Title: DIRECTOR

The Old Town Hall
4 Queens Road
Wimbledon
SW19 8YB