Lisa Wilson

6037 E. Dodge Rd.

Mount Morris, MI 48458

Tel: 810-241-0243

Email: lisa@pixbylisa.com

Pro-Se

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Regards: Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case # 08-1.3555 (scc)

### PROOF OF SERVICE

On January 29th, 2021, I caused to be served the "JOINDER OF LISA WILSON TO THE MOTION TO COMPEL FILING OF THE IMPORTANT COVENANTS OF LBH ANNUAL CERTIFICATES," Docket No. 60993, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via USPS

First Class mail to:

Attention: Kristine Dickson and William Olshan, c/o Lehman Brothers Holdings Inc.. 100 East 42nd St, Suite 820-8th floor, New York, New York 10017.

Tracking # 9505 5120 0681 1035 1834 23

February 04, 2021

Respectfully Submitted,

*Lisa A Wilson*

Lisa Wilson
6037 E Dodge Rd.
Mount Morris, MI 48458
810-278-8568
lisa@pixbylisa.com