**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                                       :    **Chapter 11**

**In re**                                                : 

                                                   :    **Case No. 08-13555 (SCC)**

**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**    :

                                                   :    **(Jointly Administered)**

                             **Debtors.**              :

                                                   :    **Ref. Docket Nos. 60966-**
                                                   :    **60968, 60975, 60977, 60978,**
                                                   :    **60980-60982**

---------------------------------------------------------------- x


**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT    )
                                   ) ss.:
COUNTY OF MIDDLESEX     )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 1, 2021, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated February 1, 2021, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                        */s/ Angharad Bowdler*
                                                                        Angharad Bowdler

Sworn to before me this
8th day of February, 2021
*/s/ Amy E. Lewis*

Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:   BAR(23) MAILID *** 000190542839 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000103073



CREDIT SUISSE
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

Please note that your claim # 5355829-99 in the above referenced case and in the amount of $0.00 allowed at $100,000.00 has been transferred (unless previously expunged by court order)

CREDIT SUISSE AG, SINGAPORE BRANCH
TRANSFEROR: CREDIT SUISSE
C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS LLP
ATTN: STEPHANIE SWEENEY
200 WEST 41ST ST, 17TH FL
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    60975    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  02/01/2021                             Vito Genna, Clerk of Court

/s/Andrea Speelman
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 1, 2021.

# Exhibit B

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO LTD | TRANSFEROR: UBS AG, ATTN: PATRICK ROOS, BAHNHOFSTRASSE 36, CH-8010 ZURICH SWITZERLAND |
| BANK VONTOBEL AG | FAO: MRS. DR. HEIDE SUDEROW GROB, GOTTHARDSTRASSE 43, ZURICH 8002 SWITZERLAND |
| BANK VONTOBEL AG | FAO: MRS. DR. HEIDE SUDEROW GROB, GOTTHARDSTRASSE 43, ZURICH 8002 SWITZERLAND |
| BANK VONTOBEL AG | FAO: MRS. DR. HEIDE SUDEROW GROB, GOTTHARDSTRASSE 43, ZURICH 8002 SWITZERLAND |
| BANK VONTOBEL AG | FAO: MRS. DR. HEIDE SUDEROW GROB, GOTTHARDSTRASSE 43, ZURICH 8002 SWITZERLAND |
| BANK VONTOBEL AG | FAO: MRS. DR. HEIDE SUDEROW GROB, GOTTHARDSTRASSE 43, ZURICH 8002 SWITZERLAND |
| BANK VONTOBEL AG | FAO: MRS. DR. HEIDE SUDEROW GROB, GOTTHARDSTRASSE 43, ZURICH 8002 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: UBS AG, GOTTHARDSTRASSE 43, CORPORATE ACTIONS, ZURICH 8002 SWITZERLAND |
| BANK VONTOBEL AG | FAO: MRS. DR. HEIDE SUDEROW GROB, GOTTHARDSTRASSE 43, ZURICH 8002 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: UBS AG, GOTTHARDSTRASSE 43, CORPORATE ACTIONS, ZURICH 8002 SWITZERLAND |
| BERNER KANTONALBANK AG | TRANSFEROR: CREDIT SUISSE, ATTN: CORDINE JENNI-ARNOLD, BUNDESPLATZ 8, 3011 BERN   SWITZERLAND |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG, SINGAPORE BRANCH | TRANSFEROR: CREDIT SUISSE, C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS LLP, ATTN: STEPHANIE SWEENEY, 200 WEST 41ST ST, 17TH FL, NEW YORK, NY 10036 |
| GARZONI, GINO | TRANSFEROR: CREDIT SUISSE, SEEBLICKSTR 15, 8038 ZURICH   SWITZERLAND |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, HONG KONG BRANCH, ATTN: RAYMOND NG, LEVEL 13 & 14, 1 QUEEN'S ROAD CENTRAL, HONG KONG   HONG KONG |
| LEVER, STEPHEN | TRANSFEROR: UNION BANCAIRE PRIVEE, UBP SA, B 33 03 KIARAMAS DANAI 8, JALAN DESA KIARA, MT KIARA, KUALA LUMPUR 50480 MALAYSIA |
| LONDON INTERNATIONAL CAPITAL LTD. | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, ATTN: MARCUS VON THIELE, 20-22 WENLOCK ROAD, LONDON N1 7GU UNITED KINGDOM |
| LONDON INTERNATIONAL CAPITAL LTD. | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE, ATTN: MARCUS VON THIELE, 20-22 WENLOCK ROAD, LONDON N1 7GU UNITED KINGDOM |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 |

| Claim Name | Address Information |
|---|---|
| UBS AG | SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG, ATTN: HUGO KOLLER, BAHNHOFSTR 45, ZURICH 8001 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: RBS COUTTS BANK AG, 96-98 RUE DU RHONE, GENEVA 1211 SWITZERLAND |

**Total Creditor Count 36**