Elizabeth Harrison
1413 N. Vermont Street
Arlington, Va. 22201
Telephone: 571-480-2520
Email: eharrison165@gmail.com
Pro Se

## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Lehman Brothers Holdings Inc., et al,** | ) Chapter 11 Case No.: 08-13555 (SCC) |
| | ) |
| | ) 08-13555 (SCC) |
| | ) |
| **Debtors** | ) (Jointly Administered) |

### JOINDER OF ELIZABETH A. HARRISON TO THE MOTION TO COMPEL THE FILING OF THE IMPORTANT COVENANTS OF LBH ANNUAL CERTIFICATES
_____

Elizabeth A. Harrison hereby joins in the motion filed on January 28, 2021 [Docket # 60984]

(the "Motion") by Christopher P. Wossilek to state and request the honorable court to Compel

Lehman Brothers Holdings Inc. to file the current and all missed annual filings of the Important

Covenants of LBH Certificates, as required by the Lehman Brothers Holdings Inc. Capital Trusts

III, IV, V and VI Prospectus Terms and enforced by Bankruptcy Code 510 (A).

In support thereof, Elizabeth A. Harrison respectfully states as follows:

### JOINDER

1. Elizabeth A. Harrison owns shares of Lehman Brothers Holdings Inc Preferred Securities LEHKQ, LEHNQ and LHHMQ issued by Lehman Brothers Holdings Inc Capital Trust III, V and VI.

2. Elizabeth A. Harrison joins in the arguments raised in the "Motion" and adopts and incorporates such arguments as if more fully set forth herein and asserted by Rex Wu on January 29, 2021 Docket # 60988. As the "Motion" correctly argues, the relief requested in the "Motion" is supported by, among other things, the plain language of the confirmed Plan, the LBHI Capital Trusts III, IV, V and VI Prospectuses and applicable bankruptcy laws.

3. Elizabeth A. Harrison shares the same grievances and arguments with Christopher Wossilek and Phillip Wossilek as stated by Rex Wu on January 19, 2021 Docket #60976.

4. Elizabeth A. Harrison hereby adopts and incorporates all of the arguments raised in the "Motion" as if they were set forth and asserted herein by Elizabeth A. Harrison.

5. Elizabeth A. Harrison reserves and does not waive all of her rights and remedies, and nothing contained in this Joinder shall constitute an admission by Elizabeth A. Harrison for any other purpose.

## CONCLUSION

WHEREFORE, Elizabeth A. Harrison joins in the "Motion" filed January 28, 2021, Docket # 60984, and respectfully requests that this Honorable Court approve the relief sought by the "Motion" with respect to the filing of the Important Covenants of LBH Certificates from date of default to the current date, the enforcement of the Dividend Stopper and the enforcement of the Non-Discharge provision for the reasons set forth in the "Motion" and incorporated herein by reference in its entirety.

                                                Respectfully Submitted

Dated: February 4, 2021

                                                _____

                                                Elizabeth A. Harrison, Pro Se
                                                1413 N. Vermont St.
                                                Arlington, Va. 22201
                                                Telephone: (571)480-2520
                                                Email: eharrison165@gmail.com