## EVIDENCE OF TRANSFER OF CLAIMS

TO:   United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO:  Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

**Southey Capital Ltd,** its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto **Lexington Investments Ltd,** its successors and assigns ("Buyer"), all rights, title and interest in and to the claims and in the allowed amounts set forth below (collectively, the "Assigned Claims") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

| Claim Number | Claim Amount | Debtor |
|---|---|---|
| 33057 | $700,837.00 | LBHI |
| 58233 | $24,123,602.00 | LBHI |
| 66500 | $4,647,353.63 | LBHI |
| 66500 | $2,323,676.83 | LBHI |
| 20832 | $583,972.23 | LBHI |
| 27861 | $164,484.00 | LBHI |
| 27862 | $441,273.00 | LBHI |
| 27863 | $18,822.00 | LBHI |

Seller hereby waives any objection to the transfer of the Assigned Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claims and recognizing the Buyer as the sole owner and holder of the Assigned Claims.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claims to Buyer.



RECEIVED FEB 10 2021 U.S. BANKRUPTCY COURT SDNY

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claims by its duly authorized representative dated January 23, 2021.

| Southey Capital Ltd | Lexington Investments Ltd |
|---|---|
| By: *[signature]* <br> Name: Robert Southey <br> Title: Director | By: *[signature]* <br> Name: JULIAN RIFAT <br> Title: DIRECTOR |

Hi,

Please find a claim transfer request form enclosed. Our contact details are as follows should there be any questions:

Southey Capital Ltd – Robert Southey – rs@southeycapital.com

Lexington Investments Ltd – Julian Rifat – jr@lexinv.com

Kind regards,