Dan Ianello
PO Box 796
Granger, IN 46530
Telephone: 574-514-7614
Email: dnello@yahoo.com
Pro Se

## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Case No.: 08-13555 (SCC) |
| Lehman Brothers Holdings Inc., et al, | ) |
| | ) (Jointly Administered) |
| Debtors | ) |

## JOINDER OF DAN IANELLO TO THE MOTION TO COMPEL THE FILING OF THE IMPORTANT COVENANTS OF LBH ANNUAL CERTIFICATES

### JOINDER

1. Dan Ianello, as pro se, joins in the arguments raised in the "Covenant Certificate Motion" and adopts and incorporates such arguments as if more fully set forth herein and asserted by Dan Ianello. As the "Covenant Certificate Motion" correctly argues, the relief requested in the motion is supported by, among other things, the plain language of the confirmed Plan, the LBHI Capital Trusts III, IV, V and VI Prospectuses and applicable bankruptcy laws.

2. Dan Ianello shares the same grievances and arguments with Christopher P Wossilek and Phillip Wossilek. (Docket #60976)

3. Dan Ianello respectfully requests the right to present argument on this motion at the time of a hearing, and that this right to present argument continue and remain even if the United States Trustee withdraws or otherwise resolves the "Covenant Certificate Motion."

4. Dan Ianello reserves all of his rights and remedies, and nothing contained in this Joinder shall constitute an admission by Dan Ianello for any other purpose or a waiver of any rights or remedies available to Dan Ianello.

5. Dan Ianello respectfully requests that this Honorable Court approve the relief sought by the "Covenant Certificate Motion" with respect to the filing of the Important Covenants of LBH Certificates from date of default to current, the enforcement of the Dividend Stopper and the enforcement of the Non-Discharge provision for the reasons set forth in the "Covenant Certificate Motion" and incorporated herein by reference.

## CONCLUSION

WHEREFORE, Dan Ianello joins in the "Covenant Certificate Motion" and respectfully requests that this Court approve the "Covenant Certificate Motion" in its entirety.

Dated this 1st day of February 2021.

Respectfully Submitted,

Dan Ianello
PO box 796
Granger, IN 46530