Form 210A (10/06)



# United States Bankruptcy Court

### Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>   Case <u>No. 08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>UBS AG, Zurich / Switzerland</u>               <u>Bank Vontobel AG, Zurich / Switzerland</u>
Name of Transferee                              Name of Transferor

Name and Address where notices                  Court Claim # (if known): <u>Several</u>
to transferee should be sent:                   Date Claim Filed: <u>not known</u>
                                                Amount of Claim: <u>to be determined</u>
                                                Portion of Claim Transferred (see
                                                Schedule I): _____

Phone: _____                          Phone: _____
Last Four Digits of Acct #: _____             Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                     Date: **January 25, 2021**
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Bank Vontobel AG
Gotthardstrasse 43
CH-8022 Zürich

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **BANK VONTOBEL AG** ("Transferor") unconditionally and irrevocably transferred to **UBS AG,** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 559233 AND MORE**) **SEVERAL** in nominal value related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON October 21, 2010.

Bank Vontobel AG

By: _____
Name: Thomas Schwerzmann
Title:  Director

By: _____
Name: Josef Fassbind
Title:  Associate Director

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount of Claim related to Security |
|---|---|---|---|---|
| XS0324890440 | 559233.07 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 31,783.68 |
| XS0319862818 | 555829.96 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD16,847.88 |

CORRECTION TO THE EVIDENCE OF TRANSFER OF CLAIM FROM DECEMBER 21, 2020
Wrong amount of USD 988,124.69 – CORRECT BELOW USD 98,124.69

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount |
|---|---|---|---|---|
| XS0248620899 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 98,124.69 |

CORRECTION TO THE EVIDENCE OF TRANSFER OF CLAIM FROM JANUARY 7, 2021
WITHOUT AMOUNT – CORRECT BELOW USD 100,000.00

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount |
|---|---|---|---|---|
| XS0340756898 | 67373.15 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 100,000.00 |

# Vontobel

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
United States

Bank Vontobel AG
Gotthardstrasse 43
8022 Zurich
T +41 58 283 50 56
F +41 58 283 5160
roger.fivat@vontobel.com

CHE-116.300.767 MWST (VAT)

1/1   Zurich, January 25, 2021

## Evidence of Transfer of Claim

Dear Sir or Madam

Enclosed please find one form "Evidence of Transfer of Claim".
Please note, that the mentioned Lehman Products are deposited in our bank.
Our claim number is: 67373
*If you have any questions, don't hesitate to contact us.*

Best regards

**Bank Vontobel AG**


Thomas Schwerzmann
Director

Josef Fassbind
Associate Director

100% recycled paper