Glenn A. Blaze
748 Port Monmouth Road
Port Monmouth, NJ 07758
Phone: 732-769-2398
Email: glennblaze2@gmail.com
Pro Se

### UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Lehman Brothers Holdings Inc., et al,** | ) Chapter 11 Case No.: 08-13555 (SCC) <br> ) <br> ) 08-13555 (SCC) <br> ) |
| **Debtors** | ) (Jointly Administered) |

### JOINDER OF GLENN A. BLAZE TO THE MOTION TO COMPEL THE FILING OF THE IMPORTANT COVENANTS OF LBH ANNUAL CERTIFICATES

Glenn A. Blaze, pro se, joins the Motion To Compel Filing Of Important Covenants Of LBH Annual Certificates (the "Covenant Certificate Motion") Docket # 60984.  In support thereof, Glenn A. Blaze respectfully states as follows:

#### JOINDER

1. Glenn A. Blaze joins in the arguments raised in the "Covenant Certificate Motion" and adopts and incorporates such arguments as if more fully set forth herein and asserted by Rex Wu.  As the "Covenant Certificate Motion" correctly argues, the relief requested in the motion is supported by, among other things, the plain language of the confirmed Plan, the LBHI Capital Trusts III, IV, V and VI Prospectuses and applicable bankruptcy laws.

2. Glenn A. Blaze shares the same grievances and arguments with Christopher Wossilek and Phillip Wossilek. (Docket #60976)

3. Glenn A. Blaze hereby adopts and incorporates all of the arguments raised in the Motion as if such arguments were set forth herein and asserted by Glenn A. Blaze

4. Glenn A. Blaze reserves all of her rights and remedies, and nothing contained in this Joinder shall constitute an admission by Glenn A. Blaze for any other purpose or a waiver of any rights or remedies available to Glenn A. Blaze

5. Glenn A. Blaze respectfully requests that this Honorable Court approve the relief sought by the "Covenant Certification Motion" with respect to the filing of the Important Covenants of LBH Certificates from date of default to current, the enforcement of the Dividend Stopper and the enforcement of the Non-Discharge provision for the reasons set forth in the "Covenant Certificate Motion: and incorporated herein by reference.

## CONCLUSION

WHEREFORE, Glenn A. Blaze joins in the "Covenant Certificate Motion" and respectfully requests that this Court approve the "Covenant Certificate Motion" in its entirety.

Respectfully Submitted

Dated this 12th day of February, 2021

*Glenn A. Blaze* (signature)

Glenn A. Blaze
748 Port Monmouth Road
Port Monmouth, NJ 07758
Phone: 732-769-2398
Email: glennblaze2@gmail.co