Christopher P. Wossilek
10687 Addison Ct.
Highlands Ranch, CO 80126
Tel: (303)330-9942
Email: cwoss@protonmail.com
Pro-Se

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

**In Regards:  Chapter 11 LEHMAN BROTHERS HOLDINGS INC., et al., Case # 08-13555 (SCC)**

**PROOF OF SERVICE**

On February 22nd, 2021, I caused to be served the "Motion For Summary Judgement for The Motion To Compel Filing Of The Important Covenants Of LBH Annual Certificates," Docket No. 61013, by causing true and correct copies to be enclosed securely in a separate postage paid envelope and delivered via Fedex

Priority mail to:

1. Lehman Brothers Holdings Inc.

Attention: Kristine Dickson and William Olshan, c/o Lehman Brothers Holdings Inc., 100 East 42nd Street, Suite 820-8th Floor.  New York, New York 10017

   Tracking #: 783989821678


2. US TRUSTEE

Attention: Mr. William K. Harrington, Esq., Ms. Susan D. Golden, Esq., Ms. Andrea B. Schwartz, Esq., U.S. Federal Office Building 201 Varick Street, Suite 1006 New York, NY 10014

   Tracking #: 783989979882

Respectfully Submitted,

_____

Christopher P. Wossilek
10687 Addison Ct
Highlands Ranch, CO 80126