# EXHIBIT A

## EXHIBIT A AGREEMENTS

### 1st Step Financial Services, Inc.

Broker Agreement, dated August 30, 2005