# EXHIBIT B

1st Step Financial Services, Inc.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 1st Step Financial Services, Inc. | 39257605 | MISREP - DEBTS | | | $ 289,500 |
| 1st Step Financial Services, Inc. | 39297338 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - DEBTS | $ 288,000 |
| 1st Step Financial Services, Inc. | 39485107 | MISREP - OCCUPANCY | | | $ 268,800 |
| 1st Step Financial Services, Inc. | 39495304 | MISREP - OCCUPANCY | | | $ 280,000 |
| 1st Step Financial Services, Inc. | 39506209 | MISREP - OCCUPANCY | | | $ 70,000 |
| 1st Step Financial Services, Inc. | 46025961 | MISREP - INCOME/EMPLOY | | | $ 234,000 |

TOTAL: $ 1,430,300

Allocated Total: $ 499,318.78