# EXHIBIT A

**EXHIBIT A AGREEMENTS**

**A.K.T. American Capital, Inc.**

Loan Purchase Agreement, dated November 4, 2004