# EXHIBIT B

A.K.T. American Capital, Inc.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| A.K.T. American Capital, Inc. | 32243586 | MISREP - DEBTS | | | $ 214,400 |
| A.K.T. American Capital, Inc. | 32774515 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 326,250 |
| A.K.T. American Capital, Inc. | 33075128 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ 468,000 |
| A.K.T. American Capital, Inc. | 33769977 | UW - OTHER | MISREP - ASSETS | MISREP - INCOME/EMPLOY | $ 299,521 |

TOTAL: $ 1,308,171

Allocated Total: $ 444,003.09

Exhibit B