# EXHIBIT A

## EXHIBIT A AGREEMENTS

### Advanced Mortgage Lenders Corp

Broker Agreement, dated June 23, 2004