# EXHIBIT B

Advanced Mortgage Lenders Corp

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Advanced Mortgage Lenders Corp | 37284759 | MISREP - DEBTS | | | $ 54,500 |
| Advanced Mortgage Lenders Corp | 38315875 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 624,000 |
| Advanced Mortgage Lenders Corp | 38346631 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 156,000 |
| Advanced Mortgage Lenders Corp | 38876934 | MISREP - INCOME/EMPLOY | | | $ 43,100 |
| Advanced Mortgage Lenders Corp | 45149127 | MISREP - INCOME/EMPLOY | | | $ 388,000 |

TOTAL: $ 1,265,600

Allocated Total: $ 577,305.12