# EXHIBIT A

# EXHIBIT A AGREEMENTS

## America One Mortgage Corporation

Broker Agreement, dated October 7, 2005