# EXHIBIT B

America One Mortgage Corporation

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| America One Mortgage Corporation | 38103461 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 102,000 |
| America One Mortgage Corporation | 39182506 | DOCUMENTATION | | | $ 50,250 |
| America One Mortgage Corporation | 45431541 | MISREP - DEBTS | | | $ 504,000 |
| America One Mortgage Corporation | 45555380 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 380,000 |
| America One Mortgage Corporation | 45555638 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 370,000 |
| America One Mortgage Corporation | 45699006 | UW - OTHER | MISREP - INCOME/EMPLOY | DOCUMENTATION | $ 151,920 |
| America One Mortgage Corporation | 45761632 | MISREP - DEBTS | | | $ 460,000 |
| America One Mortgage Corporation | 47183199 | MISREP - DEBTS | | | $ 365,000 |

**TOTAL:** $ 2,383,170

**Allocated Total:** $ 1,137,159.60