# EXHIBIT A

## EXHIBIT A AGREEMENTS

### BancStar Mortgage LLC

Broker Agreement, dated October 28, 2004