# EXHIBIT B

BancStar Mortgage LLC

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| BancStar Mortgage LLC | 19150853 | MISREP - INCOME/EMPLOY | | | $ 328,000 |
| BancStar Mortgage LLC | 35859776 | MISREP - DEBTS | | | $ 452,000 |
| BancStar Mortgage LLC | 36803617 | MISREP - DEBTS | | | $ 472,000 |
| BancStar Mortgage LLC | 37273059 | MISREP - OCCUPANCY | | | $ 70,000 |

**TOTAL:** $ 1,322,000

**Allocated Total:** $ 477,815.39

Exhibit B