# EXHIBIT A

## EXHIBIT A AGREEMENTS

**Bridgeview Mortgage Corp.**

Broker Agreement, dated September 22, 2004