# EXHIBIT B

Bridgeview Mortgage Corp.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Bridgeview Mortgage Corp. | 36844033 | MISREP - OCCUPANCY | | | $ 280,000 |
| Bridgeview Mortgage Corp. | 37222593 | MISREP - OCCUPANCY | | | $ 480,000 |
| Bridgeview Mortgage Corp. | 37959582 | MISREP - INCOME/EMPLOY | | | $ 87,980 |
| Bridgeview Mortgage Corp. | 38364089 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 480,000 |
| Bridgeview Mortgage Corp. | 38364246 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 120,000 |
| Bridgeview Mortgage Corp. | 45957495 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ 562,000 |

TOTAL: $ 2,009,980

Allocated Total: $ 1,112,125.65