# EXHIBIT A

## EXHIBIT A AGREEMENTS

## CDC Financial Group, Inc.

Broker Agreement, dated October 9, 2002

Broker Agreement, dated November 10, 2003

Broker Agreement, dated October 29, 2004

Broker Agreement, dated January 3, 2006