# EXHIBIT B

CDC Financial Group, Inc.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| CDC Financial Group, Inc. | 14014583 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 191,900 |
| CDC Financial Group, Inc. | 19073337 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 165,637 |
| CDC Financial Group, Inc. | 36170710 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 217,600 |
| CDC Financial Group, Inc. | 38640199 | MISREP - DEBTS | | | $ 24,600 |
| CDC Financial Group, Inc. | 38726188 | DOCUMENTATION | DOCUMENTATION | | $ 28,000 |
| CDC Financial Group, Inc. | 38785671 | DOCUMENTATION | DOCUMENTATION | | $ 39,122 |
| CDC Financial Group, Inc. | 39764832 | MISREP - DEBTS | | | $ 172,870 |
| CDC Financial Group, Inc. | 46463204 | MISREP - INCOME/EMPLOY | | | $ 255,000 |
| CDC Financial Group, Inc. | 47202882 | MISREP - INCOME/EMPLOY | | | $ 375,494 |

TOTAL:   $ 1,470,223

Allocated Total:   $ 336,291.32