# EXHIBIT A

## EXHIBIT A AGREEMENTS

### Citywide Home Loans, A Utah Corp

Broker Agreement, dated August 17, 2005

Loan Purchase Agreement, dated October 27, 2006