# EXHIBIT B

Citywide Home Loans, A Utah Corp

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Citywide Home Loans, A Utah Corp | 39260765 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 199,000 |
| Citywide Home Loans, A Utah Corp | 39396551 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 482,900 |
| Citywide Home Loans, A Utah Corp | 39396791 | MISREP - INCOME/EMPLOY | | | $ 120,725 |
| Citywide Home Loans, A Utah Corp | 39436431 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 309,900 |
| Citywide Home Loans, A Utah Corp | 45191277 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - DEBTS | $ 632,000 |
| Citywide Home Loans, A Utah Corp | 45382462 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ 295,000 |
| Citywide Home Loans, A Utah Corp | 45574902 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 368,500 |
| Citywide Home Loans, A Utah Corp | 45575065 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 368,500 |
| Citywide Home Loans, A Utah Corp | 46045803 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 460,000 |
| Citywide Home Loans, A Utah Corp | 47202544 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 341,100 |
| Citywide Home Loans, a Utah corporation | 33483736 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 227,200 |

**TOTAL:** $ 3,804,825

**Allocated Total:** $ 1,067,767.43