# EXHIBIT A

## EXHIBIT A AGREEMENTS

### Creative Mortgage Solutions 2000 Inc

Broker Agreement, dated August 23, 2005