# EXHIBIT B

Creative Mortgage Solutions 2000 Inc

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Creative Mortgage Solutions 2000 Inc | 37007390 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 184,000 |
| Creative Mortgage Solutions 2000 Inc | 38938155 | DOCUMENTATION | MISREP - INCOME/EMPLOY | | $ 247,200 |
| Creative Mortgage Solutions 2000 Inc | 38938379 | MISREP - INCOME/EMPLOY | | | $ 61,800 |
| Creative Mortgage Solutions 2000 Inc | 39259098 | MISREP - DEBTS | | | $ 495,000 |
| Creative Mortgage Solutions 2000 Inc | 39319801 | MISREP - DEBTS | | | $ 29,100 |
| Creative Mortgage Solutions 2000 Inc | 39579396 | DOCUMENTATION | DOCUMENTATION | | $ 63,800 |
| Creative Mortgage Solutions 2000 Inc | 39980164 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 513,600 |
| Creative Mortgage Solutions 2000 Inc | 45196391 | MISREP - OCCUPANCY | | | $ 168,300 |
| Creative Mortgage Solutions 2000 Inc | 45639143 | MISREP - DEBTS | MISREP - OCCUPANCY | | $ 195,920 |

                                                                           TOTAL:    $ 1,958,720

                                                                   Allocated Total:  $ 1,016,988.29