# EXHIBIT A

## EXHIBIT A AGREEMENTS

**Diversified Financial Mortgage Corp.**

Broker Agreement, dated March 25, 2005