# EXHIBIT B

Diversified Financial Mortgage Corp.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Diversified Financial Mortgage Corp. | 35987114 | MISREP - INCOME/EMPLOY | | | $ 376,000 |
| Diversified Financial Mortgage Corp. | 36523108 | MISREP - INCOME/EMPLOY | | | $ 343,000 |
| Diversified Financial Mortgage Corp. | 38180113 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ 270,000 |
| Diversified Financial Mortgage Corp. | 38235792 | MISREP - INCOME/EMPLOY | | | $ 51,300 |
| Diversified Financial Mortgage Corp. | 38372637 | MISREP - INCOME/EMPLOY | | | $ 255,920 |
| Diversified Financial Mortgage Corp. | 38372694 | MISREP - INCOME/EMPLOY | | | $ 63,980 |
| Diversified Financial Mortgage Corp. | 38606547 | MISREP - DEBTS | | | $ 74,000 |
| Diversified Financial Mortgage Corp. | 39139936 | MISREP - INCOME/EMPLOY | | | $ 86,000 |
| Diversified Financial Mortgage Corp. | 39206875 | MISREP - DEBTS | | | $ 215,200 |
| Diversified Financial Mortgage Corp. | 39237615 | MISREP - INCOME/EMPLOY | DOCUMENTATION | MISREP - DEBTS | $ 66,000 |
| Diversified Financial Mortgage Corp. | 45553161 | MISREP - INCOME/EMPLOY | | | $ 559,900 |
| Diversified Financial Mortgage Corp. | 45685013 | MISREP - INCOME/EMPLOY | | | $ 508,000 |
| Diversified Financial Mortgage Corp. | 45928736 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 433,600 |

TOTAL: $ 3,302,900

Allocated Total: $ 1,111,073.91