# EXHIBIT A

## EXHIBIT A AGREEMENTS

### E*Trade Bank

Loan Purchase Agreement, dated June 16, 2005