# EXHIBIT B

E*Trade Bank

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| E*Trade Bank | 40705998 | MISREP - INCOME/EMPLOY | | | $ 404,000 |

|  |  |
|---|---|
| **TOTAL:** | **$ 404,000** |
| **Allocated Total:** | **$ 81,983.57** |