# EXHIBIT A

## EXHIBIT A AGREEMENTS

**Empire Financial Services, Inc**

Broker Agreement, dated May 5, 2005