# EXHIBIT B

Empire Financial Services, Inc

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Empire Financial Services, Inc | 37753191 | MISREP - INCOME/EMPLOY | | | $ 260,000 |
| Empire Financial Services, Inc | 37871886 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 632,000 |
| Empire Financial Services, Inc | 38233193 | MISREP - DEBTS | | | $ 100,000 |
| Empire Financial Services, Inc | 38258562 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ 296,000 |
| Empire Financial Services, Inc | 38540944 | MISREP - INCOME/EMPLOY | | | $ 65,600 |
| Empire Financial Services, Inc | 38678868 | MISREP - INCOME/EMPLOY | | | $ 399,200 |
| Empire Financial Services, Inc | 38679742 | DOCUMENTATION | DOCUMENTATION | | $ 99,800 |
| Empire Financial Services, Inc | 39050588 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $ 541,000 |
| Empire Financial Services, Inc | 39298070 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | MISREP - DEBTS | $ 319,920 |
| Empire Financial Services, Inc | 39298641 | MISREP - OCCUPANCY | | | $ 79,980 |
| Empire Financial Services, Inc | 45014909 | MISREP - INCOME/EMPLOY | | | $ 428,000 |
| Empire Financial Services, Inc | 45230786 | MISREP - INCOME/EMPLOY | | | $ 340,000 |
| Empire Financial Services, Inc | 45364833 | MISREP - INCOME/EMPLOY | | | $ 550,400 |
| Empire Financial Services, Inc | 45450566 | MISREP - INCOME/EMPLOY | | | $ 518,700 |
| Empire Financial Services, Inc | 45568664 | MISREP - INCOME/EMPLOY | | | $ 275,200 |
| Empire Financial Services, Inc | 46011888 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 424,000 |
| Empire Financial Services, Inc | 46649471 | MISREP - INCOME/EMPLOY | | | $ 290,000 |

TOTAL: $ 5,619,800

Allocated Total: $ 1,847,007.16