# EXHIBIT A

**EXHIBIT A AGREEMENTS**

**Exceptional Financial Solutions Inc.**

Broker Agreement, dated January 9, 2007