# EXHIBIT B

Exceptional Financial Solutions Inc.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Exceptional Financial Solutions Inc. | 45572328 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 448,000 |
| Exceptional Financial Solutions Inc. | 46347100 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 728,000 |
| Exceptional Financial Solutions Inc. | 46710125 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 492,000 |

TOTAL: $ 1,668,000

Allocated Total: $ 698,304.22