# EXHIBIT A

## EXHIBIT A AGREEMENTS

**Family Mortgage Inc.**

Broker Agreement, dated August 5, 2004