# EXHIBIT B

Family Mortgage Inc.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Family Mortgage Inc. | 19939677 | MISREP - INCOME/EMPLOY | | | $ 241,050 |
| Family Mortgage Inc. | 39173240 | DOCUMENTATION | UW - OTHER | MISREP - INCOME/EMPLOY | $ 476,000 |
| Family Mortgage Inc. | 45690906 | UW - OTHER | MISREP - DEBTS | DOCUMENTATION | $ 325,000 |
| Family Mortgage Inc. | 45691144 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - DEBTS | $ 325,000 |

|  |  |
|---|---|
| TOTAL: | $ 1,367,050 |
| Allocated Total: | $ 509,341.05 |