# EXHIBIT A

## EXHIBIT A AGREEMENTS

### First Banker Mortgage Corporation

Broker Agreement, dated November 10, 2005