# EXHIBIT B

First Banker Mortgage Corporation

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| First Banker Mortgage Corporation | 37673183 | MISREP - INCOME/EMPLOY | | | $ 360,000 |
| First Banker Mortgage Corporation | 39451273 | MISREP - INCOME/EMPLOY | | | $ 440,000 |
| First Banker Mortgage Corporation | 39545454 | MISREP - DEBTS | DOCUMENTATION | | $ 135,000 |
| First Banker Mortgage Corporation | 47042312 | MISREP - INCOME/EMPLOY | | | $ 959,200 |
| First Banker Mortgage Corporation | 47324934 | MISREP - DEBTS | | | $ 420,000 |
| First Banker Mortgage Corporation | 47415047 | MISREP - INCOME/EMPLOY | | | $ 910,000 |

**TOTAL:** $ 3,224,200

**Allocated Total:** $ 994,473.67