# EXHIBIT A

# EXHIBIT A AGREEMENTS

## First Integrity Mortgage Services, Inc.

Loan Purchase Agreement, dated June 10, 2004