# EXHIBIT B

First Integrity Mortgage Services, Inc.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| First Integrity Mortgage Services, Inc. | 30826291 | MISREP - INCOME/EMPLOY | | | $ 533,000 |

TOTAL: $ 533,000

Allocated Total: $ 162,469.08