# EXHIBIT A

# EXHIBIT A AGREEMENTS

## Gabriel Financial Group, Inc.

Broker Agreement, dated August 6, 2004

Broker Agreement, dated September 22, 2005