# EXHIBIT B

Gabriel Financial Group, Inc.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Gabriel Financial Group, Inc. | 19114537 | MISREP - DEBTS | | | $ 246,400 |
| Gabriel Financial Group, Inc. | 35802487 | MISREP - INCOME/EMPLOY | | | $ 132,000 |
| Gabriel Financial Group, Inc. | 38896163 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 62,500 |
| Gabriel Financial Group, Inc. | 39555289 | MISREP - DEBTS | MISREP - BORROWER | | $ 315,000 |
| Gabriel Financial Group, Inc. | 39597752 | MISREP - DEBTS | | | $ 70,000 |
| Gabriel Financial Group, Inc. | 39855689 | MISREP - INCOME/EMPLOY | | | $ 164,000 |
| Gabriel Financial Group, Inc. | 45607108 | MISREP - DEBTS | | | $ 224,800 |
| Gabriel Financial Group, Inc. | 46153227 | MISREP - DEBTS | | | $ 77,600 |
| Gabriel Financial Group, Inc. | 46475398 | MISREP - INCOME/EMPLOY | | | $ 285,855 |

TOTAL: $ 1,578,155

Allocated Total: $ 749,582.66