# EXHIBIT A

## EXHIBIT A AGREEMENTS

### Greenback Funding Inc

Broker Agreement, dated July 24, 2006