# EXHIBIT B

Greenback Funding Inc

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Greenback Funding Inc | 38957734 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - DEBTS | $ 472,500 |
| Greenback Funding Inc | 38957866 | MISREP - DEBTS | DOCUMENTATION | | $ 157,500 |

|  |  |  |  | TOTAL: | $ 630,000 |
|---|---|---|---|---|---|
|  |  |  |  | Allocated Total: | $ 241,442.35 |