# EXHIBIT A

## EXHIBIT A AGREEMENTS

### HomePlus Corporation

Broker Agreement, dated March 23, 2007