# EXHIBIT B

HomePlus Corporation

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| HomePlus Corporation | 46364543 | UW - OTHER | MISREP - DEBTS | | $ 493,000 |
| HomePlus Corporation | 46394052 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 460,750 |

|  |  |
|---|---|
| TOTAL: | $ 953,750 |
| Allocated Total: | $ 421,807.15 |