# EXHIBIT A

## EXHIBIT A AGREEMENTS

### Homeservices Lending, LLC

Loan Purchase Agreement, dated August 2, 2006