# EXHIBIT B

Homeservices Lending, LLC

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Homeservices Lending, LLC | 40139248 | MISREP - DEBTS | | | $ 246,900 |
| Homeservices Lending, LLC | 40361677 | UW - OTHER | MISREP - DEBTS | | $ 269,000 |
| | | | | TOTAL: | $ 515,900 |
| | | | | Allocated Total: | $ 268,396.27 |