# EXHIBIT A

## EXHIBIT A AGREEMENTS

**Hometrust Mortgage Company**

Loan Purchase Agreement, dated February 14, 2005