# EXHIBIT B

Hometrust Mortgage Company

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Hometrust Mortgage Company | 30382568 | MISREP - DEBTS | | | $ 107,040 |
| Hometrust Mortgage Company | 30687669 | OTHER | MISREP - OCCUPANCY | | $ 87,835 |
| Hometrust Mortgage Company | 30828321 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ 200,000 |
| Hometrust Mortgage Company | 33332826 | UW - OTHER | OTHER | | $ 168,000 |
| Hometrust Mortgage Company | 33412834 | MISREP - DEBTS | | | $ 21,864 |
| Hometrust Mortgage Company | 33630120 | MISREP - INCOME/EMPLOY | | | $ 344,000 |

|  |  |
|---|---|
| TOTAL: | $ 928,739 |
| Allocated Total: | $ 287,464.90 |