# EXHIBIT A

## EXHIBIT A AGREEMENTS

### JD Financial Group Inc

Broker Agreement, dated November 8, 2005