# EXHIBIT B

JD Financial Group Inc

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| JD Financial Group Inc | 38995718 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ 420,000 |
| JD Financial Group Inc | 38995775 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 75,000 |
| JD Financial Group Inc | 45206026 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 552,415 |
| JD Financial Group Inc | 45377033 | MISREP - OCCUPANCY | | | $ 263,920 |
| JD Financial Group Inc | 46884821 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 296,000 |
| JD Financial Group Inc | 47007497 | MISREP - INCOME/EMPLOY | | | $ 310,000 |

TOTAL: $ 1,917,335

Allocated Total: $ 927,762.55