# EXHIBIT A

## EXHIBIT A AGREEMENTS

**Kappel Mortgage Group Inc.**

Broker Agreement, dated September 23, 2005