# EXHIBIT B

Kappel Mortgage Group Inc.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Kappel Mortgage Group Inc. | 38364808 | MISREP - INCOME/EMPLOY | | | $ 516,000 |
| Kappel Mortgage Group Inc. | 38718524 | MISREP - DEBTS | | | $ 29,500 |
| Kappel Mortgage Group Inc. | 38762332 | MISREP - INCOME/EMPLOY | | | $ 66,600 |
| Kappel Mortgage Group Inc. | 39166947 | MISREP - INCOME/EMPLOY | | | $ 690,000 |
| Kappel Mortgage Group Inc. | 45527868 | MISREP - INCOME/EMPLOY | | | $ 456,000 |

**TOTAL:** $ 1,758,100

**Allocated Total:** $ 585,511.27