# EXHIBIT A

## EXHIBIT A AGREEMENTS

**Kennedy Mortgage Corp.**

Broker Agreement, dated September 28, 2004