# EXHIBIT B

Kennedy Mortgage Corp.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Kennedy Mortgage Corp. | 19099605 | MISREP - INCOME/EMPLOY | | | $ 65,900 |
| Kennedy Mortgage Corp. | 37529443 | DOCUMENTATION | UW - OTHER | MISREP - INCOME/EMPLOY | $ 240,000 |
| Kennedy Mortgage Corp. | 38053963 | MISREP - INCOME/EMPLOY | | | $ 468,000 |
| Kennedy Mortgage Corp. | 39065578 | MISREP - INCOME/EMPLOY | | | $ 600,000 |
| Kennedy Mortgage Corp. | 39540133 | MISREP - INCOME/EMPLOY | | | $ 51,000 |
| Kennedy Mortgage Corp. | 45921723 | MISREP - OCCUPANCY | | | $ 278,320 |

**TOTAL:** $ 1,703,220

**Allocated Total:** $ 554,984.77