# EXHIBIT A

## EXHIBIT A AGREEMENTS

### Landmark Funding Group Inc.

Broker Agreement, dated January 27, 2005