# EXHIBIT B

Landmark Funding Group Inc.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Landmark Funding Group Inc. | 37673530 | UW - OTHER | MISREP - DEBTS | | $ 164,712 |
| Landmark Funding Group Inc. | 45045440 | UW - OTHER | MISREP - DEBTS | | $ 420,000 |
| Landmark Funding Group Inc. | 46047759 | UW - OTHER | MISREP - DEBTS | MISREP - OCCUPANCY | $ 400,000 |

|  |  |
|---|---|
| TOTAL: | $ 984,712 |
| Allocated Total: | $ 542,875.36 |

Exhibit B