# EXHIBIT A

## EXHIBIT A AGREEMENTS

### Lending Bee Inc.

Broker Agreement, dated February 24, 2004

Broker Agreement, dated September 2, 2005