# EXHIBIT B

Lending Bee Inc.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Lending Bee Inc. | 36102028 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ 558,750 |
| Lending Bee Inc. | 37378353 | DOCUMENTATION | MISREP - OCCUPANCY | | $ 416,000 |
| Lending Bee Inc. | 45929783 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 636,000 |
| Lending Bee Inc. | 46105847 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 472,000 |
| Lending Bee Inc. | 46393427 | MISREP - INCOME/EMPLOY | | | $ 380,000 |
| Lending Bee Inc. | 46396404 | MISREP - INCOME/EMPLOY | DOCUMENTATION | MISREP - OCCUPANCY | $ 532,000 |
| Lending Bee Inc. | 46757316 | MISREP - INCOME/EMPLOY | | | $ 432,000 |

|  |  | TOTAL: | $ 3,426,750 |
|---|---|---|---|
|  |  | Allocated Total: | $ 1,267,210.41 |