# EXHIBIT A

## EXHIBIT A AGREEMENTS

### Maryland Residential Lending LLC

Broker Agreement, dated January 16, 2003