# EXHIBIT B

Maryland Residential Lending LLC

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Maryland Residential Lending LLC | 39354733 | MISREP - INCOME/EMPLOY | UW - OTHER | UW - OTHER | $ 456,000 |
| Maryland Residential Lending LLC | 39355805 | MISREP - INCOME/EMPLOY | | | $ 114,000 |
| Maryland Residential Lending LLC | 45687613 | UW - OTHER | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $ 418,400 |
| Maryland Residential Lending LLC | 45854395 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ 403,000 |
| Maryland Residential Lending LLC | 46135679 | MISREP - INCOME/EMPLOY | UW - OTHER | | $ 315,000 |

**TOTAL:** $ 1,706,400

**Allocated Total:** $ 720,560.20