# EXHIBIT A

**EXHIBIT A AGREEMENTS**

**Mortgage One Solutions, Inc.**

Broker Agreement, dated January 17, 2006