# EXHIBIT B

Mortgage One Solutions, Inc.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Mortgage One Solutions, Inc. | 39338736 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $ 917,132 |
| Mortgage One Solutions, Inc. | 39338991 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | MISREP - DEBTS | $ 229,283 |

|  |  |  |  | TOTAL: | $ 1,146,415 |
|---|---|---|---|---|---|
|  |  |  |  | Allocated Total: | $ 327,560.31 |