# EXHIBIT A

## EXHIBIT A AGREEMENTS

### Mortgage Plus Inc

Broker Agreement, dated September 27, 2004