# EXHIBIT B

Mortgage Plus Inc

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Mortgage Plus Inc | 37756301 | MISREP - INCOME/EMPLOY | | | $ 364,800 |
| Mortgage Plus Inc | 39142492 | MISREP - INCOME/EMPLOY | | | $ 308,000 |
| Mortgage Plus Inc | 45999034 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 498,750 |

TOTAL: $ 1,171,550

Allocated Total: $ 830,148.68

Exhibit B