# EXHIBIT A

## EXHIBIT A AGREEMENTS

**NRF Funding Corp.**

Broker Agreement, dated November 13, 2004