# EXHIBIT B

NRF Funding Corp.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| NRF Funding Corp. | 39495171 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ 928,000 |
| NRF Funding Corp. | 39495320 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 116,000 |
| NRF Funding Corp. | 46062519 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 554,400 |
| NRF Funding Corp. | 46457339 | MISREP - INCOME/EMPLOY | | | $ 382,500 |
| NRF Funding Corp. | 46551537 | UW - OTHER | MISREP - INCOME/EMPLOY | | $ 332,690 |
| NRF Funding Corp. | 46722617 | UW - OTHER | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $ 550,000 |
| NRF Funding Corp. | 46783601 | UW - OTHER | MISREP - INCOME/EMPLOY | UW - OTHER | $ 540,000 |

|  |  |
|---|---|
| TOTAL: | $ 3,403,590 |
| Allocated Total: | $ 1,637,143.06 |