# EXHIBIT A

## EXHIBIT A AGREEMENTS

**NVR Mortgage Finance**

Broker Agreement, dated January 26, 2006