# EXHIBIT B

NVR Mortgage Finance

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| NVR Mortgage Finance | 38842340 | DOCUMENTATION | | | $ 98,050 |
| NVR Mortgage Finance | 38901864 | DOCUMENTATION | UW - OTHER | MISREP - INCOME/EMPLOY | $ 425,924 |
| NVR Mortgage Finance | 39766175 | MISREP - INCOME/EMPLOY | | | $ 678,100 |
| NVR Mortgage Finance | 46844452 | MISREP - DEBTS | | | $ 712,300 |

|  |  |
|---|---|
| TOTAL: | $ 1,914,374 |
| Allocated Total: | $ 760,666.53 |