# EXHIBIT A

## EXHIBIT A AGREEMENTS

### PatDiane Inc

Broker Agreement, dated October 21, 2005