# EXHIBIT B

PatDiane Inc

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| PatDiane Inc | 46511416 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $ 360,800 |

|  |  |
|---|---|
| TOTAL: | $ 360,800 |
| Allocated Total: | $ 136,977.64 |