# EXHIBIT A

## EXHIBIT A AGREEMENTS

## Patriot Mortgage Co., Inc.

Broker Agreement, dated September 29, 2004