# **EXHIBIT B**

Patriot Mortgage Co., Inc.

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Patriot Mortgage Co., Inc. | 19682319 | MISREP - DEBTS | | | $ 338,000 |
| Patriot Mortgage Co., Inc. | 19682368 | MISREP - DEBTS | | | $ 63,300 |
| Patriot Mortgage Co., Inc. | 19682616 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 338,000 |
| Patriot Mortgage Co., Inc. | 19682665 | MISREP - DEBTS | | | $ 63,300 |

**TOTAL:** $ 802,600

**Allocated Total:** $ 495,586.64