# EXHIBIT A

**EXHIBIT A AGREEMENTS**

**Prime Time Mortgage Corp**

Broker Agreement, dated February 23, 2007