# EXHIBIT B

Prime Time Mortgage Corp

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Prime Time Mortgage Corp | 45890332 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 330,000 |

**TOTAL:** $ 330,000

**Allocated Total:** $ 253,314.41