# EXHIBIT A

## EXHIBIT A AGREEMENTS

## SAAB Financial Corp

Broker Agreement, dated November 8, 2001