# EXHIBIT B

SAAB Financial Corp

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| SAAB Financial Corp | 36396612 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $ 415,000 |
| SAAB Financial Corp | 37345162 | MISREP - DEBTS | | | $ 60,000 |
| SAAB Financial Corp | 38427993 | MISREP - INCOME/EMPLOY | | | $ 425,000 |
| SAAB Financial Corp | 45191616 | UW - OTHER | MISREP - DEBTS | UW - OTHER | $ 376,000 |

|  |  |
|---|---|
| TOTAL: | $ 1,276,000 |
| Allocation Total: | $ 427,298.15 |