# EXHIBIT A

# EXHIBIT A AGREEMENTS

## Scott Edward Landeau

Broker Agreement, dated January 25, 2002