# EXHIBIT B

Scott Edward Landeau

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Scott Edward Landeau | 38921680 | MISREP - INCOME/EMPLOY | | | $ 643,500 |
| Scott Edward Landeau | 45167160 | MISREP - INCOME/EMPLOY | | | $ 986,000 |
| Scott Edward Landeau | 46177440 | MISREP - INCOME/EMPLOY | | | $ 599,200 |

|  |  |
|---|---|
| TOTAL: | $ 2,228,700 |
| Allocated Total: | $ 961,704.42 |