# EXHIBIT A

## EXHIBIT A AGREEMENTS

### Shoreline Mortgage Corporation

Broker Agreement, dated July 21, 2005