# EXHIBIT B

Shoreline Mortgage Corporation

| Company | Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| Shoreline Mortgage Corporation | 38530515 | MISREP - INCOME/EMPLOY | | | $ 119,900 |
| Shoreline Mortgage Corporation | 39682687 | MISREP - INCOME/EMPLOY | | | $ 536,000 |
| Shoreline Mortgage Corporation | 47111158 | MISREP - INCOME/EMPLOY | | | $ 503,200 |

|  |  |
|---|---|
| **TOTAL:** | $ 1,159,100 |
| **Allocated Total:** | $ 616,867.47 |